1  STUTMAN, TREISTER & GLATT, P.C.      SHEA & CARLYON, LTD.
   FRANK A. MEROLA                      JAMES PATRICK SHEA
2  (CA State Bar No. 136934)            (Nevada State Bar No. 000405)
   EVE H. KARASIK                       CANDACE C. CARLYON
3  (CA State Bar No. 155356)            (Nevada State Bar No. 002666)
   ANDREW M. PARLEN                     SHLOMO S. SHERMAN
4  (CA State Bar No. 230429), Members of (Nevada State Bar No. 009688)
   1901 Avenue of the Stars, 12th Floor 701 Bridger, Suite 850
5  Los Angeles, California 90067        Las Vegas, Nevada 89101
   Telephone: (310) 228-5600            Telephone: (702) 471-7432
6  Facsimile: (310) 228-5788            Facsimile: (702) 471-7435
   Email:    fmerola@stutman.com        Email:    jshea@sheacarlyon.com
7            ekarasik@stutman.com                 ccarlyon@sheacarlyon.com
             aparlen@stutman.com                  ssherman@sheacarlyon.com
8  Counsel for the Official Committee Of
9  Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | ) |
| USA COMMERCIAL MORTGAGE COMPANY, | ) BK-S-06-10725-LBR |
| Debtor. | ) Chapter 11 |
| In re: | ) |
| USA CAPITAL REALTY ADVISORS, LLC, | ) BK-S-06-10726-LBR |
| Debtor. | ) Chapter 11 |
| In re: | ) |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | ) BK-S-06-10727-LBR |
| Debtor. | ) Chapter 11 |
| In re: | ) |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | ) BK-S-06-10728-LBR |
| Debtor. | ) Chapter 11 |
| In re: | ) |
| USA SECURITIES, LLC, | ) BK-S-06-10729-LBR |
| Debtor. | ) Chapter 11 |
| Affects | ) |
| ☐ All Debtors | ) |
| ☒ USA Commercial Mortgage Co. | ) Hearing: May 31, 2007 |
| ☐ USA Securities, LLC | ) Time: 9:30 a.m. |
| ☐ USA Capital Realty Advisors, LLC | ) |
| ☐ USA Capital Diversified Trust Deed | ) |
| ☒ USA First Trust Deed Fund, LLC | ) |

**STIPULATION BETWEEN USACM LIQUIDATING TRUST AND USA CAPITAL
FIRST TRUST DEED FUND, LLC RE AMENDED DISBURSING AGENT
AGREEMENT (AFFECTS DEBTORS USA COMMERCIAL MORTGAGE
COMPANY AND USA CAPITAL FIRST TRUST DEED FUND, LLC)**

The USACM Liquidating Trust ("USACM Trust"), by and through the undersigned

counsel, and USA Capital First Trust Deed Fund, LLC ("FTDF"), by and through the

416650v1

1  undersigned counsel for the Official Committee of Equity Security Holders of USA Capital First

2  Trust Deed Fund, LLC (the "FTDF Committee"), stipulate:

3  **<u>Background</u>**

4       A      On April 13, 2006, the above-captioned debtors ("Debtors") filed voluntary

5  petitions for relief under chapter 11 of title 11 of the United States Code (the "Petition Date").

6       B.     On November 15, 2006, the Debtors filed the "Debtors' Third Amended Joint

7  Chapter 11 Plan of Reorganization" (the "Plan").[1]  Pursuant to the Plan, the FTDF was to receive

8  as part of a compromise with USACM a general unsecured claim against the USACM estate in

9  an amount to be determined consensually or through litigation (the "FTDF Unsecured Claim").

10  The  FTDF and the USACM Trust  have agreed that the FTDF Unsecured Claim shall be

11  allowed in the amount of $7.0 million. The Plan provides that all distributions on account of the

12  FTDF Unsecured Claim shall be distributed to the USA Capital Diversified Trust Deed Fund,

13  LLC until it reaches the DTDF 85% Recovery as provided for in the Plan, and once such

14  recovery is reached, any further distributions shall be made to the FTDF.

15       C.     In order to avoid the cost and expense of a separate trust for the FTDF solely to

16  administer the FTDF Unsecured Claim, the Plan provides that the holders of the FTDF

17  Unsecured Claim shall be beneficiaries of the USACM Trust with respect to any distributions to

18  made on such claim, and further provides that the USACM Trust shall make all distributions on

19  account of the FTDF Unsecured Claim directly to holders of Allowed Equity Interests in the

20  FTDF ("FTDF Equity Holders").

21       D.     On December 18, 2006, the FTDF and the USACM Trust filed the Disbursing

22  Agent Agreement which provides that the Geoffrey L. Berman, Trustee of the USACM Trust

23  shall serve as Disbursing Agent for the FTDF upon the termination of the engagement of

24  Mesirow Financial Interim Management, LLC  and Thomas J. Allison. The Disbursing Agent

25  Agreement sets forth the terms and conditions for the FTDF's engagement of Mr. Berman as

26  Disbursing Agent for distributions to the FTDF, including distributions on the FTDF Unsecured

27  

28     [1]    Unless otherwise noted, any capitalized term not otherwise defined herein shall have the meaning ascribed to such term in the Plan.

1  Claim.  The Disbursing Agent Agreement provides that all modifications to the Agreement must

2  be approved by the Bankruptcy Court.

3       E.      The Bankruptcy Court confirmed the "Debtors' Third Amended Joint Chapter 11

4  Plan of Reorganization" (the "Plan")[2] at a confirmation hearing held on December 19 and 20,

5  2006, and entered its order confirming the Plan (the "Confirmation Order") on January 8, 2007,

6  including the approval of the Disbursing Agent Agreement.  The Plan became effective on

7  March 12, 2007 ( the "Plan Effective Date").

8       F.      The FTDF anticipates that it will be in a position to close its chapter 11 case

9  shortly and wants to be certain that the Disbursing Agent Agreement is in place to effect any

10  distributions (including distributions on the FTDF Unsecured Claim) to FTDF Equity Holders

11  after its case is closed and its professionals are no longer engaged.  The Trustee and the Debtors

12  have requested certain revisions to the Disbursing Agent Agreement in order to effect the

13  transition from FTDF to the Disbursing Agent provided for in the Disbursing Agent Agreement,

14  and the parties have agreed to amend the Disbursing Agent Agreement.  A redline of the

15  Amended Disbursing Agent Agreement is attached as Exhibit "A" hereto and the proposed clean

16  Amended Disbursing Agent Agreement is attached as Exhibit "B" hereto.

17       **NOW, THEREFORE,** in consideration of the mutual covenants herein contained and

18  other good and valuable consideration, the receipt and sufficiency of which are hereby

19  acknowledged, the parties agree as follows:

20       1.      The Amended Disbursing Agent Agreement as attached as Exhibit "B" hereto is

21  hereby approved and agreed to by the USACM Trust, the FTDF Committee, and FTDF.

22       2.      This Stipulation is subject to the approval of the Court.

23

24  By:    /s/ *Eve H. Karasik*                     By:  /s/ *Rob Charles* (#006593)

25  FRANK A. MEROLA (CA State Bar                SUSAN M. FREEMAN
    No. 136934),                                 ROB CHARLES

26  EVE H. KARASIK (CA State Bar                 LEWIS AND ROCA LLP
    No. 155356), and                            3993 Howard Hughes Parkway, Suite 600

27  _____

28  [2]    Unless otherwise noted, any capitalized term not otherwise defined herein shall have the
         meaning ascribed to such term in the Plan.

416650v1                                          3

1   ANDREW M. PARLEN (CA State Bar No.          Las Vegas, NV 89169-0961
    230429), Members of                         Facsimile (702) 949-8321
2   STUTMAN, TREISTER & GLATT, P.C.             Telephone (702) 949-8320
    1901 Avenue of the Stars, 12th Floor
3   Los Angeles, CA  90067                      Counsel For USACM Liquidating Trust
    Telephone:  (310) 228-5600
4

5   and

6
    CANDACE C. CARLYON
7   Shea & Carlyon, Ltd.
    233 S. Fourth Street, Suite 200
8   Las Vegas, NV  89101
    Telephone:  (702) 471-7432
9
    Counsel For The
10  Official Committee Of Equity Security Holders
    Of USA Capital First Trust Deed Fund, LLC
11

12

13

14

15  APPROVED AS TO FORM AND CONTENT:

16

17  By:  /s/ Steven C. Strong _____

18  ANNETTE W. JARVIS
    STEVEN C. STRONG
19  RAY QUINNEY & NEBEKER P.C.
    36 South State Street, Suite 1400
20  Salt Lake City, UT  84111
    Facsimile (801) 532-1500
21  Telephone (801) 532-7543
    ATTORNEYS FOR THE ESTATES OF USA COMMERCIAL MORTGAGE COMPANY
22  AND USA CAPITAL FIRST TRUST DEED FUND, LLC.

23

24

25

26

27

28

416650v1                                    4