George F. Ogilvie III, Esq. (#3552)
Ryan J. Works, Esq. (#9224)
McDONALD CARANO WILSON, LLP
2300 West Sahara Avenue
No. 10, Suite 1000
La Vegas, Nevada 89102
Tel. No.: 702.873.4100
Fax No.: 702.873.9966
rworks@mcdonaldcarano.com

Electronically Filed on June 22, 2007

Attorneys for Eugene Buckley

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND LLC,<br><br>USA SECURITIES, LLC,<br><br>Debtors.<br><br>Affects:<br>☒ All Debtors<br>: USA Commercial Mortgage Company<br>: USA Capital Realty Advisors, LLC<br>: USA Capital Diversified Trust Deed Fund, LLC<br>: USA Capital First Trust Deed Fund, LLC<br>: USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No.: BK-S-06-10725-LBR<br><br>**DECLARATION OF EUGENE BUCKLEY IN SUPPORT OF MOTION TO QUASH SUBPOENA** |
|---|---|

I, Eugene Buckley, hereby declare as follows:

1. I am an individual over the age of 18. I have personal knowledge of the facts set forth herein and, if called upon to testify to them, could and would do so. I make this Declaration in support of motion to quash subpoena.

2. I have no ownership interest in any of the 188 Entities identified in the Subpoena.

3. I can recall business dealings only with USA Commercial Mortgage Company and USA Investment Partners, LLC.

4. I have been in the real estate business for more than 20 years, and cannot recall all of the entities with which I have done business.

5. I may have documents responsive to the Subpoena; however, a substantial amount of time and effort would be required to locate said documents.

I declare under penalty of perjury that these facts are true to the best of my knowledge and belief.

Dated this 22nd day of June, 2007.

_____
Eugene Buckley

STATE OF NEVADA    )
                   ) ss.
COUNTY OF CLARK    )

Subscribed and sworn to before me this 22nd day of June, 2007.

_____
NOTARY PUBLIC in and for said County and State.

KATHY BARRETT
Notary Public State of Nevada
No. 05-95523-1
My appt. exp. Feb. 23, 2009

::ODMA\PCDOCS\LVDOCS\134157\1         2