**LEWIS AND ROCA LLP**
**LAWYERS**

E-Filed on 6/25/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                             Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**STIPULATION SETTING HEARING ON SECOND OMNIBUS OBJECTION TO CLAIMS ASSERTING PRIORITY STATUS RE CLAIM 1279 OF LERIN HILLS**<br><br>Date of Hearing: October 15, 2007<br>Time of Hearing: 9:30 a.m. |

USACM Liquidating Trust (the "USACM Trust"), by and through its counsel, Lewis and Roca LLP, and Lerin Hills Ltd. by and through its counsel, Kehoe & Associates, hereby stipulate:

1843841.1

LEWIS AND ROCA LLP
LAWYERS

1. The USACM Trust filed an objection to Claim No. 1279 of Lerin Hills Ltd. (the "Lerin Hills Objection") [DE 3080] filed in the amount of $1,257,233.40 as an unsecured non-priority claim and a priority claim of $797,175.62. Pursuant to the stipulation and order [DE 4008], this objection is scheduled for continued hearing on October 15, 2007 at 9:30 a.m.

2. The USACM Trust filed a Second Omnibus Objection to Claims Asserting Priority Status (the "Second Objection") [DE 3259] which included an objection to Claim No. 1279 filed by Lerin Hills.

3. The parties agree that both objections [DE 3080 and DE 3259] to Lerin Hills Claim No. 1279 should be heard at the same time since the objections relate to the same claim.

4. The parties agree that the hearing on the Second Objection filed by the USACM Trust to Claim No. 1279 of Lerin Hills Ltd. should be heard on **October 15, 2007 at 9:30 a.m.**, the same time as the continued hearing on the Lerin Hills Objection.

5. The parties submit a stipulated order for the Court's convenience.

DATED: June 25, 2007.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
  Susan M. Freeman, AZ 4199 (*pro hac vice*)
  Rob Charles, NV 6593
  *Counsel for USACM Liquidating Trust*

  -and-

2

1843841.1

LEWIS
AND
ROCA
LLP
LAWYERS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**KEHOE & ASSOCIATES**

By: /s/ TEK (# 6011)  /s/ Kehoe

Ty E. Kehoe, Esq.
871 Coronado Center Drive, Suite 200
Henderson, NV 89052
*Attorney for Lerin Hills, Ltd.*

1843841.1