George F. Ogilvie III, Esq. (#3552)
Ryan J. Works, Esq. (#9224)
McDONALD CARANO WILSON LLP
2300 W. Sahara Avenue, Suite 1000
Las Vegas, Nevada  89102
Telephone Number:  (702) 873-4100
Facsimile Number:  (702) 873-9966
rworks@mcdonaldcarano.com
Attorneys for Eugene Buckley

**Electronically Filed on June 25, 2007**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND LLC,<br><br>USA SECURITIES, LLC,<br><br>    Debtors.<br><br>Affects:<br>☒ All Debtors<br>: USA Commercial Mortgage Company<br>: USA Capital Realty Advisors, LLC<br>: USA Capital Diversified Trust Deed Fund, LLC<br>: USA Capital First Trust Deed Fund, LLC<br>: USA Securities, LLC | Case No.  BK-S-06-10725-LBR<br>Case No.  BK-S-06-10726-LBR<br>Case No.  BK-S-06-10727-LBR<br>Case No.  BK-S-06-10728-LBR<br>Case No.  BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No.: BK-S-06-10725-LBR<br><br>**NOTICE OF HEARING ON MOTION TO QUASH SUBPOENA FILED BY EUGENE BUCKLEY**<br><br>Hearing Date:  July 27, 2007<br>Hearing Time:  9:30 a.m. |

**PLEASE TAKE NOTICE** that the hearing on Eugene Buckley's Motion to Quash Subpoena has been set on **July 27, 2007 at 9:30 a.m.** in Courtroom 1 of the United States Bankruptcy Court, located at the Foley Federal Bldg., 300 Las Vegas Boulevard South, 3rd Floor, Las Vegas, Nevada, 89101, the Honorable Linda B. Riegle presiding.

Opposition to the motion must be filed and service must be completed on the movant no later than 15 days after the motion is served except as provided by LR 3007(b) and LR 9006.

**Pursuant to Local Rule 9014 of the United States Bankruptcy Court for the District of Nevada, if you object to the relief requested, you** *must* **file a timely WRITTEN response to the Motion to which you object with the court. You** *must* **also serve your written response on the person who sent you this notice. If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:**

- **The court may refuse to allow you to speak at the scheduled hearing; and**
- **The Court may rule against you without formally calling the matter at the hearing.**
- **The court may not conduct the hearing.**

**THE ORDER ENTERED WITH RESPECT TO THE MOTION WILL BECOME FINAL WITHOUT FURTHER HEARING IF NO TIMELY OBJECTION IF FILED AND SERVED AS REQUIRED BY LOCAL RULE OF BANKRUPTCY PROCEDURE 9014 AND THIS NOTICE.**

DATED this 25th day of June, 2007.

                                            McDONALD CARANO WILSON, LLP

                                            By: _____/s/ Ryan J. Works_____.
                                                George F. Ogilvie III, Esq. (#3552)
                                                Ryan J. Works, Esq. (#9224)
                                                McDonald Carano Wilson, LLP
                                                2300 West Sahara Avenue, Suite 1000
                                                Las Vegas, Nevada 89102
                                                Attorneys for Eugene Buckley