George F. Ogilvie III, Esq. (#3552)  
Ryan J. Works, Esq. (#9224)  
McDONALD CARANO WILSON LLP  
2300 W. Sahara Avenue, Suite 1000  
Las Vegas, Nevada 89102  
Telephone Number: (702) 873-4100  
Facsimile Number: (702) 873-9966  
rworks@mcdonaldcarano.com  
Attorneys for Eugene Buckley

*Electronically Filed on June 25, 2007*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND LLC,<br><br>USA SECURITIES, LLC,<br><br>        Debtors.<br><br>Affects:<br>☒ All Debtors<br>: USA Commercial Mortgage Company<br>: USA Capital Realty Advisors, LLC<br>: USA Capital Diversified Trust Deed Fund, LLC<br>: USA Capital First Trust Deed Fund, LLC<br>: USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No.: BK-S-06-10725-LBR<br><br>**CERTIFICATE OF SERVICE**<br><br>Hearing Date: July 27, 2007<br>Hearing Time: 9:30 a.m.<br>Place: Courtroom 1, Foley Federal Bldg.<br>        Las Vegas, Nevada<br><br>**JUDGE: HONORABLE LINDA B. RIEGLE** |

I hereby certify that I am an employee of McDONALD CARANO WILSON LLP. That I am, and was when the herein described service took place, a citizen of the United States, over 21 years of age, and not a party to, nor interested in, the within action.

On June 22, 2007, the Motion of Eugene Buckley to Quash Subpoena and the Declaration

of Eugene Buckley in Support of Motion to Quash Subpoena were electronically filed and served through the U.S. Bankruptcy Court.

On June 25, 2007, the Notice of Hearing on Motion of Eugene Buckley to Quash Subpoena was electronically filed and served through the U.S. Bankruptcy Court.

On June 25, 2007, copies of said Motion, Declaration and Notice of Hearing were sent first class mail, postage prepaid to the following:

| | |
|---|---|
| Eric D. Madden<br>Diamond McCarthy LLP<br>1201 Elm Street, 34th Floor<br>Dallas, Texas 75270<br>Facsimile: (713) 333-5199<br>*Special Litigation Counsel for USACM Liquidating Trust* | Susan M. Freeman, Esq.<br>Rob Charles, Esq.<br>Lewis and Roca, LLP<br>3993 Howard Hughes Pkwy., Suite 600<br>Las Vegas, Nevada 89169<br>Facsimile: (702) 949-8321<br>*Counsel for USACM Liquidating Trust* |

I hereby certify the assertions of this certificate are true, except as to those matters stated upon information and belief, and as to those matters, I believe them to be true.

Executed this 25th day of June, 2007.

By /s/ Kathy Barrett
An Employee of McDonald Carano Wilson LLP