ELECTRONICALLY FILED
June 25, 2007

1  STUTMAN, TREISTER & GLATT, P.C.  SHEA & CARLYON, LTD.
   FRANK A. MEROLA                  JAMES PATRICK SHEA
2  (CA State Bar No. 136934         (Nevada State Bar No. 000405)
   EVE H. KARASIK                   CANDACE C. CARLYON
3  (CA State Bar No. 155356)        Nevada State Bar No. 002666)
   CHRISTINE M. PAJAK               SHLOMO S. SHERMAN
4  (CA State Bar No. 217173), Members of  (Nevada State Bar No. 009688
   Stutman, Treister & Glatt P.C.   701 Bridget, Suite 850
5  1901 Avenue of the Stars, 12th Floor  Las Vegas, Nevada 89101
   Los Angeles, California 90067    Telephone: (702) 471-7432
6  Telephone: (310) 228-5600        Facsimile: (702) 471-7435
   Facsimile: (310) 228-5788
7  Email:    fmerola@stutman.com    Email:    jshea@sheacarlyon.com
             ekarasik@stutman.com             ccarlyon@sheacarlyon.com
8            cpajak@stutman.com               ssherman@sheacarlyon.com
9  Counsel for the Official Committee Of
   Equity Security Holders Of USA Capital First Trust
10 Deed Fund, LLC

11              **UNITED STATES BANKRUPTCY COURT**
                     **DISTRICT OF NEVADA**

12 | | |
|---|---|
| In re: | ) BK-S-06-10725-LBR |
| 13 USA COMMERCIAL MORTGAGE COMPANY, | ) Chapter 11 |
|     Debtor. | ) |
| 14 | ) |
| In re: | ) BK-S-06-10726-LBR |
| 15 USA CAPITAL REALTY ADVISORS, LLC, | ) Chapter 11 |
|     Debtor. | ) |
| 16 In re: | ) BK-S-06-10727-LBR |
| 17 USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | ) Chapter 11 |
|     Debtor. | ) |
| 18 In re: | ) BK-S-06-10728-LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | ) Chapter 11 |
| 19     Debtor. | ) |
| 20 In re: | ) BK-S-06-10729-LBR |
| USA SECURITIES, LLC, | ) Chapter 11 |
| 21     Debtor. | ) |
| Affects | ) Hearing: May 31, 2007 |
| 22 | ) Time:    9:30 a.m. |
| 23 ☐ All Debtors | ) |
| ☒ USA Commercial Mortgage Co. | ) |
| 24 ☐ USA Securities, LLC | ) |
| ☐ USA Capital Realty Advisors, LLC | ) |
| 25 ☐ USA Capital Diversified Trust Deed | ) |
| ☒ USA First Trust Deed Fund, LLC | ) |

26

27  **CERTIFICATE OF SERVICE RE: STIPULATION BETWEEN USACM LIQUIDATING**
    **TRUST AND USA CAPITAL FIRST TRUST DEED FUND, LLC RE AMENDED**
28  **DISBURSING AGENT AGREEMENT (AFFECTS DEBTORS USA COMMERCIAL**
    **MORTGAGE COMPANY AND USA CAPITAL FIRST TRUST DEED FUND, LLC)**

416944v1

1

2          I HEREBY CERTIFY that on the 22nd of June, 2007, I served the following document:

3     **STIPULATION BETWEEN USACM LIQUIDATING TRUST AND USA CAPITAL**
      **FIRST TRUST DEED FUND, LLC RE AMENDED DISBURSING AGENT**
4     **AGREEMENT (AFFECTS DEBTORS USA COMMERCIAL MORTGAGE COMPANY**
      **AND USA CAPITAL FIRST TRUST DEED FUND, LLC)**
5

6          I served the above named document(s) by the following means to the persons as listed

7     below:

8              ☒  **a.  ECF System.**

9              ☒  **b.  United States mail, postage full prepaid to the following:    See Attached**
10    **Rider**

11             ☐  **c.  Personal service.**

12                 I personally delivered the documents to the persons at these addresses:

13                 ☐  For a party represented by an attorney, delivery was made by handing the
14                     document(s) at the attorney's office with a clerk or other person in charge,
                       or if no one is in charge, by leaving the document(s) in a conspicuous
15                     place in the office.

16                 ☐  For a party, delivery was made by handing the document(s) to the party or
17                     by leaving the document(s) at the person's dwelling house or usual place
                       of abode with someone of suitable age and discretion residing there.

18
      ☐  **d.  By direct email to:**
19

20                 Based upon the written agreement of the parties to accept service by email or
                    a court order, I caused the document(s) to be sent to the persons at the email
21                  addresses listed below.  I did not receive, within a reasonable time after the
                    transmission, any electronic message or other indication that the transmission
22                  was unsuccessful.

23

24

25

26

27

28

1

☐  **e.**  **By fax transmission.**

2

3

Based upon the written agreement of the parties to accept serve by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

4

5

☐  **f.**  **By messenger.**

6

7

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

8

9

I declare under penalty of perjury that the foregoing is true and correct.

10

DATED this 25th day of June, 2007.

11

12

/s/ Andrew M. Parlen
Andrew M. Parlen, a Member of
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## Miscellaneous:

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from PARLEN, ANDREW M. entered on 6/22/2007 at 2:13 PM PDT and filed on 6/22/2007
**Case Name:**      USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**    06-10725-lbr
**Document Number:** 4044

**Docket Text:**
Stipulation By OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC and Between USACM Liquidating Trust and USA Capital First Trust Deed Fund, LLC *Re Amended Disbursing Agent Agreement* Filed by ANDREW M. PARLEN on behalf of OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC (Related document(s)[2199] Notice,, filed by Debtor USA COMMERCIAL MORTGAGE COMPANY, Jnt Admin Debtor USA CAPITAL REALTY ADVISORS, LLC, Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Jnt Admin Debtor USA CAPITAL FIRST TRUST DEED FUND, LLC, Jnt Admin Debtor USA SECURITIES, LLC, [2376] Order Confirming Chapter 11 Plan,, ) (Attachments: # (1) Exhibit A# (2) Exhibit B) (PARLEN, ANDREW)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\aparlen\Desktop\USA Capital\DAA\Stipulation.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=6/22/2007] [FileNumber=8257448-0]
[bfc097a4f715e2c3656abc7a0efbf893ac41c74761390e977a1a242d435b740268bb
b76296f5da1ab576dcf9c251ecf72d2f838ad646654993c5af8e9537f1d2]]
**Document description:** Exhibit A
**Original filename:** C:\Documents and Settings\aparlen\Desktop\USA Capital\DAA\Ex A to Stip.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=6/22/2007] [FileNumber=8257448-1]
[146734805d7fbe221e1f020651af61d91a45f52c5cbd249637ca1e17a6cb872d488d
895fb20253091431f1804fd33ecbd83256b406c4ca7cb3fe9040adeeda83]]
**Document description:** Exhibit B
**Original filename:** C:\Documents and Settings\aparlen\Desktop\USA Capital\DAA\Ex B to Stip.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=6/22/2007] [FileNumber=8257448-2]
[4b41bad1d845f3d9c0d234805bd932e37f1192f16f3c1ed74f6da90e2723ce2a0bd8
83f0a265dae8ad2ae13c8bb055f87e39ce0745058e4b98cd295b1ab4ffe9]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH    oatamoh@nevadafirm.com,
bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M. ATENCIO    ATENCIOK@GTLAW.COM

PETER C. BERNHARD    peter.bernhard@bullivant.com, michelle.diegel@bullivant.com

BMC GROUP, INC.    evrato@bmcgroup.com,
ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com;mjohn@bmcgroup.com

GEORGANNE W. BRADLEY    georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA    lbubala@jonesvargas.com, tbw@jonesvargas.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com;jrammos@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com,
ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com

JANET L. CHUBB    tbw@jonesvargas.com

EDWARD S. COLEMAN    mail@coleman4law.com

WILLIAM D COPE    cope_guerra@yahoo.com

LAUREL E. DAVIS    ldavis@fclaw.com, mhurtado@fclaw.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com

J CRAIG DEMETRAS    JCD@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras-oneill.com

RICHARD I. DREITZER    rdreitzer@yahoo.com

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

ARLEY D FINLEY    TFINLEY@DIAMONDMCCARTHY.COM

SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

DOUGLAS D. GERRARD    DGERRARD@GERRARD-COX.COM

WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov

GERALD M GORDON    bankruptcynotices@gordonsilver.com

R. VAUGHN GOURLEY    vgourley@lvcm.com

TALITHA B. GRAY    bankruptcynotices@gordonsilver.com

JAMES D. GREENE    bknotice@bhfs.com

MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com

PETER W. GUYON    pguyon@yahoo.com

JEFFREY R. HALL    jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com

XANNA R. HARDMAN    xanna.hardman@gmail.com

STEPHEN R HARRIS    noticesbh&p@renolaw.biz

JEFFREY L HARTMAN    notices@bankruptcyreno.com, dle@bankruptcyreno.com

BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com

RICHARD F. HOLLEY    rholley@nevadafirm.com, paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com

RANDOLPH L. HOWARD    rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES    ejameslv@embarqmail.com, kbchrislaw@aol.com

ANNETTE W JARVIS    ajarvis@rqn.com

ERIN E. JONES    ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com

TY E. KEHOE    TyKehoeLaw@aol.com

ROBERT R. KINAS    rkinas@swlaw.com,
jmcbee@swlaw.com;jmath@swlaw.com;imccord@swlaw.com;cdossier@swlaw.com;lvdocket@mindsp

DEAN T. KIRBY    dkirby@kirbymac.com, jhebert@kirbymac.com;lackerman@kirbymac.com

ZACHARIAH LARSON    ecf@lslawnv.com

JOHN J. LAXAGUE    jlaxague@caneclark.com

GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net

TYSON M. LOMAZOW    tlomazow@milbank.com

ANNE M. LORADITCH    ecffilings@beckleylaw.com,
aloraditch@beckleylaw.com;pkois@beckleylaw.com

ERIC D MADDEN    emadden@diamondmccarthy.com, omartinez@diamondmccarthy.com

PATRICIA A. MARR    lvlaw03@yahoo.com

JAMES C. MCCARROLL    , dturetsky@reedsmith.com;aleonard@reedsmith.com

REGINA M. MCCONNELL    rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;cburke@lawlasvegas.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com,
smiller@sheacarlyon.com;ltreadway@sheacarlyon.com;mleavitt@sheacarlyon.com

DAVID MINCIN    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

JOHN F MURTHA    jmurtha@woodburnandwedge.com

ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com

VICTORIA L NELSON    bkecf@nevadafirm.com,
vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.co

BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN    ebaker@marquisaurbach.com,
dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

CHRISTINE M PAJAK    cpajak@stutman.com, ekarasik@stutman.com

ANDREW M. PARLEN    aparlen@stutman.com

KIMBERLY PHILLIPS    DA-Bankr@co.clark.nv.us

DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY    info@johnpeterlee.com

CHRISTINE A ROBERTS    bankruptcy@rocgd.com

STACY M. ROCHELEAU    stacy@arlawgroup.com, wendy@arlawgroup.com

SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com,
ltreadway@sheacarlyon.com;jshea@sheacarlyon.com

SHLOMO S. SHERMAN    ssherman@sheacarlyon.com,
bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;mleavitt@

AMBRISH S. SIDHU    ecfnotices@sidhulawfirm.com

JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

ALAN R SMITH    mail@asmithlaw.com,
turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com

ADAM M. STARR    starra@gtlaw.com

DAVID A. STEPHENS    dstephens@lvcm.com

PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

ERIC W. SWANIS      swanise@gtlaw.com, warners@gtlaw.com;mclachlanp@gtlaw.com

JEFFREY R. SYLVESTER     jeff@sylvesterpolednak.com

KAARAN E. THOMAS     kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

ROLLIN G. THORLEY     rollin.g.thorley@irscounsel.treas.gov

AMY N. TIRRE     , lmccarron@kkbrf.com

AMY N. TIRRE     atirre@kkbrf.com, lmccarron@kkbrf.com

U.S. TRUSTEE - LV - 11     USTPRegion17.lv.ecf@usdoj.gov

ERIC VAN     bankruptcynotices@gordonsilver.com

GREGORY J. WALCH     GWalch@Nevadafirm.com

RUSSELL S. WALKER     rwalker@wklawpc.com,
eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com;rrazo@wklawpc.com;tgrover

WHITNEY B. WARNICK     wbw@albrightstoddard.com, bstessel@albrightstoddard.com

GREGORY L. WILDE     bk@wildelaw.com

WILLIAM J. WRAY     rh@oreillylawgroup.com,
rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com

MATTHEW C. ZIRZOW     bankruptcynotices@gordonsilver.com

ANTHONY A. ZMAILA     azmaila@nevadafirm.com,
bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

**06-10725-lbr Notice will not be electronically mailed to:**

CELSO ACOSTA
,

THOMAS J. ALLISON
,

ANDREW K ALPER
6500 WILSHIRE BLVD 17TH FLR
LOS ANGELES, CA 90048

ALVAREZ & MARSAL, LLC
,

ARNOLD R. ALVES
9904 VILLA GRANITO LANE

GRANITE BAY, CA 95746

AMERICAN EXPRESS BANK FSB
C/O BECKET AND LEE LLP
POB 3001
MALVERN, PA 19355-0701

ANGELO GORDON & CO
C/O JED HART
245 PARK AVE, 26TH FL
NEW YORK, NY 10167

MICHAEL W ANGLIN
FULBRIGHT & JAWORSKI LLP
2200 ROSS AVE, STE 2800
DALLAS, TX 75201

GUY ARCHER
,

BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
,

CLARK BARTKOWSKI
P.O. BOX 1180
DARBY, MT 59829

JEAN BARTKOWSKI
P.O. BOX 1180
DARBY, MT 59829

EVAN BEAVERS
1625 HIGHWAY 88, #304
MINDEN, NV 89423

BECKLEY SINGLETON, CHTD.
,

FLOCERFIDA BENINCASA
9359 ROPING COWBOY AVE
LAS VEGAS, NV 89178

JASPER BENINCASA
9359 ROPING COWBOY AVE.
LAS VEGAS, NV 89178

JOSHUA D BRYSK
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

C RANDALL BUPP
2000 CROW CANYON PL #330
SAN RAMON, CA 94583

C. NICHOLAS PEREOS, ESQ.
,

ELISSA F CADISH
3930 HOWARD HUGHS PKWY, 4TH FLR
LAS VEGAS, NV 89169

CDW COMPUTER CENTERS INC
C/O RECEIVABLE MANAGEMENT SERVICES
307 INTERNATIONAL CIRCLE, SUITE 270
HUNT VALLEY, MD 21030

A. WILLIAM CEGLIA
3720 POCOHENA COURT
WASHOE VALLEY, NV 89704

RANEE L. CEGLIA
3720 POCOHENA COURT
WASHOE VALLEY, NV 89704

JANET L. CHUBB
JONES VARGAS
3773 HOWARD HUGHES PARKWAY
THIRD FLOOR SOUTH
LAS VEGAS, NV 89109

CURTIS F CLARK
,

HOWARD CONNELL
1001 JENNIS SILVER ST
LAS VEGAS, NV 89145

LORENE CONNELL
1001 JENNIS SILVER ST
LAS VEGAS, NV 89117

WILLIAM D COPE
595 HUMBOLDT ST
RENO, NV 89509

ROBERT A. COWMAN
1525 WINTERWOOD AVENUE
SPARKS, NV 89434

SANDRA L. COWMAN
1525 WINTERWOOD AVENUE

SPARKS, NV 89434

GARETH AR CRANER
P.O. BOX 1284
MINDEN, NV 89423

CICI CUNNINGHAM
9950 WEST CHEYENNE AVENUE
LAS VEGAS, NV 89129
bankruptcy@rocgd.com

VINCE DANELIAN
P.O. BOX 97782
LAS VEGAS, NV 89193

GEORGE DAVIS
WEIL GOTHAL & MANGES LLP
767 FIFTH AVENUE
NEW YORK, NY 10153
george.davis@weil.com

ALLAN B. DIAMOND
DIAMOND MCCARTHY, LLP
909 FANNIN, STE 1500
HOUSTON, TX 77010

DIAMOND MCCARTHY TAYLOR FINLEY & LEE, LLP
,

DONNA DIMAGGIO-HIGHBERGER
325 S. MARYLAND PKWY.
LAS VEGAS, NV 89101

FRANK A ELLIS
510 S 9TH ST
LAS VEGAS, NV 89101

BONNY K. ENRICO
2072 ALMYRA ROAD
SPARTA, TN 38583-5168

DAVID R. ENRICO
2072 ALMYRA ROAD
SPARTA, TN 38583-5168

FOLEY & LARDNER LLP
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60610

GEORGE D FRAME

601 GREENWAY ROAD, STE D
HENDERSON, NV 89015

FTI CONSULTING, INC.

,

GERRARD COX & LARSEN
2450 SAINT ROSE PARKWAY, SUITE 200
HENDERSON, NV 89074

RICHARD D. GREEN
3773 HOWARD HUGHES PKWY, STE 500 NO
LAS VEGAS, NV 89169

GREEN VALLEY SECURE INVESTMENTS
2625 GREEN VALLEY PARKWAY
SUITE 125
HENDERSON, NV 89014

DAVID R. GRIFFITH
STEWRT, HUMPHERYS, TURCHETT, ET. AL.
3120 COHASSET ROAD, SUITE 6
POST OFFICE BOX 720
CHICO, CA 95927

ERNA D. GRUNDMAN
114 E YOLO STREET
ORLAND, CA 95963

JOANNE M. GRUNDMAN
1608 BROWN STREET
CARSON CITY, NV 89701

LORRAINE GUNDERSON

,

WYNN A. GUNDERSON

,

HAIN CAPITAL GROUP, LLC
MEADOWS OFFICE COMPLEX
301 ROUTE 17
16TH FLOOR
RUTHERFORD, NJ 07070

JOHN HANDAL

,

JANE HENDLER

,

HILCO REAL ESTATE LLC/HILCO REAL ESTATE APPRAISAL, LLC
,

JOHN HINDERAKER
LEWIS & ROCA LLP
ONE S CHURCH AVE, STE 700
TUCSON, AZ 85701-1611

JACK HOGGARD
7022 RUSHWOOD DR.
EL DORADO HILLS, CA 95762-5002

CHARLES HUFF
3426 PINO CIRCLE
LAS VEGAS, NV 89121

HUMPHRY 1999 TRUST
C/O JACK & ALICE HUMPHRY TTEES
3825 CHAMPAGNE WOOD DR
NORTH LAS VEGAS, NV 89031-2056

DAVID W. HUSTON
,

INTERIM COMMITTEE OF CONCERNED INVESTORS
,

PAUL A. JACQUES
810 SE 7TH ST A-103
DEERFIELD BEACH, FL 33441

ANNETTE W JARVIS
POB 45385
SALT LAKE CITY, UT 84145

HARRY JESSUP
2009 WESTLUND DR.
LAS VEGAS, NV 89102

HELEN B. JESSUP
2009 WESTLUND DR.
LAS VEGAS, NV 89102

RICHARD E KAMMERMAN
RICHARD KAMMERMAN PC
7200 N MOPAC, SUITE 150
AUSTIN, TX 78731

CONSTANTINE KARIDES
REED SMITH LLP
599 LEXINGTON AVENUE

NEW YORK, NY 10022

LINDA KETTERMAN
321 N. 19TH STREET
ENID, OK 73701

RAY KETTERMAN
321 N. 19TH STREET
ENID, OK 73701

EDWARD KLINE
9932 ARBUCKLE DRIVE
LAS VEGAS, NV 89134

MARCIA J. KNOX
,

BETTY KOLSTRUP
1830 BALBOA DRIVE
RENO, NV 89503

MATTHEW J. KREUTZER
HALE LANE PEEK DENNISON AND HOWARD
3930 HOWARD HUGHES PARKWAY
FOURTH FLOOR
LAS VEGAS, NV 89169

REID W. LAMBERT
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

JASON G LANDESS
3990 VEGAS DRIVE
LAS VEGAS, NV 89108

CYNTHIA J LARSEN
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 CAPITOL MALL, STE 3000
SACRAMENTO, CA 95814

MARC A. LEVINSON
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 CAPITOL MALL, STE 30000
SACRAMENTO, CA 95814-4497

LEWIS AND ROCA LLP
,

ELIZABETH R. LOVERIDGE
WOODBURY & KESLER, P.C.

265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

LEE D. MACKSON
SHUTTS & BOWEN LLP
1500 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131

STUART MADSEN
5843 VALLE VISTA COURT
GRANITE BAY, CA 95746

JERROLD T. MARITIN
8423 PASO ROBLES
NORTHRIDGE, CA 91325

TERRY MARKWELL
12765 SILVER WOLF ROAD
RENO, NV 89511

RICHARD J. MASON
130 PINETREE LANE
RIVERWOODS, IL 60015

JAMES E. MCKNIGHT
,

CRAIG MEDOFF
3110 LARKWOOD CREEK
FALLBROOK, CA 92028

JAY L. MICHAELSON
7 W FIGUEROA ST., 2ND FLR
SANTA BARBARA, CA 93101

BRECK E. MILDE
TERRA LAW LLP
60 SOUTH MARKET ST, SUITE 200
SAN JOSE, CA 95113

MICHAEL P. MOLLO
316 S. BROADWAY #B
REDONDO BEACH, CA 90277

DOUGLAS M MONSON
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, STE 1400
PO BOX 45385
SALT LAKE CITY, UT 84145-0385

NASON,YEAGER, GERSON, WHITE & LIOCE, P.A.
,

HOWARD S. NEVINS
2150 RIVER PLAZA DR., #450
SACRAMENTO, CA 95833

STEVEN R ORR
RICHARDS WATSON & GERSHON
355 SOUTH GRAND AVENUE, 40TH FLOOR
LOS ANGELES, CA 90071

ORRICK HERRINGTON & SUTCLIFFE LLP
400 CAPITOL MALL #3000
SACRAMENTO, CA 95814-4497

ORRICK, HERRINGTON & SUTCLIFFE, LLP
,

CRAIG ORROCK
,

RONALD H. PACHECO
,

ANDREW M PARLEN
,

J. STEPHEN PEEK
HALE LANE PEEK DENNISON AND HOWARD
3930 HOWARD HUGHES PARKWAY
FOURTH FLOOR
LAS VEGAS, NV 89169

NANCY A. PETERMAN
GREENBERG TRAURIG, LLP
77 W. WACKER DR., SUITE 2500
CHICAGO, IL 60601

KIMBERLY A. PHILLIPS
DEPUTY DISTRICT ATTORNEY
CIVIL DIVISION
500 S GRAND CENTRAL PKWY
POB 552215
LAS VEGAS, NV 89155

KRIS PICKERING
ROSA SOLIS-RAINEY, ESQ.
300 SOUTH FOURTH STREET
LAS VEGAS, NV 89101

R&N REAL ESTATE INVESTMENTS
3990 VEGAS DRIVE
LAS VEGAS, NV 89108

RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, SUITE 1400
P.O. BOX 45385
SALT LAKE CITY, UT 84145

GORDON C RICHARDS
1850 EAST FLAMINGO ROAD SUITE 204
LAS VEGAS, NV 89119

LARRY L. RIEGER
,

PATSY R. RIEGER
,

ROBERT W. ULM, TRUSTEE OF THE ULM LIVING TRUST
,

R J ROCCO
12617 COTTAGEVILLE LANE
KELLER, TX 76248

DAVID ROGER
POB 552215
LAS VEGAS, NV 89155

ROYAL VACATION SUITES, INC.
,

S & J ENTERPRISE INVESTMENTS, INC.
,

NICHOLAS J SANTORO
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

SCC ACQUISITION CORP.
,

MICHAEL M. SCHMAHL
MCGUIREWOODS LLP
77 W. WACKER DRIVE, SUITE 4100
CHICAGO, IL 60601

JAMES G SCHWARTZ
7901 STONERIDGE DR #401
PLEASANTON, CA 94588

SCHWARTZER & MCPHERSON LAW FIRM
2850 S. JONES BLVD., #1
LAS VEGAS, NV 89146

LOIS MAE SCOTT
,

ROBERT J. SCOTT
,

JAMES E SHAPIRO
GERRARD, COX & LARSEN
2450 ST ROSE PKWY #200
LAS VEGAS, NV 89119

JAMES SHAW
14225 PRAIRIE FLOWER CT
RENO, NV 89511-6710

SHEA & CARLYON, LTD.
228 S 4TH ST 1ST FL
LAS VEGAS, NV 89101

SIERRA CONSULTING GROUP, LLC
,

SIERRA HEALTH SERVICES, INC.
ATTN: FRANK COLLINS, ESQ.
2724 N. TENAYA WAY
P.O. BOX 15645
LAS VEGAS, NV 89114-5645

ULRICH W SMITH
3990 VEGAS DR
LAS VEGAS, NV 89108

WENDY W. SMITH
BINDER & MALTER, LLP
2775 PARK AVENUE
SANTA CLARA, CA 95050

PATRICIA K. SMOOTS
318 N GROVE
OAK PARK, IL 60302

DERRICK A. SPATORICO
PHETERSON, STEN, CALABRESE & NEILANS,
THE WILDER BLDG
ONE EAST MAIN ST # 150
ROCHESTER, NY 14614

BRADLEY J STEVENS
3300 N CENTRAL AVE
PHOENIX, AZ 85012

THOMAS W STILLEY
1000 SW BROADWAY #1400
PORTLAND, OR 97205

STEVEN C STRONG
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, STE 1400
SALT LAKE CITY, UT 84145-0385

STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
1901 AVENUE OF THE STARS, 12TH FLR
LOS ANGELES, CA 90067

BEVERLY SWEZEY
,

DONALD SWEZEY
,

TANAMERA RESORT CONDOMINIUMS, LLC
,

EVALYN C TAYLOR
,

TECHNOLOGY INVESTMENT PARTNERS, L.L.C.
ATTN: STACEY L. FARMER
40950 WOODWARD AVENUE
SUITE 201
BLOOMFIELD HILLS, MI 48304-5128

KAARAN THOMAS
MCDONALD CARANO WILSON, LLP
2300 WEST SAHARA AVENUE
NO. 10, SUITE 1000
LAS VEGAS, NV 89102

JACK S. TIANO
,

U.S. BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
125 S GRAND AVE
PASADENA, CA 91105

U.S. BANKRUPTCY COURT
,

UNITED STATES DISTRICT COURT
,

PEGGY ANN VALLEY
4843 SOUTH POINT
DISCOVERY BAY, CA 94514

MICHAEL C. VAN
4129 W. CHEYENNE, SUITE A
N. LAS VEGAS, NV 89032

ROY R. VENTURA
,

ROBERT VERCHOTA
C/O JEFFREY A COGAN, ESQ
3990 VEGAS DRIVE
LAS VEGAS, NV 89108

WALLS FAMILY TRUST DTD 12/10/97
C/O JOSEPH P & ELLEN WALLS
2778 BEDFORD WAY
CARSON CITY, NV 89703

WANDA WRIGHT TRUSTEE FOR THE WANDA WRIGHT TRUST 6-14-99
,

JOYCE WATSON
10612 BLACK IRON ROAD
LOUISVILLE, KY 40291

STEVE WATSON
10612 BLACK IRON ROAD
LOUISVILLE, KY 40291

GAIL WILCOX
PO BOX 1051
MINDEN, NV 89423

STEVE WILCOX
PO BOX 1051
MINDEN, NV 89423

WILLIAM E WINFIELD
POB 9100
OXNARD, CA 93031

MARION E. WYNNE
WILKINS, BANKESTER, BILES & WYNNE, P.A.
POST OFFICE BOX 1367

FAIRHOPE, AL 36533-1367

MICHAEL YODER
DIAMOND MCCARTHY, LLP
909 FANNIN, STE 1500
HOUSTON, TX 77010

# SERVICE LIST

Richard I. Dreitzer
Deputy Attorney General
State of Nevada Atty Gen. Off.
555 E Washington Ave., Suite 3900
Las Vegas, NV 89101

Susan Williams Scann
DEANER, DEANER, et al.
720 S Fourth Street, Suite 300
Las Vegas, NV 89101

Eric Madden
DIAMOND MCCARTHY, et al.
1201 Elm Street, Suite 3400
Dallas, TX 75270

Janet L. Chubb, Esq.
JONES VARGAS
100 W. Liberty St, 12th Floor
POB 281
Reno, NV 89504-0281

Michelle Abrams
MICHELLE L. ABRAMS, LTD.
3085 S Jones Blvd., Suite C
Las Vegas, NV 89146

Jeffrey D. Hermann
ORRICK, HERRINGTON, et al.
777 S Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855

Anne M. Loraditch
BECKLEY SINGLETON CHTD
530 Las Vegas Blvd South
Las Vegas, NV 89101

Berman, Geoffrey L.
DEVELOPMENT SPECIALISTS, INC.
333 S. Grand Ave., Suite 4070
Los Angeles, CA 90071-1544

Michael Tucker
FTI CONSULTING
One Renaissance Square
Two N Central Ave., Ste. 1200
Phoenix, AZ 85004-2322

Dean T. Kirby, Jr.
John Hebert
KIRBY & McGUINN, A.P.C.
600 B Street, Suite 1950
San Diego, CA 92101

Richard W. Esterkin
Asa S. Hami
MORGAN, LEWIS & BOCKIUS LLP
300 S Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132

Marc A. Levinson
ORRICK, HERRINGTON, et al.
400 Capitol Mall, Suite 3000
Sacramento, CA 95814

George A. Davis
CADWALADER, WICKERSHAM et al.
One World Financial Center
New York, NY 10281

Allan B. Diamond
DIAMOND MCCARTHY, et al.
Two Houston Center
909 Fannin Street, Suite 1500
Houston, TX 77010

Robert P. Goe
GOE & FORSYTHE
660 Newport Center Drive, Suite 320
Newport Beach, CA 92660

Susan M. Freeman/Rob Charles
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy
Suite 600
Las Vegas, NV 89169-5996

August B. Landis
OFFICE OF THE U.S. TRUSTEE
300 Las Vegas Blvd., S. Suite 4300
Las Vegas, NV 89101

William J. Ovca, Jr., Trustee
Defined Pension Plan
OVCA ASSOCIATES, INC.
16872 Baruna Lane
Huntington Beach, CA 92649