

Entered on Docket
June 26, 2007

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                    Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>Date: April 26, 2007<br>Time: 9:30 a.m<br><br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

1841215.1

## ORDER SUSTAINING THIRD OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING PRIORITY STATUS

The USACM Liquidating Trust (the "USACM Trust") filed its Third Omnibus Objection to Claims Asserting Priority Status [DE 3261] (the "Objection") on March 23, 2007. Appropriate notice of the Objection was given. A Response to the Objection was filed with this Court as follows:

- Response filed by Kelly J. Brinkman on behalf of Daniel Oberlander [DE 3453] pertaining to Claim Nos. 10725-00762, 10725-00952 and 10725-00969. An Order Approving Stipulation re Claims of Daniel Oberlander [DE 3725] was signed by this Court on May 13, 2007 allowing Daniel Oberlander a priority claim in the amount of $1,482.58.

No other responses were filed with this Court. The Objection came before the Court for hearing on April 26, 2007 at 9:30 a.m. Good cause appearing, it is

ORDERED:

- Sustaining the USACM Trust's Second Omnibus Objection to Claims Asserting Priority Status listed on Exhibit A attached;
- Reclassifying the Proofs of Claim listed on Exhibit A attached as general unsecured claims; and
- Reserving the right of any party in interest, including the USACM Trust, to further object to any and all claims listed on Exhibit A attached as unsecured claims or otherwise, whether or not the subject of this Objection.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By:  /s/ RC (#0006593)
      Susan M. Freeman
      Rob Charles
*Attorneys for USACM Liquidating Trust*

1841215.1

APPROVED/DISAPPROVED

~~GOOLD~~ PATTERSON ALES & DAY

By: _/s/ Kelly J. Brinkman_____
    Kelly J. Brinkman
*Attorneys for Daniel Oberlander*

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐    The Court waived the requirements of LR 9021.

☒    I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing regarding this matter and/or who filed a written objection and each has:

    ☒    approved the form of this order;

    ☐    waived the right to review the order;

    ☐    failed to file and serve papers in accordance with LR 9021(c); and/or

    ☐    failed to sign and return this proposed order within five (5) business days in accordance with LR 9021(b).

☐    I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order:

☐    No opposition was filed to the motion and no other party or counsel appeared at the hearing (none required).

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)_____
    Susan M. Freeman
    Rob Charles
*Attorneys for USACM Liquidating Trust*

1841215.1

## Exhibit A
## USA COMMERCIAL MORTGAGE
### 3rd Objection to Claimants Asserting Priority Status - Reclassify as General Unsecured Claims

| | Claimant | Proof of Claim Number | Date Claim Filed | Proof of Claim Amount | Proof of Claim Priority Asserted | Proposed Treatment/Comments Objection |
|---|---|---|---|---|---|---|
| 1 | Oberlander, Daniel 5532 Spearfish Lake Ct. Las Vegas, NV 89148-7645 | 10725-00762 | 11/9/2006 | Blank | P | Claim is not entitled to priority status and should be classified as a general unsecured claim. |
| 2 | Oberlander, Daniel 5532 Spearfish Lake Ct Las Vegas, NV 89148-7645 | 10725-00969 | 11/3/2006 | $1,482.58 | P | Claim is not entitled to priority status and should be classified as a general unsecured claim. |
| 3 | Olympia Capital Management C/O Geraldine Houghton 2871 Pinta Perris, Ca 92571 | 10725-01254 | 11/9/2006 | $100,000.00 | S P, U - unknown | Claim is not entitled to priority status and should be classified as a general unsecured claim. |
| 4 | Oppio, Catherine Po Box 15 430 Gonowabie Crystal Bay, NV 89402 | 10725-01846 | 1/4/2007 | $252,021.41 | P | Claim is not entitled to priority status and should be classified as a general unsecured claim. |
| 5 | Owens, Milton 1094 7Th St San Pedro, Ca 90731 | 10725-00570 | 10/12/2006 | $26,129.00 | S, P | Claim is not entitled to priority status and should be classified as a general unsecured claim. |
| 6 | Paczosa, Stanley 8617 Linderwood Las Vegas, Nv 89134 | 10725-01222 | 11/10/2006 | $72,070.98 | P | Claim is not entitled to priority status and should be classified as a general unsecured claim. |
| 7 | Parker, Lexey S 4005 Plateau Rd Reno, NV 89519 | 10725-01807 | 12/20/2006 | $21,477.82 | P, U | Claim is not entitled to priority status and should be classified as a general unsecured claim. |
| 8 | Perrone, Catherine 923 Croton Rd Celebration, FL 34747-4843 | 10725-00807 | 10/30/2006 | $180,000.00 | P | Claim is not entitled to priority status and should be classified as a general unsecured claim. |

2

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | Raymond Troll Trust<br>C/O Raymond Troll Trustee<br>77420 Sky Mesa Ln<br>Indian Wells. CA 92210-6103 | 10725-01815 | 12/18/2006 | $29,794.30 | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 10 | Raymond Troll Trust<br>C/O Raymond Troll Trustee<br>77420 Sky Mesa Ln<br>Indian Wells. CA 92210-6103 | 10725-01816 | 12/18/2006 | $35,117.06 | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 11 | Renee Leff-Kaplan<br>4330 Romero Drive<br>Tarzana. CA 91356 | 10725-00618 | 10/17/2006 | $60,000.00 | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 12 | Ricci, Michael H<br>1204 Camballeria Dr<br>Carson City. NV 89701-8655 | 10725-01638 | 12/8/2006 | $27,057.95 | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 13 | Ricci, Michael H<br>1204 Camballeria Dr<br>Carson City. NV 89701-8655 | 10725-01639 | 12/8/2006 | $8,076.92 | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 14 | Ricci, Michael H<br>1204 Camballeria Dr<br>Carson City. Nv 89701 | 10725-01641 | 12/8/2006 | $136,058.88 | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 15 | Riordan, Cecil E & Barbara<br>2370 Overlook Ct<br>Reno. NV 89509 | 10725-01913 | 1/10/2007 | $57,069.30 | S, P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 16 | Roach, Blair & Barbara K<br>Po Box 1238<br>Zephyr Cove. Nv 89448 | 10725-02293 | 1/12/2007 | $7,000.00 | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 17 | Robert L Ogren Trust Dtd 6/30/92<br>C/O Robert L Ogren Trustee<br>3768 Rick Stratton Dr<br>Las Vegas. NV 89120-2647 | 10725-01543 | 12/4/2006 | $121,334.20 | S, P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 18 | Robert W Ulm Living Trust<br>Robert W Ulm Trustee<br>414 Morning Glory Rd<br>St Marys. Ga 31558 | 10725-01148 | 11/9/2006 | Unknown | S, P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |

3rd Objection to Claims
Asserting Priority Status

EXHIBIT A

3

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | Santoro Family Trust Utd 4/29/02<br>C/O Nicholas J & Juanita Santoro Ttees<br>2312 Pearl Crest St<br>Las Vegas, NV 89134-6732 | 10725-01472 | 11/15/2006 | $300,000.00 | S<br>P, U -- Unknown | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 20 | Santoro Family Trust<br>Nicholas & Juanita Santoro Ttees<br>2312 Pearl Crest St<br>Las Vegas, NV 89134-6732 | 10725-00812 | 11/13/2006 | $300,000.00 | S<br>P, U - Unknown | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 21 | Scheidegger Family Trust Dtd 12/26/01<br>C/O Edward J Scheidegger Trustee<br>5101 Cashmere Ct<br>Fair Oaks, CA 95628-5365 | 10725-00332 | 9/28/2006 | $50,000.00 | S<br>P - Unknown | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 22 | Silvestri, Silvio & Kathryn<br>13621 Wolf Rd<br>Grass Valley, CA 95949-8187 | 10725-00456 | 10/5/2006 | $74,340.00 | S, P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 23 | Smith, Fraser<br>2620 Western Ave<br>Las Vegas, Nv 89109 | 10725-01710 | 10/11/2006 | $5,810.00 | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 24 | Stewart, John W<br>5600 Boulder Hwy<br>Apt S1572<br>Las Vegas, NV 89122 | 10725-01819 | 12/26/2006 | $60,560.00 | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 25 | Stewart, Lynda<br>4605 E. Juana Ct.<br>Cave Creek, AZ 85331 | 10725-00575 | 10/13/2006 | Blank | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 26 | Stimpson, Shawn A<br>5799 Cathedral Peak Dr<br>Sparks, NV 89436-1848 | 10725-00463 | 10/6/2006 | $50,000.00 | P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 27 | Stimpson, Shawn<br>5799 Cathedral Peak Dr<br>Sparks, NV 89436 | 10725-00464 | 10/6/2006 | $50,000.00 | P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 28 | Stoebling, David<br>3568 E Russell Rd Ste D<br>Las Vegas, Nv 89120-2234 | 10725-00946 | 11/2/2006 | $979.54 | S, P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |

3rd Objection to Claims
Asserting Priority Status

EXHIBIT A

| | | | | | | |
|---|---|---|---|---|---|---|
| 29 | Stoebling Family Trust<br>C/O David Stoebling Trustee<br>3568 E Russell Rd<br>Ste D<br>Las Vegas, NV 89120-2234 | 10725-00945 | 11/2/2006 | $50,000.00 | S, P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 30 | Stoebling Family Trust<br>C/O David Stoebling Trustee<br>3568 E Ruseell Rd Ste D<br>Las Vegas, NV 89120-2234 | 10725-01068 | 11/2/2006 | $100,000.00 | P, S | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 31 | The M. Evelyn Fisher Revocable Trust Dated 11/07/05<br>C/O M. Evelyn Fisher, And/OR Successor(S) In Trust<br>12051 S. Cherokee Ln.<br>Tucson, AZ 85736-1317 | 10725-00578 | 10/23/2006 | $206,132.75 | S, P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 32 | Turok, Noemi N<br>8808 Rainbow Ridge Dr<br>Las Vegas, NV 89117-5815 | 10725-01174 | 11/10/2006 | $50,000.00 | P, S, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 33 | Valley Investments Corp<br>3131 Meade Ave<br>Ste A-1<br>Las Vegas, NV 89102-7809 | 10725-00357 | 10/2/2006 | $1,492.91 | S, P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 34 | Wahl, David C<br>Po Box 8012<br>Mammoth Lakes, CA 93546-8012 | 10725-02313 | 1/13/2007 | $10,238.91 | P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 35 | Wahl, David C<br>Po Box 8012<br>Mammoth Lakes, CA 93546-8012 | 10725-02335 | 1/13/2007 | $15,542.15 | P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 36 | Warwick, William<br>170 Dayton St<br>Danvers, MA 01923 | 10725-00434 | 10/4/2006 | $57,833.00 | S, P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 37 | Weicherding, Gary<br>4960 Harrison Dr #107<br>Las Vegas, NV 89120 | 10725-01260 | 11/10/2006 | $53,500.00 | S, P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 38 | Weicherding, Gary<br>4960 Harrison Dr #107<br>Las Vegas, NV 89120 | 10725-01260 | 11/10/2006 | $3,500.00 | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |

3rd Objection to Claims
Asserting Priority Status

4

EXHIBIT A