

**Entered on Docket**
**June 26, 2007**

_____
Hon. Linda B. Riegle
**United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

_Attorneys for USACM Liquidating Trust_

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                              Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No.<br>BK-S-06-10725 LBR<br><br>Date of Hearing:  October 15, 2007<br>Time of Hearing:  9:30 a.m. |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

1843846.1

### ORDER APPROVING STIPULATION SETTING HEARING ON SECOND OMNIBUS OBJECTION TO CLAIMS FILED AS SECURED RE CLAIM 1279 OF LERIN HILLS LTD.

**IT IS HEREBY ORDERED:**

- Approving the Stipulation [DE 4050] by and between USACM Liquidating Trust and Lerin Hills Ltd., and

- Setting the hearing on the Second Omnibus Objection to Claims Asserting Priority Status Re Claim No. 1279 of Lerin Hills Ltd. on **October 15, 2007 at 9:30 a.m** at the U.S. Bankruptcy Court for the District of Nevada, 300 Las Vegas Blvd., South, Las Vegas, NV 89101.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By:    /s/ RC (#0006593)
       Susan M. Freeman
       Rob Charles
*Attorneys for USACM Liquidating Trust*

Approved/Disapproved:

**KEHOE & ASSOCIATES**

By: /s/  TEK (# 6011)
Ty E. Kehoe, Esq.
871 Coronado Center Drive, Suite 200
Henderson, NV 89052
*Attorney for Lerin Hills, Ltd.*

1843846.1