George A. Davis
CADWALADER, WICKERSHAM & TAFT
One World Financial Center
New York, NY 10281
Telephone No.: (212)504-6000
Facsimile No.: (212) 504-6666

Tyson M. Lomazow
MILBANK, TWEED, HADLEY & McCOY, LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone No.: (212) 530-5367
Facsimile No.: (212) 822-5367

Peter C. Bernhard (Nevada Bar No. 0734)
Georganne W. Bradley (Nevada Bar No. 1105)
BULLIVANT HOUSER BAILEY PC
3980 Howard Hughes Pkwy., Ste. 550
Las Vegas, NV 89169
Telephone No.: (702) 650-6565
Facsimile No.: (702) 650-2995
E-Mail: peter.bernhard@bullivant.com

**Counsel for Compass Financial Partners LLC**

E-Filed on: June 26, 2007

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER RE: EMERGENCY MOTION OF COMPASS FINANCIAL PARTNERS LLC FOR ORDER PURSUANT TO 11 U.S.C. §§ 105 AND 1141 ENFORCING CONFIRMATION ORDER AND FOR CIVIL CONTEMPT SANCTIONS**<br><br>Date: May 31, 2007<br>Time: 2:30 p.m. |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

PLEASE TAKE NOTICE that an Order Re: Emergency Motion of Compass Financial Partners LLC for Order Pursuant to 11 U.S.C. §§ 105 and 1141 Enforcing Confirmation Order and for Civil Contempt Sanctions (the "Order") was entered on the Court's docket on June 26, 2007. A copy of the Order is attached hereto.

Dated this 26th day of June 2007.

CADWALADER, WICKERSHAM & TAFT
-and-
BULLIVANT HOUSER BAILEY, PC

By: *[signature]*
Georganne W. Bradley, Esq.
3980 Howard Hughes Pkwy., Ste. 550
Las Vegas, Nevada 89169
*Attorneys for Compass Financial Partners, LLC*

Case: 06-10725-lbr    Doc #: 4059    Filed: 06/26/2007    Page: 1 of 5



**Entered on Docket**
**June 26, 2007**

Hon. Linda B. Riegle
United States Bankruptcy Judge

George A. Davis
CADWALADER, WICKERSHAM & TAFT
One World Financial Center
New York, NY 10281
Telephone No.: (212) 504-6000
Facsimile No.: (212) 504-6666

Matthew S. Barr
Tyson M. Lomazow
MILBANK, TWEED, HADLEY & McCLOY, LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone No.: (212) 530-5367
Facsimile No.: (212) 822-5367

Peter C. Bernhard (Nevada Bar No. 0734)
Georganne W. Bradley (Nevada Bar No. 1105)
BULLIVANT HOUSER BAILEY PC
3980 Howard Hughes Pkwy., Ste. 550
Las Vegas, NV 89169
Telephone No.: (702) 650-6565
Facsimile No.: (702) 650-2995
E-Mail: peter.bernhard@bullivant.com

Counsel for Compass Financial Partners LLC

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER RE: EMERGENCY MOTION OF COMPASS FINANCIAL PARTNERS LLC FOR ORDER PURSUANT TO 11 U.S.C. §§ 105 AND 1141 ENFORCING CONFIRMATION ORDER AND FOR CIVIL CONTEMPT SANCTIONS**<br><br>Date: May 31, 2007<br>Time: 2:30 p.m. |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

– 1 –

The Court conducted a hearing, pursuant to its Order Shortening Time, on May 31, 2007 on the Motion of Compass Financial Partners LLC for Order Pursuant to 11 U.S.C. §§ 105 and 1141 Enforcing Confirmation Order and for Civil Contempt Sanctions (the "Motion"), which was filed by Compass Financial Partners LLC ("Compass") on May 25, 2007. Appearances of counsel were noted on the record at the hearing.

The Court having determined that the parties should submit additional briefs on the issues raised in the Motion and the Opposition thereto filed by the Lender Protection Group on May 30, 2007, and having determined that the status quo as it existed on May 15, 2007 should be maintained pending further order of this Court, with a hearing on such issues scheduled to be conducted on June 20, 2007, and for good cause appearing,

IT IS HEREBY ORDERED that, pending further order of this Court, (i) the status quo as of May 15, 2007 is hereby preserved such that Compass shall be and remain the loan servicer with respect to all loans for which it acquired servicing rights pursuant to that certain Asset Purchase Agreement dated December 8, 2006, approved by Order of this Court entered January 8, 2007 (collectively, the "Loans"); and

IT IS FURTHER ORDERED that, pending further order of this Court, all amounts due and owing under or in connection with the Loans (the "Payments") shall continue to be paid directly to Compass; and

IT IS FURTHER ORDERED that, pending further order of this Court, Compass shall be entitled to deduct and retain from Payments received the amount of its accrued and unpaid servicing fees then due to Compass, provided, however, that any amounts relating to default interest, late charges, or other fees shall be held in the Direct Lender remittance account established and maintained by Compass, and provided, further, that notwithstanding the above, in the event Compass receives Payments from a borrower in respect of a Loan (i) in which Compass holds 100% of the loan participation interests, or (ii) which satisfy in full all obligations due and owing under the governing loan documents (including default interest, late charges, and other fees), then Compass shall be permitted to deduct and retain from such Payments received any amounts relating to default interest, late charges, and other fees; and

1  IT IS FURTHER ORDERED that in the event the Lenders Protection Group holds 100% of the loan participation interests in a Loan, they shall have the right to direct Compass not to take any further action to pursue recovery from borrowers of outstanding amounts due with respect to such Loans; and

IT IS FURTHER ORDERED that any attempted termination or replacement of Compass as loan servicer with respect to a Loan shall not be effective pending further order of this Court.

**Submitted by:**

CADWALADER WICKERSHAM & TAFT
-and-
MILBANK, TWEED, HADLEY & McCLOY, LLP
-and-
BULLIVANT HOUSER BAILEY PC


By: ___/s/ Georganne W. Bradley___
    Georganne W. Bradley, Esq.

*Attorneys for Compass Financial Partners LLC*

**Approved**/Disapproved by:

LAW OFFICES OF ALAN R. SMITH

By: _____
    Alan R. Smith

*Attorneys for Lenders Protection Group*

**Approved/Disapproved by:**

OFFICE OF THE U.S. TRUSTEE

By:_____
    August B. Landis, Esq.

1   IT IS FURTHER ORDERED that in the event the Lenders Protection Group holds 100%
2   of the loan participation interests in a Loan, they shall have the right to direct Compass not to
3   take any further action to pursue recovery from borrowers of outstanding amounts due with
4   respect to such Loans; and
5   IT IS FURTHER ORDERED that any attempted termination or replacement of Compass
6   as loan servicer with respect to a Loan shall not be effective pending further order of this Court.

Submitted by:

CADWALADER WICKERSHAM & TAFT
-and-
MILBANK, TWEED, HADLEY & McCLOY, LLP
-and-
BULLIVANT HOUSER BAILEY PC


By: /s/ Georganne W. Bradley
    Georganne W. Bradley, Esq.

*Attorneys for Compass Financial Partners LLC*

Approved/Disapproved by:

LAW OFFICES OF ALAN R. SMITH


By: _____
    Alan R. Smith.

*Attorneys for Lenders Protection Group*

Approved/Disapproved by:

OFFICE OF THE U.S. TRUSTEE

By: /s/ August B. Landis
    August B. Landis, Esq.

- 3 -

In accordance with Local Rule 9021, the undersigned certifies:

_____ The court waived the requirements of LR 9021.

_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

__✓__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below:

Alan R. Smith, Esq. :    *Approved*

Office of U.S. Trustee:    *Approved*

BULLIVANT HOUSER BAILEY P.C.

By: *Georganne W. Bradley*
Georganne W. Bradley, Esq.

-4-