# EXHIBIT 1

1491622.1

Case 06-10725-gwz    Doc 4063-1    Entered 06/26/07 15:35:22    Page 2 of 8

Case 06-10725-lbr    Doc #: 4056    Filed: 06/26/2007    Page: 1 of 7

Entered on Docket
June 26, 2007

Hon. Linda B. Riegle
United States Bankruptcy Judge

# LEWIS AND ROCA LLP

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br><br>Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>Date: April 26, 2007<br>Time: 9:30 a.m<br><br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

1840950.1

# ORDER SUSTAINING OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO COMMISSION CLAIMS ASSERTING PRIORITY STATUS

The USACM Liquidating Trust (the "USACM Trust") filed its Omnibus Objection to Commission Claims Asserting Priority Status [DE 3255] (the "Objection") on March 23, 2007. Appropriate notice of the Objection was given. Responses to the Objection were filed with this Court as follows:

- Response filed by Stewart Baskin [DE 3430] pertaining to Claim No. 10725-01792. This matter was continued for hearing on July 27, 2007 at 9:30 a.m.

- Response filed by Debt Acquisition Company of America V, LLC [DE 3492, 3493], assignees of the following claims:

  a. Pompeo J. Lombardi [Declaration at DE 3496], Claim No. 10725-00780

  b. Dalton Maffett, Claim No. 10725-00904

  c. Oliver Puhr [Declaration at DE 3497], Claim No. 10725-00783

  d. Tom Stewart [Declaration at DE 3495], Claim No. 10725-00779; and

  e. Janet Szabo [Declaration at DE 3524], Claim No. 10725-00781.

This matter was continued for hearing on July 27, 2007 at 9:30 a.m.

- Response filed by Michael P. Mollo [DE 3337] pertaining to Claim Nos. 10725-00366 and 10725-00371. This matter was continued for hearing on July 27, 2007 at 9:30 a.m.

- No other responses were filed with this Court. The Objection came before the Court for hearing on April 26, 2007 at 9:30 a.m. Good cause appearing, it is

ORDERED:

- Sustaining the USACM Trust's Omnibus Objection to Commission Claims Asserting Priority Status listed on Exhibit A attached;

- Reclassifying the Proofs of Claim listed on Exhibit A attached as general unsecured claims; and

1840950.1

1 • Reserving the right of any party in interest, including the USACM Trust, to
2 further object to any and all claims listed on Exhibit A attached as unsecured claims or
3 otherwise, whether or not the subject of this Objection.

4 ###

6 PREPARED AND SUBMITTED:

7 **LEWIS AND ROCA LLP**

9 By: /s/ RC (#0006593)
   Susan M. Freeman
10  Rob Charles
   *Attorneys for USACM Liquidating Trust*

12 APPROVED/DISAPPROVED          APPROVED/DISAPPROVED

14 _____          _____
   Stewart Baskin                 Michael P. Mollo

15 APPROVED/DISAPPROVED
16 **KIRBY & MCGUINN, APC**

18 By: /s/ Dean T. Kirby
       Dean T. Kirby, CA 090114
19 *Attorneys for Debt Acquisition Company of
   America V, LLC, and Assignees of the claims*
20 *of Pompeo J. Lombardi, Dalton Maffett,
   Oliver Puhr, Tom Stewart and Janet Szabo*

3

1842620.1

- Reserving the right of any party in interest, including the USACM Trust, to further object to any and all claims listed on Exhibit A attached as unsecured claims or otherwise, whether or not the subject of this Objection.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**


By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
*Attorneys for USACM Liquidating Trust*


APPROVED/DISAPPROVED          APPROVED/DISAPPROVED


_____      _____
Stewart Baskin                                Michael P. Mollo

APPROVED/DISAPPROVED

**KIRBY & MCGUINN, APC**


By: _____
    Dean T. Kirby
*Attorneys for Debt Acquisition Company of
America V, LLC, and Assignees of the claims
of Pompeo J. Lombardi, Dalton Maffett,
Oliver Puhr, Tom Stewart and Janet Szabo*

3

1840950.1

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☒ The Court waived the requirements of LR 9021.

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing regarding this matter and/or who filed a written objection and each has:

  ☒ approved the form of this order;

  ☐ waived the right to review the order;

  ☐ failed to file and serve papers in accordance with LR 9021(c); and/or

  ☒ failed to sign and return this proposed order within five (5) business days in accordance with LR 9021(b).

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order:

☐ No opposition was filed to the motion and no other party or counsel appeared at the hearing (none required).

**LEWIS AND ROCA LLP**


By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
*Attorneys for USACM Liquidating Trust*

4

1840950.1

## Exhibit A
## USA COMMERCIAL MORTGAGE
Objection to Commission Claims Asserting Priority Status - Reclassify Entire Claim Amount as a General Unsecured Claim

| | Claimant | Proof of Claim Number | Date Claim Filed | Proof of Claim Amount | Proof of Claim Priority Asserted | Proposed Treatment/Comments Objection |
|---|---|---|---|---|---|---|
| 1 | Baskin, Stewart 2625 N Green Valley Pkwy Ste 125 Henderson, NV 89014 | 10725-01792 | 12/13/2006 | $3,500.00 | P | Reclassify claim as a general unsecured claim. Claim is for commission by broker who signed up lenders for non-performing loans. Claim was also filed after November 13, 2006 Bar Date. |
| 2 | Debt Acquisition Comp Of America V LLC 1565 Hotel Cir South Ste 310 San Diego, CA 92108 | 10725-00779 | 10/27/2006 | $37,037.93 | P, U | Reclassify claim as a general unsecured claim. Claim is for commission by broker who signed up lenders for non-performing loans. |
| 3 | Debt Acquisition Comp Of America V LLC 1565 Hotel Cir South Ste 310 San Diego, CA 92108 | 10725-00780 | 10/27/2006 | $43,017.52 | P, U | Reclassify claim as a general unsecured claim. Claim is for commission by broker who signed up lenders for non-performing loans. |
| 4 | Debt Acquisition Comp Of America V LLC 1565 Hotel Cir South Ste 310 San Diego, CA 92108 | 10725-00781 | 10/27/2006 | $25,107.97 | P, U | Reclassify claim as a general unsecured claim. Claim is for commission by broker who signed up lenders for non-performing loans. |
| 5 | Debt Acquisition Comp Of America V LLC 1565 Hotel Cir South Ste 310 San Diego, CA 92108 | 10725-00783 | 10/27/2006 | $31,762.23 | P, U | Reclassify claim as a general unsecured claim. Claim is for commission by broker who signed up lenders for non-performing loans. |
| 6 | Debt Acquisition Comp Of America V LLC 1565 Hotel Cir South Ste 310 San Diego, CA 92108 | 10725-00904 | 10/27/2006 | $20,067.97 | P, U | Reclassify claim as a general unsecured claim. Claim is for commission by broker who signed up lenders for non-performing loans. |
| 7 | Esteves, Douglas A 4500 S Lakeshore St # 322 Tempe, AZ 85282 | 10725-00251 | 9/26/2006 | $6,468.75 | P, U | Reclassify claim as a general unsecured claim. Claim is for commission by broker who signed up lenders for non-performing loans. |

Objection to Commission
Claims Asserting Priority

EXHIBIT A

1

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Lee, Devin<br>7493 Big Cottonwood Ct.<br>Las Vegas, NV 89123 | 10725-00944 | 11/2/2006 | $13,875.00 | P, U | Reclassify claim as a general unsecured claim. Claim is for commission by broker who signed up lenders for non-performing loans. |
| ~~9~~ | ~~Mello, Mike~~<br>~~316 S Broadway #B~~<br>~~Redondo Beach, CA 90277-3709~~ | ~~10725-00366~~ | ~~10/2/2006~~ | ~~$16,587.50~~ | ~~P, U~~ | ~~Reclassify claim as a general unsecured claim. Claim is for commission by broker who signed up lenders for non-performing loans.~~ |
| ~~10~~ | ~~Mello, Mike~~<br>~~316 S Broadway #B~~<br>~~Redondo Beach, CA 90277-3709~~ | ~~10725-00371~~ | ~~10/2/2006~~ | ~~Blank~~ | ~~P~~ | ~~Reclassify claim as a general unsecured claim. Claim is for commission by broker who signed up lenders for non-performing loans. Proof of claim is also unsigned~~ |
| 11 | Morgan, Stephanie Amber<br>3014 W William Cannon<br>Apt 1538<br>Austin, TX 78745 | 10725-00964 | 11/2/2006 | $10,000.00 | P | Reclassify claim as a general unsecured claim. Claim is for commission by broker who signed up lenders for non-performing loans. |