Annette W. Jarvis, Utah Bar No. 1649                    **E-FILED ON JUNE 27, 2007**
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com

Attorneys for Debtors

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                    Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                    Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>                                                    Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                    Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                                                    Debtor. | **NOTICE OF ENTRY OF ORDER APPROVING THE STIPULATION CONCERNING THE WITHDRAWAL OF THE CLAIMS FILED BY THE KANTOR CLAIMANTS AGAINST USA SECURITIES, LLC AND USA CAPITAL RELATY ADVISORS, LLC AND CERTIFICATE OF SERVICE** |
| Affects:<br>☐  All Debtors<br>☐  USA Commercial Mortgage Company<br>☒  USA Securities, LLC<br>☒  USA Capital Realty Advisors, LLC<br>☐  USA Capital Diversified Trust Deed Fund, LLC<br>☐  USA Capital First Trust Deed Fund, LLC | |

1

NOTICE IS HEREBY GIVEN that an Order Approving the Stipulation Concerning the Withdrawal of the Claims Filed by the Kantor Claimants Against USA Securities, LLC and USA Capital Realty Advisors, LLC was entered on the 8th day of June, 2007, a copy of which is attached hereto.

Dated: this 20th day of June, 2007.

/s/      Lenard E. Schwartzer, Esq

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

1.   On June 27, 2007 I served the following document(s):

a.    Notice of Entry of Order Approving the Stipulation Concerning the Withdrawal of the Claims Filed by the Kantor Claimants Against USA Securities, LLC and USA Capital Realty Advisors, LLC

2.    I served the above-named document(s) by the following means to the persons as listed below:

☐   a.    **By ECF System**:

☒   b.    **By United States mail, postage fully prepaid**:

Michael M. Schmahl
McGuireWoods LLP
77 West Wacker Drive Suite 4100
Chicago, Illinois 60601-1818

☐   c.    **By Personal Service**
I personally delivered the document(s) to the persons at these addresses:
☐      For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐       For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐       d.       **By direct email (as opposed to through the ECF System)**
Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐       e.       **By fax transmission**
Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐       f.       **By messenger**
I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**
Signed on:       June 27, 2007

SARAH ARNOLD                                    /s/       _SARAH ARNOLD_
(Name of Declarant)                              (Signature of Declarant)

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122