Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

E-FILED ON June 27, 2007

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| In re: | |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC, Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC, Debtor. | **OPPOSITION TO JESSUPS' MOTION TO DISCLOSE INFORMATION UNDER THE FREEDOM OF INFORMATION ACT AND RELEASE OF FUUNDS TO JESSUP** |
| In re:<br>USA SECURITIES, LLC, Debtor. | **(AFFECTS USA COMMERCIAL MORTGAGE AND USA CAPITAL FIRST TRUST DEED FUND, LLC)** |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC | Date: July 5, 2007<br>Time: 9:30 a.m. |

1

P:\USA Commercial Mortgage\Pleadings\Jessup Motion\OPP to Jessup Motion.DOC

USA Commercial Mortgage Company ("USACM") and USA Capital First Trust Deed Fund, LLC ("FTDF") hereby opposes the Jessups's Motion to Disclose Information Under the Freedom of Information Act and Release of Funds to Jessups (the "Motion"). This Opposition is supported by the documents attached hereto, the memorandum set forth below, and the entire record in this case.

## STATEMENT OF FACTS

1. The Debtors' Third Amended Joint Chapter 11 Plan of Reorganization (the "Plan") was confirmed on January 8, 2007 and became effective on March 12, 2007. It has been substantially consummated.

2. The Jessups' IRAs were investors in FTDF. As such, these IRSa have received pro rata distributions from FTDF (in the same percentages as other investors in FTDF). Copies of the cancelled checks are attached as Exhibit "A".

3. As a result of the sale to Compass Partners, LLC pursuant to the Plan, there will be a substantial distribution to investors in FTDF including the Jessups' IRAs.

4. Under the Plan, the Jessups' IRAs are not entitled to payments other than the same payments as are being made to other investors in FTDF.

5. With regard to disclosure of transactions, the Jessups have available to them the same information available to other investors in FTDF. Such information is available at the BMC website, http://www.bmccorp.net/master.asp?InfoType=1&ClientID=113, and the FTDF Official Committee website, http://usacapftdf.bmcgroup.com/default.aspx.

## MEMORANDUM OF LAW

A confirmed plan of reorganization is binding on all parties, including investors such as the Jessups' IRAs. Bankruptcy Code § 1141(a) provides:

> **(a)** Except as provided in subsections (d)(2) and (d)(3) of this section, the provisions of a confirmed plan bind the debtor, any entity issuing securities under the plan, any entity acquiring property under the plan, and any creditor, equity security holder, or general partner in the debtor, whether or not the claim or interest of such creditor, equity security holder, or general partner is impaired under the plan and whether or not such creditor, equity security holder, or general partner has accepted the plan.

The Freedom of Information Act, 5 U.S.C. §552, is applicable to requests to federal government agencies.  It is not applicable to bankruptcy estates, debtors, their counsel or agents.

## CONCLUSION

WHEREFORE, Debtors respectfully request that this Court enter an order denying the Motion.

Respectfully submitted this 27th day of June, 2007.

/s/ Lenard E. Schwartzer
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146

and

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

# EXHIBIT A

Page 1 of 1




| Check Info | |
|---|---:|
| Account: | 3755532435 |
| Amount: | 15,052.42 |
| Check #: | 14680 |
| Posted Date: | 04/04/2007 |

Bank of America, N.A. Member FDIC.
©2005 Bank of America Corporation. All rights reserved.

https://direct.bankofamerica.com/Image/BofaDirect/ImageAccess/ViewerPrint.jsp?timestam...    6/5/2007



| Check Info | |
|---|---:|
| Account: | 3755532435 |
| Amount: | 17,470.83 |
| Check #: | 15615 |
| Posted Date: | 05/10/2007 |

Bank of America, N.A. Member FDIC.
©2005 Bank of America Corporation. All rights reserved.

https://direct.bankofamerica.com/Image/BofaDirect/ImageAccess/ViewerPrint.jsp?timestam...    6/5/2007



| Check Info | |
|---|---:|
| Account: | 3755532435 |
| Amount: | 5,451.80 |
| Check #: | 14697 |
| Posted Date: | 04/04/2007 |

Bank of America, N.A. Member FDIC.
©2005 Bank of America Corporation. All rights reserved.



| Check Info | |
|---|---|
| Account: | 3755532435 |
| Amount: | 6,327.33 |
| Check #: | 15635 |
| Posted Date: | 05/10/2007 |

Bank of America, N.A. Member FDIC.
©2005 Bank of America Corporation. All rights reserved.