# EXHIBIT 1

1491622.1

**Entered on Docket
June 26, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

_____

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                         Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>Date: April 26, 2007<br>Time: 9:30 a.m<br><br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

1839567.1

**ORDER SUSTAINING TWENTY-SEVENTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS**

The USACM Liquidating Trust (the "USACM Trust") filed its Twenty-Seventh Omnibus Objection to Claims Asserting Secured Status [DE 3185] (the "Objection") on March 20, 2007. Appropriate notice of the Objection was given. A Response to the Objection weas filed with the Court as follows:

- Response was filed by Roy and Nancy Ventura [DE 3426] pertaining to Claim Nos. 10725-00638 and 10725-00639. A separate stipulation or motion will be filed in regard to these claims.

No other responses were filed with this Court. The Objection came before the Court for hearing on April 26, 2007 at 9:30 a.m. Good cause appearing, it is

ORDERED:

- Sustaining the USACM Trust's Twenty-Seventh Omnibus Objection to Claims Asserting Secured Status;

- Reclassifying the Proofs of Claim listed on Exhibit A attached as general unsecured claims; and

- Reserving the right of any party in interest, including the USACM Trust, to further object to any and all claims listed on Exhibit A attached as unsecured claims or otherwise, whether or not the subject of this Objection.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
*Attorneys for USACM Liquidating Trust*

1839567.1

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☒ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing regarding this matter and/or who filed a written objection and each has:

    ☒ approved the form of this order;

    ☐ waived the right to review the order;

    ☐ failed to file and serve papers in accordance with LR 9021(c); and/or

    ☐ failed to sign and return this proposed order within five (5) business days in accordance with LR 9021(b).

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order.

☐ No opposition was filed and no other party or counsel appeared at the hearing.

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
*Attorneys for USACM Liquidating Trust*

(APPROVED)/DISAPPROVED        (APPROVED)/DISAPPROVED

Roy K. Ventura Jr.        Nancy R. Ventura
Roy Ventura        Nancy Ventura
16 Jun '07

*Approved in terms of format only. No boxes are checked.*

## 27th Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims

| | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | Roy Filkin<br>2340 Watt St.<br>Reno, NV 89509 | 10725-00682 | 10/20/2006 | $175,000.00 | S |
| 2 | ~~Roy R. Ventura, Jr. & Nancy B. Ventura~~<br>~~American Embassy - Jakarta~~<br>~~Unit 8135 - Usaid~~<br>~~Fpo Ap 96520~~<br>~~Armed Forces Pacific~~ | ~~10725-00638~~ | ~~10/19/2006~~ | ~~$155,828.26~~ | ~~S~~ |
| 3 | ~~Roy Ventura~~<br>~~American Embassy - Jakarta~~<br>~~Unit 8135 - Usaid~~<br>~~Fpo Ap 96520~~ | ~~10725-00639~~ | ~~10/19/2006~~ | ~~$155,828.26~~ | ~~S~~ |
| 4 | Ruby M Hill Family Trust Dtd 12/12/92<br>C/O Ruby M Hill Trustee<br>877 E March Ln Apt 377<br>Stockton, Ca 95207-5880 | 10725-00302 | 9/29/2006 | $4,005.00 | S, U |
| 5 | Ruegg Living Trust Dtd 11/28/94<br>Frank C & Margaret S Ruegg Ttees<br>107 Navigator Ln<br>Friday Harbor, Wa 98250-6017 | 10725-00538 | 10/10/2006 | $75,000.00 | S |
| 6 | Ruegg Living Trust Dtd 11/28/94<br>Frank Charles & Margaret S Ruegg Ttees<br>107 Navigator Ln<br>Friday Harbor, WA 98250-6017 | 10725-00537 | 10/10/2006 | $75,000.00 | S |
| 7 | Rulon D Robinson Profit Sharing Plan<br>9100 Eagle Hills Dr<br>Las Vegas, Nv 89134 | 10725-00186 | 9/5/2006 | $50,895.83 | S |
| 8 | Rulon, Phillip<br>2800A Wrondel Way<br>Reno, NV 89502 | 10725-01214 | 11/10/2006 | $503,479.62 | S |
| 9 | Russell Jr, Frank<br>3314 Paces Ferry Rd Se<br>Atlanta, GA 30339 | 10725-00809 | 10/30/2006 | $109,687.51 | S |
| 10 | Ruth E Rudd Revocable Trust Dtd 11/11/92<br>C/O Ruth E Rudd Trustee<br>1519 Deerford Cir<br>Las Vegas, NV 89110-1984 | 10725-00394 | 10/2/2006 | $27,473.40 | S |
| 11 | Ruth Zimmerman & Moshe Kirsh Jtwros<br>15721 Milbank St<br>Encino, CA 91436 | 10725-02032 | 1/11/2007 | $122,155.97 | S, U |
| 12 | Ruth Zimmerman & Moshe Kirsh Jtwros<br>15721 Milbank St<br>Encino, CA 91436 | 10725-02033 | 1/11/2007 | $122,155.97 | S, U |
| 13 | S J Meyer Co<br>2660 S Rainbow Blvd Ste H108<br>Las Vegas, NV 89146-5183 | 10725-00328 | 9/28/2006 | $80,000.00 | S |

| # | Name/Address | Claim # | Date | Amount | Status |
|---|---|---|---|---|---|
| 14 | Sabia, Joseph & Victoria<br>2720 E Quail Ave<br>Las Vegas, NV 89120 | 10725-00458 | 10/5/2006 | $63,000.00 | S |
| 15 | Sabia, Joseph W & Victoria L<br>2720 E QuaiL Ave<br>Las Vegas, NV 89120-2443 | 10725-00459 | 10/5/2006 | $100,000.00 | S |
| 16 | Sak Family Trust Dtd 12/17/04<br>C/O Gregory V & Jana L Sak Ttee<br>2512 Skippers Cove Ave<br>Henderson, NV 89052 | 10725-01924 | 1/10/2007 | $101,826.15 | S |
| 17 | Salvo, Anne F D<br>PO Box 18220<br>Reno, NV 89511-0270 | 10725-02043 | 1/11/2007 | $12,032.49 | S, U |
| 18 | Sanchez IRA, Randy<br>5713 N White Sands Rd<br>Reno, NV 89511 | 10725-00118 | 8/14/2006 | $25,000.00 | S<br>U - Unknown amount |
| 19 | Sanchez IRA, Randy<br>5713 N White Sands Rd<br>Reno, NV 89511 | 10725-00119 | 8/14/2006 | $50,000.00 | S<br>U - Unknown amount |
| 20 | Sanchez Ira, Randy<br>5713 N White Sands Rd<br>Reno, NV 89511 | 10725-00120 | 8/14/2006 | $50,000.00 | S<br>U - Unknown |
| 21 | Sanchez Ira, Randy<br>5713 N White Sands Rd<br>Reno, NV 89511 | 10725-00121 | 8/14/2006 | $75,000.00 | S<br>U - Unknown |
| 22 | Sanchez IRA, Randy<br>5713 N White Sands Rd<br>Reno, NV 89511 | 10725-00122 | 8/14/2006 | $33,000.00 | S<br>U - Unknown amount |
| 23 | Sanchez IRA, Randy<br>5713 N White Sands Rd<br>Reno, NV 89511 | 10725-00123 | 8/14/2006 | $50,000.00 | S<br>U - Unknown amount |
| 24 | Sanchez IRA, Randy<br>5713 N White Sands Rd<br>Reno, NV 89511 | 10725-00124 | 8/14/2006 | $73,000.00 | S<br>U - Unknown amount |
| 25 | Sanchez Living Trust 10/03/06<br>Randy & Sharon Sanchez<br>5713 N White Sands Rd<br>Reno. NV 89511 | 10725-00117 | 8/14/2006 | $50,000.00 | S<br>U - Unknown amount |
| 26 | Sanchez Living Trust Dtd 10/13/03<br>Randy & Sharon Sanchez<br>5713 N White Sands Rd<br>Reno. NV 89511 | 10725-00114 | 8/14/2006 | $50,000.00 | S<br>U - Unknown amount |
| 27 | Sanchez Living Trust Dtd 10/13/03<br>Randy & Sharon Sanchez<br>5713 N White Sands Rd<br>Reno. NV 89511 | 10725-00115 | 8/14/2006 | $25,000.00 | S<br>U - Unknown amount |

| | | | | | |
|---|---|---|---|---|---|
| 28 | Sanchez Living Trust Dtd 10/13/03<br>Randy & Sharon Sanchez<br>5713 N White Sands Rd<br>Reno, NV 89511 | 10725-00116 | 8/14/2006 | $50,000.00 | S<br>U - Unknown amount |
| 29 | Sanchez Living Trust Dtd 10/13/03<br>Randy M & Sharon Sanchez Ttee<br>5713 N White Sands Rd<br>Reno, NV 89511 | 10725-00111 | 8/14/2006 | $50,000.00 | S<br>U - Unknown |
| 30 | Sanchez Living Trust<br>Randy & Sharon Sanchez Ttees<br>5713 N White Sands Rd<br>Reno, NV 89511 | 10725-00112 | 8/14/2006 | $60,000.00 | S<br>U - Unknown |
| 31 | Sanchez Living Trust<br>Randy M & Sharon Sanchez Ttees<br>5713 N White Sands Rd<br>Reno, Nv 89511 | 10725-02218 | 1/12/2007 | $277,066.49 | S, U |
| 32 | Sandler Living Trust Dtd 8/29/05<br>Trustee<br>8912 E Pinnacle Peak Rd<br>Box 591<br>Scottsdale, AZ 85255 | 10725-00183 | 9/1/2006 | $25,447.92 | S |
| 33 | Santoro Family Trust Utd 4/29/02<br>C/O Nicholas J & Juanita Santoro Ttees<br>2312 Pearl Crest St<br>Las Vegas, NV 89134-6732 | 10725-01472 | 11/15/2006 | $300,000.00 | S<br>P, U -- Unknown |
| 34 | Santoro Family Trust<br>Nicholas & Juanita Santoro Ttees<br>2312 Pearl Crest St<br>Las Vegas, NV 89134-6732 | 10725-00812 | 11/13/2006 | $300,000.00 | S<br>P, U - Unknown |
| 35 | Sapphire 18 Trust The<br>C/O Nimrod Barashy Trustee<br>2868 Redwood St<br>Las Vegas, NV 89146-5113 | 10725-00978 | 11/3/2006 | $101,041.67 | S |
| 36 | Sass IRA, Karen E<br>250 River Front Dr<br>Reno, NV 89523-8945 | 10725-00388 | 10/2/2006 | $50,000.00 | S |
| 37 | Sass, Charles<br>250 River Front Dr<br>Reno, NV 89523 | 10725-00225 | 9/25/2006 | $50,000.00 | S |
| 38 | Saunders, John H & Anita<br>3665 Brighton Way<br>Reno, NV 89509 | 10725-01495 | 11/27/2006 | $50,000.00 | S |
| 39 | Sayler Family Trust<br>Howard & Phyllis Sayler Ttees<br>Po Box 1311<br>Kings Beach, CA 96143-1311 | 10725-00767 | 10/27/2006 | $182,985.49 | S |
| 40 | Sb Wright Family Trust Dtd 12/28/94<br>Melvin B & Susan D Wright Ttees<br>3983 S Mccarran Blvd<br>Reno, NV 89502-7510 | 10725-00321 | 9/28/2006 | $746.52 | S |

918184 27th Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

3

| | | | | | |
|---|---|---|---|---|---|
| 41 | Sb Wright Family Trust Dtd 12/28/94<br>Melvin B & Susan D Wright Ttees<br>3983 S Mccarran Blvd<br>Reno, NV 89502-7510 | 10725-00322 | 9/28/2006 | $716.66 | S |
| 42 | Sb Wright Family Trust Dtd 12/28/94<br>Melvin B & Susan D Wright Ttees<br>3983 S Mccarran Blvd<br>Reno, NV 89502-7510 | 10725-00323 | 9/29/2006 | $746.52 | S |
| 43 | Sb Wright Family Trust Dtd 12/28/94<br>Melvin B & Susan D Wright Ttees<br>3983 S Mccarran Blvd<br>Reno, NV 89502-7510 | 10725-00324 | 9/28/2006 | $746.52 | S |
| 44 | Scheidegger Family Trust Dtd 12/26/01<br>C/O Edward J Scheidegger Trustee<br>5101 Cashmere Ct<br>Fair Oaks, CA 95628-5365 | 10725-00332 | 9/28/2006 | $50,000.00 | S<br>P - Unknown |
| 45 | Schneider, Richard<br>3424 Herring Gull Ln<br>North Las Vegas, NV 89084 | 10725-00833 | 10/30/2006 | $80,000.00 | S |
| 46 | Schnitzer Ttees Of The Schitzer Living Tr,<br>Arthur F & Linn S<br>20155 Ne 38Th Ct #1604<br>Aventura, FL 33180 | 10725-02149 | 1/12/2007 | $1,774,903.40 | S, U |
| 47 | Scholem, Frederick<br>9917 Whalers Landing Ct<br>Las Vegas, Nv 89117 | 10725-00714 | 10/24/2006 | $30,000.00 | S, U |
| 48 | Schoonover Family Trust The<br>Edward L & Susan A Schoonover<br>164 Shorett Dr<br>Friday Harbor, WA 98250 | 10725-02135 | 1/11/2007 | $134,724.50 | S, U |
| 49 | Schorr, Marc<br>Po Box 15107<br>Las Vegas, NV 89114 | 10725-00313 | 10/4/2006 | $100,000.00 | S |
| 50 | Schroeder, David W<br>864 Granville Ave Apt 1<br>Los Angeles, CA 90049-5422 | 10725-00573 | 10/13/2006 | $50,000.00 | S |