1  Annette W. Jarvis, Utah Bar No. 1649                    **E-FILED ON June 28, 2007**
   Steven C. Strong, Utah Bar No. 6340
2  RAY QUINNEY & NEBEKER P.C.
   36 South State Street, Suite 1400
3  P.O. Box 45385
   Salt Lake City, Utah 84145-0385
4  Telephone: (801) 532-1500
   Facsimile: (801) 532-7543
5  Email: ajarvis@rqn.com

6  Lenard E. Schwartzer, Nevada Bar No. 0399
   Jeanette E. McPherson, Nevada Bar No. 5423
7  SCHWARTZER & MCPHERSON LAW FIRM
   2850 South Jones Boulevard, Suite 1
8  Las Vegas, Nevada 89146-5308
   Telephone:  (702) 228-7590
9  Facsimile:  (702) 892-0122
   E-Mail:  bkfilings@s-mlaw.com
10
11 Attorneys for Debtors and Debtors-in-Possession

12                    **UNITED STATES BANKRUPTCY COURT**
                           **DISTRICT OF NEVADA**
13

| | |
|---|---|
| In re: | Case No. BK-S-06-10725 LBR |
| 14  USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10726 LBR |
|                                Debtor. | Case No. BK-S-06-10727 LBR |
| 15  In re: | Case No. BK-S-06-10728 LBR |
| 16  USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729 LBR |
|                                Debtor. | Chapter 11 |
| 17  In re: | |
| 18  USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under |
|                                Debtor. | Case No. BK-S-06-10725 LBR |
| 19  In re: | **CERTIFICATE OF SERVICE OF** |
| 20  USA CAPITAL FIRST TRUST DEED FUND, LLC, | **OPPOSITION TO JESSUPS' MOTION TO** |
|                                Debtor. | **DISCLOSE INFORMATION UNDER THE** |
| 21  In re: | **FREEDOM OF INFORMATION ACT** |
| 22  USA SECURITIES, LLC, | **AND RELEASE OF FUUNDS TO JESSUP** |
|                                Debtor. | |

Affects:
23   ☐  All Debtors                                **(AFFECTS USA COMMERCIAL**
     ☒  USA Commercial Mortgage Company          **MORTGAGE AND USA CAPITAL FIRST**
24   ☐  USA Securities, LLC                              **TRUST DEED FUND, LLC)**
     ☐  USA Capital Realty Advisors, LLC
25   ☐  USA Capital Diversified Trust Deed Fund, LLC   Date:   July 5, 2007
26   ☒  USA Capital First Trust Deed Fund, LLC        Time:   9:30 a.m.

27  ///

28

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1.      On June 27, 2007, I served the following document(s):

a.      Opposition to Jessups' Motion to Disclose Information Under the Freedom of Information Act and Release of Fuunds to Jessup.

2.      I served the above-named document(s) by the following means to the persons as listed below:

☒      a.      **By ECF System**:

MICHELLE L. ABRAMS     mabrams@mabramslaw.com

FRANKLIN C. ADAMS     franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF     nallf@parsonsbehle.com, klawrence@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON     anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH     oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M. ATENCIO     ATENCIOK@GTLAW.COM

PETER C. BERNHARD     peter.bernhard@bullivant.com, michelle.diegel@bullivant.com

BMC GROUP, INC.     evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgrou!p.com;mjohn@bmcgroup.com

GEORGANNE W. BRADLEY     georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN     kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK     tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY     abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA     lbubala@jonesvargas.com, tbw@jonesvargas.com;aanthony@jonesvargas.com

MATTHEW Q. CALLISTER     mqc@callister-reynolds.com, maggie@callister-reynolds.com;jrammos@callister-reynolds.com

CANDACE C CARLYON     ltreadway@sheacarlyon.com,

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

2

1   ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com

2   ROB CHARLES    rcharles@lrlaw.c! om, cjo rdan@lrlaw.com

3   MICHAEL W. CHEN    yvette@ccfirm.com

4   KEVIN B. CHRISTENSEN    kbchrislaw@aol.com

5   JANET L. CHUBB    tbw@jonesvargas.com

6

7   EDWARD S. COLEMAN    mail@coleman4law.com

8   WILLIAM D COPE    cope_guerra@yahoo.com

9   LAUREL E. DAVIS    ldavis@fclaw.com, mhurtado@fclaw.com

10  DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com

11  J CRAIG DEMETRAS    JCD@demetras-oneill.com, jar@demetras-
    oneill.com;mdh@demetras-oneill.com
12

13  RICHARD I. DREITZER    rdreitzer@yahoo.com

14  THOMAS H. FELL    BANKRUPTCYNO! TICES@GORDONSILVER.COM

15  ARLEY D FINLEY    TFINLEY@DIAMONDMCCARTHY.COM

16
    SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com
17

18  GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

19  DOUGLAS D. GERRARD    DGERRARD@GERRARD-COX.COM

20  WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

21  CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov

22  GERALD M GORDON    bankruptcynotices@gordonsilver.com

23
    R. VAUGHN GOURLEY    vgourley@lvcm.com
24

25  TALITHA B. GRAY    bankruptcynotices@gordonsilver.com

26  JAMES D. GREENE    bknotice@bhfs.com
    MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com
27

28  PETER W. GUYON    pguyon@yahoo.com

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

JEFFREY R. HALL    jhall@sheacarlyon.com,
bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com

XANNA R. HARDMAN    xanna.hardman@gmail.com

STEPHEN R HARRIS    noticesbh&p@renolaw.biz

JEFFREY L HARTMAN    notices@bankruptcyreno.com, dle@bankruptcyreno.com

BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com

RICHARD F. HOLLEY    rholley@nevadafirm.com,
paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com

RANDOLPH L. HOWARD    rhoward@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com

DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES    ejameslv@embarqmail.com, kbchrislaw@aol.com

ANNETTE W JARVIS    ajarvis@rqn.com

ERIN E. JONES    ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com

TY E. KEHOE    TyKehoeLaw@aol.com

ROBERT R. KINAS    rkinas@swlaw.com,
jmcbee@swlaw.com;jmath@swlaw.com;imccord@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring.com

DEAN T. KIRBY    dkirby@kirbymac.com, jhebert@kirby!mac.com;lackerman@kirbymac.com

ZACHARI AH LARSON    ecf@lslawnv.com

JOHN J. LAXAGUE    jlaxague@caneclark.com

GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM    nleatham@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1    ROBERT C. LEPOME      rlepome@cox.net, smstanton@cox.net

2    TYSON M. LOMAZOW      tlomazow@milbank.com

3    ANNE M. LORADITCH      ecffilings@beckleylaw.com,
4    aloraditch@beckleylaw.com;pkois@beckleylaw.com

5    ERIC D MADDEN      emadden@diamondmccarthy.com, omartinez@diamondmccarthy.com

6    PATRICIA A. MARR      lvlaw03@yahoo.com

7    JAMES C. MCCARROLL &nbs! p      , dturetsky@reedsmith.com;aleonard@reedsmith.com

8    REGINA M. MCCONNELL      rmcconnell@kssattorneys.com

9    WILLIAM L. MCGIMSEY      lawoffices601@lvcoxmail.com

10   
11   RICHARD MCKNIGHT      mcknightlaw@cox.net,
     gkopang@lawlasvegas.com;cburke@lawlasvegas.com

12   JEANETTE E. MCPHERSON      bkfilings@s-mlaw.com;info@s-mlaw.com

13   JEANETTE E. MCPHERSON      bkfilings@s-mlaw.com;info@s-mlaw.com

14   
15   SHAWN W MILLER      bankruptcyfilings@sheacarlyon.com,
     smiller@sheacarlyon.com;ltreadway@sheacarlyon.com;mleavitt@sheacarlyon.com
16   
17   DAVID MINCIN      mcknightlaw@cox.net,
     gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

18   JOHN F ! MURTHA      jmurtha@woodburnandwedge.com

19   
20   ! ERVEN T. NELSON      erv@rlbolick.com, susan@rlbolick.com

21   VICTORIA L NELSON      bkecf@nevadafirm.com,
     vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@neva
22   dafirm.com

23   BOB L. OLSON      ecffilings@beckleylaw.com,
     bolson@beckleylaw.com;dgriffis@beckleylaw.com
24   
25   DONNA M. OSBORN      ebaker@marquisaurbach.com,
     dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.c
26   om

27   CHRISTINE M PAJAK      cpajak@stutman.com, ekarasik@stutman.com

28   

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

5

1    ANDREW M. PARLEN      aparlen@stutman.com

2    KIMBERLY PHILLIPS      DA-Bankr@co.clark.nv.us

3    DONALD T. POLEDNAK      sandplegal@yahoo.com, spbankrup! tcy@yahoo.com

4    PAUL C RAY      info@johnpeterlee.com

5    THOMAS RICE      trice@coxsmith.com, ggattis@coxsmith.com

6    CHRISTINE A ROBERTS      bankruptcy@rocgd.com

7    STACY M. ROCHELEAU      stacy@arlawgroup.com, wendy@arlawgroup.com

8    SUSAN WILLIAMS SCANN      sscann@deanerlaw.com, palexander@deanerlaw.com

9    LENARD E. SCHWARTZER      bkfilings@s-mlaw.com

10   JAMES PATRICK SHEA      bankruptcyfilings@sheacarlyon.com,
     ltreadway@sheacarlyon.com;jshea@sheacarlyon.com

11   SHLOMO S. SHERMAN      ssherman@sheacarlyon.com,
12   bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com
     ;mleavitt@sheacarlyon.com

13   AMBRISH S. SIDHU      ! ecfnotic es@sidhulawfirm.com

14   JEFFREY G. SLOANE      gjklepel@yahoo.com, rmcconnell@kssattorneys.com

15   ALAN R SMITH      mail@asmithlaw.com,
     turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com

16   ADAM M. STARR      starra@gtlaw.com

17   DAVID A. STEPHENS      dstephens@lvcm.com

18   PETER SUSI      cheryl@msmlaw.com, msm@msmlaw.com

19   ERIC W. SWANIS      swanise@gtlaw.com, warners@gtlaw.com;mclachlanp@gtlaw.com

20   JEFFREY R. SYLVESTER      jeff@sylvesterpolednak.com

21   KAARAN E. THOMAS      kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

22   ROLLIN G. THORLEY      rollin.g.thorley@irsco! unsel.treas.gov

23   AMY N. TIRRE      , lmccarron@kkbrf.com

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  AMY N. TIRRE       atirre@kkbrf.com, lmccarron@kkbrf.com

2  U.S. TRUSTEE - LV - 11      USTPRegion17.lv.ecf@usdoj.gov

3  ERIC VAN      bankruptcynotices@gordonsilver.com

4  GREGORY J. WALCH      GWalch@Nevadafirm.com

5

6  RUSSELL S. WALKER      rwalker@wklawpc.com,
   eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com;rrazo@wklawpc.co
7  m;tgrover@wklawpc.com

8  WHITNEY B. WARNICK      wbw@albrightstoddard.com, bstessel@albrightstoddard.com

9  GREGORY L. WILDE      bk@wildelaw.com

10
   RYAN J. WORKS      rworks@mcdonaldcarano.c! om,
11 kbarrett@mcdonaldcarano.com;dsampson@mcdonaldcarano.com;a! guenther
   @mcdonaldcarano.com;hvenglik@mcdonaldcarano.com
12
   WILLIAM J. WRAY      rh@oreillylawgroup.com,
13 rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com

14 MATTHEW C. ZIRZOW      bankruptcynotices@gordonsilver.com

15
   ANTHONY A. ZMAILA      azmaila@nevadafirm.com,
16 bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

17 ☒      b.      **By United States mail, postage fully prepaid**:

18
   Harry W. Jessup
19 Helen B. Jessup
   2009 West Lund
20 Las Vegas, NV 89102

21 ☐      c.      **By Personal Service**
22            I personally delivered the document(s) to the persons at these addresses:
        ☐      For a party represented by an attorney, delivery was made by handing the
23 document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or
   other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place
24 in the office.
        ☐      For a party, delivery was made by handing the document(s) to the party or by
25 leaving the document(s) at the person's dwelling house or usual place of abode with someone of
26 suitable age and discretion residing there.

27 ☐      d.      **By direct email (as opposed to through the ECF System)**

28

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1             I caused the document(s) to be sent to the persons at the email addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐     e.     **By fax transmission**
           I faxed the document(s) to the persons at the fax numbers listed below.  No error was reported by the fax machine that I used.  A copy of the record of the fax transmission is attached.

☐     f.     **By messenger**
           I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:     June 28, 2007

ANGELA HOSEY                            /s/     *ANGELA HOSEY*
(Name of Declarant)                   (Signature of Declarant)

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122