Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

**E-FILED ON JUNE 29, 2007**

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

*SCHWARTZER & MCPHERSON LAW FIRM*
*2850 South Jones Boulevard, Suite 1*
*Las Vegas, Nevada 89146-5308*
*Tel: (702) 228-7590 · Fax: (702) 892-0122*

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br>Date: July 27, 2007 |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | Time: 9:30 a.m.<br>**DECLARATION OF THOMAS J. ALLISON IN SUPPORT OF USA SECURITIES, LLC'S OBJECTION TO AMENDED PROOFS OF CLAIM 24-2, 25-2, AND 26-2 FILED BY THE PENSION BENEFIT GUARANTY CORPORATION** |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☒ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | **(AFFECTS USA SECURITIES, LLC)** |

1

1    I, Thomas J. Allison, hereby declare, verify and state as follows:

2    1.    I am the President and Chief Restructuring Officer of USA Commercial Mortgage

3    Company ("USACM") and am or was prior to March 12, 2007 (the "Effective Date"), the

4    Manager and Chief Restructuring Officer of each of the four other debtors in these jointly

5    administered chapter 11 cases; namely, USA Securities, LLC ("USA Securities"), USA Capital

6    Realty Advisors, LLC ("USA Realty"), USA Capital Diversified Trust Deed Fund, LLC

7    ("DTDF"), and USA Capital First Trust Deed Fund, LLC ("FTDF") (collectively the "Debtors").

8    2.    The Debtors filed for relief under Chapter 11 of the Bankruptcy Code on April 13,

9    2006 (the "Petition Date").

10    3.    On the Petition Date, Mesirow Interim Financial Management was employed to

11    manage the Debtors and I was appointed the Chief Restructuring Officer of the Debtors.

12    4.    On January 8, 2007, the Court entered an order confirming the Debtors' joint plan

13    of reorganization (the "Plan").

14    5.    As a result of my appointment as the Chief Restructuring Officer of the Debtors, I

15    have become familiar with the books and records of the Debtors, I have become familiar with

16    some of the records of USA Investment Partners, LLC ("Investment Partners"), which were kept

17    by the USACM's personnel until the Petition Date, and, prior to the confirmation of the Plan, I

18    have had conversations with Joseph Milanowski who was a principal and the primary officer or

19    manager of the Debtors. Based upon this information, I state the following facts as being true to

20    the best of my knowledge.

21    6.    I make this Declaration in support of USA Securities' Objection to Amended

22    Proofs of Claim No. 24-2, 25-2, and 26-2 filed by the Pension Benefit Guaranty Corporation

23    ("PBGC")

24    7.    The sole shareholders of USACM prior to the Petition Date were Thomas A.

25    Hantges, Joseph D. Milanowski, Paul S. Hamilton (either in their own names or through trusts

26    they control), and Red Granite, LLC.

27    8.    USA Securities is a limited liability company the sole members of which were

28
2

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1   Joseph D. Milanowski and Paul S. Hamilton (either in their own names or through trusts they

2   control) prior to the Petition Date.

3       9.      Joseph D. Milanowski and Paul S. Hamilton combined owned approximately 43%

4   (but in any event, less than 50%) of the stock of USACM prior to the Petition Date. *See*

5   Organizational Chart of Debtors originally included as an exhibit to the Disclosure Statement and

6   attached hereto as **Exhibit A**.

7       10.     Joseph D. Milanowski and Thomas A. Hantges together owned approximately

8   86.45% of USACM, but Thomas A. Hantges had no ownership in USA Securities. *See* **Exhibit A**.

9       11.     Based on information and belief, at no time was USA Securities required to

10  contribute to a defined pension benefit plan.

    I declare, under penalty of perjury, that, to the best of my knowledge, information and

12  belief, that the foregoing is true and correct.

13

14

15

16                                      Thomas J. Allison

    931149

17

18

19

20

21

22

23

24

25

26

27

28                              3

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

**Exhibit A**

# USA Commercial Mortgage Company

