**Entered on Docket
June 29, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

_____

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                   Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>Date: April 26, 2007<br>Time: 9:30 a.m<br><br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

1839569.1

# ORDER SUSTAINING THIRTIETH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS

The USACM Liquidating Trust (the "USACM Trust") filed its Thirtieth Omnibus Objection to Claims Asserting Secured Status [DE 3189] (the "Objection") on March 20, 2007. Appropriate notice of the Objection was given. A Response to the Objection was filed with the Court as follows:

- Reply was filed by Jack S. Tiano [DE 3474] pertaining to Claim No. 10725-00391. A separate stipulation or motion will be filed.

No other responses were filed with this Court. The Objection came before the Court for hearing on April 26, 2007 at 9:30 a.m. Good cause appearing, it is

ORDERED:

- Sustaining the USACM Trust's Thirtieth Omnibus Objection to Claims Asserting Secured Status;

- Reclassifying the Proofs of Claim listed on Exhibit A attached as general unsecured claims; and

- Reserving the right of any party in interest, including the USACM Trust, to further object to any and all claims listed on Exhibit A attached as unsecured claims or otherwise, whether or not the subject of this Objection.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By:   /s/ RC (#0006593)
      Susan M. Freeman
      Rob Charles
*Attorneys for USACM Liquidating Trust*

2

1839569.1

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

- ☐ The Court waived the requirements of LR 9021.

- ☒ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing regarding this matter and/or who filed a written objection and each has:

    - ☐ approved the form of this order;
    - ☐ waived the right to review the order;
    - ☐ failed to file and serve papers in accordance with LR 9021(c); and/or
    - ☒ failed to sign and return this proposed order within five (5) business days in accordance with LR 9021(b).

- ☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order.

- ☐ No opposition was filed and no other party or counsel appeared at the hearing.

**LEWIS AND ROCA LLP**

By:  /s/ RC (#0006593)
      Susan M. Freeman
      Rob Charles
*Attorneys for USACM Liquidating Trust*

APPROVED/DISAPPROVED

_____
Jack S. Tiano

1839569.1

## 30th Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims

| | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | Tds Revocable Family Trust Dtd 9/29/98<br>T Dwight & Bonnie J Sper Ttees<br>1005 Cypress Ridge Ln<br>Las Vegas, NV  89144-1425 | 10725-00506 | 9/25/2006 | $25,000.00 | S |
| 2 | Tds Revocable Family Trust Dtd 9/29/98<br>T Dwight & Bonnie J Sper Ttees<br>1005 Cypress Ridge Ln<br>Las Vegas, NV  89144-1425 | 10725-00507 | 9/25/2006 | $50,000.00 | S |
| 3 | Tds Revocable Family Trust Dtd 9/29/98<br>T Dwight & Bonnie J Sper Ttees<br>1005 Cypress Ridge Ln<br>Las Vegas, NV  89144-1425 | 10725-00508 | 9/25/2006 | $50,000.00 | S |
| 4 | Tds Revocable Family Trust Dtd 9/29/98<br>T Dwight & Bonnie J Sper Ttees<br>1005 Cypress Ridge Ln<br>Las Vegas, NV  89144-1425 | 10725-00509 | 9/25/2006 | $100,000.00 | S |
| 5 | Tds Revocable Family Trust Dtd 9/29/98<br>T Dwight & Bonnie J Sper Ttees<br>1005 Cypress Ridge Ln<br>Las Vegas, NV  89144-1425 | 10725-00510 | 9/25/2006 | $100,000.00 | S |
| 6 | Tds Revocable Family Trust Dtd 9/29/98<br>T Dwight & Bonnie J Sper Ttees<br>1005 Cypress Ridge Ln<br>Las Vegas, NV  89144-1425 | 10725-00511 | 9/25/2006 | $100,000.00 | S |
| 7 | Tds Revocable Family Trust Dtd 9/29/98<br>T Dwight & Bonnie J Sper Ttees<br>1005 Cypress Ridge Ln<br>Las Vegas, NV  89144-1425 | 10725-00512 | 9/25/2006 | $100,000.00 | S |
| 8 | Tds Revocable Family Trust Dtd 9/29/98<br>T Dwight & Bonnie J Sper Ttees<br>1005 Cypress Ridge Ln<br>Las Vegas, NV  89144-1425 | 10725-00513 | 9/25/2006 | $50,000.00 | S |
| 9 | Tds Revocable Family Trust Dtd 9/29/98<br>T Dwight & Bonnie J Sper Ttees<br>1005 Cypress Ridge Ln<br>Las Vegas, NV  89144-1425 | 10725-00514 | 9/25/2006 | $100,000.00 | S |
| 10 | Tds Revocable Family Trust Dtd 9/29/98<br>T Dwight & Bonnie J Sper Ttees<br>1005 Cypress Ridge Ln<br>Las Vegas, NV  89144-1425 | 10725-00515 | 9/25/2006 | $100,000.00 | S |
| 11 | Teeter, Louise & Norman<br>40201 Via Marina  Ste 300<br>Marina Del Rey, CA  90292-5237 | 10725-02274 | 1/12/2007 | $61,609.61 | S, U |
| 12 | Teeter, Norman<br>4201 Via Marina  #300<br>Marina Del Rey, CA  90292 | 10725-02275 | 1/12/2007 | $299,663.64 | S, U |

918272  30th Objection to Claims Asserting Secured Claim Status

**EXHIBIT A**

1

| | | | | | |
|---|---|---|---|---|---|
| 13 | Teeter, Robert G<br>4201 Via Marina<br>Ste 300<br>Marina Del Rev. CA  90292 | 10725-02276 | 1/12/2007 | $67,184.61 | S, U |
| 14 | Terry Bombard 1998 Trust Dtd 1/23/98<br>C/O Terry Bombard Trustee<br>3570 W Post Rd<br>Las Vegas. NV  89118-3866 | 10725-01869 | 1/5/2007 | $100,000.00 | S |
| 15 | Terry R Helms Living Trust<br>Terry Helms<br>809 Upland Blvd<br>Las Vegas, NV  89107-3719 | 10725-02291 | 1/12/2007 | $5,577,877.40 | S, U |
| 16 | Tessel & Berthelot, Michel & Jean Jacques<br>9328 Sienna Vista Dr<br>Las Vegas, NV  89117-7034 | 10725-01158 | 11/9/2006 | $37,426.95 | S |
| 17 | Thalia Routsis Family Trust<br>C/O Thalia Nicholas Routsis Ttee<br>Po Box 4311<br>Incline Village. NV  89450-4311 | 10725-01252 | 11/10/2006 | $37,732.36 | S, U |
| 18 | The Berthelot Living<br>Jean Jacques Berthelot Ttee<br>9328 Sienna Vista Dr<br>Las Vegas. NV  89117-7034 | 10725-01138 | 11/9/2006 | $26,500.00 | S |
| 19 | The Dexter & Betty Jean Guio Trust Dated 4/9/2002<br>Betty J Guio Ttee<br>4790 Caughlin Parkway #379<br>Reno. NV  89519 | 10725-00577 | 10/13/2006 | $250,000.00 | S |
| 20 | The Eric Noel Cartagena Trust<br>C/O Eric N. Cartagena, Trustee<br>P.O. Box 60742<br>San Dieqo. CA 92166-8742 | 10725-00672 | 10/23/2006 | $50,000.00 | S |
| 21 | The M. Evelyn Fisher Revocable Trust Dated 11/07/05<br>C/O M. Evelyn Fisher, And/OR Successor(S) In Trust<br>12051 S. Cherokee Ln.<br>Tucson. AZ 85736-1317 | 10725-00578 | 10/23/2006 | $157,685.97 | S, P, U |
| 22 | Thomas J Karren Living Trust<br>C/O Thomas J Karren Sole Trustee<br>20483 Powder Mountain Ct<br>Bend. OR  97702-9552 | 10725-00522 | 10/10/2006 | $50,000.00 | S |
| 23 | Thompson, Gregory R<br>1005 W Buffington St<br>Upland, CA  91784 | 10725-02132 | 1/11/2007 | $50,706.85 | S, U |
| 24 | Thompson, Wilma Jean<br>12 Brewster Way<br>Redlands, CA  92373 | 10725-02133 | 1/11/2007 | $100,268.37 | S, U |
| 25 | Threlfall, Ronda L<br>9915 Saddleback Dr<br>Lakeside, CA  92040 | 10725-02211 | 1/12/2007 | $202,806.94 | S, U |

918272  30th Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

2

| # | Name/Address | Claim # | Date | Amount | Status |
|---|---|---|---|---|---|
| 26 | Thrower, Debbie<br>Stephen R Harris Esq<br>Belding Harris & Petroni Ltd<br>417 W Plumb Ln<br>Reno, NV  89509 | 10725-01763 | 12/26/2006 | $150,000.00 | S |
| 27 | Thurman, Lynnette S & John H<br>1635 Greycrest Way<br>Reno, NV  89521-4052 | 10725-00724 | 10/26/2006 | $54,499.99 | S |
| 28 | ~~Tiano, Jack~~<br>~~116 W El Portal  Ste 103~~<br>~~San Clemente, CA  92672~~ | ~~10725-00391~~ | ~~10/2/2006~~ | ~~$10,574.00~~ | ~~S~~ |
| 29 | Tiano, Norman<br>Eagle Meadows Development Ltd<br>7070 Rock Dove St<br>Carlsbad, CA  92011-5025 | 10725-00552 | 10/12/2006 | $50,000.00 | S |
| 30 | Tiano, Norman<br>Meadow Creek Partners Llc<br>7070 Rock Dove St<br>Carlsbad, CA  92011 | 10725-00553 | 10/12/2006 | $100,000.00 | S |
| 31 | Tiki Investment Enterprises, LP<br>2578 Highmore Ave<br>Henderson, NV 89052 | 10725-02428 | 1/12/2007 | $1,200,128.00 | S, U |
| 32 | Timothy Folendorf Trust Dtd 3/21/00<br>C/O Timothy Folendorf Trustee<br>Po Box 2<br>Angels Camp, Ca  95222-0002 | 10725-00248 | 9/26/2006 | $50,000.00 | S |
| 33 | Tischler, Hillari<br>7408 Doe Ave<br>Las Vegas, NV  89117 | 10725-00576 | 10/13/2006 | $166,246.21 | S |
| 34 | Tom, Sterling<br>213 Royal Aberdeen Way<br>Las Vegas, NV  89134 | 10725-00981 | 10/27/2006 | $150,000.00 | S |
| 35 | Tom, Sterling<br>213 Royal Aberdeen Way<br>Las Vegas, NV  89134 | 10725-00991 | 11/6/2006 | $150,000.00 | S |
| 36 | Tom, Sterling<br>213 Royal Aberdeen Way<br>Las Vegas, NV  89144 | 10725-00992 | 11/6/2006 | $50,000.00 | S |
| 37 | Tom, Sterling<br>213 Royal Aberdeen Way<br>Las Vegas, NV  89144 | 10725-00994 | 11/6/2006 | $50,000.00 | S |
| 38 | Tom, Sterling<br>213 Royal Aberdeen Way<br>Las Vegas, NV  89144 | 10725-00996 | 11/6/2006 | $25,000.00 | S |
| 39 | Tom, Sterling<br>213 Royal Aberdeen Way<br>Las Vegas, NV  89144 | 10725-00997 | 11/6/2006 | $25,000.00 | S |

| | | | | | |
|---|---|---|---|---|---|
| 40 | Toombes, Patsy<br>Po Box 11665<br>Zephyr Cove, NV 89448 | 10725-00437 | 10/4/2006 | $371,435.14 | S |
| 41 | Toombes, Robert C & Patsy G<br>Po Box 11665<br>Zephyr Cove, NV 89448-3665 | 10725-00436 | 10/4/2006 | $371,435.14 | S, U |
| 42 | Tracy, Richard R & Ursula<br>Po Box 1404<br>Carson City, NV 89702-1404 | 10725-02284 | 1/12/2007 | $152,200.00 | S, U |
| 43 | Triantos, Rory L<br>13842 Malcom Ave<br>Saratoga, CA 95070-5314 | 10725-01450 | 11/16/2006 | $95,378.62 | S, U |
| 44 | Triantos, Rory L<br>13842 Malcom Ave<br>Saratoga, CA 95070-5314 | 10725-01479 | 11/16/2006 | $101,527.68 | S, U |
| 45 | Tripp Enterprises Inc A Nevada Corp<br>Warren W Tripp<br>250 Greg St<br>Sparks, NV 89431 | 10725-02103 | 1/11/2007 | $490,267.92 | S, U |
| 46 | Tripp Family Trust, Walter C<br>Walter C Tripp Ttee<br>5590 Briarhills Ln<br>Reno, NV 89502 | 10725-02269 | 1/12/2007 | $6,254.31 | S, U |
| 47 | Tripp Ttee Of The Tripp Enterprises Inc,<br>Warren W<br>250 Greg St<br>Sparks, NV 89431 | 10725-02105 | 1/11/2007 | $437,835.06 | S, U |
| 48 | Tripp, Carol A<br>2185 Kinney Ln<br>Reno, NV 89511-6553 | 10725-02270 | 1/12/2007 | $50,736.30 | S, U |
| 49 | Tripp, Walter C<br>5590 Briarhills Ln<br>Reno, NV 89502 | 10725-02268 | 1/12/2007 | $50,716.67 | S, U |
| 50 | Tripp, Warren W<br>250 Greg St<br>Sparks, NV 89431 | 10725-02104 | 1/11/2007 | $591,701.25 | S, U |