FILED ELECTRONICALLY
6/29/07

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
CHRISTINE M. PAJAK
(CA State Bar No. 217173)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
E-mail:  fmerola@stutman.com
         ekarasik@stutman.com
         cpajak@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
701 Bridger Avenue, Suite 850
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
E-mail:  jshea@sheacarlyon.com
         ccarlyon@sheacarlyon.com
         ssherman@sheacarlyon.com

*Counsel for the Official Committee of Equity Security Holders of
USA Capital First Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>    Debtor | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA Capital First Trust Deed Fund, LLC | |

### NOTICE OF ENTRY OF ORDER APPROVING FINAL EXPENSE APPLICATION OF FIRST TRUST DEED FUND COMMITTEE

SHEA & CARLYON, LTD.
701 Bridger Avenue, Suite 850
Las Vegas, Nevada 89101
(702) 471-7432

1  PLEASE TAKE NOTICE that an Order Approving Final Fee Application of First Trust
2  Deed Fund Committee, was entered June 29, 2007, a true and correct copy of which is attached
3  hereto.

4  DATED this 29th day of June, 2007.

SHEA & CARLYON, LTD.

*[signature]*

CANDACE C. CARLYON, ESQ.
Nevada Bar No. 002666
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
701 Bridger Avenue, Suite 850
Las Vegas, NV 89101

Case: 06-10725-lbr    Doc #: 4077    Filed: 06/29/2007    Page: 1 of 5

**Entered on Docket**
**June 29, 2007**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON, ESQ. |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666 |
| CHRISTINE M. PAJAK | SHLOMO S. SHERMAN, ESQ. |
| (CA State Bar No. 217173), Members of | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 701 Bridger, Suite 850 |
| Los Angeles, CA 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| E-mail: fmerola@stutman.com | E-mail: jshea@sheacarlyon.com |
| ekarasik@stutman.com | ccarlyon@sheacarlyon.com |
| cpajak@stutman.com | ssherman@sheacarlyon.com |

*Counsel for the Official Committee of Equity Security Holders of*
*USA Capital First Trust Deed Fund, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>　　Debtor. | ) BK-S-06-10725-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　Debtor. | ) BK-S-06-10726-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>　　Debtor. | ) BK-S-06-10727-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　Debtor. | ) BK-S-06-10728-LBR<br>) Chapter 11<br>) |
| In re:<br>USA SECURITIES, LLC,<br>　　Debtor. | ) BK-S-06-10729-LBR<br>) Chapter 11<br>) |

**ORDER APPROVING FINAL EXPENSE APPLICATION OF FIRST TRUST DEED FUND COMMITTEE**

1

403601v1

Affects )
)
☐ All Debtors )
☐ USA Commercial Mortgage Co. )
☐ USA Securities, LLC )
☐ USA Capital Realty Advisors, LLC ) Date: June 22, 2007
☐ USA Capital Diversified Trust Deed ) Time: 9:00 a.m.
☒ USA First Trust Deed Fund, LLC )

**ORDER APPROVING FINAL APPLICATION OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC FOR REIMBURSEMENT OF EXPENSES OF COMMITTEE MEMBERS FOR THE PERIOD FROM MAY 10, 2006 THROUGH MARCH 12, 2007 (AFFECTS DEBTOR USA CAPITAL FIRST TRUST DEED FUND, LLC)**

The Court having considered the "Final Application of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC for Reimbursement of Expenses of Committee Members For the Period From May 10, 2006 Through March 12, 2007" (the "Application") filed by Stutman, Treister & Glatt, P.C. on behalf of Mary Ellen Moro ("Ms. Moro") and Richard G. Woudstra Revocable Trust (the "Woudstra Trust"), both of which are members of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC; having reviewed the pleadings, papers and records on file in this matter; and having considered the arguments of counsel, finds that:

(i) it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. §§ 157 and 1334;

(ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2);

(iii) notice of the Application was appropriate under the circumstances; and

(iv) upon the record herein after due deliberation thereon, it appearing that good and sufficient cause exists for the granting of the relief as set forth herein,

**IT IS HEREBY ORDERED** that:

1. The Application is granted.

2. Ms. Moro is hereby allowed final reimbursement of expenses in the

2

403601v1

sum of $2,322.14 for the period May 10, 2006 through March 12, 2007 (the "Full Fee Period").

3. The Woudstra Trust is hereby allowed interim reimbursement of expenses in the sum of $684.38 for the Full Fee Period.

4. USA Capital First Trust Deed Fund, LLC is hereby authorized and directed to pay forthwith to Ms. Moro the sum of $349.76 on account of expenses reasonably incurred by Ms. Moro in her capacity as a member of the FTDF Committee during the period of August 1, 2006 through March 12, 2007.

5. USA Capital First Trust Deed Fund, LLC is hereby authorized and directed to pay forthwith to the Woudstra Trust the sum of $481.25 on account of expenses reasonably incurred by the Woudstra Trust in its capacity as a member of the FTDF Committee during the period of August 1, 2006 through March 12, 2007.

SUBMITTED BY:

STUTMAN, TREISTER & GLATT, P.C.

*(signature)*

Frank A. Merola Esq.
Eve H. Karasik, Esq.
~~Andrew M. Parlen, Esq.~~ Christine M. Pajak
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC

3

403601v1

1  APPROVED/DISAPPROVED:

2  OFFICE OF THE U.S. TRUSTEE

3

4  */s/ August B. Landis, AUST/*

5  Scott Farrow, Esq. August B. Landis, AUST
   300 Las Vegas Blvd. So., #4300
6  Las Vegas, NV 89101

7  Counsel for the United States Trustee

8

...

28                                                4

303601v1

## RULE 9021 DECLARATION

In accordance with Local Rule 9021, the undersigned certifies:

☒ The Court waived the requirements of LR 9021, except with respect to the Office of the United States Trustee.

☐ I have delivered a copy of proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and each has:

☐ approved the form of this order; or

☐ waived the right to review this order; and/or

☐ failed to file and serve papers in accordance with LR 9021(c).

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the order:

☐ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

DATED this 27th day of June, 2007.

STUTMAN, TREISTER & GLATT, P.C.

*/s/ Christine M. Pajak*
CHRISTINE M. PAJAK, ESQ.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

###

5

403601v1