Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

E-FILED ON JUNE 29, 2007

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | Date of Hearing: July 27, 2007<br>Time of Hearing: 9:30 a.m. |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **CERTIFICATE OF SERVICE**<br>(Affects USA Capital Realty Advisors, LLC and USA Securities, LLC) |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☒ USA Securities, LLC<br>☒ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | |

1

1. On June 29, 2007 I served the following document(s):

    a. USA Capital Realty Advisors, LLC's Objection to Amended Claim Nos. 37-2, 38-2, and 39-2 Filed by the Pension Benefit Guaranty Corporation;

    b. USA Securities, LLC's Objection to Amended Claim Nos. 24-2, 25-2, and 26-2 Filed by the Pension Benefit Guaranty Corporation; and

    c. Declaration of Thomas J. Allison in Support of USA Securities, LLC's Objection to Amended Proofs of Claim 24-2, 25-2 and 26-2 Filed by the Pension Benefit Guaranty Corporation.

2. I served the above-named document(s) by the following means to the persons as listed below:

☒    a. **By ECF System**:

MICHELLE L. ABRAMS     mabrams@mabramslaw.com

FRANKLIN C. ADAMS     franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF     nallf@parsonsbehle.com, klawrence@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON     anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH     oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M. ATENCIO     ATENCIOK@GTLAW.COM

PETER C. BERNHARD     peter.bernhard@bullivant.com, michelle.diegel@bullivant.com

BMC GROUP, INC.     evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgrou! p.com;mjohn@bmcgroup.com

GEORGANNE W. BRADLEY     georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN     kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK     tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY     abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

1
2  LOUIS M. BUBALA    lbubala@jonesvargas.com, tbw@jonesvargas.com;aanthony@jonesvargas.com

3
4  MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com;jrammos@callister-reynolds.com

5
6  CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com

7  ROB CHARLES    rcharles@lrlaw.c! om, cjo rdan@lrlaw.com

8  MICHAEL W. CHEN    yvette@ccfirm.com

9  KEVIN B. CHRISTENSEN    kbchrislaw@aol.com

10  JANET L. CHUBB    tbw@jonesvargas.com

11
12  EDWARD S. COLEMAN    mail@coleman4law.com

13  WILLIAM D COPE    cope_guerra@yahoo.com

14  LAUREL E. DAVIS    ldavis@fclaw.com, mhurtado@fclaw.com

15  DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com

16
17  J CRAIG DEMETRAS    JCD@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras-oneill.com

18  RICHARD I. DREITZER    rdreitzer@yahoo.com

19  THOMAS H. FELL    BANKRUPTCYNO! TICES@GORDONSILVER.COM

20  ARLEY D FINLEY    TFINLEY@DIAMONDMCCARTHY.COM

21  SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com

22
23  GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

24  DOUGLAS D. GERRARD    DGERRARD@GERRARD-COX.COM

25  WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

26  CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov

27  GERALD M GORDON    bankruptcynotices@gordonsilver.com

28

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

3

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  R. VAUGHN GOURLEY    vgourley@lvcm.com

2  TALITHA B. GRAY    bankruptcynotices@gordonsilver.com

3  JAMES D. GREENE    bknotice@bhfs.com

4  MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com

5  PETER W. GUYON    pguyon@yahoo.com

6  JEFFREY R. HALL    jhall@sheacarlyon.com,

7  bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com

8  XANNA R. HARDMAN    xanna.hardman@gmail.com

9  STEPHEN R HARRIS    noticesbh&p@renolaw.biz

10 JEFFREY L HARTMAN    notices@bankruptcyreno.com, dle@bankruptcyreno.com

11 BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com

12

13 RICHARD F. HOLLEY    rholley@nevadafirm.com,
paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafir

14 m.com

15 RANDOLPH L. HOWARD    rhoward@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com

16

17 DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net

18 CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

19 EVAN L. JAMES    ejameslv@embarqmail.com, kbchrislaw@aol.com

20 ANNETTE W JARVIS    ajarvis@rqn.com

21 ERIN E. JONES    ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com

22

23 TY E. KEHOE    TyKehoeLaw@aol.com

24 ROBERT R. KINAS    rkinas@swlaw.com,
jmcbee@swlaw.com;jmath@swlaw.com;jmccord@swlaw.com;cdossier@swlaw.com;lvdocket@

25 mindspring.com

26 DEAN T. KIRBY    dkirby@kirbymac.com, jhebert@kirby! mac.com;lackerman@kirbymac.com

27 ZACHARI AH LARSON    ecf@lslawnv.com

28

4

1  JOHN J. LAXAGUE    jlaxague@caneclark.com

2  GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net

3  NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

4
5  ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net

6  TYSON M. LOMAZOW    tlomazow@milbank.com

7  ANNE M. LORADITCH    ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com

8
9  ERIC D MADDEN    emadden@diamondmccarthy.com, omartinez@diamondmccarthy.com

10 PATRICIA A. MARR    lvlaw03@yahoo.com

11 JAMES C. MCCARROLL &nbs! p  , dturetsky@reedsmith.com;aleonard@reedsmith.com

12 REGINA M. MCCONNELL    rmcconnell@kssattorneys.com

13 WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

14
15 RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com

16 JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

17 JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

18
19 SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;ltreadway@sheacarlyon.com;mleavitt@sheacarlyon.com

20 DAVID MINCIN    mcknightlaw@cox.net,
21 gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

22 JOHN F ! MURTHA    jmurtha@woodburnandwedge.com

23 ! ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com

24 VICTORIA L NELSON    bkecf@nevadafirm.com,
25 vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com

26
27 BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

28

1  DONNA M. OSBORN    ebaker@marquisaurbach.com,
2  dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

3  CHRISTINE M PAJAK    cpajak@stutman.com, ekarasik@stutman.com

4  ANDREW M. PARLEN    aparlen@stutman.com

5  KIMBERLY PHILLIPS    DA-Bankr@co.clark.nv.us

6  DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankrup!tcy@yahoo.com

7  PAUL C RAY    info@johnpeterlee.com

8  THOMAS RICE    trice@coxsmith.com, ggattis@coxsmith.com
9

10  CHRISTINE A ROBERTS    bankruptcy@rocgd.com

11  STACY M. ROCHELEAU    stacy@arlawgroup.com, wendy@arlawgroup.com

12  SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

13  LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

14  JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com,
15  ltreadway@sheacarlyon.com;jshea@sheacarlyon.com

16  SHLOMO S. SHERMAN    ssherman@sheacarlyon.com,
17  bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;mleavitt@sheacarlyon.com

18  AMBRISH S. SIDHU    !ecfnotic es@sidhulawfirm.com

19  JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

20  ALAN R SMITH    mail@asmithlaw.com,
21  turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com

22  ADAM M. STARR    starra@gtlaw.com

23  DAVID A. STEPHENS    dstephens@lvcm.com

24  PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

25  ERIC W. SWANIS    swanise@gtlaw.com, warners@gtlaw.com;mclachlanp@gtlaw.com
26
    JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com
27
28  KAARAN E. THOMAS    kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

ROLLIN G. THORLEY    rollin.g.thorley@irsco! unsel.treas.gov

AMY N. TIRRE    , lmccarron@kkbrf.com

AMY N. TIRRE    atirre@kkbrf.com, lmccarron@kkbrf.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

ERIC VAN    bankruptcynotices@gordonsilver.com

GREGORY J. WALCH    GWalch@Nevadafirm.com

RUSSELL S. WALKER    rwalker@wklawpc.com, eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com;rrazo@wklawpc.com;tgrover@wklawpc.com

WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

GREGORY L. WILDE    bk@wildelaw.com

RYAN J. WORKS    rworks@mcdonaldcarano.c! om, kbarrett@mcdonaldcarano.com;dsampson@mcdonaldcarano.com;a! guenther@mcdonaldcarano.com;hvenglik@mcdonaldcarano.com

WILLIAM J. WRAY    rh@oreillylawgroup.com, rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

ANTHONY A. ZMAILA    azmaila@nevadafirm.com, bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

☐    b.    **By United States mail, postage fully prepaid**:

SEE ATTACHED MAILING LIST

☐    c.    **By Personal Service**
I personally delivered the document(s) to the persons at these addresses:
☐    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.
☐    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐     d.     **By direct email (as opposed to through the ECF System)**
Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐     e.     **By fax transmission**
Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐     f.     **By messenger**
I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:     June 29, 2007

SARAH ARNOLD                            /s/     SARAH ARNOLD
(Name of Declarant)                          (Signature of Declarant)