**Entered on Docket**
**June 29, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

1

2

3

4

5

6  **LEWIS AND ROCA LLP**

7  3993 Howard Hughes Parkway, Suite 600
   Las Vegas, NV 89169-5996
8  Facsimile (702) 949-8321
   Telephone (702) 949-8320

9  Susan M. Freeman AZ State Bar No. 004199
   Email: sfreeman@lrlaw.com
10 Rob Charles NV State Bar No. 006593
   Email: rcharles@lrlaw.com

11 *Attorneys for USACM Liquidating Trust*

12

13              **UNITED STATES BANKRUPTCY COURT**

14                       **DISTRICT OF NEVADA**

15 In re:                              )   Case No. BK-S-06-10725-LBR
                                       )   Case No. BK-S-06-10726-LBR
16 USA COMMERCIAL MORTGAGE            )   Case No. BK-S-06-10727-LBR
   COMPANY,                            )   Case No. BK-S-06-10728-LBR
17                                     )   Case No. BK-S-06-10729-LBR
   USA CAPITAL REALTY ADVISORS,       )
18 LLC,                                )   CHAPTER 11
                                       )
19 USA CAPITAL DIVERSIFIED TRUST      )   Jointly Administered Under Case No. BK-S-06-
   DEED FUND, LLC,                     )   10725 LBR
20                                     )
   USA CAPITAL FIRST TRUST DEED       )    Date:  June 22, 2007
21 FUND, LLC,                          )    Time:  9:30 a.m
                                       )
22 USA SECURITIES, LLC,               )   **Affecting:**
                         Debtors.      )   ☐ All Cases
23                                     )   **or Only:**
                                       )   ☒ USA Commercial Mortgage Company
24                                     )   ☐ USA Capital Realty Advisors, LLC
                                       )   ☐ USA Capital Diversified Trust Deed Fund,
25                                     )   LLC
                                       )   ☐ USA Capital First Trust Deed Fund, LLC
26 _____    )   ☐ USA Securities, LLC

1846429.1

## ORDER GRANTING MOTION TO EXTEND DEADLINE
## TO FILE OBJECTION TO ALLOWANCE OF CLAIMS

The Motion to Extend Deadline to File Objection to Allowance of Claims [DE 3675] (the "Motion"), filed by the USACM Liquidating Trust (the "Trust") came before the Court for consideration at the hearing held on May 31, 2007. At that hearing, the Court entered an order directing counsel for the USACM Liquidating Trust to post the Motion and the Order Re Motion to Extend Deadline to File Objection to Allowance of Claim and Notice of Continued Hearing [DE 3943] on the Liquidating Trust website, and continued the hearing to June 22, 2007. The Trust followed the Court's instructions.

At the hearing held on June 22, 2007, no objections having been filed or received, the Court being fully informed and adequate notice having been given, it is

ORDERED:

- Granting the Motion;
- Extending the deadline to file objections to allowance of unsecured claims until October 9, 2007.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**


By:    /s/ RC (#0006593)
      Susan M. Freeman
      Rob Charles
*Attorneys for USACM Liquidating Trust*



APPROVED/DISAPPROVED


By:

August Landis, Office of the U. S. Trustee

2

1

2              CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

3    In accordance with Local Rule 9021, the undersigned certifies:

4    ☐        The Court waived the requirements of LR 9021, except as to the Office of the

5    United States Trustee.

6    ☒        I have delivered a copy of proposed order to the Office of the United States Trustee,
              which has:

7              ☒        approved the form of this order; or

8              ☐        waived the right to review this order; and/or

9              ☐        failed to file and serve papers in accordance with LR 9021(c).

10   ☐    No opposition was filed to the motion and no other party or counsel appeared at the
          hearing.

11

12   **LEWIS AND ROCA LLP**

13

14   By:___/s/ RC (#0006593)_____

15           Susan M. Freeman
             Rob Charles

16   *Attorneys for USACM Liquidating Trust*

17

18

19

20

21

22

23

24

25

26

3

1846429.1