*Although the Court interpreted it's Order of Confirmation to establish a record date, all Direct Lenders were not made a party to this motion; according this Order does not purport to grant or deny any rights or defenses by Compass or Direct Lenders on other loans.*

**Entered on Docket
June 29, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

George A. Davis
CADWALADER, WICKERSHAM & TAFT
One World Financial Center
New York, NY 10281
Telephone No.: (212) 504-6000
Facsimile No.: (212) 504-6666

Judy G.Z. Liu
Tyson M. Lomazow
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone No.: (212) 310-8000
Facsimile No.: (212) 310-8007

Peter C. Bernhard (Nevada Bar No. 0734)
Georganne W. Bradley (Nevada Bar No. 1105)
BULLIVANT HOUSER BAILEY PC
3980 Howard Hughes Pkwy., Ste. 550
Las Vegas, NV 89169
Telephone No.: (702) 650-6565
Facsimile No.: (702) 650-2995
E-Mail: peter.bernhard@bullivant.com
        georganne.bradley@bullivant.com

**Counsel for Compass Financial Partners LLC**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: USA COMMERCIAL MORTGAGE COMPANY, Debtor. | Case No. BK-S-06-10725 LBR
Case No. BK-S-06-10726 LBR
Case No. BK-S-06-10727 LBR
Case No. BK-S-06-10728 LBR
Case No. BK-S-06-10729 LBR

Chapter 11

Jointly Administered Under
Case No. BK-S-06-10725 LBR

**ORDER GRANTING COMPASS FINANCIAL PARTNERS' MOTION FOR ORDER ENFORCING CONFIRMATION ORDER AND DETERMINING NO SURVIVING SECTION 3 RIGHT EXISTS WITH RESPECT TO THE FIESTA OAK VALLEY LOAN**

Date: May 11, 2007
Time: 9:30 a.m. |
|---|---|
| In re: USA CAPITAL REALTY ADVISORS, LLC, Debtor. | |
| In re: USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor. | |
| In re: USA CAPITAL FIRST TRUST DEED FUND, LLC, Debtor. | |
| In re: USA SECURITIES, LLC, Debtor. | |
| Affects:
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA First Trust Deed Fund, LLC | |

– 1 –

The Court conducted a hearing on May 11, 2007 on the Motion for Order Enforcing Confirmation Order and Determining No Surviving Section 3 Right Exists With Respect to the Fiesta Oak Valley Loan (the "Motion"), which was filed by Compass Financial Partners, LLC ("Compass") on March 30, 2007. Appearances of counsel were noted on the record at the hearing.

Having considered the Motion, the declaration and supplemental declaration filed in support thereof, the opposition thereto and the declarations in support of the opposition, the joinder in the opposition, and the reply to the opposition, and having heard arguments of counsel, and finding that notice of the Motion was proper and appropriate under the circumstances, that good cause exists for granting the Motion,

IT IS HEREBY ORDERED that the Motion be, and it hereby is, GRANTED; and

IT IS FURTHER ORDERED that Debt Acquisition Company of America ("DACA") failed to establish that 51% of Direct Lenders[1] in the Fiesta Oak Valley Loan elected to terminate Compass as loan servicer, such that a Surviving Section 3 Right was not properly exercised; and

IT IS FURTHER ORDERED that in the event a Direct Lender attempts to exercise a Surviving Section 3 Right, the record date for determining whether such Surviving Section 3 Right has been properly exercised shall be the thirtieth (30th) day following the date on which a Compass Motion is filed; and

\\\\\
\\\\\
\\\\\
\\\\\
\\\\\
\\\\\
\\\\\

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

IT IS FURTHER ORDERED that nothing set forth in this Order shall modify or be deemed to modify the Confirmation Order, the Plan, or the Servicing Agreements, or the parties rights thereunder, except to the extent expressly set forth herein.

**Submitted by:**

CADWALADER WICKERSHAM & TAFT
-and-
WEIL GOTSHAL & MANGES, LLP
-and-
BULLIVANT HOUSER BAILEY PC

By: /s/ Georganne W. Bradley
Georganne W. Bradley, Esq.

*Attorneys for Compass Financial Partners*

**Approved/Disapproved by:**

KIRBY & McGUINN, A P.C.

By: _____
Dean T. Kirby, Jr.

*Attorneys for Debt Acquisition Company of America*

**Approved/Disapproved by:**

JONES VARGAS

By: _____
Janet L. Chubb, Esq.

*Attorneys for Robert J. Kehl, Ruth Ann Kehl, and Judy A. Bonnet*

**Approved/Disapproved by:**

OFFICE OF THE U.S. TRUSTEE

By: /s/ August B. Landis
August B. Landis, Esq.

- 3 -

In accordance with Local Rule 9021, the undersigned certifies:

_____ The court waived the requirements of LR 9021.

_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

√ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below:

Dean T. Kirby, Jr.:       WOULD NOT SIGN- DISAPPROVED

Janet L. Chubb, Esq.:     NO RESPONSE

Office of U.S. Trustee:   APPROVED

BULLIVANT HOUSER BAILEY P.C.

By: *Georganne W. Bradley*
Georganne W. Bradley, Esq.

—4—