EXHIBIT 1

1491622.1

**Entered on Docket**
**June 29, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

## LEWIS AND ROCA LLP

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE | Case No. BK-S-06-10727-LBR |
| COMPANY, | Case No. BK-S-06-10728-LBR |
| | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, | |
| LLC, | CHAPTER 11 |
| | |
| USA CAPITAL DIVERSIFIED TRUST | Jointly Administered Under Case No. BK-S-06- |
| DEED FUND, LLC, | 10725 LBR |
| | |
| USA CAPITAL FIRST TRUST DEED | Date: April 26, 2007 |
| FUND, LLC, | Time: 9:30 a.m |
| | |
| USA SECURITIES, LLC, | **Affecting:** |
|                               Debtors. | ☐ All Cases |
| | **or Only:** |
| | ☒ USA Commercial Mortgage Company |
| | ☐ USA Capital Realty Advisors, LLC |
| | ☐ USA Capital Diversified Trust Deed Fund, LLC |
| | ☐ USA Capital First Trust Deed Fund, LLC |
| | ☐ USA Securities, LLC |

1837284.1

**ORDER SUSTAINING EIGHTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS**

The USACM Liquidating Trust (the "USACM Trust") filed its Eighth Omnibus Objection to Claims Asserting Secured Status [DE 3147] (the "Objection") on March 20, 2007.  Appropriate notice of the Objection was given.  A Response to the Objection were filed with this Court as follows:

- Response filed by George D. Frame on behalf of John Dutkin regarding Claim No. 10725-01395 [DE 3512].  Counsel is preparing a motion for summary judgment as to this claim.

No other responses were filed with this Court.  The Objection came before the Court for hearing on April 26, 2007 at 9:30 a.m.  Good cause appearing, it is

ORDERED:

- Sustaining the USACM Trust's Eighth Omnibus Objection to Claims Asserting Secured Status listed on Exhibit A attached;

- Reclassifying the Proofs of Claim listed on Exhibit A attached as general unsecured claims; and

- Reserving the right of any party in interest, including the USACM Trust, to further object to any and all claims listed on Exhibit A attached as unsecured claims or otherwise, whether or not the subject of this Objection.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**


By:___/s/ RC (#0006593)_____
         Susan M. Freeman
         Rob Charles
*Attorneys for USACM Liquidating Trust*

1837284.1

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐     The Court waived the requirements of LR 9021.

☒     I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing regarding this matter and/or who filed a written objection and each has:

        ☐     approved the form of this order;

        ☐     waived the right to review the order;

        ☐     failed to file and serve papers in accordance with LR 9021(c); and/or

        ☒     failed to sign and return this proposed order within five (5) business days in accordance with LR 9021(b).

☐     I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order:

☐     No opposition was filed to the motion and no other party or counsel appeared at the hearing (none required).

APPROVED/DISAPPROVED

**GEORGE D. FRAME, LTD.**


By:_____
      George D. Frame
*Attorney for John Dutkin, Trustee*


**LEWIS AND ROCA LLP**


By:___/s/ RC (#0006593)_____
      Susan M. Freeman
      Rob Charles
*Attorneys for USACM Liquidating Trust*

1837284.1

## 8th Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims

| | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | Di Bias & Sherk Md Employee, Robert & Louise G Benefit Plan Trust Robert Di Bias & Louise Sherk Ttees 3830 Ocean Birch Dr Corona Del Mar, CA  92625-1244 | 10725-00727 | 11/8/2006 | $101,506.85 | S |
| 2 | Di Bias & Sherk Md Employee, Robert & Louise G Benefit Plan Trust Robert Di Bias & Louise Sherk Ttees 3830 Ocean Birch Dr Corona Del Mar, CA  92625-1244 | 10725-00728 | 11/8/2006 | $50,723.29 | S |
| 3 | Di Bias & Sherk Md Employee, Robert & Louise G Benefit Plan Trust Robert Di Bias & Louise Sherk Ttees 3830 Ocean Birch Dr Corona Del Mar, CA  92625-1244 | 10725-00729 | 11/8/2006 | $50,753.42 | S |
| 4 | Di Bias & Sherk Md Employee, Robert & Louise G Benefit Plan Trust Robert Di Bias & Louise Sherk Ttees 3830 Ocean Birch Dr Corona Del Mar, CA  92625-1244 | 10725-00730 | 11/8/2006 | $33,546.65 | S |
| 5 | Di Bias & Sherk Md Employee, Robert & Louise G Benefit Plan Trust Robert Di Bias & Louise Sherk Ttees 3830 Ocean Birch Dr Corona Del Mar, CA  92625-1244 | 10725-00731 | 11/8/2006 | $50,723.29 | S |
| 6 | Di Bias & Sherk Md Employee, Robert & Louise G Benefit Plan Trust Robert Di Bias & Louise Sherk Ttees 3830 Ocean Birch Dr Corona Del Mar, CA  92625-1244 | 10725-00732 | 11/8/2006 | $50,753.42 | S |
| 7 | Di Bias & Sherk Md Employee, Robert & Louise G Benefit Plan Trust Robert Di Bias & Louise Sherk Ttees 3830 Ocean Birch Dr Corona Del Mar, CA  92625-1244 | 10725-00733 | 11/8/2006 | $60,940.27 | S |

**EXHIBIT A**

| 8 | Di Bias & Sherk Md Employee, Robert & Louise G<br>Benefit Plan Trust<br>Robert Di Bias & Louise Sherk Ttees<br>3830 Ocean Birch Dr<br>Corona Del Mar, CA  92625-1244 | 10725-00734 | 11/8/2006 | $50,753.42 | S |
| 9 | Di Bias & Sherk Md Employee, Robert & Louise G<br>Benefit Plan Trust<br>Robert Di Bias & Louise Sherk Ttees<br>3830 Ocean Birch Dr<br>Corona Del Mar, CA  92625-1244 | 10725-00735 | 11/8/2006 | $101,446.58 | S |
| 10 | Di Jorio, Richard<br>856 Nonie St<br>Santa Rosa, Ca  95403 | 10725-01475 | 11/20/2006 | $50,000.00 | S |
| 11 | Digrazia Dmd Psp, Peter M<br>Christopher D James Esq<br>Po Box 30000<br>Reno, NV  89520 | 10725-00102 | 8/15/2006 | $52,583.35 | S |
| 12 | Dobyne IRA, Leah K<br>3416 Cantura Bluff Ave<br>North Las Vegas, NV  89031-3577 | 10725-01920 | 1/10/2007 | $57,850.00 | S, U |
| 13 | Dobyne Living Trust<br>Robert S & Leah K Dobyne Ttees<br>3416 Cantura Bluff Ave<br>North Las Vegas, NV  89031-3577 | 10725-01921 | 1/10/2007 | $237,179.22 | S, U |
| 14 | Doerr Trustee Of The Doerr Family Trust, Franz W & Linda Patrucco<br>690 West Riverview Cir<br>Reno, NV  89509-1130 | 10725-02115 | 1/11/2007 | $329,742.04 | S, U |
| 15 | Doerr Ttee Of The Doerr Family Trust, Linda Patrucco<br>690 West Riverview Cir<br>Reno, NV  89509-1130 | 10725-02116 | 1/11/2007 | $329,742.04 | S, U |
| 16 | Doerr Ttee of the Doerr Family Trust, Linda Patrucco<br>690 West Riverview Cir.<br>Reno, NV  89509-1130 | 10725-02116 | 1/11/2007 | $329,742.04 | S, U |
| 17 | Donahue, Michael<br>1795 Newhall Ave<br>Cambria, CA  93428-5507 | 10725-00297 | 9/29/2006 | $250,000.00 | S |
| 18 | Donald & Beverly Swezey Ttee of the Zwezey 2001 Trust 2/20/2001<br>3666 Cherokee Dr<br>Carson City, NV  89705-6813 | 10725-02295 | 1/12/2007 | $50,000.00 | S, U |

| 19 | Donald E & Jaylyle Redmon Family Trst Dtd 10/31/95<br>Donald E & Jaylyle Redmon Ttees<br>51 Sanlo Ln<br>Mountain Home, AR  72653-6333 | 10725-00473 | 10/6/2006 | $161,662.50 | S |
| 20 | Donald L Hess & Kay J Hart Jt Ten<br>1818 Madero Dr<br>The Villages, FL  32159 | 10725-02093 | 1/11/2007 | $50,776.38 | S, U |
| 21 | Donald M & Janice I Berman Trust<br>Donald & Janice Berman Ttees<br>3775 Clover Way<br>Reno, NV  89509 | 10725-00129 | 8/11/2006 | $100,000.00 | S<br>U - Unknown amount |
| 22 | Donald M & Janice I Berman Trust<br>Donald & Janice Berman Ttees<br>3775 Clover Way<br>Reno, NV  89509 | 10725-00130 | 8/11/2006 | $25,000.00 | S<br>U - Unknown amount |
| 23 | Donald P Clark Family Trust Dtd 10/25/94<br>C/O Donald P Clark Trustee<br>305 W Moana Ln<br>Reno, NV  89509-4924 | 10725-00231 | 9/25/2006 | $709,011.56 | S |
| 24 | Donaldson, Arthur T<br>Po Box 307<br>Janesville, WI  53547-0307 | 10725-01096 | 11/8/2006 | $2,200,000.00 | S |
| 25 | Donna Dunn Trust<br>C/O Donna Dunn Trustee<br>17042 Norlene Way<br>Grass Valley, CA  95949-7161 | 10725-02111 | 1/11/2007 | $50,776.39 | S, U |
| 26 | Donna M Cangelosi Family Trust<br>5860 Lausanne Dr<br>Reno, Nv  89511-5034 | 10725-01716 | 12/11/2006 | $719,000.00 | S |
| 27 | Donnolo Family Trust Dated 8/24/88<br>Joseph & Loretta Donnolo, Trustees<br>3120 Highland Falls Drive<br>Las Vegas, NV 89134 | 10725-00628 | 10/18/2006 | $1,200,000.00 | S |
| 28 | Donnolo Family Trust Dated 8/24/88<br>Joseph & Loretta Donnolo, Trustees<br>3120 Highland Falls Drive<br>Las Vegas, NV 89134 | 10725-00629 | 10/18/2006 | $100,000.00 | S |
| 29 | Donnolo Family Trust Dated 8/24/88<br>Joseph & Loretta Donnolo, Trustees<br>3120 Highland Falls Drive<br>Las Vegas, NV 89134 | 10725-00630 | 10/18/2006 | $150,000.00 | S |
| 30 | Donnolo Family Trust<br>Joseph & Loretta Donnolo Ttees<br>3120 Highland Falls Dr<br>Las Vegas, NV  89134-7422 | 10728-00075 | 10/18/2006 | $ 258,705.71 | S |

| 31 | Douglass, John J<br>1951 Quail Creek Ct<br>Reno, NV 89509-0671 | 10725-00283 | 9/27/2006 | $200,000.00 | S |
|---|---|---|---|---|---|
| 32 | Downey, William A<br>3637 Lanch Ave #3<br>So Lake Tahoe, CA 96150 | 10725-00074 | 6/26/2006 | $51,866.68 | S |
| 33 | Downey, William A<br>3637 Lanch Ave #3<br>So Lake Tahoe, CA 96150 | 10725-00075 | 6/26/2006 | $72,592.68 | S |
| 34 | Downey, William A<br>3637 Lanch Ave #3<br>So Lake Tahoe, CA 96150 | 10725-00078 | 6/26/2006 | $291,324.00 | S |
| 35 | Downing, Ernest W & Eva M<br>811 Ne 157Th Ave<br>Portland, OR 97230-5428 | 10725-01027 | 11/6/2006 | $150,000.00 | S |
| 36 | Doyle Family Trust Dated 9/23/99<br>C/O Patrick J. Doyle And Jill M. Doyle, Ttees<br>10770 Osage Rd.<br>Reno, NV 89506-8516 | 10725-00669 | 10/23/2006 | $80,000.00 | S |
| 37 | Doyle Family Trust Dated 9/23/99<br>C/O Patrick J. Doyle And Jill M. Doyle, Ttees<br>10770 Osage Rd.<br>Reno, NV 89506-8516 | 10725-00670 | 10/23/2006 | $50,000.00 | S |
| 38 | Doyle Family Trust Dated 9/23/99<br>C/O Patrick J. Doyle And Jill M. Doyle, Ttees<br>10770 Osage Rd.<br>Reno, NV 89506-8516 | 10725-00671 | 10/23/2006 | $100,000.00 | S |
| 39 | Drubin, Daniel & Laura<br>Joe Laxague Esq<br>Cane Clark Llp<br>3272 E Warm Springs<br>Las Vegas, Nv 89120 | 10725-00858 | 11/13/2006 | $270,000.00 | S |
| 40 | Duberg, John H<br>4455 Vista Coronado Dr<br>Chula Vista, CA 91910-3234 | 10725-02069 | 1/11/2007 | $87,877.81 | S, U |
| 41 | Duberg, John H<br>4455 Vista Coronado Dr<br>Chula Vista, CA 91910-3234 | 10725-02201 | 1/10/2007 | $87,877.81 | S, U |

**EXHIBIT A**

| | | | | | |
|---|---|---|---|---|---|
| 42 | Dunham Trust Company<br>Re: Fred Kewell Ira<br>4777 Caughlin Pkwy<br>Reno, NV 89519 | 10725-01538 | 12/4/2006 | $75,000.00 | S |
| 43 | Dunham Trust Company<br>Re: Fred Kewell Ira<br>4777 Caughlin Pkwy<br>Reno, NV 89519 | 10725-01539 | 12/4/2006 | $70,000.00 | S |
| 44 | Dunklee IRA, John C<br>700 Flanders Rd<br>Reno, NV 89511 | 10725-00125 | 8/14/2006 | $54,000.00 | S<br>U - Unknown amount |
| 45 | Dunklee IRA, John C<br>700 Flanders Rd<br>Reno, NV 89511 | **10725-00136** | 8/14/2006 | $200,000.00 | S<br>U - Unknown amount |
| 46 | ~~Dutkin Trustee, John~~<br>~~C/O George D Frame Esq~~<br>~~601 Greenway Ste D~~<br>~~Henderson, NV 89002~~ | ~~10725-01395~~ | ~~11/9/2006~~ | ~~$56,120.90~~ | ~~S~~ |
| 47 | E&M Hardware Profit Sharing Plan<br>C/O James Feeney Trustee<br>PO BOX 19122<br>Reno, NV 89511-0893 | 10725-01680 | 12/11/2006 | $557,184.11 | S |
| 48 | E&M Hardware Profit Sharing Plan<br>C/O James Feeney Trustee<br>PO Box 19122<br>Reno, NV 89511-0893 | 10725-02047 | 1/11/2007 | $506,747.80 | S, U |

**EXHIBIT A**