ELECTRONICALLY FILED
June 29, 2007

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
CHRISTINE M. PAJAK
(CA State Bar No. 217173)
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email: fmerola@stutman.com
       ekarasik@stutman.com
       cpajak@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email: jshea@sheacarlyon.com
       ccarlyon@sheacarlyon.com
       ssherman@sheacarlyon.com

Counsel for the Official Committee Of Equity Security
Holders Of USA Capital First Trust Deed Fund, LLC

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>      Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>      Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>      Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>      Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>      Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br><br>☐ All Debtors<br>☒ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | Date: June 22, 2007<br>Time: 9:30 a.m. |

**CERTIFICATE OF SERVICE RE: NOTICE OF ENTRY OF ORDER APPROVING STIPULATION BETWEEN USACM LIQUIDATING TRUST AND USA CAPITAL FIRST TRUST DEED FUND, LLC RE AMENDED DISBURSING AGENT AGREEMENT (AFFECTS DEBTORS USA COMMERCIAL MORTGAGE COMPANY AND USA CAPITAL FIRST TRUST DEED FUND, LLC)**

417169v.1

I HEREBY CERTIFY that on the 29th day of June, 2007, I served the following documents:

**NOTICE OF ENTRY OF ORDER APPROVING STIPULATION BETWEEN USACM LIQUIDATING TRUST AND USA CAPITAL FIRST TRUST DEED FUND, LLC RE AMENDED DISBURSING AGENT AGREEMENT (AFFECTS DEBTORS USA COMMERCIAL MORTGAGE COMPANY AND USA CAPITAL FIRST TRUST DEED FUND, LLC)**

I served the above named documents by the following means to the persons as listed below:

☐ a. **ECF System.**

☒ b. **United States mail, postage full prepaid to the following: See Attached.**

☐ c. **Personal service.**
I personally delivered the documents to the persons at these addresses:
☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge, by leaving the document(s) in a conspicuous place in the office.
☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ d. **By direct email.**
Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e. **By fax transmission.**
Based upon the written agreement of the parties to accept serve by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 29th day of June, 2007.

_/s/ Denice Gonzalez_
Denice Gonzalez, Declarant

417169v.1

2

USA Commercial Mortgage, et al.
Service List
416468v1 (generated 6/6/07)

Richard I. Dreitzer
Deputy Attorney General
State of Nevada Atty Gen. Off.
555 E Washington Ave., Suite 3900
Las Vegas, NV 89101

Susan Williams Scann
DEANER, DEANER, et al.
720 S. Fourth Street, Suite 300
Las Vegas, NV 89101

Eric Madden
DIAMOND MCCARTHY, et al.
1201 Elm Street, Suite 3400
Dallas, TX 75270

Janet L. Chubb, Esq.
JONES VARGAS
100 W. Liberty St, 12th Floor
PO Box 281
Reno, NV 89504-0281

Michelle Abrams
MICHELLE L. ABRAMS, LTD.
3085 S. Jones Blvd., Suite C
Las Vegas, NV 89146

Jeffrey D. Hermann
ORRICK, HERRINGTON, et al.
777 S. Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855

Anne M. Loraditch
BECKLEY SINGLETON CHTD
530 Las Vegas Blvd South
Las Vegas, NV 89101

Berman, Geoffrey L.
DEVELOPMENT SPECIALISTS, INC.
333 S. Grand Ave., Suite 4070
Los Angeles, CA 90071-1544

Michael Tucker
FTI CONSULTING
One Renaissance Square
Two N. Central Ave., Ste. 1200
Phoenix, AZ 85004-2322

Dean T. Kirby, Jr.
John Hebert
KIRBY & McGUINN, A.P.C.
600 B Street, Suite 1950
San Diego, CA 92101

Richard W. Esterkin
Asa S. Hami
MORGAN, LEWIS & BOCKIUS LLP
300 S. Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132

Marc A. Levinson
ORRICK, HERRINGTON, et al.
400 Capitol Mall, Suite 3000
Sacramento, CA 95814

George A. Davis
CADWALADER, WICKERSHAM et al.
One World Financial Center
New York, NY 10281

Allan B. Diamond
DIAMOND MCCARTHY, et al.
Two Houston Center
909 Fannin Street, Suite 1500
Houston, TX 77010

Robert P. Goe
GOE & FORSYTHE
660 Newport Center Drive, Suite 320
Newport Beach, CA 92660

Susan M. Freeman/Rob Charles
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy
Suite 600
Las Vegas, NV 89169-5996

August B. Landis
OFFICE OF THE U.S. TRUSTEE
300 Las Vegas Blvd. So., Ste. 4300
Las Vegas, NV 89101

William J. Ovca, Jr., Trustee
Defined Pension Plan
OVCA ASSOCIATES, INC.
16872 Baruna Lane
Huntington Beach, CA 92649