# EXHIBIT A

1491622.1

**Entered on Docket
June 29, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                              Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

1845262.1

# ORDER APPROVING FIRST AND FINAL APPLICATION OF REIMBURSEMENT OF EXPENSES OF COMMITTEE MEMBERS OF THE OFFICIAL UNSECURED CREDITORS' COMMITTEE OF USA COMMERCIAL MORTGAGE COMPANY

The First and Final Application for Reimbursement of Expenses [DE 3408] (the "Application") of Committee Members of the Official Unsecured Creditors' Committee of USA Commercial Mortgage Company (the "USACM Committee") came before the Court for consideration at the hearing held on June 22, 2007. Appropriate notice of the application and hearing was given. The Court having considered the response to the Application filed by the Office of the U.S. Trustee [DE 3897] and the opposition filed by Harry Jessup, et al. [DE 3840]; all objections having been overruled or resolved, and good cause appearing, it is

ORDERED:

- The Application is approved;

- Reimbursement of expenses related to the service on the USACM Committee is approved for Larry Rieger in the amount of $268.60 and Donald Walker in the amount of $60.00;

- That the above expenses shall be paid by USA Commercial Mortgage Company, from funds retained by the Debtors to pay such administrative expense claims under the confirmed Debtors' Third Amended Joint Chapter 11 Plan of Reorganization.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
*Attorneys for the Official Committee of Unsecured Creditors for USA Commercial Mortgage Company*

1845262.1

(APPROVED)/DISAPPROVED:

OFFICE OF THE U.S. TRUSTEE

/s/ ABL (#IA PK9228)
August B. Landis, Esq.
600 Las Vegas Blvd. S., #430
Las Vegas, NV 89101
*Counsel for the U.S. Trustee*

# **RULE 9021 DECLARATION**

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021, except as to the Office of the United States Trustee..

☒ I have delivered a copy of proposed order to the Office of the United States Trustee, which has:

    ☒ approved the form of this order; or

    ☐ waived the right to review this order; and/or

    ☐ failed to file and serve papers in accordance with LR 9021(c).

☐ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

DATED June 27, 2007.

**LEWIS AND ROCA LLP**


By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
*Attorneys for the Official Committee of Unsecured Creditors for USA Commercial Mortgage Company*

3

1845262.1