**LEWIS** AND
**ROCA** LLP
LAWYERS

E-Filed on 6/29/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for Official Committee of Unsecured Creditors of
USA Commercial Mortgage Company

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>　　Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER APPROVING FIRST AND FINAL APPLICATION FOR AWARD OF PROFESSIONAL FEES AND REIMBURSEMENT OF EXPENSES OF SIERRA CONSULTING GROUP LLC** |

**PLEASE TAKE NOTICE** that an Order Approving First And Final Application for Award of Professional Fees and Reimbursement of Expenses of Sierra Consulting Group LLC [DE 4074] was entered on the 29th day of June 2007, a true and correct copy of which is attached hereto as Exhibit A.

1846979.1

LEWIS AND ROCA LLP
LAWYERS

RESPECTFULLY SUBMITTED June 29, 2007.

**LEWIS AND ROCA LLP**

By  /s/ RC (#006593)
Susan M. Freeman
Rob Charles
*Attorneys for Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

PROOF OF SERVICE

Copy of the foregoing e-mailed on June 29, 2007 to all parties listed on the Post Effective Official Service List for Limited Notice No. 2 Dated June 1, 2007 on file with this Court.

 /s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca

2

1846979.1