# EXHIBIT A

Entered on Docket
June 29, 2007

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

_____

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>         Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>Date: June 22, 2007<br>Time: 9:30 a.m<br><br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

1846429.1

# ORDER GRANTING MOTION TO EXTEND DEADLINE
# TO FILE OBJECTION TO ALLOWANCE OF CLAIMS

The Motion to Extend Deadline to File Objection to Allowance of Claims [DE 3675] (the "Motion"), filed by the USACM Liquidating Trust (the "Trust") came before the Court for consideration at the hearing held on May 31, 2007. At that hearing, the Court entered an order directing counsel for the USACM Liquidating Trust to post the Motion and the Order Re Motion to Extend Deadline to File Objection to Allowance of Claim and Notice of Continued Hearing [DE 3943] on the Liquidating Trust website, and continued the hearing to June 22, 2007. The Trust followed the Court's instructions.

At the hearing held on June 22, 2007, no objections having been filed or received, the Court being fully informed and adequate notice having been given, it is

ORDERED:

- Granting the Motion;
- Extending the deadline to file objections to allowance of unsecured claims until October 9, 2007.

### 

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
  Susan M. Freeman
  Rob Charles
*Attorneys for USACM Liquidating Trust*

APPROVED/DISAPPROVED

By: [signature] AUST
August Landis, Office of the U. S. Trustee

2

1846429.1

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐     The Court waived the requirements of LR 9021, except as to the Office of the United States Trustee.

☒     I have delivered a copy of proposed order to the Office of the United States Trustee, which has:

    ☒     approved the form of this order; or

    ☐     waived the right to review this order; and/or

    ☐     failed to file and serve papers in accordance with LR 9021(c).

☐     No opposition was filed to the motion and no other party or counsel appeared at the hearing.

**LEWIS AND ROCA LLP**

By:   /s/ RC (#0006593)
      Susan M. Freeman
      Rob Charles
*Attorneys for USACM Liquidating Trust*

1846429.1