# EXHIBIT 1

1688943.1

**Entered on Docket**
**June 29, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

___

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>Date: April 26, 2007<br>Time: 9:30 a.m<br><br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

1837426.1

**ORDER SUSTAINING FOURTEENTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS**

The USACM Liquidating Trust (the "USACM Trust") filed its Fourteenth Omnibus Objection to Claims Asserting Secured Status [DE 3159] (the "Objection") on March 20, 2007. Appropriate notice of the Objection was given. Responses to the Objection were filed with this Court as follows:

- Response by the Humphry 1999 Trust regarding Claim No. 10725-00588 [DE 3433].

- Response filed by Susan William Scann on behalf of the Jack J. Beaulieu Revocable Living Trust regarding Claim Nos. 10725-01585, 10725-01586, 10725-01587, 10725-01588, and 10725-01589 [DE 3478]. A stipulation and order has been approved by the parties.

- Response filed by James E. McKnight regarding Claim Nos. 10725-00673 and 10725-00674 [DE 3488]. A stipulation or motion will be filed as to these claims.

- Objection filed by Jack S. Tiano Accountancy Corp. regarding Claim Nos. 10725-01831 and 10725-01832 [DE 3477]. A separate stipulation or motion will be filed on these claims.

No other responses were filed with this Court. The Objection came before the Court for hearing on April 26, 2007 at 9:30 a.m. Good cause appearing, it is

ORDERED:

- Sustaining the USACM Trust's Fourteenth Omnibus Objection to Claims Asserting Secured Status listed on Exhibit A attached;

- Reclassifying the Proofs of Claim listed on Exhibit A attached as general unsecured claims; and

- Reserving the right of any party in interest, including the USACM Trust, to further object to any and all claims listed on Exhibit A attached as unsecured claims or otherwise, whether or not the subject of this Objection.

1837426.1

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
*Attorneys for USACM Liquidating Trust*

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

- ☐ The Court waived the requirements of LR 9021.

- ☒ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing regarding this matter and/or who filed a written objection and each has:

  - ☒ approved the form of this order (James E. McKnight);
  - ☐ waived the right to review the order;
  - ☐ failed to file and serve papers in accordance with LR 9021(c); and/or
  - ☒ failed to sign and return this proposed order within five (5) business days in accordance with LR 9021(b) (Jack Humphry; Jack S. Tiano Accountancy Corp; and Susan Williams Scann).

- ☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order:

- ☐ No opposition was filed to the motion and no other party or counsel appeared at the hearing (none required).

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
*Attorneys for USACM Liquidating Trust*

1837426.1

1
2  APPROVED/DISAPPROVED                    (APPROVED)/DISAPPROVED
3
   _____                *James E McKnight*
4  Jack Humphry, Humphry 1999 Trust         James E. McKnight

5  APPROVED/DISAPPROVED                     APPROVED/DISAPPROVED
6                                           **DEANER, DEANER, SCANN, MALAN
                                            & LARSEN**
7  _____
   Jack S. Tiano Accountancy Corp
8
                                            By:_____
9                                               Susan Williams Scann
                                            *Attorneys for Jack J. Beaulieu Revocable
10                                          Living Trust*
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

4

1837426.1

## 14th Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims

| | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | Hoglund IRA, John A<br>7574 E Green Lake Dr N<br>Seattle, WA  98103 | 10725-00081 | 7/17/2006 | $51,058.96 | S |
| 2 | Hoglund IRA, John A<br>7574 E Green Lake Dr N<br>Seattle, WA  98103 | 10725-00086 | 7/17/2006 | $104,166.39 | S |
| 3 | Hoglund IRA, Patricia O<br>7574 E Green Lake Dr N<br>Seattle, WA  98103 | 10725-00083 | 7/17/2006 | $51,055.03 | S |
| 4 | Hoglund, John & Patricia<br>7574 E Green Lake Dr N<br>Seattle, WA  98103 | 10725-00082 | 7/17/2006 | $51,597.18 | S |
| 5 | Hoglund, John & Patricia<br>7574 E Green Lake Dr N<br>Seattle, WA  98103 | 10725-00084 | 7/17/2006 | $50,689.90 | S |
| 6 | Hoglund, John & Patricia<br>7574 E Green Lake Dr N<br>Seattle, WA  98103 | 10725-00085 | 7/17/2006 | $51,533.44 | S |
| 7 | Horgan, Patrick J<br>Attn  C Jaime Esq<br>Po Box 30000<br>Maupin Cox Legoy<br>Reno, NV  89520 | 10725-00286 | 10/3/2006 | $50,000.00 | S |
| 8 | Horgan, Patrick J<br>Attn  C Jaime Esq<br>Po Box 30000<br>Maupin Cox Legoy<br>Reno, Nv  89520 | 10725-00287 | 10/3/2006 | $50,000.00 | S |
| 9 | Houghton Dental Corp Psp<br>F/B/O Geraldine Houghton<br>2871 Pinta<br>Perris, CA  92571 | 10725-01257 | 11/9/2006 | $400,000.00 | S<br>P, U -- Unknown |
| 10 | Houston Revocable Family Trust Dtd 12/20/85, Willian & Susan<br>C/O Susan & William Houston Ttees<br>7737 Spanish Bay Dr<br>Las Vegas, NV  89113-1396 | 10725-01804 | 12/18/2006 | $100,000.00 | S |
| 11 | Houston, Susan<br>7737 Spanish Bay Dr<br>Las Vegas, NV  89113 | 10725-01805 | 12/18/2006 | $100,000.00 | S |

918076  14th Objection to Claims Asserting Secured Claim Status

**EXHIBIT A**

1

| | | | | | |
|---|---|---|---|---|---|
| 12 | Howarth, Marjorie<br>30116 Corte San Luis<br>Temecula, CA 92591 | 10725-01031 | 11/6/2006 | $25,000.00 | S |
| 13 | Hruby, Monica M<br>Po Box 3191<br>Incline Village, Nv 89450-3191 | 10725-00342 | 9/28/2006 | $312,400.00 | S |
| 14 | Huffman Family Trust Dtd 5/28/98<br>Hilary & Cynthia Huffman Ttees<br>140 Gazelle Rd<br>Reno, NV 89511-6642 | 10725-01737 | 12/11/2006 | $88,750.00 | S |
| 15 | Huffman Ttees Of The Huffman<br>Family Tr, Hilary A & Cynthia L<br>140 Gazelle Rd<br>Reno, NV 89511 | 10725-02122 | 1/11/2007 | $101,416.23 | S, U |
| 16 | Huish, Jamie<br>2013 Madagascar Ln<br>Las Vegas, NV 89117 | 10725-01286 | 11/10/2006 | $95,788.99 | S |
| 17 | Huish, Jamie<br>2013 Madagascar Ln<br>Las Vegas, NV 89117 | 10725-01289 | 11/10/2006 | $95,789.00 | S |
| 18 | Humphrey, Todd<br>18665 Meadowlark Ct<br>Penn Valley, CA 95946 | 10725-00419 | 10/3/2006 | $100,000.00 | S |
| ~~19~~ | ~~Humphry 1999 Trust~~<br>~~Jack Humphry & Alice Hunphry,~~<br>~~Trustees~~<br>~~3825 Champagne Wood Drive~~<br>~~North Las Vegas, NV 89031~~ | ~~10725-00588~~ | ~~10/13/2006~~ | ~~$186,631.00~~ | ~~S~~ |
| 20 | Huthert, James F & Elizabeth A<br>487 Sudden Vly<br>Bellingham, WA 98229-4809 | 10725-00825 | 10/30/2006 | $58,333.30 | S |
| 21 | Huthert, James<br>487 Sudden Vly<br>Bellingham, WA 98229 | 10725-00820 | 10/30/2006 | $66,666.60 | S |
| 22 | Inge Grist, An Unmarried Woman<br>Av Paseo De La Marina Nte 535<br>Apt. #504<br>Puerto Vallarta, Jalisco 48300 | 10725-00551 | 10/11/2006 | $81,727.06 | S |
| 23 | Ingman, Marc M<br>1923 LA Mesa Dr<br>Santa Monica, CA 90402-2322 | 10725-01911 | 1/10/2007 | $253,750.00 | S, U |
| 24 | Ingrid A Rutherford Family Trust<br>Ingrid A Rutherford Ttee<br>Po Box 224<br>I A R Cmr 419<br>Apo, Ae 9102 | 10725-00841 | 10/31/2006 | $50,659.78 | S |

918076 14th Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

2

| | | | | | |
|---|---|---|---|---|---|
| 25 | Ingrid A Rutherford Family Trust<br>Ingrid A Rutherford Ttee<br>Po Box 224<br>I A R Cmr 419<br>Apo, Ae  9102 | 10725-00842 | 10/31/2006 | $50,198.47 | S |
| 26 | Ingrid A Rutherford Family Trust<br>Ingrid A Rutherford Ttee<br>Po Box 224<br>I A R Cmr 419<br>Apo, Ae  9102 | 10725-00843 | 10/31/2006 | $135,080.35 | S |
| 27 | Iona Pete Bakas Halliday<br>Po Box 39147<br>Ft Lauderdale, FL  33339-9147 | 10728-00061 | 10/5/2006 | $ 50,000.00 | S |
| 28 | Isenberg, Edwin<br>952 Las Lomas Ave<br>Pacific Palisades, CA  90272-2430 | 10725-00278 | 9/27/2006 | $50,000.00 | S |
| 29 | Ives Ttee Of The, Evelyn A<br>Melvin J & Evelyn A Ives Bypass<br>220 First St #3<br>Seal Beach, CA  90740 | 10725-02187 | 1/12/2007 | $450,000.00 | S, U |
| 30 | Ives Ttee Of The, Evelyn A<br>Melvin J & Evelyn A Ives Qtip Tr<br>220 First St  #3<br>Seal Beach, CA  90740 | 10725-02186 | 1/12/2007 | $330,509.00 | S, U |
| ~~31~~ | ~~Jack J Beaulieu Revocable Living Trust Dtd 9/1/94~~<br>~~Jack J Beaulieu Trustee~~<br>~~2502 Palma Vista Ave~~<br>~~Las Vegas, Nv  89121~~ | ~~10725-01585~~ | ~~12/8/2006~~ | ~~$37,500.00~~ | ~~S~~<br>~~U - unknown~~ |
| ~~32~~ | ~~Jack J Beaulieu Revocable Living Trust Dtd 9/1/94~~<br>~~Jack J Beaulieu Trustee~~<br>~~2502 Palma Vista Ave~~<br>~~Las Vegas, Nv  89121~~ | ~~10725-01586~~ | ~~12/8/2006~~ | ~~$112,500.00~~ | ~~S~~<br>~~U - unknown~~ |
| ~~33~~ | ~~Jack J Beaulieu Revocable Living Trust Dtd 9/1/94~~<br>~~Jack J Beaulieu Trustee~~<br>~~2502 Palma Vista Ave~~<br>~~Las Vegas, Nv  89121~~ | ~~10725-01587~~ | ~~12/8/2006~~ | ~~$20,000.00~~ | ~~S~~<br>~~U - unknown~~ |
| ~~34~~ | ~~Jack J Beaulieu Revocable Living Trust Dtd 9/1/94~~<br>~~Jack J Beaulieu Trustee~~<br>~~2502 Palma Vista Ave~~<br>~~Las Vegas, Nv  89121~~ | ~~10725-01588~~ | ~~12/8/2006~~ | ~~$37,500.00~~ | ~~S~~<br>~~U - unknown~~ |

| | | | | | |
|---|---|---|---|---|---|
| 35 | ~~Jack J Beaulieu Revocable Living Trust Dtd 9/1/94~~<br>~~Jack J Beaulieu Trustee~~<br>~~2502 Palma Vista Ave~~<br>~~Las Vegas, Nv 89121~~ | ~~10725-01589~~ | ~~12/8/2006~~ | ~~$100,000.00~~ | ~~S~~<br>~~U - unknown~~ |
| 36 | Jack R Clark & Linda C Reid Jt Ten<br>9900 Wilbur May Pkwy<br>#4701<br>Reno, NV 89521-3089 | 10725-02059 | 1/11/2007 | $891,016.03 | S, U |
| 37 | ~~Jack S Tiano Accountancy Corp~~<br>~~116 W El Portal Ste 103~~<br>~~San Clemente, CA 92672~~ | ~~10725-01831~~ | ~~12/29/2006~~ | ~~$53,389.12~~ | ~~S~~ |
| 38 | ~~Jack S Tiano Accountancy Corp~~<br>~~116 W El Portal Ste 103~~<br>~~San Clemente, Ca 92672~~ | ~~10725-01832~~ | ~~12/29/2006~~ | ~~$52,673.28~~ | ~~S~~ |
| 39 | Jacqueline Barbara Valiente Revocable Tr<br>Jacqueline Barbara Valiente Ttee<br>8804 Rio Grande Falls Ave<br>Las Vegas, NV 89178-7217 | 10725-01172 | 11/10/2006 | $50,000.00 | S |
| 40 | Jacqueline Scott<br>306 Torrey Pines<br>Dayton, NV 89403 | 10725-00626 | 10/17/2006 | $50,000.00 | S |
| 41 | ~~James E. Mcknight~~<br>~~233 Branch Ave.~~<br>~~Freeport, NY 11520~~ | ~~10725-00673~~ | ~~10/20/2006~~ | ~~$633.33~~ | ~~S~~ |
| 42 | ~~James E. Mcknight~~<br>~~233 Branch Ave.~~<br>~~Freeport, NY 11520~~ | ~~10725-00674~~ | ~~10/23/2006~~ | ~~$50,000.00~~ | ~~S~~ |
| 43 | James Gary Machetta Trust Dtd 7/9/02<br>C/O James Gary Machetta Trustee<br>Po Box 2242<br>Denver, Co 80201-2242 | 10725-00454 | 10/5/2006 | Blank | S |
| 44 | James, Donald E<br>2038 Palm St #438<br>Las Vegas, NV 89104 | 10725-00033 | 4/24/2006 | $60,000.00 | S |
| 45 | Jamie Kefalas Trust<br>C/O Francis Howard Trustee<br>7 Commerce Center Dr Ste A<br>Henderson, NV 89014 | 10725-01870 | 1/5/2007 | $125,000.00 | S |
| 46 | Janet P Johnson Living Trust Dtd 7/10/04<br>Charles & Janet Johnson Ttees<br>17 Front St<br>Palm Coast, Fl 32137-1453 | 10725-01631 | 12/8/2006 | $20,477.82 | U<br>S- contingent |

918076 14th Objection to Claims Asserting Secured Claim Status

**EXHIBIT A**

4

| 47 | Janice Janis & Christine Brager Tenants<br>406 Pearl St<br>Boulder, CO  80302-4931 | 10725-02098 | 1/11/2007 | $24,599.15 | S, U |
| 48 | Janice Janis Living Trust<br>C/O Janice Janis Trustee<br>406 Pearl St<br>Boulder, CO  80302 | 10725-02110 | 1/11/2007 | $50,000.00 | S |
| 49 | Janice Janis Living Trust<br>C/O Janice Janis Trustee<br>406 Pearl St<br>Boulder, CO  80302-4931 | 10725-02108 | 1/11/2007 | $50,000.00 | S |
| 50 | Janis Ttee Of The Living Trust, Janice<br>C/O Janice Janis Ttee<br>406 Pearl St<br>Boulder, CO  80302-4931 | 10725-02099 | 1/11/2007 | $202,956.24 | S, U |