HERMAN M. ADAMS, ESQ.
BRIAN M. ADAMS, ESQ.
ANTHONY G. ADAMS
1341 Cashman Dr.
Las Vegas, Nevada 89102
(702) 384-9275
Jointly Pro se

RECEIVED AND FILED

2007 JUL -2 A 11: 48

U.S. BANKRUPTCY COURT
          GRAY, CLERK

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　　　　Debtor. | Case No. BK-S-06-10725 ~~LRB~~<br>Case No. BK-S-06-10726 LRB<br>Case No. BK-S-06-10727 LRB<br>Case No. BK-S-06-10728 LRB<br>Case No. BK-S-06-10729 LRB |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　　　Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>　　　　　　Debtor. | Jointly Administered Under<br>Case No. Bk-S-06-10727-LRB |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC<br>　　　　　　Debtor. | CERTIFICATE OF SERVICE BY MAIL |
| In re:<br>USA SECURITIES, LLC,<br>　　　　　　Debtor. | Hearing Date:　July 27, 2007<br>Hearing Time:　9:30 a.m.<br>Courtroom:　　1 |

I HEREBY CERTIFY that service of the RESPONSE TO OMNIBUS OBJECTION OF POST-EFFECTIVE DATE USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, TO PROOFS OF

////

////

////

////

////

////

////

ADAMS & ADAMS
ATTORNEYS AT LAW
300 FREMONT STREET
LAS VEGAS, NEVADA
89101
384-9275

INTEREST was made this 2nd day of July, 2007, by depositing a copy of the same in the U.S. Mails, postage prepaid, addressed to the following:

Marc A. Levinson
Jeffery D. Hermann
Orrick, Herrington &^ Sutcliffe LLP
400 Capital Mall, Ste. 300
Sacramento, CA 95814-4497

Bob L. Olson
Anne M. Loraditch
Beckley Singleton, Chartered
520 Las Vegas Blvd. South
Las Vegas, NV 89101

DATED this 2nd day of July, 2007

_____
BRIAN M. ADAMS, ESQ.
525 S. 6th St.
Las Vegas, Nevada 89101
Pro Se

ADAMS & ADAMS
ATTORNEYS AT LAW
300 FREMONT STREET
LAS VEGAS, NEVADA
89101
384-9275

2