| | |
|---|---|
| Marc A. Levinson (California Bar No. 57613) | Bob L. Olson (Nevada Bar No. 3783) |
| Jeffery D. Hermann (California Bar No. 90445) | Anne M. Loraditch (Nevada Bar No. 8164) |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | BECKLEY SINGLETON, CHARTERED |
| 400 Capitol Mall, Suite 3000 | 530 Las Vegas Boulevard South |
| Sacramento, California 95814-4497 | Las Vegas, Nevada 89101 |
| Telephone: (916) 447-9200 | Telephone: (702) 385-3373 |
| Facsimile: (916) 329-4900 | Facsimile: (702) 385-5024 |
| Email: malevinson@orrick.com | Email: bolson@beckleylaw.com |
| jhermann@orrick.com | aloraditch@beckleylaw.com |

*Attorneys for Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725-LBR<br><br>**NOTICE OF ENTRY OF ORDER APPROVING FTI CONSULTING, INC.'S FIRST AND FINAL FEE APPLICATION (JUNE 9, 2006 THROUGH MARCH 12, 2007)** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>Debtor. | Hearing Date: June 22, 2007<br>Hearing Time: 9:30 a.m. |
| In re:<br>USA SECURITIES, LLC,<br><br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

{00407698;}                                                1

**PLEASE TAKE NOTICE** that on the 2nd day of July 2007, the Court entered the Order Approving FTI Consulting, Inc.'s First and Final Fee Application (June 9, 2006 through March 12, 2007). A true and correct copy of the Order is attached hereto.

**BECKLEY SINGLETON, CHARTERED**

By: /s/ Anne M. Loraditch
Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
530 Las Vegas Boulevard South
Las Vegas, NV 89101

and

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497

*Attorneys for Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC*



{00407698;}

2

**Entered on Docket**
**July 02, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

| | |
|---|---|
| Marc A. Levinson (California Bar No. 57613)<br>Jeffery D. Hermann (California Bar No. 90445)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>400 Capitol Mall, Suite 3000<br>Sacramento, California 95814-4497<br>Telephone:  (916) 447-9200<br>Facsimile:  (916) 329-4900<br>Email:  malevinson@orrick.com<br>        jhermann@orrick.com | Bob L. Olson (Nevada Bar No. 3783)<br>Anne M. Loraditch (Nevada Bar No. 8164)<br>BECKLEY SINGLETON, CHARTERED<br>530 Las Vegas Boulevard South<br>Las Vegas, Nevada 89101<br>Telephone:  (702) 385-3373<br>Facsimile:  (702) 385-5024<br>Email:  bolson@beckleylaw.com<br>        aloraditch@beckleylaw.com |

*Attorneys for Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                Debtor. | **ORDER APPROVING FTI CONSULTING, INC.'S FIRST AND FINAL FEE APPLICATION (JUNE 9, 2006 THROUGH MARCH 12, 2007)** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                Debtor. | Hearing Date: June 22, 2007<br>Hearing Time: 9:30 a.m. |
| In re:<br>USA SECURITIES, LLC,<br>                                Debtor. | |

{00406136;}                                             1

|   | Affects: |
|---|---|
| 1 | ☐ All Debtors |
| 2 | ☐ USA Commercial Mortgage Company |
|   | ☐ USA Securities, LLC |
| 3 | ☐ USA Capital Realty Advisors, LLC |
| 4 | ☒ USA Capital Diversified Trust Deed Fund, LLC |
|   | ☐ USA First Trust Deed Fund, LLC |

This Court, having reviewed and considered the First and Final Fee Application of FTI Consulting, Inc. As Financial Advisors to the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC (June 9, 2006 through March 12, 2007) [Docket no. 3607] (the "Application"), seeking an Order from this Court authorizing the allowance and payment of fees, in the amount of $1,613,380.50, for professional services rendered by FTI Consulting, Inc. ("FTI"), Financial Advisors to the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC, and the reimbursement of expenses paid by FTI, in the amount of $30,951.02, for a total compensation award of $1,644,331.52 in this case on a final basis, the Declaration of Robert G. Worthen, filed in support of the Application, the Supplement to FTI Consulting, Inc.'s First and Final Fee Application [Docket no. 3885] (the "Supplement"), in which FTI voluntarily reduced its fees by two percent (2%), or $32,267.81, and modified its request for an Order from the Court thereby seeking the allowance and payment of fees, in the total amount of $1,581,112.89, and reimbursement of expenses paid by FTI, in the amount of $30,951.02, for a total compensation award of $1,612,063.91 in this case on a final basis; Michael Tucker, appearing on behalf of FTI, August B. Landis, appearing on behalf of the Office of the United States Trustee, and other appearances as noted on the record at the hearing referenced above; the Court having made its findings of fact and conclusions of law on the record, which are incorporated herein pursuant to Fed.R.Bankr.P. 7052; with no objection to the Application having been filed; and for good cause shown therefor,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the fees FTI incurred, in the amount of $1,581,112.89, and the expenses FTI paid, in the amount of $30,951.02, are deemed allowed on a final basis for a total compensation award in the amount of $1,612,063.91 (the "Final Award").



{00406136;}    2

1  **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that USA Capital Diversified Trust Deed Fund, LLC, is authorized to pay the Final Award to FTI immediately upon entry of this order.

RESPECTFULLY SUBMITTED BY:

**BECKLEY SINGLETON, CHARTERED**

By: /s/ Anne M. Loraditch
Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
530 Las Vegas Boulevard South
Las Vegas, NV 89101

and

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497

*Attorneys for Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC*

APPROVED/DISAPPROVED:

OFFICE OF THE UNITED STATES TRUSTEE

By: _____
August B. Landis, Esq.

1

**RULE 9021 DECLARATION**

2   In accordance with Local Rule 9021, the undersigned certifies:

3   ☐   The Court waived the requirements of LR 9021.

4
5   ☒   I have delivered a copy of the proposed order to the Office of the United States Trustee, which has:

6        ☐   approved the form of this order; and/or

7        ☐   waived the right to review the order; and/or

8        ☐   failed to file and serve papers in accordance with LR 9021(c); and

             the following have disapproved the form of the order:
9
                 n/a

10  ☐   No opposition was filed to the motion and no other party or counsel appeared at the hearing.

11

12                                      **BECKLEY SINGLETON, CHARTERED**

13                                      By:___/s/  Anne M. Loraditch_____
                                              Anne M. Loraditch (Nevada Bar No. 8164)
14                                            530 Las Vegas Boulevard South
                                              Las Vegas, NV 89101
15

16                                                    # # #

{00406136;}                                    4