# EXHIBIT 1

1688943.1

Entered on Docket
June 29, 2007

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

_____

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                         Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>Date: April 26, 2007<br>Time: 9:30 a.m<br><br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

1839570.1

**ORDER SUSTAINING THIRTY-FIRST OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS**

The USACM Liquidating Trust (the "USACM Trust") filed its Thirty-First Omnibus Objection to Claims Asserting Secured Status [DE 3190] (the "Objection") on March 20, 2007. Appropriate notice of the Objection was given. Responses to the Objection were filed with the Court as follows:

- Reply filed by Wanda C. Wright, Trustee for the Wanda Wright Trust [DE 3410] pertaining to Claim No. 10725-00502. A separate stipulation or motion will be filed.

- Opposition filed by the Walls Family Trust [DE 3432] referring to Claim Nos. 10725-00396; 10725-00397; 10725-00398; 10725-00399; and 10725-00400.

No other responses were filed with this Court. The Objection came before the Court for hearing on April 26, 2007 at 9:30 a.m. Good cause appearing, it is

ORDERED:

- Sustaining the USACM Trust's Thirty-First Omnibus Objection to Claims Asserting Secured Status;

- Reclassifying the Proofs of Claim listed on Exhibit A attached as general unsecured claims; and

- Reserving the right of any party in interest, including the USACM Trust, to further object to any and all claims listed on Exhibit A attached as unsecured claims or otherwise, whether or not the subject of this Objection.

### 

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
*Attorneys for USACM Liquidating Trust*

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing regarding this matter and/or who filed a written objection and each has:

    ☐ approved the form of this order;

    ☐ waived the right to review the order;

    ☐ failed to file and serve papers in accordance with LR 9021(c); and/or

    ☐ failed to sign and return this proposed order within five (5) business days in accordance with LR 9021(b).

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order.

☐ No opposition was filed and no other party or counsel appeared at the hearing.

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
*Attorneys for USACM Liquidating Trust*

APPROVED/DISAPPROVED          APPROVED/DISAPPROVED

_____      _____
Joseph P. Walls, Trustee               Eileen Walls, Trustee

(APPROVED)/DISAPPROVED

*/s/ Wanda C. Wright*
Wanda C. Wright, Trustee

3

1839570.1

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

- ☐ The Court waived the requirements of LR 9021.

- ☒ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing regarding this matter and/or who filed a written objection and each has:

    - ☒ approved the form of this order (Wanda C. Wright);
    - ☐ waived the right to review the order;
    - ☐ failed to file and serve papers in accordance with LR 9021(c); and/or
    - ☒ failed to sign and return this proposed order within five (5) business days in accordance with LR 9021(b) (Joseph P. Walls; Eileen Walls) .

- ☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order.

- ☐ No opposition was filed and no other party or counsel appeared at the hearing.

**LEWIS AND ROCA LLP**

By:    /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
*Attorneys for USACM Liquidating Trust*

APPROVED/DISAPPROVED          APPROVED/DISAPPROVED

_____     _____
Joseph P. Walls, Trustee                Eileen Walls, Trustee

APPROVED/DISAPPROVED

_____
Wanda C. Wright, Trustee

3

1839570.1

**31st Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims**

| | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | Trujillo, Carlos A<br>2818 Horseshoe Dr<br>Las Vegas, NV 89120-3338 | 10725-00001 | 4/18/2006 | $240,000.00 | S |
| 2 | Tuch, Cary & Carol<br>11445 Gerald Ave<br>Granada Hills, CA 91344-3623 | 10725-00271 | 9/27/2006 | $100,000.00 | S |
| 3 | Turner Development Llc<br>Chris Turner<br>461 N Carlisle Pl<br>Orange, CA 92869 | 10725-01322 | 11/13/2006 | $100,000.00 | S |
| 4 | Turner Ttees Of, Louis H & Shirley M<br>The Louis H & Shirley M Turner F<br>9558 Mammoth Ct<br>Reno, NV 89521 | 10725-02219 | 1/12/2007 | $152,179.87 | S, U |
| 5 | Turok, Noemi N<br>8808 Rainbow Ridge Dr<br>Las Vegas, NV 89117-5815 | 10725-01174 | 11/10/2006 | $50,000.00 | P, S, U |
| 6 | Tuttle, Dale L<br>6252 Chinook Way<br>Las Vegas, Nv 89108-1733 | 10725-00247 | 9/26/2006 | $250,000.00 | S |
| 7 | Ulm Ttee Of The Robert W Ulm Living Tr, Robert W<br>414 Morning Glory Rd<br>St Marys, GA 31558 | 10725-02088 | 1/11/2007 | $688,165.00 | S, U |
| 8 | Ulm, Robert W<br>414 Morning Glory Rd<br>St Marys, GA 31558 | 10725-02089 | 1/11/2007 | Unliquidated | S, U |
| 9 | Underpass Trust<br>Ronald Montesant Ttee<br>5121 Big River Ave<br>Las Vegas, NV 89130 | 10725-00372 | 10/2/2006 | $50,000.00 | S |
| 10 | Underpass Trust<br>Ronald Montesant Ttee<br>5121 Big River Ave<br>Las Vegas, NV 89130 | 10725-00374 | 10/2/2006 | $50,000.00 | S |
| 11 | Underpass Trust<br>Ronald Montesant Ttee<br>5121 Big River Ave<br>Las Vegas, NV 89130 | 10725-00375 | 10/2/2006 | $50,000.00 | S |
| 12 | Underpass Trust<br>Ronald Montesant Ttee<br>5121 Big River Ave<br>Las Vegas, NV 89130 | 10725-00380 | 10/2/2006 | $50,000.00 | S |

918279 31st Objection to Claims Asserting Secured Claim Status        **EXHIBIT A**        1

| | | | | | |
|---|---|---|---|---|---|
| 13 | Universal Management Inc A Nevada Corp<br>8080 Harborview Rd<br>Blaine, WA  98230 | 10725-02123 | 1/11/2007 | $719,059.00 | S, U |
| 14 | Ursula Greger & Stephanie Curran<br>95703 Kittery Rd<br>Brookings, OR  97415 | 10725-00903 | 11/1/2006 | $55,000.00 | S |
| 15 | Ursula R Greger & Stephanie Curran<br>95703 Kittery Rd<br>Brookings, Or  97415-8158 | 10725-00956 | 11/1/2006 | $55,000.00 | S |
| 16 | Valley Investments Corp<br>3131 Meade Ave   Ste A-1<br>Las Vegas, NV  89102-7809 | 10725-00357 | 10/2/2006 | $1,492.91 | S, P |
| 17 | Valon R Bishop Trust Dtd 5/7/03<br>C/O Valon R Bishop Trustee<br>Po Box 50041<br>Reno, Nv  89513-0041 | 10725-00412 | 10/2/2006 | $30,131.00 | S |
| 18 | Valon R Bishop Trust Dtd 5/7/03<br>C/O Valon R Bishop Trustee<br>Po Box 50041<br>Reno, NV  89513-0041 | 10725-00504 | 10/9/2006 | $30,131.00 | S |
| 19 | Verusio Solutions Llc<br>208 Clarence Way<br>Fremont, CA  94539 | 10725-00093 | 8/4/2006 | $329,747.92 | S |
| 20 | Vicky Nakashima<br>1681 Fairburn Ave.<br>Los Angeles, CA 90024 | 10725-00693 | 10/20/2006 | $155,000.00 | S |
| 21 | Violet, Melody J<br>PO Box 2201<br>Vista, CA  92085 | 10725-01885 | 1/8/2007 | Unknown | S |
| 22 | Virani, Aris<br>6926 Adobe Villa Ave<br>Las Vegas, NV  89142 | 10725-01201 | 11/10/2006 | $50,000.00 | S |
| 23 | Virani, Aris<br>6926 Adobe Villa Ave<br>Las Vegas, NV  89142 | 10725-01245 | 11/10/2006 | $50,000.00 | S |
| 24 | Virts Ttees Of The Virts Revocable Living Tr, Donald E & Patrizia<br>4381 W Hidden Valley<br>Reno, NV  89502 | 10725-02165 | 1/12/2007 | $380,303.00 | S, U |
| 25 | Voglis, Marietta<br>201 East 79Th St<br>New York, NY  10021 | 10725-02163 | 1/12/2007 | $724,292.85 | S |
| 26 | Volpel Trust  Dtd 2/2/96<br>Gunter Volpel Trustee<br>90876 Libby Ln<br>Coos Bay, OR 97420 | 10725-01847 | 1/4/2007 | $119,463.32 | S, U |

| | | | | | |
|---|---|---|---|---|---|
| 27 | Wade, Jennifer A<br>2314 Tall Timbers Ln<br>Marietta, GA  30066 | 10725-01116 | 11/9/2006 | $50,000.00 | S |
| 28 | Wade, Marlee<br>2314 Tall Timbers Ln<br>Marietta, GA  30066 | 10725-01118 | 11/9/2006 | $50,000.00 | S |
| 29 | Wade, Marlene C<br>2314 Tall Timbers Ln<br>Marietta, GA  30066 | 10725-01119 | 11/9/2006 | $50,000.00 | S |
| 30 | Wagner, Scott E<br>Po Box 523<br>Cumberland, Wi  54829-0523 | 10725-00268 | 9/27/2006 | $80,000.00 | S |
| 31 | Wahl Jt Ten Wros, David C & Margaret A<br>PO Box 8012<br>Mammoth Lakes, CA  93546 | 10725-02314 | 1/13/2007 | $201,149.92 | S, U |
| 32 | Wahl, David C<br>PO Box 8012<br>Mammoth Lakes, CA  93546 | 10725-02315 | 1/13/2007 | $72,112.48 | S, U |
| 33 | Wahl, David<br>Po Box 8012<br>Mammoth Lakes, Ca  93546 | 10725-01694 | 12/11/2006 | $289,414.18 | S |
| 34 | Wald Financial Group Inc<br>249 Margo Way<br>Pismo Beach, CA  93449-3252 | 10725-01461 | 11/14/2006 | $50,516.67 | S |
| 35 | Wald Financial Grp Inc Defined Benefit<br>Pension Trt<br>Po Box 307<br>249 Margo Way<br>Pismo Beach. CA  93448-0307 | 10725-01448 | 11/14/2006 | $50,520.83 | S |
| 36 | Wald Financial Grp Inc Defined Benefit<br>Pension  Trust 2<br>Po Box 307<br>249 Margo Way<br>Pismo Beach. CA  93448-0307 | 10725-01440 | 11/14/2006 | $50,538.19 | S |
| 37 | Wald Financial Grp Inc Defined Benefit<br>Pension Trust<br>249 Margo Way<br>Pismo Beach. CA  93449 | 10725-01441 | 11/14/2006 | $50,516.67 | S |
| 38 | Walker, Linda M<br>3710 Clover Way<br>Reno, NV  89509 | 10725-00152 | 8/14/2006 | $101,500.00 | S |
| 39 | Wallace III, William C & Ann Marie K<br>Christopher D Jaime Esq<br>Po Box 30000<br>Maupin Cox & Legoy<br>Reno, NV  89520 | 10725-00517 | 10/18/2006 | $50,000.00 | S |

| | | | | | |
|---|---|---|---|---|---|
| 40 | Wallace III, William C & Anna Marie K<br>Chirstopher D Jaime Esq<br>Po Box 30000<br>Maupin Cox & Legoy<br>Reno, NV 89520 | 10725-00662 | 10/23/2006 | $50,000.00 | S |
| 41 | ~~Walls Family Trust Dtd 12/10/97~~<br>~~C/O Joseph P & Ellen Walls Ttees~~<br>~~2778 Bedford Way~~<br>~~Carson City, NV 89703-4618~~ | ~~10725-00396~~ | ~~10/2/2006~~ | ~~$100,000.00~~ | ~~S~~ |
| 42 | ~~Walls Family Trust Dtd 12/10/97~~<br>~~C/O Joseph P & Ellen Walls Ttees~~<br>~~2778 Bedford Way~~<br>~~Carson City, NV 89703-4618~~ | ~~10725-00397~~ | ~~10/2/2006~~ | ~~$50,000.00~~ | ~~S~~ |
| 43 | ~~Walls Family Trust Dtd 12/10/97~~<br>~~C/O Joseph P & Ellen Walls Ttees~~<br>~~2778 Bedford Way~~<br>~~Carson City, NV 89703-4618~~ | ~~10725-00398~~ | ~~10/2/2006~~ | ~~$200,000.00~~ | ~~S~~ |
| 44 | ~~Walls Family Trust Dtd 12/10/97~~<br>~~C/O Joseph P & Ellen Walls Ttees~~<br>~~2778 Bedford Way~~<br>~~Carson City, NV 89703-4618~~ | ~~10725-00399~~ | ~~10/2/2006~~ | ~~$200,000.00~~ | ~~S~~ |
| 45 | ~~Walls Family Trust Dtd 12/10/97~~<br>~~C/O Joseph P & Ellen Walls Ttees~~<br>~~2778 Bedford Way~~<br>~~Carson City, NV 89703-4618~~ | ~~10725-00400~~ | ~~10/2/2006~~ | ~~$200,000.00~~ | ~~S~~ |
| 46 | Walter F Henningsen Revocable Trust Dtd 2/18/03<br>C/O Walter F Henningsen Trustee<br>5470 Sw Spruce Ave<br>Beaverton, Or 97005-3561 | 10725-01023 | 11/6/2006 | $100,478.00 | S |
| 47 | Walter, Diane<br>3 Malachite Rd<br>Yerington, NV 89447 | 10725-00062 | 11/2/2006 | $50,000.00 | S |
| 48 | Walther, Stephen G & Sonja<br>7990 Castle Pines<br>Las Vegas, NV 89113 | 10725-01374 | 11/13/2006 | $25,000.00 | S |
| 49 | ~~Wanda Wright Revocable Living Trust~~<br>~~C/O Wanda C Wright Trustee~~<br>~~16500 Pyramid Way~~<br>~~Reno, NV 89510-8711~~ | ~~10725-00502~~ | ~~10/9/2006~~ | ~~$54,200.00~~ | ~~S~~ |
| 50 | Warwick, William<br>170 Dayton St<br>Danvers, MA 01923 | 10725-00434 | 10/4/2006 | $57,833.00 | S, P |