LEWIS
AND
ROCA
LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona  85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 7/3/07

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | **STIPULATION RE PROOFS OF CLAIM OF JANE HENDLER LISTED IN THIRTEENTH OMNIBUS OBJECTION TO PROOFS OF CLAIM FILED AS SECURED** |
| USA SECURITIES, LLC, | |
| Debtors. | |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

The USACM Liquidating Trust (the "USACM Trust"), by and through its undersigned counsel, and Jane Hendler ("Hendler"), stipulate:

1.    Jane Hendler filed the following proofs of claim:

- No. 10725-00446 in the amount of $71,160.43 as a secured claim; and
- No. 10725-00447 in the amount of $71,160.43 as a secured claim.

1843853.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

2.      On March 23, 2007, the USACM Trust filed its Thirteenth Omnibus Objection to Proofs of Claim filed as Secured [DE 3157] objecting to the secured status of Claim Nos. 10725-00446 and 10725-00447 filed by Hendler, arguing that the proofs of claim are not entitled to secured status and requested that the claims be reclassified as general unsecured claims.

3.      On April 5, 2007, Jane Hendler filed a response [DE 3412] to the Objection of the USACM Trust.

4.      The hearing on the Objection and Response occurred on April 26, 2007 at 9:30 a.m.

5.      Upon being provided additional information, Hendler has conceded that the claims are not properly classified as secured claims, and therefore stipulates to the granting of the Objection as to the claims and reclassifying the claims as unsecured claims, without prejudice to additional objections at a later date.

6.      The USACM Trust reserves the right to further object to any and all claims, for allowance and or distribution purposes on other grounds.

7.      A proposed form of order approving the stipulation  and sustaining the objection is being submitted for the Court's consideration.

DATED:  July 3, 2007.

**LEWIS AND ROCA LLP**


By:  _/s/ RC (#6593)_____
       Susan M. Freeman, AZ 4199 (*pro hac vice*)
       Rob Charles, NV 6593
       *Counsel for USACM Liquidating Trust*

             -and-

1843853.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

1

2    Jane Hendler
     4154 St. Clair Avenue
3    Studio City, CA 91604-1607

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3

1843853.1