George A. Davis
CADWALADER, WICKERSHAM & TAFT
One World Financial Center
New York, NY 10281
Telephone No.: (212)504-6000
Facsimile No.: (212) 504-6666

Tyson M. Lomazow
MILBANK, TWEED, HADLEY & McCOY, LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone No.: (212) 530-5367
Facsimile No.: (212) 822-5367

Peter C. Bernhard (Nevada Bar No. 0734)
Georganne W. Bradley (Nevada Bar No. 1105)
BULLIVANT HOUSER BAILEY PC
3980 Howard Hughes Pkwy., Ste. 550
Las Vegas, NV 89169
Telephone No.: (702) 650-6565
Facsimile No.: (702) 650-2995
E-Mail: peter.bernhard@bullivant.com

**Counsel for Compass Financial Partners LLC**

E-Filed on: July 3, 2007

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER GRANTING COMPASS FINANCIAL PARTNERS' MOTION FOR ORDER ENFORCING CONFIRMATION ORDER AND DETERMINING NO SURVIVING SECTION 3 RIGHT EXISTS WITH RESPECT TO THE FIESTA OAK VALLEY LOAN**<br><br>Date: May 11, 2007<br>Time: 9:30 a.m. |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

PLEASE TAKE NOTICE that an Order Granting Compass Financial Partners' Motion for Order Enforcing Confirmation Order and Determining No Surviving Section 3 Right Exists With Respect to the Fiesta Oak Valley Loan (the "Order") was entered on the Court's docket on June 29, 2007. A copy of the Order is attached hereto.

Dated this 3rd day of July 2007.

CADWALADER, WICKERSHAM & TAFT
-and-
BULLIVANT HOUSER BAILEY, PC

By: /s/ Georganne W. Bradley
Georganne W. Bradley, Esq.
3980 Howard Hughes Pkwy., Ste. 550
Las Vegas, Nevada 89169
*Attorneys for Compass Financial Partners, LLC*

Case: 06-10725-lbr    Doc #: 4100    Filed: 06/29/2007    Page: 1 of 4



Although the Court interpreted it's Order of Confirmation to establish a record date, all Direct Lenders were not made a party to this motion; according this Order does not purport to grant or deny any rights or defenses by Compass or Direct Lenders on other loans.

Entered on Docket
June 29, 2007

Hon. Linda B. Riegle
United States Bankruptcy Judge

George A. Davis
CADWALADER, WICKERSHAM & TAFT
One World Financial Center
New York, NY 10281
Telephone No.: (212) 504-6000
Facsimile No.: (212) 504-6666

Judy G.Z. Liu
Tyson M. Lomazow
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone No.: (212) 310-8000
Facsimile No.: (212) 310-8007

Peter C. Bernhard (Nevada Bar No. 0734)
Georganne W. Bradley (Nevada Bar No. 1105)
BULLIVANT HOUSER BAILEY PC
3980 Howard Hughes Pkwy., Ste. 550
Las Vegas, NV 89169
Telephone No.: (702) 650-6565
Facsimile No.: (702) 650-2995
E-Mail: peter.bernhard@bullivant.com
georganne.bradley@bullivant.com

Counsel for Compass Financial Partners LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | ORDER GRANTING<br>COMPASS FINANCIAL PARTNERS'<br>MOTION FOR ORDER<br>ENFORCING CONFIRMATION ORDER<br>AND DETERMINING NO SURVIVING<br>SECTION 3 RIGHT EXISTS WITH<br>RESPECT TO THE FIESTA<br>OAK VALLEY LOAN |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date: May 11, 2007<br>Time: 9:30 a.m. |

– 1 –

1  The Court conducted a hearing on May 11, 2007 on the Motion for Order Enforcing
2  Confirmation Order and Determining No Surviving Section 3 Right Exists With Respect to the
3  Fiesta Oak Valley Loan (the "Motion"), which was filed by Compass Financial Partners, LLC
4  ("Compass") on March 30, 2007. Appearances of counsel were noted on the record at the
5  hearing.
6  Having considered the Motion, the declaration and supplemental declaration filed in
7  support thereof, the opposition thereto and the declarations in support of the opposition, the
8  joinder in the opposition, and the reply to the opposition, and having heard arguments of
9  counsel, and finding that notice of the Motion was proper and appropriate under the
10 circumstances, that good cause exists for granting the Motion,
11 IT IS HEREBY ORDERED that the Motion be, and it hereby is, GRANTED; and
12 IT IS FURTHER ORDERED that Debt Acquisition Company of America ("DACA")
13 failed to establish that 51% of Direct Lenders[1] in the Fiesta Oak Valley Loan elected to
14 terminate Compass as loan servicer, such that a Surviving Section 3 Right was not properly
15 exercised; and
16 IT IS FURTHER ORDERED that in the event a Direct Lender attempts to exercise a
17 Surviving Section 3 Right, the record date for determining whether such Surviving Section 3
18 Right has been properly exercised shall be the thirtieth (30th) day following the date on which a
19 Compass Motion is filed; and
20 \\\\\
21 \\\\\
22 \\\\\
23 \\\\\
24 \\\\\
25 \\\\\
26 \\\\\

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

– 2 –

IT IS FURTHER ORDERED that nothing set forth in this Order shall modify or be deemed to modify the Confirmation Order, the Plan, or the Servicing Agreements, or the parties rights thereunder, except to the extent expressly set forth herein.

**Submitted by:**

CADWALADER WICKERSHAM & TAFT
-and-
WEIL GOTSHAL & MANGES, LLP
-and-
BULLIVANT HOUSER BAILEY PC

By: *Georganne W. Bradley*
  Georganne W. Bradley, Esq.

*Attorneys for Compass Financial Partners*

**Approved/Disapproved by:**

KIRBY & McGUINN, A P.C.

By: _____
  Dean T. Kirby, Jr.

*Attorneys for Debt Acquisition Company of America*

**Approved/Disapproved by:**

JONES VARGAS

By: _____
  Janet L. Chubb, Esq.

*Attorneys for Robert J. Kehl, Ruth Ann Kehl, and Judy A. Bonnet*

**Approved/Disapproved by:**

OFFICE OF THE U.S. TRUSTEE

By: *August B. Landis*
  August B. Landis, Esq.

- 3 -

In accordance with Local Rule 9021, the undersigned certifies:

_____ The court waived the requirements of LR 9021.

_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

__✓__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below:

Dean T. Kirby, Jr.: __WOULD NOT SIGN-DISAPPROVED__

Janet L. Chubb, Esq.: __NO RESPONSE__

Office of U.S. Trustee: __APPROVED__

BULLIVANT HOUSER BAILEY P.C.

By: __Georganne W. Bradley__
Georganne W. Bradley, Esq.

Bullivant|Houser|Bailey PC
3980 Howard Hughes Pkwy, Suite 550
Las Vegas, NV 89169
Telephone: (702) 650-6565
Facsimile: (702) 650-2995

— 4 —