Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors

E-FILED ON JULY 3, 2007

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>           Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>           Debtor. | BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>           Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>           Debtor. | Judge Linda B. Riegle |
| In re:<br>USA SECURITIES, LLC,<br>           Debtor. | **DEBTORS' AUTHORIZATION FOR USACM LIQUIDATING TRUST TO REQUEST AND RECEIVE DOCUMENTS FROM DEBTORS' PRE-PETITION COUNSEL** |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☒ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC<br>☒ USA Securities, LLC | |

1    USA Capital Realty Advisors, LLC ("Realty"), USA Capital First Trust Deed Fund, LLC ("FTDF"), and USA Securities, LLC ("Securities") (each a "Debtor" and collectively, the "Debtors") hereby authorize the USACM Liquidating Trust (the "Trust") to request and receive, by Federal Rule of Bankruptcy Procedure 2004 or otherwise, as agent for the Debtors, respectively, all documents and files (including documents subject to attorney-client privilege and/or work-product protection) belonging to Debtors from the following counsel:

- Bryan Cave, LLP
- Goold Patterson Ales & Day, Chtd.
- Kummer Kaempfer Bonner Renshaw & Ferrario, Ltd.
- Law Offices of Richard McKnight, PC
- Santoro, Driggs, Walch, Kearney, Johnson & Thompson, Ltd.

The Debtors authorize the above counsel to produce any such documents and files directly to Gordon & Silver, Ltd., which shall: (1) review such documents and files in order to identify and withhold any documents subject to an attorney-client and/or work-product protection belonging to USA Investment Partners, LLC; and (2) produce the remaining documents and files to the Trust. Any attorney-client privilege or work-product protection which the Debtors may have or may assert with respect to such documents and files shall be preserved and maintained and shall not be waived by the Gordon & Silver's possession of such documents and files.

Upon receipt of any such documents and files from Gordon & Silver, the Trust shall: (1) maintain such documents and files on behalf of the applicable Debtor; (2) have access to such documents and files; and (3) make such documents and files available to the applicable Debtor (and in the case of FTDF, FTDF or the Official Committee of Equity Security Holders of the First Trust Deed Fund, LLC) and/or USA Capital Diversified Trust Deed Fund, LLC, upon request. Any attorney-client privilege or work-product protection which the Debtors may have or may assert with respect to such documents and files shall be preserved and maintained and shall

///

///

///

1 not be waived by the Trust's possession of such documents and files.

2     Dated this 3rd day of July, 2007.

3                                          /s/   Lenard E. Schwartzer, Esq.
Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
           -and-
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308

Attorneys for Debtors and Debtors-in-Possession

**AGREED:**

  /s/   Eric D. Madden
Allan B. Diamond, TX 05801800 (pro hac vice)
Eric D. Madden, TX 24013079 (pro hac vice)
DIAMOND MCCARTHY LLP
909 Fannin, Suite 1500
Houston, Texas 77010
Special Counsel for USACM Liquidating Trust


  /s/   Marc A. Levinson
Marc A. Levinson, (California Bar No. 57613)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California 95814
Counsel for USA Capital Diversified Trust Deed Fund, LLC


  /s/   Eve Karasik
Eve Karasik
STUTMAN, TREISTER & GLATT
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC