**Entered on Docket**
**July 03, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

ALAN R. SMITH, ESQ.
Nevada Bar No. 1449
KEVIN A. DARBY, ESQ.
Nevada Bar No. 7670
Law Offices of Alan R. Smith
505 Ridge Street
Reno, Nevada 89501
Telephone (775) 786-4579
Facsimile (775) 786-3066
_Email: mail@asmithlaw.com_

Attorney for Lenders Protection Group
and Donna Cangelosi

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

—ooOoo—

| In Re:<br>USA COMMERCIAL MORTGAGE<br>COMPANY, et al.<br><br>              Debtors.<br>_____/ | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
|---|---|

Affects:
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC
_____/

JOINTLY ADMINISTERED
Chapter 11

**RECOMMENDATION FOR**
**WITHDRAWAL OF REFERENCE**
**PURSUANT TO 28 U.S.C. § 157(d)**

Hearing Date:  June 20, 2007
Hearing Time: 10:30 a.m.

        This Court, having held a hearing on June 20, 2007, to determine whether it has subject

matter jurisdiction to adjudicate various disputes between Compass USA SPE, LLC and

Compass Financial Partners (collectively "Compass") and various direct lenders/investors in

Law Offices of
**ALAN R. SMITH**
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\LPG\Order WD Ref 062207-mhm.wpd

1   Debtor USA Commercial Mortgage Company, including Donna Cangelosi, the Lenders

2   Protection Group and numerous direct lender Nevada limited liability companies (all such

3   direct lenders shall collectively be referred to as the "Direct Lenders"), as presented to this

4   Court in:

5        (a)   the *Emergency Motion Of Compass Financial Partners LLC For Order*

6                *Pursuant To 11 U.S.C. §§ 105 And 1141 Enforcing Confirmation Order And*

7                *For Civil Contempt* (the "Compass Motion") filed on May 25, 2007*; and*

8        (b)   the *Complaint For Declaratory Relief And Damages,* filed on May 21, 2007,

9                by various Direct Lenders against Compass in the United States District Court

10              For The District Of Nevada as Case No. 07-CV-0224-ECR-VAC (the "Direct

11              Lenders' Action"), which was purportedly "removed" to this Court by Compass

12              on May 25, 2007;

13   and, this Court having found (pursuant to a separate order) that it has subject matter

14   jurisdiction pursuant to 28 U.S.C. § 1334 to adjudicate disputes between Compass and Direct

15   Lenders as presented in the Compass Motion and the Direct Lenders' Action, this Court

16   further finds that these disputes are appropriate for a withdrawal of the reference pursuant to

17   28 U.S.C. § 157(d), and therefore:

18        This Court hereby recommends that, pursuant to 28 U.S.C. § 157(d), the United

19   States District Court For The District Of Nevada withdraw the reference of all disputes

20   between Compass and Direct Lenders to this Court, including the Compass Motion and the

21   Direct Lenders Action, and that all such disputes between Compass and Direct Lenders be

22   heard and adjudicated by the District Court.

23   SUBMITTED by:
       LAW OFFICES OF ALAN R. SMITH

24

       By:_____*/s/ Alan R. Smith*_____

25           ALAN R. SMITH, ESQ.
            Attorneys for Lenders Protection Group

26           and Donna Cangelosi

27                              ###

28

Law Offices of
**ALAN R. SMITH**
505 Ridge Street
Reno, Nevada  89501
(775) 786-4579

H:\LPG\Order W D Ref 062207-mhm.wpd