**Entered on Docket
July 05, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

1

2

3

4

5

6 **LEWIS AND ROCA LLP**

7 3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
8 Facsimile (702) 949-8321
Telephone (702) 949-8320

9 Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
10 Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

11 _Attorneys for USACM Liquidating Trust_

12

13 **UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

14

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE | Case No. BK-S-06-10727-LBR |
| COMPANY, | Case No. BK-S-06-10728-LBR |
| | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | **Affecting:** |
| | ☐ All Cases |
| USA SECURITIES, LLC, | **or Only:** |
| Debtors. | ☒ USA Commercial Mortgage Company |
| | ☐ USA Capital Realty Advisors, LLC |
| | ☐ USA Capital Diversified Trust Deed Fund, LLC |
| | ☐ USA Capital First Trust Deed Fund, LLC |
| | ☐ USA Securities, LLC |

1843854.1

## ORDER APPROVING STIPULATION AND SUSTAINING THIRTEENTH OMNIBUS OBJECTION RE PROOFS OF CLAIM OF JANE HENDLER

The Stipulation Re Proofs of Claim of Jane Hendler Listed in Thirteenth Omnibus Objection to Proofs of Claim Filed as Secured [DE 4120] came before the Court for consideration, no notice being necessary and good cause appearing, it is

ORDERED:

- Approving the Stipulation Re Proofs of Claim of Jane Hendler Listed in Thirteenth Omnibus Objection to Proofs of Claim Filed as Secured;

- Sustaining the Thirteenth Omnibus Objection and reclassifying Claim Nos. 10725-00446 and 10725-00447 filed by Jane Hendler in the amount of $71,160.43 as general unsecured non-priority claims;

- Reserving the right of the USACM Trust to further object to any and all claims, whether or not the subject of the Objection, for allowance and or distribution purposes on any other grounds.


###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**


By:    /s/ RC (#0006593)
     Susan M. Freeman
     Rob Charles
*Attorneys for USACM Liquidating Trust*


APPROVED/~~DISAPPROVED~~

Jane Hendler

1843854.1