# EXHIBIT 1

1688943.1

Entered on Docket
June 29, 2007

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

_____

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                        Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>Date: April 26, 2007<br>Time: 9:30 a.m<br><br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

1839171.1

**ORDER SUSTAINING EIGHTEENTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS**

The USACM Liquidating Trust (the "USACM Trust") filed its Eighteenth Omnibus Objection to Claims Asserting Secured Status [DE 3168] (the "Objection") on March 20, 2007. Appropriate notice of the Objection was given. Responses to the Objection were filed with the Court as follows:

- An informal correspondence opposition was received from James and Catherine Loftfield regarding Claim Nos. 10725-01336, 10725-01344, 10725-01345, and 10725-01349.

- Los Valles Land and Golf ("Los Valles") filed a response to the objection. The USACM Trust and Los Valles entered into a stipulation continuing the response deadline and an order approving the stipulation as it pertains to Claim No. 10725-01366 was entered on May 30, 2007 [DE 3846].

- Lerin Hills LTD is identified in error as the claimant in Claim No. 10725-01394. This claim has been amended to clarify that it is made by Terry Coffing based upon an investment in the Lerin Hills project and not by Lerin Hills. The Amended Proof of Claim also indicates that Mr. Coffing's claim is an unsecured claim. The claim is being stricken from the order. Counsel for the claimant has been contacted and he has approved this order.

No other responses were filed with this Court. The Objection came before the Court for hearing on April 26, 2007 at 9:30 a.m. Good cause appearing, it is

ORDERED:

- Sustaining the USACM Trust's Eighteenth Omnibus Objection to Claims Asserting Secured Status listed on Exhibit A;

- Reclassifying the Proofs of Claim listed on Exhibit A attached as general unsecured claims; and

- Reserving the right of any party in interest, including the USACM Trust, to further object to any and all claims listed on Exhibit A attached as unsecured claims or otherwise, whether or not the subject of this Objection.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**


By:  /s/ RC (#0006593)
      Susan M. Freeman
      Rob Charles
*Attorneys for USACM Liquidating Trust*

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐     The Court waived the requirements of LR 9021.

☒     I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing regarding this matter and/or who filed a written objection and each has:

    ☒     approved the form of this order;

    ☐     waived the right to review the order;

    ☐     failed to file and serve papers in accordance with LR 9021(c); and/or

    ☐     failed to sign and return this proposed order within five (5) business days in accordance with LR 9021(b).

☐     I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order.

☐     No opposition was filed and no other party or counsel appeared at the hearing.

1839171.1

1
2  (APPROVED)/DISAPPROVED                (APPROVED)/DISAPPROVED
3  *James Loftfield* TTE                 *James Loftfield*
   Loftfield Revocable Living Trust      James Loftfield
4  James and Catherine Loftfield, Trustee

5  APPROVED/DISAPPROVED

6  **AKIN GUMP STRAUSS HAUER &**
7  **FELD LLP**

8
9  By: _____
        Drake D. Foster
10     *Attorneys for Los Valles Land & Golf LLC*

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

4

1839171.1

| | |
|---|---|
| APPROVED/DISAPPROVED | APPROVED/DISAPPROVED |
| _____<br>Loftfield Revocable Living Trust<br>James and Catherine Loftfield, Trustee | _____<br>James Loftfield |
| APPROVED/DISAPPROVED | APPROVED/DISAPPROVED |
| **AKIN GUMP STRAUSS HAUER &<br>FELD LLP**<br><br>By: _/s/_____<br>Drake D. Foster<br>*Attorneys for Los Valles Land & Golf LLC* | **MARRQUIS & AURBACH**<br><br>By: _____<br>Attorneys for Terry Coffing, Claim<br>No. 10725-01394, incorrectly listed as Lerin<br>Hills, Ltd. |

4

1839171.1

1  **LEWIS AND ROCA LLP**

2  By: /s/ RC (#0006593)
   Susan M. Freeman
3  Rob Charles
   *Attorneys for USACM Liquidating Trust*
4

5  APPROVED/DISAPPROVED                    APPROVED/DISAPPROVED

6

7  _____          _____
   Loftfield Revocable Living Trust        James Loftfield
8  James and Catherine Loftfield, Trustee

9  APPROVED/DISAPPROVED                    APPROVED/DISAPPROVED
10
   **AKIN GUMP STRAUSS HAUER &**           **MARRQUIS & AURBACH**
11 **FELD LLP**

12
   By: _____      By: _____
13     Drake D. Foster                        Attorneys for Terry Coffing, Claim
   *Attorneys for Los Valles Land & Golf LLC*  No. 10725-01394, incorrectly listed as Lerin
14                                          Hills, Ltd.

4

1639171.1

## 18th Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims

|  | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | Lauren Family Trust, Whitney H<br>Whitney H Lauren Ttee<br>2581 Rampart Ter<br>Reno, NV 89519 | 10725-02255 | 1/12/2007 | $50,776.39 | S, U |
| 2 | Laurence A. Da Costa, Jr. & Sylvia J. Da Costa, Husband & Wife, Jtrs<br>1172 Del Mesa CT<br>Minden, NV 89423 | 10725-00652 | 10/23/2006 | $51,339.00 | S |
| 3 | Laurence Da Costa Jr & Sylvia J Da Costa Jtwros<br>1172 Del Mesa Ct<br>Minden, Nv 89423-0427 | 10725-00653 | 10/23/2006 | $2,588.86 | S |
| 4 | Lawrence & Lorraine Tengan Revocable Tr<br>Lawrence H & Lorraine K Tangan<br>504 Edgefield Ridge Pl<br>Henderson, NV 89012-4543 | 10725-02174 | 1/12/2007 | $253,262.45 | S, U |
| 5 | Lawrence Rausch<br>10708 Brinkwood Ave.<br>Las Vegas, NV 89134 | 10725-00621 | 10/18/2006 | $44,812.00 | S |
| 6 | Lawrence Rausch<br>10708 Brinkwood Ave.<br>Las Vegas, NV 89134 | 10725-00622 | 10/18/2006 | $50,599.83 | S |
| 7 | Lawrence Rausch, A Married Man As His Sole & Separate Property<br>10708 Brinkwood Avenue<br>Las Vegas, NV 89134 | 10725-00620 | 10/18/2006 | $71,467.00 | S |
| 8 | Lawson, Paula<br>Po Box 18652<br>Reno, NV 89511 | 10725-01115 | 11/8/2006 | $111,214.92 | S |
| 9 | Layne Family Trust, Bruce & Sherry<br>C/O Lawrence D Rouse Esq<br>523 S 8Th St<br>Las Vegas, NV 89101 | 10725-00753 | 11/9/2006 | $240,000.00 | S |
| 10 | Lee, William<br>9050 Double R Blvd Unit 421<br>Reno, Nv 89521 | 10725-01494 | 11/27/2006 | $150,000.00 | S |
| 11 | Lee, William<br>9050 Double R Blvd Unit 421<br>Reno, Nv 89521 | 10725-01647 | 11/27/2006 | $150,000.00 | S |
| 12 | Lee, William<br>9050 Double R Blvd Unit 421<br>Reno, NV 89521 | 10725-01648 | 11/28/2006 | $150,000.00 | S |

918109 18th Objection to Claims Asserting Secured Claim Status

**EXHIBIT A**

1

| | | | | | |
|---|---|---|---|---|---|
| 13 | Leer, Hans J & Carolyn F<br>2024 Gentry Ln<br>Carson City, NV 89701 | 10725-00173 | 8/14/2006 | $30,000.00 | S<br>U - Unknown amount |
| 14 | Leer, Hans<br>2024 Gentry Ln<br>Carson City, NV 89701 | 10725-00167 | 8/14/2006 | $29,552.36 | S, U |
| 15 | Lehart, Milton<br>184 Buckland Dr<br>Reno, NV 89511 | 10725-00462 | 10/5/2006 | $50,000.00 | S |
| 16 | Leonard & Barbara Baker Revocable Trust<br>Leonard & Barbara Baker Ttees<br>8520 Bayland Dr<br>Las Vegas, NV 89134-8641 | 10725-00976 | 11/3/2006 | $140,000.00 | S |
| ~~17~~ | ~~Lerin Hills Ltd~~<br>~~David A Colvin Esq~~<br>~~Marquis & Aurbach~~<br>~~10001 Park Run Dr~~<br>~~Las Vegas, NV 89145~~ | ~~10725-01394~~ | ~~11/27/2006~~ | ~~$50,000.00~~ | ~~S~~ |
| 18 | Lester, Eric Lynn & Cassie<br>500 W Goldfield Ave<br>Yerington, Nv 89447-3317 | 10725-01434 | 11/14/2006 | $2,558,685.81 | S |
| 19 | Lester, Eric<br>500 W Goldfield Ave<br>Yerington, NV 89447 | 10725-01436 | 11/14/2006 | $2,558,685.81 | S |
| 20 | Levy, Robert<br>2115 Bensley St<br>Henderson, NV 89044 | 10725-00495 | 10/9/2006 | $200,000.00 | S |
| 21 | Lidster Family Trust, James H<br>James H & Phyllus M Lidster<br>PO Box 2577<br>Minden, NV 89423 | 10725-02256 | 1/12/2007 | $602,096.29 | S, U |
| 22 | Lily Markham & Irene Anne Markham-Tafoya<br>Jt Wros<br>7746 Foredawn Dr<br>Las Vegas, NV 89123-0756 | 10725-01515 | 11/29/2006 | $50,000.00 | S |
| 23 | Lily Markham & Irene Anne Markham-Tafoya<br>Jt Wros<br>7746 Foredawn Dr<br>Las Vegas, NV 89123-0756 | 10725-01516 | 11/29/2006 | $30,000.00 | S |
| 24 | Lily Markham & Irene Anne Markham-Tafoya<br>Jt Wros<br>7746 Foredawn Dr<br>Las Vegas, NV 89123-0756 | 10725-01517 | 11/29/2006 | $15,000.00 | S |

| | | | | | |
|---|---|---|---|---|---|
| 25 | Lily Markham & Irene Anne Markham-Tafoya Jt Wros<br>7746 Foredawn Dr<br>Las Vegas, NV 89123-0756 | 10725-01518 | 11/29/2006 | $50,000.00 | S |
| 26 | Lily Markham & Irene Anne Markham-Tafoya Jt Wros<br>7746 Foredawn Dr<br>Las Vegas, NV 89123-0756 | 10725-01519 | 11/29/2006 | $50,000.00 | S |
| 27 | Lily Markham & Irene Anne Markham-Tafoya Jt Wros<br>7746 Foredawn Dr<br>Las Vegas, NV 89123-0756 | 10725-01520 | 11/29/2006 | $25,000.00 | S |
| 28 | Lily Markham & Irene Anne Markham-Tafoya Jt Wros<br>7746 Foredawn Dr<br>Las Vegas, Nv 89123-0756 | 10725-01521 | 11/29/2006 | $30,000.00 | S |
| 29 | Lily Markham & Irene Anne Markham-Tafoya Jt Wros<br>7746 Foredawn Dr<br>Las Vegas, NV 89123-0756 | 10725-01522 | 11/29/2006 | $50,000.00 | S |
| 30 | Lily Markham & Irene Anne Markham-Tafoya Jt Wros<br>7746 Foredawn Dr<br>Las Vegas, NV 89123-0756 | 10725-01523 | 11/29/2006 | $60,000.00 | S |
| 31 | Lim, Jay<br>208 Clarence Way<br>Fremont, CA 94539 | 10725-00094 | 8/4/2006 | $213,816.25 | S |
| 32 | Lima, Stephen R & Pauletta C<br>460 Whiskey Hill Rd<br>Watsonville, CA 95076-8522 | 10725-00340 | 9/28/2006 | $100,000.00 | S |
| 33 | Linda Patrucco Doerr Trustee<br>Frank Doerr Shelter Trust/ Doerr Family Trust<br>690 West Riverview Cir<br>Reno, NV 89509-1130 | 10725-02114 | 1/11/2007 | $329,742.04 | S, U |
| 34 | Lindsey H Kesler Family Revocable Trust<br>C/O Mildred P Kesler Trustee<br>4847 Damon Cir<br>Salt Lake City, UT 84117-5854 | 10725-02056 | 1/11/2007 | $98.02 | S, U |
| 35 | Lindsey H Kesler Family Revocable Trust<br>Mildred Kesler Ttee Dated<br>4847 Damon Cir<br>Salt Lake City, UT 84117 | 10725-02054 | 1/11/2007 | $176,996.28 | S, U |

918109 18th Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

3

| | | | | | |
|---|---|---|---|---|---|
| 36 | Lindsey H Kesler Jr IRA<br>First Savings Bank Custodian<br>4847 Damon Cir<br>Salt Lake City, UT 84117 | 10725-02057 | 1/11/2007 | $258,784.59 | S, U |
| 37 | Lococo, Randall & Allison<br>3001 San Luis Ct<br>Fort Collins, CO 80525 | 10725-01205 | 11/10/2006 | $100,000.00 | S |
| ~~38~~ | ~~Loftfield Revocable Living Trust~~<br>~~James & Catherine Loftfield Ttee~~<br>~~1532 Beech Grove Dr~~<br>~~Las Vegas, NV 89119-0367~~ | ~~10725-01344~~ | ~~11/13/2006~~ | ~~$44,191.84~~ | ~~S~~ |
| ~~39~~ | ~~Loftfield Revocable Living Trust~~<br>~~James & Catherine Loftfield Ttee~~<br>~~1532 Beech Grove Dr~~<br>~~Las Vegas, NV 89119-0367~~ | ~~10725-01345~~ | ~~11/13/2006~~ | ~~$35,426.83~~ | ~~S~~ |
| ~~40~~ | ~~Loftfield, James~~<br>~~1532 Beech Grove Dr~~<br>~~Las Vegas, NV 89119~~ | ~~10725-01336~~ | ~~11/13/2006~~ | ~~$60,000.00~~ | ~~S~~ |
| ~~41~~ | ~~Loftfield, James~~<br>~~1532 Beech Grove Dr~~<br>~~Las Vegas, NV 89119~~ | ~~10725-01349~~ | ~~11/13/2006~~ | ~~$50,000.00~~ | ~~S~~ |
| 42 | Lora And Loyal Crownover Family Trust<br>Loyal Crownover, Trustee<br>2213 Plaza Del Puerto<br>Las Vegas, NV 89102 | 10725-00687 | 10/20/2006 | $1,200,000.00 | S |
| 43 | Lorin Loughlin & Rand Yazzolino<br>1259 Bags Blvd<br>Sonoma, CA 95476 | 10725-02205 | 1/12/2007 | $250,000.00 | S |
| ~~44~~ | ~~Los Valles Land & Golf LLC~~<br>~~233 Wilshire Blvd Ste 800~~<br>~~Santa Monica, Ca 90401-1207~~ | ~~10725-01366~~ | ~~11/13/2006~~ | ~~$2,000,000.00~~ | ~~S, U~~ |
| 45 | Loughlin Family Trust<br>Richard & Roberta Loughlin Ttees<br>50 Greenbriar Cir<br>Napa, CA 94558-1587 | 10725-01035 | 11/6/2006 | $1,116,400.00 | S |
| 46 | Loughlin, Edward<br>2636 Golden Sands Dr<br>Las Vegas, NV 89128 | 10725-00476 | 10/6/2006 | $19,518.00 | S |
| 47 | Loughlin, R<br>12286 Clipper Creek Rd<br>Nevada City, CA 95959 | 10725-01350 | 11/13/2006 | $100,000.00 | S |
| 48 | Louis H & Shirley M Turner Family Trust Dtd 9/9/97<br>Louis H & Shirley M Turner<br>9558 Mammoth Ct<br>Reno, NV 89521 | 10725-00110 | 8/14/2006 | $50,000.00 | S<br>U - unknown |

918109 18th Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

4

Case 06-10725-gwz    Doc 4304    Entered 07/05/07 12:18:37    Page 12 of 12
Case: 06-10725-lbr   Doc #: 4093   Filed: 06/29/2007   Page: 14 of 14

| 49 | Louis H & Shirley M Turner Family Trust Dtd 9/9/97<br>Louis Turner<br>9558 Mammoth Ct<br>Reno, NV  89521 | 10725-00113 | 8/14/2006 | $50,000.00 | S<br>U - unknown |
| --- | --- | --- | --- | --- | --- |
| 50 | Louis H & Shirley M Turner Family Trust Dtd 9/9/97<br>Louis Turner<br>9558 Mammoth Ct<br>Reno, NV  89521 | 10725-00189 | 8/14/2006 | $50,000.00 | S<br>U - unknown |

918109  18th Objection to Claims
Asserting Secured Claim Status                    **EXHIBIT A**                                    5