EXHIBIT 1



Entered on Docket
June 29, 2007

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

# LEWIS AND ROCA LLP

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE | Case No. BK-S-06-10727-LBR |
| COMPANY, | Case No. BK-S-06-10728-LBR |
| | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, | |
| LLC, | CHAPTER 11 |
| | |
| USA CAPITAL DIVERSIFIED TRUST | Jointly Administered Under Case No. BK-S-06- |
| DEED FUND, LLC, | 10725 LBR |
| | |
| USA CAPITAL FIRST TRUST DEED | Date:  April 26, 2007 |
| FUND, LLC, | Time:  9:30 a.m |
| | |
| USA SECURITIES, LLC, | **Affecting:** |
| Debtors. | ☐ All Cases |
| | **or Only:** |
| | ☒ USA Commercial Mortgage Company |
| | ☐ USA Capital Realty Advisors, LLC |
| | ☐ USA Capital Diversified Trust Deed Fund, LLC |
| | ☐ USA Capital First Trust Deed Fund, LLC |
| | ☐ USA Securities, LLC |

1840586.1

**ORDER SUSTAINING SECOND OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING PRIORITY STATUS**

The USACM Liquidating Trust (the "USACM Trust") filed its Second Omnibus Objection to Claims Asserting Priority Status [DE 3259] (the "Objection") on March 23, 2007. Appropriate notice of the Objection was given. Responses to the Objection were filed with this Court as follows:

- Response filed by Larry L. and Patsy R. Rieger Revocable Trust [DE 3489] pertaining to Claim No. 10725-01739. A separate motion or stipulation will be filed pertaining to this claim.

- Response filed by Bobbie Marrs [DE 3507] pertaining to Claim Nos. 10725-00444 and 10725-00445. A separate stipulation or motion will be filed pertaining to these claims.

- Response filed by Joanne and Erna Grundman [DE 3480 and DE 3481] pertaining to Claim Nos. 10725-01542 and 10725-01544. A separate stipulation or motion will be filed pertaining to these claims.

- Informal response filed by counsel for Lerin Hills, Ltd. pertaining to Claim No. 10725-01279. Counsel have agreed to continue this hearing until June 15, 2007.

No other responses were filed with this Court. The Objection came before the Court for hearing on April 26, 2007 at 9:30 a.m. Good cause appearing, it is

ORDERED:

- Sustaining the USACM Trust's Second Omnibus Objection to Claims Asserting Priority Status listed on Exhibit A attached;

- Reclassifying the Proofs of Claim listed on Exhibit A attached as general unsecured claims; and

1840586.1

1     •     Reserving the right of any party in interest, including the USACM Trust, to

2    further object to any and all claims listed on Exhibit A attached as unsecured claims or

3    otherwise, whether or not the subject of this Objection.

4                                                  ###

5

6    PREPARED AND SUBMITTED:

7    **LEWIS AND ROCA LLP**

8

9    By:____/s/ RC (#0006593)_____
              Susan M. Freeman
10            Rob Charles
     *Attorneys for USACM Liquidating Trust*
11

12   APPROVED/DISAPPROVED                    APPROVED/DISAPPROVED

13

14   _____            _____
     Larry L. Rieger                        Patsy R. Rieger

15
     APPROVED/DISAPPROVED                    APPROVED/DISAPPROVED
16

17   _____            _____
     Joanne Grundman                        Erna Grundman
18

19   APPROVED/DISAPPROVED                    APPROVED/DISAPPROVED
                                            **KEHOE & ASSOCIATES**
20

21

22   _____            By: _____
     Bobbie Marrs                                   Ty E. Kehoe
23                                          *Attorneys for Lerin Hills, Ltd.*

24

25

26

                                            3                              1840586.1

1    • Reserving the right of any party in interest, including the USACM Trust, to

2    further object to any and all claims listed on Exhibit A attached as unsecured claims or

3    otherwise, whether or not the subject of this Objection.

4                                                                ###

5

6    PREPARED AND SUBMITTED:

7    **LEWIS AND ROCA LLP**

8

9    By:   /s/ RC (#0006593)
              Susan M. Freeman
10           Rob Charles
      *Attorneys for USACM Liquidating Trust*
11

12   APPROVED/DISAPPROVED                          APPROVED/DISAPPROVED

13

14   _____                  _____
      Larry L. Rieger                              Patsy R. Rieger
15

16   APPROVED/DISAPPROVED                          APPROVED/DISAPPROVED

17   _____                  _____
      Joanne Grundman                              Erna Grundman
18

19   APPROVED/DISAPPROVED                          APPROVED/DISAPPROVED

20                                                 **KEHOE & ASSOCIATES**

21

22   _____                  By: _____
      Bobbie Marrs                                      Ty E. Kehoe
23                                                 *Attorneys for Lerin Hills, Ltd.*

24

25

26

                                              3

                                                                          1840586.1

1    •    Reserving the right of any party in interest, including the USACM Trust, to

2    further object to any and all claims listed on Exhibit A attached as unsecured claims or

3    otherwise, whether or not the subject of this Objection.

4                                                    ###

5

6    PREPARED AND SUBMITTED:

7    **LEWIS AND ROCA LLP**

8

9    By:   /s/ RC (#0006593)
            Susan M. Freeman
10          Rob Charles
     *Attorneys for USACM Liquidating Trust*
11

12   APPROVED/DISAPPROVED              APPROVED/DISAPPROVED

13

14   _____      _____
     Larry L. Rieger                  Patsy R. Rieger

15   APPROVED/DISAPPROVED              APPROVED/DISAPPROVED

16

17   _____      _____
     Joanne Grundman                  Erna Grundman

18

19   APPROVED/DISAPPROVED              APPROVED/DISAPPROVED
                                       **KEHOE & ASSOCIATES**
20

21                                     By:   _Ty Kehoe_____
22   _____             Ty E. Kehoe
     Bobbie Marrs                      *Attorneys for Lerin Hills, Ltd.*
23

24

25

26

                                       3                          1840586.1

1    CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

2    In accordance with Local Rule 9021, the undersigned certifies:

3    ☐    The Court waived the requirements of LR 9021.

4    ☐    I have delivered a copy of this proposed order to all attorneys and unrepresented
          parties who have appeared at the hearing regarding this matter and/or who filed
5         a written objection and each has:

6         ☒    approved the form of this order (Joann Grundman; Erna Grundman; Ty
               E. Kehoe);
7
8         ☐    waived the right to review the order;

          ☐    failed to file and serve papers in accordance with LR 9021(c); and/or
9
          ☒    failed to sign and return this proposed order within five (5) business days
10             in accordance with LR 9021(b) (Larry L. Rieger; Patsy R. Rieger;
               Bobbie Marrs) .

11   ☐    I have delivered a copy of this proposed order to all attorneys and unrepresented
          parties who appeared at the hearing regarding this matter and/or who filed a
12        written objection and all have either approved the form of this order, waived the
          right to review the order, failed to file and serve papers in accordance with LR
13        9021(c) and the following have disapproved the form of the order:

14   ☐    No opposition was filed to the motion and no other party or counsel appeared at
          the hearing (none required).
15

16   **LEWIS AND ROCA LLP**

17

18   By:___/s/ RC (#0006593)_____
19        Susan M. Freeman
          Rob Charles
20   *Attorneys for USACM Liquidating Trust*

21

22

23

24

25

26

                                        4                              1840586.1

**Exhibit A**
**USA COMMERCIAL MORTGAGE**
2nd Objection to Claimants Asserting Priority Status - Reclassify as General Unsecured Claims

| | Claimant | Proof of Claim Number | Date Claim Filed | Proof of Claim Amount | Proof of Claim Priority Asserted | Proposed Treatment/Comments Objection |
|---|---|---|---|---|---|---|
| 1 | Fine, Lewis H & Arlene J<br>Po Box 487<br>Oakley, UT 84055-0487 | 10725-01536 | 12/4/2006 | $108,266.64 | S, P | Claim is not entitled to priority status and should be classified as a general unsecured claim. |
| 2 | Fine, Lewis H & Arlene J<br>Po Box 487<br>Oakley, UT 84055-0487 | 10725-01534 | 12/4/2006 | $40,089.59 | S, P | Claim is not entitled to priority status and should be classified as a general unsecured claim. |
| 3 | Fine, Lewis H & Arlene J<br>Po Box 487<br>Oakley, UT 84055-0487 | 10725-01537 | 12/4/2006 | $4,583.35 | P | Claim is not entitled to priority status and should be classified as a general unsecured claim. |
| 4 | Fine IRA, Lewis H & Arlene J<br>C/O First Trust Of Onaga Ks<br>Po Box 487<br>Oakley, UT 84055-0487 | 10725-01533 | 12/4/2006 | $44,253.44 | S, P | Claim is not entitled to priority status and should be classified as a general unsecured claim. |
| 5 | Fine IRA, Lewis H & Arlene J<br>C/O First Trust Of Onaga Ks<br>Po Box 487<br>Oakley, UT 84055-0487 | 10725-01535 | 12/4/2006 | $151,909.69 | S, P | Claim is not entitled to priority status and should be classified as a general unsecured claim. |
| 6 | Fossati, David<br>C/O Martin P Meyers<br>1000 Sw Broadway #1400<br>Portland, Or 97205 | 10725-00898 | 11/1/2006 | $57,609.00 | U<br>P, S -<br>undetermined | Claim is not entitled to priority status and should be classified as a general unsecured claim. |
| 7 | Fossati, David<br>C/O Martin P Meyers<br>1000 Sw Broadway Ste 1400<br>Portland, OR 97205 | 10725-00106 | 8/10/2006 | Unknown | S, P, U | Claim is not entitled to priority status and should be classified as a general unsecured claim. |
| 8 | Fuller, David & Monica<br>955 Mullen<br>Henderson, NV 89044 | 10725-01231 | 11/9/2006 | $215,404.36 | S, P | Claim is not entitled to priority status and should be classified as a general unsecured claim. |

**EXHIBIT A**

2nd Objection to Claims
Asserting Priority Status

| # | Name / Address | Claim Number | Date | Amount | Status | Objection |
|---|---|---|---|---|---|---|
| 9 | Hansen Ira, Herbert<br>Po Box 841217<br>Dallas, Tx 75284-1217 | 10725-00490 | 10/6/2006 | $49,287.29 | P, U | Claim is not entitled to priority status and should be classified as a general unsecured claim. |
| 10 | Hefner, Stephen R<br>10329 Evening Promrose Ave<br>Las Vegas, NV 89135-2801 | 10725-00535 | 10/10/2006 | Blank | P | Claim is not entitled to priority status and should be classified as a general unsecured claim. |
| 11 | Huff, Gail L<br>3578 April Springs St<br>Las Vegas, NV 89147-7720 | 10725-00771 | 10/27/2006 | Blank | P | Claim is not entitled to priority status and should be classified as a general unsecured claim. |
| 12 | Gish Family Trust Dtd 6/25/89<br>George J & Deanna K Gish Trees<br>2104 Red Dawn Sky St<br>Las Vegas, NV 89134-5538 | 10725-00387 | 10/2/2006 | $54,500.00 | S, P, U | Claim is not entitled to priority status and should be classified as a general unsecured claim. |
| 13 | Gordon, Marx<br>2620 Western Ave<br>Las Vegas, NV 89109-1112 | 10725-01709 | 12/11/2006 | $115,000.00 | P | Claim is not entitled to priority status and should be classified as a general unsecured claim. |
| 14 | Graham Family Trust Dtd 10/26/78<br>Robin B & Celia Allen Graham Trees<br>1460 Twinridge Rd<br>Santa Barbara, CA 93111-1223 | 10725-00496 | 10/9/2006 | $49,672.48 | P | Claim is not entitled to priority status and should be classified as a general unsecured claim. |
| 15 | Gralinski, Richard<br>7825 Geyser Hill Ln<br>Las Vegas, NV 89147 | 10725-00249 | 9/26/2006 | $2,702.18 | P, U | Claim is not entitled to priority status and should be classified as a general unsecured claim. |
| 16 | ~~Grundman, Erna~~<br>~~1608 Brown St~~<br>~~Carson City, NV 89701~~ | ~~10725-01542~~ | ~~12/6/2006~~ | ~~$17,911.11~~ | ~~S, P~~ | ~~Claim is not entitled to priority status and should be classified as a general unsecured claim.~~ |
| 17 | ~~Grundman, Joanne~~<br>~~1608 Brown St~~<br>~~Carson City, NV 89701~~ | ~~10725-01544~~ | ~~12/6/2006~~ | ~~$54,818.99~~ | ~~S, P~~ | ~~Claim is not entitled to priority status and should be classified as a general unsecured claim.~~ |
| 18 | Hill, Robert W<br>4900 San Timoteo Ave Nw<br>Albuquerque, NM 87114-3813 | 10725-00356 | 10/2/2006 | $800.39 | S, P | Claim is not entitled to priority status and should be classified as a general unsecured claim. |

2nd Objection to Claims
Asserting Priority Status

**EXHIBIT A**

Case 06-10725-lbr Doc 41-408 Filed 06/23/2007 Page 10 of 11

3

| # | Name / Address | Claim Number | Date | Amount | S / P, U -- Unknown | Objection |
|---|---|---|---|---|---|---|
| 19 | Houghton Dental Corp Psp F/B/O Geraldine Houghton 2871 Pinta Perris, CA 92571 | 10725-01257 | 11/9/2006 | $400,000.00 | S | Claim is not entitled to priority status and should be classified as a general unsecured claim. |
| 20 | John W Brouwers Md Sep Ira 2333 Dolphin Ct Henderson, NV 89074-5320 | 10725-00806 | 10/30/2006 | $163,611.11 | S, P | Claim is not entitled to priority status and should be classified as a general unsecured claim. |
| 21 | Johnson, Tamara 310 Parkhurst Dr Caldwell, Id 83605 | 10725-00277 | 9/27/2006 | $40,000.00 | P | Claim is not entitled to priority status and should be classified as a general unsecured claim. |
| 22 | Kenneth Addes IRA 100 W Broadway Apt 7V Long Beach, NY 11561-4019 | 10725-01620 | 12/8/2006 | $113,416.64 | S, P, U | Claim is not entitled to priority status and should be classified as a general unsecured claim. |
| 23 | Kiven, Norman Andrew J. Abrams ESQ Sugar Friedberg & Felsenthal LLP 30 N LaSalle St. Ste 3000 Chicago, IL 60602 | 10725-01478 | 11/15/2006 | $48,248.00 | P, U | Claim is not entitled to priority status and should be classified as a general unsecured claim. |
| 24 | ~~Larry L & Patey R Rieger Revocable Trt Dtd 8-14-91~~ ~~Larry L & Patey R Rieger Trees~~ ~~2615 Glen Eagles Dr~~ ~~Reno, NV 89523-2080~~ | ~~10725-01739~~ | ~~12/11/2006~~ | ~~$292,862.00~~ | ~~P, U~~ | ~~Claim is not entitled to priority status and should be classified as a general unsecured claim.~~ |
| 25 | Lawson, Paula M Po Box 18652 Reno, NV 89511-0652 | 10725-01117 | 11/8/2006 | $45,110.52 | P | Claim is not entitled to priority status and should be classified as a general unsecured claim. |
| 26 | Lee, Devin 7493 Big Cottonwood Ct. Las Vegas, NV 89123 | 10725-00943 | 11/2/2006 | Blank | P | Claim is not entitled to priority status and should be classified as a general unsecured claim. |
| 27 | Leff-Kaplan, Renee 4330 Romero Drive Tarzana, CA 91356 | 10725-00618 | 10/17/2006 | $60,000.00 | P | Claim is not entitled to priority status and should be classified as a general unsecured claim. |
| 28 | ~~Lehi Hills Ltd~~ ~~4820 Bacon Rd~~ ~~San Antonio, TX 78249-4901~~ | ~~10725-01279~~ | ~~11/10/2006~~ | ~~$2,064,409.02~~ | ~~P, U~~ | ~~Claim is not entitled to priority status and should be classified as a general unsecured claim.~~ |

**EXHIBIT A**

2nd Objection to Claims
Asserting Priority Status

Case 06-10725-gwz Doc 413-1 Entered 07/05/07 10:28:34 Page 11 of 11
Case 06-10725-gwz Doc #1408 Filed 06/29/2007 Page 10 of 10

4

| # | Name / Address | Claim No. | Date | Amount | Priority | Status |
|---|---|---|---|---|---|---|
| 29 | Luongo, John M & Gloria 965 Leah Cir Reno, Nv 89511-8524 | 10725-02158 | 1/12/2007 | $28,804.73 | P,U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 30 | ~~Marrs, Bobbie 5763 Bedrock Springs Ave Las Vegas, NV 89131-3933~~ | ~~10725-00445~~ | ~~10/5/2006~~ | ~~$63,139.45~~ | ~~S, P~~ | ~~Claim is not entitled to priority status and should be classifed as a general unsecured claim.~~ |
| 31 | ~~Marrs, Bobbie 5763 Bedrock Springs Ave Las Vegas, NV 89131~~ | ~~10725-00444~~ | ~~10/5/2006~~ | ~~$131,278.90~~ | ~~S, P~~ | ~~Claim is not entitled to priority status and should be classifed as a general unsecured claim.~~ |
| 32 | Martin, Jerrold T & James T 8423 Paso Robles Northridge, CA 91325 | 10725-00320 | 9/29/2006 | $2,630.83 | S, P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 33 | Milton P. Kaplan Profit Sharing Plan Dated 10/1/77 Milton P. Kaplan, Md, Ttee 18370 Burbank Blvd., Ste. 501 Tarzana, CA 91356 | 10725-00642 | 10/19/2006 | $12,951.80 | P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 34 | Morgan IRA, Rosalie A 6869 Eagle Wing Dr Sparks, NV 89436-8496 | 10725-01512 | 11/29/2006 | $126,910.00 | S, P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 35 | Musso Living Trust Dtd 11/30/92 C/O Walter & Barbara Musso Ttees Po Box 2566 2535 Lupine Canyon Rd Avila Beach, CA 93424-2566 | 10725-00303 | 9/29/2006 | $35,426.83 | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 36 | Noxon Family Trust The C/O Arthur G & Joan Noxon Ttees 2657 Windmill Pkwy #197 Henderson, NV 89074-3384 | 10725-00972 | 11/3/2006 | $35,426.83 | P, S | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |

2nd Objection to Claims
Asserting Priority Status

**EXHIBIT A**