# EXHIBIT 1

1688943.1

**Entered on Docket**
**June 29, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

_____

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                              Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>Date: April 26, 2007<br>Time: 9:30 a.m<br><br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

1839558.1

1 | **ORDER SUSTAINING TWENTY-FOURTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS**

The USACM Liquidating Trust (the "USACM Trust") filed its Twenty-Fourth Omnibus Objection to Claims Asserting Secured Status [DE 3182] (the "Objection") on March 20, 2007. Appropriate notice of the Objection was given. Responses to the Objection were filed with the Court as follows:

- Reply was filed by Paul L. Linney, Trustee of the Paul L. & Marie Linney Trust [DE 3509] pertaining to Claim Nos. 10725-00174 and 10725-00091. A separate stipulation or motion will be filed in regard to these claims.

- Opposition filed by Michael Petersen [DE 3501] in regard to Claim Nos. 10725-00754 and 10725-01470. A separate stipulation or motion will be filed.

No other responses were filed with this Court. The Objection came before the Court for hearing on April 26, 2007 at 9:30 a.m. Good cause appearing, it is

ORDERED:

- Sustaining the USACM Trust's Twenty-Fourth Omnibus Objection to Claims Asserting Secured Status;

- Reclassifying the Proofs of Claim listed on Exhibit A attached as general unsecured claims; and

- Reserving the right of any party in interest, including the USACM Trust, to further object to any and all claims listed on Exhibit A attached as unsecured claims or otherwise, whether or not the subject of this Objection.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By:   /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
*Attorneys for USACM Liquidating Trust*

2

1839558.1

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

- ☐ The Court waived the requirements of LR 9021.

- ☒ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing regarding this matter and/or who filed a written objection and each has:

    - ☒ approved the form of this order;
    - ☐ waived the right to review the order;
    - ☐ failed to file and serve papers in accordance with LR 9021(c); and/or
    - ☐ failed to sign and return this proposed order within five (5) business days in accordance with LR 9021(b).

- ☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order.

- ☐ No opposition was filed and no other party or counsel appeared at the hearing.

LEWIS AND ROCA LLP

By: /s/ RC (#0006593)
　　Susan M. Freeman
　　Rob Charles
*Attorneys for USACM Liquidating Trust*

APPROVED/DISAPPROVED

DEMETRAS & O'NEILL

By: _____
J. Craig Demetras, NV 4246
*Attorneys for the Paul L. & Marie Linney Trust*

APPROVED/DISAPPROVED

O'REILLY LAW GROUP, LLC

By: /s/ CKC (#0880)
Claudia K. Cormier, NV 0880
*Attorneys for Michael Petersen*

1839558.1

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

- ☐ The Court waived the requirements of LR 9021.
- ☒ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing regarding this matter and/or who filed a written objection and each has:
  - ☒ approved the form of this order;
  - ☐ waived the right to review the order;
  - ☐ failed to file and serve papers in accordance with LR 9021(c); and/or
  - ☐ failed to sign and return this proposed order within five (5) business days in accordance with LR 9021(b).
- ☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order.
- ☐ No opposition was filed and no other party or counsel appeared at the hearing.

LEWIS AND ROCA LLP


By: /s/ RC (#0006593)
Susan M. Freeman
Rob Charles
*Attorneys for USACM Liquidating Trust*

APPROVED/DISAPPROVED

DEMETRAS & O'NEILL

By: /s/ JCD (#4246)
J. Craig Demetras, NV 4246
*Attorneys for the Paul L. & Marie Linney Trust*

APPROVED/DISAPPROVED

O'REILLY LAW GROUP, LLC

By: /s/ CKC (#0880)
Claudia K. Cormier, NV 0880
*Attorneys for Michael Petersen*

3

1839558.1

### 24th Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims

| | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | Paul G Chelew Charitable Remainder C/O Alta Bates Summit Foundation 2855 Telegraph Ave Ste 601 Berkeley, CA 94705-1161 | 10725-01221 | 11/10/2006 | $250,000.00 | S |
| 2 | ~~Paul L & Marie Linney Trust Dated 10/25/96 Paul L Linney Ttee 2079 Meritage Dr Sparks, NV 89434-2102~~ | ~~10725-00174~~ | ~~8/8/2006~~ | ~~$50,000.00~~ | ~~S~~ |
| 3 | ~~Paul L & Marie Linney Trust Dtd 10/25/96 Paul L Linney Ttee 2079 Meritage Dr Sparks, NV 89434-2102~~ | ~~10725-00091~~ | ~~8/8/2006~~ | ~~$50,000.00~~ | ~~S~~ |
| 4 | Payne, Shirley Po Box 208 Grass Valley, CA 95945 | 10725-01375 | 11/13/2006 | $50,000.00 | S |
| 5 | Payne, Shirley Po Box 208 Grass Valley, CA 95945 | 10725-01376 | 11/13/2006 | $50,000.00 | S |
| 6 | Payne, Shirley Po Box 208 Grass Valley, CA 95945 | 10725-01377 | 11/13/2006 | $50,000.00 | S |
| 7 | Payne, Shirley Po Box 208 Grass Valley, CA 95945 | 10725-01378 | 11/13/2006 | $50,000.00 | S |
| 8 | Payne, Shirley Po Box 208 Grass Valley, CA 95945 | 10725-01379 | 11/13/2006 | $100,000.00 | S |
| 9 | Pedro L & Carol A Barroso Trust Dtd 11/29/90 Pedro Luis & Carol Ann Barroso Ttee 3231 Cambridgeshire St Las Vegas, Nv 89146-6223 | 10725-00317 | 10/4/2006 | Blank | S |
| 10 | Pedro L & Carol A Barroso Trust Dtd 11/29/90 Pedro Luis & Carol Ann Barroso Ttee 3231 Cambridgeshire St Las Vegas, Nv 89146-6223 | 10725-00318 | 10/4/2006 | Blank | S |
| 11 | Pedro L & Carol A Barroso Trust Dtd 11/29/90 Pedro Luis & Carol Ann Barroso Ttee 3231 Cambridgeshire St Las Vegas, NV 89146-6223 | 10725-00319 | 10/4/2006 | Blank | S |
| 12 | Peele Ttee Of The Peele Bypass Trust, Jennefer 2581 Rampart Ter Reno, NV 89519 | 10725-02253 | 1/12/2007 | $50,746.52 | S, U |

| | | | | | |
|---|---|---|---|---|---|
| 13 | Peele Ttee Of The Peele Spousal Trust, Jennefer C<br>2581 Rampart Ter<br>Reno, NV  89519 | 10725-02254 | 1/12/2007 | $253,712.01 | S, U |
| 14 | Pena, Maria<br>Donna M Osborn Esq<br>Marquis & Aurbach<br>10001 Park Run Dr<br>Las Vegas, Nv  89145 | 10725-00492 | 10/16/2006 | $75,000.00 | S |
| 15 | Pengilly, James W<br>232 Muldowney Ln<br>Las Vegas, NV  89138 | 10725-00177 | 9/1/2006 | $50,895.83 | S |
| 16 | Pensco Trust Co Inc Custodian For James Rogers IRA<br>78 Seal Rock Dr<br>San Francisco, CA  94121 | 10725-02222 | 1/12/2007 | $102,150.00 | S, U |
| 17 | Pensco Trust Co Inc<br>Fbo Robert W Ulm Ira<br>414 Morning Glory Rd<br>St Marys, Ga  31558 | 10725-01043 | 11/6/2006 | $48,000.00 | U<br>S - contingent |
| 18 | Pensco Trust Company Custodian For Robert William Ulm IRA<br>414 Morning Glory Rd<br>St Marys, GA  31558 | 10725-02090 | 1/11/2007 | $707,753.00 | S, U |
| 19 | Perrone, Nicholas<br>5112 San Anselmo St<br>Las Vegas, NV  89120 | 10725-01032 | 11/6/2006 | $736,089.00 | S |
| 20 | Peter M Digrazia Dmd Psp<br>Christopher D Jaime Esq<br>Po Box 30000<br>Reno, NV  89520 | 10725-00468 | 10/6/2006 | $52,583.35 | S |
| 21 | Peter Valve Company Inc<br>2800 Wrondel Way Ste A<br>Reno, NV  89502-4297 | 10725-01213 | 11/10/2006 | $100,000.00 | S |
| 22 | Peters, Ronald<br>531 Cambrian Way<br>Danville, CA  94526 | 10725-00267 | 9/27/2006 | $1,164.97 | S |
| ~~23~~ | ~~Petersen, Michael~~<br>~~John O`Reilly Law Group~~<br>~~Nevada Professional Center~~<br>~~325 S Maryland Pkwy~~<br>~~Las Vegas, NV  89101-5300~~ | ~~10725-00754~~ | ~~11/9/2006~~ | ~~$1,500,000.00~~ | ~~S~~ |
| ~~24~~ | ~~Petersen, Michael~~<br>~~John O`Reilly Law Group~~<br>~~Nevada Professional Center~~<br>~~325 S Maryland Pkwy~~<br>~~Las Vegas, NV  89101-5300~~ | ~~10725-01470~~ | ~~11/14/2006~~ | ~~$1,500,000.00~~ | ~~S~~ |

| | | | | | |
|---|---|---|---|---|---|
| 25 | Petro, Aleko<br>6224 Lone Cypress Ct<br>Las Vegas, NV 89141 | 10725-01188 | 11/10/2006 | $50,000.00 | S |
| 26 | Petuck Capital Corp<br>80 Doubling Rd<br>Greenwich, CT 06830 | 10725-00188 | 9/5/2006 | $50,895.83 | S |
| 27 | Phil, Teri<br>Po Box 96331<br>Las Vegas, NV 89193-6331 | 10725-00600 | 10/16/2006 | $75,000.00 | S |
| 28 | Pietryk, Jerry & Leeann<br>12811 Stellar Ln<br>Plainfield, IL 60585-4210 | 10725-01726 | 12/11/2006 | $50,000.00 | S |
| 29 | Pinnell IRA, Lynda L<br>9915 Saddleback Dr<br>Lakeside, CA 92040 | 10725-02213 | 1/12/2007 | $64,364.73 | S, U |
| 30 | Pinnell Ttee Of The Lynda L Pinnell Living Tr,<br>Lynda L<br>9915 Saddleback Dr<br>Lakeside, CA 92040 | 10725-02214 | 1/12/2007 | $324,523.84 | S, U |
| 31 | Pinsker, Donald H<br>8650 West Verde Way<br>Las Vegas, NV 89149-4145 | 10725-02423 | 1/12/2007 | $816,528.58 | S, U |
| 32 | Pirani, Ali & Anisha<br>13174 N 100Th Pl<br>Scottsdale, AZ 85260-7203 | 10725-00888 | 10/31/2006 | $276,116.50 | S, U |
| 33 | Pirani, Ali<br>13174 N 100Th Pl<br>Scottsdale, AZ 85260 | 10725-00890 | 10/31/2006 | $100,000.00 | S |
| 34 | Pirani, Ali<br>13174 N 100Th Pl<br>Scottsdale, AZ 85260-7203 | 10725-00886 | 10/31/2006 | $50,000.00 | S |
| 35 | Polacheck & Associates, Inc. Profit Sharing Plan Dated 2/20/73<br>Stephen Polacheck, Ttee<br>4719 Commons Way, Ste. E<br>Calabasas, CA 91302 | 10725-00633 | 10/19/2006 | $110,000.00 | S, U |
| 36 | Polacheck Jeweler`s Employee Psp Dtd 2/20/73<br>Stephen Polacheck Trustee<br>4719 Commons Way Ste E<br>Calabasas, Ca 91302 | 10725-00637 | 10/19/2006 | $110,000.00 | S, U |
| 37 | Polacheck's Jewelers Employee Profit Sharing<br>Plan Dated 2/20/73<br>Stephen Polacheck, Ttee<br>4719 Commons Way, Ste. E<br>Calabasas, CA 91302 | 10725-00632 | 10/19/2006 | $110,000.00 | S, U |

918175 24th Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

3

| | | | | | |
|---|---|---|---|---|---|
| 38 | Polacheck's Jewelers Employee Profit Sharing<br>Plan Dated 2/20/73<br>Stephen Polacheck, Ttee<br>4719 Commons Way, Ste. E<br>Calabasas, CA 91302 | 10725-00634 | 10/19/2006 | $110,000.00 | S, U |
| 39 | Polacheck's Jewelers Employee Profit Sharing<br>Plan Dated 2/20/73<br>Stephen Polacheck, Ttee<br>4719 Commons Way, Ste. E<br>Calabasas, CA 91302 | 10725-00635 | 10/19/2006 | $110,000.00 | S, U |
| 40 | Polacheck's Jewelers Employee Profit Sharing<br>Plan Dated 2/20/73<br>Stephen Polacheck, Ttee<br>4719 Commons Way, Ste. E<br>Calabasas, CA 91302 | 10725-00636 | 10/19/2006 | $135,000.00 | S, U |
| 41 | Portnoff Building<br>Po Box 97593<br>Las Vegas, NV  89193 | 10725-00168 | 8/28/2006 | $76,119.79 | S |
| 42 | Portnoff Building<br>Po Box 97593<br>Las Vegas, NV  89193 | 10725-00196 | 9/8/2006 | $76,119.79 | S |
| 43 | Prescia, Anthony & Nancy<br>5475 W Teco Ave<br>Las Vegas, NV  89118 | 10725-00069 | 6/1/2006 | $115,000.00 | S |
| 44 | Prescia, Anthony & Nancy<br>5475 W Teco Ave<br>Las Vegas, NV  89118 | 10725-00071 | 6/1/2006 | $75,000.00 | S |
| 45 | Preswick Corp<br>1400 Colorado St  Ste C<br>Boulder City, NV  89005 | 10725-01004 | 11/6/2006 | $321,992.29 | S |
| 46 | Preswick Corp<br>1400 Colorado St  Ste C<br>Boulder City, NV  89005 | 10725-01006 | 11/6/2006 | $341,899.17 | S |
| 47 | Preswick Corp<br>1400 Colorado St  Ste C<br>Boulder City, NV  89005 | 10725-01011 | 11/6/2006 | $15,670.22 | S |
| 48 | Preswick Corp<br>1400 Colorado St  Ste C<br>Boulder City, NV  89005 | 10725-01012 | 11/6/2006 | $424,008.11 | S |
| 49 | Preswick Corp<br>1400 Colorado St  Ste C<br>Boulder City, NV  89005 | 10725-01014 | 11/6/2006 | $97,656.33 | S |
| 50 | Preswick Corp<br>1400 Colorado St  Ste C<br>Boulder City, NV  89005 | 10725-01016 | 11/6/2006 | $281,473.51 | S |