**LEWIS** AND **ROCA** LLP
LAWYERS

E-Filed on 7/6/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>    Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER SUSTAINING AMENDED TWENTY-SIXTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS** |
|---|---|

    **PLEASE TAKE NOTICE** that an Order Sustaining Amended Twenty-Sixth Omnibus Objection of the USACM Liquidating Trust to Claims Asserting Secured Status [DE 4090] was entered on the 29th day of June 2007, a true and correct copy of which is attached hereto as Exhibit 1.

1847128.1

LEWIS AND ROCA LLP
LAWYERS

RESPECTFULLY SUBMITTED July 6, 2007.

**LEWIS AND ROCA LLP**

By  /s/ RC (#006593)
  Susan M. Freeman
  Rob Charles
*Attorneys for USACM Liquidating Trust*

PROOF OF SERVICE

Copy of the foregoing mailed by First Class, US Mail, postage prepaid, on July 6, 2007 to the following interested party:

Larry and Patsy Rieger, Trustees
The Larry L. Rieger and Patsy R. Rieger Revocable Trust dated 8/14/91
2615 Glen Eagles Drive
Reno, NV 89523

 /s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca

2

1847128.1