Richard F. Holley, Esq. (NV Bar No. 3077)
Victoria L. Nelson, Esq. (NV Bar No. 5436)
Ogonna M. Atamoh, Esq. (NV Bar No. 7589)
SANTORO, DRIGGS, WALCH,
KEARNEY, JOHNSON & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308
Facsimile:    702/791-1912
Email:    vnelson@nevadafirm.com

*Electronically Filed on
July 6, 2007*

*Attorneys for Del and Ernestine Bunch*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>**Jointly Administered under<br>Case No. BK-S-06-10725-LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **MOTION TO WITHDRAW AS COUNSEL TO DEL AND ERNESTINE BUNCH AND CERTIFICATE OF SERVICE** |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date of Hearing:    07/27/2007<br>Time of Hearing:    9:30 a.m.<br><br>Judge:    Hon. Linda B. Riegle |

Santoro, Driggs, Walch, Kearney, Johnson & Thompson (the "Santoro Firm") hereby moves to withdraw from representation as counsel for Del Bunch and Ernestine Bunch pursuant to LR IA 10-6. This motion is based on the memorandum of points and authorities filed with the motion and any oral argument which this Court may entertain.

06725-01/174542.doc

## MEMORANDUM OF POINTS AND AUTHORITIES

1. USA Commercial Mortgage Company and related entities ("USACM") filed their bankruptcy petitions under Chapter 11 of the Bankruptcy Code on or about April 13, 2006.

2. Del Bunch and Ernestine Bunch ("Bunch") are unsecured creditors of USACM as set out in Schedule F of the USACM schedules and subsequent amendments.

3. Bunch timely filed a proof of claim on November 8, 2006.

4. USACM sent out solicitation documents regarding its proposed plan of reorganization and on or about December 4, 2006, Bunch submitted his ballot rejecting the USACM proposed plan of reorganization.

5. On or about December 11, 2006, USACM filed its objection to the Bunch claim and requested that the claim be disallowed for voting purposes ("Motion to Disallow").

6. On or about December 15, 2006, Bunch retained the Santoro Firm to render legal services to him regarding the Motion to Disallow. Even though Bunch refused to sign an engagement letter and provide a retainer, the Santoro Firm, due to time constraints, agreed to represent Bunch in the Motion to Disallow and claim objection.

7. On January 26, 2007, the Santoro Firm filed, on behalf of Bunch, an appeal of the bankruptcy court's order which denied the Bunch claim for voting purposes. Even though USACM objected to the referral of the appeal to the Bankruptcy Appellate Panel, as of this date, the appeal has not been docketed by the United States District Court.

8. The claim objection was recently withdrawn, with the understanding that an adversary proceeding would be filed against Bunch to recover alleged avoidable transfers. No such adversary proceeding has yet been filed.

9. While the Santoro Firm has continued to represent Bunch, Bunch has failed and refused to pay the Santoro Firm for services rendered and expenses incurred on his behalf. Bunch currently owes the Santoro Firm in excess of $50,960.

06725-01/174542.doc

## ARGUMENT

LR IA 10-6 states that "[n]o attorney may withdraw after appearing in a case except by leave of court after notice served on the affected client and opposing counsel." The Santoro Firm must seek this Court's leave in order to withdraw as counsel of record for Bunch.

Bunch has failed to fulfill his obligation regarding payment for legal services rendered by the Santoro Firm. Bunch has been given reasonable notice that the Santoro Firm would withdraw as counsel of record unless Bunch satisfied its financial obligations. Bunch has failed to fulfill his obligations. Continued representation of Bunch will result in an unreasonable financial burden to the Santoro Firm. Consequently, withdrawal under the circumstances is justified. Bunch will not be prejudiced by the withdrawal of the Santoro Firm. Moreover, withdrawal will not result in any delay. The objection to claim has been withdrawn and any further action against Bunch will be by adversary proceeding. No such adversary proceeding has been filed as of this writing.

## CONCLUSION

WHEREFORE, the Santoro Firm requests that this Court allow it to withdraw from representation of Bunch in the USACM and related matters with all further notices sent directly to Bunch at his last known address, as follows:

Del and Ernestine Bunch
1909 Red Robin Court
Las Vegas, Nevada 89134

DATED this 6th day of July, 2007.

SANTORO, DRIGGS, WALCH,
KEARNEY, JOHNSON & THOMPSON

/s/ Richard F. Holley
Richard F. Holley, Esq. (NV Bar No. 3077)
Victoria L. Nelson, Esq. (NV Bar No. 5436)
Ogonna M. Atamoh, Esq. (NV Bar No. 7589)
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

*Attorneys for Del and Ernestine Bunch*

06725-01/174542.doc

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Santoro, Driggs, Walch, Kearney, Johnson & Thompson, and that on the 6th day of July, 2007, I caused to be served a true and correct copy of Motion to Withdraw as Counsel for Del and Ernestine Bunch in the following manner:

☒ (ELECTRONIC SERVICE) Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☒ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the following:

Del and Ernestine Bunch
1909 Red Robin Court
Las Vegas, Nevada  89134

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐ (FACSIMILE) That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

/s/ *[signature]*
An employee of Santoro, Driggs, Walch, Kearney, Johnson & Thompson