| | |
|---|---|
| Richard F. Holley, Esq. (NV Bar No. 3077)<br>Victoria L. Nelson, Esq. (NV Bar No. 5436)<br>Ogonna M. Atamoh, Esq. (NV Bar No. 7589)<br>SANTORO, DRIGGS, WALCH,<br>KEARNEY, JOHNSON & THOMPSON<br>400 South Fourth Street, Third Floor<br>Las Vegas, Nevada 89101<br>Telephone:   702/791-0308<br>Facsimile:   702/791-1912<br>Email:   vnelson@nevadafirm.com | *Electronically Filed on*<br>*July 6, 2007* |

*Attorneys for Del and Ernestine Bunch*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                    Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                    Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                    Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                    Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>                    Debtor.<br>Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>Chapter 11<br><br>**Jointly Administered under**<br>**Case No. BK-S-06-10725-LBR**<br><br>**NOTICE OF MOTION / HEARING AND**<br>**CERTIFICATE OF SERVICE**<br><br>Date of Hearing:   07/27/2007<br>Time of Hearing:   9:30 a.m.<br><br>Judge:   Hon. Linda B. Riegle |

**NOTICE IS HEREBY GIVEN** that Motion to Withdraw as Counsel to Del and Ernestine Bunch was filed on July 6, 2007, by Richard F. Holley, Esq., of the law firm of Santoro, Driggs, Walch, Kearney, Johnson & Thompson. The Motion seeks approval by the Court to withdraw as counsel on behalf of Del and Ernestine Bunch. Any opposition must be filed pursuant to Local Rule 9014(d)(1).

> Local Rule 9014(d)(1): "Oppositions to a motion must be filed and service must be completed on the movant no later than fifteen (15) days after the motion is served except as provided by LR 3007(b) and LOR

06725-01/183080.doc

9006. If the hearing has been set on less than fifteen (15) days' notice, the opposition must be filed no later than five (5) business days before the hearing, unless the court orders otherwise. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule."

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The Court may *refuse to allow you to speak* at the scheduled hearing; and
- The Court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Blvd. South, Third Floor, Courtroom No. 1, Las Vegas, Nevada on July 27, 2007 at 9:30 a.m.

DATED this 6th day of July, 2007.

SANTORO, DRIGGS, WALCH,
KEARNEY, JOHNSON & THOMPSON

*/s/ Richard F. Holley*
Richard F. Holley, Esq. (NV Bar No. 3077)
400 South Fourth St., Third Floor
Las Vegas, Nevada 89101

*Attorneys for Del and Ernestine Bunch*

[06725-01/183080.doc]

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Santoro, Driggs, Walch, Kearney, Johnson & Thompson, and that on the 6th day of July, 2007, I caused to be served a true and correct copy of Notice of Motion / Hearing in the following manner:

☒ (ELECTRONIC SERVICE) Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☒ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the following:

Del and Ernestine Bunch
1909 Red Robin Court
Las Vegas, Nevada 89134

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐ (FACSIMILE) That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

*/s/ signature*
An employee of Santoro, Driggs, Walch, Kearney, Johnson & Thompson

[06725-01/183080.doc]

- 3 -