E-filed on 7/6/07

DAVID ROGER
District Attorney
**CIVIL DIVISION**
State Bar No. 002781
By: **KIMBERLY A. PHILLIPS**
Deputy District Attorney
State Bar No. 008609
500 South Grand Central Pkwy.
P. O. Box 552215
Las Vegas, Nevada 89155-2215
(702) 455-4761
Fax (702) 382-5178
e-mail: DA-Bankr@co.clark.nv.us
Attorneys for Clark County

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>USA COMMERCIAL MORTGAGE COMPANY<br><br>Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |

### CLARK COUNTY'S WITHDRAWAL OF NOTICE OF APPEARANCE AND REQUEST TO REMOVED FROM MAILING MATRIX TO STOP ELECTRONIC NOTICES

**TO THE INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that Kimberly A. Phillips Deputy District Attorney of the Clark County District Attorney's Office, hereby files this Withdrawal of Notice of Appearance and request for Removal from Matrix and to Stop Electronic Notices, and requests that the name, mailing address and e-mail address listed below be removed from the mailing matrix and from the Court's electronic system for this case.

/////

/////

1
2
3
4

KIMBERLY A. PHILLIPS
Deputy District Attorney
500 South Grand Central Pkwy.
P. O. Box 552215
Las Vegas, Nevada 89155-2215
e-mail: DA-Bankr@co.clark.nv.us

5  DATED this 6th day of July 2007.
6
7
8
9
10
11
12

DAVID ROGER
DISTRICT ATTORNEY

/s/ Kimberly A. Phillips
KIMBERLY A. PHILLIPS
Deputy District Attorney
State Bar No. 008609
500 South Grand Central Pkwy.
P. O. Box 552215
Las Vegas, Nevada 89155-2215
Attorney for Clark County

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF MAILING

I hereby certify that on the 6th day of July, 2007 I deposited in the United States Mail, postage prepaid, at Las Vegas, Nevada, enclosed in a sealed envelope, a copy of the above and foregoing **Clark County's Withdrawal of Notice of Appearance and Request to be Removed from Mailing Matrix and to stop Electronic Notices** addressed as follows:

ANNETTE W JARVIS
P.O. BOX 45385
SALT LAKE CITY, UT 84145
*ATTORNEY FOR USA COMMERCIAL MORTGAGE COMPANY*

DOUGLAS M MONSON
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, STE 1400
PO BOX 45385
SALT LAKE CITY, UT 84145-0385
*ATTORNEY FOR USA COMMERCIAL MORTGAGE COMPANY*

JEANETTE E. MCPHERSON
2850 S. JONES BLVD., #1
LAS VEGAS, NV 89146
*ATTORNEY FOR USA COMMERCIAL MORTGAGE COMPANY*

LENARD E. SCHWARTZER
SCHWARTZER & MCPHERSON LAW FIRM
2850 S. JONES BOULEVARD, SUITE 1
LAS VEGAS, NV 89146
*ATTORNEY FOR USA COMMERCIAL MORTGAGE COMPANY*

STEVEN C STRONG
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, STE 1400
SALT LAKE CITY, UT 84145-0385
*ATTORNEY FOR USA COMMERCIAL MORTGAGE COMPANY*

WADE B. GOCHNOUR
1117 S. RANCHO DR.
LAS VEGAS, NV 89102
*ATTORNEY FOR USA COMMERCIAL MORTGAGE COMPANY*

U.S. TRUSTEE - LV - 11
300 LAS VEGAS BOULEVARD S.
SUITE 4300
LAS VEGAS, NV 89101

STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
1901 AVENUE OF THE STARS, 12TH FLR
LOS ANGELES, CA 90067
*Creditor Committee*

I hereby certify that on the 6th day of July, 2007, I electronically filed the above and foregoing **Clark County's Withdrawal of Notice of Appearance and Request to be Removed from Mailing Matrix and to Stop Electronic Notices**. Pursuant to General Order for Electronic Case Filing Procedures signed on December 8, 2000, the electronically filed document will automatically be sent electronically to all parties in the case who are registered participants in the Electronic Case Filing System or have otherwise consented to electronic service.

*/s/ Margot Crook*
An Employee of the Clark County District Attorney's Office – Civil Division