Electronically filed on July 6, 2007

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email: malevinson@orrick.com
jhermann@orrick.com

Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHARTERED
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024
Email: bolson@beckleylaw.com
aloraditch@beckleylaw.com

*Attorneys for Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br><br>　　　　　　　　　　　　Debtors. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR<br><br>**CERTIFICATE OF SERVICE OF NOTICE OF ENTRY OF ORDER APPROVING FTI CONSULTING, INC.'S FIRST AND FINAL FEE APPLICATION (JUNE 9, 2006 THROUGH MARCH 12, 2007)** |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

    I hereby certify that on the 3rd day of July 2007, I caused to be served a true and correct copy of the NOTICE OF ENTRY OF ORDER AND THE ORDER APPROVING FTI CONSULTING, INC.'S FIRST AND FINAL FEE APPLICATION (JUNE 9, 2006 THROUGH MARCH 12, 2007) via:

    ☒    (ELECTRONIC SERVICE) Pursuant to Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced documents were

{00407748;}    1

electronically filed on the dates noted above and served through the Notice of Electronic Filing automatically generated by the Court. A true and correct copy of the filing receipt is attached hereto.

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced documents in the United States Mail, first class postage prepaid, addressed to all the parties listed on the attached service list, at their last known mailing addresses, on the date written above.

☐ (OVERNIGHT COURIER) By depositing a copy of the above-referenced document for priority overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address.

☐ (FACSIMILE) By facsimile transmission to the facsimile numbers indicated, to those persons listed on the attached service list, on the date written above.

I further certify that on the 6th day of July 2007, I caused to be served a true and correct copy of the NOTICE OF ENTRY OF ORDER AND THE ORDER APPROVING FTI CONSULTING, INC.'S FIRST AND FINAL FEE APPLICATION (JUNE 9, 2006 THROUGH MARCH 12, 2007) via:

☒ (EMAIL) By electronic mail transmission to all parties listed on the Post Effective [Date] [sic] Official Service List for Limited Notice No. 2 Dated June 1, 2007, on file with the Court [Docket No. 3874].

DATED this 6th day of July 2007.

                                        /s/ Tamika Shauntee
                                        an employee of Beckley Singleton, Chtd.