1 George A. Davis
  Cadwalader, Wickersham & Taft LLP
2 One World Financial Center
  New York, New York 10281
3 Telephone No.: (212) 504-6000
  Facsimile No.:  (212) 504-6666

4

5 Peter Bernhard (State Bar No. 734)
  Bullivant Houser Bailey PC
  3980 Howard Hughes Parkway, Suite 550
6 Las Vegas, Nevada 89169
  Telephone No.  (702) 650-6565
7 Facsimile No.  (702) 650-2995
  E-Mail:  peter.bernhard@bullivant.com

8

  Counsel for Plaintiffs

9

**E-Filed on July 7, 2007**

**UNITED STATES BANKRUPTCY COURT**
10      **DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>        Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>        Debtor. | Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>        Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND,<br>LLC,<br>        Debtor. | Adversary No. 07- |
| In re:<br>USA SECURITIES, LLC,<br>        Debtor. | **COMPLAINT FOR CONDITIONAL<br>REVOCATION OF CONFIRMATION<br>ORDER UNDER 11 U.S.C. § 1144 AND<br>RESCISSION OF ASSET PURCHASE<br>AGREEMENT** |
| COMPASS USA SPE LLC, a Delaware limited<br>liability company, COMPASS FINANCIAL<br>PARTNERS LLC, a Nevada limited liability company<br>and COMPASS FINANCIAL PARTNERS LLC, a<br>Delaware limited liability company,<br>        Plaintiffs,<br>v.<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>USA CAPITAL REALTY ADVISORS, LLC, USA<br>CAPITAL DIVERSIFIED TRUST DEED FUND,<br>LLC, USA CAPITAL FIRST TRUST DEED FUND,<br>LLC, USA SECURITIES, LLC, 2001 MICHAEL T.<br>MCGRATH REVOCABLE TRUST, MICHAEL T.<br>MCGRATH TRUSTEE, A. L.NEIL ASSOCIATES, | Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>  Fund, LLC<br>☐ USA First Trust Deed Fund, LLC |

Bullivant|Houser|Bailey PC
3883 Howard Hughes Pkwy., Suite 550
Las Vegas, NV 89169
Telephone: (702) 669-3600
Facsimile: (702) 650-2995

Bullivant|Houser|Bailey PC

3883 Howard Hughes Pkwy., Suite. 550
Las Vegas, NV 89169
Telephone: (702) 669-3600
Facsimile: (702) 650-2995

1  NEIL TOBIAS, A-1 CASTERS & EQUIPRENO LLC,
   ANNE E. ABRAMS, ABRAMS LIVING TRUST
2  DATED 10/23/96 C/O ANNE E. ABRAMS
   TRUSTEE, PAOLA ACCUSANI, ACTION SPORT
3  ALLIANCE USA INC., ARTHUR ADAMS,
   GLORIA ADAMS, LEONARD ADAMS, DENISE
4  ADAMS, RICHARD ADAMS, JANET ADAMS,
   KENNETH ADDESS, VICTORIA ADDESS, AIG
5  LIMITED, A NEVADA LIMITED PARTNERSHIP,
   ADIB AL-AWAR, ELLEN AL-AWAR, AL-AWAR
6  LIVING TRUST DATED 04/05/01 C/O ADIB M.
   AL-AWAR & ELLEN A. AL-AWAR TRUSTEES,
7  DAVID ALBIOL, MARCIA ALBIOL, HENRY
   ALBIOL, FLORENCE ALEXANDER, STANLEY
8  ALEXANDER, ALLEN M. NIRENSTEIN &
   DOROTHY H. NIRENSTEIN 1992 REVOCABLE
9  TRUST, ALLEN M. & DOROTHY H. NIRENSTEIN
   TRUSTEES, ROBERT & DONNA ALLGEIER,
10 KAREN R. ALLISON, FRED ALTENBURG,
   ARNOLD ALVES, AGNES ALVES, ALVES
11 FAMILY TRUST 10/27/89 C/O ARNOLD ALVES &
   AGNES ALVES, TRUSTEES, AUGUST AMARAL,
12 AUGUST J. AMARAL, ROBERT P. ANDERSON,
   LOWELL ANDREWS, LARRY APIGIAN, LEONA
13 APIGIAN, SUZANNE ARBOGAST, ARLINE L.
   CRONK & EDWARD H. DAVIES LIVING TRUST
14 DATED 6/27/03 C/O ARLINE L. CRONK &
   EDWARD H. DAVIES TRUSTEES, ROBERT
15 ASSELIN, MARY ASSELIN, MICHAEL AU,
   AUDREY M. WHIGHTSIL REVOCABLE LIVING
16 TRUST C/O AUDREY M. WHIGHTSIL TRUSTEES,
   LUI AVANZINO, AUDREY AVANZINO, GEORGE
17 AVERETT, CLAIRE AVERETT, C. DONALD
   AYERS, BABS INC. TRUST C/O AIMEE KEARNS
18 TRUSTEE, BABS TRUST C/O AIMEE KEARNS
   TRUSTEE, PETER BACKES, PAUL BACKES,
19 LORETTA BACKES, DANIEL BARCIA, JED
   BARISH, SIMMTEX INC., DON BARNES,
20 MIRIAM BARNES, JAMES BARNES, CLARK
   BARTKOWSK, JEAN BARTKOWSKI, RICHARD
21 D. BARZAN, LELIA J. BARZAN, ALTA BATES,
   ARLENE BEADLE, WEBSTER BEADLE,
22 SUSANNE BEADLE, JACK BEAULIEU, RUBY
   BELL, HARRIET BENDER, ROBERT BENDER,
23 PAULA BENDER, BERNARD D. BENZ,
   MARGARET BENZ, ROBERT BERRY,
24 JEANNETTE BERRY, BILLY D. DENNY AND
   DONNA R. DENNY 2000 REVOCABLE LIVING
25 TRUST C/O BILLY D. DENNY AND DONNA R.
   DENNY TRUSTEES, ALBERT BLUMENTHAL,
26 CHARLES BOGGS, WILLIAM BOLDING,
   CAROLYN BOLDING, GARY BONNEMA,
27 KATHLEEN BORKOSKI, JOHN BORKOSKI,
   CHARLES BOROM, LANNA BOROM, RICHARD
28 BOWMAN, BOYCE 1989 TRUST DATED 6/12/89
   C/O KATHLEEN A. BOYCE, KATHLEEN BOYCE,

Bullivant|Houser|Bailey PC
3883 Howard Hughes Pkwy., Suite. 550
Las Vegas, NV 89169
Telephone: (702) 669-3600
Facsimile: (702) 650-2995

1  MICHAEL S. BRAIDA, RAYMOND BRANT, ANN
   BRANT, GLEN BRECHT, JANINE BRECHT,
2  MARSHALL BRECHT, JANET BRECHT,
   MICHAEL BRIDGES, MICHAEL R. BRINES,
3  CINDY G. BRINES, PENNY BROCK, ROBERT
   BROOKS, CANDITH BROOKS, DONNA BROOKS,
4  LEE BRYANT, PATRICIA BRYANT, ROBERT
   BRYAN, ANN BRYAN, WILLIAM BUCK,
5  ELENOR BUCK, NEIL BUCKWALD,
   BURGARELLO ALARM INC. PROFIT SHARING
6  PLAN, RONALD A. JOHNSON TRUSTEE,
   DONALD BURGER, PEGGY BURGER, DR.
7  JOSELITO TAN BURGOS, LAWRENCE A. BUSH,
   MARY L. BUSH, RICHARD CADIEUX, CLARA
8  CADIEUX, VALERIE CALLAHAN, CHARLES R.
   MARADEN, DENNIS G. CAMPTON, JOHN R.
9  CANGELOSI, MARGARET M. CANGELOSI,
   BRANDON A. CANGELOSI, DONNA
10 CANGELOSI, KAY M. CANTRELL, PETER W.
   CAPONE, DEIDRE D. CAPONE, CAROL
11 MORTENSEN FAMILY TRUST DATED 9/9/90 C/O
   CAROL MORTENSEN TRUSTEE, MICHAEL
12 CARPENTER, ANNE CARPENTER, DON
   CARRIER, SARA CARRIER, RONALD CARTER,
13 LESLIE CARTER, JOSEPHINE CASEBOLT,
   CASEBOLT REVOCABLE TRUST, JOSEPHINE
14 CASEBOLT TRUSTEE, TITO CASTILLO, JAIRO
   CASTILLO, MAURICE CAUSHOIS, JACQUELINE
15 CAUCHOIS, RICHARD CHAMBERS, LEONA
   CHAPMAN, EUNICE CHAPMAN, NELSON
16 CHARDOUL, VIRGINIA CHARDOUL, CHARLES
   B. DUNN IV TRUST DATED 8/12/05 C/O
17 CHARLES B. DUNN IV TRUSTEE, CHARLES
   HENRY SMALL REVOCABLE LIVING TRUST
18 C/O CHARLES HENRY SMALL TRUSTEE,
   CHARLOTTE SNOPKO MARITAL TRUST,
19 FRANK SNOPKO, CHARLOTTE SNOPKO
   RESIDUAL TRUST, FRANK SNOPKO, TONY
20 CHAUDHRY, PAUL CHELEW, CHRIS SHEERIN
   (DECEASED) AND EVELYN SHEERIN 1984
21 TRUST, CHRIS SHEERIN & EVELYN SHEERIN
   TRUSTEES, CHRIS SHEERIN (DECEASED) AND
22 EVELYN SHEERIN 1990 TRUST, CHRIS SHEERIN
   & EVELYN SHEERIN TRUSTEES, CIBB INC.
23 D/B/A JOHNSON INVESTMENT INC. PENSION
   PLAN, RONALD A. JOHNSON TRUSTEE, CLARA
24 M. CADIEUX MWDWS&SP, CLARA CADIEUX,
   CLARA M. CADIEUX MWDWS&SP, RICHARD &
25 CLARA CADIEUX, CURTIS CLARK, DONALD
   CLARK, HAROLD CLARK, JACK CLARK,
26 ROSANNE CLARK, CLASSIC PLUMBING, A
   NEVADA COMPANY, CLAWITER ASSOCIATES,
27 JOHN CLENDENING, DOREEN CLENDENING,
   GEORGE COHAN, LARRY COLBORN, LORETTA
28 COLBORN, COLBORN REVOCABLE LIVING
   TRUST, LARRY E. COLBORN & LORETTA A.

Bullivant|Houser|Bailey PC
3883 Howard Hughes Pkwy., Suite. 550
Las Vegas, NV 89169
Telephone: (702) 669-3600
Facsimile: (702) 650-2995

1 COLBORN, COLLINS FAMILY TRUST DATED
1/12/93 C/O SHIRLEY M. COLLINS TRUSTEE,

2 SHIRLEY COLLINS, THOMAS R. CONWAY,
VICTORIA C. CONWAY, ALDON G. COOK,

3 DEEDRA COOK, HAROLD & JOYCE
CORCORAN, SAM COSTANZA, ELEANOR

4 COUCH, HOWARD CRAIG, FRANKYE CRAIG,
GARETH CRANER, JOAN CRITTENDEN, ARLINE

5 CRONK, LOYAL CROWNOVER, SHIRLEY CUPP-
DOE, CYNTHIA G. DAVIS LIVING TRUST C/O

6 CYNTHIA G. DAVIS TRUSTEE, D. JOSEPH &
LOUISE M. DOUCET 1989 TRUST DATED 3/30/89

7 C/O D. JOSEPH DOUCET & LOUISE M. DOUCET
TRUSTEES, MAUREEN DACOSTA, DEBORAH A.

8 DANIEL, LESLIE DANIEL, DENISE DANIEL,
DANIEL &VIRGINIA SALERNO FAMILY TRUST,

9 DANIEL SALERNO & VIRGINIA SALERNO
TRUSTEES, DANIEL D. NEWMAN TRUST

10 DATED 11/1/92, DANIEL D. NEWMAN TRUSTEE,
KAREN DANNER, DAR LIVING TRUST DATED

11 2/12/03, DARLENE HAMMOND TRUSTEE, ELLEN
DAUSCHER, ALEXANDRA DAUSCHER, JULIAN

12 DAUSCHER, OREN DAVENPORT, DAVID A.
KINGMAN #1, MARRICE DAVIS, NANCY DAVIS,

13 GLENN DAVIS, BUD DAVIS, DAVIS YODER
TRUST DATED 2/16/00, ROBERT J. YODER &

14 NANCY R. DAVIS TRUSTEES, PETER DE LUCA,
ROBERT DE RUFF, RICHMOND DEAN, JEAN

15 DEAN, TERRY DEBERRY, EDWARD DEBOLT,
SHARRON DEBOLT, GARY DEMAINE, DENISE

16 F. FAGER REVOCABLE TRUST UNDER
AGREEMENT DATED 2/28/03 C/O DENISE F.

17 FAGER TRUSTEE, ANN R. DERY, JAMES D.
DERY, BILLY DENNY, DONNA DENNY,

18 DWAYNE DEUTSCHER, MICHELLE
DEUTSCHER, DUANE DEVERILL, GEORGE DI

19 GIOIA, TAMARA DIAS, ERIC C. DISBROW MD,
HELMUT DOBECK, ELOISE DOBECK, ROBERT

20 DOBYNE, LEAH DOBYNE, LINDA DOERR,
FRANZ DOERR, MARK DOLGINOFF, MICHAEL

21 DONAHUE, GLENN DONAHUE, CARRIE
DONAHUE, DONALD P. CLARK FAMILY TRUST,

22 DONALD P. CLARK TRUSTEE, ARTHUR
DONALDSON, ALAN DONDERO, PATTY

23 DONDERO, DONNA DUNN TRUST DATED
8/12/05 C/O DONNA DUNN TRUSTEE, DONNA M.

24 CANGELOSI FAMILY TRUST, DONNA M.
CANGELOSI TRUSTEE, JOSEPH DOUCET,

25 LOUISE DOUCET, DAVID B. DOUTT, JOHNNIE
DOUTT, PANAGIOTIS DOVANIDOU, DIMITRA

26 DOVANIDOU, WILLIAM A. DOWNEY, DANIEL
T. DRUBIN, LAURA DRUBIN, DONALD C.

27 DUNBAR, WANDA DUNBAR, DUNBAR
REVOCABLE LIVING TRUST DATED 11/21/98

28 C/O DONALD C. DUNBAR & WANDA D.
DUNBAR TRUSTEES, ALAN DUNCAN,

**Bullivant|Houser|Bailey PC**
3883 Howard Hughes Pkwy., Suite. 550
Las Vegas, NV 89169
Telephone: (702) 669-3600
Facsimile: (702) 650-2995

1  CAROLYN DUNCAN, CHARLES DUNN, DONNA
DUNN, CAROL (SUE) DUNTON, FORD DUNTON,
2  WILLIAM DUPIN, PENNY DUPIN, WAYNE
DUTT, CYNTHIA DUTT, MARY ANN EARP,
3  MARY H. EARP, ROBERT EARP, WILLIAM
EASTLAND, CAROL EASTLAND, MONICA
4  EBAUGH, GALE EBERT, ROBERT R. ECKER,
KATHY EDEN, JOHN EDEN, TINA EDEN, EDWIN
5  LOWELL HAUSLER JR. LIVING TRUST DATED
1/3/92 C/O EDWIN LOWELL HAUSLER JR.
6  TRUSTEE, JOHN EICHHORN, JILL EICHHORN,
ELAN REDDELL REVOCABLE LIVING TRUST
7  DATED 8/4/03, ELAN REDDELL TRUST,
ELEANOR L. ROGERS 1991 REVOCABLE LIVING
8  TRUST DATED 7/3/91 C/O ELEANOR L. ROGERS
TRUSTEE, JONATHAN M. ELLER, CAROL A.
9  ELLER, DAVID ENRICO, BONNY ENRICO,
HAROLD EPSTEIN, CINDY ESSAFF, ROBERT
10  ESSAFF, EUGENE H. & NORMA M. STOKES
TRUST DATED 5/16/84 C/O NORMA M. KERNER
11  TRUSTEE, LAMBERTO EUGENIO, SAMUEL
EVANS, BEVERLY EVANS, DANIEL EVERETT,
12  SANDRA EVERETT, JOHN EVERETT, SAGRARIO
EVERS, EDWARD EYRE, CAROL EYRE, DENISE
13  FAGER, BYRNE FALKE, JR., BYRNE FALKE, SR.,
JANE FALKE, MARGUERITE FALKENBORG,
14  THOMAS FALLON, JOSEPH FARRAH, EMILY
FARRAH, JULIA FARRAH, THERESA M.
15  FARRAH, FARRAH FAMILY TRUST DATED
9/18/03 C/O JOSEPH A. FARRAH & EMILY T.
16  FARRAH TRUSTEE, WILLIAM FAVRO, CAROL
FAVRO, J. FEENEY, JAMES FEENEY, MAUREEN
17  FEENEY, PATRICIA FERGUSON, ADAM
FETTERLY, LYNN FETTERLY, MELODY
18  FETTERLY, FETTERLY FAMILY TRUST DATED
6/30/89 C/O LYNN L. FETTERLY & MELODY A.
19  FETTERLY TRUSTEES, ROY FILKIN, DIANNA
FILKIN, ARLENE J. FINE, RONALD FINKEL,
20  KAREN FINKEL, BERNARD FINLEY, JACKLYN
FINLEY, FIRST SAVINGS BANK CUSTODIAN
21  FOR CAROL MORTENSEN KESLER, CAROL
MORTENSEN KESLER IRA, FIRST SAVINGS
22  BANK CUSTODIAN FOR DR. JAMES W.
FORSYTHE IRA, DR. JAMES W. FORSYTHE,
23  FIRST SAVINGS BANK CUSTODIAN FOR JACK
LA FLESCH IRA, JACK LA FLESCH, FIRST
24  SAVINGS BANK CUSTODIAN FOR JOCELYNE
HELZER IRA, JOCELYNE HELZER, FIRST
25  SAVINGS BANK CUSTODIAN FOR LINDA S.
REED IRA, LINDA S. REED, FIRST SAVINGS
26  BANK CUSTODIAN FOR LINDSEY H. KESLER
IRA, LINDSEY H. KESLER IRA, FIRST SAVINGS
27  BANK CUSTODIAN FOR LYNN FETTERLY IRA,
LYNN FETTERLY IRA, FIRST SAVINGS BANK
28  CUSTODIAN FOR MICHAEL REED IRA,
MICHAEL T. REED, FIRST SAVINGS BANK

Bullivant|Houser|Bailey PC
3883 Howard Hughes Pkwy., Suite. 550
Las Vegas, NV 89169
Telephone: (702) 669-3600
Facsimile: (702) 650-2995

1  CUSTODIAN FOR NANCY R. GILMOUR IRA,
   NANCY R GILMOUR IRA, FIRST SAVINGS
2  BANK CUSTODIAN FOR RANDY M. SANCHEZ
   IRA, RANDY M. SANCHEZ IRA, FIRST SAVINGS
3  BANK CUSTODIAN FOR RICHARD L. CADIEUX
   IRA, FIRST SAVINGS BANK CUSTODIAN FOR
4  RICHARD W. GILMOUR IRA, RICHARD W.
   GILMOUR, FIRST SAVINGS BANK CUSTODIAN
5  FOR ROBERT G. FULLER IRA, ROBERT G.
   FULLER, FIRST SAVINGS BANK CUSTODIAN
6  FOR THEODORE E. KIEWICZ IRA, THEODORE E.
   KIEWICZ IRA, FIRST TRUST COMPANY OF
7  ONAGA CUSTODIAN FOR DENNIS MEDEIROS
   IRA, FISERV CUSTODIAN FOR THE BENEFIT OF
8  ED DAVIES IRA, ED DAVIES, FISERV,
   CUSTODIAN FOR THE BENEFIT OF ARLINE L.
9  CRONK IRA, ARLINE L. CRONK, EVELYN
   FISHER, DONALD FLOOD, BETTY FLOOD,
10 TIMOTHY FOLENDORF, TAD FOLENDORF, DR.
   JAMES W. FORSYTHE, EARLENE M. FORSYTHE,
11 FRANK SNOPKO 1981 TRUST, FRANK SNOPKO,
   JOHN FREDERICKSON, MICHELE
12 FREDERICKSON, HELEN C. FREEDUS,
   MICHAEL FREEDUS, ERIC FREEDUS, LINDA
13 FREEDUS, DONALD FREY, BARBARA FREY,
   ALAN B. FRIEDMAN, ROBERT FULLER,
14 THEODORE FULLER, FULLER FAMILY
   FOUNDATION, THEODORE J. & JOAN L.
15 FULLER TRUSTEES, FULLER FAMILY TRUST,
   THEODORE J. & JOAN L. FULLER TRUSTEES, G
16 & L NELSON LP, GLENN GABOURY, SHARON
   GABOURY, JERRY GAGE, DARLENE GAGE,
17 ANTHONY GAMBELLO, ELIZABETH
   GAMBELLO, PAUL GARCELL, CATHERINE
18 GARLAND, KELLI GARVEY, GARY & JOANN
   SHEERIN FAMILY TRUST, GARY SHEERIN &
19 JOAN SHEERIN TRUSTEES, GARY I. &
   BARBARA L. TRUST, GARY I. MILLER &
20 BARBARA L. MILLER TRUSTEES, ALEX
   GASSIOT, GASTON TRUST DATED 12/31/02 C/O
21 TITAN MANAGEMENT LTD. TRUSTEE, EVA
   GEHLE, GEORGE A. DI GIOIA IRA, GEORGE A.
22 DI GIOIA, GEORGE HANEY, STANLEY
   GERMAIN, DOROTHY GERMAIN, DEAN
23 GIBSON, JUNE GIBSON, ELMER GILBERT,
   ELMER EUGENE GILBERT JR., GILBERT
24 MANUEL LIVING TRUST DATED 1/3/92,
   GILBERT MANUEL, NANCY GILMOUR,
25 RICHARD GILMOUR, GALE GLADSTONE-KATZ,
   JO M. GLEDHILL, THOMAS H. GLOY, PHILLIP
26 GOFORTH, FRANCESCA GOFORTH, NANCY
   GOLDEN, JACK GOLDENTHAL, SYLVIA
27 GOLDENTHAL, GOLDPLATED LLC, MARY ANN
   HAROUFF MANAGER, SYLVIA GOOD,
28 RACHELLE GOODNESS, LYNELLE GOODREAU,
   MICHAEL JOHN GOODWIN, THEODORA

– 6 –

Bullivant|Houser|Bailey PC

3883 Howard Hughes Pkwy., Suite. 550
Las Vegas, NV 89169
Telephone: (702) 669-3600
Facsimile: (702) 650-2995

1  GOTTWALD, GLENN GRAF, WILLIAM
GRAHAM, WILTA GRAHAM, SARAH A. GRANT,
2  THOMAS GRAY, GAIL GRAY, ROBERT GRAY,
GREGORY GRIFFITH, DIANNE GRIFFITH, ALAN
3  GROH, GSL INVESTMENTS LLC, TOBY A.
GUNNING, BARBARA L. GUNTHER, CARL
4  HAGEN, KELLEY M. HAINS, JAMIE K. HAINS,
THOMAS HALVORSON, JOANNE HALVORSON,
5  DARLENE HAMMOND, LARRY HANAN, JOHN
A. M. HANDAL, GEORGE HANEY, EDWIN
6  HANSEN, RACHEL HANSEN, CHRISTIAN
HANSEN, DWIGHT W. HAROUFF, MARY ANN
7  HAROUFF, SUZE HARRINGTON, THOMAS
HARRISON, MARGUERITE HARRISON
8  ,RAYMOND E. HARSHMAN, MARGARET E.
HARSHMAN, KAY HART, RODERICK HARVEY,
9  PAULINE HARVEY, KEVIN HASELHORST,
ROBERTA HATFIELD, EDWIN HAUSLER, JR.,
10  STEPHEN HAWLEY, SIDNEY HAWLEY,
ROLAND HEARN, RISA HEARN, MICHAEL
11  HEFFNER, BARBARA HEFFNER, DENNIS E.
HEIN, DON HELLINGS, JOCELYNE HELZER,
12  OLIVER HENRY, ALLEN HERD, MARILYN
HERD, HERD FAMILY TRUST DATED 4/23/90,
13  ALLEN HERD AND MARILYN HERD,
TRUSTEES, JANICE HERGERT, DONALD
14  HERMANN, NANCY HERMANN, ALLAN
HERNDOBLER, SUE HERNDOBLER, DONALD L.
15  HESS, CHRISTINA L. HESS, LARRY HIGGINS,
DIANA HIGGINS, EDWARD O. HIGH, MARILYN
16  HILBORN, WILLIAM J. HINSON, JR., WILLIAM
HINSON, JR., JAMES HODGSON, CYNTHIA
17  HODGSON, RICHARD AND MARSHA
HOLEYFIELD, MILA HORAK, MONICA M.
18  HRUBY, HILARY HUFFMAN, CYNTHIA
HUFFMAN, HUFFMAN FAMILY TRUST DATED
19  5/28/98, C/O HILARY A. HUFFMAN & CYNTHIA
L. HUFFMAN TRUSTEES, RODNEY AND
20  CATHRYN HULSE, TODD AT HUMPHREY,
RODNEY HUPPI, VIRGINIA HUPPI, YELENA V.
21  ILCHUCK, MARC INGMAN, INGRID A.
RUTHERFORD FAMILY TRUST DATED 7/8/99
22  C/O INGRID A. RUTHERFORD TRUSTEE, JAMES
H. LIDSTER FAMILY TRUST DATED 1/20/92, C/O
23  JAMES H. LIDSTER & PHYLLIS M. LIDSTER
TRUSTEES, JANET P. JOHNSON LIVING TRUST
24  DATED 7/15/04 C/O JANET P. JOHNSON &
CHARLES E. JOHNSON TRUSTEES, JANICE A.
25  LUCAS IRA, JANICE JANIS, JAYEM FAMILY LP,
JEAN G. RICHARDS TRUST DATED 9/30/99 C/O
26  JEAN G. RICHARDS TRUSTEE, JEAN H.
MURRAY SEPARATE PROPERTY TRUST DATED
27  9/12/02, JEAN H. MURRAY, JON JENSEN, PAUL
JENSEN, TAMARA JENSEN, JOHN J. MAGUIRE
28  & DIANE M. MAGUIRE LIVING TRUST 8/4/00
C/O JOHN J. MAGUIRE & DIANE M. MAGUIRE

**Bullivant|Houser|Bailey PC**
3883 Howard Hughes Pkwy., Suite. 550
Las Vegas, NV 89169
Telephone: (702) 669-3600
Facsimile: (702) 650-2995

1  TRUSTEES, JOHN MANTER & NANCY K.
MANTER LIVING TRUST, C/O JOHN P. &
2  NANCY K. MANTER TRUSTEES, MARILYN C.
JOHNSON, BEULAH JOHNSON, CHARLES E.
3  JOHNSON, JANET P. JOHNSON, MARILYN
JOHNSON, RONALD JOHNSON, SUSAN
4  JOHNSON, JONATHAN M. ELLER INC., JOY
INVESTMENT INC., TONY CHAUDHRY, JULIA
5  FARRAH REVOCABLE LIVING TRUST DATED
10/8/92, JOSEPH FARRAH, MICHAEL FARRAH
6  JR. & NICHOLAS FARRAH, JWB INVESTMENTS,
INC., RONALD KANTOR, RUTH KANTOR,
7  CHARLES KASTLER, MARGARET KASTLER,
CURTIS KASTLER, JONATHAN KATZ, WILLIAM
8  KAYSER, KRISTIE KAYSER, AIMEE KEARNS,
ARTHUR KEBBLE, THELMA KEBBLE, DAVID
9  KELLEY, MARSHALL KENDALL, KENNETH W.
KOERWITZ & JAN CASE KOERWITZ FAMILY
10  TRUST, C/O KENNETH W. KOERWITZ & JAN
CASE KOERWITZ, MELVIN KERNER, KERNER
11  REVOCABLE TRUST B DATED 3/16/81 C/O
MELVIN W. KERNER TRUSTEE, LINDSEY
12  KESLER, C K KHURY, KIM FINANCIALS LLC,
KIRKHAM & SANGINITI TRUST DATED 2/29/96
13  C/O LAWRENCE A. KIRKHAM & KATHLEEN B.
SANGINITI TRUSTEES, KIWI-NEVADA LP,
14  OTHMAR KLAY, CHRISTINE KLAY, KLAY
LIVING TRUST DATED 7/11/90 C/O OTHMAR
15  KLAY & CHRISTINE KLAY, WALTER KLEVAY,
GAIL KLEVAY, BERNARD KLOENNE, GREGOR
16  KLOENNE, OTILLA KLOENNE, KM FINANCIALS
LLC, CAROL MORTENSEN KESLER & LINDSEY
17  KESLER, KM GROUP A NEVADA GENERAL
PARTNERSHIP C/O AIMEE KEARNS MANAGING
18  PARTNER, KM TRUST C/O AIMEE KEARNS
TRUSTEE, MARCIA KNOX, JERRY KOERWITZ,
19  SHARON L. KOERWITZ, KENNETH KOERWITZ,
JAN CASE KOERWITZ, LOUISE KOLBERG,
20  HARVEY KORNHABER, STEPHEN KOWALSKI,
ARTHUR KRISS, RICHARD N. KRUPP, KRUPP
21  FAMILY TRUST, RICHARD N. KRUPP, WENDY
KWONG, ANNA LACERTOSA, MARIE
22  LACERTOSA, DINA LADD, JOSEPH B.
LAFAYETTE, CATHERINE D. LAFAYETTE,
23  JACK LAFLESCH, NORMA LAMB-GROVES,
LORETTA LAMONT, WHITNEY LAUREN,
24  PAULA LAWSON, LINDA LEBLANC, GENE
LEBLANC, EMILY LEE, JOHN LEE, TRACY LEE,
25  MILTON LEHART, JAMES LEHR, JULIE LEHR,
LARRY LEHRMANN, KATHLEEN LEHRMANN,
26  NIENKE A. LEIS-HOHMANN, BRUCE LEMAR,
WILLIAM LENHART, ROBERT LEVY, RENEE
27  LEVY, JAMES LIDSTER, PHYLLUS LIDSTER,
PATRICIA R. LIETZ, LINDSEY H. KESLER
28  FAMILY TRUST, MILDER KESLER & LINDSEY
H. KESLER TRUSTEES, PAUL LINNEY, DAVID

Bullivant|Houser|Bailey PC
3383 Howard Hughes Pkwy., Suite. 550
Las Vegas, NV 89169
Telephone: (702) 669-3600
Facsimile: (702) 650-2995

1 G. LIVINGSTON, ERLINA M. LIVINGSTON, IVAN
LOEBS, DEBRA LOMAX, POMPEO JULIAN
2 LOMBARDI, RICHARD LOUGHLIN, ROBERTA
LOUGHLIN, LOUGHLIN FAMILY TRUST,
3 RICHARD J. LOUGHLIN & ROBERTA A.
LOUGHLIN TRUSTEES, LOUIS H. & SHIRLEY M.
4 TURNER FAMILY TRUST DATED 9/9/97 C/O
LOUIS H. & SHIRLEY M. TURNER TRUSTEES,
5 LOUISE ALPORT KOLBERG REVOCABLE
TRUST, LOUISE A. KOLBERG TRUSTEE, LOUISE
6 TEETER IRA, HENRI LOUVIGNY, MARCELLE
LOUVIGNY, JANICE LUCAS, HERBERT LUM,
7 JOHN M. LUONGO, GLORIA LUONGO,
STEPHANIE LUONGO, WILLIAM O. LURTZ,
8 SUSIE LURTZ, SCOTT MACHOCK, HEIDI
MACHOCK, EUGENE MACHOCK, DIANNE
9 MACHOCK, JOSETTE MADLAMBAYAN, ROGIE
MADLAMBAYAN, STUART MADSEN, AL
10 MAESTRI, JOHN MAGUIRE, DIANE MAGUIRE,
BARBARA MALKOFF, JOHN MALLIN, THERESA
11 MALLIN, MICHAEL MALONEY, JO ANN
MALONEY, MORRIS MANSELL, JOHN MANTER,
12 NANCY MANTER, GILBERT MANUEL,
CHARLES MARADEN, JEAN MARADEN,
13 MARGARET M. CANGELOSI FAMILY TRUST,
MARGARET M. CANGELOSI TRUSTEE,
14 MARILYN C. JOHNSON LIVING TRUST DATED
10/5/99 C/O MARILYN C. JOHNSON TRUSTEE,
15 LILY MARKHAM, IRENE (TAFOYA) MARKHAM,
ALAN MARKUS TRENA MARKUS, MONIQUE
16 MARKWELL, TERRY MARKWELL, CHRISTIANE
MARKWELL, MARKWELL FAMILY TRUST,
17 CHRISTIANE MARKWELL & TERRY
MARKWELL TRUSTEES, J. V. MARRONE, VR
18 MARRONE, REBA MARRONE, ANN MARSDEN,
DON MARSHALL, JERROLD MARTIN, JAMES
19 MARTIN, LOUIS MASSRY, SANDRA MASTERS
GLADYS MATHERS, EDDIE MAYO, JOHN
20 MCAFFEE, JENNIFER MCAFFEE, ALICIA
MCBRIDE, MARLON MCBRIDE, JAMES
21 MCCONNELL, MAUDRENE MCCONNELL,
MICHAEL T. MCGRATH, JAMES MCKNIGHT,
22 PHILLIP E. MCMULLIN, ROSEMARIE L.
MCMULLIN, WILLIAM MCQUERRY, JOANN
23 MCQUERRY, ROBIN MCQUOWN, BRIAN
MCQUOWN, HARVEY MCSHAFFREY
24 CHRISTINA MCSHAFFREY, RUDY MCTEE,
SHARON MCTEE, DENNIS MEDEIROS, L. K.
25 MEDEIROS MARINA MEHLMAN, TERI L.
MELVIN, DON D. MEYER, ALAIN MICHAEL,
26 DAWN LEVY MICHAEL, GREG MILANO, JANE
MILANO, KATHLEEN A. MILLER, GARY
27 MILLER, BARBARA MILLER, STEVE MILLER,
KAREN MILLER, WAYNE MILLER, KATHRYN
28 MILLER, DOUGLAS MINTER, ELIZABETH
MINTER, MINTER FAMILY 1994 TRUST C/O

**Bullivant|Houser|Bailey PC**
3883 Howard Hughes Pkwy., Suite. 550
Las Vegas, NV 89169
Telephone: (702) 669-3600
Facsimile: (702) 650-2995

1  DOUGLAS MINTER & ELIZABETH MINTER
TRUSTEES, MINTER INVESTMENT LP,
2  MARILYN MOLITCH, MATTHEW MOLITCH, DR.
JANA MOLVAN, MONIGHETTI INC., RONALD
3  MONTESANO, HAROLD MOODY, MARY
MOODY, RAYMOND C. MOORE, ROSE MOORE,
4  ALMA MOORE, ARTHUR MOORE, ERNEST J.
MOORE, WILLIAM MORGAN, DONNA
5  MORGAN, MORRIS MANSELL IRA, CAROL
MORTENSEN, PAULIUS MOSINSKIS, MUKS
6  REALTY LLC, DANNIE R. MURPHY, DENISE
MURPHY, ELIZABETH R. MURPHY, RICHARD
7  MURPHY, VIRGINIA MURPHY, JEAN MURRAY,
MURRAY TRUST C/O AIMEE KEARNS
8  TRUSTEE, WALTER AND BARBARA MUSSO,
MUSSO LIVING TRUST DATED 11/30/92 C/O
9  WALTER MUSSO & BARBARA MUSSO, NANCY
R. DAVIS DEFINED BENEFIT PLAN, NANCY R.
10  DAVIS, DOMINIQUE NAYLON, CARLA NEILAN,
JAMES NELSON, GLORIA NELSON, NELSON &
11  VIRGINIA CHARDOUL TRUST DATED 10/7/9L,
C/O NELSON & VIRGINIA CHARDOUL
12  TRUSTEES, RICHARD NEVINS, MICHELE
NEVINS, DANIEL NEWMAN, DAVID NEWMAN,
13  SANDRA NEWMAN, FREDA NEWMAN, LARRY
NEWMAN, ELSIE NEWMAN, NEWMAN FAMILY
14  TRUST DATED 9/30/97 C/O LARRY J. NEWMAN
& ELSIE D. NEWMAN TRUSTEES, MARVIN
15  NICOLA, ALLEN NIRENSTEIN, DOROTHY
NIRENSTEIN, PAULA NORDWIND, NORMA
16  LAMB GROVES TRUST, NORMA LAMB
GROVES TRUSTEE, NORSCOTT FINANCIAL
17  CORP., JEWELL NOVAK, STANLEY NOVARA,
THOMAS NUCKOLS, JOANNE NUCKOLS,
18  JOANN NUNES, OLGA O'BUCH, JOHN
O'RIORDAN, SONHILD O'RIORDAN, PATRICK
19  E. O'SULLIVAN, SOON Y. O'SULLIVAN, HENRY
OBERMULLER, MENGIA OBERMULLER, THE
20  O'BRIENS, WILLIAM W. OGREN, BETTY R.
OGREN, ROBERT OGREN, JOHN OKITA, OLGA
21  O'BUCH TRUST DATED 5/28/98, C/O OLGA
O'BUCH TRUSTEE, ALFRED OLSEN JR., GAIL B.
22  OLSEN, VERNON OLSON, PAUL OLSTER,
ADRIAN J.R. OOSTHUIZEN, ORBAN H. REICH
23  TRUST DATED 12/27/00 C/O ORBAN H. REICH
TRUSTEE, VESLAV ORVIN, AARON OSHEROW,
24  PAUL OSTER, WILLIAM OVCA, HAROLD PALS,
EDWARD PANYREK, JOAN PANYREK,
25  CYNTHIA PARDEE, CHARLES PARKER, MARY
JANE PARKER, LEXEY PARKER, JOYCE
26  PATTERSON-ROGERS, PATTERSON-ROGERS
FAMILY 2001 TRUST DATED 9/5/01 C/O ROBERT
27  C. PATTERSON-ROGERS & JOYCE PATTERSON-
ROGERS, ROBERT PECH, JUDITH PECH,
28  JENNIFER COLE PEELE, PEELE BYPASS TRUST
DATED 2/10/87 C/O JENNEFER C. PEELE

Bullivant|Houser|Bailey PC
3883 Howard Hughes Pkwy., Suite. 550
Las Vegas, NV 89169
Telephone: (702) 699-3600
Facsimile: (702) 650-2995

1  TRUSTEE, PEELE SPOUSAL TRUST DATED
   2/10/87 C/O JENNEFER C. PEELE TRUSTEE,
2  PENSCO TRUST COMPANY INC. FBO ROBERT
   WILLIAM ULM IRA #UL006, ROBERT W. ULM,
3  DANIEL PERESLETE, ERIC PERLMAN,
   KATHERINE PERLMAN, ROBERT PERLMAN,
4  LYNN PERLMAN, TAMARA PERLMAN,
   PERLMAN INVESTMENT PARTNERS, LP, PETER
5  VALVE CO., INC., ANDREW PETERSON,
   SHARON PETERSON, ROBERT PHILLIPS,
6  STEPHEN PHILLIPS, FRANCES PHILLIPS,
   HOLLY PICKEREL, DONALD PINSKER,
7  SHERRYL PINSKER, PATRICIA PONTAK,
   SHELDON PORTMAN, MARION PORTMAN,
8  CLAIR POTTER, MARTHA POTTER, ANTHONY
   PRESCIA, NANCY PRESCIA, PRESCIA FAMILY
9  TRUST, ANTHONY PRESCIA & NANCY
   PRESCIA TRUSTEES, PRESWICK CORP.,
10 NORMAN PRINS, CHARLENE PRINS, CAROL
   PRUNER, EMMELINE PUNSALAN, RUSSELL
11 QUINN, MARION QUINN, R. L. ALLGEIER
   FAMILY TRUST, ROBERT L. ALLGEIER &
12 DONNA L. ALLGEIER, DENNIS RAGGI,
   MICHELE RAGGI, RICHARD RAKER, RANDY
13 SANCHEZ IRA, GORDON RAY PHILLIPS,
   CHRISTINA REALE, FRANK REALE, LAUREN
14 REALE, ELAN REDDELL, DONALD JAYLYLE
   REDMON, MICHAEL REED, LINDA REED, NOEL
15 REES, MARY ANN REES, WILLIAM LEE
   REEVES, ANNEMARIE REHBERGER, MICHAEL
16 REHBERGER, JEANA REHBERGER,
   REHBERGER FAMILY TRUST DATED 6/17/92
17 C/O ANNEMARIE REHBERGER TRUSTEE,
   THOMAS REHN, ORBAN H. REICH, LINDA C.
18 REID, RENO AERONAUTICAL DEFINED
   BENEFIT PENSION PLAN, RICHARD R. TRACY
19 TRUSTEE, MICHAEL H. RICCI, RICHARD M.
   RAKER LIVING TRUST DATED 3/18/98 C/O
20 RICHARD M. RAKER TRUSTEE, RICHARD R.
   TRACY, URSULA W. TRACY, JEAN RICHARDS,
21 RICHARD RICHERT, JEAN RICHERT, THOMAS
   RIEDMAN, LARRY RIEGER, PATSY RIEGER,
22 RACHEL RIEHLE, RIGGS TRUST DATED 6/11/90,
   FRANCIS DONALD RIGGS JR., FRANCIS
23 DONALD RIGGS, JR., CECIL E. RIORDAN,
   BARBARA RIORDAN, JOSEPH RIZZUTO,
24 DOROTHY RIZZUTO, CASANDRA ROBBINS,
   ROBERT G. FULLER TRUSTEE OF THE RGF
25 REVOCABLE TRUST, ROBERT G. FULLER
   TRUSTEE, ROBERT J. YONDER DEFINED
26 BENEFIT PLAN, ROBERT J. YODER, ROBERT L.
   OGREN TRUST DATED 6/30/92 (ACCT #2) C/O
27 ROBERT L. OGREN TRUSTEE, ROBERT L.
   OGREN TRUST DATED 6/30/92 C/O ROBERT L.
28 OGREN TRUSTEE, ROBERT L. OGREN TRUST
   DATED 6/30/92 C/O ROBERT L. OGREN

– 11 –

Bullivant|Houser|Bailey PC
3883 Howard Hughes Pkwy., Suite. 550
Las Vegas, NV 89169
Telephone: (702) 669-3600
Facsimile: (702) 650-2995

1  TRUSTEE ACCT #3, ROBERT W. HEINSOHN &
PHYLLIS A. HEINSOHN TRUST C/O ROBERT W.
2  & PHYLLIS A. HEINSOHN TRUSTEES,
ROCKLIN/REDDING LLC, ROBERT RODRIGUEZ,
3  AUDREY ROE, REBECCA ROGER, JAMES
WILLIAM ROGERS, ELEANOR ROGERS,
4  REBECCA ROGERS, SAUL ROISENTUL, ILENE
ROISENTUL, ROISENTUL FAMILY TRUST,
5  SAUL ROISENTUL & ILENE ROISENTUL
TRUSTEES, CRAIG ROMMEL, ANN MARIE
6  ROMMEL, ROSALIND L. STARK POA FOR
FREDA COHEN, FREDA COHEN, ROSEANNE
7  CLARK REVOCABLE TRUST, ROSEANNE
CLARK TRUSTEE, DAVID ROSNER, LEE
8  ROTCHY, THALIA ROUTSIS, ROBERT ROWLEY,
KATHLEEN ROWLEY, PHILLIP RULON,
9  SHIRLEY RULON, INGRID RUTHERFORD,
BURTON SACK, GREGORY SAK, JANA SAK,
10  DANIEL SALERNO, VIRGINIA SALERNO, ANNE
F. DI SALVO, RANDY SANCHEZ, SHARON
11  SANCHEZ, SANCHEZ LIVING TRUST DATED
10/13/03 C/O RANDY M. SANCHEZ & SHARON
12  SANCHEZ TRUSTEES, LAWRENCE SANGINITI,
KATHLEEN SANGINITI, HOLLIS SAULSBERRY,
13  EDWARD SCHEIDEGGER, ARTHUR
SCHNITZER, LYNN SCHNITZER, SCHNITZER
14  LIVING TRUST, ARTHUR SCHNITZER & LYNN
SCHNITZER, EDWARD SCHOONER, SUSAN
15  SCHOONER, KENNETH B. SCHULZ, MARY KAY
BRYAN-SCHULZ, SCHWARTZ & EARP JOINT
16  VENTURE, SECURE RETIREMENT TRUST B,
LARRY APIGIAN & LEONA APIGIAN, NANCY
17  SERINO, RONALD SHACKELFORD, ROBERT
SHAPIRO, LEE SHAPIRO, CHRIS SHARP, TERI
18  SHARP, EVELYN SHEERIN, GARY SHEERIN,
JOANN SHEERIN, SHEERINS INC., A NEVADA
19  CORPORATION, JOANN SHEERIN PRESIDENT,
ALTHEA F. SHEF, SHELDON & MARION G.
20  PORTMAN TRUST DATED 11/01/85, SHELDON
PORTMAN & MARION G. PORTMAN TRUSTEES,
21  PHILLIP E. SHELTON, LESLIE SIGGSSIGGS,
ROBERT SIKORSKI, ALAN R. SIMMONS,
22  JUDITH B. SIMMONS, SIMMTEX, INC., ALAN
SIMON, CAROL SIMON, SIMON FAMILY TRUST
23  2000 C/O ALAN SIMON & CAROL SIMON
TRUSTEES, SKIP AND MARY HAROUFF TRUST
24  DATED 12/5/95, MARY ANN HAROUFF
TRUSTEE, SONDRA SKIPWORTH, CHARLES
25  SMALL, RICHARD L. SMALL, JACQUELINE
SMALL, TODD SMITH, JUNE SMITH, DONALD
26  SMITH, FRANCES SMITH, RAYMOND SMITH,
MARGARET SMITH, ROBERT SMITH,
27  TERRYLIN SMITH, FRANK SNOPKO, HERBERT
SONNENKLAR, NORMA SONNENKLAR,
28  FRANCESCO SORO, DAVID A. SOUZA,
ELIZABETH M. SOUZA, SOVEREIGN CAPITAL

Bullivant|Houser|Bailey PC
3883 Howard Hughes Pkwy., Suite 550
Las Vegas, NV 89169
Telephone: (702) 669-3600
Facsimile: (702) 650-2995

1  ADVISORS, LLC (STAN TARA), ROBERT &
BARBARA SPECKERT, SPECTRUM CAPITAL
2  LLC, DWIGHT SPER, BONNIE SPER, DONALD
SPRING, EVELYN SPRING, CAROL SQUICCI,
3  ARNOLD STAIRMAN, ROSALIND STARK,
STARK FAMILY TRUST, ROSALIND L. STARK
4  TRUSTEE, RONALD STARR, GLORIA STARR,
STATER FAMILY LTD. PARTNERSHIP,
5  ATHANASIA STEIN, JAY STEIN, MICHAEL
STEWART, MARY JUDE STEWART, EUGENE
6  STOKES, NORMAN STOKES, STSK
INVESTMENTS LLC, JAMES SUPPLE, ROBERT
7  SUSSKIND, LELAND SWANSON, LENA
SWANSON, DONALD SWEZEY, BEVERLY
8  SWEZEY, GEORGE SWILLEY, LOUIS SWILLEY,
VIRGINIA SWILLEY, DAVID TAMMADGE, JOHN
9  TAYLOR, JOY TAYLOR, KERRY TAYLOR,
JOYCE TAYLOR, LOUISE TEETER, NORMAN
10  TEETER, ROBERT TEETER, ROGER G. TEETER,
LAWRENCE TENGAN, LORRAINE TENGAN,
11  TERRY MARKWELL PROFIT SHARING PLAN
AND TRUST, TERRY MARKWELL TRUSTEE,
12  THALIA ROUTSIS FAMILY TRUST DATED
7/24/90, THALIA ROUTSIS, THE BENZ FAMILY
13  TRUST DATED 7/14/95 C/O BERNARD D. BENZ
& MARGARET W. BENZ, THE DAVID A. GEAN
14  TRUST DATED 4/3/92 C/O MARSHALL
KENDALL TRUSTEE, THE HAROUFF
15  CHARITABLE REMAINDER TRUST DATED
9/5/96, MARY ANN HAROUFF TRUSTEE, THE
16  PAULA NORDWIND & AARON NORDWIND 2001
REVOCABLE TRUST, AARON NORDWIND &
17  PAULA NORDWIND TRUSTEES, THE ROBERT
WILLIAM ULM LIVING TRUST DATED 4/11/05,
18  ROBERT W. ULM TRUSTEE, THE SCHOONER
FAMILY TRUST, EDWARD L. & SUSAN A
19  SCHOONER TRUSTEES, GARY THIBAULT,
SANDRA THIBAULT, THOMAS REHN IRA,
20  WILMA JEAN THOMPSON, GREGORY
THOMPSON, DEBRA THROWER, BOB
21  THROWER, PATRICIA LEE TIEDE, TIKI
INVESTMENT ENTERPRISES LP, TITAN
22  MANAGEMENT LTD, NEIL TOBIAS, JOSEPH
TOBIAS, LESLEIGH TOLIN, TOD GARY TOLIN,
23  JAMES G. TON, DOROTHY TON, GERRY KEVIN
TOPP, GARY TOPP, RICHARD TRACY, URSULA
24  TRACY, RORY TRIANTOS, CAROL TRIPP, JOHN
TRIPP, WALTER TRIPP, WARREN W. TRIPP,
25  TRIPP ENTERPRISES INC., TRIPP ENTERPRISES
INC. RESTATED PSP C/O WARREN W. TRIPP
26  TRUSTEE, GARY TUCKER, LINDA TUCKER,
DARLENE TURNER, LOUIS TUCKER, SHIRLEY
27  TURNER, PAUL TURNER, CAROL TURNER,
ROBERT TURNER, NANCY TURNER, MARK
28  TYSSELING, SHARON TYSSELING, ROBERT
ULM, UNIVERSAL MANAGEMENT, TONY

Bullivant|Houser|Bailey PC

3883 Howard Hughes Pkwy., Suite 550
Las Vegas, NV 89169
Telephone: (702) 669-3600
Facsimile: (702) 650-2995

1  CHAUDHRY, LLOYD VAN SICKLE, ROY R.
   VENTURA JR., NANCY B. VENTURA, MARSHA
2  VIEIRA, MELODY VIOLET, DONALD VIRTS,
   PATRICIA VIRTS, KIP VIRTS, MELISSA VIRTS,
3  VIRTS REVOCABLE LIVING TRUST C/O
   DONALD E. VIRTS & PATRICIA VIRTS
4  TRUSTEES, MARIETTA VOGLIS, GUNTER
   VOLPEL, CHRISTIANE VOLPEL, VOLPEL TRUST
5  DATED 2/2/96 C/O GUNTER VOLPEL &
   CHRISTIANE VOLPEL TRUSTEES, W. E. BUCK
6  FAMILY TRUST DATED 7/02/87 C/O WILLIAM E.
   BUCK & ELENOR F. BUCK, JOHN WADE,
7  MARLENE WADE, DAVID C. WAHL,
   MARGARET A. WAHL, WALD FINANCIAL
8  GROUP, INC., WILLIAM C. WALLACE,
   PATRICIA M. WALLACE, ANNA WALLACE,
9  BRUCE WALLACE, JOSEPH WALLS, ELLEN
   WALLS, WILLIAM WARWICK, VIRGINIA
10 WARWICK, DELBERT & MARY WATKINS,
   JOHN & COLLEEN WEAVER, PATRICIA ANN
11 WEBBER, WEBBER FAMILY TRUST DATED
   10/31/89, HEINRICH RICHARD WEBER,
12 BRIGITTE S. WEBER, ARDIS WEIBLE, DEAN
   WEIBLE, J. J. WELLS, CONNIE WESTBROOK,
13 AUDREY WHIGHTSIL, H. DANIEL WHITMAN,
   WHITNEY H. LAUREN FAMILY TRUST DATED
14 3/5/98 C/O WHITNEY H. LAUREN TRUSTEE,
   EUGENE WIEHE, LYNN WILKELIS, BARTON
15 WILKINSON, DIANNA WILKINSON, HAROLD
   WILLARD, BEVERLY WILLARD, JOHN L.
16 WILLIS JR., RODNEY L. WINDLE, ANN WINDLE,
   ALBERT WINEMILLER, DEBRA WINEMILLER,
17 RUDOLF WINKLER, CARMEL WINKLER,
   WINKLER FAMILY TRUST, RUDOLF F.
18 WINKLER & CARMEL WINKLER, DORIS
   WINTER, CRAIG R. WISCH, RICHARD WOOD,
19 ROBERT WOODS, WOODS FAMILY TRUST,
   ROBERT D. WOODS & LOUISE D. WOODS
20 TRUSTEES, RALPH WORTHING, MARYANNE
   WORTHING, KENNETH WYATT, PHYLLIS
21 WYATT, NEIL A. XAVIER, JOY E. XAVIER, NELL
   XAVIER, JOSEPHINE XAVIER, YANKEE
22 HOLDINGS LLC, ROBERT YODER, DWIGHT
   YODER, NANCY YODER, JUDY S. YOUNG,
23 RICHARD S. YOUNGE, BEVERLY J. YOUNGE,
   JOSEPH G. ZAPPULLA, CAROL A. ZAPPULLA,
24 ZAWACKI A CALIFORNIA LLC, EVO ZEPPONI,
   BILLIE ZEPPONI, ANTHONY J. ZERBO,
25 MARSHALL R. ZERBO, FRANZ ZIMMER, and
   TERRY ZIMMERMAN,

26
                              Defendants.

27          Plaintiffs Compass USA SPE LLC; a Delaware limited liability company,

28 Compass Financial Partners LLC, a Nevada limited liability company ("CFP Nevada"); and

                              – 14 –

Bullivant|Houser|Bailey PC
3883 Howard Hughes Pkwy., Suite. 550
Las Vegas, NV 89169
Telephone: (702) 669-3600
Facsimile: (702) 650-2995

1  Compass Financial Partners LLC, a Delaware limited liability company ("CFP Delaware" and

2  collectively, "Compass"), for its complaint (the "Complaint") against defendants USA

3  Commercial Mortgage Company ("USACM"), USA Capital Realty Advisors, LLC ("USA

4  Realty"), USA Capital Diversified Trust Deed Fund, LLC ("USA Diversified"), USA Capital

5  First Trust Deed Fund, LLC ("FTDF"), and USA Securities, LLC ("USA Securities")

6  (collectively, the "Debtors"), and Donna Cangelosi ("Cangelosi"), 2001 Michael T. McGrath

7  Revocable Trust, Michael T. McGrath Trustee, A. L.Neil Associates, Neil Tobias, A-1 Casters

8  & EquipReno LLC, Anne E. Abrams, Abrams Living Trust Dated 10/23/96 c/o Anne E. Abrams

9  Trustee, Paola Accusani, Action Sport Alliance USA Inc., Arthur Adams, Gloria Adams,

10 Leonard Adams, Denise Adams, Richard Adams, Janet Adams, Kenneth Addess, Victoria

11 Addess, AIG Limited, A Nevada Limited Partnership, Adib Al-Awar, Ellen Al-Awar, Al-Awar

12 Living Trust dated 04/05/01 c/o Adib M. Al-Awar & Ellen A. Al-Awar Trustees, David Albiol,

13 Marcia Albiol, Henry Albiol, Florence Alexander, Stanley Alexander, Allen M. Nirenstein &

14 Dorothy H. Nirenstein 1992 Revocable Trust, Allen M. & Dorothy H. Nirenstein Trustees,

15 Robert & Donna Allgeier, Karen R. Allison, Fred Altenburg, Arnold Alves, Agnes Alves, Alves

16 Family Trust 10/27/89 c/o Arnold Alves & Agnes Alves, Trustees, August Amaral, August J.

17 Amaral, Robert P. Anderson, Lowell Andrews, Larry Apigian, Leona Apigian, Suzanne

18 Arbogast, Arline L. Cronk & Edward H. Davies Living Trust dated 6/27/03 c/o Arline L. Cronk

19 & Edward H. Davies Trustees, Robert Asselin, Mary Asselin, Michael AU, Audrey M.

20 Whightsil Revocable Living Trust c/o Audrey M. Whightsil Trustees, Lui Avanzino, Audrey

21 Avanzino, George Averett, Claire Averett, C. Donald Ayers, BABS Inc. Trust c/o Aimee

22 Kearns Trustee, BABS Trust c/o Aimee Kearns Trustee, Peter Backes, Paul Backes, Loretta

23 Backes, Daniel Barcia, Jed Barish, Simmtex Inc., Don Barnes, Miriam Barnes, James Barnes,

24 Clark Bartkowsk, Jean Bartkowski, Richard D. Barzan, Lelia J. Barzan, Alta Bates, Arlene

25 Beadle, Webster Beadle, Susanne Beadle, Jack Beaulieu, Ruby Bell, Harriet Bender, Robert

26 Bender, Paula Bender, Bernard D. Benz, Margaret Benz, Robert Berry, Jeannette Berry, Billy D.

27 Denny and Donna R. Denny 2000 Revocable Living Trust c/o Billy D. Denny and Donna R.

28 Denny Trustees, Albert Blumenthal, Charles Boggs, William Bolding, Carolyn Bolding, Gary

Bullivant|Houser|Bailey PC
3883 Howard Hughes Pkwy., Suite. 550
Las Vegas, NV 89169
Telephone: (702) 669-3600
Facsimile: (702) 650-2995

1  Bonnema, Kathleen Borkoski, John Borkoski, Charles Borom, Lanna Borom, Richard Bowman,
2  Boyce 1989 Trust dated 6/12/89 c/o Kathleen A. Boyce, Kathleen Boyce, Michael S. Braida,
3  Raymond Brant, Ann Brant, Glen Brecht, Janine Brecht, Marshall Brecht, Janet Brecht, Michael
4  Bridges, Michael R. Brines, Cindy G. Brines, Penny Brock, Robert Brooks, Candith Brooks,
5  Donna Brooks, Lee Bryant, Patricia Bryant, Robert Bryan, Ann Bryan, William Buck, Elenor
6  Buck, Neil Buckwald, Burgarello Alarm Inc. Profit Sharing Plan, Ronald A. Johnson Trustee,
7  Donald Burger, Peggy Burger, Dr. Joselito Tan Burgos, Lawrence A. Bush, Mary L. Bush,
8  Richard Cadieux, Clara Cadieux, Valerie Callahan, Charles R. Maraden, Dennis G. Campton,
9  John R. Cangelosi, Margaret M. Cangelosi, Brandon A. Cangelosi, Kay M. Cantrell, Peter W.
10 Capone, Deidre D. Capone, Carol Mortensen Family Trust dated 9/9/90 c/o Carol Mortensen
11 Trustee, Michael Carpenter, Anne Carpenter, Don Carrier, Sara Carrier, Ronald Carter, Leslie
12 Carter, Josephine Casebolt, Casebolt Revocable Trust, Josephine Casebolt Trustee, Tito
13 Castillo, Jairo Castillo, Maurice Caushois, Jacqueline Cauchois, Richard Chambers, Leona
14 Chapman, Eunice Chapman, Nelson Chardoul, Virginia Chardoul, Charles B. Dunn IV Trust
15 dated 8/12/05 c/o Charles B. Dunn IV Trustee, Charles Henry Small Revocable Living Trust c/o
16 Charles Henry Small Trustee, Charlotte Snopko Marital Trust, Frank Snopko, Charlotte Snopko
17 Residual Trust, Frank Snopko, Tony Chaudhry, Paul Chelew, Chris Sheerin (Deceased) and
18 Evelyn Sheerin 1984 Trust, Chris Sheerin & Evelyn Sheerin Trustees, Chris Sheerin (Deceased)
19 and Evelyn Sheerin 1990 Trust, Chris Sheerin & Evelyn Sheerin Trustees, CIBB Inc. d/b/a
20 Johnson Investment Inc. Pension Plan, Ronald A. Johnson Trustee, Clara M. Cadieux
21 MWDWS&SP, Clara Cadieux, Clara M. Cadieux MWDWS&SP, Richard & Clara Cadieux,
22 Curtis Clark, Donald Clark, Harold Clark, Jack Clark, Rosanne Clark, Classic Plumbing, a
23 Nevada company, Clawiter Associates, John Clendening, Doreen Clendening, George Cohan,
24 Larry Colborn, Loretta Colborn, Colborn Revocable Living Trust, Larry E. Colborn & Loretta
25 A. Colborn, Collins Family Trust dated 1/12/93 c/o Shirley M. Collins Trustee, Shirley Collins,
26 Thomas R. Conway, Victoria C. Conway, Aldon G. Cook, Deedra Cook, Harold & Joyce
27 Corcoran, Sam Costanza, Eleanor Couch, Howard Craig, Frankye Craig, Gareth Craner, Joan
28 Crittenden, Arline Cronk, Loyal Crownover, Shirley Cupp-Doe, Cynthia G. Davis Living Trust

Bullivant|Houser|Bailey PC
3883 Howard Hughes Pkwy., Suite 550
Las Vegas, NV 89169
Telephone: (702) 669-3600
Facsimile: (702) 650-2995

1   c/o Cynthia G. Davis Trustee, D. Joseph & Louise M. Doucet 1989 Trust dated 3/30/89 c/o D.

2   Joseph Doucet & Louise M. Doucet Trustees, Maureen Dacosta, Deborah A. Daniel, Leslie

3   Daniel, Denise Daniel, Daniel &Virginia Salerno Family Trust, Daniel Salerno & Virginia

4   Salerno Trustees, Daniel D. Newman Trust Dated 11/1/92, Daniel D. Newman Trustee, Karen

5   Danner, Dar Living Trust dated 2/12/03, Darlene Hammond Trustee, Ellen Dauscher, Alexandra

6   Dauscher, Julian Dauscher, Oren Davenport, David A. Kingman #1, Marrice Davis, Nancy

7   Davis, Glenn Davis, Bud Davis, Davis Yoder Trust dated 2/16/00, Robert J. Yoder & Nancy R.

8   Davis Trustees, Peter De Luca, Robert De Ruff, Richmond Dean, Jean Dean, Terry DeBerry,

9   Edward DeBolt, Sharron DeBolt, Gary Demaine, Denise F. Fager Revocable Trust Under

10  Agreement Dated 2/28/03 c/o Denise F. Fager Trustee, Ann R. Dery, James D. Dery, Billy

11  Denny, Donna Denny, Dwayne Deutscher, Michelle Deutscher, Duane Deverill, George Di

12  Gioia, Tamara Dias, Eric C. Disbrow MD, Helmut Dobeck, Eloise Dobeck, Robert Dobyne,

13  Leah Dobyne, Linda Doerr, Franz Doerr, Mark Dolginoff, Michael Donahue, Glenn Donahue,

14  Carrie Donahue, Donald P. Clark Family Trust, Donald P. Clark Trustee, Arthur Donaldson,

15  Alan Dondero, Patty Dondero, Donna Dunn Trust dated 8/12/05 c/o Donna Dunn Trustee,

16  Donna M. Cangelosi Family Trust, Donna M. Cangelosi Trustee, Joseph Doucet, Louise

17  Doucet, David B. Doutt, Johnnie Doutt, Panagiotis Dovanidou, Dimitra Dovanidou, William A.

18  Downey, Daniel T. Drubin, Laura Drubin, Donald C. Dunbar, Wanda Dunbar, Dunbar

19  Revocable Living Trust dated 11/21/98 c/o Donald C. Dunbar & Wanda D. Dunbar Trustees,

20  Alan Duncan, Carolyn Duncan, Charles Dunn, Donna Dunn, Carol (Sue) Dunton, Ford Dunton,

21  William Dupin, Penny Dupin, Wayne Dutt, Cynthia Dutt, Mary Ann Earp, Mary H. Earp,

22  Robert Earp, William Eastland, Carol Eastland, Monica Ebaugh, Gale Ebert, Robert R. Ecker,

23  Kathy Eden, John Eden, Tina Eden, Edwin Lowell Hausler Jr. Living Trust Dated 1/3/92 c/o

24  Edwin Lowell Hausler Jr. Trustee, John Eichhorn, Jill Eichhorn, Elan Reddell Revocable Living

25  Trust dated 8/4/03, Elan Reddell Trust, Eleanor L. Rogers 1991 Revocable Living Trust Dated

26  7/3/91 c/o Eleanor L. Rogers Trustee, Jonathan M. Eller, Carol A. Eller, David Enrico, Bonny

27  Enrico, Harold Epstein, Cindy Essaff, Robert Essaff, Eugene H. & Norma M. Stokes Trust

28  dated 5/16/84 c/o Norma M. Kerner Trustee, Lamberto Eugenio, Samuel Evans, Beverly Evans,

Bullivant|Houser|Bailey PC
3883 Howard Hughes Pkwy., Suite 550
Las Vegas, NV 89169
Telephone: (702) 669-3600
Facsimile: (702) 650-2995

1  Daniel Everett, Sandra Everett, John Everett, Sagrario Evers, Edward Eyre, Carol Eyre, Denise
2  Fager, Byrne Falke, Jr., Byrne Falke, Sr., Jane Falke, Marguerite Falkenborg, Thomas Fallon,
3  Joseph Farrah, Emily Farrah, Julia Farrah, Theresa M. Farrah, Farrah Family Trust Dated
4  9/18/03 c/o Joseph A. Farrah & Emily T. Farrah Trustee, William Favro, Carol Favro, J.
5  Feeney, James Feeney, Maureen Feeney, Patricia Ferguson, Adam Fetterly, Lynn Fetterly,
6  Melody Fetterly, Fetterly Family Trust Dated 6/30/89 c/o Lynn L. Fetterly & Melody A.
7  Fetterly Trustees, Roy Filkin, Dianna Filkin, Arlene J. Fine, Ronald Finkel, Karen Finkel,
8  Bernard Finley, Jacklyn Finley, First Savings Bank Custodian for Carol Mortensen Kesler,
9  Carol Mortensen Kesler IRA, First Savings Bank Custodian for Dr. James W. Forsythe IRA, Dr.
10  James W. Forsythe, First Savings Bank Custodian For Jack La Flesch IRA, Jack La Flesch, First
11  Savings Bank Custodian For Jocelyne Helzer IRA, Jocelyne Helzer, First Savings Bank
12  Custodian For Linda S. Reed IRA, Linda S. Reed, First Savings Bank Custodian for Lindsey H.
13  Kesler IRA, Lindsey H. Kesler IRA, First Savings Bank Custodian For Lynn Fetterly IRA,
14  Lynn Fetterly IRA, First Savings Bank Custodian For Michael Reed IRA, Michael T. Reed,
15  First Savings Bank Custodian for Nancy R. Gilmour IRA, Nancy R Gilmour IRA, First Savings
16  Bank Custodian For Randy M. Sanchez IRA, Randy M. Sanchez IRA, First Savings Bank
17  Custodian for Richard L. Cadieux IRA, First Savings Bank Custodian for Richard W. Gilmour
18  IRA, Richard W. Gilmour, First Savings Bank Custodian for Robert G. Fuller IRA, Robert G.
19  Fuller, First Savings Bank Custodian For Theodore E. Kiewicz IRA, Theodore E. Kiewicz IRA,
20  First Trust Company of Onaga Custodian For Dennis Medeiros IRA, Fiserv Custodian for the
21  Benefit of Ed Davies IRA, Ed Davies, Fiserv, Custodian for the Benefit of Arline L. Cronk IRA,
22  Arline L. Cronk, Evelyn Fisher, Donald Flood, Betty Flood, Timothy Folendorf, Tad Folendorf,
23  Dr. James W. Forsythe, Earlene M. Forsythe, Frank Snopko 1981 Trust, Frank Snopko, John
24  Frederickson, Michele Frederickson, Helen C. Freedus, Michael Freedus, Eric Freedus, Linda
25  Freedus, Donald Frey, Barbara Frey, Alan B. Friedman, Robert Fuller, Theodore Fuller, Fuller
26  Family Foundation, Theodore J. & Joan L. Fuller Trustees, Fuller Family Trust, Theodore J. &
27  Joan L. Fuller Trustees, G & L Nelson LP, Glenn Gaboury, Sharon Gaboury, Jerry Gage,
28  Darlene Gage, Anthony Gambello, Elizabeth Gambello, Paul Garcell, Catherine Garland, Kelli

Bullivant|Houser|Bailey PC
3883 Howard Hughes Pkwy., Suite 550
Las Vegas, NV 89169
Telephone: (702) 669-3600
Facsimile: (702) 650-2995

1    Garvey, Gary & Joann Sheerin Family Trust, Gary Sheerin & Joan Sheerin Trustees, Gary I. &

2    Barbara L. Trust, Gary I. Miller & Barbara L. Miller Trustees, Alex Gassiot, Gaston Trust dated

3    12/31/02 c/o Titan Management Ltd. Trustee, Eva Gehle, George A. Di Gioia IRA, George A.

4    Di Gioia, George Haney, Stanley Germain, Dorothy Germain, Dean Gibson, June Gibson,

5    Elmer Gilbert, Elmer Eugene Gilbert Jr., Gilbert Manuel Living Trust Dated 1/3/92, Gilbert

6    Manuel, Nancy Gilmour, Richard Gilmour, Gale Gladstone-Katz, Jo M. Gledhill, Thomas H.

7    Gloy, Phillip Goforth, Francesca Goforth, Nancy Golden, Jack Goldenthal, Sylvia Goldenthal,

8    Goldplated LLC, Mary Ann Harouff Manager, Sylvia Good, Rachelle Goodness, Lynelle

9    Goodreau, Michael John Goodwin, Theodora Gottwald, Glenn Graf, William Graham, Wilta

10   Graham, Sarah A. Grant, Thomas Gray, Gail Gray, Robert Gray, Gregory Griffith, Dianne

11   Griffith, Alan Groh, GSL Investments LLC, Toby A. Gunning, Barbara L. Gunther, Carl Hagen,

12   Kelley M. Hains, Jamie K. Hains, Thomas Halvorson, Joanne Halvorson, Darlene Hammond,

13   Larry Hanan, John A. M. Handal, George Haney, Edwin Hansen, Rachel Hansen, Christian

14   Hansen, Dwight W. Harouff, Mary Ann Harouff, Suze Harrington, Thomas Harrison,

15   Marguerite Harrison ,Raymond E. Harshman, Margaret E. Harshman, Kay Hart, Roderick

16   Harvey, Pauline Harvey, Kevin Haselhorst, Roberta Hatfield, Edwin Hausler, Jr., Stephen

17   Hawley, Sidney Hawley, Roland Hearn, Risa Hearn, Michael Heffner, Barbara Heffner, Dennis

18   E. Hein, Don Hellings, Jocelyne Helzer, Oliver Henry, Allen Herd, Marilyn Herd, Herd Family

19   Trust dated 4/23/90, Allen Herd and Marilyn Herd, Trustees, Janice Hergert, Donald Hermann,

20   Nancy Hermann, Allan Herndobler, Sue Herndobler, Donald L. Hess, Christina L. Hess, Larry

21   Higgins, Diana Higgins, Edward O. High, Marilyn Hilborn, William J. Hinson, Jr., William

22   Hinson, Jr., James Hodgson, Cynthia Hodgson, Richard and Marsha Holeyfield, Mila Horak,

23   Monica M. Hruby, Hilary Huffman, Cynthia Huffman, Huffman Family Trust dated 5/28/98, c/o

24   Hilary A. Huffman & Cynthia L. Huffman Trustees, Rodney and Cathryn Hulse, Todd AT

25   Humphrey, Rodney Huppi, Virginia Huppi, Yelena V. Ilchuck, Marc Ingman, Ingrid A.

26   Rutherford Family Trust dated 7/8/99 c/o Ingrid A. Rutherford Trustee, James H. Lidster Family

27   Trust dated 1/20/92, c/o James H. Lidster & Phyllis M. Lidster Trustees, Janet P. Johnson

28   Living Trust dated 7/15/04 c/o Janet P. Johnson & Charles E. Johnson Trustees, Janice A. Lucas

Bullivant|Houser|Bailey PC
3883 Howard Hughes Pkwy., Suite. 550
Las Vegas, NV 89169
Telephone: (702) 669-3600
Facsimile: (702) 650-2995

1   IRA, Janice Janis, Jayem Family LP, Jean G. Richards Trust dated 9/30/99 c/o Jean G. Richards

2   Trustee, Jean H. Murray Separate Property Trust dated 9/12/02, Jean H. Murray, Jon Jensen,

3   Paul Jensen, Tamara Jensen, John J. Maguire & Diane M. Maguire Living Trust 8/4/00 c/o John

4   J. Maguire & Diane M. Maguire Trustees, John Manter & Nancy K. Manter Living Trust, c/o

5   John P. & Nancy K. Manter Trustees, Marilyn C. Johnson, Beulah Johnson, Charles E. Johnson,

6   Janet P. Johnson, Marilyn Johnson, Ronald Johnson, Susan Johnson, Jonathan M. Eller Inc., Joy

7   Investment Inc., Tony Chaudhry, Julia Farrah Revocable Living Trust Dated 10/8/92, Joseph

8   Farrah, Michael Farrah Jr. & Nicholas Farrah, JWB Investments, Inc., Ronald Kantor, Ruth

9   Kantor, Charles Kastler, Margaret Kastler, Curtis Kastler, Jonathan Katz, William Kayser,

10  Kristie Kayser, Aimee Kearns, Arthur Kebble, Thelma Kebble, David Kelley, Marshall Kendall,

11  Kenneth W. Koerwitz & Jan Case Koerwitz Family Trust, c/o Kenneth W. Koerwitz & Jan Case

12  Koerwitz, Melvin Kerner, Kerner Revocable Trust B dated 3/16/81 c/o Melvin W. Kerner

13  Trustee, Lindsey Kesler, C K Khury, Kim Financials LLC, Kirkham & Sanginiti Trust Dated

14  2/29/96 c/o Lawrence A. Kirkham & Kathleen B. Sanginiti Trustees, KIWI-Nevada LP, Othmar

15  Klay, Christine Klay, Klay Living Trust Dated 7/11/90 c/o Othmar Klay & Christine Klay,

16  Walter Klevay, Gail Klevay, Bernard Kloenne, Gregor Kloenne, Otilla Kloenne, KM Financials

17  LLC, Carol Mortensen Kesler & Lindsey Kesler, KM Group a Nevada General Partnership c/o

18  Aimee Kearns Managing Partner, KM Trust c/o Aimee Kearns Trustee, Marcia Knox, Jerry

19  Koerwitz, Sharon L. Koerwitz, Kenneth Koerwitz, Jan Case Koerwitz, Louise Kolberg, Harvey

20  Kornhaber, Stephen Kowalski, Arthur Kriss, Richard N. Krupp, Krupp Family Trust, Richard N.

21  Krupp, Wendy Kwong, Anna Lacertosa, Marie Lacertosa, Dina Ladd, Joseph B. Lafayette,

22  Catherine D. Lafayette, Jack LaFlesch, Norma Lamb-Groves, Loretta Lamont, Whitney Lauren,

23  Paula Lawson, Linda leBlanc, Gene LeBlanc, Emily Lee, John Lee, Tracy Lee, Milton Lehart,

24  James Lehr, Julie Lehr, Larry Lehrmann, Kathleen Lehrmann, Nienke A. Leis-Hohmann, Bruce

25  Lemar, William Lenhart, Robert Levy, Renee Levy, James Lidster, Phyllis Lidster, Patricia R.

26  Lietz, Lindsey H. Kesler Family Trust, Milder Kesler & Lindsey H. Kesler Trustees, Paul

27  Linney, David G. Livingston, Erlina M. Livingston, Ivan Loebs, Debra Lomax, Pompeo Julian

28  Lombardi, Richard Loughlin, Roberta Loughlin, Loughlin Family Trust, Richard J. Loughlin &

Bullivant|Houser|Bailey PC
3883 Howard Hughes Pkwy., Suite. 550
Las Vegas, NV 89169
Telephone: (702) 669-3600
Facsimile: (702) 650-2995

1  Roberta A. Loughlin Trustees, Louis H. & Shirley M. Turner Family Trust dated 9/9/97 c/o
2  Louis H. & Shirley M. Turner Trustees, Louise Alport Kolberg Revocable Trust, Louise A.
3  Kolberg Trustee, Louise Teeter IRA, Henri Louvigny, Marcelle Louvigny, Janice Lucas,
4  Herbert Lum, John M. Luongo, Gloria Luongo, Stephanie Luongo, William O. Lurtz, Susie
5  Lurtz, Scott Machock, Heidi Machock, Eugene Machock, Dianne Machock, Josette
6  Madlambayan, Rogie Madlambayan, Stuart Madsen, Al Maestri, John Maguire, Diane Maguire,
7  Barbara Malkoff, John Mallin, Theresa Mallin, Michael Maloney, Jo Ann Maloney, Morris
8  Mansell, John Manter, Nancy Manter, Gilbert Manuel, Charles Maraden, Jean Maraden,
9  Margaret M. Cangelosi Family Trust, Margaret M. Cangelosi Trustee, Marilyn C. Johnson
10 Living Trust dated 10/5/99 c/o Marilyn C. Johnson Trustee, Lily Markham, Irene (Tafoya)
11 Markham, Alan Markus Trena Markus, Monique Markwell, Terry Markwell, Christiane
12 Markwell, Markwell Family Trust, Christiane Markwell & Terry Markwell Trustees, J. V.
13 Marrone, VR Marrone, Reba Marrone, Ann Marsden, Don Marshall, Jerrold Martin, James
14 Martin, Louis Massry, Sandra Masters Gladys Mathers, Eddie Mayo, John McAffee, Jennifer
15 McAffee, Alicia McBride, Marlon McBride, James McConnell, Maudrene McConnell, Michael
16 T. McGrath, James McKnight, Phillip E. McMullin, Rosemarie L. McMullin, William
17 McQuerry, Joann McQuerry, Robin McQuown, Brian McQuown, Harvey McShaffrey Christina
18 McShaffrey, Rudy McTee, Sharon McTee, Dennis Medeiros, L. K. Medeiros Marina Mehlman,
19 Teri L. Melvin, Don D. Meyer, Alain Michael, Dawn Levy Michael, Greg Milano, Jane Milano,
20 Kathleen A. Miller, Gary Miller, Barbara Miller, Steve Miller, Karen Miller, Wayne Miller,
21 Kathryn Miller, Douglas Minter, Elizabeth Minter, Minter Family 1994 Trust c/o Douglas
22 Minter & Elizabeth Minter Trustees, Minter Investment LP, Marilyn Molitch, Matthew Molitch,
23 Dr. Jana Molvan, Monighetti Inc., Ronald Montesano, Harold Moody, Mary Moody, Raymond
24 C. Moore, Rose Moore, Alma Moore, Arthur Moore, Ernest J. Moore, William Morgan, Donna
25 Morgan, Morris Mansell IRA, Carol Mortensen, Paulius Mosinskis, Muks Realty LLC, Dannie
26 R. Murphy, Denise Murphy, Elizabeth R. Murphy, Richard Murphy, Virginia Murphy, Jean
27 Murray, Murray Trust c/o Aimee Kearns Trustee, Walter and Barbara Musso, Musso Living
28 Trust dated 11/30/92 c/o Walter Musso & Barbara Musso, Nancy R. Davis Defined Benefit

Bullivant|Houser|Bailey PC
3883 Howard Hughes Pkwy., Suite. 550
Las Vegas, NV 89169
Telephone: (702) 669-3600
Facsimile: (702) 650-2995

Plan, Nancy R. Davis, Dominique Naylon, Carla Neilan, James Nelson, Gloria Nelson, Nelson & Virginia Chardoul Trust dated 10/7/9l, c/o Nelson & Virginia Chardoul Trustees, Richard Nevins, Michele Nevins, Daniel Newman, David Newman, Sandra Newman, Freda Newman, Larry Newman, Elsie Newman, Newman Family Trust Dated 9/30/97 c/o Larry J. Newman & Elsie D. Newman Trustees, Marvin Nicola, Allen Nirenstein, Dorothy Nirenstein, Paula Nordwind, Norma Lamb Groves Trust, Norma Lamb Groves Trustee, Norscott Financial Corp., Jewell Novak, Stanley Novara, Thomas Nuckols, Joanne Nuckols, Joann Nunes, Olga O'Buch, John O'Riordan, Sonhild O'Riordan, Patrick E. O'Sullivan, Soon Y. O'Sullivan, Henry Obermuller, Mengia Obermuller, The O'Briens, William W. Ogren, Betty R. Ogren, Robert Ogren, John Okita, Olga O'Buch Trust dated 5/28/98, c/o Olga O'Buch Trustee, Alfred Olsen Jr., Gail B. Olsen, Vernon Olson, Paul Olster, Adrian J.R. Oosthuizen, Orban H. Reich Trust dated 12/27/00 c/o Orban H. Reich Trustee, Veslav Orvin, Aaron Osherow, Paul Oster, William Ovca, Harold Pals, Edward Panyrek, Joan Panyrek, Cynthia Pardee, Charles Parker, Mary Jane Parker, Lexey Parker, Joyce Patterson-Rogers, Patterson-Rogers Family 2001 Trust Dated 9/5/01 c/o Robert C. Patterson-Rogers & Joyce Patterson-Rogers, Robert Pech, Judith Pech, Jennifer Cole Peele, Peele Bypass Trust Dated 2/10/87 c/o Jennefer C. Peele Trustee, Peele Spousal Trust Dated 2/10/87 c/o Jennefer C. Peele Trustee, Pensco Trust Company Inc. FBO Robert William ULM IRA #UL006, Robert W. Ulm, Daniel Pereslete, Eric Perlman, Katherine Perlman, Robert Perlman, Lynn Perlman, Tamara Perlman, Perlman Investment Partners, LP, Peter Valve Co., Inc., Andrew Peterson, Sharon Peterson, Robert Phillips, Stephen Phillips, Frances Phillips, Holly Pickerel, Donald Pinsker, Sherryl Pinsker, Patricia Pontak, Sheldon Portman, Marion Portman, Clair Potter, Martha Potter, Anthony Prescia, Nancy Prescia, Prescia Family Trust, Anthony Prescia & Nancy Prescia Trustees, Preswick Corp., Norman Prins, Charlene Prins, Carol Pruner, Emmeline Punsalan, Russell Quinn, Marion Quinn, R. L. Allgeier Family Trust, Robert L. Allgeier & Donna L. Allgeier, Dennis Raggi, Michele Raggi, Richard Raker, Randy Sanchez IRA, Gordon Ray Phillips, Christina Reale, Frank Reale, Lauren Reale, Elan Reddell, Donald Jaylyle Redmon, Michael Reed, Linda Reed, Noel Rees, Mary Ann Rees, William Lee Reeves, Annemarie Rehberger, Michael Rehberger, Jeana Rehberger, Rehberger

Bullivant|Houser|Bailey PC
3883 Howard Hughes Pkwy., Suite. 550
Las Vegas, NV 89169
Telephone: (702) 669-3600
Facsimile: (702) 650-2995

Family Trust dated 6/17/92 c/o Annemarie Rehberger Trustee, Thomas Rehn, Orban H. Reich, Linda C. Reid, Reno Aeronautical Defined Benefit Pension Plan, Richard R. Tracy Trustee, Michael H. Ricci, Richard M. Raker Living Trust dated 3/18/98 c/o Richard M. Raker Trustee, Richard R. Tracy, Ursula W. Tracy, Jean Richards, Richard Richert, Jean Richert, Thomas Riedman, Larry Rieger, Patsy Rieger, Rachel Riehle, Riggs Trust Dated 6/11/90, Francis Donald Riggs Jr., Francis Donald Riggs, Jr., Cecil E. Riordan, Barbara Riordan, Joseph Rizzuto, Dorothy Rizzuto, Casandra Robbins, Robert G. Fuller Trustee of the RGF Revocable Trust, Robert G. Fuller Trustee, Robert J. Yonder Defined Benefit Plan, Robert J. Yoder, Robert L. Ogren Trust Dated 6/30/92 (Acct #2) c/o Robert L. Ogren Trustee, Robert L. Ogren Trust Dated 6/30/92 c/o Robert L. Ogren Trustee, Robert L. Ogren Trust Dated 6/30/92 c/o Robert L. Ogren Trustee Acct #3, Robert W. Heinsohn & Phyllis A. Heinsohn Trust c/o Robert W. & Phyllis A. Heinsohn Trustees, Rocklin/Redding LLC, Robert Rodriguez, Audrey Roe, Rebecca Roger, James William Rogers, Eleanor Rogers, Rebecca Rogers, Saul Roisentul, Ilene Roisentul, Roisentul Family Trust, Saul Roisentul & Ilene Roisentul Trustees, Craig Rommel, Ann Marie Rommel, Rosalind L. Stark POA for Freda Cohen, Freda Cohen, Roseanne Clark Revocable Trust, Roseanne Clark Trustee, David Rosner, Lee Rotchy, Thalia Routsis, Robert Rowley, Kathleen Rowley, Phillip Rulon, Shirley Rulon, Ingrid Rutherford, Burton Sack, Gregory Sak, Jana Sak, Daniel Salerno, Virginia Salerno, Anne F. Di Salvo, Randy Sanchez, Sharon Sanchez, Sanchez Living Trust dated 10/13/03 c/o Randy M. Sanchez & Sharon Sanchez Trustees, Lawrence Sanginiti, Kathleen Sanginiti, Hollis Saulsberry, Edward Scheidegger, Arthur Schnitzer, Lynn Schnitzer, Schnitzer Living Trust, Arthur Schnitzer & Lynn Schnitzer, Edward Schooner, Susan Schooner, Kenneth B. Schulz, Mary Kay Bryan-Schulz, Schwartz & Earp Joint Venture, Secure Retirement Trust B, Larry Apigian & Leona Apigian, Nancy Serino, Ronald Shackelford, Robert Shapiro, Lee Shapiro, Chris Sharp, Teri Sharp, Evelyn Sheerin, Gary Sheerin, Joann Sheerin, Sheerins Inc., A Nevada Corporation, Joann Sheerin President, Althea F. Shef, Sheldon & Marion G. Portman Trust dated 11/01/85, Sheldon Portman & Marion G. Portman Trustees, Phillip E. Shelton, Leslie Siggssiggs, Robert Sikorski, Alan R. Simmons, Judith B. Simmons, Simmtex, Inc., Alan Simon, Carol Simon, Simon Family Trust 2000 c/o

Bullivant|Houser|Bailey PC
3883 Howard Hughes Pkwy., Suite 550
Las Vegas, NV 89169
Telephone: (702) 669-3600
Facsimile: (702) 650-2995

Alan Simon & Carol Simon Trustees, Skip and Mary Harouff Trust Dated 12/5/95, Mary Ann Harouff Trustee, Sondra Skipworth, Charles Small, Richard L. Small, Jacqueline Small, Todd Smith, June Smith, Donald Smith, Frances Smith, Raymond Smith, Margaret Smith, Robert Smith, Terrylin Smith, Frank Snopko, Herbert Sonnenklar, Norma Sonnenklar, Francesco Soro, David A. Souza, Elizabeth M. Souza, Sovereign Capital Advisors, LLC (Stan Tara), Robert & Barbara Speckert, Spectrum Capital LLC, Dwight Sper, Bonnie Sper, Donald Spring, Evelyn Spring, Carol Squicci, Arnold Stairman, Rosalind Stark, Stark Family Trust, Rosalind L. Stark Trustee, Ronald Starr, Gloria Starr, Stater Family Ltd. Partnership, Athanasia Stein, Jay Stein, Michael Stewart, Mary Jude Stewart, Eugene Stokes, Norman Stokes, STSK Investments LLC, James Supple, Robert Susskind, Leland Swanson, Lena Swanson, Donald Swezey, Beverly Swezey, George Swilley, Louis Swilley, Virginia Swilley, David Tammadge, John Taylor, Joy Taylor, Kerry Taylor, Joyce Taylor, Louise Teeter, Norman Teeter, Robert Teeter, Roger G. Teeter, Lawrence Tengan, Lorraine Tengan, Terry Markwell Profit Sharing Plan and Trust, Terry Markwell Trustee, Thalia Routsis Family Trust Dated 7/24/90, Thalia Routsis, The Benz Family Trust dated 7/14/95 c/o Bernard D. Benz & Margaret W. Benz, The David A. Gean Trust dated 4/3/92 c/o Marshall Kendall Trustee, The Harouff Charitable Remainder Trust dated 9/5/96, Mary Ann Harouff Trustee, The Paula Nordwind & Aaron Nordwind 2001 Revocable Trust, Aaron Nordwind & Paula Nordwind Trustees, The Robert William Ulm Living Trust dated 4/11/05, Robert W. Ulm Trustee, The Schooner Family Trust, Edward L. & Susan A Schooner Trustees, Gary Thibault, Sandra Thibault, Thomas Rehn IRA, Wilma Jean Thompson, Gregory Thompson, Debra Thrower, Bob Thrower, Patricia Lee Tiede, Tiki Investment Enterprises LP, Titan Management LTD, Neil Tobias, Joseph Tobias, Lesleigh Tolin, Tod Gary Tolin, James G. Ton, Dorothy Ton, Gerry Kevin Topp, Gary Topp, Richard Tracy, Ursula Tracy, Rory Triantos, Carol Tripp, John Tripp, Walter Tripp, Warren W. Tripp, Tripp Enterprises Inc., Tripp Enterprises Inc. Restated PSP c/o Warren W. Tripp Trustee, Gary Tucker, Linda Tucker, Darlene Turner, Louis Tucker, Shirley Turner, Paul Turner, Carol Turner, Robert Turner, Nancy Turner, Mark Tysseling, Sharon Tysseling, Robert Ulm, Universal Management, Tony Chaudhry, Lloyd Van Sickle, Roy R. Ventura Jr., Nancy B.

Bullivant|Houser|Bailey PC
3883 Howard Hughes Pkwy., Suite. 550
Las Vegas, NV 89169
Telephone: (702) 669-3600
Facsimile: (702) 650-2995

1  Ventura, Marsha Vieira, Melody Violet, Donald Virts, Patricia Virts, Kip Virts, Melissa Virts,

2  Virts Revocable Living Trust c/o Donald E. Virts & Patricia Virts Trustees, Marietta Voglis,

3  Gunter Volpel, Christiane Volpel, Volpel Trust dated 2/2/96 c/o Gunter Volpel & Christiane

4  Volpel Trustees, W. E. Buck Family Trust Dated 7/02/87 c/o William E. Buck & Elenor F.

5  Buck, John Wade, Marlene Wade, David C. Wahl, Margaret A. Wahl, Wald Financial Group,

6  Inc., William C. Wallace, Patricia M. Wallace, Anna Wallace, Bruce Wallace, Joseph Walls,

7  Ellen Walls, William Warwick, Virginia Warwick, Delbert & Mary Watkins, John & Colleen

8  Weaver, Patricia Ann Webber, Webber Family Trust Dated 10/31/89, Heinrich Richard Weber,

9  Brigitte S. Weber, Ardis Weible, Dean Weible, J. J. Wells, Connie Westbrook, Audrey

10 Whightsil, H. Daniel Whitman, Whitney H. Lauren Family Trust dated 3/5/98 c/o Whitney H.

11 Lauren Trustee, Eugene Wiehe, Lynn Wilkelis, Barton Wilkinson, Dianna Wilkinson, Harold

12 Willard, Beverly Willard, John L. Willis Jr., Rodney L. Windle, Ann Windle, Albert

13 Winemiller, Debra Winemiller, Rudolf Winkler, Carmel Winkler, Winkler Family Trust, Rudolf

14 F. Winkler & Carmel Winkler, Doris Winter, Craig R. Wisch, Richard Wood, Robert Woods,

15 Woods Family Trust, Robert D. Woods & Louise D. Woods Trustees, Ralph Worthing,

16 Maryanne Worthing, Kenneth Wyatt, Phyllis Wyatt, Neil A. Xavier, Joy E. Xavier, Nell Xavier,

17 Josephine Xavier, Yankee Holdings LLC, Robert Yoder, Dwight Yoder, Nancy Yoder, Judy S.

18 Young, Richard S. Younge, Beverly J. Younge, Joseph G. Zappulla, Carol A. Zappulla,

19 Zawacki A California LLC, Evo Zepponi, Billie Zepponi, Anthony J. Zerbo, Marshall R. Zerbo,

20 Franz Zimmer, and Terry Zimmerman, (collectively, the "LPG"), state as follows:

21  <center>**CONDITIONAL NATURE OF RELIEF SOUGHT**</center>

22        1.      On February 13, 2007, Compass purchased substantially all of the

23 Debtors' assets for approximately $67 million (subject to adjustment) in reliance upon the

24 express terms of the Plan and the Confirmation Order (each as defined below) that Direct

25 Lenders would be obligated to comply with the terms of the applicable Loan Servicing

26 Agreements after the closing of the sale. Compass believes LPG and Cangelosi are bound by

27 the Loan Servicing Agreements, the Plan and the Confirmation Order and that such parties and

28 all other parties in interest are estopped from now seeking to terminate Compass as servicer

1  under the Loan Servicing Agreements without a showing of cause as required by Sections 3 and

2  8 of the Loan Servicing Agreements. It is the intent and contractual and legal right of Compass

3  to continue to act as servicer with respect to the Loans and loan servicing rights it acquired

4  under the APA, and to honor the terms of the Sale. However, the LPG and Cangelosi have

5  alleged in the Adversary Proceeding and in the Termination Letters that Nevada Law gives them

6  an independent right, in contravention of the Loan Servicing Agreements, to terminate Compass

7  as servicer with only the support of 51% of the Direct Lenders and no showing of cause. If such

8  an assertion is ever found to be correct by a court of competent jurisdiction, Compass will have

9  no choice but to seek to rescind the Sale transaction and recover the consideration it paid to

10 acquire the loan servicing rights and the damages it suffers by virtue of the LPG's actions. In

11 order to preserve the timeliness under 11 U.S.C. § 1144 of an action to revoke the Confirmation

12 Order, Compass has filed this Complaint seeking conditional rescission of the sale transaction

13 and revocation of the Confirmation Order. If a final order of a court of competent jurisdiction is

14 entered sustaining the position of Compass on these issues, this Complaint need not proceed and

15 will be voluntarily dismissed by Compass.

16

### JURISDICTION

17

18         2.      This Court has jurisdiction pursuant to 28 U.S.C. §§ 1334 and 157, and

19 11 U.S.C. § 1144. Venue is proper pursuant to 28 U.S.C. § 1409(a).

20         3.      This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (L) and

   (N).

21

### THE PARTIES

22         4.      Plaintiffs Compass USA SPE LLC and CFP Delaware are limited liability

23 companies in good standing, duly organized and existing under the laws of the State of

24 Delaware and maintain their principle place of business in New York, New York. Plaintiff CFP

25 Nevada is a limited liability company in good standing, duly organized and existing under the

26 laws of the State of Nevada and maintained its principle place of business in Las Vegas,

27 Nevada.

28

Bullivant|Houser|Bailey PC
3883 Howard Hughes Pkwy., Suite 550
Las Vegas, NV 89169
Telephone: (702) 669-3600
Facsimile: (702) 650-2995

Bullivant|Houser|Bailey PC
3883 Howard Hughes Pkwy., Suite. 550
Las Vegas, NV 89169
Telephone: (702) 669-3600
Facsimile: (702) 650-2995

5.    Upon information and belief, defendant USACM was formed as a Nevada Corporation in 1989, and was in the business of underwriting, originating, brokering, funding and servicing short term commercial loans primarily secured by residential and commercial developments, on behalf of direct lenders/investors.

6.    Upon information and belief, defendant USA Realty was formed as a limited liability company under the laws of the State of Nevada.

7.    Upon information and belief, defendant USA Diversified was formed as a limited liability company under the laws of the State of Nevada.

8.    Upon information and belief, defendant FTDF was formed as a limited liability company under the laws of the State of Nevada.

9.    Upon information and belief, defendant USA Securities was formed as a limited liability company under the laws of the State of Nevada.

10.    Defendant LPG is a group of individual direct lenders under certain Loans (as defined below) in a portfolio acquired by Compass.

11.    Defendant Cangelosi is an individual residing in the State of Nevada.

### GENERAL ALLEGATIONS

12.    On or about April 13, 2006 (the "Petition Date"), the Debtors filed petitions for relief (collectively, the "Bankruptcy Cases") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Nevada (the "Court").

**Sale of Certain Assets by USACM and FTDF**

13.    On or about September 22, 2006, USACM filed with this Court a Motion for Order Scheduling an Auction for Sale of Certain Assets, Appointing SPCP Group, LLC, as Lead Bidder and Approving Bid Procedures and Protections (the "Sale Motion").

14.    On December 7, 2006, the Court conducted an auction with respect to, among other things, the servicing rights and certain related assets associated with 65 Loans (collectively, the "Loans") serviced by USACM pursuant to Loan Servicing Agreements (collectively, the "Purchased Assets"). At the auction, Compass emerged as the successful

–27–

Bullivant|Houser|Bailey PC
3883 Howard Hughes Pkwy., Suite. 550
Las Vegas, NV 89169
Telephone: (702) 669-3600
Facsimile: (702) 650-2995

1 bidder with respect to the Purchased Assets. Compass and the Debtors subsequently negotiated
2 and entered into an Asset Purchase Agreement (the "APA") setting forth the terms of
3 Compass's proposed acquisition of the Purchased Assets for $67 million in cash, subject to
4 certain purchase price adjustments, as provided therein (the "Sale").

5          15.     On December 20, 2006, the Court held a hearing (the "Confirmation
6 Hearing") to consider confirmation of the Debtors' Third Amended Joint Plan of Reorganization
7 (the "Plan") and the approval of various related transactions including, without limitation, the
8 Debtors' request for approval of the APA, in which the LPG and Cangelosi (among others)
9 actively participated. During the Confirmation Hearing, the LPG raised an objection to, among
10 other things, certain language proposed to be included in the order confirming the Plan (the
11 "Confirmation Order") regarding the method by which Compass, as servicer with respect to the
12 Loans, may be terminated in accordance with the Loan Servicing Agreements. In connection
13 with the vetting of this objection before the Court, Mr. Smith (counsel for the LPG and
14 Cangelosi) acknowledged and accepted on the confirmation hearing record that the
15 Confirmation Order would provide for the retention of jurisdiction by the Court to address
16 disputes relating to any effort to terminate Compass pursuant to Section 8 of the Loan Servicing
17 Agreements.

18          16.     All of the LPG's objections to the Sale and confirmation of the Plan were
19 overruled by the Court. On January 8, 2007, the Court entered the Confirmation Order which,
20 consistent with Section IV.F of the Plan, provides in pertinent part that "After the Closing [of
21 the Sale], the Direct Lenders are obligated to comply with the terms of the applicable Loan
22 Servicing Agreements." Confirmation Order ¶ 47.

23          17.     At no time during the Plan confirmation process did the LPG or
24 Cangelosi challenge the requirements of Section IV.F of the Plan and paragraph 47 of the
25 Confirmation Order that the Direct Lenders comply with the terms of the applicable Loan
26 Servicing Agreements following the effective date of the Plan, notwithstanding their position
27 (only first articulated after the Closing of the APA (as such term is defined therein)) that certain
28 provisions of the Loan Servicing Agreements are unenforceable and need not be complied with

by Direct Lenders. On the contrary, at the Confirmation Hearing, the LPG and Cangelosi – through their counsel – plainly acknowledged that Compass is entitled to the protections afforded to it under the Loan Servicing Agreements.

**Inconsistent Conduct of the LPG and Cangelosi**

**Subsequent to Entry of the Confirmation Order**

18.     In the months since entry of the Confirmation Order, the LPG and Cangelosi encouraged Direct Lenders to replace Compass as servicer under their respective Loans. To that end, the LPG and Cangelosi formed limited liability companies for each of the Loans (the "Direct Lender LLCs") and through material misstatements convinced individual Direct Lenders to join the Direct Lender LLCs and sign form letters furnished by the LPG which did not specify any cause, yet purported to terminate Compass as servicer of the Loans in favor of Lender 2 Lender, LLC, a newly formed entity controlled by Cangelosi.

19.     On or about May 18, 2007, Cangelosi, as manager of an entity known as FDH Management Company, which in turn is the manager of the various Direct Lender LLCs, sent no fewer than fifty letters to Compass Financial Partners (the "Termination Letters") advising it of the purported termination of its right to service the applicable Loans without prior notice consistent with the terms of the Loan Servicing Agreements, without specifying any cause for such termination (rather, purportedly basing such alleged termination on Nevada Administrative Code section 645B.073 (hereinafter "NAC 645B.073")), and without complying with the Loan Servicing Agreements, as required by the Plan and the Confirmation Order. On the same day, the LPG and Cangelosi sent letters on behalf of the Direct Lender LLCs to each borrower under the Loans directing them to cease making loan payments to Compass.

20.     On or about May 21, 2007, the Direct Lender LLCs filed an action against Plaintiffs in the United States District Court for the District of Nevada (subsequently removed to this Court by Compass on May 25, 2007, and pending as Adv. Proc. No. 07-01076 (the "Adversary Proceeding")), in which they allege that notwithstanding the provisions of

– 29 –

1   Sections 3 and 8 of the Loan Servicing Agreements, they have an independent right to terminate

2   Compass as servicer under Nevada Law without the need to show cause.

3       21.     The aggressive efforts of the LPG and Cangelosi commenced

4   immediately following confirmation of the Plan and the Closing of the Sale to sign up Direct

5   Lenders and to purport to improperly terminate or replace Compass as the servicer under the

6   Loan Servicing Agreements without notice or cause and divert the contractually mandated flow

7   of mortgage payments, compel the conclusion that the LPG, the Direct Lenders it purported to

8   represent, and Cangelosi, in fact, intended at the Confirmation Hearing to induce Compass to its

9   economic detriment, and in reliance on the Court's explicit retention of jurisdiction in the Plan

10  and the Confirmation Order to enforce the Loan Servicing Agreements in the form purchased by

11  and assigned to Compass and the statements and acknowledgements of the LPG and Cangelosi

12  at the Confirmation Hearing regarding the manner in which the Loan Servicing Agreements

13  were to be construed and enforced, including the conditions under which the servicer may be

14  terminated, to move forward with consummation of the Sale.  The failure by the LPG and

15  Cangelosi to disclose their underlying intent prior to entry of the Confirmation Order constitutes

16  a material omission in light of the attendant facts and circumstances and amounts to actual and

17  constructive fraud.

18  ### FIRST CLAIM FOR RELIEF

19  ### (Rescission of APA)

20      22.     Compass repeats and realleges each and every allegation contained in

21  paragraph 1 though 21 of the Complaint as if fully set forth herein.

22      23.     As demonstrated above, Compass and the Debtors understood the Loan

23  Servicing Agreements to provide for notice and cause in order for Compass to be replaced as

24  servicer under the Loans or the Direct Lenders to terminate the Loan Servicing Agreements.

25  This understanding was confirmed by the provisions in the Confirmation Order that expressly

26  require the Direct Lenders to comply with the terms of the Loan Servicing Agreements.

27

28

Bullivant|Houser|Bailey PC
3883 Howard Hughes Pkwy., Suite. 550
Las Vegas, NV 89169
Telephone: (702) 669-3600
Facsimile: (702) 650-2995

24.    At the time the parties entered into the APA, the LPG and Cangelosi never disclosed to Compass or the Debtors their intent to seek to terminate or replace Compass as servicer under the Loans without notice or cause. The LPG and Cangelosi were obligated to make this disclosure in connection with an objection to those provisions of the Plan and Confirmation Order that bound Direct Lenders to comply with the terms of the Loan Servicing Agreements after the Closing.

25.    The LPG and Cangelosi knew or should have known that Compass would not have entered into the APA and paid $67 million as consideration for the Purchased Assets, including the rights as servicer under the Loan Servicing Agreements, had the LPG and Cangelosi disclosed their intent to terminate or replace Compass as servicer under the Loans without notice or cause.

26.    Accordingly, the consent of Compass to enter into the APA and pay $67 million as consideration for the Purchased Assets, including the rights as servicer under the Loan Servicing Agreements, was obtained by fraud.

## SECOND CLAIM FOR RELIEF

### (Revocation of Confirmation Order)

27.    Compass repeats and realleges each and every allegation contained in paragraph 1 though 26 of the Complaint as if fully set forth herein.

28.    Section 1144 of the Bankruptcy Code provides a mechanism pursuant to which – within 180 days after the date of entry of the Confirmation Order – Compass may seek the revocation of same based upon a showing that such order was procured by fraud. See 11 U.S.C. § 1144.

29.    Compass's request for the revocation of the Confirmation Order is made within 180 days of January 8, 2007, the date the Confirmation Order was entered.

30.    As discussed above, the LPG and Cangelosi failed to disclose at the hearing on confirmation of the Plan their intent to terminate or replace Compass as servicer under the Loans without notice or cause.

Bullivant|Houser|Bailey PC
3883 Howard Hughes Pkwy., Suite 550
Las Vegas, NV 89169
Telephone: (702) 699-3600
Facsimile: (702) 650-2995

31.     Upon information and belief, the LPG and Cangelosi knew or should have known that Compass would not have entered into the APA and paid $67 million as consideration for the Purchased Assets, including the rights as servicer under the Loan Servicing Agreements, had the LPG and Cangelosi disclosed their intent to terminate or replace Compass as servicer under the Loans without notice or cause.

32.     The Debtors' Plan could not have been implemented without the Sale of the Purchased Assets to Compass, and thus the Plan could not have been confirmed.

33.     Accordingly, the Confirmation Order was procured by fraud.

### THIRD CLAIM FOR RELIEF

#### (Request for Suspension of Further Proceedings in Connection with this Complaint)

34.     Compass repeats and realleges each and every allegation contained in paragraph 1 though 33 of the Complaint as if fully set forth herein.

35.     The question of whether Nevada Law gives to the LPG, Cangelosi, and others similarly situated, an independent right apart from the Loan Servicing Agreements to terminate Compass as servicer with only a vote of 51% of the Direct Lenders and no showing of cause will most likely be decided by a court of competent jurisdiction either in the Bankruptcy Cases or the Adversary Proceeding.  If a final court order of a court of competent jurisdiction is entered sustaining the position of Compass, this Complaint need not proceed.  It is therefore appropriate that all further proceedings in connection with this Complaint be suspended until entry of an order relating to such matter by a court of competent jurisdiction, which order has become final (the "Future Order").

### PRAYER FOR RELIEF

WHEREFORE, Compass respectfully requests judgment as follows:

a.     an order rescinding the APA and granting Compass restitution;

b.     an order revoking the Confirmation Order and granting Compass restitution;

1

2      c.      that this Court suspend all further proceedings in connection with

3      this Complaint until entry of the Future Order, which order has become

4      final; and

5      d.      such other and further relief as the Court deems just and proper.

6   Dated:      July 7, 2007

7                                          _Georganne W. Bradley for_

8                                          George A. Davis
                                           Cadwalader, Wickersham & Taft LLP
9                                          One World Financial Center
                                           New York, New York 10281
10                                         Telephone No.: (212) 504-6000
                                           Facsimile No.: (212) 504-6666

11                                         and

12                                         Peter C. Bernhard (NV State Bar No. 734)
                                           Georganne W. Bradley (NV State Bar No. 1105)
13                                         Bullivant Houser Bailey PC
                                           3883 Howard Hughes Parkway, Suite 550
14                                         Las Vegas, Nevada  89169
                                           Telephone No.: (702) 669-3600
15                                         Facsimile No.:  (702) 650-2995

16                                         Counsel for Plaintiffs
    7027276.1
17                                         *****

18

19

20

21

22

23

24

25

26

27

28