Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

E-FILED on March 9, 2007

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                    Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br>Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER APPROVING THE STIPULATION CONCERNING PROOF OF CLAIM 10726-00045 FILED BY THE INTERNAL REVENUE SERVICE AND CERTIFICATE OF SERVICE** |
|---|---|
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                    Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                    Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                    Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                                                    Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☒ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

1

P:\USA Commercial Mortgage\Pleadings\Claim Objections\Debtor Objections\IRS\NOE and COS Order Approving Stip re POC 10726-00045.DOC

NOTICE IS HEREBY GIVEN that an Order Approving the Stipulation Concerning Proof of Claim 10726-00045 Filed by the Internal Revenue Service was entered on the 12th day of June, 2007. A copy of said Order is attached hereto.

Dated this 9th day of July, 2007.

*/s/ Lenard E. Schwartzer*
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

**CERTIFICATE OF SERVICE**

1. On July 9, 2007 I served the following document(s):

   a. Notice of Entry of Order Approving the Stipulation Concerning Proof of Claim 10726-00045 Filed by the Internal Revenue Service

2. I served the above-named document(s) by the following means to the persons as listed below:

☒ a. **By ECF System**:

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M. ATENCIO    ATENCIOK@GTLAW.COM

1  PETER C. BERNHARD    peter.bernhard@bullivant.com, michelle.diegel@bullivant.com

2  BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgrou!
3  p.com;mjohn@bmcgroup.com

4  GEORGANNE W. BRADLEY    georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

5  KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

6  THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

7  ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

8  LOUIS M. BUBALA    lbubala@jonesvargas.com, tbw@jonesvargas.com;aanthony@jonesvargas.com
9

10 MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com;jrammos@callister-reynolds.com

11
12 CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com

13 ROB CHARLES    rcharles@lrlaw.c! om, cjo rdan@lrlaw.com

14 MICHAEL W. CHEN    yvette@ccfirm.com

15
16 KEVIN B. CHRISTENSEN    kbchrislaw@aol.com

17 JANET L. CHUBB    tbw@jonesvargas.com

18 EDWARD S. COLEMAN    mail@coleman4law.com

19 WILLIAM D COPE    cope_guerra@yahoo.com

20 LAUREL E. DAVIS    ldavis@fclaw.com, mhurtado@fclaw.com

21 DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com

22 J CRAIG DEMETRAS    JCD@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras-oneill.com
23
24 RICHARD I. DREITZER    rdreitzer@yahoo.com

25 THOMAS H. FELL    BANKRUPTCYNO! TICES@GORDONSILVER.COM

26 ARLEY D FINLEY    TFINLEY@DIAMONDMCCARTHY.COM

27 SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com

28

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| | |
|---|---|
| 1 | GREGORY E GARMAN    bankruptcynotices@gordonsilver.com |
| 2 | DOUGLAS D. GERRARD    DGERRARD@GERRARD-COX.COM |
| 3 | WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com |
| 4 | |
| 5 | CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov |
| 6 | GERALD M GORDON    bankruptcynotices@gordonsilver.com |
| 7 | R. VAUGHN GOURLEY    vgourley@lvcm.com |
| 8 | TALITHA B. GRAY    bankruptcynotices@gordonsilver.com |
| 9 | JAMES D. GREENE    bknotice@bhfs.com |
| 10 | MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com |
| 11 | PETER W. GUYON    pguyon@yahoo.com |
| 12 | JEFFREY R. HALL    jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com |
| 13 | XANNA R. HARDMAN    xanna.hardman@gmail.com |
| 14 | STEPHEN R HARRIS    noticesbh&p@renolaw.biz |
| 15 | JEFFREY L HARTMAN    notices@bankruptcyreno.com, dle@bankruptcyreno.com |
| 16 | |
| 17 | BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com |
| 18 | RICHARD F. HOLLEY    rholley@nevadafirm.com, paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com |
| 19 | RANDOLPH L. HOWARD    rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com |
| 20 | |
| 21 | DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net |
| 22 | CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com |
| 23 | EVAN L. JAMES    ejameslv@embarqmail.com, kbchrislaw@aol.com |
| 24 | ANNETTE W JARVIS    ajarvis@rqn.com |
| 25 | ERIN E. JONES    ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com |
| 26 | |
| 27 | TY E. KEHOE    TyKehoeLaw@aol.com |
| 28 | ROBERT R. KINAS    rkinas@swlaw.com, |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1    jmcbee@swlaw.com;jmath@swlaw.com;imccord@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring.com

2    DEAN T. KIRBY    dkirby@kirbymac.com, jhebert@kirby! mac.com;lackerman@kirbymac.com

3    ZACHARI AH LARSON    ecf@lslawnv.com

4    JOHN J. LAXAGUE    jlaxague@caneclark.com

5    GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net

6

7    NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

8    ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net

9    TYSON M. LOMAZOW    tlomazow@milbank.com

10    ANNE M. LORADITCH    ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com

11

12    ERIC D MADDEN    emadden@diamondmccarthy.com, jsickels@diamondmccarthy.com

13    PATRICIA A. MARR    lvlaw03@yahoo.com

14    JAMES C. MCCARROLL ! , dturetsky@reedsmith.com;aleonard@reedsmith.com

15    REGINA M. MCCONNELL    rmcconnell@kssattorneys.com

16    WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

17    RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com

18    JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

19    JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

20

21    SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;ltreadway@sheacarlyon.com;mleavitt@sheacarlyon.com

22

23    DAVID MINCIN    mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

24    JOHN F M! URTHA    jmurtha@woodburnandwedge.com

25    ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com

26

27    VICTORIA L NELSON    bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com

28

1  BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

2  DONNA M. OSBORN    ebaker@marquisaurbach.com,
3  dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

4  CHRISTINE M PAJAK    cpajak@stutman.com, ekarasik@stutman.com

5  ANDREW M. PARLEN    aparlen@stutman.com

6  KIMBERLY PHILLIPS    DA-Bankr@co.clark.nv.us

7  DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankrupt!cy@yahoo.com

8  PAUL C RAY    info@johnpeterlee.com

9
10  THOMAS RICE    trice@coxsmith.com, ggattis@coxsmith.com

11  GORDON C. RICHARDS    gcrclarkandrichards@earthlink.net, sebclarkandrichards@earthlink.net

12  CHRISTINE A ROBERTS    bankruptcy@rocgd.com

13  STACY M. ROCHELEAU    stacy@arlawgroup.com, wendy@arlawgroup.com

14  SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

15
16  LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

17  JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com,
    ltreadway@sheacarlyon.com;jshea@sheacarlyon.com

18  SHLOMO S. SHERMAN    ssh!erman@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;ltre!adway@sh
19  eacarlyon.com;rmsmith@sheacarlyon.com;mleavitt@sheacarlyon.com

20  AMBRISH S. SIDHU    ecfnotices@sidhulawfirm.com

21  JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

22  ALAN R SMITH    mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com

23
24  ADAM M. STARR    starra@gtlaw.com

25  DAVID A. STEPHENS    dstephens@lvcm.com

26  PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

27  ERIC W. SWANIS    swanise@gtlaw.com, warners@gtlaw.com;mclachlanp@gtlaw.com

28

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| | |
|---|---|
| 1 | JEFFREY R. SYLVESTER     jeff@sylvesterpolednak.com |
| 2 | KAARAN E. THOMAS     kthomas@!mcdonaldcarano.com, mmorton@mcdonaldcarano.com |
| 3 | ROLLIN G. THORLEY     rollin.g.thorley@irscounsel.treas.gov |
| 4 | AMY N. TIRRE     , lmccarron@kkbrf.com |
| 5 | |
| 6 | AMY N. TIRRE     atirre@kkbrf.com, lmccarron@kkbrf.com |
| 7 | U.S. TRUSTEE - LV - 11     USTPRegion17.lv.ecf@usdoj.gov |
| 8 | ERIC VAN     bankruptcynotices@gordonsilver.com |
| 9 | GREGORY J. WALCH     GWalch@Nevadafirm.com |
| 10 | RUSSELL S. WALKER     rwalker@wklawpc.com, |
| 11 | eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com;rrazo@wklawpc.com;tgrover@wklawpc.com |
| 12 | |
| 13 | WHITNEY B. WARNICK     wbw@albrightstoddard.com, bstessel@albrightstoddard.com |
| 14 | G! REGORY L. WILDE     bk@wildelaw.com |
| 15 | RYAN J. WORKS     rworks@mcdonaldcarano.com, |
| 16 | kbarrett@mcdonaldcarano.com;dsampson@mcdonaldcarano.com;aguenther@mcdonaldcarano.com;hvenglik@mcdonaldcarano.com |
| 17 | WILLIAM J. WRAY     rh@oreillylawgroup.com, |
| 18 | rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com |
| 19 | MATTHEW C. ZIRZOW     bankruptcynotices@gordonsilver.com |
| 20 | ANTHONY A. ZMAILA     azmaila@nevadafirm.com, |
| 21 | bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com |

☐     b.     **By United States mail, postage fully prepaid**:

☐     c.     **By Personal Service**
I personally delivered the document(s) to the persons at these addresses:
☐     For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

1  ☐     For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐     d.     **By direct email (as opposed to through the ECF System)**
Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐     e.     **By fax transmission**
Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐     f.     **By messenger**
I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:     July 9, 2007

SARAH ARNOLD                             /s/     SARAH ARNOLD
(Name of Declarant)                           (Signature of Declarant)

Entered on Docket
June 12, 2007

Hon. Linda B. Riegle
United States Bankruptcy Judge

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: USA COMMERCIAL MORTGAGE COMPANY, Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER APPROVING THE STIPULATION CONCERNING PROOF OF CLAIM 10726-00045 FILED BY THE INTERNAL REVENUE SERVICE** |
| In re: USA CAPITAL REALTY ADVISORS, LLC, Debtor. | |
| In re: USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor. | |
| In re: USA CAPITAL FIRST TRUST DEED FUND, LLC, Debtor. | |
| In re: USA SECURITIES, LLC, Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☒ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

1

THE COURT, having considered the Stipulation Concerning Proof of Claim 10726-00045 filed by the Internal Revenue Service, and having determined that good and sufficient cause exists,

HEREBY ORDERS THAT:

1. Proof of Claim 10726-00045 shall be allowed as a general unsecured claim against USA Capital Realty Advisors, LLC in the amount of $1,000.00

2. The hearing on the objection to Proof of Claim 10729-00045 currently scheduled for June 15, 2007 at 9:30 a.m. is hereby vacated.

Submitted by:
SCHWARTZER & MCPHERSON LAW FIRM
and RAY QUINNEY & NEBEKER P.C.

By: /s/ Steven C. Strong
LENARD E. SCHWARTZER, ESQ.
JEANETTE E. MCPHERSON, ESQ.
ANNETTE W. JARVIS, ESQ.
STEVEN C. STRONG, ESQ.
*Attorneys for USA Capital Realty Advisors, LLC*

Approved by:

UNITED STATES OF AMERICA

By: _____
ROLLIN G. THORLEY
Special Assistant
United States Attorney

###

2

Case 06-10725-gwz    Doc 4143    Entered 07/09/07 14:51:04    Page 11 of 11
Case: 06-10725-lbr    Doc #: 3957    Filed: 06/12/2007    Page: 3 of 3
JUN-07-2007 17:15 From:IRS          7028685440          To:18015327543    P.5/5

1 THE COURT, having considered the Stipulation Concerning Proof of Claim 10726-00045

2 filed by the Internal Revenue Service, and having determined that good and sufficient cause exists,

3 HEREBY ORDERS THAT:

4    1. Proof of Claim 10726-00045 shall be allowed as a general unsecured claim against

5 USA Capital Realty Advisors, LLC in the amount of $1,000.00

6    2. The hearing on the objection to Proof of Claim 10729-00045 currently scheduled

7 for June 15, 2007 at 9:30 a.m. is hereby vacated.

9 Submitted by:
SCHWARTZER & MCPHERSON LAW FIRM
10 and RAY QUINNEY & NEBEKER P.C.

11 By: _____
12 LENARD E. SCHWARTZER, ESQ.
JEANETTE E. MCPHERSON, ESQ.
13 ANNETTE W. JARVIS, ESQ.
STEVEN C. STRONG, ESQ.
14 *Attorneys for USA Capital Realty Advisors, LLC*

16 Approved by:

17 UNITED STATES OF AMERICA

19 By: _____
ROLLIN G. THORLEY
20 Special Assistant
United States Attorney

23                              ###

2