Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

E-FILED on July 9, 2007

Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                      Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br>Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER APPROVING THE STIPULATION CONCERNING PROOF OF CLAIM 10726-00045 FILED BY THE INTERNAL REVENUE SERVICE AND CERTIFICATE OF SERVICE** |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                      Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                      Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                      Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                                      Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☒ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

1

NOTICE IS HEREBY GIVEN that an Order Approving the Stipulation Concerning Proof of Claim 10726-00045 Filed by the Internal Revenue Service was entered on the 12th day of June, 2007. A copy of said Order is attached hereto.

Dated this 9th day of July, 2007.

/s/ Lenard E. Schwartzer
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

**CERTIFICATE OF SERVICE**

1. On July 9, 2007 I served the following document(s):

    a. Notice of Entry of Order Approving the Stipulation Concerning Proof of Claim 10726-00045 Filed by the Internal Revenue Service

2. I served the above-named document(s) by the following means to the persons as listed below:

☒ a. **By ECF System**:

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M. ATENCIO    ATENCIOK@GTLAW.COM

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  PETER C. BERNHARD     peter.bernhard@bullivant.com, michelle.diegel@bullivant.com

2  BMC GROUP, INC.     evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgrou
3  p.com;mjohn@bmcgroup.com

4  GEORGANNE W. BRADLEY     georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

5  KELLY J. BRINKMAN     kbrinkman@gooldpatterson.com

6  THOMAS R BROOKSBANK     tom@tombrooksbank.com, renee@tombrooksbank.com

7  ANDREW M. BRUMBY     abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

8  LOUIS M. BUBALA     lbubala@jonesvargas.com, tbw@jonesvargas.com;aanthony@jonesvargas.com
9

10  MATTHEW Q. CALLISTER     mqc@callister-reynolds.com, maggie@callister-reynolds.com;jrammos@callister-reynolds.com

11
12  CANDACE C CARLYON     ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com

13  ROB CHARLES     rcharles@lrlaw.c! om, cjo rdan@lrlaw.com

14  MICHAEL W. CHEN     yvette@ccfirm.com

15
16  KEVIN B. CHRISTENSEN     kbchrislaw@aol.com

17  JANET L. CHUBB     tbw@jonesvargas.com

18  EDWARD S. COLEMAN     mail@coleman4law.com

19  WILLIAM D COPE     cope_guerra@yahoo.com

20  LAUREL E. DAVIS     ldavis@fclaw.com, mhurtado@fclaw.com

21  DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)     tfette@daca4.com

22  J CRAIG DEMETRAS     JCD@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras-oneill.com
23

24  RICHARD I. DREITZER     rdreitzer@yahoo.com

25  THOMAS H. FELL     BANKRUPTCYNO! TICES@GORDONSILVER.COM

26  ARLEY D FINLEY     TFINLEY@DIAMONDMCCARTHY.COM

27  SCOTT D. FLEMING     sfleming@halelane.com, dbergsing@halelane.com

28

1  GREGORY E GARMAN     bankruptcynotices@gordonsilver.com

2  DOUGLAS D. GERRARD     DGERRARD@GERRARD-COX.COM

3  WADE B. GOCHNOUR     wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

4
5  CARLOS A. GONZALEZ     carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov

6  GERALD M GORDON     bankruptcynotices@gordonsilver.com

7  R. VAUGHN GOURLEY     vgourley@lvcm.com

8  TALITHA B. GRAY     bankruptcynotices@gordonsilver.com

9  JAMES D. GREENE     bknotice@bhfs.com
10  MARJORIE A. GUYMON     bankruptcy@goldguylaw.com, ddias@goldguylaw.com

11  PETER W. GUYON     pguyon@yahoo.com

12  JEFFREY R. HALL     jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com

13  XANNA R. HARDMAN     xanna.hardman@gmail.com

14  STEPHEN R HARRIS     noticesbh&p@renolaw.biz

15
16  JEFFREY L HARTMAN     notices@bankruptcyreno.com, dle@bankruptcyreno.com

17  BRIGID M. HIGGINS     bankruptcynotices@gordonsilver.com

18  RICHARD F. HOLLEY     rholley@nevadafirm.com,
paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com

19
20  RANDOLPH L. HOWARD     rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

21  DAVID W. HUSTON     dwh@hustonlaw.net, swaits@hustonlaw.net

22  CHRISTOPHER D JAIME     cjaime@waltherkey.com, kbernhar@waltherkey.com

23  EVAN L. JAMES     ejameslv@embarqmail.com, kbchrislaw@aol.com

24  ANNETTE W JARVIS     ajarvis@rqn.com

25  ERIN E. JONES     ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com

26
27  TY E. KEHOE     TyKehoeLaw@aol.com

28  ROBERT R. KINAS     rkinas@swlaw.com,

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1. jmcbee@swlaw.com;jmath@swlaw.com;imccord@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring.com

2. DEAN T. KIRBY    dkirby@kirbymac.com, jhebert@kirby! mac.com;lackerman@kirbymac.com

3. ZACHARI AH LARSON    ecf@lslawnv.com

4. JOHN J. LAXAGUE    jlaxague@caneclark.com

5. GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net

6. 

7. NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

8. ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net

9. TYSON M. LOMAZOW    tlomazow@milbank.com

10. ANNE M. LORADITCH    ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com

11. ERIC D MADDEN    emadden@diamondmccarthy.com, jsickels@diamondmccarthy.com

12. PATRICIA A. MARR    lvlaw03@yahoo.com

13. 

14. JAMES C. MCCARROLL  ! , dturetsky@reedsmith.com;aleonard@reedsmith.com

15. REGINA M. MCCONNELL    rmcconnell@kssattorneys.com

16. WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

17. RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com

18. JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

19. JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

20. 

21. SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;ltreadway@sheacarlyon.com;mleavitt@sheacarlyon.com

22. DAVID MINCIN    mcknightlaw@cox.net,

23. gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

24. JOHN F M! URTHA    jmurtha@woodburnandwedge.com

25. ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com

26. VICTORIA L NELSON    bkecf@nevadafirm.com,

27. vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com

28.

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1. BOB L. OLSON     ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

2. DONNA M. OSBORN     ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

4. CHRISTINE M PAJAK     cpajak@stutman.com, ekarasik@stutman.com

5. ANDREW M. PARLEN     aparlen@stutman.com

6. KIMBERLY PHILLIPS     DA-Bankr@co.clark.nv.us

7. DONALD T. POLEDNAK     sandplegal@yahoo.com, spbankrupt! cy@yahoo.com

8. PAUL C RAY     info@johnpeterlee.com

10. THOMAS RICE     trice@coxsmith.com, ggattis@coxsmith.com

11. GORDON C. RICHARDS     gcrclarkandrichards@earthlink.net, sebclarkandrichards@earthlink.net

12. CHRISTINE A ROBERTS     bankruptcy@rocgd.com

13. STACY M. ROCHELEAU     stacy@arlawgroup.com, wendy@arlawgroup.com

14. SUSAN WILLIAMS SCANN     sscann@deanerlaw.com, palexander@deanerlaw.com

15. LENARD E. SCHWARTZER     bkfilings@s-mlaw.com

17. JAMES PATRICK SHEA     bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;jshea@sheacarlyon.com

18. SHLOMO S. SHERMAN     ssh! erman@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;ltre! adway@sheacarlyon.com;rmsmith@sheacarlyon.com;mleavitt@sheacarlyon.com

20. AMBRISH S. SIDHU     ecfnotices@sidhulawfirm.com

21. JEFFREY G. SLOANE     gjklepel@yahoo.com, rmcconnell@kssattorneys.com

22. ALAN R SMITH     mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com

24. ADAM M. STARR     starra@gtlaw.com

25. DAVID A. STEPHENS     dstephens@lvcm.com

26. PETER SUSI     cheryl@msmlaw.com, msm@msmlaw.com

27. ERIC W. SWANIS     swanise@gtlaw.com, warners@gtlaw.com;mclachlanp@gtlaw.com

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1. JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com

2. KAARAN E. THOMAS    kthomas@! mcdonaldcarano.com, mmorton@mcdonaldcarano.com

3. ROLLIN G. THORLEY    rollin.g.thorley@irscounsel.treas.gov

4. AMY N. TIRRE    , lmccarron@kkbrf.com

5. AMY N. TIRRE    atirre@kkbrf.com, lmccarron@kkbrf.com

6. U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

7. ERIC VAN    bankruptcynotices@gordonsilver.com

8. GREGORY J. WALCH    GWalch@Nevadafirm.com

9. RUSSELL S. WALKER    rwalker@wklawpc.com, eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com;rrazo@wklawpc.com;tgrover@wklawpc.com

10. WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

11. G! REGORY L. WILDE    bk@wildelaw.com

12. RYAN J. WORKS    rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com;dsampson@mcdonaldcarano.com;aguenther@mcdonaldcarano.com;hvenglik@mcdonaldcarano.com

13. WILLIAM J. WRAY    rh@oreillylawgroup.com, rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com

14. MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

15. ANTHONY A. ZMAILA    azmaila@nevadafirm.com, bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

☐    b.    **By United States mail, postage fully prepaid**:

☐    c.    **By Personal Service**
I personally delivered the document(s) to the persons at these addresses:
☐    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

P:\USA Commercial Mortgage\Pleadings\Claim Objections\Debtor Objections\IRS\NOE and COS Order Approving Stip re POC 10726-00045.DOC

1      ☐      For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐    d.    **By direct email (as opposed to through the ECF System)**
Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐    e.    **By fax transmission**
Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐    f.    **By messenger**
I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:     July 9, 2007

SARAH ARNOLD                      /s/     SARAH ARNOLD
(Name of Declarant)                             (Signature of Declarant)

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

8
P:\USA Commercial Mortgage\Pleadings\Claim Objections\Debtor Objections\IRS\NOE and COS Order Approving Stip re POC 10726-00045.DOC

Entered on Docket
June 12, 2007

Hon. Linda B. Riegle
United States Bankruptcy Judge

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: USA COMMERCIAL MORTGAGE COMPANY, Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER APPROVING THE STIPULATION CONCERNING PROOF OF CLAIM 10726-00045 FILED BY THE INTERNAL REVENUE SERVICE** |
| In re: USA CAPITAL REALTY ADVISORS, LLC, Debtor. | |
| In re: USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor. | |
| In re: USA CAPITAL FIRST TRUST DEED FUND, LLC, Debtor. | |
| In re: USA SECURITIES, LLC, Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☒ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

1

1  THE COURT, having considered the Stipulation Concerning Proof of Claim 10726-00045
2  filed by the Internal Revenue Service, and having determined that good and sufficient cause exists,
3  HEREBY ORDERS THAT:
4     1.   Proof of Claim 10726-00045 shall be allowed as a general unsecured claim against
5  USA Capital Realty Advisors, LLC in the amount of $1,000.00
6     2.   The hearing on the objection to Proof of Claim 10729-00045 currently scheduled
7  for June 15, 2007 at 9:30 a.m. is hereby vacated.

Submitted by:
SCHWARTZER & MCPHERSON LAW FIRM
and RAY QUINNEY & NEBEKER P.C.

By: /s/ Steven C. Strong
LENARD E. SCHWARTZER, ESQ.
JEANETTE E. MCPHERSON, ESQ.
ANNETTE W. JARVIS, ESQ.
STEVEN C. STRONG, ESQ.
*Attorneys for USA Capital Realty Advisors, LLC*

Approved by:

UNITED STATES OF AMERICA

By: _____
ROLLIN G. THORLEY
Special Assistant
United States Attorney

###

Case 06-10725-gwz    Doc 4143-1    Entered 07/09/07 14:51:04    Page 11 of 11
Case: 06-10725-lbr    Doc #: 3957    Filed: 06/12/2007    Page: 3 of 3
JUN-07-2007 17:15 From:IRS    7028685440    To:18015327543    P.5/5

1. THE COURT, having considered the Stipulation Concerning Proof of Claim 10726-00045 filed by the Internal Revenue Service, and having determined that good and sufficient cause exists, HEREBY ORDERS THAT:

   1. Proof of Claim 10726-00045 shall be allowed as a general unsecured claim against USA Capital Realty Advisors, LLC in the amount of $1,000.00

   2. The hearing on the objection to Proof of Claim 10729-00045 currently scheduled for June 15, 2007 at 9:30 a.m. is hereby vacated.

Submitted by:
SCHWARTZER & MCPHERSON LAW FIRM
and RAY QUINNEY & NEBEKER P.C.

By: _____
LENARD E. SCHWARTZER, ESQ.
JEANETTE E. MCPHERSON, ESQ.
ANNETTE W. JARVIS, ESQ.
STEVEN C. STRONG, ESQ.
*Attorneys for USA Capital Realty Advisors, LLC*

Approved by:

UNITED STATES OF AMERICA

By: _____
ROLLIN G. THORLEY
Special Assistant
United States Attorney

###

2