LEWIS
AND
ROCA
LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018026
Email: jhindera@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 7/10/07

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | **STIPULATION CONTINUING HEARING ON OBJECTIONS TO CLAIM 1366 OF LOS VALLES LAND & GOLF LLC** |
| USA SECURITIES, LLC, | |
| Debtors. | Date of Hearings: July 27, 2007 |
| | Time of Hearings: 9:30 a.m. |
| **Affects:** | |
| ☐ All Debtors | New Date of Hearings: October 15, 2007 |
| ☒ USA Commercial Mortgage Company | Time of Hearings: 9:30 a.m. |
| ☐ USA Capital Realty Advisors, LLC | |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | |
| ☐ USA Capital First Trust Deed Fund, LLC | |
| ☐ USA Securities, LLC | |

USACM Liquidating Trust (the "USACM Trust"), by and through its counsel,

Lewis and Roca LLP, and Los Valles Land & Golf LLC ("Los Valles"). by and through its

counsel, Akin Gump Strauss Hauer & Feld LLP, hereby stipulate:

1.      The USACM Trust filed two objections to Claim No. 1366 of Los Valles

[DE 3076 and 3168] (the "Objections").

1847314.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

2.      The Objections are set for status hearing on July 27, 2007 at 9:30 a.m.

3.      Counsel for the USACM Liquidating Trust requests additional time to investigate the claim and negotiate with the Claimant's counsel over investigation and prosecution of the Claims and the Objections.

4.      In order to facilitate that negotiation, the parties agree:

- The deadline for Los Valles to file a response to the Objections be extended to September 21, 2007;

- the reply to the response shall be filed and served by October 5, 2007; and

- the hearing on the Objections filed by the USACM Trust to Claim No. 1366 of Los Valles be continued to October 15, 2007 at 9:30 a.m.

5.      The parties submit a stipulated order for the Court's convenience.

DATED:  July 10, 2007.

**LEWIS AND ROCA LLP**

By:  /s/ RC (#6593)
        Susan M. Freeman, AZ 4199 (*pro hac vice*)
        Rob Charles, NV 6593
        John Hinderaker, AZ 18024 (*pro hac vice*)
        *Counsel for USACM Liquidating Trust*

-and-

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By:
        Drake D. Foster
2029 Century Park E, Suite 2400
Los Angeles, CA 90067
Tel: 310-552-6450
Email: dfoster@akingump.com
*Attorneys for Los Valles Land & Golf LLC.*

2

1847314.1