**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 7/10/07

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                            Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**STIPULATION RE PROOF OF CLAIM OF JACK HOGGARD LISTED IN THIRTEENTH OMNIBUS OBJECTION TO PROOFS OF CLAIM FILED AS SECURED** |

The USACM Liquidating Trust (the "USACM Trust"), by and through its undersigned counsel, and Jack Hoggard ("Hoggard"), stipulate:

1. Hoggard filed proof of claim No. 10725-00244 in the amount of $15,000.00 as a secured claim.

1

1846849.1

2. On March 23, 2007, the USACM Trust filed its Thirteenth Omnibus Objection to Proofs of Claim filed as Secured [DE 3157] objecting to the secured status of Claim No. 10725-00244 filed by Hoggard, arguing that the proof of claim is not entitled to secured status and requested that the claim be reclassified as a general unsecured claim.

3. On April 13, 2007, Hoggard filed a response [DE 3431] to the Objection of the USACM Trust.

4. The hearing on the Objection and Response occurred on April 26, 2007 at 9:30 a.m.

5. Upon being provided additional information, Hoggard has conceded that the claim is not properly classified as a secured claim, and therefore stipulates to the granting of the Objection as to the claim and reclassifying the claim as an unsecured claim, without prejudice to additional objections at a later date.

6. The USACM Trust reserves the right to further object to the claim, for allowance and or distribution purposes on other grounds.

7. A proposed form of order approving the stipulation and sustaining the objection is being submitted for the Court's consideration.

DATED: 7/7/07, 2007.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
    Susan M. Freeman, AZ 4199 (*pro hac vice*)
    Rob Charles, NV 6593
*Counsel for USACM Liquidating Trust*

-and-

/s/ Jack Hoggard
Jack Hoggard
7022 Rushwood Drive
El Dorado Hills, CA 95762-5002