```
 1  WILLIAM L. McGIMSEY
    A Professional Corp.
 2  Nevada Bar No. 546                          E-FILED - 07/10/07
    516 So. Sixth Street, Suite 300
 3  Las Vegas, NV 89101
    (702) 382-9948
 4
```

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

### NOTICE OF CHANGE OF ADDRESS OF LAW FIRM

WILLIAM L. McGIMSEY, a Professional Corp., by and through the undersigned, hereby gives notice of the following change of mailing address effective immediately. Telephone and facsimile numbers and email address remain the same. This notice affects the cases listed on the attached Exhibit A.

| | |
|---|---|
| Old mailing address: | 601 East Charleston Blvd.<br>Las Vegas, NV 89104 |
| New mailing address: | 516 So. Sixth Street, Suite 300<br>Las Vegas, NV 89101 |

DATED this 9th day of July, 2007.

s// William L. McGimsey
WILLIAM L. McGIMSEY, ESQ.
Nevada State Bar No. 546
516 So. Sixth Street, Suite 300
Las Vegas, NV 89101

LAW OFFICES
WILLIAM L. McGIMSEY
A PROFESSIONAL CORPORATION
516 SO. SIXTH STREET, SUITE 300
LAS VEGAS, NEVADA 89101

EXHIBIT A

| Case Name | Case Number |
|---|---|
| In re Daniel P. Akers | BK-S-07-13513 |
| In re Solidad Almaraz | BK-S-07-12693 |
| In re Catherine L. Brown | BK-S-05-24999 |
| Weinstein v. Brown | BK-S-06-01080 |
| In re CEH Properties, Ltd. | BK-S-97-27654 |
| In re Michael Thomas Dague | BK-S-03-22992 |
| Southwest USA Bank v. Dague | BK-S-04-01067 |
| In re Douglas Edwards, Jr. d/b/a Emerald Pools and Melody Edwards | BK-S-02-23829 |
| In re Dorothea B. Erbacher | BK-S-05-18365 |
| In re Lynna H. Ho | BK-S-07-12451 |
| In re Suki Kelly Holtz | BK-S-06-12694 |
| Cory v. Holtz | BK-S-06-01253 |
| In re Anita Sue Jones | BK-S-04-10501 |
| Gowen v. Jones, et al. | BK-S-04-01099 |
| In re Phyche Hernandez Nitz | BK-S-07-13661 |
| In re Travis H. Reed | BK-S-07-13827 |
| In re Guadalupe Reyes | BK-S-03-23675 |
| In re Wilfredo & Maria D. Rolon | BK-S-07-13509 |
| In re Jason Romano | BK-S-03-10141 |
| In re Jack A. Ross | BK-S-07-12450 |
| In re S.B.S. Limited | BK-S-05-11129 |
| Leonard v. Schwartz, et al. | BK-S-07-01025 |
| In re Kathleen Silver | BK-S-05-25867 |
| In re Sidney Lester Soffer | BK-S-06-11091 |
| In re Tower Homes, LLC | BK-S-07-13208 |
| In re USA Commercial Mortgage Company | BK-S-06-10725 |
| In re USA Capital Realty Advisors, LLC | BK-S-06-10726 |
| In re USA Capital Diversified Trust Deed Fund, LLC | BK-S-06-10727 |
| In re USA Capital First Trust Deed Fund | BK-S-06-10728 |
| In re USA Securities, LLC | BK-S-06-10729 |
| In re Vacation Village, Inc. | BK-S-00-18832 |