

Entered on Docket
July 12, 2007

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Date of Hearings: July 27, 2007 |
| | Time of Hearings: 9:30 a.m. |
| USA SECURITIES, LLC, | |
|                    Debtors. | New Date of Hearings: October 15, 2007 |
| | Time of Hearings: 9:30 a.m. |
| **Affects:** | |
| ☐ All Debtors | |
| ☒ USA Commercial Mortgage Company | |
| ☐ USA Capital Realty Advisors, LLC | |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | |
| ☐ USA Capital First Trust Deed Fund, LLC | |
| ☐ USA Securities, LLC | |

1847321.1

# ORDER APPROVING STIPULATION TO CONTINUE THE HEARING ON OBJECTIONS TO CLAIM 1366 OF LOS VALLES LAND & GOLF LLC

**IT IS HEREBY ORDERED:**

- approving the Stipulation by and between USACM Liquidating Trust and Los Valles Land & Golf LLC [DE     ];
- the deadline for Los Valles to file and serve a response to the objections (the "Objections") [DE 3076, 3168] to Claim No. 1366 of Los Valles Land & Golf LLC is extended to September 21, 2007;
- the reply to the response shall be filed and served by October 5, 2007; and
- the hearings on the Objections is continued to **October 15, 2007 at 9:30 a.m.**

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
Susan M. Freeman
Rob Charles
John Hinderaker
*Attorneys for USACM Liquidating Trust*

APPROVED AS TO FORM AND CONTENT:

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By: _____
Drake D. Foster
2029 Century Park E, Suite 2400
Los Angeles, CA 90067
Tel: 310-552-6450
Email: dfoster@akingump.com
*Attorneys for Los Valles Land & Golf LLC*

1847321.1