**Entered on Docket**
**July 16, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

E-filed on 7/10/07

8 | DAVID ROGER
District Attorney
9 | **CIVIL DIVISION**
State Bar No. 002781
10 | By:  **KIMBERLY A. PHILLIPS**
Deputy District Attorney
11 | State Bar No. 008609
500 South Grand Central Pkwy.
12 | P. O. Box 552215
Las Vegas, Nevada  89155-2215
13 | (702) 455-4761
Fax (702) 382-5178
14 | e-mail:  DA-Bankr@co.clark.nv.us
Attorneys for Clark County

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re                                                     )
                                                              )    BK-S-06-10725-LBR
USA COMMERCIAL MORTGAGE             )    Chapter 11
COMPANY                                           )
                                                              )
                          Debtor.                       )
_____)

**ORDER WITHDRAWING CLARK COUNTY NOTICE OF APPEARANCE AND**
**REQUEST TO BE REMOVED FROM MAILING MATRIX TO STOP**
**ELECTRONIC NOTICES**

**TO THE INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:**

**It is hereby ordered that Clark County's** Withdrawal of Notice of

Appearance and request for Removal from Matrix and to Stop Electronic Notices, and

requests that the name, mailing address and e-mail address listed below be removed from the

1    mailing matrix and from the Court's electronic system for this case is hereby granted

2

3       DATED this _____ day of July 2007.

4                           DAVID ROGER
                           DISTRICT ATTORNEY

5

6                           By_____
                           KIMBERLY A. PHILLIPS

7                           Deputy District Attorney
                          State Bar No. 008609

8                           500 South Grand Central Pkwy.
                          P. O. Box 552215

9                           Las Vegas, Nevada  89155-2215
                          Attorney for Clark County

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28