**LEWIS AND ROCA LLP**
**LAWYERS**

E-Filed on 7/16/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>    Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**STIPULATION RE PROOF OF CLAIM FILED BY HOWARD AND LORENE CONNELL** |

The USACM Liquidating Trust (the "USACM Trust"), and Howard Connell and Lorene Connell ("Connell"), stipulate and agree:

The First Omnibus Objection of the USACM Trust to Claims Asserting Priority Status, (the "Objection"), [DE 3257] was filed with this Court on March 23, 2007. Among the claims included in the Objection was Claim No. 10725-01577 ("Claim

1

1577"), filed by Connell as a priority claim in the amount of $464.64, consisting of $249.87 for a returned check and $214.76 for holdback credit.

The Objection and Response filed by Connell [DE 3516] came before the Court for consideration at the hearing held on April 26, 2007. Due notice of the Objection was properly given, and the Court was fully informed

Therefore, it is agreed:

As to the Omnibus Objection to Claims Asserting Priority Status as it pertains to Claim No. 1577 filed by Connell, Claim No. 1577 filed by Connell will be allowed as a priority claim in the amount of $249.87; and

The balance of Claim No. 1577 of $214.76 will be allowed only as a general unsecured claim.

Dated: July 16, 2007.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
*Counsel for USACM Liquidating Trust*

-and-

Dated: _____, 2007

_____
Howard Connell

/s/ Lorene E. Connell
Lorene Connell

2

1840141.1