Parsons, Behle & Latimer  
Nancy L. Allf, Bar No. 0128  
Timothy P Thomas, Bar No. 5148  
411 E. Bonneville Ave. #100  
Las Vegas, NV 89101  
(702) 599-6000  
nallf@parsonsbehle.com  

Robert C. LePome, Esq.  
10120 S. Eastern Ave. #200  
Henderson, NV 89052  
(702) 492-171  
Nevada Bar #1980  
rlepome@cox.net  
Attorney for Interested Parties

E-Filed on July 16, 2007

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY<br>        Debtor | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>        Debtor | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>        Debtor | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>        Debtor | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br><br>USA SECURITIES, LLC,<br>        Debtor | BK-S-06-10729-LBR<br>Chapter 11 |

1

| Affects: | ) | |
|---|---|---|
| ■ All Debtors | ) | |
| ☐ USA Commercial Mortgage Co. | ) | |
| ☐ USA Securities, LLC | ) | |
| ☐ USA Capital Realty Advisors, LLC | ) | DATE: N/A |
| ☐ USA Capital Diversified Trust Deed | ) | TIME: N/A |
| ☐ USA First Trust Deed Fund, LLC | ) | |
| | ) | |

REQUEST FOR DISCONTINUATION OF NOTICE AND SPECIAL NOTICE
(ON ALL CASES)

TO:   THE CLERK OF THE ABOVE-ENTITLED COURT, DEBTOR, CREDITORS AND ALL PARTIES IN INTEREST

PLEASE TAKE NOTICE that Robert C. LePome, Esq. and Nancy L. Allf, Esq. requests a discontinuation of notice and to be removed from the mailing matrix on all service lists in all cases including all adversary cases thereunder.

PLEASE TAKE FURTHER NOTICE that counsel withdrew as attorneys for various investors on June 12, 2007.

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notice of any applications, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above-

. . .

. . .

. ..

2

referenced case and the proceedings therein.

        /s/ Robert C. LePome, Esq.
Robert C. LePome, Esq.
10120 S. Eastern Ave. #200
Henderson, NV 89052
(702) 492-1271
Nevada Bar #1980
Attorneys for Defendants
Alexander, et al.

and

Parsons, Behle & Latimer
Nancy Allf, Esq., Bar No. 0128
Timothy P. Thomas, Bar No. 5148
411 E. Bonneville Ave. #100
Las Vegas, NV 89101
(702)599-6000

## CERTIFICATE OF SERVICE

I, Susan Stanton, hereby certify that a true and correct copy of the aforegoing was forwarded to:

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO    ATENCIOK@GTLAW.COM

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

GEORGANNE W. BRADLEY     georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN     kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK     tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY     abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA     lbubala@jonesvargas.com, tbw@jonesvargas.com;bjlingenfelter@jonesvargas.com

MATTHEW Q. CALLISTER     mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON     ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

ROB CHARLES     rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN     yvette@ccfirm.com

KEVIN B. CHRISTENSEN     kbchrislaw@aol.com

JANET L. CHUBB     tbw@jonesvargas.com

WILLIAM D COPE     cope_guerra@yahoo.com

LAUREL E. DAVIS     ldavis@fclaw.com, mhurtado@fclaw.com;ldavisesq@aol.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)     tfette@daca4.com

THOMAS H. FELL     BANKRUPTCYNOTICES@GORDONSILVER.COM

SCOTT D. FLEMING     sfleming@halelane.com, dbergsing@halelane.com

GREGORY E GARMAN     bankruptcynotices@gordonsilver.com

DOUGLAS D. GERRARD     DGERRARD@GERRARD-COX.COM

WADE B. GOCHNOUR     wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ     carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Eunice.Jones@usdoj.gov;Sue.Knight@usdoj.gov

GERALD M GORDON     bankruptcynotices@gordonsilver.com

R. VAUGHN GOURLEY     vgourley@lvcm.com

TALITHA B. GRAY     bankruptcynotices@gordonsilver.com

JAMES D. GREENE     bknotice@schrecklaw.com

MARJORIE A. GUYMON     bankruptcy@goldguylaw.com, ddias@goldguylaw.com

JEFFREY R. HALL     jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

XANNA R. HARDMAN     xanna.hardman@gmail.com

STEPHEN R HARRIS     noticesbh&p@renolaw.biz

JEFFREY L HARTMAN     notices@bankruptcyreno.com

BRIGID M. HIGGINS     bankruptcynotices@gordonsilver.com

RICHARD F. HOLLEY     rholley@nevadafirm.com, paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com

RANDOLPH L. HOWARD     rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

DAVID W. HUSTON     dwh@hustonlaw.net, swaits@hustonlaw.net

CHRISTOPHER D JAIME     cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES     ejameslv@earthlink.net, kbchrislaw@aol.com

ANNETTE W JARVIS     ajarvis@rqn.com

TY E. KEHOE     TyKehoeLaw@aol.com

ROBERT R. KINAS     rkinas@swlaw.com, jmcbee@swlaw.com;jmath@swlaw.com;imccord@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring.com

DEAN T. KIRBY     dkirby@kirbymac.com, jhebert@kirbymac.com;lackerman@kirbymac.com

ZACHARIAH LARSON     ecf@lslawnv.com

JOHN J. LAXAGUE     jlaxague@caneclark.com

GEORGE C LAZAR     glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM     nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME     rlepome@cox.net, smstanton@cox.net

ANNE M. LORADITCH     ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com

PATRICIA A. MARR     lvlaw03@yahoo.com

JAMES C. MCCARROLL     , dturetsky@reedsmith.com;aleonard@reedsmith.com

REGINA M. MCCONNELL     rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY     lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT     mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com

JEANETTE E. MCPHERSON     bkfilings@s-mlaw.com;info@s-mlaw.com

JEANETTE E. MCPHERSON     bkfilings@s-mlaw.com;info@s-mlaw.com

SHAWN W MILLER     bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;aboehmer@sheacarlyon.com;ltreadway@sheacarlyon.com;rsmith@sheacarlyon.com

6

DAVID MINCIN        mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

JOHN F MURTHA     jmurtha@woodburnandwedge.com

ERVEN T. NELSON     erv@rlbolick.com, susan@rlbolick.com

VICTORIA L NELSON        bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com

BOB L. OLSON        ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN        ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

CHRISTINE M PAJAK     cpajak@stutman.com, ekarasik@stutman.com

ANDREW M. PARLEN     aparlen@stutman.com

DONALD T. POLEDNAK     sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY     info@johnpeterlee.com

CHRISTINE A ROBERTS     bankruptcy@rocgd.com

SUSAN WILLIAMS SCANN     sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER     bkfilings@s-mlaw.com

JAMES PATRICK SHEA        bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;aboehmer@sheacarlyon.com

SHLOMO S. SHERMAN        ssherman@sheacarlyon.com, aboehmer@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com

AMBRISH S. SIDHU     ecf@lslawnv.com

JEFFREY G. SLOANE     gjklepel@yahoo.com, rmcconnell@kssattorneys.com

ALAN R SMITH   mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com

DAVID A. STEPHENS   dstephens@lvcm.com

PETER SUSI   cheryl@msmlaw.com, msm@msmlaw.com

JEFFREY R. SYLVESTER   jeff@sylvesterpolednak.com

AMY N. TIRRE   , lmccarron@kkbrf.com

AMY N. TIRRE   atirre@kkbrf.com, lmccarron@kkbrf.com

U.S. TRUSTEE - LV - 11   USTPRegion17.lv.ecf@usdoj.gov

GREGORY J. WALCH   GWalch@Nevadafirm.com

RUSSELL S. WALKER   rwalker@wklawpc.com, eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com;rrazo@wklawpc.com

WHITNEY B. WARNICK   wbw@albrightstoddard.com, bstessel@albrightstoddard.com

WILLIAM J. WRAY   wjw@oreillylawgroup.com, rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com,ddh@oreillylawgroup.com,mr@oreillylawgroup.com

JOAN C WRIGHT   jwright@allisonmackenzie.com, jbrooks@allisonmackenzie.com

MATTHEW C. ZIRZOW   bankruptcynotices@gordonsilver.com

ANTHONY A. ZMAILA   azmaila@nevadafirm.com, bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

by electronic service on the 16th day of July, 2007.

                                      /s/ Susan Stanton
                                      Employee of Robert C. LePome, Esq.