1  Annette W. Jarvis, Utah Bar No. 1649

2  Steven C. Strong, Utah Bar No. 6340
   RAY QUINNEY & NEBEKER P.C.

3  36 South State Street, Suite 1400
   P.O. Box 45385

4  Salt Lake City, Utah 84145-0385
   Telephone: (801) 532-1500

5  Facsimile: (801) 532-7543
   Email: ajarvis@rqn.com

6

7  Lenard E. Schwartzer, Nevada Bar No. 0399
   Jeanette E. McPherson, Nevada Bar No. 5423

8  SCHWARTZER & MCPHERSON LAW FIRM
   2850 South Jones Boulevard, Suite 1

9  Las Vegas, Nevada  89146-5308
   Telephone:  (702) 228-7590

10 Facsimile:  (702) 892-0122
   E-Mail:  bkfilings@s-mlaw.com

11

12 Attorneys for Debtors and Debtors-in-Possession

13                  **UNITED STATES BANKRUPTCY COURT**

14                         **DISTRICT OF NEVADA**

**E-FILED ON JULY 16, 2007**

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><div align="right">Debtor.</div> | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><div align="right">Debtor.</div> | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><div align="right">Debtor.</div> | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><div align="right">Debtor.</div> | **USA SECURITIES, LLC'S FIRST REPORT OF ACTION TAKEN AND PROGRESS TOWARDS CONSUMMATION OF CONFIRMED PLAN OF REORGANIZATION** |
| In re:<br>USA SECURITIES, LLC,<br><div align="right">Debtor.</div> | |
| Affects:<br>☐  All Debtors<br>☐  USA Commercial Mortgage Company<br>☒  USA Securities, LLC<br>☐  USA Capital Realty Advisors, LLC<br>☐  USA Capital Diversified Trust Deed Fund, LLC<br>☐  USA Capital First Trust Deed Fund, LLC | **(Affects USA Securities, LLC)** |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1    USA Securities, LLC ("USA Securities"), by and through its counsel, hereby submits this

2    First Report of Action Taken and Progress Towards Consummation of Confirmed Plan of

3    Reorganization ("First Report"). This First Report is submitted pursuant to Article VIII, Section T

4    of the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization (the "Plan"), Paragraph

5    74 of the Court's "Order Confirming the Debtors' 'Third Amended Joint Chapter 11 Plan of

6    Reorganization,' as Modified Herein" (Docket No. 2376) (the "Confirmation Order"), and the

7    Court's Order dated April 30, 2007 (Docket No. 3627). The Plan became effective on March 12,

8    2007 (the "Effective Date"), and this First Report covers the period of March 13, 2007, through

9    June 30, 2007.

10   **I.**    **Summary of Resolution of Proofs of Claim Filed Against USA Securities**

11       As of the date of this First Report, USA Securities has resolved nearly all of the proofs of

12   claims filed against it.

13       1.    As of the Effective Date, 45 proofs of claim were filed against USA Securities.

14       2.    Resolved Proofs of Claim. USA Securities has taken the following actions to

15   resolve the proofs of claim filed against it:

16           a.    On October 26, 2006, the Court entered an Order disallowing claim number

17           10729-00014 (Docket No. 1674).

18           b.    On March 8, 2007, USA Securities filed its Omnibus Objection objecting to

19           most of the proofs of claim filed against USA Securities (Docket No. 3021). The

20           Court sustained the Omnibus Objection in part by an order dated May 15, 2007

21           (Docket No. 3732), and by a supplemental order dated May 30, 2007 (Docket No.

22           3844).

23           c.    On May 25, 2007, the Court approved by order a stipulation between USA

24           Securities and Mike Mollo to the resolution of claim number 10729-00022 (Docket

25           No. 3768).

26           d.    On June 8, 2007, USA Securities and various claimants known throughout

27           this proceeding as the Kantor Claimants entered into a stipulation whereby the

28           Kantor Claimants agreed to withdraw their claims against USA Securities (Docket

No. 3922).  The Court approved this stipulation by an order dated the same day (Docket No. 3929).

    e.     USA Securities did not file an objection to claim number 10729-00042, filed by the Nevada Department of Taxation in the amount of $1,831.29 ($1,692.96 of which is asserted as a priority claim) meaning that this is an allowed claim against USA Securities.

    f.     With the exception of the three claims discussed below, all other proofs of claim filed against USA Securities have been resolved.

    3.     <u>PBGC's Claims.</u>  The only claims remaining against USA Securities that have not yet been resolved are amended claims number 10729-00024, 10729-00025, and 10729-00026 all filed by the Pension Benefit Guaranty Corporation ("PBGC").  USA Securities filed objections to the PBGC's claims on June 29, 2007, whereby USA Securities denied all liability on account of these claims.  The Court is scheduled to hear the objections on July 27, 2007, at 9:30 a.m. Negotiations between USA Securities and the PBGC are ongoing.

## II.    <u>Summary of Resolution of Scheduled Claims</u>

    As of the date of this First Report, USA Securities has resolved all of the claims scheduled in this case.

    1.     On June 15, 2006, USA Securities filed its Schedules listing two priority claims and five unsecured, non-priority claims (Docket No. 675).

    2.     The two priority claims were in favor of the Nevada Department of Taxation, which thereafter filed a proof of claim superseding its scheduled claims.  As discussed above, no objection was filed to this proof of claim and it is now an allowed claim against USA Securities.

    3.     The remaining five unsecured, non-priority claims were all listed on the Schedules as contingent and unliquidated.  As such, they are not deemed to be allowed claims.  None of these five claimants filed a proof of claim meaning that USA Securities has no liability on account of these five scheduled claims.

    4.     Therefore, USA Securities is not required to make distributions on account of any of the claims originally listed on its Schedules.

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

III.    **Resolution of Motions, Contested Matters, and Adversary Proceedings**

As of the date of this First Report, essentially all of the motions, contested matters, and/or adversary proceedings involving USA Securities have been resolved.

1.      Matters before this Court.  At this time, the only matters pending before this Court involving USA Securities, other than its objections to the PBGC's claims, as discussed above, are (A) the USA Securities Professionals' final fee applications, and (B) a "conditional" adversary proceeding which was filed by Compass against, in relevant part, all of the Debtors on July 7, 2007, designated as Adversary Proceeding No. 07-01105 ("Compass Proceeding").

a.      Final Fee Applications.  A hearing on the USA Securities Professionals' Final Fee Applications is scheduled for August 7, 2007, and it is anticipated that matters related to those Applications will be concluded at that time, and that USA Securities will be authorized to make distributions to the USA Securities Professionals from the Ordered Expense Reserve.

b.      Compass Proceeding.  As of the date of this First Report, USA Securities has not been served with the Complaint in the Compass Proceeding.  USA Securities intends to file a motion to dismiss the Compass Proceeding, if and to the extent that such a motion is necessary to timely close this case.  USA Securities will schedule any such motion to dismiss to be heard in conjunction with its motion to close the case, currently anticipated to be filed in time to be heard on the August 23, 2007 calendar.

2.      Matters before the District Court.  In addition to the limited matters before this Court, USA Securities has been a party to three appeals of the Confirmation Order before the United States District Court for the District of Nevada ("District Court").  These appeals, however, have either been dismissed, or USA Securities has been dismissed as a party.

a.      USA Investment Partners, LLC and several others, filed an appeal from the Confirmation Order, ultimately designated as District Court No. 07-00138.  Pursuant to USA Securities' motion to dismiss, this appeal has been dismissed with prejudice by the District Court, and the District Court's Order is now final.

b.      Debt Acquisition Company of America V, LLC ("DACA"), also filed an

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

4

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1    appeal from the Confirmation Order, ultimately designated as District Court No. 07-

2    00160. USA Securities filed two motions to dismiss this appeal, and fully briefed

3    the appeal. Just prior to oral argument before the District Court, DACA and USA

4    Securities entered into a stipulation to dismiss USA Securities from the appeal. The

5    District Court approved this stipulation by Order dated July 12, 2007. Thus, USA

6    Securities is no longer a party to this appeal.

7    c.    Finally, the so-called "Lenders Protection Group" and the Jones Varges

8    Direct Lenders, filed an appeal from the Confirmation Order, ultimately designated

9    as District Court No. 07-00072. USA Securities, along with the other Debtors,

10    successfully obtained an Order of the District Court vacating a stay pending appeal

11    that had been entered by the Bankruptcy Appellate Panel, it filed two motions to

12    dismiss the appeal, and fully briefed the appeal. Just prior to oral argument before

13    the District Court, the Appellants and USA Securities entered into a stipulation to

14    dismiss USA Securities from the appeal, and on July 11, 2007, the District Court

15    entered an Order approving that stipulation. Thus, USA Securities is no longer a

16    party to this appeal.

17    Respectfully submitted this 16th day of July, 2007.

19    Lenard E. Schwartzer, Nevada Bar No. 0399
20    Jeanette E. McPherson, Nevada Bar No. 5423
      SCHWARTZER & MCPHERSON LAW FIRM
21    2850 South Jones Boulevard, Suite 1
      Las Vegas, Nevada 89146

22
23    and

24    Annette W. Jarvis, Utah Bar No. 1649
      Steven C. Strong, Utah Bar No. 6340
25    RAY QUINNEY & NEBEKER P.C.
      36 South State Street, Suite 1400
26    P.O. Box 45385
      Salt Lake City, Utah 84145-0385

27    934770
      P:\USA Commercial Mortgage\Pleadings\Status Reports\Securities 071607.DOC

28