**Entered on Docket
July 17, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

_____

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | **Affecting:**<br>☐ All Cases |
| USA SECURITIES, LLC, | **or Only:**<br>☒ USA Commercial Mortgage Company |
| Debtors. | ☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

1840145.1

### ORDER APPROVING STIPULATION RE PROOF OF CLAIM FILED BY HOWARD AND LORENE CONNELL

The Stipulation entered into by and between the USACM Liquidating Trust (the "USACM Trust") and Howard Connell and Lorene Connell ("Connell"), came before the Court for consideration, no notice being necessary and good cause appearing, it is

ORDERED:

1. Denying the First Omnibus Objection of the USACM Liquidating Trust to Claims Asserting Priority Status [DE 3257] as it pertains to Connell and Proof of Claim No. 10725-01577;

2. Allowing Proof of Claim No. 10725-01577 as a priority claim in the amount of $249.87; and

3. Allowing the balance of $214.76 as an unsecured non-priority claim.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
*Attorneys for USACM Liquidating Trust*

APPROVED/DISAPPROVED

_____
Howard Connell

APPROVED/DISAPPROVED

*Lorene E Connell*
Lorene Connell