

**Entered on Docket
July 17, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

_____

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, NV Bar No. 0399
Jeanette E. McPherson, NV Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **ORDER DENYING ADMINISTRATIVE EXPENSE CLAIM OF SIERRA LIQUIDITY FUND, L.L.C., AND REQUEST FOR PAYMENT THEREOF** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Date: May 31, 2007<br>Time: 9:30 a.m. |

P:\USA Commercial Mortgage\Pleadings\Claim Objections\Debtor Objections\Sierra Liquidity Fund\Order Denying Sierra Admin Claim.DOC

- 1 -

The Administrative Expense Claim of Sierra Liquidity Fund, L.L.C., And Request For Payment Thereof (Docket No. 3088) having come before this Court on May 31, 2007 at 9:30 a.m.; Lenard E. Schwartzer, Esq. of Schwartzer & McPherson Law Firm Law Firm appearing on behalf of USA Commercial Mortgage Company; Marianne Gatti, Esq. of Wilde Hansen, LLP appearing on behalf of Sierra Liquidity Fund, LLC; Rob Charles, Esq. of Lewis and Roca LLP appearing on behalf of the USACM Liquidating Trust; the Court having considered the pleadings and arguments on file, it is hereby

ORDERED that the Administrative Expense Claim of Sierra Liquidity Fund, L.L.C., And Request For Payment Thereof is denied for the reasons stated on the record.

Submitted by:
RAY QUINNEY & NEBEKER P.C. and
SCHWARTZER & MCPHERSON LAW FIRM

By:  /s/  Lenard E. Schwartzer, Esq.
LENARD E. SCHWARTZER, ESQ.
JEANETTE E. MCPHERSON, ESQ.
*Attorneys for Debtor and Debtor-In-Possession*

| **Approved** / Disapproved by: | **Approved** / Disapproved by: |
| --- | --- |
| WILDE HANSEN, LLP | LEWIS AND ROCA, LLP |
| By:  /s/  Marianne Gatti, Esq. | By:  /s/  Rob Charles, Esq. |
| GREGORY WILDE, ESQ. | ROB CHARLES, ESQ. |
| MARIANNE GATTI, ESQ. | SUSAN FREEMAN, ESQ. |
| *Attorneys for Sierra Liquidity Fund, LLC* | *Counsel for the USACM Liquidating Trust* |

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

___ No parties appeared or filed written objections, and there is no trustee appointed in the case.

 X  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below:

*Marianne Gatti, Esq. - Approved*
*Rob Charles, Esq. – Approved*

# # #