

**Entered on Docket
July 20, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br><br>                   Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

1847534.1

### ORDER APPROVING STIPULATION AND SUSTAINING THIRTY-FIRST OMNIBUS OBJECTION RE PROOFS OF CLAIM OF THE WALLS FAMILY TRUST

The Stipulation Re Proofs of Claim of the Walls Family Trust Listed in Thirty-First Omnibus Objection to Proofs of Claim Filed as Secured [DE 4180 ] came before the Court for consideration, no notice being necessary and good cause appearing, it is

ORDERED:

- Approving the Stipulation Re Proofs of Claim of the Walls Family Trust Listed in Thirty-First Omnibus Objection to Proofs of Claim Filed as Secured;

- Sustaining the Thirty-First Omnibus Objection and reclassifying Claim Nos: 10725-00396 in the amount of $100,000.00; 10725-00397 in the amount of $50,000.00; 10725-00398 in the amount of $200,000.00; 10725-00399 in the amount of $200,000.00; and 10725-00400 in the amount of $200,000.00 filed by the Walls Family Trust as general unsecured non-priority claims;

- Reserving the right of the USACM Trust to further object to the claims, whether or not the subject of the Objection, for allowance and or distribution purposes on any other grounds. *We Reserve the Same Right.* [handwritten signature]

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
*Attorneys for USACM Liquidating Trust*

APPROVED/DISAPPROVED

_____
Joseph P. Walls, Trustee

APPROVED/DISAPPROVED

_____
Ellen Walls, Trustee

3

1847534.1