# EXHIBIT A

1688943.1



Entered on Docket
June 04, 2007

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Jointly Administered |
|---|---|
| **USA Commercial Mortgage Company**<br>06-10725 – Lead Case | Chapter 11 Cases |
| | Judge Linda B. Riegle Presiding |
| **USA Capital Realty Advisors, LLC**<br>06-10726 | Date of Hearing: May 31, 2007<br>Time: 9:30 a.m. |
| **USA Capital Diversified Trust Deed Fund, LLC**<br>06-10727 | **Affecting:**<br>☐ All Cases<br>or Only: |
| **USA Capital First Trust Deed Fund, LLC**<br>06-10728 | ☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC |
| **USA Securities, LLC**<br>06-10729<br>**Debtors.** | ☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

## ORDER APPROVING STIPULATION BY AND BETWEEN THE USACM LIQUIDATING TRUST AND THE MANTAS GROUP

1834964.1

The Stipulation by and between the Mantas Group and the USACM Liquidating Trust came before the Court for consideration, no notice being necessary and good cause appearing,

IT IS HEREBY ORDERED sustaining the objection of the USACM Liquidating Trust to the following proofs of claim and reclassifying the claims as general unsecured claims, albeit subject to further objection:

| Name of Claimant | Proof of Claim No. | Amount | Date Filed | Objection | Docket Entry |
|---|---|---|---|---|---|
| Nancy N. LaFleur Transfer on Death to Stephen & James R. LaFleur | 10725-02302 | $115,000.00 | 1/13/2007 | 17 | 3165 |
| DG Menchetti Ltd. Pension Plan, c/o DG Menchetti, Trustee | 10725-02307 | $140,000.00 | 1/13/2007 | 7 | 3145 |
| Menchetti, DG | 10725-02306 | $900,000.00 | 1/13/2007 | 21 | 3174 |
| Mantas, Leo | 10725-02308 | $164,558.00 | 1/13/2007 | 19 | 3170 |
| World Links Group, LLC c/o Leo G. Mantas | 10725-02309 | $198,000.00 | 1/13/2007 | 33 | 3192 |
| Anderson Family Trust DTD 8/21/92, Gary B. & Barbara L. Anderson, Trustees | 10725-02301 | $500,000.00 | 1/13/2007 | 2 | 3135 |
| Erven J. & Frankie J. Nelson Trust | 10725-02305 | $450,000.00 | 1/13/2007 | 9 | 3149 |
| Erven J. Nelson Ltd PSP dated 10/31/72 | 10725-02304 | $250,000.00 | 1/13/2007 | 9 | 3149 |
| Zawacki, A California LLC | 10725-02299 | $1,500,000.00 | 1/13/2007 | 33 | 3192 |
| L. Earle Romak IRA | 10725-02326 | $1,000,000.00 | 1/13/2007 | 10 | 3151 |

###

1834964.1

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
*Attorneys for USACM Liquidating Trust*

**APPROVED AS TO FORM AND CONTENT:**

**BOLICK & BOYER**

By: /s/ ETN (#2332)
Erven T. Nelson, NV 2332
6060 W Elton Avenue, Suite A
Las Vegas, NV 89107
Telephone (702) 870-6060
Facsimile (702) 870-6090
erv@rlbolick.com
*Attorneys for Mantas Group*

3

1834964.1