WILLIAM L. McGIMSEY
A Professional Corp.
Nevada Bar No. 546
516 So. Sixth Street, Suite 300
Las Vegas, NV 89101
(702) 382-9948

E-FILED - 07/20/07

Attorney for Margaret B. McGimsey
Trust, Bruce McGimsey, Jerry
McGimsey, Sharon McGimsey and
Johnny Clark

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

    Debtor.

USA CAPITAL REALTY ADVISORS, LLC,

    Debtor.

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

    Debtor.

USA CAPITAL FIRST TRUST DEED FUND, LLC,

    Debtor.

USA SECURITIES, LLC,

    Debtor.

Affects:
☐ All Debtors
☐ USA Commercial Mortgage Company
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
■ USA Capital Diversified Trust Deed Fund, LLC
☐ USA First Trust Deed Fund, LLC

Case No. BK-S-06-10725 LBR
Case No: BK-S-06-10726 LBR
Case No. BK-S-06-10727 LBR
Case No. BK-S-06-10728 LBR
Case No. BK-S-06-10729 LBR

Chapter 11

RESPONSE TO OMNIBUS OBJECTION OF POST-EFFECTIVE DATE USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, TO PROOFS OF INTEREST

Date: 07/27/07
Time: 9:30 a.m.

    COMES NOW Margaret B. McGimsey Trust, Bruce McGimsey, Sharon McGimsey, Jerry McGimsey and Johnny Clark, by and through their attorney, William L. McGimsey, Esq., and in

presents the following response.

Attached hereto and made a part hereof are the Proofs of Interest filed in the above-entitled matter. Each Proof of Interest shows the amount due and owing as a Proof of Interest to each claimant herein. To the extent that the Debtor objects because its "records" show something different, then its records are incorrect.

Respectfully submitted,

*[signature]*

WILLIAM L. McGIMSEY, ESQ.
601 East Charleston Blvd.
Las Vegas, NV 89104
Attorney for the McGimseys and Johnny Clark

# PROOF OF INTEREST

**Name of Debtor:** USA Capital Diversified Trust Deed Fund LLC

**Case Number:** 06-10727

1. **Name of holder of the Equity Interest** (The person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interestholder"):

   Bruce McGimsey

   [ ] Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

   [ ] Check box if you have never received any notices from the bankruptcy court or BMC Group in this case.

   [X] Check box if this address differs from the address on the envelope sent to you by the court.

**Telephone Number ( )**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subparagraph (a) or (b) above.

If you have already filed a proof of interest with BMC, you do not need to file again.

THIS SPACE IS FOR COURT USE ONLY

**Account or other number by which Interestholder identifies Debtor:**

Check here if this claim:
[ ] replaces a previously filed Proof of Interest dated:
[ ] amends a previously filed Proof of Interest dated:

2. **Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

   Bruce McGimsey
   c/o William L. McGimsey, Esq.
   601 East Charleston Blvd.
   Las Vegas, NV 89104

3. **Date Equity Interest was acquired:**
   08/01/02
   08/01/03

**Telephone Number ( )**

4. **Total amount of member interest:** 86,171.22

5. **Certificate number(s):**

6. **Type of Equity Interest:**

   Please indicate the type of Equity Interest you hold:

   [X] Check this box if your Equity Interest is based on actual member interest held in the Debtor.

   [ ] Check this box if your Equity Interest is based on anything else and describe that interest:

7. **SUPPORTING DOCUMENTS:** *Attach copies of supporting documents.* such as stock certificates, option agreements, warrants etc.
   DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **DATE-STAMPED COPY:** To receive an acknowledgment of the filing of your proof of interest, enclose a stamped, self-addressed envelope and copy of this proof of interest.

The original of this completed proof of interest form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is **actually received on or before 5:00 pm, prevailing Pacific time, on November 13, 2006** for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units).

**BY MAIL TO:**
BMC Group
Attn: USACM Claims Docketing Center
P. O. Box 911
El Segundo, CA 90245-0911

**BY HAND OR OVERNIGHT DELIVERY TO:**
BMC Group
Attn: USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

RECD NOV 13 2006

USA POI-DT
061072700144

**DATE:** 11-9-06

**SIGN** and print the name and title, if any, of the Interestholder or other person authorized to file this proof of interest (attach copy of power of attorney, if any):

William S. McA — William McGimsey, Esq.

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*

# PROOF OF INTEREST

**Name of Debtor:** USA Capital Diversified Trust Deed Fund LLC

**Case Number:** 06-10727

**1. Name of holder of the Equity Interest** (The person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interestholder"):

Margaret B. McGimsey Trust

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case.

☒ Check box if this address differs from the address on the envelope sent to you by the court.

**Telephone Number:** ( )

If you have already filed a proof of interest with BMC, you do not need to file again.

THIS SPACE IS FOR COURT USE ONLY

**Account or other number by which Interestholder identifies Debtor:**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated:
☐ amends a previously filed Proof of Interest dated:

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Margaret B. McGimsey Trust
c/o William L. McGimsey, Esq.
601 East Charleston Blvd.
Las Vegas, NV 89104

**3. Date Equity Interest was acquired:**
07/16/01
05/01/02
07/01/03

**Telephone Number:** ( )

**4. Total amount of member interest:** $96,094.75+interest

**5. Certificate number(s):**

**6. Type of Equity Interest:**

Please indicate the type of Equity Interest you hold:

☒ Check this box if your Equity Interest is based on actual member interest held in the Debtor.

☐ Check this box if your Equity Interest is based on anything else and describe that interest:

**7. SUPPORTING DOCUMENTS:** Attach copies of supporting documents, such as stock certificates, option agreements, warrants etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. DATE-STAMPED COPY:** To receive an acknowledgment of the filing of your proof of interest, enclose a stamped, self-addressed envelope and copy of this proof of interest.

The original of this completed proof of interest form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5:00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units).

**BY MAIL TO:**
BMC Group
Attn: USACM Claims Docketing Center
P.O. Box 911
El Segundo, CA 90245-0911

**BY HAND OR OVERNIGHT DELIVERY TO:**
BMC Group
Attn: USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

THIS SPACE FOR COURT USE ONLY

REC'D NOV 13 2006

USA POI-DT
061072700145

**DATE:** 11-9-06

**SIGN** and print the name and title, if any, of the Interestholder or other person authorized to file this proof of interest (attach copy of power of attorney, if any): William McGimsey, Esq.

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

# PROOF OF INTEREST

**Name of Debtor:** USA Capital Diversified Trust Deed Fund LLC

**Case Number:** 06-10727

**1. Name of holder of the Equity Interest** (The person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interestholder"):

Sharon or Jerry McGimsey

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case.

☒ Check box if this address differs from the address on the envelope sent to you by the court.

**Telephone Number ( )**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an equity interest in the Debtor. An equity interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code §101(16)(a) share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell or subscribe to a share, security, or interest of a kind specified in subparagraph (a) or (b) above.

If you have already filed a proof of interest with BMC, you do not need to file again.

THIS SPACE IS FOR COURT USE ONLY

**Account or other number by which Interestholder identifies Debtor:**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated:
☐ amends a previously filed Proof of Interest dated:

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**
Sharon or Jerry McGimsey
c/o William L. McGimsey, Esq.
601 East Charleston Blvd.
Las Vegas, NV 89104

**3. Date Equity Interest was acquired:**
12/03/01        06/01/03
01/29/01        08/01/03
10/16/01
04/01/02

**Telephone Number ( )**

**4. Total amount of member interest:** $311,091.58+interest

**5. Certificate number(s):**

**6. Type of Equity Interest:**

Please indicate the type of Equity Interest you hold:

☒ Check this box if your Equity Interest is based on actual member interest held in the Debtor.

☐ Check this box if your Equity Interest is based on anything else and describe that interest:

**7. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as stock certificates, option agreements, warrants etc.
DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. DATE-STAMPED COPY:** To receive an acknowledgment of the filing of your proof of interest, enclose a stamped, self-addressed envelope and copy of this proof of interest.

The original of this completed proof of interest form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is **actually received on or before 5:00 pm, prevailing Pacific time, on November 13, 2006** for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units).

**BY MAIL TO:**
BMC Group
Attn: USACM Claims Docketing Center
P.O. Box 911
El Segundo, CA 90245-0911

**BY HAND OR OVERNIGHT DELIVERY TO:**
BMC Group
Attn: USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

THIS SPACE FOR COURT USE ONLY

REC'D NOV 13 2006

USA POI-DT
061072700148

**DATE:** 11-9-06

**SIGN** and print the name and title, if any, of the Interestholder or other person authorized to file this proof of interest (attach copy of power of attorney, if any):
Will L.M. — William L. McGimsey Esq.

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

## PROOF OF INTEREST

**Name of Debtor:**
USA Capital Diversified Trust Deed Fund, LLC

**Case Number:** 06-10727

**1. Name of holder of the Equity Interest** (The person or entity holding an Equity Interest in the Debtor. Referred to hereinafter as the "Interestholder"):

Johnny Clark

☐ Check box if you are aware that anyone else has filed a proof of interest relating to your interest. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case.

☒ Check box if this address differs from the address on the envelope sent to you by the court.

**Telephone Number ( )**

NOTE: This form SHOULD NOT be used to make a claim against the Debtor for money owed. A separate Proof of Claim form should be used for that purpose. This form should only be used to assert an Equity Interest in the Debtor. An Equity Interest is any right arising from any capital stock and any equity security in any of the Debtor. An equity security is defined in the Bankruptcy Code as (a) a share in a corporation whether or not transferable or denominated stock or similar security, (b) interest of a limited partner in a limited partnership, or (c) warrant or right other than a right to convert, to purchase, sell, or subscribe to a share, security, or interest of a kind specified in subparagraph (a) or (b) above.

If you have already filed a proof of interest with BMC, you do not need to file again.

**THIS SPACE IS FOR COURT USE ONLY**

**Account or other number by which Interestholder identifies Debtor:**

Check here if this claim:
☐ replaces a previously filed Proof of Interest dated:
☐ amends a previously filed Proof of Interest dated:

**2. Name and Address of any person or entity that is the record holder for the Equity Interest asserted in this Proof of Interest:**

Johnny Clark
c/o William L. McGimsey, Esq.
601 East Charleston Blvd.
Las Vegas, NV 89104

**Telephone Number ( )**

**3. Date Equity Interest was acquired:**
01/29/00
07/01/02

**4. Total amount of member interest:** $99,467.90+interest

**5. Certificate number(s):**

**6. Type of Equity Interest:**

Please indicate the type of Equity Interest you hold:

☒ Check this box if your Equity Interest is based on actual member interest held in the Debtor.

☐ Check this box if your Equity Interest is based on anything else and describe that interest:

**7. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as stock certificates, option agreements, warrants etc. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. DATE-STAMPED COPY:** To receive an acknowledgment of the filing of your proof of interest, enclose a stamped, self-addressed envelope and copy of this proof of interest.

The original of this completed proof of interest form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5:00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units).

**BY MAIL TO:**
BMC Group
Attn: USACM Claims Docketing Center
P.O. Box 911
El Segundo, CA 90245-0911

**BY HAND OR OVERNIGHT DELIVERY TO:**
BMC Group
Attn: USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

**THIS SPACE FOR COURT USE ONLY**

REC'D NOV 13 2006

USA POI-DT
061072700149

**DATE:** 11-9-06

**SIGN** and print the name and title, if any, of the Interestholder or other person authorized to file this proof of interest (attach copy of power of attorney, if any):

William McGimsey, Esq.

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571*