WILLIAM L. McGIMSEY
A Professional Corp.
Nevada Bar No. 546
601 E. Charleston Blvd.
Las Vegas, NV 89104
(702) 382-9948

E-FILED - 07/20/07

Attorney for Margaret B. McGimsey Trust, Bruce McGimsey, Jerry McGimsey, Sharon McGimsey and Johnny Clark

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

Debtor.

USA CAPITAL REALTY ADVISORS, LLC,

Debtor.

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

Debtor.

USA CAPITAL FIRST TRUST DEED FUND, LLC,

Debtor.

USA SECURITIES, LLC,

Debtor.

Affects:
☐ All Debtors
☐ USA Commercial Mortgage Company
☐ USA Securities, LLC
■ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA First Trust Deed Fund, LLC

Case No. BK-S-06-10725 LBR
Case No: BK-S-06-10726 LBR
Case No. BK-S-06-10727 LBR
Case No. BK-S-06-10728 LBR
Case No. BK-S-06-10729 LBR

Chapter 11

**CERTIFICATE OF SERVICE**

Date: 07/27/07
Time: 9:30 a.m.

On July 20, 2007, I served the following document:

RESPONSE TO OMNIBUS OBJECTION OF POST-EFFECTIVE DATE USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, TO PROOFS OF INTEREST

■   a. **ECF System** to the parties listed on the Notice of Electronic Filing attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 20th day of July, 2007.

_____
An Employee of William L. McGimsey, Esq.

## File an answer to a motion:

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from MCGIMSEY, WILLIAM L. entered on 7/20/2007 at 3:30 PM PDT and filed on 7/20/2007
**Case Name:** USA COMMERCIAL MORTGAGE COMPANY
**Case Number:** 06-10725-lbr
**Document Number:** 4192

**Docket Text:**
Response Filed by WILLIAM L. MCGIMSEY on behalf of JOHNNY CLARK, MARGARET B. MCGIMSEY TRUST, BRUCE MCGIMSEY, JERRY MCGIMSEY, SHARON MCGIMSEY (Related document(s)[3933] Document filed by Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.) (MCGIMSEY, WILLIAM)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\Owner\My Documents\McGimsey Clark Proof of Interest Response.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=7/20/2007] [FileNumber=8369702-0]
[fd28d505237691183d5b4124f2c5feb944d8a125837ebaf77b5049f21b78c6e2d844
7aedf33d2defcd403bf748d4e386bdf70f95172d30cf1b5efa540eefd74f]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M. ATENCIO    ATENCIOK@GTLAW.COM

PETER C. BERNHARD    peter.bernhard@bullivant.com, michelle.diegel@bullivant.com

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com;mjohn@bmcgroup.com

GEORGANNE W. BRADLEY    georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA    lbubala@jonesvargas.com, tbw@jonesvargas.com;aanthony@jonesvargas.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com;jrammos@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com

JANET L. CHUBB    tbw@jonesvargas.com

EDWARD S. COLEMAN    mail@coleman4law.com

WILLIAM D COPE    cope_guerra@yahoo.com

LAUREL E. DAVIS    ldavis@fclaw.com, mhurtado@fclaw.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com

J CRAIG DEMETRAS    JCD@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras-oneill.com

RICHARD I. DREITZER    rdreitzer@yahoo.com

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

ARLEY D FINLEY    TFINLEY@DIAMONDMCCARTHY.COM

SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

DOUGLAS D. GERRARD    DGERRARD@GERRARD-COX.COM, ekaymedellin@gerrard-cox.com

WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov

GERALD M GORDON    bankruptcynotices@gordonsilver.com

R. VAUGHN GOURLEY    vgourley@lvcm.com

TALITHA B. GRAY    bankruptcynotices@gordonsilver.com

JAMES D. GREENE    bknotice@bhfs.com

MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com

PETER W. GUYON    pguyon@yahoo.com

JEFFREY R. HALL    jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com

XANNA R. HARDMAN    xanna.hardman@gmail.com

STEPHEN R HARRIS    noticesbh&p@renolaw.biz

JEFFREY L HARTMAN    notices@bankruptcyreno.com, dle@bankruptcyreno.com

BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com

RICHARD F. HOLLEY    rholley@nevadafirm.com, paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com

RANDOLPH L. HOWARD    rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net

JASON A. IMES    bkfilings@s-mlaw.com

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES    ejameslv@embarqmail.com, kbchrislaw@aol.com

ANNETTE W JARVIS    ajarvis@rqn.com

ERIN E. JONES    ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com

TY E. KEHOE    TyKehoeLaw@aol.com

ROBERT R. KINAS    rkinas@swlaw.com, jmcbee@swlaw.com;jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;lvdocket@mindsprin

DEAN T. KIRBY    dkirby@kirbymac.com, jhebert@kirbymac.com;lackerman@kirbymac.com

ZACHARIAH LARSON    ecf@lslawnv.com

JOHN J. LAXAGUE    jlaxague@caneclark.com

GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net

TYSON M. LOMAZOW    tlomazow@milbank.com

ANNE M. LORADITCH    ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com

ERIC D MADDEN    emadden@diamondmccarthy.com, jsickels@diamondmccarthy.com

PATRICIA A. MARR    lvlaw03@yahoo.com

JAMES C. MCCARROLL    , dturetsky@reedsmith.com;aleonard@reedsmith.com

REGINA M. MCCONNELL    rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;ltreadway@sheacarlyon.com;mleavitt@sheacarlyon.com

DAVID MINCIN    mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

JOHN F MURTHA    jmurtha@woodburnandwedge.com

ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com;erin@rlbolick.com

VICTORIA L NELSON    bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.co

BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN    ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

CHRISTINE M PAJAK     cpajak@stutman.com, ekarasik@stutman.com

ANDREW M. PARLEN     aparlen@stutman.com

DONALD T. POLEDNAK     sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY     info@johnpeterlee.com

THOMAS RICE     trice@coxsmith.com, ggattis@coxsmith.com

GORDON C. RICHARDS     gcrclarkandrichards@earthlink.net, sebclarkandrichards@earthlink.net

CHRISTINE A ROBERTS     bankruptcy@rocgd.com

STACY M. ROCHELEAU     stacy@arlawgroup.com, wendy@arlawgroup.com

SUSAN WILLIAMS SCANN     sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER     bkfilings@s-mlaw.com

JAMES PATRICK SHEA     bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;jshea@sheacarlyon.com

SHLOMO S. SHERMAN     ssherman@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;mleavitt@

AMBRISH S. SIDHU     ecfnotices@sidhulawfirm.com

JEFFREY G. SLOANE     gjklepel@yahoo.com, rmcconnell@kssattorneys.com

ALAN R SMITH     mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com

ADAM M. STARR     starra@gtlaw.com

DAVID A. STEPHENS     dstephens@lvcm.com

PETER SUSI     cheryl@msmlaw.com, msm@msmlaw.com

ERIC W. SWANIS     mclachlanp@gtlaw.com, LengemannC@gtlaw.com

JEFFREY R. SYLVESTER     jeff@sylvesterpolednak.com

KAARAN E. THOMAS     kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

ROLLIN G. THORLEY     rollin.g.thorley@irscounsel.treas.gov

AMY N. TIRRE     , lmccarron@kkbrf.com

AMY N. TIRRE     atirre@kkbrf.com, lmccarron@kkbrf.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

ERIC VAN    bankruptcynotices@gordonsilver.com

GREGORY J. WALCH    GWalch@Nevadafirm.com

RUSSELL S. WALKER    rwalker@wklawpc.com,
eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com;rrazo@wklawpc.com;tgrover

WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

GREGORY L. WILDE    bk@wildelaw.com

RYAN J. WORKS    rworks@mcdonaldcarano.com,
kbarrett@mcdonaldcarano.com;dsampson@mcdonaldcarano.com;aguenther@mcdonaldcarano.com;hve

WILLIAM J. WRAY    rh@oreillylawgroup.com,
rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

ANTHONY A. ZMAILA    azmaila@nevadafirm.com,
bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

**06-10725-lbr Notice will not be electronically mailed to:**