George F. Ogilvie III, Esq. (#3552)
Ryan J. Works, Esq. (#9224)
McDONALD CARANO WILSON, LLP
2300 West Sahara Avenue
No. 10, Suite 1000
La Vegas, Nevada 89102
Tel. No.: 702.873.4100
Fax No.: 702.873.9966
rworks@mcdonaldcarano.com

Attorneys for Eugene Buckley

Electronically Filed on July 20, 2007

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND LLC,<br><br>USA SECURITIES, LLC,<br><br>    Debtors.<br><br>Affects:<br>☒ All Debtors<br>: USA Commercial Mortgage Company<br>: USA Capital Realty Advisors, LLC<br>: USA Capital Diversified Trust Deed Fund, LLC<br>: USA Capital First Trust Deed Fund, LLC<br>: USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No.: BK-S-06-10725-LBR<br><br>**NOTICE OF ENTRY OF ORDER APPROVING STIPULATION BY AND BETWEEN EUGENE BUCKLEY AND THE USACM LIQUIDATING TRUST**<br><br>Hearing Date: July 27, 2007<br>Hearing Time: 1:30 p.m. |

PLEASE TAKE NOTICE that an Order Approving Stipulation by and between Eugene Buckley and the USACM Liquidating Trust [DE 4190] was entered on the 20th day of July, 2007, a true and correct copy of which is attached hereto as Exhibit A.

Dated this 20th day of July, 2007.

                                        MCDONALD CARANO WILSON, LLP

By /s/ Ryan J. Works
    George F. Ogilvie III, Esq. (#3552)
    Ryan J. Works, Esq. (#9224)
    2300 West Sahara Avenue, Suite 1000
    Las Vegas, Nevada 89102
    *Attorneys for Eugene Buckley*

EXHIBIT "A"

EXHIBIT "A"

Case: 06-10725-lbr    Doc #: 4190    Filed: 07/20/2007    Page: 1 of 2

**Entered on Docket
July 20, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

George F. Ogilvie III, Esq. (#3552)
Ryan J. Works, Esq. (#9224)
McDONALD CARANO WILSON, LLP
2300 West Sahara Avenue
No. 10, Suite 1000
La Vegas, Nevada 89102
Tel. No.: 702.873.4100
Fax No.: 702.873.9966
rworks@mcdonaldcarano.com

Attorneys for Eugene Buckley

Electronically Filed on July 19, 2007

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND LLC,<br><br>USA SECURITIES, LLC,<br><br>    Debtors.<br><br>Affects:<br>☒ All Debtors<br>: USA Commercial Mortgage Company<br>: USA Capital Realty Advisors, LLC<br>: USA Capital Diversified Trust Deed Fund, LLC<br>: USA Capital First Trust Deed Fund, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No.: BK-S-06-10725-LBR<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR EUGENE BUCKLEY TO FILE HIS REPLY IN SUPPORT OF HIS MOTION TO QUASH SUBPOENA**<br><br>Hearing Date: July 27, 2007<br>Hearing Time: 1:30 p.m. |

: USA Securities, LLC

IT IS HEREBY STIPULATED AND AGREED by and between EUGENE BUCKLEY, through his undersigned counsel of record, and USACM LIQUIDATING TRUST, through its undersigned counsel of record, that EUGENE BUCKLEY shall be granted an extension of time up to and including July 23, 2007 to file his Reply in Support of his Motion to Quash Subpoena.

The parties have agreed to this extension because they are currently negotiating a settlement of the disputed matter.

Dated this 19th day of July, 2007.

MCDONALD CARANO WILSON, LLP

*/s/ George F. Ogilvie III*

George F. Ogilvie III, Esq. (#3552)
Ryan J. Works, Esq. (#9224)
2300 West Sahara Avenue, Suite 1000
Las Vegas, Nevada 89102
*Attorneys for Eugene Buckley*

DIAMOND McCARTHY LLP

*/s/ Eric D. Madden*

Eric D. Madden, Esq. (TX Bar #24013079)
1204 Elm Street, 34th Floor
Dallas, Texas 75270
*Attorneys for USACM Liquidating Trust*

###

::ODMA\PCDOCS\LVDOCS\135298\1

2