George F. Ogilvie III, Esq. (#3552)
Ryan J. Works, Esq. (#9224)
McDONALD CARANO WILSON LLP
2300 W. Sahara Avenue, Suite 1000
Las Vegas, Nevada 89102
Telephone Number: (702) 873-4100
Facsimile Number: (702) 873-9966
rworks@mcdonaldcarano.com
Attorneys for Eugene Buckley

*Electronically Filed on July 20, 2007*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re

USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,

USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC,

USA CAPITAL FIRST TRUST DEED FUND LLC,

USA SECURITIES, LLC,

    Debtors.

Affects:
☒ All Debtors
: USA Commercial Mortgage Company
: USA Capital Realty Advisors, LLC
: USA Capital Diversified Trust Deed Fund, LLC
: USA Capital First Trust Deed Fund, LLC
: USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under
Case No.: BK-S-06-10725-LBR

**CERTIFICATE OF SERVICE**

    I hereby certify that I am an employee of McDONALD CARANO WILSON LLP. That I am, and was when the herein described service took place, a citizen of the United States, over 21 years of age, and not a party to, nor interested in, the within action.

    On July 20, 2007, the Notice of Entry of Order Approving Stipulation By and Between

1  Eugene Buckley and The USACM Liquidating Trust was electronically filed and served through
2  the U.S. Bankruptcy Court.
3       On July 20, 2007, a copy of said Notice of Entry of Order Approving Stipulation By and
4  Between Eugene Buckley and The USACM Liquidating Trust was sent first class mail, postage
5  prepaid to the following:

6  Eric D. Madden  
  Diamond McCarthy LLP  
7  1201 Elm Street, 34th Floor  
  Dallas, Texas 75270  
8  Facsimile: (214) 389-5399  
9  *Special Litigation Counsel for USACM*  
  *Liquidating Trust*

Susan M. Freeman, Esq.  
Rob Charles, Esq.  
Lewis and Roca, LLP  
3993 Howard Hughes Pkwy., Suite 600  
Las Vegas, Nevada 89169  
Facsimile: (702) 949-8321  
*Counsel for USACM Liquidating Trust*

10
11       I hereby certify the assertions of this certificate are true, except as to those matters stated
12  upon information and belief, and as to those matters, I believe them to be true.
13       Executed this 20th day of July, 2007.

14
15       By /s/ Kathy Barrett  
     An Employee of McDonald Carano Wilson LLP