ELECTRONICALLY FILED ON
July 20, 2007

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
Nevada State Bar No. 000405
CANDACE C. CARLYON
Nevada State Bar No. 002666
701 E. Bridger Avenue, Suite 850
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
E-mail:  jshea@sheacarlyon.com
           ccarlyon@sheacarlyon.com

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re                                          )
                                               )
                                               )
VARIOUS MATTERS                                )
                                               )
                                               )

### NOTICE OF CHANGE OF ADDRESS OF LAW FIRM

SHEA & CARLYON, LTD., by and through the undersigned, hereby gives notice of the following change of mailing address, effective immediately. Telephone and facsimile numbers and email addresses will remain the same. This notice affects the cases listed on the attached Exhibit A.

| | |
|---|---|
| Old mailing address: | Shea & Carlyon, Ltd.<br>228 S. Fourth Street<br>First Floor<br>Las Vegas, NV 89101 |
| New mailing address: | Shea & Carlyon, Ltd.<br>701 E. Bridger Avenue<br>Suite 850<br>Las Vegas, NV 89101 |

SHEA & CARLYON, LTD.
701 E. Bridger Avenue, Suite 850
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435

1

1  DATED this 20th day of July, 2007.

SHEA & CARLYON, LTD.

JAMES PATRICK SHEA
Nevada State Bar No. 000405
CANDACE C. CARLYON
Nevada State Bar No. 002666
701 E. Bridger Avenue, Suite 850
Las Vegas, Nevada 89101

SHEA & CARLYON, LTD.
701 E. Bridger Avenue, Suite 850
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435

2

**EXHIBIT A**

| | |
|---|---|
| BK-S-96-24593-BAM | In re McDonald |
| BK-S-00-10533-LBR | In re Agribiotech, Inc. |
| BK-S-03-14385-LBR | In re Marcel F. and Ingeborg W. Schwyzer |
| BK-S-03-15245-LBR | In re Brown Ponce Dental |
| BK-S-03-24816-LBR | In re Foliage Unlimited Landscaping, LLC |
| BK-N-03-52300-GWZ | In re Mego Financial |
| BK-N-04-05205-GWZ | Official Committee of Unsecured Creditors v. Guzy |
| BK-S-04-14779-LBR | In re AVI, Inc. |
| BK-S-04-14853-BAM | In re DeWayne Floyd Sheldon |
| BK-S-04-15824-LBR | In re Terry Lee and Merry Gretchen Cox |
| BK-S-04-19584-BAM | In re Island Dreams, LLC |
| BK-S-05-01221-BAM | First Citizens National Bank v. Hebel |
| BK-N-05-05031-GWZ | Guzy v. Guzy |
| BK-N-05-05103-GWZ | Arbor v. Driven Image |
| BK-S-05-10067-MKN | In re Murano Apartments |
| BK-S-05-10179-BAM | In re Cloobeck |
| BK-S-05-12601-BAM | In re Robert D. and Carole A. Hebel |
| BK-S-05-17480-LBR | In re American Plaza, LLC |
| BK-S-05-20688-MKN | In re David James and Kim Hyekhung Pederson |
| BK-S-05-25614-MKN | In re ACS Wireless Las Vegas, Inc. |
| BK-N-05-50110-GWZ | In re Mark R. and Shannon Donahue Guzy |
| BK-S-06-01118-LBR | Richfield v. Leonard |
| BK-S-06-01140-MKN | Murano Apartments v. Silver State Bank |
| BK-S-06-10725-LBR | In re USA Commercial Mortgage Company |
| BK-S-06-10726-LBR | In re USA Capital Realty Advisors, LLC |
| BK-S-06-10727-LBR | In re USA Capital Diversified Trust Deed Fund, LLC |
| BK-S-06-10728-LBR | In re USA Capital First Trust Deed Fund, LLC |
| BK-S-06-10729-LBR | In re USA Securities, LLC |
| BK-S-06-11116-MKN | In re Classic Development |
| BK-S-06-12180-BAM | In re Jade Summit, LLC |
| BK-S-06-12235-LBR | In re Gloria Jean-Brooks Izard |
| BK-S-0-12538-BAM | In re Jeter |
| BK-S-06-13447-MKN | In re Harrison Door Company, Inc. |
| BK-S-06-13448-MKN | In re Harrison Landscape Company |
| BK-S-06-13499-LBR | In re Vanderveld, Gerard and Claudia |
| BK-N-06-13977-MKN | In re US Mortgage |
| BK-N-06-50777-GWZ | In re Desert Power, LP |
| BK-S-07-10023-BAM | In re James M. Hogan, M.D. |
| BK-S-07-11998-BAM | In re Forest Development |
| BK-S-07-12614-BAM | In re Shea, Michael James and Lynn M.; fdba Pro Color, Inc. |
| BK-S-07-12649-BAM | In re Bay Club Properties I, Ltd. |
| BK-S-07-12769-LBR | In re Selznick |
| BK-S-07-50205-GWZ | In re 360 Viansa LLC |
| BK-S-07-50206-GWZ | In re 360 Global Wine Company |

SHEA & CARLYON, LTD.
701 E. Bridger Avenue, Suite 850
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435

3