Entered on Docket
July 23, 2007

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

GORDON & SILVER, LTD.
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: gmg@gordonsilver.com
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: geg@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for the Official Committee of Holders of Executory
Contract Rights through USA Commercial Mortgage Company

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | Date: June 22, 2007<br>Time: 9:30 a.m. |

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100933-001/486463_2.doc

Affects:
- ☐ All Debtors
- ☒ USA Commercial Mortgage Company
- ☐ USA Capital Realty Advisors, LLC
- ☐ USA Capital Diversified Trust Deed Fund, LLC
- ☐ USA Capital First Trust Deed Fund, LLC
- ☐ USA Securities, LLC

**ORDER APPROVING FINAL FEE APPLICATION OF GORDON & SILVER, LTD., SEEKING COMPENSATION FOR LEGAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**

The Court having considered the <u>Final Fee Application for Allowance of Compensation filed by Gordon & Silver, Ltd, counsel to the Official Committee of Holders of Executory Contract Rights through USA Commercial Mortgage Company, a Nevada corporation</u> (the "Application") and the supplement thereto (the "Supplement") filed by Gordon & Silver, Ltd. ("Applicant"); having reviewed the pleadings, papers and records on file in this matter; having considered the arguments of counsel, and good cause appearing, the Court finds:

(i) it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. §§ 157 and 1334;

(ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2);

(iii) notice of the Application was appropriate under the circumstances;

(iv) all objections to the Application have been considered and either overruled or otherwise resolved; and

(v) upon the record herein after due deliberation thereon, it appearing that good and sufficient cause exists for the granting of the relief as set forth herein,

**IT IS HEREBY ORDERED** that:

1. The Application as supplemented on June 14, 2007 [Dkt. 3987] is Granted.

2. Applicant is hereby allowed $1,007,507.38 as final compensation for services rendered for the period May 24, 2006 through March 12, 2007.

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100933-001/486463_2.doc

2

3. Applicant is hereby allowed final reimbursement of costs in the sum of $14,637.62 for the Application Period.

4. USA Commercial Mortgage Company is here authorized and directed to pay forthwith to Applicant the unpaid balance of Applicant's allowed final fees and expenses for the Application Period.

SUBMITTED BY:

GORDON & SILVER, LTD.

By: _____
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
Attorneys for the Official Committee of Holders of Executory Contract Rights through USA Commercial Mortgage Company

**APPROVED/DISAPPROVED:**

Office of the United States Trustee

By_____
August B. Landis
300 Las Vegas Blvd., So., #4300
Las Vegas, NV 89101

Counsel for the United States Trustee

###

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89109
(702) 796-5555

100933-001/486463_2.doc

3

3.  Applicant is hereby allowed final reimbursement of costs in the sum of $14,637.62 for the Application Period.

4.  USA Commercial Mortgage Company is here authorized and directed to pay forthwith to Applicant the unpaid balance of Applicant's allowed final fees and expenses for the Application Period.

SUBMITTED BY:

GORDON & SILVER, LTD.

By: _____
GERALD M. GORDON, ESQ.
GREGORY E. GARMAN, ESQ.
Attorneys for the Official Committee of Holders of Executory
Contract Rights through USA Commercial Mortgage Company

APPROVED/DISAPPROVED:

Office of the United States Trustee

By _____
August B. Landis
300 Las Vegas Blvd., So., #4300
Las Vegas, NV 89101

Counsel for the United States Trustee

###