Kaaran Thomas (State Bar No. 7193)  
McDonald Carano Wilson, LLP  
2300 West Sahara Avenue  
No. 10, Suite 1000  
Las Vegas, Nevada 89102  
Telephone No.: 702.873.4100  
Fax No.: 702.873.9966  

Electronically Filed July 23, 2007

Attorneys for Tanamera Parties

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND LLC,<br><br>USA SECURITIES, LLC,<br><br>    Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>(Jointly Administered Under<br>Case No. BK-S-06-10725-LBR) |
| Affects:<br>☒ All Debtors<br>: USA Commercial Mortgage Company<br>: USA Capital Realty Advisors, LLC<br>: USA Capital Diversified Trust Deed Fund, LLC<br>: USA Capital First Trust Deed Fund, LLC<br>: USA Securities, LLC | **NOTICE OF ENTRY OF ORDER** |

PLEASE TAKE NOTICE that on July 20, 2007, the "STIPULATION AND ORDER RESOLVING DISCOVERY DISPUTES AMONG DEBTORS, THEIR SUCCESSORS IN INTEREST AND THE TANAMERA PARTIES" was entered by the Court, and a copy is attached hereto.

//

//

215558            1

1   DATED this 23rd day of July, 2007.

2                                       McDONALD CARANO WILSON LLP

3                                       By  /s/  Kaaran E. Thomas
                                        KAARAN E. THOMAS
4                                       100 West Liberty Street, 10th Floor
                                        P.O. Box 2670
5                                       Reno, NV 89505-2670
                                        Phone:  (775) 788-2000
6

7                                       Attorneys for Tanamera Parties