Entered on Docket
July 20, 2007

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

Kaaran Thomas (State Bar No. 7193)
McDonald Carano Wilson, LLP
2300 West Sahara Avenue
No. 10, Suite 1000
La Vegas, Nevada 89102
Telephone No.: 702.873.4100
Fax No.: 702.873.9966

Attorneys for Kreg Rowe, et. al.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND LLC,<br><br>USA SECURITIES, LLC,<br><br>    Debtors.<br><br>Affects:<br>☒ All Debtors<br>: USA Commercial Mortgage Company<br>: USA Capital Realty Advisors, LLC<br>: USA Capital Diversified Trust Deed Fund, LLC<br>: USA Capital First Trust Deed Fund, LLC<br>: USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>(Jointly Administered Under Case No. BK-S-06-10725-LBR)<br><br>STIPULATION AND ORDER RESOLVING DISCOVERY DISPUTES AMONG DEBTORS, THEIR SUCCESSORS IN INTEREST AND THE TANAMERA PARTIES |

117957

1

The USACM Liquidating Trust ("The Trust") and Kreg Rowe, Brett Seabert, B & L Investments, Inc. Cabernet Highlands, LLC, Caughlin Club Management Partners, LLC, Caughlin Club Real Property Investors, LLC, CCRE Investors LLC, Chardonnay Village Investors, LLC, Classic Residences, LLC, Comstock Village Investors, LLC, DDH Financial Corp., Diamond Village Investors 11, LLC, Diamond Village Investors 1 & 12, LLC, Double Diamond Homes, LLC, Double Diamond Management Company, LLC, Emigh Investments, LLC, Equus Management Group, Inc., Foothill Commerce Center, LLC, Homewood Village Investors I, LLC, La Hacienda Land Investors, Inc., Longley Town Centre, LLC, Longley Professional Campus, LLC, The Meadows Investors, LLC, Miners Village Investors, LLC, Monticello Investors, LLC, Mountainview Campus Investors, LLC, MP Tanamera, LLC, Pioneer Village Investors, LLC, Preserve at Galleria, LLC, Reno Corporate Center, LLC, Reno Design Center, LLC, Rowe Family Trust, RTTC Communications, LLC, Sandhill Business Campus, LLC, Sierra Vista Investors, LLC, South Meadows Commercial Property, LLC, South Meadows Office Investors, LLC, Sparks Galleria Investors, LLC, Sparks Galleria Investors II, LLC, Tanamera Commercial Development, LLC, Tanamera Corporate Center, LLC, Tanamera Development, LLC, Tanamera Homes, LLC, Tanamera Resort Condominiums, LLC, Tanamera Resort Partners, LLC, TCD Financial Corp, TCD, Land Investments, LLC, Vineyard Highlands, LLC, The Vineyard Investors, LLC. Vineyard Professional Campus, LLC, Waterford Partners, LLC, Wyndgate Partners, II, LLC, Wyndgate Village Investors, LLC, Michael Efstratis, Kraig Knudsen and Joe Lopez (collectively, the "Tanamera Parties") file this Stipulation and Order resolving all discovery disputes between the Trust and the

212324

2

Tanamera Parties including, without limitation disputes regarding: (1) the Tanamera Parties' Motion to Quash subpoenas directed to Wells Fargo Bank, N.A., Wells Fargo Bank of Nevada, Nevada State Bank, JP Morgan, Bank of the West, Oppenheimer Funds, and Bank of America ("the Banks") insofar as these Subpoenas seek documents and records of the Tanamera Parties maintained at these Banks; (2) the Supplemental Motion to Quash subpoenas served upon Brett Seabert and Kreg Rowe individually and (3) disputes regarding the subpoenas served upon DDH Financial Corp. and B&L Investments, Inc. (the "Trusts' Subpoenas").

1. To the extent they request documents from or concerning the Tanamera Parties, the Trust's Subpoenas are WITHDRAWN, except as specifically set forth below.

2. The Tanamera Parties' Motion to Quash and Supplemental Motion to Quash are hereby WITHDRAWN.

3. The Tanamera Parties agree to provide, on or before July 10, 2007, copies of the following documents to the extent the documents are within the Tanamera Parties' custody and control:

    a. A list of all Tanamera Parties who obtained loans from USACM, USA Capital Diversified Trust Deed Fund, LLC, USA Capital First Trust Deed Fund, LLC, or USA Investment Partners, LLC;

    b. Loan documents and payment records, including cancelled checks and general ledger postings reflecting interest payments from disbursement control accounts and principal and interest payments paid at closings of real estate sales, for all loans described in the preceding paragraph.

212324

3

  c. Written correspondence, including emails, between any of the Tanamera Parties and Mr. Hantges, Mr. Milanowski, or Ms. Loob (Hessling) from June 15, 2003 to the present.

 4. Should the Trust desire to obtain additional source documents such as escrow closing statements and interest and loan fee billings maintained with the accounts payable records or otherwise, the Trust shall supply the personnel to sort through the Tanamera Parties records and shall reimburse the Tanamera Parties for the actual cost of such personnel assigned to accompany the Trust Parties during such review;

 5. The Tanamera Parties agree that the Trust may obtain and use documents from the Banks covered by the Bank Subpoenas relating to Tanamera Development LLC, Tanamera Homes LLC and Reno Design Center.

 6. The Trust agrees to pay to the Tanamera Parties, within ten days following approval of this Stipulation, the total sum of Three Thousand Dollars ($3,000.00) for search, copy and delivery charges. The Trust agrees to reimburse the Tanamera Parties for any Bank charges to the Tanamera Parties as a result of the Bank Subpoenas.

 7. The Trust agrees that the foregoing stipulation shall fully satisfy any Rule 2004 request for documents from the Trust. At this time, the Trust is postponing its request for a Rule 2004 examination of the Tanamera Parties. All parties to this Stipulation preserve their rights to request and/or object to discovery requests outside of the context of Rule 2004 examinations and document requests filed in the present bankruptcy case.

 8. If the Trust determines that a Rule 2004 examination is necessary, the Tanamera Parties shall produce Brett Seabert and Kreg Rowe as their designated representatives and Custodian of Records for one Rule 2004 examination each upon reasonable notice (which shall be not less than ten days). Any examination of the Tanamera Parties shall take place at the offices of

212324            4

1  McDonald Carano Wilson LLP in Reno, Nevada or at a place that is mutually
2  agreeable. Any 2004 Examination of the Tanamera Parties by the Trust shall be
3  coordinated with and conducted as part of the examination planned by the
4  Trustee for USA Investment Partners, LLC.

5  DATED: July 5, 2007

7  MCDONALD CARANO WILSON, LLP     DIAMOND MCCARTHY LLP

   /s/ *Kaaran E. Thomas*                          /s/ *Eric Madden*
   By: Kaaran E. Thomas                            By: Eric Madden
       Attorneys for Tanamera Parties                  Attorneys for Movants

                                XXX

212324                                   5