Kaaran Thomas (State Bar No. 7193)  Electronically Filed July 23, 2007
McDonald Carano Wilson, LLP
2300 West Sahara Avenue
No. 10, Suite 1000
Las Vegas, Nevada 89102
Telephone No.: 702.873.4100
Fax No.: 702.873.9966

Attorneys for Kreg Rowe, et. al.

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC, | (Jointly Administered Under Case No. BK-S-06-10725-LBR) |
| USA CAPITAL FIRST TRUST DEED FUND LLC, | |
| USA SECURITIES, LLC, | **CERTIFICATE OF SERVICE** |
| Debtors. | |
| Affects: | |
| ☒ All Debtors | |
| : USA Commercial Mortgage Company | |
| : USA Capital Realty Advisors, LLC | |
| : USA Capital Diversified Trust Deed Fund, LLC | |
| : USA Capital First Trust Deed Fund, LLC | |
| : USA Securities, LLC | |

  I hereby certify that I am an employee of McDONALD CARANO WILSON LLP. That I am, and was when the herein described service took place, a citizen of the United States, over 21 years of age, and not a party to, nor interested in, the within action.

  On July 23, 2007, the following document was electronically filed and served through the U.S. Bankruptcy Court:

215554      1

- Notice of Entry of Order in re Stipulation and Order Resolving Discovery Disputes Among Debtors, Their Successors In Interest and the Tanamera Parties

I hereby certify the assertions of this certificate are true, except as to those matters stated upon information and belief, and as to those matters, I believe them to be true.

Executed this 23rd day of July, 2007.

By  /s/  Maria L. Morton
An Employee of McDonald Carano Wilson LLP

215554

2