LEWIS
AND
ROCA
LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

**E-Filed: 7/24/07**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br><br>                   Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**STATUS AND AGENDA FOR JULY 27, 2007 HEARINGS**<br><br>Date of Hearing: July 27, 2007<br>Time of Hearing: 9:30 a.m. |
| **Affects:**<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

**9:30 a.m.**

       1.      Adv. 06-01245-lbr WALCH et al v. USA COMMERCIAL MORTGAGE COMPANY, **STATUS CONFERENCE RE: COMPLAINT** [DE 13]

**Status:**               Counsel for the USACM Liquidating Trust and Mr. Walch are working on a settlement.

1848185.1

LEWIS
AND
ROCA
LLP

L A W Y E R S

2.       Adv. 06-01146-lbr USA COMMERCIAL MORTGAGE COMPANY v.
Wells Fargo Bank, N.A., **STATUS HEARING RE:AMENDED COMPLAINT FOR
INTERPLEADER (CONSOLIDATED W/ 06-1167)** Filed by DAVID W. HUSTON on
behalf of USA COMMERCIAL MORTGAGE COMPANY against all defendants
(HUSTON, DAVID) Modified on 10/27/2006 to add "with certificate of service" to
verbiage [DE 54]

| | |
|---|---|
| **Related Filings:** 3/27/2007 | **Virtual Minute Entry in reference to hearing On: 03/27/2007** [DE 120] |
| **Status:** | |

3.       **Omnibus Objection to Claim of Claimants on Exhibit A** *(Commission
Claims Asserting Priority Status)* filed by ROB CHARLES on behalf of USACM
LIQUIDATING TRUST (Attachments: # (1) Exhibit A) [DE 3255]

| | |
|---|---|
| **Objection Filed:** 4/11/2007 | Objection *to Objection to Claim* Filed by GREEN VALLEY SECURE INVESTMENTS (Stewart Baskin -- Claim No. 10725-1792) (Related document(s) [3255] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST) (Lakas, WM) Additional attachment(s) added on 4/18/2007 (Lakas, WM). Modified on 4/18/2007 to Add Attachment, Relate to #3255, and to Remove (NOTE: Could Not Locate an Objection to Claim for this Creditor) Verbiage [DE 3430] |
| **Response Filed:** 4/19/2007 | Response *to Objection to Claims Nos 10725-00779, 10725-00780, 10725-00781, 10725-00783 and 10725-00904 assigned to Debt Acquisition Company of America V, LLC* Filed by DEAN T. KIRBY JR. on behalf of DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf) (Related document(s)[3255] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST.) [DE 3492] |
| 4/19/2007 | Response */Declaration of Tom Stewart to Objection to Claim No. 10725-00779 Assigned to Debt Acquisition Company of America V, LLC* Filed by DEAN T. KIRBY JR. on behalf of DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf) (Related document(s)[3255] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST.)  [DE 3493] |

1848185.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

| | | |
|---|---|---|
| 4/19/2007 | | Response *Declaration of Howard Justus in Response to Objection to Claim Nos. 10725-00779, 10725-00780, 10725-00781, 10725-00783 and 10725-00904, Assigned to Debt Acquisition Company of America V, LLC* Filed by DEAN T. KIRBY JR. on behalf of DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf) (Related document(s)[3255] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST.) [DE 3495] |
| 4/19/2007 | | Response *Declaration of Pompeo Lombardi to Objection to Claim No. 10725-00780 Assigned to Debt Acquisition Company of America V, LLC* Filed by DEAN T. KIRBY JR. on behalf of DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf) (Related document(s)[3255] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST.) [DE 3496] |
| 4/19/2007 | | Response *Declaration of Oliver Puhr to Objection to Claim No. 10725-00783 Assigned to Debt Acquisition Company of America V, LLC* Filed by DEAN T. KIRBY JR. on behalf of DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf) (Related document(s)[3255] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST.)  [DE 3497] |
| **Opposition Filed:** 4/04/2007 | | Michael P. Mollo (Claim Nos. 10725-366, 10725-371) [DE 3337] |
| **Related Filing:** 6/26/2007 | | Order Sustaining Omnibus Objection of the USACM LIQUIDATING TRUST to Commission Claims Asserting Priority Status (Related document(s)3255 Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST.) [DE 4056] |
| **Status:** | | Unresolved Claimants include: Debt Acquisition Company of America V, LLC (assignees of claims transferred by: Pompeo J. Lombardi, Dalton Maffett, Oliver Puhr, Tom Stewart, and Janet Szabo); Stewart Baskin; and Michael P. Mollo |

　　　4.　　**Objection to Claim 819 of SPECTRUM FINANCIAL in the amount of $49,581,000 ;Claim 821 of ROLLAND P. WEDDELL in the amount of $13,081,000** filed by JEANETTE E. MCPHERSON on behalf of USA COMMERCIAL MORTGAGE COMPANY [DE 2021]

| | | |
|---|---|---|
| **Response Filed:** 1/10/2007 | | Response with Certificate of Service Filed by SCOTT D. FLEMING on behalf of SPECTRUM FINANCIAL GROUP |

1848185.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

| | | |
|---|---|---|
| | | (Related document(s)[2021] Objection to Claim, filed by Debtor USA COMMERCIAL MORTGAGE COMPANY.) [DE 2394] |
| | 1/10/2007 | Response with Certificate of Service Filed by SCOTT D. FLEMING on behalf of ROLLAND P. WEDDELL (Related document(s)[2021] Objection to Claim, filed by Debtor USA COMMERCIAL MORTGAGE COMPANY.) [DE 2398] |
| | 1/11/2007 | Amended Response with Certificate of Service Filed by SCOTT D. FLEMING on behalf of SPECTRUM FINANCIAL GROUP (Related document(s)[2021] Objection to Claim, filed by Debtor USA COMMERCIAL MORTGAGE COMPANY.) (FLEMING, SCOTT) Modified on 1/12/2007 to add "amended" verbiage [DE 2404] |
| | 1/11/2007 | Amended Response with Certificate of Service Filed by SCOTT D. FLEMING on behalf of ROLLAND P. WEDDELL (Related document(s)[2021] Objection to Claim, filed by Debtor USA COMMERCIAL MORTGAGE COMPANY.) [DE 2406] |
| **Stipulation Filed:** 1/12/2007 | | Stipulation By SPECTRUM FINANCIAL GROUP, ROLLAND P. WEDDELL and Between Debtors *Continuing Hearing from January 17, 2007 to January 31, 2007* Filed by SCOTT D. FLEMING on behalf of SPECTRUM FINANCIAL GROUP, ROLLAND P. WEDDELL (Related document(s)[2021] Objection to Claim, filed by Debtor USA COMMERCIAL MORTGAGE COMPANY) [DE 2425] |
| **Stipulation Filed:** 1/17/2007 | | Stipulation to Continue Hearing on ROLAND P. WEDDELL and SPECTRUM FINANCIAL GROUP, LLC's Proofs of Claim (Related document(s)[2425] Stipulation, filed by Creditor ROLLAND P. WEDDELL, Creditor SPECTRUM FINANCIAL GROUP.) [DE 2437] |
| **Stipulation Filed:** 2/20/2007 | | Stipulation and Order Continuing Hearing on USA COMMERCIAL MORTGAGE COMPANY's Objection to Proof of Claim No. 819 Filed by SPECTRUM FINANCIAL GROUP, LLC and Claim No. 821 Filed by ROLLAND P. WEDDELL. Hearing scheduled 3/1/2007 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg. (Related document(s)[2021] Objection to Claim, filed by Debtor USA COMMERCIAL MORTGAGE COMPANY.) [DE 2838] |

1848185.1

LEWIS
AND
ROCA
LLP

L A W Y E R S

| | |
|---|---|
| **Stipulation Filed:** 3/02/2007 | Stipulation and Order Continuing Hearing on USA COMMERCIAL MORTGAGE COMPANY'S Objection to Proof of Claim No. 819 Filed by SPECTRUM FINANCIAL GROUP, LLC and Claim No. 821 Filed by ROLLAND P WEDDELL (Related document(s)[2021] Objection to Claim, filed by Debtor USA COMMERCIAL MORTGAGE COMPANY.) [DE 2975] |
| **Stipulation Filed:** 3/26/2007 | Stipulation By USACM LIQUIDATING TRUST and Between SPECTRUM FINANCIAL and ROLLAND P. WEDDELL Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Related document(s)[2021] Objection to Claim, filed by Debtor USA COMMERCIAL MORTGAGE COMPANY) [DE 3277] |
| **Related Filings:** 3/26/2007 | Order Approving Stipulation to Continue the Hearing on Objection to Claim 819 of SPECTRUM FINANCIAL in the Amount of $49,581,000; Claim 821 of ROLLAND P. WEDDELL in the Amount of $13,081,000 (Related document(s)[3277] Stipulation, filed by Interested Party USACM LIQUIDATING TRUST.) (Lakas, WM) Modified on 3/26/2007 to Reflect Docket Entry Change - Incorrect Image Attached - See #3281 [DE 3278] |
| **Related Filings:** 3/26/2007 | Order Approving Stipulation to Continue the Hearing on Objection to Claim 819 of SPECTRUM FINANCIAL in the Amount of $49,581,000; Claim 821 of ROLLAND P. WEDDELL in the Amount of $13,081,000 (Related document(s)[3277] Stipulation, filed by Interested Party USACM LIQUIDATING TRUST.) [DE 3281] |
| **Stipulation Filed:** 4/24/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Spectrum Financial and Rolland P. Weddell *Continuing Hearing on Objection* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Related document(s)[2021] Objection to Claim, filed by Debtor USA COMMERCIAL MORTGAGE COMPANY) [DE 3538] |
| **Related Filing:** 4/24/2007 | Order Approving Stipulation to Continue the Hearing on Objection to Claim 819 of SPECTRUM FINANCIAL in the Amount of $49,581,000; Claim 821 of ROLLAND P. WEDDELL in the Amount of $13,081.000 (Related document(s)[3538] Stipulation, filed by Interested Party USACM LIQUIDATING TRUST.) [DE 3542] |

5

1848185.1

LEWIS AND

ROCA LLP

L A W Y E R S

| **Related Filing:** | Declaration *of William Schilz in Support of Response* Filed by |
| 1/10/2007 | SCOTT D. FLEMING on behalf of SPECTRUM FINANCIAL GROUP (Related document(s)[2394] Response filed by Creditor SPECTRUM FINANCIAL GROUP) (Attachments: # (1) Exhibit 1 & 2# (2) Exhibit 3 - part 1# (3) Exhibit 3 - part 2, 4 & 5) [DE 2396] |
| 1/11/2007 | Amended Declaration *of William Schilz in Support of Response* Filed by SCOTT D. FLEMING on behalf of SPECTRUM FINANCIAL GROUP (Related document(s)[2404] Response filed by Creditor SPECTRUM FINANCIAL GROUP) (Attachments: # (1) Exhibit 1 & 2# (2) Exhibit 3 - part 1# (3) Exhibit 3 - part 2, Exhibits 4 & 5) [DE 2405] |
| 1/10/2007 | Declaration *of Rolland P. Weddell in Support of Response* Filed by SCOTT D. FLEMING on behalf of ROLLAND P. WEDDELL (Related document(s)[2398] Response filed by Creditor ROLLAND P. WEDDELL) (Attachments: # (1) Exhibit 1 & 2# (2) Exhibit 3 - part 1# (3) Exhibit 3 - part 2, 4 & 5) [DE 2399] |
| 1/11/2007 | Amended Declaration *of Rolland P. Weddell in Support of Response* Filed by SCOTT D. FLEMING on behalf of ROLLAND P. WEDDELL (Related document(s)[2406] Response filed by Creditor ROLLAND P. WEDDELL) (Attachments: # (1) Exhibit 1 & 2# (2) Exhibit 3 - part 1# (3) Exhibit 3 - part 2, Exhibit 4 & 5) [DE 2407] |

**Status:**

5.      Objection to Claim 37, 38, and 39 of PENSION BENEFIT GUARANTY CORPORATION filed by LENARD E. SCHWARTZER on behalf of USA CAPITAL REALTY ADVISORS, LLC [DE 2980]

| **Stipulation Filed:** | Stipulation By USACM LIQUIDATING TRUST and Between |
| 4/18/2007 | Pension Benefit Guaranty Corporation; USA Capital Realty Advisors, LLC; USA Securities, LLC; and USA Commercial Mortgage Company *Continuing Hearing on Objection to Proofs of Claim filed by Pension Benefit Guaranty Corporation* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Related document(s)[2980] Objection to Claim filed by Jnt Admin Debtor USA CAPITAL REALTY ADVISORS, LLC, [2982] Objection to Claim filed by Jnt Admin Debtor USA SECURITIES, LLC, [2978] Objection to Claim filed by Debtor |

1848185.1

LEWIS
AND
ROCA
LLP

L A W Y E R S

1    USA COMMERCIAL MORTGAGE COMPANY) [DE 3486]

2    **Related Filing:**    Order Approving Stipulation to Continue the Hearing on
     4/23/2007          Objection to Proofs of Claim Filed by PENSION BENEFIT
3                       GUARANTY CORPORATION (Related document(s)[3486]
                        Stipulation, , filed by Interested Party USACM LIQUIDATING
4                       TRUST.) [DE 3521]

5    **Stipulation Filed:**    Stipulation By USA CAPITAL REALTY ADVISORS, LLC,
     6/12/2007          USA SECURITIES, LLC and Between THE PENSION
6                       BENEFIT GUARANTY CORPORATION *Further Continuing*
7                       *The Hearing on Objections To THE PENSION BENEFIT*
                        *GUARANTY CORPORATION's Claims Filed Against USA*
8                       *SECURITIES, LLC and USA CAPITAL REALTY ADVISORS, LLC*
                        Filed by JEANETTE E. MCPHERSON on behalf of USA
9                       CAPITAL REALTY ADVISORS, LLC, USA SECURITIES,
10                      LLC (Related document(s)[2980] Objection to Claim filed by Jnt
                        Admin Debtor USA CAPITAL REALTY ADVISORS, LLC,
11                      [2982] Objection to Claim filed by Jnt Admin Debtor USA
12                      SECURITIES, LLC) [DE 3961]

13   **Related Filing:**    Order Approving Stipulation to Further Continue the Hearing on
     6/13/2007          Objections to the PENSION BENEFIT GUARANTY
14                      CORPORATIONS's Claims Against USA SECURITIES, LLC
15                      and USA CAPITAL REALTY ADVISORS, LLC (Related
                        document(s)[3961] Stipulation, , filed by Jnt Admin Debtor USA
16                      CAPITAL REALTY ADVISORS, LLC, Jnt Admin Debtor USA
17                      SECURITIES, LLC.) [DE 3966]

     **Status:**
18

19        6.    **Objection to Claim 24, 25, and 26 of PENSION BENEFIT GUARANTY**
20   **CORPORATION** filed by LENARD E. SCHWARTZER on behalf of USA
     SECURITIES, LLC [DE 2982]
21

22   **Stipulation Filed:**    Stipulation By USACM LIQUIDATING TRUST and Between
     4/18/2007          Pension Benefit Guaranty Corporation; USA Capital Realty
23                      Advisors, LLC; USA Securities, LLC; and USA Commercial
                        Mortgage Company *Continuing Hearing on Objection to Proofs*
24                      *of Claim filed by Pension Benefit Guaranty Corporation* Filed by
25                      ROB CHARLES on behalf of USACM LIQUIDATING TRUST
                        (Related document(s)[2980] Objection to Claim filed by Jnt
26                      Admin Debtor USA CAPITAL REALTY ADVISORS, LLC,

1848185.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

| | |
|---|---|
| | [2982] Objection to Claim filed by Jnt Admin Debtor USA SECURITIES, LLC, [2978] Objection to Claim filed by Debtor USA COMMERCIAL MORTGAGE COMPANY) [DE 3486] |
| **Related Filing:** 4/23/2007 | Order Approving Stipulation to Continue the Hearing on Objection to Proofs of Claim Filed by PENSION BENEFIT GUARANTY CORPORATION (Related document(s)[3486] Stipulation, , filed by Interested Party USACM LIQUIDATING TRUST.) [DE 3521] |
| **Stipulation Filed:** 6/12/2007 | Stipulation By USA CAPITAL REALTY ADVISORS, LLC, USA SECURITIES, LLC and Between THE PENSION BENEFIT GUARANTY CORPORATION *Further Continuing The Hearing on Objections To THE PENSION BENEFIT GUARANTY CORPORATION's Claims Filed Against USA SECURITIES, LLC and USA CAPITAL REALTY ADVISORS, LLC* Filed by JEANETTE E. MCPHERSON on behalf of USA CAPITAL REALTY ADVISORS, LLC, USA SECURITIES, LLC (Related document(s)[2980] Objection to Claim filed by Jnt Admin Debtor USA CAPITAL REALTY ADVISORS, LLC, [2982] Objection to Claim filed by Jnt Admin Debtor USA SECURITIES, LLC) [DE 3961] |
| **Related Filing:** 6/13/2007 | Order Approving Stipulation to Further Continue the Hearing on Objections to the PENSION BENEFIT GUARANTY CORPORATIONS's Claims Against USA SECURITIES, LLC and USA CAPITAL REALTY ADVISORS, LLC (Related document(s)[3961] Stipulation, , filed by Jnt Admin Debtor USA CAPITAL REALTY ADVISORS, LLC, Jnt Admin Debtor USA SECURITIES, LLC.) [DE 3966] |

**Status:**

    7.    **Omnibus Objection** *of Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC, to Claims filed by James W. Shaw, First Trust Company of Onaga, Custodian for Charles Cunningham, Sr., IRA, Dorothea K. Overleese Revocable Trust, Halseth Family Trust, Katrine Mirzaian, Ernest J. Moore, Darlene Turner, Donald and Beverly Swezey 2001 Trust, and David B. Krynzel* Filed by ANNE M. LORADITCH on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC [DE 3912]

| | |
|---|---|
| **Reply Filed:** 6/18/2007 | Reply Filed by BEVERLY SWEZEY, DONALD SWEZEY (Related document(s)[3912] Objection, filed by Jnt Admin Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.) |

1848185.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

1   [DE 4020].

2   **Status:**

3

4   8.      **Objection to Certain Scheduled Claims** filed by JEANETTE E.
MCPHERSON on behalf of USA CAPITAL REALTY ADVISORS, LLC [DE 3919]

5

6   **Status:**                      No responses have been filed and this objection is unopposed.

7   9.      **Omnibus *Objection of Post-Effective Date USA Capital Diversified Trust***
8   ***Deed Fund, LLC, to Proofs of Interest*** Filed by BOB L. OLSON on behalf of USA
CAPITAL DIVERSIFIED TRUST DEED FUND, LLC [DE 3933]

9

10  **Response Filed:**       Response *to Omnibus Objection of Post-Effective Date USA*
7/02/2007                 *CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, to Proofs*
11                         *of Interest* Filed by ANTHONY G. ADAMS, BRIAN M.
ADAMS, ESQ., HERMAN M. ADAMS, ESQ. (Related
12                         document(s)[3933] Document filed by Jnt Admin Debtor USA
CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.) [DE
13                         4114].

14  **Status:**

15

16  10.      ***Second Omnibus Objection of Post-Effective Date USA Capital Diversified***
17  ***Trust Deed Fund, LLC, To Proofs Of Interest*** Filed by ANNE M. LORADITCH on
behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC [DE 3935]

18

19  **Status:**

20

21  11.      **Third *Omnibus Objection of Post-Effective Date USA Capital Diversified***
***Trust Deed Fund, LLC, to Proofs of Interest*** Filed by BOB L. OLSON on behalf of USA
22  CAPITAL DIVERSIFIED TRUST DEED FUND, LLC [DE 3937]

23  **Status:**

24

25  12.      ***Second Omnibus Objection of Post-Effective Date USA Capital Diversified***
***Trust Deed Fund, LLC To (1) Claim Filed by Beadle McBride & Reeves, LLP; and (2)***
26  ***Scheduled Claim of GMAC Commercial Holding Capital Corporation*** Filed by ANNE

1848185.1

LEWIS
AND

ROCA
LLP

L A W Y E R S

1  M. LORADITCH on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND,
2  LLC [DE 3939]

3  **Status:**

4

5      13.     **Motion to Quash** *Subpoena* Filed by RYAN J. WORKS on behalf of
    Eugene Buckley [DE 4046]

6

7  **Related Filings:**        Declaration Of: Eugene Buckley *In Support of Motion to Quash*
   6/22/2007                  *Subpoena* Filed by RYAN J. WORKS on behalf of Eugene
8                             Buckley (Related document(s)[4046] Motion to Quash filed by
                              Other Prof. Eugene Buckley) [DE 4047].

9  **Status:**

10

11     14.     **Motion to Withdraw as Attorney of Record** *(Motion to Withdraw as*
   *Counsel to Del and Ernestine Bunch and Certificate of Service)* Filed by RICHARD F.
12  HOLLEY on behalf of DEL BUNCH, ERNESTINE BUNCH [DE 4135]

13

14  **Related Filings:**       Affidavit Of: Richard F. Holley, Esq. *in Support of Motion to*
   7/06/2007                  *Withdraw as Counsel to Del and Ernestine Bunch and Certificate*
15                            *of Service* Filed by RICHARD F. HOLLEY on behalf of DEL
                              BUNCH, ERNESTINE BUNCH (Related document(s)[4135]
16                            Motion to Withdraw as Attorney of Record filed by Creditor DEL
                              BUNCH, Creditor ERNESTINE BUNCH) [DE 4136].

17  **Status:**

18

19      DATED:  July 24, 2007.

20

                              **LEWIS AND ROCA LLP**
21

                              By:  _/s/ Rob Charles (#6593)_____
22                                   Susan M. Freeman, AZ 4199 (*pro hac vice*)
23                                   Rob Charles, NV 6593
                              3993 Howard Hughes Parkway, Suite 600
24                            Las Vegas, Nevada  89169-5996
                              Facsimile (702) 949-8321
25                            Telephone (702) 949-8320
                              *Counsel for USACM Liquidating Trust*
26

1848185.1