LEWIS AND ROCA LLP
LAWYERS

E-Filed on 7/24/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | |
| USA SECURITIES, LLC,<br>    Debtors. | **NOTICE OF ENTRY OF ORDER APPROVING STIPULATION AND SUSTAINING THIRTY-FIRST OMNIBUS OBJECTION RE PROOFS OF CLAIM OF THE WALLS FAMILY TRUST** |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

**PLEASE TAKE NOTICE** that an Order Approving Stipulation and Sustaining Thirty-First Omnibus Objection Re Proofs of Claim of the Walls Family Trust [DE 4189] was entered on the 20th day of July 2007, a true and correct copy of which is attached hereto as Exhibit A.

1852405.1

**LEWIS AND ROCA LLP**
LAWYERS

RESPECTFULLY SUBMITTED July 24, 2007.

**LEWIS AND ROCA LLP**

By   /s/ RC (#006593)
       Susan M. Freeman
       Rob Charles
*Attorneys for USACM Liquidating Trust*

PROOF OF SERVICE

Copy of the foregoing mailed by First Class, US Mail, postage prepaid, or e-mail, on July 24, 2007 to the following interested parties:

Walls Family Trust, dated 12/10/97
c/o Joseph P. and Ellen Walls, Trustees
2778 Bedford Way
Carson City, NV 89703

August B. Landis
OFFICE OF THE U.S. TRUSTEE
300 Las Vegas Blvd., S. Suite 4300
Las Vegas, NV 89101
USTPRegion17.lv.ecf@usdoj.gov

  /s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca

2

1852405.1