LEWIS AND ROCA LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 7/24/07

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                                Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**STIPULATION RE PROOFS OF CLAIM OF HASPINOV, LLC**<br><br>Date: August 7, 2007<br>Time: 1:30 p.m. |

The USACM Liquidating Trust (the "USACM Trust"), and Lisa Poulin, Trustee of USA Investment Partners, LLC ("USAIP") Manager of Haspinov, LLC ("Haspinov") by and through their undersigned counsel, stipulate:

LEWIS AND ROCA LLP
LAWYERS

1. Haspinov is an "Insider" and a "Non-Debtor Insider" as those terms are defined in "Debtors' Third Amended Joint Chapter 11 Plan Of Reorganization" (the "Plan").

2. The Claims of Haspinov, as an Insider, are "Subordinated Claims" as that phrase is defined in the Plan. With respect to Claims against USACM, such Claims are classified in Class A-7 of the Plan.

3. The Plan was confirmed by this Court's January 8, 2007 Order. Haspinov did not appeal the confirmation order.

4. Haspinov filed the following proofs of claim:

- No. 10725-00736-1 in the amount of $92,331.08 on November 8, 2006; and
- No. 10725-00736-2 in the amount of $404,261.60 as an unsecured claim on February 9, 2007, which amended Claim No. 10025-00736-1.

5. The Haspinov proof of claim 10725-00736-1 was signed by counsel for Joseph Milanowski. Haspinov proof of claim 10725-00736-2 was signed by Joseph Milanowski on behalf of USAIP, as the manager of Haspinov, LLC.

6. On March 13, 2007, the USACM Trust filed its Objection to Claims Filed by Haspinov, LLC, Reservation of Counterclaims, and Alternative Motion to Reclassify in Plan Class A-7 [DE 3079] requesting an order determining that the Haspinov claim is included in Class A-7, as a Subordinated Claim under the Confirmed Third Amended Plan of Reorganization, and alternatively objecting to the Claim in part and reserving the right to file counterclaims against Haspinov, and further disallowing the claim to the extent it fails to account for amounts that should have been paid and should be paid in the future by affiliate Vegas Hot Spots.

7. USAIP was the subject of an involuntary chapter 11 bankruptcy filing on April 4, 2007.

8. On April 6, 2007, the Court ordered the appointment of an interim trustee.

1851582.1

LEWIS
AND
ROCA
LLP
LAWYERS

9. Pursuant to that order, Lisa M. Poulin was appointed as Interim Trustee for the estate of USAIP.

10. On May 9, 2007, an order for relief was entered in the USAIP case and the Trustee remains the duly appointed Chapter 11 Trustee for USAIP.

11. Counsel for the parties agreed to continue hearing on the objection scheduled for April 26, 2007.

12. Lisa M. Poulin, the duly qualified Trustee of USAIP and manager of Haspinov, LLC, has investigated the Objections.

13. Proof of Claim No. 10725-00736-1 may be disallowed in its entirety on the ground that it has been amended by Claim No. 10725-00736-2.

14. Claim No. 10725-00736-2 may be reclassified and included in Class A-7, Subordinated Claims under the Plan of Reorganization.

15. Nothing in this Stipulation bars the Liquidating Trust from further objecting to the Haspinov Claim No. 10725-00736-2, bars Haspinov from pursuing the validity and extent of Haspinov Claim No. 10725-00736-2 as a Subordinated Claim or bars Haspinov from asserting its right to setoff, recoupment, or any other defenses available against USACM and the Liquidating Trust related to Haspinov Claim No. 10725-00736-2.

16. A proposed form of order approving the stipulation is being submitted for the Court's consideration.

DATED: July 24, 2007.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
    Susan M. Freeman, AZ 4199 (*pro hac vice*)
    Rob Charles, NV 6593
    *Counsel for USACM Liquidating Trust*

-and-

3

1851582.1

LEWIS AND ROCA LLP LAWYERS

1
2
3
4
5
6
7

GORDON & SILVER, LTD

By: /s/ Brigid M. Higgins
Brigid M. Higgins
3960 Howard Hughes Pkwy, 9th floor
Las Vegas, NV 89109
Email: bmh@gordonsilver.com
*Counsel for Lisa M. Poulin, Trustee for the
Estate of USA Investment Partners, LLC*

4

1851582.1