# EXHIBIT "A"

E-Filed on July 24, 2007

Robert J. Moore
Tyson M. Lomazow
MILBANK, TWEED, HADLEY & McCLOY, LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone No.: (212) 530-5367
Facsimile No.: (212) 822-5367

Counsel for Compass Financial Partners LLC and
Compass USA SPE LLC

Peter C. Bernhard (Nevada Bar No. 0734)
Georganne W. Bradley (Nevada Bar No. 1105)
BULLIVANT HOUSER BAILEY PC
3883 Howard Hughes Pkwy., Ste. 550
Las Vegas, NV 89169
Telephone No.: (702) 669-3600
Facsimile No.: (702) 650-2995
E-Mail: peter.bernhard@bullivant.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **DECLARATION OF BORIS PISKUN IN SUPPORT OF MOTION OF COMPASS FINANCIAL PARTNERS LLC FOR ORDER PURSUANT TO 11 U.S.C. § 105 COMPELLING COMPLIANCE WITH JUNE 20, 2007 RULING OF THE BANKRUPTCY COURT** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date: tbd<br>Time: tbd |

I, Boris Piskun, declare as follows:

1. I am a manager of Compass USA SPE LLC, and its servicer, Compass Financial Partners LLC (together, "Compass"), the purchaser of substantially all of the assets of USA Capital First Trust Deed Fund, LLC ("FTDF") and certain assets of USA Commercial Mortgage Company ("USACM"). I submit this declaration in support of the Motion of Compass Financial Partners LLC for Order Pursuant to 11 U.S.C. § 105 Compelling Compliance with June 20, 2007 Ruling of the Bankruptcy Court (the "Motion"). I have personal knowledge of the facts stated in this declaration and, if called upon to do so, would testify competently thereto.

2. By and through its Motion, Compass is requesting the Court enter an Order compelling compliance with its June 20, 2007 ruling, whereby the Court ruled that the purported May 18, 2007 termination of Compass as servicer of fifty (50) loans was ineffectual, and that Compass remains the loan servicer for all the Loans, subject to further Order of the Court. The Bankruptcy Court further ordered Donna Cangelosi to mail correspondence to the borrower in each loan subject of the purported termination (collectively, the "Borrowers") advising them Cangelosi's prior May 18, 2007 correspondence to such Borrowers was void and of no effect, and that Compass remains the exclusive entity authorized to act on behalf of the lenders on the loans, and all payments on the loans should continue to be made directly to Compass pending further order of the Court.

3. Notwithstanding this Court's May 31, 2007 and June 20, 2007 rulings, I have learned from certain lenders that purported "loan captains" and other members of Cangelosi's so-called "Lender Protection Group" continue to believe they are free to

contact Borrowers to directly negotiate resolution of their loans on behalf of all lenders in such loans, despite the explicit ruling of this Court to the contrary.

4. For example, one such purported "loan captain," Kevin Olsen, sent out a communication to certain lenders on July 7, 2007 (the "July 7 Communication") stating that "as of today we are over 51% of lenders who have decided to join either the LLC or sign the Loan Management Agreement (LMA) on Marlton Square I. What this means is we will organize ourselves this month (July) and meet directly with our borrower next month and do what is needed to collect our principal (along with back interest). I thank the majority of you who have stepped up to help us take back control. Now that we're organized, we can resolve our own loan repayment without outside interference." Attached hereto as **Exhibit "A"** is a true and correct copy of the July 7, 2007 Communication, as forwarded to me by a lender in the Marlton Square I loan.

5. These actions not only have damaged Compass, but they also damage the interests of the very Lenders Cangelosi purports to "represent." The Court is well aware of Cangelosi's willingness and ability to broadcast propaganda regarding these chapter 11 cases to Direct Lenders, and Compass intends to hold her directly accountable for the recent dissemination of mistruths, as well as the continued misrepresentations of her authority to the Borrowers.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 24th day of July, 2007.

3

 Boris Piskun

LA1:#6356699v1

# EXHIBIT "A"




July7LPG-Compass
Rebuttal.pdf (...

```
-----Original Message-----
From: Kevin Olsen [mailto:olsen_kevin@msn.com]
Sent: Saturday, July 07, 2007 1:06 PM
Subject: Marlton Square I -- Update and Response to CFP
```

Dear Fellow Marlton Square I Lenders:

As I continue as your interim loan captain until LeAnn's return, let me start with good news: as of today we are over 51% of lenders who have decided to join either the LLC or sign the Loan Management Agreement(LMA)on Marlton Square I. What this means is we will organize ourselves this month (July) and meet directly with our borrower next month and do what is needed to collect our principal (along with back interest). I thank the majority of you who have stepped up to help us take back control. Now that we're organized, we can resolve our own loan repayment without outside interference.

Many have asked me questions about the June 29, 2007 "Open Letter to Direct Investors" from Compass Financial Partners (CFP). I have attached to this e-mail the response from Lenders Protection Group (LPG). MY AND LPG'S RECOMMENDATION IS THAT YOU DO NOT SIGN CFP'S "Opt-in Form". Be advised, CFP is trying to mislead we lenders into signing a document that will keep CFP as loan administrator when well over 66% of us no longer want CFP as loan administrator.

The silver lining in all of this is now we lenders are back in control and we will work through the LLC's and asset recovery professionals to get our principal and interest (if possible) back in a timely manner without third party interference and obstructions.

Regards,

Kevin Olsen
Interim Loan Captain
Marlton Square I

702-822-0964

attachment

---

http://newlivehotmail.com

No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.5.476 / Virus Database: 269.10.2/891 - Release Date: 7/8/2007 6:32 PM


No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.476 / Virus Database: 269.10.2/891 - Release Date: 7/8/2007 6:32 PM