Entered on Docket
July 25, 2007

Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br><br>Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

1851578.1

# ORDER APPROVING STIPULATION RE OBJECTION TO CLAIMS FILED BY HASPINOV, LLC

The Stipulation by and between the USACM Liquidating Trust (the "USACM Trust") and Lisa M. Poulin, Trustee of the USA Investment Partners, LLC ("USAIP"), Manager of Haspinov, LLC ("Haspinov") [DE    ] came before the Court for consideration, no notice being necessary and good cause appearing, it is

ORDERED:

1. The Stipulation is hereby approved in its entirety.

2. Haspinov Claim No. 10725-00736-1 is disallowed on the ground that it has been amended by Claim No. 10725-00736-2.

3. Haspinov Claim No. 10725-00736-2 filed on February 9, 2007 as an unsecured Class A-7, is hereby reclassified as a Subordinated Claim under the Confirmed Third Amended Joint Chapter 11 Plan of Reorganization in the amount of $404,261.60.

4. The status hearing on the USACM Trust's objection on August 7, 2007 at 1:30 p.m. is hereby vacated.

###

1851578.1

1  PREPARED AND SUBMITTED:

2  **LEWIS AND ROCA LLP**

3

4  By:  /s/ RC (#0006593)
          Susan M. Freeman
5        Rob Charles
   *Attorneys for USACM Liquidating Trust*
6

7  APPROVED/DISAPPROVED

8  **GORDON & SILVER, LTD**

9

10 By: [signature]
        Brigid M. Higgins
11 3960 Howard Hughes Pkwy, 9th floor
   Las Vegas, NV 89109
12 Email: bmh@gordonsilver.com
   *Counsel for Lisa M. Poulin, Trustee for the*
13 *Estate of USA Investment Partners, LLC*

14

15

16

17

18

19

20

21

22

23

24

25

26

1851578.1