**E-Filed on July 25, 2007**

Robert J. Moore
Tyson M. Lomazow
MILBANK, TWEED, HADLEY & McCOY, LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone No.: (212) 530-5367
Facsimile No.:    (212) 822-5367

Peter C. Bernhard (Nevada Bar No. 0734)
Georganne W. Bradley (Nevada Bar No. 1105)
BULLIVANT HOUSER BAILEY PC
3883 Howard Hughes Pkwy., Ste. 550
Las Vegas, NV 89169
Telephone No.: (702) 669-3600
Facsimile No.:  (702) 650-2995
E-Mail: peter.bernhard@bullivant.com

**Counsel for Compass Financial Partners LLC
and Compass USA SPE, LLC**

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND,<br>LLC,<br>Debtor. | **CERTIFICATE OF SERVICE OF MOTION OF COMPASS FINANCIAL PARTNERS LLC FOR ORDER PURSUANT TO 11 U.S.C. §§ 105 COMPELLING COMPLIANCE WITH JUNE 20, 2007 RULING AND RELATED DOCUMENTS** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐  All Debtors<br>☒  USA Commercial Mortgage Company<br>☐  USA Securities, LLC<br>☐  USA Capital Realty Advisors, LLC<br>☐  USA Capital Diversified Trust Deed Fund,<br>LLC<br>☐  USA First Trust Deed Fund, LLC | Date:  tbd<br>Time:  tbd |

Bullivant|Houser|Bailey PC
3980 Howard Hughes Pkwy., Suite. 550
Las Vegas, NV 89169
Telephone: (702) 650-6565
Facsimile: (702) 650-2995

1.    On July 25, 2007, I served the following documents:

(a)    **MOTION OF COMPASS FINANCIAL PARTNERS LLC FOR ORDER PURSUANT TO 11 U.S.C. §§ 105 COMPELLING COMPLIANCE WITH JUNE 20, 2007 RULING OF THE BANKRUPTCY COURT;**

(b)    **EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTION OF COMPASS FINANCIAL PARTNERS LLC FOR ORDER PURSUANT TO 11 U.S.C. §§ 105 COMPELLING COMPLIANCE WITH JUNE 20, 2007 RULING OF THE BANKRUPTCY COURT;**

(c)    **DECLARATION OF TYSON M. LOMAZOW IN SUPPORT OF EX PARTE MOTION OF COMPASS FINANCIAL PARTNERS LLC FOR ORDER PURSUANT TO 11 U.S.C. §§ 105 COMPELLING COMPLIANCE WITH JUNE 20, 2007 RULING OF THE BANKRUPTCY COURT; and**

(d)    **ATTORNEY INFORMATION SHEET  RE: EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTION OF COMPASS FINANCIAL PARTNERS LLC FOR ORDER PURSUANT TO 11 U.S.C. §§ 105 COMPELLING COMPLIANCE WITH JUNE 20, 2007 RULING**

2.    I served the above-named documents by the following means to the persons listed below:

☒    a.    **ECF System.**  See attached Notice of Electronic Filing.

☐    b.    **United States mail, postage full prepaid to the following:**

☐    c.    **Personal service.**

I personally delivered the documents to the persons at these addresses:

☐    For a party represented by an attorney, delivery was made by handing the documents at the attorney's office with a clerk or other person in charge, or if no one is in charge, by leaving the documents in a conspicuous place in the office.

☐    For a party, delivery was made by handing the documents to the party or by leaving the documents at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐    d.    **By direct email.**

I caused the documents to be sent to the persons at the email addresses listed below.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

Bullivant|Houser|Bailey PC
3980 Howard Hughes Pkwy., Suite. 550
Las Vegas, NV 89169
Telephone: (702) 650-6565
Facsimile: (702) 650-2995

☐    e.    **By fax transmission.**

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the documents to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐    f.    **By messenger.**

I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 25th day of July, 2007.


        _/s/ Mary Opatrny_____
Name: Mary Opatrny_____
        an employee of Bullivant Houser Bailey PC

Bullivant|Houser|Bailey PC
3980 Howard Hughes Pkwy., Suite. 550
Las Vegas, NV 89169
Telephone: (702) 650-6565
Facsimile: (702) 650-2995

## File a Motion:

<u>06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY</u>
Type: bk                          Chapter: 11 v                    Office: 2 (Las Vegas)
Judge: lbr                        Assets: y                       Case Flag: EXHS, BAPCPA,
                                                                  LEAD, JNTADMN, APPEAL


### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from BRADLEY, GEORGANNE W. entered on 7/24/2007 at
5:23 PM PDT and filed on 7/24/2007
**Case Name:**        USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**      06-10725-lbr
**Document Number:** 4207

**Docket Text:**
Motion to Compel *Compliance With June 20, 2007 Ruling of the Bankruptcy Court* Filed by
GEORGANNE W. BRADLEY on behalf of COMPASS PARTNERS LLC (Attachments: # (1) Exhibit
A# (2) Exhibit B# (3) Exhibit C# (4) Exhibit D)(BRADLEY, GEORGANNE)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\MO7\My Documents\7-24-07 Compass
Filings\Motion.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=7/24/2007] [FileNumber=8385103-0]
[82c71211caf882d650f207e329f5e4ed933435c2a86b9de038105999ceab778bb24b
e40c669030a8ddd3eb40fa69df1857287f023d0d8d58306b2c1a6da99a92]]
**Document description:** Exhibit A
**Original filename:** C:\Documents and Settings\MO7\My Documents\7-24-07 Compass Filings\Exhibit
A.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=7/24/2007] [FileNumber=8385103-1]
[a2f9395776f7c301a5f7bbb4cbd58d796cf5043c29d72660cba7777ca75cf2672bab
6acb82321de79de13119691fd8c206ed4eae60489bf87ef78c58868d7c11]]
**Document description:** Exhibit B
**Original filename:** C:\Documents and Settings\MO7\My Documents\7-24-07 Compass Filings\Exhibit
B.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=7/24/2007] [FileNumber=8385103-2]
[2567ec578d2f440f3ed5483707b5592cc0c5a9d47ec2c778a44144df10204a031f18
d3718d0df99795b22e200f081b066354af0a8a0e40a921e380e2b7c9f636]]
**Document description:** Exhibit C

**Original filename:**C:\Documents and Settings\MO7\My Documents\7-24-07 Compass Filings\Exhibit C.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=7/24/2007] [FileNumber=8385103-3]
[30eb3756bba8e474955ff8aab77bc5ea6b7ca3cbfb2e78328d0d99763448c955952a
92ec6cde7c7e30cbd12a3ff6e563ef98bb57bbc83e97596e0a0ec1b125c6]]
**Document description:**Exhibit D
**Original filename:**C:\Documents and Settings\MO7\My Documents\7-24-07 Compass Filings\Exhibit D.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=7/24/2007] [FileNumber=8385103-4]
[cb5bb27db980b8f386499b9e39a7a5fc25cabbbb2a1ae0c38f6c4a23ae1c9329e983
2354f3df3f3f62c4bd1e1f1ae7d23d078ad3312e0f8ec62f669cc9368b37]]

## 06-10725-lbr Notice will be electronically mailed to:

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH    oatamoh@nevadafirm.com,
bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M. ATENCIO    ATENCIOK@GTLAW.COM

PETER C. BERNHARD    peter.bernhard@bullivant.com, michelle.diegel@bullivant.com

BMC GROUP, INC.    evrato@bmcgroup.com,
ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com;mjohn@bmcgroup.com

GEORGANNE W. BRADLEY    georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA    lbubala@jonesvargas.com, tbw@jonesvargas.com;aanthony@jonesvargas.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com;jrammos@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com,
ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com

JANET L. CHUBB    tbw@jonesvargas.com

EDWARD S. COLEMAN    mail@coleman4law.com

WILLIAM D COPE    cope_guerra@yahoo.com

LAUREL E. DAVIS    ldavis@fclaw.com, mhurtado@fclaw.com

THOMAS W. DAVIS    tdavis@hwmlvlaw.com, wendim@hwmlvlaw.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com

J CRAIG DEMETRAS    JCD@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras-oneill.com

RICHARD I. DREITZER    rdreitzer@yahoo.com

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

ARLEY D FINLEY    TFINLEY@DIAMONDMCCARTHY.COM

SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

DOUGLAS D. GERRARD    DGERRARD@GERRARD-COX.COM, ekaymedellin@gerrard-cox.com

WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov

GERALD M GORDON    bankruptcynotices@gordonsilver.com

R. VAUGHN GOURLEY    vgourley@lvcm.com

TALITHA B. GRAY    bankruptcynotices@gordonsilver.com

JAMES D. GREENE    bknotice@bhfs.com

MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com

PETER W. GUYON    pguyon@yahoo.com

JEFFREY R. HALL    jhall@sheacarlyon.com,
bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com

XANNA R. HARDMAN    xanna.hardman@gmail.com

STEPHEN R HARRIS    noticesbh&p@renolaw.biz

JEFFREY L HARTMAN    notices@bankruptcyreno.com, dle@bankruptcyreno.com

BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com

RICHARD F. HOLLEY    rholley@nevadafirm.com,
paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com

RANDOLPH L. HOWARD    rhoward@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com

DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net

JASON A. IMES    bkfilings@s-mlaw.com

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES    ejameslv@embarqmail.com, kbchrislaw@aol.com

ANNETTE W JARVIS    ajarvis@rqn.com

ERIN E. JONES    ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com

TY E. KEHOE    TyKehoeLaw@aol.com

ROBERT R. KINAS    rkinas@swlaw.com,
jmcbee@swlaw.com;jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;lvdocket@mindsprin

DEAN T. KIRBY    dkirby@kirbymac.com, jhebert@kirbymac.com;lackerman@kirbymac.com

ZACHARIAH LARSON    ecf@lslawnv.com

JOHN J. LAXAGUE    jlaxague@caneclark.com

GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net

TYSON M. LOMAZOW    tlomazow@milbank.com

ANNE M. LORADITCH    ecffilings@beckleylaw.com,
aloraditch@beckleylaw.com;pkois@beckleylaw.com

ERIC D MADDEN    emadden@diamondmccarthy.com, jsickels@diamondmccarthy.com

PATRICIA A. MARR    lvlaw03@yahoo.com

JAMES C. MCCARROLL    , dturetsky@reedsmith.com;aleonard@reedsmith.com

REGINA M. MCCONNELL    rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;cburke@lawlasvegas.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com,
smiller@sheacarlyon.com;ltreadway@sheacarlyon.com;mleavitt@sheacarlyon.com

DAVID MINCIN    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

JOHN F MURTHA    jmurtha@woodburnandwedge.com

ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com;erin@rlbolick.com

VICTORIA L NELSON    bkecf@nevadafirm.com,
vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.co

BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN    ebaker@marquisaurbach.com,
dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

CHRISTINE M PAJAK    cpajak@stutman.com, ekarasik@stutman.com

ANDREW M. PARLEN    aparlen@stutman.com

DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY    info@johnpeterlee.com

THOMAS RICE    trice@coxsmith.com, ggattis@coxsmith.com

GORDON C. RICHARDS    gcrclarkandrichards@earthlink.net, sebclarkandrichards@earthlink.net

CHRISTINE A ROBERTS    bankruptcy@rocgd.com

STACY M. ROCHELEAU    stacy@arlawgroup.com, wendy@arlawgroup.com

SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

BRIAN D. SHAPIRO    ecf@brianshapirolaw.com,
tiffany@brianshapirolaw.com;brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com

JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com,
ltreadway@sheacarlyon.com;jshea@sheacarlyon.com

SHLOMO S. SHERMAN    ssherman@sheacarlyon.com,
bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;mleavitt@

AMBRISH S. SIDHU    ecfnotices@sidhulawfirm.com

JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

ALAN R SMITH    mail@asmithlaw.com,
turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com

ADAM M. STARR    starra@gtlaw.com

DAVID A. STEPHENS    dstephens@lvcm.com

PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

ERIC W. SWANIS    mclachlanp@gtlaw.com, LengemannC@gtlaw.com

JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com

KAARAN E. THOMAS    kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

ROLLIN G. THORLEY    rollin.g.thorley@irscounsel.treas.gov

AMY N. TIRRE    , lmccarron@kkbrf.com

AMY N. TIRRE    atirre@kkbrf.com, lmccarron@kkbrf.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

ERIC VAN    bankruptcynotices@gordonsilver.com

GREGORY J. WALCH    GWalch@Nevadafirm.com

RUSSELL S. WALKER    rwalker@wklawpc.com,
eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com;rrazo@wklawpc.com;tgrover

WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

GREGORY L. WILDE    bk@wildelaw.com

RYAN J. WORKS    rworks@mcdonaldcarano.com,
kbarrett@mcdonaldcarano.com;dsampson@mcdonaldcarano.com;aguenther@mcdonaldcarano.com;hver

WILLIAM J. WRAY    rh@oreillylawgroup.com,
rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

ANTHONY A. ZMAILA    azmaila@nevadafirm.com,
bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

**06-10725-lbr Notice will not be electronically mailed to:**

CELSO ACOSTA
,

ANTHONY G. ADAMS
,

THOMAS J. ALLISON
,

ANDREW K ALPER
6500 WILSHIRE BLVD 17TH FLR
LOS ANGELES, CA 90048

ALVAREZ & MARSAL, LLC
,

ARNOLD R. ALVES
9904 VILLA GRANITO LANE
GRANITE BAY, CA 95746

AMERICAN EXPRESS BANK FSB
PO BOX 3001
MALVERN, PA 19355-0701

ANGELO GORDON & CO
C/O JED HART
245 PARK AVE, 26TH FL
NEW YORK, NY 10167

MICHAEL W ANGLIN
FULBRIGHT & JAWORSKI LLP
2200 ROSS AVE, STE 2800
DALLAS, TX 75201

GUY ARCHER
,

BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
,

CLARK BARTKOWSKI
P.O. BOX 1180
DARBY, MT 59829

JEAN BARTKOWSKI
P.O. BOX 1180
DARBY, MT 59829

EVAN BEAVERS
1625 HIGHWAY 88, #304
MINDEN, NV 89423

BECKLEY SINGLETON, CHTD.
,

FLOCERFIDA BENINCASA
9359 ROPING COWBOY AVE
LAS VEGAS, NV 89178

JASPER BENINCASA
9359 ROPING COWBOY AVE.
LAS VEGAS, NV 89178

BRIAN M. ADAMS, ESQ.
,

JOSHUA D BRYSK
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

C RANDALL BUPP
2000 CROW CANYON PL #330
SAN RAMON, CA 94583

C. NICHOLAS PEREOS, ESQ.
,

ELISSA F CADISH
3930 HOWARD HUGHS PKWY, 4TH FLR
LAS VEGAS, NV 89169

CDW COMPUTER CENTERS INC
C/O RECEIVABLE MANAGEMENT SERVICES
307 INTERNATIONAL CIRCLE, SUITE 270
HUNT VALLEY, MD 21030

A. WILLIAM CEGLIA
3720 POCOHENA COURT
WASHOE VALLEY, NV 89704

RANEE L. CEGLIA
3720 POCOHENA COURT
WASHOE VALLEY, NV 89704

JANET L. CHUBB
JONES VARGAS
3773 HOWARD HUGHES PARKWAY
THIRD FLOOR SOUTH
LAS VEGAS, NV 89109

CURTIS F CLARK
,

CLARK COUNTY ASSESSOR'S OFFICE
C/O M W SCHOFIELD
500 S GRAD CENTRAL PKWY
LAS VEGAS, NV 89155

CLARK COUNTY ASSESSOR'S OFFICE
DISTRICT ATTORNEY OFF / K. PHILIPS
500 GRAND CENTRAL PKWY, #5075
LAS VEGAS, NV 89155

HOWARD CONNELL
1001 JENNIS SILVER ST
LAS VEGAS, NV 89145

LORENE CONNELL
1001 JENNIS SILVER ST
LAS VEGAS, NV 89117

WILLIAM D COPE
595 HUMBOLDT ST
RENO, NV 89509

ROBERT A. COWMAN
1525 WINTERWOOD AVENUE
SPARKS, NV 89434

SANDRA L. COWMAN
1525 WINTERWOOD AVENUE
SPARKS, NV 89434

CICI CUNNINGHAM
9950 WEST CHEYENNE AVENUE
LAS VEGAS, NV 89129
bankruptcy@rocgd.com

VINCE DANELIAN
P.O. BOX 97782
LAS VEGAS, NV 89193

GEORGE DAVIS
WEIL GOTHAL & MANGES LLP
767 FIFTH AVENUE
NEW YORK, NY 10153
george.davis@weil.com

ALLAN B. DIAMOND
DIAMOND MCCARTHY, LLP
909 FANNIN, STE 1500
HOUSTON, TX 77010

DIAMOND MCCARTHY TAYLOR FINLEY & LEE, LLP
,

DONNA DIMAGGIO-HIGHBERGER
325 S. MARYLAND PKWY.
LAS VEGAS, NV 89101

FRANK A ELLIS
510 S 9TH ST
LAS VEGAS, NV 89101

BONNY K. ENRICO
2072 ALMYRA ROAD
SPARTA, TN 38583-5168

DAVID R. ENRICO
2072 ALMYRA ROAD
SPARTA, TN 38583-5168

FOLEY & LARDNER LLP
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60610

GEORGE D FRAME
601 GREENWAY ROAD, STE D
HENDERSON, NV 89015

FTI CONSULTING, INC.
,

GERRARD COX & LARSEN
2450 SAINT ROSE PARKWAY, SUITE 200
HENDERSON, NV 89074

RICHARD D. GREEN
3773 HOWARD HUGHES PKWY, STE 500 NO
LAS VEGAS, NV 89169

GREEN VALLEY SECURE INVESTMENTS
2625 GREEN VALLEY PARKWAY
SUITE 125
HENDERSON, NV 89014

DAVID R. GRIFFITH
STEWRT, HUMPHERYS, TURCHETT, ET. AL.
3120 COHASSET ROAD, SUITE 6
POST OFFICE BOX 720
CHICO, CA 95927

ERNA D. GRUNDMAN
114 E YOLO STREET
ORLAND, CA 95963

JOANNE M. GRUNDMAN
1608 BROWN STREET
CARSON CITY, NV 89701

LORRAINE GUNDERSON
,

WYNN A. GUNDERSON
,

HAIN CAPITAL GROUP, LLC
MEADOWS OFFICE COMPLEX
301 ROUTE 17
16TH FLOOR
RUTHERFORD, NJ 07070

JOHN HANDAL
,

JANE HENDLER
,

HERMAN M. ADAMS, ESQ.
,

HILCO REAL ESTATE LLC/HILCO REAL ESTATE APPRAISAL, LLC
,

JOHN HINDERAKER
LEWIS & ROCA LLP
ONE S CHURCH AVE, STE 700
TUCSON, AZ 85701-1611

JACK HOGGARD
7022 RUSHWOOD DR.
EL DORADO HILLS, CA 95762-5002

CHARLES HUFF
3426 PINO CIRCLE
LAS VEGAS, NV 89121

HUMPHRY 1999 TRUST
C/O JACK & ALICE HUMPHRY TTEES
3825 CHAMPAGNE WOOD DR
NORTH LAS VEGAS, NV 89031-2056

DAVID W. HUSTON
'

INTERIM COMMITTEE OF CONCERNED INVESTORS
'

PAUL A. JACQUES
810 SE 7TH ST A-103
DEERFIELD BEACH, FL 33441

ANNETTE W JARVIS
POB 45385
SALT LAKE CITY, UT 84145

HARRY JESSUP
2009 WESTLUND DR.
LAS VEGAS, NV 89102

HELEN B. JESSUP
2009 WESTLUND DR.
LAS VEGAS, NV 89102

RICHARD E KAMMERMAN
RICHARD KAMMERMAN PC
7200 N MOPAC, SUITE 150
AUSTIN, TX 78731

CONSTANTINE KARIDES
REED SMITH LLP
599 LEXINGTON AVENUE
NEW YORK, NY 10022

LINDA KETTERMAN
321 N. 19TH STREET
ENID, OK 73701

RAY KETTERMAN
321 N. 19TH STREET
ENID, OK 73701

EDWARD KLINE

9932 ARBUCKLE DRIVE
LAS VEGAS, NV 89134

MARCIA J. KNOX

,

BETTY KOLSTRUP
1830 BALBOA DRIVE
RENO, NV 89503

MATTHEW J. KREUTZER
HALE LANE PEEK DENNISON AND HOWARD
3930 HOWARD HUGHES PARKWAY
FOURTH FLOOR
LAS VEGAS, NV 89169

REID W. LAMBERT
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

JASON G LANDESS
3990 VEGAS DRIVE
LAS VEGAS, NV 89108

CYNTHIA J LARSEN
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 CAPITOL MALL, STE 3000
SACRAMENTO, CA 95814

MARC A. LEVINSON
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 CAPITOL MALL, STE 30000
SACRAMENTO, CA 95814-4497

LEWIS AND ROCA LLP

,

ELIZABETH R. LOVERIDGE
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

LEE D. MACKSON
SHUTTS & BOWEN LLP
1500 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131

STUART MADSEN
5843 VALLE VISTA COURT

GRANITE BAY, CA 95746

JERROLD T. MARITIN
8423 PASO ROBLES
NORTHRIDGE, CA 91325

TERRY MARKWELL
12765 SILVER WOLF ROAD
RENO, NV 89511

RICHARD J. MASON
130 PINETREE LANE
RIVERWOODS, IL 60015

JAMES E. MCKNIGHT
,

CRAIG MEDOFF
3110 LARKWOOD CREEK
FALLBROOK, CA 92028

JAY L. MICHAELSON
7 W FIGUEROA ST., 2ND FLR
SANTA BARBARA, CA 93101

BRECK E. MILDE
TERRA LAW LLP
60 SOUTH MARKET ST, SUITE 200
SAN JOSE, CA 95113

MICHAEL P. MOLLO
316 S. BROADWAY #B
REDONDO BEACH, CA 90277

DOUGLAS M MONSON
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, STE 1400
PO BOX 45385
SALT LAKE CITY, UT 84145-0385

NASON, YEAGER, GERSON, WHITE & LIOCE, P.A.
,

HOWARD S. NEVINS
2150 RIVER PLAZA DR., #450
SACRAMENTO, CA 95833

STEVEN R ORR
RICHARDS WATSON & GERSHON
355 SOUTH GRAND AVENUE, 40TH FLOOR
LOS ANGELES, CA 90071

ORRICK HERRINGTON & SUTCLIFFE LLP
400 CAPITOL MALL #3000
SACRAMENTO, CA 95814-4497

ORRICK, HERRINGTON & SUTCLIFFE, LLP
,

CRAIG ORROCK
,

RONALD H. PACHECO
,

ANDREW M PARLEN
,

J. STEPHEN PEEK
HALE LANE PEEK DENNISON AND HOWARD
3930 HOWARD HUGHES PARKWAY
FOURTH FLOOR
LAS VEGAS, NV 89169

NANCY A. PETERMAN
GREENBERG TRAURIG, LLP
77 W. WACKER DR., SUITE 2500
CHICAGO, IL 60601

KRIS PICKERING
ROSA SOLIS-RAINEY, ESQ.
300 SOUTH FOURTH STREET
LAS VEGAS, NV 89101

R&N REAL ESTATE INVESTMENTS
3990 VEGAS DRIVE
LAS VEGAS, NV 89108

RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, SUITE 1400
P.O. BOX 45385
SALT LAKE CITY, UT 84145

LARRY L. RIEGER
,

PATSY R. RIEGER
,

ROBERT W. ULM, TRUSTEE OF THE ULM LIVING TRUST
,

R J ROCCO
12617 COTTAGEVILLE LANE
KELLER, TX 76248

ROYAL VACATION SUITES, INC.
,

S & J ENTERPRISE INVESTMENTS, INC.
,

NICHOLAS J SANTORO
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

SCC ACQUISITION CORP.
,

MICHAEL M. SCHMAHL
MCGUIREWOODS LLP
77 W. WACKER DRIVE, SUITE 4100
CHICAGO, IL 60601

JAMES G SCHWARTZ
7901 STONERIDGE DR #401
PLEASANTON, CA 94588

SCHWARTZER & MCPHERSON LAW FIRM
2850 S. JONES BLVD., #1
LAS VEGAS, NV 89146

LOIS MAE SCOTT
,

ROBERT J. SCOTT
,

JAMES E SHAPIRO
GERRARD, COX & LARSEN
2450 ST ROSE PKWY #200
LAS VEGAS, NV 89119

JAMES SHAW
14225 PRAIRIE FLOWER CT
RENO, NV 89511-6710

SHEA & CARLYON, LTD.
228 S 4TH ST 1ST FL
LAS VEGAS, NV 89101

SIERRA CONSULTING GROUP, LLC
,

SIERRA HEALTH SERVICES, INC.
ATTN: FRANK COLLINS, ESQ.
2724 N. TENAYA WAY
P.O. BOX 15645
LAS VEGAS, NV 89114-5645

ULRICH W SMITH
3990 VEGAS DR
LAS VEGAS, NV 89108

WENDY W. SMITH
BINDER & MALTER, LLP
2775 PARK AVENUE
SANTA CLARA, CA 95050

PATRICIA K. SMOOTS
318 N GROVE
OAK PARK, IL 60302

DERRICK A. SPATORICO
PHETERSON, STEN, CALABRESE & NEILANS,
THE WILDER BLDG
ONE EAST MAIN ST # 150
ROCHESTER, NY 14614

BRADLEY J STEVENS
3300 N CENTRAL AVE
PHOENIX, AZ 85012

THOMAS W STILLEY
1000 SW BROADWAY #1400
PORTLAND, OR 97205

STEVEN C STRONG
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, STE 1400
SALT LAKE CITY, UT 84145-0385

STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
1901 AVENUE OF THE STARS, 12TH FLR
LOS ANGELES, CA 90067

BEVERLY SWEZEY
,

DONALD SWEZEY
,

TANAMERA RESORT CONDOMINIUMS, LLC
,

EVALYN C TAYLOR

TECHNOLOGY INVESTMENT PARTNERS, L.L.C.
ATTN: STACEY L. FARMER
40950 WOODWARD AVENUE
SUITE 201
BLOOMFIELD HILLS, MI 48304-5128

KAARAN THOMAS
MCDONALD CARANO WILSON, LLP
2300 WEST SAHARA AVENUE
NO. 10, SUITE 1000
LAS VEGAS, NV 89102

JACK S. TIANO

U.S. BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
125 S GRAND AVE
PASADENA, CA 91105

U.S. BANKRUPTCY COURT

UNITED STATES DISTRICT COURT

PEGGY ANN VALLEY
4843 SOUTH POINT
DISCOVERY BAY, CA 94514

MICHAEL C. VAN
4129 W. CHEYENNE, SUITE A
N. LAS VEGAS, NV 89032

ROY R. VENTURA

ROBERT VERCHOTA
C/O JEFFREY A COGAN, ESQ
3990 VEGAS DRIVE
LAS VEGAS, NV 89108

WALLS FAMILY TRUST DTD 12/10/97
C/O JOSEPH P & ELLEN WALLS
2778 BEDFORD WAY
CARSON CITY, NV 89703

WANDA WRIGHT TRUSTEE FOR THE WANDA WRIGHT TRUST 6-14-99

JOYCE WATSON
10612 BLACK IRON ROAD
LOUISVILLE, KY 40291

STEVE WATSON
10612 BLACK IRON ROAD
LOUISVILLE, KY 40291

GAIL WILCOX
PO BOX 1051
MINDEN, NV 89423

STEVE WILCOX
PO BOX 1051
MINDEN, NV 89423

WILLIAM E WINFIELD
POB 9100
OXNARD, CA 93031

MARION E. WYNNE
WILKINS, BANKESTER, BILES & WYNNE, P.A.
POST OFFICE BOX 1367
FAIRHOPE, AL 36533-1367

MICHAEL YODER
DIAMOND MCCARTHY, LLP
909 FANNIN, STE 1500
HOUSTON, TX 77010

## File a Motion:

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY
Type: bk                    Chapter: 11 v
Judge: lbr                  Assets: y

Office: 2 (Las Vegas)
Case Flag: EXHS, BAPCPA,
LEAD, JNTADMN, APPEAL

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from BRADLEY, GEORGANNE W. entered on 7/24/2007 at
5:27 PM PDT and filed on 7/24/2007
**Case Name:**       USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**     06-10725-lbr
**Document Number:** 4208

**Docket Text:**
Ex Parte Motion for Order Shortening Time *to Hear Motion of Compass Financial Partners LLC for
Order Pursuant to 11 U.S.C. Sec. 105 Compelling Compliance With June 20, 2007 Ruling of the
Bankruptcy Court* Filed by GEORGANNE W. BRADLEY on behalf of COMPASS PARTNERS LLC
(Related document(s)[4207] Motion to Compel filed by Interested Party COMPASS PARTNERS LLC)
(BRADLEY, GEORGANNE)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\MO7\My Documents\7-24-07 Compass Filings\Ex Parte
Application.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=7/24/2007] [FileNumber=8385132-0]
[cef0f125b45b6184ed34c48247074405261765268e37b80bb65b0904458c9c24b712
1c8e4a1c7d36a99dc92cc2ca435580b9150ac552f72120aa81c0a0fe1e72]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS     franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH    oatamoh@nevadafirm.com,
bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M. ATENCIO    ATENCIOK@GTLAW.COM

PETER C. BERNHARD    peter.bernhard@bullivant.com, michelle.diegel@bullivant.com

BMC GROUP, INC.    evrato@bmcgroup.com,
ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com;mjohn@bmcgroup.com

GEORGANNE W. BRADLEY    georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA    lbubala@jonesvargas.com, tbw@jonesvargas.com;aanthony@jonesvargas.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com;jrammos@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com,
ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com

JANET L. CHUBB    tbw@jonesvargas.com

EDWARD S. COLEMAN    mail@coleman4law.com

WILLIAM D COPE    cope_guerra@yahoo.com

LAUREL E. DAVIS    ldavis@fclaw.com, mhurtado@fclaw.com

THOMAS W. DAVIS    tdavis@hwmlvlaw.com, wendim@hwmlvlaw.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com

J CRAIG DEMETRAS    JCD@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras-oneill.com

RICHARD I. DREITZER    rdreitzer@yahoo.com

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

ARLEY D FINLEY    TFINLEY@DIAMONDMCCARTHY.COM

SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

DOUGLAS D. GERRARD    DGERRARD@GERRARD-COX.COM, ekaymedellin@gerrard-cox.com

WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov

GERALD M GORDON    bankruptcynotices@gordonsilver.com

R. VAUGHN GOURLEY    vgourley@lvcm.com

TALITHA B. GRAY    bankruptcynotices@gordonsilver.com

JAMES D. GREENE    bknotice@bhfs.com

MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com

PETER W. GUYON    pguyon@yahoo.com

JEFFREY R. HALL    jhall@sheacarlyon.com,
bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com

XANNA R. HARDMAN    xanna.hardman@gmail.com

STEPHEN R HARRIS    noticesbh&p@renolaw.biz

JEFFREY L HARTMAN    notices@bankruptcyreno.com, dle@bankruptcyreno.com

BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com

RICHARD F. HOLLEY    rholley@nevadafirm.com,
paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com

RANDOLPH L. HOWARD    rhoward@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com

DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net

JASON A. IMES    bkfilings@s-mlaw.com

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES    ejameslv@embarqmail.com, kbchrislaw@aol.com

ANNETTE W JARVIS    ajarvis@rqn.com

ERIN E. JONES    ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com

TY E. KEHOE    TyKehoeLaw@aol.com

ROBERT R. KINAS    rkinas@swlaw.com,
jmcbee@swlaw.com;jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;lvdocket@mindsprin

DEAN T. KIRBY    dkirby@kirbymac.com, jhebert@kirbymac.com;lackerman@kirbymac.com

ZACHARIAH LARSON    ecf@lslawnv.com

JOHN J. LAXAGUE    jlaxague@caneclark.com

GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net

TYSON M. LOMAZOW    tlomazow@milbank.com

ANNE M. LORADITCH    ecffilings@beckleylaw.com,
aloraditch@beckleylaw.com;pkois@beckleylaw.com

ERIC D MADDEN    emadden@diamondmccarthy.com, jsickels@diamondmccarthy.com

PATRICIA A. MARR    lvlaw03@yahoo.com

JAMES C. MCCARROLL    , dturetsky@reedsmith.com;aleonard@reedsmith.com

REGINA M. MCCONNELL    rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;cburke@lawlasvegas.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com,
smiller@sheacarlyon.com;ltreadway@sheacarlyon.com;mleavitt@sheacarlyon.com

DAVID MINCIN    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

JOHN F MURTHA    jmurtha@woodburnandwedge.com

ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com;erin@rlbolick.com

VICTORIA L NELSON    bkecf@nevadafirm.com,

vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.co

BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN    ebaker@marquisaurbach.com,
dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

CHRISTINE M PAJAK    cpajak@stutman.com, ekarasik@stutman.com

ANDREW M. PARLEN    aparlen@stutman.com

DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY    info@johnpeterlee.com

THOMAS RICE    trice@coxsmith.com, ggattis@coxsmith.com

GORDON C. RICHARDS    gcrclarkandrichards@earthlink.net, sebclarkandrichards@earthlink.net

CHRISTINE A ROBERTS    bankruptcy@rocgd.com

STACY M. ROCHELEAU    stacy@arlawgroup.com, wendy@arlawgroup.com

SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

BRIAN D. SHAPIRO    ecf@brianshapirolaw.com,
tiffany@brianshapirolaw.com;brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com

JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com,
ltreadway@sheacarlyon.com;jshea@sheacarlyon.com

SHLOMO S. SHERMAN    ssherman@sheacarlyon.com,
bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;mleavitt@

AMBRISH S. SIDHU    ecfnotices@sidhulawfirm.com

JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

ALAN R SMITH    mail@asmithlaw.com,
turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com

ADAM M. STARR    starra@gtlaw.com

DAVID A. STEPHENS    dstephens@lvcm.com

PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

ERIC W. SWANIS    mclachlanp@gtlaw.com, LengemannC@gtlaw.com

JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com

KAARAN E. THOMAS    kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

ROLLIN G. THORLEY    rollin.g.thorley@irscounsel.treas.gov

AMY N. TIRRE    , lmccarron@kkbrf.com

AMY N. TIRRE    atirre@kkbrf.com, lmccarron@kkbrf.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

ERIC VAN    bankruptcynotices@gordonsilver.com

GREGORY J. WALCH    GWalch@Nevadafirm.com

RUSSELL S. WALKER    rwalker@wklawpc.com,
eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com;rrazo@wklawpc.com;tgroven

WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

GREGORY L. WILDE    bk@wildelaw.com

RYAN J. WORKS    rworks@mcdonaldcarano.com,
kbarrett@mcdonaldcarano.com;dsampson@mcdonaldcarano.com;aguenther@mcdonaldcarano.com;hver

WILLIAM J. WRAY    rh@oreillylawgroup.com,
rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

ANTHONY A. ZMAILA    azmaila@nevadafirm.com,
bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

**06-10725-lbr Notice will not be electronically mailed to:**

CELSO ACOSTA
,

ANTHONY G. ADAMS
,

THOMAS J. ALLISON
,

ANDREW K ALPER
6500 WILSHIRE BLVD 17TH FLR
LOS ANGELES, CA 90048

ALVAREZ & MARSAL, LLC
,

ARNOLD R. ALVES
9904 VILLA GRANITO LANE
GRANITE BAY, CA 95746

AMERICAN EXPRESS BANK FSB
PO BOX 3001
MALVERN, PA 19355-0701

ANGELO GORDON & CO
C/O JED HART
245 PARK AVE, 26TH FL
NEW YORK, NY 10167

MICHAEL W ANGLIN
FULBRIGHT & JAWORSKI LLP
2200 ROSS AVE, STE 2800
DALLAS, TX 75201

GUY ARCHER
,

BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
,

CLARK BARTKOWSKI
P.O. BOX 1180
DARBY, MT 59829

JEAN BARTKOWSKI
P.O. BOX 1180
DARBY, MT 59829

EVAN BEAVERS
1625 HIGHWAY 88, #304
MINDEN, NV 89423

BECKLEY SINGLETON, CHTD.
,

FLOCERFIDA BENINCASA
9359 ROPING COWBOY AVE
LAS VEGAS, NV 89178

JASPER BENINCASA
9359 ROPING COWBOY AVE.
LAS VEGAS, NV 89178

BRIAN M. ADAMS, ESQ.
,

JOSHUA D BRYSK
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

C RANDALL BUPP
2000 CROW CANYON PL #330
SAN RAMON, CA 94583

C. NICHOLAS PEREOS, ESQ.
,

ELISSA F CADISH
3930 HOWARD HUGHS PKWY, 4TH FLR
LAS VEGAS, NV 89169

CDW COMPUTER CENTERS INC
C/O RECEIVABLE MANAGEMENT SERVICES
307 INTERNATIONAL CIRCLE, SUITE 270
HUNT VALLEY, MD 21030

A. WILLIAM CEGLIA
3720 POCOHENA COURT
WASHOE VALLEY, NV 89704

RANEE L. CEGLIA
3720 POCOHENA COURT
WASHOE VALLEY, NV 89704

JANET L. CHUBB
JONES VARGAS
3773 HOWARD HUGHES PARKWAY
THIRD FLOOR SOUTH
LAS VEGAS, NV 89109

CURTIS F CLARK
,

CLARK COUNTY ASSESSOR'S OFFICE
C/O M W SCHOFIELD
500 S GRAD CENTRAL PKWY
LAS VEGAS, NV 89155

CLARK COUNTY ASSESSOR'S OFFICE
DISTRICT ATTORNEY OFF / K. PHILIPS
500 GRAND CENTRAL PKWY, #5075
LAS VEGAS, NV 89155

HOWARD CONNELL
1001 JENNIS SILVER ST
LAS VEGAS, NV 89145

LORENE CONNELL
1001 JENNIS SILVER ST
LAS VEGAS, NV 89117

WILLIAM D COPE
595 HUMBOLDT ST
RENO, NV 89509

ROBERT A. COWMAN
1525 WINTERWOOD AVENUE
SPARKS, NV 89434

SANDRA L. COWMAN
1525 WINTERWOOD AVENUE
SPARKS, NV 89434

CICI CUNNINGHAM
9950 WEST CHEYENNE AVENUE
LAS VEGAS, NV 89129
bankruptcy@rocgd.com

VINCE DANELIAN
P.O. BOX 97782
LAS VEGAS, NV 89193

GEORGE DAVIS
WEIL GOTHAL & MANGES LLP
767 FIFTH AVENUE
NEW YORK, NY 10153
george.davis@weil.com

ALLAN B. DIAMOND
DIAMOND MCCARTHY, LLP
909 FANNIN, STE 1500
HOUSTON, TX 77010

DIAMOND MCCARTHY TAYLOR FINLEY & LEE, LLP

DONNA DIMAGGIO-HIGHBERGER
325 S. MARYLAND PKWY.
LAS VEGAS, NV 89101

FRANK A ELLIS
510 S 9TH ST
LAS VEGAS, NV 89101

BONNY K. ENRICO
2072 ALMYRA ROAD
SPARTA, TN 38583-5168

DAVID R. ENRICO
2072 ALMYRA ROAD
SPARTA, TN 38583-5168

FOLEY & LARDNER LLP
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60610

GEORGE D FRAME
601 GREENWAY ROAD, STE D
HENDERSON, NV 89015

FTI CONSULTING, INC.
,

GERRARD COX & LARSEN
2450 SAINT ROSE PARKWAY, SUITE 200
HENDERSON, NV 89074

RICHARD D. GREEN
3773 HOWARD HUGHES PKWY, STE 500 NO
LAS VEGAS, NV 89169

GREEN VALLEY SECURE INVESTMENTS
2625 GREEN VALLEY PARKWAY
SUITE 125
HENDERSON, NV 89014

DAVID R. GRIFFITH
STEWRT, HUMPHERYS, TURCHETT, ET. AL.
3120 COHASSET ROAD, SUITE 6
POST OFFICE BOX 720
CHICO, CA 95927

ERNA D. GRUNDMAN
114 E YOLO STREET
ORLAND, CA 95963

JOANNE M. GRUNDMAN
1608 BROWN STREET
CARSON CITY, NV 89701

LORRAINE GUNDERSON
,

WYNN A. GUNDERSON
,

HAIN CAPITAL GROUP, LLC

MEADOWS OFFICE COMPLEX
301 ROUTE 17
16TH FLOOR
RUTHERFORD, NJ 07070

JOHN HANDAL
,

JANE HENDLER
,

HERMAN M. ADAMS, ESQ.
,

HILCO REAL ESTATE LLC/HILCO REAL ESTATE APPRAISAL, LLC
,

JOHN HINDERAKER
LEWIS & ROCA LLP
ONE S CHURCH AVE, STE 700
TUCSON, AZ 85701-1611

JACK HOGGARD
7022 RUSHWOOD DR.
EL DORADO HILLS, CA 95762-5002

CHARLES HUFF
3426 PINO CIRCLE
LAS VEGAS, NV 89121

HUMPHRY 1999 TRUST
C/O JACK & ALICE HUMPHRY TTEES
3825 CHAMPAGNE WOOD DR
NORTH LAS VEGAS, NV 89031-2056

DAVID W. HUSTON
,

INTERIM COMMITTEE OF CONCERNED INVESTORS
,

PAUL A. JACQUES
810 SE 7TH ST A-103
DEERFIELD BEACH, FL 33441

ANNETTE W JARVIS
POB 45385
SALT LAKE CITY, UT 84145

HARRY JESSUP
2009 WESTLUND DR.

LAS VEGAS, NV 89102

HELEN B. JESSUP
2009 WESTLUND DR.
LAS VEGAS, NV 89102

RICHARD E KAMMERMAN
RICHARD KAMMERMAN PC
7200 N MOPAC, SUITE 150
AUSTIN, TX 78731

CONSTANTINE KARIDES
REED SMITH LLP
599 LEXINGTON AVENUE
NEW YORK, NY 10022

LINDA KETTERMAN
321 N. 19TH STREET
ENID, OK 73701

RAY KETTERMAN
321 N. 19TH STREET
ENID, OK 73701

EDWARD KLINE
9932 ARBUCKLE DRIVE
LAS VEGAS, NV 89134

MARCIA J. KNOX

BETTY KOLSTRUP
1830 BALBOA DRIVE
RENO, NV 89503

MATTHEW J. KREUTZER
HALE LANE PEEK DENNISON AND HOWARD
3930 HOWARD HUGHES PARKWAY
FOURTH FLOOR
LAS VEGAS, NV 89169

REID W. LAMBERT
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

JASON G LANDESS
3990 VEGAS DRIVE
LAS VEGAS, NV 89108

CYNTHIA J LARSEN

ORRICK, HERRINGTON & SUTCLIFFE LLP
400 CAPITOL MALL, STE 3000
SACRAMENTO, CA 95814

MARC A. LEVINSON
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 CAPITOL MALL, STE 30000
SACRAMENTO, CA 95814-4497

LEWIS AND ROCA LLP
,

ELIZABETH R. LOVERIDGE
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

LEE D. MACKSON
SHUTTS & BOWEN LLP
1500 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131

STUART MADSEN
5843 VALLE VISTA COURT
GRANITE BAY, CA 95746

JERROLD T. MARITIN
8423 PASO ROBLES
NORTHRIDGE, CA 91325

TERRY MARKWELL
12765 SILVER WOLF ROAD
RENO, NV 89511

RICHARD J. MASON
130 PINETREE LANE
RIVERWOODS, IL 60015

JAMES E. MCKNIGHT
,

CRAIG MEDOFF
3110 LARKWOOD CREEK
FALLBROOK, CA 92028

JAY L. MICHAELSON
7 W FIGUEROA ST., 2ND FLR
SANTA BARBARA, CA 93101

BRECK E. MILDE

TERRA LAW LLP
60 SOUTH MARKET ST, SUITE 200
SAN JOSE, CA 95113

MICHAEL P. MOLLO
316 S. BROADWAY #B
REDONDO BEACH, CA 90277

DOUGLAS M MONSON
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, STE 1400
PO BOX 45385
SALT LAKE CITY, UT 84145-0385

NASON,YEAGER, GERSON, WHITE & LIOCE, P.A.
,

HOWARD S. NEVINS
2150 RIVER PLAZA DR., #450
SACRAMENTO, CA 95833

STEVEN R ORR
RICHARDS WATSON & GERSHON
355 SOUTH GRAND AVENUE, 40TH FLOOR
LOS ANGELES, CA 90071

ORRICK HERRINGTON & SUTCLIFFE LLP
400 CAPITOL MALL #3000
SACRAMENTO, CA 95814-4497

ORRICK, HERRINGTON & SUTCLIFFE, LLP
,

CRAIG ORROCK
,

RONALD H. PACHECO
,

ANDREW M PARLEN
,

J. STEPHEN PEEK
HALE LANE PEEK DENNISON AND HOWARD
3930 HOWARD HUGHES PARKWAY
FOURTH FLOOR
LAS VEGAS, NV 89169

NANCY A. PETERMAN
GREENBERG TRAURIG, LLP
77 W. WACKER DR., SUITE 2500

CHICAGO, IL 60601

KRIS PICKERING
ROSA SOLIS-RAINEY, ESQ.
300 SOUTH FOURTH STREET
LAS VEGAS, NV 89101

R&N REAL ESTATE INVESTMENTS
3990 VEGAS DRIVE
LAS VEGAS, NV 89108

RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, SUITE 1400
P.O. BOX 45385
SALT LAKE CITY, UT 84145

LARRY L. RIEGER
,

PATSY R. RIEGER
,

ROBERT W. ULM, TRUSTEE OF THE ULM LIVING TRUST
,

R J ROCCO
12617 COTTAGEVILLE LANE
KELLER, TX 76248

ROYAL VACATION SUITES, INC.
,

S & J ENTERPRISE INVESTMENTS, INC.
,

NICHOLAS J SANTORO
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

SCC ACQUISITION CORP.
,

MICHAEL M. SCHMAHL
MCGUIREWOODS LLP
77 W. WACKER DRIVE, SUITE 4100
CHICAGO, IL 60601

JAMES G SCHWARTZ
7901 STONERIDGE DR #401
PLEASANTON, CA 94588

SCHWARTZER & MCPHERSON LAW FIRM
2850 S. JONES BLVD., #1
LAS VEGAS, NV 89146

LOIS MAE SCOTT
,

ROBERT J. SCOTT
,

JAMES E SHAPIRO
GERRARD, COX & LARSEN
2450 ST ROSE PKWY #200
LAS VEGAS, NV 89119

JAMES SHAW
14225 PRAIRIE FLOWER CT
RENO, NV 89511-6710

SHEA & CARLYON, LTD.
228 S 4TH ST 1ST FL
LAS VEGAS, NV 89101

SIERRA CONSULTING GROUP, LLC
,

SIERRA HEALTH SERVICES, INC.
ATTN: FRANK COLLINS, ESQ.
2724 N. TENAYA WAY
P.O. BOX 15645
LAS VEGAS, NV 89114-5645

ULRICH W SMITH
3990 VEGAS DR
LAS VEGAS, NV 89108

WENDY W. SMITH
BINDER & MALTER, LLP
2775 PARK AVENUE
SANTA CLARA, CA 95050

PATRICIA K. SMOOTS
318 N GROVE
OAK PARK, IL 60302

DERRICK A. SPATORICO
PHETERSON, STEN, CALABRESE & NEILANS,
THE WILDER BLDG
ONE EAST MAIN ST # 150
ROCHESTER, NY 14614

BRADLEY J STEVENS
3300 N CENTRAL AVE
PHOENIX, AZ 85012

THOMAS W STILLEY
1000 SW BROADWAY #1400
PORTLAND, OR 97205

STEVEN C STRONG
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, STE 1400
SALT LAKE CITY, UT 84145-0385

STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
1901 AVENUE OF THE STARS, 12TH FLR
LOS ANGELES, CA 90067

BEVERLY SWEZEY
,

DONALD SWEZEY
,

TANAMERA RESORT CONDOMINIUMS, LLC
,

EVALYN C TAYLOR
,

TECHNOLOGY INVESTMENT PARTNERS, L.L.C.
ATTN: STACEY L. FARMER
40950 WOODWARD AVENUE
SUITE 201
BLOOMFIELD HILLS, MI 48304-5128

KAARAN THOMAS
MCDONALD CARANO WILSON, LLP
2300 WEST SAHARA AVENUE
NO. 10, SUITE 1000
LAS VEGAS, NV 89102

JACK S. TIANO
,

U.S. BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
125 S GRAND AVE
PASADENA, CA 91105

U.S. BANKRUPTCY COURT
,

UNITED STATES DISTRICT COURT

,

PEGGY ANN VALLEY
4843 SOUTH POINT
DISCOVERY BAY, CA 94514

MICHAEL C. VAN
4129 W. CHEYENNE, SUITE A
N. LAS VEGAS, NV 89032

ROY R. VENTURA

,

ROBERT VERCHOTA
C/O JEFFREY A COGAN, ESQ
3990 VEGAS DRIVE
LAS VEGAS, NV 89108

WALLS FAMILY TRUST DTD 12/10/97
C/O JOSEPH P & ELLEN WALLS
2778 BEDFORD WAY
CARSON CITY, NV 89703

WANDA WRIGHT TRUSTEE FOR THE WANDA WRIGHT TRUST 6-14-99
,

JOYCE WATSON
10612 BLACK IRON ROAD
LOUISVILLE, KY 40291

STEVE WATSON
10612 BLACK IRON ROAD
LOUISVILLE, KY 40291

GAIL WILCOX
PO BOX 1051
MINDEN, NV 89423

STEVE WILCOX
PO BOX 1051
MINDEN, NV 89423

WILLIAM E WINFIELD
POB 9100
OXNARD, CA 93031

MARION E. WYNNE
WILKINS, BANKESTER, BILES & WYNNE, P.A.
POST OFFICE BOX 1367
FAIRHOPE, AL 36533-1367

MICHAEL YODER
DIAMOND MCCARTHY, LLP
909 FANNIN, STE 1500
HOUSTON, TX 77010