LEWIS
AND
ROCA
LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

Attorneys for USACM Liquidating Trust

| | |
|---|---|
| | E-Filed on 7/25/07 |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE
COMPANY,

USA CAPITAL REALTY ADVISORS,
LLC,

USA CAPITAL DIVERSIFIED TRUST
DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED
FUND, LLC,

USA SECURITIES, LLC,

                                    Debtors.

Affects:
☒ All Debtors
☐ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under Case No.
BK-S-06-10725 LBR

**STIPULATION CONTINUING
HEARING ON OBJECTION TO
CLAIM 819 OF SPECTRUM
FINANCIAL IN THE AMOUNT OF
$49,581,000; CLAIM 821 OF
ROLLAND P. WEDDELL IN THE
AMOUNT OF $13,081,000**

Date of Hearing: July 27, 2007
Time of Hearing: 9:30 a.m.

New Date of Hearing: October 15, 2007
Time of Hearing: 9:30 a.m.

USACM Liquidating Trust (the "USACM Trust"), as the successor to USA

Commercial Mortgage Company, by and through its counsel, Lewis and Roca LLP, and

Spectrum Financial and Rolland P. Weddell by and through their counsel, Hale Lane Peek

Dennison & Howard hereby stipulate as follows:

1

221521.2

LEWIS AND
ROCA LLP
L A W Y E R S

1.    USA Commercial Mortgage Company filed an objection [DE 2021] to
Claim No. 819 of Spectrum Financial in the amount of $49,581,000 and Claim No. 821 of
Rolland P. Weddell in the amount of $13,081,000.

2.    The matter is set for a continued status hearing on July 27, 2007.

3.    This is a very complex claim with many different issues.  Counsel for the
USACM Liquidating Trust requests additional time to investigate and negotiate with the
Claimants' counsel over investigation and prosecution of the Claims and the objections.

4.    In order to facilitate that negotiation, the parties agree that the hearing on the
objection to Claim No. 819 of Spectrum Financial in the amount of $49,581,000 and
Claim No. 821 of Rolland P. Weddell in the amount of $13,081,000 filed by USA
Commercial Mortgage Company be continued to October 15, 2007 at 9:30 a.m.

DATED:  July 25, 2007.

**LEWIS AND ROCA LLP**

By:  /s/ RC (#6593)
    Susan M. Freeman, AZ 4199 (*pro hac vice*)
    Rob Charles, NV 6593
    John Hinderaker, AZ 18024 (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
*Counsel for USACM Liquidating Trust*

-and-

2

221521.2

LEWIS
and
ROCA
LLP
L A W Y E R S

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**Hale Lane Peek Dennison & Howard**

By: _____
   Matthew J. Kreutzer
   Elissa Cadish
   3930 Howard Hughes Pkwy, 4th Floor
   Las Vegas, NV 89169
   Facsimile (702) 365-6940
   Telephone (702) 222-2500
   *Counsel for Spectrum Financial and Rolland P.*
   *Weddell*

3

221521.2