Adam M. Starr
Greenberg Traurig, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, California  90404
Telephone:  (310) 586-7700
Facsimile:  (310) 586-7800
Email:  starra@gtlaw.com

Attorneys for Mesirow Financial Interim Management, LLC

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                    Debtor.<br>_____<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                    Debtor.<br>_____<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                    Debtor.<br>_____<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                    Debtor.<br>_____<br>In re:<br>USA SECURITIES, LLC,<br>                                    Debtor.<br>_____<br>Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | **Case No. BK-S-06-10725 LBR**<br>**Case No. BK-S-06-10726 LBR**<br>**Case No. BK-S-06-10727 LBR**<br>**Case No. BK-S-06-10728 LBR**<br>**Case No. BK-S-06-10729 LBR**<br><br>**Chapter 11**<br><br>**Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR**<br><br>**STIPULATION AND AGREED ORDER STRIKING OPPOSITION TO APPLICATION FOR ENTRY OF ORDER ALLOWING AND APPROVING COMPENSATION, EXPENSES AND SUCCESS FEE TO MESIROW FINANCIAL INTERIM MANAGEMENT, LLC AND STATUS REPORT REGARDING THE LENDER PROTECTION GROUP'S AMENDED OBJECTION TO SUCH APPLICATION** |

Mesirow Financial Interim Management, LLC ("**MFIM**") and The Lender Protection Group, a group of investors/lenders in USA Commercial Mortgage Company ("**USACM**"), as identified on the Statement of The Law Offices of Alan R. Smith Pursuant to Bankruptcy Rule 2019 filed with this Court on December 6, 2006, and as supplemented thereafter (collectively, the "**LPG**"), hereby respectfully submit this (a) Stipulation and Agreed Order Striking the LPG's Opposition to Application for Entry of Order Allowing and Approving Compensation, Expenses and Success Fee to Mesirow Financial Interim Management, LLC (Docket # 3834) (the "**Stipulation**") and (b) status report regarding the LPG's Amended Opposition to Application for Entry of Order Allowing and Approving Compensation Expenses and Success Fee to Mesirow Financial Interim Management, LLC (Docket # 3843) (the "**Status Report**").  In support of the Stipulation and Status Report, MFIM and LPG respectfully state as follows:

WHEREAS, on April 25, 2007, MFIM, through its attorneys, submitted its Application for Entry of Order (i) Finally Allowing and Approving all Compensation and Expenses Incurred by Mesirow Financial Interim Management, LLC in its Capacity as Debtors' Crisis Managers and Chief Restructuring Officers for the Period April 13, 2006 through March 12, 2007; (ii) Allowing and Approving a Success Fee; (iii) Authorizing Application of the Retainer Against the Allowed Fees and Expenses; and (iv) Authorizing Payment of the Balance Due (the "**Final Fee Application**") (Docket #3552).

WHEREAS, on May 29, 2007, LPG filed its original Opposition to Application for Entry of Order Allowing and Approving Compensation, Expenses and Success Fee to Mesirow Financial Interim Management, LLC (the "**Original Opposition**") (Docket #3834).

WHEREAS, on May 30, 2007, LPG amended its Original Opposition by filing its Amended Opposition to Application for Entry of Order Allowing and Approving Compensation, Expenses and Success Fee to Mesirow Financial Interim Management, LLC (the "**Amended Opposition**")

2

(Docket #3843).

WHEREAS, on June 6, 2007, MFIM, through its attorneys, submitted a supplement to the Final Fee Application that, among other things, withdrew MFIM's request for a success fee and set forth an agreement reached with the various committees appointed in these cases whereby MFIM agreed to reduce its fee request by an additional 8% (the "**Supplement**") (Docket #3902).

WHEREAS, on June 11, 2007, MFIM filed its Omnibus Reply to Objections to Final Fee Application and Motion to Strike Original Opposition to Final Fee Application Pursuant to Fed. R. Civ. P. 12(F) (the "**Omnibus Reply**") (Docket #3951).

WHEREAS, subsequent to the filing of the Supplement and the Omnibus Reply, LPG's attorneys contacted MFIM's attorneys indicating that based upon the Supplement, LPG did not intend to pursue its Amended Opposition and had no objection to having the Original Opposition stricken from the docket. LPG had intended the Amended Opposition to replace the Original Opposition.

WHEREAS, LPG will not appear at the August 7, 2007 hearing on the Final Fee Application and related Supplement to prosecute its Amended Opposition or to oppose the Omnibus Reply's request to strike the Original Opposition. Further, LPG does not intend to oppose the Final Fee Application as modified by the Supplement.

THEREFORE, BASED UPON THE FOREGOING, IT IS HEREBY STIPULATED, AGREED AND ORDERED THAT the Original Opposition is hereby stricken and the Clerk of the Court is directed to remove the Original Opposition (Docket #3834) from the docket in the above-referenced Chapter 11 cases.

| | |
|---|---|
| 1 | STIPULATED AND AGREED: |

**GREENBERG TRAURIG, LLP**         **LAW OFFICES OF ALAN R. SMITH**

/s/ Adam M. Starr                            /s/ Kevin A. Darby  
Adam M. Starr                                 Alan R. Smith  
Greenberg Traurig, LLP                Kevin A. Darby  
2450 Colorado Avenue, Suite 400E     Law Offices of Alan R. Smith  
Santa Monica, California 90404        505 Ridge Rd.  
Telephone: (310) 586-7700            Reno, NV 89501  
Facsimile: (310) 586-7800             Telephone: (775) 786-4579  
Email: starra@gtlaw.com              Facsimile: (775) 786-3066  
                                                      Email: mail@asmithlaw.com  

/s/ Ronald D. Green                      Counsel to Lenders Protection Group  
Ronald D. Green  
Greenberg Traurig, LLP  
3773 Howard Hughes Parkway  
Suite 500 North  
Las Vegas, Nevada 89169  
Telephone: (702) 792-3773  
Facsimile: (702) 792-9002  
Email: greenr@gtlaw.com  

/s/ Nancy A. Peterman  
Matthew T. Gensburg  
Nancy A. Peterman  
Sherri Morissette  
Greenberg Traurig, LLP  
77 West Wacker Drive, Suite 2500  
Chicago, Illinois 60601  
Telephone: (312) 456-8400  
Facsimile: (312) 456-8435  
Email: gensburgm@gtlaw.com  
       petermann@gtlaw.com  
       morissettes@gtlaw.com  

Counsel to Mesirow Financial  
Interim Management, LLC