E-Filed on July 25, 2007

Robert J. Moore
Tyson M. Lomazow
MILBANK, TWEED, HADLEY & McCOY, LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone No.: (212) 530-5367
Facsimile No.: (212) 822-5367

Peter C. Bernhard (Nevada Bar No. 0734)
Georganne W. Bradley (Nevada Bar No. 1105)
BULLIVANT HOUSER BAILEY PC
3883 Howard Hughes Pkwy., Ste. 550
Las Vegas, NV 89169
Telephone No.: (702) 669-3600
Facsimile No.: (702) 650-2995
E-Mail: peter.bernhard@bullivant.com

**Counsel for Compass Financial Partners LLC
and Compass USA SPE, LLC**

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER SHORTENING TIME TO CONSIDER MOTION OF COMPASS FINANCIAL PARTNERS LLC FOR ORDER PURSUANT TO 11 U.S.C. § 105 COMPELLING COMPLIANCE WITH JUNE 20, 2007 RULING OF THE BANKRUPTCY COURT** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date: July 27, 2007<br>Time: 1:30 p.m. |

– 1 –

PLEASE TAKE NOTICE that an Order Shortening Time to Consider Motion of Compass Financial Partners LLC for Order Pursuant to 11 U.S.C. § 105 Compelling Compliance With June 20, 2007 Ruling of the Bankruptcy Court (the "Order") was entered on the Court's docket on July 25, 2007. A copy of the Order is attached hereto.

Dated this 25th day of July 2007.

MILBANK, TWEED, HADLEY & MCCLOY LLP
-and-
BULLIVANT HOUSER BAILEY PC

By: */s/ Georganne W. Bradley*
Georganne W. Bradley
3883 Howard Hughes Pkwy., Ste. 550
Las Vegas, NV 89169

*Attorneys for Compass Financial Partners LLC and Compass USA SPE LLC*



**Entered on Docket
July 25, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

Robert J. Moore
Tyson M. Lomazow
MILBANK, TWEED, HADLEY & McCLOY, LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone No.: (212) 530-5367
Facsimile No.: (212) 822-5367

Counsel for Compass Financial Partners LLC and
Compass USA SPE LLC

Peter C. Bernhard (Nevada Bar No. 0734)
Georganne W. Bradley (Nevada Bar No. 1105)
BULLIVANT HOUSER BAILEY PC
3980 Howard Hughes Pkwy., Ste. 550
Las Vegas, NV 89169
Telephone No.: (702) 669-3600
Facsimile No.: (702) 650-2995
E-Mail: peter.bernhard@bullivant.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **ORDER SHORTENING TIME TO CONSIDER MOTION OF COMPASS FINANCIAL PARTNERS LLC FOR ORDER PURSUANT TO 11 U.S.C. § 105 COMPELLING COMPLIANCE WITH JUNE 20, 2007 RULING OF THE BANKRUPTCY COURT** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date: July 27, 2007<br>Time: 1:30 p.m. |

LA1:#6356784

TO:   ALL PARTIES IN INTEREST

PLEASE TAKE NOTICE that upon the Ex Parte Motion For Order Shortening Time to Consider Motion of Compass Financial Partners LLC Pursuant to 11 U.S.C. § 105 Compelling Compliance With June 20, 2007 Ruling of the Bankruptcy Court (the "Motion"), and good cause appearing, the Court finds that there is a situation which justifies shortening the time for hearing, and it is

ORDERED that the hearing on the Motion will be heard before Judge Linda Riegle of the United States Bankruptcy Court for the District of Nevada in the Foley Federal Building, Bankruptcy, 300 Las Vegas Blvd. South, Courtroom 1, Las Vegas, NV on ___July 27___, 2007 at the hour of __1:30__ p .m.; and it is further

ORDERED that the attorneys for Compass Financial Partners LLC ("Compass") will provide notice of the Motion and hearing date as required.

For a copy of the filed motion you may contact Compass' attorney, Georganne Bradley, Esq. of Bullivant, Houser & Bailey P.C. at (702) 669-3600, or you may obtain a copy from the Bankruptcy Court online through Pacer at www.nyb.uscourts.gov.

Submitted by:

MILBANK, TWEED, HADLEY & MCCLOY LLP
-and-
BULLIVANT HOUSER BAILEY, PC

*[signature]*
Georganne W. Bradley
3883 Howard Hughes Pkwy., Ste. 550
Las Vegas, Nevada 89169

*Attorneys for Compass USA SPE LLC and*
*Compass Financial Partners LLC*

LA1:#6356784