Electronically filed July 25, 2007

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA  95814-4497
Telephone:  (916) 447-9200
Facsimile:  (916) 329-4900
Email:    malevinson@orrick.com;
            jhermann@orrick.com

Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHARTERED
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone:  (702) 385-3373
Facsimile:  (702) 385-5024
Email:    bolson@beckleylaw.com;
            aloraditch@beckleylaw.com

*Attorneys for Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　　　　　　　　　　　　Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　　　　　　　　　　　Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>　　　　　　　　　　　　　　Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　　　　　　　　　　　　Debtor. | **REPLY TO RESPONSE TO OMNIBUS OBJECTION OF POST-EFFECTIVE DATE USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, TO CLAIMS FILED BY DONALD AND BEVERLY SWEZEY** |
| In re:<br>USA SECURITIES, LLC,<br>　　　　　　　　　　　　　　Debtor. | **2001 TRUST, ET. AL.; DECLARATION OF ANNE M. LORADITCH** |
| Affects:<br>　☐　All Debtors<br>　☐　USA Commercial Mortgage Company<br>　☐　USA Securities, LLC<br>　☐　USA Capital Realty Advisors, LLC<br>　☒　USA Capital Diversified Trust Deed Fund, LLC<br>　☐　USA First Trust Deed Fund, LLC | Hearing Date:　　　July 27, 2007<br>Hearing Time:　　　9:30 a.m.<br><br>Courtroom:　　　　　1 |

Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC ("Diversified"), by

and through its counsel noted above, hereby submits its Reply to the Response to Omnibus

Objection of Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC To Claims

filed by Donald and Beverly Swezey 2001 Trust, et. al. (the "Response") filed in the form of

correspondence to the Court by Donald and Beverly Swezey as trustees of the Donald Swezey and Beverly W. Swezey 2001 Trust dated 2/20/01 (hereinafter, jointly referred to as the "Swezeys").

For its Reply, Diversified states that the concerns expressed in the Response have been resolved through discussions between counsel for Diversified and Beverly Swezey shortly after the Response was filed with the Court.  Subsequent to receiving notice of the Response, counsel for Diversified spoke to Beverly Swezey to confirm the Swezeys' equity interest in Diversified, which interest was valued at $48,047.32 as of April 13, 2006.  Upon learning that Diversified has no objection to the Swezeys' equity interest in Diversified but merely their late-filed claim asserted on the basis of their equity interest, the Swezeys agreed with Diversified's position that their creditor claim should be disallowed.

Accordingly, Diversified respectfully requests that the Court sustain the Omnibus Objection of Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC To Claims filed by Donald and Beverly Swezey 2001 Trust, et. al., and disallow Proof of Claim no. 145 in its entirety.

DATED this 25th day of July 2007.

**BECKLEY SINGLETON, CHTD.**

By:____/s/ Anne M. Loraditch_____
    Bob L. Olson (Nevada Bar No. 3783)
    Anne M. Loraditch (Nevada Bar No. 8164)
    530 Las Vegas Boulevard South
    Las Vegas, Nevada 89101

and

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
400 Capitol Mall, Suite 3000
Sacramento, California  95814-4497

*Attorneys for Post-Effective Date USA Capital*
*Diversified Trust Deed Fund, LLC*

1

## DECLARATION OF ANNE M. LORADITCH

2      I, Anne M. Loraditch, declare under penalty of perjury that I am competent to make this

3  declaration under the laws of the United States of America and the State of Nevada; that I have

4  read the above *Reply to Response to Omnibus Objection of Post-Effective Date USA Capital*

5  *Diversified Trust Deed Fund, LLC To Claims filed by Donald and Beverly Swezey 2001 Trust,*

6  *et. al.* and that the facts stated therein are true and correct to the best of my knowledge and

7  belief.

8      DATED this 25th day of July 2007.

9                                               /s/ Anne M. Loraditch
10                                          ANNE M. LORADITCH

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28