Electronically filed July 25, 2007

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA  95814-4497
Telephone:  (916) 447-9200
Facsimile:  (916) 329-4900
Email:    malevinson@orrick.com;
          jhermann@orrick.com

Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHARTERED
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone:  (702) 385-3373
Facsimile:  (702) 385-5024
Email:    bolson@beckleylaw.com;
          aloraditch@beckleylaw.com

*Attorneys for Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                              Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                              Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                              Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                              Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>                                                              Debtor.<br>Affects:<br>☐  All Debtors<br>☐  USA Commercial Mortgage Company<br>☐  USA Securities, LLC<br>☐  USA Capital Realty Advisors, LLC<br>☒  USA Capital Diversified Trust Deed Fund, LLC<br>☐  USA First Trust Deed Fund, LLC | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR<br><br>**REPLY TO RESPONSE TO OMNIBUS OBJECTION OF POST-EFFECTIVE DATE USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, TO PROOFS OF INTEREST**<br><br>Hearing Date:     July 27, 2007<br>Hearing Time:     9:30 a.m.<br><br>Courtroom:          1 |

Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC ("Diversified"), by and through its counsel noted above, hereby submits its Reply to the Response to Omnibus Objection of Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC To Proofs of Interest (the "Response") filed by Margaret B. McGimsey, Bruce McGimsey, Sharon

McGimsey, Jerry McGimsey and Johnny Clark (hereinafter, jointly referred to as the "McGimseys").

For its Reply, Diversified states that the Omnibus Objection of Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC To Proofs of Interest (the "Objection") filed by Diversified, which included objections to several Proofs of Interest filed by the McGimseys, shifted the burden of ultimate persuasion as to the validity and amount of the McGimseys' respective equity interests in Diversified *to the McGimseys*. *In re Consolidated Pioneer Mortg.*, 178 B.R. 222, 226-227 (B.A.P. 9th Cir. 1995), *aff'd*, 91 F.3d 151 (9th Cir. 1996) (quoting *In re Allegheny International, Inc.*, 954 F.2d 167, 173-74 (3d Cir. 1992)). The Response, consisting of three sentences, fails to satisfy the McGimseys' burden. The Response offers no evidence to satisfy the McGimseys' burden of persuading the Court why Diversified's books and records are incorrect – other than to attach the single-page Proofs of Interest already filed in the case. *See id.*, at 227 (holding that because the proof of claim did not allege sufficient facts to support the claim, the proof of claim was disallowed)

Further, the Response offers nothing to controvert the Objection on the point that several of the McGimseys' proofs of interest were filed in duplicate. Diversified reiterates that holders of equity interests should not be allowed multiple recoveries for the identical interests. 11 U.S.C. § 502(b)(1); *see Fine Organics Corp. v. Hexcel Corp. (In re Hexcel Corp.)*, 174 B.R. 807, 811 (Bankr. N.D. Cal. 1994) (noting the bankruptcy policy "intended to protect the limited assets of the estate from duplicative claims"); *In re Finley, Kumble, Wagner, Heine, Underberg, Manley, Myerson & Casey*, 160 B.R. 882, 894 (Bankr. S.D.N.Y. 1993) ("to allow one creditor to assert two dollars in claims for every one dollar of loss from the same debtor violates principles of ratable distribution and offends notions of uniform treatment for creditors") (quotations omitted).

///

///

///

///

Accordingly, Diversified respectfully requests that the Court sustain the Objection and grant Diversified the relief requested in the Objection as to such interests.

DATED this 25th day of July 2007.

**BECKLEY SINGLETON, CHTD.**

By: /s/ Anne M. Loraditch
Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101

and

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
400 Capitol Mall, Suite 3000
Sacramento, California  95814-4497

*Attorneys for Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC*