

Entered on Docket
July 26, 2007

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

George F. Ogilvie III, Esq. (#3552)
Ryan J. Works, Esq. (#9224)
McDONALD CARANO WILSON, LLP
2300 West Sahara Avenue
No. 10, Suite 1000
La Vegas, Nevada 89102
Tel. No.: 702.873.4100
Fax No.: 702.873.9966
rworks@mcdonaldcarano.com

*Attorneys for Eugene Buckley*

**Electronically Filed on July 26, 2007**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND LLC,<br><br>USA SECURITIES, LLC,<br><br>    Debtors.<br><br>Affects:<br>☒ All Debtors<br>: USA Commercial Mortgage Company<br>: USA Capital Realty Advisors, LLC<br>: USA Capital Diversified Trust Deed Fund, LLC<br>: USA Capital First Trust Deed Fund, LLC<br>: USA Securities, LLC | Case No.  BK-S-06-10725-LBR<br>Case No.  BK-S-06-10726-LBR<br>Case No.  BK-S-06-10727-LBR<br>Case No.  BK-S-06-10728-LBR<br>Case No.  BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No.: BK-S-06-10725-LBR<br><br>**STIPULATION AND ORDER RESOLVING DISCOVERY DISPUTES BETWEEN LIQUIDATING TRUST AND EUGENE BUCKLEY** |

::ODMA\PCDOCS\LVDOCS\135568\1

The USACM Liquidating Trust (the "Trust") and Eugene Buckley ("Buckley") hereby file this Stipulation and Order resolving all discovery disputes between them including disputes regarding: (1) Buckley's Motion to Quash; (2) disputes regarding the Trust's subpoena served (the "Trust's Subpoena"); and (3) the number of times Buckley will be examined pursuant to Rule 2004.

1.  In order to assist Buckley in determining what to focus on within the subpoena, and without limiting the scope of the Trust's Subpoena, the Trust has identified certain entities, individuals and events upon which the Trust seeks information from Buckley pursuant to the Trust's Subpoena.

2.  In responding to the Trust's Subpoena, Buckley agrees to provide information and copies of documents (to the extent the documents are within his custody and control) on or before August 8, 2007.

3.  The Trust agrees to coordinate the examination of Buckley as part of any examination planned by the Chapter 11 Trustee of USA Investment Partners, LLC ("USAIP"). As a result, there will be only one Rule 2004 examination of Buckley for purposes of the above-captioned matter and *In re USA Investment Partners, LLC*, Case No. BK-S-07-11821-LBR, in the United States Bankruptcy Court for the District of Nevada.

4.  Buckley will appear for one Rule 2004 examination upon reasonable notice (which shall be not less than ten days), at the offices of McDonald Carano Wilson LLP, 2300 West Sahara Avenue, Suite 1000, Las Vegas, Nevada 89102.

5.  The Trust agrees that Buckley's compliance with this stipulation shall fully satisfy any Rule 2004 request for information from Buckley.

6.  Buckley's Motion to Quash is hereby WITHDRAWN, without prejudice.

::ODMA\PCDOCS\LVDOCS\135568\1         2

7. Accordingly, the July 27, 2007 hearing of this matter is VACATED.

Dated this 26th day of July, 2007.

| MCDONALD CARANO WILSON, LLP | DIAMOND McCARTHY LLP |
|---|---|
| *(signature)* | *(signature)* |
| George F. Ogilvie III, Esq. (#3552)<br>Ryan J. Works, Esq. (#9224)<br>2300 West Sahara Avenue, Suite 1000<br>Las Vegas, Nevada 89102<br>*Attorneys for Eugene Buckley* | Eric D. Madden, Esq.<br>(TX Bar #24013079)<br>1204 Elm Street, 34th Floor<br>Dallas, Texas 75270<br>*Attorneys for USACM Liquidating Trust* |

###