Anthony A. Zmaila, Esq. (NV Bar No. 2319)
Email: azmaila@nevadafirm.com
SANTORO, DRIGGS, WALCH,
KEARNEY, HOLLEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308
Facsimile:    702/791-1912

E-filed on: 7-26-07

*Attorney for Claimant, SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON and Former Counsel for USA Capital Diversified Trust Deed Fund*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re: USA COMMERCIAL MORTGAGE COMPANY, Debtor. | |
|---|---|
| In re: USA CAPITAL REALTY ADVISORS, LLC, Debtor. | Case No. 06-10725-LBR |
| In re: USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor. | Case No. 06-10726-LBR<br>Case No. 06-10727-LBR<br>Case No. 06-10728-LBR<br>Case No. 06-10729-LBR |
| In re: USA CAPITAL FIRST TRUST DEED FUND, LLC, Debtor. | Chapter 11 |
| In re: USA SECURITIES, LLC, Debtor. | Jointly Administered Under Case No. 06-10725-LBR |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

## EX PARTE MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND REQUEST FOR DISCONTINUATION OF NOTICE AND SPECIAL NOTICE AND CERTIFICATE OF SERVICE

ANTHONY A. ZMAILA, ESQ., of the law firm SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON ("Santoro Driggs"), brings this Ex Parte Motion to Remove Counsel from CM/ECF Service List and Request for Discontinuation of Notice and Special Notice.

03363-02/179400

The Santoro Firm represented USA Commercial Mortgage Corp. in litigation pending in the United States District Court for the District of Nevada captioned <u>American Communities, LLC, et al vs. USA Commercial Mortgage Company, et al.</u>, No. CV-S-01-0355-KJD-LRL. The Santoro Firm resigned from representation. It is not necessary that Mr. Zmaila receive CM/ECF notice.

The Santoro Firm represented USA Capital Diversified Trust Deed Fund, LLC et al, in litigation pending in the District Court, Clark County, Nevada captioned <u>Prospect High Income Fund, et al v. USA Capital Diversified Trust Deed Fund, LLC</u>, No. A453232. The action was the subject of a claims objection filed in the USA Commercial Mortgage Corp. bankruptcy case, No. BK-S-06-10725-LBR. Dkt. 1325. The Santoro Firm resigned from representation. It is not necessary that Mr. Zmaila receive CM/ECF notice.

On November 8, 2006, Santoro Driggs filed Proof of Claim No. 80 in Case No. BK-S-06-10728-LBR. Santoro Driggs designated Mr. Zmaila to receive notice of these proceedings. On February 8, 2007, Santoro Driggs filed a Notice of Withdrawal of Proof of Claim and Certificate of Service. Dkt. No. 2734. It is no longer necessary that Mr. Zmaila receive CM/ECF notice.

Therefore, Mr. Zmaila requests to be removed from the CM/ECF service list.

PLEASE TAKE NOTICE that Mr. Zmaila:

1. Requests discontinuation of notice in these proceedings, and

03363-02/179400

2

2. Requests to be removed from the mailing matrix on all service lists in these proceedings and related adversary proceedings.

Dated this  25  day of July, 2007.

SANTORO, DRIGGS, WALCH,
KEARNEY, HOLLEY & THOMPSON

Anthony A. Zmaila, Esq. (NV Bar No. 2319)
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: 702/791-0308
Facsimile: 702/791-1912

*Attorney for Claimant, SANTORO, DRIGGS, WALCH, KEARNEY, HOLLEY & THOMPSON and Former Counsel for USA Capital Diversified Trust Deed Fund*

03363-02/179400

3

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Santoro, Driggs, Walch, Kearney, Holley & Thompson, and that on the 26th day of July, 2007, I caused to be served a true and correct copy of EX PARTE MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND REQUEST FOR DISCONTINUATION OF NOTICE AND SPECIAL NOTICE in the following manner:

☒ (ELECTRONIC SERVICE) Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐ (FACSIMILE) That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

/s/ Pat Hutstatt
An employee of Santoro, Driggs, Walch, Kearney, Holley & Thompson

03363-02/179400

4