GORDON & SILVER, LTD.
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: gmg@gordonsilver.com
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: geg@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for the Official Committee
of Holders of Executory Contract Rights through
USA Commercial Mortgage Company

E-Filed On 7/27/07

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor. | **CERTIFICATE OF SERVICE OF NOTICE OF ENTRY OF ORDER APPROVING FINAL FEE APPLICATION OF GORDON & SILVER, LTD., SEEKING COMPENSATION FOR LEGAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br><br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date: June 22, 2007<br>Time: 9:30 a.m. |

100933-001/493483.doc

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89169
(702) 796-5555

1. I served the foregoing document by the following means to the persons as listed below:

☒ a. On July 24, 2007 via ECF System to the persons listed on the attached ECF confirmation sheet.

☒ b. On July 27, 2007 via United States Mail, postage fully prepaid to the persons listed on the attached mailing matrix.

☒ c. On July 24, 2007 by direct email to: Stan Wolken at bayareastan@yahoo.com

I declare under penalty of perjury that these facts are true to the best of my knowledge and belief.

DATED this 27th day of July, 2007.

*Emma Tonkovich*
Emma Tonkovich, an employee of
Gordon & Silver, Ltd.

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89169
(702) 796-5555

100933-001/493483.doc

## File a Notice:

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from GARMAN, GREGORY E entered on 7/24/2007 at 9:58 AM PDT and filed on 7/24/2007
**Case Name:**     USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**     06-10725-lbr
**Document Number:** 4202

**Docket Text:**
Notice of Entry of Order Filed by GREGORY E GARMAN on behalf of OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO (Related document(s)[4198] Order on Application for Compensation,,, ) (GARMAN, GREGORY)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\etonkovich\Desktop\NOE of Order Approving Final Fee App of G&S.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=7/24/2007] [FileNumber=8380847-0]
[a67c26c8e7c42d241fdb53f1f80f343416fc58dd616fe2da03c5cf35af0206df79f2
601b175522e0dc7c2d2a3014944d4f1bb571ffbea03c665b5551af8a74ee]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS     mabrams@mabramslaw.com

FRANKLIN C. ADAMS     franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF     nallf@parsonsbehle.com, klawrence@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON     anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH     oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M. ATENCIO     ATENCIOK@GTLAW.COM

PETER C. BERNHARD     peter.bernhard@bullivant.com, michelle.diegel@bullivant.com

BMC GROUP, INC.     evrato@bmcgroup.com,

ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com;mjohn@bmcgroup.com

GEORGANNE W. BRADLEY    georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA    lbubala@jonesvargas.com, tbw@jonesvargas.com;aanthony@jonesvargas.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com;jrammos@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com

JANET L. CHUBB    tbw@jonesvargas.com

EDWARD S. COLEMAN    mail@coleman4law.com

WILLIAM D COPE    cope_guerra@yahoo.com

LAUREL E. DAVIS    ldavis@fclaw.com, mhurtado@fclaw.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com

J CRAIG DEMETRAS    JCD@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras-oneill.com

RICHARD I. DREITZER    rdreitzer@yahoo.com

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

ARLEY D FINLEY    TFINLEY@DIAMONDMCCARTHY.COM

SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

DOUGLAS D. GERRARD    DGERRARD@GERRARD-COX.COM, ekaymedellin@gerrard-cox.com

WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ     carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov

GERALD M GORDON     bankruptcynotices@gordonsilver.com

R. VAUGHN GOURLEY     vgourley@lvcm.com

TALITHA B. GRAY     bankruptcynotices@gordonsilver.com

JAMES D. GREENE     bknotice@bhfs.com

MARJORIE A. GUYMON     bankruptcy@goldguylaw.com, ddias@goldguylaw.com

PETER W. GUYON     pguyon@yahoo.com

JEFFREY R. HALL     jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com

XANNA R. HARDMAN     xanna.hardman@gmail.com

STEPHEN R HARRIS     noticesbh&p@renolaw.biz

JEFFREY L HARTMAN     notices@bankruptcyreno.com, dle@bankruptcyreno.com

BRIGID M. HIGGINS     bankruptcynotices@gordonsilver.com

RICHARD F. HOLLEY     rholley@nevadafirm.com, paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com

RANDOLPH L. HOWARD     rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

DAVID W. HUSTON     dwh@hustonlaw.net, swaits@hustonlaw.net

JASON A. IMES     bkfilings@s-mlaw.com

CHRISTOPHER D JAIME     cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES     ejameslv@embarqmail.com, kbchrislaw@aol.com

ANNETTE W JARVIS     ajarvis@rqn.com

ERIN E. JONES     ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com

TY E. KEHOE     TyKehoeLaw@aol.com

ROBERT R. KINAS     rkinas@swlaw.com, jmcbee@swlaw.com;jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring

DEAN T. KIRBY     dkirby@kirbymac.com, jhebert@kirbymac.com;lackerman@kirbymac.com

ZACHARIAH LARSON    ecf@lslawnv.com

JOHN J. LAXAGUE    jlaxague@caneclark.com

GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net

TYSON M. LOMAZOW    tlomazow@milbank.com

ANNE M. LORADITCH    ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com

ERIC D MADDEN    emadden@diamondmccarthy.com, jsickels@diamondmccarthy.com

PATRICIA A. MARR    lvlaw03@yahoo.com

JAMES C. MCCARROLL    , dturetsky@reedsmith.com;aleonard@reedsmith.com

REGINA M. MCCONNELL    rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;ltreadway@sheacarlyon.com;mleavitt@sheacarlyon.com

DAVID MINCIN    mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

JOHN F MURTHA    jmurtha@woodburnandwedge.com

ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com;erin@rlbolick.com

VICTORIA L NELSON    bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.co

BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN    ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

CHRISTINE M PAJAK    cpajak@stutman.com, ekarasik@stutman.com

ANDREW M. PARLEN    aparlen@stutman.com

DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY    info@johnpeterlee.com

THOMAS RICE    trice@coxsmith.com, ggattis@coxsmith.com

GORDON C. RICHARDS    gcrclarkandrichards@earthlink.net, sebclarkandrichards@earthlink.net

CHRISTINE A ROBERTS    bankruptcy@rocgd.com

STACY M. ROCHELEAU    stacy@arlawgroup.com, wendy@arlawgroup.com

SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

BRIAN D. SHAPIRO    ecf@brianshapirolaw.com, tiffany@brianshapirolaw.com;brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com

JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;jshea@sheacarlyon.com

SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;mleavitt@

AMBRISH S. SIDHU    ecfnotices@sidhulawfirm.com

JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

ALAN R SMITH    mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com

ADAM M. STARR    starra@gtlaw.com

DAVID A. STEPHENS    dstephens@lvcm.com

PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

ERIC W. SWANIS    mclachlanp@gtlaw.com, LengemannC@gtlaw.com

JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com

KAARAN E. THOMAS    kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

ROLLIN G. THORLEY    rollin.g.thorley@irscounsel.treas.gov

AMY N. TIRRE    , lmccarron@kkbrf.com

AMY N. TIRRE    atirre@kkbrf.com, lmccarron@kkbrf.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

ERIC VAN    bankruptcynotices@gordonsilver.com

GREGORY J. WALCH    GWalch@Nevadafirm.com

RUSSELL S. WALKER    rwalker@wklawpc.com, eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com;rrazo@wklawpc.com;tgrover

WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

GREGORY L. WILDE    bk@wildelaw.com

RYAN J. WORKS    rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com;dsampson@mcdonaldcarano.com;aguenther@mcdonaldcarano.com;hve

WILLIAM J. WRAY    rh@oreillylawgroup.com, rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

ANTHONY A. ZMAILA    azmaila@nevadafirm.com, bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

**06-10725-lbr Notice will not be electronically mailed to:**

CELSO ACOSTA
,

ANTHONY G. ADAMS
,

THOMAS J. ALLISON
,

ANDREW K ALPER
6500 WILSHIRE BLVD 17TH FLR
LOS ANGELES, CA 90048

ALVAREZ & MARSAL, LLC
,

ARNOLD R. ALVES
9904 VILLA GRANITO LANE
GRANITE BAY, CA 95746

AMERICAN EXPRESS BANK FSB
PO BOX 3001
MALVERN, PA 19355-0701

| | | |
|---|---|---|
| USA COMMERCIAL MORTGAGE COMPANY FKA USA CAPITAL THOMAS J. ALLISON 4484 SOUTH PECOS ROAD LAS VEGAS, NV 89121 | BRADLEY J. STEVENS, ESQ. JENNINGS STROUSS & SALMAN FOR: LOU O. MALDONADO 201 EAST WASHINGTON STREET PHOENIX, AZ 85004-2385 | MARC A. LEVINSON, ESQ. LYNN TRINK ERNCE ORRICK, HERRINGTON & SUTCLIFFE 400 CAPITAL MALL, #3000 SACRAMENTO, CA 95814 |
| NICHOLAS J. SANTORO 400 SOUTH FOURTH STREET, 3RD FLOOR LAS VEGAS, NV 89101 | WILLIAM E. WINFIELD, ESQ. NORDMAN CORMANY ET AL FOR: ANDREW WELCHER 1000 TOWN CENTER DRIVE 6TH FL OXNARD, CA 93031-9100 | JAMES F. LISOWSKI, SR. SHELLIE A. FLETT 1771 E. FLAMINGO RD., #115-B LAS VEGAS, NV 89119 |
| PETER BOLINO 17412 SERENE DRIVE MORGAN HILL, CA 95037 | SEAN NAJARIAN, ESQ. THE NAJARIAN LAW FIRM PO BOX 2668 TOLUCA LAKE, CA 91610 | RICHARD MASON, ESQ. PATRICIA K. SMOOTS, ESQ. MICHAEL M. SCHMAHL MCGUIRE WOODS, LLP 77 W. WACKER DR., #4100 CHICAGO, ILL 60601 |
| DON TOMLIN C/O DAVID W. MOUNIER 1536 SKY HIGH RD ESCONDIDO, CA 92025 | MARYETTA BOWMAN 534 ENCHATED LAKES DRIVE HENDERSON, NV 89052 | EDWARD W. HOMFELD HOMFELD II, LLC 777 SO. FEDERAL HGHWY, #N-409 POMPANO BEACH, FL 33062 |
| RJ ROCCO 12617 COTTAGEVILLE LANE KELLER, TX 76248 | MARGIE GANDOLFO 1724 ARROW WOOD DRIVE RENO, NV 89521 | DERRICK A. SPATORICO PHETERSON, STEN, ET AL THE WILDER BLDG ONE EAST MAIN ST., #150 ROCHESTER, NY 14614 |
| JANNY CATHARINA BROUWER 2533 KINNARD AVENUE HENDERSON, NV 89074 | MICHAEL R. SHULER C/O JAY R. EATON EATON & O'LEARY, PLLC 115 GROVE AVENUE PRESCOTT, AZ 86301 | KERMIT KRUSE 2710 ALBANY AVENUE DAVIS, CA 95616 |
| MARTIN B. WEISS, ESQ. THE GARRETT GROUP, LLC ONE BETTERWORLD CIRCLE SUITE 300 TEMECULA, CA 92590 | ATTILA JEFZENSZKY 1720 COLAVITA WAY RENO, NV 89521 | PAUL A. & DONNA JACQUES 810 SE 7TH STREET, STE. A-103 DEERFIELD BEACH, FL 33441 |
| RUSSELL JAMES ZUARDO 1296 HIGH FOREST AVENUE LAS VEGAS, NV 89123 | JOSHYA D. BRYSK, ESQ. LAW OFFICE /JAMES G. SCHWARTZ FOR: ROLOFF, OHMS, PARTCH ET AL 7901 STONERIDGE DR., SUITE 401 PLEASANTON, CA 94588 | GILBER B. WEISMAN, ESQ. BECKET AND LEE LLP FOR: AMERICAN EXPRESS BANK FSB P.O. BOX 3001 MALVERN, PA 19355-0701 |
| SCOTT K. CANEPA, ESQ. CANEPA, RIEDY & RUBINO 851 S. RAMPART BLVD., #160 LAS VEGAS, NV 89108 | JED A. HART ANGELO, GORDON & CO. 245 PARK AVE., 26TH FL NEW YORK, NY 10167 | BAY COMMUNITIES C/O CHRIS MCKINNEY 4800 N. FEDERAL HGHWY, #a205 BOCA RATON, FL 33431 |

HOWARD CONNELL
1001 JENNIS SILVER STREET
LAS VEGAS, NV 89145

KUMMER, KAEMPFER, ETAL
FOR: INTERSHOW
3800 HOWARD HUGHES PKWY, 7TH
LAS VEGAS, NV 89109

EVAN BEAVERS, ESQ.
1625 HIGHWAY 88, #304
MINDEN, NV 89423

VINCE DANELIAN
P. O. BOX 97782
LAS VEGAS, NV 89193

ANDREW DAUSCHER
ELLEN DAUSCHER
P. O. BOX 10031
ZEPHYR COVE, NV 89448

JOSEPH HUGGINS
HUGGINS & ASSOCIATES
1000 N. GREEN VALLEY PKWY, #440-2
HENDERSON, NV 89014

KEHL FAMILY
C/O MR. KEN BONNET
3184 HIGHWAY 22
P. O. BOX 720
RIVERSIDE, IA 52327

ROBERT A. COWMAN
SANDRA L. COWMAN
1525 WINTERWOOD AVE.
SPARKS, NV 89114

MOHAVE CANYON, INC.
ATTN; J.B. PARTAIN, PRES.
1400 COLORADO ST., #C
BOULDER CITY, NV 89005

JERROLD T. MARTN
8423 PACO ROBLES
NORTHRIDGE, CA 91325

FTI CONSULTING, INC.
ATTN: MICHAEL A. TUCKER
ONE RENAISSANCE SQUARE
TWO NO. CENTRAL AVENUE
PHOENIX, AZ 85004

JAMES HULL
C/O SIGNATURE FINANCIAL
2601 AIRPORT DRIVE
TORRANCE, CA 90505

BRECK MILDE, ESQ
60 SO. MARKET ST., #200
SAN JOSE, CA 95113

STEVEN R. ORR
RICHARDS, WATSON & GERSHON
FOR: CITY OF TEMECULA
355 S. GRAND AVE., 40TH FL.
LOS ANGELES, CA 90071-3101

DANIEL D. WHITE, ESQ.
FOR: GATEWAY STONE
26 CORPORATE PLAZA DR. #260
NEWPORT BEACH, CA 92660

GAY A. SHEERIN, ESQ.
177 W. PROCTOR ST., #13
CARSON CITY, NV 89703

MR. ALLEN J. MAULT
2422 AQUASANTA
TUSTON, CA 92782

DR. DAVID R. ENRICO
DR. BONNY K. ENRICO
2072 ALMYRA RD.
SPARTA, TN 38583

MARION E. WYNNE, ESQ.
WILKINS, BANKESTER, BILES ET AL
FOR: SHARON JUNO
P.O. BOX 1367
FAIRHOPE, AL 36533-1367

ALVAREZ & MARSAL
ATTN: MATTHEW E. KVARDA
633 WEST FIFTH ST., #2560
LOS ANGELES, CA 90071

TIM RICH
GEORGE GORMAN, R. HAGMAIER
C/O FINANCIAL WEST GROUP
4510 E. THOUSAND OAKS BLVD.
THOUSAND OAKS, CA 91362

MICHAEL D. WARNER
DAVID T. COHEN
ALEXANDRA P. OLENCZUK
WARNER STEVENS, LLP
301 COMMERCE ST., #1700
FORT WORTH, TX 76102

RICHARD D. GREEN, JR., ESQ.
GREENBERG TRAURIG, LLP
FOR MESIROW FINANCIAL
3773 HOWARD HUGHES PKWY, #500N
LAS VEGAS, NV 89169

NANCY A. PETERMAN, ESQ.
GREENBERG TRAURIG, LLP
FOR: MESIROW FINANCIAL
77 W. WACKER DR., #2500
CHICAGO, IL 60601

HEINZ BINDER, ESQ.
WENDY W. SMITH, ESQ.
BINDER & MALTER, LLP
FOR: JOHN & JANE UNLAND
2775 PARK AVENUE
SANTA CLARA, CA 95050

A. WILLIAM CEGLA
RANEE L. CEGLIA
3720 POCOHENA COURT
WASHOE VALLEY, NV 89704

DAVID W. SEXTON
PAMELA K. SEXTON
21929 N. 79TH PLACE
SCOTTSDALE, AZ 85255

| | | |
|---|---|---|
| CHARLES B. ANDERSON TRUST<br>RITA P. ANDERSON TRUST<br>BALTES COMPANY<br>211 COPPER RIDGE COURT<br>BOULDER CITY, NV 89005 | BRUCE H. CORUM, TRUSTEE OF THE<br>CREDIT SHELTER TRUST<br>JUANITA N. CARTER<br>528 MONTEREY DR.<br>APTOS, CA 95003 | SIERRA HEALTH SERVICES<br>ATTN: FRANK COLLINS<br>2724 NORTH TENAYA WAY<br>P. O. BOX 15645<br>LAS VEGAS, NV 89114 |
| Frank J. Wright<br>Hance Scarborough Wright Ginsberg, et al<br>600 Signature Place<br>14755 Preston Road<br>Dallas, TX 75254 | THOMAS W. STILLEY<br>SUSSMAN SHANK, LLP<br>FOR: DAVID FOSSATI<br>1000 SW BROADWAY, STE. 1400<br>PORTLAND, OR 97205-0389 | DAVID R. GRIFFITH, ESQ.<br>STEWART, HUMPHERYS ET AL<br>FOR: ALBERT ANDRADE<br>P.O. BOX 720<br>CHICO, CA 95927 |
| ALLAN B. DIAMOND, ESQ.<br>DIAMOND MCCARTHY, LLP<br>FOR: SP LIT COUNSEL TO DEBTORS<br>909 FANNIN, SUITE 1500<br>HOUSTON, TX 77010 | Beth Ela Wilkens<br>Harris Beach PLLC<br>Granite Building<br>130 E. Main Street<br>Rochester, NY 14604 | ROBERT VERCHOTA, GEN PRTNER<br>R & N REAL ESTATE INVESTMENTS<br>8365 S. BONITA VISTA ST.<br>LAS VEGAS, NV 89148 |
| ROBERT P. GOE<br>GOE & FORSYTHE<br>FOR: SCC ACQUISITION<br>660 NEWPORT CENTER DR, SUITE 320<br>NEWPORT BEACH, CA 92660 | ERIC D. MADDEN<br>DIAMOND MCCARTHY, LLP<br>FOR: SP LIT COUNSEL TO DEBTORS<br>1201 ELM ST., SUITE 3400<br>DALLAS, TX 75270 | RICHARD W. ESTERKIN<br>ASA S. HAMI<br>FOR: SCC ACQUISITION<br>300 S. GRAND AVE., 22ND FLOOR<br>LOS ANGELES, CA 90071-3132 |
| NEVADA MORTGAGE LENDING DIV.<br>ATTN: SUSAN ECKHARDT<br>3075 E. FLAMINGO, #100<br>LAS VEGAS, NV 89121 | GEOFFREY L. BERMAN, ESQ.<br>MATTHEW SORENSON<br>DEVELOPMENT SPECIALISTS, INC.<br>333 SOUTH GRAND AVE., #4070<br>LOS ANGELES, CA 90071 | Robert H. & Sharon L. Schultz<br>P. O. Box 8648<br>So. Lake Tahoe, CA 96158 |
| INTERNAL REVENUE SERVICE<br>ATTN: BANKRUPTCY DEPT.<br>STOP 5028<br>110 CITY PARKWAY<br>LAS VEGAS NV 89106 | NV DEPT OF TAXATION<br>BANKRUPTCY DIVISION<br>555 EAST WASHINGTON, #1300<br>LAS VEGAS NV 89101 | U.S. SECURITIES AND EXCH. COMM<br>ATTN; SANDRA W. LAVIGNA<br>5670 WILSHIRE BLVD., 11TH FL<br>LOS ANGELES, CA 90036 |
| SECRETARY OF STATE<br>STATE OF NEVADA<br>202 NORTH CARSON STREET<br>CARSON CITY NV 89701 | DMV AND PUBLIC SAFETY<br>RECORDS SECTION<br>555 WRIGHT WAY<br>CARSON CITY NV 89711-0250 | DEPT OF EMPLOYMENT TRAINING<br>EMPLOY. SEC DIV, CONTRIBUTIONS<br>500 EAST THIRD STREET<br>CARSON CITY NV 89713-0030 |
| CLARK COUNTY ASSESSOR<br>C/O BANKRUPTCY CLERK<br>P. O. BOX 551401<br>LAS VEGAS, NV 89155 | DEPT. OF VETERANS AFFAIRS<br>LOAN SERVICE & CLAIMS<br>3225 NORTH CENTRAL<br>PHOENIX, AZ 85012 | FHA/HUD DISTRICT OFFICE<br>300 LAS VEGAS BLVD. SO.<br>SUITE. 2900<br>LAS VEGAS, NV 89101 |
| EMPLOYERS INSURANCE CO. OF NV<br>ATTN: BANKRUPTCY CLERK<br>9790 GATEWAY DRIVE<br>RENO, NV 89521 | CLARK COUNTY TREASURER<br>C/O BANKRUPTCY CLERK<br>P. O. BOX 551220<br>LAS VEGAS, NV 89155 | UNITED STATES DEPT. OF JUSTICE<br>TAX DIVISION – WESTERN REGION<br>P. O. BOX 683 – BEN FRANKLIN STA<br>WASHINGTON, D.C. 20044 |