

**Entered on Docket**
**July 27, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**
_____

Israel Goldowitz, Chief Counsel
Karen L. Morris, Deputy Chief Counsel
James L. Eggeman, Assistant Chief Counsel
Frank A. Anderson, Attorney, D.C. Bar No. 478234[*]
Erika E. Barnes, Attorney, Cal. Bar No. 197309[*]
PENSION BENEFIT GUARANTY CORPORATION
Office of the Chief Counsel
1200 K Street, NW, Suite 340
Washington, D.C.  20005-4026
Tel: (202) 326-4020, ext. 3759
Fax: (202) 326-4112
anderson.frank@pbgc.gov and efile@pbgc.gov

and

Steven W. Myhre, Acting United States Attorney
Nevada State Bar No. 9635
Carlos A. Gonzalez, Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Tel:  (702) 388-6336
Fax:  (702) 388-6787

Attorneys for Pension Benefit Guaranty Corporation

Electronically Filed:
July 26, 2007

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | Case No. BK-S-06-10725 LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | ) | Case No. BK-S-06-10726 LBR |
|                 Debtor. | ) | Case No. BK-S-06-10727 LBR |
| In re: | ) | Case No. BK-S-06-10728 LBR |
| USA CAPITAL REALTY ADVISORS, LLC | ) | Case No. BK-S-06-10729 LBR |
|                 Debtor. | ) | |
| In re: | ) | Chapter 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | ) | |
|                 Debtor. | ) | Jointly Administered Under |
| In re: | ) | Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | ) | |

_____

[*] Admitted *pro hac vice*.

|  |  |
|---|---|
|                                   Debtor.          )<br>In re:                                                    )<br>USA SECURITIES, LLC                          )<br>                                  Debtor.          ) | Hearing Date:   N/A<br>Hearing Time:   N/A |

## STIPULATION AND ORDER FOR WITHDRAWAL OF PROOFS OF CLAIM FILED BY PBGC AGAINST USA SECURITIES, LLC

1. On November 9, 2006, the Pension Benefit Guaranty Corporation ("PBGC") filed three proofs of claim against USA Securities, LLC ("USA Securities") in the USA Securities bankruptcy case asserting claims on various grounds, designated on the claims register as claim numbers 24-1, 25-1, and 26-1 (the "PBGC original claims").

2. On or about March 2, 2007, USA Securities filed an objection to the PBGC original claims.

3. On April 23, 2007, the Court entered a stipulated order (docket # 3521) providing that the PBGC's amended claims should be filed by April 23, 2007, and that the PBGC was not required to file a response to the objections to the PBGC original claims.

4. On April 23, 2007, PBGC filed three amended proofs of claim against USA Securities, designated on the claims register as claim numbers 24-2, 25-2, and 26-2 (the "PBGC amended claims") (together with the PBGC original claims, the "PBGC claims").

5. On or about June 29, 2007, USA Securities filed objections to the PBGC amended claims (docket # 4080, 4081, 4082).

6. On or about June 29, 2007, USA Securities filed a Declaration of Thomas J. Allison in Support of USA Securities, LLC's Objection to Amended Proofs of Claim 24-2, 25-2, and 26-2 Filed by the Pension Benefit Guaranty Corporation (the "Allison Declaration").

7. Based in part on the Allison Declaration and on additional documentation and

information USA Securities has recently provided to the PBGC, the PBGC has agreed to withdraw the PBGC claims against USA Securities.

8. This stipulation shall not affect PBGC's claims against the other debtors in this jointly-administered proceeding.

WHEREFORE, based on the stipulation set forth above, the parties hereby agree, and request that the Court approve this stipulation as an order of the Court pursuant to Fed. R. Bankr. P. 3006, as follows:

1. The PBGC claims against USA Securities, LLC are hereby withdrawn with prejudice.

2. The withdrawal of the PBGC claims against USA Securities, LLC shall have no effect on PBGC's claims against any other debtors in this jointly-administered proceeding.

Dated this 26 day of July, 2007.

PENSION BENEFIT GUARANTY CORPORATION

By: ___/s/ Erika E. Barnes_____
JAMES L. EGGEMAN
ERIKA E. BARNES
*Attorneys for Pension Benefit Guaranty Corporation*

RAY QUINNEY & NEBEKER P.C. and
SCHWARTZER & McPHERSON LAW FIRM

By: ___/s/ Jeannette E. McPherson_____
ANNETTE W. JARVIS
LENARD E. SCHWARTZER
JEANNETTE E. McPHERSON
*Attorneys for USA Securities, LLC*

**IT IS SO ORDERED**

###