FILED
ELECTRONICALLY
7/27/07

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
CHRISTINE M. PAJAK
(CA State Bar No. 217173)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
E-mail:   fmerola@stutman.com
          ekarasik@stutman.com
          cpajak@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
701 Bridger Avenue, Suite 850
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
E-mail:   jshea@sheacarlyon.com
          ccarlyon@sheacarlyon.com
          ssherman@sheacarlyon.com

Counsel for the Official Committee of Equity Security Holders of
USA Capital First Trust Deed Fund, LLC

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>    Debtor | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |

Affects
☐ All Debtors
☐ USA Commercial Mortgage Co.
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed
☒ USA Capital First Trust Deed Fund, LLC

### NOTICE OF ENTRY OF STIPULATION AND ORDER FOR FIRST TRUST DEED FUND EQUITY SECURITY HOLDERS COMMITTEE TO REPRESENT FIRST TRUST DEED FUND IN "COMPLAINT FOR CONDITIONAL REVOCATION OF CONFIRMATION ORDER UNDER 11 U.S.C. § 1144 AND RESCISSION OF ASSET PURCHASE AGREEMENT"

PLEASE TAKE NOTICE that a Stipulation and Order for First Trust Deed Fund Equity Security Holders Committee to Represent First Trust Deed Fund in "Complaint For Conditional Revocation Of Confirmation Order Under 11 U.S.C. § 1144 and Rescission Of Asset Purchase Agreement" was entered on the 25th day of July, 2007, a true and correct copy of which is attached hereto.

DATED this 27th day of July, 2007.

SHEA & CARLYON, LTD.

*/s/ SSS*

CANDACE C. CARLYON, ESQ.
Nevada Bar No. 002666
SHLOMO S. SHERMAN, ESQ.
Nevada Bar No. 009688
701 Bridger Avenue, Suite 850
Las Vegas, NV 89101

Case: 06-10725-lbr    Doc #: 4211    Filed: 07/25/2007    Page: 1 of 6

**Entered on Docket
July 25, 2007**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

---

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C.<br>FRANK A. MEROLA<br>(CA State Bar No. 136934)<br>EVE H. KARASIK<br>(CA State Bar No. 155356)<br>CHRISTINE M. PAJAK,<br>(CA State Bar No. 217173), Members of<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 228-5600<br>Facsimile: (310) 228-5788<br>Email:   fmerola@stutman.com<br>         ekarasik@stutman.com<br>         aparlen@stutman.com<br>Counsel for the Official Committee Of<br>Equity Security Holders Of USA Capital First Trust Deed Fund, LLC | SHEA & CARLYON, LTD.<br>JAMES PATRICK SHEA<br>(Nevada State Bar No. 000405)<br>CANDACE C. CARLYON<br>(Nevada State Bar No. 002666)<br>SHLOMO S. SHERMAN<br>(Nevada State Bar No. 009688)<br>701 Bridger, Suite 850<br>Las Vegas, Nevada 89101<br>Telephone: (702) 471-7432<br>Facsimile: (702) 471-7435<br>Email:   jshea@sheacarlyon.com<br>         ccarlyon@sheacarlyon.com<br>         ssherman@sheacarlyon.com |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | |

429303v1

**STIPULATION AND ORDER FOR FIRST TRUST DEED FUND EQUITY SECURITY HOLDERS COMMITTEE TO REPRESENT FIRST TRUST DEED FUND IN COMPLAINT FOR "CONDITIONAL REVOCATION OF CONFIRMATION ORDER UNDER 11 U.S.C. § 1144 AND RESCISSION OF ASSET PURCHASE AGREEMENT" [AFFECTS USA CAPITAL FIRST TRUST DEED FUND]**

USA Capital First Trust Deed Fund, LLC ("FTDF") and The Official Committee of Equity Security Holders of USA Capital Trust Deed Fund, LLC (the "FTDF COMMITTEE") represent and stipulate as follows:

## I.    BACKGROUND

1.  USA Commercial Mortgage Company ("USACMC") and FTDF filed petitions for relief under Chapter 11 of the Bankruptcy Code on April 13, 2006. The cases are jointly administered, and both of these debtors and their affiliates are jointly represented by Ray Quinney & Nebeker P.C. and the Schwartzer & McPherson Law Firm.

2.  On December 7, 2006, the above-captioned debtors and debtor in possession (the "Debtors") held an auction before the Bankruptcy Court for the sale of the FTDF Loan portfolio and certain asserts of USACMC. Compass Partners, LLC ("Compass") was the successful purchaser at the auction (the "Compass Sale"). The sale to Compass was to be approved pursuant to the "Debtor's Third Amended Joint Chapter 11 Plan of Reorganization" (the "Plan").

3.  The Court confirmed the Plan following the confirmation hearings held on December 19 and 20, 2006 and entered its order confirming the Plan, including approval of the Compass Sale, on January 8, 2006 (the "Confirmation Order"). The Compass Sale closed on February 16, 2007, and the Effective Date of the Plan occurred on March 12, 2007.

4.  On July 7, 2007, Compass USA SPE, LLC, Compass Financial Partners, LLC, a Nevada, a limited liability corporation LLC, and Compass Financial Partners, LLC a Delaware a limited liability corporation, filed their Complaint for "Conditional Revocation of Confirmation Order under 11 U.S.C. § 1144 and Rescission of Asset Purchase Agreement" (the "Compass Action") and named the FTDF, among others, as a defendant.

429303v1                               2

## II. SCOPE OF REPRESENTATION

5. Through this stipulation, and subject to Court approval, FTDF authorizes the FTDF COMMITTEE to represent the estate of the FTDF in the Compass Action discussed above. There does not appear to be any conflict in these matters which would prevent the FTDF COMMITTEE from representing the estate of FTDF in the Compass Action.

6. Stutman, Treister & Glatt, Professional Corporation ("STUTMAN") and Shea & Carlyon ("S&C") were court-approved counsel for FTDF COMMITTEE in the bankruptcy case and authorized to represent FTDF COMMITTEE post-effective date pursuant to the Plan and applicable Court orders, including the Court's "Order Granting Second Joint Motion for Order for Implementation of Confirmed Plan" entered on March 5, 2007 (the "Second Order"). STUTMAN and S&C will represent FTDF COMMITTEE as the representative of the FTDF estate in the Compass Action, and will continue to represent the FTDF COMMITTEE in all other matters in the bankruptcy case.

## III. COMPENSATION

7. FTDF proposes that STUTMAN and S&C will charge the FTDF COMMITTEE for its services in connection with the Compass Action and be compensated from the FTDF estate, subject to FTDF's right to review and object to such fees and costs in accordance with the Second Order.

## IV. STIPULATED REPRESENTATION PERMITTED

8. Stipulated representation of a debtor's estate by an official committee is permissible under *Liberty Mutual Insurance Company v. Official Unsecured Creditors Committee of Spaulding Composites Co. (In re Spaulding Composites Co.)*, 207 B.R. 899, 904 (9th Cir. BAP 1997), which stated:

> This case is somewhat unusual in that the setting for derivative litigation often involves a debtor-in-possession (DIP") who is hostile to proposed litigation. See e.g., *Curry*, 57 B.R. at 828; *Louisiana World Exposition v. Federal Ins. Co.*, 858 F.2d at 247; *In re STN Enterprises*, 779 F.2d at 901. In that setting, the concern is that the DIP is failing to attend to litigation which it should pursue. Here, however, rather than opposing the Committee's suit, Spaulding approved of it, and Liberty argues the converse to the above — that is, Liberty argues that the Committee

is fostering estate litigation which should not be pursued. **The question, then, is whether a DIP may stipulate to representation by an unsecured creditors' committee. We hold that it may.**

See also, *In re Commodore Inter. Ltd.*, 262 F.3d 96, 99-100 (2nd Cir. 2001); *In re Walnut Leasing Co.*, 1999 WL 72967 (E.D. Pa. 1999). FTDF also relies on Bankruptcy Code § 1103(c)(5), which states: "A committee appointed under section 1102 of this title may perform such other services as are in the interest of those represented." 11 U.S.C. § 1103(c)(5). See, *Official Committee of Unsecured Creditors of Cybergenics Corp. ex rel. Cybergenics Corp. v. Chinery*, 330 F.3d 548, 562 (3rd Cir. 2003), *contra*, *In re Fox*, 305 B.R. 912 (10th Cir. BAP 2004). The defense of the FTDF by the FTDF COMMITTEE, including the prosecution of a motion to dismiss or similar relief will benefit the FTDF estate and the equity security holders represented by the FTDF COMMITTEE.

## STIPULATION

FTDF stipulates that its estate be represented by FTDF COMMITTEE in the Compass Action.

        RAY QUINNEY & NEBEKER P.C.
        ANNETTE JARVIS
        STEVEN C. STRONG

        And

        SCHWARTZER & MCPHERSON LAW FIRM
        LENARD E. SCHWARTZER
        JEANETTE E. McPHERSON

        /s/ *Steven C. Strong*
        STEVEN C. STRONG
        38 South State Street
        Suite 1400
        Salt Lake City Utah, 84111
        Counsel for USA Capital First Trust
        Deed Fund, LLC

429303v1          4

STUTMAN, TREISTER & GLATT, P.C.

*/s/ Eve H. Karasik*
EVE H. KARASIK
CHRISTINE M. PAJAK
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Counsel for the Official Committee of Equity
Security Holders of USA Capital First Trust Deed,
Fund, LLC

OFFICE OF THE UNITED STATES TRUSTEE

August B. Landis, Esq.
Assistant United States Trustee

**ORDER**

IT IS SO ORDERED.

\#\#\#

429303v1

5

1  STUTMAN, TREISTER & GLATT, P.C.
2
3  EVE H. KARASIK
   CHRISTINE M. PAJAK
4  1901 Avenue of the Stars, 12th Floor
   Los Angeles, CA 90067
5  Counsel for the Official Committee of Equity
   Security Holders of USA Capital First Trust Deed,
6  Fund, LLC
7
   REVIEWED
8  OFFICE OF THE UNITED STATES TRUSTEE
9
10 August B. Landis, Esq.
   Assistant United States Trustee
11
12
                          ORDER
13
14 IT IS SO ORDERED.
15
16                         ###
17
18
19
20
21
22
23
24
25
26
27
28

429303v1                    5