# EXHIBIT A

1688943.1



**Entered on Docket
July 25, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                               Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

1851578.1

Case 06-10725-lbr Doc #: 4212 Filed: 07/25/2007 Page 2 of 3

**ORDER APPROVING STIPULATION RE OBJECTION TO CLAIMS FILED BY HASPINOV, LLC**

The Stipulation by and between the USACM Liquidating Trust (the "USACM Trust") and Lisa M. Poulin, Trustee of the USA Investment Partners, LLC ("USAIP"), Manager of Haspinov, LLC ("Haspinov") [DE    ] came before the Court for consideration, no notice being necessary and good cause appearing, it is

ORDERED:

1. The Stipulation is hereby approved in its entirety.

2. Haspinov Claim No. 10725-00736-1 is disallowed on the ground that it has been amended by Claim No. 10725-00736-2.

3. Haspinov Claim No. 10725-00736-2 filed on February 9, 2007 as an unsecured Class A-7, is hereby reclassified as a Subordinated Claim under the Confirmed Third Amended Joint Chapter 11 Plan of Reorganization in the amount of $404,261.60.

4. The status hearing on the USACM Trust's objection on August 7, 2007 at 1:30 p.m. is hereby vacated.

###

1851578.1

| | |
|---|---|
| 1 | PREPARED AND SUBMITTED: |
| 2 | **LEWIS AND ROCA LLP** |
| 3 | |
| 4 | By: /s/ RC (#0006593) |
| 5 | Susan M. Freeman<br>Rob Charles |
| 6 | *Attorneys for USACM Liquidating Trust* |
| 7 | APPROVED/DISAPPROVED |
| 8 | **GORDON & SILVER, LTD** |
| 9 | |
| 10 | By: |
| 11 | Brigid M. Higgins<br>3960 Howard Hughes Pkwy, 9th floor |
| 12 | Las Vegas, NV 89109<br>Email: bmh@gordonsilver.com |
| 13 | *Counsel for Lisa M. Poulin, Trustee for the Estate of USA Investment Partners, LLC* |

3

1851578.1