

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 7/30/07

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC, Debtors. | **Objection Of The USACM Liquidating Trust To The Thomas D. Lynch 1995 Revocable Living Trust's Claim Asserting Secured Status** |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Hearing Date:    October 15, 2007<br>Hearing Time:   9:30 a.m. |

The Thomas D. Lynch 1995 Revocable Living Trust filed Proof of Claim Nos. 10725-02533-2 which Amends 10725-02533-1 against USA Commercial Mortgage Company ("USACM"). The Proof of Claim asserts a secured claim. The USACM Liquidating Trust (the "USACM Trust") hereby objects to The Thomas D. Lynch 1995 Revocable Living Trust's assertion that the claim is secured by a valid lien on USACM property and moves this Court, pursuant to 11 U.S.C. § 502 and Rule 3007 of the Federal Rules of Bankruptcy Procedure, for an order reclassifying Claim Nos. 10725-02533-2 which Amends 10725-02533-1 as general unsecured claims. The USACM Trust is not, by

1853754.1

1 this filing, objecting at this time to any of the claims as unsecured claims or on grounds
2 that the claims were untimely filed, but reserves the right to do so.  The basis for this
3 Objection is fully explained in the USACM Liquidating Trust's Motion for Summary
4 Judgment Regarding (1) Responses to the USACM Trust's First through Thirty-Third
5 Omnibus Objections to Claims Asserting a Secured Status; (2) Responses to the USACM
6 Trust's First through Third Omnibus Objections to Claims Asserting a Priority Status; And
7 (3) Newly Alleged Secured And Priority Claims (the "Motion"), filed today.  The
8 USACM Trust will serve a copy of the Motion with this objection.

Dated:  July 30, 2007.

**LEWIS AND ROCA LLP**


By:   /s/ RC (#6593)
    Susan M. Freeman, AZ 4199 (*pro hac vice*)
    Rob Charles, NV 6593
    John Hinderaker, AZ 18024 (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Email: RCharles@LRLaw.com
*Counsel for USACM Liquidating Trust*

1853754.1