

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

1 | 3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
2 | Telephone (702) 949-8320

3 | Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
4 | Email: rcharles@lrlaw.com

5 | Attorneys for USACM Liquidating Trust

6

| E-Filed on 7/30/07 |

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| | |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| | |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| | |
| USA SECURITIES, LLC, | **Objection Of The USACM Liquidating Trust** |
| Debtors. | **To Emil & Anna Reynolds's Claim Asserting** |
| | **Secured Status** |
| **Affects:** | |
| ☐ All Debtors | Hearing Date: October 15, 2007 |
| ☒ USA Commercial Mortgage Company | Hearing Time: 9:30 a.m. |
| ☐ USA Capital Realty Advisors, LLC | |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | |
| ☐ USA Capital First Trust Deed Fund, LLC | |
| ☐ USA Securities, LLC | |

Emil & Anna Reynolds filed Proof of Claim No. 10725-02529 against USA

Commercial Mortgage Company ("USACM"). The Proof of Claim asserts a secured

claim. The USACM Liquidating Trust (the "USACM Trust") hereby objects to Emil &

Anna Reynolds's assertion that the claim is secured by a valid lien on USACM property

and moves this Court, pursuant to 11 U.S.C. § 502 and Rule 3007 of the Federal Rules of

Bankruptcy Procedure, for an order reclassifying Claim No. 10725-02529 as a general

unsecured claim. The USACM Trust is not, by this filing, objecting at this time to any of

the claims as unsecured claims or on grounds that the claims were untimely filed, but

1853762.1

LEWIS
AND
ROCA
LLP
LAWYERS

reserves the right to do so.  The basis for this Objection is fully explained in the USACM

Liquidating Trust's Motion for Summary Judgment Regarding (1) Responses to the

USACM Trust's First through Thirty-Third Omnibus Objections to Claims Asserting a

Secured Status; (2) Responses to the USACM Trust's First through Third Omnibus

Objections to Claims Asserting a Priority Status; And (3) Newly Alleged Secured And

Priority Claims (the "Motion"), filed today.  The USACM Trust will serve a copy of the

Motion with this objection.

Dated:  July 30, 2007.

**LEWIS AND ROCA LLP**


By:   /s/ RC (#6593)
     Susan M. Freeman, AZ 4199 (*pro hac vice*)
     Rob Charles, NV 6593
     John Hinderaker, AZ 18024 (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Email: RCharles@LRLaw.com
*Counsel for USACM Liquidating Trust*

1853762.1