**Entered on Docket**
**July 30, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

1
2
3
4
5
6
7  Anthony A. Zmaila, Esq. (NV Bar No. 2319)
   Email: azmaila@nevadafirm.com
8  SANTORO, DRIGGS, WALCH,
   KEARNEY, HOLLEY & THOMPSON
9  400 South Fourth Street, Third Floor
   Las Vegas, Nevada 89101
10 Telephone:    702/791-0308
   Facsimile:    702/791-1912
11
   *Attorney for Claimant, SANTORO, DRIGGS, WALCH,*
12 *KEARNEY, HOLLEY & THOMPSON and*
   *Former Counsel for USA Capital Diversified Trust Deed Fund*
13
14                    **UNITED STATES BANKRUPTCY COURT**
15                              **DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　　　　　　　Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　　　　　　Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>　　　　　　　　　Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　　　　　　　Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>　　　　　　　　　Debtor.<br>Affects:<br>☒　All Debtors<br>☐　USA Commercial Mortgage Company<br>☐　USA Securities, LLC<br>☐　USA Capital Realty Advisors, LLC<br>☐　USA Capital Diversified Trust Deed Fund, LLC<br>☐　USA First Trust Deed Fund, LLC | Case No. 06-10725-LBR<br>Case No. 06-10726-LBR<br>Case No. 06-10727-LBR<br>Case No. 06-10728-LBR<br>Case No. 06-10729-LBR<br><br>Chapter 11<br><br>**Jointly Administered Under**<br>Case No. 06-10725-LBR<br><br>**ORDER GRANTING EX PARTE MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND REQUEST FOR DISCONTINUATION OF NOTICE AND SPECIAL NOTICE** |

03363-02/182758.doc

## ORDER GRANTING EX PARTE MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND REQUEST FOR DISCONTINUATION OF NOTICE AND SPECIAL NOTICE

The Court having reviewed the Ex Parte Motion to Remove Counsel from CM/ECF Service List and Request for Discontinuation of Notice and Special Notice filed by Santoro, Driggs, Walch, Kearney, Holley & Thompson and Good Cause Appearing, it is ordered that:

1. Mr. Zmaila be removed from CM/ECF service list, and

2. The Clerk of the Court is directed to take necessary action to effectuate this Order.

IT IS SO ORDERED.

PREPARED AND SUBMITTED BY:

**SANTORO, DRIGGS, WALCH,
KEARNEY, HOLLEY & THOMPSON**

Anthony A. Zmaila, Esq. (NV Bar No. 2319)
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101