Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com
Attorneys for Debtors

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **NOTICE OF HEARING ON USA CAPITAL FIRST TRUST DEED FUND, LLC'S MOTION TO CLOSE CASE AND REQUEST FOR FINAL DECREE** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **(Affects USA Capital First Trust Deed Fund, LLC)** |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC | **Date:  August 23, 2007**<br>**Time:  9:30 a.m.** |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1    **NOTICE IS HEREBY GIVEN** that USA Capital First Trust Deed Fund, LLC ("FTDF")

2    has filed a Motion To Close Case and Request For Final Decree (the "Motion").  FTDF

3    respectfully requests that the Court grant this Motion closing FTDF's case and enter a Final

4    Decree in its case, designated as Case No. 06-10728.

5         Any opposition must be filed pursuant to Local Rule 9014(d)(1).

6    Local Rule 9014(d)(1):  "Oppositions to a motion must be filed and
7    service must be completed on the movant no later than fifteen (15)
     days after the motion is served except as provided by LR 3007(b)
8    and LR 9006.  If the hearing has been set on less than fifteen (15)
     days' notice, the opposition must be filed no later than five (5)
9    business days before the hearing, unless the court orders otherwise.
10   The opposition must set forth all relevant facts and any relevant
     legal authority.  An opposition must be supported by affidavits or
11   declarations that conform to the provisions of subsection (c) of this
     rule."

12

13   If you object to the relief requested, you *must* file a **WRITTEN** response to this
     pleading with the court. You *must* also serve your written response on the person
14   who sent you this notice.

15   If you do not file a written response with the court, or if you do not serve your
     written response on the person who sent you this notice, then:
16   •  The court may *refuse to allow you to speak* at the scheduled hearing; and
     •  The court may *rule against you* without formally calling the matter at the
17   hearing.

18

19       **NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held before a

20   United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South,

21   Third Floor, Bankruptcy Courtroom No. 1, Las Vegas, Nevada on **August 23, 2007** at the hour of

22   **9:30 a.m.**

23   DATED:  July 30, 2007                RAY QUINNEY & NEBEKER, P.C. and
                                          SCHWARTZER & MCPHERSON LAW FIRM
24

25                                         /s/   Lenard E. Schwartzer, Esq.
                                          _____
26                                        Lenard E. Schwartzer, Nevada Bar No. 0399
                                          Jeanette E. McPherson, Nevada Bar No. 5423
27                                        2850 South Jones Boulevard, Suite 1
                                          Las Vegas, Nevada  89146
28                                        *Attorneys for Debtors*

2