Annette W. Jarvis, Utah Bar No. 1649

Steven C. Strong, Utah Bar No. 6340

RAY QUINNEY & NEBEKER P.C.

36 South State Street, Suite 1400

P.O. Box 45385

Salt Lake City, Utah 84145-0385

Telephone: (801) 532-1500

Facsimile: (801) 532-7543

Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399

Jeanette E. McPherson, Nevada Bar No. 5423

SCHWARTZER & MCPHERSON LAW FIRM

2850 South Jones Boulevard, Suite 1

Las Vegas, Nevada  89146-5308

Telephone:  (702) 228-7590

Facsimile:  (702) 892-0122

E-Mail:  bkfilings@s-mlaw.com

Attorneys for Debtors

**E-FILED ON JULY 30, 2007**

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><div align=right>Debtor.</div> | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><div align=right>Debtor.</div> | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><div align=right>Debtor.</div> | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><div align=right>Debtor.</div> | **CERTIFICATE OF SERVICE OF USA CAPITAL FIRST TRUST DEED FUND, LLC'S MOTION TO CLOSE CASE AND REQUEST FOR FINAL DECREE AND NOTICE OF HEARING ON USA CAPITAL FIRST TRUST DEED FUND, LLC'S MOTION TO CLOSE CASE AND REQUEST FOR FINAL DECREE (Affects USA Capital First Trust Deed Fund, LLC)** |
| In re:<br>USA SECURITIES, LLC,<br><div align=right>Debtor.</div> | |
| Affects:<br>☐  All Debtors<br>☐  USA Commercial Mortgage Company<br>☐  USA Securities, LLC<br>☐  USA Capital Realty Advisors, LLC<br>☐  USA Capital Diversified Trust Deed Fund, LLC<br>☒  USA Capital First Trust Deed Fund, LLC | **Date:  August 23, 2007<br>Time:  9:30 a.m.** |

SCHWARTZER & MCPHERSON LAW FIRM
2850 S. Jones Blvd., Suite 1
Las Vegas, Nevada 89146
Tel: (702) 228-7590 · Fax: (702) 892-0122

P:\USA Commercial Mortgage\Pleadings\Close Case\COS NTC FTDF Mtn Close and Final Decree.DOC

1. On July 27, 2007 I served the **USA CAPITAL FIRST TRUST DEED FUND, LLC'S MOTION TO CLOSE CASE AND REQUEST FOR FINAL DECREE** by the following means to the persons as listed below:

☒    a.    **By ECF System**:

MICHELLE L. ABRAMS mabrams@mabramslaw.com

FRANKLIN C. ADAMS franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

ANCY L ALLF nallf@parsonsbehle.com, klawrence@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M. ATENCIO ATENCIOK@GTLAW.COM

PETER C. BERNHARD peter.bernhard@bullivant.com, michelle.diegel@bullivant.com

BMC GROUP, INC. evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com;mjohn@bmcgroup.com

GEORGANNE W. BRADLEY georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shuttslaw.com

LOUIS M. BUBALA lbubala@jonesvargas.com, tbw@jonesvargas.com;aanthony@jonesvargas.com

MATTHEW Q. CALLISTER mqc@callister-reynolds.com, maggie@callisterreynolds.com;jrammos@callister-reynolds.com

CANDACE C CARLYON ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com

ROB CHARLES rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN yvette@ccfirm.com

KEVIN B. CHRISTENSEN kbchrislaw@aol.com

JANET L. CHUBB tbw@jonesvargas.com

EDWARD S. COLEMAN mail@coleman4law.com

SCHWARTZER & McPHERSON LAW FIRM
2850 S. Jones Blvd., Suite 1
Las Vegas, Nevada 89146
Tel: (702) 228-7590 · Fax: (702) 892-0122

1   WILLIAM D COPE cope_guerra@yahoo.com

2   LAUREL E. DAVIS ldavis@fclaw.com, mhurtado@fclaw.com

3   THOMAS W. DAVIS tdavis@hwmlvlaw.com, wendim@hwmlvlaw.com

4   DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf) tfette@daca4.com

5   J CRAIG DEMETRAS JCD@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetrasoneill.
6   com

7   RICHARD I. DREITZER rdreitzer@yahoo.com

8   THOMAS H. FELL BANKRUPTCYNOTICES@GORDONSILVER.COM

9   ARLEY D FINLEY TFINLEY@DIAMONDMCCARTHY.COM

10  SCOTT D. FLEMING sfleming@halelane.com, dbergsing@halelane.com

11  GREGORY E GARMAN bankruptcynotices@gordonsilver.com

12  DOUGLAS D. GERRARD DGERRARD@GERRARD-COX.COM, ekaymedellin@gerrard-cox.com

13  WADE B. GOCHNOUR wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

14  CARLOS A. GONZALEZ carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov

15  GERALD M GORDON bankruptcynotices@gordonsilver.com

16  R. VAUGHN GOURLEY vgourley@lvcm.com

17  TALITHA B. GRAY bankruptcynotices@gordonsilver.com

18  JAMES D. GREENE bknotice@bhfs.com

19  MARJORIE A. GUYMON bankruptcy@goldguylaw.com, ddias@goldguylaw.com

20  PETER W. GUYON pguyon@yahoo.com

21  JEFFREY R. HALL jhall@sheacarlyon.com,
22  bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com

23  XANNA R. HARDMAN xanna.hardman@gmail.com

24  STEPHEN R HARRIS noticesbh&p@renolaw.biz

25  JEFFREY L HARTMAN notices@bankruptcyreno.com, dle@bankruptcyreno.com

26  BRIGID M. HIGGINS bankruptcynotices@gordonsilver.com

27  RICHARD F. HOLLEY rholley@nevadafirm.com,
28  paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com

    RANDOLPH L. HOWARD rhoward@klnevada.com,

SCHWARTZER & McPHERSON LAW FIRM
2850 S. Jones Blvd., Suite 1
Las Vegas, Nevada 89146
Tel: (702) 228-7590 · Fax: (702) 892-0122

1   ckishi@klnevada.com;bankruptcy@klnevada.com

2   DAVID W. HUSTON dwh@hustonlaw.net, swaits@hustonlaw.net

3   JASON A. IMES bkfilings@s-mlaw.com

4   CHRISTOPHER D JAIME cjaime@waltherkey.com, kbernhar@waltherkey.com

5   EVAN L. JAMES ejameslv@embarqmail.com, kbchrislaw@aol.com

6   ANNETTE W JARVIS ajarvis@rqn.com

7   ERIN E. JONES ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com

8   TY E. KEHOE TyKehoeLaw@aol.com

9   ROBERT R. KINAS rkinas@swlaw.com,
10  jmcbee@swlaw.com;jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring

11  DEAN T. KIRBY dkirby@kirbymac.com, jhebert@kirbymac.com;lackerman@kirbymac.com

12  ZACHARIAH LARSON ecf@lslawnv.com

13  JOHN J. LAXAGUE jlaxague@caneclark.com

14  GEORGE C LAZAR glazar@foxjohns.com, gclazar@sbcglobal.net

15  NILE LEATHAM nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

16  ROBERT C. LEPOME rlepome@cox.net, smstanton@cox.net

17  TYSON M. LOMAZOW tlomazow@milbank.com

18  ANNE M. LORADITCH ecffilings@beckleylaw.com,
19  aloraditch@beckleylaw.com;pkois@beckleylaw.com

20  ERIC D MADDEN emadden@diamondmccarthy.com, jsickels@diamondmccarthy.com

21  PATRICIA A. MARR lvlaw03@yahoo.com
22  JAMES C. MCCARROLL , dturetsky@reedsmith.com;aleonard@reedsmith.com

23  REGINA M. MCCONNELL rmcconnell@kssattorneys.com

24  WILLIAM L. MCGIMSEY lawoffices601@lvcoxmail.com

25  RICHARD MCKNIGHT mcknightlaw@cox.net,
26  gkopang@lawlasvegas.com;cburke@lawlasvegas.com

27  SHAWN W MILLER bankruptcyfilings@sheacarlyon.com,
    smiller@sheacarlyon.com;ltreadway@sheacarlyon.com;mleavitt@sheacarlyon.com

28  DAVID MINCIN mcknightlaw@cox.net,
    gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

SCHWARTZER & MCPHERSON LAW FIRM
2850 S. Jones Blvd., Suite 1
Las Vegas, Nevada 89146
Tel: (702) 228-7590 · Fax: (702) 892-0122

JOHN F MURTHA jmurtha@woodburnandwedge.com

ERVEN T. NELSON erv@rlbolick.com, susan@rlbolick.com;erin@rlbolick.com

VICTORIA L NELSON bkecf@nevadafirm.com,
vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com

BOB L. OLSON ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN ebaker@marquisaurbach.com,
dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

CHRISTINE M PAJAK cpajak@stutman.com, ekarasik@stutman.com

ANDREW M. PARLEN aparlen@stutman.com

DONALD T. POLEDNAK sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY info@johnpeterlee.com

THOMAS RICE trice@coxsmith.com, ggattis@coxsmith.com

GORDON C. RICHARDS gcrclarkandrichards@earthlink.net, sebclarkandrichards@earthlink.net

CHRISTINE A ROBERTS bankruptcy@rocgd.com

STACY M. ROCHELEAU stacy@arlawgroup.com, wendy@arlawgroup.com

SUSAN WILLIAMS SCANN sscann@deanerlaw.com, palexander@deanerlaw.com

BRIAN D. SHAPIRO ecf@brianshapirolaw.com,
tiffany@brianshapirolaw.com;brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com

JAMES PATRICK SHEA bankruptcyfilings@sheacarlyon.com,
ltreadway@sheacarlyon.com;jshea@sheacarlyon.com

SHLOMO S. SHERMAN ssherman@sheacarlyon.com,
bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;mleavitt@

AMBRISH S. SIDHU ecfnotices@sidhulawfirm.com

JEFFREY G. SLOANE gjklepel@yahoo.com, rmcconnell@kssattorneys.com

ALAN R SMITH mail@asmithlaw.com,
turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com

ADAM M. STARR starra@gtlaw.com

DAVID A. STEPHENS dstephens@lvcm.com

PETER SUSI cheryl@msmlaw.com, msm@msmlaw.com

SCHWARTZER & McPHERSON LAW FIRM
2850 S. Jones Blvd., Suite 1
Las Vegas, Nevada 89146
Tel: (702) 228-7590 · Fax: (702) 892-0122

1   ERIC W. SWANIS swanise@gtlaw.com, barberc@gtlaw.com;lengemannc@gtlaw.com

2   JEFFREY R. SYLVESTER jeff@sylvesterpolednak.com

3   KAARAN E. THOMAS kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

4   ROLLIN G. THORLEY rollin.g.thorley@irscounsel.treas.gov

5   AMY N. TIRRE , lmccarron@kkbrf.com

6   AMY N. TIRRE atirre@kkbrf.com, lmccarron@kkbrf.com

7   U.S. TRUSTEE - LV - 11 USTPRegion17.lv.ecf@usdoj.gov

8   ERIC VAN bankruptcynotices@gordonsilver.com

9   GREGORY J. WALCH GWalch@Nevadafirm.com

10  RUSSELL S. WALKER rwalker@wklawpc.com,
11  eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com;rrazo@wklawpc.com;tgrover@

12  WHITNEY B. WARNICK wbw@albrightstoddard.com, bstessel@albrightstoddard.com

13  GREGORY L. WILDE bk@wildelaw.com

14  RYAN J. WORKS rworks@mcdonaldcarano.com,
15  kbarrett@mcdonaldcarano.com;dsampson@mcdonaldcarano.com;aguenther@mcdonaldcarano.com;hven

16  WILLIAM J. WRAY rh@oreillylawgroup.com,
    rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com

17  MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com

18  ANTHONY A. ZMAILA azmaila@nevadafirm.com,
19  bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

20      2.   On July 30, 2007 I served the **USA CAPITAL FIRST TRUST DEED FUND, LLC'S**

21  **MOTION TO CLOSE CASE AND REQUEST FOR FINAL DECREE** and the **NOTICE OF**

22  **HEARING ON USA CAPITAL FIRST TRUST DEED FUND, LLC'S MOTION TO**

23  **CLOSE CASE AND REQUEST FOR FINAL DECREE** by the following means to the persons

24  as listed below:

25  ☒     b.     **By United States mail, postage fully prepaid**:

26

27  SEE ATTACHED MAILING MATRIX

28

SCHWARTZER & McPHERSON LAW FIRM
2850 S. Jones Blvd., Suite 1
Las Vegas, Nevada 89146
Tel: (702) 228-7590 · Fax: (702) 892-0122

☐    c.    **By Personal Service**
I personally delivered the document(s) to the persons at these addresses:
☐    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.
☐    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐    d.    **By direct email (as opposed to through the ECF System)**
Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐    e.    **By fax transmission**
Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐    f.    **By messenger**
I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:    July 30, 2007

LIA DORSEY                                              /s/      *LIA DORSEY*
(Name of Declarant)                                   (Signature of Declarant)

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

7

Anne M Loraditch
Beckley Singleton Chtd.
530 Las Vegas Blvd S
LAS VEGAS, NV 89101

George A Davis
Cadwalader Wickersham & Taft LLP
One World Financial Center
New York, NY  10281

Susan Williams Scann
Deaner Deaner Scann , et al.
720 S 4th St., Ste 300
Las Vegas, NV  89101

Geoffrey L Berman
Development Specialists Inc
333 S Grand Ave., Ste 4070
Los Angeles, CA 90071-1544

Allan B Diamond
Diamond McCarthy Taylor, et al.
2 Houston Center
909 Fannin St Ste 1500
Houston, TX  77010

Eric Madden
Diamond McCarthy Taylor, et al.
1201 Elm St., Ste 3400
Dallas, TX  75270

Michael Tucker
FTI Consulting
1 Renaissance Sq
2 N Central Ave Ste 1200
Phoenix, AZ  85004-2322

Janet L Chubb
Jones Vargas
100 W Liberty St
12th FL, POB 281
Reno, NV 89504-0281

Susan M Freeman/rob Charles
Lewis and Roca LLP
3993 Howard Hughes Pkwy., Ste 600
Las Vegas, NV 89169-5996

August B Landis
Office of the United States Trustee
300 Las Vegas Blvd S., Ste 4300
Las Vegas, NV 89101

Jeffrey D Hermann
Orrick Herrington & Sutcliffe LLP
777 S Figueroa St., Ste 3200
Los Angeles, CA 90017-5855

Marc A Levinson
Orrick Herrington & Sutcliffe LLP
400 Capitol Mall, Ste. 3000
Sacramento, CA 95814

Robert P Goe
Goe & Forsythe
660 Newport Center Dr Ste 320
Newport Beach, CA  92660

William J. Ovca
Ovca Associates, Inc
16872 Baruna Lane
Huntington Beach, CA 92649

Dean T Kirby Jr.
Kirby & McGuinn
600 B St Ste 1950
San Diego, CA 92101

Michelle L Abrams
Michelle L Abrams Ltd
3085 S Jones Blvd Ste C
Las Vegas, NV 89146

Andrew Parlen
Stutman Treister & Glatt PC
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

Richard W Esterkin
Morgan Lewis & Bockius LLP
300 S Grand Ave 22nd FL
Los Angeles, CA 90071-3132

Frank A Merola
Stutman Treister & Glatt PC
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

James Patrick Shea
Shea & Carlyon Ltd
228 S Fourth St., 1st Floor
Las Vegas, NV 89101

Richard I Dreitzer, Dep Atty Gen
Office of the Attorney General
555 E Washington Ave., Ste 3900
Las Vegas, NV 89101

Eve H. Karasik
Stutman Treister & Glatt PC
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

Candace Carlyon, Esq.
Shea & Carlyon Ltd
228 S Fourth St., 1st Floor
Las Vegas, NV 89101