**Entered on Docket
July 30, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, NV Bar No. 0399
Jeanette E. McPherson, NV Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>            Debtor. | BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>            Debtor. | BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>            Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>            Debtor. | **ORDER DENYING JESSUPS' MOTION TO DISCLOSE INFORMATION UNDER THE FREEDOM OF INFORMATION ACT AND RELEASE OF FUNDS TO JESSUP** |
| In re:<br>USA SECURITIES, LLC,<br>            Debtor. | **(AFFECTS USA COMMERCIAL MORTGAGE, USA CAPITAL FIRST TRUST DEED FUND, LLC AND USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC)** |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date: July 5, 2007<br>Time: 9:30 a.m. |

1  Harry and Helen Jessups's Motion to Disclose Information Under the Freedom of
2  Information Act and Release of Funds to Jessups (the "Motion") having come before this Court;
3  Harry Jessup appearing as movant, Lenard E. Schwartzer of Schwartzer & McPherson Law Firm
4  appearing for USA Commercial Mortgage Company ("USACM") and USA Capital First Trust
5  Deed Fund, LLC ("FTDF"), and Marc A. Levinson of Orrick Herrington & Sutcliffe, LLP
6  appearing for USA Capital Diversified Trust Deed Fund, LLC; the Court having reviewed the
7  opposition file by USACM and FTDF and having heard the argument of Mr. Jessup, the Court
8  finds that the Freedom of Information Act is inapplicable to the Court and the parties; and it is
9  therefore
10  ORDERED that the Motion be, and hereby is, denied.
11 Prepared and submitted by:

12 /s/ Lenard E. Schwartzer_____
   Lenard E. Schwartzer, Nevada Bar No. 0399
13 Jeanette E. McPherson, Nevada Bar No. 5423
   SCHWARTZER & MCPHERSON LAW FIRM
14 2850 South Jones Boulevard, Suite 1
15 Las Vegas, Nevada  89146

16 **Approved** / Disapproved by:
17

18 /s/ Marc A. Levinson_____
   Marc A. Levinson, (California Bar No. 57613)
19 ORRICK, HERRINGTON & SUTCLIFFE LLP
20 400 Capitol Mall, Suite 3000
   Sacramento, California 95814
21 Counsel for USA Capital Diversified Trust Deed Fund, LLC

22
   Approved / Disapproved by:
23

24 _____
25 Harry W. Jessup
   Helen B. Jessup
26 2009 West Lund
   Las Vegas, NV 89102
27 In Proper Person
28

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  In accordance with LR 9021, counsel submitting this document certifies as follows
2  (check one):

3  ___ The court has waived the requirement of approval under LR 9021.

4  ___ No parties appeared or filed written objections, and there is no trustee appointed
5  in the case.

6  _X_ I have delivered a copy of this proposed order to all counsel who appeared at
7  the hearing, any unrepresented parties who appeared at the hearing, and any trustee
   appointed in this case, and each has approved or disapproved the order, or failed to
8  respond, as indicated below [list each party and whether the party has approved,
   disapproved, or failed to respond to the document]:

10  Harry & Helen Jessup           - Failed to respond
    Marc A. Levinson, Esq.         - Approved

# # #