JANET L. CHUBB, ESQ.
Nevada Bar # 176
LOUIS M. BUBALA III, ESQ.
Nevada Bar # 8974
JONES VARGAS
100 W. Liberty St, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone:  (775) 786-5000
Fax:  775-786-1177
Email: jlc@jonesvargas.com
          tbw@jonesvargas.com
          lbubala@jonesvargas.com

Attorneys for Robert J. Kehl, Ruth Ann Kehl, Daniel J. Kehl, Kehl Development, Kevin Kehl, Kevin Kehl for Susan L. Kehl, Kevin Kehl for Andrew Kehl, Warren Hoffman Family Investments,LP, Judy A. Bonnet, Robert A. Kehl and Tina M. Kehl, Krystina L. Kehl, Christina M. Kehl, Kevin McKee, Cynthia Winter, Charles B. Anderson Trust, Rita P. Anderson Trust, Baltes Company, and Mojave Canyon Inc.

*Electronically Filed on July 30, 2007*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, Debtor. | Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, Debtor. | Chapter    11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, Debtor. | |
| USA SECURITIES, LLC, Debtor. | **WITHDRAWAL OF JOINDER IN AMENDED OPPOSITION OF LENDERS PROTECTION GROUP TO APPLICATION FOR ENTRY OF ORDER ALLOWING AND APPROVING COMPENSATION, EXPENSES AND SUCCESS FEE TO MESIROW FINANCIAL INTERIM MANAGEMENT, LLC** |
| Affects:<br>☐ All Debtors<br>■ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Hearing Date:    June 22, 2007<br>Hearing Time:     9:30 a.m. |

H:\Fs1Wp51\Direct Lenders\Kehl Family 500953.5\Pleadings\Withdrawal of Joinder - Opposition 1 to Mesirow's Fees.doc

-1-

-2-

1  Direct Lenders Robert J. Kehl, Ruth Ann Kehl, Daniel J. Kehl, Kehl Development, Kevin
2  Kehl, Kevin Kehl for Susan L. Kehl, Kevin Kehl for Andrew Kehl, Warren Hoffman Family
3  Investments, LP, Judy A. Bonnet, Robert A. Kehl and Tina M. Kehl, Krystina L. Kehl, Christina
4  M. Kehl, Kevin McKee, Cynthia Winter, Charles B. Anderson Trust, Rita P. Anderson Trust,
5  Baltes Company, and Mojave Canyon Inc., by and through their counsel, Janet L. Chubb, Esq.,
6  and Louis M. Bubala III, Esq., of Jones Vargas, hereby withdraw their Joinder in Lenders
7  Protection Group's Amended Opposition to Application for Entry of Order Allowing and
8  Approving Compensation, Expenses and Success Fee to Mesirow Financial Interim Management,
9  LLC, filed on June 5, 2007.

10  DATED this 30th day of July, 2007.

JONES VARGAS

By:    //s// Louis M. Bubalal III
       JANET L. CHUBB
       LOUIS M. BUBALA III

Attorneys for Robert J. Kehl, Ruth Ann Kehl, Daniel J. Kehl, Kehl Development, Kevin Kehl, Kevin Kehl for Susan L. Kehl, Kevin Kehl for Andrew Kehl, Warren Hoffman Family Investments, LP, Judy A. Bonnet, Robert A. Kehl and Tina M. Kehl, Krystina L. Kehl, Christina M. Kehl, Kevin McKee, Cynthia Winter, Charles B. Anderson Trust, Rita P. Anderson Trust, Baltes Company, and Mojave Canyon Inc.

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177

H:\Fs1Wp51\Direct Lenders\Kehl Family 500953.5\Pleadings\Withdrawal of Joinder - Opposition 1 to Mesirow's Fees.doc

# CERTIFICATE OF SERVICE

1. On July 30, 2007, I served the following document(s):

**WITHDRAWAL OF JOINDER IN AMENDED OPPOSITION OF
LENDERS PROTECTION GROUP
TO APPLICATION FOR ENTRY OF ORDER ALLOWING AND APPROVING
COMPENSATION, EXPENSES AND SUCCESS FEE
TO MESIROW FINANCIAL INTERIM MANAGEMENT, LLC**

2. I served the above-named document(s) by the following means to the persons as listed below:

■ a. **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

- MICHELLE L. ABRAMS    mabrams@mabramslaw.com
- FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com
- NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;ecf@parsonsbehle.com
- FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov
- OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com
- KERIANN M. ATENCIO    ATENCIOK@GTLAW.COM
- PETER C. BERNHARD    peter.bernhard@bullivant.com, michelle.diegel@bullivant.com
- BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com;mjohn@bmcgroup.com
- GEORGANNE W. BRADLEY    georganne.bradley@bullivant.com, mary.opatrny@bullivant.com
- KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com
- THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com
- ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com
- LOUIS M. BUBALA    lbubala@jonesvargas.com, tbw@jonesvargas.com;aanthony@jonesvargas.com
- MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com;jrammos@callister-reynolds.com
- CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com
- ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com
- MICHAEL W. CHEN    yvette@ccfirm.com
- KEVIN B. CHRISTENSEN    kbchrislaw@aol.com
- JANET L. CHUBB    tbw@jonesvargas.com
- EDWARD S. COLEMAN    mail@coleman4law.com
- WILLIAM D COPE    cope_guerra@yahoo.com

H:\Fs1Wp51\Direct Lenders\Kehl Family 500953.5\Pleadings\Withdrawal of Joinder - Opposition 1 to Mesirow's Fees.doc

- LAUREL E. DAVIS    ldavis@fclaw.com, mhurtado@fclaw.com
- THOMAS W. DAVIS    tdavis@hwmlvlaw.com, wendim@hwmlvlaw.com
- DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com
- J CRAIG DEMETRAS    JCD@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras-oneill.com
- RICHARD I. DREITZER    rdreitzer@yahoo.com
- THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM
- ARLEY D FINLEY    TFINLEY@DIAMONDMCCARTHY.COM
- SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com
- GREGORY E GARMAN    bankruptcynotices@gordonsilver.com
- DOUGLAS D. GERRARD    DGERRARD@GERRARD-COX.COM, ekaymedellin@gerrard-cox.com
- WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com
- CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov
- GERALD M GORDON    bankruptcynotices@gordonsilver.com
- R. VAUGHN GOURLEY    vgourley@lvcm.com
- TALITHA B. GRAY    bankruptcynotices@gordonsilver.com
- JAMES D. GREENE    bknotice@bhfs.com
- MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com
- PETER W. GUYON    pguyon@yahoo.com
- JEFFREY R. HALL    jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com
- XANNA R. HARDMAN    xanna.hardman@gmail.com
- STEPHEN R HARRIS    noticesbh&p@renolaw.biz
- JEFFREY L HARTMAN    notices@bankruptcyreno.com, dle@bankruptcyreno.com
- BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com
- RICHARD F. HOLLEY    rholley@nevadafirm.com, paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com
- RANDOLPH L. HOWARD    rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com
- DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net
- JASON A. IMES    bkfilings@s-mlaw.com
- CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com
- EVAN L. JAMES    ejameslv@embarqmail.com, kbchrislaw@aol.com
- ANNETTE W JARVIS    ajarvis@rqn.com
- ERIN E. JONES    ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com;sloden@diamondmccarthy.com
- TY E. KEHOE    TyKehoeLaw@aol.com
- ROBERT R. KINAS    rkinas@swlaw.com, jmcbee@swlaw.com;jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring.com
- DEAN T. KIRBY    dkirby@kirbymac.com, jhebert@kirbymac.com;lackerman@kirbymac.com
- ZACHARIAH LARSON    ecf@lslawnv.com

H:\Fs1Wp51\Direct Lenders\Kehl Family 500953.5\Pleadings\Withdrawal of Joinder - Opposition 1 to Mesirow's Fees.doc

- JOHN J. LAXAGUE    jlaxague@caneclark.com
- GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net
- NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com
- ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net
- TYSON M. LOMAZOW    tlomazow@milbank.com
- ANNE M. LORADITCH    ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com
- ERIC D MADDEN    emadden@diamondmccarthy.com, jsickels@diamondmccarthy.com
- PATRICIA A. MARR    lvlaw03@yahoo.com
- JAMES C. MCCARROLL    , dturetsky@reedsmith.com;aleonard@reedsmith.com
- REGINA M. MCCONNELL    rmcconnell@kssattorneys.com
- WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com
- RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com
- JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com
- JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com
- SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;ltreadway@sheacarlyon.com;mleavitt@sheacarlyon.com
- DAVID MINCIN    mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com
- JOHN F MURTHA    jmurtha@woodburnandwedge.com
- ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com;erin@rlbolick.com
- VICTORIA L NELSON    bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com
- BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com
- DONNA M. OSBORN    ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com
- CHRISTINE M PAJAK    cpajak@stutman.com, ekarasik@stutman.com
- ANDREW M. PARLEN    aparlen@stutman.com
- DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com
- PAUL C RAY    info@johnpeterlee.com
- THOMAS RICE    trice@coxsmith.com, ggattis@coxsmith.com
- GORDON C. RICHARDS    gcrclarkandrichards@earthlink.net, sebclarkandrichards@earthlink.net
- CHRISTINE A ROBERTS    bankruptcy@rocgd.com
- STACY M. ROCHELEAU    stacy@arlawgroup.com, wendy@arlawgroup.com
- SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com
- LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

H:\Fs1Wp51\Direct Lenders\Kehl Family 500953.5\Pleadings\Withdrawal of Joinder - Opposition 1 to Mesirow's Fees.doc

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000  Fax: (775) 786-1177

- BRIAN D. SHAPIRO    ecf@brianshapirolaw.com, tiffany@brianshapirolaw.com;brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com
- JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;jshea@sheacarlyon.com
- SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;mleavitt@sheacarlyon.com
- AMBRISH S. SIDHU    ecfnotices@sidhulawfirm.com
- JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com
- ALAN R SMITH    mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com
- ADAM M. STARR    starra@gtlaw.com
- DAVID A. STEPHENS    dstephens@lvcm.com
- PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com
- ERIC W. SWANIS    swanise@gtlaw.com, barberc@gtlaw.com;lengemannc@gtlaw.com
- JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com
- KAARAN E. THOMAS    kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com
- ROLLIN G. THORLEY    rollin.g.thorley@irscounsel.treas.gov
- AMY N. TIRRE    , lmccarron@kkbrf.com
- AMY N. TIRRE    atirre@kkbrf.com, lmccarron@kkbrf.com
- U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov
- ERIC VAN    bankruptcynotices@gordonsilver.com
- GREGORY J. WALCH    GWalch@Nevadafirm.com
- RUSSELL S. WALKER    rwalker@wklawpc.com, eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com;rrazo@wklawpc.com;tgrover@wklawpc.com
- WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com
- GREGORY L. WILDE    bk@wildelaw.com
- RYAN J. WORKS    rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com;dsampson@mcdonaldcarano.com;aguenther@mcdonaldcarano.com;hvenglik@mcdonaldcarano.com
- WILLIAM J. WRAY    rh@oreillylawgroup.com, rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com
- MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com
- ANTHONY A. ZMAILA    azmaila@nevadafirm.com, bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

❾ b.    **United States mail, postage fully prepaid** (list persons and addresses):

❾ c.    **Personal Service** (list persons and addresses):
I personally delivered the document(s) to the persons at these addresses:

H:\Fs1Wp51\Direct Lenders\Kehl Family 500953.5\Pleadings\Withdrawal of Joinder - Opposition 1 to Mesirow's Fees.doc

-6-

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177

❡ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

❡ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

❡ d.   **By direct email (as opposed to through the ECF System**) (list persons and email addresses):

Geoffrey L. Berman (USA CM Trustee)
Development Specialists, Inc.
gberman@dsi.biz

Allan B. Diamond, Esq.
Diamond McCarthy Taylor Finley & Lee, LLP
adiamond@diamondmccarthy.com

Michael Tucker
FTI Consulting
Michael.tucker@fticonsulting.com

Robert P. Goe, Esq.
Goe & Forsythe
rgoe@goeforlaw.com

Susan M. Freeman, Esq.
Lewis and Roca LLP
SFreeman@LRLaw.com

Richard W. Esterkin, Esq.
Asa S. Hami, Esq.
Morga, Lewis & Bockius LLP
resterkin@morganlewis.com
ahami@morganlewis.com

Jeffrey D. Hermann, Esq.
Marc A. Levinson, Esq.
Orrick, Herrington & Sutcliffe LLP
jhermann@orrick.com
malevinson@orrick.com

William J. Ovca, Jr., Trustee
Ovca Associates, Inc.
N1GL@aol.com

Eve Karasik, Esq.
Stutman, Treister & Glatt, PC
ekarasik@stutman.com

H:\Fs1Wp51\Direct Lenders\Kehl Family 500953.5\Pleadings\Withdrawal of Joinder - Opposition 1 to Mesirow's Fees.doc

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

❾ e.    **By fax transmission** (list persons and fax numbers):

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

❾ f.    **By messenger**:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed blow and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service).

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 30th day of June, 2007.

| _____Tawney Waldo_____ | _____//s// Tawney Waldo_____ |
| Name | Signature |

H:\Fs1Wp51\Direct Lenders\Kehl Family 500953.5\Pleadings\Withdrawal of Joinder - Opposition 1 to Mesirow's Fees.doc