LEWIS
AND
ROCA
LLP
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

40 North Central Avenue
Phoenix, Arizona 85004

Susan M. Freeman, AZ State Bar No. 004199
E-mail: sfreeman@lrlaw.com
Rob Charles, NV State Bar No. 006593
E-mail: rcharles@lrlaw.com
John Hinderaker, AZ State Bar No. 018024
E-mail: jhinderaker@lrlaw.com
Attorneys for the USACM Liquidating Trust

E-Filed on 7/30/07

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br><br>　　　　　　　　　　　　Debtors.<br><br>Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725-LBR<br><br>**Notice to Emil & Anna Reynolds of the USACM Liquidating Trust's Objection to Claim(s) and Motion For Summary Judgment Regarding Same Claims** |

**NOTICE IS HEREBY GIVEN** to Emil & Anna Reynolds that on July 30, 2007, the USACM Liquidating Trust ("USACM") filed an objection to Claim No(s). 10725-02529 (the "Objection") and a Motion for Summary Judgment (the "Motion") on those

1  same claim(s). Along with this notice, USACM is serving Emil & Anna Reynolds with a
2  copy of both the Objection and the Motion.

3  Emil & Anna Reynolds filed Proof of Claim No(s). 10725-02529, which asserted
4  secured claim(s) against USA Commercial Mortgage Company. The Objection and the
5  Motion dispute the assertion of secured claim status and ask the Court to reclassify your
6  claim(s) as a general unsecured claim. This is not an objection to your claim as a direct
7  lender or to the security interest you as a direct lender have in your borrowers' property as
8  collateral. Rather, the Objection and the Motion argue that your claim(s) are not secured
9  by property of the bankruptcy estate.

10  **PLEASE DO NOT CONTACT THE CLERK OF THE COURT OF THE
11  BANKRUPTCY COURT TO DISCUSS THE MERITS OF YOUR CLAIM.
12  QUESTIONS REGARDING THE AMOUNT OF A CLAIM OR THE FILING OF A
13  CLAIM SHOULD BE DIRECTED TO BMC GROUP AT 888-909-0100,
14  WWW.BMCGROUP.COM/USACMC, OR TO UNDERSIGNED COUNSEL.**

15  **NOTICE IS FURTHER GIVEN** that any opposition to the Objection/Motion
16  must be filed pursuant to Local Rule 9014(d)(1). If you do not want the Court to grant the
17  relief sought in the Objection/Motion, or if you want to explain why you believe your
18  claim(s) are secured claim(s) or otherwise want the Court to consider your views on the
19  Objection/Motion, then you must file an opposition to the Motion with the Court, and
20  serve a copy on the USACM Liquidating Trust **NO LATER THAN AUGUST 17, 2007**.
21  The opposition must state your position, set forth all relevant facts and legal authority,
22  provide relevant documents that support your claim to secured status, and be supported by
23  affidavits or declarations that conform to Local Rule 9014(c).

24  If you object to the relief requested in the Objection/Motion, you *must* file a
25  **WRITTEN** response to this pleading with the Court. You *must* also serve your
26  written response to the person who sent you this notice.
27  If you do not file a written response with the Court, or if you do not serve your
28  written response on the person who sent you this notice, then:

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

-2-

1853812.1

- The Court may *refuse to allow you to speak* at the scheduled hearing; and
- The Court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on the Objection/Motion will be held before a United States Bankruptcy Judge, Courtroom No. 1, Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101 on **October 15, 2007** at the hour of **9:30 a.m**. The hearing may be continued from time to time with notice to parties appearing.

Dated July 30, 2007.

**LEWIS AND ROCA LLP**

By /s/ RC (#6593)
 Susan M. Freeman, AZ 4199 (*pro hac vice*)
 Rob Charles, NV 6593
 John C. Hinderaker, AZ 18024 (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8320
Facsimile: (702) 949-8321
E-mail: rcharles@lrlaw.com
*Attorneys for the USACM Liquidating Trust*