**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

40 North Central Avenue
Phoenix, Arizona 85004

Susan M. Freeman, AZ State Bar No. 004199

E-mail: sfreeman@lrlaw.com
Rob Charles, NV State Bar No. 006593
E-mail: rcharles@lrlaw.com
John Hinderaker, AZ State Bar No. 018024
E-mail: jhindera@lrlaw.com

Attorneys for the USACM Liquidating Trust

E-Filed on 7/30/07

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br><br>                                Debtors.<br><br>Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725-LBR<br><br>**Notice to James E. McKnight of Motion For Summary Judgment Regarding Claim No(s). 10725-00723-1, as amended by 10725-00723-2, 10725-00751, 10725-01683-1, as amended by 10725-01683-2, as amended by 10725-01683-3, and 10725-01684** |

**NOTICE IS HEREBY GIVEN** to James E. McKnight that on July 30, 2007, the USACM Liquidating Trust ("USACM") filed a Motion for Summary Judgment related to Claim No(s). 10725-00723-1, as amended by 10725-00723-2, 10725-00751, 10725-01683-1, as amended by 10725-01683-2, as amended by 10725-01683-3, and 10725-01684 (the

1  "Motion").  Along with this notice, USACM is serving James E. McKnight with a copy of
2  the Motion.
3        James E. McKnight asserted secured claim(s) against USA Commercial Mortgage
4  Company.  The Motion disputes your assertion of secured claim status and asks the Court
5  to reclassify your claim(s) as a general unsecured claim(s).  This is not an objection to your
6  claim as a direct lender or to the security interest you as a direct lender may have in your
7  borrowers' property as collateral.  Rather, the Motion argues that your claim(s) are not
8  secured by property of the bankruptcy estate.
9        **NOTICE IS FURTHER GIVEN** that any opposition to the Objection/Motion
10 must be filed pursuant to Local Rule 9014(d)(1).  **PLEASE DO NOT CONTACT THE**
11 **CLERK OF THE COURT OF THE BANKRUPTCY COURT TO DISCUSS THE**
12 **MERITS OF YOUR CLAIM.**  If you do not want the Court to grant the relief sought in
13 the Objection/Motion, or if you want to explain why you believe your claim(s) are secured
14 claim(s) or otherwise want the Court to consider your views on the Objection/Motion, then
15 you must file an opposition to the Motion with the Court, and serve a copy on the USACM
16 Liquidating Trust ***NO LATER THAN AUGUST 17, 2007***.  The opposition must state your
17 position, set forth all relevant facts and legal authority, provide relevant documents that
18 support your claim to secured status, and be supported by affidavits or declarations that
19 conform to Local Rule 9014(c).

20 If you object to the relief requested in the Objection/Motion, you *must* file a
21 **WRITTEN** response to this pleading with the Court.  You *must* also serve your
22 written response to the person who sent you this notice.
23 If you do not file a written response with the Court, or if you do not serve your
24 written response on the person who sent you this notice, then:
25 •    The Court may *refuse to allow you to speak* at the scheduled hearing; and
26 •    The Court may *rule against you* without formally calling the matter at the
27     hearing.
28

**NOTICE IS FURTHER GIVEN** that the hearing on the Objection/Motion will be held before a United States Bankruptcy Judge, Courtroom No. 1, Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101 on **October 15, 2007** at the hour of **9:30 a.m**. The hearing may be continued from time to time with notice to the appearing parties.

Dated July 30, 2007.

LEWIS AND ROCA LLP

By /s/ RC (#6593)
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
John C. Hinderaker, AZ 18024 (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169
Telephone:  (702) 949-8320
Facsimile:   (702) 949-8321
E-mail: rcharles@lrlaw.com
*Attorneys for the USACM Liquidating Trust*