LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

1

2    3993 Howard Hughes Parkway, Suite 600
     Las Vegas, Nevada  89169
3    Telephone:  (702) 949-8320
     Facsimile:   (702) 949-8321

4    40 North Central Avenue
     Phoenix, Arizona  85004

5    Susan M. Freeman, AZ State Bar No.
     004199

6    E-mail:  sfreeman@lrlaw.com
     Rob Charles, NV State Bar No. 006593
     E-mail:  rcharles@lrlaw.com
7    John Hinderaker, AZ State Bar No. 018024
     E-mail:  jhindera@lrlaw.com

8    Attorneys for the USACM Liquidating Trust

| E-Filed on 7/30/07 |

9                UNITED STATES BANKRUPTCY COURT

10                    DISTRICT OF NEVADA

11   In re:                                    Case No. BK-S-06-10725-LBR
                                               Case No. BK-S-06-10726-LBR
12   USA COMMERCIAL MORTGAGE                   Case No. BK-S-06-10727-LBR
     COMPANY,                                  Case No. BK-S-06-10728-LBR
13                                             Case No. BK-S-06-10729-LBR

14   USA CAPITAL REALTY ADVISORS,             CHAPTER 11
     LLC,

15   USA CAPITAL DIVERSIFIED TRUST            Jointly Administered Under Case No.
     DEED FUND, LLC,                          BK-S-06-10725-LBR
16

17   USA CAPITAL FIRST TRUST DEED            **Notice to Wanda Wright of Motion**
     FUND, LLC,                               **For Summary Judgment Regarding**
                                              **Claim No(s). 10725-00501**
18   USA SECURITIES, LLC,

19                           Debtors.

20   Affects:
       ☐  All Debtors
21     ☒  USA Commercial Mortgage Company
       ☐  USA Capital Realty Advisors, LLC
22     ☐  USA Capital Diversified Trust Deed Fund, LLC
       ☐  USA Capital First Trust Deed Fund, LLC
23     ☐  USA Securities, LLC

24

25        **NOTICE IS HEREBY GIVEN** to Wanda Wright that on July 30, 2007, the

26   USACM Liquidating Trust ("USACM") filed a Motion for Summary Judgment related to

27   Claim No(s). 10725-00501 (the "Motion").  Along with this notice, USACM is serving

28   Wanda Wright with a copy of the Motion.

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89169

1853865.1

1    Wanda Wright asserted secured claim(s) against USA Commercial Mortgage

2    Company.  The Motion disputes your assertion of secured claim status and asks the Court

3    to reclassify your claim(s) as a general unsecured claim(s).  This is not an objection to your

4    claim as a direct lender or to the security interest you as a direct lender may have in your

5    borrowers' property as collateral.  Rather, the Motion argues that your claim(s) are not

6    secured by property of the bankruptcy estate.

7        **NOTICE IS FURTHER GIVEN** that any opposition to the Objection/Motion

8    must be filed pursuant to Local Rule 9014(d)(1).  **PLEASE DO NOT CONTACT THE**

9    **CLERK OF THE COURT OF THE BANKRUPTCY COURT TO DISCUSS THE**

10   **MERITS OF YOUR CLAIM.**  If you do not want the Court to grant the relief sought in

11   the Objection/Motion, or if you want to explain why you believe your claim(s) are secured

12   claim(s) or otherwise want the Court to consider your views on the Objection/Motion, then

13   you must file an opposition to the Motion with the Court, and serve a copy on the USACM

14   Liquidating Trust ***NO LATER THAN AUGUST 17, 2007***.  The opposition must state your

15   position, set forth all relevant facts and legal authority, provide relevant documents that

16   support your claim to secured status, and be supported by affidavits or declarations that

17   conform to Local Rule 9014(c).

18   | If you object to the relief requested in the Objection/Motion, you *must* file a |
19   | **WRITTEN** response to this pleading with the Court.  You *must* also serve your |
20   | written response to the person who sent you this notice. |
21   | If you do not file a written response with the Court, or if you do not serve your |
22   | written response on the person who sent you this notice, then: |
23   | •     The Court may *refuse to allow you to speak* at the scheduled hearing; and |
24   | •     The Court may *rule against you* without formally calling the matter at the |
25   |     hearing. |

26       **NOTICE IS FURTHER GIVEN** that the hearing on the Objection/Motion will be

27   held before a United States Bankruptcy Judge,  Courtroom No. 1,  Foley Federal Building,

28   300 Las Vegas Boulevard South, Las Vegas, Nevada 89101 on  **October 15, 2007** at the

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89169

1853865.1

1    hour of **9:30 a.m**.  The hearing may be continued from time to time with notice to the

2    appearing parties.

3             Dated July 30, 2007.

4                                          LEWIS AND ROCA LLP

5

6                                          By  /s/  RC (#6593)
                                            Susan M. Freeman, AZ 4199 (*pro hac vice*)
7                                            Rob Charles, NV 6593
                                            John C. Hinderaker, AZ 18024 (*pro hac vice*)
8                                          3993 Howard Hughes Parkway, Suite 600
                                          Las Vegas, Nevada  89169
9                                          Telephone:  (702) 949-8320
                                          Facsimile:   (702) 949-8321
10                                         E-mail:  rcharles@lrlaw.com
                                          *Attorneys for the USACM Liquidating Trust*
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada  89169

1853865.1