**Entered on Docket**
**July 31, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, NV Bar No. 0399
Jeanette E. McPherson, NV Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                          Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING USA CAPITAL REALTY ADVISORS, LLC'S OBJECTION TO CERTAIN SCHEDULED CLAIMS**<br><br>(Affects USA Capital Realty Advisors, LLC)<br><br>Date: July 27, 2007<br>Time: 9:30 a.m. |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                          Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                          Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                          Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                                                          Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☒ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

USA Capital Realty Advisors, LLC's Objection to Certain Scheduled Claims having come before this Court on July 27, 2007 at 9:30 a.m., Jeanette E. McPherson of Schwartzer & McPherson Law Firm appearing on behalf of USA Capital Realty Advisors, LLC, and the Court having reviewed the pleadings on file and finding that the proper notice was given and that there was no opposition or response, it is hereby

**ORDERED** that USA Capital Realty Advisors, LLC's Objection to Certain Scheduled Claims is sustained and the scheduled claims of Beadle McBride in the amount of $13,324.00, Kummer Kaempher Bonner Renshaw & Ferrario in the amount of $55,890.65, and Santoro Driggs et al. in the amount of $684.08 are disallowed in full.

Submitted by:

*[signature]*
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146
    and
Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

*In accordance with LR 9021, counsel submitting this document certifies as follows (check one):*

___ *The court has waived the requirement of approval under LR 9021.*

_X_ *No parties appeared regarding the Objection or filed written objections, and there is no trustee appointed in the case.*

___ *I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:*

# # #