**Entered on Docket
July 31, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

Richard F. Holley, Esq. (NV Bar No. 3077)
Victoria L. Nelson, Esq. (NV Bar No. 5436)
Ogonna M. Atamoh, Esq. (NV Bar No. 7589)
SANTORO, DRIGGS, WALCH,
KEARNEY, HOLLEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308
Facsimile:    702/791-1912
Email: rholley@nevadafirm.com

*Attorneys for Del and Ernestine Bunch*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                              Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                              Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                              Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                              Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>                              Debtor.<br>Affects:<br>☐   All Debtors<br>☒   USA Commercial Mortgage Company<br>☐   USA Securities, LLC<br>☐   USA Capital Realty Advisors, LLC<br>☐   USA Capital Diversified Trust Deed Fund, LLC<br>☐   USA First Trust Deed Fund, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>Chapter 11<br><br>**Jointly Administered under<br>Case No. BK-S-06-10725-LBR**<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL TO DEL AND ERNESTINE BUNCH**<br><br>Date of Hearing:   07/27/2007<br>Time of Hearing:   9:30 a.m.<br><br>Judge:   Hon. Linda B. Riegle |

06725-01/188735.doc

This matter having come before the Court on the Motion to Withdraw as Counsel to Del and Ernestine Bunch ("Motion to Withdraw") filed on July 6, 2007 [Dkt. No. 4135] by Santoro, Driggs, Walch, Kearney, Johnson & Thompson (the "Santoro Firm"). Richard F. Holley, Esq. appeared on behalf of the Santoro Firm, and other appearances as noted on the record.

The Court reviewed the filed pleadings and papers and considered the oral argument of counsel. No opposition having been filed and based upon the findings of fact and conclusion of law placed on the record at the hearing and incorporated herein pursuant to Rule 7052 of the Federal Rules of Bankruptcy Procedure and good cause appearing, it is hereby

**ORDERED** that the Motion to Withdraw is granted.

**IT IS FURTHER ORDERED** that all future notices shall be mailed to Del and Ernestine Bunch as follows:

> Del and Ernestine Bunch
> 1909 Red Robin Court
> Las Vegas, Nevada 89134

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED BY:

SANTORO, DRIGGS, WALCH,
KEARNEY, HOLLEY & THOMPSON

_____
Richard F. Holley, Esq. (NV Bar No. 3077)
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

[06725-01/188735.doc]

- 2 -

**RULE 9021 CERTIFICATE**

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and each has:

☐ approved the form of this order:
☐ waived the right to review the order and/or
☐ failed to file and serve papers in accordance with LR 9021(c)

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of this order:

☒ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

SANTORO, DRIGGS, WALCH,
KEARNEY, HOLLEY & THOMPSON

_/s/ Richard F. Holley_
Richard F. Holley, Esq.
Nevada Bar No. 3077
400 South Street, Third Floor
Las Vegas, Nevada  89101

###

[06725-01/188735.doc]

- 3 -