**Entered on Docket**
**July 31, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

_____

| | |
|---|---|
| Annette W. Jarvis, Utah Bar No. 1649 | Lenard E. Schwartzer, Nevada Bar No. 0399 |
| Steven C. Strong, Utah Bar No. 6340 | Jeanette E. McPherson, Nevada Bar No. 5423 |
| RAY QUINNEY & NEBEKER P.C. | SCHWARTZER & MCPHERSON LAW FIRM |
| 36 South State Street, Suite 1400 | 2850 South Jones Boulevard, Suite 1 |
| P.O. Box 45385 | Las Vegas, Nevada 89146-5308 |
| Salt Lake City, Utah 84145-0385 | Telephone: (702) 228-7590 |
| Telephone: (801) 532-1500 | Facsimile: (702) 892-0122 |
| Facsimile: (801) 532-7543 | E-Mail: bkfilings@s-mlaw.com |
| Email: ajarvis@rqn.com | |

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                      Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                      Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                      Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                      Debtor. | **ORDER GRANTING THE FIRST AND FINAL APPLICATION FOR AWARD OF PROFESSIONAL FEES OF KPMG LLP FOR THE PERIOD THROUGH MARCH 12, 2007, AS MODIFIED** |
| In re:<br>USA SECURITIES, LLC,<br>                                                      Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | **Date: June 22, 2007**<br>**Time: 9:30 a.m.** |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

The Court, having considered the First and Final Application for Award of Professional Fees of KPMG LLP for the Period Through March 12, 2007 (the "Application"), and the supplement thereto (the "Supplement") filed by KPMG LLP; having reviewed the pleadings, papers, and records on file in this matter; and having considered the arguments of counsel hereby finds that:

1. it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. §§ 157 and 1334;

2. this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2);

3. notice of the Application was appropriate under the circumstances;

4. all objections to the Application, if any, have been considered and either overruled or otherwise resolved; and

5. upon the record herein after due deliberation thereon, it appearing that good and sufficient cause exists for the granting of the relief as set forth herein

**IT IS HEREBY ORDERED** that:

1. The Application, as modified by the supplement, is granted.

2. KPMG is hereby allowed $86,374.00 as final compensation for services rendered for the period through March 12, 2007.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

3. The Debtors are hereby authorized and directed to pay forthwith to KPMG the unpaid balance of KPMG's fees.

Submitted by:

RAY QUINNEY & NEBEKER P.C. and
SCHWARTZER & McPHERSON LAW FIRM

By: /s/
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146
*Attorneys for Debtors*

(Approved) Disapproved by:

OFFICE OF THE U.S. TRUSTEE

By: /s/
August B. Landis, Esq.
300 Las Vegas Blvd. South
Suite 4300
Las Vegas, NV 89101

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

__X__ The court has waived the requirement of approval under LR 9021.

____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

### #