RECEIVED & FILED

JUL 30  3 54 PM '07

BANKRUPTCY COURT
PATRICIA GRAY
CLERK

July 31, 2007

Bankruptcy Clerk's Office
300 Las Vegas Blvd., South
Las Vegas, NV  89101

To Whom It May Concern:

Please accept this letter as my request to change my address of record.  Some of the cases for reference are:  BK-S-06-10725 LBR
BK-S-06-10726 LBR
BK-S-06-10727 LBR
BK-S-06-10728 LBR
BK-S-06-10729 LBR and
BK-S-07-11821 LBR

Please change my address from 4484 S. Pecos Road, Las Vegas, NV  89121 to my home address which is 47 Nightshade Court, Henderson, NV  89074.

Thank you for your attention to this matter.

Sincerely,

Thomas A. Hantges

Date: