GORDON & SILVER, LTD.
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail: gmg@gordonsilver.com
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: geg@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666
Attorneys for the Official Committee
of Holders of Executory Contract Rights through
USA Commercial Mortgage Company

E-Filed On July 31, 2007

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                    Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>                    Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>                    Debtor. | CERTIFICATE OF SERVICE OF NOTICE OF ENTRY OF ORDER APPROVING SECOND AND FINAL APPLICATION OF OFFICIAL COMMITTEE OF HOLDERS OF EXECUTORY CONTRACT RIGHTS THROUGH USA COMMERCIAL MORTGAGE COMPANY FOR REIMBURSEMENT OF EXPENSES OF COMMITTEE MEMBERS |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>                    Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br><br>                    Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date: June 22, 2007<br>Time: 9:30 a.m. |

100933-001/494183.doc

GORDON & SILVER, LTD.
ATTORNEYS AT LAW
NINTH FLOOR
3960 HOWARD HUGHES PKWY
LAS VEGAS, NEVADA 89169
(702) 796-5555

1. On July 31, 2007 I served the foregoing document by the following means to the persons as listed below:

☒ a. Via ECF System to the persons listed on the attached ECF confirmation sheet.

☒ b. Via United States Mail, postage fully prepaid to the persons listed on the attached mailing matrix.

☒ c. By direct email to: Stan Wolken at bayareastan@yahoo.com

I declare under penalty of perjury that these facts are true to the best of my knowledge and belief.

DATED this 31st day of July, 2007.

*Emma Tonkovich*
Emma Tonkovich, an employee of
Gordon & Silver, Ltd.

Gordon & Silver, Ltd.
Attorneys At Law
Ninth Floor
3960 Howard Hughes Pkwy
Las Vegas, Nevada 89169
(702) 796-5555

100933-001/494183.doc

2

## File a Notice:

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from GARMAN, GREGORY E entered on 7/31/2007 at 9:48 AM PDT and filed on 7/31/2007
**Case Name:**    USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**    06-10725-lbr
**Document Number:** 4390

**Docket Text:**
Notice of Entry of Order Filed by GREGORY E GARMAN on behalf of OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT RIGHTS THRU USA COMMERCIAL MTG CO (Related document(s)[4305] Order on Application for Compensation, ) (GARMAN, GREGORY)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\etonkovich\Desktop\NOE of Order Approving 2nd and Final Fee App of Committee Members.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=7/31/2007] [FileNumber=8409685-0]
[a25a7b42b1093dbc3e69e727cf05535044bd0ada17b87394a4e401a1979897e100f2
6ad59ae651d00fec7d20f62db2a1c2636aa52e65f9304e21b164e599c80b]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M. ATENCIO    ATENCIOK@GTLAW.COM

PETER C. BERNHARD    peter.bernhard@bullivant.com, michelle.diegel@bullivant.com

BMC GROUP, INC.    evrato@bmcgroup.com,

ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com;mjohn@bmcgroup.com

GEORGANNE W. BRADLEY    georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA    lbubala@jonesvargas.com, tbw@jonesvargas.com;aanthony@jonesvargas.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com;jrammos@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com

JANET L. CHUBB    tbw@jonesvargas.com

EDWARD S. COLEMAN    mail@coleman4law.com

WILLIAM D COPE    cope_guerra@yahoo.com

LAUREL E. DAVIS    ldavis@fclaw.com, mhurtado@fclaw.com

THOMAS W. DAVIS    tdavis@hwmlvlaw.com, wendim@hwmlvlaw.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com

J CRAIG DEMETRAS    JCD@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras-oneill.com

RICHARD I. DREITZER    rdreitzer@yahoo.com

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

ARLEY D FINLEY    TFINLEY@DIAMONDMCCARTHY.COM

SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

DOUGLAS D. GERRARD    DGERRARD@GERRARD-COX.COM, ekaymedellin@gerrard-cox.com

WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov

GERALD M GORDON    bankruptcynotices@gordonsilver.com

R. VAUGHN GOURLEY    vgourley@lvcm.com

TALITHA B. GRAY    bankruptcynotices@gordonsilver.com

JAMES D. GREENE    bknotice@bhfs.com

MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com;angelenal@goldguylaw.com

PETER W. GUYON    pguyon@yahoo.com

JEFFREY R. HALL    jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com

XANNA R. HARDMAN    xanna.hardman@gmail.com

STEPHEN R HARRIS    noticesbh&p@renolaw.biz

JEFFREY L HARTMAN    notices@bankruptcyreno.com, dle@bankruptcyreno.com

BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com

RICHARD F. HOLLEY    rholley@nevadafirm.com, paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com

RANDOLPH L. HOWARD    rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net

JASON A. IMES    bkfilings@s-mlaw.com

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES    ejameslv@embarqmail.com, kbchrislaw@aol.com

ANNETTE W JARVIS    ajarvis@rqn.com

ERIN E. JONES    ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com

TY E. KEHOE    TyKehoeLaw@aol.com

ROBERT R. KINAS    rkinas@swlaw.com, jmcbee@swlaw.com;jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;lvdocket@mindsprin

DEAN T. KIRBY     dkirby@kirbymac.com, jhebert@kirbymac.com;lackerman@kirbymac.com

ZACHARIAH LARSON     ecf@lslawnv.com

JOHN J. LAXAGUE     jlaxague@caneclark.com

GEORGE C LAZAR     glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM     nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME     rlepome@cox.net, smstanton@cox.net

TYSON M. LOMAZOW     tlomazow@milbank.com

ANNE M. LORADITCH     ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com

ERIC D MADDEN     emadden@diamondmccarthy.com, jsickels@diamondmccarthy.com

PATRICIA A. MARR     lvlaw03@yahoo.com

JAMES C. MCCARROLL     , dturetsky@reedsmith.com;aleonard@reedsmith.com

REGINA M. MCCONNELL     rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY     lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT     mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com

JEANETTE E. MCPHERSON     bkfilings@s-mlaw.com;info@s-mlaw.com

JEANETTE E. MCPHERSON     bkfilings@s-mlaw.com;info@s-mlaw.com

SHAWN W MILLER     bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;ltreadway@sheacarlyon.com;mleavitt@sheacarlyon.com

DAVID MINCIN     mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

JOHN F MURTHA     jmurtha@woodburnandwedge.com

ERVEN T. NELSON     erv@rlbolick.com, susan@rlbolick.com;erin@rlbolick.com

VICTORIA L NELSON     bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.co

BOB L. OLSON     ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN     ebaker@marquisaurbach.com,

dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

CHRISTINE M PAJAK    cpajak@stutman.com, ekarasik@stutman.com

ANDREW M. PARLEN    aparlen@stutman.com

DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY    info@johnpeterlee.com

THOMAS RICE    trice@coxsmith.com, ggattis@coxsmith.com

GORDON C. RICHARDS    gcrclarkandrichards@earthlink.net, sebclarkandrichards@earthlink.net

CHRISTINE A ROBERTS    bankruptcy@rocgd.com

STACY M. ROCHELEAU    stacy@arlawgroup.com, wendy@arlawgroup.com

SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

BRIAN D. SHAPIRO    ecf@brianshapirolaw.com,
tiffany@brianshapirolaw.com;brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com

JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com,
ltreadway@sheacarlyon.com;jshea@sheacarlyon.com

SHLOMO S. SHERMAN    ssherman@sheacarlyon.com,
bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;mleavitt@

AMBRISH S. SIDHU    ecfnotices@sidhulawfirm.com

JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

ALAN R SMITH    mail@asmithlaw.com,
turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com

ADAM M. STARR    starra@gtlaw.com

DAVID A. STEPHENS    dstephens@lvcm.com

PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

ERIC W. SWANIS    swanise@gtlaw.com, barberc@gtlaw.com;lengemannc@gtlaw.com

JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com

KAARAN E. THOMAS    kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

ROLLIN G. THORLEY    rollin.g.thorley@irscounsel.treas.gov

AMY N. TIRRE    , lmccarron@kkbrf.com

AMY N. TIRRE    atirre@kkbrf.com, lmccarron@kkbrf.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

ERIC VAN    bankruptcynotices@gordonsilver.com

GREGORY J. WALCH    GWalch@Nevadafirm.com

RUSSELL S. WALKER    rwalker@wklawpc.com, eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com;rrazo@wklawpc.com;tgrover

WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

GREGORY L. WILDE    bk@wildelaw.com

RYAN J. WORKS    rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com;dsampson@mcdonaldcarano.com;aguenther@mcdonaldcarano.com;hve

WILLIAM J. WRAY    rh@oreillylawgroup.com, rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

ANTHONY A. ZMAILA    azmaila@nevadafirm.com, bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

**06-10725-lbr Notice will not be electronically mailed to:**

CELSO ACOSTA
,

ANTHONY G. ADAMS
,

THOMAS J. ALLISON
,

ANDREW K ALPER
6500 WILSHIRE BLVD 17TH FLR
LOS ANGELES, CA 90048

ALVAREZ & MARSAL, LLC
,

ARNOLD R. ALVES
9904 VILLA GRANITO LANE
GRANITE BAY, CA 95746

USA COMMERCIAL MORTGAGE
COMPANY FKA USA CAPITAL
THOMAS J. ALLISON
4484 SOUTH PECOS ROAD
LAS VEGAS, NV 89121

NICHOLAS J. SANTORO
400 SOUTH FOURTH STREET,
3RD FLOOR
LAS VEGAS, NV 89101

PETER BOLINO
17412 SERENE DRIVE
MORGAN HILL, CA 95037

DON TOMLIN
C/O DAVID W. MOUNIER
1536 SKY HIGH RD
ESCONDIDO, CA 92025

RJ ROCCO
12617 COTTAGEVILLE LANE
KELLER, TX 76248

JANNY CATHARINA BROUWER
2533 KINNARD AVENUE
HENDERSON, NV 89074

MARTIN B. WEISS, ESQ.
THE GARRETT GROUP, LLC
ONE BETTERWORLD CIRCLE
SUITE 300
TEMECULA, CA 92590

RUSSELL JAMES ZUARDO
1296 HIGH FOREST AVENUE
LAS VEGAS, NV 89123

SCOTT K. CANEPA, ESQ.
CANEPA, RIEDY & RUBINO
851 S. RAMPART BLVD., #160
LAS VEGAS, NV 89108

BRADLEY J. STEVENS, ESQ.
JENNINGS STROUSS & SALMAN
FOR: LOU O. MALDONADO
201 EAST WASHINGTON STREET
PHOENIX, AZ 85004-2385

WILLIAM E. WINFIELD, ESQ.
NORDMAN CORMANY ET AL
FOR: ANDREW WELCHER
1000 TOWN CENTER DRIVE 6TH FL
OXNARD, CA 93031-9100

SEAN NAJARIAN, ESQ.
THE NAJARIAN LAW FIRM
PO BOX 2668
TOLUCA LAKE, CA 91610

MARYETTA BOWMAN
534 ENCHATED LAKES DRIVE
HENDERSON, NV 89052

MARGIE GANDOLFO
1724 ARROW WOOD DRIVE
RENO, NV 89521

MICHAEL R. SHULER
C/O JAY R. EATON
EATON & O'LEARY, PLLC
115 GROVE AVENUE
PRESCOTT, AZ 86301

ATTILA JEFZENSZKY
1720 COLAVITA WAY
RENO, NV 89521

JOSHYA D. BRYSK, ESQ.
LAW OFFICE /JAMES G. SCHWARTZ
FOR: ROLOFF, OHMS, PARTCH ET AL
7901 STONERIDGE DR., SUITE 401
PLEASANTON, CA 94588

JED A. HART
ANGELO, GORDON & CO.
245 PARK AVE., 26TH FL
NEW YORK, NY 10167

MARC A. LEVINSON, ESQ.
LYNN TRINK ERNCE
ORRICK, HERRINGTON & SUTCLIFFE
400 CAPITAL MALL, #3000
SACRAMENTO, CA 95814

JAMES F. LISOWSKI, SR.
SHELLIE A. FLETT
1771 E. FLAMINGO RD., #115-B
LAS VEGAS, NV 89119

RICHARD MASON, ESQ.
PATRICIA K. SMOOTS, ESQ.
MICHAEL M. SCHMAHL
MCGUIRE WOODS, LLP
77 W. WACKER DR., #4100
CHICAGO, ILL 60601

EDWARD W. HOMFELD
HOMFELD II, LLC
777 SO. FEDERAL HGHWY, #N-409
POMPANO BEACH, FL 33062

DERRICK A. SPATORICO
PHETERSON, STEN, ET AL
THE WILDER BLDG
ONE EAST MAIN ST., #150
ROCHESTER, NY 14614

KERMIT KRUSE
2710 ALBANY AVENUE
DAVIS, CA 95616

PAUL A. & DONNA JACQUES
810 SE 7TH STREET, STE. A-103
DEERFIELD BEACH, FL 33441

GILBER B. WEISMAN, ESQ.
BECKET AND LEE LLP
FOR: AMERICAN EXPRESS BANK FSB
P.O. BOX 3001
MALVERN, PA 19355-0701

BAY COMMUNITIES
C/O CHRIS MCKINNEY
4800 N. FEDERAL HGHWY, #a205
BOCA RATON, FL 33431

HOWARD CONNELL
1001 JENNIS SILVER STREET
LAS VEGAS, NV 89145

KUMMER, KAEMPFER, ETAL
FOR: INTERSHOW
3800 HOWARD HUGHES PKWY, 7TH
LAS VEGAS, NV 89109

EVAN BEAVERS, ESQ.
1625 HIGHWAY 88, #304
MINDEN, NV 89423

VINCE DANELIAN
P. O. BOX 97782
LAS VEGAS, NV 89193

ANDREW DAUSCHER
ELLEN DAUSCHER
P. O. BOX 10031
ZEPHYR COVE, NV 89448

JOSEPH HUGGINS
HUGGINS & ASSOCIATES
1000 N. GREEN VALLEY PKWY, #440-2
HENDERSON, NV 89014

KEHL FAMILY
C/O MR. KEN BONNET
3184 HIGHWAY 22
P. O. BOX 720
RIVERSIDE, IA 52327

ROBERT A. COWMAN
SANDRA L. COWMAN
1525 WINTERWOOD AVE.
SPARKS, NV 89114

MOHAVE CANYON, INC.
ATTN; J.B. PARTAIN, PRES.
1400 COLORADO ST., #C
BOULDER CITY, NV 89005

JERROLD T. MARTN
8423 PACO ROBLES
NORTHRIDGE, CA 91325

FTI CONSULTING, INC.
ATTN: MICHAEL A. TUCKER
ONE RENAISSANCE SQUARE
TWO NO. CENTRAL AVENUE
PHOENIX, AZ 85004

JAMES HULL
C/O SIGNATURE FINANCIAL
2601 AIRPORT DRIVE
TORRANCE, CA 90505

BRECK MILDE, ESQ
60 SO. MARKET ST., #200
SAN JOSE, CA 95113

STEVEN R. ORR
RICHARDS, WATSON & GERSHON
FOR: CITY OF TEMECULA
355 S. GRAND AVE., 40TH FL.
LOS ANGELES, CA 90071-3101

DANIEL D. WHITE, ESQ.
FOR: GATEWAY STONE
26 CORPORATE PLAZA DR. #260
NEWPORT BEACH, CA 92660

GAY A. SHEERIN, ESQ.
177 W. PROCTOR ST., #13
CARSON CITY, NV 89703

MR. ALLEN J. MAULT
2422 AQUASANTA
TUSTON, CA 92782

DR. DAVID R. ENRICO
DR. BONNY K. ENRICO
2072 ALMYRA RD.
SPARTA, TN 38583

MARION E. WYNNE, ESQ.
WILKINS, BANKESTER, BILES ET AL
FOR: SHARON JUNO
P.O. BOX 1367
FAIRHOPE, AL 36533-1367

ALVAREZ & MARSAL
ATTN: MATTHEW E. KVARDA
633 WEST FIFTH ST., #2560
LOS ANGELES, CA 90071

TIM RICH
GEORGE GORMAN, R. HAGMAIER
C/O FINANCIAL WEST GROUP
4510 E. THOUSAND OAKS BLVD.
THOUSAND OAKS, CA 91362

MICHAEL D. WARNER
DAVID T. COHEN
ALEXANDRA P. OLENCZUK
WARNER STEVENS, LLP
301 COMMERCE ST., #1700
FORT WORTH, TX 76102

RICHARD D. GREEN, JR., ESQ.
GREENBERG TRAURIG, LLP
FOR MESIROW FINANCIAL
3773 HOWARD HUGHES PKWY, #500N
LAS VEGAS, NV 89169

NANCY A. PETERMAN, ESQ.
GREENBERG TRAURIG, LLP
FOR: MESIROW FINANCIAL
77 W. WACKER DR., #2500
CHICAGO, IL 60601

HEINZ BINDER, ESQ.
WENDY W. SMITH, ESQ.
BINDER & MALTER, LLP
FOR: JOHN & JANE UNLAND
2775 PARK AVENUE
SANTA CLARA, CA 95050

A. WILLIAM CEGLA
RANEE L. CEGLIA
3720 POCOHENA COURT
WASHOE VALLEY, NV 89704

DAVID W. SEXTON
PAMELA K. SEXTON
21929 N. 79TH PLACE
SCOTTSDALE, AZ 85255

| | | |
|---|---|---|
| CHARLES B. ANDERSON TRUST<br>RITA P. ANDERSON TRUST<br>BALTES COMPANY<br>211 COPPER RIDGE COURT<br>BOULDER CITY, NV 89005 | BRUCE H. CORUM, TRUSTEE OF THE<br>CREDIT SHELTER TRUST<br>JUANITA N. CARTER<br>528 MONTEREY DR.<br>APTOS, CA 95003 | SIERRA HEALTH SERVICES<br>ATTN: FRANK COLLINS<br>2724 NORTH TENAYA WAY<br>P. O. BOX 15645<br>LAS VEGAS, NV 89114 |
| Frank J. Wright<br>Hance Scarborough Wright Ginsberg, et al<br>600 Signature Place<br>14755 Preston Road<br>Dallas, TX 75254 | THOMAS W. STILLEY<br>SUSSMAN SHANK, LLP<br>FOR: DAVID FOSSATI<br>1000 SW BROADWAY, STE. 1400<br>PORTLAND, OR 97205-0389 | DAVID R. GRIFFITH, ESQ.<br>STEWART, HUMPHERYS ET AL<br>FOR: ALBERT ANDRADE<br>P.O. BOX 720<br>CHICO, CA 95927 |
| ALLAN B. DIAMOND, ESQ.<br>DIAMOND MCCARTHY, LLP<br>FOR: SP LIT COUNSEL TO DEBTORS<br>909 FANNIN, SUITE 1500<br>HOUSTON, TX 77010 | Beth Ela Wilkens<br>Harris Beach PLLC<br>Granite Building<br>130 E. Main Street<br>Rochester, NY 14604 | ROBERT VERCHOTA, GEN PRTNER<br>R & N REAL ESTATE INVESTMENTS<br>8365 S. BONITA VISTA ST.<br>LAS VEGAS, NV 89148 |
| ROBERT P. GOE<br>GOE & FORSYTHE<br>FOR: SCC ACQUISITION<br>660 NEWPORT CENTER DR, SUITE 320<br>NEWPORT BEACH, CA 92660 | ERIC D. MADDEN<br>DIAMOND MCCARTHY, LLP<br>FOR: SP LIT COUNSEL TO DEBTORS<br>1201 ELM ST., SUITE 3400<br>DALLAS, TX 75270 | RICHARD W. ESTERKIN<br>ASA S. HAMI<br>FOR: SCC ACQUISITION<br>300 S. GRAND AVE., 22ND FLOOR<br>LOS ANGELES, CA 90071-3132 |
| NEVADA MORTGAGE LENDING DIV.<br>ATTN: SUSAN ECKHARDT<br>3075 E. FLAMINGO, #100<br>LAS VEGAS, NV 89121 | GEOFFREY L. BERMAN, ESQ.<br>MATTHEW SORENSON<br>DEVELOPMENT SPECIALISTS, INC.<br>333 SOUTH GRAND AVE., #4070<br>LOS ANGELES, CA 90071 | Robert H. & Sharon L. Schultz<br>P. O. Box 8648<br>So. Lake Tahoe, CA 96158 |
| INTERNAL REVENUE SERVICE<br>ATTN: BANKRUPTCY DEPT.<br>STOP 5028<br>110 CITY PARKWAY<br>LAS VEGAS NV 89106 | NV DEPT OF TAXATION<br>BANKRUPTCY DIVISION<br>555 EAST WASHINGTON, #1300<br>LAS VEGAS NV 89101 | U.S. SECURITIES AND EXCH. COMM<br>ATTN; SANDRA W. LAVIGNA<br>5670 WILSHIRE BLVD., 11TH FL<br>LOS ANGELES, CA 90036 |
| SECRETARY OF STATE<br>STATE OF NEVADA<br>202 NORTH CARSON STREET<br>CARSON CITY NV 89701 | DMV AND PUBLIC SAFETY<br>RECORDS SECTION<br>555 WRIGHT WAY<br>CARSON CITY NV 89711- 0250 | DEPT OF EMPLOYMENT TRAINING<br>EMPLOY. SEC DIV, CONTRIBUTIONS<br>500 EAST THIRD STREET<br>CARSON CITY NV 89713- 0030 |
| CLARK COUNTY ASSESSOR<br>C/O BANKRUPTCY CLERK<br>P. O. BOX 551401<br>LAS VEGAS, NV 89155 | DEPT. OF VETERANS AFFAIRS<br>LOAN SERVICE & CLAIMS<br>3225 NORTH CENTRAL<br>PHOENIX, AZ 85012 | FHA/HUD DISTRICT OFFICE<br>300 LAS VEGAS BLVD. SO.<br>SUITE. 2900<br>LAS VEGAS, NV 89101 |
| EMPLOYERS INSURANCE CO. OF NV<br>ATTN: BANKRUPTCY CLERK<br>9790 GATEWAY DRIVE<br>RENO, NV 89521 | CLARK COUNTY TREASURER<br>C/O BANKRUPTCY CLERK<br>P. O. BOX 551220<br>LAS VEGAS, NV 89155 | UNITED STATES DEPT. OF JUSTICE<br>TAX DIVISION – WESTERN REGION<br>P. O. BOX 683 – BEN FRANKLIN STA<br>WASHINGTON, D.C. 20044 |