Any notices or other information which has been recorded in order to commence, continue, or conduct any foreclosure sale shall not be sealed and shall be made a part of the record in this case. Beneficiaries of the loan(s) in question shall receive an unredacted copy of the motion.

**Entered on Docket**
**July 31, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

Robert J. Moore
Tyson M. Lomazow
MILBANK, TWEED, HADLEY & McCOY, LLP
1 Chase Manhattan Plaza
New York, NY 10005
Telephone No.: (212) 530-5367
Facsimile No.: (212) 822-5367

Peter C. Bernhard (Nevada Bar No. 0734)
Georganne W. Bradley (Nevada Bar No. 1105)
BULLIVANT HOUSER BAILEY PC
3980 Howard Hughes Pkwy., Ste. 550
Las Vegas, NV 89169
Telephone No.: (702) 650-6565
Facsimile No.: (702) 650-2995
E-Mail: peter.bernhard@bullivant.com

**Counsel for Compass Financial Partners LLC**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **ORDER RE: *EX PARTE* APPLICATION TO FILE MOTION OF COMPASS FINANCIAL PARTNERS LLC FOR ORDER PURSUANT TO 11 U.S.C. § 105 FOR RELIEF FROM JUNE 20, 2007 STANDSTILL ORDER AND PERMISSION TO CONDUCT FORECLOSURE SALES UNDER SEAL** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date: N/A<br>Time: N/A |

– 1 –

This Court, having read and considered the *Ex Parte* Application to File Motion of Compass Financial Partners, LLC for Order Pursuant to 11 U.S.C. § 105 for Relief from June 20, 2007 Standstill Order and Permission to Conduct Foreclosure Sales Under Seal (the "Application"), and having determined that good cause exists,

IT IS HEREBY ORDERED that

[X]    the Application shall be filed under seal; or

[ ]    the Application shall be part of the official public file; or

[ ]    the Application shall be permitted to be withdrawn; and

IT IS FURTHER ORDERED that the Clerk of the Bankruptcy Court take and all appropriate action necessary to accomplish the foregoing.

**Submitted by:**

MILBANK, TWEED, HADLEY & McCLOY, LLP
-and-
BULLIVANT HOUSER BAILEY PC


By:    /s/ Georganne W. Bradley
       Georganne W. Bradley, Esq.

*Attorneys for Compass Financial Partners, LLC*