Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br>Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER GRANTING THE FIRST AND FINAL APPLICATION FOR AWARD OF PROFESSIONAL FEES OF KPMG LLP FOR THE PERIOD THROUGH MARCH 12, 2007, AS MODIFIED**<br><br>Date: June 22, 2007<br>Time: 9:30 a.m. |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

**NOTICE IS HEREBY GIVEN** that an Order Granting The First and Final Application For Award of Professional Fees of KPMG LLP For The Period Through March 12, 2007, As Modified was entered on July 31, 2007, a copy of which is attached hereto.

Respectfully submitted this __31__ day of July, 2007.

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

## CERTIFICATE OF SERVICE

1. On July 31, 2007 I served the following document(s):

    a. Notice of Entry of Order Granting The First and Final Application For Award of Professional Fees of KPMG LLP For The Period Through March 12, 2007, As Modified

2. I served the above-named document(s) by the following means to the persons as listed below:

☒   a.   **By ECF System**:

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M. ATENCIO    ATENCIOK@GTLAW.COM

PETER C. BERNHARD    peter.bernhard@bullivant.com, michelle.diegel@bullivant.com

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgrou! p.com;mjohn@bmcgroup.com

GEORGANNE W. BRADLEY    georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA    lbubala@jonesvargas.com, tbw@jonesvargas.com;aanthony@jonesvargas.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com;jrammos@callister-reynolds.com

| | |
|---|---|
| 1 | CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com |
| 2 | |
| 3 | ROB CHARLES    rcharles@lrlaw.c! om, cjo rdan@lrlaw.com |
| 4 | MICHAEL W. CHEN    yvette@ccfirm.com |
| 5 | KEVIN B. CHRISTENSEN    kbchrislaw@aol.com |
| 6 | JANET L. CHUBB    tbw@jonesvargas.com |
| 7 | EDWARD S. COLEMAN    mail@coleman4law.com |
| 8 | WILLIAM D COPE    cope_guerra@yahoo.com |
| 9 | |
| 10 | LAUREL E. DAVIS    ldavis@fclaw.com, mhurtado@fclaw.com |
| 11 | THOMAS W. DAVIS    tdavis@hwmlvlaw.com, wendim@hwmlvlaw.com |
| 12 | DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com |
| 13 | J CRAIG DEMETRAS    JCD@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras-oneill.com |
| 14 | |
| 15 | RICHARD I. DREITZER &! nbsp    rdreitzer@yahoo.com |
| 16 | THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM |
| 17 | ARLEY D FINLEY    TFINLEY@DIAMONDMCCARTHY.COM |
| 18 | SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com |
| 19 | GREGORY E GARMAN    bankruptcynotices@gordonsilver.com |
| 20 | |
| 21 | DOUGLAS D. GERRARD    DGERRARD@GERRARD-COX.COM, ekaymedellin@gerrard-cox.com |
| 22 | WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com |
| 23 | |
| 24 | CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov |
| 25 | GERALD M GORDON    bankruptcynotices@gordonsilver.com |
| 26 | R. VAUGHN GOURLEY    vgourley@! lvcm.com |
| 27 | TALITHA B. GRAY    bankruptcynotices@gordonsilver.com |
| 28 | |

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| | |
|---|---|
| 1 | JAMES D. GREENE    bknotice@bhfs.com |
| 2 | MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, |
| 3 | ddias@goldguylaw.com;angelenal@goldguylaw.com |
| 4 | PETER W. GUYON    pguyon@yahoo.com |
| 5 | JEFFREY R. HALL    jhall@sheacarlyon.com, |
| 6 | bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com |
| 7 | XANNA R. HARDMAN    xanna.hardman@gmail.com |
| 8 | STEPHEN R HARRIS    noticesbh&p@renolaw.biz |
| 9 | JEFFREY L HARTMAN    notices@bankruptcyreno.com, dle@bankruptcyreno.com |
| 10 | BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com |
| 11 | RICHARD F. HOLLEY    rholley! @nevadafirm.com, |
| 12 | paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com |
| 13 | |
| 14 | RANDOLPH L. HOWARD    rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com |
| 15 | DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net |
| 16 | |
| 17 | JASON A. IMES    bkfilings@s-mlaw.com |
| 18 | CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com |
| 19 | EVAN L. JAMES    ejameslv@embarqmail.com, kbchrislaw@aol.com |
| 20 | ANNETTE W JARVIS    ajarvis@rqn.com |
| 21 | ERIN E. JONES    ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com |
| 22 | TY E. KEHOE    TyKehoeLaw@aol.com |
| 23 | ROBERT R. KINAS    rkinas@swlaw.com, jmcbe! e@swlaw.com;jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring.com |
| 24 | |
| 25 | DEAN T. KIRBY    dkirby@kirbymac.com, jhebert@kirbymac.com;lackerman@kirbymac.com |
| 26 | ZACHARIAH LARSON    ecf@lslawnv.com |
| 27 | |
| 28 | JOHN J. LAXAGUE    jlaxague@caneclark.com |

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| | |
|---|---|
| 1 | |
| 2 | GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net |
| 3 | NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com |
| 4 | ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net |
| 5 | TYSON M. LOMAZOW    tlomazow@milbank.com |
| 6 | ANNE M. LORADITCH    ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com |
| 7 | |
| 8 | ERIC D MADDEN    emadden@diamondmccarthy.com, jsickels@diamondmccarthy.com |
| 9 | PATRICIA A. MARR    lvlaw03@yahoo.com |
| 10 | JAMES C. MCCARROLL    , dturetsky@reedsmith.com;aleonard@reedsmith.com |
| 11 | REGINA M. MCCONNELL    rmcconnell@kssattorneys.com |
| 12 | WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com |
| 13 | |
| 14 | RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com |
| 15 | JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com |
| 16 | JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com |
| 17 | |
| 18 | SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;! ltreadway@sheacarlyon.com;mleavitt@sheacarlyon.com |
| 19 | |
| 20 | DAVID MINCIN    mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com |
| 21 | JOHN F MURTHA    jmurtha@woodburnandwedge.com |
| 22 | ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com;erin@rlbolick.com |
| 23 | |
| 24 | VICTORIA L NELSON    bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com |
| 25 | |
| 26 | BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com |
| 27 | |
| 28 | DONNA M. OSBORN    ebaker@marquisaurbach.com, |

*SCHWARTZER & MCPHERSON LAW FIRM*
*2850 South Jones Boulevard, Suite 1*
*Las Vegas, Nevada 89146-5308*
*Tel: (702) 228-7590 · Fax: (702) 892-0122*

| | |
|---|---|
| 1 | dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com |
| 2 | CHRISTINE M PAJAK    cpajak@stutman.com, ekarasik@stutman.com |
| 3 | ANDREW M. PARLEN    aparlen@stutman.com |
| 4-5 | DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com |
| 6 | PAUL C RAY    info@johnpeterlee.com |
| 7 | THOMAS RICE    trice@coxsmith.com, ggattis@coxsmith.com |
| 8-9 | GORDON C. RICHARDS    gcrclarkandrichards@earthlink.net, sebclarkandrichards@earthlink.net |
| 10 | CHRISTINE A ROBERTS    bankruptcy@rocgd.com |
| 11 | STACY M. ROCHELEAU    stacy@arlawgroup.com, wendy@arlawgroup.com |
| 12 | SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com |
| 13 | LENARD E. SCHWARTZER    bkfilings@s-mlaw.com |
| 14-15 | BRIAN D. SHAPIRO    ecf@brianshapirolaw.com, tiffany@brianshapirol! aw.com;brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com |
| 16-17 | JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;jshea@sheacarlyon.com |
| 18-19 | SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;mleavitt@sheacarlyon.com |
| 20 | AMBRISH S. SIDHU    ecfnotices@sidhulawfirm.com |
| 21 | JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com |
| 22-23 | ALAN R SMITH    mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com |
| 24 | ADAM M. STARR    starra@gtlaw.com |
| 25 | DAVID A. STEPHENS    dstephens@lvcm.com |
| 26-27 | PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com |
| 28 | ERIC W. SWANIS    swanise@gtlaw.com, barberc@gtlaw.com;lengemannc@gtlaw.com |

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com

KAARAN E. THOMAS    kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

ROLLIN G. THORLEY    rollin.g.thorley@irscounsel.treas.gov

AMY N. TIRRE    , lmccarron@kkbrf.com

AMY N. TIRRE    atirre@kkbrf.com, lmccarron@kkbrf.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

ERIC VAN    bankruptcynotices@gordonsilver.com

GREGORY J. WALCH    GWalch@Nevadafirm.com
RUSSELL S. WALKER    ! rw alker@wklawpc.com, eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com;rrazo@wklawpc.com;tgrover@wklawpc.com

WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

GREGORY L. WILDE    bk@wildelaw.com

RYAN J. WORKS    rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com;dsampson@mcdonaldcarano.com;aguenther@mcdonaldcarano.com;hvenglik@mcdonaldcarano.com

WILLIAM J. WRAY    rh@oreillylawgroup.com, rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

ANTHONY A. ZMAILA    azmaila@nevadafirm.com, bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

☐    b.    **By United States mail, postage fully prepaid**:

☐    c.    **By Personal Service**
I personally delivered the document(s) to the persons at these addresses:
☐    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.
☐    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

8

☐     d.     **By direct email (as opposed to through the ECF System)**
Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐     e.     **By fax transmission**
Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐     f.     **By messenger**
I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: July 31, 2007

LIA DORSEY
(Name of Declarant)

(Signature of Declarant)

**Entered on Docket
July 31, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **ORDER GRANTING THE FIRST AND FINAL APPLICATION FOR AWARD OF PROFESSIONAL FEES OF KPMG LLP FOR THE PERIOD THROUGH MARCH 12, 2007, AS MODIFIED** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | **Date: June 22, 2007<br>Time: 9:30 a.m.** |

The Court, having considered the First and Final Application for Award of Professional Fees of KPMG LLP for the Period Through March 12, 2007 (the "Application"), and the supplement thereto (the "Supplement") filed by KPMG LLP; having reviewed the pleadings, papers, and records on file in this matter; and having considered the arguments of counsel hereby finds that:

1. it has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. §§ 157 and 1334;

2. this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2);

3. notice of the Application was appropriate under the circumstances;

4. all objections to the Application, if any, have been considered and either overruled or otherwise resolved; and

5. upon the record herein after due deliberation thereon, it appearing that good and sufficient cause exists for the granting of the relief as set forth herein

**IT IS HEREBY ORDERED** that:

1. The Application, as modified by the supplement, is granted.

2. KPMG is hereby allowed $86,374.00 as final compensation for services rendered for the period through March 12, 2007.

///

///

///

///

///

///

3. The Debtors are hereby authorized and directed to pay forthwith to KPMG the unpaid balance of KPMG's fees.

Submitted by:

RAY QUINNEY & NEBEKER P.C. and
SCHWARTZER & McPHERSON LAW FIRM

By: /s/
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146
*Attorneys for Debtors*

(Approved) Disapproved by:

OFFICE OF THE U.S. TRUSTEE

By: /s/
August B. Landis, Esq.
300 Las Vegas Blvd. South
Suite 4300
Las Vegas, NV 89101

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

_X_ The court has waived the requirement of approval under LR 9021.

___ No parties appeared or filed written objections, and there is no trustee appointed in the case.

___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

### #