Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                              Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER DENYING JESSUPS' MOTION TO DISCLOSE INFORMATION UNDER THE FREEDOM OF INFORMATION ACT AND RELEASE OF FUNDS TO JESSUP**<br><br>**(AFFECTS USA COMMERCIAL MORTGAGE, USA CAPITAL FIRST TRUST DEED FUND, LLC AND USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC)**<br><br>Date: July 5, 2007<br>Time: 9:30 a.m. |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                              Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                              Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                              Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                                              Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

1

**NOTICE IS HEREBY GIVEN** that an Order Denying Jessups' Motion To Disclose Information Under The Freedom of Information Act and Release of Funds to Jessup was entered on July 30, 2007, a copy of which is attached hereto.

Respectfully submitted this __31__ day of July, 2007.

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

and

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

## CERTIFICATE OF SERVICE

1. On July 31, 2007 I served the following document(s):

    a. Notice of Entry of Order Order Denying Jessups' Motion To Disclose Information Under The Freedom of Information Act and Release of Funds to Jessup

2. I served the above-named document(s) by the following means to the persons as listed below:

☐ a. **By ECF System**:

☒ b. **By United States mail, postage fully prepaid**:

Harry W. Jessup
Helen B. Jessup
2009 West Lund
Las Vegas, NV 89102

☐ c. **By Personal Service**
    I personally delivered the document(s) to the persons at these addresses:
    ☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.
    ☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ d. **By direct email (as opposed to through the ECF System)**
    Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e. **By fax transmission**
    Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f. **By messenger**
    I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**
Signed on: July 31, 2007

LIA DORSEY
(Name of Declarant)                                    (Signature of Declarant)

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

3

Entered on Docket
July 30, 2007

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, NV Bar No. 0399
Jeanette E. McPherson, NV Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　　　　　　　Debtor. | BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　　　　　　Debtor. | BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>　　　　　　　　　Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　　　　　　　Debtor. | **ORDER DENYING JESSUPS' MOTION TO DISCLOSE INFORMATION UNDER THE FREEDOM OF INFORMATION ACT AND RELEASE OF FUNDS TO JESSUP** |
| In re:<br>USA SECURITIES, LLC,<br>　　　　　　　　　Debtor. | (AFFECTS USA COMMERCIAL MORTGAGE, USA CAPITAL FIRST TRUST DEED FUND, LLC AND USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC) |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date: July 5, 2007<br>Time: 9:30 a.m. |

P:\USA Commercial Mortgage\Pleadings\Jessup Motion\Order re Jessup Motion.DOC    Page 1 of 3

Harry and Helen Jessups's Motion to Disclose Information Under the Freedom of Information Act and Release of Funds to Jessups (the "Motion") having come before this Court; Harry Jessup appearing as movant, Lenard E. Schwartzer of Schwartzer & McPherson Law Firm appearing for USA Commercial Mortgage Company ("USACM") and USA Capital First Trust Deed Fund, LLC ("FTDF"), and Marc A. Levinson of Orrick Herrington & Sutcliffe, LLP appearing for USA Capital Diversified Trust Deed Fund, LLC; the Court having reviewed the opposition file by USACM and FTDF and having heard the argument of Mr. Jessup, the Court finds that the Freedom of Information Act is inapplicable to the Court and the parties; and it is therefore

ORDERED that the Motion be, and hereby is, denied.

Prepared and submitted by:

/s/ Lenard E. Schwartzer
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146

**Approved** / Disapproved by:

/s/ Marc A. Levinson
Marc A. Levinson, (California Bar No. 57613)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California 95814
Counsel for USA Capital Diversified Trust Deed Fund, LLC

Approved / Disapproved by:

_____
Harry W. Jessup
Helen B. Jessup
2009 West Lund
Las Vegas, NV 89102
In Proper Person

1  In accordance with LR 9021, counsel submitting this document certifies as follows
2  (check one):

3  ___ The court has waived the requirement of approval under LR 9021.

4  ___ No parties appeared or filed written objections, and there is no trustee appointed
5  in the case.

6  _X_ I have delivered a copy of this proposed order to all counsel who appeared at
7  the hearing, any unrepresented parties who appeared at the hearing, and any trustee
8  appointed in this case, and each has approved or disapproved the order, or failed to
   respond, as indicated below [list each party and whether the party has approved,
   disapproved, or failed to respond to the document]:

9

10  Harry & Helen Jessup         - Failed to respond
    Marc A. Levinson, Esq.       - Approved

11

12                                    # # #