Adam M. Starr
Greenberg Traurig, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Email: starra@gtlaw.com

Ronald D. Green
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 500 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email:   greenr@gtlaw.com

Matthew T. Gensburg
Nancy A. Peterman
Sherri Morissette
Greenberg Traurig, LLP
77 West Wacker Drive
Suite 2500
Chicago, Illinois 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
Email:   gensburgm@gtlaw.com
           petermann@gtlaw.com
           morissettes@gtlaw.com

Attorneys for Mesirow Financial Interim Management, LLC,
the Debtors' Chief Restructuring Officer and Crisis Managers

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>_____ Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>_____ Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>Debtor. | **Case No. BK-S-06-10725 LBR**<br>**Case No. BK-S-06-10726 LBR**<br>**Case No. BK-S-06-10727 LBR**<br>**Case No. BK-S-06-10728 LBR**<br>**Case No. BK-S-06-10729 LBR**<br><br>**Chapter 11**<br><br>**Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR**<br><br>**SECOND SUPPLEMENT TO**<br>**APPLICATION FOR ENTRY OF**<br>**ORDER (I) FINALLY ALLOWING** |

Greenberg Traurig, LLP
Suite 500 North, 3773 Howard Hughes Parkway
Las Vegas, Nevada 89109
(702) 792-3773
(702) 792-9002 (fax)

1

In re:

USA CAPITAL FIRST TRUST DEED FUND, LLC,

Debtor.
_____

In re:

USA SECURITIES, LLC,

Debtor.
_____

Affects:

☒ All Debtors
☐ USA Commercial Mortgage Company
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA First Trust Deed Fund, LLC

**AND APPROVING ALL COMPENSATION AND EXPENSES INCURRED BY MESIROW FINANCIAL INTERIM MANAGEMENT, LLC IN ITS CAPACITY AS DEBTORS' CRISIS MANAGERS AND CHIEF RESTRUCTURING OFFICERS FOR THE PERIOD APRIL 13, 2006 THROUGH MARCH 12, 2007, (II) ALLOWING AND APPROVING A SUCCESS FEE, (III) AUTHORIZING APPLICATION OF THE RETAINER AGAINST THE ALLOWED FEES AND EXPENSES, AND (IV) AUTHORIZING PAYMENT OF THE BALANCE DUE**

Mesirow Financial Interim Management, LLC ("**MFIM**") hereby files this second supplement (the "**Second Supplement**") in support of its application for entry of an Order (i) finally allowing and approving all compensation and expenses incurred by MFIM, in its capacity as the crisis managers and chief restructuring officers for USA Commercial Mortgage Company ("**USACM**"), USA Capital Realty Advisors, LLC ("**USA Realty**"), USA Capital Diversified Trust Deed Fund, LLC ("**DTDF**"), USA Capital First Trust Deed Fund, LLC ("**FTDF**") and USA Securities, LLC ("**USA Securities,**" and collectively, the "**Debtors**"), debtors and debtors-in-possession in these chapter 11 cases (the "**Cases**"), for the time period beginning on April 13, 2006 and ending on March 12, 2007 (the "**Application Period**"), (ii) allowing and approving a success fee, (iii) authorizing application of the $150,000 retainer against finally allowed fees and expenses, and (iv) authorizing payment of the balance due (the "**Final Application**").   [Docket No. 3552] This Second Supplement provides support for estimated fees and expenses included in the Final Application, as detailed herein.  In support of this Second Supplement, MFIM respectfully states the following:

## BACKGROUND

1.      On April 25, 2007, MFIM filed the Final Application, which is incorporated herein by reference and modified only as set forth herein and in the Supplement (as defined below).  Any capitalized terms not defined herein shall have those meanings set forth in the Final Application.

Greenberg Traurig, LLP
Suite 500 North, 3773 Howard Hughes Parkway
Las Vegas, Nevada 89109
(702) 792-3773
(702) 792-9002 (fax)

2. In the Final Application, MFIM sought entry of an Order: (a) finally allowing and approving compensation in the amount of $11,389,203.09 for 27,417.60 hours of services rendered, (b) finally allowing and approving expenses incurred in the amount of $1,117,168.74 and (c) allowing a success fee in the amount of $2,500,000.  MFIM sought payment of $14,856.371.83, in the aggregate (after application of a $150,000 retainer and net of all voluntary reductions).

3. Subsequent to filing the Final Application, various representatives of MFIM and the USACM Trust, post-Effective Date DTDF and the FTDF Committee met to discuss concerns regarding the Final Application.  The parties worked diligently to resolve contemplated objections to the Final Application, and MFIM ultimately agreed to significant concessions.  On June 6, 2007, MFIM filed a Supplement to the Final Application (the "**Supplement**"), which is incorporated herein by reference. [Docket No. 3902]  As a result of the settlement discussions, and detailed in the Supplement, MFIM agreed, among other things, to withdraw its request for a success fee and reduce its fee request by an additional 8%.  MFIM's reduced request detailed in the Supplement is summarized as follows:

| | Fees | Expenses | Success Fee | Total |
|---|---|---|---|---|
| Original Request | $11,389,203.09 | $ 1,117,168.74 | $ 2,500,000 | $15,006,371.83 |
| Agreed Upon Reduction | ($    911,136.25)[1] | ($    225,000)[2] | ($2,500,000) | ($ 3,636,136.25) |
| Agreed Upon Total | $10,478,066.84 | $ 892,168.74 | $0 | $11,370,235.58 |

4. On May 29, 2007, the Lenders Protection Group ("**LPG**") filed its Original Opposition to the Final Application. [Docket # 3834]  On May 30, 2007, the LPG filed an Amended Opposition to the Final Application (the "**Amended Opposition**") [Docket No. 3843]

---

[1] This represents an eight percent (8%) reduction of the fees requested by MFIM in the Final Application.

[2] This number represents a reduction of MFIM's expense request relating to Greenberg Traurig LLP's fees as follows:  (a) a $150,000 reduction of the expense request relating to Greenberg Traurig, LLP for pre-Effective Date time; and (b) a $75,000 reduction of the expense request relating to Greenberg Traurig, LLP for the post-Effective Date time.

Greenberg Traurig, LLP
Suite 500 North, 3773 Howard Hughes Parkway
Las Vegas, Nevada 89109
(702) 792-3773
(702) 792-9002 (fax)

Greenberg Traurig, LLP
Suite 500 North, 3773 Howard Hughes Parkway
Las Vegas, Nevada 89109
(702) 792-3773
(702) 792-9002 (fax)

5.      Based upon the Supplement, LPG's attorneys informed MFIM's attorneys that they did not intend to pursue the Amended Opposition.  On July 25, 2007, MFIM and LPG entered into a Stipulation and Agreed Order Striking LPG's opposition to the Final Application. [Docket No. 4216]

## MFIM'S ESTIMATED FEES AND EXPENSES

6.      The Final Application included estimated time and expenses in the amount of $350,000, in the aggregate, to be incurred after the Effective Date in preparing the Final Application, defending the Final Application and reviewing other final fee applications for the other professionals in these Cases.  Specifically, MFIM included $200,000 for its estimated time and $150,000 in estimated expenses relating to fees and expenses to be incurred by its counsel, Greenberg Traurig, LLP.

7.      Attached to this Second Supplement as **Exhibits A - E** are MFIM's actual invoices for fees and expenses incurred after the Effective Date.  The invoice totals actual fees in the amount of $220,369.00[3] and expenses in the amount of $242,053.72.  MFIM's expenses include fees in the amount of $177,182.50[4] and expenses in the amount of $11,515.70 incurred by its counsel, Greenberg Traurig, LLP after the Effective Date.  Attached to this Second Supplement as Group **Exhibit F** are Greenberg Traurig's invoices in support of these amounts.

8.      MFIM is filing this Second Supplement to support the estimated numbers included in the Final Application.  This Second Supplement is not intended and shall not be deemed to modify, in any way, the agreement reached with the USACM Trust, post-Effective Date DTDF and the FTDF Committee as set forth in the Supplement.

---

[3]      This amount includes an estimate of fees and expenses necessary for MFIM to prepare for and attend the hearing on the Final Application.  See Exhibit A for details.
[4]      This amount includes an estimate of fees and expenses necessary for Greenberg Traurig prepare for and attend the hearing on the Final Application.  See Exhibit E for details.

WHEREFORE, based upon the foregoing, MFIM respectfully requests that the Court enter an Order approving the Final Application, as modified by the Supplement.

Dated: July 31, 2007

Respectfully Submitted,
**GREENBERG TRAURIG, LLP**

/s/ Adam M. Starr
Adam M. Starr
Greenberg Traurig, LLP
2450 Colorado Avenue, Suite 400E
Santa Monica, California  90404
Telephone:  (310) 586-7700
Facsimile:  (310) 586-7800
Email:  starra@gtlaw.com

/s/ Ronald D. Green
Ronald D. Green
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 500 North
Las Vegas, Nevada 89169
Telephone:  (702) 792-3773
Facsimile:  (702) 792-9002
Email:    greenr@gtlaw.com

/s/ Nancy A. Peterman
Matthew T. Gensburg
Nancy A. Peterman
Sherri Morissette
Greenberg Traurig, LLP
77 West Wacker Drive
Suite 2500
Chicago, Illinois 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
Email: gensburgm@gtlaw.com
            petermann@gtlaw.com
            morissettes@gtlaw.com

Counsel to Mesirow Financial Interim
Management, LLC

CHI 56774032v1 7/31/2007

Greenberg Traurig, LLP
Suite 500 North, 3773 Howard Hughes Parkway
Las Vegas, Nevada 89109
(702) 792-3773
(702) 792-9002 (fax)

5