**EXHIBIT A**

USA Commercial Mortgage Company, et al.
Final Fee Application - Additional Time and Expenses
Summary Of Hours and Fees Incurred By Professional
April 1, 2007 through June 30, 2007

| Professional | Position | Current Hours Billed | Hourly Rate | Current Fees Billed |
|---|---|---:|---:|---:|
| Allison, Tom | Senior Managing Director | 1.5 | $ 650 | $ 975.00 |
| Atkinson, James | Senior Managing Director | 4.0 | 650 | 2,600.00 |
| Koe, Robert | Director | 13.1 | 650 | 8,515.00 |
| Fasel, Bill | Managing Director | 27.0 | 620 | 16,740.00 |
| Kehl, Monty | Managing Director | 77.4 | 620 | 47,988.00 |
| Smith, Susan | Senior Vice President | 14.3 | 590 | 8,437.00 |
| Haftl, Michael | Senior Vice President | 109.4 | 530 | 57,982.00 |
| Steele, Sarah | Vice President | 3.3 | 430 | 1,419.00 |
| Wooley, Erin | Senior Associate | 12.1 | 330 | 3,993.00 |
| Bauck, Lyle | Associate | 50.2 | 290 | 14,558.00 |
| McClellan, Christian | Associate | 94.3 | 190 | 17,917.00 |
| Beserra, Rebecca | Paraprofessional | 46.0 | 150 | 6,900.00 |
| Velasco, Jin | Paraprofessional | 2.3 | 150 | 345.00 |
| **Total Hours and Fees** | | **454.9** | | **188,369.00** |
| Estimate of Future Fees | | | | 32,000.00 [1] |
| | | | | $ 220,369.00 |
| Total Hourly Blended Rate | | $ 414.09 | | |

1 - MFIM has included an estimate of fees and expenses necessary to prepare for and attend the hearing for its Final Fee Application

**EXHIBIT B**

USA Commercial Mortgage Company, et al.
Final Fee Application - Additional Time and Expenses
Summary of Hours and Fees Incurred by Category
April 1, 2007 through June 30, 2007

| Category | Exhibit | Hours | Fees |
|---|---|---|---|
| Employment/Fee Applications[1] | C1 | 274.1 | $ 167,342.00 |
| Company Administration | C2 | 180.8 | 53,027.00 |
| **Subtotal: USA Commercial Mortgage Company, et al.** | | **454.9** | **220,369.00** |
| **Total Hours and Fees Requested** | | **454.9** | **$ 220,369.00** |

1 - MFIM has included an estimate of fees and expenses necessary to prepare for and attend the hearing for its Final Fee Application

**EXHIBIT C-1**

USA Commercial Mortgage Company, et al.
Final Fee Application - Additional Time and Expenses
Employment/Fee Applications
April 1, 2007 through June 30, 2007

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Koe, Robert | 04/02/07 | Review current fee application information and provide comments. | 1.1 | $ 650.00 | $ 715.00 |
| Fasel, Bill | 04/16/07 | Review current draft of MFIM final fee application. | 2.5 | 620.00 | 1,550.00 |
| Fasel, Bill | 04/16/07 | Discuss with MFIM team regarding modifications to the descriptions of certain sections of the draft final fee application (sale process, transition process). | 1.3 | 620.00 | 806.00 |
| Fasel, Bill | 04/16/07 | Provide modified draft of the descriptions of the Sale Process to Counsel. | 1.2 | 620.00 | 744.00 |
| Koe, Robert | 04/16/07 | Review draft of final fee application. | 0.7 | 650.00 | 455.00 |
| McClellan, Christian | 04/16/07 | Research signed lender and purchaser confidentiality agreements for inclusion in fee application narrative. | 0.6 | 190.00 | 114.00 |
| Fasel, Bill | 04/17/07 | Review modified draft of MFIM Final Fee Application. | 1.3 | 620.00 | 806.00 |
| Fasel, Bill | 04/17/07 | Prepare modifications to the descriptions of the USA Sale Process in the fee application narrative. | 1.2 | 620.00 | 744.00 |
| Koe, Robert | 04/17/07 | Attend and participate in drafting session for final fee application. | 4.3 | 650.00 | 2,795.00 |
| Fasel, Bill | 04/18/07 | Participate in meetings at Counsel's office to review latest draft of the Final Fee Application and discuss overall Sale Process description | 3.5 | 620.00 | 2,170.00 |
| Koe, Robert | 04/18/07 | Attend and participate in drafting session for final fee application. | 3.5 | 650.00 | 2,275.00 |
| McClellan, Christian | 04/18/07 | Compile bidder diligence information packet regarding Final Fee Application. | 2.0 | 190.00 | 380.00 |
| Fasel, Bill | 04/19/07 | Discuss with MFIM team regarding modifications to the descriptions of certain sections of the draft Final Fee Application (sale process, transition process). | 1.3 | 620.00 | 806.00 |
| Fasel, Bill | 04/20/07 | Discuss with MFIM team regarding modifications to the descriptions of certain sections of the draft Final Fee Application (sale process, transition process). | 1.7 | 620.00 | 1,054.00 |
| Haftl, Michael | 04/22/07 | Review revised draft of benefits chart by Debtor. | 0.9 | 530.00 | 477.00 |
| Haftl, Michael | 04/22/07 | Review latest draft of fee application and provide detailed comments. | 2.8 | 530.00 | 1,484.00 |
| Kehl, Monty | 04/22/07 | Direct R. Beserra (MFIM) regarding additional time and expense detail for final fee application. | 0.2 | 620.00 | 124.00 |
| Kehl, Monty | 04/22/07 | Analyze summary matrix from S. Smith (MFIM) of benefits by Debtor for each fee category. | 0.8 | 620.00 | 496.00 |
| Beserra, Rebecca | 04/23/07 | Update resumes for the Final Fee Application. | 0.6 | 150.00 | 90.00 |
| Beserra, Rebecca | 04/23/07 | Edit March 13-31st time detail. | 3.6 | 150.00 | 540.00 |
| Beserra, Rebecca | 04/23/07 | Combine time detail to schedules. | 0.5 | 150.00 | 75.00 |
| Beserra, Rebecca | 04/23/07 | Apply revisions to Exhibits per comments received. | 0.6 | 150.00 | 90.00 |
| Beserra, Rebecca | 04/23/07 | Rearrange and reorder categories for the Final Fee Application. | 3.3 | 150.00 | 495.00 |
| Beserra, Rebecca | 04/23/07 | Incorporate additional time detail received. | 0.5 | 150.00 | 75.00 |
| Beserra, Rebecca | 04/23/07 | Incorporate additional expenses. | 1.7 | 150.00 | 255.00 |
| Beserra, Rebecca | 04/23/07 | Incorporate time detail for the invoices. | 0.6 | 150.00 | 90.00 |
| Fasel, Bill | 04/23/07 | Review with Counsel revisions to the descriptions of the Sale Process in Final Fee Application and preparation of Fasel Affidavit. | 2.5 | 620.00 | 1,550.00 |
| Haftl, Michael | 04/23/07 | Revise and update benefits chart by Debtor. | 2.4 | 530.00 | 1,272.00 |
| Haftl, Michael | 04/23/07 | Coordinate Sales process figure amounts for fee application narrative. | 0.5 | 530.00 | 265.00 |
| Haftl, Michael | 04/23/07 | Coordinate inclusion of April 1 - April 20th time detail into the fee application. | 2.4 | 530.00 | 1,272.00 |
| Haftl, Michael | 04/23/07 | Review recent expenses for inclusion in fee application. | 0.8 | 530.00 | 424.00 |
| Haftl, Michael | 04/23/07 | Review resumes appendix to the fee application. | 0.4 | 530.00 | 212.00 |
| Haftl, Michael | 04/23/07 | Compile exhibits for fee application. | 0.7 | 530.00 | 371.00 |
| Haftl, Michael | 04/23/07 | Review and revise fee application introduction. | 1.1 | 530.00 | 583.00 |
| Haftl, Michael | 04/23/07 | Coordinate inclusion of recent payments into fee application narrative. | 0.2 | 530.00 | 106.00 |
| Haftl, Michael | 04/23/07 | Review and provide comments on updated version of fee application narrative and exhibits. | 3.5 | 530.00 | 1,855.00 |

# EXHIBIT C-1

USA Commercial Mortgage Company, et al.
Final Fee Application - Additional Time and Expenses
Employment/Fee Applications
April 1, 2007 through June 30, 2007

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Kehl, Monty | 04/23/07 | Review and revise language for benefit matrix (exhibit for fee application). | 2.8 | 620.00 | 1,736.00 |
| Kehl, Monty | 04/23/07 | Identify and draft summary of fee categories for fee application. | 2.3 | 620.00 | 1,426.00 |
| Kehl, Monty | 04/23/07 | Identify and draft summary of exhibits for fee application. | 1.5 | 620.00 | 930.00 |
| Kehl, Monty | 04/23/07 | Review and revise Success Fee section of fee application. | 2.3 | 620.00 | 1,426.00 |
| Kehl, Monty | 04/23/07 | Review and revise draft of entire final fee application. | 3.1 | 620.00 | 1,922.00 |
| Steele, Sarah | 04/23/07 | Review First Trust Deed Fund distributions for fee application. | 0.3 | 430.00 | 129.00 |
| Beserra, Rebecca | 04/24/07 | Apply revisions to Final Fee Application. | 3.9 | 150.00 | 585.00 |
| Beserra, Rebecca | 04/24/07 | Continue to apply revisions to Final Fee Application. | 1.9 | 150.00 | 285.00 |
| Beserra, Rebecca | 04/24/07 | Apply additional revisions to the Final Fee Application. | 1.0 | 150.00 | 150.00 |
| Beserra, Rebecca | 04/24/07 | Apply revisions to Summary of Billing Categories Chart for the period from April 13, 2006 through March 12, 2007. | 1.2 | 150.00 | 180.00 |
| Fasel, Bill | 04/24/07 | Review with Counsel revisions to the descriptions of the Sale Process in Final Fee Application and preparation of Fasel Affidavit. | 2.5 | 620.00 | 1,550.00 |
| Haftl, Michael | 04/24/07 | Review calculation of fee application time and quantify additional voluntary reduction. | 1.4 | 530.00 | 742.00 |
| Haftl, Michael | 04/24/07 | Revise and update benefits chart by Debtor. | 1.2 | 530.00 | 636.00 |
| Haftl, Michael | 04/24/07 | Review and provide detailed comments on time detail exhibits. | 2.8 | 530.00 | 1,484.00 |
| Haftl, Michael | 04/24/07 | Coordinate inclusion of future fees into fee application. | 0.5 | 530.00 | 265.00 |
| Haftl, Michael | 04/24/07 | Coordinate compilation of fee application into the format necessary for filing. | 1.3 | 530.00 | 689.00 |
| Haftl, Michael | 04/24/07 | Review and provide comments on benefits section of fee application. | 0.8 | 530.00 | 424.00 |
| Haftl, Michael | 04/24/07 | Review and provide comments on fee application narrative. | 0.6 | 530.00 | 318.00 |
| Haftl, Michael | 04/24/07 | Review and revise allocation language. | 1.4 | 530.00 | 742.00 |
| Haftl, Michael | 04/24/07 | Calculate amount owed to MFIM before first substantial payment was made. | 0.4 | 530.00 | 212.00 |
| Haftl, Michael | 04/24/07 | Revise allocation table. | 0.6 | 530.00 | 318.00 |
| Kehl, Monty | 04/24/07 | Review time detail and summary exhibits in final fee application. | 2.3 | 620.00 | 1,426.00 |
| Kehl, Monty | 04/24/07 | Finalize estimate for time to be spent on fee application process after 4/20/07. | 0.6 | 620.00 | 372.00 |
| Kehl, Monty | 04/24/07 | Review expense detail and summary exhibit for final fee application. | 1.7 | 620.00 | 1,054.00 |
| Kehl, Monty | 04/24/07 | Review and revise draft of entire final fee application. | 0.8 | 620.00 | 496.00 |
| Kehl, Monty | 04/24/07 | Review and revise Forensic fee category section. | 1.1 | 620.00 | 682.00 |
| Kehl, Monty | 04/24/07 | Review and revise Introduction for final fee application. | 2.2 | 620.00 | 1,364.00 |
| Kehl, Monty | 04/24/07 | Review calculation for amount of fees for Fee Application as a percentage of total fees and calculate voluntary reduction necessary for 3% limit. | 0.4 | 620.00 | 248.00 |
| Kehl, Monty | 04/24/07 | Review and revise description of benefits for each fee category. | 1.9 | 620.00 | 1,178.00 |
| Steele, Sarah | 04/24/07 | Review information included in the fee application for RQN. | 0.8 | 430.00 | 344.00 |
| Steele, Sarah | 04/24/07 | Review information included in the Final Fee Application for MFIM. | 1.3 | 430.00 | 559.00 |
| Beserra, Rebecca | 04/25/07 | Apply revisions to Summary of Billing Categories Chart for the period from April 13, 2006 through March 12, 2007. | 1.4 | 150.00 | 210.00 |
| Beserra, Rebecca | 04/25/07 | Revise and update Billing and Collection Summary. | 2.4 | 150.00 | 360.00 |
| Beserra, Rebecca | 04/25/07 | Update WIP reconciliation. | 1.1 | 150.00 | 165.00 |
| Beserra, Rebecca | 04/25/07 | Update Billing and Collection Summary for April through July. | 0.9 | 150.00 | 135.00 |
| Beserra, Rebecca | 04/25/07 | Prepare analysis of time detail provided and edit. | 1.9 | 150.00 | 285.00 |
| Haftl, Michael | 04/25/07 | Review updated draft of fee application and provide comments. | 2.1 | 530.00 | 1,113.00 |
| Haftl, Michael | 04/25/07 | Finalize exhibits for filing. | 1.0 | 530.00 | 530.00 |
| Haftl, Michael | 04/25/07 | Coordinate reconciliation of collections/billing summary. | 1.4 | 530.00 | 742.00 |
| Haftl, Michael | 04/25/07 | Review final benefits by Debtor chart. | 0.6 | 530.00 | 318.00 |
| Haftl, Michael | 04/25/07 | Review final version of fee application exhibits. | 3.1 | 530.00 | 1,643.00 |
| Haftl, Michael | 04/25/07 | Review final version of fee application narrative. | 2.5 | 530.00 | 1,325.00 |
| Haftl, Michael | 04/25/07 | Coordinate workpapers and begin creation of supporting binder to fee application. | 1.9 | 530.00 | 1,007.00 |
| Haftl, Michael | 04/25/07 | Prepare summary of amounts requested for cover sheet. | 0.5 | 530.00 | 265.00 |
| Kehl, Monty | 04/25/07 | Review and revise full morning draft of final fee application. | 3.4 | 620.00 | 2,108.00 |

**EXHIBIT C-1**

USA Commercial Mortgage Company, et al.
Final Fee Application - Additional Time and Expenses
Employment/Fee Applications
April 1, 2007 through June 30, 2007

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Kehl, Monty | 04/25/07 | Review and revise Exhibit A. | 0.4 | 620.00 | 248.00 |
| Kehl, Monty | 04/25/07 | Review and revise Exhibit B. | 1.6 | 620.00 | 992.00 |
| Kehl, Monty | 04/25/07 | Review and revise Exhibit C. | 0.3 | 620.00 | 186.00 |
| Kehl, Monty | 04/25/07 | Review and revise Exhibit D. | 0.2 | 620.00 | 124.00 |
| Kehl, Monty | 04/25/07 | Review and revise Exhibit E. | 2.3 | 620.00 | 1,426.00 |
| Kehl, Monty | 04/25/07 | Review and revise Exhibit F. | 0.6 | 620.00 | 372.00 |
| Kehl, Monty | 04/25/07 | Review and revise Exhibit G. | 0.3 | 620.00 | 186.00 |
| Kehl, Monty | 04/25/07 | Review and revise Exhibit H. | 0.9 | 620.00 | 558.00 |
| Kehl, Monty | 04/25/07 | Review and revise Exhibit I. | 0.2 | 620.00 | 124.00 |
| Kehl, Monty | 04/25/07 | Review and revise Exhibit J. | 1.1 | 620.00 | 682.00 |
| Kehl, Monty | 04/25/07 | Review and revise Exhibit K. | 0.2 | 620.00 | 124.00 |
| Kehl, Monty | 04/25/07 | Finalize review of full draft of final fee application. | 1.6 | 620.00 | 992.00 |
| Steele, Sarah | 04/25/07 | Review information in MFIM Final Fee Application | 0.9 | 430.00 | 387.00 |
| Haftl, Michael | 04/26/07 | Update calculation of amounts requested and coordinate filing of fee application cover sheet. | 3.0 | 530.00 | 1,590.00 |
| Kehl, Monty | 04/26/07 | Direct calculations for fees and expenses during Second Interim Period as well as covering e-mail to local counsel. | 1.2 | 620.00 | 744.00 |
| Kehl, Monty | 04/27/07 | Discuss and send e-mails regarding MFIM supporting Declarations with Greenberg Traurig. | 0.7 | 620.00 | 434.00 |
| Kehl, Monty | 04/27/07 | Compose outline for Declaration in support of final fee application. | 0.9 | 620.00 | 558.00 |
| Kehl, Monty | 04/30/07 | Discuss Declarations supporting final fee application with Greenberg Traurig. | 1.1 | 620.00 | 682.00 |
| Beserra, Rebecca | 05/01/07 | Refine Exhibit for Analyzing Restructuring and Sale Options for B. Fasel (MFIM) for sale support activities. | 0.8 | 150.00 | 120.00 |
| Fasel, Bill | 05/01/07 | Discuss with Counsel regarding the drafts of the Declarations in support of the MFIM Final Fee Application. | 1.5 | 620.00 | 930.00 |
| Fasel, Bill | 05/01/07 | Review and provide comments on W. Fasel's draft Declaration. | 1.0 | 620.00 | 620.00 |
| Haftl, Michael | 05/01/07 | Review and provide comments and support for Declarations filed in support of MFIM's fee application. | 1.8 | 530.00 | 954.00 |
| Kehl, Monty | 05/01/07 | Read and provide comments on draft of Kehl Declaration. | 2.3 | 620.00 | 1,426.00 |
| Kehl, Monty | 05/01/07 | Participate in calls with S. Morissette (GT) to describe and discuss revisions to Declarations. | 0.6 | 620.00 | 372.00 |
| Kehl, Monty | 05/01/07 | Read information request from B. Fasel (MFIM) relating to Fasel Declaration. | 0.2 | 620.00 | 124.00 |
| Kehl, Monty | 05/01/07 | Direct R. Beserra (MFIM) to produce information for B. Fasel (MFIM). | 0.8 | 620.00 | 496.00 |
| Koe, Robert | 05/01/07 | Review Tom Allison Declaration and provide comments. | 0.5 | 650.00 | 325.00 |
| Atkinson, James | 05/02/07 | Discuss with M. Haftl (MFIM) liquidation time and future testimony. | 0.5 | 650.00 | 325.00 |
| Fasel, Bill | 05/02/07 | Discuss with Counsel regarding the drafts of the Declarations in support of the MFIM Final Fee Application. | 1.3 | 620.00 | 806.00 |
| Fasel, Bill | 05/02/07 | Review modifications to W. Fasel's draft Declaration. | 1.2 | 620.00 | 744.00 |
| Fasel, Bill | 05/02/07 | Discuss with Counsel regarding the drafts of the Declarations in support of the MFIM Final Fee Application. | 1.0 | 620.00 | 620.00 |
| Haftl, Michael | 05/02/07 | Review and provide detailed comments on Kehl, Koe and Atkinson Declarations in support of MFIM's fee application. | 2.6 | 530.00 | 1,378.00 |
| Haftl, Michael | 05/02/07 | Discuss with J. Atkinson (MFIM) liquidation time and future testimony. | 0.5 | 530.00 | 265.00 |
| Kehl, Monty | 05/02/07 | Read and provide comments for draft Declaration for R. Koe. | 0.7 | 620.00 | 434.00 |
| Kehl, Monty | 05/02/07 | Read and provide comments for draft Declaration for T. Allison. | 1.1 | 620.00 | 682.00 |
| Kehl, Monty | 05/02/07 | Read and provide comments for draft Declaration for S. Smith. | 0.9 | 620.00 | 558.00 |
| Kehl, Monty | 05/02/07 | Read and provide comments for draft Declaration for J. Atkinson. | 0.3 | 620.00 | 186.00 |
| Kehl, Monty | 05/02/07 | Read and provide comments for draft Declaration for B. Fasel. | 0.7 | 620.00 | 434.00 |
| Kehl, Monty | 05/02/07 | Read and provide revisions to amounts for fee request in notice for Hearing. | 0.3 | 620.00 | 186.00 |
| Haftl, Michael | 05/03/07 | Review and provide comments on Declarations filed in support of MFIM's fee application. | 2.3 | 530.00 | 1,219.00 |

**EXHIBIT C-1**

USA Commercial Mortgage Company, et al.
Final Fee Application - Additional Time and Expenses
Employment/Fee Applications
April 1, 2007 through June 30, 2007

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Haftl, Michael | 05/03/07 | Provide supporting documentation of Declarations filed in support of fee applications. | 1.5 | 530.00 | 795.00 |
| Kehl, Monty | 05/03/07 | Read and provide final revisions to Kehl Declaration. | 1.3 | 620.00 | 806.00 |
| Kehl, Monty | 05/03/07 | Research factual information in T. Allison Declaration; provide revisions. | 1.7 | 620.00 | 1,054.00 |
| Haftl, Michael | 05/04/07 | Review reconciliation related to pre-effective date Compass invoicing and relationship to fee application. | 0.5 | 530.00 | 265.00 |
| Beserra, Rebecca | 05/07/07 | Prepare analysis of MFIM's fees charged in final fee application and reconcile to previous invoices. | 1.4 | 150.00 | 210.00 |
| Haftl, Michael | 05/07/07 | Research and respond to questions related to the fee application support binders. | 0.7 | 530.00 | 371.00 |
| Wooley, Erin | 05/07/07 | Prepare support binder for MFIM's final fee application. | 1.6 | 330.00 | 528.00 |
| Wooley, Erin | 05/07/07 | Compile binders in support of the Liquidation Analysis and send to J. Atkinson (MFIM). | 0.6 | 330.00 | 198.00 |
| Smith, Susan | 05/08/07 | Review objection to MFIM's fees and discuss response. | 0.4 | 590.00 | 236.00 |
| Atkinson, James | 05/10/07 | Review of liquidation analyses and documentation. | 1.5 | 650.00 | 975.00 |
| Haftl, Michael | 05/10/07 | Prepare J. Atkinson (MFIM) for potential testimony. | 3.1 | 530.00 | 1,643.00 |
| Beserra, Rebecca | 05/16/07 | Combine time detail received and edit for the April period related to the preparation of the fee application and associated Declarations. | 0.8 | 150.00 | 120.00 |
| Atkinson, James | 05/17/07 | Review of liquidation analyses and documentation. | 2.0 | 650.00 | 1,300.00 |
| Haftl, Michael | 05/17/07 | Coordinate collection of time for fee application related billings. | 0.8 | 530.00 | 424.00 |
| Beserra, Rebecca | 05/18/07 | Prepare summary of fees and expense by person for the May 1-15th period for M. Kehl (MFIM) related to the preparation of the fee application and associated Declarations. | 1.4 | 150.00 | 210.00 |
| Haftl, Michael | 05/18/07 | Review and provide comments on fee application time charged after the fee application was filed. | 2.1 | 530.00 | 1,113.00 |
| Kehl, Monty | 05/18/07 | Meet with E. Wooley (MFIM) to discuss supporting binder for the fee application. | 0.5 | 620.00 | 310.00 |
| Kehl, Monty | 05/18/07 | Review binder containing supporting information for MFIM final fee application. | 0.4 | 620.00 | 248.00 |
| Smith, Susan | 05/18/07 | Discuss fee application issues with S. Strong (RQN). | 0.4 | 590.00 | 236.00 |
| Wooley, Erin | 05/18/07 | Meet with M. Kehl (MFIM) to discuss supporting binder for the fee application. | 0.5 | 330.00 | 165.00 |
| Wooley, Erin | 05/18/07 | Coordinate and compile fee application support binder. | 0.5 | 330.00 | 165.00 |
| Wooley, Erin | 05/21/07 | Review outstanding items and send email request for documents needed for the fee application support binder. | 0.4 | 330.00 | 132.00 |
| Wooley, Erin | 05/22/07 | Update support binder for fee application with additional support documents from S. Smith (MFIM). | 1.1 | 330.00 | 363.00 |
| Haftl, Michael | 05/23/07 | Research and respond to questions related to the fee application binder. | 1.1 | 530.00 | 583.00 |
| Beserra, Rebecca | 05/24/07 | Incorporate, edit and format additional time detail for the April period related to the preparation of the fee application and associated Declarations. | 1.3 | 150.00 | 195.00 |
| Beserra, Rebecca | 05/25/07 | Revise Billing/Collection Summary per comments received. | 0.5 | 150.00 | 75.00 |
| Beserra, Rebecca | 05/25/07 | Prepare summary of fee categories for M. Kehl (MFIM). | 0.8 | 150.00 | 120.00 |
| Haftl, Michael | 05/25/07 | Review April and May time related to fee applications. | 0.8 | 530.00 | 424.00 |
| Kehl, Monty | 05/25/07 | Locate and transmit support information for MFIM final fee application to E. Wooley (MFIM). | 1.0 | 620.00 | 620.00 |
| Wooley, Erin | 05/25/07 | Update support binder for fee application with additional support documents from M. Kehl (MFIM). | 0.5 | 330.00 | 165.00 |
| Smith, Susan | 05/29/07 | Review LPG's Objection to fees. | 0.4 | 590.00 | 236.00 |
| Haftl, Michael | 05/30/07 | Review April and May time related to the fee applications. | 0.6 | 530.00 | 318.00 |
| Kehl, Monty | 05/30/07 | Review list of outstanding support information for MFIM final fee application. | 0.5 | 620.00 | 310.00 |
| Wooley, Erin | 05/30/07 | Compile remaining fee application support documents | 0.6 | 330.00 | 198.00 |
| Allison, Tom | 05/31/07 | Participate in hearing for USA Capital Final Fee Applications. | 1.2 | 650.00 | 780.00 |

**EXHIBIT C-1**

USA Commercial Mortgage Company, et al.
Final Fee Application - Additional Time and Expenses
Employment/Fee Applications
April 1, 2007 through June 30, 2007

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Haftl, Michael | 05/31/07 | Provide additional support for fee application binders. | 1.5 | 530.00 | 795.00 |
| Kehl, Monty | 05/31/07 | Participate in hearing via teleconference for USA Capital to hear Judge's and others' comments on Final Fee Applications. | 1.2 | 620.00 | 744.00 |
| Kehl, Monty | 05/31/07 | Analyze Objections received for MFIM final fee application. | 1.7 | 620.00 | 1,054.00 |
| Kehl, Monty | 05/31/07 | Analyze summary terms for proposed settlement of MFIM's fees and expenses. | 0.6 | 620.00 | 372.00 |
| Wooley, Erin | 05/31/07 | Update fee application support binder with additional documents. | 1.6 | 330.00 | 528.00 |
| Wooley, Erin | 05/31/07 | Review and organize fee application support binder. | 1.7 | 330.00 | 561.00 |
| Kehl, Monty | 06/01/07 | Compose and send request to B. Fasel (MFIM) for information to support Final Fee Application. | 0.3 | 620.00 | 186.00 |
| Smith, Susan | 06/01/07 | Review analysis of final fees. | 0.6 | 590.00 | 354.00 |
| Wooley, Erin | 06/01/07 | Update fee application support binder with additional documents and prepare index. | 2.6 | 330.00 | 858.00 |
| Fasel, Bill | 06/04/07 | Prepare information and materials to support potential buyer interest throughout the Auction process (interested parties, executed confidentiality agreements, conducted due-diligence, submitted offers). | 2.0 | 620.00 | 1,240.00 |
| Haftl, Michael | 06/04/07 | Review draft of MFIM Supplemental Fee Application, methodology, and effect on billings. | 1.6 | 530.00 | 848.00 |
| Kehl, Monty | 06/04/07 | Review and provide comments to draft of MFIM Supplemental Fee Application. | 2.1 | 620.00 | 1,302.00 |
| Kehl, Monty | 06/04/07 | Direct collection of MFIM May time detail. | 0.3 | 620.00 | 186.00 |
| Kehl, Monty | 06/04/07 | Review information relating to MFIM sales process for support binder to MFIM Final Fee Application. | 1.1 | 620.00 | 682.00 |
| Smith, Susan | 06/04/07 | Discuss fee issues with N. Peterman (GT). | 0.3 | 590.00 | 177.00 |
| Kehl, Monty | 06/05/07 | Review and provide comments to several drafts of MFIM Supplemental Fee Application. | 1.8 | 620.00 | 1,116.00 |
| Kehl, Monty | 06/05/07 | Verify all numbers in final draft of MFIM Supplemental Fee Application. | 0.6 | 620.00 | 372.00 |
| Velasco, Jin | 06/05/07 | Analyze and prepare summary of fees and expenses by person for the period of May 1, 2007 through May 31, 2007. Revise per comments received. | 2.3 | 150.00 | 345.00 |
| Haftl, Michael | 06/06/07 | Review May time detail and reclassifications and provide comments. | 0.9 | 530.00 | 477.00 |
| Kehl, Monty | 06/06/07 | Review Objections received to MFIM Final Fee Application. | 1.2 | 620.00 | 744.00 |
| Kehl, Monty | 06/06/07 | Review U.S. Trustee Objections to all Fee Applications. | 1.1 | 620.00 | 682.00 |
| Beserra, Rebecca | 06/07/07 | Edit time detail for the May period. | 0.2 | 150.00 | 30.00 |
| Haftl, Michael | 06/07/07 | Review code economics analysis. | 0.8 | 530.00 | 424.00 |
| Haftl, Michael | 06/07/07 | Review U.S. Trustee responses related to professional compensation. | 0.4 | 530.00 | 212.00 |
| Haftl, Michael | 06/08/07 | Coordinate fee application workpaper documents. | 0.5 | 530.00 | 265.00 |
| Kehl, Monty | 06/08/07 | Participate in call with N. Peterman (GT) to discuss possible supplemental disclosure for case. | 0.4 | 620.00 | 248.00 |
| Beserra, Rebecca | 06/11/07 | Edit and format additional time detail for the May period. | 1.3 | 150.00 | 195.00 |
| Kehl, Monty | 06/11/07 | Analyze and provide comments to reply brief for Objections received to MFIM Final Fee Application. | 1.3 | 620.00 | 806.00 |
| Kehl, Monty | 06/11/07 | Direct final version of support information binder for MFIM Final Fee Application. Direct copy sent to counsel. | 0.7 | 620.00 | 434.00 |
| Wooley, Erin | 06/11/07 | Review and update fee application support binder and send to N. Peterman (GT). | 0.4 | 330.00 | 132.00 |
| Kehl, Monty | 06/12/07 | Correspond with N. Peterman (GT) regarding information required for preparation for witnesses for Final Fee Application Hearing. | 0.6 | 620.00 | 372.00 |
| Smith, Susan | 06/12/07 | Meet with M. Gensburg, N. Peterman (both GT) regarding potential testimony for fee application hearing. | 2.5 | 590.00 | 1,475.00 |
| Smith, Susan | 06/12/07 | Meet with M. Gensburg, N. Peterman (both GT) regarding potential testimony for fee application hearing. | 3.6 | 590.00 | 2,124.00 |
| Beserra, Rebecca | 06/13/07 | Apply revisions to the May time detail per comments received. | 3.1 | 150.00 | 465.00 |

**EXHIBIT C-1**

USA Commercial Mortgage Company, et al.
Final Fee Application - Additional Time and Expenses
Employment/Fee Applications
April 1, 2007 through June 30, 2007

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Beserra, Rebecca | 06/13/07 | Apply revisions to the April time detail per comments received. | 0.2 | 150.00 | 30.00 |
| Beserra, Rebecca | 06/13/07 | Update the WIP reconciliation for the May period. | 0.6 | 150.00 | 90.00 |
| Haftl, Michael | 06/13/07 | Review time detail related to fee application related time for April and May. | 2.4 | 530.00 | 1,272.00 |
| Haftl, Michael | 06/13/07 | Coordinate collection of fee application binders and provide responses to related questions. | 1.9 | 530.00 | 1,007.00 |
| Haftl, Michael | 06/13/07 | Review WIP reconciliation. | 0.5 | 530.00 | 265.00 |
| Kehl, Monty | 06/13/07 | Direct assignment of fees to Bankruptcy vs. Post Effective Date charge codes for May time as well as among Debtors. | 0.9 | 620.00 | 558.00 |
| Smith, Susan | 06/13/07 | Provide monthly fee statements and other documenation to N. Peterman (GT). | 0.6 | 590.00 | 354.00 |
| Beserra, Rebecca | 06/14/07 | Edit and format additional time detail received and incorporate to schedules. | 0.7 | 150.00 | 105.00 |
| Beserra, Rebecca | 06/14/07 | Review additional expenses received and incorporate to schedules. | 0.3 | 150.00 | 45.00 |
| Beserra, Rebecca | 06/14/07 | Update WIP reconciliation for the May period. | 0.4 | 150.00 | 60.00 |
| Beserra, Rebecca | 06/14/07 | Apply revisions to the schedules per comments received. | 1.1 | 150.00 | 165.00 |
| Haftl, Michael | 06/14/07 | Provide comments to revised time detail. | 2.1 | 530.00 | 1,113.00 |
| Kehl, Monty | 06/14/07 | Analyze and provide comments to detail of time post 4-20-07. | 2.9 | 620.00 | 1,798.00 |
| Kehl, Monty | 06/14/07 | Participate in call with S. Darr (MFIM) to discuss hearing preparations. | 0.2 | 620.00 | 124.00 |
| Kehl, Monty | 06/14/07 | Participate in call with N. Peterman (GT) to discuss hearing preparations. | 0.4 | 620.00 | 248.00 |
| Koe, Robert | 06/14/07 | Participate in meeting with N. Peterman and M. Gensburg (both GT) on detail supporting fee application. | 3.0 | 650.00 | 1,950.00 |
| Beserra, Rebecca | 06/15/07 | Apply additional revisions to the May time detail per comments received. | 0.7 | 150.00 | 105.00 |
| Haftl, Michael | 06/15/07 | Finalize May time detail review. | 0.7 | 530.00 | 371.00 |
| Haftl, Michael | 06/15/07 | Coordinate final fee application process. | 0.2 | 530.00 | 106.00 |
| Kehl, Monty | 06/15/07 | Analyze and provide revisions to time detail post 4/20 - incurred after filing the Final Fee Application. | 1.8 | 620.00 | 1,116.00 |
| Kehl, Monty | 06/15/07 | Participate in call with N. Peterman (GT) regarding testimony for Final Fee Application. | 0.4 | 620.00 | 248.00 |
| Kehl, Monty | 06/15/07 | Compile and send information to N. Peterman (GT) requested in preparation for Final Fee Application Hearing. | 0.8 | 620.00 | 496.00 |
| Haftl, Michael | 06/18/07 | Coordinate collection of June time detail. | 1.0 | 530.00 | 530.00 |
| Beserra, Rebecca | 06/19/07 | Review time detail for Monthly Invoicing category. | 0.1 | 150.00 | 15.00 |
| Haftl, Michael | 06/20/07 | Review May time detail and provide comments. | 0.4 | 530.00 | 212.00 |
| Beserra, Rebecca | 06/21/07 | Apply revisions to the schedules per comments received. | 0.3 | 150.00 | 45.00 |
| Haftl, Michael | 06/21/07 | Provide summary of MFIM activities by month. | 0.4 | 530.00 | 212.00 |
| Beserra, Rebecca | 06/22/07 | Edit time detail for the June 1-15th period. | 0.6 | 150.00 | 90.00 |
| Haftl, Michael | 06/22/07 | Review time detail related to June. | 0.5 | 530.00 | 265.00 |
| Beserra, Rebecca | 06/26/07 | Search MFIM time detail for various activities. | 0.7 | 150.00 | 105.00 |
| Beserra, Rebecca | 06/27/07 | Additional research of MFIM time detail. | 1.1 | 150.00 | 165.00 |
| Beserra, Rebecca | 06/27/07 | Summarize hours incurred for MFIM team members by day in May. | 0.2 | 150.00 | 30.00 |
| Beserra, Rebecca | 06/27/07 | Prepare and send e-mail to to provide revisions on services provided. | 0.3 | 150.00 | 45.00 |
| | | **Total Employment/Fee Applications** | **274.1** | | **$ 135,342.00** |
| | | **Estimate of Future Fees** [1] | | | **$ 32,000.00** |
| | | **Total Hours and Fees for Employment/Fee Applications from April 1, 2007 through June 30, 2007** [2] | **274.1** | | **$ 167,342.00** |

**EXHIBIT C-1**

USA Commercial Mortgage Company, et al.
Final Fee Application - Additional Time and Expenses
Employment/Fee Applications
April 1, 2007 through June 30, 2007

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | **Allocated Amount** | | | |
| | | USA Commercial Mortgage Company | 78.9% | | $ 131,950.00 |
| | | USA Capital Diversified Trust Deed Fund, LLC | 9.5% | | $ 15,835.40 |
| | | USA Capital First Trust Deed Fund, LLC | 11.0% | | $ 18,328.25 |
| | | USA Capital Realty Advisors, LLC | 0.3% | | $ 581.73 |
| | | USA Securities, LLC | 0.4% | | $ 646.61 |
| | | | | | $ 167,342.00 |
| | | **Allocated Hours** | | | |
| | | USA Commercial Mortgage Company | 78.9% | | 216.1 |
| | | USA Capital Diversified Trust Deed Fund, LLC | 9.5% | | 25.9 |
| | | USA Capital First Trust Deed Fund, LLC | 11.0% | | 30.0 |
| | | USA Capital Realty Advisors, LLC | 0.3% | | 1.0 |
| | | USA Securities, LLC | 0.4% | | 1.1 |
| | | | | | 274.1 |

1 - MFIM has included an estimate of fees and expenses necessary to prepare for and attend the hearing for its Final Fee Application

2 - Total allocated to Debtors based on totals for all other categories from Final Fee Application

# EXHIBIT C-2

USA Commercial Mortgage Company, et al.
Final Fee Application - Additional Time and Expenses
Company Administration
April 1, 2007 through June 30, 2007

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **USA Commercial Mortgage Company** | | | | | |
| Haftl, Michael | 05/01/07 | Coordinate the review of USA Commercial Mortgage Committee professionals fee applications. | 1.0 | $ 530.00 | $ 530.00 |
| McClellan, Christian | 05/01/07 | Prepare initial analysis of Schwartzer Fee Application including summary of hours, rates, and amounts billed and compare to other professionals. | 1.6 | 190.00 | 304.00 |
| McClellan, Christian | 05/01/07 | Prepare initial analysis of Gordon & Silver Fee Application including summary of hours, rates, and amounts billed and compare to other professionals. | 1.7 | 190.00 | 323.00 |
| Smith, Susan | 05/01/07 | Prepare instructions to C. McClellan (MFIM) regarding final fee applications of USA Commercial Mortgage professionals. | 0.2 | 590.00 | 118.00 |
| McClellan, Christian | 05/02/07 | Prepare initial analysis of RQN Fee Application including summary of hours, rates, and amounts billed and compare to other professionals. | 1.8 | 190.00 | 342.00 |
| McClellan, Christian | 05/02/07 | Prepare initial analysis of L&R Fee Application including summary of hours, rates, and amounts billed and compare to other professionals. | 1.9 | 190.00 | 361.00 |
| McClellan, Christian | 05/03/07 | Prepare archived final fee applications (all professionals) for shipment to M. Haftl, S. Smith and M. Kehl (all MFIM). | 0.8 | 190.00 | 152.00 |
| McClellan, Christian | 05/03/07 | Prepare initial analysis of Mesirow Fee Application including summary of hours, rates, and amounts billed and compare to other professionals. | 1.6 | 190.00 | 304.00 |
| McClellan, Christian | 05/07/07 | Review and analyze Sierra final fee application for duplication of work. | 3.5 | 190.00 | 665.00 |
| McClellan, Christian | 05/07/07 | Review and analyze Sierra final fee application for failure to delegate. | 3.5 | 190.00 | 665.00 |
| McClellan, Christian | 05/08/07 | Review and analyze Sierra final fee application for vagueness and lumping. | 2.9 | 190.00 | 551.00 |
| McClellan, Christian | 05/08/07 | Review and analyze Sierra final fee application for other objectable billing. | 2.9 | 190.00 | 551.00 |
| Bauck, Lyle | 05/14/07 | Review Lewis & Roca final fee application and related time detail. | 1.1 | 290.00 | 319.00 |
| Bauck, Lyle | 05/14/07 | Review Gordon & Silver final fee application and related time detail for June 2006 to August 2006. | 1.3 | 290.00 | 377.00 |
| Bauck, Lyle | 05/14/07 | Review Gordon & Silver final fee application and related time detail for September 2006 to November 2006. | 1.7 | 290.00 | 493.00 |
| Bauck, Lyle | 05/14/07 | Review Gordon & Silver final fee application and related time detail for December 2006 to March 2007. | 1.3 | 290.00 | 377.00 |
| Bauck, Lyle | 05/15/07 | Continue to review Lewis & Roca final fee application and related time detail. | 2.7 | 290.00 | 783.00 |
| Haftl, Michael | 05/15/07 | Coordinate fee application review process for USA Commercial Mortgage Committee professionals. | 1.0 | 530.00 | 530.00 |
| Smith, Susan | 05/15/07 | Provide instructions to team on fee application review. | 0.1 | 590.00 | 59.00 |
| Bauck, Lyle | 05/17/07 | Analyze and review blended rates for USA Commercial Mortgage Committee professionals. | 0.4 | 290.00 | 116.00 |
| Haftl, Michael | 05/17/07 | Review Gordon & Silver's final fee application. | 2.5 | 530.00 | 1,325.00 |
| Haftl, Michael | 05/17/07 | Analyze leverage used by USA Commercial Mortgage Committee professionals in order to determine if tasks were properly delegated. | 0.5 | 530.00 | 265.00 |
| McClellan, Christian | 05/17/07 | Prepare analysis comparing blended hourly rates of professionals for USA Commercial Mortgage Committee professionals. | 1.5 | 190.00 | 285.00 |
| McClellan, Christian | 05/17/07 | Prepare analysis of services performed by partners vs. non-partners for USA Commercial Mortgage Committee professionals. | 1.9 | 190.00 | 361.00 |
| Haftl, Michael | 05/18/07 | Review Lewis & Roca's final fee application. | 2.1 | 530.00 | 1,113.00 |
| Haftl, Michael | 05/18/07 | Review Sierra's final fee application. | 2.7 | 530.00 | 1,431.00 |
| McClellan, Christian | 05/18/07 | Continue to populate analysis of services performed by partners vs. non-partners. | 1.4 | 190.00 | 266.00 |
| Smith, Susan | 05/18/07 | Review fee application of Sierra. | 0.5 | 590.00 | 295.00 |
| Smith, Susan | 05/21/07 | Review Lewis & Roca final fee application. | 1.3 | 590.00 | 767.00 |
| Haftl, Michael | 05/22/07 | Participate in call with A. Jarvis, S. Strong, B. Kotter, P. Hunt (all RQN), and S. Smith (MFIM) regarding fee objections. | 1.2 | 530.00 | 636.00 |
| Haftl, Michael | 05/22/07 | Prepare notes on fee applications for discussion. | 0.9 | 530.00 | 477.00 |

# EXHIBIT C-2

USA Commercial Mortgage Company, et al.
Final Fee Application - Additional Time and Expenses
Company Administration
April 1, 2007 through June 30, 2007

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Smith, Susan | 05/22/07 | Participate in call with A. Jarvis, S. Strong, B. Kotter, P. Hunt (all RQN), and M. Haftl (MFIM) regarding fee objections. | 1.2 | 590.00 | 708.00 |
| Haftl, Michael | 05/23/07 | Coordinate review of travel time for USA Commercial Mortgage Committee professionals. | 0.4 | 530.00 | 212.00 |
| Haftl, Michael | 05/24/07 | Review draft Fee Objection Motions for USA Commercial Mortgage. | 0.7 | 530.00 | 371.00 |
| Smith, Susan | 05/25/07 | Review final fee applications and direct approval copies. | 0.3 | 590.00 | 177.00 |
| Smith, Susan | 05/25/07 | Review Objection to Gordon & Silver fee application. | 0.3 | 590.00 | 177.00 |
| Allison, Tom | 05/29/07 | Participate in call with S. Smith (MFIM) regarding fee Objections. | 0.3 | 650.00 | 195.00 |
| Smith, Susan | 05/29/07 | Monitor issues with fee objections and respond as required. | 0.3 | 590.00 | 177.00 |
| Smith, Susan | 05/29/07 | Participate in call with S. Strong and P. Hunt (both RQN) regarding fee Objections. | 0.4 | 590.00 | 236.00 |
| Smith, Susan | 05/29/07 | Participate in call with T. Allison (MFIM) regarding fee Objections. | 0.3 | 590.00 | 177.00 |
| | | **Total Company Administration for USACM** | **53.7** | | **$ 17,571.00** |

**USA Capital Diversified Trust Deed Fund, LLC**

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| McClellan, Christian | 05/01/07 | Prepare initial analysis of Beckley Fee Application including summary of hours, rates, and amounts billed and compare to other professionals. | 1.7 | $ 190.00 | $ 323.00 |
| Bauck, Lyle | 05/02/07 | Read and review narrative to FTI final fee application. | 0.8 | 290.00 | 232.00 |
| McClellan, Christian | 05/02/07 | Prepare initial analysis of Orrick Fee Application including summary of hours, rates, and amounts billed and compare to other professionals. | 1.8 | 190.00 | 342.00 |
| McClellan, Christian | 05/03/07 | Prepare initial analysis of FTI Fee Application including summary of hours, rates, and amounts billed and compare to other professionals. | 1.6 | 190.00 | 304.00 |
| Bauck, Lyle | 05/08/07 | Review FTI final fee application and related time detail for June 2006. | 1.3 | 290.00 | 377.00 |
| Bauck, Lyle | 05/08/07 | Review FTI final fee application and related time detail for July 2006. | 1.5 | 290.00 | 435.00 |
| Bauck, Lyle | 05/08/07 | Review FTI final fee application and related time detail for August 2006. | 1.4 | 290.00 | 406.00 |
| Bauck, Lyle | 05/08/07 | Review FTI final fee application and related time detail for September 2006. | 1.4 | 290.00 | 406.00 |
| Bauck, Lyle | 05/09/07 | Read correspondence from S. Smith (MFIM) regarding review of final fee applications; respond with follow up question. | 0.2 | 290.00 | 58.00 |
| Bauck, Lyle | 05/09/07 | Review FTI final fee application and related time detail for October 2006. | 1.2 | 290.00 | 348.00 |
| Bauck, Lyle | 05/09/07 | Review FTI final fee application and related time detail for November 2006. | 1.4 | 290.00 | 406.00 |
| Bauck, Lyle | 05/10/07 | Review FTI final fee application and related time detail for December 2006. | 1.1 | 290.00 | 319.00 |
| Bauck, Lyle | 05/10/07 | Review FTI final fee application and related time detail for January 2007. | 1.2 | 290.00 | 348.00 |
| Bauck, Lyle | 05/10/07 | Review FTI final fee application and related time detail for February 2007. | 0.8 | 290.00 | 232.00 |
| Bauck, Lyle | 05/10/07 | Review FTI final fee application and related time detail for March 2007. | 0.6 | 290.00 | 174.00 |
| Bauck, Lyle | 05/10/07 | Review FTI final fee application and related time detail related to 10-90, Epic, and Sheraton recoveries. | 1.7 | 290.00 | 493.00 |
| Bauck, Lyle | 05/11/07 | Review Orrick, Herrington & Sutcliffe final fee application and related June 2006 time detail. | 1.1 | 290.00 | 319.00 |
| Bauck, Lyle | 05/11/07 | Review Orrick, Herrington & Sutcliffe final fee application and related July 2006 time detail. | 0.9 | 290.00 | 261.00 |
| Bauck, Lyle | 05/11/07 | Review Orrick, Herrington & Sutcliffe final fee application and related August 2006 time detail. | 1.1 | 290.00 | 319.00 |
| Bauck, Lyle | 05/11/07 | Review Orrick, Herrington & Sutcliffe final fee application and related September 2006 time detail. | 1.2 | 290.00 | 348.00 |
| Bauck, Lyle | 05/11/07 | Review Orrick, Herrington & Sutcliffe final fee application and related October 2006 time detail. | 0.9 | 290.00 | 261.00 |

**EXHIBIT C-2**

USA Commercial Mortgage Company, et al.
Final Fee Application - Additional Time and Expenses
Company Administration
April 1, 2007 through June 30, 2007

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Bauck, Lyle | 05/11/07 | Review Orrick, Herrington & Sutcliffe final fee application and related November 2006 time detail. | 0.9 | 290.00 | 261.00 |
| Bauck, Lyle | 05/15/07 | Complete review of Beckley Singleton final fee application and related time detail. | 1.2 | 290.00 | 348.00 |
| Bauck, Lyle | 05/15/07 | Review Orrick, Herrington & Sutcliffe final fee application and related December 2006 time detail. | 0.6 | 290.00 | 174.00 |
| Bauck, Lyle | 05/15/07 | Review Orrick, Herrington & Sutcliffe final fee application and related January 2007 time detail. | 0.7 | 290.00 | 203.00 |
| Bauck, Lyle | 05/15/07 | Review Orrick, Herrington & Sutcliffe final fee application and related February 2007 time detail. | 0.4 | 290.00 | 116.00 |
| Bauck, Lyle | 05/15/07 | Review Orrick, Herrington & Sutcliffe final fee application and related March 2007 time detail. | 0.5 | 290.00 | 145.00 |
| Haftl, Michael | 05/15/07 | Coordinate fee application review process for Committee professionals for Diversified Trust Deed Fund. | 0.5 | 530.00 | 265.00 |
| Bauck, Lyle | 05/16/07 | Analyze items that need to be further researched on the FTI final fee application. | 0.2 | 290.00 | 58.00 |
| Bauck, Lyle | 05/16/07 | Draft schedule of FTI non-working travel time from review of final fee application. | 1.9 | 290.00 | 551.00 |
| Smith, Susan | 05/16/07 | Provide instructions to L. Bauck (MFIM) on follow-up schedules of FTI's fee application issues. | 0.4 | 590.00 | 236.00 |
| Bauck, Lyle | 05/17/07 | Analyze and review blended rates for Diversified Trust Deed Fund Committee professionals. | 0.2 | 290.00 | 58.00 |
| Bauck, Lyle | 05/17/07 | Review FTI final fee application for month of June 2006 to draft schedule of all time related 10-90, Epic, Sheraton, $58M receivable, and M. Tucker (FTI) Declarations. | 0.6 | 290.00 | 174.00 |
| Bauck, Lyle | 05/17/07 | Review FTI final fee application for month of July 2006 to draft schedule of all time related 10-90, Epic, Sheraton, $58M receivable, and M. Tucker (FTI) Declarations. | 0.8 | 290.00 | 232.00 |
| Bauck, Lyle | 05/17/07 | Review FTI final fee application for month of August 2006 to draft schedule of all time related 10-90, Epic, Sheraton, $58M receivable, and M. Tucker (FTI) Declarations. | 2.4 | 290.00 | 696.00 |
| Bauck, Lyle | 05/17/07 | Review FTI final fee application draft schedule of all time related to researching Google chat room. | 1.6 | 290.00 | 464.00 |
| Haftl, Michael | 05/17/07 | Analyze leverage used by Diversified Trust Deed Fund Committee professionals in order to determine if tasks were properly delegated. | 0.3 | 530.00 | 159.00 |
| McClellan, Christian | 05/17/07 | Prepare analysis comparing blended hourly rates of professionals for Diversified Trust Deed Fund Committee professionals. | 0.7 | 190.00 | 133.00 |
| McClellan, Christian | 05/17/07 | Prepare analysis of services performed by partners vs. non-partners for Diversified Trust Deed Fund Committee professionals. | 1.0 | 190.00 | 190.00 |
| Bauck, Lyle | 05/18/07 | Review FTI final fee application for month of September 2006 to draft schedule of all time related 10-90, Epic, Sheraton, $58M receivable, and M. Tucker (FTI) Declarations. | 2.7 | 290.00 | 783.00 |
| Bauck, Lyle | 05/18/07 | Review FTI final fee application for month of October 2006 to draft schedule of all time related 10-90, Epic, Sheraton, $58M receivable, and M. Tucker (FTI) Declarations. | 2.2 | 290.00 | 638.00 |
| Bauck, Lyle | 05/18/07 | Instruct C. McClellan (MFIM) on review and analysis of FTI time related to 10-90, Epic, Sheraton, $58M receivable, and M. Tucker (FTI) Declarations. | 0.2 | 290.00 | 58.00 |
| McClellan, Christian | 05/18/07 | Continue to populate analysis of services performed by partners vs. non-partners for Diversified Trust Deed Fund. | 0.7 | 190.00 | 133.00 |
| McClellan, Christian | 05/20/07 | Review and Note references in FTI detail to EPIC, Sheraton. | 3.0 | 190.00 | 570.00 |
| McClellan, Christian | 05/21/07 | Review and Note references in FTI detail to 10-90, $58M receivable. | 3.2 | 190.00 | 608.00 |
| McClellan, Christian | 05/21/07 | Review and Note references in FTI detail to Colt, HMA. | 3.2 | 190.00 | 608.00 |
| McClellan, Christian | 05/21/07 | Review and Note references in FTI detail to Marquis Hotel, Investors VI. | 3.3 | 190.00 | 627.00 |
| Haftl, Michael | 05/23/07 | Coordinate review of travel time for Diversified Trust Deed Fund Committee professionals. | 0.2 | 530.00 | 106.00 |
| McClellan, Christian | 05/23/07 | Coordinate research and analysis of OH&S travel time. | 0.5 | 190.00 | 95.00 |

**EXHIBIT C-2**

USA Commercial Mortgage Company, et al.
Final Fee Application - Additional Time and Expenses
Company Administration
April 1, 2007 through June 30, 2007

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Bauck, Lyle | 05/24/07 | Review Orrick time detail and draft schedule of Orrick travel time for the month of June 2006. | 0.4 | 290.00 | 116.00 |
| Bauck, Lyle | 05/24/07 | Review Orrick time detail and draft schedule of Orrick travel time for the month of July 2006. | 0.4 | 290.00 | 116.00 |
| Bauck, Lyle | 05/24/07 | Review Orrick time detail and draft schedule of Orrick travel time for the month of August 2006. | 0.6 | 290.00 | 174.00 |
| Bauck, Lyle | 05/24/07 | Review Orrick time detail and draft schedule of Orrick travel time for the month of September 2006. | 0.4 | 290.00 | 116.00 |
| Bauck, Lyle | 05/24/07 | Review Orrick time detail and draft schedule of Orrick travel time for the month of October 2006. | 0.6 | 290.00 | 174.00 |
| Bauck, Lyle | 05/24/07 | Review Orrick time detail and draft schedule of Orrick travel time for the month of November 2006. | 0.4 | 290.00 | 116.00 |
| Bauck, Lyle | 05/24/07 | Review Orrick time detail and draft schedule of Orrick travel time for the month of December 2006. | 0.4 | 290.00 | 116.00 |
| Bauck, Lyle | 05/24/07 | Review Orrick time detail and draft schedule of Orrick travel time for the month of January 2007. | 0.4 | 290.00 | 116.00 |
| Bauck, Lyle | 05/24/07 | Review Orrick time detail and draft schedule of Orrick travel time for the month of February 2007. | 0.4 | 290.00 | 116.00 |
| Bauck, Lyle | 05/24/07 | Review Orrick time detail and draft schedule of Orrick travel time for the month of March 2007. | 0.3 | 290.00 | 87.00 |
| Bauck, Lyle | 05/24/07 | Draft summary schedule of Orrick travel time related to working travel time and non-working travel time. | 0.4 | 290.00 | 116.00 |
| Haftl, Michael | 05/24/07 | Review draft Fee Objection Motions for Diversified Trust Deed Fund. | 0.4 | 530.00 | 212.00 |
| Haftl, Michael | 05/24/07 | Review FTI, Orrick, and Beckley fee applications. | 3.8 | 530.00 | 2,014.00 |
| Haftl, Michael | 05/24/07 | Review travel time analyses for FTI and Committee professionals. | 1.9 | 530.00 | 1,007.00 |
| Haftl, Michael | 05/24/07 | Prepare analysis of FTI fee application. | 2.1 | 530.00 | 1,113.00 |
| Haftl, Michael | 05/24/07 | Provide comments on Orrick Motion. | 0.9 | 530.00 | 477.00 |
| Haftl, Michael | 05/24/07 | Review FTI fee application for overlapping work. | 0.8 | 530.00 | 424.00 |
| McClellan, Christian | 05/24/07 | Respond to comments regarding FTI specific activities review. | 1.1 | 190.00 | 209.00 |
| Kehl, Monty | 06/04/07 | Review supplemental fee application from Orrick. | 0.7 | 620.00 | 434.00 |
| | | **Total Company Administration for DTDF** | **75.4** | | **$ 22,653.00** |

**USA Capital First Trust Deed Fund, LLC**

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| McClellan, Christian | 05/01/07 | Prepare initial analysis of Shea Fee Application including summary of hours, rates, and amounts billed and compare to other professionals. | 1.6 | $ 190.00 | $ 304.00 |
| McClellan, Christian | 05/02/07 | Prepare initial analysis of Stutman Fee Application including summary of hours, rates, and amounts billed and compare to other professionals. | 1.9 | 190.00 | 361.00 |
| McClellan, Christian | 05/03/07 | Prepare initial analysis of Alvarez Fee Application including summary of hours, rates, and amounts billed and compare to other professionals. | 1.6 | 190.00 | 304.00 |
| McClellan, Christian | 05/09/07 | Review and analyze Alvarez final fee application for duplication of work. | 3.1 | 190.00 | 589.00 |
| McClellan, Christian | 05/09/07 | Review and analyze Alvarez final fee application for failure to delegate. | 3.0 | 190.00 | 570.00 |
| McClellan, Christian | 05/10/07 | Review and analyze Alvarez final fee application for vagueness and lumping. | 3.1 | 190.00 | 589.00 |
| McClellan, Christian | 05/10/07 | Review and analyze Alvarez final fee application for other objectable billing. | 3.1 | 190.00 | 589.00 |
| McClellan, Christian | 05/11/07 | Review and analyze Shea final fee application for duplication of work. | 2.7 | 190.00 | 513.00 |
| McClellan, Christian | 05/11/07 | Continue to review and analyze Shea final fee application for duplication of work. | 2.6 | 190.00 | 494.00 |
| McClellan, Christian | 05/14/07 | Review and analyze Shea final fee application for failure to delegate. | 2.8 | 190.00 | 532.00 |
| McClellan, Christian | 05/14/07 | Continue to review and analyze Shea final fee application for failure to delegate. | 2.8 | 190.00 | 532.00 |

**EXHIBIT C-2**

USA Commercial Mortgage Company, et al.
Final Fee Application - Additional Time and Expenses
Company Administration
April 1, 2007 through June 30, 2007

| Name | Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Haftl, Michael | 05/15/07 | Coordinate fee application review process for Committee professionals for First Trust Deed Fund. | 0.5 | 530.00 | 265.00 |
| McClellan, Christian | 05/15/07 | Review and analyze Shea final fee application for vagueness and lumping. | 3.4 | 190.00 | 646.00 |
| McClellan, Christian | 05/15/07 | Continue to review and analyze Shea final fee application for vagueness and lumping. | 3.3 | 190.00 | 627.00 |
| Smith, Susan | 05/15/07 | Review Stutman's objections to MFIM's February invoice. | 0.2 | 590.00 | 118.00 |
| McClellan, Christian | 05/16/07 | Review and analyze Alvarez final fee application for failure to delegate. | 2.0 | 190.00 | 380.00 |
| McClellan, Christian | 05/16/07 | Review and analyze Alvarez final fee application for other objectable billing. | 1.9 | 190.00 | 361.00 |
| Bauck, Lyle | 05/17/07 | Analyze and review blended rates for First Trust Deed Fund Committee professionals. | 0.1 | 290.00 | 29.00 |
| Haftl, Michael | 05/17/07 | Analyze leverage used by First Trust Deed Fund Committee professionals in order to determine if tasks were properly delegated. | 0.2 | 530.00 | 106.00 |
| McClellan, Christian | 05/17/07 | Prepare analysis comparing blended hourly rates of professionals for First Trust Deed Fund Committee professionals. | 0.7 | 190.00 | 133.00 |
| McClellan, Christian | 05/17/07 | Prepare analysis of services performed by partners vs. non-partners for First Trust Deed Fund Committee professionals. | 1.0 | 190.00 | 190.00 |
| McClellan, Christian | 05/18/07 | Continue to populate analysis of services performed by partners vs. non-partners for First Trust Deed Fund. | 0.7 | 190.00 | 133.00 |
| Haftl, Michael | 05/21/07 | Review Stutman's fee application. | 2.3 | 530.00 | 1,219.00 |
| Haftl, Michael | 05/21/07 | Review Alvarez's fee application. | 2.7 | 530.00 | 1,431.00 |
| Haftl, Michael | 05/21/07 | Review Shea & Carlyon's fee application. | 1.9 | 530.00 | 1,007.00 |
| McClellan, Christian | 05/22/07 | Research potential discrepancy in records of A&M fee and expense payments. | 1.6 | 190.00 | 304.00 |
| Haftl, Michael | 05/23/07 | Coordinate review of travel time for First Trust Deed Fund Committee professionals. | 0.2 | 530.00 | 106.00 |
| Haftl, Michael | 05/24/07 | Review draft Fee Objection Motions for First Trust Deed Fund. | 0.4 | 530.00 | 212.00 |
| Haftl, Michael | 06/11/07 | Review Shea Carlyon Supplemental Fee Application. | 0.3 | 530.00 | 159.00 |
| | | **Total Company Administration for FTDF** | **51.7** | | **$ 12,803.00** |
| | | **Total Company Administration for USACM/DTDF/FTDF** | **180.8** | | **$ 53,027.00** |

**Amount and Hours Summary**

| | Hours | % | Amount |
|---|---|---|---|
| USA Commercial Mortgage Company | 53.7 | 33.1% | $ 17,571.00 |
| USA Capital Diversified Trust Deed Fund, LLC | 75.4 | 42.7% | $ 22,653.00 |
| USA Capital First Trust Deed Fund, LLC | 51.7 | 24.1% | $ 12,803.00 |
| | 180.8 | | $ 53,027.00 |

**EXHIBIT D**

USA Commercial Mortgage Company, et al.
Final Fee Application - Additional Time and Expenses
Summary of Out-of-Pocket Expenses
April 1, 2007 through June 30, 2007

| Category | | Amount |
|---|---|---|
| Airfare | $ | 2,515.51 |
| Ground Transportation | | 458.00 |
| Lodging | | 5,135.52 |
| Meals | | 79.93 |
| Miscellaneous - Federal Express | | 166.56 |
| Miscellaneous - Legal Fees | | 227,698.20 |
| Estimate of Future Expenses [1] | | 6,000.00 |
| **Total Out-of-Pocket Expenses Due this Invoice** | **$** | **242,053.72** |

1 - MFIM has included an estimate of expenses necessary to prepare for and attend the hearing for its Final Fee Application

**EXHIBIT E**

USA Commercial Mortgage Company, et al.
Final Fee Application - Additional Time and Expenses
Detail of Out-of-Pocket Expenses
April 1, 2007 through June 30, 2007

| Name | Date | Description | | Amount |
|---|---|---|---|---:|
| Smith, Susan | 04/16/07 | Airfare - roundtrip - MIA to ORD to SLC. | $ | 723.43 |
| Smith, Susan | 04/22/07 | Airfare - roundtrip - MIA to ORD/ ORD to LAS/ LAS to MIA. | | 1,114.49 |
| Haftl, Michael | 04/26/07 | Airfare - one-way - ORD to AUS. | | 325.40 |
| Smith, Susan | 06/11/07 | Airfare - roundtrip - MIA to ORD. | | 352.19 |
| | | ***Airfare Subtotal*** | **$** | **2,515.51** |
| | | | | |
| Haftl, Michael | 03/29/07 | Ground Transportation - Parking, 2 days. | $ | 63.00 |
| Smith, Susan | 04/16/07 | Ground Transportation - Taxi fare from ORD Airport to hotel. | | 40.00 |
| Smith, Susan | 04/22/07 | Ground Transportation - Taxi fare from ORD Airport to hotel. | | 40.00 |
| Smith, Susan | 04/24/07 | Ground Transportation - Taxi fare from hotel to ORD Airport. | | 35.00 |
| Haftl, Michael | 04/26/07 | Ground Transportation - Taxi fare from MFC Office to ORD Airport. | | 34.00 |
| Monty Kehl | 04/26/07 | Ground Transportation - Taxi fare from hotel to ORD Airport. | | 33.00 |
| Smith, Susan | 04/27/07 | Ground Transportation - Parking at MIA Airport, 12 days. | | 90.00 |
| Haftl, Michael | 05/01/07 | Ground Transportation - Taxi fare from SFO Airport to home. | | 43.00 |
| Smith, Susan | 06/11/07 | Ground Transportation - Taxi fare from ORD Airport to Greenberg Traurig Office. | | 40.00 |
| Smith, Susan | 06/12/07 | Ground Transportation - Taxi fare from Greenberg Traurig Office to ORD Airport. | | 40.00 |
| | | ***Ground Transportation Subtotal*** | **$** | **458.00** |
| | | | | |
| Smith, Susan | 04/16/07 | Lodging - Chicago, IL number of nights 3. | $ | 931.29 |
| Smith, Susan | 04/19/07 | Lodging - Chicago, IL number of nights 1. | | 235.58 |
| Haftl, Michael | 04/22/07 | Lodging - Chicago, IL number of nights 3. | | 1,069.77 |
| Kehl, Monty | 04/22/07 | Lodging - Chicago, IL number of nights 3. | | 1,069.77 |
| Smith, Susan | 04/22/07 | Lodging - Chicago, IL number of nights 2. | | 713.18 |
| Kehl, Monty | 04/25/07 | Lodging - Chicago, IL number of nights 1. | | 414.29 |
| Haftl, Michael | 04/25/07 | Lodging - Chicago, IL number of nights 1. | | 414.29 |
| Smith, Susan | 06/11/07 | Lodging - Chicago, IL number of nights 1. | | 287.35 |
| | | ***Lodging Subtotal*** | **$** | **5,135.52** |
| | | | | |
| Smith, Susan | 04/17/07 | Meals - Out of town dinner, 1 attendee. | $ | 35.89 |
| Smith, Susan | 04/18/07 | Meals - Out of town dinner, 1 attendee. | | 32.04 |
| Smith, Susan | 06/12/07 | Meals - Out of town dinner, 1 attendee. | | 12.00 |
| | | ***Meals Subtotal*** | **$** | **79.93** |
| | | | | |
| Mesirow | 05/16/07 | Federal Express courier service. | $ | 102.90 |
| Mesirow | 05/30/07 | Federal Express courier service. | | 63.66 |
| | | ***Miscellaneous - Federal Express Subtotal*** | **$** | **166.56** |
| | | | | |
| Mesirow | 05/08/07 | Greenberg Traurig legal fees and expenses for April. | $ | 35,267.04 |
| Mesirow | 06/13/07 | Greenberg Traurig legal fees and expenses for May. | | 90,233.17 |

**EXHIBIT E**

USA Commercial Mortgage Company, et al.
Final Fee Application - Additional Time and Expenses
Detail of Out-of-Pocket Expenses
April 1, 2007 through June 30, 2007

| Name | Date | Description | | Amount |
|---|---|---|---|---|
| Mesirow | 06/30/07 | Greenberg Traurig legal fees and expenses for June. | | 57,197.99 |
| | | Greenberg Traurig estimate of fees and expenses for Final Fee Application Hearing[1]. | | 45,000.00 |
| | | ***Miscellaneous - Legal Fees Subtotal*** | $ | **227,698.20** |
| | | **Estimate of Future Expenses** [2] | $ | **6,000.00** |
| | | **Total Out-of-Pocket Expenses Requested for the period April 1, 2007 through June 30, 2007** | $ | **242,053.72** |

1 - MFIM has included an estimate of expenses necessary to prepare for and attend the hearing for its Final Fee Application for Greenberg Traurig

2 - MFIM has included an estimate of expenses necessary to prepare for and attend the hearing for its Final Fee Application