# GROUP EXHIBIT F

# Greenberg Traurig

|  |  |  |
|---|---|---|
| File No. | : | 083230.013300 |
| Bill Date | : | July 2, 2007 |

Mesirow Financial Interim Management LLC
2828 Routh Street
Dallas, Texas  75201

Attn: Kristin Winford
      Senior Vice President

## INVOICE

Re:  USACM/Fee Application

|  |  |  |
|---|---|---|
| Total Fees: | $ | 33,468.00 |

Expenses:

| | | | |
|---|---|---|---|
| Business Meals | 1,183.15 | | |
| Other Charges | 45.00 | | |
| Photocopy Charges | 114.30 | | |
| Service Company Charges | 122.50 | | |
| Telephone Expenses | 0.80 | | |
| Travel and Lodging Out of town | 194.00 | | |
| Information and Research | 139.29 | | |
| Total Expenses: | | $ | 1,799.04 |

| | | |
|---|---|---|
| **Total Amount Due:** | **$** | **35,267.04** |

KXS:DMV
Tax ID: 13-3613083

Re:          USACM/Fee Application
Matter No:   083230.013300

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 03/22/07 | Kerry E. Carlson | Prepare materials in support of Mesirow application for compensation (1.2); coordinate details of hearing preparation (.60). | 1.80 | 342.00 |
| 04/02/07 | Matthew T. Gensburg | Attend status conference call with client regarding application. | 0.80 | 464.00 |
| 04/12/07 | Nancy A. Peterman | Work on fee application. | 1.30 | 754.00 |
| 04/16/07 | Sherri Morissette | Continue researching reimbursement of legal fees (1.6); summarize research (1.0). | 2.60 | 1196.00 |
| 04/24/07 | Kerry E. Carlson | Assist with exhibits to final fee application (2.9); attend to ECF filing issues (.60). | 3.50 | 665.00 |
| 04/25/07 | Kerry E. Carlson | Assist with preparation and filing of final fee application (4.5); review and organize all exhibits (3.0). | 7.50 | 1425.00 |
| 04/25/07 | Matthew T. Gensburg | Review exhibits to fee application, including reports described in Financial Analysis section. | 0.10 | 58.00 |
| 04/25/07 | Matthew T. Gensburg | Review and revise fee application drafts. | 8.50 | 4930.00 |
| 04/25/07 | Matthew T. Gensburg | Review email re: changes to fee application from Kehl, Peterman (2x), Morissette, Greenberg. | 0.10 | 58.00 |
| 04/25/07 | Sherri Morissette | Work on final fee application. | 16.00 | 7360.00 |
| 04/25/07 | Nancy A. Peterman | Revise fee application (5.6) including revising success fee section (.90), drafting the introduction (1.2), revising the litigation sections (1.6) and revising the request for GT's legal fees (1.5). | 10.80 | 6264.00 |
| 04/26/07 | Kerry E. Carlson | Coordinating service of final fee application (.90); prepare hearing binders (5.5); attend to details of filing final fee application (.60). | 7.00 | 1330.00 |
| 04/26/07 | Matthew T. Gensburg | Review final fee application. | 0.90 | 522.00 |
| 04/26/07 | Sherri Morissette | Work on Declarations in support of Final Application of Fasel (.90), Allison (1.5), Koe (.90), Kehl (.90), Smith (1.3) | 5.50 | 2530.00 |
| 04/26/07 | Nancy A. Peterman | Conference with S. Morissette re affidavits in support of fee application. | 0.60 | 348.00 |
| 04/27/07 | Kerry E. Carlson | Prepare electronic version of fee application and exhibits and send to client (.90); prepare binders for hearing (2.1); research and obtain all final applications for professional condensation (1.0). | 4.00 | 760.00 |
| 04/30/07 | Matthew T. Gensburg | Review Maguire email re: communications and Blogger notes re: Allison deposition. | 0.20 | 116.00 |
| 04/30/07 | Matthew T. Gensburg | Review and revise Atkinson declaration. | 0.20 | 116.00 |
| 04/30/07 | Matthew T. Gensburg | Review emails re: supporting declarations from Kehl (2x), Peterman, Morissette. | 0.10 | 58.00 |
| 04/30/07 | Matthew T. Gensburg | Review draft declaration from Kehl. | 1.70 | 986.00 |
| 04/30/07 | Matthew T. Gensburg | Review draft declaration for Allison. | 2.30 | 1334.00 |
| 04/30/07 | Sherri Morissette | Continue work on declarations in support of Final Application | 3.10 | 1426.00 |
| 04/30/07 | Nancy A. Peterman | Conference with M. Gensburg re affidavits in support of fee application. | 0.40 | 232.00 |
| 04/30/07 | Matthew F. Prewitt | Conference with M. Gensburg re drafting affidavits in support of fee petition. | 0.40 | 194.00 |

|  |  |  |  |  |
|--|--|--|--|--|
|  |  | Total Time: | 79.40 |  |
|  |  | Total Fees: |  | $ 33,468.00 |

Re:         USA Commercial Mortgage Company
Matter No.: 083230.012700

## Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 03/29/07 | VENDOR: American Express INVOICE#: 1326200704 DATE: 4/14/2007 Courtcall 310-342-0888 Ca Ref# Vqfe0F9Cddf Mgmt/Consulting/ 03/28/07 Michele L Tigue | $ | 122.50 |
| 04/06/07 | Telephone; 8013233321 from Ext. 5108 SALT LAKE UT | $ | 0.08 |
| 04/17/07 | VENDOR: Caffe Baci; INVOICE#: 63139; DATE: 4/17/2007 - Food Order on 4/17/07 | $ | 128.74 |
| 04/18/07 | VENDOR: Caffe Baci; INVOICE#: 63256; DATE: 4/18/2007 - Food Order on 4/18/07 | $ | 65.01 |
| 04/18/07 | VENDOR: Potbelly Sandwich Works; INVOICE#: 40008; DATE: 4/18/2007 - Food Order on 4/18/07 | $ | 70.16 |
| 04/19/07 | VENDOR: Caffe Baci; INVOICE#: 63393; DATE: 4/19/2007 - Food Order on 4/19/07 | $ | 29.01 |
| 04/19/07 | VENDOR: Stefani Management Services, Inc.; INVOICE#: 404582; DATE: 4/19/2007 - Food Order on 4/19/07; Order 202 | $ | 55.72 |
| 04/19/07 | Westlaw Research by OSTROW,ETHAN. | $ | 4.53 |
| 04/20/07 | VENDOR: Caffe Baci; INVOICE#: 63490; DATE: 4/20/2007 - Food Order on 4/20/07 | $ | 27.01 |
| 04/20/07 | VENDOR: Caffe Baci; INVOICE#: 63504; DATE: 4/20/2007 - Food Order on 4/20/07 | $ | 54.50 |
| 04/20/07 | Telephone; 7022287590 from Ext. 8407 LAS VEGAS NV | $ | 0.32 |
| 04/20/07 | Telephone; 7022287590 from Ext. 5040 LAS VEGAS NV | $ | 0.40 |
| 04/20/07 | Westlaw Research by MORISSETTE,SHERRI. | $ | 76.45 |
| 04/23/07 | VENDOR: Caffe Baci; INVOICE#: 63581; DATE: 4/23/2007 - Food Order on 4/23/07 | $ | 41.00 |
| 04/23/07 | VENDOR: Yushan Chinese Restaurant; INVOICE#: 187457; DATE: 4/23/2007 - Food Order on 4/23/07; 10pp | $ | 157.67 |
| 04/23/07 | VENDOR: Morissette, Sherri INVOICE#: C051000329482070041 DATE: 5/2/2007 TYPE: Business Meals; REASON: Client Billable-CHI-Bkcy-Associate; DATE: 04/23/07 - Dinner for group working on Mesirow/USACM; ATTENDEES: Sherri Morissette, Carla Greenberg, Nancy Peterman, Matthew Gensburg, Mike of Mesirow, Monty of Mesirow, Steve of Mesirow, Susan of Mesirow | $ | 192.77 |
| 04/23/07 | Copy; 672 Page(s) by 016448 | $ | 100.80 |
| 04/23/07 | Copy; 7 Page(s) by 005527 | $ | 1.05 |
| 04/23/07 | Copy; 83 Page(s) by 005489 | $ | 12.45 |
| 04/24/07 | VENDOR: Caffe Baci; INVOICE#: 63669; DATE: 4/24/2007 - Food Order on 4/24/07 | $ | 41.00 |
| 04/24/07 | VENDOR: Caffe Baci; INVOICE#: 63671; DATE: 4/24/2007 - Food Order on 4/24/07 | $ | 79.24 |

KXS:DMV
Tax ID: 13-3613083

Invoice No.:     1917198
Re:              USA Commercial Mortgage Company
Matter No.:      083230.012700

## Description of Expenses Billed

| Date | Description | | Amount |
|------|-------------|---|--------|
| 04/24/07 | VENDOR: Morissette, Sherri INVOICE#: C051000329482070041 DATE: 5/2/2007 TYPE: Business Meals; REASON: Client Billable-CHI-Bkcy-Associate; DATE: 04/24/07 - Dinner for group working on Mesirow/USACM; ATTENDEES: Sherri Morissette, Carla Greenberg, Nancy Peterman, Matthew Gensburg, Mike of Mesirow, Monty of Mesirow, Ranni Matar, Steve of Mesirow | $ | 181.08 |
| 04/25/07 | VENDOR: Caffe Baci; INVOICE#: 63812; DATE: 4/25/2007 - Food Order on 4/25/07 | $ | 60.24 |
| 04/25/07 | Westlaw Research by TSANG,LOUISE. | $ | 31.81 |
| 04/25/07 | Westlaw Research by CARLSON,KERRY. | $ | 26.50 |
| 04/30/07 | VENDOR: Legal Wings, Inc. INVOICE#: 7923773.161889 DATE: 4/30/2007 Deliver to: Judge Linda Riegle in Bankruptcy Court. | $ | 45.00 |
| 04/30/07 | VENDOR: Base Limousine Service; INVOICE#: 8235; DATE: 4/30/2007 - Acct: GTLAW, Limousine Services from 4/16/07 to 4/27/07 | $ | 194.00 |
| | Total Expenses: | $ | 1,799.04 |

# Greenberg Traurig

Invoice No.: 1908147
File No.   :  083230.013300
Bill Date  :  June 13, 2007

Mesirow Financial Consulting
2828 Routh Street
Dallas, Texas 75201

Attn: Kristin Winford
      Senior Vice President

## INVOICE

Re:   USACM/Fee Application

Legal Services through May 31, 2007:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 83,440.50 |

Expenses:

| | | | |
|---|---|---|---|
| Business Meals | 85.75 | | |
| Federal Express Charges | 513.44 | | |
| Local Travel | 238.00 | | |
| Off-site Printing and Copying Charges | 1,161.89 | | |
| Photocopy Charges | 2,154.75 | | |
| Travel and Lodging Out of town | 1,226.49 | | |
| Information and Research | 1,412.35 | | |
| Total Expenses: | | $ | 6,792.67 |
| **Current Invoice:** | | **$** | **90,233.17** |

KXS:DMV
Tax ID: 13-3613083

# Greenberg
# Traurig

Invoice No.:  1908147
File No.   :  083230.013300

```
FOR YOUR CONVENIENCE,
WIRING INSTRUCTIONS FOR GT FIRM ACCOUNT
FOR FEES & COSTS ARE AS FOLLOWS:
```

TO:                     CITIBANK, F.S.B.
ABA #:                  266086554
INTERNATIONAL
SWIFT:                  CITIUS33
CREDIT TO:              GREENBERG TRAURIG ACCOUNT
ACCOUNT #:              3200175071

PLEASE
REFERENCE:      CLIENT NAME:        **MESIROW FINANCIAL CONSULTING**
                FILE NUMBER:        **083230.013300**
                INVOICE NUMBER:     **1908147***
                BILLING
                PROFESSIONAL:       **Keith J. Shapiro**

Wire fees may be assessed by your bank.
* If paying more than one invoice, please reference all invoice numbers in wiring instructions.

KXS:DMV
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 2500 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com

Invoice No.:      1908147                                                            Page 1
Re:               USACM/Fee Application
Matter No.:       083230.013300

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 05/01/07 | Matthew T. Gensburg | Review exhibits to fee application. | 0.80 | 464.00 |
| 05/01/07 | Matthew T. Gensburg | Review emails re draft affidavits in support of fee application from Peterman. | 0.20 | 116.00 |
| 05/01/07 | Matthew T. Gensburg | Conference with Fasel and Morissette re draft affidavits. | 0.60 | 348.00 |
| 05/01/07 | Matthew T. Gensburg | Review additional emails re: declarations from Morissette, Peterman (4x). | 0.40 | 232.00 |
| 05/01/07 | Matthew T. Gensburg | Review Koe declaration. | 0.60 | 348.00 |
| 05/01/07 | Matthew T. Gensburg | Review Fasel declaration. | 1.80 | 1044.00 |
| 05/01/07 | Sherri Morissette | Work on declarations of T. Allison(1.1) , S. Smith(.70), W. Fasel(.70), R. Koe(.70), N. Peterman(.70), J. Atkinson(.70), M. Kehl(.70). | 5.30 | 2438.00 |
| 05/02/07 | Kerry E. Carlson | Organize declarations in support of final application (1.2); draft pro hac application for M. Gensburg (.60). | 1.80 | 342.00 |
| 05/02/07 | Kerry E. Carlson | Extensive research on employment of CRO and requests for success fees (2.0); begin to prepare documents for judicial notice (.80). | 2.80 | 532.00 |
| 05/02/07 | Matthew T. Gensburg | Telephone conference with Fasel re: his Declaration. | 0.50 | 290.00 |
| 05/02/07 | Matthew T. Gensburg | Revise Declarations. | 0.90 | 522.00 |
| 05/02/07 | Matthew T. Gensburg | Review Smith Declaration. | 1.50 | 870.00 |
| 05/02/07 | Matthew T. Gensburg | Review orders and retention agreements re: other success fee awards. | 1.20 | 696.00 |
| 05/02/07 | Sherri Morissette | Work on CRO research summary (2.3); revise declaration of T. Allison (.70), S. Smith (.50), W. Fasel (.50), J. Atkinson (.50), R. Koe (.50), M. Kehl (.50) and N. Peterman (.50). | 6.00 | 2760.00 |
| 05/02/07 | Nancy A. Peterman | Review draft Atkinson affidavit (.20); telephone conference with J. Atkinson re same (.20); telephone conference with M. Kehl re various issues relating to fee application (.20); telephone conference with T. Allison re fee application issues (.10); conference with M. Gensburg re prove up on success fee (.20). | 0.90 | 522.00 |
| 05/03/07 | Kerry E. Carlson | Continue research on CRO retention and success fees (2.2); discuss same with S. Morissette (.30) ; assist with preparation of research and other materials in support of final application for compensation (1.0); assist with preparation of declarations for filing (.70). | 4.20 | 798.00 |
| 05/03/07 | Matthew T. Gensburg | Review Smith comments to declaration (.20) and emails related to same from Smith, Peterman (2x), Darr, Morissette (3x), Allison (.10). | 0.30 | 174.00 |
| 05/03/07 | Matthew T. Gensburg | Revise Declarations. | 1.90 | 1102.00 |
| 05/03/07 | Matthew T. Gensburg | Complete review and revision of Smith declartion. | 1.30 | 754.00 |
| 05/03/07 | Matthew T. Gensburg | Review Allison success fee insert for declaration (.60); revise same (1.3). | 1.90 | 1102.00 |
| 05/03/07 | Matthew T. Gensburg | Review Peterman declaration. | 1.00 | 580.00 |

| Invoice No.: | 1908147 | Page 2 |
|---|---|---|
| Re: | USACM/Fee Application | |
| Matter No.: | 083230.013300 | |

Description of Professional Services Rendered

| | | | | |
|---|---|---|---|---|
| 05/03/07 | Sherri Morissette | Work on revisions to declarations of T. Allison, S. Smith, R. Koe, T. Atkinson, W. Fasel, M. Kehl and N. Peterman (6.2); review research re CRO success fees and draft summary chart (3.0). | 9.20 | 4232.00 |
| 05/03/07 | Nancy A. Peterman | Work on fee application affidavits; revise Allison affidavit (1.7); revise Peterman affidavit (.60); revise success fee insert (.80); telephone conferences (2x) with T. Allison re fee application (.30); conference with M. Gensburg re same (.10); telephone conference with S. Darr re same (.20); telephone conference with J. Atkinson re same (.30); telephone conference with M. Kehl re same (.20); work on success fee argument (.90); conferences (3x) with S. Morrisette re affidavits (.10). | 5.20 | 3016.00 |
| 05/03/07 | Matthew F. Prewitt | Conference with M. Gensburg re contents of affidavits supporting fee petition. | 0.30 | 145.50 |
| 05/04/07 | Kerry E. Carlson | Prepare declarations for filing (.80); coordinate filing and service of same (.40); prepare hearing binders (3.6). | 4.80 | 912.00 |
| 05/04/07 | Matthew T. Gensburg | Review emails re: status of declarations from Allison, Peterson (4x), Morissette (3x). | 0.40 | 232.00 |
| 05/04/07 | Matthew T. Gensburg | Conferences re: finalizing declarations and coordinating preparation. | 1.80 | 1044.00 |
| 05/04/07 | Sherri Morissette | Meeting w/ N. Peterman and M. Gensburg re: Final Fee Application Hearing preparation and tasks (1.0); work on finalizing declarations for S. Smith, T. Allison, R. Koe, J. Atkinson, M. Kehl, W. Fasel and N. Peterman (6.3). | 7.30 | 3358.00 |
| 05/04/07 | Nancy A. Peterman | Revise declarations in support of fee application for Allison (.40), Atkinson (.20), Kehl (.50), Koe (.40), Peterman (.10) and Fasel (.50); meet with S. Morissette and M. Gensburg re hearing preparation (1.8); exchange emails with MFIM re draft declarations (.40). | 4.30 | 2494.00 |
| 05/07/07 | Kerry E. Carlson | Confirm receipt and delivery of declarations (.20); index and organize related materials (.80). | 1.00 | 190.00 |
| 05/07/07 | Matthew T. Gensburg | Review emails coordinating interviews and forwarding declarations from Peterman (1x), Allison, Kehl (2x), Fasel. | 0.40 | 232.00 |
| 05/08/07 | Matthew T. Gensburg | Review Ginji case. | 0.20 | 116.00 |
| 05/08/07 | Matthew T. Gensburg | Review emails re: coordinating witness interviews and prep from Smith, Peterman (2x), McClennan. | 0.20 | 116.00 |
| 05/08/07 | Matthew T. Gensburg | Review emails re Peterman conversations with Stutman. | 0.40 | 232.00 |
| 05/08/07 | Matthew T. Gensburg | Outline testimony re: forensic loan work. | 0.80 | 464.00 |
| 05/08/07 | Nancy A. Peterman | Draft email to S. Darr re fee application issues. | 0.30 | 174.00 |
| 05/09/07 | Matthew T. Gensburg | Conference re: coordinating Las Vegas hearing. | 0.10 | 58.00 |
| 05/09/07 | Nancy A. Peterman | Telephone conference with S. Darr re fee application issues (.30); review email from direct lenders re loan and fee application issues (.20); attention to preparation for fee application issues (.80). | 1.30 | 754.00 |

| Invoice No.: | 1908147 | Page 3 |
|---|---|---|
| Re: | USACM/Fee Application | |
| Matter No.: | 083230.013300 | |

## Description of Professional Services Rendered

| | | | | |
|---|---|---|---|---|
| 05/10/07 | Matthew T. Gensburg | Review emails re: final changes to fee application from Haftl (2x), Peterman, Greenberg, Carlson, Kehl (2x). | 0.10 | 58.00 |
| 05/10/07 | Carla Greenberg | Draft correspondence to direct lender re requested fee application exhibits; locate all such exhibits requested. | 1.50 | 150.00 |
| 05/10/07 | Sherri Morissette | Emails re: respond to request from M. Braun regarding exhibits. | 0.50 | 230.00 |
| 05/10/07 | Nancy A. Peterman | Exchange emails with R. Tuliano re fee application issues. | 0.40 | 232.00 |
| 05/11/07 | Matthew T. Gensburg | Conference re: objections preliminarily raised (.60); review fee application in preparation for June hearing (.80). | 1.40 | 812.00 |
| 05/11/07 | Matthew T. Gensburg | Review Liquidation Analysis. | 1.50 | 870.00 |
| 05/11/07 | Matthew T. Gensburg | Telephone conference with Kehl re: 5/31/07 hearing. | 0.20 | 116.00 |
| 05/11/07 | Nancy A. Peterman | Work on fee application issues, including telephone conference with D. Martini. | 0.70 | 406.00 |
| 05/14/07 | Kerry E. Carlson | Review Exhibit H to final fee application as filed with the Court (.30); prepare corrected exhibit and file same (.60); exchange emails with S. Morissette confirming details of same (.20). | 1.10 | 209.00 |
| 05/14/07 | Nancy A. Peterman | Telephone conference with S. Darr re meeting with Berman on MFIM fee application. | 0.20 | 116.00 |
| 05/15/07 | Kerry E. Carlson | Prepare summary chart of all professional fees, expenses and future expenses. | 1.80 | 342.00 |
| 05/15/07 | Nancy A. Peterman | Telephone conferences (2) with S. Darr re fee application issues and settlement discussions with Berman (.90); telephone conference with J. Atkinson re fee application issues and related matters (1.2). | 2.10 | 1218.00 |
| 05/16/07 | Matthew T. Gensburg | Outline fee petition. | 0.20 | 116.00 |
| 05/16/07 | Nancy A. Peterman | Several telephone conferences with S. Darr re fee application issues (.90); telephone conference with S. Darr and J. Atkinson re same (.40); draft email to K. Shapiro re status (.60); telephone conference with R. Tuliano, T. Allison, S. Darr, J. Atkinson and K. Shapiro re fee application strategy and other related issues (.90). | 2.80 | 1624.00 |
| 05/16/07 | Keith J. Shapiro | Conference with Nancy Peterman regarding settlement talks and strategy | 1.00 | 735.00 |
| 05/17/07 | Nancy A. Peterman | Prepare email to MFIM re objection to March invoice from Stutman. | 0.20 | 116.00 |
| 05/21/07 | Kerry E. Carlson | Draft application for pro hac admission of M. Gensburg (.80); research local rules regarding the same (.40). | 1.20 | 228.00 |
| 05/21/07 | Kerry E. Carlson | Continue to prepare binders for fee hearing. | 1.50 | 285.00 |
| 05/21/07 | Sherri Morissette | Review caselaw re: fee opinions of Judge. | 0.80 | 368.00 |
| 05/21/07 | Nancy A. Peterman | Review success fee opinion cited by Judge Riegle. | 0.40 | 232.00 |
| 05/22/07 | Kerry E. Carlson | Respond to M. Haft request for final version of fee application (.10); organize exhibits (.50). | 0.60 | 114.00 |

| Invoice No.: | 1908147 | | | Page 4 |
| Re: | USACM/Fee Application | | | |
| Matter No.: | 083230.013300 | | | |

Description of Professional Services Rendered

| | | | | |
|---|---|---|---|---|
| 05/22/07 | Nancy A. Peterman | Telephone conference with S. Darr re fee application and possible settlement (.30); draft email to M. Gensburg and S. Morrisette re fee issues and status of settlement discussions (.60). | 0.90 | 522.00 |
| 05/23/07 | Kerry E. Carlson | Coordinate filing and service of Matthew Gensburg application for admission pro hac vice. | 0.50 | 95.00 |
| 05/23/07 | Matthew T. Gensburg | Outline fee application. | 1.60 | 928.00 |
| 05/23/07 | Sherri Morissette | Prepare for and attend stragety meeting with N. Peterman and M. Gensburg re: MFIM fee application hearing preparation and tasks (1.20); draft email re: request for information for hearing preparation (.50). | 1.70 | 782.00 |
| 05/23/07 | Nancy A. Peterman | Exchange numerous emails with K. Shapiro and S. Darr re status of fee issues (.80); telephone conferences (3x) with S. Darr re same (.60); meet with M. Gensburg and S. Morrisette re fee application hearing prep (1.20); exchange emails with RQN and MFIM re extending deadline to object to fee applications (0.30); telephone conference with RQN re same (.30). | 3.20 | 1856.00 |
| 05/24/07 | Matthew T. Gensburg | Review emails re: Darr and Allison meeting with Berman. | 0.20 | 116.00 |
| 05/24/07 | Nancy A. Peterman | Telephone conferences (3x) with S. Darr re fee application issues (.70); exchange emails with S. Smith, T. Allison, S. Darr re same (.60); telephone conference with K. Shapiro re same (.20); review objection from direct lender to fee application (.40); telephone conference with RQN re extension of objection deadline (.60); review and comment on document extending objection deadline (.40); preparation for fee application hearing (1.6). | 4.50 | 2610.00 |
| 05/25/07 | Matthew T. Gensburg | Outline fee application. | 2.40 | 1392.00 |
| 05/25/07 | Sherri Morissette | Review Sal Reale issues re: final fee application. | 1.00 | 460.00 |
| 05/25/07 | Nancy A. Peterman | Several telephone conferences with S. Darr, T. Allison, S. Strong (2x), F. Merola re fee application issues (1.7); exchange several emails with S. Darr, T. Allison and S. Strong re same (1.1). | 2.80 | 1624.00 |
| 05/27/07 | Matthew T. Gensburg | Outline fee petition. | 4.50 | 2610.00 |
| 05/29/07 | Kerry E. Carlson | Coordinate telephonic appearance of M. Gensburg (.30); coordinate details of the same (.20). | 0.50 | 95.00 |
| 05/29/07 | Kerry E. Carlson | Research pleadings and underlying adversary proceeding regarding Sal Reale. | 1.30 | 247.00 |
| 05/29/07 | Matthew T. Gensburg | Review emails re: Allison deposition for Jarvis, Allison, Peterman. | 0.10 | 58.00 |
| 05/29/07 | Matthew T. Gensburg | Outline fee application. | 2.10 | 1218.00 |
| 05/29/07 | Sherri Morissette | Review pleadings related to Investment Partners transactions and settlement. | 2.60 | 1196.00 |

| | | | | Page 5 |
|---|---|---|---|---|
| Invoice No.: | 1908147 | | | |
| Re: | USACM/Fee Application | | | |
| Matter No.: | 083230.013300 | | | |

Description of Professional Services Rendered

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 05/29/07 | Nancy A. Peterman | Review draft objection from USACM Trust to MFIM's fee application (1.6); telephone conferences (2) with E. Karasik re fee issues (.40); telephone call (2x) with S. Darr, K. Shapiro and T. Allison re fee application issues/settlement (1.8); telephone conference with G. Berman, R. Charles, T. Allison, S. Darr and K. Shapiro re same (.90); telephone conferences (2x) with S. Darr re fee issues (.80); telephone conference with M. Levison re fee issues (1.0); telephone conference with Shea & Carlyon attorney re fee issues (.20); conference with M. Gensburg re fee hearing (.40.). | 7.10 | 4118.00 |
| 05/30/07 | Kerry E. Carlson | Prepare materials for 5/31/07 hearing | 1.20 | 228.00 |
| 05/30/07 | Kerry E. Carlson | Prepare local counsel designation for Matthew Gensburg Appearance. | 0.80 | 152.00 |
| 05/30/07 | Matthew T. Gensburg | Outline fee petition. | 2.50 | 1450.00 |
| 05/30/07 | Matthew T. Gensburg | Review emails re: status from N. Peterman. | 0.10 | 58.00 |
| 05/30/07 | Nancy A. Peterman | Telephone conference with E. Karasik re fee issues (.20); telephone conference with M. Kehl re fees (.30); conference with M. Gensburg re status (.40); telephone conferences (2) with T. Allison re possible fee settlement (.60); telephone conference with S. Darr re same (.40); telephone conference with M. Levinson re fee settlement and hearing (.30); exchange emails with T. Allison, S. Darr and K. Shapiro re same (.60); exchange emails with S. Smith re K-1 issue (.30); prepare email to S. Smith and T. Allison re FTDF fee issues (.30); draft email to T. Allison re RQN fees (.10); telephone conferences (2) with S. Strong re hearing, RQN fee application, Diversified fee applications (.60); prepare for hearing re fee applications (2.9); review recent pleadings (.40); review LPG objection to MFIM fee application (.60); review research re errata sheet for HMA Sales deposition (.90); review information re Reale/HMA Sale issues, 1090 loan and settlement of intercompany claims (2.3); travel to Las Vegas (preparing for hearing en route) (2.0). | 13.20 | 7656.00 |
| 05/31/07 | Kerry E. Carlson | Respond to requests for additional documents and fee related research from N. Peterman and S. Morissette. | 1.30 | 247.00 |
| 05/31/07 | Matthew T. Gensburg | Participate telephonically in status hearing. | 1.00 | 580.00 |
| 05/31/07 | Sherri Morissette | Review Lenders Protection Group objection to MFIM Fee Application (.20); Attend hearing on final fee application via conference call (.50) | 0.70 | 322.00 |
| 05/31/07 | Nancy A. Peterman | Prepare for court hearing re fee applications, Sierra Liquidity and other issues (2.5); attend same hearing (5.4); several conferences with S. Strong, G. Berman, R. Charles, A. Landis and S. Darr re fee issues, hearing and fee supplement (1.7); exchange emails with M. Kehl and S. Strong re same (.40); travel to Chicago (8.0). | 18.00 | 10440.00 |

Invoice No.:       1908147                                          Page 6
Re:                USACM/Fee Application
Matter No.:        083230.013300

<u>Description of Professional Services Rendered</u>

| | |
|---|---|
| <u>Total Time:</u> | 169.90 |
| <u>Total Fees:</u> | $ 83,440.50 |

| | | Page 7 |
|---|---|---|
| Invoice No.: | 1908147 | |
| Re: | USACM/Fee Application | |
| Matter No.: | 083230.013300 | |

## Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 04/15/07 | VENDOR: American Express INVOICE#: AEMI200705 DATE: 5/11/2007 167022538374 - Date of Charge: 04/14/07 Air/Rail Travel on 04/19/07 Ord-Slc-Ord- Peterman/Nancy | $ | 608.80 |
| 04/15/07 | VENDOR: American Express INVOICE#: AEMI200705 DATE: 5/11/2007 8905052712688 - Date of Charge: 04/14/07 Air/Rail Travel on 00-00-08 Travel Agency Service Fee Peterman/Nancy | $ | 27.00 |
| 04/25/07 | VENDOR: Caffe Baci; INVOICE#: 63813; DATE: 4/25/2007 - Food Order on 4/25/07 | $ | 79.24 |
| 04/26/07 | VENDOR: FedEx INVOICE#: 201973123 DATE: 5/4/2007 Tracking #790234836508; From: Nancy Peterman, Greenberg Traurig, 77 W. Wacker, Chicago, IL 60601; To: August B. Landis, Assistant United States Truste, 300 Las Vegas Boulevard South, Las Vegas, NV 89101 | $ | 40.99 |
| 04/26/07 | VENDOR: FedEx INVOICE#: 201973123 DATE: 5/4/2007 Tracking #791677309875; From: Kathleen Mitchell, Greenberg Traurig, 77 West Wacker Drive, Chicago, IL 60601; To: Mr. Ronald D. Green, Greenberg Traurig, 3773 Howard Hughes Parkway, Las Vegas, NV 89169 | $ | 40.99 |
| 04/26/07 | VENDOR: FedEx INVOICE#: 201973123 DATE: 5/4/2007 Tracking #792976030572; From: Kathleen Mitchell, Greenberg Traurig, 77 West Wacker Drive, Chicago, IL 60601; To: Jeffrey D. Hermann, Orrickherrington & Sutcliffe, 400 Capitol Mall, Sacramento, CA 95814 | $ | 40.99 |
| 04/26/07 | VENDOR: FedEx INVOICE#: 201973123 DATE: 5/4/2007 Tracking #792976310969; From: Nancy Peterman, Greenberg Traurig, 77 W. Wacker, Chicago, IL 60601; To: Rob Charles, Lewis And Roca Llp, One S. Church Ave., Tucson, AZ 85701 | $ | 40.99 |
| 04/26/07 | VENDOR: FedEx INVOICE#: 201973123 DATE: 5/4/2007 Tracking #799130083728; From: Nancy Peterman, Greenberg Traurig, 77 W. Wacker, Chicago, IL 60601; To: Gregory E. Garman, Gordon & Silverltd., 3960 Howard Hughes Pkwy, Las Vegas, NV 89109 | $ | 40.99 |
| 04/26/07 | VENDOR: FedEx INVOICE#: 201973123 DATE: 5/4/2007 Tracking #799629684661; From: Kathleen Mitchell, Greenberg Traurig, 77 West Wacker Drive, Chicago, IL 60601; To: Annette W. Jarvis, Rayquinney & Nebekerp.c., 36 South State Street, Salt Lake City, UT 84145 | $ | 39.44 |
| 04/26/07 | VENDOR: FedEx INVOICE#: 201973123 DATE: 5/4/2007 Tracking #799629978447; From: Nancy Peterman, Greenberg Traurig, 77 W. Wacker, Chicago, IL 60601; To: Eve H. Karasik, Stutman Treister & Glatt P.c., 1901 Avenue Of The Stars, Los Angeles, CA 90067 | $ | 40.99 |
| 04/30/07 | VENDOR: Pitney Bowes Management Services; INVOICE#: 4881440; DATE: 4/30/2007 - Cust# 6100285; Litigation USA Commercial Mortgage; (11,319) B&W light lit copy and other services | $ | 1,161.89 |
| 05/02/07 | VENDOR: AirPlus International Inc INVOICE#: Z200008237 DATE: 5/14/2007 Tkt. No. 01 67042213405 - Peterman/Nancy A Air/Rail Travel on 05/30/2007: ORD LAS ORD | $ | 343.69 |

Invoice No.:     1908147                                              Page 8
Re:              USACM/Fee Application
Matter No.:      083230.013300

<u>Description of Expenses Billed</u>

| | | | |
|---|---|---|---:|
| 05/02/07 | VENDOR: AirPlus International Inc INVOICE#: Z200008237 DATE: 5/14/2007<br>Tkt. No. 89 01966048097 - Peterman/Nancy A Travel agency service fee | $ | 29.00 |
| 05/03/07 | VENDOR: Greenberg, Carla; INVOICE#: 31050107188; DATE: 5/3/2007<br>- 083230.012700  04/16,17,18,19,20,23,24,25/07  Parking expenses and<br>cabs home re working late on fee application. | $ | 188.00 |
| 05/03/07 | Westlaw Research by CARLSON,KERRY. | $ | 1,365.27 |
| 05/04/07 | VENDOR: FedEx INVOICE#: 203282219 DATE: 5/11/2007  Tracking<br>#790732487715; From: Kerry Carlson, Greenberg Traurig, 77 W Wacker<br>Dr, Chicago, IL 60601;  To: Jeffrey Herman, Orrickherrington & Sutcliff,<br>400 Capitol Mall, Sacramento, CA 95814 | $ | 18.73 |
| 05/04/07 | VENDOR: FedEx INVOICE#: 203282219 DATE: 5/11/2007  Tracking<br>#791292654783; From: Kerry Carlson, Greenberg Traurig, 77 W Wacker<br>Dr, Chicago, IL 60601;  To: Judge Linda B Riegle, Us Bankruptcy Court,<br>300 Las Vegas Blvd. South, Las Vegas, NV 89101 | $ | 67.58 |
| 05/04/07 | VENDOR: FedEx INVOICE#: 203282219 DATE: 5/11/2007  Tracking<br>#791682518760; From: Kerry Carlson, Greenberg Traurig, 77 W Wacker<br>Dr, Chicago, IL 60601;  To: Gregory Garmon, Gordon & Silver, 3960<br>Howard Hughes Parkway, Las Vegas, NV 89109 | $ | 18.73 |
| 05/04/07 | VENDOR: FedEx INVOICE#: 203282219 DATE: 5/11/2007  Tracking<br>#792338186787; From: Kerry Carlson, Greenberg Traurig, 77 W Wacker<br>Dr, Chicago, IL 60601;  To: Annette Jarvis, Ray Quinney & Nebeker, 36<br>South State St., Salt Lake City, UT 84145 | $ | 17.97 |
| 05/04/07 | VENDOR: FedEx INVOICE#: 203282219 DATE: 5/11/2007  Tracking<br>#798167957601; From: Kerry Carlson, Greenberg Traurig, 77 W Wacker<br>Dr, Chicago, IL 60601;  To: Rob Charles, Lewis & Roca, One South<br>Church Ave., Tucson, AZ 85701 | $ | 18.73 |
| 05/04/07 | VENDOR: FedEx INVOICE#: 203282219 DATE: 5/11/2007  Tracking<br>#799634908943; From: Kerry Carlson, Greenberg Traurig, 77 W Wacker<br>Dr, Chicago, IL 60601;  To: August Landis, Office Of The Us Trustee,<br>300 Las Vegas Blvd. South, Las Vegas, NV 89101 | $ | 18.73 |
| 05/04/07 | VENDOR: FedEx INVOICE#: 203282219 DATE: 5/11/2007  Tracking<br>#799634915349; From: Kerry Carlson, Greenberg Traurig, 77 W Wacker<br>Dr, Chicago, IL 60601;  To: Eve Karasik, Stutman Treister & Glatt, 1901<br>Avenue Of The Stars, Los Angeles, CA 90067 | $ | 18.73 |
| 05/04/07 | Copy; 2124 Page(s) by 007608 | $ | 318.60 |
| 05/04/07 | Copy; 2554 Page(s) by 007611 | $ | 383.10 |
| 05/04/07 | Copy; 1143 Page(s) by 006247 | $ | 171.45 |
| 05/10/07 | VENDOR: FedEx INVOICE#: 204634950 DATE: 5/18/2007  Tracking<br>#799138275266; From: Nancy Peterman, Greenberg Traurig, 77 W.<br>Wacker, Chicago, IL 60601;  To: William Mcglimsey, Information Not<br>Supplied, 601 E. Charleston, Las Vegas, NV 89104 | $ | 48.86 |
| 05/10/07 | Copy; 2134 Page(s) by 016160 | $ | 320.10 |
| 05/10/07 | Copy; 2486 Page(s) by 007608 | $ | 372.90 |
| 05/15/07 | VENDOR: Carlson, Kerry; INVOICE#: 31051107565; DATE: 5/15/2007<br>- 083230.012700  05/04/07  Meal expenses at Tuscany re business lunch. | $ | 6.51 |

| Invoice No.: | 1908147 | | Page 9 |
| Re: | USACM/Fee Application | | |
| Matter No.: | 083230.013300 | | |

**Description of Expenses Billed**

| 05/15/07 | VENDOR: Carlson, Kerry; INVOICE#: 31051107565; DATE: 5/15/2007 - 083230.012700  04/25, 05/04/07  Cab fare home re working late. | $ | 50.00 |
| 05/15/07 | VENDOR: Base Limousine Service; INVOICE#: 8251; DATE: 5/15/2007 - Acct: GTLAW, Limousine Services from 5/1/07 to 5/15/07 | $ | 218.00 |
| 05/21/07 | Westlaw Research by OSTROW,ETHAN. | $ | 1.99 |
| 05/25/07 | Westlaw Research by TSANG,LOUISE. | $ | 45.09 |
| 05/30/07 | Copy; 3924 Page(s) by 007608 | $ | 588.60 |
| | Total Expenses: | $ | 6,792.67 |

# Greenberg
# Traurig

Invoice No. :  1926297
File No.    :  083230.013300
Bill Date   :  July 13, 2007

Mesirow Financial Consulting
2828 Routh Street
Dallas, Texas  75201

Attn: Kristin Winford
      Senior Vice President

## INVOICE

Re:  USACM/Fee Application

<u>Legal Services through June 30, 2007:</u>

|                | | |
|---|---|---|
| Total Fees: | $ | 54,274.00 |

<u>Expenses:</u>

| | | | |
|---|---|---|---|
| Business Meals | 84.50 | | |
| Conference Calls | 7.00 | | |
| Federal Express Charges | 203.54 | | |
| Filing Fees | 175.00 | | |
| Local Travel | 20.00 | | |
| Other Charges | 38.00 | | |
| Photocopy Charges | 52.50 | | |
| Travel and Lodging Out of town | 1,716.69 | | |
| Information and Research | 626.76 | | |
| Total Expenses: | | $ | 2,923.99 |
| **Current Invoice:** | | **$** | **57,197.99** |

KXS:DMV
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 2500 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com

# Greenberg
# Traurig

Invoice No. :   1926297
File No.    :   083230.013300



TO:                CITIBANK, F.S.B.
ABA #:             266086554
INTERNATIONAL
SWIFT:             CITIUS33
CREDIT TO:         GREENBERG TRAURIG ACCOUNT
ACCOUNT #:         3200175071

PLEASE
REFERENCE:         CLIENT NAME:       MESIROW FINANCIAL CONSULTING
                   FILE NUMBER:       083230.013300
                   INVOICE NUMBER:    1926297*
                   BILLING
                   PROFESSIONAL:      Keith J. Shapiro

Wire fees may be assessed by your bank.
* If paying more than one invoice, please reference all invoice numbers in wiring instructions.

KXS:DMV
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | 77 West Wacker Drive | Suite 2500 | Chicago, Illinois 60601 | Tel 312.456.8400 | Fax 312.456.8435 | www.gtlaw.com

| | | | | |
|---|---|---|---|---|
| Invoice No.: | 1926297 | | | Page 1 |
| Re: | USACM/Fee Application | | | |
| Matter No.: | 083230.013300 | | | |

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/01/07 | Matthew T. Gensburg | Attend conference re: preparation for 6/22/07 hearing. | 1.10 | 638.00 |
| 06/01/07 | Nancy A. Peterman | Meet with M. Kehl re fee application issues (.60); telephone conference with T. Allison, M. Kehl and S. Smith re same (.50); follow-up on all open items (.40). | 1.50 | 870.00 |
| 06/03/07 | Sherri Morissette | Review objections to MFIM Final Application (1.0); Begin drafting reply and 12(f) sections of same (1.8). | 2.80 | 1288.00 |
| 06/04/07 | Matthew T. Gensburg | Review emails re: LPG Objections from Smith, Peterman. | 0.20 | 116.00 |
| 06/04/07 | Matthew T. Gensburg | Review emails re: Supplement to Final Fee Application sent by Peterman (3x), Kehl, Smith, Shapiro. | 0.20 | 116.00 |
| 06/04/07 | Matthew T. Gensburg | Review Supplement to Final Fee Application. | 0.20 | 116.00 |
| 06/04/07 | Sherri Morissette | Work on Reply to Objections to MFIM Final Application (2.3); research re: precedent for 12(f) argument (1.0). | 3.30 | 1518.00 |
| 06/04/07 | Nancy A. Peterman | Draft supplement to fee application re settlement reached on MFIM final fee application (1.9); revise same supplement several times to incorporate comments from MFIM (1.2); several telephone conferences with T. Allison re same (.40); conferences with K. Shapiro re same (.30); attention to FTDF specific objections to MFIM final fee application (.70). | 4.50 | 2610.00 |
| 06/05/07 | Sherri Morissette | Work on reply to fee application objections (2.3); research re 12(f) cases (1.0). | 3.30 | 1518.00 |
| 06/05/07 | Nancy A. Peterman | Telephone conference with S. Smith and M. Kehl re KPMG fee application and K-1 issue (.30); telephone conference with KPMG, S. Smith and M. Kehl re same (.50); exchange emails with E. Karasik re K-1 issues (.20); continue to revise the supplement to the fee application and finalize for filing (2.5); prepare email to USACM Trust, post-effective date DTDF and FTDF Committee re same (.40); exchange several emails with R. Charles re same (.40); several telephone conference with S. Darr re same and G. Berman's issues with the fee supplement (.40); attention to other fee application issues (.70). | 5.40 | 3132.00 |
| 06/06/07 | Kerry E. Carlson | Prepare supplemental application for compensation for filing and service. | 1.50 | 285.00 |
| 06/06/07 | Kerry E. Carlson | Research all objections and responses filed to MIFM Final Application (.8); prepare index and route copies of same to team members (.2). | 1.00 | 190.00 |

| Invoice No.: | 1926297 | | | Page 2 |
|---|---|---|---|---|
| Re: | USACM/Fee Application | | | |
| Matter No.: | 083230.013300 | | | |

Description of Professional Services Rendered

| | | | | |
|---|---|---|---|---|
| 06/06/07 | Kerry E. Carlson | Research all objections and responses filed to other professional applications for compensation (1.2); prepare index and route copies of same to team members (.3). | 1.50 | 285.00 |
| 06/06/07 | Kerry E. Carlson | Research and review all supplemental applications for compensation filed by professionals (1.1); prepare index and route copies of same to team members (.4). | 1.50 | 285.00 |
| 06/06/07 | Matthew T. Gensburg | Review revisions to Supplemental Final Fee Application. | 0.20 | 116.00 |
| 06/06/07 | Matthew T. Gensburg | Review emails re: Supplement to Final Fee Application from Peterman, Smith. | 0.10 | 58.00 |
| 06/06/07 | Sherri Morissette | Revise reply to include additional objections to MFIM Fee Application. | 2.50 | 1150.00 |
| 06/06/07 | Nancy A. Peterman | Continue to revise supplement to MFIM fee application to incorporate FTDF resolution and other issues (.80); telephone conference with M. Kehl re same (.20); prepare email to S. Darr re fee application (.20); conference with M. Gensburg re witness prep (.40); telephone conference with S. Darr re same (.10). | 1.70 | 986.00 |
| 06/07/07 | Kerry E. Carlson | Prepare additional materials for hearing on final fee application. | 1.60 | 304.00 |
| 06/07/07 | Matthew T. Gensburg | Review Third Party Supplemental Fee Applications. | 0.30 | 174.00 |
| 06/07/07 | Matthew T. Gensburg | Review objections to MFIM Application. | 0.50 | 290.00 |
| 06/07/07 | Nancy A. Peterman | Exchange several emails with S. Darr and A. Jarvis re estimated fees in final fee application. | 0.40 | 232.00 |
| 06/08/07 | Matthew T. Gensburg | Review emails and trial preparation re: objections from Smith (2x), Peterman (10x), Allison (2x). | 0.40 | 232.00 |
| 06/08/07 | Matthew T. Gensburg | Review emails re: Supplement to Final Fee Application. | 0.10 | 58.00 |
| 06/08/07 | Nancy A. Peterman | Draft email to T. Allison and S. Smith re documents needed for fee application hearing. | 0.30 | 174.00 |
| 06/09/07 | Matthew T. Gensburg | Review and outline objections. | 4.30 | 2494.00 |
| 06/10/07 | Matthew T. Gensburg | Review and outline USACM Trust. | 1.50 | 870.00 |
| 06/11/07 | Kerry E. Carlson | Cite check reply to objections to final fee application. | 2.00 | 380.00 |
| 06/11/07 | Kerry E. Carlson | Assist with preparation, filing and service of MFIM's reply to fee application objections. | 4.00 | 760.00 |
| 06/11/07 | Matthew T. Gensburg | Conference re: necessary hearing preparation. | 0.20 | 116.00 |
| 06/11/07 | Matthew T. Gensburg | Review reply brief to objections. | 1.60 | 928.00 |
| 06/11/07 | Matthew T. Gensburg | Review emails re: reply to objections form Allison. | 0.10 | 58.00 |
| 06/11/07 | Matthew T. Gensburg | Review emails re: preparation for hearing from Peterman (2x); Allison; Smith. | 0.20 | 116.00 |
| 06/11/07 | Nancy A. Peterman | Work on reply brief in support of MFIM's final fee application (2.8); review all objections to MFIM's final fee application (.60); exchange emails with T. Allison re LPG objection (.10); review various emails from MFIM re reply brief issues (.20); prepare email to M. Kehl re fee application back-up on numbers (.10); prepare for meeting with S. Smith to prepare for fee application hearing (.60). | 4.40 | 2552.00 |

| | | | | Page 3 |
|---|---|---|---|---|
| Invoice No.: | 1926297 | | | |
| Re: | USACM/Fee Application | | | |
| Matter No.: | 083230.013300 | | | |

Description of Professional Services Rendered

| 06/12/07 | Matthew T. Gensburg | Review draft of USACM trust objection. | 1.30 | 754.00 |
|---|---|---|---|---|
| 06/12/07 | Matthew T. Gensburg | Participate in Smith preparation. | 5.70 | 3306.00 |
| 06/12/07 | Nancy A. Peterman | Prepare for an meet with S. Smith to prepare for fee application hearing (7.2); prepare email to S. Smith re needed information (based upon meeting) (.20); prepare email to K. Carlson re same (.20); prepare email to M. Kehl re same (.10). | 7.70 | 4466.00 |
| 06/13/07 | Kerry E. Carlson | Research motions and issues related to Mortgage Lenders Group. | 2.00 | 380.00 |
| 06/13/07 | Matthew T. Gensburg | Review emails re: preparation for 6/22/07 hearing from Peterman (4x), Kehl. | 0.30 | 174.00 |
| 06/13/07 | Matthew T. Gensburg | Review DTDF report on outstanding collection efforts. | 0.10 | 58.00 |
| 06/13/07 | Matthew T. Gensburg | Review emails re: servers from Peterman and Pugsley. | 0.20 | 116.00 |
| 06/13/07 | Nancy A. Peterman | Review grand jury subpoena issues to USACM (in connection with addressing fee application objection) (.40); telephone conference with M. Pugsley re same (.20). | 0.60 | 348.00 |
| 06/14/07 | Kerry E. Carlson | Continue to research and review materials relating to motions to reject office leases, cash management; motion to hold funds, and sample operating reports. | 2.20 | 418.00 |
| 06/14/07 | Kerry E. Carlson | Research and review Nevada statutes and administrative code provisions cited in Lender Group objection to final fee application; forward same to N. Peterman. | 1.20 | 228.00 |
| 06/14/07 | Nancy A. Peterman | Prepare for and meet with T. Allison and B. Coe (afternoon) re preparation for final fee hearing (7.9); conference with K. Carlson re additional materials needed for fee application hearing (.20); telephone conference with M. Kehl re supplemental time (.20); telephone conference with S. Darr re USACM Trust's intent to file statement itemizing objections to MFIM's fee application (.20); prepare email to T. Allison re same (.20); telephone conference with R. Charles re same (.20). | 8.90 | 5162.00 |
| 06/15/07 | Kerry E. Carlson | Forward Declarations to Tom Allison and S. Smith to prepare for final fee hearing (.2); prepare materials in Support of Supplemental fee application (3.0). | 3.20 | 608.00 |

| | | | | |
|---|---|---|---|---|
| Invoice No.: | 1926297 | | | Page 4 |
| Re: | USACM/Fee Application | **REDACTED** | | |
| Matter No.: | 083230.013300 | | | |

<u>Description of Professional Services Rendered</u>

| | | | | |
|---|---|---|---|---|
| 06/15/07 | Nancy A. Peterman | Attention to various issues re USACM Trust filing concerning objections to MFIM fee application (.80); several telephone conferences with S. Darr re same (.60); telephone conference with T. Allison re same (.30); draft email to R. Charles re same (.40); telephone conference with R. Charles re same (.10); telephone conference with E. Karasik re same (.20); telephone conference with K. Shapiro re same and continuance of fee application hearing (.40); review email from R. Charles re continuance of fee hearing (.20); telephone conference with A. Jones re same and related issues (.40); telephone conference with R. Tuliano and K. Winford re same (.20); exchange emails with S. Smith re same issues and other issues re fee application (.20); follow-up on various matters re fee application hearing, USACM Trust issues, etc (.80). | 3.60 | 2088.00 |
| 06/17/07 | Sherri Morissette | Research and memo re: multiple debtors represented by single professional. | 4.80 | 2208.00 |
| 06/18/07 | Matthew T. Gensburg | Review emails re: hearing date. | 0.10 | 58.00 |
| 06/18/07 | Matthew T. Gensburg | Review emails in preparation of hearing from Carlson. | 0.10 | 58.00 |
| 06/18/07 | Nancy A. Peterman | Conference with M. Gensburg re final fee hearing preparation issues. | 0.20 | 116.00 |
| 06/19/07 | Kerry E. Carlson | Review notice of hearing on fee application; docket continued hearing date; coordinate telephonic appearance of N. Peterman on June 22, 2007. | 0.50 | 95.00 |
| 06/19/07 | Matthew T. Gensburg | Review emails re: preparation for hearing from Peterman (3x), Shapiro, Smith (2x), Calvin, Kehl. | 0.30 | 174.00 |
| 06/19/07 | Matthew T. Gensburg | Review "Feedback Form Inquiry Log." | 0.10 | 58.00 |
| 06/19/07 | Matthew T. Gensburg | Review email re: continued hearing from Peterman (3x), Greenberg. | 0.20 | 116.00 |
| 06/19/07 | Matthew T. Gensburg | Review research re: representing multiple debtors. | 0.10 | 58.00 |
| 06/19/07 | Nancy A. Peterman | Review objection filed by USACM Trust to MFIM fee application (.30); draft email to T. Allison and S. Darr re same (.10). | 0.40 | 232.00 |
| 06/20/07 | Matthew T. Gensburg | Review emails re: Lender Group objections from Peterman (5x), Darby, Smith (2x). | 0.40 | 232.00 |
| 06/20/07 | Matthew T. Gensburg | Review USACM Trust Response to Pending Fee Applications. | 0.50 | 290.00 |
| 06/20/07 | Nancy A. Peterman | Review and respond to emails with LPG attorney re withdrawal of their objection to MFIM's fee application (.30); telephone call to LPG attorney re same (.10); prepare email to M. Gensburg, T. Allison, S. Smith re same (.20); review various emails from T. Allison re Reale/HMA issues (.60); review and comment on plan timeline (.40); telephone conference with M. Kehl re supplemental time for fee application (.10); exchange emails with S. Darr re status of all fee app issues (.20). | 1.90 | 1102.00 |

| | | | | |
|---|---|---|---|---|
| Invoice No.: | 1926297 | | | Page 5 |
| Re: | USACM/Fee Application | | | |
| Matter No.: | 083230.013300 | | | |

Description of Professional Services Rendered

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 06/20/07 | Collin B. Williams | Draft Stipulation and Agreed Order regarding LPG Opposition to Final Fee Application | 2.10 | 672.00 |
| 06/21/07 | Matthew T. Gensburg | Review updated sale timeline. | 0.10 | 58.00 |
| 06/21/07 | Matthew T. Gensburg | Telephonic participation in fee hearing. | 2.90 | 1682.00 |
| 06/21/07 | Matthew T. Gensburg | Review and respond to emails re: hearing from Schwarter and Peterman (2x). | 0.20 | 116.00 |
| 06/21/07 | Nancy A. Peterman | Exchange emails with M. Kehl re sale vs. restructuring timeline. | 0.20 | 116.00 |
| 06/22/07 | Nancy A. Peterman | Review various emails re timeline for sale vs. restructuring efforts (.30); attend telephonic court hearing re Committee fee applications (3.3); review email from L. Schwartzer re same hearing (.20). | 3.80 | 2204.00 |
| 06/25/07 | Nancy A. Peterman | Telephone conference with S. Darr re 6/22 fee hearing (.20); telephone conference with M. Kehl re same (.20); prepare email to T. Allison, S. Smith, S. Darr and M. Kehl re issues raised by Judge at 6/22 hearing (.40); exchange emails with S. Darr re same (.10). | 0.90 | 522.00 |
| 06/26/07 | Matthew T. Gensburg | Review emails re: preparation for 8/7/07 hearing from Peterman (2x), Greenberg, Allison, Smith. | 0.20 | 116.00 |
| 06/26/07 | Nancy A. Peterman | Revise stipulation and status report re LPG's objection to MFIM's final fee application (.40); review and comment on MFIM's supplemental time (.40). | 0.80 | 464.00 |
| 06/27/07 | Matthew T. Gensburg | Review and respond to emails re: billing for conflicts from Kehl. | 0.10 | 58.00 |
| 06/27/07 | Nancy A. Peterman | Telephone conference with M. Kehl re comments on supplemental time for fee application (.20); draft email to T. Allison, S. Darr, M. Kehl, S. Smith re LPG objection (.20). | 0.40 | 232.00 |
| 06/28/07 | Matthew T. Gensburg | Review emails from Jarvis and Peterman re: reports. | 0.20 | 116.00 |

|  |  |
|---|---|
| Total Time: | 112.90 |
| Total Fees: | $ 54,274.00 |

| | | | Page 6 |
|---|---|---|---|
| Invoice No.: | 1926297 | | |
| Re: | USACM/Fee Application | | |
| Matter No.: | 083230.013300 | | |

## Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 05/17/07 | VENDOR: AirPlus International Inc INVOICE#: Z200008383 DATE: 5/29/2007  Tkt. No. 01 67045037460 - Peterman/Nancy A Air/Rail Travel on 06/22/2007: LAS ORD | $ | 186.30 |
| 05/17/07 | VENDOR: AirPlus International Inc INVOICE#: Z200008383 DATE: 5/29/2007  Tkt. No. 03 77045037458 - Peterman/Nancy A Air/Rail Travel on 06/19/2007: ORD LAS | $ | 109.40 |
| 05/17/07 | VENDOR: AirPlus International Inc INVOICE#: Z200008383 DATE: 5/29/2007  Tkt. No. 89 01966837895 - Peterman/Nancy A Travel agency service fee | $ | 29.00 |
| 05/17/07 | VENDOR: AirPlus International Inc INVOICE#: Z200008383 DATE: 5/29/2007  Tkt. No. 89 01966837897 - Peterman/Nancy A Travel agency service fee | $ | 29.00 |
| 05/31/07 | VENDOR: AirPlus International Inc INVOICE#: Z200008632 DATE: 6/11/2007  Tkt. No. 00 17048141206 - Peterman/Nancy A Air/Rail Travel on 05/31/2007: LAS ORD | $ | 303.90 |
| 05/31/07 | VENDOR: AirPlus International Inc INVOICE#: Z200008632 DATE: 6/11/2007  Tkt. No. 01 67050756570 - Peterman/Nancy A Air/Rail Travel on 05/31/2007: LAS ORD | $ | 100.00 |
| 05/31/07 | VENDOR: AirPlus International Inc INVOICE#: Z200008632 DATE: 6/11/2007  Tkt. No. 89 08152722401 - Peterman/Nancy A Travel agency service fee | $ | 29.00 |
| 05/31/07 | VENDOR: AirPlus International Inc INVOICE#: Z200008632 DATE: 6/11/2007  Tkt. No. 89 08152748228 - Peterman/Nancy A Travel agency service fee | $ | 29.00 |
| 06/03/07 | Westlaw Research by MORISSETTE,SHERRI. | $ | 49.09 |
| 06/05/07 | Westlaw Research by MORISSETTE,SHERRI. | $ | 28.99 |
| 06/06/07 | VENDOR: FedEx INVOICE#: 209671543 DATE: 6/15/2007  Tracking #790264395930; From: Nancy Peterman, Greenberg Traurig, 77 W. Wacker, Chicago, IL 60601;  To: August B. Landis, Assistant United States Truste, 300 Las Vegas Boulevard South, Las Vegas, NV 89101 | $ | 11.25 |
| 06/06/07 | VENDOR: FedEx INVOICE#: 209671543 DATE: 6/15/2007  Tracking #791316078627; From: Nancy Peterman, Greenberg Traurig, 77 W. Wacker, Chicago, IL 60601;  To: Gregory E. Garman, Gordon & Silverltd., 3960 Howard Hughes Pkwy, Las Vegas, NV 89109 | $ | 11.25 |
| 06/06/07 | VENDOR: FedEx INVOICE#: 209671543 DATE: 6/15/2007  Tracking #792999851779; From: Nancy Peterman, Greenberg Traurig, 77 W. Wacker, Chicago, IL 60601;  To: Jeffrey Hermann, Orrickherrington & Sutcliff, 400 Capitol Mall, Sacramento, CA 95814 | $ | 11.25 |
| 06/06/07 | VENDOR: FedEx INVOICE#: 209671543 DATE: 6/15/2007  Tracking #792999864551; From: Nancy Peterman, Greenberg Traurig, 77 W. Wacker, Chicago, IL 60601;  To: The Honorable Linda B. Riegle, Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, NV 89101 | $ | 11.25 |

| | | | | Page 7 |
|---|---|---|---|---|
| Invoice No.: | 1926297 | | | |
| Re: | USACM/Fee Application | | | |
| Matter No.: | 083230.013300 | | | |

Description of Expenses Billed

| | | | |
|---|---|---|---|
| 06/06/07 | VENDOR: FedEx INVOICE#: 209671543 DATE: 6/15/2007 Tracking #798191358135; From: Nancy Peterman, Greenberg Traurig, 77 W. Wacker, Chicago, IL 60601; To: Annette Jarvis, Ray Quinney & Nebekerp.c., 36 South State Street, Salt Lake City, UT 84145 | $ | 10.73 |
| 06/06/07 | VENDOR: FedEx INVOICE#: 209671543 DATE: 6/15/2007 Tracking #798691218912; From: Nancy Peterman, Greenberg Traurig, 77 W. Wacker, Chicago, IL 60601; To: Eve H. Karasik, Stutman Treister & Glatt P.c., 1901 Avenue Of The Stars, Los Angeles, CA 90067 | $ | 11.25 |
| 06/06/07 | VENDOR: FedEx INVOICE#: 209671543 DATE: 6/15/2007 Tracking #799153614200; From: Nancy Peterman, Greenberg Traurig, 77 W. Wacker, Chicago, IL 60601; To: Rob Charles, Lewis And Roca Llp, One S. Church Ave., Tucson, AZ 85701 | $ | 11.25 |
| 06/06/07 | Copy; 42 Page(s) by 006247 | $ | 6.30 |
| 06/08/07 | VENDOR: American Express INVOICE#: 2311200706 DATE: 6/13/2007 3800 Courtcall310-342-0888 Ca Ref# Vrce1Abe941 Mgmt/Consulting/ 06/07/07 Bonnie Cronin | $ | 38.00 |
| 06/11/07 | VENDOR: FedEx INVOICE#: 209671543 DATE: 6/15/2007 Tracking #790759298600; From: Nancy Peterman, Greenberg Traurig, 77 W. Wacker, Chicago, IL 60601; To: The Honorable Linda B. Riegle, Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, NV 89101 | $ | 11.25 |
| 06/11/07 | VENDOR: FedEx INVOICE#: 209671543 DATE: 6/15/2007 Tracking #791703789999; From: Nancy Peterman, Greenberg Traurig, 77 W. Wacker, Chicago, IL 60601; To: Jeffrey Hermann, Orrickherrington & Sutcliff, 400 Capitol Mall, Sacramento, CA 95814 | $ | 11.25 |
| 06/11/07 | VENDOR: FedEx INVOICE#: 209671543 DATE: 6/15/2007 Tracking #791703798467; From: Kerry Carlson, Greenberg Traurig, 77 W Wacker Dr, Chicago, IL 60601; To: Janet Chubb, Jones Vargas, 100 W. Liberty St.12th Floor, Reno, NV 89504 | $ | 10.52 |
| 06/11/07 | VENDOR: FedEx INVOICE#: 209671543 DATE: 6/15/2007 Tracking #792359471265; From: Nancy Peterman, Greenberg Traurig, 77 W. Wacker, Chicago, IL 60601; To: August B. Landis, Assistant United States Truste, 300 Las Vegas Boulevard South, Las Vegas, NV 89101 | $ | 11.25 |
| 06/11/07 | VENDOR: FedEx INVOICE#: 209671543 DATE: 6/15/2007 Tracking #792359472754; From: Nancy Peterman, Greenberg Traurig, 77 W. Wacker, Chicago, IL 60601; To: Eve H. Karasik, Stutman Treister & Glatt P.c., 1901 Avenue Of The Stars, Los Angeles, CA 90067 | $ | 11.25 |
| 06/11/07 | VENDOR: FedEx INVOICE#: 209671543 DATE: 6/15/2007 Tracking #792502588605; From: Kerry Carlson, Greenberg Traurig, 77 W Wacker Dr, Chicago, IL 60601; To: Joseph & Ellen Walls, Information Not Supplied, 2778 Bedford Way, Carson City, NV 89703 | $ | 13.02 |
| 06/11/07 | VENDOR: FedEx INVOICE#: 209671543 DATE: 6/15/2007 Tracking #798194723976; From: Nancy Peterman, Greenberg Traurig, 77 W. Wacker, Chicago, IL 60601; To: Annette Jarvis, Ray Quinney & Nebekerp.c., 36 South State Street, Salt Lake City, UT 84145 | $ | 10.73 |
| 06/11/07 | VENDOR: FedEx INVOICE#: 209671543 DATE: 6/15/2007 Tracking #798694590353; From: Nancy Peterman, Greenberg Traurig, 77 W. Wacker, Chicago, IL 60601; To: Rob Charles, Lewis And Roca Llp, One S. Church Ave., Tucson, AZ 85701 | $ | 11.25 |

Invoice No.:      1926297                                          Page 8
Re:               USACM/Fee Application
Matter No.:       083230.013300

Description of Expenses Billed

| | | | |
|---|---|---|---|
| 06/11/07 | VENDOR: FedEx INVOICE#: 209671543 DATE: 6/15/2007  Tracking #798694591224; From: Nancy Peterman, Greenberg Traurig, 77 W. Wacker, Chicago, IL 60601;  To: Gregory E. Garman, Gordon & Silverltd., 3960 Howard Hughes Pkwy, Las Vegas, NV 89109 | $ | 11.25 |
| 06/11/07 | VENDOR: FedEx INVOICE#: 209671543 DATE: 6/15/2007  Tracking #799656176700; From: Kerry Carlson, Greenberg Traurig, 77 W Wacker Dr, Chicago, IL 60601;  To: Alan Smith, Law Offices Of Alan R. Smith, 505 Ridge Street, Reno, NV 89501 | $ | 10.52 |
| 06/11/07 | VENDOR: FedEx INVOICE#: 209671543 DATE: 6/15/2007  Tracking #790267794922; From: Kerry Carlson, Greenberg Traurig, 77 W Wacker Dr, Chicago, IL 60601;  To: Harry & Helen Jessup, Information Not Supplied, 2009 West Lund, Las Vegas, NV 89102 | $ | 13.02 |
| 06/11/07 | Copy; 188 Page(s) by 006247 | $ | 28.20 |
| 06/11/07 | Copy; 120 Page(s) by 006247 | $ | 18.00 |
| 06/11/07 | Westlaw Research by CARLSON,KERRY. | $ | 7.00 |
| 06/12/07 | VENDOR: Base Limousine Service; INVOICE#: 8284; DATE: 6/12/2007 - Acct# GTLAW; Limousine Services from 5/18/07 - 5/31/07 | $ | 97.00 |
| 06/12/07 | VENDOR: AirPlus International Inc INVOICE#: Z200008783 DATE: 6/25/2007 Tkt. No. 03 77051280921 - Peterman/Nancy A Air/Rail Travel on 06/20/2007: ORD LAS | $ | 211.00 |
| 06/12/07 | VENDOR: AirPlus International Inc INVOICE#: Z200008783 DATE: 6/25/2007 Tkt. No. 89 08153022861 - Peterman/Nancy A Travel agency service fee | $ | 29.00 |
| 06/12/07 | VENDOR: Peterman, Nancy A. INVOICE#: C051000011372070061 DATE: 6/28/2007  TYPE: Taxi/Car Service; REASON: Client Billable-CHI-Bkcy-Shareholder; DATE: 06/12/07 - Cab home; work late. | $ | 18.00 |
| 06/13/07 | VENDOR: Peterman, Nancy A. INVOICE#: C051000011372070061 DATE: 6/28/2007  TYPE: Taxi/Car Service; REASON: Client Billable-CHI-Bkcy-Shareholder; DATE: 06/13/07 - Cab home; work late. | $ | 18.00 |
| 06/14/07 | VENDOR: Caffe Baci; INVOICE#: 67403; DATE: 6/14/2007  -  Food Order on 6/14/07 - Witness Prep | $ | 29.01 |
| 06/14/07 | VENDOR: Caffe Baci; INVOICE#: 67404; DATE: 6/14/2007  -  Food Order on 6/14/07 - Witness Prep | $ | 55.49 |
| 06/14/07 | VENDOR: SoundPath Conferencing Services, LLC INVOICE#: GT061407 DATE: 6/14/2007 Conferencing Services Invoice Date 070529 User NAP Client Code 083230 Matter Code 012700 | $ | 7.00 |
| 06/14/07 | VENDOR: Peterman, Nancy A. INVOICE#: C051000011372070061 DATE: 6/28/2007  TYPE: Parking and Tolls; REASON: Client Billable-CHI-Bkcy-Shareholder; DATE: 06/14/07 - Parking, work late. | $ | 20.00 |
| 06/14/07 | VENDOR: AirPlus International Inc INVOICE#: Z200008783 DATE: 6/25/2007 Tkt. No. 89 08153282430 - Peterman/Nancy A Travel agency service fee | $ | 29.00 |
| 06/14/07 | Westlaw Research by CARLSON,KERRY. | $ | 68.53 |

| Invoice No.: | 1926297 | | Page 9 |
| Re: | USACM/Fee Application | | |
| Matter No.: | 083230.013300 | | |

Description of Expenses Billed

| | | | |
|---|---|---|---|
| 06/15/07 | VENDOR: AirPlus International Inc INVOICE#: Z200008783 DATE: 6/25/2007 Tkt. No. 01 67054581510 - Peterman/Nancy A Air/Rail Travel on 07/25/2007: ORD LAS ORD | $ | 373.09 |
| 06/15/07 | VENDOR: AirPlus International Inc INVOICE#: Z200008783 DATE: 6/25/2007 Tkt. No. 89 08153282451 - Peterman/Nancy A Travel agency service fee | $ | 29.00 |
| 06/17/07 | Westlaw Research by MORISSETTE,SHERRI. | $ | 443.51 |
| 06/17/07 | Westlaw Research by MORISSETTE,SHERRI. | $ | 3.68 |
| 06/20/07 | VENDOR: Base Limousine Service; INVOICE#: 8300; DATE: 6/20/2007 - Acct: GTLAW, Limousine Services from 6/1/07 to 6/15/07 | $ | 97.00 |
| 06/21/07 | VENDOR: Clerk of U.S. District Court; INVOICE#: 062007; DATE: 6/21/2007 - Filing Fees - Pro Hac Vice for Matt Gensburg | $ | 175.00 |
| 06/28/07 | Westlaw Research by MORISSETTE,SHERRI. | $ | 25.96 |
| | Total Expenses: | $ | 2,923.99 |