Richard F. Holley, Esq. (NV Bar No. 3077)
Victoria L. Nelson, Esq. (NV Bar No. 5436)
Ogonna M. Atamoh, Esq. (NV Bar No. 7589)
SANTORO, DRIGGS, WALCH,
KEARNEY, HOLLEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308
Facsimile:    702/791-1912
Email: rholley@nevadafirm.com

*Attorneys for Del and Ernestine Bunch*

E-Filed: July 31, 2007

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **Jointly Administered under**<br>**Case No. BK-S-06-10725-LBR**<br>Chapter |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **NOTICE OF ENTRY OF ORDER** |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date of Hearing:    07/27/07<br>Time of Hearing:    9:30 a.m.<br>Judge: Hon. Linda B. Riegle |

...

06725-01/189333

PLEASE TAKE NOTICE that the Order Granting Motion to Withdraw as Counsel to Del and Ernestine Bunch ("Order") [Dkt. No. 4387] was entered on July 31, 2007. A copy of said Order is attached.

Dated this 31st day of July, 2007.

SANTORO, DRIGGS, WALCH,
KEARNEY, HOLLEY & THOMPSON

*/s/ Richard F. Holley*
Richard F. Holley, Esq. (NV Bar No. 3077)
Victoria L. Nelson, Esq. (NV Bar No. 5436)
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

*Attorneys for Del and Ernestine Bunch*

06725-01/189333

- 2 -

**Entered on Docket**
**July 31, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

Richard F. Holley, Esq. (NV Bar No. 3077)
Victoria L. Nelson, Esq. (NV Bar No. 5436)
Ogonna M. Atamoh, Esq. (NV Bar No. 7589)
SANTORO, DRIGGS, WALCH,
KEARNEY, HOLLEY & THOMPSON
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone:    702/791-0308
Facsimile:    702/791-1912
Email: rholley@nevadafirm.com

*Attorneys for Del and Ernestine Bunch*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>_____Debtor._____ | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>_____Debtor._____ | Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>_____Debtor._____ | Chapter 11<br><br>**Jointly Administered under**<br>**Case No. BK-S-06-10725-LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>_____Debtor._____ | |
| In re:<br>USA SECURITIES, LLC,<br>_____Debtor._____ | **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL TO DEL AND ERNESTINE BUNCH** |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date of Hearing:   07/27/2007<br>Time of Hearing:   9:30 a.m.<br><br>Judge:    Hon. Linda B. Riegle |

06725-01/188735.doc

This matter having come before the Court on the Motion to Withdraw as Counsel to Del and Ernestine Bunch ("Motion to Withdraw") filed on July 6, 2007 [Dkt. No. 4135] by Santoro, Driggs, Walch, Kearney, Johnson & Thompson (the "Santoro Firm"). Richard F. Holley, Esq. appeared on behalf of the Santoro Firm, and other appearances as noted on the record.

The Court reviewed the filed pleadings and papers and considered the oral argument of counsel. No opposition having been filed and based upon the findings of fact and conclusion of law placed on the record at the hearing and incorporated herein pursuant to Rule 7052 of the Federal Rules of Bankruptcy Procedure and good cause appearing, it is hereby

**ORDERED** that the Motion to Withdraw is granted.

**IT IS FURTHER ORDERED** that all future notices shall be mailed to Del and Ernestine Bunch as follows:

> Del and Ernestine Bunch
> 1909 Red Robin Court
> Las Vegas, Nevada 89134

**IT IS SO ORDERED.**

**PREPARED AND SUBMITTED BY:**

SANTORO, DRIGGS, WALCH,
KEARNEY, HOLLEY & THOMPSON

*/s/ Richard F. Holley*
Richard F. Holley, Esq. (NV Bar No. 3077)
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

[06725-01/188735.doc]

- 2 -

## RULE 9021 CERTIFICATE

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and each has:

    ☐ approved the form of this order:
    ☐ waived the right to review the order and/or
    ☐ failed to file and serve papers in accordance with LR 9021(c)

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of this order:

☒ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

SANTORO, DRIGGS, WALCH,
KEARNEY, HOLLEY & THOMPSON

_____
Richard F. Holley, Esq.
Nevada Bar No. 3077
400 South Street, Third Floor
Las Vegas, Nevada  89101

###

I hereby certify that I am an employee of Santoro, Driggs, Walch, Kearney, Johnson & Thompson, and that on the 31st day of July, 2007, I caused to be served a true and correct copy of NOTICE OF ENTRY OF ORDER in the following manner:

☒ (ELECTRONIC SERVICE) Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☒ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed below, at their last known mailing addresses, on the date above written:

Del and Ernestine Bunch
1909 Red Robin Court
Las Vegas, NV 89134

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐ (FACSIMILE) That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

*/s/ Shannon Liberio*
An employee of Santoro, Driggs, Walch, Kearney, Johnson & Thompson

06725-01/189333

- 3 -