LEWIS
AND
ROCA
LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 7/31/07

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED FUND, LLC,

USA SECURITIES, LLC,

Debtors.

Affects:
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under Case No. BK-S-06-10725 LBR

**STIPULATION RE WITHDRAWAL OF PROOFS OF CLAIM FILED BY E & M HARDWARE PROFIT SHARING PLAN**

The USACM Liquidating Trust (the "USACM Trust"), by and through its undersigned counsel, and E & M Hardware Profit Sharing Plan, by and through James Feeney, Trustee, ("E & M"), stipulate:

1.      E & M Hardware Profit Sharing Plan, James Feeney, Trustee, filed proof of claim No. 10725-01680 as a secured claim in the amount of $557,184.11.

1

LEWIS
AND
ROCA
LLP
L A W Y E R S

2.      E & M Hardware Profit Sharing Plan, James Feeney, Trustee, filed proof of claim No. 10725-02047 as a secured claim in the amount of $506,747.80. Proof of claim No. 10725-02047 amended proof of claim No. 10725-01680.

3.      On March 23, 2007, the USACM Trust filed its Eighth Omnibus Objection to Proofs of Claim filed as Secured [DE 3147] objecting to the secured status of Claim Nos. 10725-01680 and 10725-02047 filed by E & M, arguing that the proofs of claim are not entitled to secured status and requested that the claims be reclassified as general unsecured claims.

4.      On June 29, 2007, the Order Sustaining the Eighth Omnibus Objection to Claims Asserting Secured Status [DE 4079] was signed by this Court and the claims were reclassified as general unsecured claims.

5.      E & M notified the USACM Trust that they want to withdraw the proofs of claim filed in this case.

Therefore, the parties stipulate and agree that E & M withdraws proof of claim No. 10725-01680 filed on December 11, 2006, in the amount of $557,184.11; and Claim No. 10725-02047 filed on January 11, 2007, in the amount of $506,747.80 and no further notice shall be given to E & M.

DATED: ⁷-3 1          , 2007.

LEWIS AND ROCA LLP
By:  /s/ RC (#6593)
        Susan M. Freeman, AZ 4199 (*pro hac vice*)
        Rob Charles, NV 6593
        *Counsel for USACM Liquidating Trust*

-and-

DATED: 7-27-07 , 2007.

E & M Hardware Profit Sharing Plan,
James Feeney, Trustee

2