Robert J. Moore
Tyson M. Lomazow
MILBANK, TWEED, HADLEY & McCLOY, LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone No.   (212) 530-5367
Facsmile No.    (212) 822-5367

Peter C. Bernhard (Nevada State Bar No. 734)
Georganne W. Bradley (Nevada State Bar No. 1105)
BULLIVANT HOUSER BAILEY PC
3883 Howard Hughes Parkway, Suite 550
Las Vegas, Nevada  89169
Telephone No.    (702) 669-3600
Facsimile No.    (702) 650-2995
E-Mail:          peter.bernhard@bullivant.com
E-Mail:          georganne.bradley@bullivant.com

Counsel for Compass USA SPE LLC and
Compass Financial Partners LLC

E-FILED on July 31, 2007

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF HEARING ON MOTION OF COMPASS FINANCIAL PARTNERS LLC FOR ORDER PURSUANT TO 11 U.S.C. § 105 FOR RELIEF FROM JUNE 20, 2007 STANDSTILL ORDER AND PERMISSION TO CONDUCT FORECLOSURE SALES (FILED UNDER SEAL AND ON SHORTENED NOTICE PURSUANT TO ORDER OF COURT)**<br><br>Date: August 6, 2007<br>Time: 1:30 p.m. |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

– 1 –

TO:   ALL PARTIES IN INTEREST

**NOTICE IS HEREBY GIVEN** that Compass USA SPE LLC, together with its servicer, Compass Financial Partners LLC, by and through its counsel, has filed a "Motion of Compass Financial Partners LLC for Order Pursuant to 11 U.S.C. § 105 for Relief From June 20, 2007 Standstill Order and Permission to Conduct Foreclosure Sales" (the "<u>Motion</u>"), requesting that the Court issue an order authorizing Compass to conduct certain foreclosure sales. Pursuant to the Court's "Order Re: *Ex Parte* Application to File Motion of Compass Financial Partners LLC for Order Pursuant to 11 U.S.C. § 105 for Relief From June 20, 2007 Standstill Order and Permission to Conduct Foreclosure Sales" entered July 31, 2007, a copy of which is attached hereto as **Exhibit "A"**, a copy of two recorded Notices of Substitute Trustee's Sale are attached hereto as **Exhibit "B"** and are accordingly made part of the record in this case. An unredacted copy of the Motion is being provided to each beneficiary of each of the subject loans, together with a copy of this Notice.

Any opposition must be filed pursuant to Local Rule 9014(d)(1).

> Local Rule 9014(d)(1): "Oppositions to a motion must be filed and service must be completed on the movant no later than fifteen (15) days after the motion is served except as provided by LR 3007(b) and LR 9006. If the hearing has been set on less than fifteen (15) days' notice, the opposition must be filed no later than five (5) business days before the hearing, unless the court orders otherwise. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule."

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

1. **NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held before a United States Bankruptcy Judge on **August 6, 2007,** in the Foley Federal Building, 300 Las Vegas Boulevard South, Third Floor, Bankruptcy Courtroom No. 1, Las Vegas, Nevada, at the hour of **1:30 p.m.**

DATED this 31st day of July, 2007.

MILBANK, TWEED, HADLEY & McCLOY, LLP
-and-
BULLIVANT HOUSER BAILEY PC

By: *Georganne W. Bradley*
Peter C. Bernhard (NV Bar No. 734)
Georganne W. Bradley (NV Bar No. 1105)
3980 Howard Hughes Pkwy., Ste. 550
Las Vegas, Nevada 89169

Attorneys for Compass USA SPE LLC and Compass Financial Partners LLC

\\\\\
\\\\\
\\\\\