# EXHIBIT "B"

## NOTICE OF SUBSTITUTE TRUSTEE'S SALE

Date:         July 16, 2007.

Substitute Trustee:    Renee Wells.

Mortgagee:        The lender parties listed on Exhibit "A" attached to the Deed of Trust and their respective successors and assigns (collectively, the "<u>Mortgagee</u>").

Mortgagee's Address: c/o Compass USA SPE LLC, as agent, 333 Seventh Avenue, 3rd Floor, New York, New York 10001-5004.

Mortgage Subservicer: Compass Financial Partners, LLC.

Mortgage Subservicer's Address: 333 Seventh Avenue, 3rd Floor, New York, New York 10001-5004.

Promissory Note:    Promissory Note Secured by Deed of Trust, dated May 31, 2005, executed by Anchor B, L.P., a Texas limited partnership, in favor of the Mortgagee in the original principal amount of $5,850,000.00.

Deed of Trust:

    Date:         May 31, 2005.

    Grantor:      Anchor B, L.P., a Texas limited partnership.

    Mortgagee:    The lender parties listed on Exhibit "A" attached to the Deed of Trust and their respective successors and assigns.

    Recording information: Clerk's File No. Y518582 filed in the Official Public Records of Real Property of Harris County, Texas.

    Property:     Property located at 7500 Bellaire Blvd., Houston, Harris County, Texas, more particularly described by metes and bounds on the attached <u>Exhibit "A"</u>, including all personal property secured by the security agreement included in the Deed of Trust.

County:                     Harris.

Substitute Trustee's Name:  Renee Wells.

Substitute Trustee's Address: 700 Louisiana, Suite 1600, Houston, Texas 77002.

Date of Sale:               August 7, 2007.

HO1:\348404\02\7GTW02!.DOC\38011.0004

2118

Time of Sale:        At the earliest at 10:00 a.m. or not later than three hours after that time.

Place of Sale:  The First Floor Lobby of the Harris County Family Law Center, 1115 Congress Street, Houston, TX 77002.

Mortgage Subservicer has appointed the undersigned as Substitute Trustee under the Deed of Trust and has instructed the Substitute Trustee to offer the Property for sale toward the satisfaction of the Note. This foreclosure is being administered by Mortgage Subservicer. Mortgage Subservicer is representing the Mortgagee under a subservicing agreement.

Notice is given that on the Date of Sale, Substitute Trustee will offer the Property for sale at public auction at the Place of Sale, to the highest bidder for cash, "AS IS." THERE WILL BE NO WARRANTY RELATING TO TITLE, POSSESSION, QUIET ENJOYMENT, OR THE LIKE FOR THE PERSONAL PROPERTY IN THIS DISPOSITION. The earliest time the sale will occur is the Time of Sale, and the sale will be conducted no later than three hours thereafter.

_____
Renee Wells, Substitute Trustee

# EXHIBIT "A"

<u>Description of Property</u>

EXHIBIT "A"

Description of Real Property

All that certain 9.9067 acre tract of land out of Block 24, Sharpstown Industrial Park, Section Twelve (12), recorded in Volume 68, page 37 of the Map Records of Harris County, Texas, being more particularly described by metes and bounds as follows:

BEGINNING at a ½ inch iron rod located on the South line of Clarewood Drive and being East 677.45 feet from a 5/8 inch iron rod located at the intersection of the said South line of Clarewood Drive, a 60.00 foot wide street, with the East line of Marinette Drive, a 60.35 foot wide street as described by deed recorded in Volume 7582, page 443 of the Deed Records of Harris County, Texas;

THENCE East 767.81 feet along the said South line of Clarewood Drive to a ½ inch iron rod for a corner;

THENCE South 301.13 feet to a nail in asphalt for a corner;

THENCE East 197.00 feet to a nail in asphalt for a corner;

THENCE South 170.00 feet to a nail in asphalt for a corner;

THENCE West 190.43 feet to a nail in asphalt for a corner;

THENCE South 49.09 feet to a nail in asphalt for a corner;

THENCE West 45.00 feet to a nail in asphalt for a corner;

THENCE South 50.00 feet to a nail in asphalt for a corner;

THENCE West 200.00 feet to a nail in asphalt for a corner;

THENCE North 50.00 feet to a nail in asphalt for a corner;

THENCE West 313.00 feet to a point for a corner;

THENCE North 14.33 feet to a point for a corner;

THENCE West 28.00 feet to a point for a corner;

THENCE South 14.33 feet to a point for a corner;

THENCE West 74.00 feet to a point for a corner;

THENCE North 75.00 feet to a point for a corner;

THENCE North 65 deg. 00 min. 00 sec. West 85.00 feet to a nail n asphalt for corner;

THENCE West 37.34 feet to a nail in asphalt for a corner;

THENCE North 409.30 feet to the PLACE OF BEGINNING and containing 431,536 square feet or 9.9067 acres of land.

# NOTICE OF SUBSTITUTE TRUSTEE'S SALE

Date:             July 16, 2007.

Substitute Trustee:      Renee Wells.

Mortgagee:        The lender parties listed on Exhibit "A" attached to the Deed of Trust and their respective successors and assigns (collectively, the "Mortgagee").

Mortgagee's Address: c/o Compass USA SPE LLC, as agent, 333 Seventh Avenue, 3rd Floor, New York, New York 10001-5004.

Mortgage Subservicer: Compass Financial Partners, LLC.

Mortgage Subservicer's Address: 333 Seventh Avenue, 3rd Floor, New York, New York 10001-5004.

Promissory Note:    Promissory Note Secured by Deed of Trust, dated April 14, 2005, executed by 6425 Gess, Ltd., a Texas limited partnership, in favor of the Mortgagee in the original principal amount of $26,500,000.00.

Deed of Trust:

    Date:           April 14, 2005.

    Grantor:        6425 Gess, Ltd., a Texas limited partnership.

    Mortgagee:      The lender parties listed on Exhibit "A" attached to the Deed of Trust and their respective successors and assigns.

    Recording information: Clerk's File No. Y410936 filed in the Official Public Records of Real Property of Harris County, Texas.

    Property:       Property located at 6425 S. Gessner Drive, Suite 270, Houston, Harris County, Texas, more particularly described by metes and bounds on the attached Exhibit "A", including all personal property secured by the security agreement included in the Deed of Trust.

County:                         Harris.

Substitute Trustee's Name:      Renee Wells.                              2117

Substitute Trustee's Address:   700 Louisiana, Suite 1600, Houston, Texas 77002.

Date of Sale:                   August 7, 2007.

HO1:\348902\02\7H7Q02!.DOC\38011.0004

Time of Sale: At the earliest at 10:00 a.m. or not later than three hours after that time.

Place of Sale: The First Floor Lobby of the Harris County Family Law Center, 1115 Congress Street, Houston, TX 77002.

Mortgage Subservicer has appointed the undersigned as Substitute Trustee under the Deed of Trust and has instructed the Substitute Trustee to offer the Property for sale toward the satisfaction of the Note. This foreclosure is being administered by Mortgage Subservicer. Mortgage Subservicer is representing the Mortgagee under a subservicing agreement.

Notice is given that on the Date of Sale, Substitute Trustee will offer the Property for sale at public auction at the Place of Sale, to the highest bidder for cash, "AS IS." THERE WILL BE NO WARRANTY RELATING TO TITLE, POSSESSION, QUIET ENJOYMENT, OR THE LIKE FOR THE PERSONAL PROPERTY IN THIS DISPOSITION. The earliest time the sale will occur is the Time of Sale, and the sale will be conducted no later than three hours thereafter.

_____
Renee Wells, Substitute Trustee

**EXHIBIT "A"**

Description of Property

HO1:\348902\02\7H7Q02!.DOC\38011.0004

## EXHIBIT "A"

### Description of Real Property

**TRACT I:**

All of the Correction Plat of Gessner Square Apartments, Section One (1), a subdivision in Harris County, Texas, according to the map or plat thereof recorded in Volume 234, page 98 of the Map Records of Harris County, Texas.

**TRACT II:**

All of the Correction Plat of Gessner Square Apartments, Section One (1), a subdivision in Harris County, Texas, according to the map or plat thereof recorded in Volume 234, page 103 of the Map Records of Harris County, Texas.

**TRACT III:**

All of the Correction Plat of Gessner Square Apartments, Section Three (1), a subdivision in Harris County, Texas, according to the map or plat thereof recorded in Volume 233, page 97 of the Map Records of Harris County, Texas.