Entered on Docket
August 01, 2007

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | ) | Case No. BK-S-06-10725-LBR |
|---|---|---|
|  | ) | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | ) | Case No. BK-S-06-10727-LBR |
|  | ) | Case No. BK-S-06-10728-LBR |
|  | ) | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | ) | CHAPTER 11 |
|  | ) |  |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | ) | Jointly Administered Under Case No. BK-S-06-10725 LBR |
|  | ) |  |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | ) | **Affecting:** |
|  | ) | ☐ All Cases |
| USA SECURITIES, LLC, | ) | **or Only:** |
| Debtors. | ) | ☒ USA Commercial Mortgage Company |
|  | ) | ☐ USA Capital Realty Advisors, LLC |
|  | ) | ☐ USA Capital Diversified Trust Deed Fund, LLC |
|  | ) | ☐ USA Capital First Trust Deed Fund, LLC |
|  | ) | ☐ USA Securities, LLC |

1851356.1


## STIPULATED ORDER APPROVING WITHDRAWAL OF PROOFS OF CLAIM FILED BY E & M HARDWARE PROFIT SHARING PLAN

The Stipulation to withdraw the proofs of claim filed by the E & M Hardware Profit Sharing Plan, James Feeney Trustee, [DE 4398] came before the Court for consideration. No notice being necessary and good cause appearing, it is

ORDERED:

- Approving the Stipulation;
- Proof of Claim No. 10725-01680 filed by the E & M Hardware Profit Sharing Plan, James Feeney, Trustee, in the amount of $557,184.11, is deemed withdrawn;
- Proof of Claim No. 10725-02047 by filed by the E & M Hardware Profit Sharing Plan, James Feeney, Trustee, in the amount of $506,747.80, is deemed withdrawn; and
- No further notice shall be given to E & M.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
*Attorneys for USACM Liquidating Trust*

APPROVED/DISAPPROVED

E & M Hardware Profit Sharing Plan,
James Feeney Trustee