EXHIBIT A
USA COMMERCIAL MORTGAGE COMPANY
06-10725

**On July 31, 2007, the following parties were mailed by first class postage prepaid U.S. Mail:**

1) **Motion For Summary Judgment Regarding (1) Responses To the USACM Trust's First Though Thirty-Third Omnibus Objections to Claims Asserting a Secured Status; (2) Responses to USACM Trust's First Though Third Omnibus Objections to Claims Asserting a Priority Status; and (3) newly Alleged Secured and Priority Claims w/exhibits [DE 4291];**

2) **Statement of Facts In Support of Motion For summary Judgment Regarding (1) Responses To the USACM Trust's First Though Thirty-Third Omnibus Objections to Claims Asserting a Secured Status; (2) Responses to USACM Trust's First Though Third Omnibus Objections to Claims Asserting a Priority Status; and (3) Newly Alleged Secured and Priority Claims w/exhibits [DE 4293];**

3) **In addition, each claimant received the Objection and Notice as indicated:**

| Claimant Name and address | Objection | Notice |
|---|---|---|
| Barroso, Pedro L. & Carol A. Trust, dated 11/29/90<br>c/o Pedro Louis & Carol Ann Barroso<br>3231 Cambridgeshire Street<br>Las Vegas, NV 89146-6223 | Objection of the USACM Liquidating Trust to Pedro L. & Carol A. Barroso Trust, dated 11/29/90's Claim Asserting Priority Status  DE 4243 | Notice to Pedro L. & Carol A. Barroso Trust, dated 11/29/90 of the USACM Liquidating Trust's Objection to Claim and Motion For Summary Judgment DE 4294 |
| Brehm, June F.<br>103 Montesol Dr.<br>Henderson, NV 89012-5204 | Objection of the USACM Liquidating Trust to June F. Brehm's Claim Asserting Priority Status  DE 4245 | Notice to June F. Brehm of the USACM Liquidating Trust's Objection to Claim and Motion For Summary Judgment DE 4295 |
| Fine, Lewis H. & Arlene J.<br>P.O. Box 487<br>Oakley, UT 84055-0487 | Objection of the USACM Liquidating Trust to Lewis H. & Arlene J. Fine's Claim Asserting Priority Status  DE 4244 | Notice to Lewis H. & Arlene J. Fine of the USACM Liquidating Trust's Objection to Claim and Motion For Summary Judgment DE 4296 |
| Halvorson, Joanne<br>3716 N. Normandie<br>Spokane, WA 99205 | Objection of the USACM Liquidating Trust to Joanne Halvorson's Claim Asserting Priority Status DE 4246 | Notice to Joanne Halvorson of the USACM Liquidating Trust's Objection to Claim and Motion For Summary Judgment DE 4297 |

1854545.1

# EXHIBIT A
## USA COMMERCIAL MORTGAGE COMPANY
### 06-10725

| Claimant Name and address | Objection | Notice |
|---|---|---|
| Halvorson, Thomas & Joanne<br>3716 N. Normadie<br>Spokane, WA 99205 | Objection of the USACM Liquidating Trust to Thomas & Joanne Halvorson's Claim Asserting Priority Status DE 4247 | Notice to Thomas & Joanne Halvorson of the USACM Liquidating Trust's Objection to Claim and Motion For Summary Judgment DE 4298 |
| LHV Living Trust dtd 10/31/01<br>c/o Leonard Vandergaag & Hilda Vandergaag, Ttees<br>7242 Evening Hills Ave.<br>Las Vegas, NV 89113-3013 | Objection of the USACM Liquidating Trust to LHV Living Trust dtd 10/31/01 Claim Asserting Priority Status DE 4249 | Notice to LHV Living Trust dtd 10/31/01 of the USACM Liquidating Trust's Objection to Claim and Motion For Summary Judgment DE 4299 |
| NBNA Unique Properties LLC<br>74478 Highway 111 #342<br>Palm Desert, CA 92260-4112 | Objection of the USACM Liquidating Trust to NBNA Unique Properties LLC's Claim Asserting Priority Status DE 4250 | Notice to NBNA Unique Properties LLC of the USACM Liquidating Trust's Objection to Claim and Motion For Summary Judgment DE 4302 |
| Telloian, Malcolm Jr. & Joan B.<br>7806 Broadwing Dr.<br>N. Las Vegas, NV 89084-2434 | Objection of the USACM Liquidating Trust to Malcolm Jr. & Joan B. Telloian's Claim Asserting Priority Status DE 4244 | Notice to Malcolm Jr. & Joan B. Telloian of the USACM Liquidating Trust's Objection to Claim and Motion For Summary Judgment DE 4304 |