EXHIBIT B
USA COMMERCIAL MORTGAGE COMPANY
06-10725

**On July 31, 2007, the following parties were mailed by first class postage prepaid U.S. Mail:**

1) **Motion For Summary Judgment Regarding (1) Responses To the USACM Trust's First Though Thirty-Third Omnibus Objections to Claims Asserting a Secured Status; (2) Responses to USACM Trust's First Though Third Omnibus Objections to Claims Asserting a Priority Status; and (3) newly Alleged Secured and Priority Claims w/exhibits [DE 4291];**

2) **Statement of Facts In Support of Motion For summary Judgment Regarding (1) Responses To the USACM Trust's First Though Thirty-Third Omnibus Objections to Claims Asserting a Secured Status; (2) Responses to USACM Trust's First Though Third Omnibus Objections to Claims Asserting a Priority Status; and (3) Newly Alleged Secured and Priority Claims w/exhibits [DE 4293];**

3) **In addition, each claimant received the Objection and Notice as indicated:**

| Claimant Name and address | Objection | Notice |
|---|---|---|
| Albiol, Marcia C. & Henry<br>P.O. Box 221356<br>Carmel, CA 93922-1256 | Objection Of The USACM Liquidating Trust To Marcia C. & Henry Albiol's Claims Asserting Secured Status [DE 4252] | Notice to Marcia C. & Henry Albiol of the USACM Liquidating Trust's Objection to Claim(s) and Motion For Summary Judgment Regarding Same Claims [DE 4306] |
| Bacon, John & Sandra<br>2001 Fallsburg WY<br>Henderson, NV 89015-3524 | Objection Of The USACM Liquidating Trust To John & Sandra Bacon's Claim Asserting Secured Status [DE 4253] | Notice to John & Sandra Bacon of the USACM Liquidating Trust's Objection to Claim(s) and Motion For Summary Judgment Regarding Same Claims [DE 4307] |
| Bittner, Gerald L. SR DDS INC PSP & Trust dtd 1/15/91<br>14067 Apricot HL<br>Saratoga, CA 95070-5614 | Objection Of The USACM Liquidating Trust To Gerald L. Bittner Sr. DDS INC PSP & Trust dtd 1/15/91's Claim Asserting Secured Status [DE 4254] | Notice to Gerald L. Bittner Sr. DDS INC PSP & Trust dtd 1/15/91 of the USACM Liquidating Trust's Objection to Claim(s) and Motion For Summary Judgment Regarding Same Claims [DE 4308] |

1854745.1

EXHIBIT B
USA COMMERCIAL MORTGAGE COMPANY
06-10725

| Claimant Name and address | Objection | Notice |
|---|---|---|
| Brehm, June F.<br>103 Montesol Dr.<br>Henderson, NV 89012-5204 | Objection Of The USACM Liquidating Trust To June F. Brehm's Claim Asserting Secured Status [DE 4255] | Notice to June F. Brehm of the USACM Liquidating Trust's Objection to Claim(s) and Motion For Summary Judgment Regarding Same Claims [DE 4309] |
| Brokop, Charles E.<br>13835 N. Tatum Blvd. Ste 9419<br>Phoenix, AZ 85032-5581 | Objection Of The USACM Liquidating Trust To Charles E. Brokop's Claim Asserting Secured Status [DE 4256] | Notice to Charles E. Brokop of the USACM Liquidating Trust's Objection to Claim(s) and Motion For Summary Judgment Regarding Same Claims [DE 4310] |
| Burnett, Robert E. Jr.<br>PSC 2 Box 6533<br>APO AE 09012 | Objection Of The USACM Liquidating Trust To Robert E. Burnett Jr.'s Claim Asserting Secured Status [DE 4257] | Notice to Robert E. Burnett Jr. of the USACM Liquidating Trust's Objection to Claim(s) and Motion For Summary Judgment Regarding Same Claims [DE 4311] |
| Ciadella Living Trust dtd 2/8/99<br>c/o Stella P Ciadella, Trustee,<br>Apt 1114<br>650 S Town Cntr Drive, Bldg. 29<br>Las Vegas, NV 89144-4419 | Objection Of The USACM Liquidating Trust To Ciadella Living Trust dtd 2/8/99's Claim Asserting Secured Status [DE 4258] | Notice to Ciadella Living Trust dtd 2/8/99 of the USACM Liquidating Trust's Objection to Claim(s) and Motion For Summary Judgment Regarding Same Claims [DE 4312] |
| Colligan, Gerald E.<br>P.O. Box 5781<br>Incline Village, NV 89450-5781 | Objection Of The USACM Liquidating Trust To Gerald E. Colligan's Claim Asserting Secured Status [DE 4259] | Notice to Gerald E. Colligan of the USACM Liquidating Trust's Objection to Claim(s) and Motion For Summary Judgment Regarding Same Claims [DE 4313] |

EXHIBIT A

2

1854745.1

EXHIBIT B
USA COMMERCIAL MORTGAGE COMPANY
06-10725

| Claimant Name and address | Objection | Notice |
|---|---|---|
| Darnold, Patricia, IRA<br>2061 Sapphire Valley Ave.<br>Henderson, NV 89074-1533 | Objection Of The USACM Liquidating Trust To Patricia Darnold's Claim Asserting Secured Status [DE 4260] | Notice to Patricia Darnold of the USACM Liquidating Trust's Objection to Claim(s) and Motion For Summary Judgment Regarding Same Claims [DE 4314] |
| Foxcroft Living Trust dtd 1/10/02<br>c/o Fred J. & Roberta Foxcroft<br>PO Box 362<br>Carnelian Bay, CA 96140-0362 | Objection Of The USACM Liquidating Trust To Foxcroft Living Trust dtd 1/10/02's Claim Asserting Secured Status [DE 4261] | Notice to Foxcroft Living Trust dtd 1/10/02 of the USACM Liquidating Trust's Objection to Claim(s) and Motion For Summary Judgment Regarding Same Claims [DE 4315] |
| Gunderson, Wynn & Lorraine J.<br>33941 N 67th Street<br>Scottsdale, AZ 85262-7250 | Objection Of The USACM Liquidating Trust To Wynn & Lorraine J. Gunderson's Claim Asserting Secured Status [DE 4262] | Notice to Wynn & Lorraine J. Gunderson of the USACM Liquidating Trust's Objection to Claim(s) and Motion For Summary Judgment Regarding Same Claims [DE 4316] |
| Hollander, Sandra I. Revocable Trust<br>c/o Sandra Hollander, Ttee<br>10533 Santo Marco CT<br>Las Vegas, NV 89135-2457 | Objection Of The USACM Liquidating Trust To Sandra I. Hollander Revocable Trust's Claim Asserting Secured Status [DE 4263] | Notice to Sandra I. Hollander Revocable Trust of the USACM Liquidating Trust's Objection to Claim(s) and Motion For Summary Judgment Regarding Same Claims [DE 4317] |
| Humphry, 1999 Trust<br>c/o Jack & Alice Humphry, Trustees<br>3825 Champagne Wood Dr.<br>N. Las Vegas, NV 89031-2056 | Objection Of The USACM Liquidating Trust To Humphry 1999 Trust's Claim Asserting Secured Status [DE 4264] | Notice to Humphry 1999 Trust of the USACM Liquidating Trust's Objection to Claim(s) and Motion For Summary Judgment Regarding Same Claims [DE 4318] |

EXHIBIT A

3

1854745.1

# EXHIBIT B
## USA COMMERCIAL MORTGAGE COMPANY
### 06-10725

| Claimant Name and address | Objection | Notice |
|---|---|---|
| Humphry, Alice & Valerie Jaeger<br>3825 Champagne Wood Dr,<br>N. Las Vegas, NV 89031-2056 | Objection Of The USACM Liquidating Trust To Alice Humphry & Valerie Jaeger's Claim Asserting Secured Status [DE 4265] | Notice to Alice Humphry & Valerie Jaeger of the USACM Liquidating Trust's Objection to Claim(s) and Motion For Summary Judgment Regarding Same Claims [DE 4319] |
| Johnston, Everett H. Family Trust, dtd 1/24/90<br>c/o Everett H. Johnston Ttee<br>P.O. Box 3605<br>Incline Village, NV 89450-3605 | Objection Of The USACM Liquidating Trust To Everett H. Johnston Family Trust, dtd 1/24/90's Claim Asserting Secured Status [DE 4266] | Notice to Everett H. Johnston Family Trust, dtd 1/24/90 of the USACM Liquidating Trust's Objection to Claim(s) and Motion For Summary Judgment Regarding Same Claims [DE 4320] |
| Krebbs, John & Elizabeth Lundy<br>7200 Hwy 50 E<br>PO Box 22030<br>Carson City, NV 89721-2030 | Objection Of The USACM Liquidating Trust To John Krebbs & Elizabeth Lundy's Claim Asserting Secured Status [DE 4267] | Notice to John Krebbs & Elizabeth Lundy of the USACM Liquidating Trust's Objection to Claim(s) and Motion For Summary Judgment Regarding Same Claims [DE 4321] |
| Krupp, Richard N.<br>101 State Pl Suite 1<br>Escondido, CA 92029-1365 | Objection Of The USACM Liquidating Trust To Richard N. Krupp's Claim Asserting Secured Status [DE 4268] | Notice to Richard N. Krupp of the USACM Liquidating Trust's Objection to Claim(s) and Motion For Summary Judgment Regarding Same Claims [DE 4322] |
| Kwiatkowski Revocable Trust, dated 12/17/04<br>c/o Paul L. & Colita Jo Kwiatkowski, Trustees<br>15380 Hamilton Street<br>Omaha, NE 68154-3714 | Objection Of The USACM Liquidating Trust To Kwiatkowski Revocable Trust, dated 12/17/04's Claim Asserting Secured Status [DE 4269] | Notice to Kwiatkowski Revocable Trust, dated 12/17/04 of the USACM Liquidating Trust's Objection to Claim(s) and Motion For Summary Judgment Regarding Same Claims [DE 4323] |

# EXHIBIT A

4

1854745.1

EXHIBIT B
USA COMMERCIAL MORTGAGE COMPANY
06-10725

| Claimant Name and address | Objection | Notice |
|---|---|---|
| Lowe Family Trust<br>c/o Robert L. & Mary M. Lowe Tstee<br>225 Garfield Drive<br>Henderson, NV 89074 | Objection Of The USACM Liquidating Trust To Lowe Family Trust's Claim Asserting Secured Status [DE 4270] | Notice to Lowe Family Trust of the USACM Liquidating Trust's Objection to Claim(s) and Motion For Summary Judgment Regarding Same Claims [DE 4324] |
| Lynch, The Thomas D. 1995 Revocable Living Trust<br>c/o Thomas D. Lynch, Ttee<br>1011 Armadillo CT<br>Henderson, NV 89015-9446 | Objection Of The USACM Liquidating Trust To The Thomas D. Lynch 1995 Revocable Living Trust's Claim Asserting Secured Status [DE 4271] | Notice to The Thomas D. Lynch 1995 Revocable Living Trust of the USACM Liquidating Trust's Objection to Claim(s) and Motion For Summary Judgment Regarding Same Claims [DE 4325] |
| Lynch, Thomas D. Family Foundation<br>c/o Thomas D. Lynch<br>President<br>1011 Armadillo CT<br>Henderson, NV 89015-9446 | Objection Of The USACM Liquidating Trust To Thomas D. Lynch Family Foundation's Claim Asserting Secured Status [DE 4272] | Notice to Thomas D. Lynch Family Foundation of the USACM Liquidating Trust's Objection to Claim(s) and Motion For Summary Judgment Regarding Same Claims [DE 4326] |
| Manning, Martin L.<br>P.O. Box 426<br>Genoa, NV 89411-0426 | Objection Of The USACM Liquidating Trust To Martin L. Manning's Claim Asserting Secured Status [DE 4273] | Notice to Martin L. Manning of the USACM Liquidating Trust's Objection to Claim(s) and Motion For Summary Judgment Regarding Same Claim [DE 4328] |
| McTee, R&S 1995 Trust dtd 4/20/95<br>c/o Rudy Leroy McTee & Sharon Kaye McTee<br>P.O. Box 2480<br>Gardnerville, NV 89410-2480 | Objection Of The USACM Liquidating Trust To R&S McTee 1995 Trust dtd 4/20/95's Claim Asserting Secured Status [DE 4274] | Notice to R&S McTee 1995 Trust dtd 4/20/95 of the USACM Liquidating Trust's Objection to Claim(s) and Motion For Summary Judgment Regarding Same Claims [DE 4329] |

EXHIBIT A

5

1854745.1

# EXHIBIT B
## USA COMMERCIAL MORTGAGE COMPANY
### 06-10725

| Claimant Name and address | Objection | Notice |
|---|---|---|
| NBNA Unique Properties LLC<br>74478 Highway 111 #342<br>Palm Desert, CA 92260-4112 | Objection Of The USACM Liquidating Trust To NBNA Unique Properties LLC's Claim Asserting Secured Status [DE 4275] | Notice to NBNA Unique Properties LLC of the USACM Liquidating Trust's Objection to Claim(s) and Motion For Summary Judgment Regarding Same Claims [DE 4330] |
| Newby 1984 Family Trust dtd 3/19/84<br>c/o C E & Carole Newby Trustees<br>5209 Elm Grove Drive<br>Las Vegas, NV 89130-3669 | Objection Of The USACM Liquidating Trust To Newby 1984 Family Trust dtd 3/19/84's Claim Asserting Secured Status [DE 4276] | Notice to Newby 1984 Family Trust dtd 3/19/84 of the USACM Liquidating Trust's Objection to Claim(s) and Motion For Summary Judgment Regarding Same Claims [DE 4331] |
| Novak Living Trust dtd 10/21/97<br>c/o Frank T. & Patricia A. Novak TTE<br>2593 Sumter Street<br>Henderson, NV 89052-7113 | Objection Of The USACM Liquidating Trust To Novak Living Trust dtd 10/21/97's Claim Asserting Secured Status [DE 4277] | Notice to Novak Living Trust dtd 10/21/97 of the USACM Liquidating Trust's Objection to Claim(s) and Motion For Summary Judgment Regarding Same Claims [DE 4332] |
| Perrone, Nicholas Trust dtd 7/12/99<br>c/o Nicholas Perrone, Ttee<br>5112 San Anselmo St.<br>Las Vegas, NV 89120-1775 | Objection Of The USACM Liquidating Trust To Nicholas Perrone Trust dtd 7/12/99's Claim Asserting Secured Status [DE 4278] | Notice to Nicholas Perrone Trust dtd 7/12/99 of the USACM Liquidating Trust's Objection to Claim(s) and Motion For Summary Judgment Regarding Same Claims [DE 4333] |
| Reynolds, Emil & Anna<br>982 E. County Rd. 350 S<br>Greencastle, IN 46135-7300 | Objection Of The USACM Liquidating Trust To Emil & Anna Reynolds's Claim Asserting Secured Status [DE 4279] | Notice to Emil & Anna Reynolds of the USACM Liquidating Trust's Objection to Claim(s) and Motion For Summary Judgment Regarding Same Claims [DE 4334] |

# EXHIBIT A

1854745.1

# EXHIBIT B
## USA COMMERCIAL MORTGAGE COMPANY
### 06-10725

| Claimant Name and address | Objection | Notice |
|---|---|---|
| Robbins, Judd IRA, Retirement Accts INC CFBO<br>c/o Bradley Paul Elley Esq.<br>120 Country Club Drive, Suite 5<br>Incline Village, NV 89451 | Objection Of The USACM Liquidating Trust To Judd Robbins IRA, Retirement Accts INC CFBO's Claim Asserting Secured Status [DE 4280] | Notice to Judd Robbins IRA, Retirement Accts INC CFBO of the USACM Liquidating Trust's Objection to Claim(s) and Motion For Summary Judgment Regarding Same Claims [DE 4335] |
| Sabia, Joseph W. & Victoria<br>2720 E Quail Avenue<br>Las Vegas, NV 89120 | Objection Of The USACM Liquidating Trust To Joseph W. & Victoria Sabia's Claim Asserting Secured Status [DE 4281] | Notice to Joseph W. & Victoria Sabia of the USACM Liquidating Trust's Objection to Claim(s) and Motion For Summary Judgment Regarding Same Claims [DE 4336] |
| Sibley, Glenda Lambert IRA<br>16326 W Willow Creek Lane<br>Surprise, AZ 85374-6432 | Objection Of The USACM Liquidating Trust To Glenda Lambert Sibley IRA's Claim Asserting Secured Status [DE 4282] | Notice to Glenda Lambert Sibley IRA of the USACM Liquidating Trust's Objection to Claim(s) and Motion For Summary Judgment Regarding Same Claims [DE 4337] |
| Smith, Raymond M. Revocable Trust dtd 3/12/79<br>c/o Raymond M. Smith & Margaret M. Smith Grantors<br>P.O. Box 1195<br>Minden, NV 89423-7795 | Objection Of The USACM Liquidating Trust To Raymond M. Smith Revocable Trust dtd 3/12/79's Claim Asserting Secured Status [DE 4283] | Notice to Raymond M. Smith Revocable Trust dtd 3/12/79 of the USACM Liquidating Trust's Objection to Claim(s) and Motion For Summary Judgment Regarding Same Claims [DE 4338] |
| Spatorico, Derrick & Laurie<br>47 Vineyard HL<br>Fairport, NY 14450-4617 | Objection Of The USACM Liquidating Trust To Derrick & Laurie Spatorico's Claim Asserting Secured Status [DE 4284] | Notice to Derrick & Laurie Spatorico of the USACM Liquidating Trust's Objection to Claim(s) and Motion For Summary Judgment Regarding Same Claims [DE 4339] |

# EXHIBIT A

1854745.1

# EXHIBIT B
## USA COMMERCIAL MORTGAGE COMPANY
### 06-10725

| Claimant Name and address | Objection | Notice |
|---|---|---|
| Stephen Family Trust dtd 3/22/84<br>c/o Roy M. Stephen & Carol J. Stephen, Ttees<br>1214 Yucca Cir.<br>St. George, UT 84790-7551 | Objection Of The USACM Liquidating Trust To Stephen Family Trust dtd 3/22/84's Claim Asserting Secured Status [DE 4285] | Notice to Stephen Family Trust dtd 3/22/84 of the USACM Liquidating Trust's Objection to Claim(s) and Motion For Summary Judgment Regarding Same Claims [DE 4340] |
| Toombes, Robert C. and Patsy G.<br>P.O. Box 11665<br>Zephyr Cove, NV 89448-3665 | Objection Of The USACM Liquidating Trust To Robert C. and Patsy G. Toombes's Claim Asserting Secured Status [DE 4286] | Notice to Robert C. and Patsy G. Toombes of the USACM Liquidating Trust's Objection to Claim(s) and Motion For Summary Judgment Regarding Same Claims [DE 4341] |
| Von Auw, Tobias Revocable Trust dtd 11/23/04<br>c/o Tobias Von Auw Trustee<br>2448 Lark Sparrow Street<br>Las Vegas, NV 89084-3726 | Objection Of The USACM Liquidating Trust To Tobias Von Auw Revocable Trust dtd 11/23/04's Claim Asserting Secured Status [DE 4287] | Notice to Tobias Von Auw Revocable Trust dtd 11/23/04 of the USACM Liquidating Trust's Objection to Claim(s) and Motion For Summary Judgment Regarding Same Claims [DE 4342] |
| Weaver, John & Colleen<br>9225 Cordoba Blvd<br>Sparks, NV 89436-7235 | Objection Of The USACM Liquidating Trust To John & Colleen Weaver's Claim Asserting Secured Status [DE 4288] | Notice to John & Colleen Weaver of the USACM Liquidating Trust's Objection to Claim(s) and Motion For Summary Judgment Regarding Same Claims [DE 4343] |
| Wilgar, Scott & Gail<br>8812 Glenistar Gate Avenue<br>Las Vegas, NV 89143 | Objection Of The USACM Liquidating Trust To Scott & Gail Wilgar's Claim Asserting Secured Status [DE 4289] | Notice to Scott & Gail Wilgar of the USACM Liquidating Trust's Objection to Claim(s) and Motion For Summary Judgment Regarding Same Claims [DE 4344] |

# EXHIBIT A

1854745.1

# EXHIBIT B
## USA COMMERCIAL MORTGAGE COMPANY
### 06-10725

| Claimant Name and address | Objection | Notice |
|---|---|---|
| Zunino, Osvaldo Living Trust dtd 12/18/98<br>c/o Osvaldo Zunino. Ttee<br>3575 Tioga WY<br>Las Vegas, NV 89109-3340 | Objection Of The USACM Liquidating Trust To Osvaldo Zunino Living Trust dtd 12/18/98's Claim Asserting Secured Status [DE 4290] | Notice to Osvaldo Zunino Living Trust dtd 12/18/98 of the USACM Liquidating Trust's Objection to Claim(s) and Motion For Summary Judgment Regarding Same Claims [DE 4345] |

# EXHIBIT A
9

1854745.1