# Exhibit C

# USA Commercial Mortgage Company
## Case #06-10725

**On July 31, 2007, the following parties were mailed by first class postage prepaid U.S. Mail:**

1) **Motion For Summary Judgment Regarding (1) Responses To the USACM Trust's First Though Thirty-Third Omnibus Objections to Claims Asserting a Secured Status; (2) Responses to USACM Trust's First Though Third Omnibus Objections to Claims Asserting a Priority Status; and (3) newly Alleged Secured and Priority Claims w/exhibits [DE 4291];**

2) **Statement of Facts In Support of Motion For summary Judgment Regarding (1) Responses To the USACM Trust's First Though Thirty-Third Omnibus Objections to Claims Asserting a Secured Status; (2) Responses to USACM Trust's First Though Third Omnibus Objections to Claims Asserting a Priority Status; and (3) Newly Alleged Secured and Priority Claims w/exhibits [DE 4293];**

3) **In addition, each claimant received the Notice as indicated:**

| Claimant Name and Address | Document mailed |
|---|---|
| Grundman, Erna<br>1608 Brown St<br>Carson City, NV  89701 | Notice to Erna Grundman of Motion For Summary Judgment Regarding Claim No 10725-01542 [DE 4346] |
| Grundman, Joanne<br>1608 Brown St<br>Carson City, NV  89701 | Notice to Joanne Grundman of Motion For Summary Judgment Regarding Claim No 10725-01544 [DE 4347] |
| Marrs, Bobbie<br>5753 Bedrock Springs Ave<br>Las Vegas, NV  89131 | Notice to Bobbie Marrs of Motion For Summary Judgment Regarding Claim No 10725-00444 [DE 4350] |
| Marrs IRA, Bobbie<br>5753 Bedrock Springs Ave<br>Las Vegas, NV  89131-3933 | Notice to Bobbie Marrs IRA of Motion For Summary Judgment Regarding Claim No 10725-00445 [DE 4351] |
| Rieger, Larry L & Patsy R Revocable Trt Dtd 8/14/91<br>Larry L & Patsy R Rieger Ttees<br>2615 Glen Eagles Dr<br>Reno, Nv  89523-2080 | Notice to Larry L & Patsy R.. Rieger Revocable Trt Dtd 8/14/91 of Motion For Summary Judgment Regarding Claim No 10725-01739 [DE 4352] |

1854266.1