# Exhibit D

## USA Commercial Mortgage Company
Case #06-10725

On July 31, 2007, the following parties were mailed by first class postage prepaid U.S. Mail:

1) Motion For Summary Judgment Regarding (1) Responses To the USACM Trust's First Though Thirty-Third Omnibus Objections to Claims Asserting a Secured Status; (2) Responses to USACM Trust's First Though Third Omnibus Objections to Claims Asserting a Priority Status; and (3) newly Alleged Secured and Priority Claims w/exhibits [DE 4291];

2) Statement of Facts In Support of Motion For summary Judgment Regarding (1) Responses To the USACM Trust's First Though Thirty-Third Omnibus Objections to Claims Asserting a Secured Status; (2) Responses to USACM Trust's First Though Third Omnibus Objections to Claims Asserting a Priority Status; and (3) Newly Alleged Secured and Priority Claims w/exhibits [DE 4293];

3) In addition, each claimant received the Notice as indicated:

| Claimant Name and Address | Document mailed |
|---|---|
| Celso Acosta<br>9061 Black Elk Ave.<br>Las Vegas, NV 89143-1180 | Notice to Celso Acosta of Motion For Summary Judgment Regarding Claim No(s). 10725-00609, 10725-00610, and 10725-00611 [DE 4353] |
| Archer, Guy<br>1725 Fairfield Ave<br>Reno, NV 89509-3221 | Notice to Guy Archer of Motion For Summary Judgment Regarding Claim No(s). 10725-00831, and 10725-00832 [DE 4354] |
| Clark IRA, Curtis<br>1403 Pueblo Dr<br>Boulder City, NV 89005-3203 | Notice to Curtis Clark IRA of Motion For Summary Judgment Regarding Claim No(s). 10725-00589 [DE 4355] |
| Dutkin Trustee, John<br>C/O George D Frame Esq<br>601 Greenway<br>Ste D<br>Henderson, NV 89002 | Notice to John Dutkin Trustee of Motion For Summary Judgment Regarding Claim No(s). 10725-01395 [DE 4356] |
| Fallon, Thomas<br>6410 Nw 82 Ave<br>Miami, FL 33166 | Notice to Thomas Fallon of Motion For Summary Judgment Regarding Claim No(s). 10725-01884 [DE 4357] |

1854611.1

| Claimant Name and Address | Document mailed |
|---|---|
| Grundman, Erna<br>1608 Brown St<br>Carson City, NV  89701 | Notice to Erna Grundman of Motion For Summary Judgment Regarding Claim No(s). 10725-01542 [DE 4358] |
| Grundman, Joanne<br>1608 Brown St<br>Carson City, NV  89701 | Notice to Joanne Grundman of Motion For Summary Judgment Regarding Claim No(s). 10725-01544 [DE 4359] |
| Gunderson, Wynn A & Lorraine J<br>33941 N 67th St<br>Scottsdale, AZ  85262-7250 | Notice to Wynn A & Lorraine J Gunderson of Motion For Summary Judgment Regarding Claim No(s). 10725-02321 [DE 4360] |
| Gunderson, Wynn<br>33941 N 67th St<br>Scottsdale, AZ  85262 | Notice to Wynn Gunderson of Motion For Summary Judgment Regarding Claim No(s). 10725-02322 [DE 4361] |
| Humphry 1999 Trust<br>Jack Humphry & Alice Humphry, Trustees<br>3825 Champagne Wood Drive<br>North Las Vegas, NV  89031 | Notice to Jack & Alice Humphry of Motion For Summary Judgment Regarding Claim No(s). 10725-00588 [DE 4362] |
| Kline, Edward & Leah Family Trust Dtd 7/9/91<br>C/O Edward & Leah Kline Trustees<br>9932 Arbuckle Dr<br>Las Vegas, NV  89134-7530 | Notice to Edward & Leah Kline Family Trust Dtd 7/9/91 of Motion For Summary Judgment Regarding Claim No(s). 10725-00547 [DE 4363] |
| Kline, Edward<br>9932 Arbuckle Dr<br>Las Vegas, NV  89134 | Notice to Edward Kline of Motion For Summary Judgment Regarding Claim No(s). 10725-00572 [DE 4364] |
| Knox, Marcia J Living Trust Dated 8/16/04<br>C/O Marcia J Knox Trustee<br>1885 Vintners Pl<br>Reno, NV  89519-8334 | Notice to Marcia J Knox Living Trust Dated 8/16/04 of Motion For Summary Judgment Regarding Claim No(s). 10725-00615, 10725-00616, 10725-00617, 10725-00647, 10725-00648, 10725-00649, 10725-00676-1 as amended by 10725-00676-2, 10725-00699, 10725-00722, 10725-01634, 10725-01635, 10725-01636, 10725-01637, 10725-01905, 10725-00756, 10725-00766, 10725-00797, 10725-00798, 10725-01028, 10725-01029, and 10725-01037 [DE 4365] |
| Linney, Paul L & Marie Trust Dated 10/25/96<br>Paul L Linney Ttee<br>2079 Meritage Dr<br>Sparks, NV  89434-2102 | Notice to Paul L & Marie Linney Trust Dated 10/25/96 of Motion For Summary Judgment Regarding Claim No(s). 10725-00091, and 10725-00174 [DE 4366] |

| Claimant Name and Address | Document mailed |
|---|---|
| Loftfield, James<br>1532 Beech Grove Dr<br>Las Vegas, NV  89119 | Notice to James Loftfield of Motion For Summary Judgment Regarding Claim No(s). 10725-01336, and 10725-01349 [DE 4367] |
| Loftfield Revocable Living Trust<br>James & Catherine Loftfield Ttee<br>1532 Beech Grove Dr<br>Las Vegas, NV  89119-0367 | Notice to Loftfield Revocable Living Trust of Motion For Summary Judgment Regarding Claim No(s). 10725-01344, and 10725-01345 [DE 4368] |
| Marrs, Bobbie<br>5753 Bedrock Springs Ave<br>Las Vegas, NV  89131 | Notice to Bobbie Marrs of Motion For Summary Judgment Regarding Claim No(s). 10725-00444 [DE 4369] |
| Marrs IRA, Bobbie<br>5753 Bedrock Springs Ave<br>Las Vegas, NV  89131-3933 | Notice to Bobbie Marrs IRA of Motion For Summary Judgment Regarding Claim No(s). 10725-00445 [DE 4370] |
| James E. Mcknight<br>233 Branch Ave.<br>Freeport, NY 11520 | Notice to James E. McKnight of Motion For Summary Judgment Regarding Claim No(s). 10725-00673, and 10725-00674 [DE 4371] |
| Mcknight, James E<br>233 Branch Ave<br>Freeport, NY  11520 | Notice to James E. McKnight of Motion For Summary Judgment Regarding Claim No(s). 10725-00723-1, as amended by 10725-00723-2, 10725-00751, 10725-01683-1, as amended by 10725-01683-2, as amended by 10725-01683-3, and 10725-01684 [DE 4372] |
| Michael Family Trust Dtd 12/4/03<br>Alain Michael & Dawn Levy Ttees<br>1861 Tuscan Grove Pl<br>Camarillo, Ca  93012-8960 | Notice to Michael Family Trust Dtd 12/4/03 of Motion For Summary Judgment Regarding Claim No(s). 10725-00276 [DE 4373] |
| Monighetti, Pete<br>6515 Frankie Ln<br>Prunedale, CA  93907 | Notice to Pete Monighetti of Motion For Summary Judgment Regarding Claim No(s). 10725-01208-1, and 10725-01208-2 [DE 4374] |
| Petersen, Michael<br>John O`Reilly Law Group<br>Nevada Professional Center<br>325 S Maryland Pkwy<br>Las Vegas, NV  89101-5300 | Notice to Michael Petersen of Motion For Summary Judgment Regarding Claim No(s). 10725-00754, and 10725-01470 [DE 4375] |
| Rieger, Larry L & Patsy R Revocable Trust<br>Larry L & Patsy R Rieger Ttees<br>2615 Glen Eagles Dr<br>Reno, NV  89523 | Notice to Larry L & Patsy R Rieger Revocable Trust of Motion For Summary Judgment Regarding Claim No(s). 10725-02210 [DE 4376] |

| Claimant Name and Address | Document mailed |
|---|---|
| Rieger Ira, Larry L<br>2615 Glen Eagles Dr<br>Reno, Nv  89523 | Notice to Larry L Rieger Ira of Motion For Summary Judgment Regarding Claim No(s). 10725-02208 [DE 4377] |
| Rieger Ira, Patsy R<br>2615 Glen Eagles Dr<br>Reno, Nv  89523 | Notice to Patsy R Rieger Ira of Motion For Summary Judgment Regarding Claim No(s). 10725-02209 [DE 4378] |
| Taylor, Evalyn C Separate Property Trust<br>C/O Evalyn C Taylor Trustee<br>1908 Rolling Dunes Ct<br>Las Vegas, NV  89117-6916 | Notice to Evalyn C Taylor Separate Property Trust of Motion For Summary Judgment Regarding Claim No(s). 10725-00947 [DE 4379] |
| Jack S Tiano Accountancy Corp<br>116 W El Portal<br>Ste 103<br>San Clemente, CA  92672 | Notice to Jack S. Tiano Accountancy Corp of Motion For Summary Judgment Regarding Claim No(s). 10725-01831, and 10725-01832 [DE 4380] |
| Tiano, Jack<br>116 W El Portal<br>Ste 103<br>San Clemente, CA  92672 | Notice to Jack Tiano of Motion For Summary Judgment Regarding Claim No(s). 10725-00 [DE 4381] |
| Ventura, Roy R. Jr. & Nancy B. Ventura<br>American Embassy – Jakarta<br>Unit 8135 – Usaid<br>Fpo Ap 96520<br>Armed Forces Pacific | Notice to Roy R. Ventura Jr. & Nancy B. Ventura of Motion For Summary Judgment Regarding Claim No(s). 10725-00638 [DE 4382] |
| Ventura, Roy<br>American Embassy – Jakarta<br>Unit 8135 – Usaid<br>Fpo Ap 96520 | Notice to Roy Ventura of Motion For Summary Judgment Regarding Claim No(s). 10725-00639 [DE 4383] |
| Wright, Wanda Revocable Living Trust<br>C/O Wanda C Wright Trustee<br>16500 Pyramid Way<br>Reno, NV  89510-8711 | Notice to Wanda Wright Revocable Living Trust of Motion For Summary Judgment Regarding Claim No(s). 10725-00502 [DE 4384] |
| Wright, Wanda<br>16500 Pyramid Hwy<br>Reno, NV  89510 | Notice to Wanda Wright of Motion For Summary Judgment Regarding Claim No(s). 10725-00501 [DE 4385] |