1  Robert J. Moore
   Tyson M. Lomazow                                    **E-FILED on August 2, 2007**
2  MILBANK, TWEED, HADLEY & McCLOY, LLP
   1 Chase Manhattan Plaza
3  New York, New York 10005
   Telephone No.  (212) 530-5367
4  Facsmile No.    (212) 822-5367

5  Peter C. Bernhard (Nevada State Bar No. 734)
   Georganne W. Bradley (Nevada State Bar No. 1105)
6  BULLIVANT HOUSER BAILEY PC
   3883 Howard Hughes Parkway, Suite 550
7  Las Vegas, Nevada  89169
   Telephone No.     (702) 669-3600
8  Facsimile No.     (702) 650-2995
   E-Mail:          peter.bernhard@bullivant.com
9  E-Mail:          georganne.bradley@bullivant.com

10 Counsel for Compass USA SPE LLC and
   Compass Financial Partners LLC

11

12                    **UNITED STATES BANKRUPTCY COURT**
                           **DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                         Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                         Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>                         Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND,<br>LLC,<br>                         Debtor. | **AMENDED NOTICE OF HEARING ON MOTION OF COMPASS FINANCIAL PARTNERS LLC FOR ORDER PURSUANT TO 11 U.S.C. § 105 FOR RELIEF FROM JUNE 20, 2007 STANDSTILL ORDER AND PERMISSION TO CONDUCT** |
| In re:<br>USA SECURITIES, LLC,<br>                         Debtor. | **FORECLOSURE SALES (FILED UNDER SEAL AND ON SHORTENED NOTICE PURSUANT TO ORDER OF COURT)** |
| Affects:<br>  ☐  All Debtors<br>  ☒  USA Commercial Mortgage Company<br>  ☐  USA Securities, LLC<br>  ☐  USA Capital Realty Advisors, LLC<br>  ☐  USA Capital Diversified Trust Deed Fund,<br>       LLC<br>  ☐  USA First Trust Deed Fund, LLC | Date:  August 6, 2007<br>Time:  10:00 a.m. |

Bullivant|Houser|Bailey PC
3980 Howard Hughes Pkwy., Suite. 550
Las Vegas, NV 89169
Telephone: (702) 650-6565
Facsimile: (702) 650-2995

– 1 –

**TO:    ALL PARTIES IN INTEREST**

**NOTICE IS HEREBY GIVEN** that Compass USA SPE LLC, together with its

servicer, Compass Financial Partners LLC, by and through its counsel, has filed a "Motion of

Compass Financial Partners LLC for Order Pursuant to 11 U.S.C. § 105 for Relief From June

20, 2007 Standstill Order and Permission to Conduct Foreclosure Sales" (the "Motion"),

requesting that the Court issue an order authorizing Compass to conduct certain foreclosure

sales. Pursuant to the Court's "Order Re: *Ex Parte* Application to File Motion of Compass

Financial Partners LLC for Order Pursuant to 11 U.S.C. § 105 for Relief From June 20, 2007

Standstill Order and Permission to Conduct Foreclosure Sales" entered July 31, 2007, the

Motion was filed under seal. A copy of the aforementioned order and a copy of two recorded

Notices of Substitute Trustee's Sale were attached as exhibits to the original Notice of Hearing

filed on July 31, 2007. An unredacted copy of the Motion was provided to each beneficiary of

each of the subject loans with a copy of the original Notice of Hearing.

Any opposition must be filed pursuant to Local Rule 9014(d)(1).

> Local Rule 9014(d)(1): "Oppositions to a motion must be filed
> and service must be completed on the movant no later than fifteen
> (15) days after the motion is served except as provided by LR
> 3007(b) and LR 9006. If the hearing has been set on less than
> fifteen (15) days' notice, the opposition must be filed no later than
> five (5) business days before the hearing, unless the court orders
> otherwise. The opposition must set forth all relevant facts and any
> relevant legal authority. An opposition must be supported by
> affidavits or declarations that conform to the provisions of
> subsection (c) of this rule."

---

If you object to the relief requested, you *must* file a **WRITTEN**
response to this pleading with the court. You *must* also serve your
written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not
serve your written response on the person who sent you this notice,
then:

- The court may *refuse to allow you to speak* at the scheduled
  hearing; and
- The court may *rule against you* without formally calling the
  matter at the hearing.

---

Bullivant|Houser|Bailey PC
3980 Howard Hughes Pkwy., Suite 550
Las Vegas, NV 89169
Telephone: (702) 650-6565
Facsimile: (702) 650-2995

1    **NOTICE IS FURTHER GIVEN** that the time and place of the hearing on the Motion

2    has been changed at the direction of the Court.

3    **NOTICE IS FURTHER GIVEN** that the hearing on the Motion will be held before

4    United States District Court Judge Robert Clive Jones on **August 6, 2007,** in the United States

5    District Court, Lloyd D. George Federal Building, 333 Las Vegas Boulevard South, Las Vegas,

6    Nevada, at the hour of **10:00 a.m.**

7        DATED this 2nd day of August, 2007.

8                                    MILBANK, TWEED, HADLEY & McCLOY,
                                     LLP
9                                    -and-
                                     BULLIVANT HOUSER BAILEY PC
10

11

12                                   By:___/s/ Georganne W. Bradley_____
                                         Peter C. Bernhard (NV Bar No. 734)
13                                       Georganne W. Bradley (NV Bar No. 1105)
                                         3980 Howard Hughes Pkwy., Ste. 550
14                                       Las Vegas, Nevada 89169

15                                   Attorneys for Compass USA SPE LLC and
                                     Compass Financial Partners LLC
16    \ \ \ \ \

17    \ \ \ \ \

18    \ \ \ \ \

19

20

21

22

23

24

25

26

27

28

– 3 –

Bullivant|Houser|Bailey PC

3980 Howard Hughes Pkwy., Suite. 550
Las Vegas, NV 89169
Telephone: (702) 650-6565
Facsimile: (702) 650-2995