Jeffrey S. Stein
THE GARDEN CITY GROUP, INC.
105 Maxess Rd
Melville, NY 11747
Telephone: 631-470-5000
Facsimile: 631-940-6554
Jeff_Stein@gardencitygroup.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA Commercial Mortgage Company,<br>　　　　　　　　　　　　　Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA Capital Realty Advisors, LLC,<br>　　　　　　　　　　　　　Debtor | |
| In re:<br>USA Capital Diversified Trust Deed Fund, LLC,<br>　　　　　　　　　　　　　Debtor | |
| In re:<br>USA Capital First Trust Deed Fund, LLC,<br>　　　　　　　　　　　　　Debtor | |
| In re:<br>USA Securities, LLC,<br>　　　　　　　　　　　　　Debtor | |
| Affects:<br>☐ All Debtors<br>☑ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

## CERTIFICATE OF SERVICE

Karen E. Petriano, being of full age, states as follows:

1. I am a Senior Project Manager employed by The Garden City Group, Inc. ("GCG"). My business address is 105 Maxess Road, Melville, New York 11747.

2.  On August 1, 2007, at the direction of Milbank, Tweed, Hadley & McCloy LLP, counsel for Compass Financial Partners, LLC, I caused a true and correct copy of the following to be served via overnight mail to all parties on the Service List attached as Exhibit "A":

> Notice of Hearing on Motion of Compass Financial Partners LLC for Order Pursuant to 11 U.S.C. §105 for Relief from June 20, 2007 Standstill Order and Permission to Conduct Foreclosure Sales (Filed Under Seal and on Shortened Notice Pursuant to Order of Court)

3.  In the interest of protecting the privacy of the parties set forth on the attached Service List, GCG has not disclosed the addresses of such parties on the attached Exhibit "A".

4.  I certify under penalty of perjury that, to my knowledge, the foregoing is true and correct.

Dated: August 2, 2007

/s/Karen E. Petriano

# EXHIBIT A

| Loan Name | Name |
|---|---|
| 6425 Gess, LTD | ALEXANDER W. MARCHUK & DOREEN W. MARCHUK |
| 6425 Gess, LTD | FIRST SAVINGS BANK CUSTODIAN FOR RICHARD L. CADIEUX IRA |
| 6425 Gess, LTD | BRETT W. SPERRY, AN UNMARRIED MAN |
| 6425 Gess, LTD | JAMES LIEM TRUSTEE OF THE LIEM FAMILY TRUST |
| 6425 Gess, LTD | FIRST SAVINGS BANK CUSTODIAN FOR MANUEL G. RICE IRA |
| 6425 Gess, LTD | FRANCIS HOWARD TRUSTEE OF THE JASON A. KEFALAS TRUST |
| 6425 Gess, LTD | FRANCIS HOWARD TRUSTEE OF THE JAIME KEFALAS TRUST |
| 6425 Gess, LTD | CLARA M. CADIEUX, A MARRIED WOMAN DEALING WITH HER SOLE & SEPARATE PROPERTY |
| 6425 Gess, LTD | JOSEPH J. ARGIER & JANICE G. ARGIER, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 6425 Gess, LTD | ROBERT D. EARP, A MARRIED MAN DEALING WITH HIS SOLE & SEPARATE PROPERTY |
| 6425 Gess, LTD | CURTIS HATTSTROM & VIRGINIA HATTSTROM, HUSBAND & WIFE |
| 6425 Gess, LTD | FIRST TRUST CO. OF ONAGA CUSTODIAN FOR ROBERT SPECKERT IRA |
| 6425 Gess, LTD | WARREN W. TRIPP TRUSTEE OF THE TRIPP ENTERPRISES, INC. RESTATED PROFIT SHARING PLAN |
| 6425 Gess, LTD | GREGORY L. FREEMAN TRUSTEE OF THE LILLIAN M. FREEMAN TRUST DATED 5/31/85 |
| 6425 Gess, LTD | GREGORY W. STIMPSON & CARRIE M. STIMPSON, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 6425 Gess, LTD | GARY A. MICHELSEN, AN UNMARRIED MAN |
| 6425 Gess, LTD | CHRISTINE M. QUINN TRUSTEE OF THE QUINN LIVING TRUST DATED 8/26/04 |
| 6425 Gess, LTD | TREVIN B. ECKERSLEY & CYNTHIA L. ECKERSLEY, HUSBAND & WIFE |
| 6425 Gess, LTD | B & W PRECAST CONSTRUCTION, INC., A CALIFORNIA CORPORATION |
| 6425 Gess, LTD | DAVID B. GREENBERG TRUSTEE OF THE D.B. GREENBERG TRUST U/D/T 7/20/98 |
| 6425 Gess, LTD | DONALD W. COOK TRUSTEE OF THE DONALD W. COOK TRUST |
| 6425 Gess, LTD | JERRY WOLDORSKY, A MARRIED MAN DEALING WITH HIS SOLE & SEPARATE PROPERTY |
| 6425 Gess, LTD | ANN ULFELDER & LEONARD ULFELDER, WIFE & HUSBAND, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 6425 Gess, LTD | FIRST SAVINGS BANK CUSTODIAN FOR PEGGY ANN VALLEY IRA |
| 6425 Gess, LTD | JAMES D. DERY & ANN R. DERY, HUSBAND & WIFE |
| 6425 Gess, LTD | ALI PIRANI, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY |
| 6425 Gess, LTD | FIRST SAVINGS BANK CUSTODIAN FOR MICHAEL S. BRAIDA IRA |

| | |
|---|---|
| 6425 Gess, LTD | FREDERICK J. DAVIS, A MARRIED MAN DEALING WITH HIS SOLE & SEPARATE PROPERTY |
| 6425 Gess, LTD | JACK SNOW & HEIDI SNOW, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 6425 Gess, LTD | WARREN W. TRIPP, A MARRIED MAN DEALING WITH HIS SOLE & SEPARATE PROPERTY |
| 6425 Gess, LTD | TRIPP ENTERPRISES INC., A NEVADA CORPORATION |
| 6425 Gess, LTD | EVAN J. MADOW D.C. TRUSTEE OF THE EVAN J. MADOW D.C. TRUST |
| 6425 Gess, LTD | CHARLES B. ANDERSON TRUSTEE OF THE CHARLES B. ANDERSON TRUST |
| 6425 Gess, LTD | H. LEE SHAPIRO, A SINGLE MAN |
| 6425 Gess, LTD | PAT A DOLCE & LORA DEAN DOLCE, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 6425 Gess, LTD | FIRST SAVINGS BANK CUSTODIAN FOR KENNETH H. WYATT IRA |
| 6425 Gess, LTD | ROBERT J. YODER TRUSTEE OF THE ROBERT J. YODER DEFINED BENEFIT PLAN |
| 6425 Gess, LTD | FIRST SAVINGS BANK CUSTODIAN FOR NELSON L. COHEN IRA |
| 6425 Gess, LTD | ROSALIND L. STARK TRUSTEE OF THE STARK FAMILY TRUST DATED 4/2/84 |
| 6425 Gess, LTD | ROSANNE L. CLARK, A SINGLE WOMAN |
| 6425 Gess, LTD | MICHAEL T. MCGRATH TRUSTEE OF THE 2001 MICHAEL T. MCGRATH REVOCABLE TRUST DATED 12/11/01 |
| 6425 Gess, LTD | KAMI BANOS & WILLIAM A. BANOS, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 6425 Gess, LTD | MARK L. EAMES & SANDRA K. EAMES, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 6425 Gess, LTD | CORNELIUS BUYS & HELEN BUYS, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 6425 Gess, LTD | CHARLES B. DUNN, IV TRUSTEE OF THE CHARLES B. DUNN, IV TRUST DATED 8/12/05 |
| 6425 Gess, LTD | KAY J. HART, AN UNMARRIED WOMAN |
| 6425 Gess, LTD | FRALEY LIMITED PARTNERSHIP, A NEVADA LIMITED PARTNERSHIP |
| 6425 Gess, LTD | T-2 ENTERPRISES, LLC. MANAGER, WARREN W. TRIPP |
| 6425 Gess, LTD | T-3 ENTERPRISES, LLC. MANAGER, WARREN W. TRIPP |
| 6425 Gess, LTD | SHARON JUNO, AN UNMARRIED WOMAN |
| 6425 Gess, LTD | DAVID M. OLDS & SALLY W. OLDS, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 6425 Gess, LTD | FIRST REGIONAL BANK CUSTODIAN FOR IRWIN LEVINE IRA C/O POLLYCOMP |
| 6425 Gess, LTD | EDWARD RAMOS & JACQUELINE RAMOS TRUSTEES OF THE EDWARD & JACQUELINE RAMOS FAMILY TRUST DATED 3/9/95 |
| 6425 Gess, LTD | JOHN J. MAGUIRE & DIANE M. MAGUIRE TRUSTEES OF THE JOHN J. MAGUIRE & DIANE M. MAGUIRE LIVING TRUST DATED 8/4/00 |

| | |
|---|---|
| 6425 Gess, LTD | BENJAMIN NICOSIA & ALEATH NICOSIA TRUSTEES FOR THE BENJAMIN & ALEATH NICOSIA FAMILY TRUST DATED 5/10/02 |
| 6425 Gess, LTD | JANET K. POHL & RONALD L. POHL TRUSTEES OF THE JANET K. POHL TRUST DATED 6/24/94 |
| 6425 Gess, LTD | ROBERT J. MORETTO & JOSEPHINE MORETTO TRUSTEES OF THE MORETTO FAMILY LIVING TRUST DATED 9/19/94 |
| 6425 Gess, LTD | MARVIN L NICOLA TRUSTEE OF THE MARVIN LYNN NICOLA FAMILY TRUST DATED 6/13/78 |
| 6425 Gess, LTD | RICHARD T. FIORY TRUSTEE OF THE TOPFLIGHT SPECS PROFIT SHARING PLAN |
| 6425 Gess, LTD | THOMAS DI JORIO & ANTONETTE DI JORIO, HUSBAND & WIFE |
| 6425 Gess, LTD | CATHERINE B. STRETMATER TRUSTEE OF THE CATHERINE B. STRETMATER REVOCABLE TRUST DATED 6/5/89 |
| 6425 Gess, LTD | JON PAUL JENSEN & TAMARA LEE JENSEN, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 6425 Gess, LTD | ROBERT W. ROBERTS & DONNA R. ROBERTS, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 6425 Gess, LTD | FREEDA COHEN TRUSTEE OF THE FREEDA COHEN TRUST DATED 7/11/04 |
| 6425 Gess, LTD | JAMES W. MAGNER, A MARRIED MAN & JOSEPH P. MAGNER, A MARRIED MAN, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 6425 Gess, LTD | RICHARD D. WOOD TRUSTEE OF THE WOOD LIVING TRUST DATED 10/1/99 |
| 6425 Gess, LTD | DUNHAM TRUST COMPANY TRUSTEE OF THE FREDERICK W. KEWELL IRA |
| 6425 Gess, LTD | LOYAL CROWNOVER, TRUSTEE OF THE LORA AND LOYAL CROWNOVER FAMILY TRUST |
| 6425 Gess, LTD | LEIF A. JOHANSEN & ROBERTA K. JOHANSEN TRUSTEES OF THE JOHANSEN FAMILY TRUST DATED 10/23/87; AS AMENDED 6/11/04 |
| 6425 Gess, LTD | MORRIS MASSRY, A MARRIED MAN DEALING WITH HIS SOLE & SEPARATE PROPERTY |
| 6425 Gess, LTD | RITA P. ANDERSON TRUSTEE FOR THE BENEFIT OF RITA P. ANDERSON TRUST |
| 6425 Gess, LTD | BARRY J. GOLDSTEIN & PATRICIA B. GOLDSTEIN, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 6425 Gess, LTD | ERNIE C. YOUNG TRUSTEE OF THE ERNIE C. YOUNG LIVING TRUST DATED 9/23/96 |
| 6425 Gess, LTD | TERESA G. ZELLER TRUSTEE OF THE TERESA G. ZELLER TRUST |
| 6425 Gess, LTD | FIRST SAVINGS BANK CUSTODIAN FOR RANDY SANCHEZ IRA |
| 6425 Gess, LTD | FIRST SAVINGS BANK CUSTODIAN FOR MARY JELLISON IRA |
| 6425 Gess, LTD | TERRY HELMS TRUSTEE OF THE TERRY HELMS LIVING TRUST DATED 11/11/94 |
| 6425 Gess, LTD | FIRST SAVINGS BANK CUSTODIAN FOR GARY MCMAHON SEP IRA |
| 6425 Gess, LTD | JAMES R. BONFIGLIO & DONNA M. BONFIGLIO TRUSTEES OF THE BONFIGLIO FAMILY LIMITED PARTNERSHIP |

| | |
|---|---|
| 6425 Gess, LTD | ARTHUR P. SCHNITZER & LYNN S. SCHNITZER TRUSTEES OF THE SCHNITZER LIVING TRUST DATED 10/29/91 |
| 6425 Gess, LTD | ALOYS FISCHER AND JOYCE FISCHER, TRUSTEES OF THE FISCHER FAMILY TRUST DATED 6/9/95 |
| 6425 Gess, LTD | STEPHEN L. HAWLEY & SIDNEY A. HAWLEY TRUSTEES OF THE HAWLEY FAMILY TRUST DATED 8/15/96 |
| 6425 Gess, LTD | PAULIUS MOSINSKIS, A MARRIED MAN DEALING WITH HIS SOLE & SEPARATE PROPERTY |
| 6425 Gess, LTD | S & P DAVIS LIMITED PARTNERSHIP, A TEXAS PARTNERSHIP |
| 6425 Gess, LTD | 1823 CORPORATION, A CALIFORNIA CORPORATION |
| 6425 Gess, LTD | TK & ASSOCIATES, A MINNESOTA COMPANY |
| 6425 Gess, LTD | LORI E. OXX, A MARRIED WOMAN DEALING WITH HER SOLE & SEPARATE PROPERTY |
| 6425 Gess, LTD | JOHN T. MRASZ & JANET MRASZ, HUSBAND & WIFE AS JOINT TENANTS WITH RIGHTS OF SURVIVORSHIP |
| 6425 Gess, LTD | R. G. MESSERSMITH & DEAUN MESSERSMITH, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 6425 Gess, LTD | LOUIS C. SWILLEY, AN UNMARRIED MAN |
| 6425 Gess, LTD | BRIAN H. BUSSE & DAWN BUSSE, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 6425 Gess, LTD | GERALD L. BITTNER, SR. DDS INC PROFIT SHARING PLAN & TRUST DATED 1/15/91 |
| 6425 Gess, LTD | FIRST SAVINGS BANK CUSTODIAN FOR KENNETH ADDES IRA |
| 6425 Gess, LTD | D. NATHAN MEEHAN, A MARRIED MAN DEALING WITH HIS SOLE & SEPARATE PROPERTY |
| 6425 Gess, LTD | ADELAIDE L. MOSCHOGIANIS & CHRISTINE MOSCHOGIANIS TRUSTEES OF THE AL MOSCHOGIANIS REVOCABLE TRUST DATED 11/30/04 |
| 6425 Gess, LTD | RUTH A. ERRINGTON TRUSTEE OF THE RUTH A. ERRINGTON LIVING TRUST DATED 11/22/04 |
| 6425 Gess, LTD | GEORGE W. HUBBARD AND CAROL N. HUBBARD TRUSTEES OF THE HUBBARD TRUST DATED 7/29/1998 |
| 6425 Gess, LTD | ROBERT E. HUGHES, AN UNMARRIED MAN |
| 6425 Gess, LTD | MICHAEL S. FREEDUS & HELEN C. FREEDUS, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 6425 Gess, LTD | ROBERT W. INCH AND JENNIE R. INCH TRUSTEES OF THE INCH FAMILY TRUST DTD 04/19/95 |
| 6425 Gess, LTD | MALDEN VENTURES LTD. |
| 6425 Gess, LTD | JOHN L. WADE, TRUSTEE OF THE JOHN L. WADE TRUST DATED 5/8/01 |
| 6425 Gess, LTD | EVO ZEPPONI AND BILLIE ZEPPONI, TRUSTEES OF THE EVO E. ZEPPONI AND BILLIE D. ZEPPONI FAMILY TRUST UNDER AGREEMENT DATED 2/9/1993 |
| 6425 Gess, LTD | J. DOUGLAS KIRK AND CATHERINE KIRK, TRUSTEES OF THE KIRK FAMILY TRUST DATED 8/24/99 |

| | |
|---|---|
| 6425 Gess, LTD | BETTY J. PHENIX, A MARRIED WOMAN DEALING WITH HER SOLE & SEPARATE PROPERTY |
| 6425 Gess, LTD | FIRST SAVINGS BANK CUSTODIAN FOR ROBERT G. FULLER IRA |
| 6425 Gess, LTD | RETIREMENT ACCOUNTS INC C/F JUDD ROBBINS IRA |
| 6425 Gess, LTD | DUANE STEWARD AND DIANE J. STEWARD, HUSBAND AND WIFE, AS JOINT TENANTS WITH THE RIGHT OF SURVIVORSHIP |
| 6425 Gess, LTD | FIRST SAVINGS BANK CUSTODIAN FOR JACK MENNIS IRA |
| 6425 Gess, LTD | ALDON G. COOK AND DEEDRA COOK, HUSBAND AND WIFE, AS JOINT TENANTS WITH THE RIGHT OF SURVIVORSHIP |
| 6425 Gess, LTD | WILLIAM B. FITZGERALD, A MARRIED MAN DEALING WITH HIS SOLE & SEPARATE PROPERTY |
| 6425 Gess, LTD | SHIRLEY J. FINLAY, AN UNMARRIED WOMAN |
| 6425 Gess, LTD | THE SISK FAMILY FOUNDATION, TOMMIE W. SISK TRUSTEE |
| 6425 Gess, LTD | LAGUNA PALOMA INC., A TEXAS CORPORATION, VIRGINIA SWILLEY PRESIDENT |
| 6425 Gess, LTD | MICHAEL S. BLAU AND SHAMIRAN BLAU, HUSBAND AND WIFE AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 6425 Gess, LTD | ARADA INVESTMENTS, LLC, AN ARIZONA LIMITED LIABILITY COMPANY |
| 6425 Gess, LTD | HARRIET BENDER TRUSTEE OF THE BENDER FAMILY TRUST, BY-PASS TRUST , DATED 7/30/92 |
| 6425 Gess, LTD | JOSEPH J. MELZ AND LINDA M. MELZ, HUSBAND AND WIFE, AS JOINT TENANTS WITH THE RIGHT OF SURVIVORSHIP |
| 6425 Gess, LTD | BRAD L. LARSON, A MARRIED MAN DEALING WITH HIS SOLE & SEPARATE PROPERTY |
| 6425 Gess, LTD | DONALD H. PINSKER, AN UNMARRIED MAN, AND SHERRYL R. PINSKER, A SINGLE WOMAN, AS JOINT TENANTS WITH THE RIGHTS OF SURVIVORSHIP |
| 6425 Gess, LTD | KIWI-NEVADA LP |
| 6425 Gess, LTD | STACI KAISER, AN UNMARRIED WOMAN |
| 6425 Gess, LTD | KELLI A. GARVEY, TRANSFER ON DEATH TO STEPHEN L. HAWLEY |
| 6425 Gess, LTD | CURTIS R. COLAGROSS AND TERRI L. COLAGROSS, HUSBAND AND WIFE, AS JOINT TENANTS WITH THE RIGHT OF SURVIVORSHIP |
| 6425 Gess, LTD | RODERICK J. HARVEY, SR. AND PAULINE W. HARVEY, TRUSTEES OF THE HARVEY FAMILY TRUST, DATED 4/13/87 |
| 6425 Gess, LTD | CHARLES T. HAMM AND SANDRA L. HAMM, TRUSTEES OF THE HAMM TRUST DATED 3/17/05 |
| 6425 Gess, LTD | ANTONIO C. ALAMO TRUSTEE OF THE ALAMO FAMILY TRUST DATED 12/30/86 |
| 6425 Gess, LTD | FIRST SAVINGS BANK CUSTODIAN FOR ROBERT SULLIVAN IRA |
| 6425 Gess, LTD | FIRST SAVINGS BANK CUSTODIAN FOR JAY P. HINGST IRA |
| 6425 Gess, LTD | MICHAEL J. MESSER AND LISA K. REDFERN, HUSBAND AND WIFE, AS JOINT TENANTS WITH THE RIGHT OF SURVIVORSHIP |

| | |
|---|---|
| 6425 Gess, LTD | RICHARD F. KUDRNA JR., A MARRIED MAN DEALING WITH HIS SOLE AND SEPARATE PROPERTY |
| 6425 Gess, LTD | DAVID A. WEAVER, AN UNMARRIED MAN |
| 6425 Gess, LTD | PHILLIP EUGENE SHELTON, TRUSTEE OF THE RESTATED SHELTON REVOCABLE TRUST DATED 1/19/96 |
| 6425 Gess, LTD | FIRST SAVINGS BANK CUSTODIAN FOR MICHAEL J. MCLAWS IRA |
| 6425 Gess, LTD | AARON I. OSHEROW, TRUSTEE OF THE OSHEROW TRUST DATED 9/11/89 |
| 6425 Gess, LTD | KIRSTEN WAGNER, A MARRIED WOMAN DEALING WITH HER SOLE AND SEPARATE PROPERTY |
| 6425 Gess, LTD | PENSCO TRUST COMPANY CUSTODIAN FOR GARY DEPPE, IRA |
| 6425 Gess, LTD | ALMA B. MOORE, AN UNMARRIED WOMAN |
| 6425 Gess, LTD | ROBERT L. BEALL & VICKI E. BEALL, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 6425 Gess, LTD | GUNTER VOLPEL AND CHRISTIANE VOLPEL, TRUSTEES OF THE VOLPEL TRUST DATED 2/2/96 |
| 6425 Gess, LTD | RICHARD HOLEYFIELD AND MARSHA HOLEYFIELD, TRUSTEES OF THE HOLEYFIELD FAMILY TRUST DATED 01/12/01 |
| 6425 Gess, LTD | CLARK R. BARTKOWSKI AND JEAN P. BARTKOWSKI TRUSTEES OF THE BARTKOWSKI FAMILY TRUST DATED 8/25/1994 |
| 6425 Gess, LTD | WALTER C. TRIPP, A MARRIED MAN DEALING WITH HIS SOLE AND SEPARATE PROPERTY |
| 6425 Gess, LTD | JOSEPH F. BELLESORTE, AN UNMARRIED MAN |
| 6425 Gess, LTD | BETTY KOLSTRUP, A SINGLE WOMAN DEALING WITH HER SOLE AND SEPARTATE PROPERTY |
| 6425 Gess, LTD | FIRST REGIONAL BANK CUSTODIAN FOR JERRY R. JOHNSON IRA |
| 6425 Gess, LTD | JAMES R. BONFIGLIO & DONNA M. BONFIGLIO GENERAL PARTNERS OF THE BROADWALK INVESTMENTS LIMITED PARTNERSHIP |
| 6425 Gess, LTD | C. K. KHURY AND IRENE K. BASS, TRUSTEES OF THE C. K. KHURY AND IRENE K. BASS FAMILY TRUST DATED 5/10/05 |
| 6425 Gess, LTD | DONALD H. PINSKER, AN UNMARRIED MAN |
| 6425 Gess, LTD | MARTHA ANN LUTZ, TRUSTEE OF THE FINNMAN FAMILY TRUST  DATED 4/4/94 |
| 6425 Gess, LTD | COMPASS PARTNERS LLC |
| 6425 Gess, LTD | COMPASS USA SPE, LLC |
| 6425 Gess, LTD | LEONA M. CHAPMAN TRUSTEE OF THE CHAPMAN TRUST #1015932 |
| 6425 Gess, LTD | AIG LIMITED, A NEVADA LIMITED PARTNERSHIP |
| 6425 Gess, LTD | FIRST TRUST CO. OF ONAGA CUSTODIAN FOR BETTY R. PARDO IRA |
| 6425 Gess, LTD | STELLA P. CIADELLA TRUSTEE OF THE CIADELLA LIVING TRUST DATED 2/8/99 |
| 6425 Gess, LTD | ALAN ROBINSON & GAIL ROBINSON, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 6425 Gess, LTD | CHARLES D. HOPSON TRUSTEE OF THE CHARLES D. HOPSON LIVING TRUST DATED 2/20/96 |
| 6425 Gess, LTD | FIRST SAVINGS BANK CUSTODIAN FOR BRUCE SONNENBERG IRA |

| | |
|---|---|
| 6425 Gess, LTD | TAYLOR SAMUELS TRUSTEE OF THE SAMUELS 1999 TRUST |
| 6425 Gess, LTD | WILLIAM H. FAVRO & CAROL M. FAVRO TRUSTEES OF THE FAVRO TRUST DATED 9/14/00 |
| 6425 Gess, LTD | NELSON CHARDOUL & VIRGINIA CHARDOUL TRUSTEES OF THE NELSON & VIRGINIA CHARDOUL TRUST DATED 10/7/91 |
| 6425 Gess, LTD | BERNARD A. KLOENNE TRUSTEE OF THE BERNARD KLOENNE LIVING TRUST DATED 10/10/86 |
| 6425 Gess, LTD | MATTHEW MOLITCH TRUSTEE OF THE MOLITCH 1997 TRUST |
| 6425 Gess, LTD | RUDOLF WINKLER & CARMEL WINKLER TRUSTEES FOR THE BENEFIT OF WINKLER FAMILY TRUST DATED 3/13/86 |
| 6425 Gess, LTD | CYNTHIA D. BURDIGE TRUSTEE OF THE CYNTHIA D. BURDIGE TRUST U/A DATED 4/13/00 |
| 6425 Gess, LTD | RAYMOND J. HEALEY |
| 6425 Gess, LTD | X-FACTOR, INC., A NEVADA CORPORATION |
| 6425 Gess, LTD | CHARLES BOMBARD TRUSTEE OF THE CHARLES BOMBARD 1999 TRUST DATED 12/3/99 |
| 6425 Gess, LTD | DR. DAVID R. ENRICO & DR. BONNY K. ENRICO, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 6425 Gess, LTD | DONNA M. CANGELOSI TRUSTEE OF THE DONNA M. CANGELOSI FAMILY TRUST |
| 6425 Gess, LTD | DAVID R. WILSON, AN UNMARRIED MAN |
| 6425 Gess, LTD | DARLENE HAMMOND TRUSTEE OF THE DAR LIVING TRUST DATED 2/12/03 |
| 6425 Gess, LTD | DR. GARY L. KANTOR, AN UNMARRIED MAN |
| 6425 Gess, LTD | HELMS HOMES, LLC, A NEVADA LIMITED LIABILITY COMPANY |
| 6425 Gess, LTD | LEWIS H. FINE & ARLENE J. FINE, HUSBAND & WIFE |
| 6425 Gess, LTD | RICHARD W. MURPHY & VIRGINIA E. MURPHY, TRUSTEES OF THE RICHARD W. MURPHY & VIRGNIA E. MURPHY REVOCABLE LIVING TRUST AGREEMENT AS OF 7/1790 |
| 6425 Gess, LTD | ALBERT MONTERO TRUSTEE OF THE ALBERT MONTERO FAMILY TRUST U/A DATED 11/3/94 |
| 6425 Gess, LTD | RICHARD SMALL & JACQUELINE SMALL TRUSTEES OF THE SMALL FAMILY TRUST |
| 6425 Gess, LTD | GORDON N. STIMPSON & MARJORIE I. STIMPSON CO-TRUSTEES OF THE STIMPSON FAMILY TRUST DATED 5/9/00 |
| 6425 Gess, LTD | HERBERT W. MUELLER & LINDA MUELLER, TRUSTEES OF THE HERBERT & LINDA MUELLER TRUST DATED 2/10/93 |
| 6425 Gess, LTD | MARSHALL J. BRECHT & JANET L. BRECHT TRUSTEES OF THE MARSHALL J. BRECHT TRUST DATED 2/5/86 |
| 6425 Gess, LTD | SHIMON PERESS & HANNAH PERESS TRUSTEES OF THE SHIMON PERESS & HANNAH K. PERESS TRUST DATED 4/17/01 |
| 6425 Gess, LTD | DANIEL T. DRUBIN & LAURA DRUBIN, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 6425 Gess, LTD | DAVIS INVESTMENTS, A NEVADA PARTNERSHIP |

| | |
|---|---|
| 6425 Gess, LTD | C. K. KHURY & IRENE K. BASS, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 6425 Gess, LTD | WILLIAM L. HARPER, A SINGLE MAN |
| 6425 Gess, LTD | JOHN M. MARSTON & LINDA S. MARSTON, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORHSIP |
| 6425 Gess, LTD | FIRST SAVINGS BANK CUSTODIAN FOR LLOYD FREY IRA |
| 6425 Gess, LTD | EDWARD J. PANYREK & JOAN PANYREK, GRANTORS AND/OR TRUSTEES OF THE EDWARD & JOAN PANYREK TRUST DATED AUGUST 11, 2005 |
| 6425 Gess, LTD | RAYMOND NUNEZ & SANDRA L. LAWSON TRUSTEES OF THE THE RAYMOND & SANDRA NUNEZ FAMILY TRUST |
| 6425 Gess, LTD | EVALYN C. TAYLOR TRUSTEE OF THE EVALYN C. TAYLOR SEPARATE PROPERTY TRUST DATED 2/17/87 |
| 6425 Gess, LTD | SHIRLEY M. COLLINS TRUSTEE AS HER SOLE & SEPARATE PROPERTY UNDER THE COLLINS FAMILY TRUST DATED 1/29/93 |
| 6425 Gess, LTD | JOYCE BOMBARD TRUSTEE OF THE JOYCE BOMBARD 2000 TRUST DATED 11/11/00 |
| 6425 Gess, LTD | RUSSELL J. ZUARDO & BETTY J. ZUARDO TRUSTEES OF THE RUSSELL J. ZUARDO & BETTY J. ZUARDO COMMUNITY PROPERTY TRUST RESTATED 5/5/00 |
| 6425 Gess, LTD | WALTER MUSSO & BARBARA MUSSO TRUSTEES OF THE MUSSO LIVING TRUST DATED 11/30/92 |
| 6425 Gess, LTD | KAR SEI CHEUNG, A MARRIED WOMAN DEALING WITH HER SOLE & SEPARATE PROPERTY |
| 6425 Gess, LTD | MARILYN HILBORN TRUSTEE OF THE MARILYN HILBORN TRUST DATED 11/18/93 |
| 6425 Gess, LTD | NADINE MORTON, AN UNMARRIED WOMAN |
| 6425 Gess, LTD | NICHOLAS A. STEINMETZ & CYNTHIA M. STEINMETZ TRUSTEES OF THE 2001 STEINMETZ FAMILY TRUST |
| 6425 Gess, LTD | WILLIAM A. BANOS  A MARRIED MAN, AS HIS SOLE AND SEPARATE PROPERTY & ANGEL J. BANOS, AN UNMARRIED MAN, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 6425 Gess, LTD | MAURICE A. CAUCHOIS & JACQUELINE M. CAUCHOIS TRUSTEES OF THE M & J CAUCHOIS FAMILY TRUST DATED 2/25/93 |
| 6425 Gess, LTD | GARY I. MILLER & BARBARA L. MILLER TRUSTEES OF THE GARY I. & BARBARA L. MILLER TRUST DATED 08/13/87 |
| 6425 Gess, LTD | PEGGY ANN VALLEY TRUSTEE AS HER SOLE & SEPARATE PROPERTY UNDER THE MCLAUGHLIN-VALLEY TRUST DATED 2/24/97 |
| 6425 Gess, LTD | IRWIN COHEN & MARILYN T. COHEN TRUSTEES OF THE COHEN LIVING TRUST DATED 3/6/90 |
| 6425 Gess, LTD | RALPH C. HOLDER & NAOMI S. HOLDER TRUSTEES OF THE HOLDER REVOCABLE TRUST DATED 10/21/91 |
| 6425 Gess, LTD | RONALD G. FINKEL & KAREN B. FINKEL, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |

| | |
|---|---|
| 6425 Gess, LTD | PHIL TERI |
| 6425 Gess, LTD | SHERRY LYNNE, A SINGLE WOMAN |
| 6425 Gess, LTD | ROBERT A. COWMAN & SANDRA L. COWMAN, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 6425 Gess, LTD | FIRST SAVINGS BANK CUSTODIAN FOR RENA DEHART IRA |
| 6425 Gess, LTD | LEE ROTCHY TRUSTEE OF THE LEE ROTCHY TRUST DATED 12/5/00 |
| 6425 Gess, LTD | ROBERT T. CHYLAK & BARBARA M CHYLAK TRUSTEES OF THE ROBERT T CHYLAK & BARBARA M CHYLAK FAMILY TRUST DATED 10/30/90 |
| 6425 Gess, LTD | LEONARD J. RAMOS & CLAUDIA C. RAMOS TRUSTEES OF THE RAMOS FAMILY TRUST DATED 8/27/97 |
| 6425 Gess, LTD | DELBERT T. JOHNSTON, JR. & REBECCA J. JOHNSTON TRUSTEES OF THE JOHNSTON ESTATE REVOCABLE TRUST DATED 5/17/94 |
| 6425 Gess, LTD | GUENTHER A. KOHLER & ELFRIEDE KOHLER TRUSTEES OF THE 1989 KOHLER LIVING TRUST DATED 6/13/89 |
| 6425 Gess, LTD | ROGER NOORTHOEK, AN UNMARRIED MAN |
| 6425 Gess, LTD | VALERIE CALLAHAN, AN UNMARRIED WOMAN, & CHARLES R. MARADEN, AN UNMARRIED MAN, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 6425 Gess, LTD | GARY R. BARTON & MAVIS J. BARTON, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 6425 Gess, LTD | MICHAEL DASHOSH & ELIZABETH DASHOSH, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHTS OF SURVIVORSHIP |
| 6425 Gess, LTD | KEVIN L. FOSTER & ALLISON J. FOSTER TRUSTEES OF THE KEVIN & ALLISON FOSTER FAMILY TRUST DATED 1/20/99 |
| 6425 Gess, LTD | JOHN B. JAEGER & PRISCILLA J. JAEGER TRUSTEES OF THE JOHN B. JAEGER & PRISCILLA J. JAEGER FAMILY TRUST |
| 6425 Gess, LTD | ROBIN B. GRAHAM & CELIA ALLEN-GRAHAM TRUSTEES OF THE GRAHAM FAMILY TRUST DATED 10/26/78 |
| 6425 Gess, LTD | PAUL HARGIS & SUSAN GAIL HARGIS, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 6425 Gess, LTD | HENRY J. OBERMULLER & MENGIA K. OBERMULLER TRUSTEES OF THE HENRY & MENGIA OBERMULLER TRUST DATED 9/14/90 |
| 6425 Gess, LTD | WILLIAM DUPIN & PENNY DUPIN, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 6425 Gess, LTD | MONIGHETTI, INC., A NEVADA CORPORATION |
| 6425 Gess, LTD | JANICE W. BRADBURY TRUSTEE OF BRADBURY FAMILY TRUST DATED 12/20/88 |
| 6425 Gess, LTD | DENNIS SIPIORSKI & DONNA SIPIORSKI, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |

| | |
|---|---|
| 6425 Gess, LTD | MICHAEL LATORRA & JOAN LATORRA, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 6425 Gess, LTD | ERIC C. DISBROW TRUSTEE OF THE ERIC C. DISBROW MD INC. PROFIT SHARING PLAN |
| 6425 Gess, LTD | EARL HOWSLEY, JR. A MARRIED MAN DEALING WITH HIS SOLE & SEPARATE PROPERTY |
| 6425 Gess, LTD | LEONARD BAKER & BARBARA BAKER CO-TRUSTEES OF THE LEONARD BAKER & BARBARA BAKER REVOCABLE TRUST |
| 6425 Gess, LTD | LORAYNE J. HUTCHISON & JAMES H. HUTCHISON, HUSBAND & WIFE & KAYE HUTCHISON, A MARRIED WOMAN DEALING WITH HER SOLE & SEPARATE PROPERTY, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 6425 Gess, LTD | DAVID KRAVITZ & MABLE R. KRAVITZ TRUSTEES OF THE KRAVITZ FAMILY REVOCABLE TRUST UNDER AGREEMENT DATED 12/9/99 |
| 6425 Gess, LTD | USA CAPITAL FIRST TRUST DEED FUND |
| 6425 Gess, LTD | ROBERT ALAN BRYANT SR. TRUSTEE OF THE ROBERT ALAN BRYANT SR. REVOCABLE TRUST UNDER AGREEMENT DATED 9/25/03 |
| 6425 Gess, LTD | DENNIS RAGGI, A MARRIED MAN DEALING WITH HIS SOLE & SEPARATE PROPERTY |
| 6425 Gess, LTD | ROBERT ESSAFF & CINDY H. ESSAFF TRUSTEES OF THE ESSAFF FAMILY TRUST DATED 6/18/02 |
| 6425 Gess, LTD | MLH FAMILY INVESTMENT LIMITED, A TEXAS COMPANY |
| 6425 Gess, LTD | JOHN E. O'RIORDAN & SONHILD A. O'RIORDAN, HUSBAND & WIFE, AS JOINT TENANTS WITH THE RIGHT OF SURVIVORSHIP |
| 6425 Gess, LTD | JOSEPH G. ZAPPULLA & CAROL A. ZAPPULLA, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 6425 Gess, LTD | LAWRENCE A. KIRKHAM & KATHLEEN B. SANGINITI TRUSTEES OF THE KIRKHAM & SANGINITI TRUST DATED 2/29/96 |
| 6425 Gess, LTD | JOHN T. MRASZ & JANET MRASZ TRUSTEES OF THE JOHN T. MRASZ ENTERPRISES, INC. DEFINED BENEFIT PLAN DATED 5/86 |
| 6425 Gess, LTD | JEROME L. BLOCK & CHARMA N. BLOCK, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 6425 Gess, LTD | OLIVER F. SMITH TRUSTEE OF THE OLIVER F. SMITH INCORPORATED PROFIT SHARING PLAN |
| 6425 Gess, LTD | SIERRA WEST, INC., A NEVADA CORPORATION |
| 6425 Gess, LTD | JEFFREY E. BARBER & SUZANNE M. BARBER TRUSTEES OF THE BARBER FAMILY TRUST DATED 4/24/98 |
| 6425 Gess, LTD | ELMER EUGENE GILBERT, JR., A MARRIED MAN DEALING WITH HIS SOLE & SEPARATE PROPERTY |
| 6425 Gess, LTD | BARTON R. WILKINSON & DIANNA J. WILKINSON, HUSBAND & WIFE, AS JOINT TENANTS WITH THE RIGHT OF SURVIVORSHIP |
| 6425 Gess, LTD | STEPHEN C. IRWIN, AN UNMARRIED MAN |
| 6425 Gess, LTD | GLORIA J. NELSON, A MARRIED WOMAN DEALING WITH HER SOLE & SEPARATE PROPERTY |

| | |
|---|---|
| 6425 Gess, LTD | STEVEN K. ANDERSON TRUSTEE OF THE STEVEN K. ANDERSON FAMILY TRUST DATED 6/30/94 |
| 6425 Gess, LTD | DENISE F. FAGER TRUSTEE OF THE DENISE F. FAGER REVOCABLE TRUST UNDER AGREEMENT DATED 2/28/03 |
| 6425 Gess, LTD | BRUCE D. BRYEN, AN UNMARRIED MAN, TRANSFER ON DEATH TO ERICA BRYEN, AN UNMARRIED WOMAN |
| 6425 Gess, LTD | FIRST SAVINGS BANK CUSTODIAN FOR JAMES F. EVES IRA |
| 6425 Gess, LTD | NANCY R. DAVIS TRUSTEE OF THE NANCY R. DAVIS DEFINED BENEFIT PLAN |
| 6425 Gess, LTD | SAMUELS FOUNDATION, INC., A NEVADA CORPORATION |
| 6425 Gess, LTD | FRED TERIANO |
| 6425 Gess, LTD | ANNA LACERTOSA, A WIDOW & MARIE LACERTOSA |
| 6425 Gess, LTD | GLORIA VALAIR, A SINGLE WOMAN |
| 6425 Gess, LTD | HERBERT SLOVIS, A SINGLE MAN & JULIE B. SLOVIS, A SINGLE WOMAN AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 6425 Gess, LTD | RODNEY G. HUPPI & VIRGINIA M. HUPPI TRUSTEES OF THE HUPPI TRUST DATED 1/30/92 |
| 6425 Gess, LTD | ANTHONY J. ZERBO, AN UNMARRIED MAN |
| 6425 Gess, LTD | JACK POLEN TRUSTEE OF THE JACK & GLADYS POLEN FAMILY TRUST DATED 6/28/88 |
| 6425 Gess, LTD | PRESWICK CORP., A NEVADA CORPORATION |
| 6425 Gess, LTD | RUDI EICHLER TRANSFER ON DEATH TOTATJANA EICHLER |
| 6425 Gess, LTD | WILLIAM J. HINSON, JR., AN UNMARRIED MAN |
| 6425 Gess, LTD | WILLIAM LUKASAVAGE & JOANNE LUKASAVAGE, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 6425 Gess, LTD | JOSEPH DAVIS & MARION SHARP CO-TRUSTEES OF THE DAVIS FAMILY TRUST |
| 6425 Gess, LTD | TRACY A. DEBERRY, AN UNMARRIED MAN |
| 6425 Gess, LTD | KENNETH KEFALAS & DEBBIE KEFALAS TRUSTEES OF THE KEFALAS TRUST DATED 7/3/97 |
| 6425 Gess, LTD | DALE J. MCMULLAN TRUSTEE OF THE MCMULLAN LIVING TRUST DATED 8/19/94 |
| 6425 Gess, LTD | THOMAS TURNER & JUDY K. TURNER TRUSTEES OF THE T.J. TRUST DATED 7/24/97 |
| 6425 Gess, LTD | MICHAEL EUGENE PINNEY, A SINGLE MAN |
| 6425 Gess, LTD | CARLO J. PARADISO, AN UNMARRIED MAN |
| 6425 Gess, LTD | SOVEREIGN CAPITAL ADVISORS, LLC, A NEVADA LIMITED LIABILITY COMPANY |
| 6425 Gess, LTD | HOWARD D. BROOKS & DOREEN C. BROOKS TRUSTEES OF THE BROOKS LIVING TRUST DATED 6/30/97 |
| 6425 Gess, LTD | LAMMERT KUIPER, JR. & AUDREY H. KUIPER TRUSTEES OF THE KUIPER TRUST |
| 6425 Gess, LTD | DELBERT WATKINS & MARY ANN WATKINS TRUSTEES OF THE WATKINS FAMILY TRUST DATED 7/24/92 |
| 6425 Gess, LTD | JOSEPH A. FARRAH & EMILY T. FARRAH TRUSTEES OF THE FARRAH FAMILY TRUST DATED 9/18/03 |

| | |
|---|---|
| 6425 Gess, LTD | CYNTHIA ANN PARDEE TRUSTEE OF THE CYNTHIA ANN PARDEE TRUST DATED 6/20/03 |
| 6425 Gess, LTD | BURTON M SACK TRUSTEE OF THE SCOTT A SACK IRREVOCABLE TRUST DATED 3/18/94 |
| 6425 Gess, LTD | ELAINE MULLIN TRUSTEE FOR THE BENEFIT OF ELAINE P. MULLIN TRUST DATED 8/6/90 |
| 6425 Gess, LTD | MICHAEL D. STEWART & MARY JUDE STEWART TRUSTEES OF THE STEWART FAMILY TRUST DATED 1/15/98 |
| 6425 Gess, LTD | JAMES E. LOFTON & DENISE G. LOFTON, HUSBAND & WIFE AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 6425 Gess, LTD | MARTIN BOCK AN UNMARRIED MAN |
| 6425 Gess, LTD | WOLF DIETER VOSS & CLAUDIA VOSS TRUSTEES OF THE VOSS FAMILY TRUST UNDER TRUST DATED 10/4/99 |
| 6425 Gess, LTD | PAUL FEDRIZZI, A MARRIED MAN DEALING WITH HIS SOLE & SEPARATE PROPERTY |
| 6425 Gess, LTD | MORTON J. PORT, A MARRIED MAN DEALING WITH HIS SOLE & SEPARATE PROPERTY |
| 6425 Gess, LTD | HOMFELD II, LLC, A FLORIDA LIMITED LIABILITY COMPANY |
| 6425 Gess, LTD | DENNIS J. WARD & PATRICIA A. WARD TRUSTEES OF THE WARD TRUST DATED 5/21/96 |

| Loan Name | Name |
|---|---|
| Anchor B, LLC | ANNEE NOUNNA TRUSTEE OF THE ANNEE NOUNNA FAMILY TRUST |
| Anchor B, LLC | ROBERT J. KEHL & RUTH ANN KEHL, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| Anchor B, LLC | FIRST SAVINGS BANK CUSTODIAN FOR MARVIN NICOLA, IRA |
| Anchor B, LLC | BUNNY C. VREELAND, AN UNMARRIED WOMAN |
| Anchor B, LLC | ROBERT E. BROOKS, A MARRIED MAN DEALING WITH HIS SOLE AND SEPARATE PROPERTY |
| Anchor B, LLC | ALICIA JENKINS, A SINGLE WOMAN |
| Anchor B, LLC | MARTHA W. POTTER TRUSTEE OF THE MARTHA W. POTTER REVOCABLE TRUST |
| Anchor B, LLC | HELEN N. GRAEBER, A SINGLE WOMAN |
| Anchor B, LLC | BYRNE E. FALKE SR. TRUSTEE OF THE VILLAGE HARDWARE PENSION TRUST |
| Anchor B, LLC | JAMES E. AHERN, AN UNMARRIED MAN |
| Anchor B, LLC | MARCIA J. KNOX TRUSTEE OF THE MARCIA J. KNOX LIVING TRUST DATED 8/16/04 |
| Anchor B, LLC | DONALD BRINEY TRUSTEE OF THE BRINEY FAMILY TRUST |
| Anchor B, LLC | NORMAN KIVEN, A MARRIED MAN DEALING WITH HIS SOLE & SEPARATE PROPERTY |
| Anchor B, LLC | WESLEY L. MONROE & JEANNIE M. MONROE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| Anchor B, LLC | WILLIAM SUGAR & MARILYN R. SUGAR TRUSTEES OF THE SUGAR 1990 LIVING REVOCABLE TRUST DATED 10/4/90 |

| Loan Name | Name |
|---|---|
| Anchor B, LLC | ADRIAN J.R. OOSTHUIZEN, A MARRIED MAN DEALING WITH HIS SOLE & SEPARATE PROPERTY |
| Anchor B, LLC | MONIGHETTI, INC., A NEVADA CORPORATION |
| Anchor B, LLC | DONALD P. CLARK TRUSTEE OF THE DONALD P. CLARK FAMILY TRUST DATED 10/25/94 |
| Anchor B, LLC | USA CAPITAL FIRST TRUST DEED FUND |
| Anchor B, LLC | JERRY L. BLACKMAN, SR. AND CAROLYN N. BLACKMAN LIVING TRUST, DATED 11/26/01 |
| Anchor B, LLC | FIRST SAVINGS BANK CUSTODIAN FOR TIMOTHY J. PORTER IRA |
| Anchor B, LLC | DOMINIQUE NAYLON, AN UNMARRIED WOMAN |
| Anchor B, LLC | WILLIAM B. FRASER, A SINGLE MAN AND JUDY A. GARRETT, A SINGLE WOMAN AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| Anchor B, LLC | RICHARD R. TRACY TRUSTEE OF THE RENO AERONAUTICAL CORPORATION DEFINED BENEFIT RETIREMENT PLAN |
| Anchor B, LLC | GUENTHER LEOPOLD & ADELLE LEOPOLD TRUSTEES OF THE GUENTHER & ADELLE LEOPOLD FAMILY TRUST DATED 1/01/82 |
| Anchor B, LLC | PETER W. CAPONE & DEIDRE D. CAPONE, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| Anchor B, LLC | STEPHANIE J. SNYDER, AN UNMARRIED WOMAN |
| Anchor B, LLC | DAVID E. DERBY & PATRICIA J. DERBY, HUSBAND & WIFE, AS JOINT TENANTS WITH THE RIGHT OF SURVIVORSHIP |

| Loan Name | Name |
|---|---|
| Anchor B, LLC | KIM W. GREGORY & DEBBIE R. GREGORY TRUSTEES OF THE GREGORY FAMILY TRUST OF 1988 |
| Anchor B, LLC | EUGENE W. CADY & SANDRA L. CADY TRUSTEES OF THE EUGENE W. CADY & SANDRA L. CADY TRUST DATED 9/24/85 |
| Anchor B, LLC | JAMES B. CARDWELL & REBA JO CARDWELL TRUSTEES OF THE CARDWELL FAMILY TRUST |
| Anchor B, LLC | HOMFELD II, LLC, A FLORIDA LIMITED LIABILITY COMPANY |
| Anchor B, LLC | BILL PENN & ISA PENN TRUSTEES OF THE PENN FAMILY TRUST DATED 1/20/90 |
| Anchor B, LLC | FIRST SAVINGS BANK FBO ARTHUR I KRISS |
| Anchor B, LLC | STEVEN MARX & SHAUNA M. MARX TRUSTEES OF THE MARX FAMILY TRUST |
| Anchor B, LLC | RICHARD F. CASEY, III & KATHRYN A. CASEY TRUSTEES OF THE CASEY FAMILY TRUST |
| Anchor B, LLC | MARK A. DOLGINOFF TRUSTEE OF THE MARK A. DOLGINOFF SEPARATE PROPERTY TRUST DATED 11/21/97 AMENDED/RESTATED ON 5/10/00 |
| Anchor B, LLC | MARY E. RUSSELL TRUSTEE OF THE RUSSELL REVOCABLE TRUST DATED 9/21/93 |
| Anchor B, LLC | ROBERT R. WADE TRUSTEE OF THE ROBERT R. WADE REVOCABLE TRUST DATED 5/22/01 |
| Anchor B, LLC | CATHERINE D. OPPIO TRUSTEE OF THE CATHERINE D. OPPIO TRUST DATED 2/11/04 |
| Anchor B, LLC | ROBERT F. SMITH AND TERRYLIN W. SMITH, TRUSTEES OF THE ROBERT F. AND TERRYLIN W. SMITH TRUST DATED 2/6/92 |

| Loan Name | Name |
|---|---|
| Anchor B, LLC | RUBY M. HILL, TRUSTEE OF THE RUBY M. HILL FAMILY TRUST DATED DECEMBER 12, 1992 |
| Anchor B, LLC | FIRST TRUST CO. OF ONAGA CUSTODIAN FOR THOMAS C. GRAY IRA |
| Anchor B, LLC | NOUNNA FAMILY PARTNERSHIP, ANNEE NOUNNA, GENERAL PARTNER |
| Anchor B, LLC | MICHAEL E. JOYNER & STEPHANIE M. JOYNER, TRUSTEES OF THE 1988 JOYNER FAMILY TRUST DTD 12-29-88 |
| Anchor B, LLC | WILLIAM B. FITZGERALD & SHARON R. FITZGERALD, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| Anchor B, LLC | ALLEN HERD AND MARILYN HERD, TRUSTEES OF THE HERD FAMILY TRUST DATED 4/23/90 |
| Anchor B, LLC | ANNEMARIE REHBERGER, TRUSTEE OF THE REHBERGER FAMILY TRUST DATED 6/17/92 |
| Anchor B, LLC | BERNARD COHEN AND ELAINE COHEN, TRUSTEES OF THE BERNARD COHEN TRUST DATED 3/24/88 |
| Anchor B, LLC | HILLARI TISCHLER PAYABLE ON DEATH TO HOWARD TISCHLER |
| Anchor B, LLC | COMPASS PARTNERS LLC |
| Anchor B, LLC | COMPASS USA SPE, LLC |