LEWIS AND ROCA LLP
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed: 8/3/07

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br><br>                             Debtors.<br><br>**Affects:**<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**STATUS AND AGENDA FOR AUGUST 7, 2007 HEARINGS**<br><br>Date of Hearing: August 7, 2007<br>Time of Hearing: 9:30 a.m.<br>                        1:30 p.m. |

**9:30 a.m.**

    1.    Adv. 06-01251-lbr USACM LIQUIDATING TRUST v. REALE et al, **Motion for Summary Judgment** Filed by DOUGLAS D. GERRARD on behalf of SALVATORE REALE [DE 18]

1

1854711.1

LEWIS AND ROCA LLP LAWYERS

| | | |
|---|---|---|
| | **Opposition Filed:** 4/03/2007 | Opposition *USACM Liquidating Trust's Opposition to Defendant's Motion for Summary Judgment* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Related document(s)18 Motion for Summary Judgment filed by Defendant SALVATORE REALE.) [DE 31] |
| | **Related Filings:** 4/03/2007 | *USACM Liquidating Trust's Motion for Continuance Pursuant to Federal Rule of Civil Procedure 56(f)* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Related document(s)18 Motion for Summary Judgment filed by Defendant SALVATORE REALE) [DE 32, 33] |
| | 4/13/207 | Order Granting USACM LIQUIDATING TRUST's Motion for Continuance Pursuant to Federal Rule of Civil Procedure 56(f) (Related document(s) 33) [DE 49] |
| | **Opposition Filed:** 6/20/2007 | Supplemental Opposition *to Defendant's Motion for Summary Judgment* Filed by ERIN E. JONES on behalf of USACM LIQUIDATING TRUST (Related document(s)18 Motion for Summary Judgment filed by Defendant SALVATORE REALE.) [62] |
| | **Reply Filed:** 7/24/2007 | Reply *to USACM Liquidating Trust's Opposition and Supplemental Opposition to Motion for Summary Judgment* Filed by DOUGLAS D. GERRARD on behalf of SALVATORE REALE (Related document(s)18 Motion for Summary Judgment filed by Defendant SALVATORE REALE, 62 Opposition, filed by Interested Party USACM LIQUIDATING TRUST, Plaintiff USACM LIQUIDATING TRUST.) (GERRARD, DOUGLAS) Modified on 7/25/2007 to relate to #18 [DE 78] |
| | 7/26/2007 | Errata *to Reply to USACM Liquidating Trust's Opposition and Supplemental Opposition to Motion for Summary Judgment* Filed by DOUGLAS D. GERRARD on behalf of SALVATORE REALE [81] |
| | **Related Filings:** 8/2/2007 | Motion to Strike *Motion for Leave to File Limited Sur-Reply* Filed by ERIN E. JONES on behalf of USACM LIQUIDATING TRUST [82] |
| | 8/2/2007 | Motion for Order Shortening Time Filed by ERIN E. JONES on behalf of USACM LIQUIDATING TRUST (Related document(s)82 Motion to Strike filed by Interested Party USACM LIQUIDATING TRUST, Plaintiff USACM LIQUIDATING TRUST. [83] |

1854711.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

| | | |
|---|---|---|
| | 8/3/2007 | Order Shortening Time to Hear USACM LIQUIDATING TRUST'S Motion to Strike or Alternatively for Leave to File Sur-Reply (Related document(s) 83). Hearing scheduled 8/7/2007 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg..[85] |
| | **Status:** | |

**1:30 p.m.**

    1.    Adv. 06-01212-lbr BINFORD MEDICAL DEVELOPERS, LLC et al v. FIDELITY NATIONAL TITLE GROUP et al, **Partial Motion for Summary Judgment On Counterclaim For Declaratory Relief** Filed by LENARD E. SCHWARTZER on behalf of USA COMMERCIAL MORTGAGE COMPANY. [DE 22]

| | |
|---|---|
| **Related Filings:**<br>12/19/2006 | Declaration *of THOMAS J. ALLISON In Support of Motion For Partial Summary Judgment On Counterclaim For Declaratory Relief* Filed by LENARD E. SCHWARTZER on behalf of USA COMMERCIAL MORTGAGE COMPANY (Related document(s)22 Motion for Summary Judgment filed by Counter-Claimant USA COMMERCIAL MORTGAGE COMPANY, Defendant USA COMMERCIAL MORTGAGE COMPANY.) [DE 28] |
| **Opposition Filed:**<br>12/29/2007 | Opposition with Certificate of Service Filed by SUSAN WILLIAMS SCANN on behalf of BINFORD MEDICAL DEVELOPERS, LLC (Related document(s)22 Motion for Summary Judgment filed by Counter-Claimant USA COMMERCIAL MORTGAGE COMPANY, Defendant USA COMMERCIAL MORTGAGE COMPANY.) [DE 32] |
| **Reply Filed:**<br>1/09/2007 | Reply with Certificate of Service *Brief In Support of Motion For Partial Summary Judgment on Counterclaim Re Declaratory Relief* Filed by LENARD E. SCHWARTZER on behalf of USA COMMERCIAL MORTGAGE COMPANY (Related document(s)22 Motion for Summary Judgment filed by Counter-Claimant USA COMMERCIAL MORTGAGE COMPANY, Defendant USA COMMERCIAL MORTGAGE COMPANY.) [DE 34] |
| **Status:** | |

1854711.1

LEWIS
AND
ROCA
LLP
LAWYERS

2. Adv. 06-01256-lbr USA COMMERCIAL MORTGAGE COMPANY et al v REALE et al, **Motion to Strike** *Jury Demand; Memorandum of Points and Authorities* Filed by ANNE M. LORADITCH on behalf of OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC [DE 274]

| | |
|---|---|
| **Opposition Filed:** 5/22/2007 | Opposition of Great White Defendants *TO PLAINTIFF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC'S MOTION TO STRIKE JURY DEMAND* Filed by PETER W. GUYON on behalf of BOB ALUM, FRANK J. BELMONTE, JR., JEAN JACQUES BERTHELOT, GARY BRENNAN, WILLIAM F ERRINGTON, HARV GASTALDI, GREAT WHITE INVESTMENTS, NV, INC., VINCENT GREEN, JAYEM FAMILY LTD PARTNERSHIP, AIMEE KEARNS, KLAUS KOPF, ARLENE KRAUS, BERNARD KRAUS, JOSEPH B. LAFAYETTE, JASON G LANDESS, SVEN LEVIN, JACQUES M. MASSA, Betty Phenix, R&N REAL ESTATE INVESTMENTS, R.G.T. MILLER (TRUSTEE), DENNIS F. SIPIORSKI, DAVID STIBOR, KENNETH TRECHT, ROBERT J. VERCHOTA, STEVE WALTERS, RUSSELL J. ZUARDO (Related document(s) [274] Motion to Strike filed by Interested Party OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.) [DE 323] |
| **Joinder Filed:** 5/22/2007 | Joinder of Craig Orrock Defendant in Opposition of Great White Defendants to Plaintiff USA Capital Diversified Trust Fund, LLC's Motion to Strike Jury Demand [DE 332] |
| **Related Filings:** 5/10/2007 | Ex Parte Motion for Order Shortening Time *for Motion to Strike Jury Demand; Memorandum of Points and Authorities* Filed by ANNE M. LORADITCH on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC (Related document(s) [274] Motion to Strike filed by Interested Party OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.) (LORADITCH, ANNE) Modified on 5/11/2007 to Add Ex Parte [DE 275]. |
| 5/15/2007 | Order Granting Ex Parte Application for Order Shortening Time for Hearing on Motion to Strike Jury Demand (Related document(s) [275]). Hearing scheduled 5/31/2007 at 02:30 PM at LBR-Courtroom 1, Foley Federal Bldg. (Related document(s) |

4

1854711.1

LEWIS AND ROCA LLP
LAWYERS

| | | |
|---|---|---|
| | | [274] Motion to Strike filed by Interested Party OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.) [DE 290] |
| | 5/29/2007 | Reply in Support of Motion to Strike Jury Demand Filed by ANNE M. LORADITCH on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC [DE 341] |
| | **Status:** | |

3. Adv. 06-01212-lbr BINFORD MEDICAL DEVELOPERS, LLC et al v. FIDELITY NATIONAL TITLE GROUP et al, **STATUS HEARING RE: Complaint** Filed by BINFORD MEDICAL DEVELOPERS LLC vs. USA COMMERCIAL MORTGAGE COMPANY, FIDELITY NATIONAL TITLE GROUP Fee Amount $250. [DE 1]

| | | |
|---|---|---|
| **Answered Filed:** 11/30/2006 | | Answer to Complaint *with Certificate of Service* (Related Doc #[1]) Filed by LENARD E. SCHWARTZER on behalf of USA COMMERCIAL MORTGAGE COMPANY [DE 20] |
| **Status:** | | |

4. **Final Application for Compensation** *and Expenses of Debtors' Crisis Managers and Chief Restructuring Officers* **for MESIROW FINANCIAL INTERIM MANAGEMENT, LLC, Fees: $13,889,203.0, Expenses: $1,117,168.74.** Filed by MESIROW FINANCIAL INTERIM MANAGEMENT, LLC [DE 3552]

| | | |
|---|---|---|
| **Related Filings:** 5/04/2007 | | Declaration Of: Susan Smith Filed by ADAM M. STARR on behalf of MESIROW FINANCIAL INTERIM MANAGEMENT, LLC (Related document(s)3552 Application for Compensation,,,,,, filed by Creditor MESIROW FINANCIAL INTERIM MANAGEMENT, LLC) [DE 3643] |
| 5/04/2007 | | Declaration Of: Nancy A.Peterman Filed by ADAM M. STARR on behalf of MESIROW FINANCIAL INTERIM MANAGEMENT, LLC (Related document(s)3552 Application for Compensation,,,,,, filed by Creditor MESIROW FINANCIAL INTERIM MANAGEMENT, LLC) [DE 3644] |

| | | |
|---|---|---|
| 1 2 3 4 | 5/04/2007 | Declaration Of: Robert E. Koe Filed by ADAM M. STARR on behalf of MESIROW FINANCIAL INTERIM MANAGEMENT, LLC (Related document(s)3552 Application for Compensation,,,,,, filed by Creditor MESIROW FINANCIAL INTERIM MANAGEMENT, LLC) [DE 3645] |
| 5 6 7 | 5/04/2007 | Declaration Of: Monty Kehl Filed by ADAM M. STARR on behalf of MESIROW FINANCIAL INTERIM MANAGEMENT, LLC (Related document(s)3552 Application for Compensation,,,,,, filed by Creditor MESIROW FINANCIAL INTERIM MANAGEMENT, LLC) [DE 3646] |
| 8 9 10 | 5/04/2007 | Declaration Of: William J. Fasel Filed by ADAM M. STARR on behalf of MESIROW FINANCIAL INTERIM MANAGEMENT, LLC (Related document(s)3552 Application for Compensation,,,,,, filed by Creditor MESIROW FINANCIAL INTERIM MANAGEMENT, LLC) [DE 3647] |
| 11 12 13 14 | 5/04/2007 | Declaration Of: James C. Atkinson Filed by ADAM M. STARR on behalf of MESIROW FINANCIAL INTERIM MANAGEMENT, LLC (Related document(s)3552 Application for Compensation,,,,,, filed by Creditor MESIROW FINANCIAL INTERIM MANAGEMENT, LLC) [DE 3648] |
| 15 16 17 | 5/04/2007 | Declaration Of: Thomas J. Allison Filed by ADAM M. STARR on behalf of MESIROW FINANCIAL INTERIM MANAGEMENT, LLC (Related document(s)3552 Application for Compensation,,,,,, filed by Creditor MESIROW FINANCIAL INTERIM MANAGEMENT, LLC) [DE 3649] |
| 18 19 20 21 22 23 24 | 6/06/2007 | Supplement *to Application for Entry of Order (I) Finally Allowing and Approving all Compensation and Expenses Incurred by Mesirow Financial Interim Management, LLC in Its Capacity as Debtors? Crisis Managers and Chief Restructuring Officers for the Period April 13, 2006 through March 12, 2007; (II) Allowing and Approving a Success Fee (III) Authorizing Application of the Retainer Against the Allowed Fees and Expenses; and (IV) Authorizing Payment of the Balance Due* Filed by ADAM M. STARR on behalf of MESIROW FINANCIAL INTERIM MANAGEMENT, LLC [DE 3902] |
| 25 26 | 7/31/2007 | Second Supplement *to Application for Entry of an Order Finally Allowing and Approving Compensation and Expenses Incurred by Mesirow Financial Interim Management, LLC, as crises managers and chief restructuring officers* Filed by ADAM M. |

1854711.1

LEWIS
AND
ROCA
LLP
LAWYERS

|   |   |   |
|---|---|---|
|   |   | STARR on behalf of MESIROW FINANCIAL INTERIM MANAGEMENT, LLC [DE 4395] |
|   | **Opposition Filed:** 5/29/2007 | Opposition *TO APPLICATION FOR ENTRY OF ORDER ALLOWING AND APPROVING COMPENSATION, EXPENSES AND SUCCESS FEES TO MESIROW FINANCIAL INTERIM MANAGEMENT, LLC* Filed by ALAN R SMITH on behalf of LENDERS PROTECTION GROUP (Related document(s)3552 Application for Compensation,,,,,, filed by Creditor MESIROW FINANCIAL INTERIM MANAGEMENT, LLC.) [DE 3834] |
|   | 5/29/2007 | Opposition *to Omnibus Notice of Application for Compensation and Reimbursement of Expenses* Filed by HARRY JESSUP, HELEN B. JESSUP [DE 3840] |
|   | 5/30/2007 | Amended Opposition *to Application For Entry Of Order Allowing And Approving Compensation, Expenses and Success Fee To Mesirow Financial Interim Management, LLC* Filed by ALAN R SMITH on behalf of LENDERS PROTECTION GROUP (Related document(s)3552 3552 Application for Compensation,,,,,, filed by Creditor MESIROW FINANCIAL INTERIM MANAGEMENT, LLC)) [DE 3843] |
|   | **Response Filed:** 6/18/2007 | Response with Certificate of Service *of the USACM Liquidating Trust to Pending Fee Applications* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4018] |
|   | 6/18/2007 | Amended Response with Certificate of Service *of the USACM Liquidating Trust to Pending Fee Applications* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4019] |
|   | **Reply Filed:** 6/20/2007 | Reply *to MESIROW FINANCIAL INTERIM MANAGEMENT, LLC's Reply and Motion to Strike* Filed by HARRY JESSUP, HELEN B. JESSUP [DE 4029] |
|   | **Status:** | Ready for final argument and decision |

5.  **Application for Compensation for RAY, QUINNEY & NEBEKER P.C., Fees: $3,679,202.52, Expenses: $234,862.68.** Filed by JEANETTE E. MCPHERSON [DE 3555]

|   |   |   |
|---|---|---|
|   | **Related Filing:** 4/26/2007 | Declaration Of: Annette W. Jarvis Filed by JEANETTE E. MCPHERSON on behalf of RAY, QUINNEY & NEBEKER P.C. (Related document(s)3555 Application for Compensation filed by Attorney RAY, QUINNEY & NEBEKER P.C.) [DE 3606] |

1854711.1

LEWIS AND ROCA LLP
LAWYERS

| | | |
|---|---|---|
| | 6/05/2007 | Supplement Filed by LENARD E. SCHWARTZER on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USA CAPITAL FIRST TRUST DEED FUND, LLC, USA CAPITAL REALTY ADVISORS, LLC, USA COMMERCIAL MORTGAGE COMPANY, USA SECURITIES, LLC [DE 3892] |
| | **Opposition Filed:** 5/29/2007 | Opposition *to Omnibus Notice of Application for Compensation and Reimbursement of Expenses* Filed by HARRY JESSUP, HELEN B. JESSUP [DE 3840] |
| | **Response Filed:** 6/18/2007 | Response with Certificate of Service *of the USACM Liquidating Trust to Pending Fee Applications* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4018] |
| | 6/19/2007 | Amended Response with Certificate of Service *of the USACM Liquidating Trust to Pending Fee Applications* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4019] |
| | **Status:** | Ready for final argument and decision |

6. **Final Application for Compensation *(June 9, 2006 - March 12, 2007)* for BECKLEY SINGLETON, CHTD., Fees: $458,344.87, Expenses: $65,469.83.** Filed by BECKLEY SINGLETON, CHTD [DE 3564]

| | | |
|---|---|---|
| | **Related Filing:** 4/26/2007 | Declaration Of: Robert G. Worthern Filed by ANNE M. LORADITCH on behalf of BECKLEY SINGLETON, CHTD. (Related document(s)3564 Application for Compensation, filed by Special Counsel BECKLEY SINGLETON, CHTD.) [DE 3566] |
| | 4/26/2007 | Declaration Of: Anne M. Loraditch Filed by ANNE M. LORADITCH on behalf of BECKLEY SINGLETON, CHTD. (Related document(s)3564 Application for Compensation, filed by Special Counsel BECKLEY SINGLETON, CHTD.) [DE 3570] |
| | 6/04/2007 | Supplement *to Beckley Singleton, Chartered's Final Fee Application* Filed by ANNE M. LORADITCH on behalf of OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC [DE 3883] |
| | 6/07/2007 | *Debtors' Report Regarding Review of the Fee Applications of the Professionals for The Four Official Committees* Filed by JEANETTE E. MCPHERSON on behalf of USA CAPITAL |

1854711.1

LEWIS AND ROCA LLP
LAWYERS

| | | |
|---|---|---|
| | | DIVERSIFIED TRUST DEED FUND, LLC, USA CAPITAL FIRST TRUST DEED FUND, LLC, USA CAPITAL REALTY ADVISORS, LLC, USA COMMERCIAL MORTGAGE COMPANY, USA SECURITIES, LLC [DE 3911] |
| | **Opposition Filed:** 5/29/2007 | Opposition *to Omnibus Notice of Application for Compensation and Reimbursement of Expenses* Filed by HARRY JESSUP, HELEN B. JESSUP [DE 3840] |
| | **Response Filed:** 6/18/2007 | Response with Certificate of Service *of the USACM Liquidating Trust to Pending Fee Applications* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4018] |
| | 6/19/2007 | Amended Response with Certificate of Service *of the USACM Liquidating Trust to Pending Fee Applications* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4019] |
| | **Status:** | Ready for final argument and decision |

7. **Application for Compensation *(June 1, 2006 - March 12, 2007)* for ORRICK, HERRINGTON & SUTCLIFFE, LLP, Fees: $2,228,780.60, Expenses: $42,914.58.** Filed by ORRICK, HERRINGTON & SUTCLIFFE, LLP [DE 3577]

| | | |
|---|---|---|
| | **Related Filing:** 4/26/2007 | Declaration Of: Robert G. Worthern Filed by ANNE M. LORADITCH on behalf of ORRICK, HERRINGTON & SUTCLIFFE, LLP [DE 3580] |
| | 4/26/2007 | Declaration Of: Marc A. Levinson Filed by ANNE M. LORADITCH on behalf of ORRICK, HERRINGTON & SUTCLIFFE, LLP [DE 2597] |
| | 6/04/2007 | Supplement *to Orrick, Herrington & Sutcliffe LLP's Final Fee Application* Filed by ANNE M. LORADITCH on behalf of OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC [DE 3882] |
| | 6/07/2007 | *Debtors' Report Regarding Review of the Fee Applications of the Professionals for The Four Official Committees* Filed by JEANETTE E. MCPHERSON on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USA CAPITAL FIRST TRUST DEED FUND, LLC, USA CAPITAL REALTY ADVISORS, LLC, USA COMMERCIAL MORTGAGE COMPANY, USA SECURITIES, LLC [DE 3911] |

1854711.1

LEWIS AND ROCA LLP
LAWYERS

| | | |
|---|---|---|
| **Opposition Filed:** 5/29/2007 | Opposition *to Omnibus Notice of Application for Compensation and Reimbursement of Expenses* Filed by HARRY JESSUP, HELEN B. JESSUP [DE 3840] | |
| **Response Filed:** 6/18/2007 | Response with Certificate of Service *of the USACM Liquidating Trust to Pending Fee Applications* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4018] | |
| 6/19/2007 | Amended Response with Certificate of Service *of the USACM Liquidating Trust to Pending Fee Applications* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4019] | |
| **Status:** | Ready for final argument and decision | |

8.    **Final Application for Compensation** *of SCHWARTZER & MCPHERSON LAW FIRM For Allowance of Attorneys' Fees And Reimbursement of Expenses For The Period April 14, 2006 Through March 12, 2007* **for LENARD E. SCHWARTZER, Fees: $1,054,411.00, Expenses: $30,833.94.** Filed by LENARD E. SCHWARTZER [DE 3576]

| | |
|---|---|
| **Related Filing:** 4/26/2007 | Declaration Of: Jeanette E. McPherson Filed by JEANETTE E. MCPHERSON on behalf of SCHWARTZER & MCPHERSON LAW FIRM [DE 3595] |
| 6/07/2007 | Supplement *and*, Errata *To Second and Final Application of Schwartzer & McPherson Law Firm For Allowance of Attorneys' Fees and Reimbursement of Expenses For The Period April 14, 2006 Through March 12, 2007 (Affects All Debtors)* Filed by LENARD E. SCHWARTZER on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USA CAPITAL FIRST TRUST DEED FUND, LLC, USA CAPITAL REALTY ADVISORS, LLC, USA COMMERCIAL MORTGAGE COMPANY, USA SECURITIES, LLC [DE 3913] |
| **Opposition Filed:** 5/29/2007 | Opposition *to Omnibus Notice of Application for Compensation and Reimbursement of Expenses* Filed by HARRY JESSUP, HELEN B. JESSUP [DE 3840] |
| **Response Filed:** 6/18/2007 | Response with Certificate of Service *of the USACM Liquidating Trust to Pending Fee Applications* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4018] |
| 6/19/2007 | Amended Response with Certificate of Service *of the USACM |

LEWIS AND ROCA LLP
LAWYERS

*Liquidating Trust to Pending Fee Applications* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4019]

**Status:** Ready for final argument and decision

    9.    **Motion for Protective Order** Filed by JASON G LANDESS on behalf of Great White Investments NV, Inc. [DE 2446]

| | |
|---|---|
| **Related Filings:** 1/11/2007 | Affidavit *of CRAIG P ORROCK in Support of Motion for Protective Order* Filed by JASON G LANDESS on behalf of Great White Investments NV, Inc. (Related document(s) [2446] Motion for Protective Order filed by Interested Party Great White Investments NV, Inc.) [DE 2447]. |
| 1/11/2007 | Ex Parte Motion for Leave to File Motion Under Seal Filed by JASON G LANDESS on behalf of Great White Investments NV, Inc. (Related document(s) [2447] Affidavit, filed by Interested Party Great White Investments NV, Inc., [2446] Motion for Protective Order filed by Interested Party Great White Investments NV, Inc.[DE 2448] |
| 1/19/2007 | Order Denying Ex Parte Motion for Leave to File Motion Under Seal [DE 2502] |

**Status:**

DATED: August 3, 2007.

**LEWIS AND ROCA LLP**

By: /s/ Rob Charles (#6593)
    Susan M. Freeman, AZ 4199 (*pro hac vice*)
    Rob Charles, NV 6593
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
*Counsel for USACM Liquidating Trust*

1854711.1