Entered on Docket
August 07, 2007

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

| | |
|---|---|
| Marc A. Levinson (California Bar No. 57613) | Bob L. Olson (Nevada Bar No. 3783) |
| Jeffery D. Hermann (California Bar No. 90445) | Anne M. Loraditch (Nevada Bar No. 8164) |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | BECKLEY SINGLETON, CHARTERED |
| 400 Capitol Mall, Suite 3000 | 530 Las Vegas Boulevard South |
| Sacramento, CA 95814-4497 | Las Vegas, NV 89101 |
| Telephone: (916) 447-9200 | Telephone: (702) 385-3373 |
| Facsimile: (916) 329-4900 | Facsimile: (702) 385-5024 |
| Email: malevinson@orrick.com; jhermann@orrick.com | Email: bolson@beckleylaw.com; aloraditch@beckleylaw.com |

*Attorneys for Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                           Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                           Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>                           Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                           Debtor. | **ORDER SUSTAINING SECOND OMNIBUS OBJECTION OF POST-EFFECTIVE DATE USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, TO PROOFS OF INTEREST** |
| In re:<br>USA SECURITIES, LLC,<br>                           Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Hearing Date: July 27, 2007<br>Hearing Time: 9:30 a.m.<br>Hearing Place: Courtroom 1 |

{00411851;}

OHS West:260095880.3

The Court, having considered the Second Omnibus Objection of Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC to Proofs of Interest (the "Objection"), Anne M. Loraditch, of the law firm of Beckley Singleton, Chtd., appearing on behalf of Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC; with no other appearances being noted on the record; appropriate notice of the Objection having been given; and for good cause appearing:

**IT IS HEREBY ORDERED** that the Objection is sustained.

**IT IS FURTHER ORDERED** that the interests listed on Exhibit 1, attached hereto and made a part hereof, shall be treated in accordance with the disposition detailed on Exhibit 1 with respect to such interests.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**BECKLEY SINGLETON, CHTD.**

By___/s/ Anne M. Loraditch___
    BOB L. OLSON, ESQ.
    Nevada Bar No. 3859
    ANNE M. LORADITCH, ESQ.
    Nevada Bar No. 8164
    530 Las Vegas Boulevard South
    Las Vegas, Nevada 89101

    and

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Marc A. Levinson (California Bar No. 57613)
Rachel Ragni (California Bar No. 214061)
400 Capitol Mall, Suite 3000
Sacramento, California  95814-4497

*Attorneys for Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC*

{00411851;}

OHS West:260095880.3

## RULE 9021 DECLARATION

In accordance with Local Rule 9021, the undersigned certifies:

- ☐ The Court waived the requirements of LR 9021.
- ☐ I have delivered a copy of the proposed order to the Office of the United States Trustee and the parties who filed papers in response to the Objection or appeared at the hearing noted above, and each has:
    - ☐ approved the form of this order; and/or
    - ☐ waived the right to review the order; and/or
    - ☐ failed to file and serve papers in accordance with LR 9021(c); and the following have disapproved the form of the order:
        n/a
- ☒ No parties filed any written opposition or appeared at the hearing regarding the Objection, and there is no trustee appointed in the case.

**BECKLEY SINGLETON, CHARTERED**

By: /s/ Anne M. Loraditch
Anne M. Loraditch (Nevada Bar No. 8164)
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101

{00411851;}

OHS West:260095880.3

# EXHIBIT 1

| Proof of Interest No. | Equity Interest Holder | Acct ID # | Date of Proof of Interest | Asserted Equity Interest Amount | Amount of Equity Interest Per Debtors' Records | Disposition |
|---|---|---|---|---|---|---|
| 175 | Anne Nounna | 999 | 11/13/06 | $100,000 | $100,000 | Interest disallowed in its entirety as duplicative of interest no. 174 already filed in the Diversified case. |
| 176 | Anne Nounna | 999 | 11/13/06 | $100,000 | $100,000 | Interest disallowed in its entirety as duplicative of interest no. 174 already filed in the Diversified case. |
| 127 | Olympia Capitol Mgmt, Registrant | 15238 | 11/10/06 | $100,000 | $96,094.65 | Interest disallowed to the extent it exceeds $96,094.65, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |
| 024 | Robert J. Scott | 10827 | 10/02/06 | $77,423.96 | $72,070.98 | Interest disallowed to the extent it exceeds $72,070.98, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |

{00411851;}    Page - 4 - of 8
OHS West:260095880.3

| Proof of Interest No. | Equity Interest Holder | Acct ID # | Date of Proof of Interest | Asserted Equity Interest Amount | Amount of Equity Interest Per Debtors' Records | Disposition |
|---|---|---|---|---|---|---|
| 099 | Carol Turner | 3012 | 11/02/06 | $98,054.36 | $96,094.65 | Interest disallowed to the extent it exceeds $96,094.65, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |
| 090 | John Weaver | 9838 | 11/01/06 | $59,548.51 | $59,548.51 | Interest disallowed in its entirety as duplicative of interest no. 23 already filed in the Diversified case. |
| 088 | Raul Wood | 9784 | 10/31/06 | $33,564.91 | $33,564.91 | Interest disallowed in its entirety as duplicative of interest no. 86 already filed in the Diversified case. |
| 089 | Raul Wood | 10384 | 10/31/06 | $31,439.12 | $31,439.12 | Interest disallowed in its entirety as duplicative of interest no. 85 already filed in the Diversified case. |
| 039 | 1994 Duesing Trust | 5827 | 10/10/06 | $200,000.00 | $192,189.29 | Interest disallowed to the extent it exceeds $192,189.29, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |

| Proof of Interest No. | Equity Interest Holder | Acct ID # | Date of Proof of Interest | Asserted Equity Interest Amount | Amount of Equity Interest Per Debtors' Records | Disposition |
|---|---|---|---|---|---|---|
| 030 | Bank of America Trustee, IRA Herbert Hansen | 2067 | 10/02/06 | $49,287.32 | $48,047.32 | Interest disallowed to the extent it exceeds $48,047.32, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |
| 158 | Benjamin Barnica | 7149 | 11/14/06 | $25,000.00 | $24,023.66 | Interest disallowed to the extent it exceeds $24,023.66, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |
| 110 | Jean Berthelot | 17505 | 11/09/06 | $33,965.51 | $24,023.66 | Interest disallowed to the extent it exceeds $24,023.66, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |
| 065 | Tearnan Blake | 12053 | 10/16/06 | $59,058.88 | $58,958.88 | Interest disallowed to the extent it exceeds $58,958.88, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |

| Proof of Interest No. | Equity Interest Holder | Acct ID # | Date of Proof of Interest | Asserted Equity Interest Amount | Amount of Equity Interest Per Debtors' Records | Disposition |
|---|---|---|---|---|---|---|
| 095 | Douglas Carson | 354 | 11/07/06 | $150,000.00 | $144,141.97 | Interest disallowed to the extent it exceeds $144,141.97, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |
| 093 | Laurie Carson | 378 | 11/07/06 | $25,000.00 | $24,023.66 | Interest disallowed to the extent it exceeds $24,023.66, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |
| 173 | Vincent Danelian | 467 | 11/15/06 | $49,047.32 | $48,047.92 | Interest disallowed to the extent it exceeds $48,047.92, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |
| 071 | Debra Williams | 11553 | 10/20/06 | $30,533.48 | $29,923.24 | Interest disallowed to the extent it exceeds $29,923.24, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |

| Proof of Interest No. | Equity Interest Holder | Acct ID # | Date of Proof of Interest | Asserted Equity Interest Amount | Amount of Equity Interest Per Debtors' Records | Disposition |
|---|---|---|---|---|---|---|
| 040 | Albert H. Downing | 16816 | 10/10/06 | $50,000.00 | $48,047.32 | Interest disallowed to the extent it exceeds $48,047.32, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |
| 049 | David Joyce | 15527 | 10/11/06 | $96,594.65 | $96,094.65 | Interest disallowed to the extent it exceeds $96,094.65, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |
| 187 | Frederick W. Kewell | 17527 | 11/16/06 | $50,000.00 | $52,439.42 | Interest allowed in the amount of $52,439.42, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |

# # #