
Entered on Docket
August 07, 2007

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

---

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email: malevinson@orrick.com;
jhermann@orrick.com

Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHARTERED
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024
Email: bolson@beckleylaw.com;
aloraditch@beckleylaw.com

*Attorneys for Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br><br>Debtors. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR<br><br>**ORDER SUSTAINING OMNIBUS OBJECTION OF POST-EFFECTIVE DATE USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, TO CLAIMS FILED BY JAMES W. SHAW, FIRST TRUST COMPANY OF ONAGA, CUSTODIAN FOR CHARLES CUNNINGHAM, SR., IRA, DOROTHEA K. OVERLEESE REVOCABLE TRUST, HALSETH FAMILY TRUST, KATRINE MIRZAIAN, ERNEST J. MOORE, DARLENE TURNER, DONALD AND BEVERLY SWEZEY 2001 TRUST, AND DAVID B. KRYNZEL** |

{00411622;2}

OHS West:260095880.3

| | |
|---|---|
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Hearing Date:   July 27, 2007<br>Hearing Time:   9:30 a.m.<br><br>Courtroom:   1 |

The Court, having considered the Omnibus Objection of Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC, To Claims Filed By James W. Shaw, First Trust Company Of Onaga, Custodian For Charles Cunningham, Sr., IRA, Dorothea K. Overleese Revocable Trust, Halseth Family Trust, Katrine Mirzaian, Ernest J. Moore, Darlene Turner, Donald and Beverly Swezey 2001 Trust, and David B. Krynzel (the "Objection"), the Response filed by Donald and Beverly Swezey, Trustees of the Donald Swezey and Beverly W. Swezey 2001 Trust, and Diversified's subsequent Reply; having reviewed the pleadings, papers and records on file in this action; and having considered the representations of counsel, Anne M. Loraditch, of the law firm of Beckley Singleton, Chtd., appearing on behalf of Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC ("Diversified"); with no other appearances being noted on the record; appropriate notice of the Objection having been given; and for good cause appearing:

**IT IS HEREBY ORDERED** that the Objection is sustained.

**IT IS FURTHER ORDERED** that the claims listed on Exhibit 1, attached hereto and made a part hereof, shall be disallowed in their entirety, and the claimants shall not be entitled to any distribution from USA Capital Diversified Trust Deed Fund, LLC, with respect to such claims.

///
///
///
///
///
///

{00411622;2}

OHS West:260095880.3

Page - 2 - of 5

PREPARED AND RESPECTFULLY SUBMITTED BY:

**BECKLEY SINGLETON, CHTD.**

By   /s/ Anne M. Loraditch
    BOB L. OLSON, ESQ.
    Nevada Bar No. 3859
    ANNE M. LORADITCH, ESQ.
    Nevada Bar No. 8164
    530 Las Vegas Boulevard South
    Las Vegas, Nevada 89101

       and

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Marc A. Levinson (California Bar No. 57613)
Rachel Ragni (California Bar No. 214061)
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497

*Attorneys for Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC*

[X] APPROVED / DISAPPROVED:

**DONALD SWEZEY AND BEVERLY W. SWEZEY 2001 TRUST**

By   /s/ Donald Swezey, Beverly Swezey
    DONALD SWEZEY, TRUSTEE
    BEVERLY W. SWEZEY, TRUSTEE
    3666 Cherokee Drive
    Carson City, Nevada 89705

[X] APPROVED / DISAPPROVED:

**OFFICE OF THE UNITED STATES TRUSTEE**

By   /s/ August B. Landis
    AUGUST B. LANDIS
    300 Las Vegas Boulevard, Suite 4300
    Las Vegas, Nevada 89101

## RULE 9021 DECLARATION

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.
☒ I have delivered a copy of the proposed order to the Office of the United States Trustee and the parties who filed papers in response to the Objection or appeared at the hearing noted above, and each has:

    ☒ approved the form of this order; and/or
    ☐ waived the right to review the order; and/or
    ☐ failed to file and serve papers in accordance with LR 9021(c); and the following have disapproved the form of the order:
        n/a

☐ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

**BECKLEY SINGLETON, CHARTERED**

By: /s/ Anne M. Loraditch
Anne M. Loraditch (Nevada Bar No. 8164)
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101

{00411622;2}

OHS West:260095880.3

Page - 4 - of 5

# EXHIBIT 1

| Claim No. | Claimant | Claim Amount |
|---|---|---|
| 138 | James W. Shaw | $26,432.00 |
| 139 | First Trust Company of Onaga, Custodian for Charles Cunningham, Sr., IRA | $72,070.98 |
| 140 | Dorothea K. Overleese Revocable Trust | $100,000.00 |
| 141 | Daniel R. Halseth & Sandra K. Halseth, TTEES of the Halseth Family Trust Totally Restated 4/21/00 | $Unknown |
| 142 | Katrine Mirzaian | $344,011.56 |
| 143 | Ernest J. Moore | $48,047.32 |
| 144 | Darlene Turner | $24,023.66 |
| 145 | Donald Swezey and Beverly W. Swezey 2001 Trust | $48,465.59 |
| 146 | David B. Krynzel | $147,081.54 |
| 147 | David B. Krynzel | $147,081.54 |

# # #