**Entered on Docket**
**August 07, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email:   malevinson@orrick.com;
         jhermann@orrick.com

Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHARTERED
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024
Email:   bolson@beckleylaw.com;
         aloraditch@beckleylaw.com

*Attorneys for Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725 LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10726 LBR |
| | Case No. BK-S-06-10727 LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10728 LBR |
| | Case No. BK-S-06-10729 LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Chapter 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725-LBR |
| USA SECURITIES, LLC, | |
| Debtors. | **ORDER ON SECOND OMNIBUS OBJECTION OF POST-EFFECTIVE DATE USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, TO (1) CLAIM FILED BY BEADLE MCBRIDE & REEVES, LLP, AND (2) SCHEDULED CLAIM OF GMAC COMMERCIAL HOLDING CAPITAL CORPORATION** |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Hearing Date:   July 27, 2007<br>Hearing Time:   9:30 a.m.<br>Hearing Place:  Courtroom 1 |

{00411894;}

OHS West:260095880.3

Page - 1 - of 3

The Court, having considered the Second Omnibus Objection of Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC, To (1) Claim Filed By Beadle McBride & Reeves, LLP, and (2) Scheduled Claim of GMAC Commercial Holding Capital Corporation (the "Objection"), and the Opposition of Creditor Beadle McBride & Reeves, LLP to the Objection; having reviewed the pleadings, papers and records on file in this action; and having considered the representations of counsel, Anne M. Loraditch, of the law firm of Beckley Singleton, Chtd., appearing on behalf of Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC ("Diversified"); with no other appearances being noted on the record; appropriate notice of the Objection having been given; and for good cause appearing,

**IT IS HEREBY ORDERED** that:

1. The Objection is sustained with respect to GMAC Commercial Holding Capital Corporation ("GMAC").

2. GMAC has no claim against Diversified, and GMAC shall not be entitled to any distribution from Diversified.

3. An evidentiary hearing shall be held before this Court on October 15, 2007, at 9:30 a.m. to determine the validity and amount, as necessary, of the claim filed against Diversified by Beadle McBride & Reeves, LLP [Claim No. 56].

PREPARED AND RESPECTFULLY SUBMITTED BY:

**BECKLEY SINGLETON, CHTD.**

By____/s/ Anne M. Loraditch_____
    BOB L. OLSON, ESQ.
    Nevada Bar No. 3859
    ANNE M. LORADITCH, ESQ.
    Nevada Bar No. 8164
    530 Las Vegas Boulevard South
    Las Vegas, Nevada 89101
    and

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Marc A. Levinson (California Bar No. 57613)
Rachel Ragni (California Bar No. 214061)
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
*Attorneys for Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC*

|APPROVED|/DISAPPROVED:

**HOWARD & HOWARD**

By  /s/ Thomas W. Davis, II
   THOMAS W. DAVIS, II, ESQ.
   Nevada Bar No. 2531
   3800 Howard Hughes Parkway, #850
   Las Vegas, Nevada 89109
   Telephone (702) 222-2113
*Attorneys for Beadle McBride & Reeves, LLP*

|APPROVED|/DISAPPROVED:

**OFFICE OF THE UNITED STATES TRUSTEE**

By  /s/ August B. Landis
   AUGUST B. LANDIS
   300 Las Vegas Boulevard, Suite 4300
   Las Vegas, Nevada 89101

### RULE 9021 DECLARATION

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.
☒ I have delivered a copy of the proposed order to the Office of the United States Trustee and the parties who filed papers in response to the Objection or appeared at the hearing noted above, and each has:

   ☒ approved the form of this order; and/or
   ☐ waived the right to review the order; and/or
   ☐ failed to file and serve papers in accordance with LR 9021(c); and
      the following have disapproved the form of the order:
         n/a

☐ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

BECKLEY SINGLETON, CHARTERED

By:  /s/ Anne M. Loraditch
   Anne M. Loraditch (Nevada Bar No. 8164)
   530 Las Vegas Boulevard South
   Las Vegas, Nevada 89101

{00411894;}

OHS West:260095880.3