

**DEBT ACQUISITION COMPANY**
OF AMERICA

1565 Hotel Circle South, Suite 310, San Diego, CA 92108
800/400-5033 • 619/220-8900 • fax 619/220-8112

RECEIVED AND FILED

2007 AUG -6 A 3: 17

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

August 1, 2007

**RE:    *USA Commercial Mortgage*
*Case No. 06-10725***

To Whom It May Concern:

Please remove Debt Acquisition Company of America V, LLC from the USA Commercial Mortgage electronic e-mail distribution list. We no longer need to be informed on this case. The e-mails are currently being sent to tfette@daca4.com.

Please feel free to contact me for further information or documentation. Thank you for your prompt attention to this matter.

Sincerely,

*Jena McKenney*

Jena McKenney
1565 Hotel Circle South
Suite 310
San Diego, CA 92108
619-220-8900 ext. 112
619-220-8112 fax
jmckenney@daca4.com
www.daca4.com



www.daca4.com