**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 8/8/07

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br><br>                    Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**STIPULATION RE WITHDRAWAL OF PROOF OF CLAIM FILED BY HOUSTON REVOCABLE FAMILY TRUST AND SUSAN HOUSTON** |

The USACM Liquidating Trust (the "USACM Trust"), by and through its undersigned counsel, and William and Susan Houston, Trustees of the Houston Revocable Family Trust dated 12/20/85 and Susan Houston ("Houston"), stipulate:

1

1850642.1

LEWIS AND ROCA LLP
LAWYERS

1. The Houston Revocable Family Trust dated 12/20/85, William and Susan Houston, Trustees, filed proof of claim No. 10725-01804 as a secured claim in the amount of $100,000.00.

2. Susan Houston filed proof of claim No. 10725-01805 as a secured claim in the amount of $100,000.00.

3. On March 23, 2007, the USACM Trust filed its Fourteenth Omnibus Objection to Proofs of Claim filed as Secured [DE 3159] objecting to the secured status of Claim Nos. 10725-01804 and 10725-01805 filed by Houston, arguing that the proofs of claim are not entitled to secured status and requested that the claims be reclassified as general unsecured claims.

4. On June 29, 2007, the Order Sustaining the Fourteenth Omnibus Objection to Claims Asserting Secured Status [DE 4094] was signed by this Court and the claims were reclassified as general unsecured claims.

5. Houston notified the USACM Trust that they did not wish to receive any further correspondence or notification and that they have terminated legal ties to the Debtor and Compass Partners.

Therefore, the parties stipulate and agree that Houston withdraws proof of claim No. 10725-01804 filed on December 18, 2006 in the amount of $100,000.00; and Claim No. 10725-01805 filed on December 18, 2006 in the amount of $100,000.00 on the ground that claimants have terminated all legal ties and have requested to withdraw the claim. No further notice shall be given to Houston.

DATED: August 8, 2007.

**LEWIS AND ROCA LLP**
By: /s/ RC (#6593)
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
*Counsel for USACM Liquidating Trust*

LEWIS AND ROCA LLP
LAWYERS

-and-

DATED: 8/2/2007, 2007.

*William H Houston*
William Houston, Trustee for the Houston
Revocable Family Trust dated 12/20/85

*[signature]*
Susan Houston, Trustee for the Houston
Revocable Family Trust dated 12/20/85

*[signature]*
Susan Houston

1850642.1