Electronically filed August 8, 2007

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email: malevinson@orrick.com;
jhermann@orrick.com

Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHARTERED
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024
Email: bolson@beckleylaw.com;
aloraditch@beckleylaw.com

*Attorneys for Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                                            Debtors. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR<br><br>**NOTICE OF ENTRY OF ORDER SUSTAINING OMNIBUS OBJECTION OF POST-EFFECTIVE DATE USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, TO PROOFS OF INTEREST**<br><br>Hearing Date:   July 27, 2007<br>Hearing Time:   9:30 a.m.<br>Hearing Place:  Courtroom 1 |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

**PLEASE TAKE NOTICE** that on the 7th day of August 2007, the Court entered its Order Omnibus Objection of Post-Effective Date USA Capital Diversified Trust Deed Fund,

///

///

{00413614;}

OHS West:260095880.3

Page - 1 - of 2

1 | LLC to Proofs of Interest, a true and correct copy of which is attached hereto.

2 |     DATED this 8th day of August 2007.

3

4 |                     BECKLEY SINGLETON, CHTD.

5 |                 By:    /s/ Anne M. Loraditch

                      Bob L. Olson, Esq. (NV Bar No. 3783)

6 |                       Anne Loraditch, Esq. (NV Bar No. 8164)

7 |                       530 Las Vegas Boulevard South

                      Las Vegas, NV 89101

8

9 |                       *Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

{00413614;}

OHS West:260095880.3

Entered on Docket
August 07, 2007

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email:   malevinson@orrick.com;
         jhermann@orrick.com

Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHARTERED
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024
Email:   bolson@beckleylaw.com;
         aloraditch@beckleylaw.com

*Attorneys for Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                           Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                           Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                           Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                           Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>                           Debtor.<br>Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR<br><br>**ORDER SUSTAINING OMNIBUS OBJECTION OF POST-EFFECTIVE DATE USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, TO PROOFS OF INTEREST**<br><br>Hearing Date: July 27, 2007<br>Hearing Time: 9:30 a.m.<br>Hearing Place: Courtroom 1 |

{00411646;2}
OHS West:260095880.3

Page - 1 - of 9

The Court, having considered the Omnibus Objection of Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC To Proofs of Interest (the "Objection"), the Responses to the Objection filed by (i) Herman M. Adams, Esq., Brian M. Adams, Esq. and Anthony G. Adams, jointly *pro se*, and (ii) Margaret B. McGimsey Trust, Bruce McGimsey, Sharon McGimsey, Jerry McGimsey and Johnny Clark, and Diversified's subsequent Reply briefs; having reviewed the pleadings, papers and records on file in this action; and having considered the representations of counsel, Anne M. Loraditch, of the law firm of Beckley Singleton, Chtd., appearing on behalf of Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC ("Diversified"); with other appearances being noted on the record, appropriate notice of the Objection given, and for good cause appearing:

**IT IS HEREBY ORDERED** that the Objection is sustained.

**IT IS FURTHER ORDERED** that the interests listed on Exhibit 1, attached hereto and made a part hereof, shall be treated in accordance with the disposition detailed on Exhibit 1 with respect to such interests.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**BECKLEY SINGLETON, CHTD.**

By  /s/ Anne M. Loraditch
   BOB L. OLSON, ESQ.
   Nevada Bar No. 3859
   ANNE M. LORADITCH, ESQ.
   Nevada Bar No. 8164
   530 Las Vegas Boulevard South
   Las Vegas, Nevada 89101

   and

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Marc A. Levinson (California Bar No. 57613)
Rachel Ragni (California Bar No. 214061)
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497

*Attorneys for Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC*

{00411646;2}
OHS West:260095880.3

| | |
|---|---|
| APPROVED/DISAPPROVED:<br><br>HERMAN M. ADAMS, ESQ.<br>BRIAN M. ADAMS, ESQ.<br>ANTHONY G. ADAMS<br><br>By  /s/ Brian M. Adams<br>    BRIAN M. ADAMS, ESQ.<br>    1341 Cashman Drive<br>    Las Vegas, Nevada 89102<br>    Telephone: (702) 384-9275<br><br>*Jointly Pro Se* | APPROVED/DISAPPROVED:<br><br>MCGIMSEY LAW OFFICE, P.C.<br><br>By  /s/ William L. McGimsey<br>    WILLIAM L. MCGIMSEY, ESQ.<br>    Nevada Bar No. 0546<br>    516 South Sixth Street, Suite 300<br>    Las Vegas, Nevada 89101<br>    Telephone: (702) 382-9948<br><br>*Attorneys for Margaret B. McGimsey Trust, Bruce McGimsey, Jerry McGimsey, Sharon McGimsey and Johnny Clark* |
| APPROVED/DISAPPROVED:<br><br>By  /s/ George D. Frame<br>    GEORGE D. FRAME, ESQ.<br>    601 Greenway Road, Suite D<br>    Henderson, Nevada 89015<br>    Telephone: (702) 598-4620<br><br>*Pro Se* | APPROVED/DISAPPROVED:<br>OFFICE OF THE UNITED STATES TRUSTEE<br><br>By  /s/ August B. Landis<br>    AUGUST B. LANDIS<br>    300 Las Vegas Boulevard, Suite 4300<br>    Las Vegas, Nevada 89101 |

## RULE 9021 DECLARATION

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.
☒ I have delivered a copy of the proposed order to the Office of the United States Trustee and the parties who filed papers in response to the Objection or appeared at the hearing noted above, and each has:

    ☒ approved the form of this order; and/or
    ☐ waived the right to review the order; and/or
    ☐ failed to file and serve papers in accordance with LR 9021(c); and the following have disapproved the form of the order:
        n/a

☐ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

**BECKLEY SINGLETON, CHARTERED**

By: _____/s/ Anne M. Loraditch_____
    Anne M. Loraditch (Nevada Bar No. 8164)
    530 Las Vegas Boulevard South
    Las Vegas, Nevada 89101

# EXHIBIT 1

| Proof of Interest No. | Equity Interest Holder | Acct ID # | Date of Proof of Interest | Asserted Equity Interest Amount | Amount of Equity Interest Per Debtors' Records | Disposition |
|---|---|---|---|---|---|---|
| 128 | Brian M. Adams | 13571 | 11/10/06 | $325,000 | $312,307.60 | Interest disallowed to the extent it exceeds $312,307.60, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |
| 194 | Philip Benjamin | 10038 | 01/13/07 | $29,632.19 | $29,632.19 | Interest disallowed in its entirety as duplicative of interest no. 193 already filed in the Diversified case. |
| 035 | Ramona Bigelow | 16949 | 09/28/06 | $26,240.83 | $26,240.83 | Interest disallowed in its entirety as duplicative of interest no. 16 already filed in the Diversified case. |
| 149 | Johnny Clark | 3190 | 11/13/06 | $99,467.90 | $48,047.32 | Interest disallowed to the extent it exceeds $48,047.32, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |

| Proof of Interest No. | Equity Interest Holder | Acct ID # | Date of Proof of Interest | Asserted Equity Interest Amount | Amount of Equity Interest Per Debtors' Records | Disposition |
|---|---|---|---|---|---|---|
| 166 | Johnny Clark | 9590 | 11/13/06 | $99,467.90 | $48,047.32 | Interest disallowed to the extent it exceeds $48,047.32, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records |
| 067 | Joseph Deuerling | 6953 | 10/20/06 | $240,236.61 | $240,236.61 | Interest disallowed in its entirety as duplicative of interest no. 47 already filed in the Diversified case. |
| 185 | Allan Ebbin | 14505 | 11/10/06 | $159,582.17 | $159,582.17 | Interest disallowed in its entirety as duplicative of interest no. 182 already filed in the Diversified case. |
| 181 | George D. Frame | 16149 | 11/09/06 | $51,920.28 | $51,920.28 | Interest disallowed in its entirety as duplicative of interest no. 82 already filed in the Diversified case. |
| 081 | Courtney Fuhriman | 3990 | 11/09/06 | $48,047.32 | $48,047.32 | Interest disallowed in its entirety as duplicative of interest no. 61 already filed in the Diversified case. |

| Proof of Interest No. | Equity Interest Holder | Acct ID # | Date of Proof of Interest | Asserted Equity Interest Amount | Amount of Equity Interest Per Debtors' Records | Disposition |
|---|---|---|---|---|---|---|
| 129 | Gary Michelsen | 11005 | 11/10/06 | $58,667.14 | $58,667.14 | Interest disallowed in its entirety as duplicative of interest no. 113 already filed in the Diversified case. |
| 161 | Gary Michelsen | 11005 | 11/10/06 | $58,667.14 | $58,667.14 | Interest disallowed in its entirety as duplicative of interest no. 113 already filed in the Diversified case. |
| 121 | Brian Herman & Anthony G. Adams | 4349 | 11/08/06 | $3,625,000 | $3,483,430.96 | Interest disallowed to the extent it exceeds $3,483,430.96, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records |
| 195 | Prescia Investments | 18705 | 01/16/07 | $379,924.09 | $379,924.09 | Interest disallowed in its entirety as duplicative of interest no. 13 already filed in the Diversified case. |
| 151 | John E. Michelsen | 12005 | 11/13/06 | $444,137.48 | $444,137.48 | Interest disallowed in its entirety as duplicative of interest no. 131 already filed in the Diversified case. |

| Proof of Interest No. | Equity Interest Holder | Acct ID # | Date of Proof of Interest | Asserted Equity Interest Amount | Amount of Equity Interest Per Debtors' Records | Disposition |
|---|---|---|---|---|---|---|
| 077 | Rex McBride | 3616 | 10/12/06 | $50,000.00 | $48,047.32 | Interest disallowed to the extent it exceeds $48,047.32, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records |
| 165 | Bruce McGimsey | 9316 | 11/13/06 | $86,171.22 | $86,171.22 | Interest disallowed in its entirety as duplicative of interest no. 144 already filed in the Diversified case. |
| 145 | Margaret McGimsey | 5584 | 11/13/06 | $96,094.75 | $96,094.75 | Interest disallowed in its entirety as duplicative of interest no. 117 already filed in the Diversified case. |
| 168 | Margaret McGimsey | 5584 | 11/13/06 | $96,094.75 | $96,094.75 | Interest disallowed in its entirety as duplicative of interest no. 117 already filed in the Diversified case. |
| 148 | Sharon McGimsey | 8362 | 11/13/06 | $311,091.58 | $48,047.32 | Interest disallowed to the extent it exceeds $48,047.32, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |

{00411646;2}

OHS West:260095880.3

Case 06-10725-gwz    Doc 4426    Entered 08/08/07 14:14:03    Page 11 of 11
Case: 06-10725-lbr    Doc #: 4416    Filed: 08/07/2007    Page: 9 of 9

| Proof of Interest No. | Equity Interest Holder | Acct ID # | Date of Proof of Interest | Asserted Equity Interest Amount | Amount of Equity Interest Per Debtors' Records | Disposition |
|---|---|---|---|---|---|---|
| 167 | Sharon McGimsey | 8362 | 11/13/06 | $311,091.58 | $48,047.32 | Interest disallowed in its entirety as duplicative of interest no. 148 already filed in the Diversified case. |

### 

{00411646;2}
OHS West:260095880.3

Page - 9 - of 9