Electronically filed August 8, 2007

1  Marc A. Levinson (California Bar No. 57613)       Bob L. Olson (Nevada Bar No. 3783)
   Jeffery D. Hermann (California Bar No. 90445)     Anne M. Loraditch (Nevada Bar No. 8164)
2  ORRICK, HERRINGTON & SUTCLIFFE LLP               BECKLEY SINGLETON, CHARTERED
   400 Capitol Mall, Suite 3000                      530 Las Vegas Boulevard South
3  Sacramento, CA 95814-4497                         Las Vegas, NV 89101
   Telephone: (916) 447-9200                         Telephone:  (702) 385-3373
4  Facsimile:  (916) 329-4900                        Facsimile:  (702) 385-5024
   Email:    malevinson@orrick.com;                  Email:    bolson@beckleylaw.com;
5            jhermann@orrick.com                                aloraditch@beckleylaw.com
6
7  *Attorneys for Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC*

8                        **UNITED STATES BANKRUPTCY COURT**

9                                **DISTRICT OF NEVADA**

10  In re:                                           Case No. BK-S-06-10725 LBR
    USA COMMERCIAL MORTGAGE COMPANY,                 Case No. BK-S-06-10726 LBR
11                                                   Case No. BK-S-06-10727 LBR
    USA CAPITAL REALTY ADVISORS, LLC,                Case No. BK-S-06-10728 LBR
12                                                   Case No. BK-S-06-10729 LBR
    USA CAPITAL DIVERSIFIED TRUST DEED
13  FUND, LLC,                                       Chapter 11
14
    USA CAPITAL FIRST TRUST DEED FUND, LLC,          Jointly Administered Under
15                                                   Case No. BK-S-06-10725-LBR
    USA SECURITIES, LLC,
16                              Debtors.             **NOTICE OF ENTRY OF ORDER
                                                     SUSTAINING SECOND OMNIBUS
17                                                   OBJECTION OF POST-EFFECTIVE
                                                     DATE USA CAPITAL DIVERSIFIED
18                                                   TRUST DEED FUND, LLC, TO
                                                     PROOFS OF INTEREST**
19  Affects:
20  ☐   All Debtors                                  Hearing Date:      July 27, 2007
    ☐   USA Commercial Mortgage Company              Hearing Time:      9:30 a.m.
21  ☐   USA Securities, LLC                          Hearing Place:     Courtroom 1
    ☐   USA Capital Realty Advisors, LLC
22  ☒   USA Capital Diversified Trust Deed Fund, LLC
    ☐   USA First Trust Deed Fund, LLC
23

24          **PLEASE TAKE NOTICE** that on the 7th day of August 2007, the Court entered its

25  Order Sustaining Second Omnibus Objection of Post-Effective Date USA Capital Diversified

26  ///

27  ///

28

Trust Deed Fund, LLC to Proofs of Interest, a true and correct copy of which is attached hereto.

DATED this 8th day of August 2007.

BECKLEY SINGLETON, CHTD.


By: _____/s/ Anne M. Loraditch_____
        Bob L. Olson, Esq. (NV Bar No. 3783)
        Anne Loraditch, Esq. (NV Bar No. 8164)
        530 Las Vegas Boulevard South
        Las Vegas, NV 89101

*Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

{00413613;}

OHS West:260095880.3

Page - 2 - of 2

Case: 06-10725-lbr    Doc #: 4417    Filed: 08/07/2007    Page: 1 of 8

**Entered on Docket**
**August 07, 2007**

_____

**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email:    malevinson@orrick.com;
          jhermann@orrick.com

Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHARTERED
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024
Email:    bolson@beckleylaw.com;
          aloraditch@beckleylaw.com

_Attorneys for Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC_

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **ORDER SUSTAINING SECOND<br>OMNIBUS OBJECTION OF POST-<br>EFFECTIVE DATE USA CAPITAL<br>DIVERSIFIED TRUST DEED FUND,<br>LLC, TO PROOFS OF INTEREST** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐   All Debtors<br>☐   USA Commercial Mortgage Company<br>☐   USA Securities, LLC<br>☐   USA Capital Realty Advisors, LLC<br>☒   USA Capital Diversified Trust Deed Fund, LLC<br>☐   USA First Trust Deed Fund, LLC | Hearing Date:    July 27, 2007<br>Hearing Time:    9:30 a.m.<br>Hearing Place:   Courtroom 1 |

{00411851;}

OHS West:260095880.3

1  The Court, having considered the Second Omnibus Objection of Post-Effective Date

2  USA Capital Diversified Trust Deed Fund, LLC to Proofs of Interest (the "Objection"), Anne M.

3  Loraditch, of the law firm of Beckley Singleton, Chtd., appearing on behalf of Post-Effective

4  Date USA Capital Diversified Trust Deed Fund, LLC; with no other appearances being noted on

5  the record; appropriate notice of the Objection having been given; and for good cause appearing:

6      **IT IS HEREBY ORDERED** that the Objection is sustained.

7      **IT IS FURTHER ORDERED** that the interests listed on Exhibit 1, attached hereto and

8  made a part hereof, shall be treated in accordance with the disposition detailed on Exhibit 1 with

9  respect to such interests.

10  PREPARED AND RESPECTFULLY SUBMITTED BY:

11  **BECKLEY SINGLETON, CHTD.**

12  By___/s/ Anne M. Loraditch_____

13      BOB L. OLSON, ESQ.
        Nevada Bar No. 3859

14      ANNE M. LORADITCH, ESQ.
        Nevada Bar No. 8164

15      530 Las Vegas Boulevard South
        Las Vegas, Nevada 89101

16

17          and

18  **ORRICK, HERRINGTON & SUTCLIFFE LLP**
    Marc A. Levinson (California Bar No. 57613)

19  Rachel Ragni (California Bar No. 214061)

20  400 Capitol Mall, Suite 3000
    Sacramento, California 95814-4497

21

    *Attorneys for Post-Effective Date USA Capital*

22  Diversified Trust Deed Fund, LLC

23

24

25

26

27

28

{00411851;}

OHS West:260095880.3

## RULE 9021 DECLARATION

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.
☐ I have delivered a copy of the proposed order to the Office of the United States Trustee and the parties who filed papers in response to the Objection or appeared at the hearing noted above, and each has:

    ☐ approved the form of this order; and/or
    ☐ waived the right to review the order; and/or
    ☐ failed to file and serve papers in accordance with LR 9021(c); and
      the following have disapproved the form of the order:
        n/a

☒ No parties filed any written opposition or appeared at the hearing regarding the Objection, and there is no trustee appointed in the case.

BECKLEY SINGLETON, CHARTERED

By:_____ /s/ Anne M. Loraditch_____
       Anne M. Loraditch (Nevada Bar No. 8164)
       530 Las Vegas Boulevard South
       Las Vegas, Nevada 89101

{00411851;}

OHS West:260095880.3

# EXHIBIT 1

| Proof of Interest No. | Equity Interest Holder | Acct ID # | Date of Proof of Interest | Asserted Equity Interest Amount | Amount of Equity Interest Per Debtors' Records | Disposition |
|---|---|---|---|---|---|---|
| 175 | Anne Nounna | 999 | 11/13/06 | $100,000 | $100,000 | Interest disallowed in its entirety as duplicative of interest no. 174 already filed in the Diversified case. |
| 176 | Anne Nounna | 999 | 11/13/06 | $100,000 | $100,000 | Interest disallowed in its entirety as duplicative of interest no. 174 already filed in the Diversified case. |
| 127 | Olympia Capitol Mgmt, Registrant | 15238 | 11/10/06 | $100,000 | $96,094.65 | Interest disallowed to the extent it exceeds $96,094.65, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |
| 024 | Robert J. Scott | 10827 | 10/02/06 | $77,423.96 | $72,070.98 | Interest disallowed to the extent it exceeds $72,070.98, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |

{00411851;}

Page - 4 - of 8

OHS West:260095880.3

Case: 06-10725-lbr    Doc #: 4417    Filed: 08/07/2007    Page: 5 of 8

| Proof of Interest No. | Equity Interest Holder | Acct ID # | Date of Proof of Interest | Asserted Equity Interest Amount | Amount of Equity Interest Per Debtors' Records | Disposition |
|---|---|---|---|---|---|---|
| 099 | Carol Turner | 3012 | 11/02/06 | $98,054.36 | $96,094.65 | Interest disallowed to the extent it exceeds $96,094.65, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |
| 090 | John Weaver | 9838 | 11/01/06 | $59,548.51 | $59,548.51 | Interest disallowed in its entirety as duplicative of interest no. 23 already filed in the Diversified case. |
| 088 | Raul Wood | 9784 | 10/31/06 | $33,564.91 | $33,564.91 | Interest disallowed in its entirety as duplicative of interest no. 86 already filed in the Diversified case. |
| 089 | Raul Wood | 10384 | 10/31/06 | $31,439.12 | $31,439.12 | Interest disallowed in its entirety as duplicative of interest no. 85 already filed in the Diversified case. |
| 039 | 1994 Duesing Trust | 5827 | 10/10/06 | $200,000.00 | $192,189.29 | Interest disallowed to the extent it exceeds $192,189.29, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |

{00411851;}

Page - 5 - of 8

OHS West:260095880.3

| Proof of Interest No. | Equity Interest Holder | Acct ID # | Date of Proof of Interest | Asserted Equity Interest Amount | Amount of Equity Interest Per Debtors' Records | Disposition |
|---|---|---|---|---|---|---|
| 030 | Bank of America Trustee, IRA Herbert Hansen | 2067 | 10/02/06 | $49,287.32 | $48,047.32 | Interest disallowed to the extent it exceeds $48,047.32, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |
| 158 | Benjamin Barnica | 7149 | 11/14/06 | $25,000.00 | $24,023.66 | Interest disallowed to the extent it exceeds $24,023.66, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |
| 110 | Jean Berthelot | 17505 | 11/09/06 | $33,965.51 | $24,023.66 | Interest disallowed to the extent it exceeds $24,023.66, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |
| 065 | Tearnan Blake | 12053 | 10/16/06 | $59,058.88 | $58,958.88 | Interest disallowed to the extent it exceeds $58,958.88, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |

| Proof of Interest No. | Equity Interest Holder | Acct ID # | Date of Proof of Interest | Asserted Equity Interest Amount | Amount of Equity Interest Per Debtors' Records | Disposition |
|---|---|---|---|---|---|---|
| 095 | Douglas Carson | 354 | 11/07/06 | $150,000.00 | $144,141.97 | Interest disallowed to the extent it exceeds $144,141.97, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |
| 093 | Laurie Carson | 378 | 11/07/06 | $25,000.00 | $24,023.66 | Interest disallowed to the extent it exceeds $24,023.66, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |
| 173 | Vincent Danelian | 467 | 11/15/06 | $49,047.32 | $48,047.92 | Interest disallowed to the extent it exceeds $48,047.92, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |
| 071 | Debra Williams | 11553 | 10/20/06 | $30,533.48 | $29,923.24 | Interest disallowed to the extent it exceeds $29,923.24, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |

{00411851;}

OHS West:260095880.3

Case: 06-10725-lbr    Doc #: 4417    Filed: 08/07/2007    Page: 8 of 8

| Proof of Interest No. | Equity Interest Holder | Acct ID # | Date of Proof of Interest | Asserted Equity Interest Amount | Amount of Equity Interest Per Debtors' Records | Disposition |
|---|---|---|---|---|---|---|
| 040 | Albert H. Downing | 16816 | 10/10/06 | $50,000.00 | $48,047.32 | Interest disallowed to the extent it exceeds $48,047.32, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |
| 049 | David Joyce | 15527 | 10/11/06 | $96,594.65 | $96,094.65 | Interest disallowed to the extent it exceeds $96,094.65, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |
| 187 | Frederick W. Kewell | 17527 | 11/16/06 | $50,000.00 | $52,439.42 | Interest allowed in the amount of $52,439.42, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |

# # #

{00411851;}

OHS West:260095880.3

Page - 8 - of 8