Electronically filed August 8, 2007

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email: malevinson@orrick.com;
jhermann@orrick.com

Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHARTERED
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024
Email: bolson@beckleylaw.com;
aloraditch@beckleylaw.com

*Attorneys for Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                               Debtors.<br><br>Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR<br><br>**NOTICE OF ENTRY OF ORDER SUSTAINING THIRD OMNIBUS OBJECTION OF POST-EFFECTIVE DATE USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, TO PROOFS OF INTEREST**<br><br>Hearing Date:    July 27, 2007<br>Hearing Time:    9:30 a.m.<br>Hearing Place:   Courtroom 1 |

**PLEASE TAKE NOTICE** that on the 7th day of August 2007, the Court entered its Order Sustaining Third Omnibus Objection of Post-Effective Date USA Capital Diversified

///

///

{00413612;}

OHS West:260095880.3

Page - 1 - of 2

1 | Trust Deed Fund, LLC to Proofs of Interest, a true and correct copy of which is attached hereto.

2 |     DATED this 8th day of August 2007.

3

4

                      BECKLEY SINGLETON, CHTD.

5 |                 By: _____/s/ Anne M. Loraditch_____
                      Bob L. Olson, Esq. (NV Bar No. 3783)
6 |                       Anne Loraditch, Esq. (NV Bar No. 8164)
7 |                       530 Las Vegas Boulevard South
                      Las Vegas, NV 89101
8

9 |                   *Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

{00413612;}
OHS West:260095880.3

Page - 2 - of 2

**Entered on Docket**
**August 07, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email:    malevinson@orrick.com;
          jhermann@orrick.com

Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHARTERED
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024
Email:    bolson@beckleylaw.com;
          aloraditch@beckleylaw.com

*Attorneys for Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>Debtor.<br>Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR<br><br>**ORDER SUSTAINING THIRD OMNIBUS OBJECTION OF POST-EFFECTIVE DATE USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, TO PROOFS OF INTEREST**<br><br>Hearing Date:    July 27, 2007<br>Hearing Time:   9:30 a.m.<br>Hearing Place:  Courtroom 1 |

{00411861;}

Page - 1 - of 8

OHS West:260095880.3

1  The Court, having considered the Third Omnibus Objection of Post-Effective Date USA
2  Capital Diversified Trust Deed Fund, LLC to Proofs of Interest (the "Objection"), Anne M.
3  Loraditch, of the law firm of Beckley Singleton, Chtd., appearing on behalf of Post-Effective
4  Date USA Capital Diversified Trust Deed Fund, LLC; with no other appearances being noted on
5  the record; appropriate notice of the Objection having been given; and for good cause appearing:

6  **IT IS HEREBY ORDERED** that the Objection is sustained.

7  **IT IS FURTHER ORDERED** that the interests listed on Exhibit 1, attached hereto and
8  made a part hereof, shall be treated in accordance with the disposition detailed on Exhibit 1 with
9  respect to such interests.

10 PREPARED AND RESPECTFULLY SUBMITTED BY:

11 **BECKLEY SINGLETON, CHTD.**

12 By___/s/ Anne M. Loraditch___
    BOB L. OLSON, ESQ.
13  Nevada Bar No. 3859
14  ANNE M. LORADITCH, ESQ.
    Nevada Bar No. 8164
15  530 Las Vegas Boulevard South
    Las Vegas, Nevada 89101
16

17        and

18 **ORRICK, HERRINGTON & SUTCLIFFE LLP**
   Marc A. Levinson (California Bar No. 57613)
19 Rachel Ragni (California Bar No. 214061)
   400 Capitol Mall, Suite 3000
20 Sacramento, California 95814-4497

21 *Attorneys for Post-Effective Date USA Capital*
22 *Diversified Trust Deed Fund, LLC*

## RULE 9021 DECLARATION

In accordance with Local Rule 9021, the undersigned certifies:

- ☐ The Court waived the requirements of LR 9021.
- ☐ I have delivered a copy of the proposed order to the Office of the United States Trustee and the parties who filed papers in response to the Objection or appeared at the hearing noted above, and each has:
    - ☐ approved the form of this order; and/or
    - ☐ waived the right to review the order; and/or
    - ☐ failed to file and serve papers in accordance with LR 9021(c); and the following have disapproved the form of the order:
        n/a
- ☒ No parties filed any written opposition or appeared at the hearing regarding the Objection, and there is no trustee appointed in the case.

BECKLEY SINGLETON, CHARTERED

By: /s/ Anne M. Loraditch
Anne M. Loraditch (Nevada Bar No. 8164)
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101

{00411861;}

OHS West:260095880.3

Page - 3 - of 8

# EXHIBIT 1

| Proof of Interest No. | Equity Interest Holder | Acct ID # | Date of Proof of Interest | Asserted Equity Interest Amount | Amount of Equity Interest Per Debtors' Records | Disposition |
|---|---|---|---|---|---|---|
| 005 | Robert Knight | 951 | 09/25/06 | $135,938.86 | $130,629.97 | Interest disallowed to the extent it exceeds $130,629.97, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |
| 192 | David Knobel | 13505 | 12/11/06 | $78,367.29 | $75,306.77 | Interest disallowed to the extent it exceeds $75,306.77, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |
| 189 | William McQuerry | 16027/ 18671 | 12/06/06 | $655,584.00 | $96,094.64 | Interest disallowed to the extent it exceeds $96,094.64, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |

| Proof of Interest No. | Equity Interest Holder | Acct ID # | Date of Proof of Interest | Asserted Equity Interest Amount | Amount of Equity Interest Per Debtors' Records | Disposition |
|---|---|---|---|---|---|---|
| 180 | Anthony and Alicia Pasqualotto | 2079 | 11/15/06 | $25,000.00 | $24,023.66 | Interest disallowed to the extent it exceeds $24,023.66, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |
| 115 | Norman Kenneth Reed | 13762 | 11/09/06 | $49,027.18 | $48,047.32 | Interest disallowed to the extent it exceeds $48,047.32, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |
| 190 | Michael H. Ricci | 18138 | 12/08/06 | $100,000.00 | $96,094.65 | Interest disallowed to the extent it exceeds $96,094.65, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |

| Proof of Interest No. | Equity Interest Holder | Acct ID # | Date of Proof of Interest | Asserted Equity Interest Amount | Amount of Equity Interest Per Debtors' Records | Disposition |
|---|---|---|---|---|---|---|
| 191 | Michael H. Ricci | 11384 | 12/08/06 | $36,058.88 | $34,650.65 | Interest disallowed to the extent it exceeds $34,650.65, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |
| 080 | Alvin Rousseau | 4638 | 10/26/06 | $24,708.00 | $24,023.66 | Interest disallowed to the extent it exceeds $24,023.66, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |
| 018 | Robert and/or Ruth Geiger | 17071 | 11/10/06 | $50,000.00 | $26,461.76 | Interest disallowed to the extent it exceeds $26,461.76, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |

| Proof of Interest No. | Equity Interest Holder | Acct ID # | Date of Proof of Interest | Asserted Equity Interest Amount | Amount of Equity Interest Per Debtors' Records | Disposition |
|---|---|---|---|---|---|---|
| 033 | Lucie E. Staislawski | 17016 | 09/28/06 | $25,000.00 | $24,023.66 | Interest disallowed to the extent it exceeds $24,023.66, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |
| 037 | Clifford Wiehe, Jr. | 9653 | 10/04/06 | $150,000.00 | $144,141.97 | Interest disallowed to the extent it exceeds $144,141.97, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |
| 043 | William T. Houston | 11127 | 09/26/06 | $50,000.00 | $48,047.32 | Interest disallowed to the extent it exceeds $48,047.32, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |

| Proof of Interest No. | Equity Interest Holder | Acct ID # | Date of Proof of Interest | Asserted Equity Interest Amount | Amount of Equity Interest Per Debtors' Records | Disposition |
|---|---|---|---|---|---|---|
| 157 | Stan C. Wolken | 18171 | 11/13/06 | $25,116.41 | $24,135.53 | Interest disallowed to the extent it exceeds $24,135.53, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |
| 150 | Stan C. Wolken | 16527 | 11/13/06 | $25,937.73 | $24,924.77 | Interest disallowed to the extent it exceeds $24,924.77, which is the amount of the filing Party's equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |
| 188 | Loughlin Family Trust | No Record | 11/7/06 | $1,055,000.00 | None | Interest disallowed in its entirety, as Party is not reflected as having an equity interest in Diversified as of the Petition Date, as reflected in Diversified's books and records. |

###

{00411861;}

OHS West:260095880.3

Page - 8 - of 8