LEWIS
AND
ROCA
LLP
L A W Y E R S

E-Filed on 8/8/2007

1    3993 Howard Hughes Parkway, Suite 600
     Las Vegas, NV 89169-5996
     Facsimile (702) 949-8321
2    Telephone (702) 949-8320

3    Susan M. Freeman AZ State Bar No. 004199
     Email: sfreeman@lrlaw.com
     Rob Charles NV State Bar No. 006593
     Email: rcharles@lrlaw.com

4    Attorneys for USACM Liquidating Trust

5    STUTMAN, TREISTER & GLATT, P.C.        SHEA & CARLYON, LTD.
     FRANK A. MEROLA                        JAMES PATRICK SHEA
6    (CA State Bar No. 136934)              (Nevada State Bar No. 000405)
     EVE H. KARASIK                         CANDACE C. CARLYON
7    (CA State Bar No. 155356)              (Nevada State Bar No. 002666)
     CHRISTINE M. PAJAK                     SHLOMO S. SHERMAN
8    (CA State Bar No. 217713), Members of  (Nevada State Bar No. 009688)
     1901 Avenue of the Stars, 12th Floor   701 Bridger, Suite 850
9    Los Angeles, California 90067          Las Vegas, Nevada 89101
     Telephone: (310) 228-5600             Telephone: (702) 471-7432
10   Facsimile: (310) 228-5788             Facsimile: (702) 471-7435
     Email:    fmerola@stutman.com          Email:    jshea@sheacarlyon.com
11             ekarasik@stutman.com                   ccarlyon@sheacarlyon.com
               cpajak@stutman.com                     ssherman@sheacarlyon.com
12   Counsel for the Official Committee Of
     Equity Security Holders Of USA Capital First Trust Deed Fund, LLC
13

14              **UNITED STATES BANKRUPTCY COURT**

15                     **DISTRICT OF NEVADA**

16   In re:                                  Case No. BK-S-06-10725-LBR
                                             Case No. BK-S-06-10726-LBR
17   USA COMMERCIAL MORTGAGE COMPANY,        Case No. BK-S-06-10727-LBR
                                             Case No. BK-S-06-10728-LBR
18   USA CAPITAL REALTY ADVISORS, LLC,       Case No. BK-S-06-10729-LBR

19   USA CAPITAL DIVERSIFIED TRUST DEED FUND, CHAPTER 11
     LLC,
20                                           Jointly Administered Under Case No. BK-S-06-
     USA CAPITAL FIRST TRUST DEED FUND, LLC, 10725 LBR
21
     USA SECURITIES, LLC,                    **Objection of USACM Trust To Andrew and**
22                              Debtors.     **Beth Mitchell Claims Filed in Wrong Debtor's**
                                             **Case; Objection of FTDF to Proposed**
23       **Affects:**                        **Allowance of Claim**
         ☐ All Debtors
24       ☒ USA Commercial Mortgage Company   Hearing Date:     October 15, 2007
         ☐ USA Capital Realty Advisors, LLC  Hearing Time:     9:30 a.m.
25       ☐ USA Capital Diversified Trust Deed Fund, LLC
         ☒ USA Capital First Trust Deed Fund, LLC
26       ☐ USA Securities, LLC

224219.1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

Andrew and Beth Mitchell (collectively, the "Mitchells") filed the following Proofs of Claim against USA Commercial Mortgage Company ("USACM"):

- Andrew W. Mitchell and Beth Mitchell, JTWROS, 10725-01120 in the amount of $59,732.50;

- Andrew W. Mitchell, 10725-01121 in the amount of $17,915.50; and

- Beth Mitchell, 10725-01144 in the amount of $17,915.50.

Each of the proofs of claim attaches a letter stating that the Mitchells have four accounts, numbers 11790, 1353, 1205 and 1190. The Mitchells also filed proofs of interest for amounts identical to those set forth above in the USA Capital First Trust Deed Fund, LLC ("FTDF") case (the "Proofs of Interest"). This objection encompasses all of their accounts.

The USACM Liquidating Trust (the "USACM Trust") hereby objects to the Mitchells' claims.  The basis for the claims are shown on their face and in the attachments as investments in FTDF.  Accordingly, these are claims that were incorrectly filed in the USA Commercial Mortgage Company ("USACM") case.  The USACM Trust respectfully requests that the Mitchells' claims be disallowed as claims against USACM.  Any claims held by the Mitchells against USACM solely on account of their investment in FTDF are derivative of FTDF's claims against USACM.  Under a settlement approved by the Court on June 12, 2007, all such FTDF claims were settled, with FTDF holding a $7.0 million allowed general unsecured claim and beneficial interest in the USACM Liquidating Trust. The equity interest holders in FTDF will share in any recovery on account of that claim.

The Official Committee of Equity Security Holders of FTDF ("FTDF Committee") further objects to any allowance of the Mitchells' claims as claims against the FTDF estate.  They do not reflect "claims" as that term is defined in Bankruptcy Code section 101(5).

224219.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

Bankruptcy Code section 502 authorizes a party in interest to object to claims.  <u>See</u> 11 U.S.C. § 502(a).  Upon such objection, this Court, "after notice and a hearing, shall determine the amount of such claim in lawful currency of the United States as of the date of the filing of the petition . . . ."  11 U.S.C. § 502(b).  Although a proper proof of claim is presumed valid under Bankruptcy Rule 3001(f), once an objection controverts the presumption, the creditor has the ultimate burden of persuasion as to the validity and amount of the claim.  <u>Ashford v. Consolidated Pioneer Mortg. (In re Consolidated Pioneer Mortg.)</u>, 178 B.R. 222, 226 (9th Cir. B.A.P. 1995), <u>aff'd</u>, 91 F.3d 151 (9th Cir. 1996) (quoting <u>In re Allegheny International, Inc.</u>, 954 F.2d 167, 173-74 (3d Cir. 1992)).

The FTDF Committee has analyzed the Mitchell claims and has determined that they have been incorrectly designated as  "proofs of claim."  Indeed, the Mitchells appropriately filed the Proof of Interests in the FTDF case. Pursuant to Bankruptcy Code section 502, a "creditor . . . may file a proof of claim."  An equity security interest holder, however, must file a proof of interest.  <u>See</u> 11 U.S.C. § 501(a).  Bankruptcy Code section 101(16) defines "equity security" to include a "share in a corporation, whether or not transferable or denominated 'stock', or *similar security*" or a "warrant or right . . . to purchase, sell, or subscribe to a share, security, or interest" of a share in a corporation. 11 U.S.C. § 101(16) (emphasis added).  <u>See also</u> Nev. Rev. Stat. §86.521 (upon dissolution of a limited liability company, a limited liability company must pay liabilities to creditors before paying liabilities in respect of profits and/or capital to members of the limited liability company).

The Mitchell claims clearly reflect that they are based on their membership in the FTDF and not based on any debt the claimants hold against the FTDF.  For example, annexed to the Mitchell claims are account statements that list the number of shares the Mitchells  holds in FTDF, the price of such shares, and the FTDF Member's account identification number.  Membership interests and/or shares in the FTDF clearly fall within

429650V3

3

224219.1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

the definition of "equity security" under Bankruptcy Code section 101(16).  Thus, the holders of the equity interests are equity security interest holders of the FTDF and do not hold unsecured claims against the FTDF estate.  Indeed, the Mitchells appropriately filed the Proofs of Interest in the FTDF case.

This objection does not seek to prejudice the rights of the Mitchells as FTDF members to recover from the FTDF estate on account of their membership interests of $59,733, $17,916 and $17,916, respectively, which are the amounts asserted in the Mitchells' claims as well as the Proofs of Interest. The Mitchells shall retain their interests in FTDF in the amounts of $59,733, $17,916 and $17,916 as reflected in both the Proofs of Interest and the books and records of FTDF.  Indeed, the Mitchells have received distributions based on these FTDF membership interests to date, with no objection.

Accordingly, the USACM Trust and the FTDF Committee seek entry of an order that will disallow the Mitchells claims against USACM, disallow any proposed allowance of the Mitchell claims in the FTDF case, and appropriately allow the Mitchells to retain their  equity interests in the FTDF in the respective amounts of $59,733, $17,916 and $17,916 as reflected in the Proofs of Interest and the books and records of FTDF as of the bankruptcy petition filing date.

///
///
///
///
///
///
///
///

429650V3

224219.1

4

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

This objection is made pursuant to Bankruptcy Code section 502, Federal Rule of

Bankruptcy Procedure 3007, and Local Rule of Bankruptcy Practice 3007.

Dated:  August 8, 2007.

By:  _/s/ Eve H. Karasik_____        By:  /s/ Rob Charles (#006593)_____
FRANK A. MEROLA (CA State Bar        SUSAN M. FREEMAN
No. 136934),                                          ROB CHARLES
EVE H. KARASIK (CA State Bar         LEWIS AND ROCA LLP
No. 155356), and                                  3993 Howard Hughes Parkway, Suite 600
CHRISTINE M. PAJAK (CA State Bar    Las Vegas, NV 89169-0961
No. 217173), Members of                        Facsimile (702) 949-8321
STUTMAN, TREISTER & GLATT, P.C.    Telephone (702) 949-8320
1901 Avenue of the Stars, 12th Floor    COUNSEL FOR USACM Liquidating
Los Angeles, CA  90067                        Trust
Telephone:  (310) 228-5600

and


CANDACE C. CARLYON
Shea & Carlyon, Ltd.
701 Bridger, Suite 850
Las Vegas, NV  89101
Telephone:  (702) 471-7432
COUNSEL FOR THE
OFFICIAL COMMITTEE OF EQUITY
SECURITY HOLDERS
OF USA CAPITAL FIRST TRUST DEED
FUND, LLC

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

1 | Copy of the foregoing
2 | Mailed this 8th day of
   | August, 2007 to:
3
4 | Beth Mitchell and Andrew Mitchell
   | 2605 E. Flamingo Road
5 | LasVegas, NV 89121
6 | Beth Mitchell and Andrew Mitchell
7 | 1170 Wisteria Drive
   | Minden, NV 89423
8
9 | By ____/s/  Renee L. Creswell_____

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

429650V3

6

224219.1