LEWIS AND ROCA LLP — LAWYERS

E-Filed on 8/8/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
|---|---|
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666) |
| CHRISTINE M. PAJAK | SHLOMO S. SHERMAN |
| (CA State Bar No. 217173), Members of | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 701 Bridger, Suite 850 |
| Los Angeles, California 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| Facsimile: (310) 228-5788 | Facsimile: (702) 471-7435 |
| Email:   fmerola@stutman.com | Email:   jshea@sheacarlyon.com |
|          ekarasik@stutman.com |          ccarlyon@sheacarlyon.com |
|          cpajak@stutman.com |          ssherman@sheacarlyon.com |

Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC, Debtors. | **Objection of USACM Trust To Harrison Family Trust Claim Filed in Wrong Debtor's Case; Objection of FTDF to Proposed Allowance of Claim** |
| **Affects:** | |
| ☐ All Debtors | |
| ☒ USA Commercial Mortgage Company | Hearing Date:    October 15, 2007 |
| ☐ USA Capital Realty Advisors, LLC | Hearing Time:    9:30 a.m. |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | |
| ☒ USA Capital First Trust Deed Fund, LLC | |
| ☐ USA Securities, LLC | |

224238.1
429629V2

The Harrison Family Trust 7/27/99 filed Proof of Claim No. 10725-2005 against USA Commercial Mortgage Company in the amount of $25,281.25.  The USACM Liquidating Trust (the "USACM Trust") hereby objects to the Harrison Trust claim to the extent that such claim is based on an investment in the USA Capital First Trust Deed Fund, LLC ("FTDF") .  Although the Harrison Trust has attached the form Exhibit "A" for a claim asserted against USACM,  the Harrison Trust has also attached a statement from the FTDF showing an investment of $25,000 in the FTDF. Accordingly, to the extent the Harrison Trust claim was incorrectly filed in the USA Commercial Mortgage Company ("USACM") case, the USACM Trust respectfully requests that this claim be disallowed as a claim against USACM.  To the extent the Harrison Trust seeks to assert a claim against USACM unrelated to its FTDF investment, the USACM Trust reserves its rights to file further objections to such claim at a later date. Any claim asserted by the Harrison Trust against USACM solely on account of its investment in FTDF is derivative of FTDF's claims against USACM.  Under a settlement approved by the Court on June 12, 2007, all such FTDF claims were settled, with FTDF holding a $7.0 million allowed general unsecured claim and beneficial interest in the USACM Liquidating Trust.  The equity interest holders in FTDF will share in any recovery on account of that claim.

The Official Committee of Equity Security Holders of FTDF ("FTDF Committee") further objects to allowance of the Harrison Trust's claim as a claim against the FTDF estate.

Bankruptcy Code section 502 authorizes a party in interest to object to claims.  See 11 U.S.C. § 502(a).  Upon such objection, this Court, "after notice and a hearing, shall determine the amount of such claim in lawful currency of the United States as of the date of the filing of the petition . . . ."  11 U.S.C. § 502(b).  Although a proper proof of claim is presumed valid under Bankruptcy Rule 3001(f), once an objection controverts the presumption, the creditor has the ultimate burden of persuasion as to the validity and

429629V2

224238.1

amount of the claim.  <u>Ashford v. Consolidated Pioneer Mortg. (In re Consoldiated Pioneer Mortg.)</u>, 178 B.R. 222, 226 (9th Cir. B.A.P. 1995), <u>aff'd</u>, 91 F.3d 151 (9th Cir. 1996) (quoting <u>In re Allegheny International, Inc.</u>, 954 F.2d 167, 173-74 (3d Cir. 1992)).

The FTDF Committee has analyzed the Harrison Trust claim and has determined that it has been incorrectly designated as a "proof of claim."  Pursuant to Bankruptcy Code section 502, a "creditor . . . may file a proof of claim."  An equity security interest holder, however, must file a proof of interest.  <u>See</u> 11 U.S.C. § 501(a).  Bankruptcy Code section 101(16) defines "equity security" to include a "share in a corporation, whether or not transferable or denominated 'stock', or *similar security*" or a "warrant or right . . . to purchase, sell, or subscribe to a share, security, or interest" of a share in a corporation. 11 U.S.C. § 101(16) (emphasis added).  <u>See</u> also Nev. Rev. Stat. §86.521 (upon dissolution of a limited liability company, a limited liability company must pay liabilities to creditors before paying liabilities in respect of profits and/or capital to members of the limited liability company).

To the extent the Harrison Trust is asserting a claim against FTDF, such claim appears to be based on its membership in the FTDF and not based on any debt the claimants hold against the FTDF.  For example, annexed to the Harrison Trust claim is an account statement that list the number of shares the Harrison Trust holds in the FTDF, the price of such shares, and the FTDF Member's account identification number.  Membership interests and/or shares in the FTDF clearly fall within the definition of "equity security" under Bankruptcy Code section 101(16).  Thus, the holders of the equity interests are equity security interest holders of the FTDF and do not hold unsecured claims against the FTDF estate.

This objection does not seek to prejudice the rights of the Harrison Trust as an FTDF member to recover from the FTDF estate on account of its membership interest of $25,000, which exact amount is reflected in the FTDF statement attached by the Harrison

429629V2

224238.1

Trust to the Harrison Trust claim. The Harrison Trust shall retain its interest in FTDF in the amount of $25,000 as reflected in the books and records of FTDF. Indeed, the Harrison Trust has received distributions based on this FTDF membership interest to date, with no objection.

Accordingly, the USACM Trust and the FTDF Committee seek entry of an order that will disallow the Harrison Trust claim against USACM to the extent it based on an FTDF investment, disallow any proposed allowance of the Harrison Trust claim in the FTDF case, and appropriately allow the Harrison Trust to retain its equity interest in the FTDF in the amount of $25,000 as reflected in the books and records of FTDF as of the bankruptcy petition filing date.

This objection is made pursuant to Bankruptcy Code section 502, Federal Rule of Bankruptcy Procedure 3007, and Local Rule of Bankruptcy Practice 3007.

Dated: August 8, 2007

By: _/s/ Eve H. Karasik_  
FRANK A. MEROLA (CA State Bar No. 136934),  
EVE H. KARASIK (CA State Bar No. 155356), and  
CHRISTINE M. PAJAK (CA State Bar No. 217173), Members of  
STUTMAN, TREISTER & GLATT, P.C.  
1901 Avenue of the Stars, 12th Floor  
Los Angeles, CA 90067  
Telephone: (310) 228-5600

and

By: /s/ Rob Charles (#006593)  
SUSAN M. FREEMAN  
ROB CHARLES  
LEWIS AND ROCA LLP  
3993 Howard Hughes Parkway, Suite 600  
Las Vegas, NV 89169-0961  
Facsimile (702) 949-8321  
Telephone (702) 949-8320  
COUNSEL FOR USACM Liquidating Trust

429629V2

224238.1

4

**LEWIS AND ROCA LLP — LAWYERS**

1. CANDACE C. CARLYON
2. Shea & Carlyon, Ltd.
   701 Bridger, Suite 850
3. Las Vegas, NV 89101
   Telephone: (702) 471-7432
4. COUNSEL FOR THE
5. OFFICIAL COMMITTEE OF EQUITY
   SECURITY HOLDERS
6. OF USA CAPITAL FIRST TRUST DEED
   FUND, LLC
7.

8.
   Copy of the foregoing
9. Mailed this 8th day of
   August, 2007 to:
10.

11. The Harrison Family Trust 7/27/99
    Thomas B. and Marguerite F. Harrison, TTE
12. Thomas B. and Marguerite F. Harrison
13. 930 Dorcey Drive
    Incline Village, NV 89451
14.

15. By  /s/ Renee L. Creswell

16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.

429629V2

224238.1

5