LEWIS
AND
ROCA
——— LLP ———
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

| E-Filed on 8/8/07 |
|---|

1
2
3
4

5  STUTMAN, TREISTER & GLATT, P.C.          SHEA & CARLYON, LTD.
6  FRANK A. MEROLA                          JAMES PATRICK SHEA
   (CA State Bar No. 136934)                (Nevada State Bar No. 000405)
7  EVE H. KARASIK                           CANDACE C. CARLYON
   (CA State Bar No. 155356)                (Nevada State Bar No. 002666)
8  CHRISTINE M. PAJAK                       SHLOMO S. SHERMAN
   (CA State Bar No. 217173), Members of    (Nevada State Bar No. 009688)
9  1901 Avenue of the Stars, 12ᵗʰ Floor     701 Bridger, Suite 850
   Los Angeles, California 90067            Las Vegas, Nevada 89101
10 Telephone: (310) 228-5600                Telephone: (702) 471-7432
   Facsimile: (310) 228-5788                Facsimile: (702) 471-7435
11 Email:    fmerola@stutman.com            Email:    jshea@sheacarlyon.com
             ekarasik@stutman.com                     ccarlyon@sheacarlyon.com
12           cpajak@stutman.com                       ssherman@sheacarlyon.com

Counsel for the Official Committee Of
13 Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

14                **UNITED STATES BANKRUPTCY COURT**

15                      **DISTRICT OF NEVADA**

16 In re:                                      Case No. BK-S-06-10725-LBR
                                               Case No. BK-S-06-10726-LBR
17 USA COMMERCIAL MORTGAGE COMPANY,            Case No. BK-S-06-10727-LBR
                                               Case No. BK-S-06-10728-LBR
18 USA CAPITAL REALTY ADVISORS, LLC,           Case No. BK-S-06-10729-LBR

19 USA CAPITAL DIVERSIFIED TRUST DEED FUND,    CHAPTER 11
   LLC,
20                                             Jointly Administered Under Case No. BK-S-06-
   USA CAPITAL FIRST TRUST DEED FUND, LLC,     10725 LBR
21
   USA SECURITIES, LLC,                        **Partial Objection of USACM Trust To Robert
22                              Debtors.        Lange and Robert R. Lange Family Trust
                                               Claims to the Extent Filed in Wrong Debtor's
23    **Affects:**                              Case and as Duplicative; Objection of FTDF to
      ☐ All Debtors                            Proposed Allowance of Claim**
24    ☒ USA Commercial Mortgage Company
      ☐ USA Capital Realty Advisors, LLC       Hearing Date:    October 15, 2007
25    ☐ USA Capital Diversified Trust Deed Fund, LLC   Hearing Time:    9:30 a.m.
      ☒ USA Capital First Trust Deed Fund, LLC
26    ☐ USA Securities, LLC

429642V3

224218.1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

Robert Lange, through Bernard Lange as Attorney in Fact for the deceased Robert Lange ("Lange") filed Proof of Claim No. 10725-01469 against USA Commercial Mortgage Company ("USACM") in the amount of $150,000.00.  The Robert R. Lange Family Trust ("Lange Trust") also filed Proof of Claim No. 10725-01476 against USACM in the amount of $150,000.00.  The proof of claim attachments show that both claims are based on the same two transactions: a $50,000 direct loan by the Lange Trust serviced by USACM and a $100,000 equity investment by the Lange Trust in USA Capital First Trust Deed Fund, LLC ("FTDF").  The USACM Liquidating Trust (the "USACM Trust") hereby objects at this time to (1) the duplicative claims; both are based on transactions by Lange on behalf of the Lange Trust; and (2) the portion of the Lange and Lange Trust claim that is based on the FTDF equity investment.  The USACM Trust files this objection without waiving the right to file additional objections to the substance of the USACM portion of the claim later. To the extent based on the FTDF investment, the duplicative Lange and Lange Trust claims are claims that were incorrectly filed in the USACM case.

The USACM Trust respectfully requests that (1) the Lange claim be stricken as duplicative of the Lange Trust claim, and (2) the FTDF investment portion of the remaining Lange Trust claim be disallowed as a claim against USACM.  Any claim held by Lange or the Lange Trust against USACM solely on account of an investment in FTDF is derivative of FTDF's claims against USACM.  Under a settlement approved by the Court on June 12, 2007, all such FTDF claims were settled, with FTDF holding a $7.0 million allowed general unsecured claim and beneficial interest in the USACM Liquidating Trust.  The equity interest holders in FTDF will share in any recovery on account of that claim.

The Official Committee of Equity Security Holders of FTDF ("FTDF Committee") further objects to allowance of the Lange claim since (1) it is  are duplicative of the Lange Trust claim; and (2) the FTDF equity interest is held in the name of the Lange Trust alone.

429642V3

224218.1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

Second, the FTDF Committee objects to allowance of the remaining Lange Trust claim insofar as it is classified as a claim against the FTDF estate.

Bankruptcy Code section 502 authorizes a party in interest to object to claims.  <u>See</u> 11 U.S.C. § 502(a).  Upon such objection, this Court, "after notice and a hearing, shall determine the amount of such claim in lawful currency of the United States as of the date of the filing of the petition . . . ."  11 U.S.C. § 502(b).  Although a proper proof of claim is presumed valid under Bankruptcy Rule 3001(f), once an objection controverts the presumption, the creditor has the ultimate burden of persuasion as to the validity and amount of the claim.  <u>Ashford v. Consolidated Pioneer Mortg. (In re Consolidated Pioneer Mortg.)</u>, 178 B.R. 222, 226 (9th Cir. B.A.P. 1995), <u>aff'd</u>, 91 F.3d 151 (9th Cir. 1996) (quoting <u>In re Allegheny International, Inc.</u>, 954 F.2d 167, 173-74 (3d Cir. 1992)).

The FTDF Committee has analyzed the Lange Trust claim and has determined that it has been incorrectly designated as a "proof of claim."  Pursuant to Bankruptcy Code section 502, a "creditor . . . may file a proof of claim."  An equity security interest holder, however, must file a proof of interest.  <u>See</u> 11 U.S.C. § 501(a).  Bankruptcy Code section 101(16) defines "equity security" to include a "share in a corporation, whether or not transferable or denominated 'stock', or *similar security*" or a "warrant or right . . . to purchase, sell, or subscribe to a share, security, or interest" of a share in a corporation. 11 U.S.C. § 101(16) (emphasis added).  <u>See</u> <u>also</u> Nev. Rev. Stat. §86.521 (upon dissolution of a limited liability company, a limited liability company must pay liabilities to creditors before paying liabilities in respect of profits and/or capital to members of the limited liability company).

The Lange Trust claim clearly reflects that it is based on its membership in the FTDF and not based on any debt the claimants hold against the FTDF.  For example, annexed to the Lange Trust claim  are account statements that list the number of shares the Lange Trust holds in the FTDF, the price of such shares, and the FTDF Member's account

429642V3

224218.1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

identification number.  Membership interests and/or shares in the FTDF clearly fall within the definition of "equity security" under Bankruptcy Code section 101(16).  Thus, the holders of the equity interests are equity security interest holders of the FTDF and do not hold unsecured claims against the FTDF estate.

This objection does not seek to prejudice the rights of the Lange Trust as an FTDF member to recover from the FTDF estate on account of its membership interest of $100,488.50, which slightly exceeds the amount asserted in the Lange Trust claim. The Lange Trust shall retain its interest in FTDF in the amount of $100,488.50 as reflected in the books and records of FTDF.  Indeed, the Lange Trust has received distributions based on this FTDF membership interest to date, with no objection.

Accordingly, the USACM Trust and the FTDF Committee seek entry of an order that will disallow the Lange Trust claims against USACM, disallow any proposed allowance of the Lange Trust claims in the FTDF case, and appropriately allow the Lange Trust to retain its equity interest in the FTDF in the amount of $100,488.50 as reflected in the books and records of FTDF as of the bankruptcy petition filing date.

///
///
///
///
///
///
///
///
///
///
///

429642V3

224218.1

LEWIS
AND
ROCA
—LLP—
L A W Y E R S

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

This objection is made pursuant to Bankruptcy Code section 502, Federal Rule of Bankruptcy Procedure 3007, and Local Rule of Bankruptcy Practice 3007.

Dated:  August 8, 2007

By:  */s/ Eve H. Karasik*
FRANK A. MEROLA (CA State Bar
No. 136934),
EVE H. KARASIK (CA State Bar
No. 155356), and
CHRSTINE M.PAJAK (CA State Bar No.
271713), Members of
STUTMAN, TREISTER & GLATT, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA  90067
Telephone:  (310) 228-5600

and

CANDACE C. CARLYON
Shea & Carlyon, Ltd.
701 Bridger, Suite 850
Las Vegas, NV  89101
Telephone:  (702) 471-7432
COUNSEL FOR THE
OFFICIAL COMMITTEE OF EQUITY
SECURITY HOLDERS
OF USA CAPITAL FIRST TRUST DEED
FUND, LLC

Copy of the foregoing
Mailed this 8th day of
August, 2007 to:

Robert Lange and
Robert R. Lange Family Trust
c/o Bernard Lange
7915 Helena Ave.
Las Vegas, NV 89129
By ___*/s/  Renee L. Creswell*_____

By:  /s/ Rob Charles (#006593)
SUSAN M. FREEMAN
ROB CHARLES
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961
Facsimile (702) 949-8321
Telephone (702) 949-8320
COUNSEL FOR USACM Liquidating
Trust

429642V3

5

224218.1