**LEWIS AND ROCA LLP LAWYERS**

E-Filed on 8/8/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666) |
| CHRISTINE M. PAJAK | SHLOMO S. SHERMAN |
| (CA State Bar No. 217173), Members of | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 701 Bridger, Suite 850 |
| Los Angeles, California 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| Facsimile: (310) 228-5788 | Facsimile: (702) 471-7435 |
| Email:    fmerola@stutman.com | Email:    jshea@sheacarlyon.com |
|               ekarasik@stutman.com |               ccarlyon@sheacarlyon.com |
|               aparlen@stutman.com |               ssherman@sheacarlyon.com |

Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC, | |
| Debtors. | **Partial Objection of USACM Trust To Coxey Living Trust Claim to the Extent Filed in Wrong Debtor's Case; Objection of FTDF to Claim as Duplicative of Claims Previously Disallowed and Reclassified As Equity Interests in Corrected Amounts** |
| **Affects:** | |
| ☐ All Debtors | |
| ☒ USA Commercial Mortgage Company | |
| ☐ USA Capital Realty Advisors, LLC | |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | |
| ☒ USA Capital First Trust Deed Fund, LLC | Hearing Date:    October 15, 2007 |
| ☐ USA Securities, LLC | Hearing Time:    9:30 a.m. |

224234.1
429620V1

Coxey Living Trust, Kenneth D. Coxey and Valerie Coxey ("Coxey") filed Proof of Claim No. 10725-00150 against USA Commercial Mortgage Company ("USACM") in the amount of $252,519.44.  The proof of claim attachments show it is based on several loans serviced by USACM, and also in part on a $100,000 equity investment in USA Capital First Trust Deed Fund, LLC ("FTDF") by Kenneth D. and Valerie Coxey on behalf of the Coxey Living Trust, shown to have a "book value" of $104,000.62.  The USACM Liquidating Trust (the "USACM Trust") hereby objects at this time to the portion of the Coxey claim that is based on the FTDF equity investment ($104,000.62), without waiving the right to file additional objections to the remainder of the claim ($148,518.82) at a later date. To the extent based on the FTDF investment, it is a claim that was incorrectly filed in the USACM case.

The USACM Trust respectfully requests that the FTDF investment portion of this claim ($104,000.62) be disallowed as a claim against USACM.  Any claim held by Coxey against USACM solely on account of an investment in FTDF is derivative of FTDF's claims against USACM.  Under a settlement approved by the Court on June 12, 2007, all such FTDF claims were settled, with FTDF holding a $7.0 million allowed general unsecured claim and beneficial interest in the USACM Liquidating Trust.  The equity interest holders in FTDF will share in any recovery on account of that claim.

The Official Committee of Equity Security Holders of FTDF ("FTDF Committee") further objects to any proposed allowance of the Coxey claim against the FTDF estate. Coxey filed a claim in the FTDF estate, *i.e.* claim number 10728-00148 in the amount of $101,260.86 based upon its membership interests in FTDF.  The FTDF Committee objected to this claim.  By order of March 21, 2007 (D 3229), the Coxey claim was reclassified as a FTDF equity interest.  Because the claim as filed reflected an amount in excess of the amount shown on FTDF's records as the amount of the Coxey equity interest as of the petition date, the March 21, 2007 order also provided that the Coxey claim to be

429620V1

224234.1

allowed as a proof of interest would be limited to $100,000. Coxey is not entitled to a duplicative claim or interest in the FTDF case on account of its mis-filing of a proof of claim in the USACM case. Accordingly, the FTDF Committee objects to any proposed allowance of the Coxey claim in the FTDF case, as duplicative of the Coxey claim previously allowed as a reclassified proof of interest in the amounts of $100,000.

This objection is made pursuant to Bankruptcy Code section 502, Federal Rule of Bankruptcy Procedure 3007, and Local Rule of Bankruptcy Practice 3007.

Dated: August 8, 2007

By: __/s/ Eve H. Karasik__
FRANK A. MEROLA (CA State Bar No. 136934),
EVE H. KARASIK (CA State Bar No. 155356), and
CHRISTINE M. PAJAK (CA State Bar No. 217173), Members of
STUTMAN, TREISTER & GLATT, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600

and

CANDACE C. CARLYON
Shea & Carlyon, Ltd.
701 Bridger, Suite 850
Las Vegas, NV 89101
Telephone: (702) 471-7432
COUNSEL FOR THE
OFFICIAL COMMITTEE OF EQUITY
SECURITY HOLDERS
OF USA CAPITAL FIRST TRUST DEED
FUND, LLC

By: __/s/ Rob Charles (#006593)__
SUSAN M. FREEMAN
ROB CHARLES
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961
Facsimile (702) 949-8321
Telephone (702) 949-8320
COUNSEL FOR USACM Liquidating Trust

224234.1

429620V1

3

**LEWIS AND ROCA LLP — LAWYERS**

1  Copy of the foregoing
2  Mailed this 8th day of August, 2007 to:
3
4  The Coxey Living Trust
   1945 Hidden Meadows Dr.
5  Reno, NV 89502
6  By    /s/  Renee L. Creswell

429620V1

224234.1

4