LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

E-Filed on 8/8/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666) |
| CHRISTINE M. PAJAK | SHLOMO S. SHERMAN |
| (CA State Bar No. 217173), Members of | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 701 Bridger, Suite 850 |
| Los Angeles, California 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| Facsimile: (310) 228-5788 | Facsimile: (702) 471-7435 |
| Email:      fmerola@stutman.com | Email:      jshea@sheacarlyon.com |
|          ekarasik@stutman.com |          ccarlyon@sheacarlyon.com |
|          aparlen@stutman.com |          ssherman@sheacarlyon.com |

Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| | |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | |
| | |
| USA SECURITIES, LLC, | **Notice of Hearing; Partial Objection of USACM Trust To Coxey Living Trust Claim to the Extent Filed in Wrong Debtor's Case; Objection of FTDF to Claim as Duplicative of Claims Previously Disallowed and Reclassified As Equity Interests in Corrected Amounts** |
| Debtors. | |
| **Affects:** | |
| ☐ All Debtors | |
| ☒ USA Commercial Mortgage Company | |
| ☐ USA Capital Realty Advisors, LLC | |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | |
| ☒ USA Capital First Trust Deed Fund, LLC | Hearing Date:      October 15, 2007 |
| ☐ USA Securities, LLC | Hearing Time:      9:30 a.m. |

224262.1



# NOTICE OF OBJECTION TO CLAIM

**THE USACM LIQUIDATING TRUST AND THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC ARE OBJECTING TO THE CLAIMS THAT <u>YOU</u> FILED.  UNLESS THE RESPONSE DEADLINE IS ADVANCED BY THE COURT, THE DEADLINE TO RESPOND TO THE OBJECTION IS <u>OCTOBER 8, 2007.  PLEASE DO NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF YOUR CLAIM.</u>  QUESTIONS REGARDING THE AMOUNT OF A CLAIM OR THE FILING OF A CLAIM SHOULD BE DIRECTED TO BMC GROUP AT 888-909-0100, OR <u>WWW.BMCGROUP.COM/USACMC</u>, or to the undersigned counsel.  <u>Your claim may be reduced, modified, or eliminated.</u>  You should read these papers carefully and discuss them with your attorney, if you have one.**

**NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust, by and through its counsel, has filed an Objection to your claim filed in USA Commercial Mortgage Company, Case No. 06-10725 on the ground that the claim is a debt of USA Capital First Trust Deed Fund, LLC Case No. 06-10728 ("FTDF").  The Official Committee of Equity Security Holders of FTDF (the "FTDF Committee"), by and through its counsel, further objects to any proposed allowance of your claim against the FTDF estate.  A copy of the Objection is provided to you with this notice.

The Objection requests that the Court enter an order disallowing all or part of your claim as to USACM and FTDF.  If the Court grants the requested relief, it will not affect your existing equity interest in the FTDF estate to the extent you hold an equity interest in FTDF.

**NOTICE IS FURTHER GIVEN** that, unless the hearing date is advanced by the Court, the hearing on the Objection will be held before the Honorable Linda B. Riegle,

224262.1

2



1
2   United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard

3   South, Courtroom 1, Las Vegas, Nevada, on **OCTOBER 15, 2007 at the hour of**

4   **9:30 a.m**.  **THE HEARING WILL BE HELD FOR THE PURPOSE OF STATUS**

    **CHECKS AND SCHEDULING EVIDENTIARY HEARINGS ONLY.  NO**
5
    **ARGUMENTS WILL BE HEARD ON THAT DATE. HOWEVER, IF THERE IS**
6
    **NO RESPONSE TO THE OBJECTION, THE COURT MAY GRANT THE**
7
    **RELIEF REQUESTED IN THE OBJECTION AND DISALLOW THE CLAIMS**
8
    **FILED AGAINST USACM AND THE FTDF.**
9
            **NOTICE IS FURTHER GIVEN** that, unless the response deadline is advanced by
10
    the Court, any response to the Objection must be filed by October 8, 2007 pursuant to
11
    Local Rule 3007(b), which states:
12
        If an objection to a claim is opposed, a written response must be filed and
13      served on the objecting party at least 5 business days before the scheduled
        hearing.  A response is deemed sufficient if it states that written
14      documentation in support of the proof of claim has already been provided to
        the objecting party and that the documentation will be provided at any
15      evidentiary hearing or trial on the matter.

16      If you object to the relief requested, you *must* file a **WRITTEN** response to
        this pleading with the Court.  You *must* also serve your written response on
17      the person who sent you this notice.

18      If you do not file a written response with the Court, or if you do not serve
        your written response on the person who sent you this notice, then:
19
        •   The Court may *refuse to allow you to speak* at the scheduled hearing;
20              and

21      •   The Court may *rule against you* without formally calling the matter at
                the hearing.
22

23

24

25

26

                                                                                      224262.1

LEWIS
AND
ROCA
—LLP—
L A W Y E R S

1

2          Dated:  August 8, 2007

3    By:    /s/ Eve H. Karasik                    By:  /s/ Rob Charles (#006593)
     FRANK A. MEROLA (CA State Bar        SUSAN M. FREEMAN
4    No. 136934),                                  ROB CHARLES
5    EVE H. KARASIK (CA State Bar         LEWIS AND ROCA LLP
     No. 155356), and                            3993 Howard Hughes Parkway, Suite 600
6    CHRISTINE M. PAJAK (CA State Bar     Las Vegas, NV 89169-0961
     No. 217173), Members of                 Facsimile (702) 949-8321
7    STUTMAN, TREISTER & GLATT, P.C.   Telephone (702) 949-8320
8    1901 Avenue of the Stars, 12th Floor     COUNSEL FOR USACM Liquidating
     Los Angeles, CA  90067                  Trust
9    Telephone:  (310) 228-5600

10   and

11
     CANDACE C. CARLYON
12   Shea & Carlyon, Ltd.
     701 Bridger, Suite 850
13   Las Vegas, NV  89101
14   Telephone:  (702) 471-7432
     COUNSEL FOR THE
15   OFFICIAL COMMITTEE OF EQUITY
     SECURITY HOLDERS
16   OF USA CAPITAL FIRST TRUST DEED
17   FUND, LLC

18

19
     Copy of the foregoing
20   Mailed this 8th day of
     August, 2007 to:
21

22   The Coxey Living Trust
     1945 Hidden Meadows Dr.
23   Reno, NV 89502

24
     By    /s/  Renee L. Creswell
25

26

224262.1

4