**LEWIS AND ROCA LLP LAWYERS**

E-Filed on 8/8/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666) |
| CHRISTINE M. PAJAK | SHLOMO S. SHERMAN |
| (CA State Bar No. 217173), Members of | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 701 Bridger, Suite 850 |
| Los Angeles, California 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| Facsimile: (310) 228-5788 | Facsimile: (702) 471-7435 |
| Email:  fmerola@stutman.com | Email:  jshea@sheacarlyon.com |
|   ekarasik@stutman.com |   ccarlyon@sheacarlyon.com |
|   aparlen@stutman.com |   ssherman@sheacarlyon.com |

Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC, | **Objection of USACM Trust To Frieda Moon fbo Sharon C. Van Ert Claims Filed in Wrong Debtor's Case; Objection of FTDF to Claims as Duplicative of Claims Previously Disallowed and Reclassified As Equity Interests in Corrected Amounts** |
| Debtors. | |
| **Affects:** | |
| ☐ All Debtors | |
| ☒ USA Commercial Mortgage Company | Hearing Date:    October 15, 2007 |
| ☐ USA Capital Realty Advisors, LLC | Hearing Time:    9:30 a.m. |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | |
| ☒ USA Capital First Trust Deed Fund, LLC | |
| ☐ USA Securities, LLC | |

224232.1
429592V2

Frieda Moon f/b/o Sharon C. Van Ert filed the following Proofs of Claim against USA Commercial Mortgage Company:

10725-00012-1 in the amount of $35,583.34 on May 23, 2006

10725-00012-2 in the amount of $35,583.34 on December 6, 2006

10725-00013-1 in the amount of $17,538.18 on May 23, 2006

10725-00013-2 in the amount of $17,538.18 on December 6, 2006

The USACM Liquidating Trust (the "USACM Trust") hereby objects to Ms. Moon's claims as filed on May 23, 2006, *i.e.* 10725-00012-1 and 10725-00013-1 ("May 23 Claims"), and reserves the right to object at a later date to the December 6, 2006 claims, *i.e.* 10725-00012-1 and 10725-00013-1 ("December 6, 2006 Claims"). The basis for the May 23, 2006 Claims is shown on their face and in the attachments as investments in USA Capital First Trust Deed Fund, LLC ("FTDF"). Accordingly, the May 23, 2006 Claims were incorrectly filed in the USA Commercial Mortgage Company ("USACM") case.

The USACM Trust respectfully requests that the May 23, 2006 Claims be disallowed as claims against USACM. To the extent the May 23, 2006 Claims are asserted against USACM solely on account of her investments in FTDF, they are derivative of FTDF's claims against USACM. Under a settlement approved by the Court on June 12, 2007, all such FTDF claims were settled, with FTDF holding a $7.0 million allowed general unsecured claim and beneficial interest in the USACM Liquidating Trust. The equity interest holders in FTDF will share in any recovery on account of that claim. Ms. Moon's December 6, 2006 Claims assert damages for alleged misrepresentation, and will be addressed in separate claim objections. The USACM Trust previously objected to the May 23, 2006 Claims insofar as they alleged they were secured claims, in its Eleventh Omnibus objection to claims. By order of May 29, 2007, the Court previously ruled the claims are not secured (D 3807).

429592V2



The Official Committee of Equity Security Holders of FTDF ("FTDF Committee") further object to any proposed allowance of Ms. Moon's May 23, 2006 Claims against the FTDF estate. Ms. Moon filed duplicative claims in the FTDF estate, *i.e.* claim numbers 6 and 7, in the same amounts ($35,583.34 and $17,538.18) based upon the same membership interests in FTDF. The FTDF Committee objected to these claims. By order of September 14, 2006 (D 1278) and March 27, 2007 (D 3230 ) (the "Orders"), the Moon claims were disallowed and reclassified as equity interests. Because the claims as filed reflected amounts in excess of the amounts shown on FTDF's records as the amount of the Moon equity interests as of the petition date, the Orders also provided that the Moon claims were allowed as proofs of interest in the amounts of $35,000 and $17,279. Ms. Moon is not entitled to duplicative claims or duplicative interests in the FTDF case on account of her mis-filing of proofs of claim in the USACM case. Accordingly, the FTDF Committee objects to any proposed allowance of the Moon May 23, 2006 Claims in the FTDF case, as duplicative of the Moon claims previously allowed as reclassified proofs of interest in the amounts of $35,000.00 and $17,279.00.

This objection is made pursuant to Bankruptcy Code section 502, Federal Rule of Bankruptcy Procedure 3007, and Local Rule of Bankruptcy Practice 3007.

Dated: August 8, 2007

By: __/s/ Eve H. Karasik__
FRANK A. MEROLA (CA State Bar No. 136934),
EVE H. KARASIK (CA State Bar No. 155356), and
CHRISTINE M. PAJAK (CA State Bar No. 217173), Members of
STUTMAN, TREISTER & GLATT, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA  90067
Telephone:  (310) 228-5600

By: /s/ Rob Charles (#006593)
SUSAN M. FREEMAN
ROB CHARLES
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961
Facsimile (702) 949-8321
Telephone (702) 949-8320
COUNSEL FOR USACM Liquidating Trust

429592V2

224232.1

LEWIS AND ROCA LLP — LAWYERS

1
2  and

3  CANDACE C. CARLYON
   Shea & Carlyon, Ltd.
4  701 Bridger, Suite 850
5  Las Vegas, NV 89101
   Telephone: (702) 471-7432
6  COUNSEL FOR THE
   OFFICIAL COMMITTEE OF EQUITY
7  SECURITY HOLDERS
8  OF USA CAPITAL FIRST TRUST DEED
   FUND, LLC
9

10
   Copy of the foregoing
11 Mailed this 8th day of
   August, 2007 to:
12

13 Frieda Moon f/b/o Sharon C. Van Ert
   2504 Callita Court
14 Las Vegas, NV 89102

15
   Nancy L. Allf
16 Gonzalez Saggio and Harlan
   411 E. Bonneville Ave., Ste. 100
17 Las Vegas, NV 89101
18 Attorneys for Frieda Moon f/b/o Sharon C. Van Ert

19 By    /s/ Renee L. Creswell

20
21
22
23
24
25
26

429592V2

224232.1

4