**Entered on Docket**
**August 09, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                         Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

1850664.1

# STIPULATED ORDER APPROVING WITHDRAWAL OF CLAIM FILED BY HOUSTON REVOCABLE FAMILY TRUST AND SUSAN HOUSTON

The Stipulation to withdraw the proofs of claim filed by the Houston Revocable Family Trust dated 12/20/85, William and Susan Houston Trustees, and Susan Houston, [DE 4426] came before the Court for consideration. No notice being necessary and good cause appearing, it is

ORDERED approving the Stipulation and:

- Proof of Claim No. 10725-01804 filed by the Houston Revocable Family Trust dated 12/20/85, William and Susan Houston Trustees in the amount of $100,000.00, is hereby deemed withdrawn;

- Proof of Claim No. 10725-01805 filed by Susan Houston in the amount of $100,000.00 is deemed withdrawn.

- No further notice shall be given to Houston.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
   Susan M. Freeman
   Rob Charles
*Attorneys for USACM Liquidating Trust*

APPROVED/DISAPPROVED

*William H. Houston* (signature)

William Houston, Trustee for the Houston Revocable Family Trust dated 12/20/85

[ July 20, 2007 ]

APPROVED/DISAPPROVED

(signature)

Susan Houston, Trustee for the Houston Revocable Family Trust dated 12/20/85

APPROVED/DISAPPROVED

(signature)

Susan Houston

1850664.1