**Entered on Docket
August 09, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

_____

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Date: April 26, 2007<br>Time: 9:30 a.m |
| USA SECURITIES, LLC,       Debtors. | **Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

1839160.1

**ORDER SUSTAINING SEVENTEENTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS EXCEPT PROOF OF CLAIM NO. 10725-00572 FILED BY EDWARD KLINE, PROOF OF CLAIM NO. 10725-02302 FILED BY NANCY N. LAFLEUR. PROOF OF CLAIM NO. 10725-02210 FILED BY LARRY AND PATSY RIEGER**

The USACM Liquidating Trust (the "USACM Trust") filed its Seventeenth Omnibus Objection to Claims Asserting Secured Status [DE 3165] (the "Objection") on March 20, 2007. Appropriate notice of the Objection was given. Responses to the Objection were filed with the Court as follows:

- Responses filed by Edward Kline [DE 3475] and [DE 3476] pertaining to Claim No. 10725-00572. Counsel filed a motion for summary judgment as to this claim on July 30, 2007 [DE 4291]. Counsel deleted Mr. Kline's claim from the Exhibit to the Seventeenth Omnibus Objection attached to this Order.

- Opposition filed by the Mantas Group on behalf of Nancy N. LaFleur in regard to Claim No. 10725-02302 [DE 3507]. An Order Approving Stipulation with counsel allowing the claim as an unsecured claim, albeit subject to further objection, was filed with this Court on June 4, 2007 [DE 3887]. Counsel deleted Nancy LaFleur's claim from the exhibit to the Seventeenth Omnibus Objection attached to this Order.

- Response filed by Larry and Patsy Rieger pertaining to Claim No. 10725-02210. Counsel filed a motion for summary judgment as to this claim on July 30, 2007 [DE 4291]. Counsel deleted Mr. and Ms. Rieger's claim from the Exhibit to the Seventeenth Omnibus Objection attached to this Order.

No other responses were filed with this Court. The Objection came before the Court for hearing on April 26, 2007 at 9:30 a.m. Good cause appearing, it is

ORDERED:

- Sustaining the USACM Trust's Seventeenth Omnibus Objection to Claims Asserting Secured Status;

- Reclassifying the Proofs of Claim listed on Exhibit A attached as general unsecured claims; and
- Reserving the right of any party in interest, including the USACM Trust, to further object to any and all claims listed on Exhibit A attached as unsecured claims or otherwise, whether or not the subject of this Objection.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By:  /s/ RC (#0006593)
      Susan M. Freeman
      Rob Charles
*Attorneys for USACM Liquidating Trust*

1839160.1

| | |
|---|---|
| (APPROVED)/DISAPPROVED | APPROVED/DISAPPROVED |
| | **BOLICK & BOYER** |
| *Edward Kline* (signed) | By:_____ |
| Edward Kline | Erven T. Nelson, NV 2332 |
| | *Attorneys for Mantas Group* |
| APPROVED/DISAPPROVED | APPROVED/DISAPPROVED |
| _____ | _____ |
| Larry L. Rieger, Trustee | Patsy R. Rieger, Trustee |

1839160.1

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

- ☐ The Court waived the requirements of LR 9021.

- ☒ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing regarding this matter and/or who filed a written objection and each has:

    - ☒ approved the form of this order;
    - ☐ waived the right to review the order;
    - ☐ failed to file and serve papers in accordance with LR 9021(c); and/or
    - ☒ failed to sign and return this proposed order within five (5) business days in accordance with LR 9021(b) (Erven T. Nelson, Counsel for Nancy LaFleur, Larry L. Rieger; and Patsy R. Rieger).

- ☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order.

- ☐ No opposition was filed and no other party or counsel appeared at the hearing.

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
Susan M. Freeman
Rob Charles
*Attorneys for USACM Liquidating Trust*

1839160.1

**17th Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims**

| | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | Kenneth H & Phyllis P Wyatt Family Trust<br>Kenneth & Phyllis Wyatt Ttees<br>Po Box 370400<br>Las Vegas, NV  89137-0400 | 10725-01600 | 12/8/2006 | $54,253.44 | S |
| 2 | Kenneth H & Phyllis P Wyatt Family Trust<br>Kenneth & Phyllis Wyatt Ttees<br>Po Box 370400<br>Las Vegas, NV  89137-0400 | 10725-01602 | 12/8/2006 | $108,166.65 | S |
| 3 | Kenneth H & Phyllis P Wyatt Family Trust<br>Kenneth & Phyllis Wyatt Ttees<br>Po Box 370400<br>Las Vegas, NV  89137-0400 | 10725-01605 | 12/8/2006 | $54,083.35 | S |
| 4 | Kenneth H & Phyllis P Wyatt Family Trust<br>Kenneth & Phyllis Wyatt Ttees<br>Po Box 370400<br>Las Vegas, NV  89137-0400 | 10725-01825 | 12/28/2006 | $135,208.35 | S |
| 5 | Kenneth H & Phyllis P Wyatt Family Trust<br>Kenneth & Phyllis Wyatt Ttees<br>Po Box 370400<br>Las Vegas, NV  89137-0400 | 10725-01826 | 12/29/2006 | $54,083.35 | S |
| 6 | Kenneth H & Phyllis P Wyatt Family Trust<br>Kenneth & Phyllis Wyatt Ttees<br>Po Box 370400<br>Las Vegas, NV  89137-0400 | 10725-01827 | 12/28/2006 | $108,166.65 | S |
| 7 | Kenneth L Schumann Living Trust<br>C/O Kenneth L Schumann Ttee<br>10 Town Plz #99<br>Durango, CO  81301-5104 | 10725-00882 | 10/31/2006 | $125,000.00 | S |
| 8 | Kern, Francis<br>1060 Country Ridge Dr<br>Sparks, NV  89434 | 10725-00808 | 10/30/2006 | $90,000.00 | S |
| 9 | Kerner Ttee Of The Kerner Revocable Tr, Melvin W<br>15754 Sunset Dr<br>Poway, CA  92064 | 10725-02288 | 1/12/2007 | $50,746.52 | S, U |

918104   17th Objection to Claims Asserting Secured Claim Status

**EXHIBIT A**

1

| | | | | | |
|---|---|---|---|---|---|
| 10 | Kiven Joint Tenants, Norman & Caryn<br>Andrew J Abrams Esq<br>Sugar Friedberg & Felsenthal Llp<br>30 N Lasalle St Ste 3000<br>Chicago, IL 60602 | 10725-01301 | 11/10/2006 | $75,000.00 | S |
| 11 | Kiven, Norman<br>Andrew J Abrams Esq<br>Sugar Friedberg & Felsenthal Llp<br>30 N Lasalle St Ste 3000<br>Chicago, IL 60602 | 10725-01297 | 11/10/2006 | $1,040,000.00 | S |
| 12 | Kiwi Nevada Lp<br>Po Box 370400<br>Las Vegas, NV 89137-0400 | 10725-01603 | 12/8/2006 | $54,183.35 | S |
| 13 | KiWI Nevada Lp<br>Po Box 370400<br>Las Vegas, NV 89137-0400 | 10725-01723 | 12/11/2006 | $40,149.91 | S |
| 14 | KiWI Nevada Lp<br>Po Box 370400<br>Las Vegas, NV 89137-0400 | 10725-01732 | 12/11/2006 | $24,318.02 | S |
| 15 | Klay Ttes Of The Klay Living Trust, Othmar & Christine<br>5530 Lausanne Dr<br>Reno, NV 89511 | 10725-02177 | 1/12/2007 | $354,236.95 | S, U |
| 16 | | | | | |
| 17 | Km Financials LLC<br>4847 Damon Cir<br>Salt Lake City, UT 84117-5854 | 10725-02053 | 1/11/2007 | $50,883.56 | S, U |
| 18 | Km Group A Nevada General Partnership<br>Aime Kearns<br>5886 N Bonita Vista St<br>Las Vegas, NV 89149 | 10725-01999 | 1/10/2007 | $152,179.67 | S, U |
| 19 | Knobel Ii, Robert H & Matthew S<br>225 Riverton Rd<br>Weddington, NC 28104-6003 | 10725-01642 | 12/8/2006 | $57,423.52 | S |
| 20 | Koerwitz Ttees Family Trust Dtd 5/13/03, Kenneth W & Jan Case<br>Kenneth & Jan Case Koerwitz Fam Trust<br>44 Winfield Ln<br>Walnut Creek, CA 94595 | 10725-02046 | 1/11/2007 | $764,002.88 | S, U |
| 21 | Kolbert, Carl<br>11200 Bondshire Dr<br>Reno, NV 89511 | 10725-01690 | 12/11/2006 | $49,521.00 | S |

918104   17th Objection to Claims Asserting Secured Claim Status

**EXHIBIT A**

2

| # | Name / Address | Claim # | Date | Amount | Status |
|---|---|---|---|---|---|
| 22 | Kopf, Klaus & Colette<br>8096 Merlewood Ave<br>Las Vegas, NV  89117-7647 | 10725-00591 | 10/16/2006 | $50,000.00 | S |
| 23 | Kpt Irrevocable Trust<br>C/O Karen Petersen Tyndall Ttee<br>1012 Greystoke Acres St<br>Las Vegas, NV  89145-8659 | 10725-00796 | 11/9/2006 | $202,866.38 | S |
| 24 | Kpt Irrevocable Trust<br>C/O Karen Petersen Tyndall Ttee<br>1012 Greystoke Acres St<br>Las Vegas, NV  89145-8659 | 10725-01194 | 11/10/2006 | $202,866.38 | S |
| 25 | Kriss, Arthur I<br>2398 West 1050 N<br>Hurricane, UT  84737 | 10725-01877 | 1/8/2007 | $24,483.61 | S |
| 26 | Kriss, Arthur I<br>2398 West 1050 North<br>Hurricane, UT  84737 | 10725-01874 | 1/8/2007 | $50,000.00 | S |
| 27 | Kriss, Arthur I<br>2398 West 1050 North<br>Hurricane, UT  84737 | 10725-01875 | 1/8/2007 | $120,000.00 | S |
| 28 | Kriss, Arthur I<br>2398 West 1050 North<br>Hurricane, UT  84737 | 10725-01876 | 1/8/2007 | $50,000.00 | S |
| 29 | Krynzel, David B.<br>Individually and as Managing Partner of Gold Runner LLC<br>740 Aldo Rae Court<br>Henderson. NV 89052 | 10725-02429 | 1/12/2007 | $57,374.31 | S |
| 30 | Kubly Jtwos, Marshall D & Kathleen<br>4687 Bradford Ln<br>Reno, NV  89509 | 10725-00139 | 8/15/2006 | $60,000.00 | S<br>U - Unknown |
| 31 | Kwong, Wendy<br>1817 California St Unit # 211<br>San Francisco, CA  94109 | 10725-01255 | 11/10/2006 | $1,040.36 | S |
| 32 | Ladd, Dina<br>355 Mogul Mountain Dr.<br>Reno, NV  89523-9622 | 10725-01845 | 1/4/2007 | $25,000.00 | S |
| 33 | Laena Emmerich Survivors Trust Dtd 5/18/89<br>C/O Todd A Humphrey Trustee<br>18665 Meadowlark Ct<br>Penn Valley, CA  95946-9655 | 10725-00440 | 10/4/2006 | $100,000.00 | S |

918104   17th Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

3

| # | Name/Address | Claim # | Date | Amount | Status |
|---|---|---|---|---|---|
| 34 | Lafayette, Joseph B & Catherine D<br>9030 Junipero Ave<br>Atascadero, CA  93422 | 10725-02189 | 1/12/2007 | $205,185.87 | S, U |
| 35 | | | | | |
| 36 | Land Exchange Accommodators<br>2775 S Rainbow Blvd<br>Ste 150<br>Las Vegas, NV  89146-5192 | 10725-01192 | 11/10/2006 | $204,537.67 | S |
| 37 | Land Exchange Accommodators<br>Po Box Ste 150<br>2775 S Rainbow Blvd<br>Las Vegas, NV  89146-5192 | 10725-01197 | 11/10/2006 | $304,241.10 | S |
| 38 | Lange, Robert<br>7915 Helena Ave<br>Las Vegas, Nv  89129 | 10725-01469 | 11/16/2006 | $150,000.00 | S |
| 39 | Lanzas, Jose M & Gladys<br>3345 Spotted Fawn Dr<br>Orlando, FL  32817-5006 | 10725-00930 | 11/2/2006 | $95,000.00 | S |
| 40 | Lanzas, Jose<br>3345 Spotted Fawn Dr<br>Orlando, FL  32817 | 10725-00931 | 11/2/2006 | $20,000.00 | S |
| 41 | | | | | |
| 42 | Larson, Gary & Dolores<br>544 Rolling Hills Dr<br>Mesquite, NV  89027 | 10725-01769 | 12/13/2006 | $72,247.00 | S |
| 43 | Larson, Gary & Dolores<br>544 Rolling Hills Dr<br>Mesquite, NV  89027 | 10725-01770 | 12/13/2006 | $60,787.00 | S |
| 44 | Larson, Gary & Dolores<br>544 Rolling Hills Dr<br>Mesquite, NV  89027 | 10725-01771 | 12/13/2006 | $51,463.00 | S |
| 45 | Larson, Gary & Dolores<br>544 Rolling Hills Dr<br>Mesquite, NV  89027 | 10725-01772 | 12/13/2006 | $70,866.00 | S |
| 46 | Larson, Gary & Dolores<br>544 Rolling Hills Dr<br>Mesquite, NV  89027 | 10725-01773 | 12/13/2006 | $22,894.00 | S |

| | | | | | |
|---|---|---|---|---|---|
| 47 | Larson, Gary & Dolores<br>544 Rolling Hills Dr<br>Mesquite, NV  89027 | 10725-01774 | 12/13/2006 | $153,785.00 | S |
| 48 | Larson, Gary & Dolores<br>544 Rolling Hills Dr<br>Mesquite, NV  89027 | 10725-01775 | 12/13/2006 | $636.00 | S |
| 49 | Larson, Gary & Dolores<br>544 Rolling Hills Dr<br>Mesquite, NV  89027 | 10725-01776 | 12/13/2006 | $100,000.00 | S |
| 50 | Larson, Gary & Dolores<br>544 Rolling Hills Dr<br>Mesquite, NV  89027 | 10725-01777 | 12/13/2006 | $103,030.00 | S |