**Entered on Docket
August 09, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Date:  April 26, 2007 Time: 9:30 a.m |
| USA SECURITIES, LLC, | **Affecting:** |
| Debtors. | ☐ All Cases |
| | **or Only:** |
| | ☒ USA Commercial Mortgage Company |
| | ☐ USA Capital Realty Advisors, LLC |
| | ☐ USA Capital Diversified Trust Deed Fund, LLC |
| | ☐ USA Capital First Trust Deed Fund, LLC |
| | ☐ USA Securities, LLC |

1837286.1

**ORDER SUSTAINING NINTH OMNIBUS OBJECTION OF THE USACM
LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS EXCEPT
PROOF OF CLAIM NO. 10725-00947 FILED BY EVALAYN C. TAYLOR,
PROOF OF CLAIM NO. 10725-01884 FILED BY THOMAS FALLON,
PROOF OF CLAIM NO. 10725-2305 FILED BY ERVEN J. & FRANKIE J.
NELSON TRUST,
PROOF OF CLAIM NO. 10725-02304 FILED BY ERVEN J. NELSON, LTD. PSP,
AND PROOF OF CLAIM NO. 10725-00547 FILED BY
EDWARD & LEAH KLINE FAMILY TRUST**

The USACM Liquidating Trust (the "USACM Trust") filed its Ninth Omnibus

Objection to Claims Asserting Secured Status [DE 3149] (the "Objection") on March 20,

2007.  Appropriate notice of the Objection was given.  Responses to the Objection were

filed with this Court as follows:

- Response filed by Evalyn C. Taylor, Trustee Separate Property Trust Dated

2/17/07 regarding Claim No. 10725-00947 [DE 3435].  Counsel filed a motion for

summary judgment as to this claim on July 30, 2007 [DE 4291].  Counsel deleted Ms.

Taylor's claim from the Exhibit to the Ninth Omnibus Objection attached to this Order.

- Informal opposition received from Thomas Fallon regarding Claim No.

10725-01884.  Counsel filed a motion for summary judgment as to this claim on July 30,

2007 [DE 4291].  Counsel deleted Mr. Fallon's claim from the Exhibit to the Ninth

Omnibus Objection attached to this Order.

- Opposition filed on behalf of Erven J. and Frankie J. Nelson Trust (the

Mantas Group) regarding Claim No. 10725-2305 [DE 3507], and on behalf of Erven J.

Nelson, Ltd. PSP regarding to Claim No. 10725-02304 [DE 3507].  An Order Approving

Stipulation with counsel allowing the claims as unsecured claims, albeit subject to further

objection, was signed by this Court on June 4, 2007 [DE 3887].  Counsel deleted the

claims of Erven J. and Frankie J. Nelson Trust, and Erven J. Nelson, Ltd, PSP claims from

the exhibit to the Ninth Omnibus Objection attached to this Order.

- Response filed by Edward Kline on behalf of the Edward & Leah Kline

Family Trust dated 7/9/91 [DE 3165] pertaining to Claim No. 10725-00547.  Counsel filed

1837286.1

1  a motion for summary judgment as to this claim on July 30, 2007 [DE 4291].  Counsel

2  deleted Edward & Leah Kline's claim from the Exhibit to the Ninth Omnibus Objection

3  attached to this Order.

4      No other responses were filed with this Court.  The Objection came before the

5  Court for hearing on April 26, 2007 at 9:30 a.m.  Good cause appearing, it is

6      ORDERED:

7      •      Sustaining the USACM Trust's Ninth Omnibus Objection to Claims

8  Asserting Secured Status listed on Exhibit A attached;

9      •      Reclassifying the Proofs of Claim listed on Exhibit A attached as general

10  unsecured claims; and

11      •      Reserving the right of any party in interest, including the USACM Trust, to

12  further object to any and all claims listed on Exhibit A attached as unsecured claims or

13  otherwise, whether or not the subject of this Objection.

14                          ###

15  PREPARED AND SUBMITTED:

16  **LEWIS AND ROCA LLP**

17

18  By:___/s/ RC (#0006593)_____
          Susan M. Freeman
19        Rob Charles
      *Attorneys for USACM Liquidating Trust*

20

21

22

23

24

25

26

1837286.1

APPROVED/DISAPPROVED

_____
Evalyn C. Taylor, Trustee
*Separate Property Trust Dated 2/17/07*

APPROVED/DISAPPROVED

_____
Thomas Fallon

APPROVED/DISAPPROVED

**BOLICK & BOYER**

By:_____
        Erven T. Nelson
*Attorneys for Leo G. Mantas and Others*

APPROVED/DISAPPROVED

_Edward Kline_
Edward Kline, Trustee
*Edward & Leah Kline Family Trust dated
7/9/91*

**LEWIS AND ROCA LLP**

By:___/s/ RC (#0006593)_____
        Susan M. Freeman
        Rob Charles
*Attorneys for USACM Liquidating Trust*

4

1837286.1

1          CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

2   In accordance with Local Rule 9021, the undersigned certifies:

3      ☐      The Court waived the requirements of LR 9021.

4      ☒      I have delivered a copy of this proposed order to all attorneys and unrepresented
parties who have appeared at the hearing regarding this matter and/or who filed
5              a written objection and each has:

6          ☒      approved the form of this order;

7          ☐      waived the right to review the order;

8          ☐      failed to file and serve papers in accordance with LR 9021(c); and/or

9          ☒      failed to sign and return this proposed order within five (5) business days
in accordance with LR 9021(b) (Evalyn C. Taylor; Thomas Fallon; and
10                  Erven J. Nelson, Frankie J. Nelson).

11      ☐      I have delivered a copy of this proposed order to all attorneys and unrepresented
parties who appeared at the hearing regarding this matter and/or who filed a
12              written objection and all have either approved the form of this order, waived the
right to review the order, failed to file and serve papers in accordance with LR
13              9021(c) and the following have disapproved the form of the order:

14      ☐      No opposition was filed to the motion and no other party or counsel appeared at
the hearing (none required).

15

16   **LEWIS AND ROCA LLP**

17

18   By:___/s/ RC (#0006593)_____
19          Susan M. Freeman
         Rob Charles
20   *Attorneys for USACM Liquidating Trust*

21

22

23

24

25

26

1837286.1

### 9th Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims

| | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | Earp Ira, Robert D<br>609 N Laurel St<br>El Paso, Tx 79903-3401 | 10725-01673 | 12/11/2006 | $49,166.67 | S, U |
| 2 | Earp Ira, Robert D<br>609 N Laurel St<br>El Paso, Tx 79903-3401 | 10725-01727 | 12/11/2006 | $12,951.80 | S |
| 3 | Earp, Mary H<br>700 Post Oak Ct<br>El Paso, TX 79932-2512 | 10725-01873 | 1/8/2007 | $23,574.24 | S, U |
| 4 | Earp, Robert D<br>609 N Laurel St<br>El Paso, Tx 79903-3401 | 10725-01822 | 12/27/2006 | $2,753.64 | S |
| 5 | Earp, Robert D<br>609 N Laurel St<br>El Paso, TX 79903-3401 | 10725-01891 | 1/8/2007 | $23,574.74 | S |
| 6 | Earp, Robert<br>609 N Laurel<br>El Paso, TX 79903 | 10725-01902 | 1/9/2007 | $50,000.00 | S, U |
| 7 | Eastland, Thomas<br>172 Belle Ave<br>Pleasant Hill, CA 94523 | 10725-01811 | 12/21/2006 | $50,000.00 | S |
| 8 | Ebaugh, Monica C<br>412 Elk Cir<br>Basalt, CO 81621-8202 | 10725-00700 | 10/24/2006 | $53,272.06 | S |
| 9 | Eddie Mayo & Jocelyne Helzer Jt Ten<br>115 South Deer Run Rd<br>Carson City, NV 89701 | 10725-02233 | 1/12/2007 | $255,953.23 | S, U |
| 10 | | | | | |
| 11 | Edward & Marge Fraser Ttees<br>14220 Sorrel Ln<br>Reno, NV 89511 | 10725-00142 | 8/15/2006 | $200,000.00 | S<br>U - Unknown amount |
| 12 | Edward & Marge Fraser<br>Edward & Marge Fraser Ttees<br>14220 Sorrel Ln<br>Reno, NV 89511 | 10725-00140 | 8/15/2006 | $50,000.00 | S<br>U - Unknown amount |

916838  9th Objection to Claims
Asserting Secured Claim Status

## EXHIBIT A

| | | | | | |
|---|---|---|---|---|---|
| 13 | Edward G Loughlin & Thelma E Guevara<br>2636 Golden Sands Dr<br>Las Vegas, NV  89128-6805 | 10725-00477 | 10/6/2006 | $104,214.94 | S |
| 14 | Edwards, David<br>9528 Yucca Blossom Dr<br>Las Vegas, Nv  89134 | 10725-01152 | 11/9/2006 | $50,000.00 | S |
| 15 | Edwards, Jeffrey L & Kathleen M<br>1525 Cedar Ct<br>Southlake, TX  76092-4133 | 10725-01391 | 11/27/2006 | $51,277.49 | S |
| 16 | Edwards, Jeffrey L & Kathleen M<br>1525 Cedar Ct<br>Southlake, TX  76092-4133 | 10725-01392 | 11/27/2006 | $51,561.59 | S |
| 17 | Edwards, Jeffrey L & Kathleen M<br>1525 Cedar Ct<br>Southlake, TX  76092-4133 | 10725-01393 | 11/27/2006 | $25,039.73 | S |
| 18 | Elan Reddell Revocable Trust<br>Elan Reddell Trustee<br>6770 Hawaii Kai Dr #1006<br>Honolulu, HI  96825 | 10725-02282 | 1/12/2007 | $329,703.65 | S, U |
| 19 | Eleanor L Rogers 1991 Revocable Trust<br>C/O Eleanor L Rogers Ttee<br>78 Seal Rock Dr<br>San Francisco, CA  94121 | 10725-02223 | 1/12/2007 | $304,359.78 | S, U |
| 20 | Ellen Dustman & Oliver Henry<br>3159 6Th St<br>Boulder, Co  80304 | 10725-01906 | 1/9/2007 | $150,000.00 | S |
| 21 | Ellen V Dustman & Oliver Henry<br>3159 6Th St<br>Boulder, CO  80304 | 10725-02154 | 1/12/2007 | $151,584.63 | S, U |
| 22 | Eller, Jonathan & Carol<br>PO Box 1614<br>Mammoth Lakes, CA  93546 | 10725-02080 | 1/11/2007 | $121,720.00 | S, U |
| 23 | Emerland 18 Trust The<br>C/O Avi Barashi Ttee<br>Po Box 81191<br>Las Vegas, NV  89180-1191 | 10725-00982 | 11/3/2006 | $101,041.67 | S |
| 24 | English, Richard<br>6727 East Swarthmore Dr<br>Anaheim, Ca  92807 | 10725-00939 | 11/2/2006 | $416.40 | S |
| 25 | English, Richard<br>6727 East Swarthmore Dr<br>Anaheim, Ca  92807 | 10725-00940 | 11/2/2006 | $27,230.31 | S |

916838  9th Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

2

| | | | | | |
|---|---|---|---|---|---|
| 26 | English, Richard<br>6727 East Swarthmore Dr<br>Anaheim, Ca  92807 | 10725-00941 | 11/2/2006 | $555.75 | S |
| 27 | English, Richard<br>6727 East Swarthmore Dr<br>Anaheim, CA  92807 | 10725-00942 | 11/2/2006 | $4,053.28 | S |
| 28 | Eric Noel Cartagena Trust<br>C/O Eric N Cartagena Ttee<br>2066 Flag Avenue South<br>St Louis Park, MN  55426 | 10725-01372 | 11/13/2006 | $50,000.00 | S |
| 29 | Erickson, Dolores Y<br>1455 Superior Ave #342<br>Newport Beach, CA  92663-6125 | 10725-00900 | 11/1/2006 | $390,000.00 | S |
| 30 | | | | | |
| 31 | | | | | |
| 32 | Esperance Family Trust Dtd 12/9/04<br>Robert J & Mary A Esperance Ttees<br>904 Dolce Dr<br>Sparks, NV  89434-6646 | 10725-00265 | 9/27/2006 | $60,000.00 | S |
| 33 | | | | | |
| 34 | Evans, Richard Z<br>10409 Summershade Ln<br>Reno, NV  89521-5168 | 10725-01438 | 11/14/2006 | $153,283.00 | S, P |
| 35 | Evans, Richard<br>7143 Via Solana<br>San Jose, CA  95135 | 10725-01159 | 10/9/2006 | $37,000.00 | S |
| 36 | Everett H Johnston Family Trust Dtd<br>1/24/90<br>C/O Everett H Johnston Trustee<br>Po Box 3605<br>Incline Village, NV  89450-3605 | 10725-00500 | 10/9/2006 | $668,305.12 | S |
| 37 | Everett, Dan & Sandra M<br>921 Crystal Court<br>Foster City, Ca  94404 | 10725-01157 | 11/10/2006 | $50,000.00 | S |

916838  9th Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

3

| 38 | Everett, Dan & Sandra M<br>921 Crystal Court<br>Foster City, CA  94404 | 10725-01276 | 11/10/2006 | $50,000.00 | S |
| 39 | Everett, Dan & Sandra M<br>921 Crystal Ct<br>Foster City, CA  94404 | 10725-01387 | 11/10/2006 | $50,000.00 | S |
| 40 | Everett, Daniel L & Sandra M<br>921 Crystal Ct<br>Foster City, CA  94404-3517 | 10725-01330 | 11/10/2006 | $1,164.97 | S |
| 41 | Everett, John P<br>Heart Clinics Northwest<br>6002 N Mayfair St  2Nd Fl<br>Spokane, WA  99208 | 10725-02184 | 1/12/2007 | $211,569.00 | S, U |
| 42 | Evie Dean 2000 Trust<br>C/O Evie Dean Trustee<br>29 Pheasant Ridge Dr<br>Henderson, NV  89014-2110 | 10725-01206 | 11/10/2006 | $32,668.36 | S, U |
| 43 | Evo E & Billie D Zepponi Family Trust<br>Under Agt Dtd 2/9/93<br>C/O Evo & Billie Zepponi Ttees<br>14385 W Morning Star Trl<br>Surprise, As  85374-3816 | 10728-00060 | 10/5/2006 | $3,691.66 | S |
| 44 | Failla, Frank<br>182 Apache Tear Ct<br>Las Vegas, Nv  89123 | 10725-00520 | 10/10/2006 | $72,070.98 | S |
| 45 | Falkenborg Family LLC<br>727 3Rd Ave<br>Chula Vista, CA  91910-5803 | 10725-02067 | 1/11/2007 | $206,262.89 | S |
| 46 | Falkenborg Family LLC<br>727 3Rd Ave<br>Chula Vista, CA  91910-5803 | 10725-02203 | 1/10/2007 | $206,262.89 | S |
| 47 | | | | | |

**EXHIBIT A**