# EXHIBIT A

1688943.1

Entered on Docket
August 01, 2007

Hon. Linda B. Riegle
United States Bankruptcy Judge

---

# LEWIS AND ROCA LLP

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                     Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

1851356.1

## STIPULATED ORDER APPROVING WITHDRAWAL OF PROOFS OF CLAIM FILED BY E & M HARDWARE PROFIT SHARING PLAN

The Stipulation to withdraw the proofs of claim filed by the E & M Hardware Profit Sharing Plan, James Feeney Trustee, [DE 4398] came before the Court for consideration. No notice being necessary and good cause appearing, it is

ORDERED:

- Approving the Stipulation;
- Proof of Claim No. 10725-01680 filed by the E & M Hardware Profit Sharing Plan, James Feeney, Trustee, in the amount of $557,184.11, is deemed withdrawn;
- Proof of Claim No. 10725-02047 by filed by the E & M Hardware Profit Sharing Plan, James Feeney, Trustee, in the amount of $506,747.80, is deemed withdrawn; and
- No further notice shall be given to E & M.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
*Attorneys for USACM Liquidating Trust*

APPROVED/DISAPPROVED

E & M Hardware Profit Sharing Plan,
James Feeney Trustee

2

1851356.1