E-Filed on August 9, 2007

**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email: adiamond@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
Email: emadden@diamondmccarthy.com

Special Litigation Counsel for USACM Liquidating Trust

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321

Susan M. Freeman, AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles, NV State Bar No. 006593
Email: rcharles@lrlaw.com

Counsel for USACM Liquidating Trust

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle Presiding |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>Debtor. | **NOTICE OF FILING PROOF OF SERVICE OF SUBPOENA FOR RULE 2004 EXAMINATION** |
| In re:<br>USA SECURITIES, LLC,<br><br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

NOTICE IS GIVEN that the USACM Liquidating Trust herewith files the:

**Proof of Service of Subpoena for Rule 2004 Examination of Lucius Blanchard, M.D. (Exhibit A Attached).**

119580-1

1  DATED:  August 9, 2007

2  **DIAMOND MCCARTHY LLP**  **LEWIS AND ROCA LLP**

4  By: ___/s/ Eric D. Madden___  By: ___/s/ Rob Charles___
5  Allan B. Diamond, TX 05801800 (pro hac vice)  Susan M. Freeman, AZ 4199 (pro hac vice)
   William T. Reid, IV, TX 00788817 (pro hac vice)  Rob Charles, NV 6593
6  Eric D. Madden, TX 24013079 (pro hac vice)  3993 Howard Hughes Parkway, Suite 600
   909 Fannin, Suite 1500  Las Vegas, Nevada  89169-5996
7  Houston, Texas 77010  (702) 949-8320 (telephone)
   (713) 333-5100 (telephone)  (702) 949-8321 (facsimile)
8  (713) 333-5199 (facsimile)

10  *Special Litigation Counsel for*
    *USACM Liquidating Trust*  *Counsel for USACM Liquidating Trust*

119580-1

# AFFIDAVIT OF SERVICE

STATE OF NEVADA    )
                   )
COUNTY OF CLARK    )

MARIO ROBINSON, being duly sworn deposes and says: that at all times herein affiant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in the state of Nevada under license #389, and not a party to or interested in the proceeding in which this affidavit is made. The affiant received on Tuesday July 24 2007; 1 copy(ies) of the:

**SUBPOENA FOR RULE 2004 EXAMINATION, ORDER REQUIRING DR. LUCIAS BLANCHARD TO APPEAR FOR EXAMINATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004, AND $43.00 WITNESS FEE CHECK**

I served the same on Thursday July 26 2007 at 10:47AM by:

**Serving the Witness, LUCIUS BLANCHARD, M.D.**

by serving: LUCIUS BLANCHARD, M.D.    at the Witness's Business located at 630 S. RANCHO DR., SUITE E , Las Vegas, NV  89106.

**EXHIBIT A**


CATHLEEN V. HOLMES
Notary Public State of Nevada
No. 07-3770-1
My appt. exp. June 21, 2011

SUBSCRIBED AND SWORN to before me on this
Thursday July 26 2007


Notary Public

Affiant: MARIO ROBINSON
LEGAL WINGS, INC. - NV LIC #389
1118 FREMONT STREET
Las Vegas, NV  89101
(702) 384-0305, FAX (702) 384-8638

none.3895300.172826