**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 8/9/07

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | **NOTICE OF FILING ACCEPTANCE OF SERVICE** |
| USA SECURITIES, LLC,         Debtors. | |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

The USACM Liquidating Trust files the Acceptances of Service of Process for subpoenas directing production of certain documents on August 1, 2007 and appearance at depositions to be set at a future date from the following entities:

- Magnus Title Agency (attached as Exhibit A);

- First American Title (attached as Exhibit B);

1

1856565.1

**LEWIS AND ROCA LLP**
LAWYERS

- First American Title Insurance Agency, Inc. (attached as Exhibit C);
- Title Guaranty Agency of Arizona, Inc. (attached as Exhibit D); and
- Capital Title Agency, Inc. (attached as Exhibit E).

Dated: August 9, 2007.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
*Counsel for USACM Liquidating Trust*

Proof of Service

Copy of the foregoing served via email or first class mail on Thursday, August 09, 2007 to all parties listed on the Post Effective Date Official Service List on file with this Court

/s/ Christine Laurel

Christine Laurel

Lewis and Roca LLP

2

1856565.1