EXHIBIT B

1688943.1

LEWIS AND ROCA LLP
LAWYERS

E-Filed on 8/9/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | **ACCEPTANCE OF SERVICE** |
| USA SECURITIES, LLC,      Debtors. | |
| **Affects:** ☐ All Debtors ☒ USA Commercial Mortgage Company ☐ USA Capital Realty Advisors, LLC ☐ USA Capital Diversified Trust Deed Fund, LLC ☐ USA Capital First Trust Deed Fund, LLC ☐ USA Securities, LLC | |

The undersigned, John Graham, Regional Counsel for First American Title, states:

1. I am over the age of 21 years and I am authorized to and do hereby accept service of process in the above captioned case; and

1

1850726.1

LEWIS AND ROCA LLP
LAWYERS

2. I hereby acknowledge receipt of the subpoena directed to First American Title directing production of certain documents on August 1, 2007 and requiring a representative of First American Title to appear for a deposition at a date to be set.

DATED: July 18, 2007.

FIRST AMERICAN TITLE

By: _____
John Graham

2

1850726.1