EXHIBIT D

LEWIS
AND
ROCA
LLP
L A W Y E R S

E-Filed on 8/9/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE | Case No. BK-S-06-10727-LBR |
| COMPANY, | Case No. BK-S-06-10728-LBR |
| | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | **ACCEPTANCE OF SERVICE** |
| USA SECURITIES, LLC, Debtors. | |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

The undersigned, Kaaren Summers, statutory agent for Title Guaranty Agency of Arizona, Inc. states:

1.      I am over the age of 21 years and I am authorized to and do hereby accept service of process in the above captioned case; and

1

1850695.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

2.    I hereby acknowledge receipt of the subpoena directed to Title Guaranty

Agency of Arizona, Inc. directing production of certain documents on August 1, 2007 and

requiring a representative of Title Guaranty Agency of Arizona, Inc. to appear for a

deposition at a date to be set.

DATED: _____July 18____, 2007.


_____
Kaaren Summers, Statutory Agent for Title
Guaranty Agency of Arizona, Inc.

2

1850695.1