EXHIBIT E

1688943.1

**LEWIS** AND
**ROCA** LLP
LAWYERS

E-Filed on 8/9/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                    Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**ACCEPTANCE OF SERVICE** |

The undersigned, Lawrence Phelps, statutory agent for Capital Title Agency, Inc. states:

1. I am over the age of 21 years and I am authorized to and do hereby accept service of process in the above captioned case; and

LEWIS AND ROCA LLP
LAWYERS

2. I hereby acknowledge receipt of the subpoena directed to Capital Title Agency, Inc. directing production of certain documents on August 1, 2007 and requiring a representative of Capital Title Agency, Inc. to appear for a deposition at a date to be set.

DATED: JULY 17, 2007.

_____
Lawerence Phelps, Statutory Agent for
Capital Title Agency, Inc.

2

1850676.1