Electronically filed August 9, 2007

| | |
|---|---|
| Marc A. Levinson (California Bar No. 57613)<br>Jeffery D. Hermann (California Bar No. 90445)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>400 Capitol Mall, Suite 3000<br>Sacramento, CA 95814-4497<br>Telephone: (916) 447-9200<br>Facsimile: (916) 329-4900<br>Email:   malevinson@orrick.com;<br>         jhermann@orrick.com | Bob L. Olson (Nevada Bar No. 3783)<br>Anne M. Loraditch (Nevada Bar No. 8164)<br>BECKLEY SINGLETON, CHARTERED<br>530 Las Vegas Boulevard South<br>Las Vegas, NV 89101<br>Telephone: (702) 385-3373<br>Facsimile: (702) 385-5024<br>Email:   bolson@beckleylaw.com;<br>         aloraditch@beckleylaw.com |

*Attorneys for Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                              Debtors. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR<br><br>**CERTIFICATE OF SERVICE OF NOTICE OF ENTRY OF ORDER SUSTAINING SECOND OMNIBUS OBJECTION OF POST-EFFECTIVE DATE USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, TO PROOFS OF INTEREST** |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Hearing Date:  July 27, 2007<br>Hearing Time:  9:30 a.m.<br>Hearing Place: Courtroom 1 |

  I hereby certify that on the 8th day of August 2007 I served a true and correct copy of the Notice of Entry of Order Sustaining Second Omnibus Objection of Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC, To Proofs of Interest, as filed on that same date in the above-captioned cases, via:

{00414196;}

OHS West:260095880.3

1  ☒ (ELECTRONIC SERVICE) Pursuant to Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced documents were electronically filed on the dates noted above and served through the Notice of Electronic Filing automatically generated by the Court. A true and correct copy of the filing receipt is attached hereto.

I further certify that on the 9th day of August 2007 I served a true and correct copy of the Notice of Entry of Order On Second Omnibus Objection of Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC, To (1) Claim Filed By Beadle McBride & Reeves, LLP, and (2) Scheduled Claim of GMAC Commercial Holding Capital Corporation via:

☒ (UNITED STATES MAIL) By depositing a copy of the above-referenced documents in the United States Mail, first class postage prepaid, addressed to all the parties listed on the attached service list, at their last known mailing addresses, on the date written above.

☐ (OVERNIGHT COURIER) By depositing a copy of the above-referenced document for priority overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address.

☐ (VIA FACSIMILE) By Facsimile Service transmission to the Facsimile Numbers Indicated, to those persons listed on the attached service list, on the date written above.

☐ (VIA EMAIL) By electronic mail transmission to the following parties as indicated below and on the attached email.

DATED this 9th day of August 2007.

                 /s/Patricia Kois
                 Patricia Kois, an employee of
                 Beckley Singleton, Chtd.

{00414196;}

OHS West:260095880.3

VIA US MAIL

George A. Davis
Cadwalder, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Eric Madden
Diamond McCarthy Taylor Finley & Lee, LLP
1201 Elm Street, Suite 3400
Dallas, TX 75270

Dean T. Kirby, Jr.
John Hebert
Kirby & McGuinn, A.P.C.
600 B Street, Suite 1950
San Diego, CA 92101

William J. Ovca, Jr., Trustee
Defined Pension Plan
OVCA ASSOCIATES, Inc.
16872 Baruna Lane
Huntington Beach, CA 92649

Robert J. Scott
2100 Plaza Way, Apt. 101
Walla Walla, WA 99362

Raul Wood
5211 N. Lisa Lane
Las Vegas, NV 89149

Jean Berthelot
9328 Sienna Vista Drive
Las Vegas, NV 89117

Laurie Carson
HC 34 Box 34153
Ely, NV 89301

Douglas Carson
HC 34 Box 34153
Ely, NV 89301

Berman, Geoffrey L.
Development Specialists, Inc.
333 S. Grand Ave., Suite 4070
Los Angeles, CA 90071-1544

Michael Tucker
FTI Consulting
One Renaissance Square
Two n. Central Ave., Ste. 1200
Phoenix, AZ 85004-2322

Richard W. Esterkin
Asa S. Hami
Morgan, Lewis & Bockius LLP
300 S. Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132

Andrew Parlen
Eve H. Karasik
Stutman. Treister & Glatt, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

Carol Turner
10538 Sopra Court
Las Vegas, NV 89135

Olympia Capitol Registrant Management
1980 Olivia Glen
Escondido, CA 92025

Blake Tearnan
3558 Arches Court
Reno, NV 89509

1994 Duesing Trust
641 Calvada Blvd.
Pahrump, NV 89048

Vincent Danelian
P.O. Box 97782
Las Vegas, NV 89193

Allan B. Diamond
Diamond McCarthy Taylor Finley & Lee, LLP
Two Houston Center
909 Fannin Street, Suite 1500
Houston, TX 77010

Robert P. Gow
Goe & Forsythe
660 Newport Center Drive, Sutie 320
Newport Beach, CA 92660

August B. Landis
Office Of The U.S. Trustee
300 Las Vegas Blvd., S. Suite 4300
Las Vegas, NV 89101

Anne Nounna
8057 Lands End
Las Vegas, NV 89117

John Weaver
9225 Cordoba Blvd.
Sparks, NV 89436

Benjamin Barnica
2595 Polk Street
Reno, NV 89503

Vincent Danclian
P.O. Box 97782
Las Vegas, NV 89193

Frederick W. Kewell
5426 Hidden Valley Court
Reno, NV 89502

Debra Williams
P.O. Box 6123
Incline Village, NV 89450-6123

{00413684;}

| | | |
|---|---|---|
| Albert H. Downing<br>1350 E. Flamingo Road 33212<br>Las Vegas, NV 89119 | David Joyce<br>7465 Silver King Drive<br>Sparks, NV 89436 | Bank of America TTEE<br>IRA Herbert Hansen<br>Attn: WL Pender<br>101 S. Tyron St.<br>Charlotte, NC  28255 |

{00413684;}

# File a Notice:

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from LORADITCH, ANNE M. entered on 8/8/2007 at 2:15 PM PDT and filed on 8/8/2007
**Case Name:**        USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**      06-10725-lbr
**Document Number:** 4427

**Docket Text:**
Notice of Entry of Order Filed by ANNE M. LORADITCH on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC (Related document(s)[4417] Order, ) (LORADITCH, ANNE)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\pkois\Desktop\New Folder\Notice 2.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=8/8/2007] [FileNumber=8445759-0]
[638348b99b67a07408f52d3081cf4eb248feb6e35512d474a7601bdb4202419378bf9
d5b0abd7d8498cc1c2c5c52d0b92366e2305d733c36ebab0767f40067ec]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH    oatamoh@nevadafirm.com,
bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M. ATENCIO    ATENCIOK@GTLAW.COM

PETER C. BERNHARD    peter.bernhard@bullivant.com, michelle.diegel@bullivant.com

BMC GROUP, INC.    evrato@bmcgroup.com,
ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com;mjohn@bmcgroup.com

GEORGANNE W. BRADLEY    georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA    lbubala@jonesvargas.com, tbw@jonesvargas.com;aanthony@jonesvargas.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com;jrammos@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com

JANET L. CHUBB    tbw@jonesvargas.com

EDWARD S. COLEMAN    mail@coleman4law.com

WILLIAM D COPE    cope_guerra@yahoo.com

LAUREL E. DAVIS    ldavis@fclaw.com, mhurtado@fclaw.com

THOMAS W. DAVIS    tdavis@hwmlvlaw.com, wendim@hwmlvlaw.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)    tfette@daca4.com

J CRAIG DEMETRAS    JCD@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras-oneill.com

RICHARD I. DREITZER    rdreitzer@yahoo.com

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM

ARLEY D FINLEY    TFINLEY@DIAMONDMCCARTHY.COM

SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

DOUGLAS D. GERRARD    DGERRARD@GERRARD-COX.COM, ekaymedellin@gerrard-cox.com

WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov

GERALD M GORDON    bankruptcynotices@gordonsilver.com

R. VAUGHN GOURLEY    vgourley@lvcm.com

TALITHA B. GRAY    bankruptcynotices@gordonsilver.com

JAMES D. GREENE    bknotice@bhfs.com

MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com;angelenal@goldguylaw.com

PETER W. GUYON    pguyon@yahoo.com

JEFFREY R. HALL    jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com

XANNA R. HARDMAN    xanna.hardman@gmail.com

STEPHEN R HARRIS    noticesbh&p@renolaw.biz

JEFFREY L HARTMAN    notices@bankruptcyreno.com, dle@bankruptcyreno.com

BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com

RICHARD F. HOLLEY    rholley@nevadafirm.com, paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com

RANDOLPH L. HOWARD    rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net

JASON A. IMES    bkfilings@s-mlaw.com

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES    ejameslv@embarqmail.com, kbchrislaw@aol.com

ANNETTE W JARVIS    ajarvis@rqn.com

ERIN E. JONES    ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com

TY E. KEHOE    TyKehoeLaw@aol.com

ROBERT R. KINAS    rkinas@swlaw.com, jmcbee@swlaw.com;jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring.com

DEAN T. KIRBY    dkirby@kirbymac.com, jhebert@kirbymac.com;lackerman@kirbymac.com

ZACHARIAH LARSON    ecf@lslawnv.com

JOHN J. LAXAGUE    jlaxague@caneclark.com

GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net

TYSON M. LOMAZOW    tlomazow@milbank.com

ANNE M. LORADITCH    ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com

ERIC D MADDEN    emadden@diamondmccarthy.com, jsickels@diamondmccarthy.com

PATRICIA A. MARR    lvlaw03@yahoo.com

JAMES C. MCCARROLL    , dturetsky@reedsmith.com;aleonard@reedsmith.com

REGINA M. MCCONNELL    rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;ltreadway@sheacarlyon.com;mleavitt@sheacarlyon.com

DAVID MINCIN    mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

JOHN F MURTHA    jmurtha@woodburnandwedge.com

ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com;erin@rlbolick.com

VICTORIA L NELSON    bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com

BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN    ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

CHRISTINE M PAJAK    cpajak@stutman.com, ekarasik@stutman.com

ANDREW M. PARLEN    aparlen@stutman.com

DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY    info@johnpeterlee.com

THOMAS RICE    trice@coxsmith.com, ggattis@coxsmith.com

GORDON C. RICHARDS    gcrclarkandrichards@earthlink.net, sebclarkandrichards@earthlink.net

CHRISTINE A ROBERTS    bankruptcy@rocgd.com

STACY M. ROCHELEAU    stacy@arlawgroup.com, wendy@arlawgroup.com

SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

BRIAN D. SHAPIRO    ecf@brianshapirolaw.com, tiffany@brianshapirolaw.com;brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com

JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;jshea@sheacarlyon.com

SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;mleavitt@sheacar

AMBRISH S. SIDHU    ecfnotices@sidhulawfirm.com

JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

ALAN R SMITH    mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com

ADAM M. STARR    starra@gtlaw.com

DAVID A. STEPHENS    dstephens@lvcm.com

PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

ERIC W. SWANIS    swanise@gtlaw.com, barberc@gtlaw.com;lengemannc@gtlaw.com

JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com

KAARAN E. THOMAS    kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

ROLLIN G. THORLEY    rollin.g.thorley@irscounsel.treas.gov

AMY N. TIRRE    , lmccarron@kkbrf.com

AMY N. TIRRE    atirre@kkbrf.com, lmccarron@kkbrf.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

ERIC VAN    bankruptcynotices@gordonsilver.com

GREGORY J. WALCH    GWalch@Nevadafirm.com

RUSSELL S. WALKER    rwalker@wklawpc.com,
eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com;rrazo@wklawpc.com;tgrover@wklaw

WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

GREGORY L. WILDE    bk@wildelaw.com

RYAN J. WORKS    rworks@mcdonaldcarano.com,
kbarrett@mcdonaldcarano.com;dsampson@mcdonaldcarano.com;aguenther@mcdonaldcarano.com;hvenglik@n

WILLIAM J. WRAY    rh@oreillylawgroup.com,
rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

ANTHONY A. ZMAILA    azmaila@nevadafirm.com,
bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

**06-10725-lbr Notice will not be electronically mailed to:**

CELSO ACOSTA
,

ANTHONY G. ADAMS
,

THOMAS J. ALLISON
,

ANDREW K ALPER
6500 WILSHIRE BLVD 17TH FLR
LOS ANGELES, CA 90048

ALVAREZ & MARSAL, LLC
,

ARNOLD R. ALVES
9904 VILLA GRANITO LANE
GRANITE BAY, CA 95746

AMERICAN EXPRESS BANK FSB
PO BOX 3001
MALVERN, PA 19355-0701

ANGELO GORDON & CO
C/O JED HART
245 PARK AVE, 26TH FL