Electronically filed August 9, 2007

| | |
|---|---|
| Marc A. Levinson (California Bar No. 57613)<br>Jeffery D. Hermann (California Bar No. 90445)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>400 Capitol Mall, Suite 3000<br>Sacramento, CA 95814-4497<br>Telephone: (916) 447-9200<br>Facsimile: (916) 329-4900<br>Email: malevinson@orrick.com;<br>jhermann@orrick.com | Bob L. Olson (Nevada Bar No. 3783)<br>Anne M. Loraditch (Nevada Bar No. 8164)<br>BECKLEY SINGLETON, CHARTERED<br>530 Las Vegas Boulevard South<br>Las Vegas, NV 89101<br>Telephone: (702) 385-3373<br>Facsimile: (702) 385-5024<br>Email: bolson@beckleylaw.com;<br>aloraditch@beckleylaw.com |

*Attorneys for Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>　　　　　　　　　　　　Debtors.<br><br>Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR<br><br>**CERTIFICATE OF SERVICE OF NOTICE OF ENTRY OF ORDER SUSTAINING OMNIBUS OBJECTION OF POST-EFFECTIVE DATE USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, TO CLAIMS FILED BY JAMES W. SHAW, FIRST TRUST COMPANY OF ONAGA, CUSTODIAN FOR CHARLES CUNNINGHAM, SR., IRA, DOROTHEA K. OVERLEESE REVOCABLE TRUST, HALSETH FAMILY TRUST, KATRINE MIRZAIAN, ERNEST J. MOORE, DARLENE TURNER, DONALD AND BEVERLY SWEZEY 2001 TRUST, AND DAVID B. KRYNZEL**<br><br>Hearing Date:　July 27, 2007<br>Hearing Time:　9:30 a.m.<br>Hearing Place:　Courtroom 1 |

{00413861;}

OHS West:260095880.3

Page - 1 - of 2

I hereby certify that on the 8th day of August 2007 I served a true and correct copy of the Notice of Entry of Order Sustaining Omnibus Objection of Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC, To Claims Filed By James W. Shaw, First Trust Company Of Onaga, Custodian For Charles Cunningham, Sr., IRA, Dorothea K. Overleese Revocable Trust, Halseth Family Trust, Katrine Mirzaian, Ernest J. Moore, Darlene Turner, Donald and Beverly Swezey 2001 Trust, and David B. Krynzel, as filed on that same date in the above-captioned cases, via:

☒ (ELECTRONIC SERVICE) Pursuant to Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced documents were electronically filed on the dates noted above and served through the Notice of Electronic Filing automatically generated by the Court. A true and correct copy of the filing receipt is attached hereto.

☒ (UNITED STATES MAIL) By depositing a copy of the above-referenced documents in the United States Mail, first class postage prepaid, addressed to all the parties listed on the attached service list, at their last known mailing addresses, on the date written above.

☐ (OVERNIGHT COURIER) By depositing a copy of the above-referenced document for priority overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address.

☐ (VIA FACSIMILE) By Facsimile Service transmission to the Facsimile Numbers Indicated, to those persons listed on the attached service list, on the date written above.

☐ (VIA EMAIL) By electronic mail transmission to the following parties as indicated below and on the attached email.

DATED this 9th day of August 2007.

/s/Patricia Kois
Patricia Kois, an employee of
Beckley Singleton, Chtd.

{00413861;}

OHS West:260095880.3

Page - 2 - of 2

George A. Davis
Cadwalder, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Eric Madden
Diamond McCarthy Taylor Finley &
Lee, LLP
1201 Elm Street, Suite 3400
Dallas, TX 75270

Dean T. Kirby, Jr.
John Hebert
Kirby & McGuinn, A.P.C.
600 B Street, Suite 1950
San Diego, CA 92101

William J. Ovca, Jr., Trustee
Defined Pension Plan
OVCA ASSOCIATES, Inc.
16872 Baruna Lane
Huntington Beach, CA 92649

Berman, Geoffrey L.
Development Specialists, Inc.
333 S. Grand Ave., Suite 4070
Los Angeles, CA 90071-1544

Michael Tucker
FTI Consulting
One Renaissance Square
Two n. Central Ave., Ste. 1200
Phoenix, AZ 85004-2322

Richard W. Esterkin
Asa S. Hami
Morgan, Lewis & Bockius LLP
300 S. Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132

Andrew Parlen
Eve H. Karasik
Stutman. Treister & Glatt, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

Allan B. Diamond
Diamond McCarthy Taylor Finley &
Lee, LLP
Two Houston Center
909 Fannin Street, Suite 1500
Houston, TX 77010

Robert P. Gow
Goe & Forsythe
660 Newport Center Drive, Sutie 320
Newport Beach, CA 92660

August B. Landis
Office Of The U.S. Trustee
300 Las Vegas Blvd., S. Suite 4300
Las Vegas, NV 89101

{00399441;}

James W. Shaw
14225 Prairie Flower Ct.
Reno, NV 89511-6710

First Trust Company Of Onaga
C/F/ Charles Cunningha IRA
301 Leonard Street
Onaga, KS 66521-9485

Dorothea K. Overleese
1301 St. Louis, #1
Las Vegas, Nevada 89104

Katrine Mirzaias
708 Prospect Drive
Glendale, CA 91205

Daniel R. Halseth
23 Molas Drive
Durango, CO 81301

Ernest J. Moore
2028 I Street
Sparks, NV 89431

Darlene Turner
2028 1/2 I St.
Sparks, NV 89431

Donald And Beverly W. Swezey Trustee
Of The Donald Swezey And Beverly S.
Swezey 2001 Trust 2/20/01
3666 Cherokee Dr.
Carson City, NV 89705-6813

David B. Krynzel
740 Aldo Rae Court
Henderson, Nevada 89052

{00400275;}

**Pat Kois**

**From:** USBC_NEVADA@nvb.uscourts.gov
**Sent:** Wednesday, August 08, 2007 2:22 PM
**To:** Courtmail@nvb.uscourts.gov
**Subject:** 06-10725-lbr Notice of Entry of Order

\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from LORADITCH, ANNE M. entered on 8/8/2007 at 2:20 PM PDT and filed on 8/8/2007
**Case Name:**      USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**    06-10725-lbr
**Document Number:** 4429

**Docket Text:**
Notice of Entry of Order Filed by ANNE M. LORADITCH on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC (Related document(s)[4419] Order,, ) (LORADITCH, ANNE)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\pkois\Desktop\Notice 4.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=8/8/2007] [FileNumber=8445805-0]
[1b960c8a7e366da09826dd898579feaeb8fbbea5bbf7e0fee67359fb9551f97327322
77065d75cab13bb8a4b303df787583174722bddd93937a4ed004b00130c]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS     mabrams@mabramslaw.com

FRANKLIN C. ADAMS      franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF      nallf@parsonsbehle.com, klawrence@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON      anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH      oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

8/9/2007

KERIANN M. ATENCIO     ATENCIOK@GTLAW.COM

PETER C. BERNHARD     peter.bernhard@bullivant.com, michelle.diegel@bullivant.com

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgrou! p.com;mjohn@bmcgroup.com

GEORGANNE W. BRADLEY     georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN     kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK     tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY     abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA     lbubala@jonesvargas.com, tbw@jonesvargas.com;aanthony@jonesvargas.com

MATTHEW Q. CALLISTER     mqc@callister-reynolds.com, maggie@callister-reynolds.com;jrammos@callister-reynolds.com

CANDACE C CARLYON     ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com

ROB CHARLES     rcharles@lrlaw.c! om, cjo rdan@lrlaw.com

MICHAEL W. CHEN     yvette@ccfirm.com

KEVIN B. CHRISTENSEN     kbchrislaw@aol.com

JANET L. CHUBB     tbw@jonesvargas.com

EDWARD S. COLEMAN     mail@coleman4law.com

WILLIAM D COPE     cope_guerra@yahoo.com

LAUREL E. DAVIS     ldavis@fclaw.com, mhurtado@fclaw.com

THOMAS W. DAVIS     tdavis@hwmlvlaw.com, wendim@hwmlvlaw.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf)     tfette@daca4.com

J CRAIG DEMETRAS     JCD@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras-oneill.com

RICHARD I. DREITZER &! nbsp   rdreitzer@yahoo.com

THOMAS H. FELL     BANKRUPTCYNOTICES@GORDONSILVER.COM

ARLEY D FINLEY     TFINLEY@DIAMONDMCCARTHY.COM

SCOTT D. FLEMING     sfleming@halelane.com, dbergsing@halelane.com

8/9/2007

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com

DOUGLAS D. GERRARD    DGERRARD@GERRARD-COX.COM, ekaymedellin@gerrard-cox.com

WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov

GERALD M GORDON    bankruptcynotices@gordonsilver.com

R. VAUGHN GOURLEY    vgourley@!lvcm.com

TALITHA B. GRAY    bankruptcynotices@gordonsilver.com

JAMES D. GREENE    bknotice@bhfs.com

MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com;angelenal@goldguylaw.com

PETER W. GUYON    pguyon@yahoo.com

JEFFREY R. HALL    jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com

XANNA R. HARDMAN    xanna.hardman@gmail.com

STEPHEN R HARRIS    noticesbh&p@renolaw.biz

JEFFREY L HARTMAN    notices@bankruptcyreno.com, dle@bankruptcyreno.com

BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com

RICHARD F. HOLLEY    rholley!@nevadafirm.com, paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com

RANDOLPH L. HOWARD    rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net

JASON A. IMES    bkfilings@s-mlaw.com

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES    ejameslv@embarqmail.com, kbchrislaw@aol.com

ANNETTE W JARVIS    ajarvis@rqn.com

ERIN E. JONES    ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com

TY E. KEHOE    TyKehoeLaw@aol.com

8/9/2007

ROBERT R. KINAS   rkinas@swlaw.com, jmcbe!e@swlaw.com;jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring.com

DEAN T. KIRBY   dkirby@kirbymac.com, jhebert@kirbymac.com;lackerman@kirbymac.com

ZACHARIAH LARSON   ecf@lslawnv.com

JOHN J. LAXAGUE   jlaxague@caneclark.com

GEORGE C LAZAR   glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM   nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME   rlepome@cox.net, smstanton@cox.net

TYSON M. LOMAZOW   tlomazow@milbank.com

ANNE M. LORADITCH   ecffilings@beckleylaw.com, aloraditch@beckleylaw.com;pkois@beckleylaw.com

ERIC D MADDEN   emadden@diamondmccarthy.com, jsickels@diamondmccarthy.com

PATRICIA A. MARR   lvlaw03@yahoo.com

JAMES C. MCCARROLL   , dturetsky@reedsmith.com;aleonard@reedsmith.com

REGINA M. MCCONNELL   rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY   lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT   mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com

JEANETTE E. MCPHERSON   bkfilings@s-mlaw.com;info@s-mlaw.com

JEANETTE E. MCPHERSON   bkfilings@s-mlaw.com;info@s-mlaw.com

SHAWN W MILLER   bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;!ltreadway@sheacarlyon.com;mleavitt@sheacarlyon.com

DAVID MINCIN   mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

JOHN F MURTHA   jmurtha@woodburnandwedge.com

ERVEN T. NELSON   erv@rlbolick.com, susan@rlbolick.com;erin@rlbolick.com

VICTORIA L NELSON   bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.com

BOB L. OLSON   ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN   ebaker@marquisaurbach.com,

8/9/2007

dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

CHRISTINE M PAJAK     cpajak@stutman.com, ekarasik@stutman.com

ANDREW M. PARLEN     aparlen@stutman.com

DONALD T. POLEDNAK     sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY     info@johnpeterlee.com

THOMAS RICE     trice@coxsmith.com, ggattis@coxsmith.com

GORDON C. RICHARDS     gcrclarkandrichards@earthlink.net, sebclarkandrichards@earthlink.net

CHRISTINE A ROBERTS     bankruptcy@rocgd.com

STACY M. ROCHELEAU     stacy@arlawgroup.com, wendy@arlawgroup.com

SUSAN WILLIAMS SCANN     sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER     bkfilings@s-mlaw.com

BRIAN D. SHAPIRO     ecf@brianshapirolaw.com, tiffany@brianshapirol aw.com;brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com

JAMES PATRICK SHEA     bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;jshea@sheacarlyon.com

SHLOMO S. SHERMAN     ssherman@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;mleavitt@sheacar

AMBRISH S. SIDHU     ecfnotices@sidhulawfirm.com

JEFFREY G. SLOANE     gjklepel@yahoo.com, rmcconnell@kssattorneys.com

ALAN R SMITH     mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com

ADAM M. STARR     starra@gtlaw.com

DAVID A. STEPHENS     dstephens@lvcm.com

PETER SUSI     cheryl@msmlaw.com, msm@msmlaw.com

ERIC W. SWANIS     swanise@gtlaw.com, barberc@gtlaw.com;lengemannc@gtlaw.com

JEFFREY R. SYLVESTER     jeff@sylvesterpolednak.com

KAARAN E. THOMAS     kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

ROLLIN G. THORLEY     rollin.g.thorley@irscounsel.treas.gov

8/9/2007

AMY N. TIRRE    , lmccarron@kkbrf.com

AMY N. TIRRE    atirre@kkbrf.com, lmccarron@kkbrf.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

ERIC VAN    bankruptcynotices@gordonsilver.com

GREGORY J. WALCH    GWalch@Nevadafirm.com

RUSSELL S. WALKER    !  rw alker@wklawpc.com, eloveridge@wklawpc.com;lboynton@wklawpc.com;ckirk@wklawpc.com;rrazo@wklawpc.com;tgrover@wklaw

WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

GREGORY L. WILDE    bk@wildelaw.com

RYAN J. WORKS    rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com;dsampson@mcdonaldcarano.com;aguenther@mcdonaldcarano.com;hvenglik@n

WILLIAM J. WRAY    rh@oreillylawgroup.com, rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com

ANTHONY A. ZMAILA    azmaila@nevadafirm.com, bkecf@nevadafirm.com;mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

**06-10725-lbr Notice will not be electronically mailed to:**

CELSO ACOSTA
,

ANTHONY G. ADAMS
,

THOMAS J. ALLISON
,

ANDREW K ALPER
6500 WILSHIRE BLVD 17TH FLR
LOS ANGELES, CA 90048

ALVAREZ & MARSAL, LLC
,

ARNOLD R. ALVES
9904 VILLA GRANITO LANE
GRANITE BAY, CA 95746

AMERICAN EXPRESS BANK FSB

8/9/2007