**JACK S. TIANO, CPA**
**116 W. EL PORTAL, SUITE 103**
**SAN CLEMENTE, CA 92672**

RECEIVED AND FILED
AUG 8  1 48 PM '07
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

USACM had a fiduciary duty to safeguard my assets which were in the form of a First Deed of Trust secured by real estate. USACM was to collect principal and interest from the borrowers and submit these funds to the client (direct lenders). As is the case, USACM subsequently diverted these payments, i.e. principal and interest, into their own accounts and basically stole these funds from the direct lenders. Consequently, this theft should be viewed as a "secured claim" against USACM's (USA Commercial Mortgage Company) Liquidating Trust.

I declare under penalty of perjury that these facts are true to the best of my knowledge and that I (we) have not received all of the principal and interest that we were entitled to due to the unethical standards and dishonest business practices of USACM.

Executed this 6th day of August, 2007

*Jack S. Tiano*
JACK S. TIANO

**LEWIS AND ROCA LLP — LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

40 North Central Avenue
Phoenix, Arizona 85004

Susan M. Freeman, AZ State Bar No. 004199
E-mail: sfreeman@lrlaw.com
Rob Charles, NV State Bar No. 006593
E-mail: rcharles@lrlaw.com
John Hinderaker, AZ State Bar No. 018024
E-mail: jhindera@lrlaw.com

Attorneys for the USACM Liquidating Trust

E-Filed on 7/30/07

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED FUND, LLC,

USA SECURITIES, LLC,

                Debtors.

Affects:
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under Case No. BK-S-06-10725-LBR

**Notice to Jack Tiano of Motion For Summary Judgment Regarding Claim No(s). 10725-00391**

    **NOTICE IS HEREBY GIVEN** to Jack Tiano that on July 30, 2007, the USACM Liquidating Trust ("USACM") filed a Motion for Summary Judgment related to Claim No(s). 10725-00391 (the "Motion"). Along with this notice, USACM is serving Jack Tiano with a copy of the Motion.

Jack Tiano asserted secured claim(s) against USA Commercial Mortgage Company. The Motion disputes your assertion of secured claim status and asks the Court to reclassify your claim(s) as a general unsecured claim(s). This is not an objection to your claim as a direct lender or to the security interest you as a direct lender may have in your borrowers' property as collateral. Rather, the Motion argues that your claim(s) are not secured by property of the bankruptcy estate.

**NOTICE IS FURTHER GIVEN** that any opposition to the Objection/Motion must be filed pursuant to Local Rule 9014(d)(1). **PLEASE DO NOT CONTACT THE CLERK OF THE COURT OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF YOUR CLAIM.** If you do not want the Court to grant the relief sought in the Objection/Motion, or if you want to explain why you believe your claim(s) are secured claim(s) or otherwise want the Court to consider your views on the Objection/Motion, then you must file an opposition to the Motion with the Court, and serve a copy on the USACM Liquidating Trust *NO LATER THAN AUGUST 17, 2007*. The opposition must state your position, set forth all relevant facts and legal authority, provide relevant documents that support your claim to secured status, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested in the Objection/Motion, you *must* file a **WRITTEN** response to this pleading with the Court. You *must* also serve your written response to the person who sent you this notice.
> If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:
> - The Court may *refuse to allow you to speak* at the scheduled hearing; and
> - The Court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on the Objection/Motion will be held before a United States Bankruptcy Judge, Courtroom No. 1, Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101 on **October 15, 2007** at the

| | |
|---|---|
| 1 | hour of **9:30 a.m**. The hearing may be continued from time to time with notice to the |
| 2 | appearing parties. |
| 3 | Dated July 30, 2007. |
| 4 | LEWIS AND ROCA LLP |
| 5 | |
| 6 | By /s/ RC (#6593) |
| 7 | Susan M. Freeman, AZ 4199 (*pro hac vice*) |
| | Rob Charles, NV 6593 |
| 8 | John C. Hinderaker, AZ 18024 (*pro hac vice*) |
| | 3993 Howard Hughes Parkway, Suite 600 |
| 9 | Las Vegas, Nevada 89169 |
| | Telephone: (702) 949-8320 |
| 10 | Facsimile: (702) 949-8321 |
| | E-mail: rcharles@lrlaw.com |
| 11 | *Attorneys for the USACM Liquidating Trust* |
| 12–28 | |



P-7460
Jack Tiano
TRUST DATED 02/28/1997
C/O JACK S TIANO TRUSTEE
116 W EL PORTAL STE 103
SAN CLEMENTE, CA 92672-4634

7/1/2007

## Investor Remittance Statement
For the period 6/1/2007 through 7/1/2007

| Loan Name<br>Loan ID | Begin Principal Bal<br>Begin Interest Bal | Gross Int Rate<br>Service Fee Rate<br>Net Rate | Principal Paid<br>Interest Paid | Ending Principal Bal<br>Ending Interest Bal |
|---|---|---|---|---|
| Oak Shores II<br>L-263 | $39,966.56<br>$5,336.62 | 13.00000%<br>3.00000%<br>10.00000% | $0.00<br>$0.00 | $39,966.56<br>$5,827.40 |
| <br>L-311 | $0.00<br>$0.00 | 12.50000%<br>3.00000%<br>9.50000% | $0.00<br>$0.00 | $0.00<br>$0.00 |

Page 1 of 1

This statement is provided for informational purposes only and is intended for the sole benefit of the named vested party.
This statement is not intended to represent a loan payoff quote. Compass reserves the right to update and supplement this statement.

## Investor History Report

Vesting: Jack S. Tiano, Trustee for An Accountancy Corporation Profit Sharing Plan & Trust dated 02/28/1997
Loan: Oak Shores II
Client ID: 7287
Account ID: 7460
Loan Interest Rate: 13.00%
Original Service Fee: 1.00%
Current Service Fee¹: 1.00%

| Date | Transaction | A<br>Investment | B<br>Principal Paid by Borrower | C<br>Principal Paid to Investor | D = B - C<br>Principal Owed to Investor | E<br>Unsecured / Diverted Principal | F<br>Interest Earned | G<br>Loan Service Fee Retained by USACM | H<br>Interest Paid by Borrower, Net of Service Fee | I = F - G - H<br>Cumulative Amount Due from Borrower, Net of Service Fee | J<br>Interest Paid to Investor | K = H - J<br>Cumulative Amount Held for / (Due from) Investor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/01/2007 | -PRIOR MONTH ENDING BALANCES- | $39,966.56 | $10,033.44 | | | $10,033.44 | $5,598.81 | $418.48 | $2,450.47 | $2,729.85 | $2,438.16 | $12.31 |
| 01/31/2007 | Interest and Service Fee (1/1 - 1/31) | $39,966.56 | | | | $10,033.44 | $480.37 | $33.31 | | $3,176.92 | | $12.31 |
| **TOTALS:** | | **$39,966.56** | **$10,033.44** | **$0.00** | **$0.00** | **$10,033.44** | **$6,079.18** | **$451.78** | **$2,450.47** | **$3,176.92** | **$2,438.16** | **$12.31** |

¹ This rate may be adjusted according to your loan servicing agreement.

This statement is provided for informational purposes only and is intended for the sole benefit of the named vested party. USA reserves the right to update and supplement this statement. This statement is not intended to represent a loan payoff quote.

THIS STATEMENT REFLECTS ACTIVITY FROM 1/1/2007 TO 1/31/2007

Page - 1

# Investor History Report

Vesting: Jack S. Tiano, Trustee for An Accountancy Corporation Profit Sharing Plan & Trust dated 02/28/1997
Loan: Standard Property Development
Client ID: 7287
Account ID: 7460

Loan Interest Rate: 12.50%
Original Service Fee: 1.00%
Current Service Fee[1]: 1.00%

| | A | B | C | D = B - C | E | F | G | H | I = F - G - H | J | K = H - J |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date Transaction | Investment | Principal Paid by Borrower | Principal Paid to Investor | Principal Owed to Investor | Unsecured / Diverted Principal | Interest Earned | Loan Service Fee Retained by USACM | Interest Paid by Borrower Net of Service Fee | Cumulative Amount Due from Borrower, Net of Service Fee | Interest Paid to Investor | Cumulative Amount Held for / (Due from) Investor |
| 01/01/2007 - PRIOR MONTH ENDING BALANCES - | $50,000.00 | | | | | $5,761.02 | $444.94 | $1,798.90 | $3,517.17 | $1,811.22 | ($12.31) |
| 01/31/2007 Interest and Service Fee (1/1 - 1/31) | $50,000.00 | | | | | $579.17 | $41.67 | | $4,054.67 | | ($12.31) |
| **TOTALS:** | **$50,000.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$6,340.18** | **$486.61** | **$1,798.90** | **$4,054.67** | **$1,811.22** | **($12.31)** |

[1] This rate may be adjusted according to your loan servicing agreement.

This statement is provided for informational purposes only and is intended for the sole benefit of the named vested party. USA reserves the right to update and supplement this statement. This statement is not intended to represent a loan payoff quote.

THIS STATEMENT REFLECTS ACTIVITY FROM 1/1/2007 TO 1/31/2007