| | |
|---|---|
| 1 | Robert Jay Moore (California State Bar #77495) |
| | MILBANK, TWEED, HADLEY & McCLOY LLP |
| 2 | 601 South Figueroa Street, 30th Floor |
| | Los Angeles, California 90017 |
| 3 | Telephone: (213) 892-4000 |
| 4 | Facsimile: (213) 629-5063 |
| | Email: rmoore@milbank.com |
| 5 | |
| | Attorneys for Compass Financial Partners LLC |
| 6 | and Compass USA SPE LLC |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | **(No Hearing Required)** |

Robert Jay Moore, Petitioner, respectfully represents to the Court:

1. That Petitioner resides in Los Angeles, California.

2. That Petitioner is an attorney at law and a member of the law firm of Milbank, Tweed, Hadley & McCloy LLP with offices at 601 South Figueroa Street, 30th Floor, Los Angeles, California 90017, (213) 892-4000.

LA1:#6357195

1  3. That Petitioner has been retained personally or as a member of the law firm by
2  Compass Financial Partners LLC to provide legal representation in connection with the above-
3  entitled case now pending before this Court.

4  4. That since December 21, 1977, Petitioner has been and presently is a member in
5  good standing of the bar of the highest Court of the State of California where Petitioner regularly
6  practices law.

7  5. That Petitioner was admitted to practice before the following United States
8  District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States
9  and Courts of other States on the dates indicated for each, and that Petitioner is presently a
10 member in good standing of the bars of said Courts.

|  | Date Admitted |
|---|---|
| Bar of the State of California | December 21, 1977 |
| Bar of the District of Columbia | August, 18, 1980 |
| United States Court of Appeals for the Ninth Circuit | March 26, 1993 |
| United States District Court, Central District of California | January 16, 1978 |
| United States District Court, Northern District of California | August 18, 1980 |
| United States District Court, Southern District of California | March 30, 1978 |
| United States District Court, Eastern District of California | April 7, 1993 |

19 6. That there are or have been no disciplinary proceedings instituted against
20 petitioner, nor any suspension of any license, certificate or privilege to appear before any
21 judicial, regulatory or administrative body, or any resignation or termination in order to avoid
22 disciplinary or disbarment proceedings, except as described in detail below: None.

23 7. That Petitioner has never been denied admission to the State Bar of Nevada.

24 8. That Petitioner is a member of good standing in the following Bar Associations:
25 American Bar Association, State Bar of California, Los Angeles County Bar Association and
26 District of Columbia Bar Association.

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Name of Petitioner/ Date of Application | Cause | Title of Court, Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| Tyson Lomazow March 22, 2007 | In re USA Commercial Mortgage, et al. | Bankruptcy Court BK-S-06-10725 LBR | Granted |

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

DATED: July 31, 2007

_____
Robert Jay Moore, Petitioner

LA1:#6357195

-3-

| | |
|---|---|
| 1 | STATE OF CALIFORNIA    ) |
| 2 | COUNTY OF LOS ANGELES  ) |

4   Robert Jay Moore, Petitioner, being first duly sworn, deposes and says: That the
5   foregoing statements are true.

*/s/ Robert Jay Moore*
Robert Jay Moore, Petitioner

9   (SEAL)
10  Subscribed and sworn to before me this
11  _____ day of July, 2007.

13  _____
            Notary Public

16  **ORDER**

17   The Verified Petition of Robert Jay Moore to practice in this case only is approved.

19  Dated: _____, 2007

            _____
            Judge of the United States Bankruptcy Court

LA1:#6357195                    -4-

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of Los Angeles

On 7/31/07 before me, Bonita J. Paul, notary public
Name and Title of Officer (e.g., "Jane Doe, Notary Public")

personally appeared Robert Jay Moore
Name(s) of Signer(s)

☑ personally known to me

☐ (or proved to me on the basis of satisfactory evidence)

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature: Bonita J. Paul
Signature of Notary Public

[Notary Seal: BONITA J. PAUL, Commission # 1430808, Notary Public - California, Los Angeles County, My Comm. Expires Aug 6, 2007]

Place Notary Seal Above

─────────────── OPTIONAL ───────────────

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____    Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer Is Representing: _____

Signer's Name: _____
- ☐ Individual
- ☐ Corporate Officer — Title(s): _____
- ☐ Partner — ☐ Limited ☐ General
- ☐ Attorney in Fact
- ☐ Trustee
- ☐ Guardian or Conservator
- ☐ Other: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer Is Representing: _____

© 2006 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402    Item No. 5907 v609    Reorder: Call Toll-Free 1-800-876-6827