```
 1  Robert Jay Moore (California State Bar #77495)
    MILBANK, TWEED, HADLEY & McCLOY LLP
 2  601 South Figueroa Street, 30th Floor
    Los Angeles, California 90017
 3  Telephone:   (213) 892-4000
 4  Facsimile:   (213) 629-5063
    Email:       rmoore@milbank.com
 5
    Attorneys for Compass Financial Partners LLC
 6  and Compass USA SPE LLC
 7
```

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

The undersigned, attorney of record for and Compass USA SPE LLC and Compass Financial Partners LLC, the Defendants herein, has submitted to the Court a "Verified Petition for Permission to Practice in this Case Only." Not being admitted to the bar of this Court, and not maintaining an office in the District of Nevada for the practice of law, I believe it to be in the best interests of the clients, Compass USA SPE LLC and Compass Financial Partners LLC, to

LA1 #6357443

designate Peter C. Bernhard, Georganne W. Bradley and Joseph P. Hardy of Bullivant Houser Bailey PC ("Nevada Counsel"), attorneys at law, members of the State Bar of Nevada and previously admitted to practice before the above-entitled Court, as associate local counsel in this action. The address of said designated Nevada Counsel is Peter C. Bernhard (Nevada Bar No. 0734), Georganne W. Bradley (Nevada Bar No. 1105) and Joseph P. Hardy (Nevada Bar No. 7370), Bullivant Houser Bailey PC, 3980 Howard Hughes Parkway, Suite 550, Las Vegas, NV 89169, Telephone: (702) 669-3600, Facsimile: (702) 650-2995, peter.bernhard@bullivant.com, georganne.bradley@bullivant.com and joe.hardy@bullivant.com.

By this designation the undersigned attorneys and parties agree that all documents and other papers issued out of this Court in the above-entitled case may be served on the designated local counsel. Further, said local counsel shall be responsible for providing copies of the same to the co-counsel. Further, this designation constitutes agreement and authorization by the undersigned for the designated local counsel to sign stipulations binding on all of us. The time for performing any act under applicable Rule shall run from the date of service on the local counsel.

Dated: July 31, 2007        MILBANK, TWEED, HADLEY & McCLOY LLP


By: _____
    Robert Jay Moore

Attorneys for Compass Financial Partners LLC
and Compass USA SPE LLC

LA1#6357443                        -2-

## CONSENT OF DESIGNATED NEVADA COUNSEL

The undersigned hereby consents to serve as associate Nevada counsel in this case and agrees that they are responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that they are responsible to transmit copies of all documents and other papers so served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

Dated: ~~July 31~~ Aug. 9, 2007

BULLIVANT HOUSER BAILEY PC

By: *Georganne W. Bradley*
Peter Bernhard (Nevada Bar No. 0734)
Georganne W. Bradley (Nevada Bar No. 1105)
Joseph P. Hardy (Nevada Bar No. 7370)
3980 Howard Hughes Parkway, Suite 550
Las Vegas, Nevada 89169
Telephone: (702) 650-6565
Facsimile: (702) 650-2995

Designated Nevada Counsel

LAI #6357443

-3-

## APPOINTMENT OF DESIGNATED NEVADA COUNSEL

The undersigned parties appoint Peter C. Bernhard, Georganne W. Bradley and Joseph P. Hardy of Bullivant Houser Bailey PC as their Designated Nevada Counsel is this case.

Dated: August 9, 2007

By _____
Party Signature

-4-