1  Linda Dakin-Grimm (California State Bar #119630)
   MILBANK, TWEED, HADLEY & McCLOY LLP
2  601 South Figueroa Street, 30th Floor
   Los Angeles, California 90017
3  Telephone:    (213) 892-4000
   Facsimile:    (213) 629-5063
4  Email:        ldakin-grimm@milbank.com
5
   Attorneys for Compass Financial Partners LLC
6  and Compass USA SPE LLC
7
8             UNITED STATES BANKRUPTCY COURT
9                  DISTRICT OF NEVADA
10

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **VERIFIED PETITION FOR PERMISSION<br>TO PRACTICE IN THIS CASE ONLY BY<br>ATTORNEY NOT ADMITTED TO THE<br>BAR OF THIS COURT** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☒   All Debtors<br>☐   USA Commercial Mortgage Company<br>☐   USA Securities, LLC<br>☐   USA Capital Realty Advisors, LLC<br>☐   USA Capital Diversified Trust Deed Fund, LLC<br>☐   USA First Trust Deed Fund, LLC | **(No Hearing Required)** |

24        Linda Dakin-Grimm, Petitioner, respectfully represents to the Court:

25        1.      That Petitioner resides in Los Angeles, California.

26        2.      That Petitioner is an attorney at law and a member of the law firm of Milbank,

27   Tweed, Hadley & McCloy LLP with offices at 601 South Figueroa Street, 30th Floor,

28   Los Angeles, California 90017, (213) 892-4000.

3.    That Petitioner has been retained personally or as a member of the law firm by Compass Financial Partners LLC to provide legal representation in connection with the above-entitled case now pending before this Court.

4.    That since December 10, 1985, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California where Petitioner regularly practices law.

5.    That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

|  | Date Admitted |
| --- | --- |
| Bar of the State of California | December 10, 1985 |
| Bar of the District of Columbia | December 13, 2006 |
| NY Supreme Court, Appellate Div. 3rd Judicial District | July 18, 2007 |
| United States Court of Appeals for the Ninth Circuit | September 21, 1993 |
| United States District Court, Central District of California | January 16, 1988 |
| United States District Court, Northern District of California | August 13, 2002 |
| United States District Court, Southern District of California | September 21, 1993 |

6.    That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:  None.

7.    That Petitioner has never been denied admission to the State Bar of Nevada.

8.    That Petitioner is a member of good standing in the following Bar Associations: N/A.

9.      Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Name of Petitioner/ Date of Application | Cause | Title of Court, Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| Tyson Lomazow March 22, 2007 | In re USA Commercial Mortgage, et al. | Bankruptcy Court BK-S-06-10725 LBR | Granted |
| Daniel Perry Linda Dakin-Grimm Paul Torres July 27, 2007 | In re USA Commercial Mortgage, et al. | US District Court 2:07-CV-00892-RCJ-GWF | Granted |

10.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11.     Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.


DATED:  August 7, 2007

_____
Linda Dakin-Grimm, Petitioner

-3-

1    STATE OF CALIFORNIA           )
                                   )
2    COUNTY OF LOS ANGELES         )

3

4         Linda Dakin-Grimm, Petitioner, being first duly sworn, deposes and says:  That the

5    foregoing statements are true.

6

7                                                    _____
                                                         Linda Dakin-Grimm, Petitioner
8

9    (SEAL)

10   Subscribed and sworn to before me this

11   _____ day of August, 2007.

12

13   _____
                Notary Public

14

15

16                                  **ORDER**

17        The Verified Petition of Linda Dakin-Grimm to practice in this case only is approved.

18

19   Dated: _____, 2007
                                          _____
20                                         Judge of the United States Bankruptcy Court
     LA1:#6357543
21

22

23

24

25

26

27

28

-4-