# EXHIBIT 1

**Entered on Docket**
**August 09, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

_____

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | |
| | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Date: April 26, 2007 |
| | Time: 9:30 a.m |
| USA SECURITIES, LLC, | **Affecting:** |
| Debtors. | ☐ All Cases |
| | **or Only:** |
| | ☒ USA Commercial Mortgage Company |
| | ☐ USA Capital Realty Advisors, LLC |
| | ☐ USA Capital Diversified Trust Deed Fund, LLC |
| | ☐ USA Capital First Trust Deed Fund, LLC |
| | ☐ USA Securities, LLC |

1837274.1

**ORDER SUSTAINING SEVENTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS EXCEPT PROOF OF CLAIM NO. 10725-2307 FILED BY DG MENCHETTI LTD. PENSION PLAN**

The USACM Liquidating Trust (the "USACM Trust") filed its Seventh Omnibus Objection to Claims Asserting Secured Status [DE 3145] (the "Objection") on March 20, 2007. Appropriate notice of the Objection was given. A response to the objection was filed with this Court as follows:

Opposition filed by the Mantas Group on behalf of DG Menchetti, Ltd. Pension Plan) regarding Claim No. 10725-2307 [DE 3507]. An Order Approving Stipulation with counsel allowing the claim as an unsecured claim, albeit subject to further objection, was signed by this Court on June 4, 2007 [DE 3887]. Counsel deleted DG Menchetti Ltd. Pension Plan's claim from the exhibit to the Seventh Omnibus Objection attached to this Order.

No other responses were filed with this Court. The Objection came before the Court for hearing on April 26, 2007 at 9:30 a.m. Good cause appearing, it is

ORDERED:

- Sustaining the USACM Trust's Seventh Omnibus Objection to Claims Asserting Secured Status listed on Exhibit A attached;

- Reclassifying the Proofs of Claim listed on Exhibit A attached as general unsecured claims; and

- Reserving the right of any party in interest, including the USACM Trust, to further object to any and all claims listed on Exhibit A attached as unsecured claims or otherwise, whether or not the subject of this Objection.

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By:  /s/ RC (#0006593)
     Susan M. Freeman
     Rob Charles
*Attorneys for USACM Liquidating Trust*

1837274.1

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

- ☐ The Court waived the requirements of LR 9021.

- ☒ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing regarding this matter and/or who filed a written objection and each has:

    - ☐ approved the form of this order;
    - ☐ waived the right to review the order;
    - ☐ failed to file and serve papers in accordance with LR 9021(c); and/or
    - ☒ failed to sign and return this proposed order within five (5) business days in accordance with LR 9021(b).

- ☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order:

- ☐ No opposition was filed to the motion and no other party or counsel appeared at the hearing (none required).

APPROVED/DISAPPROVED

**BOLICK & BOYER**


By:_____
      Erven T. Nelson
*Attorneys for Leo G. Mantas and Others*


**LEWIS AND ROCA LLP**


By:    /s/ RC (#0006593)
      Susan M. Freeman
      Rob Charles
*Attorneys for USACM Liquidating Trust*

1837274.1

## 7th Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims

| | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | Cynthia D Burdige Trust U/A Dated 4/13/00<br>C/O Cynthia D Burdige Trustee<br>100 Nw 82Nd Ave Ste 305<br>Plantation, Fl  33324-1835 | 10725-00937 | 11/2/2006 | $427,692.00 | S |
| 2 | Cynthia G Davis Living Trust<br>C/O Cynthia G Davis Trustee<br>2465 Telluride Dr<br>Reno, NV  89511-9155 | 10725-01919 | 1/10/2007 | $101,493.06 | S, U |
| 3 | D & P Curtis Trust Dated 7/27/01<br>Patricia M & Dan L Curtis Ttees<br>404 Club Ct<br>Las Vegas, NV  89144-0838 | 10725-00720 | 10/25/2006 | $100,000.00 | S |
| 4 | | | | | |
| 5 | D&P Curtis Trust<br>Patricia M & Dan L Curtis Ttees<br>404 Club Ct<br>Las Vegas, NV  89144 | 10725-00765 | 10/25/2006 | $100,000.00 | S |
| 6 | D`Elia, Humberto<br>72 Paradise Pkwy<br>Henderson, NV  89074-6200 | 10725-00951 | 11/2/2006 | $50,000.00 | S |
| 7 | Dalton Trust Dtd 1/7/94<br>C/O Bert A Stevenson Trustee<br>500 N Estrella Pkwy<br>Ste B2 405<br>Goodyear, AZ  85338-4135 | 10725-01892 | 1/8/2007 | Unknown | S, U |
| 8 | Daniel & Virginia Salerno Family Trust Dtd 8/9/89<br>Daniel N & Virginia P Salerno Ttees<br>Po Box 7869<br>Incline Village, NV  89452-7869 | 10725-00274 | 9/27/2006 | $212,026.22 | S |
| 9 | Daniel D Newman Trust Dtd 11/1/92<br>C/O Daniel D Newman Trustee<br>125 Elysian Dr<br>Sedona, AZ  86336 | 10725-02030 | 1/11/2007 | $714,018.67 | S, U |

916806  7th Objection to Claims Asserting Secured Claim Status

**EXHIBIT A**

1

| | | | | | |
|---|---|---|---|---|---|
| 10 | Daniel Living Trust<br>Mark A & Cathy A Daniel Ttees<br>20 Redonda<br>Irvine, CA  92620 | 10725-02267 | 1/12/2007 | $559,993.83 | S, U |
| 11 | Daniel O & Takeko Carlton Revoc Trust Dtd 4/30/97<br>C/O Daniel & Takeko Carlton Ttee<br>4697 Hooktree Rd<br>Twentynine Palms, CA  92277-6723 | 10728-00043 | 9/25/2006 | $17,260.84 | S |
| 12 | Daniel O & Takeko Carlton Revoc Trust Dtd 4/30/97<br>C/O Daniel & Takeko Carlton Ttee<br>4697 Hooktree Rd<br>Twentynine Palms, CA  92277-6723 | 10728-00044 | 9/25/2006 | $75,000.00 | S |
| 13 | Daniel O & Takeko Carlton Revoc Trust Dtd 4/30/97<br>C/O Daniel & Takeko Carlton Ttee<br>4697 Hooktree Rd<br>Twentynine Palms, CA  92277-6723 | 10728-00045 | 9/25/2006 | $55,000.00 | S |
| 14 | Daniel O & Takeko Carlton Revoc Trust Dtd 4/30/97<br>C/O Daniel & Takeko Carlton Ttee<br>4697 Hooktree Rd<br>Twentynine Palms, CA  92277-6723 | 10728-00046 | 9/25/2006 | $55,000.00 | S |
| 15 | Daniel O & Takeko Carlton Revoc Trust Dtd 4/30/97<br>C/O Daniel & Takeko Carlton Ttee<br>4697 Hooktree Rd<br>Twentynine Palms, CA  92277-6723 | 10728-00049 | 9/25/2006 | $50,000.00 | S |
| 16 | Daniel, Deborah A<br>249 S Vista Del Monte<br>Anaheim, CA  92807 | 10725-02035 | 1/11/2007 | $202,376.95 | S, U |
| 17 | Daniel, Gregory Scott<br>20 Redonda<br>Irvine, CA  92620 | 10725-02164 | 1/12/2007 | $50,746.52 | S, U |
| 18 | Daraskevius, Joseph G & Ardee S<br>2761 Kiowa Blvd S<br>Lake Havasu City, AZ  86403 | 10725-00816 | 10/30/2006 | $275,000.00 | S |
| 19 | Daraskevius, Joseph G & Ardee S<br>2761 Kiowa Blvd South<br>Lake Havasu City, AZ  86403 | 10725-00865 | 10/31/2006 | $275,000.00 | S |

| | | | | | |
|---|---|---|---|---|---|
| 20 | Daryl Blanck & Yvonne Blanck Trust Dated 3/23/94<br>Daryl L. Blanck & Yvonne M. Blanck, Ttees<br>1243 Country Club Dr.<br>Laughlin, NV 89029 | 10725-00601 | 10/6/2006 | $13,737.00 | S |
| 21 | Daryl L. Blanck & Yvonne M. Blanck Trustees Of The Daryl Blanck & Yvonne Blanck Trust Dated 3/23/94<br>1243 Country Club Dr.<br>Laughlin, NV 89029 | 10725-00602 | 10/16/2006 | $21,396.39 | S |
| 22 | David A Gean Revocable Trust Dtd 4/3/92<br>C/O Marsha Kendall Trustee<br>6615 E Pacific Coast Hwy<br>#260<br>Long Beach, CA 90803-4228 | 10725-02006 | 1/10/2007 | $255,892.98 | S, U |
| 23 | David L Gross Family Trust Dtd 12/4/94<br>C/O David L Gross Trustee<br>895 On The Green<br>Biloxi, MS 39532-3229 | 10725-00314 | 9/29/2006 | $100,000.00 | S |
| 24 | Davis Family Trust<br>C/O Joseph Davis & Marion Sharp<br>3100 Ashby Ave<br>Las Vegas, Nv 89102-1908 | 10725-02334 | 1/13/2007 | $750,000.00 | S, U |
| 25 | Davis Investments<br>3100 Ashby Ave<br>Las Vegas, Nv 89102-1908 | 10725-02333 | 1/13/2007 | $1,000,000.00 | S, U |
| 26 | Davis Ira, Joseph<br>3100 Ashby Ave<br>Las Vegas, Nv 89102 | 10725-02332 | 1/13/2007 | $6,000.00 | S, U |
| 27 | Davis Yoder Trust Dtd 12/16/00<br>Robert J Yoder & Nancy R Davis Ttees<br>12291 Prosser Dam Rd<br>Truckee, CA 96161 | 10725-02084 | 1/11/2007 | $610.82 | S, U |
| 28 | Davis, Todd<br>360 W 55Th St<br>Apt 1G<br>New York, Ny 10019 | 10725-02330 | 1/13/2007 | $575,000.00 | S, U |
| 29 | Dcgt Fbo Claude M Penchina Roth Ira<br>74 Rue De Sevres<br>Paris 75007<br>France | 10725-01546 | 12/4/2006 | $51,692.44 | U<br>S - Unknown |

| | | | | | |
|---|---|---|---|---|---|
| 30 | Decedents Trust Of The Restated Moon Irrevoc<br>Trust Dtd 6/12/87<br>Frieda Moon Ttee<br>2504 Callita Ct<br>Las Vegas, NV  89102 | 10725-00009 | 5/22/2006 | $37,860.24 | S |
| 31 | Deller, Ross<br>1469 Harmony Hill<br>Henderson, Nv  89014 | 10725-00039 | 5/8/2006 | $50,000.00 | S |
| 32 | Deller, Ross<br>1469 Harmony Hill<br>Henderson, Nv  89014 | 10725-00040 | 5/8/2006 | $50,000.00 | S |
| 33 | Deller, Ross<br>1469 Harmony Hill<br>Henderson, Nv  89014 | 10725-00041 | 5/8/2006 | $100,000.00 | S |
| 34 | Deller, Ross<br>1469 Harmony Hill<br>Henderson, NV  89014 | 10725-00042 | 5/8/2006 | $120,000.00 | S |
| 35 | Deller, Ross<br>1469 Harmony Hill<br>Henderson, Nv  89014 | 10725-00053 | 6/5/2006 | $100,000.00 | S |
| 36 | Dennis G Campton Md Psp<br>C/O Dennis G Campton Trustee<br>5741 Kens Pl<br>Pahrump, NV  89060-1751 | 10725-01030 | 11/6/2006 | $59,209.25 | S, U |
| 37 | Dery Tenants In Common, Ann R & James D<br>19601 Van Aken Blvd<br>Shaker Heights, OH  44122 | 10725-02062 | 1/11/2007 | $151,807.59 | S, U |
| 38 | Dery, James D & Ann R<br>Husband & Wife<br>19601 Van Aken Blvd<br>Shaker Heights, OH  44122 | 10725-02063 | 1/11/2007 | $1,396,673.86 | S, U |
| 39 | Desert Commercial Sweeping Inc<br>Christopher D Jaime Esq<br>Po Box 30000<br>Maupin Cox & Legoy<br>Reno, NV  89520 | 10725-00518 | 10/18/2006 | $70,000.00 | S |
| 40 | Desert Commercial Sweeping<br>C/O Christopher D. Jaime, Esq.<br>Maupin, Cox & Legoy<br>P.O. Box 30000<br>Reno, NV 89520 | 10725-00661 | 10/23/2006 | $70,000.00 | S |

| 41 | Deutscher, Dwayne H & Michelle T<br>5430 Fenton Way<br>Granite Bay, CA 95746 | 10725-02029 | 1/11/2007 | $213,069.77 | S, U |
| 42 | Dewhurst Family Trust<br>Po Box 6836<br>Incline Village, Nv 89450 | 10725-02300 | 1/13/2007 | $100,000.00 | S, U |