LEWIS AND ROCA LLP
LAWYERS

E-Filed on 8/10/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>    Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER SUSTAINING NINTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS EXCEPT PROOF OF CLAIM NO. 10725-00947 FILED BY EVALAYN C. TAYLOR, PROOF OF CLAIM NO. 10725-01884 FILED BY THOMAS FALLON, PROOF OF CLAIM NO. 10725-2305 FILED BY ERVEN J. & FRANKIE J. NELSON TRUST, PROOF OF CLAIM NO. 10725-02304 FILED BY ERVEN J. NELSON, LTD. PSP, AND PROOF OF CLAIM NO. 10725-00547 FILED BY EDWARD & LEAH KLINE FAMILY TRUST** |

**PLEASE TAKE NOTICE** that an Order Sustaining Ninth Omnibus Objection of the USACM Liquidating Trust to Claims Asserting Secured Status Except Proof of Claim No. 10725-00947 Filed by Evalayn C. Taylor, Proof of Claim No. 10725-01884 Filed by Thomas Fallon, Proof of Claim No. 10725-2305 Filed by Erven J. & Frankie J. Nelson

1856775.1

**LEWIS AND ROCA LLP**
LAWYERS

Trust, Proof of Claim No. 10725-02304 Filed by Erven J. Nelson, Ltd. PSP, And Proof of Claim No. 10725-00547 Filed by Edward & Leah Kline Family Trust [DE 4463] was entered on the 9th day of August 2007, a true and correct copy of which is attached hereto as Exhibit 1.

RESPECTFULLY SUBMITTED August 10, 2007.

**LEWIS AND ROCA LLP**

By  /s/ RC (#006593)
Susan M. Freeman
Rob Charles
*Attorneys for USACM Liquidating Trust*

PROOF OF SERVICE

Copy of the foregoing mailed by First Class, US Mail, postage prepaid, on August 10, 2007 to the parties listed on Exhibit A to the attached order.

 /s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca

2

1856775.1