# EXHIBIT 1

1688943.1

Entered on Docket
August 09, 2007

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

_____

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Date: April 26, 2007<br>Time: 9:30 a.m |
| USA SECURITIES, LLC,      Debtors. | **Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

1837305.1

**ORDER SUSTAINING TENTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS EXCEPT PROOF OF CLAIM NO. 10725-2326 FILED BY L. EARLE ROMAK**

The USACM Liquidating Trust (the "USACM Trust") filed its Tenth Omnibus Objection to Claims Asserting Secured Status [DE 3151] (the "Objection") on March 20, 2007. Appropriate notice of the Objection was given. A Response to the Objection was filed with this Court as follows:

• Opposition filed by L. Earle Romak IRA (The Mantas Group) regarding Claim No. 10725-2326 [DE 3507]. An Order Approving Stipulation with counsel allowing the claim as an unsecured claim, albeit subject to further objection, was signed by this Court on June 4, 2007 [DE 3887]. Counsel deleted L. Earle Romak's claim from the exhibit to the Tenth Omnibus Objection attached to this Order.

No other responses were filed with this Court. The Objection came before the Court for hearing on April 26, 2007 at 9:30 a.m. Good cause appearing, it is

ORDERED:

• Sustaining the USACM Trust's Tenth Omnibus Objection to Claims Asserting Secured Status listed on Exhibit A attached;

• Reclassifying the Proofs of Claim listed on Exhibit A attached as general unsecured claims; and

• Reserving the right of any party in interest, including the USACM Trust, to further object to any and all claims listed on Exhibit A attached as unsecured claims or otherwise, whether or not the subject of this Objection.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By:  /s/ RC (#0006593)
        Susan M. Freeman
        Rob Charles
*Attorneys for USACM Liquidating Trust*

2

1837305.1

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

- ☐ The Court waived the requirements of LR 9021.

- ☒ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing regarding this matter and/or who filed a written objection and each has:

    - ☐ approved the form of this order;
    - ☐ waived the right to review the order;
    - ☐ failed to file and serve papers in accordance with LR 9021(c); and/or
    - ☒ failed to sign and return this proposed order within five (5) business days in accordance with LR 9021(b).

- ☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order:

- ☐ No opposition was filed to the motion and no other party or counsel appeared at the hearing (none required).

APPROVED/DISAPPROVED

**BOLICK & BOYER**

By:_____
    Erven T. Nelson
*Attorneys for Leo G. Mantas and Others*

**LEWIS AND ROCA LLP**

By:   /s/ RC (#0006593)_____
    Susan M. Freeman
    Rob Charles
*Attorneys for USACM Liquidating Trust*

1837305.1

**10th Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims**

| | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | Falvai, Brenda<br>252 N Paseo De Juan<br>Anaheim, CA  92807-2319 | 10725-00017 | 6/2/2006 | $50,933.34 | S |
| 2 | Falvai, Brenda<br>252 N Paseo De Juan<br>Anaheim, CA  92807-2319 | 10725-00018 | 6/2/2006 | $50,972.22 | S |
| 3 | Falvai, Brenda<br>252 N Paseo De Juan<br>Anaheim, CA  92807-2319 | 10725-00019 | 6/2/2006 | $50,933.34 | S |
| 4 | Falvai, Brenda<br>252 N Paseo De Juan<br>Anaheim, CA  92807-2319 | 10725-00020 | 6/2/2006 | $50,933.34 | S |
| 5 | Falvai, Brenda<br>252 N Paseo De Juan<br>Anaheim, CA  92807-2319 | 10725-00021 | 6/2/2006 | $37,860.24 | S |
| 6 | Fanelli, John & Joanettedi<br>47 Barrett Rd<br>Greenville, NH  03048-3305 | 10725-01347 | 11/13/2006 | $150,000.00 | S |
| 7 | Fanelli, Mark<br>244 Prospect St<br>Leominster, MA  01453 | 10725-01380 | 11/13/2006 | $100,000.00 | S |
| 8 | Fanelli, Mark<br>244 Prospect St<br>Leominster, MA  01453-3004 | 10725-01381 | 11/13/2006 | $116,635.00 | S |
| 9 | Faradjollah, Jack<br>10851 Furlong Dr<br>Santa Ana, CA  92705 | 10725-00718 | 10/25/2006 | $79,003.38 | S |
| 10 | Feld, Jane<br>1141 Grand Ave<br>Oroville, Ca  95965 | 10725-00452 | 10/5/2006 | $48,047.32 | S |
| 11 | Feldman, Benjamin<br>1 St Marys Ct<br>Rancho Mirage, CA  92270 | 10725-00363 | 10/2/2006 | $23,236.98 | S |
| 12 | Ferguson Living Trust Dtd 6/28/00<br>C/O Patricia Ferguson Ttee<br>3985 Lake Placid Dr<br>Reno, Nv  89511-6780 | 10725-01742 | 12/7/2006 | $150,000.00 | S |

91695  10th Objection to Claims Asserting Secured Claim Status            **EXHIBIT A**            1

| | | | | | |
|---|---|---|---|---|---|
| 13 | Fernandes, Christopher<br>4001 Oak Manor Ct<br>Hayward, CA  94542 | 10725-00526 | 10/10/2006 | $93,287.54 | S |
| 14 | Fernandes, Dionisio A & Fiola<br>4001 Oak Manor Ct<br>Hayward, CA  94542-1445 | 10725-00523 | 10/10/2006 | $244,646.92 | S |
| 15 | Fernandes, Jason D & Fiola<br>4001 Oak Manor Ct<br>Hayward, CA  94542-1445 | 10725-00524 | 10/10/2006 | $151,359.38 | S |
| 16 | Fernandes, Melissa<br>4001 Oak Manor Ct<br>Hayward, CA  94542 | 10725-00525 | 10/10/2006 | $116,143.68 | S |
| 17 | Ferraro, Stanley & Florence<br>2300 Airland St<br>Las Vegas, NV  89134-5317 | 10725-01734 | 12/11/2006 | $60,000.00 | S |
| 18 | Fine IRA, Lewis H & Arlene J<br>C/O First Trust Of Onaga Ks<br>Po Box 487<br>Oakley, UT  84055-0487 | 10725-01533 | 12/4/2006 | $44,253.44 | S, P |
| 19 | Fine IRA, Lewis H & Arlene J<br>C/O First Trust Of Onaga Ks<br>Po Box 487<br>Oakley, UT  84055-0487 | 10725-01535 | 12/4/2006 | $151,909.69 | S, P |
| 20 | Fine, Lewis H & Arlene J<br>Po Box 487<br>Oakley, UT  84055-0487 | 10725-01531 | 12/4/2006 | $6,955.74 | S |
| 21 | Fine, Lewis H & Arlene J<br>Po Box 487<br>Oakley, UT  84055-0487 | 10725-01532 | 12/4/2006 | $80,000.00 | S |
| 22 | Fine, Lewis H & Arlene J<br>Po Box 487<br>Oakley, UT  84055-0487 | 10725-01534 | 12/4/2006 | $40,089.59 | S, P |
| 23 | Fine, Lewis H & Arlene J<br>Po Box 487<br>Oakley, UT  84055-0487 | 10725-01536 | 12/4/2006 | $108,266.64 | S, P |
| 24 | Finnman Family Trust<br>Martha Ann Lutz Ttee<br>2712 Eastern Pkwy<br>Winterpark, FL  32789 | 10725-00790 | 10/27/2006 | $350,000.00 | S |
| 25 | First Savings Bank Custodian For<br>Jocelyne Helzer IRA<br>115 South Deer Run Rd<br>Carson City, NV  89701 | 10725-02230 | 1/12/2007 | $18,269.00 | S, U |

91695  10th Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

2

| | | | | | |
|---|---|---|---|---|---|
| 26 | First Savings Bank Custodian For John A M Handal IRA<br>3575 Siskiyou Ct<br>Hayward, CA  94542 | 10725-02285 | 1/12/2007 | $253,672.92 | S, U |
| 27 | | | | | |
| 28 | First Savings Bank Custodian For Randy Sanchez Ira<br>5713 N White Sands Rd<br>Reno, Nv  89511 | 10725-02217 | 1/12/2007 | $347,031.95 | S,U |
| 29 | First Savings Bank Custodian For Richard W Gilmour<br>PO Box 1241<br>Camano Island, WA  98292-1241 | 10725-01864 | 1/10/2007 | $160,697.26 | S, U |
| 30 | First Savings Bank Custodian For Robert G Fuller IRA<br>5172 English Daisy Way<br>Las Vegas, NV  89142 | 10725-02096 | 1/11/2007 | $108,272.33 | S, U |
| 31 | First Savings Bank Custodian Of John W Brouwers Md<br>Trust Department<br>2605 E Flamingo<br>Las Vegas, NV  89119 | 10725-00175 | 9/1/2006 | $50,895.83 | S |
| 32 | First Savings Bank Custodian Of The Paul Bloch Ira<br>Trust Department<br>2605 E Flamingo<br>Las Vegas, NV  89119 | 10725-00172 | 8/28/2006 | $152,687.50 | S |
| 33 | First Savings Bank<br>Trust Department<br>2605 E Flamingo Rd<br>Las Vegas, NV  89119 | 10725-00163 | 8/28/2006 | $101,493.06 | S |
| 34 | First Savings Bank<br>Trust Department<br>2605 E Flamingo Rd<br>Las Vegas, NV  89119 | 10725-00193 | 9/8/2006 | $101,493.06 | S |
| 35 | Florence Bolatin Living<br>C/O Florence Bolatin Ttee<br>2105 Diamond Brook Ct<br>Las Vegas, NV  89117-1866 | 10725-01156 | 11/9/2006 | $110,712.00 | S |
| 36 | Florence Bolatin Living<br>C/O Florence Bolatin Ttee<br>2105 Diamond Brook Ct<br>Las Vegas, Nv  89117-1866 | 10725-01156 | 11/9/2006 | $110,712.00 | S |

91695  10th Objection to Claims Asserting Secured Claim Status                **EXHIBIT A**                3

| | | | | | |
|---|---|---|---|---|---|
| 37 | Folendorf, Tad<br>Po Box 1<br>Angels Camp, Ca  95222 | 10725-00326 | 9/29/2006 | $50,000.00 | S |
| 38 | Fontana, Steffi<br>16400 Saybrook Ln<br>Spc 111<br>Huntington Beach, CA  92649-2268 | 10725-00739 | 10/26/2006 | $54,437.00 | S |
| 39 | Ford, Tomie S<br>335 Desert Meadow Ct<br>Reno, NV  89502-8725 | 10725-00583 | 10/13/2006 | $60,000.00 | S |
| 40 | Fossati, David<br>C/O Martin P Meyers<br>1000 Sw Broadway #1400<br>Portland, Or  97205 | 10725-00898 | 11/1/2006 | $57,609.00 | U<br>P, S - undetermined |
| 41 | Fossati, David<br>C/O Martin P Meyers<br>1000 Sw Broadway Ste 1400<br>Portland, OR  97205 | 10725-00106 | 8/10/2006 | Unknown | S, P, U |
| 42 | Foxcroft Living Trust Dtd 1/10/02<br>Fred J & Roberta Foxcroft Ttees<br>Po Box 362<br>Carnelian Bay, CA  96140-0362 | 10725-00418 | 10/3/2006 | $553,778.99 | S |
| 43 | Foxcroft, David<br>2605 E Flamingo Rd<br>Las Vegas, NV  89121 | 10725-00726 | 10/26/2006 | $60,000.00 | S |
| 44 | Francis Family Trust Dtd 11/10/98<br>Bruce & Tamara Francis Ttee<br>2360 E Mallory Cir<br>Mesa, AZ  85213 | 10725-00176 | 9/1/2006 | $50,895.83 | S |
| 45 | Fraser Atwater Properties Llc<br>Edward Fraser<br>14220 Sorrel Ln<br>Reno, NV  89511 | 10725-00135 | 8/11/2006 | $25,000.00 | S<br>U - Unknown amount |
| 46 | Fraser IRA, Edward C<br>14220 Sorrel Ln<br>Reno, NV  89511 | 10725-00141 | 8/15/2006 | $25,000.00 | S<br>U - Unknown amount |
| 47 | Fraser IRA, Edward C<br>14220 Sorrel Ln<br>Reno, NV  89511 | 10725-00143 | 8/15/2006 | $56,000.00 | S<br>U - Unknown amount |
| 48 | Fraser, Edward & Marge<br>14220 Sorrel Ln<br>Reno, NV  89511-6744 | 10725-00104 | 8/11/2006 | $28,000.00 | S<br>U - Unknown amount |

| 49 | Fred & Kellee Kempf Trust<br>C/O Marius & Mary A Kempf Tteees<br>2560 Forest City Dr<br>Henderson, Nv 89052-6951 | 10725-00433 | 10/4/2006 | $106,000.00 | S |
| --- | --- | --- | --- | --- | --- |
| 50 | Fred Teriano<br>P.O. Box 96331<br>Las Vegas, NV 89193-6331 | 10725-00603 | 10/16/2006 | $165,000.00 | S |