LEWIS
AND
ROCA
LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 8/13/07

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | **NOTICE OF ENTRY OF ORDER SUSTAINING SEVENTEENTH OMNIBUS OBJECTION OF THE** |
| USA SECURITIES, LLC, Debtors. | **USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS EXCEPT PROOF OF CLAIM NO. 10725-00572 FILED BY** |
| **Affects:** ☐ All Debtors ☒ USA Commercial Mortgage Company ☐ USA Capital Realty Advisors, LLC ☐ USA Capital Diversified Trust Deed Fund, LLC ☐ USA Capital First Trust Deed Fund, LLC ☐ USA Securities, LLC | **EDWARD KLINE, PROOF OF CLAIM NO. 10725-02302 FILED BY NANCY N. LAFLEUR, AND PROOF OF CLAIM NO. 10725-02210 FILED BY LARRY AND PATSY RIEGER** |

**PLEASE TAKE NOTICE** that an Order Sustaining Seventeenth Omnibus

Objection of the USACM Liquidating Trust to Claims Asserting Secured Status Except

Proof of Claim No. 10725-00572 Filed by Edward Kline, Proof of Claim No. 10725-

02302 Filed by Nancy N. Lafleur, and Proof of Claim No. 10725-02210 Filed by Larry

1856772.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

and Patsy Rieger [DE 4460] was entered on the 9th day of August 2007, a true and correct copy of which is attached hereto as Exhibit 1.

RESPECTFULLY SUBMITTED August 13, 2007.

**LEWIS AND ROCA LLP**

By   /s/ RC (#006593)
Susan M. Freeman
Rob Charles
*Attorneys for USACM Liquidating Trust*

PROOF OF SERVICE

Copy of the foregoing mailed by First Class, US Mail, postage prepaid, on August 13, 2007 to the parties listed on Exhibit A to the attached order.

  /s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca

2

1856772.1