**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 8/13/07

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>            Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER SUSTAINING NINETEENTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS EXCEPT PROOF OF CLAIM NOS. 10725-00615, 00616, 00617, 00647, 00648, 00649, 00676-1, 00676-2, 00699, 00722, 00756, 00766, 00797, 00798, 01028, 01029, 01037, 01634, 01635, 01636, 01637, AND 01905 FILED BY MARCIA J. KNOX AND PROOF OF CLAIM NO. 10725-02308 FILED BY LEO MANTAS** |

**PLEASE TAKE NOTICE** that an Order Sustaining Nineteenth Omnibus Objection Of the USACM Liquidating Trust to Claims Asserting Secured Status Except Proof ff Claim Nos. 10725-00615, 00616, 00617, 00647, 00648, 00649, 00676-1, 00676-2, 00699, 00722, 00756, 00766, 00797, 00798, 01028, 01029, 01037, 01634, 01635, 01636, 01637, and 01905 Filed by Marcia J. Knox and Proof of Claim No. 10725-02308

1856771.1

Filed by Leo Mantas [DE 4459] was entered on the 9th day of August 2007, a true and correct copy of which is attached hereto as Exhibit 1.

RESPECTFULLY SUBMITTED August 13, 2007.

**LEWIS AND ROCA LLP**

By  /s/ RC (#006593)
    Susan M. Freeman
    Rob Charles
    *Attorneys for USACM Liquidating Trust*

PROOF OF SERVICE

Copy of the foregoing mailed by First Class, US Mail, postage prepaid, on August 13, 2007 to the parties listed on Exhibit A to the attached order.

 /s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca

1856771.1