# EXHIBIT 1

1688943.1

**Entered on Docket
August 09, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

_____

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | |
| | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Date: April 26, 2007 |
| | Time: 9:30 a.m |
| USA SECURITIES, LLC, | **Affecting:** |
| Debtors. | ☐ All Cases |
| | **or Only:** |
| | ☒ USA Commercial Mortgage Company |
| | ☐ USA Capital Realty Advisors, LLC |
| | ☐ USA Capital Diversified Trust Deed Fund, LLC |
| | ☐ USA Capital First Trust Deed Fund, LLC |
| | ☐ USA Securities, LLC |

1839174.1

**ORDER SUSTAINING NINETEENTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS EXCEPT PROOF OF CLAIM NOS. 10725-00615, 10725-00616, 10725-00617, 10725-00647, 10725-00648, 10725-00649, 10725-00676-1, 10725-00676-2, 10725-00699, 10725-00722, 10725-00756, 10725-00766, 10725-00797, 10725-00798, 10725-01028, 10725-01029, 10725-01037, 10725-01634, 10725-01635, 10725-01636, 10725-01637, AND 10725-01905 FILED BY MARCIA J. KNOX AND PROOF OF CLAIM NO. 10725-02308 FILED BY LEO MANTAS**

The USACM Liquidating Trust (the "USACM Trust") filed its Nineteenth Omnibus Objection to Claims Asserting Secured Status [DE 3170] (the "Objection") on March 20, 2007. Appropriate notice of the Objection was given. Responses to the Objection were filed with the Court as follows:

- Opposition filed by Marcia J. Knox [DE 3488] regarding Claim Nos. 10725-00615, 10725-00616, 10725-00617, 10725-00647, 10725-00648, 10725-00649, 10725-00676-1, 10725-00676-2, 10725-00699, 10725-00722, 10725-00756, 10725-00766, 10725-00797, 10725-00798, 10725-01028, 10725-01029, 10725-01037, 10725-01634, 10725-01635, 10725-01636, 10725-01637, and 10725-01905. Counsel filed a motion for summary judgment as to these claims on July 30, 2007 [DE 4291]. Counsel deleted Ms. Knox's claims from the Exhibit to the Nineteenth Omnibus Objection attached to this Order.

- Opposition filed by Leo Mantas of the Mantas Group [DE 3507] pertaining to Claim No. 10725-02308. An Order Approving Stipulation with counsel allowing the claim as an unsecured claim, albeit subject to further objection, was signed by this Court on June 4, 2007 [DE 3887]. Counsel deleted Leo Mantas's claim from the exhibit to the Nineteenth Omnibus Objection attached to this Order.

No other responses were filed with this Court. The Objection came before the Court for hearing on April 26, 2007 at 9:30 a.m. Good cause appearing, it is

ORDERED:

- Sustaining the USACM Trust's Nineteenth Omnibus Objection to Claims Asserting Secured Status;

1839174.1

1. • Reclassifying the Proofs of Claim listed on Exhibit A attached as general unsecured claims; and
2. • Reserving the right of any party in interest, including the USACM Trust, to further object to any and all claims listed on Exhibit A attached as unsecured claims or otherwise, whether or not the subject of this Objection.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
*Attorneys for USACM Liquidating Trust*

3

1839174.1

Jun 13 07 01:33p    Diane Wade                 516-377-1557              p.5
Case 06-10725-gwz    Doc 4487-1    Entered 08/13/07 12:02:28    Page 5 of 11
Case: 06-10729-lbr   Doc #: 4459   Filed: 08/09/2007            Page 4 of 10

| | |
|---|---|
| (APPROVED)/DISAPPROVED | APPROVED/DISAPPROVED |
| *Marcia J. Knox* (signature) | **BOLICK & BOYER** |
| Marcia J. Knox, Trustee for the Marcia J. Knox Trust dated 8/16/04 | By:_____<br>Erven T. Nelson, NV 2332<br>*Attorneys for Mantas Group* |

Trustee for the
Marcia J Knox Living
Trust dated 8/16/04

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐     The Court waived the requirements of LR 9021.

☒     I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing regarding this matter and/or who filed a written objection and each has:

    ☒     approved the form of this order;

    ☐     waived the right to review the order;

    ☐     failed to file and serve papers in accordance with LR 9021(c); and/or

    ☒     failed to sign and return this proposed order within five (5) business days in accordance with LR 9021(b) (Erven T. Nelson).

☐     I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order.

☐     No opposition was filed and no other party or counsel appeared at the hearing.

**LEWIS AND ROCA LLP**

By:   /s/ RC (#0006593)
      Susan M. Freeman
      Rob Charles
*Attorneys for USACM Liquidating Trust*

1839174.1

**19th Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims**

| | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | Louise Alport Kolberg Revocable Trust<br>C/O Louise Alport Kolberg Ttee<br>5914 Onondaga Rd<br>Bethesda, Md  20816-2036 | 10725-01359 | 11/13/2006 | $52,557.65 | S<br>U - unknown |
| 2 | Louise Kolberg Trustee Of The<br>Louise Alport Kolberg Revocable Trust<br>5914 Onondaga Rd<br>Bethesda, MD  20816 | 10725-02185 | 1/12/2007 | $50,378.00 | S, U |
| 3 | Luise Teeter IRA Rollover<br>4201 Via Marina<br>Ste 300<br>Marina Del Rey, CA  90292-5237 | 10725-02273 | 1/12/2007 | $449,261.59 | S, U |
| 4 | Lukito, Hendarsin & Shu S<br>3009 Beaverwood Ln<br>Silver Spring, MD  20906-3011 | 10725-01576 | 12/5/2006 | $55,000.00 | S |
| 5 | Luongo Jt Ten, John M & Gloria<br>965 Leah Cir<br>Reno, NV  89511 | 10725-01992 | 1/10/2007 | $153,373.00 | S, U |
| 6 | Lynne E Keller<br>1431 Mallard Dr<br>Carson City, NV  89701 | 10725-00236 | 9/26/2006 | $58,024.13 | S, U |
| 7 | M L & Pauline Smith Family Living Trust<br>C/O M L & Pauline Smith Trustees<br>3108 N Minersville Hwy<br>Cedar City, UT  84720-5407 | 10725-00703 | 10/24/2006 | $3,080.05 | S |
| 8 | Macdonald Center<br>For The Arts & Humanities<br>1730 W Horzon Ridge Pkwy<br>Henderson, NV  89012-1001 | 10725-01081 | 11/7/2006 | $1,525,000.00 | S |
| 9 | Machetta, James<br>Po Box 2242<br>Denver, Co  80201 | 10725-00455 | 10/5/2006 | Blank | S |
| 10 | Machetta, Joseph<br>Po Box 187<br>Brush, Co  80723 | 10725-00422 | 10/2/2006 | Blank | S |
| 11 | Machetta, Joseph<br>Po Box 187<br>Brush, Co  80723-0187 | 10725-00421 | 10/2/2006 | Blank | S |

918144  19th Objection to Claims
Asserting Secured Status                                EXHIBIT A                                                  1

| | | | | | |
|---|---|---|---|---|---|
| 12 | Maguire Living Trust Dtd 8/4/00, John J & Diane M<br>Ttees Of Maguire Living Trust<br>5590 San Palazzo Ct<br>Las Vegas, NV  89141-3913 | 10725-00746 | 10/26/2006 | $53,616.90 | S |
| 13 | Maguire Living Trust Dtd 8/4/00, John J & Diane M<br>Ttees Of Maguire Living Trust<br>5590 San Palazzo Ct<br>Las Vegas, NV  89141-3913 | 10725-00747 | 10/26/2006 | $53,616.90 | S |
| 14 | Maheshwari, Rabinder & Usha<br>Joshua D Brysk<br>Law Offices Of James G Schwartz<br>7901 Stoneridge Dr, Ste 401<br>Pleasanton, CA  94583 | 10725-00146 | 8/15/2006 | $153,831.94 | S |
| 15 | Maki, Marie & Raymond E<br>9024 Columbia St<br>Saint John, In  46373-9345 | 10725-01432 | 11/14/2006 | $25,511.10 | S |
| 16 | Maki, Marie A & Raymond E<br>9024 Columbia St<br>Saint John, In  46373-9345 | 10725-01433 | 11/14/2006 | $50,830.55 | S |
| 17 | Mallin Family Trust<br>Jose Laxague Esq<br>Cane Clark Llp<br>3272 E Warm Springs<br>Las Vegas, Nv  89120 | 10725-00853 | 11/13/2006 | $233,333.33 | S |
| 18 | Mamuad, Tamra<br>7935 Placid St<br>Las Vegas, NV  89123-1848 | 10725-00480 | 10/6/2006 | $25,000.00 | S |
| 19 | Mamula, Melissa<br>3318 Trickling Stream Cir<br>Las Vegas, NV  89117 | 10725-00180 | 9/1/2006 | $25,447.92 | S |
| 20 | | | | | |
| 21 | Manter, John<br>1449 Tirol Dr<br>Incline Village, NV  89451 | 10725-01978 | 1/10/2007 | $24,800.00 | S |
| 22 | Manter, John<br>1449 Tirol Dr<br>Incline Village, NV  89451 | 10725-01981 | 1/10/2007 | $50,000.00 | S |
| 23 | Manter, John<br>1449 Tirol Dr<br>Incline Village, NV  89451-7902 | 10725-01975 | 1/10/2007 | $50,000.00 | S |

918144  19th Objection to Claims Asserting Secured Status                          EXHIBIT A                                                                 2

| 24 | Manter, John<br>1449 Tirol Dr<br>Incline Village, NV  89451-7902 | 10725-01979 | 1/10/2007 | $50,000.00 | S |
| --- | --- | --- | --- | --- | --- |
| 25 | Manter, John<br>1835 Circle Ln Se Apt 502<br>Lacey, WA  98503 | 10725-01980 | 1/10/2007 | $73,262.00 | S |
| 26 | Marchuk, Alexander W & Doreen W<br>325 Marche Chase Dr Apt 138<br>Eugene, OR  97401-8894 | 10725-00377 | 10/2/2006 | $75,000.00 | S |
| 27 | | | | | |
| 28 | | | | | |
| 29 | | | | | |
| 30 | | | | | |
| 31 | | | | | |
| 32 | | | | | |
| 33 | | | | | |
| 34 | | | | | |
| 35 | | | | | |

918144  19th Objection to Claims
Asserting Secured Status                              EXHIBIT A                                              3

**36**

**37**

**38**

**39**

**40**

**41**

**42**

**43**

**44**

**45**

**46**

918144 19th Objection to Claims
Asserting Secured Status

EXHIBIT A

4

| 47 | | | | | |
|----|---|---|---|---|---|
| 48 | Marconi, Carol A<br>3731 Sarasota Square Blvd  Apt 307<br>Sarasota, FL  34238-5462 | 10725-00542 | 10/10/2006 | $50,724.00 | S |
| 49 | Marguerite Falkenborg  Trust<br>C/O Marguerite Falkenborg Trustee<br>727 3Rd Ave<br>Chula Vista, CA  91910-5803 | 10725-02202 | 1/10/2007 | $794,366.81 | S, U |
| 50 | Marguerite Falkenborg 2000 Trust Dtd 6/20/00<br>C/O Marguerite Falkenborg Ttee<br>727 3Rd Ave<br>Chula Vista, CA  91910-5803 | 10725-02068 | 1/11/2007 | $794,366.81 | S, U |

918144  19th Objection to Claims
Asserting Secured Status                                EXHIBIT A                                                5