# EXHIBIT 1

1688943.1

**Entered on Docket**
**August 09, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

_____

# LEWIS AND ROCA LLP

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>         Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>Date: April 26, 2007<br>Time: 9:30 a.m<br><br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

1837266.1

**ORDER SUSTAINING SIXTH OMNIBUS OBJECTION
OF THE USACM LIQUIDATING TRUST
TO CERTAIN CLAIMS ASSERTING SECURED STATUS
EXCEPT PROOF OF CLAIM NO. 10725-00589 FILED BY CURTIS F. CLARK**

The USACM Liquidating Trust (the "USACM Trust") filed its Sixth Omnibus Objection to Claims Asserting Secured Status [DE 3143] (the "Objection") on March 20, 2007. Appropriate notice of the Objection was given. Responses to the Objection were filed by the following party:

Letter dated April 2, 2007 from Curtis F. Clark [DE 3338] pertaining to Claim No. 10725-589; and unsigned document from Curtis F. Clark dated April 16, 2007 [DE 3631] pertaining to Claim No. 10725-589. Curtis F. Clark disapproved the form of order sent to him for approval/disapproval, previously submitted, but not signed by this Court. Counsel deleted Mr. Clark's claim from the Exhibit to the Sixth Omnibus Objection attached to this Order. Counsel filed a motion for summary judgment as to this claim on July 30, 2007 [DE 4291].

No other responses were filed with this Court. The Objection came before the Court for hearing on April 26, 2007 at 9:30 a.m. Good cause appearing, it is

ORDERED:

- Sustaining the USACM Trust's Sixth Omnibus Objection to Certain Claims Asserting Secured Status listed on Exhibit A attached (which does not include Mr. Clark);

- Reclassifying the Proofs of Claim listed on Exhibit A attached as general unsecured claims; and

- Reserving the right of any party in interest, including the USACM Trust, to further object to any and all claims listed on Exhibit A attached as unsecured claims or otherwise, whether or not the subject of this Objection.

###

1837266.1

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
*Attorneys for USACM Liquidating Trust*

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐     The Court waived the requirements of LR 9021.

☐     I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing regarding this matter and/or who filed a written objection and each has:

    ☐     approved the form of this order;

    ☐     waived the right to review the order;

    ☐     failed to file and serve papers in accordance with LR 9021(c); and/or

    ☐     failed to sign and return this proposed order within five (5) business days in accordance with LR 9021(b).

☐     I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order:

☒     No opposition was filed to the motion by a party adversely affected by this order and no other party or counsel appeared at the hearing with respect to the relief granted by this order (none required).

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
*Attorneys for USACM Liquidating Trust*

3

1837266.1

## 6th Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims

|   | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | Chiappetta Trust Dated 4/1/03<br>C/O Pat And Joann Chiappetta Trustees<br>7043 Cinnamon Dr<br>Sparks, NV  89436 | 10725-00158 | 8/14/2006 | $40,000.00 | S<br>U - Unknown amount |
| 2 | Chiappetta Trust Dated 4/1/03<br>C/O Pat And Joann Chiappetta Trustees<br>7043 Cinnamon Dr<br>Sparks, NV  89436 | 10725-00159 | 8/14/2006 | $50,000.00 | S<br>U - Unknown |
| 3 | Chiappetta Trust Dated 4/1/03<br>C/O Pat And Joann Chiappetta Trustees<br>7043 Cinnamon Dr<br>Sparks, NV  89436 | 10725-00160 | 8/14/2006 | $75,000.00 | S<br>U - Unknown amount |
| 4 | Chiappetta Trust Dated 4/1/03<br>C/O Pat And Joann Chiappetta Trustees<br>7043 Cinnamon Dr<br>Sparks, NV  89436 | 10725-00161 | 8/14/2006 | $50,000.00 | S<br>U - Unknown amount |
| 5 | Chiappetta Trust Dated 4/1/03<br>C/O Pat And Joann Chiappetta Trustees<br>7043 Cinnamon Dr<br>Sparks, NV  89436 | 10725-00162 | 8/14/2006 | $30,000.00 | S<br>U - Unknown amount |
| 6 | Chiappetta Trust<br>Pat & Joanne Chiuppetta Ttees<br>7043 Cinnamon Dr<br>Sparks, NV  89436 | 10725-00157 | 8/14/2006 | $50,000.00 | S<br>U - Unknown amount |
| 7 | Chris J. Hammond & Tara M. Hammond<br>10145 Sw 151St. Place<br>Beaverton, OR 97007 | 10725-00692 | 10/20/2006 | $12,241.80 | S |
| 8 | Christine Miller Tee/C E Miller Revocable Trust<br>Steve Miller<br>7527 E Pasaro Dr<br>Scottsdale, AZ  85262 | 10725-02120 | 1/11/2007 | $50,000.00 | S |
| 9 | Ciadella Living Trust<br>C/O Stella P Ciadella Trustee<br>650 S Town Center Dr<br>Apt 1114<br>Bldg 29<br>Las Vegas, NV  89144-4419 | 10725-01040 | 11/6/2006 | $250,000.00 | S |
| 10 | Citicorp Vendor Finance Inc.<br>P.O. Box 7247-0322<br>Philadelphia, PA 19170-0322 | 10725-00644 | 10/26/2006 | $12,019.12 | S |

916773   6th Objection to Claims Asserting Secured Claim Status

**EXHIBIT A**

1

| | | | | | |
|---|---|---|---|---|---|
| 11 | | | | | |
| 12 | Clark, Donald<br>305 W Moana Ln<br>Reno, NV  89509 | 10725-01042 | 11/6/2006 | $74,011.56 | S |
| 13 | Clark, Harold<br>555 Twining Flats Rd<br>Aspen, CO  81611 | 10725-00778 | 10/27/2006 | $54,329.00 | S |
| 14 | Clawiter Associates LLC<br>1620 Colchester St<br>Danville, CA  94506 | 10725-01437 | 11/14/2006 | $253,805.00 | S, U |
| 15 | Clayton, Shane W & Jennifer C<br>David A Colvin & Donna M Osborn<br>Marquis & Aurbach<br>10001 Park Run Dr<br>Las Vegas, NV  89145 | 10725-01861 | 1/8/2007 | $50,000.00 | S |
| 16 | Clendening Family Trust<br>John P & Doreen Clendening Ttees<br>1250 Davidson Way<br>Reno, NV  89509-3141 | 10725-01025 | 11/6/2006 | $50,520.83 | S |
| 17 | Clendening, John P & Doreen S<br>1250 Davidson Way<br>Reno, NV  89509-3141 | 10725-01024 | 11/6/2006 | $65,671.67 | S |
| 18 | Clifton, Helen<br>10812 Windrose Point<br>Las Vegas, NV  89144 | 10725-00759 | 10/24/2006 | $27,473.00 | S |
| 19 | Coffing, Terry<br>10001 Park Run Dr<br>Las Vegas, Nv  89145-8857 | 10725-00234 | 9/26/2006 | $51,743.00 | S, U |
| 20 | Cohan, George<br>2048 Foxfire Ct<br>Henderson, NV  89012 | 10725-00531 | 10/10/2006 | $200,000.00 | S |
| 21 | Cohen, Allen<br>12 Starbrook Dr<br>Henderson, NV  89052 | 10725-01207 | 11/10/2006 | $100,411.00 | S |
| 22 | Cohune, L Kanani<br>3530 Hackberry St<br>Silver Springs, NV  89429 | 10725-01112 | 11/8/2006 | $51,617.88 | S, U |

| | | | | | |
|---|---|---|---|---|---|
| 23 | Colagross, Curtis R & Terri L<br>16227 Pasquale Rd<br>Nevada City, CA  95959 | 10728-00139 | 11-Dec-06 | $100,000.00 | S |
| 24 | Colagross, Curtis<br>16227 Pasquale Rd<br>Nevada City, CA  95959 | 10725-00416 | 10/3/2006 | $100,000.00 | S |
| 25 | Colborn Ttees For, Larry E & Loretta A<br>The Ecolborn Revocable Living Tr<br>1127 Broken Wagon Trail<br>Dewey, Az  86327 | 10725-02190 | 1/12/2007 | $244,204.06 | S,U |
| 26 | Coleman, Mary<br>First Savings Bank Custodian<br>108 Low St<br>Newburport, Ma  01950 | 10725-00308 | 9/29/2006 | Blank | S |
| 27 | Coleman, Mary<br>First Savings Bank Custodian<br>108 Low St<br>Newburport, Ma  01950 | 10725-00309 | 9/29/2006 | $39,226.14 | S |
| 28 | Colhouer, Raymond<br>For The Benefit Of Gunner A Colhouer<br>4328 Threshold Ct<br>North Las Vegas, NV  89032-1143 | 10725-01382 | 11/13/2006 | $50,000.00 | S |
| 29 | Collins Family Trust Dated 1/29/93<br>Shirley M Collins Trustee<br>1975 Showberry Ct<br>Carlsbad, CA  92009 | 10725-02038 | 1/11/2007 | $880,190.74 | S, U |
| 30 | Collins, Shirley<br>1975 Snowberry Ct<br>Carlsbad, Ca  92009 | 10725-01798 | 12/18/2006 | $27,473.39 | S |
| 31 | Colt Gateway LLC<br>Homes for America Holdings<br>86 Main St.<br>Second Fl<br>Yonkers, NY  10701-2738 | 10725-01313 | 11/13/2006 | $15,195,931.00 | S, U |
| 32 | Cook Jt Ten, Aldon G & Deedra<br>1435 E Venice Ave<br>#261<br>Venice, FL  34292 | 10725-02173 | 1/12/2007 | $142,790.06 | S, U |
| 33 | Copple, Lois<br>3660 Grand Ave<br>Des Moines, IA  50312 | 10725-00425 | 10/4/2006 | $50,000.00 | S |

916773   6th Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

3

| | | | | | |
|---|---|---|---|---|---|
| 34 | Corison, James<br>Po Box 21214<br>Riverside, CA 92516 | 10725-00092 | 8/9/2006 | $1,023,000.00 | S |
| 35 | Costa, Rose M<br>101 San Carlos Ave<br>Sausalito, CA 94965-2018 | 10725-01103 | 11/8/2006 | $50,000.00 | U, S |
| 36 | Costanza 1987 Decendent`S Trust<br>C/O Sam Costanza Trustee<br>9809 Cantebury Rose Ln<br>Las Vegas, NV 89134-5913 | 10725-01808 | 12/21/2006 | $575,000.00 | S |
| 37 | Costanza, Sam<br>9809 Cantebury Rose Ln<br>Las Vegas, NV 89134 | 10725-01809 | 12/21/2006 | $405,500.00 | S |
| 38 | Cowan, Melanie<br>10794 Grande Palladium Way<br>Boynton Beach, FL 33436 | 10725-00212 | 8/24/2006 | $100,000.00 | S |
| 39 | Cowman, Robert A & Sandra L<br>1525 Winterwood Ave<br>Sparks, NV 89434-6730 | 10725-01725 | 12/11/2006 | $162,950.00 | S |
| 40 | Coxey Living Trust Dtd 12/3/98<br>1945 Hidden Meadows Dr<br>Reno, NV 89502 | 10725-00150 | 8/14/2006 | $252,519.44 | S |
| 41 | Coxey Living Trust<br>Kenneth D & Valerie Coxey Trustee<br>1945 Hidden Meadows Dr<br>Reno, NV 89502-8762 | 10725-02199 | 1/10/2007 | $50,733.30 | S |
| 42 | Coxey Living Trust<br>Kenneth D & Valerie Coxey Ttees<br>1945 Hidden Meadows Dr<br>Reno, NV 89502-8762 | 10725-02229 | 1/10/2007 | $101,688.88 | S |
| 43 | Craig Family Trust Dtd 8/10/00<br>Howard L & Frankye D Craig Ttees<br>1735 Caughliln Creek Rd<br>Reno, NV 89519 | 10725-01728 | 12/11/2006 | $200,000.00 | S |
| 44 | Craig Family Trust Dtd 8/10/00<br>Howard L Craig Trustee<br>1735 Caughlin Creek Rd<br>Reno, NV 89519 | 10725-01729 | 12/11/2006 | $100,000.00 | S |
| 45 | Craig Zager Sep IRA<br>Po Box 10051<br>Zephyr Cove, NV 89448-2051 | 10728-00132 | 11/16/2006 | $ 65,000.00 | S |

| 46 | Creating Moving Experiences<br>503 Kiel St.<br>Henderson, NV 89015-4729 | 10725-00641 | 10/19/2006 | $100,000.00 | S |
|----|---|---|---|---|---|
| 47 | Crittenden, Joan M<br>Po Box 2577<br>Olympic Valley, CA 96146-2577 | 10725-01203 | 11/10/2006 | $73,241.93 | S |
| 48 | Cruise, Richard & Margaret<br>8021 Divernon Ave<br>Las Vegas, NV 89149-4942 | 10725-00381 | 10/2/2006 | $2,702.18 | S |
| 49 | Cunningham IRA, Charles D<br>C/O First Trust Co Of Onaga Cust<br>1964 Oliver Springs St<br>Henderson, NV 89052-8502 | 10725-00555 | 10/12/2006 | $28,389.17 | S |
| 50 | Cunningham, Charles D & Susan M<br>1964 Oliver Springs St<br>Henderson, NV 89052-8502 | 10725-00554 | 10/12/2006 | $80,000.00 | S |