E-Filed on 08/13/07

**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email: adiamond@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
Email: emadden@diamondmccarthy.com

Special Litigation Counsel for USACM Liquidating Trust

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321

Susan M. Freeman, AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles, NV State Bar No. 006593
Email: rcharles@lrlaw.com

Counsel for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor. | BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br><br>Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND,<br>LLC,<br><br>Debtor. | Judge Linda B. Riegle Presiding<br><br>**NOTICE OF FILING<br>ACCEPTANCE OF SERVICE OF<br>RULE 2004 SUBPOENA** |
| In re:<br>USA SECURITIES, LLC,<br><br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

NOTICE IS GIVEN that the USACM Liquidating Trust has filed:

**Acceptance of Service of Rule 2004 Subpoena by
Deloitte & Touche, LLP (Exhibit A Attached).**

112288-1

1   DATED:  August 13, 2007

2                                    LEWIS AND ROCA LLP

3                                    By: /s/ Rob Charles (#6593)
4                                         Susan M. Freeman, AZ 4199 (pro hac vice)
                                          Rob Charles, NV 6593
5                                         3993 Howard Hughes Parkway, Suite 600
                                          Las Vegas, Nevada  89169-5996
6
7                                    Counsel for the USACM Liquidating Trust

8                                    -and-

9                                    DIAMOND MCCARTHY LLP

10                                   By: /s/ Eric D. Madden (pro hac vice)
                                          Allan B. Diamond, TX 05801800 (pro hac vice)
11                                        Eric D. Madden, TX 24013079 (pro hac vice)
                                          1201 Elm Street, 34th Floor
12                                        Dallas, Texas  75270

13                                   Special Litigation Counsel for USACM Liquidating Trust

14

15

16

17

18

19

20

21

22

23

24

25

26

112288-1

**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email:  adiamond@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
Email:  emadden@diamondmccarthy.com

Special Litigation Counsel for USACM Liquidating Trust

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321

Susan M. Freeman, AZ State Bar No. 004199
Email:  sfreeman@lrlaw.com
Rob Charles, NV State Bar No. 006593
Email:  rcharles@lrlaw.com

Counsel for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br><br>Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle Presiding |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND,<br>LLC,<br><br>Debtor. | **ACCEPTANCE OF SERVICE** |
| In re:<br>USA SECURITIES, LLC,<br><br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

## ACCEPTANCE OF SERVICE

I, Robert W. Perrin, am duly authorized to accept service of process on behalf of

Deloitte & Touche, LLP ("Deloitte") in the above captioned matter.    I hereby

116475.1

**EXHIBIT "A"**

acknowledge receipt of the Amended Subpoena for Rule 2004 Examination (dated August 9, 2007) and do accept service of process on behalf of Deloitte.

DATED:   August _10_, 2007

ROBERT W. PERRIN
Latham & Watkins, LLP
633 W. Fifth Street, Suite 400
Los Angeles, CA 90071

2

116475.1