Electronically Filed August 13, 2007

| | |
|---|---|
| Marc A. Levinson (California Bar No. 57613) | Bob L. Olson (Nevada Bar No. 3783) |
| Jeffery D. Hermann (California Bar No. 90445) | Anne M. Loraditch (Nevada Bar No. 8164) |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | BECKLEY SINGLETON, CHARTERED |
| 400 Capitol Mall, Suite 3000 | 530 Las Vegas Boulevard South |
| Sacramento, California 95814-4497 | Las Vegas, Nevada 89101 |
| Telephone: (916) 447-9200 | Telephone: (702) 385-3373 |
| Facsimile: (916) 329-4900 | Facsimile: (702) 385-5024 |
| Email: malevinson@orrick.com | Email: bolson@beckleylaw.com |
| jhermann@orrick.com | aloraditch@beckleylaw.com |

*Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725 LBR |
| | Case No. BK-S-06-10726 LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727 LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10728 LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Case No. BK-S-06-10729 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Chapter 11 |
| USA SECURITIES, LLC, | |
| Debtors. | Jointly Administered Under Case No. BK-S-06-10725-LBR |
| Affects: ☐ All Debtors ☐ USA Commercial Mortgage Company ☐ USA Securities, LLC ☐ USA Capital Realty Advisors, LLC ☒ USA Capital Diversified Trust Deed Fund, LLC ☐ USA First Trust Deed Fund, LLC | **NOTICE OF ENTRY OF ORDER APPROVING BECKLEY SINGLETON CHARTERED'S FINAL FEE APPLICATION (JUNE 9, 2006 THROUGH MARCH 12, 2007)** <br><br> Hearing Date: August 7, 2007 <br> Hearing Time: 1:30 p.m. |

{00414882;}                         1

**PLEASE TAKE NOTICE** that on the 13th day of August 2007, the Court entered its Order Approving Beckley Singleton, Chartered's Final Fee Application (June 9, 2006 through March 12, 2007), a copy of which is attached hereto.

DATED this 13th day of August 2007.

                    BECKLEY SINGLETON, CHTD.

By: /s/ Bob Olson
Bob L. Olson, Esq. (NV Bar No. 3783)
Anne Loraditch, Esq. (NV Bar No. 8164)
530 Las Vegas Boulevard South
Las Vegas, NV 89101

*Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

**Entered on Docket**
**August 13, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone:    (916) 447-9200
Facsimile:    (916) 329-4900
Email:    malevinson@orrick.com
         jhermann@orrick.com

Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHARTERED
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone:    (702) 385-3373
Facsimile:    (702) 385-5024
Email:    bolson@beckleylaw.com
         aloraditch@beckleylaw.com

*Attorneys for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>USA CAPITAL REALTY ADVISORS, LLC,<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>USA SECURITIES, LLC,<br>                    Debtors. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | **ORDER APPROVING BECKLEY SINGLETON CHARTERED'S FINAL FEE APPLICATION (JUNE 9, 2006 THROUGH MARCH 12, 2007)**<br><br>Hearing Date:    August 7, 2007<br>Hearing Time:    1:30 p.m. |

{00413602;}                                    1

1    The Court, having reviewed and considered Beckley Singleton, Chartered's Final Fee Application (June 9, 2006 through March 12, 2007) [Docket no. 3564] (the "Application"), seeking an Order from this Court authorizing on a final basis the allowance and payment of fees, in the amount of $458,344.87, for professional services rendered by Beckley Singleton, Chartered ("Beckley"), Nevada counsel to the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC, and the reimbursement of expenses paid by Beckley, in the amount of $65,468.83, for a total compensation award of $523,814.70 in the above-captioned case, the Declaration of Robert G. Worthen [Docket No. 3566] and the Declaration of Anne M. Loraditch [Docket No. 3570], filed in support of the Application, the Supplement to Beckley Singleton, Chartered's Final Fee Application (June 9, 2006 through March 12, 2007) [Docket no. 3883], by which Beckley voluntarily reduced its fees by two percent (2%), or $9,166.90, and modified its request for an Order from the Court thereby seeking the allowance and payment of fees, in the total amount of $449,177.97, and reimbursement of expenses paid by Beckley, in the amount of $65,468.83, for a total compensation award of $514,647.80 in this case on a final basis; Bob L. Olson and Anne M. Loraditch, appearing on behalf of Beckley, August B. Landis, appearing on behalf of the Office of the United States Trustee, and other appearances as noted on the record at the hearing referenced above; the Court having made its findings of fact and conclusions of law on the record, which are incorporated herein pursuant to Fed.R.Bankr.P. 7052; with no objection to the Application having been filed; and for good cause shown therefor,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the fees Beckley incurred, in the amount of $449,177.97, and the expenses Beckley paid, in the amount of $65,468.83, are allowed on a final basis for a total compensation award in the amount of $514,647.80 (the "Final Award").

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that USA Capital Diversified Trust Deed Fund, LLC, is authorized to pay the Final Award to Beckley immediately upon entry of this order.

///
///
///



{00413602;}    2

PREPARED AND RESPECTFULLY SUBMITTED BY:

**BECKLEY SINGLETON, CHARTERED**

By:  /s/ Anne M. Loraditch
    Bob L. Olson (Nevada Bar No. 3783)
    Anne M. Loraditch (Nevada Bar No. 8164)
    530 Las Vegas Boulevard South
    Las Vegas, NV 89101

*Nevada Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

☒ **APPROVED**/DISAPPROVED:

OFFICE OF THE UNITED STATES TRUSTEE

By:  /s/ August B. Landis
    August B. Landis

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, the undersigned certifies:

☐ The court has waived the requirement of approval under LR 9021.
☒ I have delivered a copy of this proposed order to the Office of the United States Trustee and the parties who filed papers in response to the Objection or appeared at the hearing noted above, and each has:

    ☒ approved the form of this order; and/or
    ☐ waived the right to review the order; and/or
    ☐ failed to file and serve papers in accordance with LR 9021(b); and
    the following have disapproved the form of the order:
        n/a

☐ No parties appeared or filed written objections, and there is no trustee appointed in the case.

**BECKLEY SINGLETON, CHARTERED**

By:  /s/ Anne M. Loraditch
    Anne M. Loraditch (Nevada Bar No. 8164)
    530 Las Vegas Boulevard South
    Las Vegas, Nevada 89101

# # #

{00413602;}    3