Electronically Filed August 13, 2007

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone:     (916) 447-9200
Facsimile:     (916) 329-4900
Email:         malevinson@orrick.com
               jhermann@orrick.com

Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHARTERED
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone:     (702) 385-3373
Facsimile:     (702) 385-5024
Email:         bolson@beckleylaw.com
               aloraditch@beckleylaw.com

*Attorneys for the Official Committee of Equity Security Holders of
USA Capital Diversified Trust Deed Fund, LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725 LBR |
| | Case No. BK-S-06-10726 LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727 LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10728 LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Case No. BK-S-06-10729 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Chapter 11 |
| USA SECURITIES, LLC, | |
| Debtors. | Jointly Administered Under |
| | Case No. BK-S-06-10725-LBR |

Affects:
☐   All Debtors
☐   USA Commercial Mortgage Company
☐   USA Securities, LLC
☐   USA Capital Realty Advisors, LLC
☒   USA Capital Diversified Trust Deed Fund, LLC
☐   USA First Trust Deed Fund, LLC

**NOTICE OF ENTRY OF ORDER APPROVING ORRICK, HERRINGTON & SUTCLIFFE, LLP'S FINAL FEE APPLICATION (JUNE 1, 2006 THROUGH MARCH 12, 2007)**

Hearing Date:    August 7, 2007
Hearing Time:    1:30 p.m.

**PLEASE TAKE NOTICE** that on the 13th day of August 2007, the Court entered its Order Approving Orrick, Herrington & Sutcliffe, LLP's Final Fee Application (June 1, 2006 through March 12, 2007), a copy of which is attached hereto.

DATED this 13th day of August 2007.

BECKLEY SINGLETON, CHTD.


By: _____ /s/ Bob Olson _____
      Bob L. Olson, Esq. (NV Bar No. 3783)
      Anne Loraditch, Esq. (NV Bar No. 8164)
      530 Las Vegas Boulevard South
      Las Vegas, NV 89101

      *Attorneys for USA Capital Diversified Trust Deed*
      *Fund, LLC*

BECKLEY
SINGLETON
ATTORNEYS AT LAW
530 LAS VEGAS BLVD SOUTH
LAS VEGAS, NEVADA 89101

{00414886;}                    2

1

2

3    **Entered on Docket**
     **August 13, 2007**

4                                                    _____
                                                     **Hon. Linda B. Riegle**
5                                                    **United States Bankruptcy Judge**

6    Marc A. Levinson (California Bar No. 57613)        Bob L. Olson (Nevada Bar No. 3783)
7    Jeffery D. Hermann (California Bar No. 90445)      Anne M. Loraditch (Nevada Bar No. 8164)
     ORRICK, HERRINGTON & SUTCLIFFE LLP                 BECKLEY SINGLETON, CHARTERED
8    400 Capitol Mall, Suite 3000                       530 Las Vegas Boulevard South
     Sacramento, California 95814-4497                  Las Vegas, Nevada 89101
9    Telephone:   (916) 447-9200                        Telephone:   (702) 385-3373
     Facsimile:   (916) 329-4900                        Facsimile:   (702) 385-5024
10   Email:    malevinson@orrick.com                    Email:    bolson@beckleylaw.com
              jhermann@orrick.com                                 aloraditch@beckleylaw.com

11   *Attorneys for the Official Committee of Equity Security Holders of*
12   *USA Capital Diversified Trust Deed Fund, LLC*

13                    **UNITED STATES BANKRUPTCY COURT**

14                            **DISTRICT OF NEVADA**

15

16   In re:                                            Case No. BK-S-06-10725 LBR
                                                       Case No. BK-S-06-10726 LBR
17   USA COMMERCIAL MORTGAGE COMPANY,                  Case No. BK-S-06-10727 LBR
     USA CAPITAL REALTY ADVISORS, LLC,                 Case No. BK-S-06-10728 LBR
18   USA CAPITAL DIVERSIFIED TRUST DEED                Case No. BK-S-06-10729 LBR
     FUND, LLC,
19   USA CAPITAL FIRST TRUST DEED FUND,                Chapter 11
     LLC,
20   USA SECURITIES, LLC,                              Jointly Administered Under
                                 Debtors.              Case No. BK-S-06-10725-LBR
21

22   Affects:                                          **ORDER APPROVING ORRICK,**
23   ☐    All Debtors                                  **HERRINGTON & SUTCLIFFE,**
     ☐    USA Commercial Mortgage Company              **LLP'S FINAL FEE APPLICATION**
24   ☐    USA Securities, LLC                          **(JUNE 1, 2006 THROUGH MARCH**
     ☐    USA Capital Realty Advisors, LLC             **12, 2007)**
25   ☒    USA Capital Diversified Trust Deed Fund,
     LLC                                               Hearing Date:    August 7, 2007
26   ☐    USA First Trust Deed Fund, LLC               Hearing Time:    1:30 p.m.

27

28

BECKLEY
SINGLETON
ATTORNEYS AT LAW
530 LAS VEGAS BLVD SOUTH
LAS VEGAS, NEVADA 89101

{00413623;}                                1

1        The Court, having reviewed and considered Orrick, Herrington & Sutcliffe LLP's Final Fee

2 Application (June 1, 2006 through March 12, 2007) [Docket no. 3577] (the "Application"), seeking an

3 Order from this Court authorizing on a final basis the allowance and payment of fees, in the amount of

4 $2,228,780.60, for professional services rendered by Orrick, Herrington & Sutcliffe LLP ("Orrick"),

5 lead counsel to the Official Committee of Equity Security Holders of USA Capital Diversified Trust

6 Deed Fund, LLC, and the reimbursement of expenses paid by Orrick, in the amount of $42,914.58, for

7 a total compensation award of $2,271,695.18 in the above-captioned case, the Declaration of Robert G.

8 Worthen [Docket No. 3580] and the Declaration of Marc A. Levinson [Docket No. 3597], filed in

9 support of the Application, the Supplement to Orrick, Herrington & Sutcliffe LLP's Final Fee

10 Application (June 1, 2006 through March 12, 2007) [Docket no. 3882], by which Orrick voluntarily

11 reduced its fees by two percent (2%), or $44,575.60, and modified its request for an Order from the

12 Court thereby seeking the allowance and payment of fees, in the total amount of $2,184,204.90, and

13 reimbursement of expenses paid by Orrick, in the amount of $42,914.58, for a total compensation

14 award of $2,227,119.48 in this case on a final basis; Marc A. Levinson, appearing on behalf of Orrick,

15 August B. Landis, appearing on behalf of the Office of the United States Trustee, and other

16 appearances as noted on the record at the hearing referenced above; the Court having made its findings

17 of fact and conclusions of law on the record, which are incorporated herein pursuant to Fed.R.Bankr.P.

18 7052; with no objection to the Application having been filed; and for good cause shown therefor,

19        **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the fees Orrick

20 incurred, in the amount of $2,184,204.90, and the expenses Orrick paid, in the amount of

21 $42,914.58, are allowed on a final basis for a total compensation award in the amount of

22 $2,227,119.48 (the "Final Award").

23        **IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that USA Capital

24 Diversified Trust Deed Fund, LLC, is authorized to pay the Final Award to Orrick immediately

25 upon entry of this order.

26 ///

27 ///

28 ///



{00413623;}                                      2

1  PREPARED AND RESPECTFULLY SUBMITTED BY:

2  **ORRICK, HERRINGTON & SUTCLIFFE LLP**

3  By:___/s/ Marc A. Levinson_____
        Marc A. Levinson (California Bar No. 57613)
4       Jeffery D. Hermann (California Bar No. 90445)
        400 Capitol Mall, Suite 3000
5       Sacramento, California  95814-4497

6
   *Attorneys for the Official Committee of Equity Security*
7  *Holders of USA Capital Diversified Trust Deed Fund, LLC*

8

9  APPROVED/DISAPPROVED:

10  OFFICE OF THE UNITED STATES TRUSTEE

11
    By:___/s/ August B. Landis_____
12        August B. Landis

13

14

15              **LOCAL RULE 9021 CERTIFICATION**

16
    In accordance with LR 9021, the undersigned certifies:
17

18  ☐  The court has waived the requirement of approval under LR 9021.
    ☒  I have delivered a copy of this proposed order to the Office of the United States Trustee and
19      the parties who filed papers in response to the Objection or appeared at the hearing noted
        above, and each has:

20          ☒  approved the form of this order; and/or
            ☐  waived the right to review the order; and/or
21          ☐  failed to file and serve papers in accordance with LR 9021(b); and
                the following have disapproved the form of the order:
22                  n/a
23  ☐  No parties appeared or filed written objections, and there is no trustee appointed in the case.

24
                                **BECKLEY SINGLETON, CHARTERED**
25
                            By:_____/s/ Anne M. Loraditch_____
26                                Anne M. Loraditch (Nevada Bar No. 8164)
                                  530 Las Vegas Boulevard South
27                                Las Vegas, Nevada 89101

28                                  # # #

BECKLEY
SINGLETON
ATTORNEYS AT LAW
530 LAS VEGAS BLVD SOUTH
LAS VEGAS, NEVADA 89101

{00413623;}                                    3