ELECTRONICALLY FILED
August 14, 2007

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
CHRISTINE M. PAJAK
(CA State Bar No. 217173), Members of
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email:    fmerola@stutman.com
          ekarasik@stutman.com
          cpajak@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
701 Bridger Ave., Suite 850
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email:    jshea@sheacarlyon.com
          ccarlyon@sheacarlyon.com
          ssherman@sheacarlyon.com

Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | **Hearing**<br>Date:  August 23, 2007<br>Time:  9:30 a.m.<br>Place: Courtroom #1 |

**RESPONSE OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC TO USA CAPITAL FIRST TRUST DEED FUND, LLC'S MOTION TO CLOSE CASE AND REQUEST FOR FINAL DECREE (AFFECTS DEBTOR USA CAPITAL FIRST TRUST DEED FUND, LLC)**

429837v2

1.     1.    The Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee") hereby files its response to the USA Capital First Trust Deed Fund, LLC's (the "FTDF") Motion to Close Case and Request for Final Decree (the "Motion to Close").

2.     2.    Pursuant to the Motion, the FTDF seeks an order closing its chapter 11 case and request for entry of a final decree. On July 7, 2007 Compass USA SPE LLC, Compass Financial Partners, LLCA, a Nevada limited liability company and Compass Financial Partners, LLC, a Delaware limited liability company (collectively, "Compass") filed a complaint to revoke the order confirming the joint chapter 11 plan entered in the cases of the above-captioned debtors, including the FTDF (collectively, the "Debtors"), and to rescind the asset purchase agreement between Compass and the Debtors (the "Complaint"). Compass also has requested that the Complaint be held in suspension pending resolution of certain other litigation. The defendants in the Compass action are the Debtors, including the FTDF, and the members of the Lender Protection Group (the "LPG").

3.     3.    Prior to the filing of the Complaint, the FTDF was in the process of winding up its estate in preparation for the closing of the FTDF case and the dissolution of the FTDF. Due to the continued incurrence of professional fees and costs against the FTDF as long as the case remains open, the fact that no other tasks remained for the FTDF to complete other than usual wind down tasks, and the fact that the FTDF is a litigation target as long as the case remains open, the FTDF Committee believed that it did not make sense to suspend the Complaint as requested by Compass. Further, closing the FTDF case subject to the pending Complaint (which this Court may not even entertain given the fact that the Complaint seeks to revoke the confirmation order and rescind the asset purchase agreement that provided for the sale of substantially all of the FTDF assets), left the FTDF members at risk of the case being re-opened and the members potentially being pursued for disgorgement of sale proceeds distributions from the FTDF. Accordingly, on July 27, 2007, the FTDF Committee filed a motion to dismiss the Complaint against FTDF (the "Motion to Dismiss"). The hearing on the Motion to Dismiss is set for August 23, 2007 – the same date and time as the hearing on the Motion to Close.

429837v2                         2

4.     At this time, the FTDF Committee has no objection to the closing of the FTDF case and the entry of a final decree so long as the Complaint has been resolved either consensually by the parties or by final order granting the Motion to Dismiss. Indeed, the FTDF Committee urged FTDF to file the Motion to Close and set it for hearing on August 23, 2007 so that if the Complaint was resolved, then the FTDF case could be rapidly closed and a final decree entered. However, to the extent, the Complaint remains pending as of August 23, 2007, and the Court either declines to grant the Motion to Dismiss or Compass appeals an order granting the Motion to Dismiss,[1] then the FTDF Committee respectfully requests that the Motion to Close be adjourned to a later date.

5.     After the Motion to Close had been filed, the USCAM Liquidating Trust notified FTDF and the FTDF Committee that several proof of claim against FTDF had been mistakenly filed in the USACM case. The USACM Liquidating Trust and the FTDF Committee jointly prepared and filed objections to these claims with the FTDF Committee's based primarily on the grounds that the claims are actually equity interests in the FTDF. Given the 30 day notice requirement for objections to claim provided in Federal Rule of Bankruptcy Procedure 3007 and the Court's calendar, the claim objections have been set for the first hearing available after August 23, 2007, which is October 15, 2007. The claim objections were served on August 8, 2007 and the notice of the claim objections provides that the objection response time is October 8, 2007 "unless the response deadline is advanced by the Court." If the FTDF case is ready to be closed by August 23, 2007, the FTDF Committee is hopeful that the Court will consider having a duty judge hear the claim objections sometime after September 8, 2007, which is 30 days from service of the claim objections so that the FTDF case need not remain open through the end of October 2007. In the alternative, if the Court will not permit the claim objections to be set for hearing before a duty

---

[1] If the Motion to Dismiss is granted, the FTDF Committee would request that an order granting the Motion to Close not be submitted until termination of the appeal period on the order granting the Motion to Dismiss. If any appeal of the Motion to Dismiss is filed, then an order adjourning the Motion to Close (rather than an order granting the Motion to Close) would be submitted to the Court.

1  judge, the FTDF Committee respectfully requests that if the FTDF case is ready to be closed, that
2  the Court close the FTDF case and retain jurisdiction solely for the claim objections pending in the
3  FTDF.

4  **WHEREFORE,** the FTDF Committee respectfully requests that the (1) the Court grant
5  the Motion to Close only if the Complaint has been resolved by the parties or through final order
6  of the Court and if the Complaint has not been so resolved, adjourn the hearing on the Motion to
7  Close to the next available hearing date and (2) if the FTDF estate is ready to be closed, that the
8  Court set the hearings on the claim objections before a duty judge for as soon as possible after
9  September 8, 2007, or close the FTDF case subject to the Court's retention of jurisdiction solely
10 for the pending claims objections in FTDF.

11 Respectfully submitted this 14th day of August, 2007.

/s/ *Eve H. Karasik*
_____

FRANK A. MEROLA (CA State Bar No. 136934),
EVE H. KARASIK (CA State Bar No. 155356), and
ANDREW M. PARLEN (CA State Bar No. 230429), Members of
STUTMAN, TREISTER & GLATT, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA  90067
Telephone:  (310) 228-5600

and

CANDACE C. CARLYON
SHLOMO M. SHERMAN
SHEA & CARLYON LTD.
701 Bridger, Suite 850
Las Vegas, Nevada  89
Telephone (702) 471-7432

COUNSEL FOR THE
OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS
OF USA CAPITAL FIRST TRUST DEED FUND, LLC