# LEWIS AND ROCA LLP
## LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 8/14/07

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10726-LBR |
|  | Case No. BK-S-06-10727-LBR |
|  | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC, Debtors. | |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

**NOTICE OF ENTRY OF ORDER SUSTAINING TWENTY-FIRST OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS EXCEPT PROOF OF CLAIM NOS. 10725-01683, 01684, 00723, AND 00751 FILED BY JAMES E. McKNIGHT; PROOF OF CLAIM NO. 10725-01208 FILED ON BEHALF OF PETE MONIGHETTI; PROOF OF CLAIM NO. 10725-00276 FILED BY THE MICHAEL FAMILY TRUST; AND PROOF OF CLAIM NO. 10725-01208 FILED ON BEHALF OF D.G. MENCHETTI**

**PLEASE TAKE NOTICE** that an Order Sustaining Twenty-First Omnibus Objection of The USACM Liquidating Trust to Claims Asserting Secured Status Except Proof of Claim Nos. 10725-01683, 01684, 00723, and 00751 Filed by James E. Mcknight; Proof of Claim No. 10725-01208 Filed on Behalf of Pete Monighetti; Proof of Claim No.

1857415.1

**LEWIS AND ROCA LLP**
LAWYERS

10725-00276 Filed by The Michael Family Trust; and Proof of Claim No. 10725-01208 Filed on Behalf of D.G. Menchetti [DE 4482] was entered on the 13th day of August 2007, a true and correct copy of which is attached hereto as Exhibit 1.

    RESPECTFULLY SUBMITTED August 14, 2007.

**LEWIS AND ROCA LLP**

By   /s/ RC (#006593)
       Susan M. Freeman
       Rob Charles
      *Attorneys for USACM Liquidating Trust*

PROOF OF SERVICE

Copy of the foregoing mailed by First Class, US Mail, postage prepaid, on August 14, 2007 to the parties listed on Exhibit A to the attached order.

  /s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca

2

1857415.1