# EXHIBIT 1

1688943.1

**Entered on Docket**
**August 13, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

_____

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                            Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>Date: April 26, 2007<br>Time: 9:30 a.m<br><br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

1839547.1

**ORDER SUSTAINING TWENTY-FIRST OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS EXCEPT PROOF OF CLAIM NOS. 10725-01683, 01684, 00723, AND 00751 FILED BY JAMES E. McKNIGHT; PROOF OF CLAIM NO. 10725-01208 FILED ON BEHALF OF PETE MONIGHETTI; PROOF OF CLAIM NO. 10725-00276 FILED BY THE MICHAEL FAMILY TRUST; AND PROOF OF CLAIM NO. 10725-01208 FILED ON BEHALF OF D.G. MENCHETTI**

The USACM Liquidating Trust (the "USACM Trust") filed its Twenty-First Omnibus Objection to Claims Asserting Secured Status [DE 3174] (the "Objection") on March 20, 2007. Appropriate notice of the Objection was given. Responses to the Objection were filed with the Court as follows:

- Response was filed by James E. McKnight [DE 3488] regarding Claim Nos. 10725-01683, 10725-01684, 10725-00723, and 10725-00751. Counsel filed a motion for summary judgment as to these claims on July 30, 2007 [DE 4291]. Counsel deleted Mr. Knight's claims from the Exhibit to the Twenty-First Omnibus Objection attached to this Order.

- Response was filed by Ronald H. Pacheco, acting as agent for Pete Monighetti [DE 3536] pertaining to Claim No. 10725-01208. Counsel filed a motion for summary judgment as to this claim on July 30, 2007 [DE 4291]. Counsel deleted Mr. Monighetti's claim from the Exhibit to the Twenty-First Omnibus Objection attached to this Order.

- Informal opposition from Michael Family Trust by Alain Michael pertaining to Claim No. 10725-00276. Counsel filed a motion for summary judgment as to this claims on July 30, 2007 [DE 4291]. Counsel deleted the Michael Family Trust's claims from the Exhibit to the Twenty-First Omnibus Objection attached to this Order.

- Response filed by the Mantas Group on behalf of D. G. Menchetti [DE 3507] pertaining to Claim No. 10725-02306. An Order Approving Stipulation with counsel allowing the claim as an unsecured claim, albeit subject to further objection, was

signed by this Court on June 4, 2007 [DE 3887]. Counsel deleted D.G. Menchetti's claim from the exhibit to the Twenty-First Omnibus Objection attached to this Order.

No other responses were filed with this Court. The Objection came before the Court for hearing on April 26, 2007 at 9:30 a.m. Good cause appearing, it is

ORDERED:

- Sustaining the USACM Trust's Twenty-first Omnibus Objection to Claims Asserting Secured Status;

- Reclassifying the Proofs of Claim listed on Exhibit A attached as general unsecured claims; and

- Reserving the right of any party in interest, including the USACM Trust, to further object to any and all claims listed on Exhibit A attached as unsecured claims or otherwise, whether or not the subject of this Objection.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**


By:___/s/ RC (#0006593)_____
     Susan M. Freeman
     Rob Charles
*Attorneys for USACM Liquidating Trust*

1
2 (APPROVED)/DISAPPROVED          APPROVED/DISAPPROVED
3
4  *James E. McKnight*             _____
   James E. McKight                Ronald H. Pacheco, agent for Pete
5                                  Monighetti

6  APPROVED/DISAPPROVED            APPROVED/DISAPPROVED

7                                  **BOLICK & BOYER**
8
9                                  By:_____
   _____     Erven T. Nelson, NV 2332
10 Alain Michael, Michael Family Trust    *Attorneys for Mantas Group*

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

4                                                              1839547.1

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐     The Court waived the requirements of LR 9021.

☒     I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing regarding this matter and/or who filed a written objection and each has:

    ☒     approved the form of this order;

    ☐     waived the right to review the order;

    ☐     failed to file and serve papers in accordance with LR 9021(c); and/or

    ☒     failed to sign and return this proposed order within five (5) business days in accordance with LR 9021(b) (Ronald H. Pacheco, Alain Michael; and Erven T. Nelson).

☐     I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order.

☐     No opposition was filed and no other party or counsel appeared at the hearing.

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
      Susan M. Freeman
      Rob Charles
*Attorneys for USACM Liquidating Trust*

1839547.1

## 21st Objection to Claims Asserting Secured Status - Reclassify as General U

| | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount |
|---|---|---|---|---|
| 1 | Mcconnell Family Trust Dtd 12/3/81<br>James & Maudrene Mcconnell Ttees<br>970 Fairway Blvd<br>Incline Village, NV  89451 | 10725-01667 | 12/8/2006 | $54,500.00 |
| 2 | Mcconnell Family Trust Dtd 12/3/81<br>James M & Maudrene F  Mcconnell Ttees<br>970 Fairway Blvd<br>Incline Village, NV  89451 | 10725-01615 | 12/8/2006 | $123,616.62 |
| 3 | Mcconnell Family Trust Dtd 12/3/81<br>James M & Maudrene F Mcconnell Ttees<br>970 Fairway Blvd<br>Incline Village, NV  89451 | 10725-01612 | 12/8/2006 | $54,600.00 |
| 4 | Mcconnell Family Trust Dtd 12/3/81<br>James M & Maudrene F Mcconnell Ttees<br>970 Fairway Blvd<br>Incline Village, NV  89451 | 10725-01613 | 12/8/2006 | $146,166.73 |
| 5 | Mcconnell Family Trust Dtd 12/3/81<br>James M & Maudrene F Mcconnell Ttees<br>970 Fairway Blvd<br>Incline Village, NV  89451 | 10725-01614 | 12/8/2006 | $163,950.00 |
| 6 | Mcconnell IRA, James M<br>970 Fairway Blvd<br>Incline Village, NV  89451 | 10725-01616 | 12/8/2006 | $307,125.01 |
| 7 | McGrath Revocable Trust, Michael T<br>Michael T Mcgrath Ttee<br>66 Schanda Dr<br>Newmarket, NH 03857-2151 | 10725-02289 | 1/12/2007 | $268,660.73 |
| 8 | Mchugh, Randi<br>4790 Caughlin Pkwy #239<br>Reno, NV  89509 | 10725-00581 | 10/13/2006 | $50,000.00 |
| 9 | Mchugh, William<br>335 Desert Meadow Ct<br>Reno, NV  89502 | 10725-00580 | 10/13/2006 | $100,000.00 |
| 10 | McKennon, Mary<br>303 Esplanade<br>Newport Beach, Ca  92660 | 10725-00967 | 11/2/2006 | $50,000.00 |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |

| | | | | |
|---|---|---|---|---|
| 15 | Mcmahon, Gary<br>2605 E Flamingo Rd<br>Las Vegas, NV 89121 | 10725-00597 | 10/16/2006 | $55,000.00 |
| 16 | Mcmichael Living Trust Dtd 12/16/88<br>J Richard & Karen L Mcmichael Ttees<br>13840 18Th Ave Sw<br>Burien, WA 98166-1049 | 10725-00451 | 10/5/2006 | $52,416.00 |
| 17 | Mehlman IRA, Marina<br>2027 Hathaway Ave<br>Westlake Village, CA 91362-5171 | 10725-00596 | 10/16/2006 | $112,088.96 |
| 18 | Melinda & Richard David Estevez #1<br>8916 Balboa Blvd<br>Northridge, CA 91325-2609 | 10728-00058 | 10/4/2006 | $ 51,095.00 |
| 19 | Melinda & Richard David Estevez Acct #2<br>8916 Balboa Blvd<br>Northridge, CA 91325-2609 | 10728-00057 | 10/4/2006 | $ 331.52 |
| 20 | Melinda & Richard David Estevez Acct #3<br>8916 Balboa Blvd<br>Northridge, CA 91325-2609 | 10728-00059 | 10/4/2006 | $ 68,000.00 |
| 21 | Memon, Shahnaz<br>7210 Native Dancer Dr<br>Reno, NV 89502 | 10725-00567 | 10/12/2006 | $753.28 |
| 22 | | | | |
| 23 | Michael & Jo Ann L Maloney Revocable Tr<br>Michael J & Jo Ann Maloney Ttees<br>2198 Peyten Park St<br>Henderson, NV 89052-7053 | 10725-01033 | 11/6/2006 | $50,000.00 |
| 24 | | | | |
| 25 | Michael M. Alldredge & Ellen M. Alldredge<br>3720 Socrates Dr.<br>Reno, NV 89521-4507 | 10725-00697 | 10/23/2006 | $50,000.00 |
| 26 | Michael S Freedus Dds Pc Defined Benefit Plan<br>2535 Lake Rd<br>Delanson, NY 12053 | 10725-02144 | 1/11/2007 | $251,370.92 |
| 27 | Michael S. Braida Ira<br>First Savings Bank, Custodian<br>1168 Dover Lane<br>Foster City, CA 94404 | 10725-00607 | 10/16/2006 | $100,967.00 |
| 28 | Michaelian Holdings, LLC<br>413 Canyon Greens Dr<br>Las Vegas, NV 89144 | 10725-02433 | 1/12/2007 | $1,267,075.50 |
| 29 | Michel F & Patricia A Aiello Trust Agt Dtd 10/4/94<br>Michel F & Patrica A Aiello Ttees<br>312 Ski Way<br>Incline Village, NV 89451-9223 | 10725-00269 | 9/27/2006 | $50,000.00 |

| | | | | |
|---|---|---|---|---|
| 30 | Michelle Revocable Trust Dtd 05/03/02<br>Diana Forde Ttee<br>4956 Ridge Dr #83<br>Las Vegas, NV 89103 | 10725-00034 | 4/27/2006 | $30,788.99 |
| 31 | Millar Dr, Russell<br>923 Ceres Rd<br>Palm Springs, CA 92262 | 10725-02139 | 1/11/2007 | $22,942.06 |
| 32 | Millar Dr, Russell<br>923 Ceres Rd<br>Palm Springs, Ca 92262 | 10725-02140 | 1/11/2007 | $12,285.97 |
| 33 | Millar, Russell<br>923 Ceres Rd<br>Palm Springs, CA 92262 | 10725-02137 | 1/11/2007 | $60,000.00 |
| 34 | Millar, Russell<br>923 Ceres Rd<br>Palm Springs, CA 92262 | 10725-02138 | 1/11/2007 | $100,000.00 |
| 35 | Miller Trust Dated 8/13/87, Gary I & Barbara<br>2832 Tilden Ave<br>Los Angeles, CA 90064 | 10725-02037 | 1/11/2007 | $555,683.00 |
| 36 | Miller, Steve H & Karen L<br>7527 E Pasaro Dr<br>Scottsdale, AZ 85262 | 10725-02119 | 1/11/2007 | $128,810.89 |
| 37 | Milton Leroy Owens Md Inc<br>C/O Milton Leroy Owens Trustee<br>Defined Benefit Pension Plan & T<br>1094 W 7Th St<br>San Pedro, CA 90731-2928 | 10725-00569 | 10/12/2006 | $26,129.00 |
| 38 | Mirzaian, Katrine<br>708 Prospect Dr<br>Glendale, CA 91205 | 10725-01953 | 1/10/2007 | $344,011.56 |
| 39 | Molina & Schmuker, Sergio & Irene<br>Po Box 859<br>12150 S Dart Rd<br>Molalla, OR 97038 | 10725-01210 | 11/10/2006 | $50,000.00 |
| 40 | Molina & Schmuker, Sergio & Irene<br>Po Box 859<br>12150 S Dart Rd<br>Molalla, OR 97038-0859 | 10725-01211 | 11/10/2006 | $50,000.00 |
| 41 | Mollie Schoichet & Henrietta Aronson<br>21150 Point Pl Apt 606<br>Aventura, FL 33180-4034 | 10728-00051 | 9/27/2006 | $100,000.00 |
| 42 | | | | |
| 43 | Moon Trustee Of The Decedent`S Trust, Frieda<br>Of The Restated Moon Irrevocable Trust<br>2504 Callita Ct<br>Las Vegas, NV 89102 | 10725-00010 | 5/22/2006 | $51,033.34 |

| 44 | Moon Trustee Of The Decedent`S Trust, Frieda Of The Restated Moon Irrevocable Trust<br>2504 Callita Ct<br>Las Vegas, NV  89102 | 10725-00015 | 5/23/2006 | $51,076.38 |
|----|---|---|---|---|
| 45 | Moon Trustee Of The Decedent`S Trust, Frieda Of The Restated Moon Irrevocable Trust<br>2504 Callita Ct<br>Las Vegas, NV  89102 | 10725-00016 | 5/23/2006 | $25,538.20 |
| 46 | Moore, Ernest J<br>2028 I St<br>Sparks, NV  89431 | 10725-02007 | 1/10/2007 | $101,522.07 |
| 47 | Moore, James<br>2009 Willow Tree Ct<br>Thousand Oaks, CA  91362 | 10725-00750 | 10/25/2006 | $50,000.00 |
| 48 | Moore, Kathleen J<br>1603 Lefty Garcia Way<br>Henderson, Nv  89002 | 10725-00107 | 8/7/2006 | $28,136.73 |
| 49 | Moore, Kathleen J<br>1603 Lefty Garcia Way<br>Henderson, Nv  89002 | 10725-00108 | 8/7/2006 | $21,523.00 |
| 50 | Moore, Kathleen J<br>1603 Lefty Garcia Way<br>Henderson, Nv  89002 | 10725-00109 | 8/7/2006 | $30,072.37 |

918152   21st Objection to Claims Asserting Secured Claim Status

**EXHIBIT A**

4