# EXHIBIT 1

1688943.1

**Entered on Docket**
**August 13, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

_____

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>         Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>Date: April 26, 2007<br>Time: 9:30 a.m<br><br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

1839574.1

**ORDER SUSTAINING THIRTY-THIRD OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS EXCEPT PROOF OF CLAIM NO. 10725-00501 FILED BY THE WANDA WRIGHT TRUST; PROOF OF CLAIM NO. 10725-02309 FILED ON BEHALF OF WOLRD LINKS GROUP LLC; AND PROOF OF CLAIM NO. 10725-02299 FILED ON BEHALF OF ZAWACKI**

The USACM Liquidating Trust (the "USACM Trust") filed its Thirty-Third Omnibus Objection to Claims Asserting Secured Status [DE 3192] (the "Objection") on March 20, 2007. Appropriate notice of the Objection was given. Responses to the Objection were filed with the Court as follows:

- Reply filed by Wanda C. Wright, Trustee for the Wanda Wright Trust [DE 3410] pertaining to Claim No. 10725-00501. Counsel filed a motion for summary judgment as to this claim on July 30, 2007 [DE 4291]. Counsel deleted the Wanda Wright Trust's claim from the Exhibit to the Thirty-Third Omnibus Objection attached to this Order.

- Opposition filed by the Mantas Group on behalf of World Links Group, LLC pertaining to Claim No. 10725-02309 and on behalf of Zawacki, a California LLC, pertaining to Claim No. 10725-2299 [DE 3507]. An Order Approving Stipulation with counsel allowing the claims as unsecured claims, albeit subject to further objection, was signed by this Court on June 4, 2007 [DE 3887]. Counsel deleted World Links Group, LLC's claim and Zawzcki's claim from the exhibit to the Thirty-Third Omnibus Objection attached to this Order.

No other responses were filed with this Court. The Objection came before the Court for hearing on April 26, 2007 at 9:30 a.m. Good cause appearing, it is

ORDERED:

- Sustaining the USACM Trust's Thirty-Third Omnibus Objection to Claims Asserting Secured Status;

- Reclassifying the Proofs of Claim listed on Exhibit A attached as general unsecured claims; and

1839574.1

- Reserving the right of any party in interest, including the USACM Trust, to further object to any and all claims listed on Exhibit A attached as unsecured claims or otherwise, whether or not the subject of this Objection.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
     Susan M. Freeman
     Rob Charles
*Attorneys for USACM Liquidating Trust*

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

- ☐ The Court waived the requirements of LR 9021.
- ☒ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing regarding this matter and/or who filed a written objection and each has:
  - ☒ approved the form of this order;
  - ☐ waived the right to review the order;
  - ☐ failed to file and serve papers in accordance with LR 9021(c); and/or
  - ☒ failed to sign and return this proposed order within five (5) business days in accordance with LR 9021(b) (Erven T. Nelson).
- ☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order.
- ☐ No opposition was filed and no other party or counsel appeared at the hearing.

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
     Susan M. Freeman
     Rob Charles
*Attorneys for USACM Liquidating Trust*

1839574.1

1
2  (APPROVED)/DISAPPROVED                APPROVED/DISAPPROVED
3
4                                        **BOLICK & BOYER**
5  *[signature]*
   Wanda C. Wright, Trustee              By:_____
6                                        Erven T. Nelson, NV 2332
                                         *Attorneys for Mantas Group*
7

1839574.1

**33rd Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims**

| | **Claimant** | **Proof of Claim Number** | **Date Filed** | **Proof of Claim Amount** | **Proof of Claim Classification** |
|---|---|---|---|---|---|
| 1 | Woody Contracting Inc<br>63210 Mckenzie Ln<br>Summerville, OR  97876 | 10725-00950 | 11/2/2006 | $330,750.00 | S |
| 2 | | | | | |
| 3 | Worthing, Ralph E & Maryanne H<br>443 Arboles Dr<br>Bishop, CA  93514 | 10725-01786 | 12/13/2006 | $20,430.00 | S, U |
| 4 | | | | | |
| 5 | Wyatt IRA, Kenneth H<br>Po Box 370400<br>Las Vegas, NV  89137-0400 | 10725-01604 | 12/8/2006 | $54,083.35 | S |
| 6 | Wyatt IRA, Kenneth H<br>Po Box 370400<br>Las Vegas, NV  89137-0400 | 10725-01824 | 12/28/2006 | $19,906.48 | S |
| 7 | Wyatt Ira, Kenneth H<br>Po Box 370400<br>Las Vegas, NV  89137-0400 | 10725-01828 | 12/28/2006 | $53,983.35 | S |
| 8 | Wyatt Ira, Phyllis P<br>Po Box 370400<br>Las Vegas, NV  89137-0400 | 10725-01606 | 12/8/2006 | $38,059.07 | S |
| 9 | Wyatt Ira, Phyllis P<br>Po Box 370400<br>Las Vegas, NV  89137-0400 | 10725-01829 | 12/28/2006 | $53,983.35 | S |
| 10 | Xavier, Neil A & Josephine E<br>2506 Libretto Ave<br>Henderson, NV  89052 | 10725-02064 | 1/11/2007 | $51,625.00 | S, U |
| 11 | Xavier, Neil A & Josephine E<br>2506 Libretto Ave<br>Henderson, NV  89052-6563 | 10725-00290 | 9/29/2006 | $50,000.00 | S |
| 12 | Xavier, Neil A & Josephine E<br>2506 Libretto Ave<br>Henderson, NV  89052-6563 | 10725-00291 | 9/29/2006 | $50,000.00 | S |
| 13 | Xavier, Neil A & Josephine<br>2506 Libretto Ave<br>Henderson, NV  89052 | 10725-02159 | 1/11/2007 | $51,545.13 | S, U |
| 14 | Yerushalmi, Mazal<br>8904 Greensboro Ln<br>Las Vegas, NV  89134-0502 | 10725-00961 | 11/1/2006 | $314,598.00 | S |

918334 33rd Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

1

| | | | | | |
|---|---|---|---|---|---|
| 15 | Yoder Defined Benefit Plan, Robert J<br>Robert J Yoder Trustee<br>12291 Prosser Dam Rd<br>Truckee. CA 96161 | 10725-02083 | 1/11/2007 | $88,743.82 | S, U |
| 16 | Yonai IRA, Gregory<br>1982 Country Cove Ct<br>Las Vegas, NV 89135-1552 | 10725-00990 | 10/27/2006 | $42,531.84 | S |
| 17 | Yonai Trustee, Gregory D<br>1982 Country Cove Ct<br>Las Vegas, Nv 89135-1552 | 10725-00719 | 10/25/2006 | $22,896.16 | S |
| 18 | Yonai Trustee, Gregory D<br>1982 Country Cove Ct<br>Las Vegas, Nv 89135-1552 | 10725-00983 | 10/27/2006 | $22,896.16 | S |
| 19 | Yonai Trustee, Gregory D<br>1982 Country Cove Ct<br>Las Vegas, NV 89135-1552 | 10725-01003 | 10/27/2006 | $81,750.00 | S |
| 20 | Yonai Trustee, Gregory D<br>1982 Country Cove Ct<br>Las Vegas, NV 89135-1552 | 10725-01005 | 10/27/2006 | $27,900.00 | S |
| 21 | Yonai Trustee, Gregory D<br>1982 Country Cove Ct<br>Las Vegas, NV 89135-1552 | 10725-01007 | 10/27/2006 | $55,000.00 | S |
| 22 | Yonai Trustee, Gregory D<br>1982 Country Cove Ct<br>Las Vegas, NV 89135-1552 | 10725-01008 | 10/27/2006 | $28,000.00 | S |
| 23 | Yonai Trustee, Gregory D<br>1982 Country Cove Ct<br>Las Vegas, NV 89135-1552 | 10725-01010 | 10/27/2006 | $37,800.00 | S |
| 24 | Yonai Trustee, Gregory D<br>1982 Country Cove Ct<br>Las Vegas, NV 89135-1552 | 10725-01013 | 10/27/2006 | $39,292.00 | S |
| 25 | Yonai Trustee, Gregory D<br>1982 Country Cove Ct<br>Las Vegas, NV 89135-1552 | 10725-01015 | 10/27/2006 | $28,000.00 | S |
| 26 | Yonai Trustee, Gregory D<br>1982 Country Cove Ct<br>Las Vegas, NV 89135-1552 | 10725-01019 | 10/27/2006 | $54,500.00 | S |
| 27 | Yonai Trustee, Gregory D<br>1982 Country Cove Ct<br>Las Vegas, NV 89135-1552 | 10725-01020 | 10/27/2006 | $54,500.00 | S |
| 28 | Yonai Trustee, Gregory<br>1982 Country Cove Ct<br>Las Vegas, NV 89135-1552 | 10725-01000 | 10/27/2006 | $28,200.00 | S |
| 29 | Young, Judy S<br>13825 Virginia Foothills Dr<br>Reno, NV 89521-7394 | 10725-02324 | 1/13/2007 | $101,552.77 | S, U |

918334 33rd Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

2

| | | | | | |
|---|---|---|---|---|---|
| 30 | Young, Percy & Ruth<br>1814 W Olney Ave<br>Phoenix, AZ  85041-8617 | 10725-00775 | 10/27/2006 | $90,000.00 | S |
| 31 | Young, Percy<br>1814 W Olney Ave<br>Phoenix, AZ  85041 | 10725-00776 | 10/27/2006 | $90,000.00 | S |
| 32 | Younger, William & Lisa K<br>1746 Lake St<br>Huntington Beach, CA  92648 | 10725-00948 | 11/2/2006 | $54,876.00 | S |
| 33 | Zadel, William<br>Po Box 1817<br>Parowan, UT  84761 | 10725-02027 | 1/11/2007 | $150,000.00 | S |
| 34 | Zak, Janet E<br>9720 Verlaine Ct<br>Las Vegas, NV  89145-8695 | 10725-00226 | 9/25/2006 | $54,000.00 | S |
| 35 | Zalkind, Allen & Sandy<br>684 Nahane Dr<br>South Lake Tahoe, CA  96150 | 10725-00206 | 8/15/2006 | $94,650.00 | S |
| 36 | Zappulla, Joseph G & Carol A<br>12706 W Myer Ln<br>El Mirage, AZ  85335 | 10725-02040 | 1/11/2007 | $704,812.14 | S, U |
| 37 | | | | | |
| 38 | Zerbo, Anthony J<br>780 Saratoga Ave<br>Apt S-107<br>San Jose, CA  95129 | 10725-01952 | 1/10/2007 | $878,855.25 | S, U |
| 39 | Zerbo, Anthony<br>780 Saratoga Ave #S107<br>San Jose, CA  95129 | 10725-00814 | 10/30/2006 | $15,598.72 | S |
| 40 | Zerbo, Anthony<br>780 Saratoga Ave  #S107<br>San Jose, CA  95129 | 10725-00788 | 10/27/2006 | $150,276.66 | S |
| 41 | Zerbo, Anthony<br>780 Saratoga Ave  #S107<br>San Jose, CA  95129 | 10725-01839 | 1/3/2007 | $50,516.00 | S |
| 42 | Zerbo, Marshall R<br>250 W El Camino Real  Apt 5100<br>Sunnyvale, CA  94087 | 10725-02028 | 1/11/2007 | $150,629.65 | S, U |
| 43 | Zoe Brown 1989 Family Trust<br>C/O Zoe Brown Trustee<br>2877 Paradise Rd  Unit 803<br>Las Vegas, NV  89109-5244 | 10725-00441 | 10/5/2006 | $75,000.00 | S |
| 44 | Zorrilla, Reinaldo<br>P.O. Box 11305<br>Las Vegas, Nv  89111 | 10725-00777 | 10/27/2006 | $121,846.33 | S |

918334 33rd Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

3

| 45 | Zrudsky, Collen<br>5731 S Youngfield Street<br>Littleton, CO 80127 | 10725-00293 | 9/29/2006 | $53,762.00 | S |