**LEWIS** AND
**ROCA** LLP
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 8/14/07

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                                Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR<br><br>JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle Presiding<br><br>**MOTION FOR SUBSTITUTION OF PARTY AND COUNSEL** |

The USACM Liquidating Trust (the "USACM Trust"), respectfully requests that the USACM Trust substitute for USA Commercial Mortgage Company pursuant to § IV.D.1 of Debtors' Third Amended Joint Plan of Reorganization as the objecting party in the Objection to Proof of Claim No. 1099 filed by Del and Ernestine Bunch [DE 2023] and Lewis and Roca LLP be substituted as Counsel for the USACM Trust, for the following reasons.

1839700.1

On December 11, 2006, USA Commercial Mortgage Company by and through its counsel, filed an objection [ DE 2023] to Proof of Claim No. 1099 filed by Del and Ernestine Bunch.

On January 8, 2007, the Third Amended Plan of Reorganization was confirmed by this Court. The Plan became effective on March 12, 2007, and the USACM Liquidating Trust succeeded to the rights of USA Commercial Mortgage Company, including as to claims objections.

USACM, through its counsel Schwartzer & McPherson, stipulate to the relief requested.

Accordingly, the USACM Trust requests that the USACM Trust be substituted for USA Commercial Mortgage Company as the objecting party and the law firm of Lewis and Roca LLP, 3993 Howard Hughes Parkway, Suite 600, Las Vegas, NV 89169-5996 be substituted as counsel for the USACM Trust in place of USACM's counsel in the above-captioned matter.

DATED: August 14, 2007.

**LEWIS AND ROCA LLP**

By /s/ RC (#006593)
    Susan M. Freeman, AZ 4199 (pro hac vice)
    Rob Charles, NV 6593
*Counsel for USACM Liquidating Trust*

2

1839700.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

## Proof of Service

COPY of the foregoing served via email where an email address is listed, and if no email address is listed, by first class mail, postage prepaid, on August 14, 2007, addressed to:

Del and Ernestine Bunch
1909 Red Robin Court
Las Vegas, NV 89134-6157
*pro se*

  /s/  Christine E. Laurel
Christine E. Laurel
Lewis and Roca LLP

3

1839700.1