# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number  06–10725–lbr**
**Chapter 11**

In re: (Name of Debtor)
    USA COMMERCIAL MORTGAGE COMPANY
    fka  USA CAPITAL
    4484 SOUTH PECOS ROAD
    LAS VEGAS, NV 89121

Social Security No.:

## ORDER APPROVING APPOINTMENT OF NEVADA COUNSEL

The Designation of Local Counsel and Consent Thereto filed by WILLIAM T. REID, IV and the appointment of ROB CHARLES as designated Nevada Counsel in this case is approved.

Dated: 8/15/07
                                                BY THE COURT

*Mary A. Schott* (signature)

                                                Mary A. Schott
                                                Clerk of the Bankruptcy Court