**Entered on Docket**
**August 15, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

Adam M. Starr
Greenberg Traurig, LLP
2550 Colorado Avenue, Suite 400E
Santa Monica, California 90404
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Email: starra@gtlaw.com

Ronald D. Green
Greenberg Traurig, LLP
3773 Howard Hughes Pkwy, Ste. 500 N
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: greenr@gtlaw.com

Nancy A. Peterman
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 2500
Chicago, Illinois 60601
Telephone: (312) 456-8400
Facsimile: (312) 456-8435
Email: petermann@gtlaw.com

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | ORDER APPROVING APPLICATION FOR ENTRY OF ORDER FINALLY ALLOWING AND APPROVING ALL COMPENSATION AND EXPENSES INCURRED BY MESIROW FINANCIAL INTERIM MANAGEMENT, LLC IN ITS CAPACITY AS DEBTORS' CRISIS MANAGERS AND CHIEF RESTRUCTURING OFFICERS FOR THE PERIOD APRIL 13, 2006 THROUGH MARCH 12, 2006 |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

This matter came before the Court upon the Application for entry of an Order (i) finally allowing and approving compensation in the amount of $11,389,203.09 for 27,417.60 hours of services rendered and expenses incurred in the amount of $1,117,168.74 by Mesirow Financial Interim Management, LLC ("**MFIM**"), in its capacity as the crisis managers and chief restructuring officers for USA Commercial Mortgage Company ("**USACM**"), USA Capital Realty Advisors, LLC ("**USA Realty**"), USA Capital Diversified Trust Deed Fund, LLC ("**DTDF**"), USA Capital First Trust Deed Fund, LLC ("**FTDF**") and USA Securities, LLC ("**USA Securities**", and collectively with USACM, USA Realty, DTDF and FTDF, the "**Debtors**"), debtors and debtors-in-possession in these chapter 11 cases (the "**Cases**"), for the time period beginning on April 13, 2006 and ending on March 12, 2007 (the "**Application Period**"), (ii) allowing and approving a $2,500,000 success fee; (iii) authorizing application of the $150,000 retainer against finally allowed fees and expenses; and (iv) authorizing payment of the balance due of $14,856.371.83, in the aggregate (after application of a $150,000 retainer and net of all voluntary reductions) (the "**Final Application**").

On June 6, 2007, MFIM filed its Supplement to the Final Application by which MFIM voluntarily agreed to (a) waive its request for a $2,500,000 success fee, (b) reduce its fees by eight percent (8%) and (c) reduce its expense request by $225,000, resulting in a modified fee and expense request under the Final Application as follows:

|  | Fees | Expenses | Success Fee | Total |
|---|---|---|---|---|
| Original Request | $11,389,203.09 | $ 1,117,168.74 | $ 2,500,000 | $15,006,371.83 |
| Agreed Upon Reduction | ($  911,136.25) | ($   225,000) | ($2,500,000) | ($ 3,636,136.25) |
| Agreed Upon Total | $10,478,066.84 | $  892,168.74 | $0 | $11,370,235.58 |

On July 31, 2007, MFIM filed its Second Supplement to the Final Application to provide support for the $200,000 in estimated fees and $150,000 in estimated expenses requested as part of

2

the Final Application.

Based upon a hearing held on the Final Application, as modified, with Nancy A. Peterman and Matthew T. Gensburg having appeared on behalf of MFIM, August B. Landis having appeared on behalf of the Office of the United States Trustee, and other appearances having been noted on the record, the Court finds that notice was properly given to creditors and parties in interests and that all objections have been resolved or overruled consistent with the provisions of this Order. The Court having made findings of fact and conclusions of law on the record, which findings and conclusions are incorporated herein pursuant to Fed. R. Bankr. P. 7052, and being otherwise apprised in this matter, it is hereby:

ORDERED that MFIM is finally awarded compensation and reimbursement of expenses in the amount of $11,370,235.58, representing $10,478,066.84 in finally allowed fees and $892,168.74 in finally allowed and reimbursed expenses; and it is further

ORDERED that the final award of compensation and expenses to MFIM shall be allowed and allocated as follows:

|                | Fees           | Expenses     | Total          |
|----------------|----------------|--------------|----------------|
| USACM          | $ 8,296,967.86 | $703,479.49  | $ 9,000,447.35 |
| DTDF           | $   991,528.90 | $ 84,425.03  | $ 1,075,953.93 |
| FTDF           | $ 1,112,657.68 | $ 97,715.41  | $ 1,210,373.09 |
| USA Realty     | $    36,424.97 | $  3,101.45  | $    39,526.42 |
| USA Securities | $    40,487.43 | $  3,447.36  | $    43,934.78 |
| Total          | $10,478,066.84 | $892,168.74  | $11,370,235.58 |

and it is further

ORDERED that the above amounts are hereby allowed as priority administrative expense claims pursuant to 11 U.S.C. §§ 503(b)(2) and 507(a)(1) in the respective bankruptcy estate to which they have been allocated; and it is further

ORDERED that MFIM shall be and hereby is authorized to offset its retainer against the amounts due and owing to them under this Order; and it is further

3

ORDERED that the allocation and payment of fees and costs to and from the FTDF estate shall be in accordance with the compromises between USACM and FTDF as provided for in the "Debtors' Third Amended Joint Chapter 11 Plan of Reorganization" (the "**Plan**"), the order confirming the Plan and the "Order Approving Stipulation Between USACM Liquidating Trust and USA Capital First Deed Trust Fund, LLC on Overbid Allocation and Plan Compromise;" and it is further

ORDERED that the Debtors are hereby authorized, pursuant to 11 U.S.C. § 330, to pay immediately upon entry of this Order the above amounts from the respective estate to MFIM as set forth herein, subject to credit for the retainer and any amounts already paid by the respective estate to MFIM for the Application Period, pursuant to the provisions of the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals.

Submitted by:
GREENBERG TRAURIG, LLP

By: /s/ Adam M. Starr
    ADAM M. STARR, ESQ.

By: /s/ Ronald D. Green
    RONALD D. GREEN, ESQ.

By: /s/ Nancy A. Peterman
    NANCY A. PETERMAN, ESQ.
    *Counsel to Mesirow Financial*
    *Interim Management, LLC*

Approved/Disapproved by:
OFFICE OF THE U.S. TRUSTEE

By: _____
    August B. Landis, Esq.

Approved/Disapproved by:
RAY QUINNEY & NEBEKER P.C. and
SCHWARTZER & MCPHERSON LAW FIRM

By: /s/ Lenard E. Schwartzer
    LENARD E. SCHWARTZER, ESQ.
    *Attorneys for Debtors and Debtors-in-Possession*

Approved/Disapproved by:
LEWIS AND ROCA, LLP

By: /s/ Susan M. Freeman
    SUSAN M. FREEMAN, ESQ.
    ROB CHARLES, ESQ.
    *Counsel for the USACM Liquidating Trust*

ORDERED that the allocation and payment of fees and costs to and from the FTDF estate shall be in accordance with the compromises between USACM and FTDF as provided for in the "Debtors' Third Amended Joint Chapter 11 Plan of Reorganization" (the "**Plan**"), the order confirming the Plan and the "Order Approving Stipulation Between USACM Liquidating Trust and USA Capital First Deed Trust Fund, LLC on Overbid Allocation and Plan Compromise;" and it is further

ORDERED that the Debtors are hereby authorized, pursuant to 11 U.S.C. § 330, to pay immediately upon entry of this Order the above amounts from the respective estate to MFIM as set forth herein, subject to credit for the retainer and any amounts already paid by the respective estate to MFIM for the Application Period, pursuant to the provisions of the Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals.

Submitted by:
GREENBERG TRAURIG, LLP

By: /s/ Adam M. Starr
ADAM M. STARR, ESQ.

By: /s/ Ronald D. Green
RONALD D. GREEN, ESQ.

By: /s/ Nancy A. Peterman
NANCY A. PETERMAN, ESQ.
*Counsel to Mesirow Financial Interim Management, LLC*

Approved/Disapproved by:
OFFICE OF THE U.S. TRUSTEE

By: [signature] AUST
August B. Landis, Esq.

Approved/Disapproved by:
RAY QUINNEY & NEBEKER P.C. and
SCHWARTZER & MCPHERSON LAW FIRM

By: _____
LENARD E. SCHWARTZER, ESQ.
*Attorneys for Debtors and Debtors-in-Possession*

Approved/Disapproved by:
LEWIS AND ROCA, LLP

By: _____
SUSAN M. FREEMAN, ESQ.
ROB CHARLES, ESQ.
*Counsel for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company*

4

Approved/Disapproved by:
STUTMAN TREISTER & GLATT, P.C. and
SHEA & CARLYON, LTD.

By: /s/ Eve Karasik
    FRANK A. MEROLA, ESQ.
    EVE KARASIK, ESQ.
    CHRISTINE PAJAK, ESQ.
    CANDACE C. CARLYON, ESQ.
    SHLOMO SHERMAN, ESQ.
    *Counsel for the Official Committee of*
    *Equity Security Holders of USA Capital*
    *First Trust Deed Fund LLC*

Approved/Disapproved by:
ORRICK, HERRINGTON & SUTCLIFFE
LLP and BECKLEY SINGLETON, CHTD.

By: _____
    MARC A. LEVINSON, ESQ.
    ANNE M. LORADITCH, ESQ.
    *Counsel for the Official Committee of*
    *Equity Security Holders of USA Capital*
    *Diversified Trust Deed Fund, LLC*

CHI 56785752v3 8/13/2007

Greenberg Traurig, LLP
Suite 500 North, 3773 Howard Hughes Parkway
Las Vegas, Nevada 89109
(702) 792-3773
(702) 792-9002 (fax)

5

Approved/Disapproved by:
STUTMAN TREISTER & GLATT, P.C. and
SHEA & CARLYON, LTD.

By: _____
FRANK A. MEROLA, ESQ.
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
CANDACE C. CARLYON, ESQ.
SHLOMO SHERMAN, ESQ.
*Counsel for the Official Committee of
Equity Security Holders of USA Capital
First Trust Deed Fund LLC*

Approved/Disapproved by:
ORRICK, HERRINGTON & SUTCLIFFE
LLP and BECKLEY SINGLETON, CHTD.

By: _____
MARC A. LEVINSON, ESQ.
ANNE M. LORADITCH, ESQ.
*Counsel for the Official Committee of
Equity Security Holders of USA Capital
Diversified Trust Deed Fund, LLC*

CHI 56785752v3 8/13/2007