DEMETRAS & O'NEILL
J. Craig Demetras
State Bar No. 4246
Shelly T. O'Neill
State Bar No. 986
230 E. Liberty Street
Reno, Nevada 89501
(775) 348-4600

E-FILED ON AUGUST 16, 2007

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

IN RE:

VARIOUS MATTERS

**NOTICE OF CHANGE OF ADDRESS OF LAW FIRM**

_____/

DEMETRAS & O'NEILL, LLC, by and through the undersigned, hereby gives notice of the following change of mailing address, effective immediately. Telephone facsimile numbers and email addresses will remain the same. This notice affects the cases listed on the attached Exhibit "A."

| | |
|---|---|
| Old mailing address: | Demetras & O'Neill, LLC<br>232 Court Street<br>Reno, NV 89501 |
| New mailing address: | Demetras & O'Neill, LLC<br>230 E. Liberty Street<br>Reno, NV 89501 |

DATED this 16th day of August, 2007.

Demetras & O'Neill, LLC

/s/ J. Craig Demetras
By: J. Craig Demetras

EXHIBIT "A"

| Case Number | Name |
|---|---|
| BK-N-95-31820-GWZ | Theodore Milton Thompson |
| BK-N-00-32752-GWZ | Safford & Safford, Inc. |
| BK-S-01-16649-LBR | Levitz Plaza LLC |
| BK-S-01-23232-LBR | Saxton Incorporated |
| BK-N-01-30153-GWZ | John Harvey Wardrobe and Theresa Rose Wardrobe |
| BK-N-01-31627-GWZ | Washington Group International, Inc., a Delaware Co. |
| BK-S-02-14420-LBR | Pelican Creek Development, Inc. |
| BK-N-03-53966-MKN | Terry Christopher Corneil and Mary Neal Corneil |
| BK-N-03-54223-GWZ | Club Management, Inc. (Consolidated - Lead Case (03-54224) |
| BK-N-03-54224-GWZ | Steven H. Urie and Margaret A. Urie |
| BK-N-03-54225-GWZ | Gamet Technology (Consolidated - Lead Case 03-54224) |
| BK-N-03-54226-GWZ | Lodging and Gaming Systems, Inc. (Consolidated - Lead Case 03-54224) |
| BK-N-03-54240-GWZ | Clark L. Williams |
| BK-N-04-05241-GWZ | Griffin v. Wardrobe et al |
| BK-N-04-50262-MKN | Reza Sarsangi |
| BK-N-04-50666-GWZ | James Lawrence Hewitt and Stacibelle Sami Baker |
| BK-N-04-50802-MKN | Cindi M. Covington |
| BK-N-04-50895-GWZ | T. O. Holdings, Inc. |
| BK-N-04-51192-MKN | Patrick Michael Gallaher |
| BK-N-04-51997-MKN | Francis Michael McFadden |
| BK-N-04-51997-MKN | Walter T. Solway |
| BK-N-04-52749-MKN | Ryan J. Zedek and Patricia Zedek |
| BK-N-04-52985-MKN | Ervin Alejos |
| BK-N-04-53077-MKN | Robert J. Piper |
| BK-N-04-53288-MKN | Anthony Phillip Sherwood and Debra Lynn Sherwood |
| BK-N-04-53289-MKN | Manuel Dale Harris and Judith Ann Harris |
| BK-N-04-53290-GWZ | Dysfunction Junction |
| BK-N-04-53452-MKN | Peter Langdale Coates |
| BK-N-04-53717-MKN | Gregory Smith and Kristan J. Smith |
| BK-N-05-05014-GWZ | Nevada Headquarters Corporation v. Urie |
| BK-N-05-05027-GWZ | Urie et al v. Argosy Gaming Company |
| BK-N-05-05041-GWZ | Marrs et al v. Johnson |
| BK-N-05-05127-GWZ | Coppa-Knudson v. Urie et al |
| BK-S-05-19534-MKN | Timothy Aaron Morbeto |
| BK-N-05-50116-MKN | Ronald H. Holmes |
| BK-N-05-50117-GWZ | Dottie Jeannie Domich Burt |
| BK-N-05-50438-GWZ | Tommy Johnson |
| BK-N-05-50463-GWZ | Skin Nuvo International, LLC |

Demetras & O'Neill
230 E. Liberty Street
Reno, Nevada 89501
(775) 348-4600

2

| # | Case Number | Name |
|---|---|---|
| 1 | BK-N-05-51137-MKN | Heather Atsidis |
| 2 | BK-N-05-51152-GWZ | Jennifer Lynn French |
|   | BK-N-05-51270-GWZ | Roger Edward Rowland and Velma Joyce Rowland |
| 3 | BK-N-05-51536-GWZ | Carmen M. White |
|   | BK-N-05-52209-GWZ | Rick Ihasz and Olga Ihasz |
| 4 | BK-N-05-52393-MKN | James David Paulk and Casey Angela Horton-Paulk |
| 5 | BK-N-05-52463-GWZ | Nathan Earl Mahaffey and Cathy Mahaffey |
|   | BK-N-05-52548-MKN | Jack Bruce Blythe and Patricia Ann Blythe |
| 6 | BK-N-05-52798-MKN | Melville Clyde McElvain |
|   | BK-N-05-52970-GWZ | Rod Allen Orr and Melinda K. Orr |
| 7 | BK-N-05-53044-GWZ | David Gale Swihart and Verna Mae Swihart |
| 8 | BK-N-05-53494-GWZ | James Sherman Barber |
|   | BK-N-05-53506-GWZ | Rogue Samarron and Maria Silva Moyers Samarron |
| 9 | BK-N-05-53745-GWZ | Patricia Kay Wright and William Francis Wright |
|   | BK-N-05-54134-GWZ | Jeffrey D. Bradshaw |
| 10 | BK-N-05-54549-GWZ | EJ's Jazz Café (Joint Admin - Lead Case) |
| 11 | BK-N-05-54555-GWZ | Ernest L. Gardner and Judith B. Gardner (Joint Admin - Lead Case #05-54549) |
| 12 | BK-N-05-54879-GWZ | Jay L. Johnson and Kathie J. Johnson |
|   | BK-N-06-05006-GWZ | Center Point School District v. Wright et al |
| 13 | BK-N-06-50102-GWZ | Clubsport of San Ramon, LLC et al v. Olson |
|   | BK-N-06-05107-MKN | BLR Solutions, Inc., v. Jay |
| 14 | BK-S-06-10725-LBR | USA Commercial Mortgage Company |
| 15 | BK-N-06-50281-GWZ | Gerald D. Gedrimas |
|   | BK-N-06-50427-GWZ | Robert Erland Dahlgren and Blanche Diane Dahlgren |
| 16 | BK-N-06-50530-GWZ | Robert J. Huggler and Nydia L. Huggler |
|   | BK-N-06-50531-GWZ | James B. Olson |
| 17 | BK-N-06-50588-MKN | Thomas Antonio Rowley and Cheryl Renae Rowley |
| 18 | BK-N-06-50634-MKN | Marc A. Ashley and Katherine M. Ashley |
|   | BK-N-06-50725-MKN | Theresa Ann Erickson |
| 19 | BK-N-06-50827-MKN | Madonna Holik |
|   | BK-N-06-50828-GWZ | Barbara Jane Wright |
| 20 | BK-N-06-50872-GWZ | Jessica Lee Ebbe |
| 21 | BK-N-06-50875-MKN | Dean G. Chaney and Patricia G. Lowery-Chaney |
|   | BK-N-06-50877-GWZ | Carmen J. Kennedy |
| 22 | BK-N-07-05021-GWZ | Clark v. Johnson et al |
|   | BK-N-07-05083-MKN | Craftman Homes, Inc., et al v. Lammel et al |
| 23 | BK-N-07-50125-MKN | David J. Keane and Christine L. Keane |
| 24 | BK-N-07-50159-MKN | Thomas W. Lammel and Evelyn L. Lammel |
|   | BK-N-07-50262-MKN | Jon J. Willett |
| 25 | BK-N-07-50264-MKN | Mark A. Archer and Reva Archer |
|   | BK-N-07-50559-GWZ | Scott Family Enterprises LLC |
| 26 | BK-N-07-50662-MKN | Charles Ayers |

Demetras & O'Neill
230 E. Liberty Street
Reno, Nevada 89501
(775) 348-4600

| | |
|---|---|
| BK-N-07-50671-GWZ | Christopher R. Scott and Patricia G. Scott |
| BK-N-07-50724-GWZ | Jennie Trimble |
| BK-N-07-50724-GWZ | Rodney Grant Ackroyd and Sandra Lea Ackroyd |
| BK-N-07-50737-MKN | Dennis Walter Ryan and Sharon Lynn Ryan |
| BK-N-07-50952-GWZ | Zachary A. Davis and Francesca E. Georgiou |

Demetras & O'Neill
230 E. Liberty Street
Reno, Nevada 89501
(775) 348-4600

4