Case: 06-10724-LBR

Edward Kline
  in Pro Per
9932 Arbuckle Dr.
Las Vegas, NV 89134
Tel: (702) 256-6429
For: Edward Kline
  and Edward, Leah Kline
  Family Trust

RECEIVED & FILED

'07 AUG 14 A9 :43

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED FUND, LLC,

USA SECURITIES, LLC,

                       Debtors.

Affects:
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund. LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under Case No.
BK-S-06-10725-LBR

DATE: 10/15/07
TIME: 9:30 AM
Notice to Lewis and Roca
LLP Lawyers
3993 Howard Hughes Parkway
Las Vegas, NV 89169
Of Notice to Object to
Summary Motion regarding
Claim # 10725-00547

    Notice is hereby given to Lewis and Roca that on August 14, 2007, Edward Kline filed a Motion to Disallow a Summary Judgement related to Claim #10725-00572. Along with notice Edward Kline is serving USACM Liquidating Trust with a copy of this motion.

(1)

This Petitioner wishes the Court to note that the USACM Liquidating Trust has employed another Firm, i.e. Geoffrey Berman, as Trustee (Developement Specialists of Los Angeles) to present its Case to Bankruptcy Court. This again adds to the costs and reduces all Linder's equities.

Case 06-10725-gwz    Doc 4509    Entered 08/16/07 11:40:33    Page 2 of 5

This Petitioner wishes the Court to note that the USACM Liquidating Trust has employed another Firm, i.e. Geoffrey Berman, as Trustee (Developement Specialists of Los Angeles) to present its Case to Bankruptcy Court. This again adds to the costs and reduces all Linder's equities.

The Court should also note that the number of Petitioners objecting to this Objection has increased to approximately 81, from about 4 since 4/26/07.

The facts as noted by Mr. Berman, items 1 - 25, may be undisputed but have no relevancy to this Petitioner's claims that USACM acted illegally by not disclosing that this loan was in default when USACM and Mr. Milanowski, etal, requested a renewal of this loan. (See letters of July 30, 2004 and July 7, 2005.) Giving false information and becoming an investor in the amount, $3.5 million without disclosure is not acting in good faith, making some payments to avoid default, and not acting responsible to collect, foreclose, or protect the interests of investors per loan agreement. This was prior to the filing for Bankruptcy, thereby committing fraud.

Committing as illegal act should not be rewarded by absolving USACM and Milanowski, etal, through this USACM Liquidating Trust, especially since they have assets in Margarita Annex.

(2)



July 30, 2004

Edward Kline Trustee of the Edward Kline & Leah Kline Family Trust dated 7/9/91
Edward Kline
9932 Arbuckle Drive
Las Vegas NV 89134

Dear Edward,

USA Capital would like to take this opportunity to thank you for investing in our First Trust Deed program. Your investment amount of $100,000.00 in the Margarita Annex loan was funded on 7-30-04. You will start earning interest from 7-30-04.

USA Capital continues to underwrite all loans with the same care and diligence we have used since 1989. The interest for this first trust deed investment will be paid on or before the 10th of each month. USA Capital will fully service your investment, including monthly interest, statements, and tax reporting. If you have any questions or comments, please feel free to call (702) 734-2400. Thank you again.

Sincerely,


USA Capital



July 7, 2005

Edward Kline Trustee of the Edward Kline & Leah Kline Family Trust dated 7/9/91
Edward Kline
9932 Arbuckle Drive
Las Vegas, NV 89134

RE: King: Margarita

Dear Edward,

Thank you for your participation in the John E. King and Carole D. King first trust deed investment through USA Capital. The borrower has approached USA Capital regarding extending this loan for an additional 6 months. The borrower is waiting for final entitlement approval, at which time our loan will be repaid through the sale of the property.

The John E. King and Carole D. King first trust deed investment will have a new maturity date of January 30, 2006. Your interest checks will continue to arrive around the 10th of every month. Please sign the enclosed **power of attorney and loan extension agreement**. If you should have any questions regarding this investment extension, please contact your Account Executive in Las Vegas at 702-734-2400, in Reno at 775-851-8180 or in Tahoe at 775-833-2233. As always, we appreciate your continued confidence and trust.

Sincerely,

Joseph D. Milanowski, CFA
President

*acket*

1. Proof of Claim form
2. Receipt of investment in Margarite Annex
3. List of interest due to Creditor
4. Copy of Deed of Trust from Margarite
5. List of Contributors
6. Previously filed "Feedback" forms
7. Stamped return envelope and copy of Claim form

Sent 10/3/06
EDWARD KLINE
TO BMC