# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number 06–10725–lbr**

**Chapter 11**

In re: (Name of Debtor)
    USA COMMERCIAL MORTGAGE COMPANY
    fka USA CAPITAL
    4484 SOUTH PECOS ROAD
    LAS VEGAS, NV 89121

Social Security No.:

### ORDER APPROVING APPOINTMENT OF NEVADA COUNSEL

The Designation of Local Counsel and Consent Thereto filed by ROBERT JAY MOORE and the appointment of GEORGANNE W. BRADLEY as designated Nevada Counsel in this case is approved.

Dated: 8/16/07

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court