LEWIS
AND
ROCA
—LLP—
LAWYERS

E-Filed on 8/16/07

1  3993 Howard Hughes Parkway, Suite 600
   Las Vegas, NV 89169-5996
   Facsimile (702) 949-8321
2  Telephone (702) 949-8320

3  Susan M. Freeman AZ State Bar No. 004199
   Email: sfreeman@lrlaw.com
   Rob Charles NV State Bar No. 006593
   Email: rcharles@lrlaw.com
4  Attorneys for USACM Liquidating Trust

5  STUTMAN, TREISTER & GLATT, P.C.          SHEA & CARLYON, LTD.
   FRANK A. MEROLA (CA 136934)               JAMES PATRICK SHEA (NV 000405)
   EVE H. KARASIK (CA 155356)                CANDACE C. CARLYON (NV 002666)
6  CHRISTINE M. PAJAK (CA 217173)            SHLOMO S. SHERMAN (NV 009688)
   1901 Avenue of the Stars, 12th Floor      701 Bridger, Suite 850
7  Los Angeles, California 90067             Las Vegas, Nevada 89101
   Telephone: (310) 228-5600                 Telephone: (702) 471-7432
8  Facsimile: (310) 228-5788                 Facsimile: (702) 471-7435
   Email:  fmerola@stutman.com               Email:  jshea@sheacarlyon.com
9          ekarasik@stutman.com                      ccarlyon@sheacarlyon.com
           cpajak@stutman.com                        ssherman@sheacarlyon.com
10 Counsel for the Official Committee Of Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

11 ORRICK, HERRINGTON & SUTCLIFFE LLP        BECKLEY SINGLETON, CHTD.
   MARC A. LEVINSON (CA 57613, pro hac vice)  BOB L. OLSON (NV 003783)
12 JEFFERY D. HERMANN (CA 90445, pro hac vice) ANNE M. LORADITCH (NV 008164)
   400 Capitol Mall                          530 Las Vegas Boulevard South
13 Sacramento, California 95814              Las Vegas, NV 89101
   Telephone: (916) 447-9200                 Telephone: (702) 385-3373
14 Facsimile: (916) 329-4900                 Facsimile: (702) 385-5024
   Email:  malevinson@orrick.com             Email:  bolson@beckleylaw.com
15         jhermann@orrick.com                       aloraditch@beckleylaw.com
   Attorneys for Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br><br>                                        Debtors.<br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Amended Notice of Hearing; Partial Objection of USACM Trust To Robert and Beverley Carollo Claim Filed in Wrong Debtor's Case; Objection of FTDF to Claim as Duplicative of Claim Previously Disallowed in FTDF Case; and Objection of DTDF to Claim as Duplicative of Claim Previously Disallowed in DTDF Case**<br><br>New Heating Date:   September 28, 2007<br>New Hearing Time:   1:30 p.m. |

{00413739;

}224289.1

# AMENDED NOTICE OF OBJECTION TO CLAIM

**THE USACM LIQUIDATING TRUST, THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC, AND USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC ARE OBJECTING TO THE CLAIMS THAT <u>YOU</u> FILED.  <u>THE DATE OF THE HEARING ON THE OBJECTION, AS WELL AS THE DEADLINE TO RESPOND TO THE OBJECTION, HAS BEEN CHANGED</u>.  UNLESS THE RESPONSE DEADLINE IS FURTHER ADVANCED BY THE COURT, THE NEW DEADLINE TO RESPOND TO THE OBJECTION IS <u>SEPTEMBER 21, 2007.</u>  THE DATE OF THE HEARING ON THE OBJECTION HAS BEEN RESCHEDULED TO <u>SEPTEMBER 28, 2007 AT 1:30 P.M.</u>  PLEASE DO NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF YOUR CLAIM.  QUESTIONS REGARDING THE AMOUNT OF A CLAIM OR THE FILING OF A CLAIM SHOULD BE DIRECTED TO BMC GROUP AT 888-909-0100, OR <u>WWW.BMCGROUP.COM/USACMC</u>, or to the undersigned counsel.  <u>Your claim may be reduced, modified, or eliminated.</u>**  You should read these papers carefully and discuss them with your attorney, if you have one.

**NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust, by and through its counsel, has filed an Objection to your claim filed in USA Commercial Mortgage Company, Case No. 06-10725 on the ground that the claim is, in whole or in part, a debt of USA Capital First Trust Deed Fund, LLC Case No. 06-10728 ("FTDF") or USA Diversified Trust Deed Fund, LLC Case No. 06-10727 ("DTDF").  The Official Committee of Equity Security Holders of FTDF (the "FTDF Committee"), by and through its counsel, further objects to any proposed allowance of your claim against the FTDF estate.  DTDF, by and through its counsel, further objects to any proposed allowance of your claim against the DTDF estate.  A copy of the Objection is provided to you with this notice.

The Objection requests that the Court enter an order disallowing all or part of your claim

{00413739;}                                                                                                            224289.1

2



as to USACM, FTDF and DTDF. If the Court grants the requested relief, it will not affect your existing equity interest in the DTDF estate to the extent you hold an equity interest in DTDF.

**NOTICE IS FURTHER GIVEN** that the date of the hearing on the Objection has been rescheduled, and that unless the hearing date is further advanced by the Court, the hearing on the Objection will be held before the Honorable Linda B. Riegle, United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada, on **SEPTEMBER 28, 2007** at the hour of **1:30 p.m**. **THE HEARING WILL BE HELD FOR THE PURPOSE OF STATUS CHECKS AND SCHEDULING EVIDENTIARY HEARINGS ONLY. NO ARGUMENTS WILL BE HEARD ON THAT DATE. HOWEVER, IF THERE IS NO RESPONSE TO THE OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION AND DISALLOW THE CLAIMS FILED AGAINST USACM, FTDF AND DTDF.**

**NOTICE IS FURTHER GIVEN** that, unless the response deadline is advanced by the Court, any response to the Objection must be filed by September 21, 2007 pursuant to Local Rule 3007(b), which states:

> If an objection to a claim is opposed, a written response must be filed and served on the objecting party at least 5 business days before the scheduled hearing. A response is deemed sufficient if it states that written documentation in support of the proof of claim has already been provided to the objecting party and that the documentation will be provided at any evidentiary hearing or trial on the matter.

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the Court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:

- The Court may *refuse to allow you to speak* at the scheduled hearing; and
- The Court may *rule against you* without formally calling the matter at the hearing.

{00413739;}    224289.1

Dated: August 16, 2007

By: /s/ Eve H. Karasik
FRANK A. MEROLA (CA State Bar No. 136934),
EVE H. KARASIK (CA State Bar No. 155356), and
CHRISTINE M. PAJAK (CA State Bar No. 217173), Members of
STUTMAN, TREISTER & GLATT, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
    and
CANDACE C. CARLYON
Shea & Carlyon, Ltd.
701 Bridger, Suit 850
Las Vegas, NV 89101
Telephone: (702) 471-7432
COUNSEL FOR THE
OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS
OF USA CAPITAL FIRST TRUST DEED FUND, LLC

**BECKLEY SINGLETON, CHTD.**

By /s/ Anne M. Loraditch
    Bob L. Olson (NV Bar #3783)
    Anne M. Loraditch (NV Bar # 8164)
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone: (702) 385-3373
    and
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Marc A. Levinson
Jeffery D. Hermann
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
*Attorneys for Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC*

By: /s/ Rob Charles (#006593)
SUSAN M. FREEMAN
ROB CHARLES
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961
Facsimile (702) 949-8321
Telephone (702) 949-8320
COUNSEL FOR USACM Liquidating Trust

{00413739;}

224289.1

1  Copy of the foregoing
   mailed this 16th day of
2  August, 2007 to:
3
   Robert and Beverly Carollo
4  5607 Gateway Road
   Las Vegas, NV  89120
5
   Christopher H. Byrd, Esq.
6  Laurel Davis, Esq.
   Fennemore Craig
7  300 South Fourth Street, Suite 1400
   Las Vegas, NV  89101
8  ATTORNEYS FOR ROBERT AND BEVERLY CAROLLO
9
10  By: _____
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  {00413739;}                                                                  224289.1

5