**LEWIS AND ROCA LLP — LAWYERS**

E-Filed on 8/16/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666) |
| CHRISTINE M. PAJAK | SHLOMO S. SHERMAN |
| (CA State Bar No. 217173), Members of | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 701 Bridger, Suite 850 |
| Los Angeles, California 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| Facsimile: (310) 228-5788 | Facsimile: (702) 471-7435 |
| Email:   fmerola@stutman.com | Email:   jshea@sheacarlyon.com |
|           ekarasik@stutman.com |           ccarlyon@sheacarlyon.com |
|           cpajak@stutman.com |           ssherman@sheacarlyon.com |

Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                         Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Amended Notice of Hearing; Objection of USACM Trust To M.W. Gorts & Company Claim Filed in Wrong Debtor's Case; Objection of FTDF to Proposed Allowance of Claim**<br><br>New Hearing Date:  September 28, 2007<br>New Hearing Time:  1:30 p.m. |

224265.1



# AMENDED NOTICE OF OBJECTION TO CLAIM

**THE USACM LIQUIDATING TRUST AND THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC ARE OBJECTING TO THE CLAIMS THAT <u>YOU</u> FILED.  <u>THE DATE OF THE HEARING ON THE OBJECTION, AS WELL AS THE DEADLINE TO RESPOND TO THE OBJECTION HAS BEEN CHANGED</u>.  UNLESS THE RESPONSE DEADLINE IS FURTHER ADVANCED BY THE COURT, THE NEW DEADLINE TO RESPOND TO THE OBJECTION IS <u>SEPTEMBER 21, 2007.</u>  THE DATE OF THE HEARING ON THE OBJECTION HAS BEEN RESCHEDULED TO <u>SEPTEMBER 28, AT 1:30 P.M</u>.  <u>PLEASE DO NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF YOUR CLAIM</u>. QUESTIONS REGARDING THE AMOUNT OF A CLAIM OR THE FILING OF A CLAIM SHOULD BE DIRECTED TO BMC GROUP AT 888-909-0100, OR <u>WWW.BMCGROUP.COM/USACMC</u>, or to the undersigned counsel.  <u>Your claim may be reduced, modified, or eliminated.</u>  You should read these papers carefully and discuss them with your attorney, if you have one.**

      **NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust, by and through its counsel, has filed an Objection to your claim filed in USA Commercial Mortgage Company, Case No. 06-10725 on the ground that the claim is a debt of USA Capital First Trust Deed Fund, LLC Case No. 06-10728 ("FTDF").  The Official Committee of Equity Security Holders of FTDF (the "FTDF Committee"), by and through its counsel, further objects to any proposed allowance of your claim against the FTDF estate.  A copy of the Objection is provided to you with this notice.

      The Objection requests that the Court enter an order disallowing all or part of your claim as to USACM and FTDF.  If the Court grants the requested relief, it will not affect your existing equity interest in the FTDF estate to the extent you hold an equity interest in

224265.1

FTDF.

**NOTICE IS FURTHER GIVEN** that date of the hearing on the Objection has been rescheduled, and that unless the hearing date is further advanced by the Court, the hearing on the Objection will be held before the Honorable Linda B. Riegle, United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada, on **SEPTEMBER 28, 2007** at the hour of **1:30 p.m**. **THE HEARING WILL BE HELD FOR THE PURPOSE OF STATUS CHECKS AND SCHEDULING EVIDENTIARY HEARINGS ONLY. NO ARGUMENTS WILL BE HEARD ON THAT DATE. HOWEVER, IF THERE IS NO RESPONSE TO THE OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION AND DISALLOW THE CLAIMS FILED AGAINST USACM AND THE FTDF.**

**NOTICE IS FURTHER GIVEN** that, unless the response deadline is further advanced by the Court, any response to the Objection must be filed by September 21, 2007 pursuant to Local Rule 3007(b), which states:

> If an objection to a claim is opposed, a written response must be filed and served on the objecting party at least 5 business days before the scheduled hearing. A response is deemed sufficient if it states that written documentation in support of the proof of claim has already been provided to the objecting party and that the documentation will be provided at any evidentiary hearing or trial on the matter.

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the Court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:

- The Court may *refuse to allow you to speak* at the scheduled hearing; and

- The Court may *rule against you* without formally calling the matter at the hearing.

3

224265.1

LEWIS AND ROCA LLP LAWYERS

1  Dated: August 16, 2007.

2  By: /s/ Eve H. Karasik                    By: /s/ Rob Charles (#006593)
   FRANK A. MEROLA (CA State Bar           SUSAN M. FREEMAN
3  No. 136934),                            ROB CHARLES
                                           LEWIS AND ROCA LLP
4  EVE H. KARASIK (CA State Bar            3993 Howard Hughes Parkway, Suite 600
   No. 155356), and                        Las Vegas, NV 89169-0961
5  CHRISTINE M. PAJAK (CA State Bar No.    Facsimile (702) 949-8321
   217173), Members of                     Telephone (702) 949-8320
6  STUTMAN, TREISTER & GLATT, P.C.         COUNSEL FOR USACM Liquidating Trust
7  1901 Avenue of the Stars, 12th Floor
   Los Angeles, CA 90067
8  Telephone: (310) 228-5600

9  and

10 CANDACE C. CARLYON
   Shea & Carlyon, Ltd.
11 701 Bridger, Suite 850
12 Las Vegas, NV 89101
   Telephone: (702) 471-7432
13 COUNSEL FOR THE
14 OFFICIAL COMMITTEE OF EQUITY
   SECURITY HOLDERS
15 OF USA CAPITAL FIRST TRUST DEED
   FUND, LLC

16

224265.1

4