1  J. Stephen Peek, Esq., NV. Bar No. 1758
   Scott D. Fleming, Esq., NV Bar No. 5638
2  Matthew J. Kreutzer, Esq., NV Bar No. 8834
   Hale Lane Peek Dennison and Howard
3  3930 Howard Hughes Parkway, Fourth Floor
   Las Vegas, Nevada  89169
4  Telephone: (702) 222-2500
   Facsimile:  (702) 365-6940
5  Email:  mkreutzer@halelane.com

6  *Attorneys for Rolland P. Weddell
   And Spectrum Financial Group*

**ELECTRONICALLY FILED**
**August 17, 2007**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY
                Debtor.
_____/

In re:

USA CAPITAL REALTY ADVISORS, LLC
                Debtor.
_____/

In re:

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
                Debtor.
_____/

In re:

USA CAPITAL FIRST TRUST DEED FUND, LLC
                Debtor.
_____/

In re:

USA SECURITIES, LLC
                Debtor.
_____/

Bankruptcy No. BK-S-06-10725-LBR

Bankruptcy No. BK-S-06-10726-LBR

Bankruptcy No. BK-S-06-10727-LBR

Bankruptcy No. BK-S-06-10728-LBR

Bankruptcy No. BK-S-06-10729-LBR

(Jointly Administered)
Chapter 11

**AFFIDAVIT OF J. STEPHEN PEEK, ESQ.**

Hearing Date:   Negative Notice

/ / /

/ / /

/ / /

::ODMA\PCDOCS\HLRNODOCS\659243\1

## AFFIDAVIT OF J. STEPHEN PEEK, ESQ.

STATE OF NEVADA        )
                       ): ss.
COUNTY OF CLARK        )

I, J. Stephen Peek, being first duly sworn, depose and say:

1. I am an attorney with the law firm of Hale Lane Peek Dennison and Howard, counsel for claimants Rolland P. Weddell, and Spectrum Financial Group, LLC ("Claimants"). I am duly admitted to practice law in the State of Nevada.

2. This Affidavit is submitted in support of the Motion to Withdraw as Counsel of Record submitted herewith.

3. Plaintiffs have not paid our firm's bills for attorney's fees and costs for a substantial length of time.

4. Plaintiffs have been advised by this firm that Hale Lane will no longer be able to represent them. Plaintiffs have indicated that they wish to obtain substitute counsel, but to date, Plaintiffs have not secured a commitment to representation from any alternative counsel.

5. Because of the foregoing, Hale Lane is no longer able to adequately represent Plaintiffs.

6. Currently, the Hearing on USACM Liquidating Trust's Objection to Claim 819 of Spectrum Financial Group in the amount of $49,581,000 and Claim 821 of Rolland P. Weddell in the amount $13,081,000 (collectively, the "Proofs of Claim") is scheduled for October 15, 2007. No date has yet been set for a full evidentiary hearing on the Represented Parties' Proofs of Claim.

7. Plaintiffs may be served with notice of further proceedings in this case at the following addresses:

Roland P. Weddell
2271 Arrowhead Dr.
Carson City, NV 89706-0459
Fax:   (775) 883-4088

Spectrum Financial Group, LLC
c/o William Schilz
225 Valley Glen Lane
Martinez, California 94553
Email: billschilz@Comcast.net
bill@spectrumgroups.com

Hale Lane Peek Dennison and Howard
2300 West Sahara Ave., Suite 800, Box 8
Las Vegas, Nevada 89102

::ODMA\PCDOCS\HLLASDOCS\265361\1        Page 1 of 2

Further affiant sayeth naught.

DATED this 17 day of August, 2007.

I do hereby swear under penalty of perjury that the foregoing assertions contained in this Affidavit are true and correct.

/s/ Stephen Peek
J. Stephen Peek, Esq.

SIGNED and SWORN to before me on this 17 day of August, 2007, by J. Stephen Peek, Esq.

/s/ Tamera Johnson
Notary Public
My Commission Expires: 5/26/09



TAMERA R. JOHNSON
Notary Public State of Nevada
No. 97-2378-1
My appt. exp. May 26, 2009

Hale Lane Peek Dennison and Howard
2300 West Sahara Ave., Suite 800, Box 8
Las Vegas, Nevada 89102

::ODMA\PCDOCS\HLLASDOCS\265361\1        Page 2 of 2