J. Stephen Peek, Esq., NV. Bar No. 1758
Scott D. Fleming, Esq., NV Bar No. 5638
Matthew J. Kreutzer, Esq., NV Bar No. 8834
Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, Fourth Floor
Las Vegas, Nevada 89169
Telephone: (702) 222-2500
Facsimile: (702) 365-6940
Email: mkreutzer@halelane.com

*Attorneys for Rolland P. Weddell
And Spectrum Financial Group*

ELECTRONICALLY FILED
August 17, 2007

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY<br>                            Debtor.<br>_____/<br>In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC<br>                            Debtor.<br>_____/<br>In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC<br>                            Debtor.<br>_____/<br>In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC<br>                            Debtor.<br>_____/<br>In re:<br><br>USA SECURITIES, LLC<br>                            Debtor.<br>_____/ | Bankruptcy No. BK-S-06-10725-LBR<br><br>Bankruptcy No. BK-S-06-10726-LBR<br><br>Bankruptcy No. BK-S-06-10727-LBR<br><br>Bankruptcy No. BK-S-06-10728-LBR<br><br>Bankruptcy No. BK-S-06-10729-LBR<br><br>(Jointly Administered)<br>Chapter 11<br><br>**NOTICE OF MOTION TO WITHDRAW AS COUNSEL FOR CLAIMANTS ROLLAND P. WEDDELL AND SPECTRUM FINANCIAL GROUP**<br><br>Hearing Date: Negative Notice<br>[No hearing unless an objection is set and noticed by a party in interest] |

NOTICE IS HEREBY GIVEN that on August 17, 2007 the law firm of Hale Lane Peek Dennison and Howard ("Hale Lane"), counsel for Rolland P. Weddell and Spectrum Financial Group (collectively, the "Represented Parties"), filed its motion to withdraw as counsel of record in the above-entitled action pursuant to LR IA 10-6.

NOTICE IS FURTHER GIVEN THAT: pursuant to LR 9014, it is the duty of any objecting party to timely set the objection for hearing and properly notice all parties in interest. An objection

may be set for hearing by obtaining a hearing date from the Clerk of the Untied States Bankruptcy Court at (702) 388-6705. After a hearing date is obtained, the objection must be timely:

1. Filed with the United States Bankruptcy Court Clerk, 300 Las Vegas Blvd. South, Las Vegas, Nevada.

2. Served on above named counsel and all other interested parties (trustee, debtor, US Trustee, etc), and

3. Noticed to other parties in interest as required by the Federal Rules of Bankruptcy Procedure.

The opposition must set forth all relevant facts and must contain a legal memorandum.

NOTICE IS FURTHER GIVEN THAT: if an objection is not filed, set for hearing, served and properly noticed WITHIN TWENTY (20) DAYS FROM THE DATE BELOW, AN ORDER GRANTING THE ABOVE REQUESTED RELIEF MAY BE ENTERED BY THE UNITED STATES BANKRUPTCY COURT WITHOUT FURTHER NOTICE OR HEARING, pursuant to 11 U.S.C. § 102(1)(B)(i).

DATED this <u>17th</u> day of August, 2007.

/s/ *Scott D. Fleming*
J. Stephen Peek, Esq.
Scott D. Fleming, Esq.
Matthew J. Kreutzer, Esq.
Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, Fourth Floor
Las Vegas, Nevada 89169

*Attorneys for Rolland P. Weddell
And Spectrum Financial Group*

## CERTIFICATE OF MAILING

I certify that on the 17th day of August, 2007, I served a copy of the <u>NOTICE OF MOTION TO WITHDRAW AS COUNSEL FOR CLAIMANTS ROLLAND P. WEDDELL AND SPECTRUM FINANCIAL GROUP</u> by depositing a copy of the same in a sealed envelope in the United States mail, Reno, Nevada, first-class postage fully prepaid, or by electronic notification and addressed to the persons as follows:

/S/ *Cyndy Arnold*

**Electronic notice to:**

- MICHELLE L. ABRAMS    mabrams@mabramslaw.com
- FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com
- NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com; ecf@parsonsbehle.com
- FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov
- OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com; paltstatt@nevadafirm.com; sliberio@nevadafirm.com
- KERIANN M. ATENCIO    ATENCIOK@GTLAW.COM
- PETER C. BERNHARD    peter.bernhard@bullivant.com, michelle.diegel@bullivant.com
- BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com; jmiller@bmcgroup.com; jbartlett@bmcgroup.com; mjohn@bmcgroup.com
- GEORGANNE W. BRADLEY    georganne.bradley@bullivant.com, mary.opatrny@bullivant.com
- KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com
- THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com
- ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com; lmackson@shutts-law.com
- LOUIS M. BUBALA    lbubala@jonesvargas.com, tbw@jonesvargas.com; aanthony@jonesvargas.com
- MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com; jrammos@callister-reynolds.com
- CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com; bankruptcyfilings@sheacarlyon.com
- ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com
- MICHAEL W. CHEN    yvette@ccfirm.com
- KEVIN B. CHRISTENSEN    kbchrislaw@aol.com
- JANET L. CHUBB    tbw@jonesvargas.com
- EDWARD S. COLEMAN    mail@coleman4law.com
- WILLIAM D COPE    cope_guerra@yahoo.com
- LAUREL E. DAVIS    ldavis@fclaw.com, mhurtado@fclaw.com
- THOMAS W. DAVIS    tdavis@hwmlvlaw.com, wendim@hwmlvlaw.com
- J CRAIG DEMETRAS    JCD@demetras-oneill.com, jar@demetras-oneill.com; mdh@demetras-oneill.com
- DONNA DIMAGGIO-HIGHBERGER    ddimaggio@kkbrf.com
- RICHARD I. DREITZER    rdreitzer@yahoo.com
- THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM; bknotices@gordonsilver.com
- ARLEY D FINLEY    TFINLEY@DIAMONDMCCARTHY.COM
- SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com
- GREGORY E GARMAN    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com
- DOUGLAS D. GERRARD    DGERRARD@GERRARD-COX.COM, ekaymedellin@gerrard-cox.com
- WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com
- CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov
- GERALD M GORDON    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com
- R. VAUGHN GOURLEY    vgourley@lvcm.com

Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, Fourth Floor
Las Vegas, Nevada 89169

| | |
|---|---|
| 1 | |
| 2 | |

- TALITHA B. GRAY    bankruptcynotices@gordonsilver.com; bknotices@gordonsilver.com
- JAMES D. GREENE    bknotice@bhfs.com
- MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com; angelenal@goldguylaw.com
- PETER W. GUYON    pguyon@yahoo.com
- JEFFREY R. HALL    jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com; ltreadway@sheacarlyon.com
- XANNA R. HARDMAN    xanna.hardman@gmail.com
- STEPHEN R HARRIS    noticesbh&p@renolaw.biz
- JEFFREY L HARTMAN    notices@bankruptcyreno.com, dle@bankruptcyreno.com
- BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com
- RICHARD F. HOLLEY    rholley@nevadafirm.com, paltstatt@nevadafirm.com; vnelson@nevadafirm.com; sliberio@nevadafirm.com; bkecf@nevadafirm.com
- RANDOLPH L. HOWARD    rhoward@klnevada.com, ckishi@klnevada.com; bankruptcy@klnevada.com
- DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net
- JASON A. IMES    bkfilings@s-mlaw.com
- CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com
- EVAN L. JAMES    ejameslv@embarqmail.com, kbchrislaw@aol.com
- ANNETTE W JARVIS    ajarvis@rqn.com
- ERIN E. JONES    ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com
- TY E. KEHOE    TyKehoeLaw@aol.com
- ROBERT R. KINAS    rkinas@swlaw.com, jmcbee@swlaw.com; jmath@swlaw.com; mfull@swlaw.com; cdossier@swlaw.com; lvdocket@mindspring.com
- DEAN T. KIRBY    dkirby@kirbymac.com, jhebert@kirbymac.com; lackerman@kirbymac.com
- ZACHARIAH LARSON    ecf@lslawnv.com
- JOHN J. LAXAGUE    jlaxague@caneclark.com
- GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net
- NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com; bankruptcy@klnevada.com
- ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net
- TYSON M. LOMAZOW    tlomazow@milbank.com
- ANNE M. LORADITCH    ecffilings@beckleylaw.com, aloraditch@beckleylaw.com; pkois@beckleylaw.com
- ERIC D MADDEN    emadden@diamondmccarthy.com, jsickels@diamondmccarthy.com
- PATRICIA A. MARR    lvlaw03@yahoo.com
- JAMES C. MCCARROLL    , dturetsky@reedsmith.com; aleonard@reedsmith.com
- REGINA M. MCCONNELL    rmcconnell@kssattorneys.com
- WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com
- RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com; cburke@lawlasvegas.com
- JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com; info@s-mlaw.com
- JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com; info@s-mlaw.com
- SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com; ltreadway@sheacarlyon.com; mleavitt@sheacarlyon.com
- DAVID MINCIN    mcknightlaw@cox.net, gkopang@lawlasvegas.com; dmincin@lawlasvegas.com,cburke@lawlasvegas.com
- JOHN F MURTHA    jmurtha@woodburnandwedge.com
- ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com; erin@rlbolick.com
- VICTORIA L NELSON    bkecf@nevadafirm.com, vnelson@nevadafirm.com; paltstatt@nevadafirm.com; rholley@nevadafirm.com; sliberio@nevadafirm.com
- BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com; dgriffis@beckleylaw.com
- DONNA M. OSBORN    ebaker@marquisaurbach.com, dosborn@marquisaurbach.com; tszostek@marquisaurbach.com; kgallegos@MarquisAurbach.com
- CHRISTINE M PAJAK    cpajak@stutman.com, ekarasik@stutman.com
- ANDREW M. PARLEN    aparlen@stutman.com
- DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com
- PAUL C RAY    info@johnpeterlee.com
- THOMAS RICE    trice@coxsmith.com, ggattis@coxsmith.com; jbrown@coxsmith.com; dwilliamson@coxsmith.com

Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, Fourth Floor
Las Vegas, Nevada 89169

::ODMA\PCDOCS\HLLASDOCS\269355\1

-4-

- GORDON C. RICHARDS    gcrclarkandrichards@earthlink.net, sebclarkandrichards@earthlink.net
- CHRISTINE A ROBERTS    bankruptcy@rocgd.com
- STACY M. ROCHELEAU    stacy@arlawgroup.com, wendy@arlawgroup.com
- SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com
- LENARD E. SCHWARTZER    bkfilings@s-mlaw.com
- BRIAN D. SHAPIRO    ecf@brianshapirolaw.com, tiffany@brianshapirolaw.com; brianshapiroesq@yahoo.com; bshapiro@brianshapirolaw.com
- JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com; jshea@sheacarlyon.com
- SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com; ltreadway@sheacarlyon.com; rmsmith@sheacarlyon.com; mleavitt@sheacarlyon.com
- AMBRISH S. SIDHU    ecfnotices@sidhulawfirm.com
- JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com
- ALAN R SMITH    mail@asmithlaw.com, turk@asmithlaw.com; marsh@asmithlaw.com; darby@asmithlaw.com
- ADAM M. STARR    starra@gtlaw.com
- DAVID A. STEPHENS    dstephens@lvcm.com
- PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com
- ERIC W. SWANIS    swanise@gtlaw.com, barberc@gtlaw.com; lengemannc@gtlaw.com
- JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com
- KAARAN E. THOMAS    kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com
- ROLLIN G. THORLEY    rollin.g.thorley@irscounsel.treas.gov
- AMY N. TIRRE    , lmccarron@kkbrf.com
- AMY N. TIRRE    atirre@kkbrf.com, lmccarron@kkbrf.com
- U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov
- ERIC VAN    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com
- GREGORY J. WALCH    GWalch@Nevadafirm.com
- RUSSELL S. WALKER    rwalker@wklawpc.com, eloveridge@wklawpc.com; ckirk@wklawpc.com; tgrover@wklawpc.com
- WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com
- GREGORY L. WILDE    bk@wildelaw.com
- RYAN J. WORKS    rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com; dsampson@mcdonaldcarano.com; aguenther@mcdonaldcarano.com; hvenglik@mcdonaldcarano.com
- WILLIAM J. WRAY    rh@oreillylawgroup.com, rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com
- MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com
- ANTHONY A. ZMAILA    azmaila@nevadafirm.com, bkecf@nevadafirm.com; mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

**and mailed to:**

| | | | |
|---|---|---|---|
| SCOTT K. CANEPA<br>CANEPA, RIEDY & RUBINO<br>851 S. Rampart Blvd., #160<br>Las Vegas, NV 89145 | AMERICAN EXPRESS BANK FSB<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | JEAN BARTKOWSKI<br>CLARK BARTKOWSKI<br>P.O. BOX 1180<br>DARBY, MT 59829 | JASPER BENINCASA<br>FLOCERFIDA BENINCASA<br>9359 ROPING COWBOY AVE<br>LAS VEGAS, NV 89178 |
| ANDREW K ALPER<br>6500 WILSHIRE BLVD 17TH FLR<br>LOS ANGELES, CA 90048 | ANGELO GORDON & CO<br>C/O JED HART<br>245 PARK AVE, 26TH FL<br>NEW YORK, NY 10167 | P.O. BOX 1180<br>DARBY, MT 59829<br><br>EVAN BEAVERS | JOSHUA D BRYSK<br>LAW OFFICES OF JAMES G SCHWARTZ<br>7901 STONERIDGE DRIVE, SUITE 401<br>PLEASANTON, CA 94588 |
| ARNOLD R. ALVES<br>9904 VILLA GRANITO LANE<br>GRANITE BAY, CA 95746 | MICHAEL W ANGLIN<br>FULBRIGHT & JAWORSKI LLP<br>2200 ROSS AVE, STE 2800<br>DALLAS, TX 75201 | 1625 HIGHWAY 88, #304<br>MINDEN, NV 89423 | |

Hale Lane Peek Dennison and Howard<br>3930 Howard Hughes Parkway, Fourth Floor<br>Las Vegas, Nevada 89169

::ODMA\PCDOCS\HLLASDOCS\269355\1    -5-

Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, Fourth Floor
Las Vegas, Nevada 89169

| | | | | |
|---|---|---|---|---|
| 1 | C RANDALL BUPP<br>2000 CROW CANYON PL #330<br>SAN RAMON, CA 94583 | SANDRA L. COWMAN<br>1525 WINTERWOOD AVENUE<br>SPARKS, NV 89434 | GREEN VALLEY SECURE<br>INVESTMENTS<br>2625 GREEN VALLEY PARKWAY<br>SUITE 125<br>HENDERSON, NV 89014 | HARRY JESSUP<br>2009 WESTLUND DR.<br>LAS VEGAS, NV 89102 |
| 2 | | | | |
| 3 | CDW COMPUTER CENTERS INC<br>C/O RECEIVABLE<br>MANAGEMENT SERVICES<br>307 INTERNATIONAL CIRCLE,<br>SUITE 270<br>HUNT VALLEY, MD 21030 | CICI CUNNINGHAM<br>9950 WEST CHEYENNE<br>AVENUE<br>LAS VEGAS, NV 89129<br>bankruptcy@rocgd.com | DAVID R. GRIFFITH<br>STEWRT, HUMPHERYS,<br>TURCHETT, ET. AL.<br>3120 COHASSET ROAD, SUITE 6<br>POST OFFICE BOX 720<br>CHICO, CA 95927 | HELEN B. JESSUP<br>2009 WESTLUND DR.<br>LAS VEGAS, NV 89102<br><br>RICHARD E KAMMERMAN<br>RICHARD KAMMERMAN PC<br>7200 N MOPAC, SUITE 150<br>AUSTIN, TX 78731 |
| 4 | | | | |
| 5 | | | | |
| 6 | A. WILLIAM CEGLIA<br>3720 POCOHENA COURT<br>WASHOE VALLEY, NV 89704 | VINCE DANELIAN<br>P.O. BOX 97782<br>LAS VEGAS, NV 89193 | | |
| 7 | | | ERNA D. GRUNDMAN<br>114 E YOLO STREET<br>ORLAND, CA 95963 | CONSTANTINE KARIDES<br>REED SMITH LLP<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022 |
| 8 | | GEORGE DAVIS<br>WEIL GOTHAL & MANGES LLP<br>767 FIFTH AVENUE<br>NEW YORK, NY 10153<br>george.davis@weil.com | | |
| 9 | RANEE L. CEGLIA<br>3720 POCOHENA COURT<br>WASHOE VALLEY, NV 89704 | | | |
| 10 | | | JOANNE M. GRUNDMAN<br>1608 BROWN STREET<br>CARSON CITY, NV 89701 | RAY KETTERMAN<br>LINDA KETTERMAN<br>321 N. 19TH STREET<br>ENID, OK 73701 |
| 11 | JANET L. CHUBB<br>JONES VARGAS<br>3773 HOWARD HUGHES<br>PARKWAY<br>THIRD FLOOR SOUTH<br>LAS VEGAS, NV 89109 | ALLAN B. DIAMOND<br>DIAMOND MCCARTHY, LLP<br>909 FANNIN, STE 1500<br>HOUSTON, TX 77010 | HAIN CAPITAL GROUP, LLC<br>MEADOWS OFFICE COMPLEX<br>301 ROUTE 17, 16TH FLOOR<br>RUTHERFORD, NJ 07070 | EDWARD KLINE<br>9932 ARBUCKLE DRIVE<br>LAS VEGAS, NV 89134 |
| 12 | | | | |
| 13 | | | | |
| 14 | CLARK COUNTY ASSESSOR'S<br>OFFICE<br>C/O M W SCHOFIELD<br>500 S GRAD CENTRAL PKWY<br>LAS VEGAS, NV 89155 | FRANK A ELLIS<br>510 S 9TH ST<br>LAS VEGAS, NV 89101 | JOHN HINDERAKER<br>LEWIS & ROCA LLP<br>ONE S CHURCH AVE, STE 700<br>TUCSON, AZ 85701-1611 | BETTY KOLSTRUP<br>1830 BALBOA DRIVE<br>RENO, NV 89503 |
| 15 | | BONNY K. ENRICO<br>2072 ALMYRA ROAD<br>SPARTA, TN 38583-5168 | | |
| 16 | | | JACK HOGGARD<br>7022 RUSHWOOD DR.<br>EL DORADO HILLS, CA 95762-5002 | REID W. LAMBERT<br>WOODBURY & KESLER, P.C.<br>265 EAST 100 SOUTH, SUITE 300<br>SALT LAKE CITY, UT 84111 |
| 17 | CLARK COUNTY ASSESSOR'S<br>OFFICE<br>DISTRICT ATTORNEY OFF / K.<br>PHILIPS<br>500 GRAND CENTRAL PKWY,<br>#5075<br>LAS VEGAS, NV 89155 | DAVID R. ENRICO<br>2072 ALMYRA ROAD<br>SPARTA, TN 38583-5168 | | |
| 18 | | | | |
| 19 | | FOLEY & LARDNER LLP<br>321 NORTH CLARK STREET<br>SUITE 2800<br>CHICAGO, IL 60610 | CHARLES HUFF<br>3426 PINO CIRCLE<br>LAS VEGAS, NV 89121 | JASON G LANDESS<br>3990 VEGAS DRIVE<br>LAS VEGAS, NV 89108 |
| 20 | | | | |
| 21 | HOWARD CONNELL<br>1001 JENNIS SILVER ST<br>LAS VEGAS, NV 89145 | | HUMPHRY 1999 TRUST<br>C/O JACK & ALICE HUMPHRY<br>TTEES<br>3825 CHAMPAGNE WOOD DR<br>NORTH LAS VEGAS, NV 89031-2056 | CYNTHIA J LARSEN<br>ORRICK, HERRINGTON &<br>SUTCLIFFE LLP<br>400 CAPITOL MALL, STE 3000<br>SACRAMENTO, CA 95814 |
| 22 | | GEORGE D FRAME<br>601 GREENWAY ROAD, STE D<br>HENDERSON, NV 89015 | | |
| 23 | LORENE CONNELL<br>1001 JENNIS SILVER ST<br>LAS VEGAS, NV 89117 | | | |
| 24 | | GERRARD COX & LARSEN<br>2450 SAINT ROSE PARKWAY,<br>SUITE 200<br>HENDERSON, NV 89074 | PAUL A. JACQUES<br>810 SE 7TH ST A-103<br>DEERFIELD BEACH, FL 33441 | MARC A. LEVINSON<br>ORRICK, HERRINGTON &<br>SUTCLIFFE LLP<br>400 CAPITOL MALL, STE 30000<br>SACRAMENTO, CA 95814-4497 |
| 25 | WILLIAM D COPE<br>595 HUMBOLDT ST<br>RENO, NV 89509 | | | |
| 26 | | RICHARD D. GREEN<br>3773 HOWARD HUGHES PKWY,<br>STE 500 NO<br>LAS VEGAS, NV 89169 | ANNETTE W JARVIS<br>POB 45385<br>SALT LAKE CITY, UT 84145 | |
| 27 | ROBERT A. COWMAN<br>1525 WINTERWOOD AVENUE<br>SPARKS, NV 89434 | | | ELIZABETH R. LOVERIDGE<br>WOODBURY & KESLER, P.C.<br>265 EAST 100 SOUTH, STE 300<br>SALT LAKE CITY, UT 84111 |
| 28 | | | | |

::ODMA\PCDOCS\HLLASDOCS\269355\1                                   -6-

Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, Fourth Floor
Las Vegas, Nevada 89169

| | | | | |
|---|---|---|---|---|
| 1 | LEE D. MACKSON<br>SHUTTS & BOWEN LLP<br>1500 MIAMI CENTER<br>201 SOUTH BISCAYNE BLVD<br>MIAMI, FL 33131 | NANCY A. PETERMAN<br>GREENBERG TRAURIG, LLP<br>77 W. WACKER DR., SUITE 2500<br>CHICAGO, IL 60601<br><br>KRIS PICKERING<br>ROSA SOLIS-RAINEY, ESQ.<br>300 SOUTH FOURTH STREET<br>LAS VEGAS, NV 89101 | SIERRA HEALTH SERVICES, INC.<br>ATTN: FRANK COLLINS, ESQ.<br>2724 N. TENAYA WAY<br>P.O. BOX 15645<br>LAS VEGAS, NV 89114-5645<br><br>ULRICH W SMITH<br>3990 VEGAS DR<br>LAS VEGAS, NV 89108 | U.S. BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT<br>125 S GRAND AVE<br>PASADENA, CA 91105<br><br>PEGGY ANN VALLEY<br>4843 SOUTH POINT<br>DISCOVERY BAY, CA 94514<br><br>MICHAEL C. VAN |
| | STUART MADSEN<br>5843 VALLE VISTA COURT<br>GRANITE BAY, CA 95746<br><br>JERROLD T. MARITIN<br>8423 PASO ROBLES<br>NORTHRIDGE, CA 91325 | R&N REAL ESTATE INVESTMENTS<br>3990 VEGAS DRIVE<br>LAS VEGAS, NV 89108 | WENDY W. SMITH<br>BINDER & MALTER, LLP<br>2775 PARK AVENUE<br>SANTA CLARA, CA 95050 | 4129 W. CHEYENNE, SUITE A<br>N. LAS VEGAS, NV 89032<br><br>ROBERT VERCHOTA<br>C/O JEFFREY A COGAN, ESQ<br>3990 VEGAS DRIVE |
| | TERRY MARKWELL<br>12765 SILVER WOLF ROAD<br>RENO, NV 89511<br><br>RICHARD J. MASON<br>130 PINETREE LANE<br>RIVERWOODS, IL 60015 | RAY QUINNEY & NEBEKER P.C.<br>36 SOUTH STATE STREET, SUITE 1400<br>P.O. BOX 45385<br>SALT LAKE CITY, UT 84145<br><br>R J ROCCO | PATRICIA K. SMOOTS<br>318 N GROVE<br>OAK PARK, IL 60302<br><br>DERRICK A. SPATORICO<br>PHETERSON, STEN, | LAS VEGAS, NV 89108<br><br>WALLS FAMILY TRUST DTD 12/10/97<br>C/O JOSEPH P & ELLEN WALLS<br>2778 BEDFORD WAY |
| | CRAIG MEDOFF<br>3110 LARKWOOD CREEK<br>FALLBROOK, CA 92028<br><br>JAY L. MICHAELSON<br>7 W FIGUEROA ST., 2ND FLR<br>SANTA BARBARA, CA 93101 | 12617 COTTAGEVILLE LANE<br>KELLER, TX 76248<br><br>NICHOLAS J SANTORO<br>400 S FOURTH ST 3RD FLOOR<br>LAS VEGAS, NV 89101<br><br>MICHAEL M. SCHMAHL | CALABRESE & NEILANS,<br>THE WILDER BLDG<br>ONE EAST MAIN ST # 150<br>ROCHESTER, NY 14614<br><br>BRADLEY J STEVENS<br>3300 N CENTRAL AVE<br>PHOENIX, AZ 85012 | CARSON CITY, NV 89703<br><br>JOYCE WATSON<br>10612 BLACK IRON ROAD<br>LOUISVILLE, KY 40291<br><br>STEVE WATSON<br>10612 BLACK IRON ROAD |
| | BRECK E. MILDE/TERRA LAW<br>60 SOUTH MARKET ST, # 200<br>SAN JOSE, CA 95113<br><br>MICHAEL P. MOLLO<br>316 S. BROADWAY #B<br>REDONDO BEACH, CA 90277 | MCGUIREWOODS LLP<br>77 W. WACKER DRIVE, # 4100<br>CHICAGO, IL 60601<br><br>JAMES G SCHWARTZ<br>7901 STONERIDGE DR #401<br>PLEASANTON, CA 94588 | THOMAS W STILLEY<br>1000 SW BROADWAY #1400<br>PORTLAND, OR 97205<br><br>STEVEN C STRONG<br>RAY QUINNEY & NEBEKER P.C.<br>36 SOUTH STATE ST, STE 1400 | LOUISVILLE, KY 40291<br><br>GAIL WILCOX<br>PO BOX 1051<br>MINDEN, NV 89423<br><br>STEVE WILCOX<br>PO BOX 1051 |
| | DOUGLAS M MONSON<br>RAY QUINNEY & NEBEKER P.C.<br>36 SOUTH STATE ST, STE 1400<br>PO BOX 45385<br>SALT LAKE CITY, UT 84145-0385 | SCHWARTZER & MCPHERSON LAW FIRM<br>2850 S. JONES BLVD., #1<br>LAS VEGAS, NV 89146<br><br>JAMES E SHAPIRO | SALT LAKE CITY, UT 84145-0385<br><br>STUTMAN, TREISTER & GLATT<br>PROFESSIONAL CORPORATION<br>1901 AVENUE OF THE STARS, 12TH FLR | MINDEN, NV 89423<br><br>WILLIAM E WINFIELD<br>POB 9100<br>OXNARD, CA 93031 |
| | HOWARD S. NEVINS<br>2150 RIVER PLAZA DR., #450<br>SACRAMENTO, CA 95833<br><br>STEVEN R ORR<br>RICHARDS WATSON GERSHON<br>355 SOUTH GRAND AVE, 40TH FL<br>LOS ANGELES, CA 90071 | GERRARD, COX & LARSEN<br>2450 ST ROSE PKWY #200<br>LAS VEGAS, NV 89119<br><br>JAMES SHAW<br>14225 PRAIRIE FLOWER CT<br>RENO, NV 89511-6710 | LOS ANGELES, CA 90067<br><br>TECHNOLOGY INVESTMENT PARTNERS, L.L.C.<br>ATTN: STACEY L. FARMER<br>40950 WOODWARD AVE, #201<br>BLOOMFIELD HILLS, MI 48304 | MARION E. WYNNE<br>WILKINS, BANKESTER, BILES & WYNNE, P.A.<br>POST OFFICE BOX 1367<br>FAIRHOPE, AL 36533-136<br><br>MICHAEL YODER<br>DIAMOND MCCARTHY, LLP |
| | ORRICK HERRINGTON SUTCLIFFE<br>400 CAPITOL MALL #3000<br>SACRAMENTO, CA 95814-4497 | SHEA & CARLYON, LTD.<br>228 S 4TH ST 1ST FL<br>LAS VEGAS, NV 89101 | KAARAN THOMAS<br>MCDONALD CARANO WILSON,<br>2300 W SAHARA AVE , STE 1000<br>LAS VEGAS, NV 89102 | 909 FANNIN, STE 1500<br>HOUSTON, TX 7701 |

::ODMA\PCDOCS\HLLASDOCS\269355\1      -7-