

**Entered on Docket
August 17, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
    and
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                              Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                              Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                              Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                              Debtor. | **ORDER APPROVING SECOND AND FINAL APPLICATION OF SCHWARTZER & MCPHERSON LAW FIRM FOR ALLOWANCE OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 14, 2006 THROUGH MARCH 12, 2007** |
| In re:<br>USA SECURITIES, LLC,<br>                                                              Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | **(AFFECTS ALL DEBTORS)**<br><br>**Date:  August 7, 2007**<br>**Time:  1:30 p.m.** |

order allowing second and final fee application                                                                                               - 1 -

1  The Second And Final Application Of Schwartzer & McPherson Law Firm For Allowance Of Attorneys' Fees And Reimbursement Of Expenses For The Period April 14, 2006 Through March 12, 2007 ("Second Application") and Supplement And Errata To Second And Final Application Of Schwartzer & McPherson Law Firm For Allowance Of Attorneys' Fees And Reimbursement Of Expenses For The Period April 14, 2006 Through March 12, 2007 ("Supplement") came before this Court on August 10, 2007.

The Second Application and Supplement sought an Order from this Court allowing, on a final basis, the fees incurred by Schwartzer & McPherson Law Firm ("S&M") for the period of April 14, 2006 through March 12, 2007 (plus the fees incurred in preparation of the S&M Second Application) in the amount of $1,087,736.00, and the reimbursement of actual and necessary expenses incurred by S&M in the amount of $34,273.68 for the period of April 14, 2006 through March 12, 2007. The total fees and costs for this time period total $1,122,009.68; however, S&M voluntarily agreed to a reduction of 2% of the fees set forth and therefore sought allowance of fees in the amount of $1,065,981.28 and costs in the total amount of $34,273.68 for a total of $1,100,254.96.

Jeanette E. McPherson and Lenard E. Schwartzer appearing on behalf of S&M, August B. Landis appearing on behalf of the United States Trustee, and other appearances having been made upon the record; the Court having found that notice was properly given to creditors and parties in interest and any objections having been overruled or resolved; the Court having made its findings of fact and conclusions of law on the record, which findings and conclusions are incorporated herein pursuant to Fed.R.Bankr. P. 7052; and good cause having been shown, it is hereby

ORDERED that Schwartzer & McPherson Law Firm is allowed, on a final basis, fees in the amount of $1,065,981.28 and reimbursement of expenses in the amount of $34,273.68 for a total amount of $1,100,254.96; and

ORDERED that the award of fees and costs shall be allocated among the Debtors' estates as follows:

/ / /

/ / /

| ALLOCATION OF FEES & COSTS PRIOR TO 2% REDUCTION OF FEES | | | | | | |
|---|---|---|---|---|---|---|
| | 1st Fees[1] | 2nd Fees[2] | Total Fees | 1st Costs[3] | 2nd Costs[4] | Total Costs |
| USACM | 214,405.35 | 666,717.97 | 881,123.32 | 4,437.65 | 23,392.57 | 27,830.22 |
| First Trust Deed Fund | 24,820.32 | 77,181.64 | 102,001.96 | 513.72 | 2,708.01 | 3,221.73 |
| Diversified Trust Deed Fund | 24,820.33 | 77,181.64 | 102,001.97 | 513.72 | 2,708.01 | 3,221.73 |
| USA Capital Realty Advisors | 295.00 | 963.75 | 1,258.75 | - | - | - |
| USA Securities | 675.00 | 675.00 | 1,350.00 | - | - | - |
| TOTALS | 265,016.00 | 822,720.00 | 1,087,736.00 | 5,465.09 | 28,808.59 | 34,273.68 |

| ALLOCATION OF FEES & COSTS WITH 2% REDUCTION OF FEES | | | | | |
|---|---|---|---|---|---|
| | Total Fees | 2% Reduction | Total Reduced Fees | Total Costs | Total Fees & Costs |
| USACM | 881,123.32 | (17,622.46) | 863,500.86 | 27,830.22 | 891,331.08 |
| First Trust Deed Fund | 102,001.96 | (2,040.04) | 99,961.92 | 3,221.73 | 103,183.65 |
| Diversified Trust Deed Fund | 102,001.97 | (2,040.04) | 99,961.93 | 3,221.73 | 103,183.66 |
| USA Capital Realty Advisors | 1,258.75 | (25.18) | 1,233.57 | - | 1,233.57 |
| USA Securities | 1,350.00 | (27.00) | 1,323.00 | - | 1,323.00 |
| TOTALS | 1,087,736.00 | (21,754.72) | 1,065,981.28 | 34,273.68 | 1,100,254.96 |

ORDERED that the allocation and payment of fees and costs to and from the FTDF estate shall be in accordance with the compromises between USACM and FTDF as provided for in the "Debtors' Third Amended Joint Chapter 11 Plan of Reorganization" (the "Plan"), the order confirming the Plan, and the "Order Approving Stipulation Between USACM Liquidating Trust and USA Capital First Trust Deed Fund, LLC on Overbid Allocation and Plan Compromise"; and

ORDERED that the sums set forth herein shall be immediately paid to S&M subject to

---

[1] "1st Fees" refers to fees requested and approved in the First Application For Interim Allowance Of Attorney's Fees And Reimbursement Of Expenses Of Schwartzer & McPherson Law Firm From April 14, 2006 Through July 31, 2006.

[2] "2nd Fees" refers to fees requested and approved in the Supplement And Errata To Second And Final Application Of Schwartzer & McPherson Law Firm For Allowance Of Attorneys' Fees And Reimbursement Of Expenses For The Period April 14, 2006 Through March 12, 2007.

[3] "1st Costs" refers to costs requested and approved in the First Application For Interim Allowance Of Attorney's Fees And Reimbursement Of Expenses Of Schwartzer & McPherson Law Firm From April 14, 2006 Through July 31, 2006.

[4] "2nd Costs" refers to costs requested and approved in the Supplement And Errata To Second And Final Application Of Schwartzer & McPherson Law Firm For Allowance Of Attorneys' Fees And Reimbursement Of Expenses For The Period April 14, 2006 Through March 12, 2007.

credit for amounts that have already been paid by the respective Debtor's estate pursuant to the provisions of the Administrative Order Establishing Procedures For Interim Compensation And Reimbursement of Expenses And Professionals.

| Prepared and Submitted by: | Approved / Disapproved by: |
|---|---|
| SCHWARTZER & MCPHERSON LAW FIRM | OFFICE OF THE U.S. TRUSTEE |
| By:   /s/ Lenard E. Schwartzer<br>   Lenard E. Schwartzer, Esq.<br>   Jeanette E. McPherson, Esq.<br>   2850 South Jones Blvd., Suite 1<br>   Las Vegas NV  89146<br>   *Attorneys for Debtors & Debtors in Possession* | By:  See Attached<br>   AUGUST B. LANDIS, ESQ. |
| Approved / Disapproved by:<br>LEWIS AND ROCA, LLP | Approved/Disapproved by:<br>ORRICK, HERRINGTON & SUTCLIFFE LLP and BECKLEY SINGLETON, CHTD. |
| By: /s/ Susan M. Freeman<br>   SUSAN M. FREEMAN, ESQ.<br>   ROB CHARLES, ESQ.<br>   *Counsel for the USACM Liquidating Trust* | By:    /s/ Marc A. Levinson<br>   MARC A. LEVINSON, ESQ.<br>   ANNE M. LORADITCH, ESQ.<br>   *Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC* |
| Approved/Disapproved by:<br>GREENBERG TRAURIG, LLP | Approved/Disapproved by:<br>STUTMAN TREISTER & GLATT, P.C. and SHEA & CARLYON, LTD. |
| By:    /s/ Nancy A. Peterman<br>   NANCY A. PETERMAN, ESQ.<br>   *Counsel for Mesirow Financial Interim Management, LLC* | By:    /s/ Eve Karasik<br>   FRANK A. MEROLA, ESQ.<br>   EVE KARASIK, ESQ.<br>   CHRISTINE PAJAK, ESQ.<br>   CANDACE C. CARLYON, ESQ.<br>   *Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC* |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Section 1.01    Tel: (702) 228-7590 · Fax: (702) 892-0122
Section 1.02

credit for amounts that have already been paid by the respective Debtor's estate pursuant to the provisions of the Administrative Order Establishing Procedures For Interim Compensation And Reimbursement of Expenses And Professionals.

Prepared and Submitted by:
SCHWARTZER & MCPHERSON LAW FIRM

By: /s/ Lenard E. Schwartzer
Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Esq.
2850 South Jones Blvd., Suite 1
Las Vegas NV 89146
*Attorneys for Debtors & Debtors in Possession*

Approved / Disapproved by:
LEWIS AND ROCA, LLP

By: /s/ Susan M. Freeman
SUSAN M. FREEMAN, ESQ.
ROB CHARLES, ESQ.
*Counsel for the USACM Liquidating Trust*

Approved/Disapproved by:
GREENBERG TRAURIG, LLP

By: _____
NANCY A. PETERMAN, ESQ.
*Counsel for Mesirow Financial Interim Management, LLC*

Approved / Disapproved by:
OFFICE OF THE U.S. TRUSTEE

By: _____
AUGUST B. LANDIS, ESQ.

Approved/Disapproved by:
ORRICK, HERRINGTON & SUTCLIFFE LLP
and BECKLEY SINGLETON, CHTD.

By: _____
MARC A. LEVINSON, ESQ.
ANNE M. LORADITCH, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC*

Approved/Disapproved by:
STUTMAN TREISTER & GLATT, P.C. and
SHEA & CARLYON, LTD.

By: /s/ Eve Karasik
FRANK A. MEROLA, ESQ.
EVE KARASIK, ESQ.
CHRISTINE PAJAK, ESQ.
CANDACE C. CARLYON, ESQ.
*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund LLC*

- 4 -

order allowing second and final fee application

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

___ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below:

| | |
|---|---|
| August B. Landis, Esq.: | Approved |
| Susan M. Freeman, Esq.: | Approved |
| Marc A. Levinson, Esq.: | Approved |
| Nancy A. Peterman, Esq.: | Approved |
| Eve Karasik, Esq.: | Approved |

# # #