# United States Bankruptcy Court
## District of Nevada

Bankruptcy Case Number  06–10725–lbr

**Chapter 11**

In re: (Name of Debtor)
   USA COMMERCIAL MORTGAGE COMPANY
   fka USA CAPITAL
   4484 SOUTH PECOS ROAD
   LAS VEGAS, NV 89121

Social Security No.:

ORDER APPROVING APPOINTMENT OF NEVADA COUNSEL

The Designation of Local Counsel and Consent Thereto filed by WILLIAM T. REID, IV and the appointment of ROB CHARLES as designated Nevada Counsel in this case is approved.

Dated: 8/15/07                                                BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0978-2          User: lakaswm              Page 1 of 1              Date Rcvd: Aug 15, 2007
Case: 06-10725               Form ID: oaancbk           Total Served: 4

The following entities were served by first class mail on Aug 17, 2007.
aty         +ROB CHARLES,   LEWIS AND ROCA LLP,   3993 HOWARD HUGHES PKWY, STE 600,   LAS VEGAS, NV 89169-5996
            +WILLIAM T. REID, IV,   DIAMOND MCCARTHY LLP,   909 FANNIN STREET, SUITE 1500,
              HOUSTON, TX 77010-1026
            +WILLIAM T. REID, IV,   DIAMOND MCCARTHY LLP,   6504 BRIDGEPOINT PARKWAY, SUITE 400,
              AUSTIN, TX 78730-5095

The following entities were served by electronic transmission on Aug 16, 2007.
ust         +E-mail/PDF: USTPRegion17.LV.ECF@usdoj.gov Aug 16 2007 06:17:34     U.S. TRUSTEE - LV - 11,
              300 LAS VEGAS BOULEVARD S.,   SUITE 4300,   LAS VEGAS, NV 89101-5803
                                                                                                TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 17, 2007**                    **Signature:**    *Joseph Speetjens*