# United States Bankruptcy Court
## District of Nevada

Bankruptcy Case Number  06–10725–lbr

### Chapter 11

In re: (Name of Debtor)
   USA COMMERCIAL MORTGAGE COMPANY
   fka USA CAPITAL
   4484 SOUTH PECOS ROAD
   LAS VEGAS, NV 89121

Social Security No.:

## ORDER APPROVING VERIFIED PETITION

The Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court filed by ROBERT JAY MOORE is approved.

Dated: 8/16/07

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0978-2            User: lakaswm             Page 1 of 1              Date Rcvd: Aug 16, 2007
Case: 06-10725                  Form ID: ovpbk            Total Served: 3

The following entities were served by first class mail on Aug 18, 2007.
aty          +GEORGANNE W. BRADLEY,    BULLIVANT HOUSER BAILEY,    3980 HOWARD HUGHES PKY. #550,
               LAS VEGAS, NV 89169-5905
             +ROBERT JAY MOORE,    MILBANK, TWEED, HADLEY & MCCLOY LLP,    601 SOUTH FIGUEROA STREET, 30TH FLOOR,
               LOS ANGELES, CA 90017-5704

The following entities were served by electronic transmission on Aug 17, 2007.
ust          +E-mail/PDF: USTPRegion17.LV.ECF@usdoj.gov Aug 17 2007 05:15:49     U.S. TRUSTEE - LV - 11,
               300 LAS VEGAS BOULEVARD S.,    SUITE 4300,    LAS VEGAS, NV 89101-5803
                                                                                                TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 18, 2007**                    **Signature:** _Joseph Speetjens_