**LEWIS AND ROCA LLP — LAWYERS**

E-Filed: 8/20/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                              Debtors.<br><br>**Affects:**<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**STATUS AND AGENDA FOR AUGUST 23, 2007 HEARINGS**<br><br>Date of Hearing: August 23, 2007<br>Time of Hearing: 9:30 a.m.<br>                              10:30 a.m. |

1856776.1

LEWIS
AND
ROCA
LLP
LAWYERS

**9:30 a.m.**

1.  **Motion to Close Case *And Request For Final Decree*** Filed by LENARD E. SCHWARTZER on behalf of USA CAPITAL FIRST TRUST DEED FUND, LLC [DE 4242]

| | |
|---|---|
| **Related Filings:** 8/14/2007 | Response Filed by SHLOMO S. SHERMAN on behalf of OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC (Related document(s)[4242] [DE 4493] |
| **Status:** | |

2.  Adv. 07-01150, Compass USA SPE LLC v. USA Commercial Mortgage Company, et al., **Motion to Dismiss Adversary Proceeding *Pursuant to Federal Rule of Civil Procedure 12(b)(6)*** Filed by SHLOMO S. SHERMAN on behalf of OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC, the Authorized Representative of USA CAPITAL FIRST TRUST DEED FUND, LLC in Adversary Proceeding No. 07-01150 [DE 7]

| | |
|---|---|
| **Related Filings:** 8/15/2007 | Notice of Dismissal (one party). of Defendant USA Capital First Trust Deed Fund, LLC From Complaint for Conditional Revocation of Confirmation Order Under 11 U.S.C. Sec. 1144 and Rescission of Asset Purchase Agreement [DE 12] |
| **Status:** | |

3.  **USACM Liquidating Trust's Motion to Classify Claims Filed by Pecos Professional Park Limited Partnership in Plan Class A-7, and Reservation of Counterclaims and Objections** Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (CHARLES, ROB)(Entered: 03/13/2007) [DE 3081]

| | |
|---|---|
| **Related Filings:** 04/19/2007 | Opposition Filed by JEFFREY R. SYLVESTER on behalf of PECOS PROFESSIONAL PARK, LLC [DE 3494] |
| **Status:** | Due to the appointment of a trustee for the estates of Hantges and Milanowski and the impact of those developments upon control of Pecos Professional Park, LLC, the USACM Liquidating Trust will request a continuance of this status hearing. |

LEWIS AND ROCA LLP
LAWYERS

4. **Motion to Extend Time to Object** *Motion to Bridge Deadline to File Objection to Allowance of Claims* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4404]

**Status:** No opposition filed.

**10:30 a.m.**

1. Adv. 06-01256-lbr USA COMMERCIAL MORTGAGE COMPANY et al v REALE et al, **Motion to Strike** *Jury Demand; Memorandum of Points and Authorities* Filed by ANNE M. LORADITCH on behalf of OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC [DE 274]

| Related Filings: | |
|---|---|
| 5/10/2007 | Ex Parte Motion for Order Shortening Time *for Motion to Strike Jury Demand; Memorandum of Points and Authorities* Filed by ANNE M. LORADITCH on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC (Related document(s) [274] Motion to Strike filed by Interested Party OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.) [DE 275]. |
| 5/15/2007 | Order Granting Ex Parte Application for Order Shortening Time for Hearing on Motion to Strike Jury Demand (Related document(s) [275]). Hearing scheduled 5/31/2007 at 02:30 PM at LBR-Courtroom 1, Foley Federal Bldg. |

1856776.1

**LEWIS AND ROCA LLP**
LAWYERS

| | | |
|---|---|---|
| **Opposition Filed:** 5/22/2007 | Opposition of Great White Defendants *TO PLAINTIFF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC'S MOTION TO STRIKE JURY DEMAND* Filed by PETER W. GUYON on behalf of BOB ALUM, FRANK J. BELMONTE, JR., JEAN JACQUES BERTHELOT, GARY BRENNAN, WILLIAM F ERRINGTON, HARV GASTALDI, GREAT WHITE INVESTMENTS, NV, INC., VINCENT GREEN, JAYEM FAMILY LTD PARTNERSHIP, AIMEE KEARNS, KLAUS KOPF, ARLENE KRAUS, BERNARD KRAUS, JOSEPH B. LAFAYETTE, JASON G LANDESS, SVEN LEVIN, JACQUES M. MASSA, Betty Phenix, R&N REAL ESTATE INVESTMENTS, R.G.T. MILLER (TRUSTEE), DENNIS F. SIPIORSKI, DAVID STIBOR, KENNETH TRECHT, ROBERT J. VERCHOTA, STEVE WALTERS, RUSSELL J. ZUARDO [DE 323] | |
| **Joinder Filed:** 5/22/2007 | Joinder of Craig Orrock Defendant in Opposition of Great White Defendants to Plaintiff USA Capital Diversified Trust Fund, LLC's Motion to Strike Jury Demand [DE 332] | |
| **Reply Filed**: 5/29/2007 | Reply in Support of Motion to Strike Jury Demand Filed by ANNE M. LORADITCH on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC [DE 341] | |
| **Status:** | This matter is being prosecuted by counsel for HMA Sales, LLC and USA Capital Diversified Trust Deed Fund, LLC. | |

DATED: August 20, 2007.

**LEWIS AND ROCA LLP**

By:  /s/ Rob Charles (#6593)
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
*Counsel for USACM Liquidating Trust*

LEWIS
AND
ROCA
LLP
LAWYERS

Copy of the foregoing e-mailed
this 20th day of August, 2007 to:

All parties listed on the Post Effective Date
Official Service List on file with the Court

By: Marilyn Schoenike
Marilyn Schoenike

1856776.1