Robbin L. Itkin, Esq. (CA Bar No. 117105)
*(Pro Hac Vice Application Pending)*
**STEPTOE & JOHNSON LLP**
2121 Avenue of the Stars, Suite 2800
Los Angeles CA 90067
Phone: (310) 734-3200
Fax:     (310) 734-3300
Email:  ritkin@steptoe.com

Brian D. Shapiro, Esq. (NV Bar No. 5772)
Law Office of Brian D. Shapiro, LLC
624 S. 9th Street
Las Vegas, NV 89101
Phone:   (702) 385-5266
Fax:        (702) 382-2967
Email: bshapiro@brianshapirolaw.com

*Attorneys for MICHAEL W. CARMEL,*
 *Ch. 11 Trustee for the Estate of Thomas A. Hantges*

E-Filed  August 20, 2007

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>                       Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY INVESTORS, LLC,<br>                       Debtor. | Chapter: 11<br>Jointly Administered Under<br>Case No.: BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                       Debtor. | **DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                       Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                       Debtor | |

      The undersigned, attorney of record for Michael W. Carmel, Ch. 11 Trustee for the Estate of Thomas A. Hantges, has submitted to the Court a "Verified Petition for Permission to Practice in this Case Only." Not being admitted to the bar of this Court, and not maintaining an office in the District of Nevada for the practice of law, she believes it to be in the best interest

1  of the client to designate Brian D. Shapiro, attorney at law, member of the State Bar of Nevada
2  and previously admitted to practice before the above-entitled Court, as associate local counsel
3  in this action.  The address of said designated Nevada Counsel is:
4
5           Brian D. Shapiro
            624 S. 9th Street
6           Las Vegas, NV 89101
            Nevada Bar No. 5772
7           702-385-5266
            bshapiro@brianshapirolaw.com
8
9       By this designation the undersigned attorneys and party(ies) agree that all documents
10 and other papers issued out of this Court in the above-entitled case may be served on the
11 designated local counsel.  Further, said local counsel shall be responsible for providing copies
12 of the same to the co-counsel.  Further, this designation constitutes agreement and authorization
13 by the undersigned for the designated local counsel to sign stipulations binding on all of us.
14 The time for performing any act under applicable Rule shall run from the date of service on the
15 local counsel.
16
    Date:  August 15, 2007                 Respectfully Submitted,
17
18                                         /s/ Robbin L. Itkin
                                           Robbin L. Itkin
19                                         Steptoe & Johnson LLP
                                           2121 Avenue of the Stars, Suite 2800
20                                         Los Angeles, California 90067
                                           Tel: 310-734-3200
21                                         Fax: 310-734-3300
22                                         /s/ Brian D. Shapiro
                                           Brian D. Shapiro
23                                         Law Offices of Brian D. Shapiro, LLC
                                           624 S. 9th Street
24                                         Las Vegas, NV 89101
25                                         *Attorneys for Michael W. Carmel, Trustee*
26
27
28

- 2 -                                            Doc. # CC-164561 v.1

## CONSENT OF DESIGNATED NEVADA COUNSEL

The undersigned hereby consents to serve as associate Nevada counsel in this case and agrees that he is responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that he is responsible to transmit copies of all documents and other papers so served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

_____
Designated Nevada Counsel

## APPOINTMENT OF DESIGNATED NEVADA COUNSEL

The undersigned party appoints Brian D. Shapiro their Designated Nevada Counsel in this case.

_____
Michael W. Carmel

Doc. # CC-164561 v.1