Robbin L. Itkin, Esq. (CA Bar No. 117105)        E-Filed  August 20, 2007
*(Pro Hac Vice Application Pending)*
**STEPTOE & JOHNSON LLP**
2121 Avenue of the Stars, Suite 2800
Los Angeles CA 90067
Phone: (310) 734-3200
Fax:    (310) 734-3300
Email:  ritkin@steptoe.com

Brian D. Shapiro, Esq. (NV Bar No. 5772)
Law Office of Brian D. Shapiro, LLC
624 S. 9th Street
Las Vegas, NV 89101
Phone:   (702) 385-5266
Fax:     (702) 382-2967
Email: bshapiro@brianshapirolaw.com

*Attorneys for MICHAEL W. CARMEL,*
 *Ch. 11 Trustee for the Estate of Thomas A. Hantges*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>               Debtor.<br>In re:<br>USA CAPITAL REALTY INVESTORS, LLC,<br>               Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>               Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>               Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>               Debtor | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter: 11<br>Jointly Administered Under<br>Case No.: BK-S-06-10725-LBR<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT** |

Robbin L. Itkin, Petitioner, respectfully represents to the Court:

1. That Petitioner resides in Encino, County of Los Angeles, California.

Doc. # CC-164560 v.1

2. That the Petitioner is an attorney at law and a member of the law firm of Steptoe & Johnson, LLP with offices located at 2121 Avenue of the Stars, Suite 2800, Los Angeles, California 90067, (310) 734-3272, ritkin@steptoe.com.

3. That the Petitioner has been retained personally or as a member of the law firm by client Michael W. Carmel, Ch. 11 Trustee for the Estate of Thomas A. Hantges, to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since December 1984, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California, where Petitioner regularly practices law.

5. That the Petitioner was admitted to practice before the following United States District Courts, United States Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| California State Bar No. | | 117105 |
| California Supreme Court | December 3, 1984 | |
| Ninth Circuit Court of Appeals | December 17, 1984 | |
| Central District of California | December 3, 1984 | |
| California Northern Dist. of California | December 28, 1988 | |
| California Southern Dist. of California | April 22, 1992 | |
| United States Supreme Court | March 22, 2004 | |

6. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings.

7. That the Petitioner has never been denied admission to the State Bar of Nevada.

8. That the Petitioner is a member of good standing in the following Bar Associations: State Bar of California and American Bar Association.

9. That Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associates has/have filed application(s) to appear as counsel under Local Rule 1A 10-2 during the past three (3) years in the following matters:

| Date of Application | Case | Title of Court | Was Application Granted or Denied |
|---|---|---|---|
| 06/14/07 | Montgomery v. Etreppid Technologies Case No: CV-S-05-0630-KJD-LRL | U.S.D.C. Nevada | Granted |
| 10/24/06 | Thompson v. Columbus Life Insurance Case No: CV-S-05-0630-KJD-LRL | U.S.D.C. Nevada | Granted |
| 06/19/07 | In re Thomas A. Hantges Case No.: BK-S-07-13163 | U.S.B.C Nevada | Granted |

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and the client has consented to such representation.

Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

DATED: August 15, 2007

Robbin L. Itkin
Steptoe & Johnson LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Tel:310-734-3200
Fax: 310-734-3300

STATE OF CALIFORNIA         )
                            ) ss.
COUNTY OF LOS ANGELES       )

Robbin L. Itkin, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Robbin L. Itkin

Subscribed to and sworn to before me this 15 day of August, 2007.

Kimberly Hollingsworth
Notary Public

Apr 30, 2010
My Commission Expires

KIMBERLY HOLLINGSWORTH
Commission # 1662366
Notary Public - California
Los Angeles County
My Comm. Expires Apr 30, 2010

**ORDER**

The Verified Petition of Robbin L. Itkin to practice in this case only is approved.

DATED:

_____

Doc. # CC-164560 v.1