Robbin L. Itkin, Esq., CA Bar # 117105
Frank Burke, Esq., CA Bar # 75970
*(Admitted Pro Hac Vice)*
**STEPTOE & JOHNSON LLP**
2121 Avenue of the Stars, Suite 2800
Los Angeles CA 90067
Phone: (310) 734-3272
Fax:  (310) 734-3300
Email:  ritkin@steptoe.com
          fburke@steptoe.com

Brian D. Shapiro, Esq., NV Bar No. 5772
Law Office of Brian D. Shapiro, LLC
624 S. 9th Street
Las Vegas, NV  89101
Phone:  (702) 385-5266
Fax:      (702) 382-2967
Email:  bshapiro@brianshapirolaw.com

*Attorneys for MICHAEL W. CARMEL,
Ch. 11 Trustee for the Estate of Thomas A. Hantges*

E-Filed  August 20, 2007

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>            Debtor.<br>In re:<br>USA CAPITAL REALTY INVESTORS, LLC,<br>            Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>            Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>            Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>            Debtor. | CASE NO.: BK-S-06-10725-LBR<br>CASE NO.: BK-S-06-10726-LBR<br>CASE NO.: BK-S-06-10727-LBR<br>CASE NO.: BK-S-06-10728-LBR<br>CASE NO.: BK-S-06-10729-LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No.: BK-S-06-10725-LBR<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

ROBBIN L. ITKIN, ESQ., of the law firm STEPTOE & JOHNSON LLP, and BRIAN D. SHAPIRO, of THE LAW OFFICE OF BRIAN D. SHAPIRO LLC, attorneys for Michael W. Carmel, Chapter 11 Trustee for the Estate of Thomas A. Hantges, hereby enter their appearances on the record in the above-entitled bankruptcy cases and hereby request special notice of all hearings, applications, motions, contested matters, and adversary proceedings filed in these cases, including copies of all notices, pleadings, papers, and other related materials that are issued or filed in connection with the cases by the Court, Debtors, Trustees, or other parties-in-interest.  All responses to the foregoing, and all notices required should be emailed or mailed to:

> Robbin L. Itkin, Esq.
> STEPTOE & JOHNSON LLP
> 2121 Avenue of the Stars
> Suite 2800
> Los Angeles, CA 90067
> Phone: (310) 734-3272
> Fax:    (310) 734-3300
> ritkin@steptoe.com
>
>         and
>
> Brian D. Shapiro
> The Law Office of Brian D. Shapiro LLC
> 624 S. 9th Street
> Las Vegas, NV  89101
> Phone:  (702) 385-5266
> Fax:    (702) 382-2967
> bshapiro@brianshapirolaw.com
>
>         and
>
> Michael W. Carmel
> 80 E. Columbus Avenue
> Phoenix, AZ 85012
> Phone: (602) 264-4965
> Fax:    (602) 264-0144
> michael@mcarmellaw.com

Date: August 15, 2007					Respectfully Submitted,

/s/ Robbin L. Itkin
Robbin L. Itkin
Steptoe & Johnson LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Tel: 310-734-3200
Fax: 310-734-3300

/s/ Brian D. Shapiro
Brian D. Shapiro
Law Offices of Brian D. Shapiro, LLC
624 S. 9th Street
Las Vegas, NV 89101

*Attorneys for Michael W. Carmel, Trustee*