

**Entered on Docket
August 20, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email: adiamond@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
Email: emadden@diamondmccarthy.com

Special Litigation Counsel for USACM Liquidating Trust

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Telephone (702) 949-8320
Facsimile  (702) 949-8321

Susan M. Freeman, AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles, NV State Bar No. 006593
Email: rcharles@lrlaw.com

Counsel for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                         Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**ORDER REQUIRING HFAH-MONACO, LLC, N/K/A MEDITERRANEE-HFAH, LLC TO PRODUCE ONE OR MORE REPRESENTATIVES FOR EXAMINATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**<br><br>[No hearing required] |

The USACM Liquidating Trust (the "Trust") having filed a Motion for Order Requiring HFAH-Monaco, LLC, n/k/a Mediterranee-HFAH, LLC to Produce One or

114981.1

More Representatives for Examination Pursuant to Federal Rule of Bankruptcy Procedure 2004 (the "Motion"), the Motion having been submitted to this Court, and good cause appearing,

IT IS HEREBY ORDERED that HFAH-Monaco, LLC, n/k/a Mediterranee-HFAH, LLC ("HFAH Monaco") produce one or more representatives, as set forth in the subpoena to be issued under Federal Rule of Bankruptcy Procedure 9016, to appear for examination at the office of Merrill Legal Solutions, 25 W. 45th Street, Suite 900, New York, New York 10036, on a business day no earlier than ten (10) days after the filing of the Motion and no later than September 30, 2007 (or at such other mutually agreeable location, date, and time), and continuing from day to day thereafter until completed.

Prepared by:
**DIAMOND MCCARTHY LLP**                           **LEWIS AND ROCA LLP**

By:  */s/ Eric D. Madden*                          By:  */s/ Rob Charles*
Allan B. Diamond, TX 05801800 (pro hac vice)       Susan M. Freeman, AZ 4199 (pro hac vice)
Eric D. Madden, TX 24013079 (pro hac vice)         Rob Charles, NV 6593
909 Fannin, Suite 1500                             3993 Howard Hughes Parkway, Suite 600
Houston, Texas 77010                               Las Vegas, Nevada 89169-5996
(713) 333-5100 (telephone)                         (702) 949-8320 (telephone)
(713) 333-5199 (facsimile)                         (702) 949-8321 (facsimile)

*Special Litigation Counsel for*
*USACM Liquidating Trust*                          *Counsel for USACM Liquidating Trust*

###