

1

2    **Entered on Docket**

3    **August 21, 2007**

_____
        **Hon. Linda B. Riegle**
        **United States Bankruptcy Judge**

4

5

6    **DIAMOND MCCARTHY LLP**                    **LEWIS AND ROCA LLP**

7    909 Fannin, Suite 1500                      3993 Howard Hughes Parkway, Suite 600
     Houston, Texas 77010                        Las Vegas, NV 89169-5996
     Telephone (713) 333-5100                    Telephone (702) 949-8320
8    Facsimile (713) 333-5199                    Facsimile  (702) 949-8321

     Allan B. Diamond, TX State Bar No. 05801800     Susan M. Freeman, AZ State Bar No. 004199
9    Email: adiamond@diamondmccarthy.com             Email: sfreeman@lrlaw.com
     Eric D. Madden, TX State Bar No. 24013079       Rob Charles, NV State Bar No. 006593
     Email: emadden@diamondmccarthy.com              Email: rcharles@lrlaw.com

10   Special Litigation Counsel for USACM Liquidating Trust     Counsel for USACM Liquidating Trust

11              **UNITED STATES BANKRUPTCY COURT**
                    **DISTRICT OF NEVADA**

12   In re:

13   USA COMMERCIAL MORTGAGE                 Case No. BK-S-06-10725-LBR
14   COMPANY,                                Case No. BK-S-06-10726-LBR
                                             Case No. BK-S-06-10727-LBR
15   USA CAPITAL REALTY ADVISORS, LLC,       Case No. BK-S-06-10728-LBR
                                             Case No. BK-S-06-10729-LBR
16   USA CAPITAL DIVERSIFIED TRUST
     DEED FUND, LLC,                         CHAPTER 11

17   USA CAPITAL FIRST TRUST DEED            Jointly Administered Under Case No.
18   FUND, LLC,                              BK-S-06-10725 LBR

19   USA SECURITIES, LLC,                    **ORDER REQUIRING**
                            Debtors.         **VANDERPOOL, FROSTICK &**
20                                           **NISHANIAN, P.C. TO PRODUCE**
        **Affects:**                         **ONE OR MORE**
21      ☐ All Debtors                        **REPRESENTATIVES FOR**
        ☒ USA Commercial Mortgage Company    **EXAMINATION PURSUANT TO**
22      ☐ USA Capital Realty Advisors, LLC   **FEDERAL RULE OF**
                                             **BANKRUPTCY PROCEDURE 2004**
        ☐ USA Capital Diversified Trust Deed Fund, LLC
23      ☐ USA Capital First Trust Deed Fund, LLC     [No hearing required]
        ☐ USA Securities, LLC
24

25          The USACM Liquidating Trust (the "Trust") having filed a Motion for Order

26   Requiring Vanderpool, Frostick & Nishanian, P.C. to Produce One or More

                                                                        114981.1

Representatives for Examination Pursuant to Federal Rule of Bankruptcy Procedure 2004 (the "Motion"), the Motion having been submitted to this Court, and good cause appearing,

IT IS HEREBY ORDERED that Vanderpool, Frostick & Nishanian, P.C. ("Vanderpool") produce one or more representatives, as set forth in the subpoena to be issued under Federal Rule of Bankruptcy Procedure 9016, to appear for examination at the office of Merrill Legal Solutions, 1100 Connecticut Avenue N.W., Suite 850, Washington, D.C. 20036, on a business day no earlier than ten (10) days after the filing of the Motion and no later than September 30, 2007 (or at such other mutually agreeable location, date, and time), and continuing from day to day thereafter until completed.

Prepared by:

**DIAMOND MCCARTHY LLP**                 **LEWIS AND ROCA LLP**

By:   _/s/ Eric D. Madden_                              By:   _/s/ Rob Charles_
Allan B. Diamond, TX 05801800 (pro hac vice)      Susan M. Freeman, AZ 4199 (pro hac vice)
Eric D. Madden, TX 24013079 (pro hac vice)        Rob Charles, NV 6593
909 Fannin, Suite 1500                                   3993 Howard Hughes Parkway, Suite 600
Houston, Texas 77010                                     Las Vegas, Nevada  89169-5996
(713) 333-5100 (telephone)                             (702) 949-8320 (telephone)
(713) 333-5199 (facsimile)                              (702) 949-8321 (facsimile)

_Special Litigation Counsel for_
_USACM Liquidating Trust_                            _Counsel for USACM Liquidating Trust_

###