Electronically filed on **AUGUST 21, 2007**

| | |
|---|---|
| Deborah D. Williamson | David Bryant |
| Texas State Bar No. 21617500 | Texas State Bar No. 03281500 |
| *dwilliamson@coxsmith.com* | *dbryant@coxsmith.com* |
| **COX SMITH MATTHEWS INCORPORATED** | **COX SMITH MATTHEWS INCORPORATED** |
| 112 E. Pecan Street, Suite 1800 | 1201 Elm Street, Suite 3300 |
| San Antonio, Texas 78205 | Dallas, Texas 75270 |
| Telephone: (210) 554-5500 | Telephone: (214) 698-7700 |
| Facsimile: (210) 226-8395 | Facsimile: (214) 698-7899 |

**ATTORNEYS FOR FORD ELSAESSER, CHAPTER 11 TRUSTEE FOR THE ESTATE OF JOSEPH D. MILANOWSKI**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>**USA COMMERCIAL MORTGAGE COMPANY,**<br><br>**USA CAPITAL REALTY ADVISORS, LLC,**<br><br>**USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,**<br><br>**USA CAPITAL FIRST TRUST DEED FUND, LLC**<br><br>**USA SECURITIES, LLC**<br><br>                Debtors.<br><br>**Affects:**<br>■ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR<br><br><br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Ford Elsaesser, Chapter 11 Trustee for the estate of Joseph D. Milanowski (the "Trustee") without consenting to or waiving any rights with respect to jurisdiction under Title 11, U.S.C., states that he will be represented by Mrs. Deborah D. Williamson and Mr. Thomas Rice of the law firm of Cox Smith Matthews Incorporated.

8/21/2007  12:52 PM
2123739.1

1. Pursuant to Rule 2002 of the Bankruptcy Rules, the Trustee hereby requests that notices of any actions taken, adversary proceedings, contested matters, or motions filed by any other party-in-interest, including the Debtors, be served on him at the following address:

| Deborah D. Williamson | Thomas Rice |
|---|---|
| COX SMITH MATTHEWS INCORPORATED | COX SMITH MATTHEWS INCORPORATED |
| 112 E. Pecan Street, Suite 1800 | 112 E. Pecan Street, Suite 1800 |
| San Antonio, Texas 78205 | San Antonio, Texas 78205 |
| (210) 554-5500 | (210) 554-5500 |
| (210) 226-8395 Fax | (210) 226-8395 Fax |
| dwilliamson@coxsmith.com | trice@coxsmith.com |

2. Further, pursuant to Rule 2002 of the Bankruptcy Rules, the Trustee's request includes the notices and papers referred to in the rules specified above and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, whether transmitted or conveyed by electronic mail, mail, delivery, telephone, telegraph, telecopy, telex or otherwise.

Dated: August 21, 2007

Respectfully submitted,

COX SMITH MATTHEWS INCORPORATED
112 E. Pecan Street, Suite 1800
San Antonio, Texas 78205
(210) 554-5500
(210) 226-8395 (Fax)

By:    */s/ Deborah D. Williamson*
          Deborah D. Williamson
          Texas State Bar No. 21617500

**ATTORNEYS FOR FORD ELSAESSER, CHAPTER 11 TRUSTEE FOR THE ESTATE OF JOSEPH D. MILANOWSKI**

2

2123739.1