Robbin L. Itkin, Esq. (CA Bar No. 117105)  E-Filed  August 21, 2007
*(Pro Hac Vice Application Pending)*
**STEPTOE & JOHNSON LLP**
2121 Avenue of the Stars, Suite 2800
Los Angeles CA 90067
Phone: (310) 734-3200
Fax:   (310) 734-3300
Email: ritkin@steptoe.com

Brian D. Shapiro, Esq. (NV Bar No. 5772)
Law Office of Brian D. Shapiro, LLC
624 S. 9th Street
Las Vegas, NV 89101
Phone:   (702) 385-5266
Fax:     (702) 382-2967
Email: bshapiro@brianshapirolaw.com

*Attorneys for MICHAEL W. CARMEL,*
 *Ch. 11 Trustee for the Estate of Thomas A. Hantges*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>           Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY INVESTORS, LLC,<br>           Debtor. | Chapter: 11<br>Jointly Administered Under<br>Case No.: BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>           Debtor. | **DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>           Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>           Debtor | |

The undersigned, attorney of record for Michael W. Carmel, Ch. 11 Trustee for the Estate of Thomas A. Hantges, has submitted to the Court a "Verified Petition for Permission to Practice in this Case Only." Not being admitted to the bar of this Court, and not maintaining an office in the District of Nevada for the practice of law, she believes it to be in the best interest

1  of the client to designate Brian D. Shapiro, attorney at law, member of the State Bar of Nevada
2  and previously admitted to practice before the above-entitled Court, as associate local counsel
3  in this action.  The address of said designated Nevada Counsel is:

Brian D. Shapiro
624 S. 9th Street
Las Vegas, NV 89101
Nevada Bar No. 5772
702-385-5266
bshapiro@brianshapirolaw.com

By this designation the undersigned attorneys and party(ies) agree that all documents and other papers issued out of this Court in the above-entitled case may be served on the designated local counsel.  Further, said local counsel shall be responsible for providing copies of the same to the co-counsel.  Further, this designation constitutes agreement and authorization by the undersigned for the designated local counsel to sign stipulations binding on all of us. The time for performing any act under applicable Rule shall run from the date of service on the local counsel.

Date:  August 15, 2007            Respectfully Submitted,

/s/ Robbin L. Itkin
Robbin L. Itkin
Steptoe & Johnson LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067
Tel: 310-734-3200
Fax: 310-734-3300

/s/ Brian D. Shapiro
Brian D. Shapiro
Law Offices of Brian D. Shapiro, LLC
624 S. 9th Street
Las Vegas, NV 89101

*Attorneys for Michael W. Carmel, Trustee*

- 2 -    Doc. # CC-164561 v.1

## CONSENT OF DESIGNATED NEVADA COUNSEL

The undersigned hereby consents to serve as associate Nevada counsel in this case and agrees that he is responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that he is responsible to transmit copies of all documents and other papers so served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

    /s/ Brian D. Shapiro
Designated Nevada Counsel

## APPOINTMENT OF DESIGNATED NEVADA COUNSEL

The undersigned party appoints Brian D. Shapiro their Designated Nevada Counsel in this case.

    /s/ Michael W. Carmel
Michael W. Carmel, Chapter 11 Trustee for the Estate of Thomas A. Hantges