Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com

Attorneys for Debtors

**E-FILED ON AUGUST 21, 2007**

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　　　　　　　　　　　　　　Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　　　　　　　　　　　　　Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>　　　　　　　　　　　　　　　　Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　　　　　　　　　　　　　　Debtor. | **USA CAPITAL FIRST TRUST DEED<br>FUND, LLC'S REPLY IN SUPPORT<br>OF ITS MOTION TO CLOSE CASE<br>AND REQUEST FOR FINAL<br>DECREE** |
| In re:<br>USA SECURITIES, LLC,<br>　　　　　　　　　　　　　　　　Debtor. | **(Affects USA Capital First Trust Deed<br>Fund, LLC)** |
| Affects:<br>　☐ All Debtors<br>　☐ USA Commercial Mortgage Company<br>　☐ USA Securities, LLC<br>　☐ USA Capital Realty Advisors, LLC<br>　☐ USA Capital Diversified Trust Deed Fund, LLC<br>　☒ USA Capital First Trust Deed Fund, LLC | **Date: August 23, 2007<br>Time: 9:30 a.m.** |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

USA Capital First Trust Deed Fund, LLC ("FTDF"), by and through its counsel hereby files this Reply to the "Response" of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC ("FTDF Committee") to FTDF's Motion to Close Case and Request for Final Decree ("Motion to Close").[1]  In support hereof FTDF states as follows.

## I.    DISCUSSION

### A.    FTDF's Final Report

1.    On July 16, 2007, FTDF filed its Final Report of Action Taken and Progress Towards Consummation of Confirmed Plan of Reorganization ("Final Report") (Docket No. 4178).

2.    The Final Report states that FTDF will disclose the final return of capital to the FTDF Fund Members in a "Supplemental Report."

3.    FTDF represented in its Final Report that there were two matters pending before this Court: the FTDF Professionals' Final Fee Applications and the "conditional" Compass Proceeding.  FTDF also stated, in relevant part, that although the District Court had approved a stipulation dismissing FTDF from the DACA Appeal, the Order approving this stipulation had not been entered as of the date of the filing of the Final Report.  All of these matters have now been resolved.

   a.    The Court held a hearing on the Final Fee Applications on August 7, 2007, at which time the Court approved the fees and expenses requested therein and ordered FTDF to make distributions to the FTDF Professionals from the Ordered Expense Reserve.

   b.    On August 15, 2007, Compass filed a Notice of Dismissal thereby dismissing FTDF from the Compass Proceeding without prejudice.  A copy of this Notice of Dismissal is attached hereto as Exhibit A.

---

[1] Unless otherwise stated, all capitalized words and terms used herein are defined in the Motion to Close and/or in the Final Report which was incorporated by reference in the Motion to Close.

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

c.   On July 24, 2007, the District Court entered an Order formally dismissing FTDF from the DACA Appeal and, therefore, the Confirmation Order is now final with respect to FTDF.

**B.     FTDF's Motion to Close and the FTDF's Committees Response**

4.      On July 27, 2007, FTDF filed its Motion to Close, which was prepared and filed after input from the FTDF Committee.  That same day, the FTDF Committee filed its Motion to Dismiss the Compass Proceeding as to FTDF (the "Motion to Dismiss").

5.      Despite the fact that the FTDF Committee had input on the Motion to Close prior to its filing, on August 14, 2007, the FTDF Committee filed its Response to the Motion to Close (the "FTDF Committee Response").

6.      The FTDF Committee Response does not object to the Motion to Close but makes two requests of the Court.

7.      First, the FTDF Committee Response, which was filed one day prior to Compass's filing of the Notice of Dismissal in the Compass Proceeding, requests that, in the event that the Court either declines to grant the Motion to Dismiss or Compass appeals any Order granting the Motion to Dismiss, the Court adjourn the Motion to Close until a later date.

8.      This issue was addressed in the Motion to Close.  FTDF expressly stated, in part based on the insistence of the FTDF Committee, that "subject to dismissal of FTDF from the Compass Proceeding, the FTDF Estate has been 'fully administered.'"  Motion to Close at 5; *see id*. at 6 (same).  FTDF also stated that the FTDF Committee was filing its Motion to Dismiss the Compass Proceeding concurrently with the Motion to Close and that it was anticipated that the Motion to Dismiss would be scheduled to be heard either prior to or in conjunction with the Motion to Close.  *See* Motion to Close at 8.  The Motion to Close, therefore, was clear that if the Compass Proceeding as related to FTDF was not dismissed prior to the August 23, 2007 hearing date on the Motion to Close, an adjournment might be requested.

9.      Regardless, in light of Compass's Notice of Dismissal, the concerns expressed by FTDF in its Motion to Close, which are reiterated in the FTDF Committee Response, are no longer relevant.  Thus, FTDF asks that its Motion to Close be granted, with any Order being

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1    effective on final Orders being obtained on newly discovered misfiled claims, as discussed below.

2        10.    The FTDF Committee's second request relates to certain misfiled claims that were

3    newly discovered by the USACM Liquidating Trust (the "USACM Trust") after the filing of the

4    Motion to Close.  Since the filing of the Motion to Close, and with the agreement of FTDF, the

5    FTDF Committee filed several claim objections jointly with the USACM Trust related to these

6    misfiled claims ("Claim Objections").  In the Claim Objections, the USACM Trust objects to

7    claims originally filed by FTDF Fund Members against USACM, but which the FTDF Committee,

8    on behalf of FTDF, and the USACM Trust assert should be reclassified as timely filed proofs of

9    claim against FTDF.  In turn, the FTDF Committee, on behalf of FTDF, asserts that these proofs

10   of claim should then be reclassified as proofs of interest and disallowed to the extent such interests

11   exceed the amounts listed on FTDF's books and records as of the Petition Date.  These proofs of

12   interest have already been allowed in accordance with FTDF's books and records as of the Petition

13   Date, and the FTDF Fund Members who filed them have received distributions under the Plan.

14   Thus, the substantive rights of these FTDF Fund Members have already been recognized, leaving

15   these Claims Objections to deal with the mere formalities of conforming the claims filed to the

16   actual rights and interests of the FTDF Fund Members.

17       11.    The Claim Objections were originally scheduled to be heard on October 15, 2007,

18   which, at the time the FTDF Committee Response was filed, was the first hearing date available

19   after August 23, 2007.  The Court has since set an additional omnibus hearing date for September

20   28, 2007, and the FTDF Committee and USACM Trust have rescheduled the Claim Objections for

21   that date.

22       12.    The FTDF Committee Response requests that the Court either set a hearing to

23   resolve the Claim Objections before a duty judge as soon as possible after September 8, 2007 (the

24   30th day after service of the Claim Objections), or close the FTDF estate while retaining

25   jurisdiction solely to resolve the Claim Objections.

26       13.    FTDF requests instead that the Court consider and grant the Motion to Close at the

27   August 23rd hearing but make the Order granting the Motion to Close effective on the date that

28   the last of the Orders resolving the Claim Objections becomes final.  This course of action will

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

allow the Court to resolve the Claim Objections without having to reconsider the Motion to Close at a later date and without having to reopen the FTDF case, either of which would result in additional expense to the FTDF Estate.  The final order on the claims that are the subject of the Claim Objections could affect the final distribution to FTDF Fund Members if the claims are not disallowed, but the resolution of the Claim Objections will not have a practical effect on the administration of the FTDF Estate.

14.    FTDF reserves the right to seek additional relief as appropriate in the event that the Claim Objections are not resolved at the September 28th hearing.

**C.    FTDF's Supplement to the Final Report**

15.    In its Final Report, FTDF stated that it would file a Supplemental Report, supplementing the Final Report with information related to the limited matters still pending when the Final Report was filed and to report on the Final Distribution to FTDF Fund Members.  When the Final Report was filed, FTDF thought it was likely that a Final Distribution would be made to the FTDF Fund Members by the end of August, 2007.  The Claim Objections, however, were not anticipated and FTDF is unable to make a Final Distribution or calculate the final return of capital to the FTDF Fund Members until the additional administrative tasks that will be associated with prosecuting the Claim Objections are concluded.

16.    FTDF, therefore, will file its Supplemental Report within two days of entry of the last Order resolving the Claim Objections at which time it will provide the Court with the final return of capital to the FTDF Fund Members prior to actually making the Final Distribution to the FTDF Fund Members.

/ / /

/ / /

/ / /

/ / /

## IV.    <u>CONCLUSION</u>

For the reasons stated herein and in and in the Motion to Close, FTDF respectfully requests that the Court grant the Motion to Close and enter a Final Decree in its case, designated as Case No. 06-10728, as appropriate.  FTDF also requests that the Court make any Order granting the Motion to Close effective as of the date that the last Order resolving the Claim Objections becomes final.  FTDF also requests that the Court grant such other and further relief as is just and proper.

Respectfully submitted this 21st day of August, 2007.

/s/   Jeanette E. McPherson
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146

and

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385

941261v3

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

# Exhibit A

1

E-Filed on August 15, 2007

2   Robert J. Moore

3   Tyson M. Lomazow
    MILBANK, TWEED, HADLEY & McCLOY, LLP
    1 Chase Manhattan Plaza

4   New York, NY 10005
    Telephone No.:  (212) 530-5367

5   Facsimile No.:   (212) 822-5367

6   Counsel for Plaintiffs

    Peter C. Bernhard (Nevada Bar No. 0734)
    Georganne W. Bradley (Nevada Bar No. 1105)
    BULLIVANT HOUSER BAILEY PC
    3883 Howard Hughes Pkwy., Ste. 550
    Las Vegas, NV 89169
    Telephone No.:  (702) 669-3600
    Facsimile No.:   (702) 650-2995
    E-Mail:  peter.bernhard@bullivant.com

7

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

8

| | |
|---|---|
| 9  In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>10                    Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| 11  In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                  Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| 12  In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>13  FUND, LLC,<br>                  Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| 14  In re:<br>USA CAPITAL FIRST TRUST DEED FUND,<br>15  LLC,<br>                  Debtor. | Adversary No. 07--01105-LBR |
| 16  In re:<br>USA SECURITIES, LLC,<br>17                    Debtor. | **NOTICE OF DISMISSAL OF DEFENDANT USA CAPITAL FIRST TRUST DEED FUND, LLC FROM COMPLAINT FOR CONDITIONAL REVOCATION OF CONFIRMATION ORDER UNDER 11 U.S.C. § 1144 AND RESCISSION OF ASSET PURCHASE AGREEMENT** |
| 21  COMPASS PARTNERS LLC,<br>COMPASS FINANCIAL PARTNERS LLC, a Nevada<br>22  limited liability company and COMPASS<br>FINANCIAL PARTNERS LLC, a Delaware limited<br>23  liability company,<br>                  Plaintiffs,<br>24  v.<br>25  USA COMMERCIAL MORTGAGE COMPANY,<br>USA CAPITAL REALTY ADVISORS, LLC, USA<br>26  CAPITAL DIVERSIFIED TRUST DEED FUND,<br>LLC, USA CAPITAL FIRST TRUST DEED<br>27  FUND, LLC, USA SECURITIES, LLC, 2001<br>MICHAEL T. MCGRATH REVOCABLE<br>28  TRUST, MICHAEL T. MCGRATH | Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>    Fund, LLC<br>☐ USA First Trust Deed Fund, LLC |

LA1:#6335702

TRUSTEE, A. L.NEIL ASSOCIATES, NEIL
TOBIAS, A-1 CASTERS & EQUIPRENO
LLC, ANNE E. ABRAMS, ABRAMS LIVING
TRUST DATED 10/23/96 C/O ANNE E.
ABRAMS TRUSTEE, PAOLA ACCUSANI,
ACTION SPORT ALLIANCE USA INC.,
ARTHUR ADAMS, GLORIA ADAMS,
LEONARD ADAMS, DENISE ADAMS,
RICHARD ADAMS, JANET ADAMS,
KENNETH ADDESS, VICTORIA ADDESS,
AIG LIMITED, A NEVADA LIMITED
PARTNERSHIP, ADIB AL-AWAR, ELLEN
AL-AWAR, AL-AWAR LIVING TRUST
DATED 04/05/01 C/O ADIB M. AL-AWAR &
ELLEN A. AL-AWAR TRUSTEES, DAVID
ALBIOL, MARCIA ALBIOL, HENRY
ALBIOL, FLORENCE ALEXANDER,
STANLEY ALEXANDER, ALLEN M.
NIRENSTEIN & DOROTHY H.
NIRENSTEIN 1992 REVOCABLE TRUST,
ALLEN M. & DOROTHY H. NIRENSTEIN
TRUSTEES, ROBERT & DONNA
ALLGEIER, KAREN R. ALLISON, FRED
ALTENBURG, ARNOLD ALVES, AGNES
ALVES, ALVES FAMILY TRUST 10/27/89
C/O ARNOLD ALVES & AGNES ALVES,
TRUSTEES, AUGUST AMARAL, AUGUST
J. AMARAL, ROBERT P. ANDERSON,
LOWELL ANDREWS, LARRY APIGIAN,
LEONA APIGIAN, SUZANNE ARBOGAST,
ARLINE L. CRONK & EDWARD H. DAVIES
LIVING TRUST DATED 6/27/03 C/O
ARLINE L. CRONK & EDWARD H. DAVIES
TRUSTEES, ROBERT ASSELIN, MARY
ASSELIN, MICHAEL AU, AUDREY M.
WHIGHTSIL REVOCABLE LIVING TRUST
C/O AUDREY M. WHIGHTSIL TRUSTEES,
LUI AVANZINO, AUDREY AVANZINO,
GEORGE AVERETT, CLAIRE AVERETT, C.
DONALD AYERS, BABS INC. TRUST C/O
AIMEE KEARNS TRUSTEE, BABS TRUST
C/O AIMEE KEARNS TRUSTEE, PETER
BACKES, PAUL BACKES, LORETTA
BACKES, DANIEL BARCIA, JED BARISH,
SIMMTEX INC., DON BARNES, MIRIAM
BARNES, JAMES BARNES, CLARK
BARTKOWSK, JEAN BARTKOWSKI,
RICHARD D. BARZAN, LELIA J. BARZAN,

| | |
|---|---|
| 1 | ALTA BATES, ARLENE BEADLE, |
| | WEBSTER BEADLE, SUSANNE BEADLE, |
| 2 | JACK BEAULIEU, RUBY BELL, HARRIET |
| 3 | BENDER, ROBERT BENDER, PAULA |
| | BENDER, BERNARD D. BENZ, |
| 4 | MARGARET BENZ, ROBERT BERRY, |
| | JEANNETTE BERRY, BILLY D. DENNY |
| 5 | AND DONNA R. DENNY 2000 |
| | REVOCABLE LIVING TRUST C/O BILLY |
| 6 | D. DENNY AND DONNA R. DENNY |
| 7 | TRUSTEES, ALBERT BLUMENTHAL, |
| | CHARLES BOGGS, WILLIAM BOLDING, |
| 8 | CAROLYN BOLDING, GARY BONNEMA, |
| | KATHLEEN BORKOSKI, JOHN BORKOSKI, |
| 9 | CHARLES BOROM, LANNA BOROM, |
| | RICHARD BOWMAN, BOYCE 1989 TRUST |
| 10 | DATED 6/12/89 C/O KATHLEEN A. BOYCE, |
| 11 | KATHLEEN BOYCE, MICHAEL S. |
| | BRAIDA, RAYMOND BRANT, ANN |
| 12 | BRANT, GLEN BRECHT, JANINE BRECHT, |
| | MARSHALL BRECHT, JANET BRECHT, |
| 13 | MICHAEL BRIDGES, MICHAEL R. BRINES, |
| | CINDY G. BRINES, PENNY BROCK, |
| 14 | ROBERT BROOKS, CANDITH BROOKS, |
| 15 | DONNA BROOKS, LEE BRYANT, |
| | PATRICIA BRYANT, ROBERT BRYAN, |
| 16 | ANN BRYAN, WILLIAM BUCK, ELENOR |
| | BUCK, NEIL BUCKWALD, BURGARELLO |
| 17 | ALARM INC. PROFIT SHARING PLAN, |
| 18 | RONALD A. JOHNSON TRUSTEE, |
| | DONALD BURGER, PEGGY BURGER, DR. |
| 19 | JOSELITO TAN BURGOS, LAWRENCE A. |
| | BUSH, MARY L. BUSH, RICHARD |
| 20 | CADIEUX, CLARA CADIEUX, VALERIE |
| | CALLAHAN, CHARLES R. MARADEN, |
| 21 | DENNIS G. CAMPTON, JOHN R. |
| 22 | CANGELOSI, MARGARET M. CANGELOSI, |
| | BRANDON A. CANGELOSI, DONNA |
| 23 | CANGELOSI, KAY M. CANTRELL, PETER |
| | W. CAPONE, DEIDRE D. CAPONE, CAROL |
| 24 | MORTENSEN FAMILY TRUST DATED |
| | 9/9/90 C/O CAROL MORTENSEN TRUSTEE, |
| 25 | MICHAEL CARPENTER, ANNE |
| 26 | CARPENTER, DON CARRIER, SARA |
| | CARRIER, RONALD CARTER, LESLIE |
| 27 | CARTER, JOSEPHINE CASEBOLT, |
| | CASEBOLT REVOCABLE TRUST, |
| 28 | JOSEPHINE CASEBOLT TRUSTEE, TITO |

1 | CASTILLO, JAIRO CASTILLO, MAURICE
2 | CAUSHOIS, JACQUELINE CAUCHOIS,
RICHARD CHAMBERS, LEONA
3 | CHAPMAN, EUNICE CHAPMAN, NELSON
CHARDOUL, VIRGINIA CHARDOUL,
4 | CHARLES B. DUNN IV TRUST DATED
8/12/05 C/O CHARLES B. DUNN IV
5 | TRUSTEE, CHARLES HENRY SMALL
REVOCABLE LIVING TRUST C/O
6 | CHARLES HENRY SMALL TRUSTEE,
CHARLOTTE SNOPKO MARITAL TRUST,
7 | FRANK SNOPKO, CHARLOTTE SNOPKO
RESIDUAL TRUST, FRANK SNOPKO,
8 | TONY CHAUDHRY, PAUL CHELEW,
CHRIS SHEERIN (DECEASED) AND
9 | EVELYN SHEERIN 1984 TRUST, CHRIS
SHEERIN & EVELYN SHEERIN
10 | TRUSTEES, CHRIS SHEERIN (DECEASED)
AND EVELYN SHEERIN 1990 TRUST,
11 | CHRIS SHEERIN & EVELYN SHEERIN
TRUSTEES, CIBB INC. D/B/A JOHNSON
12 | INVESTMENT INC. PENSION PLAN,
RONALD A. JOHNSON TRUSTEE, CLARA
13 | M. CADIEUX MWDWS&SP, CLARA
CADIEUX, CLARA M. CADIEUX
14 | MWDWS&SP, RICHARD & CLARA
CADIEUX, CURTIS CLARK, DONALD
15 | CLARK, HAROLD CLARK, JACK CLARK,
ROSANNE CLARK, CLASSIC PLUMBING,
16 | A NEVADA COMPANY, CLAWITER
ASSOCIATES, JOHN CLENDENING,
17 | DOREEN CLENDENING, GEORGE COHAN,
LARRY COLBORN, LORETTA COLBORN,
18 | COLBORN REVOCABLE LIVING TRUST,
LARRY E. COLBORN & LORETTA A.
19 | COLBORN, COLLINS FAMILY TRUST
DATED 1/12/93 C/O SHIRLEY M. COLLINS
20 | TRUSTEE, SHIRLEY COLLINS, THOMAS
R. CONWAY, VICTORIA C. CONWAY,
21 | ALDON G. COOK, DEEDRA COOK,
HAROLD & JOYCE CORCORAN, SAM
22 | COSTANZA, ELEANOR COUCH, HOWARD
CRAIG, FRANKYE CRAIG, GARETH
23 | CRANER, JOAN CRITTENDEN, ARLINE
CRONK, LOYAL CROWNOVER, SHIRLEY
24 | CUPP-DOE, CYNTHIA G. DAVIS LIVING
TRUST C/O CYNTHIA G. DAVIS TRUSTEE,
25 | D. JOSEPH & LOUISE M. DOUCET 1989

1  TRUST DATED 3/30/89 C/O D. JOSEPH
   DOUCET & LOUISE M. DOUCET
2  TRUSTEES, MAUREEN DACOSTA,
   DEBORAH A. DANIEL, LESLIE DANIEL,
3  DENISE DANIEL, DANIEL &VIRGINIA
   SALERNO FAMILY TRUST, DANIEL
4  SALERNO & VIRGINIA SALERNO
   TRUSTEES, DANIEL D. NEWMAN TRUST
5  DATED 11/1/92, DANIEL D. NEWMAN
   TRUSTEE, KAREN DANNER, DAR LIVING
6  TRUST DATED 2/12/03, DARLENE
   HAMMOND TRUSTEE, ELLEN
7  DAUSCHER, ALEXANDRA DAUSCHER,
8  JULIAN DAUSCHER, OREN DAVENPORT,
   DAVID A. KINGMAN #1, MARRICE DAVIS,
9  NANCY DAVIS, GLENN DAVIS, BUD
   DAVIS, DAVIS YODER TRUST DATED
10 2/16/00, ROBERT J. YODER & NANCY R.
   DAVIS TRUSTEES, PETER DE LUCA,
11 ROBERT DE RUFF, RICHMOND DEAN,
12 JEAN DEAN, TERRY DEBERRY, EDWARD
   DEBOLT, SHARRON DEBOLT, GARY
13 DEMAINE, DENISE F. FAGER
   REVOCABLE TRUST UNDER
14 AGREEMENT DATED 2/28/03 C/O DENISE
15 F. FAGER TRUSTEE, ANN R. DERY,
   JAMES D. DERY, BILLY DENNY, DONNA
16 DENNY, DWAYNE DEUTSCHER,
17 MICHELLE DEUTSCHER, DUANE
   DEVERILL, GEORGE DI GIOIA, TAMARA
18 DIAS, ERIC C. DISBROW MD, HELMUT
   DOBECK, ELOISE DOBECK, ROBERT
19 DOBYNE, LEAH DOBYNE, LINDA DOERR,
20 FRANZ DOERR, MARK DOLGINOFF,
   MICHAEL DONAHUE, GLENN DONAHUE,
21 CARRIE DONAHUE, DONALD P. CLARK
   FAMILY TRUST, DONALD P. CLARK
22 TRUSTEE, ARTHUR DONALDSON, ALAN
23 DONDERO, PATTY DONDERO, DONNA
   DUNN TRUST DATED 8/12/05 C/O DONNA
24 DUNN TRUSTEE, DONNA M. CANGELOSI
   FAMILY TRUST, DONNA M. CANGELOSI
25 TRUSTEE, JOSEPH DOUCET, LOUISE
   DOUCET, DAVID B. DOUTT, JOHNNIE
26 DOUTT, PANAGIOTIS DOVANIDOU,
27 DIMITRA DOVANIDOU, WILLIAM A.
   DOWNEY, DANIEL T. DRUBIN, LAURA
28 DRUBIN, DONALD C. DUNBAR, WANDA

DUNBAR, DUNBAR REVOCABLE LIVING
TRUST DATED 11/21/98 C/O DONALD C.
DUNBAR & WANDA D. DUNBAR
TRUSTEES, ALAN DUNCAN, CAROLYN
DUNCAN, CHARLES DUNN, DONNA
DUNN, CAROL (SUE) DUNTON, FORD
DUNTON, WILLIAM DUPIN, PENNY
DUPIN, WAYNE DUTT, CYNTHIA DUTT,
MARY ANN EARP, MARY H. EARP,
ROBERT EARP, WILLIAM EASTLAND,
CAROL EASTLAND, MONICA EBAUGH,
GALE EBERT, ROBERT R. ECKER, KATHY
EDEN, JOHN EDEN, TINA EDEN, EDWIN
LOWELL HAUSLER JR. LIVING TRUST
DATED 1/3/92 C/O EDWIN LOWELL
HAUSLER JR. TRUSTEE, JOHN
EICHHORN, JILL EICHHORN, ELAN
REDDELL REVOCABLE LIVING TRUST
DATED 8/4/03, ELAN REDDELL TRUST,
ELEANOR L. ROGERS 1991 REVOCABLE
LIVING TRUST DATED 7/3/91 C/O
ELEANOR L. ROGERS TRUSTEE,
JONATHAN M. ELLER, CAROL A. ELLER,
DAVID ENRICO, BONNY ENRICO,
HAROLD EPSTEIN, CINDY ESSAFF,
ROBERT ESSAFF, EUGENE H. & NORMA
M. STOKES TRUST DATED 5/16/84 C/O
NORMA M. KERNER TRUSTEE,
LAMBERTO EUGENIO, SAMUEL EVANS,
BEVERLY EVANS, DANIEL EVERETT,
SANDRA EVERETT, JOHN EVERETT,
SAGRARIO EVERS, EDWARD EYRE,
CAROL EYRE, DENISE FAGER, BYRNE
FALKE, JR., BYRNE FALKE, SR., JANE
FALKE, MARGUERITE FALKENBORG,
THOMAS FALLON, JOSEPH FARRAH,
EMILY FARRAH, JULIA FARRAH,
THERESA M. FARRAH, FARRAH FAMILY
TRUST DATED 9/18/03 C/O JOSEPH A.
FARRAH & EMILY T. FARRAH TRUSTEE,
WILLIAM FAVRO, CAROL FAVRO, J.
FEENEY, JAMES FEENEY, MAUREEN
FEENEY, PATRICIA FERGUSON, ADAM
FETTERLY, LYNN FETTERLY, MELODY
FETTERLY, FETTERLY FAMILY TRUST
DATED 6/30/89 C/O LYNN L. FETTERLY &
MELODY A. FETTERLY TRUSTEES, ROY
FILKIN, DIANNA FILKIN, ARLENE J. FINE,

RONALD FINKEL, KAREN FINKEL,
BERNARD FINLEY, JACKLYN FINLEY,
FIRST SAVINGS BANK CUSTODIAN FOR
CAROL MORTENSEN KESLER, CAROL
MORTENSEN KESLER IRA, FIRST
SAVINGS BANK CUSTODIAN FOR DR.
JAMES W. FORSYTHE IRA, DR. JAMES W.
FORSYTHE, FIRST SAVINGS BANK
CUSTODIAN FOR JACK LA FLESCH IRA,
JACK LA FLESCH, FIRST SAVINGS BANK
CUSTODIAN FOR JOCELYNE HELZER
IRA, JOCELYNE HELZER, FIRST SAVINGS
BANK CUSTODIAN FOR LINDA S. REED
IRA, LINDA S. REED, FIRST SAVINGS
BANK CUSTODIAN FOR LINDSEY H.
KESLER IRA, LINDSEY H. KESLER IRA,
FIRST SAVINGS BANK CUSTODIAN FOR
LYNN FETTERLY IRA, LYNN FETTERLY
IRA, FIRST SAVINGS BANK CUSTODIAN
FOR MICHAEL REED IRA, MICHAEL T.
REED, FIRST SAVINGS BANK
CUSTODIAN FOR NANCY R. GILMOUR
IRA, NANCY R GILMOUR IRA, FIRST
SAVINGS BANK CUSTODIAN FOR
RANDY M. SANCHEZ IRA, RANDY M.
SANCHEZ IRA, FIRST SAVINGS BANK
CUSTODIAN FOR RICHARD L. CADIEUX
IRA, FIRST SAVINGS BANK CUSTODIAN
FOR RICHARD W. GILMOUR IRA,
RICHARD W. GILMOUR, FIRST SAVINGS
BANK CUSTODIAN FOR ROBERT G.
FULLER IRA, ROBERT G. FULLER, FIRST
SAVINGS BANK CUSTODIAN FOR
THEODORE E. KIEWICZ IRA, THEODORE
E. KIEWICZ IRA, FIRST TRUST COMPANY
OF ONAGA CUSTODIAN FOR DENNIS
MEDEIROS IRA, FISERV CUSTODIAN FOR
THE BENEFIT OF ED DAVIES IRA, ED
DAVIES, FISERV, CUSTODIAN FOR THE
BENEFIT OF ARLINE L. CRONK IRA,
ARLINE L. CRONK, EVELYN FISHER,
DONALD FLOOD, BETTY FLOOD,
TIMOTHY FOLENDORF, TAD
FOLENDORF, DR. JAMES W. FORSYTHE,
EARLENE M. FORSYTHE, FRANK
SNOPKO 1981 TRUST, FRANK SNOPKO,
JOHN FREDERICKSON, MICHELE
FREDERICKSON, HELEN C. FREEDUS,

MICHAEL FREEDUS, ERIC FREEDUS, LINDA FREEDUS, DONALD FREY, BARBARA FREY, ALAN B. FRIEDMAN, ROBERT FULLER, THEODORE FULLER, FULLER FAMILY FOUNDATION, THEODORE J. & JOAN L. FULLER TRUSTEES, FULLER FAMILY TRUST, THEODORE J. & JOAN L. FULLER TRUSTEES, G & L NELSON LP, GLENN GABOURY, SHARON GABOURY, JERRY GAGE, DARLENE GAGE, ANTHONY GAMBELLO, ELIZABETH GAMBELLO, PAUL GARCELL, CATHERINE GARLAND, KELLI GARVEY, GARY & JOANN SHEERIN FAMILY TRUST, GARY SHEERIN & JOAN SHEERIN TRUSTEES, GARY I. & BARBARA L. TRUST, GARY I. MILLER & BARBARA L. MILLER TRUSTEES, ALEX GASSIOT, GASTON TRUST DATED 12/31/02 C/O TITAN MANAGEMENT LTD. TRUSTEE, EVA GEHLE, GEORGE A. DI GIOIA IRA, GEORGE A. DI GIOIA, GEORGE HANEY, STANLEY GERMAIN, DOROTHY GERMAIN, DEAN GIBSON, JUNE GIBSON, ELMER GILBERT, ELMER EUGENE GILBERT JR., GILBERT MANUEL LIVING TRUST DATED 1/3/92, GILBERT MANUEL, NANCY GILMOUR, RICHARD GILMOUR, GALE GLADSTONE-KATZ, JO M. GLEDHILL, THOMAS H. GLOY, PHILLIP GOFORTH, FRANCESCA GOFORTH, NANCY GOLDEN, JACK GOLDENTHAL, SYLVIA GOLDENTHAL, GOLDPLATED LLC, MARY ANN HAROUFF MANAGER, SYLVIA GOOD, RACHELLE GOODNESS, LYNELLE GOODREAU, MICHAEL JOHN GOODWIN, THEODORA GOTTWALD, GLENN GRAF, WILLIAM GRAHAM, WILTA GRAHAM, SARAH A. GRANT, THOMAS GRAY, GAIL GRAY, ROBERT GRAY, GREGORY GRIFFITH, DIANNE GRIFFITH, ALAN GROH, GSL INVESTMENTS LLC, TOBY A. GUNNING, BARBARA L. GUNTHER, CARL HAGEN, KELLEY M. HAINS, JAMIE K. HAINS, THOMAS HALVORSON, JOANNE HALVORSON, DARLENE HAMMOND,

1   LARRY HANAN, JOHN A. M. HANDAL,
    GEORGE HANEY, EDWIN HANSEN,
2   RACHEL HANSEN, CHRISTIAN HANSEN,
    DWIGHT W. HAROUFF, MARY ANN
3   HAROUFF, SUZE HARRINGTON, THOMAS
    HARRISON, MARGUERITE HARRISON
4   ,RAYMOND E. HARSHMAN, MARGARET
    E. HARSHMAN, KAY HART, RODERICK
5   HARVEY, PAULINE HARVEY, KEVIN
    HASELHORST, ROBERTA HATFIELD,
6   EDWIN HAUSLER, JR., STEPHEN
    HAWLEY, SIDNEY HAWLEY, ROLAND
7   HEARN, RISA HEARN, MICHAEL
    HEFFNER, BARBARA HEFFNER, DENNIS
8   E. HEIN, DON HELLINGS, JOCELYNE
    HELZER, OLIVER HENRY, ALLEN HERD,
9   MARILYN HERD, HERD FAMILY TRUST
    DATED 4/23/90, ALLEN HERD AND
10   MARILYN HERD, TRUSTEES, JANICE
    HERGERT, DONALD HERMANN, NANCY
11   HERMANN, ALLAN HERNDOBLER, SUE
    HERNDOBLER, DONALD L. HESS,
12   CHRISTINA L. HESS, LARRY HIGGINS,
    DIANA HIGGINS, EDWARD O. HIGH,
13   MARILYN HILBORN, WILLIAM J.
    HINSON, JR., WILLIAM HINSON, JR.,
14   JAMES HODGSON, CYNTHIA HODGSON,
    RICHARD AND MARSHA HOLEYFIELD,
15   MILA HORAK, MONICA M. HRUBY,
    HILARY HUFFMAN, CYNTHIA HUFFMAN,
16   HUFFMAN FAMILY TRUST DATED
    5/28/98, C/O HILARY A. HUFFMAN &
17   CYNTHIA L. HUFFMAN TRUSTEES,
    RODNEY AND CATHRYN HULSE, TODD
18   AT HUMPHREY, RODNEY HUPPI,
    VIRGINIA HUPPI, YELENA V. ILCHUCK,
19   MARC INGMAN, INGRID A.
    RUTHERFORD FAMILY TRUST DATED
20   7/8/99 C/O INGRID A. RUTHERFORD
    TRUSTEE, JAMES H. LIDSTER FAMILY
21   TRUST DATED 1/20/92, C/O JAMES H.
    LIDSTER & PHYLLIS M. LIDSTER
22   TRUSTEES, JANET P. JOHNSON LIVING
    TRUST DATED 7/15/04 C/O JANET P.
23   JOHNSON & CHARLES E. JOHNSON
    TRUSTEES, JANICE A. LUCAS IRA,
24   JANICE JANIS, JAYEM FAMILY LP, JEAN
    G. RICHARDS TRUST DATED 9/30/99 C/O

LA1:#6335702       -8-

JEAN G. RICHARDS TRUSTEE, JEAN H. MURRAY SEPARATE PROPERTY TRUST DATED 9/12/02, JEAN H. MURRAY, JON JENSEN, PAUL JENSEN, TAMARA JENSEN, JOHN J. MAGUIRE & DIANE M. MAGUIRE LIVING TRUST 8/4/00 C/O JOHN J. MAGUIRE & DIANE M. MAGUIRE TRUSTEES, JOHN MANTER & NANCY K. MANTER LIVING TRUST, C/O JOHN P. & NANCY K. MANTER TRUSTEES, MARILYN C. JOHNSON, BEULAH JOHNSON, CHARLES E. JOHNSON, JANET P. JOHNSON, MARILYN JOHNSON, RONALD JOHNSON, SUSAN JOHNSON, JONATHAN M. ELLER INC., JOY INVESTMENT INC., TONY CHAUDHRY, JULIA FARRAH REVOCABLE LIVING TRUST DATED 10/8/92, JOSEPH FARRAH, MICHAEL FARRAH JR. & NICHOLAS FARRAH, JWB INVESTMENTS, INC., RONALD KANTOR, RUTH KANTOR, CHARLES KASTLER, MARGARET KASTLER, CURTIS KASTLER, JONATHAN KATZ, WILLIAM KAYSER, KRISTIE KAYSER, AIMEE KEARNS, ARTHUR KEBBLE, THELMA KEBBLE, DAVID KELLEY, MARSHALL KENDALL, KENNETH W. KOERWITZ & JAN CASE KOERWITZ FAMILY TRUST, C/O KENNETH W. KOERWITZ & JAN CASE KOERWITZ, MELVIN KERNER, KERNER REVOCABLE TRUST B DATED 3/16/81 C/O MELVIN W. KERNER TRUSTEE, LINDSEY KESLER, C K KHURY, KIM FINANCIALS LLC, KIRKHAM & SANGINITI TRUST DATED 2/29/96 C/O LAWRENCE A. KIRKHAM & KATHLEEN B. SANGINITI TRUSTEES, KIWI-NEVADA LP, OTHMAR KLAY, CHRISTINE KLAY, KLAY LIVING TRUST DATED 7/11/90 C/O OTHMAR KLAY & CHRISTINE KLAY, WALTER KLEVAY, GAIL KLEVAY, BERNARD KLOENNE, GREGOR KLOENNE, OTILLA KLOENNE, KM FINANCIALS LLC, CAROL MORTENSEN KESLER & LINDSEY KESLER, KM GROUP A NEVADA GENERAL PARTNERSHIP C/O AIMEE KEARNS MANAGING PARTNER, KM

TRUST C/O AIMEE KEARNS TRUSTEE,
MARCIA KNOX, JERRY KOERWITZ,
SHARON L. KOERWITZ, KENNETH
KOERWITZ, JAN CASE KOERWITZ,
LOUISE KOLBERG, HARVEY
KORNHABER, STEPHEN KOWALSKI,
ARTHUR KRISS, RICHARD N. KRUPP,
KRUPP FAMILY TRUST, RICHARD N.
KRUPP, WENDY KWONG, ANNA
LACERTOSA, MARIE LACERTOSA, DINA
LADD, JOSEPH B. LAFAYETTE,
CATHERINE D. LAFAYETTE, JACK
LAFLESCH, NORMA LAMB-GROVES,
LORETTA LAMONT, WHITNEY LAUREN,
PAULA LAWSON, LINDA LEBLANC,
GENE LEBLANC, EMILY LEE, JOHN LEE,
TRACY LEE, MILTON LEHART, JAMES
LEHR, JULIE LEHR, LARRY LEHRMANN,
KATHLEEN LEHRMANN, NIENKE A. LEIS-
HOHMANN, BRUCE LEMAR, WILLIAM
LENHART, ROBERT LEVY, RENEE LEVY,
JAMES LIDSTER, PHYLLUS LIDSTER,
PATRICIA R. LIETZ, LINDSEY H. KESLER
FAMILY TRUST, MILDER KESLER &
LINDSEY H. KESLER TRUSTEES, PAUL
LINNEY, DAVID G. LIVINGSTON, ERLINA
M. LIVINGSTON, IVAN LOEBS, DEBRA
LOMAX, POMPEO JULIAN LOMBARDI,
RICHARD LOUGHLIN, ROBERTA
LOUGHLIN, LOUGHLIN FAMILY TRUST,
RICHARD J. LOUGHLIN & ROBERTA A.
LOUGHLIN TRUSTEES, LOUIS H. &
SHIRLEY M. TURNER FAMILY TRUST
DATED 9/9/97 C/O LOUIS H. & SHIRLEY
M. TURNER TRUSTEES, LOUISE ALPORT
KOLBERG REVOCABLE TRUST, LOUISE
A. KOLBERG TRUSTEE, LOUISE TEETER
IRA, HENRI LOUVIGNY, MARCELLE
LOUVIGNY, JANICE LUCAS, HERBERT
LUM, JOHN M. LUONGO, GLORIA
LUONGO, STEPHANIE LUONGO,
WILLIAM O. LURTZ, SUSIE LURTZ,
SCOTT MACHOCK, HEIDI MACHOCK,
EUGENE MACHOCK, DIANNE MACHOCK,
JOSETTE MADLAMBAYAN, ROGIE
MADLAMBAYAN, STUART MADSEN, AL
MAESTRI, JOHN MAGUIRE, DIANE
MAGUIRE, BARBARA MALKOFF, JOHN

LA1:#6335702

-10-

MALLIN, THERESA MALLIN, MICHAEL MALONEY, JO ANN MALONEY, MORRIS MANSELL, JOHN MANTER, NANCY MANTER, GILBERT MANUEL, CHARLES MARADEN, JEAN MARADEN, MARGARET M. CANGELOSI FAMILY TRUST, MARGARET M. CANGELOSI TRUSTEE, MARILYN C. JOHNSON LIVING TRUST DATED 10/5/99 C/O MARILYN C. JOHNSON TRUSTEE, LILY MARKHAM, IRENE (TAFOYA) MARKHAM, ALAN MARKUS TRENA MARKUS, MONIQUE MARKWELL, TERRY MARKWELL, CHRISTIANE MARKWELL, MARKWELL FAMILY TRUST, CHRISTIANE MARKWELL & TERRY MARKWELL TRUSTEES, J. V. MARRONE, VR MARRONE, REBA MARRONE, ANN MARSDEN, DON MARSHALL, JERROLD MARTIN, JAMES MARTIN, LOUIS MASSRY, SANDRA MASTERS GLADYS MATHERS, EDDIE MAYO, JOHN MCAFFEE, JENNIFER MCAFFEE, ALICIA MCBRIDE, MARLON MCBRIDE, JAMES MCCONNELL, MAUDRENE MCCONNELL, MICHAEL T. MCGRATH, JAMES MCKNIGHT, PHILLIP E. MCMULLIN, ROSEMARIE L. MCMULLIN, WILLIAM MCQUERRY, JOANN MCQUERRY, ROBIN MCQUOWN, BRIAN MCQUOWN, HARVEY MCSHAFFREY CHRISTINA MCSHAFFREY, RUDY MCTEE, SHARON MCTEE, DENNIS MEDEIROS, L. K. MEDEIROS MARINA MEHLMAN, TERI L. MELVIN, DON D. MEYER, ALAIN MICHAEL, DAWN LEVY MICHAEL, GREG MILANO, JANE MILANO, KATHLEEN A. MILLER, GARY MILLER, BARBARA MILLER, STEVE MILLER, KAREN MILLER, WAYNE MILLER, KATHRYN MILLER, DOUGLAS MINTER, ELIZABETH MINTER, MINTER FAMILY 1994 TRUST C/O DOUGLAS MINTER & ELIZABETH MINTER TRUSTEES, MINTER INVESTMENT LP, MARILYN MOLITCH, MATTHEW MOLITCH, DR. JANA MOLVAN, MONIGHETTI INC., RONALD MONTESANO, HAROLD MOODY, MARY

MOODY, RAYMOND C. MOORE, ROSE
MOORE, ALMA MOORE, ARTHUR
MOORE, ERNEST J. MOORE, WILLIAM
MORGAN, DONNA MORGAN, MORRIS
MANSELL IRA, CAROL MORTENSEN,
PAULIUS MOSINSKIS, MUKS REALTY
LLC, DANNIE R. MURPHY, DENISE
MURPHY, ELIZABETH R. MURPHY,
RICHARD MURPHY, VIRGINIA MURPHY,
JEAN MURRAY, MURRAY TRUST C/O
AIMEE KEARNS TRUSTEE, WALTER AND
BARBARA MUSSO, MUSSO LIVING
TRUST DATED 11/30/92 C/O WALTER
MUSSO & BARBARA MUSSO, NANCY R.
DAVIS DEFINED BENEFIT PLAN, NANCY
R. DAVIS, DOMINIQUE NAYLON, CARLA
NEILAN, JAMES NELSON, GLORIA
NELSON, NELSON & VIRGINIA
CHARDOUL TRUST DATED 10/7/9L, C/O
NELSON & VIRGINIA CHARDOUL
TRUSTEES, RICHARD NEVINS, MICHELE
NEVINS, DANIEL NEWMAN, DAVID
NEWMAN, SANDRA NEWMAN, FREDA
NEWMAN, LARRY NEWMAN, ELSIE
NEWMAN, NEWMAN FAMILY TRUST
DATED 9/30/97 C/O LARRY J. NEWMAN &
ELSIE D. NEWMAN TRUSTEES, MARVIN
NICOLA, ALLEN NIRENSTEIN, DOROTHY
NIRENSTEIN, PAULA NORDWIND,
NORMA LAMB GROVES TRUST, NORMA
LAMB GROVES TRUSTEE, NORSCOTT
FINANCIAL CORP., JEWELL NOVAK,
STANLEY NOVARA, THOMAS NUCKOLS,
JOANNE NUCKOLS, JOANN NUNES,
OLGA O'BUCH, JOHN O'RIORDAN,
SONHILD O'RIORDAN, PATRICK E.
O'SULLIVAN, SOON Y. O'SULLIVAN,
HENRY OBERMULLER, MENGIA
OBERMULLER, THE O'BRIENS, WILLIAM
W. OGREN, BETTY R. OGREN, ROBERT
OGREN, JOHN OKITA, OLGA O'BUCH
TRUST DATED 5/28/98, C/O OLGA O'BUCH
TRUSTEE, ALFRED OLSEN JR., GAIL B.
OLSEN, VERNON OLSON, PAUL OLSTER,
ADRIAN J.R. OOSTHUIZEN, ORBAN H.
REICH TRUST DATED 12/27/00 C/O
ORBAN H. REICH TRUSTEE, VESLAV
ORVIN, AARON OSHEROW, PAUL OSTER,

LA1:#6335702                                   -12-

WILLIAM OVCA, HAROLD PALS,
EDWARD PANYREK, JOAN PANYREK,
CYNTHIA PARDEE, CHARLES PARKER,
MARY JANE PARKER, LEXEY PARKER,
JOYCE PATTERSON-ROGERS,
PATTERSON-ROGERS FAMILY 2001
TRUST DATED 9/5/01 C/O ROBERT C.
PATTERSON-ROGERS & JOYCE
PATTERSON-ROGERS, ROBERT PECH,
JUDITH PECH, JENNIFER COLE PEELE,
PEELE BYPASS TRUST DATED 2/10/87 C/O
JENNEFER C. PEELE TRUSTEE, PEELE
SPOUSAL TRUST DATED 2/10/87 C/O
JENNEFER C. PEELE TRUSTEE, PENSCO
TRUST COMPANY INC. FBO ROBERT
WILLIAM ULM IRA #UL006, ROBERT W.
ULM, DANIEL PERESLETE, ERIC
PERLMAN, KATHERINE PERLMAN,
ROBERT PERLMAN, LYNN PERLMAN,
TAMARA PERLMAN, PERLMAN
INVESTMENT PARTNERS, LP, PETER
VALVE CO., INC., ANDREW PETERSON,
SHARON PETERSON, ROBERT PHILLIPS,
STEPHEN PHILLIPS, FRANCES PHILLIPS,
HOLLY PICKEREL, DONALD PINSKER,
SHERRYL PINSKER, PATRICIA PONTAK,
SHELDON PORTMAN, MARION
PORTMAN, CLAIR POTTER, MARTHA
POTTER, ANTHONY PRESCIA, NANCY
PRESCIA, PRESCIA FAMILY TRUST,
ANTHONY PRESCIA & NANCY PRESCIA
TRUSTEES, PRESWICK CORP., NORMAN
PRINS, CHARLENE PRINS, CAROL
PRUNER, EMMELINE PUNSALAN,
RUSSELL QUINN, MARION QUINN, R. L.
ALLGEIER FAMILY TRUST, ROBERT L.
ALLGEIER & DONNA L. ALLGEIER,
DENNIS RAGGI, MICHELE RAGGI,
RICHARD RAKER, RANDY SANCHEZ IRA,
GORDON RAY PHILLIPS, CHRISTINA
REALE, FRANK REALE, LAUREN REALE,
ELAN REDDELL, DONALD JAYLYLE
REDMON, MICHAEL REED, LINDA REED,
NOEL REES, MARY ANN REES, WILLIAM
LEE REEVES, ANNEMARIE REHBERGER,
MICHAEL REHBERGER, JEANA
REHBERGER, REHBERGER FAMILY
TRUST DATED 6/17/92 C/O ANNEMARIE

REHBERGER TRUSTEE, THOMAS REHN,
ORBAN H. REICH, LINDA C. REID, RENO
AERONAUTICAL DEFINED BENEFIT
PENSION PLAN, RICHARD R. TRACY
TRUSTEE, MICHAEL H. RICCI, RICHARD
M. RAKER LIVING TRUST DATED 3/18/98
C/O RICHARD M. RAKER TRUSTEE,
RICHARD R. TRACY, URSULA W. TRACY,
JEAN RICHARDS, RICHARD RICHERT,
JEAN RICHERT, THOMAS RIEDMAN,
LARRY RIEGER, PATSY RIEGER, RACHEL
RIEHLE, RIGGS TRUST DATED 6/11/90,
FRANCIS DONALD RIGGS JR., FRANCIS
DONALD RIGGS, JR., CECIL E. RIORDAN,
BARBARA RIORDAN, JOSEPH RIZZUTO,
DOROTHY RIZZUTO, CASANDRA
ROBBINS, ROBERT G. FULLER TRUSTEE
OF THE RGF REVOCABLE TRUST,
ROBERT G. FULLER TRUSTEE, ROBERT J.
YONDER DEFINED BENEFIT PLAN,
ROBERT J. YODER, ROBERT L. OGREN
TRUST DATED 6/30/92 (ACCT #2) C/O
ROBERT L. OGREN TRUSTEE, ROBERT L.
OGREN TRUST DATED 6/30/92 C/O
ROBERT L. OGREN TRUSTEE, ROBERT L.
OGREN TRUST DATED 6/30/92 C/O
ROBERT L. OGREN TRUSTEE ACCT #3,
ROBERT W. HEINSOHN & PHYLLIS A.
HEINSOHN TRUST C/O ROBERT W. &
PHYLLIS A. HEINSOHN TRUSTEES,
ROCKLIN/REDDING LLC, ROBERT
RODRIGUEZ, AUDREY ROE, REBECCA
ROGER, JAMES WILLIAM ROGERS,
ELEANOR ROGERS, REBECCA ROGERS,
SAUL ROISENTUL, ILENE ROISENTUL,
ROISENTUL FAMILY TRUST, SAUL
ROISENTUL & ILENE ROISENTUL
TRUSTEES, CRAIG ROMMEL, ANN MARIE
ROMMEL, ROSALIND L. STARK POA FOR
FREDA COHEN, FREDA COHEN,
ROSEANNE CLARK REVOCABLE TRUST,
ROSEANNE CLARK TRUSTEE, DAVID
ROSNER, LEE ROTCHY, THALIA
ROUTSIS, ROBERT ROWLEY, KATHLEEN
ROWLEY, PHILLIP RULON, SHIRLEY
RULON, INGRID RUTHERFORD, BURTON
SACK, GREGORY SAK, JANA SAK,
DANIEL SALERNO, VIRGINIA SALERNO,

ANNE F. DI SALVO, RANDY SANCHEZ, SHARON SANCHEZ, SANCHEZ LIVING TRUST DATED 10/13/03 C/O RANDY M. SANCHEZ & SHARON SANCHEZ TRUSTEES, LAWRENCE SANGINITI, KATHLEEN SANGINITI, HOLLIS SAULSBERRY, EDWARD SCHEIDEGGER, ARTHUR SCHNITZER, LYNN SCHNITZER, SCHNITZER LIVING TRUST, ARTHUR SCHNITZER & LYNN SCHNITZER, EDWARD SCHOONER, SUSAN SCHOONER, KENNETH B. SCHULZ, MARY KAY BRYAN-SCHULZ, SCHWARTZ & EARP JOINT VENTURE, SECURE RETIREMENT TRUST B, LARRY APIGIAN & LEONA APIGIAN, NANCY SERINO, RONALD SHACKELFORD, ROBERT SHAPIRO, LEE SHAPIRO, CHRIS SHARP, TERI SHARP, EVELYN SHEERIN, GARY SHEERIN, JOANN SHEERIN, SHEERINS INC., A NEVADA CORPORATION, JOANN SHEERIN PRESIDENT, ALTHEA F. SHEF, SHELDON & MARION G. PORTMAN TRUST DATED 11/01/85, SHELDON PORTMAN & MARION G. PORTMAN TRUSTEES, PHILLIP E. SHELTON, LESLIE SIGGSSIGGS, ROBERT SIKORSKI, ALAN R. SIMMONS, JUDITH B. SIMMONS, SIMMTEX, INC., ALAN SIMON, CAROL SIMON, SIMON FAMILY TRUST 2000 C/O ALAN SIMON & CAROL SIMON TRUSTEES, SKIP AND MARY HAROUFF TRUST DATED 12/5/95, MARY ANN HAROUFF TRUSTEE, SONDRA SKIPWORTH, CHARLES SMALL, RICHARD L. SMALL, JACQUELINE SMALL, TODD SMITH, JUNE SMITH, DONALD SMITH, FRANCES SMITH, RAYMOND SMITH, MARGARET SMITH, ROBERT SMITH, TERRYLIN SMITH, FRANK SNOPKO, HERBERT SONNENKLAR, NORMA SONNENKLAR, FRANCESCO SORO, DAVID A. SOUZA, ELIZABETH M. SOUZA, SOVEREIGN CAPITAL ADVISORS, LLC (STAN TARA), ROBERT & BARBARA SPECKERT, SPECTRUM CAPITAL LLC, DWIGHT SPER, BONNIE SPER, DONALD SPRING,

EVELYN SPRING, CAROL SQUICCI, ARNOLD STAIRMAN, ROSALIND STARK, STARK FAMILY TRUST, ROSALIND L. STARK TRUSTEE, RONALD STARR, GLORIA STARR, STATER FAMILY LTD. PARTNERSHIP, ATHANASIA STEIN, JAY STEIN, MICHAEL STEWART, MARY JUDE STEWART, EUGENE STOKES, NORMAN STOKES, STSK INVESTMENTS LLC, JAMES SUPPLE, ROBERT SUSSKIND, LELAND SWANSON, LENA SWANSON, DONALD SWEZEY, BEVERLY SWEZEY, GEORGE SWILLEY, LOUIS SWILLEY, VIRGINIA SWILLEY, DAVID TAMMADGE, JOHN TAYLOR, JOY TAYLOR, KERRY TAYLOR, JOYCE TAYLOR, LOUISE TEETER, NORMAN TEETER, ROBERT TEETER, ROGER G. TEETER, LAWRENCE TENGAN, LORRAINE TENGAN, TERRY MARKWELL PROFIT SHARING PLAN AND TRUST, TERRY MARKWELL TRUSTEE, THALIA ROUTSIS FAMILY TRUST DATED 7/24/90, THALIA ROUTSIS, THE BENZ FAMILY TRUST DATED 7/14/95 C/O BERNARD D. BENZ & MARGARET W. BENZ, THE DAVID A. GEAN TRUST DATED 4/3/92 C/O MARSHALL KENDALL TRUSTEE, THE HAROUFF CHARITABLE REMAINDER TRUST DATED 9/5/96, MARY ANN HAROUFF TRUSTEE, THE PAULA NORDWIND & AARON NORDWIND 2001 REVOCABLE TRUST, AARON NORDWIND & PAULA NORDWIND TRUSTEES, THE ROBERT WILLIAM ULM LIVING TRUST DATED 4/11/05, ROBERT W. ULM TRUSTEE, THE SCHOONER FAMILY TRUST, EDWARD L. & SUSAN A SCHOONER TRUSTEES, GARY THIBAULT, SANDRA THIBAULT, THOMAS REHN IRA, WILMA JEAN THOMPSON, GREGORY THOMPSON, DEBRA THROWER, BOB THROWER, PATRICIA LEE TIEDE, TIKI INVESTMENT ENTERPRISES LP, TITAN MANAGEMENT LTD, NEIL TOBIAS, JOSEPH TOBIAS, LESLEIGH TOLIN, TOD GARY TOLIN, JAMES G. TON, DOROTHY TON, GERRY KEVIN TOPP, GARY TOPP, RICHARD

1  TRACY, URSULA TRACY, RORY
   TRIANTOS, CAROL TRIPP, JOHN TRIPP,
2  WALTER TRIPP, WARREN W. TRIPP,
3  TRIPP ENTERPRISES INC., TRIPP
   ENTERPRISES INC. RESTATED PSP C/O
4  WARREN W. TRIPP TRUSTEE, GARY
   TUCKER, LINDA TUCKER, DARLENE
5  TURNER, LOUIS TUCKER, SHIRLEY
   TURNER, PAUL TURNER, CAROL
6  TURNER, ROBERT TURNER, NANCY
7  TURNER, MARK TYSSELING, SHARON
   TYSSELING, ROBERT ULM, UNIVERSAL
8  MANAGEMENT, TONY CHAUDHRY,
   LLOYD VAN SICKLE, ROY R. VENTURA
9  JR., NANCY B. VENTURA, MARSHA
   VIEIRA, MELODY VIOLET, DONALD
10 VIRTS, PATRICIA VIRTS, KIP VIRTS,
11 MELISSA VIRTS, VIRTS REVOCABLE
   LIVING TRUST C/O DONALD E. VIRTS &
12 PATRICIA VIRTS TRUSTEES, MARIETTA
   VOGLIS, GUNTER VOLPEL, CHRISTIANE
13 VOLPEL, VOLPEL TRUST DATED 2/2/96
   C/O GUNTER VOLPEL & CHRISTIANE
14 VOLPEL TRUSTEES, W. E. BUCK FAMILY
15 TRUST DATED 7/02/87 C/O WILLIAM E.
   BUCK & ELENOR F. BUCK, JOHN WADE,
16 MARLENE WADE, DAVID C. WAHL,
   MARGARET A. WAHL, WALD FINANCIAL
17 GROUP, INC., WILLIAM C. WALLACE,
   PATRICIA M. WALLACE, ANNA
18 WALLACE, BRUCE WALLACE, JOSEPH
19 WALLS, ELLEN WALLS, WILLIAM
   WARWICK, VIRGINIA WARWICK,
20 DELBERT & MARY WATKINS, JOHN &
   COLLEEN WEAVER, PATRICIA ANN
21 WEBBER, WEBBER FAMILY TRUST
   DATED 10/31/89, HEINRICH RICHARD
22 WEBER, BRIGITTE S. WEBER, ARDIS
23 WEIBLE, DEAN WEIBLE, J. J. WELLS,
   CONNIE WESTBROOK, AUDREY
24 WHIGHTSIL, H. DANIEL WHITMAN,
   WHITNEY H. LAUREN FAMILY TRUST
25 DATED 3/5/98 C/O WHITNEY H. LAUREN
   TRUSTEE, EUGENE WIEHE, LYNN
26 WILKELIS, BARTON WILKINSON,
27 DIANNA WILKINSON, HAROLD
   WILLARD, BEVERLY WILLARD, JOHN L.
28 WILLIS JR., RODNEY L. WINDLE, ANN

-17-

| | |
|---|---|
| WINDLE, ALBERT WINEMILLER, DEBRA WINEMILLER, RUDOLF WINKLER, CARMEL WINKLER, WINKLER FAMILY TRUST, RUDOLF F. WINKLER & CARMEL WINKLER, DORIS WINTER, CRAIG R. WISCH, RICHARD WOOD, ROBERT WOODS, WOODS FAMILY TRUST, ROBERT D. WOODS & LOUISE D. WOODS TRUSTEES, RALPH WORTHING, MARYANNE WORTHING, KENNETH WYATT, PHYLLIS WYATT, NEIL A. XAVIER, JOY E. XAVIER, NELL XAVIER, JOSEPHINE XAVIER, YANKEE HOLDINGS LLC, ROBERT YODER, DWIGHT YODER, NANCY YODER, JUDY S. YOUNG, RICHARD S. YOUNGE, BEVERLY J. YOUNGE, JOSEPH G. ZAPPULLA, CAROL A. ZAPPULLA, ZAWACKI A CALIFORNIA LLC, EVO ZEPPONI, BILLIE ZEPPONI, ANTHONY J. ZERBO, MARSHALL R. ZERBO, FRANZ ZIMMER, and TERRY ZIMMERMAN, | |
| Defendants. | |

-18-

1    **PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Bankruptcy

2    Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1), Compass USA SPE LLC, a

3    Delaware limited liability company, Compass Financial Partners LLC, a Nevada limited liability

4    company, and Compass Financial Partners LLC, a Delaware limited liability company, the

5    plaintiffs in the captioned adversary proceeding styled Adv. No. 07-01105-LBR (the "Action"),

6    hereby dismiss defendant USA Capital First Trust Deed Fund, LLC from the Action without

7    prejudice.

8

9    Dated:      August 15, 2007
              New York, New York
10

11                                                _____
                                                  Robert J. Moore
12                                                Tyson M. Lomazow
                                                  MILBANK, TWEED, HADLEY & McCLOY,
13                                                LLP
                                                  1 Chase Manhattan Plaza
14                                                New York, NY 10005
                                                  Telephone No.:  (212) 530-5367
15                                                Facsimile No.:   (212) 822-5367

16                                                and

17                                                Peter Bernhard (State Bar No. 734)
                                                  Georganne W. Bradley (State Bar No. 1105)
18                                                Bullivant Houser Bailey PC
                                                  3980 Howard Hughes Parkway, Suite 550
19                                                Las Vegas, Nevada  89169
                                                  peter.bernhard@bullivant.com
20                                                Telephone No.: (702) 650-6565
                                                  Facsimile No.: (702) 650-2995
21

22

23                                                Counsel for Plaintiffs

24

25

26

27

28

LA1:#6335702                          -19-