USACM Liquidating Trust
# OBJECTION TO CLAIMS ASSERTING SECURED STATUS
RECLASSIFY AS GENERAL UNSECURED CLAIMS

| Claimant | Proof of Claim No. | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|
| Al-Awar Living Trust Dated 4/05/01<br>Adib M. & Ellen A. Al-Awar, Trustees<br>1330 Burro Ct.<br>Gardnerville, NV  89410 | 10725-02366 | $1,807,956.81 | Secured |
| Aldrich IRA, Georgette<br>2117 Las Flores Street<br>Las Vegas, NV  89102-3813 | 10725-02459 | $48,536.33 | Secured |
| Aquino, John P. & Lisa<br>2950 Cabrillo<br>San Francisco, CA  94121-3532 | 10725-02371 | $50,000.00 | Secured |
| Aquino, John P. & Lisa<br>2950 Cabrillo<br>San Francisco, CA  94121-3532 | 10725-02372 | $50,000.00 | Secured |
| Aquino, John P. & Lisa<br>2950 Cabrillo<br>San Francisco, CA  94121-3532 | 10725-02373 | $39,966.56 | Secured |
| Beckman, Gary<br>6756 Quinella Dr.<br>Las Vegas, NV  89103-4356 | 10725-02410 | $50,000.00 | Secured |
| Bruno, Vincent<br>4961 E. Patterson Ave.<br>Las Vegas, NV 89104 | 10725-00299 | $50,487.00 | Secured |
| Cangelosi, Donna M. & Brandon Arner<br>5860 Lausanne Dr.<br>Reno, NV 89511-5034 | 10725-01717-2 | $101,943.84 | Secured |
| Cangelosi, Donna M., Trustee<br>Donna M. Cangelosi Family Trust<br>5860 Lausanne Dr.<br>Reno, NV 89511-5034 | 10725-01716-2 | $768,560.86 | Secured |
| Cangelosi, Margaret M., Trustee<br>614 Hillside Crossing<br>Pompton Plains, NJ  07444 | 10725-02381 | $111,767.12 | Secured |

# EXHIBIT A

1858618.1

USACM Liquidating Trust
# OBJECTION TO CLAIMS ASSERTING SECURED STATUS
## RECLASSIFY AS GENERAL UNSECURED CLAIMS

| | | | |
|---|---|---|---|
| Clark, Curtis<br>Curtis Clark IRA<br>1403 Pueblo Drive<br>Boulder City, NC  89005-3203 | 10725-02442 | $64,791.00 | Secured |
| Clark, Donald P., Trustee<br>Donald P. Clark Family Trust<br>305 W. Moana Lane, Suite C<br>Reno, NV  89509 | 10725-02393 | $559,011.56 | Secured |
| Clark, Rosanne L.<br>2350 High Terrance Dr.<br>Reno, NVV 89509 | 10725-02290 | $152,747.24 | Secured |
| Disbrow, Eric C., Trustee<br>Eric C. Disbrow MD Inc. Profit<br>   Sharing Plan<br>3640 Fairway Drive<br>Cameron Park, CA  95682 | 10725-02363 | $447,567.04 | Secured |
| Disbrow, Eric C., Trustee<br>Eric C. Disbrow MD Inc. Profit<br>   Sharing Plan<br>3640 Fairway Drive<br>Cameron Park, CA  95682 | 10725-02364 | $447,567.00 | Secured |
| Downey, William<br>3637 Larch Avenue, Suite 3<br>So. Tahoe, CA  96150 | 10725-02368 | $400,164.43 | Secured |
| Dunbar Rlt Dated 11/21/98<br>Donald C. & Wanda Dunbar, Trustees<br>18124 Wedge Parkway, #153<br>Reno, NV  89511 | 10725-02405 | $729,865.62 | Secured |
| Essaff, Robert & Cindy H., Trustees<br>Essaff Family Trust Dated 6/18/02<br>2860 Heybourne Road<br>Minden, NV  89423 | 10725-02382 | $1,599,184.01 | Secured |
| Ernest W. Libman IRA<br>1709 Glenview Drive<br>Las Vegas, NV  89134-6121 | 10725-02458 | $12,821.00 | Secured |

**EXHIBIT A**

1858618.1

USACM Liquidating Trust
# OBJECTION TO CLAIMS ASSERTING SECURED STATUS
RECLASSIFY AS GENERAL UNSECURED CLAIMS

| | | | |
|---|---|---|---|
| Fager, Denise F., Trustee<br>Denise F. Fager Revocable Trust<br>　　UAD 2/28/03<br>5 Salvatore<br>Ladera Ranch, CA  92694 | 10725-02355 | $663,782.03 | Secured |
| Fager, Denise F., Trustee<br>Denise F. Fager Revocable Trust<br>　　UAD 2/28/03<br>5 Salvatore<br>Ladera Ranch, CA  92694 | 10725-02356 | $663,782.03 | Secured |
| Freedus JT Ten, Eric B. & Linda P.<br>5008 Nighthawk Way<br>Oceanside, CA  92056 | 10725-02404 | $304,419.00 | Secured |
| Garcell, Paul L. & Pamela Hertz<br>　　Rev Family Trust<br>Paul L. Garcell, Trustee<br>2013 Grouse Street<br>Las Vegas, NV  89134 | 10725-02361 | $50,000.00 | Secured |
| Gilmour, Nancy R., IRA<br>First Savings Bank Custodian<br>P.O. Box 1241<br>Camano Island, WA  98292-1241 | 10725-02380 | $203,004.11 | Secured |
| Gloy, Tom<br>P. O. Box 4497<br>Incline Village, NV 89450 | 10725-00066-2 | $200,000.00 | Secured |
| Graham, Nanci<br>240 Upper Terrace #3<br>San Francisco, CA  94117-4516 | 10725-02370 | $15,823.13 | Secured |
| Groh IRA, Alan<br>12613 Alcacer Del Sol<br>San Diego, CA  92128-4428 | 10725-02417 | $152,701.90 | Secured |
| Haney, George<br>3289 Topaz Lane<br>Cameron Park, CA  95682 | 10725-02418 | $50,000.00 | Secured |

# EXHIBIT A

1858618.1

USACM Liquidating Trust
# OBJECTION TO CLAIMS ASSERTING SECURED STATUS
## RECLASSIFY AS GENERAL UNSECURED CLAIMS

| | | | |
|---|---|---|---|
| Hein, Dennis E. & Meyer Don D., Joint Tenants with Right of Survivorship<br>c/o Don D. Meyer<br>3425 E. Russell Road, Unit 247<br>Las Vegas, NV 89120 | 10725-02407 | $126,590.00 | Secured |
| Hertz, Murray<br>2013 Grouse Street<br>Las Vegas, NV 89134 | 10725-02362 | $50,000.00 | Secured |
| JDL Trust Dated 1/27/04<br>Jack D. La Flesch, Trustee<br>8414 W. Farm Rd., #180-255<br>Las Vegas, NV 89131 | 10725-02352 | $50,746.52 | Secured |
| Johnston Trust Dated 9/7/85<br>Rodney L. & Diane E. Johnston, Trustees<br>4326 Arcadian Drive<br>Castro Valley, CA 94546 | 10725-02354 | $51,041.48 | Secured |
| Kassu LLC PSP Dated 1/1/05<br>c/o Kathleen A. Boyce, Trustee<br>16865 Rue Du Parc<br>Reno, NV 89511-4575 | 10725-02337 | $699.08 | Secured |
| Kempf, Marius & Mary A., Trustees<br>Fred & kellee Kempf Trust<br>2560 Forest City Drive<br>Henderson, NV 89052-6951 | 10725-02446 | $55,513.00 | Secured |
| Krynzel, David B., Individually & As Managing Partner of Gold Runner LLC<br>740 Aldo Rae Ct.<br>Henderson, NV 89052 | 10725-02339 | $57,374.31 | Secured |
| La Flesch, Jack D. IRA<br>First Savings Bank, Custodian<br>8414 W. Farm Rd., #180-255<br>Las Vegas, NV 89131 | 10725-02350 | $50,282.02 | Secured |
| Lamb-Groves, Norma, Trustee<br>Norma Lamb-Groves Trust<br>    Dated 2/18/03<br>1355 Player Circle<br>St. George, UT 84790 | 10725-02365 | $101,493.05 | Secured |

## EXHIBIT A

4

1858618.1

USACM Liquidating Trust
# OBJECTION TO CLAIMS ASSERTING SECURED STATUS
## RECLASSIFY AS GENERAL UNSECURED CLAIMS

| | | | |
|---|---|---|---|
| Lee, Emily<br>2223 25th Avenue<br>San Francisco, CA 94116 | 10725-02388 | $50,716.38 | Secured |
| Lee, Richard<br>1446 35th Avenue<br>San Francisco, CA 94122 | 10725-02387 | $24,613.31 | Secured |
| Libman, Ernest W., IRA<br>1709 Glenview Drive<br>Las Vegas, NV 89134-6121 | 10725-02458 | $12,821.00 | Secured |
| Lucas, Janice A. IRA<br>1310 Secret Lake Loop<br>Lincoln, CA 95648-8412 | 10725-02359 | $76,060.67 | Secured |
| Maguire, John J. & Diane M., Trustees<br>John J. & Diane M. Maguire Living Trust<br>   Dated 8/4/00<br>5590 San Palazzo Ct.<br>Las Vegas, NV 89141-3913 | 10725-02375 | $101,250.19 | Secured |
| McQuerry Family Trust<br>William McQuerry<br>318 Singing Brook Cir.<br>Santa Rosa, CA 95409-6483 | 10725-02240 | $101,011.00 | Secured |
| McQuerry Family Trust<br>William McQuerry<br>318 Singing Brook Cir.<br>Santa Rosa, CA 95409-6483 | 10725-02241 | $51,083.33 | Secured |
| McQuerry Family Trust<br>William McQuerry<br>318 Singing Brook Cir.<br>Santa Rosa, CA 95409-6483 | 10725-02242 | $49,968.89 | Secured |
| McQuerry Family Trust<br>William McQuerry<br>318 Singing Brook Cir.<br>Santa Rosa, CA 95409-6483 | 10725-02243 | $48,039.14 | Secured |

# EXHIBIT A

1858618.1

USACM Liquidating Trust
# OBJECTION TO CLAIMS ASSERTING SECURED STATUS
## RECLASSIFY AS GENERAL UNSECURED CLAIMS

| | | | |
|---|---|---|---|
| McQuerry Family Trust<br>William McQuerry<br>318 Singing Brook Cir.<br>Santa Rosa, CA 95409-6483 | 10725-02244 | $100,000.00 | Secured |
| McQuerry Family Trust<br>William McQuerry<br>318 Singing Brook Cir.<br>Santa Rosa, CA 95409-6483 | 10725-02245 | $51,515.96 | Secured |
| McQuerry Family Trust<br>William McQuerry<br>318 Singing Brook Cir.<br>Santa Rosa, CA 95409-6483 | 10725-02246 | $30,852.80 | Secured |

# EXHIBIT A

1858618.1