USACM Liquidating Trust
# OBJECTION TO CLAIMS ASSERTING SECURED STATUS
### RECLASSIFY AS GENERAL UNSECURED CLAIM

| Claimant | Proof of Claim No. | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|
| McQuerry Family Trust<br>William McQuerry<br>318 Singing Brook Cir.<br>Santa Rosa, CA 95409-6483 | 10725-02247 | $48,992.69 | Secured |
| McQuerry Family Trust<br>William McQuerry<br>318 Singing Brook Cir.<br>Santa Rosa, CA 95409-6483 | 10725-02248 | $50,941.63 | Secured |
| McQuerry Family Trust<br>William McQuerry<br>318 Singing Brook Cir.<br>Santa Rosa, CA 95409-6483 | 10725-02249 | $51,047.26 | Secured |
| McQuerry Family Trust<br>William McQuerry<br>318 Singing Brook Cir.<br>Santa Rosa, CA 95409-6483 | 10725-02250 | $51,516.96 | Secured |
| McQuerry Family Trust<br>William McQuerry<br>318 Singing Brook Cir.<br>Santa Rosa, CA 95409-6483 | 10725-02251 | $98,158.13 | Secured |
| McQuerry Family Trust<br>William McQuerry<br>318 Singing Brook Cir.<br>Santa Rosa, CA 95409-6483 | 10725-02252 | $50,481.17 | Secured |
| Melvin, Teri L.<br>2704 Chokecherry Avenue<br>Henderson, NV 89074-1990 | 10725-02348 | $97,670.00 | Secured |
| Melvin, Teri L.<br>2704 Chokecherry Avenue<br>Henderson, NV 89074-1990 | 10725-02349 | $100,000.00 | Secured |
| Melvin, Teri L.<br>2704 Chokecherry Avenue<br>Henderson, NV 89074-1990 | 10725-02351 | $49,561.13 | Secured |

# EXHIBIT A

1858562v1

USACM Liquidating Trust
# OBJECTION TO CLAIMS ASSERTING SECURED STATUS
## RECLASSIFY AS GENERAL UNSECURED CLAIM

| Name | Claim # | Amount | Status |
|---|---|---|---|
| Melvin, Teri<br>2704 Chokecherry Way<br>Henderson, NV 89014 | 10725-02421 | $613,561.41 | Secured |
| Minter Family 1994 Trust<br>Douglas & Elizabeth F. Minter, Trustees<br>5389 Conte Drive<br>Carson City, NV 89701 | 10725-02383 | $622,044.87 | Secured |
| Minter Family 1994 Trust<br>Douglas & Elizabeth F. Minter, Trustees<br>5389 Conte Drive<br>Carson City, NV 89701 | 10725-02384 | $12,267.64 | Secured |
| Moore, Arthur B.<br>994 Lilac Ct.<br>Minden, NV 89423-5131 | 10725-00561 | $15,542.15 | Secured |
| Moore, Raymond C. & Rose<br>902 University Ridge Drive<br>Reno, NV 89512 | 10725-02345 | $40,477.76 | Secured |
| Morgan, Kenneth G., Trustee<br>Kenneth G. Morgan Living Trust<br>2147 Alisa Maria Way<br>Las Vegas, NV 89104 | 10725-00830 | $26,028.62 | Secured |
| Musso, Walter and Barbara, Trustees<br>Musso Living Trust Dated 11/30/1992<br>P.O. Box 2566<br>Avila Beach, CA 93424 | 10725-02353 | $1,246,009.58 | Secured |
| Nirenstein, Allen & Dorothy, Trustees<br>Allen M. & Dorothy H. Nirenstein 1992<br>   Rev Trust Dated 3/4/92<br>403 Woodland Rd.<br>Kentfield, CA 94904-2635 | 10725-02411 | $402,819.63 | Secured |
| Nirenstein, Allen & Dorothy, Trustees<br>Allen M. & Dorothy H. Nirenstein 1992<br>   Rev Trust Dated 3/4/92<br>403 Woodland Rd.<br>Kentfield, CA 94904-2635 | 10725-02412 | $56,649.99 | Secured |

# EXHIBIT A

1858562v1

USACM Liquidating Trust
# OBJECTION TO CLAIMS ASSERTING SECURED STATUS
RECLASSIFY AS GENERAL UNSECURED CLAIM

| Name/Address | Claim No. | Amount | Status |
|---|---|---|---|
| Nirenstein, Allen & Dorothy, Trustees<br>Allen M. & Dorothy H. Nirenstein 1992<br>    Rev Trust Dated 3/4/92<br>403 Woodland Rd.<br>Kentfield, CA 94904-2635 | 10725-02413 | $102,152.78 | Secured |
| Nirenstein, Allen & Dorothy, Trustees<br>Allen M. & Dorothy H. Nirenstein 1992<br>    Rev Trust Dated 3/4/92<br>403 Woodland Rd.<br>Kentfield, CA 94904-2635 | 10725-02414 | $50,590.28 | Secured |
| Nirenstein, Allen & Dorothy, Trustees<br>Allen M. & Dorothy H. Nirenstein 1992<br>    Rev Trust Dated 3/4/92<br>403 Woodland Rd.<br>Kentfield, CA 94904-2635 | 10725-02415 | $92,700.00 | Secured |
| Patterson-Rogers Family Trust<br>    Dated 09/05/01<br>Robert C. & Joyce Patterson-Rogers,<br>    Trustees<br>P. O. Box 60175<br>Las Vegas, NV 89160 | 10725-02338 | $768.46 | Secured |
| Patterson-Rogers Family Trust<br>    Dated 09/05/01<br>Robert C. & Joyce Patterson-Rogers,<br>    Trustees<br>P. O. Box 60175<br>Las Vegas, NV 89160 | 10725-02338 | $50,000.00 | Secured |
| Prescia Investments<br>Anthony & Nancy, Managers<br>5475 W. Teco Avenue<br>Las Vegas, NV 89118-2814 | 17025-02390 | $75,000.00 | Secured |
| Quinn, Sidney<br>P.O. Box 340<br>Big Pine, CA 93513 | 10725-02439 | $50,000.00 | Secured |
| Reed, Michael IRA<br>First Savings Bank, Custodian<br>259 Overlook Drive | 10725-02357 | $50,746.52 | Secured |

**EXHIBIT A**

1858562v1

USACM Liquidating Trust
# OBJECTION TO CLAIMS ASSERTING SECURED STATUS
## RECLASSIFY AS GENERAL UNSECURED CLAIM

| Name/Address | Claim No. | Amount | Status |
|---|---|---|---|
| Cadiz, KY 42211 | | | |
| Reed, Linda S. IRA<br>First Savings Bank, Custodian<br>259 Overlook Drive<br>Cadiz, KY 42211 | 10725-02358 | $78,103.67 | Secured |
| Richards, Jean G., Trustee<br>Jean G. Richards Trust Dated 9/30/99<br>1160 Magnolia Lane<br>Lincoln, CA 95648 | 10725-02401 | $156,596.03 | Secured |
| Roberts Family Trust Dated 4/28/04<br>c/o Sarah R. Roberts, Trustee<br>529 Clearview Dr.<br>Los Gatos, CA 95032-1743 | 10725-01833 | $15,001.78 | Secured |
| Rothberg, Sheila<br>21 Randolph Drive<br>Dix Hills, NY 11746 | 10725-02374 | $250,000.00 | Secured |
| Smith, Joyce E., Trustee<br>Joyce E. Smith Trust Dated 11/3/99<br>3080 Red Springs Dr.<br>Las Vegas, NV 89135-1548 | 10725-00908 | $----------- | Secured |
| Smith, Eldon N.<br>370 N. Pfeiffer Horn Dr.<br>Alpine, UT 84004 | 10725-00072 | $40,174.40 | Secured |
| Suarez, Tony<br>16 Bland Street<br>Emerson, NJ 07630-1154 | 10725-02395 | $45,884.10 | Secured |
| Topp, Gerry<br>10745 W. River Street<br>Truckee, CA 96161 | 10725-02416 | $260,703.10 | Secured |
| Von Berg, Marietta S.<br>24622 Rimrock Canyon Road<br>Salinas, CA 93908 | 10725-02385 | $54,276.03 | Secured |
| Von Berg, Marietta S.<br>24622 Rimrock Canyon Road<br>Salinas, CA 93908 | 10725-02386 | $54,265.03 | Secured |

**EXHIBIT A**

1858562v1

USACM Liquidating Trust
# OBJECTION TO CLAIMS ASSERTING SECURED STATUS
RECLASSIFY AS GENERAL UNSECURED CLAIM

# EXHIBIT A

1858562v1

# USACM Liquidating Trust
# OBJECTION TO CLAIMS ASSERTING SECURED STATUS
## RECLASSIFY AS GENERAL UNSECURED CLAIM

| Name | Claim # | Amount | Status |
|---|---|---|---|
| Walter, Diane<br>c/o Beesley Matteoni Ltd.<br>Caryn S. Tijsseling Esq.<br>5011 Meadowood Mall Way SUI<br>Reno, NV 89502 | 10725-00062-2 | $50,000.00 | Secured |
| Weeks, David & Janelle<br>4400 Clyde<br>Casper, WY 82609 | 10725-02409 | $53,347.72 | Secured |
| Weible 1981 Trust Dated 6/30/81<br>Ardis & Dean F. Weible, Co-Trustees<br>6314 Tara Avenue<br>Las Vegas, NV 89146 | 10725-02402 | $157,596.55 | Secured |
| Weible 1981 Trust Dated 6/30/81<br>Ardis & Dean F. Weible, Co-Trustees<br>6314 Tara Avenue<br>Las Vegas, NV 89146 | 10725-02403 | $277,838.39 | Secured |
| Westbrook, Connie<br>14320 Ghost Rider Dr.<br>Reno, NV 89511 | 10725-01679 | $120,000.00 | Secured |
| Westbrook, Connie<br>14320 Ghost Rider Dr.<br>Reno, NV 89511 | 10725-01685 | $50,000.00 | Secured |
| What's On Limited Partnership<br>2013 Grouse Street<br>Las Vegas, NV 89134 | 10725-02360 | $100,000.00 | Secured |
| Whitman Trust Dated 12/01/04<br>c/o H. Daniel Whitman, Trustee<br>P.O. Box 10200<br>Zephyr Cove, NV 89448-2200 | 10725-02367 | $203,206.82 | Secured |
| Wong, Juliet<br>2223 25th Avenue<br>San Francisco, CA 94116 | 10725-02389 | $50,716.38 | Secured |
| Yerushalmi, Mazal<br>8904 Greensboro Lane<br>Las Vegas, NV 89134-0502 | 10725-02568 | $40,174.40 | Secured |

**EXHIBIT A**

1858562v1

USACM Liquidating Trust
# OBJECTION TO CLAIMS ASSERTING SECURED STATUS
RECLASSIFY AS GENERAL UNSECURED CLAIM

# EXHIBIT A

1858562v1