Robbin L. Itkin, Esq. (CA Bar No. 117105)         E-Filed  August 23, 2007
*(Pro Hac Vice Application Pending)*
**STEPTOE & JOHNSON LLP**
2121 Avenue of the Stars, Suite 2800
Los Angeles CA 90067
Phone: (310) 734-3200
Fax:    (310) 734-3300
Email:  ritkin@steptoe.com

Brian D. Shapiro, Esq. (NV Bar No. 5772)
Law Office of Brian D. Shapiro, LLC
624 S. 9th Street
Las Vegas, NV 89101
Phone:   (702) 385-5266
Fax:     (702) 382-2967
Email: bshapiro@brianshapirolaw.com

*Attorneys for MICHAEL W. CARMEL,*
 *Ch. 11 Trustee for the Estate of Thomas A. Hantges*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>           Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY INVESTORS, LLC,<br>           Debtor. | Chapter: 11<br><br>Jointly Administered Under<br>Case No.: BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>           Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>           Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>           Debtor | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that service of the following:

1. Verified Petition For Permission To Practice In This Case Only By Attorney Not Admitted To The Bar Of This Court;

Doc. # CC-164561 v.1

1  2. Notice Of Appearance And Request For Special Notice;

2  3. Designation Of Local Counsel And Consent Thereto; and

3  4. [Amended] Designation Of Local Counsel And Consent Thereto

was made on the 22nd day of August 2007, by depositing a true and correct copy of the aforementioned in a mailbox of the United States Post Office, enclosed in a sealed envelope, postage fully prepaid thereon, addressed to all interested parties on the mailing matrix attached hereto as Exhibit "1".

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Dated:  August 23, 2007          /s/ Aja N. Clark
                                 Aja N. Clark
                                 an employee of Steptoe & Johnson LLP

# EXHIBIT 1

**SERVICE LIST**
*USA Commercial Mortgage Company – Case No. S-06-10725 LBR*

Office of the United States Trustee
August B. Landis
Assistant United States Trustee
U.S. DEPARTMENT OF JUSTICE
300 Las Vegas Boulevard S. Suite 4300
Las Vegas, NV 89101

Debtor
USA Commercial Mortgage Company
4484 South Pecos Road
Las Vegas, NV 89121

Attorney for Debtor
Annette W. Jarvis
PO Box 45385
Salt Lake City, UT 84145

Trustee for USACM
Geoffrey L. Berman
Development Specialists, Inc.
333 S. Grand Ave., Ste. 4070
Los Angeles, California 90071-1544

Attorneys for Trustee, Geoffrey Berman
Rob Charles
Susan M. Freeman
Lewis and Roca LLP
3003 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169

USACM Litigation Counsel and Point of Contact for Litigation Database
Allan B. Diamond, Esq.
Diamond McCarthy L.L.P.
Two Houston Center
909 Fannin, Suite 1500
Houston, TX 77010

USACM Litigation Counsel and Point of Contact for Litigation Database
Eric Madden
Diamond McCarthy Taylor Finley & Lee, LLP
Renaissance Tower
1201 Elm Street, 34th Floor
Dallas, Texas 75270

Chapter 11 Trustee for the Estate of Debtor Thomas A. Hantges
Michael W. Carmel
80 E. Columbus Ave.
Phoenix, AZ 85012

Local Counsel to Michael W. Carmel, Ch. 11 Trustee for the Estate of Thomas A. Hantges
Brian D. Shapiro
Law Office Of Brian D. Shapiro, LLC
624 South 9th Street
Las Vegas, NV 89101