Robert J. Moore
Tyson M. Lomazow
MILBANK, TWEED, HADLEY & McCLOY, LLP
1 Chase Manhattan Plaza
New York, New York 10005
Telephone No. (212) 530-5367
Facsmile No. (212) 822-5367

Peter C. Bernhard (Nevada State Bar No. 734)
Georganne W. Bradley (Nevada State Bar No. 1105)
BULLIVANT HOUSER BAILEY PC
3883 Howard Hughes Parkway, Suite 550
Las Vegas, Nevada 89169
Telephone No. (702) 669-3600
Facsimile No. (702) 650-2995
E-Mail:        peter.bernhard@bullivant.com
E-Mail:        georganne.bradley@bullivant.com

Counsel for Compass USA SPE LLC and
Compass Financial Partners LLC

E-Filed on: August 23, 2007

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **AFFIDAVIT OF MAILING** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

– 1 –

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

------------------------------------------------------------X
In re:                                                      :   Chapter 11
                                                            :
USA COMMERCIAL MORTGAGE COMPANY, et al.,:                       Case No. 06-10725 (LBR)
                                                            :
         Debtors.                                           :   (Jointly Administered)
                                                            :
------------------------------------------------------------X

AFFIDAVIT OF MAILING

STATE OF NEW YORK           )
                            ) ss.:
COUNTY OF NEW YORK          )

HERB BAER, being duly sworn, deposes and says:

1. I am over the age of eighteen years and employed by Epiq Systems, Inc., 757 Third Avenue, New York, New York and I am not a party to the above-captioned action.

2. On August 2, 2007, I caused true and correct copies of the "AMENDED NOTICE OF HEARING ON MOTION OF COMPASS FINANCIAL PARTNERS LLC FOR ORDER PURSUANT TO 11 U.S.C. § 105 FOR RELIEF FROM JUNE 20, 2007 STANDSTILL ORDER AND PERMISSION TO CONDUCT FORECLOSURE SALES (FILED UNDER SEAL AND ON SHORTENED NOTICE PURSUANT TO ORDER OF COURT)", dated August 2, 2007 [docket number 4408] to be enclosed securely in separate postage pre-paid envelopes and delivered by overnight mail to those parties listed on Exhibit "A" using addresses provided by Compass Financial Partners LLC.

Sworn to before me this
3rd day of August, 2007

_____
Notary Public

_____
Herb Baer

DIANE M. STREANY
Notary Public, State of New York
No. 01ST5003825
Qualified in Westchester County
Commission Expires November 2, 2010

G:\hbaer\compass\Foreclosure_motion_notice_8-2 07_Aff