**EXHIBIT "A"**

Epiq Systems, Inc.                                                                                   Exhibit A - August 2, 2007

|    | Investor Name |
|----|---|
| 1  | 1823 CORPORATION, A CALIFORNIA CORPORATION |
| 2  | AARON I. OSHEROW, TRUSTEE OF THE OSHEROW TRUST DATED 9/11/89 |
| 3  | ADELAIDE L. MOSCHOGIANIS & CHRISTINE MOSCHOGIANIS TRUSTEES OF THE AL MOSCHOGIANIS REVOCABLE TRUST DATED 11/30/04 |
| 4  | ADRIAN J.R. OOSTHUIZEN, A MARRIED MAN DEALING WITH HIS SOLE & SEPARATE PROPERTY |
| 5  | AIG LIMITED, A NEVADA LIMITED PARTNERSHIP |
| 6  | ALAN ROBINSON & GAIL ROBINSON, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 7  | ALBERT MONTERO TRUSTEE OF THE ALBERT MONTERO FAMILY TRUST U/A DATED 11/3/94 |
| 8  | ALDON G. COOK AND DEEDRA COOK, HUSBAND AND WIFE, AS JOINT TENANTS WITH THE RIGHT OF SURVIVORSHIP |
| 9  | ALEXANDER W. MARCHUK & DOREEN W. MARCHUK |
| 10 | ALI PIRANI, A MARRIED MAN AS HIS SOLE AND SEPARATE PROPERTY |
| 11 | ALICIA JENKINS, A SINGLE WOMAN |
| 12 | ALLEN HERD AND MARILYN HERD, TRUSTEES OF THE HERD FAMILY TRUST DATED 4/23/90 |
| 13 | ALMA B. MOORE, AN UNMARRIED WOMAN |
| 14 | ALOYS FISCHER AND JOYCE FISCHER, TRUSTEES OF THE FISCHER FAMILY TRUST DATED 6/9/95 |
| 15 | ANN ULFELDER & LEONARD ULFELDER, WIFE & HUSBAND, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 16 | ANNA LACERTOSA, A WIDOW & MARIE LACERTOSA |
| 17 | ANNEE NOUNNA TRUSTEE OF THE ANNEE NOUNNA FAMILY TRUST |
| 18 | ANNEMARIE REHBERGER, TRUSTEE OF THE REHBERGER FAMILY TRUST DATED 6/17/92 |
| 19 | ANTHONY J. ZERBO, AN UNMARRIED MAN |
| 20 | ANTONIO C. ALAMO TRUSTEE OF THE ALAMO FAMILY TRUST DATED 12/30/86 |
| 21 | ARADA INVESTMENTS, LLC, AN ARIZONA LIMITED LIABILITY COMPANY |
| 22 | ARTHUR P. SCHNITZER & LYNN S. SCHNITZER TRUSTEES OF THE SCHNITZER LIVING TRUST DATED 10/29/91 |
| 23 | B & W PRECAST CONSTRUCTION, INC., A CALIFORNIA CORPORATION |
| 24 | BARRY J. GOLDSTEIN & PATRICIA B. GOLDSTEIN, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 25 | BARTON R. WILKINSON & DIANNA J. WILKINSON, HUSBAND & WIFE, AS JOINT TENANTS WITH THE RIGHT OF SURVIVORSHIP |
| 26 | BENJAMIN NICOSIA & ALEATH NICOSIA TRUSTEES FOR THE BENJAMIN & ALEATH NICOSIA FAMILY TRUST DATED 5/10/02 |
| 27 | BERNARD A. KLOENNE TRUSTEE OF THE BERNARD KLOENNE LIVING TRUST DATED 10/10/86 |
| 28 | BERNARD COHEN AND ELAINE COHEN, TRUSTEES OF THE BERNARD COHEN TRUST DATED 3/24/88 |
| 29 | BETTY J. PHENIX, A MARRIED WOMAN DEALING WITH HER SOLE & SEPARATE PROPERTY |
| 30 | BETTY KOLSTRUP, A SINGLE WOMAN DEALING WITH HER SOLE AND SEPARTATE PROPERTY |
| 31 | BILL PENN & ISA PENN TRUSTEES OF THE PENN FAMILY TRUST DATED 1/20/90 |
| 32 | BRAD L. LARSON, A MARRIED MAN DEALING WITH HIS SOLE & SEPARATE PROPERTY |
| 33 | BRETT W. SPERRY, AN UNMARRIED MAN |
| 34 | BRIAN H. BUSSE & DAWN BUSSE, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 35 | BRUCE D. BRYEN, AN UNMARRIED MAN, TRANSFER ON DEATH TO ERICA BRYEN, AN UNMARRIED WOMAN |
| 36 | BUNNY C. VREELAND, AN UNMARRIED WOMAN |
| 37 | BURTON M SACK TRUSTEE OF THE SCOTT A SACK IRREVOCABLE TRUST DATED 3/18/94 |
| 38 | BYRNE E. FALKE SR. TRUSTEE OF THE VILLAGE HARDWARE PENSION TRUST |
| 39 | C. K. KHURY & IRENE K. BASS, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 40 | C. K. KHURY AND IRENE K. BASS, TRUSTEES OF THE C. K. KHURY AND IRENE K. BASS FAMILY TRUST DATED 5/10/05 |
| 41 | CARLO J. PARADISO, AN UNMARRIED MAN |
| 42 | CATHERINE B. STRETMATER TRUSTEE OF THE CATHERINE B. STRETMATER REVOCABLE TRUST DATED 6/5/89 |
| 43 | CATHERINE D. OPPIO TRUSTEE OF THE CATHERINE D. OPPIO TRUST DATED 2/11/04 |
| 44 | CHARLES B. ANDERSON TRUSTEE OF THE CHARLES B. ANDERSON TRUST |
| 45 | CHARLES B. DUNN, IV TRUSTEE OF THE CHARLES B. DUNN, IV TRUST DATED 8/12/05 |
| 46 | CHARLES BOMBARD TRUSTEE OF THE CHARLES BOMBARD 1999 TRUST DATED 12/3/99 |
| 47 | CHARLES D. HOPSON TRUSTEE OF THE CHARLES D. HOPSON LIVING TRUST DATED 2/20/96 |
| 48 | CHARLES T. HAMM AND SANDRA L. HAMM, TRUSTEES OF THE HAMM TRUST DATED 3/17/05 |
| 49 | CHRISTINE M. QUINN TRUSTEE OF THE QUINN LIVING TRUST DATED 8/26/04 |

Epiq Systems, Inc.                                                                                          Exhibit A - August 2, 2007

|    | Investor Name |
|----|---------------|
| 50 | CLARA M. CADIEUX, A MARRIED WOMAN DEALING WITH HER SOLE & SEPARATE PROPERTY |
| 51 | CLARK R. BARTKOWSKI AND JEAN P. BARTKOWSKI TRUSTEES OF THE BARTKOWSKI FAMILY TRUST DATED 8/25/1994 |
| 52 | COMPASS PARTNERS LLC |
| 53 | COMPASS PARTNERS LLC |
| 54 | COMPASS USA SPE, LLC |
| 55 | COMPASS USA SPE, LLC |
| 56 | CORNELIUS BUYS & HELEN BUYS, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 57 | CURTIS HATTSTROM & VIRGINIA HATTSTROM, HUSBAND & WIFE |
| 58 | CURTIS R. COLAGROSS AND TERRI L. COLAGROSS, HUSBAND AND WIFE, AS JOINT TENANTS WITH THE RIGHT OF SURVIVORSHIP |
| 59 | CYNTHIA ANN PARDEE TRUSTEE OF THE CYNTHIA ANN PARDEE TRUST DATED 6/20/03 |
| 60 | CYNTHIA D. BURDIGE TRUSTEE OF THE CYNTHIA D. BURDIGE TRUST U/A DATED 4/13/00 |
| 61 | D. NATHAN MEEHAN, A MARRIED MAN DEALING WITH HIS SOLE & SEPARATE PROPERTY |
| 62 | DALE J. MCMULLAN TRUSTEE OF THE MCMULLAN LIVING TRUST DATED 8/19/94 |
| 63 | DANIEL T. DRUBIN & LAURA DRUBIN, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 64 | DARLENE HAMMOND TRUSTEE OF THE DAR LIVING TRUST DATED 2/12/03 |
| 65 | DAVID A. WEAVER, AN UNMARRIED MAN |
| 66 | DAVID B. GREENBERG TRUSTEE OF THE D.B. GREENBERG TRUST U/D/T 7/20/98 |
| 67 | DAVID E. DERBY & PATRICIA J. DERBY, HUSBAND & WIFE, AS JOINT TENANTS WITH THE RIGHT OF SURVIVORSHIP |
| 68 | DAVID KRAVITZ & MABLE R. KRAVITZ TRUSTEES OF THE KRAVITZ FAMILY REVOCABLE TRUST UNDER AGREEMENT DATED 12/9/99 |
| 69 | DAVID M. OLDS & SALLY W. OLDS, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 70 | DAVID R. WILSON, AN UNMARRIED MAN |
| 71 | DAVIS INVESTMENTS, A NEVADA PARTNERSHIP |
| 72 | DELBERT T. JOHNSTON, JR. & REBECCA J. JOHNSTON TRUSTEES OF THE JOHNSTON ESTATE REVOCABLE TRUST DATED 5/17/94 |
| 73 | DELBERT WATKINS & MARY ANN WATKINS TRUSTEES OF THE WATKINS FAMILY TRUST DATED 7/24/92 |
| 74 | DENISE F. FAGER TRUSTEE OF THE DENISE F. FAGER REVOCABLE TRUST UNDER AGREEMENT DATED 2/28/03 |
| 75 | DENNIS J. WARD & PATRICIA A. WARD TRUSTEES OF THE WARD TRUST DATED 5/21/96 |
| 76 | DENNIS RAGGI, A MARRIED MAN DEALING WITH HIS SOLE & SEPARATE PROPERTY |
| 77 | DENNIS SIPIORSKI & DONNA SIPIORSKI, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 78 | DOMINIQUE NAYLON, AN UNMARRIED WOMAN |
| 79 | DONALD BRINEY TRUSTEE OF THE BRINEY FAMILY TRUST |
| 80 | DONALD H. PINSKER, AN UNMARRIED MAN |
| 81 | DONALD H. PINSKER, AN UNMARRIED MAN, AND SHERRYL R. PINSKER, A SINGLE WOMAN, AS JOINT TENANTS WITH THE RIGHTS OF SURVIVORSHIP |
| 82 | DONALD P. CLARK TRUSTEE OF THE DONALD P. CLARK FAMILY TRUST DATED 10/25/94 |
| 83 | DONALD W. COOK TRUSTEE OF THE DONALD W. COOK TRUST |
| 84 | DONNA M. CANGELOSI TRUSTEE OF THE DONNA M. CANGELOSI FAMILY TRUST |
| 85 | DR. DAVID R. ENRICO & DR. BONNY K. ENRICO, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 86 | DR. GARY L. KANTOR, AN UNMARRIED MAN |
| 87 | DUANE STEWARD AND DIANE J. STEWARD, HUSBAND AND WIFE, AS JOINT TENANTS WITH THE RIGHT OF SURVIVORSHIP |
| 88 | DUNHAM TRUST COMPANY TRUSTEE OF THE FREDERICK W. KEWELL IRA |
| 89 | EARL HOWSLEY, JR. A MARRIED MAN DEALING WITH HIS SOLE & SEPARATE PROPERTY |
| 90 | EDWARD J. PANYREK & JOAN PANYREK, GRANTORS AND/OR TRUSTEES OF THE EDWARD & JOAN PANYREK TRUST DATED AUGUST 11, 2005 |
| 91 | EDWARD RAMOS & JACQUELINE RAMOS TRUSTEES OF THE EDWARD & JACQUELINE RAMOS FAMILY TRUST DATED 3/9/95 |
| 92 | ELAINE MULLIN TRUSTEE FOR THE BENEFIT OF ELAINE P. MULLIN TRUST DATED 8/6/90 |
| 93 | ELMER EUGENE GILBERT, JR., A MARRIED MAN DEALING WITH HIS SOLE & SEPARATE PROPERTY |

Epiq Systems, Inc.                                                                                  Exhibit A - August 2, 2007

| | Investor Name |
|---|---|
| 94 | ERIC C. DISBROW TRUSTEE OF THE ERIC C. DISBROW MD INC. PROFIT SHARING PLAN |
| 95 | ERNIE C. YOUNG TRUSTEE OF THE ERNIE C. YOUNG LIVING TRUST DATED 9/23/96 |
| 96 | EUGENE W. CADY & SANDRA L. CADY TRUSTEES OF THE EUGENE W. CADY & SANDRA L. CADY TRUST DATED 9/24/85 |
| 97 | EVALYN C. TAYLOR TRUSTEE OF THE EVALYN C. TAYLOR SEPARATE PROPERTY TRUST DATED 2/17/87 |
| 98 | EVAN J. MADOW D.C. TRUSTEE OF THE EVAN J. MADOW D.C. TRUST |
| 99 | EVO ZEPPONI AND BILLIE ZEPPONI, TRUSTEES OF THE EVO E. ZEPPONI AND BILLIE D. ZEPPONI FAMILY TRUST UNDER AGREEMENT DATED 2/9/1993 |
| 100 | FIRST REGIONAL BANK CUSTODIAN FOR IRWIN LEVINE IRA C/O POLLYCOMP |
| 101 | FIRST REGIONAL BANK CUSTODIAN FOR JERRY R. JOHNSON IRA |
| 102 | FIRST SAVINGS BANK CUSTODIAN FOR BRUCE SONNENBERG IRA |
| 103 | FIRST SAVINGS BANK CUSTODIAN FOR GARY MCMAHON SEP IRA |
| 104 | FIRST SAVINGS BANK CUSTODIAN FOR JACK MENNIS IRA |
| 105 | FIRST SAVINGS BANK CUSTODIAN FOR JAMES F. EVES IRA |
| 106 | FIRST SAVINGS BANK CUSTODIAN FOR JAY P. HINGST IRA |
| 107 | FIRST SAVINGS BANK CUSTODIAN FOR KENNETH ADDES IRA |
| 108 | FIRST SAVINGS BANK CUSTODIAN FOR KENNETH H. WYATT IRA |
| 109 | FIRST SAVINGS BANK CUSTODIAN FOR LLOYD FREY IRA |
| 110 | FIRST SAVINGS BANK CUSTODIAN FOR MANUEL G. RICE IRA |
| 111 | FIRST SAVINGS BANK CUSTODIAN FOR MARVIN NICOLA, IRA |
| 112 | FIRST SAVINGS BANK CUSTODIAN FOR MARY JELLISON IRA |
| 113 | FIRST SAVINGS BANK CUSTODIAN FOR MICHAEL J. MCLAWS IRA |
| 114 | FIRST SAVINGS BANK CUSTODIAN FOR MICHAEL S. BRAIDA IRA |
| 115 | FIRST SAVINGS BANK CUSTODIAN FOR NELSON L. COHEN IRA |
| 116 | FIRST SAVINGS BANK CUSTODIAN FOR PEGGY ANN VALLEY IRA |
| 117 | FIRST SAVINGS BANK CUSTODIAN FOR RANDY SANCHEZ IRA |
| 118 | FIRST SAVINGS BANK CUSTODIAN FOR RENA DEHART IRA |
| 119 | FIRST SAVINGS BANK CUSTODIAN FOR RICHARD L. CADIEUX IRA |
| 120 | FIRST SAVINGS BANK CUSTODIAN FOR ROBERT G. FULLER IRA |
| 121 | FIRST SAVINGS BANK CUSTODIAN FOR ROBERT SULLIVAN IRA |
| 122 | FIRST SAVINGS BANK CUSTODIAN FOR TIMOTHY J. PORTER IRA |
| 123 | FIRST SAVINGS BANK FBO ARTHUR I KRISS |
| 124 | FIRST TRUST CO. OF ONAGA CUSTODIAN FOR BETTY R. PARDO IRA |
| 125 | FIRST TRUST CO. OF ONAGA CUSTODIAN FOR ROBERT SPECKERT IRA |
| 126 | FIRST TRUST CO. OF ONAGA CUSTODIAN FOR THOMAS C. GRAY IRA |
| 127 | FRALEY LIMITED PARTNERSHIP, A NEVADA LIMITED PARTNERSHIP |
| 128 | FRANCIS HOWARD TRUSTEE OF THE JAIME KEFALAS TRUST |
| 129 | FRANCIS HOWARD TRUSTEE OF THE JASON A. KEFALAS TRUST |
| 130 | FRED TERIANO |
| 131 | FREDERICK J. DAVIS, A MARRIED MAN DEALING WITH HIS SOLE & SEPARATE PROPERTY |
| 132 | FREEDA COHEN TRUSTEE OF THE FREEDA COHEN TRUST DATED 7/11/04 |
| 133 | GARY A. MICHELSEN, AN UNMARRIED MAN |
| 134 | GARY I. MILLER & BARBARA L. MILLER TRUSTEES OF THE GARY I. & BARBARA L. MILLER TRUST DATED 08/13/87 |
| 135 | GARY R. BARTON & MAVIS J. BARTON, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 136 | GEORGE W. HUBBARD AND CAROL N. HUBBARD TRUSTEES OF THE HUBBARD TRUST DATED 7/29/1998 |
| 137 | GERALD L. BITTNER, SR. DDS INC PROFIT SHARING PLAN & TRUST DATED 1/15/91 |
| 138 | GLORIA J. NELSON, A MARRIED WOMAN DEALING WITH HER SOLE & SEPARATE PROPERTY |
| 139 | GLORIA VALAIR, A SINGLE WOMAN |
| 140 | GORDON N. STIMPSON & MARJORIE I. STIMPSON CO-TRUSTEES OF THE STIMPSON FAMILY TRUST DATED 5/9/00 |
| 141 | GREGORY L. FREEMAN TRUSTEE OF THE LILLIAN M. FREEMAN TRUST DATED 5/31/85 |
| 142 | GREGORY W. STIMPSON & CARRIE M. STIMPSON, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 143 | GUENTHER A. KOHLER & ELFRIEDE KOHLER TRUSTEES OF THE 1989 KOHLER LIVING TRUST DATED 6/13/89 |

Epiq Systems, Inc.                                                                                           Exhibit A - August 2, 2007

|     | Investor Name |
| --- | --- |
| 144 | GUENTHER LEOPOLD & ADELLE LEOPOLD TRUSTEES OF THE GUENTHER & ADELLE LEOPOLD FAMILY TRUST DATED 1/01/82 |
| 145 | GUNTER VOLPEL AND CHRISTIANE VOLPEL, TRUSTEES OF THE VOLPEL TRUST DATED 2/2/96 |
| 146 | H. LEE SHAPIRO, A SINGLE MAN |
| 147 | HARRIET BENDER TRUSTEE OF THE BENDER FAMILY TRUST, BY-PASS TRUST , DATED 7/30/92 |
| 148 | HELEN N. GRAEBER, A SINGLE WOMAN |
| 149 | HELMS HOMES, LLC, A NEVADA LIMITED LIABILITY COMPANY |
| 150 | HENRY J. OBERMULLER & MENGIA K. OBERMULLER TRUSTEES OF THE HENRY & MENGIA OBERMULLER TRUST DATED 9/14/90 |
| 151 | HERBERT SLOVIS, A SINGLE MAN & JULIE B. SLOVIS, A SINGLE WOMAN AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 152 | HERBERT W. MUELLER & LINDA MUELLER, TRUSTEES OF THE HERBERT & LINDA MUELLER TRUST DATED 2/10/93 |
| 153 | HILLARI TISCHLER PAYABLE ON DEATH TO HOWARD TISCHLER |
| 154 | HOMFELD II, LLC, A FLORIDA LIMITED LIABILITY COMPANY |
| 155 | HOMFELD II, LLC, A FLORIDA LIMITED LIABILITY COMPANY |
| 156 | HOWARD D. BROOKS & DOREEN C. BROOKS TRUSTEES OF THE BROOKS LIVING TRUST DATED 6/30/97 |
| 157 | IRWIN COHEN & MARILYN T. COHEN TRUSTEES OF THE COHEN LIVING TRUST DATED 3/6/90 |
| 158 | J. DOUGLAS KIRK AND CATHERINE KIRK, TRUSTEES OF THE KIRK FAMILY TRUST DATED 8/24/99 |
| 159 | JACK POLEN TRUSTEE OF THE JACK & GLADYS POLEN FAMILY TRUST DATED 6/28/88 |
| 160 | JACK SNOW & HEIDI SNOW, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 161 | JAMES B. CARDWELL & REBA JO CARDWELL TRUSTEES OF THE CARDWELL FAMILY TRUST |
| 162 | JAMES D. DERY & ANN R. DERY, HUSBAND & WIFE |
| 163 | JAMES E. AHERN, AN UNMARRIED MAN |
| 164 | JAMES E. LOFTON & DENISE G. LOFTON, HUSBAND & WIFE AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 165 | JAMES LIEM TRUSTEE OF THE LIEM FAMILY TRUST |
| 166 | JAMES R. BONFIGLIO & DONNA M. BONFIGLIO GENERAL PARTNERS OF THE BROADWALK INVESTMENTS LIMITED PARTNERSHIP |
| 167 | JAMES R. BONFIGLIO & DONNA M. BONFIGLIO TRUSTEES OF THE BONFIGLIO FAMILY LIMITED PARTNERSHIP |
| 168 | JAMES W. MAGNER, A MARRIED MAN & JOSEPH P. MAGNER, A MARRIED MAN, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 169 | JANET K. POHL & RONALD L. POHL TRUSTEES OF THE JANET K. POHL TRUST DATED 6/24/94 |
| 170 | JANICE W. BRADBURY TRUSTEE OF BRADBURY FAMILY TRUST DATED 12/20/88 |
| 171 | JEFFREY E. BARBER & SUZANNE M. BARBER TRUSTEES OF THE BARBER FAMILY TRUST DATED 4/24/98 |
| 172 | JEROME L. BLOCK & CHARMA N. BLOCK, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 173 | JERRY L. BLACKMAN, SR. AND CAROLYN N. BLACKMAN LIVING TRUST, DATED 11/26/01 |
| 174 | JERRY WOLDORSKY, A MARRIED MAN DEALING WITH HIS SOLE & SEPARATE PROPERTY |
| 175 | JOHN B. JAEGER & PRISCILLA J. JAEGER TRUSTEES OF THE JOHN B. JAEGER & PRISCILLA J. JAEGER FAMILY TRUST |
| 176 | JOHN E. O'RIORDAN & SONHILD A. O'RIORDAN, HUSBAND & WIFE, AS JOINT TENANTS WITH THE RIGHT OF SURVIVORSHIP |
| 177 | JOHN J. MAGUIRE & DIANE M. MAGUIRE TRUSTEES OF THE JOHN J. MAGUIRE & DIANE M. MAGUIRE LIVING TRUST DATED 8/4/00 |
| 178 | JOHN L. WADE, TRUSTEE OF THE JOHN L. WADE TRUST DATED 5/8/01 |
| 179 | JOHN M. MARSTON & LINDA S. MARSTON, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORHSIP |
| 180 | JOHN T. MRASZ & JANET MRASZ TRUSTEES OF THE JOHN T. MRASZ ENTERPRISES, INC. DEFINED BENEFIT PLAN DATED 5/86 |
| 181 | JOHN T. MRASZ & JANET MRASZ,  HUSBAND & WIFE AS JOINT TENANTS WITH RIGHTS OF SURVIVORSHIP |
| 182 | JON PAUL JENSEN & TAMARA LEE JENSEN, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 183 | JOSEPH A. FARRAH & EMILY T. FARRAH TRUSTEES OF THE FARRAH FAMILY TRUST DATED 9/18/03 |
| 184 | JOSEPH DAVIS & MARION SHARP CO-TRUSTEES OF THE DAVIS FAMILY TRUST |
| 185 | JOSEPH F. BELLESORTE, AN UNMARRIED MAN |

| | Investor Name |
|---|---|
| 186 | JOSEPH G. ZAPPULLA & CAROL A. ZAPPULLA, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 187 | JOSEPH J. ARGIER & JANICE G. ARGIER, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 188 | JOSEPH J. MELZ AND LINDA M. MELZ, HUSBAND AND WIFE, AS JOINT TENANTS WITH THE RIGHT OF SURVIVORSHIP |
| 189 | JOYCE BOMBARD TRUSTEE OF THE JOYCE BOMBARD 2000 TRUST DATED 11/11/00 |
| 190 | KAMI BANOS & WILLIAM A. BANOS, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 191 | KAR SEI CHEUNG, A MARRIED WOMAN DEALING WITH HER SOLE & SEPARATE PROPERTY |
| 192 | KAY J. HART, AN UNMARRIED WOMAN |
| 193 | KELLI A. GARVEY, TRANSFER ON DEATH TO STEPHEN L. HAWLEY |
| 194 | KENNETH KEFALAS & DEBBIE KEFALAS TRUSTEES OF THE KEFALAS TRUST DATED 7/3/97 |
| 195 | KEVIN L. FOSTER & ALLISON J. FOSTER TRUSTEES OF THE KEVIN & ALLISON FOSTER FAMILY TRUST DATED 1/20/99 |
| 196 | KIM W. GREGORY & DEBBIE R. GREGORY TRUSTEES OF THE GREGORY FAMILY TRUST OF 1988 |
| 197 | KIRSTEN WAGNER, A MARRIED WOMAN DEALING WITH HER SOLE AND SEPARATE PROPERTY |
| 198 | KIWI-NEVADA LP |
| 199 | LAGUNA PALOMA INC., A TEXAS CORPORATION, VIRGINIA SWILLEY PRESIDENT |
| 200 | LAMMERT KUIPER, JR. & AUDREY H. KUIPER TRUSTEES OF THE KUIPER TRUST |
| 201 | LAWRENCE A. KIRKHAM & KATHLEEN B. SANGINITI TRUSTEES OF THE KIRKHAM & SANGINITI TRUST DATED 2/29/96 |
| 202 | LEE ROTCHY TRUSTEE OF THE LEE ROTCHY TRUST DATED 12/5/00 |
| 203 | LEIF A. JOHANSEN & ROBERTA K. JOHANSEN TRUSTEES OF THE JOHANSEN FAMILY TRUST DATED 10/23/87; AS AMENDED 6/11/04 |
| 204 | LEONA M. CHAPMAN TRUSTEE OF THE CHAPMAN TRUST #1015932 |
| 205 | LEONARD BAKER & BARBARA BAKER CO-TRUSTEES OF THE LEONARD BAKER & BARBARA BAKER REVOCABLE TRUST |
| 206 | LEONARD J. RAMOS & CLAUDIA C. RAMOS TRUSTEES OF THE RAMOS FAMILY TRUST DATED 8/27/97 |
| 207 | LEWIS H. FINE & ARLENE J. FINE, HUSBAND & WIFE |
| 208 | LORAYNE J. HUTCHISON & JAMES H. HUTCHISON, HUSBAND & WIFE & KAYE HUTCHISON, A MARRIED WOMAN DEALING WITH HER SOLE & SEPARATE PROPERTY, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 209 | LORI E. OXX, A MARRIED WOMAN DEALING WITH HER SOLE & SEPARATE PROPERTY |
| 210 | LOUIS C. SWILLEY, AN UNMARRIED MAN |
| 211 | LOYAL CROWNOVER, TRUSTEE OF THE LORA AND LOYAL CROWNOVER FAMILY TRUST |
| 212 | MALDEN VENTURES LTD. |
| 213 | MARCIA J. KNOX TRUSTEE OF THE MARCIA J. KNOX LIVING TRUST DATED 8/16/04 |
| 214 | MARILYN HILBORN TRUSTEE OF THE MARILYN HILBORN TRUST DATED 11/18/93 |
| 215 | MARK A. DOLGINOFF TRUSTEE OF THE MARK A. DOLGINOFF SEPARATE PROPERTY TRUST DATED 11/21/97 AMENDED/RESTATED ON 5/10/00 |
| 216 | MARK L. EAMES & SANDRA K. EAMES, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 217 | MARSHALL J. BRECHT & JANET L. BRECHT TRUSTEES OF THE MARSHALL J. BRECHT TRUST DATED 2/5/86 |
| 218 | MARTHA ANN LUTZ, TRUSTEE OF THE FINNMAN FAMILY TRUST DATED 4/4/94 |
| 219 | MARTHA W. POTTER TRUSTEE OF THE MARTHA W. POTTER REVOCABLE TRUST |
| 220 | MARTIN BOCK AN UNMARRIED MAN |
| 221 | MARVIN L NICOLA TRUSTEE OF THE MARVIN LYNN NICOLA FAMILY TRUST DATED 6/13/78 |
| 222 | MARY E. RUSSELL TRUSTEE OF THE RUSSELL REVOCABLE TRUST DATED 9/21/93 |
| 223 | MATTHEW MOLITCH TRUSTEE OF THE MOLITCH 1997 TRUST |
| 224 | MAURICE A. CAUCHOIS & JACQUELINE M. CAUCHOIS TRUSTEES OF THE M & J CAUCHOIS FAMILY TRUST DATED 2/25/93 |
| 225 | MICHAEL D. STEWART & MARY JUDE STEWART TRUSTEES OF THE STEWART FAMILY TRUST DATED 1/15/98 |
| 226 | MICHAEL DASHOSH & ELIZABETH DASHOSH, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHTS OF SURVIVORSHIP |
| 227 | MICHAEL E. JOYNER & STEPHANIE M. JOYNER, TRUSTEES OF THE 1988 JOYNER FAMILY TRUST DTD 12-29-88 |
| 228 | MICHAEL EUGENE PINNEY, A SINGLE MAN |

Epiq Systems, Inc.                                                                                       Exhibit A - August 2, 2007

|     | Investor Name |
| --- | --- |
| 229 | MICHAEL J. MESSER AND LISA K. REDFERN, HUSBAND AND WIFE, AS JOINT TENANTS WITH THE RIGHT OF SURVIVORSHIP |
| 230 | MICHAEL LATORRA & JOAN LATORRA, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 231 | MICHAEL S. BLAU AND SHAMIRAN BLAU, HUSBAND AND WIFE AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 232 | MICHAEL S. FREEDUS & HELEN C. FREEDUS, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 233 | MICHAEL T. MCGRATH TRUSTEE OF THE 2001 MICHAEL T. MCGRATH REVOCABLE TRUST DATED 12/11/01 |
| 234 | MLH FAMILY INVESTMENT LIMITED, A TEXAS COMPANY |
| 235 | MONIGHETTI, INC., A NEVADA CORPORATION |
| 236 | MONIGHETTI, INC., A NEVADA CORPORATION |
| 237 | MORRIS MASSRY, A MARRIED MAN DEALING WITH HIS SOLE & SEPARATE PROPERTY |
| 238 | MORTON J. PORT, A MARRIED MAN DEALING WITH HIS SOLE & SEPARATE PROPERTY |
| 239 | NADINE MORTON, AN UNMARRIED WOMAN |
| 240 | NANCY R. DAVIS TRUSTEE OF THE NANCY R. DAVIS DEFINED BENEFIT PLAN |
| 241 | NELSON CHARDOUL & VIRGINIA CHARDOUL TRUSTEES OF THE NELSON & VIRGINIA CHARDOUL TRUST DATED 10/7/91 |
| 242 | NICHOLAS A. STEINMETZ & CYNTHIA M. STEINMETZ TRUSTEES OF THE 2001 STEINMETZ FAMILY TRUST |
| 243 | NORMAN KIVEN, A MARRIED MAN DEALING WITH HIS SOLE & SEPARATE PROPERTY |
| 244 | NOUNNA FAMILY PARTNERSHIP, ANNEE NOUNNA, GENERAL PARTNER |
| 245 | OLIVER F. SMITH TRUSTEE OF THE OLIVER F. SMITH INCORPORATED PROFIT SHARING PLAN |
| 246 | PAT A DOLCE & LORA DEAN DOLCE, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 247 | PAUL FEDRIZZI, A MARRIED MAN DEALING WITH HIS SOLE & SEPARATE PROPERTY |
| 248 | PAUL HARGIS & SUSAN GAIL HARGIS, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 249 | PAULIUS MOSINSKIS, A MARRIED MAN DEALING WITH HIS SOLE & SEPARATE PROPERTY |
| 250 | PEGGY ANN VALLEY TRUSTEE AS HER SOLE & SEPARATE PROPERTY UNDER THE MCLAUGHLIN-VALLEY TRUST DATED 2/24/97 |
| 251 | PENSCO TRUST COMPANY CUSTODIAN FOR GARY DEPPE, IRA |
| 252 | PETER W. CAPONE & DEIDRE D. CAPONE, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 253 | PHIL TERI |
| 254 | PHILLIP EUGENE SHELTON, TRUSTEE OF THE RESTATED SHELTON REVOCABLE TRUST DATED 1/19/96 |
| 255 | PRESWICK CORP., A NEVADA CORPORATION |
| 256 | R. G. MESSERSMITH & DEAUN MESSERSMITH, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 257 | RALPH C. HOLDER & NAOMI S. HOLDER TRUSTEES OF THE HOLDER REVOCABLE TRUST DATED 10/21/91 |
| 258 | RAYMOND J. HEALEY |
| 259 | RAYMOND NUNEZ & SANDRA L. LAWSON TRUSTEES OF THE THE RAYMOND & SANDRA NUNEZ FAMILY TRUST |
| 260 | RETIREMENT ACCOUNTS INC C/F JUDD ROBBINS IRA |
| 261 | RICHARD D. WOOD TRUSTEE OF THE WOOD LIVING TRUST DATED 10/1/99 |
| 262 | RICHARD F. CASEY, III & KATHRYN A. CASEY TRUSTEES OF THE CASEY FAMILY TRUST |
| 263 | RICHARD F. KUDRNA JR., A MARRIED MAN DEALING WITH HIS SOLE AND SEPARATE PROPERTY |
| 264 | RICHARD HOLEYFIELD AND MARSHA HOLEYFIELD, TRUSTEES OF THE HOLEYFIELD FAMILY TRUST DATED 01/12/01 |
| 265 | RICHARD R. TRACY TRUSTEE OF THE RENO AERONAUTICAL CORPORATION DEFINED BENEFIT RETIREMENT PLAN |
| 266 | RICHARD SMALL & JACQUELINE SMALL TRUSTEES OF THE SMALL FAMILY TRUST |
| 267 | RICHARD T. FIORY TRUSTEE OF THE TOPFLIGHT SPECS PROFIT SHARING PLAN |
| 268 | RICHARD W. MURPHY & VIRGNIA E. MURPHY, TRUSTEES OF THE RICHARD W. MURPHY & VIRGNIA E. MURPHY REVOCABLE LIVING TRUST AGREEMENT AS OF 7/1790 |
| 269 | RITA P. ANDERSON TRUSTEE FOR THE BENEFIT OF RITA P. ANDERSON TRUST |
| 270 | ROBERT A. COWMAN & SANDRA L. COWMAN, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 271 | ROBERT ALAN BRYANT SR. TRUSTEE OF THE ROBERT ALAN BRYANT SR. REVOCABLE TRUST UNDER AGREEMENT DATED 9/25/03 |

Epiq Systems, Inc.                                                                                          Exhibit A - August 2, 2007

| | Investor Name |
|---|---|
| 272 | ROBERT D. EARP, A MARRIED MAN DEALING WITH HIS SOLE & SEPARATE PROPERTY |
| 273 | ROBERT E. BROOKS, A MARRIED MAN DEALING WITH HIS SOLE AND SEPARATE PROPERTY |
| 274 | ROBERT E. HUGHES, AN UNMARRIED MAN |
| 275 | ROBERT ESSAFF & CINDY H. ESSAFF TRUSTEES OF THE ESSAFF FAMILY TRUST DATED 6/18/02 |
| 276 | ROBERT F. SMITH AND TERRYLIN W. SMITH, TRUSTEES OF THE ROBERT F. AND TERRYLIN W. SMITH TRUST DATED 2/6/92 |
| 277 | ROBERT J. KEHL & RUTH ANN KEHL, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 278 | ROBERT J. MORETTO & JOSEPHINE MORETTO TRUSTEES OF THE MORETTO FAMILY LIVING TRUST DATED 9/19/94 |
| 279 | ROBERT J. YODER TRUSTEE OF THE ROBERT J. YODER DEFINED BENEFIT PLAN |
| 280 | ROBERT L. BEALL & VICKI E. BEALL, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 281 | ROBERT R. WADE TRUSTEE OF THE ROBERT R. WADE REVOCABLE TRUST DATED 5/22/01 |
| 282 | ROBERT T. CHYLAK & BARBARA M CHYLAK TRUSTEES OF THE ROBERT T CHYLAK & BARBARA M CHYLAK FAMILY TRUST DATED 10/30/90 |
| 283 | ROBERT W. INCH AND JENNIE R. INCH TRUSTEES OF THE INCH FAMILY TRUST DTD 04/19/95 |
| 284 | ROBERT W. ROBERTS & DONNA R. ROBERTS, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 285 | ROBIN B. GRAHAM & CELIA ALLEN-GRAHAM TRUSTEES OF THE GRAHAM FAMILY TRUST DATED 10/26/78 |
| 286 | RODERICK J. HARVEY, SR. AND PAULINE W. HARVEY, TRUSTEES OF THE HARVEY FAMILY TRUST, DATED 4/13/87 |
| 287 | RODNEY G. HUPPI & VIRGINIA M. HUPPI TRUSTEES OF THE HUPPI TRUST DATED 1/30/92 |
| 288 | ROGER NOORTHOEK, AN UNMARRIED MAN |
| 289 | RONALD G. FINKEL & KAREN B. FINKEL, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 290 | ROSALIND L. STARK TRUSTEE OF THE STARK FAMILY TRUST DATED 4/2/84 |
| 291 | ROSANNE L. CLARK, A SINGLE WOMAN |
| 292 | RUBY M. HILL, TRUSTEE OF THE RUBY M. HILL FAMILY TRUST DATED DECEMBER 12, 1992 |
| 293 | RUDI EICHLER TRANSFER ON DEATH TOTATJANA EICHLER |
| 294 | RUDOLF WINKLER & CARMEL WINKLER TRUSTEES FOR THE BENEFIT OF WINKLER FAMILY TRUST DATED 3/13/86 |
| 295 | RUSSELL J. ZUARDO & BETTY J. ZUARDO TRUSTEES OF THE RUSSELL J. ZUARDO & BETTY J. ZUARDO COMMUNITY PROPERTY TRUST RESTATED 5/5/00 |
| 296 | RUTH A. ERRINGTON TRUSTEE OF THE RUTH A. ERRINGTON LIVING TRUST DATED 11/22/04 |
| 297 | S & P DAVIS LIMITED PARTNERSHIP, A TEXAS PARTNERSHIP |
| 298 | SAMUELS FOUNDATION, INC., A NEVADA CORPORATION |
| 299 | SHARON JUNO, AN UNMARRIED WOMAN |
| 300 | SHERRY LYNNE, A SINGLE WOMAN |
| 301 | SHIMON PERESS & HANNAH PERESS TRUSTEES OF THE SHIMON PERESS & HANNAH K. PERESS TRUST DATED 4/17/01 |
| 302 | SHIRLEY J. FINLAY, AN UNMARRIED WOMAN |
| 303 | SHIRLEY M. COLLINS TRUSTEE AS HER SOLE & SEPARATE PROPERTY UNDER THE COLLINS FAMILY TRUST DATED 1/29/93 |
| 304 | SIERRA WEST, INC., A NEVADA CORPORATION |
| 305 | SOVEREIGN CAPITAL ADVISORS, LLC, A NEVADA LIMITED LIABILITY COMPANY |
| 306 | STACI KAISER, AN UNMARRIED WOMAN |
| 307 | STELLA P. CIADELLA TRUSTEE OF THE CIADELLA LIVING TRUST DATED 2/8/99 |
| 308 | STEPHANIE J. SNYDER, AN UNMARRIED WOMAN |
| 309 | STEPHEN C. IRWIN, AN UNMARRIED MAN |
| 310 | STEPHEN L. HAWLEY & SIDNEY A. HAWLEY TRUSTEES OF THE HAWLEY FAMILY TRUST DATED 8/15/96 |
| 311 | STEVEN K. ANDERSON TRUSTEE OF THE STEVEN K. ANDERSON FAMILY TRUST DATED 6/30/94 |
| 312 | STEVEN MARX & SHAUNA M. MARX TRUSTEES OF THE MARX FAMILY TRUST |
| 313 | T-2 ENTERPRISES, LLC. MANAGER, WARREN W. TRIPP |
| 314 | T-3 ENTERPRISES, LLC. MANAGER, WARREN W. TRIPP |
| 315 | TAYLOR SAMUELS TRUSTEE OF THE SAMUELS 1999 TRUST |
| 316 | TERESA G. ZELLER TRUSTEE OF THE TERESA G. ZELLER TRUST |
| 317 | TERRY HELMS TRUSTEE OF THE TERRY HELMS LIVING TRUST DATED 11/11/94 |

Epiq Systems, Inc.  Exhibit A - August 2, 2007

|  | Investor Name |
|---|---|
| 318 | THE SISK FAMILY FOUNDATION, TOMMIE W. SISK TRUSTEE |
| 319 | THOMAS DI JORIO & ANTONETTE DI JORIO, HUSBAND & WIFE |
| 320 | THOMAS TURNER & JUDY K. TURNER TRUSTEES OF THE T.J. TRUST DATED 7/24/97 |
| 321 | TK & ASSOCIATES, A MINNESOTA COMPANY |
| 322 | TRACY A. DEBERRY, AN UNMARRIED MAN |
| 323 | TREVIN B. ECKERSLEY & CYNTHIA L. ECKERSLEY, HUSBAND & WIFE |
| 324 | TRIPP ENTERPRISES INC., A NEVADA CORPORATION |
| 325 | USA CAPITAL FIRST TRUST DEED FUND |
| 326 | USA CAPITAL FIRST TRUST DEED FUND |
| 327 | VALERIE CALLAHAN, AN UNMARRIED WOMAN, & CHARLES R. MARADEN, AN UNMARRIED MAN, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 328 | WALTER C. TRIPP, A MARRIED MAN DEALING WITH HIS SOLE AND SEPARATE PROPERTY |
| 329 | WALTER MUSSO & BARBARA MUSSO TRUSTEES OF THE MUSSO LIVING TRUST DATED 11/30/92 |
| 330 | WARREN W. TRIPP TRUSTEE OF THE TRIPP ENTERPRISES, INC. RESTATED PROFIT SHARING PLAN |
| 331 | WARREN W. TRIPP, A MARRIED MAN DEALING WITH HIS SOLE & SEPARATE PROPERTY |
| 332 | WESLEY L. MONROE & JEANNIE M. MONROE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 333 | WILLIAM A. BANOS A MARRIED MAN, AS HIS SOLE AND SEPARATE PROPERTY & ANGEL J. BANOS, AN UNMARRIED MAN, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 334 | WILLIAM B. FITZGERALD & SHARON R. FITZGERALD, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 335 | WILLIAM B. FITZGERALD, A MARRIED MAN DEALING WITH HIS SOLE & SEPARATE PROPERTY |
| 336 | WILLIAM B. FRASER, A SINGLE MAN AND JUDY A. GARRETT, A SINGLE WOMAN AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 337 | WILLIAM DUPIN & PENNY DUPIN, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 338 | WILLIAM H. FAVRO & CAROL M. FAVRO TRUSTEES OF THE FAVRO TRUST DATED 9/14/00 |
| 339 | WILLIAM J. HINSON, JR., AN UNMARRIED MAN |
| 340 | WILLIAM L. HARPER, A SINGLE MAN |
| 341 | WILLIAM LUKASAVAGE & JOANNE LUKASAVAGE, HUSBAND & WIFE, AS JOINT TENANTS WITH RIGHT OF SURVIVORSHIP |
| 342 | WILLIAM SUGAR & MARILYN R. SUGAR TRUSTEES OF THE SUGAR 1990 LIVING REVOCABLE TRUST DATED 10/4/90 |
| 343 | WOLF DIETER VOSS & CLAUDIA VOSS TRUSTEES OF THE VOSS FAMILY TRUST UNDER TRUST DATED 10/4/99 |
| 344 | X-FACTOR, INC., A NEVADA CORPORATION |