**LEWIS AND ROCA LLP**
**LAWYERS**

E-Filed on 8/23/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for the Official Committee of Unsecured Creditors
of USA Commercial Mortgage Company

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                               Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**CERTIFICATE OF SERVICE**<br><br>Date of Hearing: September 28, 2007<br>Time of Hearing: 1:30 p.m. |

1. I, Candice Elliott, an employee of Lewis and Roca LLP, attorneys for the USACM Liquidating Trust, served the following documents:

    A) Thirty Fourth Omnibus Objection of the USACM Liquidating Trust to Claims Asserting Secured Status [DE 4613] (the "Thirty-Fourth Objection"); and

LEWIS AND ROCA LLP
LAWYERS

  B) Notice of Hearing Regarding Thirty-Fourth Omnibus Objection of USA Liquidating Trust to Claims Asserting Secured Status [DE 4614] the 'Thirty-Fourth Notice".

2. I served the Thirty-Fourth Objection and Thirty-Fourth Notice by the following means to the persons as listed below:

  C) ECF System to the persons listed on Exhibit 1 on August 22, 2007; and

  D) Postage prepaid first class U.S. Mail on August 23, 2007 to all persons listed on Exhibit A to the Thirty-Fourth Objection with an individualized exhibit; and

3. I, further certify that I served the following documents:

  E) Thirty-Fifth Omnibus Objection of the USACM Liquidating Trust to Claims Asserting Secured Status [DE 4615] (the "Thirty-Fifth Objection"); and

  F) Notice of Hearing Regarding Thirty-Fifth Omnibus Objection of USA Liquidating Trust to Claims Asserting Secured Status [DE 4616] (the "Thirty-Fifth Notice");

4. I served the Thirty-Fifth Objection and the Thirty-Fifth Notice by the following means to the persons as listed below:

  G) ECF System to the persons listed on Exhibit 1 on August 22, 2007; and

  H) Postage prepaid first class U.S. Mail on August 23, 2007 to all persons listed on Exhibit A to the Thirty-Fifth Objection with an individualized exhibit;

1  I declare under penalty of perjury that the foregoing is true and correct.

2  DATED: August 23, 2007.

3

4

5                               /s/ Candice Elliott
                             Candice Elliott

1859806.1