E-Filed on 08/23/07

**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email: adiamond@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
Email: emadden@diamondmccarthy.com

Special Litigation Counsel for USACM Liquidating Trust

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Telephone (702) 949-8320
Facsimile  (702) 949-8321

Susan M. Freeman, AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles, NV State Bar No. 006593
Email: rcharles@lrlaw.com

Counsel for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                    Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>                    Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>                    Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>                    Debtor.<br>In re:<br>USA SECURITIES, LLC,<br><br>                    Debtor.<br>Affects:<br>☒All Debtors<br>☐USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR<br><br>JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle<br><br>**NOTICE OF HEARING REGARDING USACM LIQUIDATING TRUST'S APPLICATION FOR ORDER TO SHOW CAUSE WHY DR. LUCIUS BLANCHARD SHOULD NOT BE HELD IN CONTEMPT OF COURT**<br><br>Hearing Date:  September 28, 2007<br>Hearing Time: 1:30 p.m. |

**NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust, by and through its counsel, has filed an Application for Order to Show Cause Why Dr. Lucius Blanchard Should Not Be Held in Contempt of Court (the "Application").  The Application requests that the Court enter an order to show cause why Dr. Lucius Blanchard ("Blanchard") should not be held in contempt

of court for non-compliance with a subpoena *duces tecum* served upon Blanchard on July 26, 2007, pursuant to Federal R. Bankr. P. 9016 and F.R.C.P. 45.

**NOTICE IS FURTHER GIVEN** that the hearing on the Application will be held before the Honorable Linda B. Riegle, United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada, on **September 28, 2007, at the hour of 1:30 p.m.**

**NOTICE IS FURTHER GIVEN** that, pursuant to Local Rule 9014(e)(1), any opposition to the Application must be filed and service completed upon the USACM Liquidating Trust not more than fifteen (15) days after service of the Application, but in no event later than five (5) business days before the date set for the hearing. The opposition must set forth all relevant facts and must contain a legal memorandum.

If you object to the relief requested in the Application, you *must* file a **WRITTEN** response to the Application with the Court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:

- The Court may *refuse to allow you to speak* at the scheduled hearing; and
- The Court may *rule against you* without formally calling the matter at the hearing.

Dated: August 23, 2007

| | |
|---|---|
| **DIAMOND MCCARTHY LLP** | **LEWIS AND ROCA LLP** |
| By: */s/ Eric D. Madden* <br> Allan B. Diamond, TX 05801800 (pro hac vice) <br> William T. Reid, IV, TX 00788817 (pro hac vice) <br> Eric D. Madden, TX 24013079 (pro hac vice) <br> 909 Fannin, Suite 1500 <br> Houston, Texas 77010 <br> (713) 333-5100 (telephone) <br> (713) 333-5199 (facsimile) | By: */s/ Rob Charles* <br> Susan M. Freeman, AZ 4199 (pro hac vice) <br> Rob Charles, NV 6593 <br> 3993 Howard Hughes Parkway, Suite 600 <br> Las Vegas, Nevada 89169-5996 <br> (702) 949-8320 (telephone) <br> (702) 949-8321 (facsimile) |
| *Special Litigation Counsel for USACM Liquidating Trust* | *Counsel for USACM Liquidating Trust* |

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the law firm of DIAMOND MCCARTHY LLP, and that on the 23rd day of August 2007, I served a true and correct copy of the foregoing NOTICE OF HEARING REGARDING THE USACM LIQUIDATING TRUST'S APPLICATION FOR ORDER TO SHOW CAUSE WHY DR. LUCIUS BLANCHARD SHOULD NOT BE HELD IN CONTEMPT OF COURT by electronic transmission, as noted on the Service List attached hereto.

 */s/ Catherine A. Burrow*
Catherine A. Burrow
Legal Assistant
Diamond McCarthy LLP

SERVICE LIST

| | |
|---|---|
| Michelle Abrams | mabrams@mabramslaw.com |
| Geoffrey L. Berman | gberman@dsi.biz |
| Janet L. Chubb | jlc@jonesvargas.com |
| George A. Davis | george.davis@cwt.com |
| Richard Dreitzer | ridreitz@ag.state.nv.us |
| Richard W. Esterkin | resterkin@morganlewis.com |
| Robert P. Goe | rgoe@goeforlaw.com |
| Asa S. Hami | ahami@morganlewis.com |
| John Hebert | jhebert@kribymac.com |
| Jeffrey D. Hermann | jhermann@orrick.com |
| Jones Vargas | tbw@jonesvargas.com |
| Eve H. Karasik | ekarasik@stutman.com |
| Dean T. Kirby | dkirby@kirbymac.com |
| August B. Landis | USTPRegion17.lv.ecf@usdoj.gov |
| Marc A. Levinson | malevinson@orrick.com |
| Ann M. Loraditch | aloraditch@beckleylaw.com |
| William J. Ovca | N1GL@aol.com |
| Andrew Parlen | aparlen@stutman.com |
| Susan Williams Scann | sscann@deanerlaw.com |
| Michael Tucker | Michael.tucker@fticonsulting.com |
| Barney Ales | bales@gooldpatterson.com |