# EXHIBIT "B"

# Madden, Eric

| | |
|---|---|
| From: | Madden, Eric |
| Sent: | Tuesday, August 21, 2007 6:11 PM |
| To: | 'mqc@callister-reynolds.com'; 'rwalker@kesler-rust.com' |
| Cc: | 'thomasfellati@paulhastings.com'; Berman, Geoff; Charles, Robert; Freeman, Susan; 'Levinson, Marc A.'; 'jhermann@orrick.com'; 'geg@gordonsilver.com'; 'BMH Brigid M. Higgins'; Williamson, Deborah; ritkin@steptoe.com; Diamond, Allan; Reid, Bill; Yoder, Michael |
| Subject: | USACM -- Amended Stipulated Protective Order |
| Attachments: | 120021_1.DOC |

Several weeks ago, I sent both of you a draft Amended Stipulated Protective Order and requested your comments. To date, I have received no response from you regarding this matter. Attached is a slightly revised draft of that Order (with the relatively few proposed changes in redline).

We plan to file a motion to approve this Order late tomorrow afternoon. Please contact me ASAP with any comments or concerns you may have regarding this Order.

Regards,
Eric



120021_1.DOC
(107 KB)

Eric D. Madden
Diamond McCarthy LLP
1201 Elm Street, Suite 3400
Dallas, Texas 75270
(214) 389-5300 (main)
(214) 389-5306 (direct)
(214) 389-5399 (fax)
emadden@diamondmccarthy.com

WARNING: PRIVILEGED AND CONFIDENTIAL MATERIAL

The information contained in this email and any attachments is confidential and is intended only for the use of the individual or entity to whom it is addressed. The information may also be confidential and legally privileged as an attorney-client communication or as attorney work product. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, you are hereby notified that any use, dissemination, distribution or reproduction of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify us by telephone or by reply to the sender by email and please delete this email and any accompanying attachments from your inbox, recycle bin and any other directory, file or electronic storage.

Pursuant to Department of Treasury Circular 230, this electronic mail and any attachment hereto, is not intended or written to be used, and may not be used by the recipient, for the purposes of avoiding any federal tax penalty which may be asserted.

## Madden, Eric

| | |
|---|---|
| **From:** | Madden, Eric |
| **Sent:** | Tuesday, August 21, 2007 7:36 PM |
| **To:** | rwalker@woodburykesler.com |
| **Subject:** | FW: USACM -- Amended Stipulated Protective Order |
| **Attachments:** | 120021_1.DOC |



120021_1.DOC
(107 KB)

Russ:

I mistyped your email earlier. Here's the original email.

Regards,
Eric


-----Original Message-----
From: Madden, Eric
Sent: Tue 8/21/2007 6:11 PM
To: 'mqc@callister-reynolds.com'; 'rwalker@kesler-rust.com'
Cc: 'thomasfellati@paulhastings.com'; Berman, Geoff; Charles, Robert; Freeman, Susan; 'Levinson, Marc A.'; 'jhermann@orrick.com'; 'geg@gordonsilver.com'; 'BMH Brigid M. Higgins'; Williamson, Deborah; ritkin@steptoe.com; Diamond, Allan; Reid, Bill; Yoder, Michael
Subject: USACM -- Amended Stipulated Protective Order

Several weeks ago, I sent both of you a draft Amended Stipulated Protective Order and requested your comments. To date, I have received no response from you regarding this matter. Attached is a slightly revised draft of that Order (with the relatively few proposed changes in redline).

We plan to file a motion to approve this Order late tomorrow afternoon. Please contact me ASAP with any comments or concerns you may have regarding this Order.

Regards,
Eric

<<120021_1.DOC>>

---

Eric D. Madden
Diamond McCarthy LLP
1201 Elm Street, Suite 3400
Dallas, Texas 75270
(214) 389-5300 (main)
(214) 389-5306 (direct)
(214) 389-5399 (fax)
emadden@diamondmccarthy.com

---

1

WARNING: PRIVILEGED AND CONFIDENTIAL MATERIAL The information contained in this email and any attachments is confidential and is intended only for the use of the individual or entity to whom it is addressed. The information may also be confidential and legally privileged as an attorney-client communication or as attorney work product. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, you are hereby notified that any use, dissemination, distribution or reproduction of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify us by telephone or by reply to the sender by email and please delete this email and any accompanying attachments from your inbox, recycle bin and any other directory, file or electronic storage.

Pursuant to Department of Treasury Circular 230, this electronic mail and any attachment hereto, is not intended or written to be used, and may not be used by the recipient, for the purposes of avoiding any federal tax penalty which may be asserted.