

**Entered on Docket
August 24, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

*Attorneys for USACM Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>          Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>Date of Hearings: August 23, 2007<br>Time of Hearing: 9:30 a.m. |

1858804.1

# ORDER GRANTING MOTION TO BRIDGE DEADLINE TO FILE OBJECTION TO ALLOWANCE OF CLAIMS ON AN INTERIM BASIS

The Motion to Bridge Deadline to File Objection to Allowance of Claims [DE 4404] filed by USACM Liquidating Trust, came before the Court for consideration. Notice of the motion was given to interested parties, no objections were filed, to the motion. The Court inquired if the motion was posted on the USA Website. Counsel informed the Court that she was not certain whether it had been posted. The Court finding good cause now appearing, and emphasizing the importance of web-notice, it is

**ORDERED:**

- Granting the Motion to Bridge Deadline to File Objection to Allowance of Claims on an interim basis, for a lesser period than sought;
- The deadline to file objection to allowance of claims is extended to October 15th, 2007, subject to further extension;
- Any further Motion to Extend Deadline to File Objections to Allowance of Claims must be filed and posted on the USACM website;
- Any further Motion to Extend Deadline to file Objection to Allowance of Claims will be heard on September 28, 2007 at 1:30 p.m.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By:  /s/ RC (#0006593)
      Susan M. Freeman
      Rob Charles
      John Hinderaker
*Attorneys for USACM Liquidating Trust*

APPROVED/DISAPPROVED

2

1858804.1

By: August Landis
August Landis, Office of the U.S. Trustee

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

- [x] The Court waived the requirements of LR 9021 (except August Landis).

- [ ] I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing regarding this matter and/or who filed a written objection and each has:

    - [ ] approved the form of this order;
    - [ ] waived the right to review the order;
    - [ ] failed to file and serve papers in accordance with LR 9021(c); and/or
    - [ ] failed to sign and return this proposed order within five (5) business days in accordance with LR 9021(b).

- [ ] I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order.

- [ ] No opposition was filed and no other party or counsel appeared at the hearing.

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
Susan M. Freeman
Rob Charles
*Attorneys for USACM Liquidating Trust*