Osvaldo Zunino Living Trust dated 12/18/98
Osvaldo Zunino Trustee
3575 Tioga Way
Las Vegas, NV 89109



August 16, 2007

United States Bankruptcy Judge, Courtroom No. 1
300 Las Vegas Boulevard South
Las Vegas, Nevada 89101

Re: Case 06-10725-lbr  Doc#:4345

To whom it may concern:

    I object to this motion on the grounds that this will not enable me to recover my secured unpaid principal and the interest due per the contract. The non-payment of these monies will deprive me of the quiet enjoyment of my investment.

Sincerely.

Osvald Zunino, Trustee

Cc: Lewis and Roca LLP, Lawyers