GEORGE D. FRAME, LTD.
George D. Frame, Esq.
State Bar No. 000591
601 Greenway Rd., Ste. D
Henderson, NV 89002
(702) 598-4620 phone
(702) 598-4624 fax
Attorney for Defendant
John Dutkin, Trustee

RECEIVED AND FILED
Aug 17  3 42 PM '07
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,　　　) Case No. BK-S-06-10725 LBR
　　　　　　　　　　　　　　　　　　　　) Case No. BK-S-06-10726-LBR
　　　　　　　　　　　　　　　Debtor.　) Case No. BK-S-06-10727-LBR
In re:　　　　　　　　　　　　　　　　　) Case No. BK-S-06-10728-LBR
　　　　　　　　　　　　　　　　　　　　) Case No. BK-S-06-10729-LBR
USA CAPITAL RALTY ADVISORS, LLC.　　　 )
　　　　　　　　　　　　　　　　　　　　) Chapter 11
　　　　　　　　　　　　　　　Debtor.　)
In re:　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　) Jointly Administered Under
USA CAPITAL DIVERSIFIED TRUST DEED　　 ) Case No. BK-S-06-10725 LBR
FUND, LLC,　　　　　　　　　　　　　　 )
　　　　　　　　　　　　　　　Debtor.　)
In re:　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
USA CAPITAL FIRST TRUST DEED FUND,　　)
LLC,　　　　　　　　　　　　　　　　　 ) Claim No. 10725-01395
　　　　　　　　　　　　　　　Debtor.　)
In re:　　　　　　　　　　　　　　　　　) **MOTION TO FILE ON PAPER**
　　　　　　　　　　　　　　　　　　　　)
USA SECURITIES, LLC,　　　　　　　　　 )
　　　　　　　　　　　　　　　Debtor.　)
Affects:　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　) Hearing date:  October 15, 2007
　　☐ All Debtors　　　　　　　　　　　 ) Hearing time:  9:30 a.m.
　　■ USA Commercial Mortgage Co.　　　)
　　☐ USA Securities　　　　　　　　　 )
　　☐ USA Capital Realty Advisors,　　 )
　　　LLC　　　　　　　　　　　　　　　 )
　　☐ USA Capital Diversified Trust　　)
　　　Deed Fund, LLC　　　　　　　　　　)
　　☐ USA First Trust Deed Fund, LLC　 )
　　　　　　　　　　　　　　　　　　　　)

　　　　1.　Movant GEORGE D. FRAME, ESQ., of GEORGE D. FRAME, LTD. hereby

declares an exemption or requests permission to file documents on paper because:

■ a. Movant is not a regular filer as the term is defined in LR 5005(a)(1).

☐ b. Movant claims an exemption under LR 5005(a)(4) because (state why):

_____

_____

☐ c. Exceptional circumstances exist pursuant to LR 5005(a)(5) which prevent filing by electronic means because:

☐ (1) Movant's internet service is not available due to circumstances that cannot be prevented.

(i) Describe the nature and extent of the circumstances that have made the internet service unavailable (be specific):

_____

_____

(ii) Describe what steps will be taken to ensure that the internet service will be operable for electronic filing in the future:

_____

_____

■ (2) Other grounds exist for the exception circumstance motion (be specific):

As previously stated in this case, counsel is retiring, does not maintain full time office or secretary, and does not operate a computer or have knowledge of or use internet. Counsel does not take work in bankruptcy court due to electronic filing. However, this case is a part of a trust estate (Dutkin) which must be concluded and is sole case with need to file on paper.

■ (3) Movant has filed a prior exceptional circumstances motion.

    (i) Number of prior motions: Cannot recall.

    (ii) Date of prior motions: 2003/2004 & this case 4-19-07.

    (iii) Reason for prior motions: Cannot use computer or internet, & retiring.

    (iv) Case number and disposition for each prior motion: Other than this case – cannot recall. This case – granted.

2. The document that the movant wants to file on paper is:

RESPONSE OF JOHN DUTKIN, TRUSTEE, TO MOTION FOR SUMMARY JUDGMENT & OBJECTION OF USA COMMERCIAL MORTGAGE COMPANY TO CLAIM OF DUTKIN TRUST ASSERTING SECURED STATUS.

Based upon the foregoing, the movant asks the court to grant this motion.

DATED this 12 day of August, 2007.

GEORGE D. FRAME, LTD.

By /s/ George D. Frame
George D. Frame, Esq.
601 Greenway Rd., Ste. D
Henderson, NV 89002

Attorney for Joint Successor Trustees of John Dutkin Revoc. Liv. Trust Dated Jan. 17, 2000

Claimant No. 10725-01395