8/17/07

| | |
|---|---|
| 1 | GEORGE D. FRAME, LTD. |
| 2 | George D. Frame, Esq.<br>State Bar No. 000591 |
| 3 | 601 Greenway Rd., Ste. D<br>Henderson, NV 89002 |
| 4 | (702) 598-4620 phone<br>(702) 598-4624 fax |
| 5 | Attorney for Defendant<br>John Dutkin, Trustee |

Entered on Docket
August 24, 2007

FILED AND ENTERED
ON DOCKET

'07 AUG 24 A10 :59

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,   )   Case No. BK-S-06-10725 LBR
                                   )   Case No. BK-S-06-10726-LBR
                       Debtor.     )   Case No. BK-S-06-10727-LBR
In re:                             )   Case No. BK-S-06-10728-LBR
                                   )   Case No. BK-S-06-10729-LBR
USA CAPITAL RALTY ADVISORS, LLC.   )
                                   )   Chapter 11
                       Debtor.     )
In re:                             )
                                   )   Jointly Administered Under
USA CAPITAL DIVERSIFIED TRUST DEED )   Case No. BK-S-06-10725 LBR
FUND, LLC,                         )
                                   )
                       Debtor.     )
In re:                             )
                                   )   Claim No. 10725-01395
USA CAPITAL FIRST TRUST DEED FUND, )
LLC,                               )
                                   )
                       Debtor.     )   ORDER GRANTING
In re:                             )   PERMISSION TO FILE ON PAPER
                                   )
USA SECURITIES, LLC,               )
                                   )
                       Debtor.     )
Affects:                           )
                                   )   Hearing date:  October 15, 2007
 ☐ All Debtors                     )   Hearing time:  9:30 a.m.
 ■ USA Commercial Mortgage Co.     )
 ☐ USA Securities                  )
 ☐ USA Capital Realty Advisors,    )
   LLC                             )
 ☐ USA Capital Diversified Trust   )
   Deed Fund, LLC                  )
 ☐ USA First Trust Deed Fund, LLC  )
_____  )

The Court hereby grants the motion filed by GEORGE D. FRAME, ESQ. of

GEORGE D. FRAME, LTD. The Clerk of the Bankruptcy Court is hereby

directed to accept on paper the following document as identified in the movant's "Motion to File on Paper": RESPONSE OF JOHN DUTKIN, TRUSTEE, TO MOTION FOR SUMMARY JUDGMENT & OBJECTION OF USA COMMERCIAL MORTGAGE COMPANY TO CLAIM OF DUTKIN TRUST ASSERTING SECURED STATUS.

No other documents may be filed on paper without first seeking permission from the Court.

IT IS SO ORDERED this ____ day of August, 2007.

_____
U. S. ~~DISTRICT~~ JUDGE
BANKRUPTCY