LEWIS
AND
ROCA
—LLP—
LAWYERS

E-Filed on 8/24/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
CHRISTINE M. PAJAK
(CA State Bar No. 217713), Members of
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email:          fmerola@stutman.com
                ekarasik@stutman.com
                cpajak@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
701 Bridger, Suite 850
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email:          jshea@sheacarlyon.com
                ccarlyon@sheacarlyon.com
                ssherman@sheacarlyon.com

Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED FUND, LLC,

USA SECURITIES, LLC,
                                            Debtors.

Affects:
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☒ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under Case No. BK-S-06-10725 LBR

**Stipulation for Withdrawal with Prejudice of Proof of Claim Number 10725-00150 Filed by Coxey Living Trust Dtd 12/3/98, Kenneth D. and Valerie Coxey**

Hearing Date: September 28, 2007
Hearing Time: 1:30 ap.m.

1854863.1
429815V.2

LEWIS AND ROCA LLP LAWYERS

The USACM Liquidating Trust (the "USACM Trust"), together with the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee), hereby stipulate with Coxey Living Trust Dtd 12/3/98, Kenneth D. and Valerie Coxey ("Claimant") as follows:

1. On or about August 14, 2006, Claimant filed Proof of Claim No. 10725-00150 against USA Commercial Mortgage Company in the amount of $252,519.44 (the "Claim").

2. The basis for the Claim is shown on its face and in the attachment as an investment in USA Capital First Trust Deed Fund, LLC ("FTDF"), in the amount of $100,000, as well as investments in several direct lender loans.

3. The FTDF Committee, upon reviewing FTDF's books and records, has determined that Claimant in fact holds an equity security interest in FTDF in the amount of $100,000.00 as of the petition date.

4. On August 8, 2007, the USACM Liquidating Trust and the FTDF Committee jointly filed an "Partial Objection of USACM Trust To Coxey Living Trust Claim to the Extent Filed in Wrong Debtor's Case; Objection of FTDF to Classification as Claim and Motion to Reclassify as Equity Interest" (the "Objection") [Docket No. 4446], requesting that the Claim be partially disallowed to the extent it is based upon Claimant's equity interest in FTDF, due to: (1) that portion having been erroneously filed in the USA Commercial Mortgage Company case; and (2) that portion having been erroneously filed as a "claim," and not as an "equity interest" in FTDF.

5. Claimant has agreed to withdraw the Claim with prejudice.

6. This stipulation shall not affect any other claims filed by Claimant in these jointly-administered bankruptcy proceedings.

429815V.2



7.     This stipulation shall not affect either the amount or validity of Claimant's equity interest in FTDF as reflected in FTDF's books and records.

WHEREFORE, based on the stipulation set forth above, the parties hereby agree, and request that the Court approve this stipulation as an order of the Court pursuant to Fed. R. Bankr. P. 3006, as follows:

1.     The Claim is hereby withdrawn with prejudice.

2.     Claimant's equity interest in FTDF is allowed in the amount of $100,000.00, as reflected in FTDF's books and records.

DATED this 24th of August, 2007.

By: ___/s/ Eve Karasik___
FRANK A. MEROLA
EVE H. KARASIK
CHRISTINE M. PAJAK, Members of
**STUTMAN, TREISTER & GLATT, P.C.**
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

and

CANDACE C. CARLYON
SHLOMO S. SHERMAN
**SHEA & CARLYON, LTD.**
701 Bridger, Suite 850
Las Vegas, NV 89101
Telephone: (702) 471-7432

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

By: ___/s/ Rob Charles___
SUSAN M. FREEMAN
ROB CHARLES
**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961

*Counsel for USACM Liquidating Trust*

_____
Kenneth D. and Valerie Coxey
The Coxey Living Trust
1945 Hidden Meadows Dr.
Reno, NV 89502

429815V.2



7. This stipulation shall not affect either the amount or validity of Claimant's equity interest in FTDF as reflected in FTDF's books and records.

WHEREFORE, based on the stipulation set forth above, the parties hereby agree, and request that the Court approve this stipulation as an order of the Court pursuant to Fed. R. Bankr. P. 3006, as follows:

1. The Claim is hereby withdrawn with prejudice.

2. Claimant's equity interest in FTDF is allowed in the amount of $100,000.00, as reflected in FTDF's books and records.

DATED this ___ of August, 2007.

By: _____
FRANK A. MEROLA
EVE H. KARASIK
CHRISTINE M. PAJAK, Members of
STUTMAN, TREISTER & GLATT, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

and

CANDACE C. CARLYON
SHLOMO S. SHERMAN
SHEA & CARLYON, LTD.
701 Bridger, Suite 850
Las Vegas, NV 89101
Telephone: (702) 471-7432

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

By: _____
SUSAN M. FREEMAN
ROB CHARLES
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961

*Counsel for USACM Liquidating Trust*

_____
Kenneth D. and Valerie Coxey
The Coxey Living Trust
1945 Hidden Meadows Dr.
Reno, NV 89502

429815V.2