E-Filed on 8/24/07

**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email: adiamond@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
Email: emadden@diamondmccarthy.com

Special Litigation Counsel for USACM Liquidating Trust

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321

Susan M. Freeman, AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles, NV State Bar No. 006593
Email: rcharles@lrlaw.com

Counsel for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>   Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>   Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>   Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>   Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>   Debtor.<br>Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR<br><br>JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle<br><br>**CERTIFICATE OF SERVICE OF APPLICATION TO SHOW CAUSE WHY DR. LUCIUS BLANCHARD SHOULD NOT BE HELD IN CONTEMPT OF COURT**<br><br>Hearing Date:   September 28, 2007<br>Hearing Time:   1:30 p.m. |

I hereby certify that I am an employee of the law firm of DIAMOND MCCARTHY LLP, and that on the 23rd day of August 2007, I served a true and correct copy of the APPLICATION TO SHOW CAUSE WHY DR. LUCIUS BLANCHARD SHOULD NOT BE HELD IN CONTEMPT OF COURT, together with the DECLARATION OF ERIC MADDEN IN

SUPPORT OF APPLICATION TO SHOW CAUSE WHY DR. LUCIUS BLANCHARD SHOULD NOT BE HELD IN CONTEMPT OF COURT by electronic transmission to all parties on the Service List attached hereto.

/s/ Catherine A. Burrow
Catherine A. Burrow
Legal Assistant
Diamond McCarthy LLP

SERVICE LIST

| | |
|---|---|
| Michelle Abrams | mabrams@mabramslaw.com |
| Geoffrey L. Berman | gberman@dsi.biz |
| Janet L. Chubb | jlc@jonesvargas.com |
| George A. Davis | george.davis@cwt.com |
| Richard Dreitzer | ridreitz@ag.state.nv.us |
| Richard W. Esterkin | resterkin@morganlewis.com |
| Robert P. Goe | rgoe@goeforlaw.com |
| Asa S. Hami | ahami@morganlewis.com |
| John Hebert | jhebert@kribymac.com |
| Jeffrey D. Hermann | jhermann@orrick.com |
| Jones Vargas | tbw@jonesvargas.com |
| Eve H. Karasik | ekarasik@stutman.com |
| Dean T. Kirby | dkirby@kirbymac.com |
| August B. Landis | USTPRegion17.lv.ecf@usdoj.gov |
| Marc A. Levinson | malevinson@orrick.com |
| Ann M. Loraditch | aloraditch@beckleylaw.com |
| William J. Ovca | N1GL@aol.com |
| Andrew Parlen | aparlen@stutman.com |
| Susan Williams Scann | sscann@deanerlaw.com |
| Michael Tucker | Michael.tucker@fticonsulting.com |
| Barney Ales | bales@gooldpatterson.com |