8/17/07

GEORGE D. FRAME, LTD.
George D. Frame, Esq.
State Bar No. 000591
601 Greenway Rd., Ste. D
Henderson, NV 89002
(702) 598-4620 phone
(702) 598-4624 fax
Attorney for Defendant
John Dutkin, Trustee

Entered on Docket
August 24, 2007

FILED AND ENTERED
ON DOCKET

'07 AUG 24 A10 :59

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,        ) Case No. BK-S-06-10725 LBR
                                         ) Case No. BK-S-06-10726-LBR
_____ Debtor.)   Case No. BK-S-06-10727-LBR
In re:                                   ) Case No. BK-S-06-10728-LBR
                                         ) Case No. BK-S-06-10729-LBR
USA CAPITAL RALTY ADVISORS, LLC.         )
                                         ) Chapter 11
_____ Debtor.)
In re:                                   )
                                         ) Jointly Administered Under
USA CAPITAL DIVERSIFIED TRUST DEED       ) Case No. BK-S-06-10725 LBR
FUND, LLC,                               )
_____ Debtor.)
In re:                                   )
                                         ) Claim No. 10725-01395
USA CAPITAL FIRST TRUST DEED FUND,       )
LLC,                                     )
_____ Debtor.)   ORDER GRANTING
In re:                                   ) **PERMISSION TO FILE ON PAPER**
                                         )
USA SECURITIES, LLC,                     )
_____ Debtor.)
Affects:                                 )
                                         ) Hearing date:  October 15, 2007
  ☐ All Debtors                          ) Hearing time:  9:30 a.m.
  ■ USA Commercial Mortgage Co.          )
  ☐ USA Securities                       )
  ☐ USA Capital Realty Advisors,         )
    LLC                                  )
  ☐ USA Capital Diversified Trust        )
    Deed Fund, LLC                       )
  ☐ USA First Trust Deed Fund, LLC       )
_____            )

    The Court hereby grants the motion filed by GEORGE D. FRAME, ESQ. of

GEORGE D. FRAME, LTD.  The Clerk of the Bankruptcy Court is hereby

directed to accept on paper the following document as identified in the movant's "Motion to File on Paper": RESPONSE OF JOHN DUTKIN, TRUSTEE, TO MOTION FOR SUMMARY JUDGMENT & OBJECTION OF USA COMMERCIAL MORTGAGE COMPANY TO CLAIM OF DUTKIN TRUST ASSERTING SECURED STATUS.

No other documents may be filed on paper without first seeking permission from the Court.

IT IS SO ORDERED this ____ day of August, 2007.

_____
U. S. ~~DISTRICT~~ JUDGE
BANKRUPTCY

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0978-2          User: lakaswm              Page 1 of 1              Date Rcvd: Aug 24, 2007
Case: 06-10725               Form ID: pdf937            Total Served: 1

The following entities were served by first class mail on Aug 26, 2007.
aty          +GEORGE D FRAME,   601 GREENWAY ROAD, STE D,   HENDERSON, NV 89002-8364

The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 26, 2007**          **Signature:**  _Joseph Speetjens_