Entered on Docket
August 27, 2007

Hon. Linda B. Riegle
United States Bankruptcy Judge

___

399
Las
Facsimile: (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
CHRISTINE M. PAJAK
(CA State Bar No. 217713), Members of
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email:       fmerola@stutman.com
             ekarasik@stutman.com
             cpajak@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
701 Bridger, Suite 850
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email:       jshea@sheacarlyon.com
             ccarlyon@sheacarlyon.com
             ssherman@sheacarlyon.com

Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                              Debtors.<br><br>Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Order re Stipulation for Withdrawal with Prejudice of Proof of Claim Number 10725-00150 Filed by Coxey Living Trust Dtd 12/3/98, Kenneth D. and Valerie Coxey**<br><br>Hearing Date: September 28, 2007<br>Hearing Time: 1:30 p.m. |

1854863.1



The Court having considered the Stipulation for Withdrawal with Prejudice of Proof of Claim Number 10725-00150 Filed by Coxey Living Trust Dtd 12/3/98, Kenneth D. and Valerie Coxey (the ("Stipulation"), and good cause appearing:

IT IS HEREBY ORDERED that the Stipulation is approved.

| SUBMITTED BY: | APPROVED BY: |
|---|---|
| /s/ Rob Charles | /s/ Eve Karasik |
| SUSAN M. FREEMAN | FRANK A. MEROLA |
| ROB CHARLES | EVE H. KARASIK |
| **LEWIS AND ROCA LLP** | CHRISTINE M. PAJAK, Members of |
| 3993 Howard Hughes Parkway, Suite 600 | **STUTMAN, TREISTER & GLATT, P.C.** |
| Las Vegas, NV 89169-0961 | 1901 Avenue of the Stars, 12th Floor |
| | Los Angeles, CA 90067 |
| *Counsel for USACM Liquidating Trust* | |
| | and |
| APPROVED BY: | |
| | CANDACE C. CARLYON |
| | SHLOMO S. SHERMAN |
| | **SHEA & CARLYON, LTD.** |
| | 701 Bridger, Suite 850 |
| | Las Vegas, NV 89101 |
| KENNETH D. AND VALERIE COXEY | Telephone: (702) 471-7432 |
| THE COXEY LIVING TRUST | |
| 1945 Hidden Meadows Dr. | *Counsel for the Official Committee of* |
| Reno, NV 89502 | *Equity Security Holders of* |
| | *USA Capital First Trust Deed Fund, LLC* |

###



The Court having considered the Stipulation for Withdrawal with Prejudice of Proof of Claim Number 10725-00150 Filed by Coxey Living Trust Dtd 12/3/98, Kenneth D. and Valerie Coxey (the ("Stipulation"), and good cause appearing:

IT IS HEREBY ORDERED that the Stipulation is approved.

**SUBMITTED BY:**

SUSAN M. FREEMAN
ROB CHARLES
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961

*Counsel for USACM Liquidating Trust*

**APPROVED BY:**

KENNETH D. AND VALERIE COXEY
THE COXEY LIVING TRUST
1945 Hidden Meadows Dr.
Reno, NV 89502

**APPROVED BY:**

FRANK A. MEROLA
EVE H. KARASIK
CHRISTINE M. PAJAK, Members of
STUTMAN, TREISTER & GLATT, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

and

CANDACE C. CARLYON
SHLOMO S. SHERMAN
SHEA & CARLYON, LTD.
701 Bridger, Suite 850
Las Vegas, NV 89101
Telephone: (702) 471-7432

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

###