**LEWIS** AND
**ROCA** LLP
LAWYERS

E-Filed on 8/27/207

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                    Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**STIPULATION RE WITHDRAWAL OF OBJECTION AND ALLOWANCE OF PROOF OF CLAIM FILED BY STUART BASKIN** |

The USACM Liquidating Trust (the "USACM Trust"), by and through its undersigned counsel, and Stuart Baskin ("Baskin"), stipulate:

1.    Baskin filed a Proof of Claim ("Claim") No. 10725-01792 on December 13, 2006, as a priority claim in the amount of $3,500.00.

1

1856548.1

LEWIS AND ROCA LLP
LAWYERS

2. On March 23, 2007, the USACM Trust filed an Omnibus Objection to Commission Claims Asserting Priority Status [DE 3255] including Claim No. 10725-01792 objecting to the commission priority status of the Claim filed by Baskin, arguing that the Claim is not entitled to priority status and requested that the claim be reclassified as a general unsecured claim.

3. On April 26, 2007, a hearing was held on the USACM Trust's Objection to Claim.

4. Stewart Baskin claimed he did not receive a copy of the Order Setting Deadline to file Proofs of Claim and Proofs of Interest [DE 1280] (the "Order"). The address listed on the Certificate of Mailing of the Order is not Mr. Baskin's current mailing address and the order was not forwarded to him.

5. Stuart Baskin provided the USACM Trust proof of the amount of Commissions owed and documentation verifying that he never received notice of the deadline to file a proof of claim.

6. The parties have met and conferred and agree that the USACM Trust will withdraw its objection and Baskin's Claim No. 10725-01792 be allowed as a wage priority claim in the amount of $3,500.00 and paid by USA Commercial Mortgage Company from the reserve.

DATED: August 27, 2007

**LEWIS AND ROCA LLP**
By: /s/ RC (#6593)
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
*Counsel for USACM Liquidating Trust*

-and-

2

1856548.1

LEWIS
AND
ROCA
LLP
LAWYERS

DATED: __8/24__, 2007.

*Stewart Baskin*
Stewart Baskin
1489 W. Warm Spring Road, Suite 110
Henderson, Nevada 89014