Electronically filed on August 28, 2007

| | |
|---|---|
| Deborah D. Williamson<br>Texas State Bar No. 21617500<br>dwilliamson@coxsmith.com<br>**COX SMITH MATTHEWS INCORPORATED**<br>112 E. Pecan Street, Suite 1800<br>San Antonio, Texas 78205<br>Telephone:     (210) 554-5500<br>Facsimile:      (210) 226-8395 | David Bryant<br>Texas State Bar No. 03281500<br>dbryant@coxsmith.com<br>**COX SMITH MATTHEWS INCORPORATED**<br>1201 Elm Street, Suite 3300<br>Dallas, Texas 75270<br>Telephone:     (214) 698-7700<br>Facsimile:      (214) 698-7899 |

**ATTORNEYS FOR FORD ELSAESSER,
CHAPTER 11 TRUSTEE**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>**USA COMMERCIAL MORTGAGE COMPANY,**<br><br>**USA CAPITAL REALTY ADVISORS, LLC,**<br><br>**USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,**<br><br>**USA CAPITAL FIRST TRUST DEED FUND, LLC**<br><br>**USA SECURITIES, LLC**<br><br>          Debtors.<br><br>**Affects:**<br>■ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>Chapter 11<br><br>Jointly Administered Under Case No.<br>Case No. BK-S-06-10725-LBR<br><br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED** |

Thomas Rice, Petitioner, respectfully represents to the Court:

1.      That Petitioner resides in the San Antonio, Texas area.

**VERIFIED PETITION FOR PERMISSION TO PRACTICE
IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED – PAGE 1**
8/28/2007  2:12 PM
2123627.1

2.    The Petitioner is an attorney at law and a shareholder in the law firm of Cox Smith Matthews Incorporated, with offices at 112 E. Pecan, Suite 1800, San Antonio, Texas 78205, (210) 554-5500.

3.    That Petitioner has been retained personally or as a member of the law firm by Ford Elsaesser, Chapter 11 Trustee for the estate of Joseph D. Milanowski, to provide legal representation in connection with the above-entitled case now pending before this Court.

4.    That since 2000, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Texas where Petitioner regularly practices law.

5.    That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member is good standing of the bars of said Courts.

    Western District of Texas, 2000
    Northern District of Texas, 2000
    Southern District of Texas, 2000
    Eastern District of Texas, 2000

6.    That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings.

7.    That Petitioner has never been denied admission to the State Bar of Nevada.

8.    That Petitioner is a member of good standing in the follow Bar Associations:

    State Bar of Texas
    American Bar Association
    San Antonio Bankruptcy Bar Association

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petition is associated has/have filed application(s) to appear as counsel under Local Rule 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| September 9, 2005 | 05-0115 | U.S. Bankruptcy Court | Granted |
| September 9, 2005 | 05-0115 | U.S. Bankruptcy Court | Granted |
| June 16, 2006 | 06-cv-00710 | U.S. District Court | Granted |
| June 16, 2006 | 06-cv-00710 | U.S. District Court | Granted |
| June 14, 2007 | 07-13162 | U.S. Bankruptcy Court | Granted |
| June 14, 2007 | 07-13162 | U.S. Bankruptcy Court | Granted |
| August 21, 2007 | 07-13162 | U.S. Bankruptcy Court | Granted |

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Pursuant to the *Order Granting Motion to Waive Requirement of Local Counsel Pursuant to Local Rule IA 10-2(d)* [Docket No. 92] entered on June 26, 2007 in Case No. 07-13162-LBR pending before this Court, Petitioner is not required to associate a resident member of the bar of this court as co-counsel.

12. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

13. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

**VERIFIED PETITION FOR PERMISSION TO PRACTICE
IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED – PAGE 3**
2123627.1

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

DATED: August 28, 2007

                                         /s/ Thomas Rice
                                         Thomas Rice

STATE OF TEXAS    )
                          )
COUNTY OF BEXAR  )

Thomas Rice, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

                                         /s/ Thomas Rice
                                         Thomas Rice

Subscribed and sworn to before me this
28th day of August, 2007.

 /s/ Allison C. Seifert
Notary Public for the State of Texas
My Commission Expires: August 14, 2009

**VERIFIED PETITION FOR PERMISSION TO PRACTICE
IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED – PAGE 4**
2123627.1