# LEWIS
## AND
# ROCA
### LLP
L A W Y E R S

E-Filed on 8/28/07

1   3993 Howard Hughes Parkway, Suite 600
    Las Vegas, NV 89169-5996
    Facsimile (702) 949-8321
2   Telephone (702) 949-8320

3   Susan M. Freeman AZ State Bar No. 004199
    Email: sfreeman@lrlaw.com
    Rob Charles NV State Bar No. 006593
    Email: rcharles@lrlaw.com
4   Attorneys for USACM Liquidating Trust

5   STUTMAN, TREISTER & GLATT, P.C.            SHEA & CARLYON, LTD.
    FRANK A. MEROLA (CA 136934)                JAMES PATRICK SHEA (NV 000405)
6   EVE H. KARASIK (CA 155356)                 CANDACE C. CARLYON (NV 002666)
    CHRISTINE M. PAJAK (CA 217173)             SHLOMO S. SHERMAN (NV 009688)
    1901 Avenue of the Stars, 12th Floor       701 Bridger, Suite 850
7   Los Angeles, California 90067              Las Vegas, Nevada 89101
    Telephone: (310) 228-5600                  Telephone: (702) 471-7432
8   Facsimile: (310) 228-5788                  Facsimile: (702) 471-7435
    Email:   fmerola@stutman.com               Email:   jshea@sheacarlyon.com
9            ekarasik@stutman.com                       ccarlyon@sheacarlyon.com
             cpajak@stutman.com                         ssherman@sheacarlyon.com
10  Counsel for the Official Committee Of Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

11  ORRICK, HERRINGTON &  SUTCLIFFE LLP        BECKLEY SINGLETON, CHTD.
    MARC A. LEVINSON (CA 57613, pro hac vice)  BOB L. OLSON (NV 003783)
12  JEFFERY D. HERMANN (CA 90445, pro hac vice) ANNE M. LORADITCH  (NV 008164)
    400 Capitol Mall                           530 Las Vegas Boulevard South
13  Sacramento, California  95814              Las Vegas, NV  89101
    Telephone:  (916) 447-9200                 Telephone: (702) 385-3373
14  Facsimile:  (916) 329-4900                 Facsimile: (702) 385-5024
    Email:   malevinson@orrick.com             Email:   bolson@beckleylaw.com
15           jhermann@orrick.com                        aloraditch@beckleylaw.com
    Attorneys for Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC
16                   **UNITED STATES BANKRUPTCY COURT**
                     **DISTRICT OF NEVADA**
17

18  In re:                                     Case No. BK-S-06-10725-LBR
                                               Case No. BK-S-06-10726-LBR
19  USA COMMERCIAL MORTGAGE COMPANY,           Case No. BK-S-06-10727-LBR
                                               Case No. BK-S-06-10728-LBR
    USA CAPITAL REALTY ADVISORS, LLC,          Case No. BK-S-06-10729-LBR
20
    USA CAPITAL DIVERSIFIED TRUST DEED FUND,   CHAPTER 11
21  LLC,                                       Jointly Administered Under Case No. BK-S-06-
                                               10725 LBR
22  USA CAPITAL FIRST TRUST DEED FUND, LLC,

23  USA SECURITIES, LLC,                       **Partial Objection of USACM Trust To Mark**
                                   Debtors.    **Daniel Donnolo Claim Filed in Wrong Debtor's**
                                               **Case; Objection of FTDF to Proposed**
24     **Affects:**                            **Allowance of Claim; and Objection of DTDF to**
           ☐ All Debtors                       **Proposed Allowance of Claim**
25         ☒ USA Commercial Mortgage Company
           ☐ USA Capital Realty Advisors, LLC  Heating Date:          September 28, 2007
26         ☒ USA Capital Diversified Trust Deed Fund, LLC   Hearing Time:          1:30 p.m.
           ☒ USA Capital First Trust Deed Fund, LLC
27         ☐ USA Securities, LLC

28

225284.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

        Mark Daniel Donnolo ("Donnolo") filed Proof of Claim 10725-00627 (the
"Claim") against USA Commercial Mortgage Company ("USACM") in the total amount
of $600,000. An attachment to the Claim provides an itemization of the components of
the Claim. The attachment reflects that, in addition to making claims against USACM
based upon loans made as a direct lender, Donnolo also makes claims against USACM
based upon an alleged $248,754 investment in USA Capital First Trust Deed Fund, LLC
("FTDF") and an unspecified investment in USA Diversified Trust Deed Fund, LLC
("DTDF"). The Proof of Claim does not provide any supporting documentation.

        According to the BMC claims registry, Donnolo did not file a proof of claim or a
proof of interest in either the FTDF case or the DTDF case; nor do FTDF's records or
DTDF's records show any investment made by Donnolo. However, FTDF's records do
show that the Donnolo Family Trust dtd. 8/24/88, Joseph and Loretta Donnolo, Trustees
(the "Donnolo Trust") made a $248,754 investment in FTDF. By order of September 15,
2006 (Docket No. 1293), FTDF's list of members' equity interests was deemed to be the
list of equity interest holders filed pursuant to Bankruptcy Rule 1007(A)(3), which
constituted *prima facie* evidence of the validity and amount of each respective members'
equity interest in FTDF, unless an interest holder filed a proof of interest in a different
amount. The Donnolo Trust did not file a proof of interest against FTDF.

        Moreover, Joseph and Loretta Donnolo filed Proof of Claim 10728-00075 for an
amount exceeding the amount of the investment ($258,705.71). The Official Committee
of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF
Committee") made two objections to Proof of Claim 10728-00075. By order of February
7, 2007 (Docket No. 2711), the Donnolo Trust's claim was disallowed, and by order of
March 21, 2007 (Docket No, 3229), the Donnolo Trust's claim was reclassified as a proof
of interest, and the amount was reduced to the amount of the Donnolo Trust's investment
($248,754) as reflected in Debtor's books and records.

225284.1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

Similarly, DTDF's records show that the Donnolo Trust has a $48,047.32 investment in DTDF.  By order of September 15, 2006 (Docket No. 1293), DTDF's list of members' equity interests was deemed to be the list of equity interest holders filed pursuant to Bankruptcy Rule 1007(a)(3), which constituted *prima facie* evidence of the validity and amount of the each respective members' equity interest in DTDF, unless an interest holder filed a proof of interest in a different amount.  Joseph and Loretta Donnolo did not file a proof of interest against DTDF.

Joseph and Loretta Donnolo filed Proof of Claim 10727-00072 against DTDF for an amount approximating the amount of the investment ($48,047.00) shown in DTDF's records.  The Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC, made an objection to Proof of Claim 10727-00072.  By order of February 14, 2007 (Docket No. 2765), the Donnolo Trust's claim against DTDF was disallowed.

A.    <u>USACM Trust's Partial Objection to Donnolo Claim filed in the USACM Case</u>

At this time, the USACM Liquidating Trust (the "USACM Trust") objects to that portion of the Claim related to an alleged $248,754 investment in FTDF.  Any claim Donnolo has against USACM solely on account of an investment in FTDF is derivative of FTDF's claims against USACM.  Under a settlement approved by the Court on June 12, 2007, all such FTDF claims were settled, with FTDF holding a $7.0 million allowed general unsecured claim and beneficial interest in the USACM Liquidating Trust.  The equity interest holders in FTDF will share in any recovery on account of that claim.

The USACM Trust also objects to that portion of the Claim related to an unspecified investment in DTDF and asks that it be disallowed as a claim against USACM.  Any claim held by Donnolo against USACM solely on account of an investment in DTDF is derivative of DTDF's claims against USACM.  While the amount

225284.1

3



of DTDF's claims against USACM has not been resolved, the equity interest holders in DTDF will share in any recovery on account of those claims.

The USACM Trust does not at this time object to that portion of the Claim that appears to relate to alleged direct lender investments in the following loans: Tanamera Resorts in an unspecified amount; Bar USA for $100,000; Gramercy Park in an unspecified amount; and Roam Group for $1,200,000.  The USACM Trust reserves the right to make further objections to these direct lender claims.

B.    FTDF Committee Objection to Proposed Allowance of Donnolo Claim in FTDF Case

The FTDF Committee further objects to any proposed allowance of the Donnolo Claim.  Although FTDF's records do not show that Donnolo made any investment in FTDF, they do show that the Donnolo Family Trust dtd. 8/24/88, Joseph and Loretta Donnolo, Trustees (the "Donnolo Trust") made a $248,754 investment in FTDF.  The Donnolo Trust filed Proof of Claim No. 10728-00075 for an amount exceeding the amount of its investment.  The Court disallowed the Donnolo Trust's Proof of Claim, reclassified it as a Proof of Interest, and reduced the amount asserted therein to the amount of the Donnolo Trust's investment as of the Petition Date ($248,754).  Further, by order of the court, the Donnolo Trust was deemed to have filed a proof of interest in the amount of the investment shown in FTDF'S records ($248,754).  The Donnolo Trust has since received distributions based on its FTDF membership interest to date, with no objection.

Thus, Donnolo is apparently asserting a claim: (1) that does not belong to him, (2) that has already been disallowed as a claim against the FTDF; and (3) that is based upon an equity interest held by the Donnolo Trust in the FTDF estate that has already been recognized.  Accordingly, the FTDF Committee objects to any proposed allowance of the Claim in the FTDF case

225284.1

4

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

C.    DTDF Objection to Proposed Allowance of Donnolo Claim in DTDF Case

DTDF further objects to any proposed allowance of the Donnolo claim in the DTDF case.  DTDF's records do not show that Donnolo made any investment in DTDF, although they do show that the Donnolo Trust holds a $48,047.32 investment in DTDF. By order of the court, the Donnolo Trust was deemed to have filed a proof of interest in the amount of the investment shown in DTDF's records ($48,047.32).  Although the Donnolo Trust filed Proof of Claim No. 10727-00072 for an amount approximating the amount of the investment ($48,047.00) shown in DTDF's records, the Court disallowed the Donnolo Trust Proof of Claim because the Donnolo Trust shall recover from DTDF on a pro rata basis according to its equity interest in DTDF and not on the basis of a creditor claim.

Thus, Donnolo is apparently asserting a claim: (1) that does not belong to him, (2) that has already been disallowed as a claim against the DTDF; and (3) that is based upon an equity interest held by the Donnolo Trust in the DTDF estate that has already been deemed allowed.  Accordingly, DTDF objects to any proposed allowance of the Claim in the DTDF case.

This objection is made pursuant to Bankruptcy Code section 502, Federal Rule of Bankruptcy Procedure 3007, and Local Rule of Bankruptcy Practice 3007.

/////
/////
/////
/////
/////
/////
/////
/////
/////

225284.1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

Dated:  August 28, 2007

By:   /s/ Eve H. Karasik

FRANK A. MEROLA (CA State Bar
No. 136934),

EVE H. KARASIK (CA State Bar
No. 155356), and

CHRISTINE M. PAJAK (CA State Bar
No. 217173), Members of
STUTMAN, TREISTER & GLATT, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA  90067
Telephone:  (310) 228-5600
             and
CANDACE C. CARLYON
Shea & Carlyon, Ltd.
701 Bridger, Suit 850
Las Vegas, NV  89101
Telephone:  (702) 471-7432
COUNSEL FOR THE
OFFICIAL COMMITTEE OF EQUITY
SECURITY HOLDERS
OF USA CAPITAL FIRST TRUST DEED
FUND, LLC

**BECKLEY SINGLETON, CHTD.**

By  /s/ Anne M. Loraditch
      Bob L. Olson (NV Bar #3783)
      Anne M. Loraditch (NV Bar # 8164)
530 Las Vegas Boulevard South
Las Vegas, Nevada  89101
Telephone:  (702) 385-3373
             and
**ORRICK, HERRINGTON &
SUTCLIFFE LLP**
Marc A. Levinson
Jeffery D. Hermann
400 Capitol Mall, Suite 3000
Sacramento, California  95814-4497
*Attorneys for Post-Effective Date USA
Capital Diversified Trust Deed Fund, LLC*

By:  /s/ Rob Charles (#006593)

SUSAN M. FREEMAN
ROB CHARLES
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961
Facsimile (702) 949-8321
Telephone (702) 949-8320
COUNSEL FOR USACM Liquidating
Trust

6

225284.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

1  Copy of the foregoing
2  mailed this 28th day of
   August, 2007 to:
3
4  Mark Daniel Donnolo
   6413 Hillside Brook Ave.
5  Las Vegas, NV 89130-1836

6
7  By ____/s/  Renee L. Creswell_____

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

225284.1