STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
ANDREW M. PARLEN
(CA State Bar No. 230429), Members of
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
E-mail:   fmerola@stutman.com
          ekarasik@stutman.com
          cpajak@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON, ESQ.
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN, ESQ.
(Nevada State Bar No. 009688)
701 Bridger, Suite 850
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
E-mail:   jshea@sheacarlyon.com
          ccarlyon@sheacarlyon.com
          ssherman@sheacarlyon.com

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☒ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | Date: September 28, 2007<br>Time: 1:30 a.m. |

### USA CAPITAL FIRST TRUST DEED FUND, LLC'S PROPOSED ALLOWANCE OF INFORMAL PROOF OF CLAIM AND OBJECTION TO DUPLICATE CLAIM

The Labossiere Family Trust Dated 3/20/1987, Gerard and Lucille Labossiere Trustees ("Claimant") filed Proof of Claim Nos. 10725-00219 (the "Original Claim") and 10725-02464 (the "Duplicate Claim") against USA Commercial Mortgage Company ("USACM"), each claiming the amount of $1,500. The basis for the Original Claim appears to be related to a former investment by Claimant in USA Capital First Trust Deed Fund, LLC (the "FTDF").

The Original Claim and Duplicate Claim (the "Claims") were filed in the USACM case. However, the attachment to the Claims is an FTDF investment statement. Although it is unclear at this stage against which of the debtors in these jointly-administered bankruptcy proceedings the Original Claim should have been filed, due to the de minimis amount of the Original Claim, the FTDF's motion to close its case being currently set for September 28, 2007 and its intent to make a final distribution shortly therefter, and the FTDF's desire to minimize the costs to the estate, the FTDF has resolved not to object to allowance of the Original Claim as an informal proof of claim against the FTDF estate.

However, the FTDF does object to any proposed allowance of the Duplicate Claim against the FTDF estate. The Duplicate Claim, as its name suggests, is identical to the Original Claim, arising from the same transaction and former investment in the FTDF. Section 502(b)(1) of the Bankruptcy Code provides that the Court shall not allow a claim that "is unenforceable against the debtor and property of the debtor, under any agreement or applicable law for a reason other than because such claim is contingent or unmatured." 11 U.S.C. § 502(b)(1). Section 502 therefore precludes the allowance of duplicative proofs of claim because applicable law plainly prevents a claimant from recovering twice on a single debt. See Fine Organics Corp. v. Hexcel Corp. (In re Hexcel Corp.), 174 B.R. 807, 811 (Bankr. N.D. Cal. 1994) (noting the bankruptcy policy "intended to protect the limited assets of the estate from duplicative claims"); In re Finley, Kumble, Wagner, Heine, Underberg, Manley, Myerson & Casey, 160 B.R. 882, 894 (Bankr. S.D.N.Y. 1993) ("to allow one creditor to assert two dollars in claims for every one dollar of loss from the same debtor violates

SHEA & CARLYON, LTD.
701 Bridger Ave., Suite 850
Las Vegas, Nevada 89101
(702) 471-7432

430441v.2

principles of ratable distribution and offends notions of uniform treatment for creditors") (quotations omitted). Accordingly, the FTDF seeks the entry of an order that would deny any proposed allowance of the Duplicate Claim against the FTDF estate.

This objection is made pursuant to Bankruptcy Code section 502, Federal Rule of Bankruptcy Procedure 3007, and Local Rule of Bankruptcy Practice 3007.

Dated: August 28, 2007.

SHEA & CARLYON, LTD.

/s/ SKA

CANDACE C. CARLYON, ESQ.
Nevada State Bar No. 002666
SHLOMO S. SHERMAN, ESQ.
Nevada State Bar No. 009688
701 Bridger, Suite 850
Las Vegas, Nevada 89101

and

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
EVE H. KARASIK
CHRISTINE M. PAJAK
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

SHEA & CARLYON, LTD.
701 Bridger Ave., Suite 850
Las Vegas, Nevada 89101
(702) 471-7432

3

430441v.2