1  STUTMAN, TREISTER & GLATT, P.C.      SHEA & CARLYON, LTD.
   FRANK A. MEROLA                      JAMES PATRICK SHEA
2  (CA State Bar No. 136934)            (Nevada State Bar No. 000405)
3  EVE H. KARASIK                       CANDACE C. CARLYON, ESQ.
   (CA State Bar No. 155356)            (Nevada State Bar No. 002666)
4  ANDREW M. PARLEN                     SHLOMO S. SHERMAN, ESQ.
   (CA State Bar No. 230429), Members of (Nevada State Bar No. 009688)
5  1901 Avenue of the Stars, 12ᵗʰ Floor  701 Bridger, Suite 850
6  Los Angeles, CA 90067                Las Vegas, Nevada 89101
   Telephone: (310) 228-5600            Telephone: (702) 471-7432
7  E-mail:   fmerola@stutman.com        E-mail:   jshea@sheacarlyon.com
             ekarasik@stutman.com                  ccarlyon@sheacarlyon.com
8            cpajak@stutman.com                    ssherman@sheacarlyon.com
9  *Counsel for the Official Committee of Equity Security Holders of*
   *USA Capital First Trust Deed Fund, LLC*
10

11            **UNITED STATES BANKRUPTCY COURT**
                    **DISTRICT OF NEVADA**
12  In re:                                     )   BK-S-06-10725-LBR
    USA COMMERCIAL MORTGAGE COMPANY            )   Chapter 11
13          Debtor.                            )

14  In re:                                     )   BK-S-06-10726-LBR
    USA CAPITAL REALTY ADVISORS, LLC,          )   Chapter 11
15          Debtor.                            )

16  In re:                                     )   BK-S-06-10727-LBR
    USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, )  Chapter 11
17          Debtor.                            )

18  In re:                                     )   BK-S-06-10728-LBR
    USA CAPITAL FIRST TRUST DEED FUND, LLC,     )   Chapter 11
19          Debtor.                            )

20  In re:                                     )   BK-S-06-10729-LBR
    USA SECURITIES, LLC,                       )   Chapter 11
    21          Debtor.                        )

    Affects                                    )
22    ☐ All Debtors                           )
      ☒ USA Commercial Mortgage Co.           )
23    ☐ USA Securities, LLC                   )
      ☐ USA Capital Realty Advisors, LLC      )
24    ☐ USA Capital Diversified Trust Deed    )   Date:  September 28, 2007
      ☒ USA First Trust Deed Fund, LLC        )   Time: 1:30 a.m.
25

26  **NOTICE OF HEARING ON USA CAPITAL FIRST TRUST DEED FUND, LLC'S**
    **PROPOSED ALLOWANCE OF INFORMAL PROOF OF CLAIM AND OBJECTION**
27                      **TO DUPLICATE CLAIM**

28                                1

SHEA & CARLYON, LTD.
701 Bridger Ave., Suite 850
Las Vegas, Nevada 89101
(702) 471-7432

430441v.2

## NOTICE OF OBJECTION TO CLAIM

**THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC IS OBJECTING TO A CLAIM THAT <u>YOU</u> FILED.   UNLESS THE RESPONSE DEADLINE IS ADVANCED BY THE COURT, THE DEADLINE TO RESPOND TO THE OBJECTION IS <u>SEPTEMBER 21, 2007.</u>   PLEASE DO NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF YOUR CLAIM.    QUESTIONS REGARDING THE AMOUNT OF A CLAIM OR THE FILING OF A CLAIM SHOULD BE DIRECTED TO THE UNDERSIGNED COUNSEL.**

**NOTICE IS HEREBY GIVEN** that the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC   (the "FTDF Committee"), by and through its counsel, has filed an Objection that proposes to allow your Proof of Claim No. 10725-00219 as an informal proof of claim agianst the USA Capital First Trust Deed Fund, LLC ("FTDF") estate, but that objects to any allowance of your Proof of Claim No, 10725-02464 against that estate.  A copy of the Objection is provided to you with this notice.

**NOTICE IS FURTHER GIVEN** that, unless the hearing date is advanced by the Court, the hearing on the Objection will be held before the Honorable Linda B. Riegle, United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada, on **SEPTEMBER 28, 2007 at the hour of <u>1:30 p.m</u>. THE HEARING WILL BE HELD FOR THE PURPOSE OF STATUS CHECKS AND SCHEDULING EVIDENTIARY HEARINGS ONLY.  NO ARGUMENTS WILL BE HEARD ON THAT DATE. HOWEVER, IF THERE IS NO RESPONSE TO THE**

**OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION.**

**NOTICE IS FURTHER GIVEN** that, unless the response deadline is advanced by the Court, any response to the Objection must be filed by **September 21, 2007** pursuant to Local Rule 3007(b), which states:

> If an objection to a claim is opposed, a written response must be filed and served on the objecting party at least 5 business days before the scheduled hearing. A response is deemed sufficient if it states that written documentation in support of the proof of claim has already been provided to the objecting party and that the documentation will be provided at any evidentiary hearing or trial on the matter.

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the Court. You *must* also serve your written response on the person who sent you this notice.

> If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The Court may *refuse to allow you to speak* at the scheduled hearing; and
>
> - The Court may *rule against you* without formally calling the matter at the hearing.

Dated this 28th day of August 28, 2007.

SHEA & CARLYON, LTD.

CANDACE C. CARLYON, ESQ.
Nevada State Bar No. 002666
SHLOMO S. SHERMAN, ESQ.
Nevada State Bar No. 009688
701 Bridger, Suite 850
Las Vegas, Nevada 89101

1  | and

2  | STUTMAN, TREISTER & GLATT, P.C.
3  | FRANK A. MEROLA
   | EVE H. KARASIK
4  | CHRISTINE M. PAJAK
   | 1901 Avenue of the Stars, 12th Floor
5  | Los Angeles, CA 90067

6  | *Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust*
7  | *Deed Fund, LLC*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*SHEA & CARLYON, LTD.*
701 Bridger Ave., Suite 850
Las Vegas, Nevada 89101
(702) 471-7432

4

430441v.2