Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com
and
Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

E-FILED ON AUGUST 30, 2007

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>**Jointly Administered Under<br>Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **MONTHLY OPERATING REPORT FOR JULY 2007**<br>**(AFFECTS USA CAPITAL FIRST TRUST DEED FUND, LLC)** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re: USA First Trust Deed Fund, LLC

Case No. 06-10728-LBR

**CHAPTER 11
MONTHLY OPERATING REPORT
(GENERAL BUSINESS CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** 07/31/07            **PETITION DATE:** 04/13/06

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in   $1

|   | | End of Current Month | End of Prior Month | As of April 13, 2006 |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
|   | a. Current Assets | $3,745,423 | $7,811,405 | |
|   | b. Total Assets | $3,745,423 | $7,811,405 | $67,012,890 |
|   | c. Current Liabilities | $600,891 | $1,008,842 | |
|   | d. Total Liabilities | $600,891 | $1,008,842 | $225,782 |
| 3. | **Statement of Cash Receipts & Disbursements for Month** | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
|   | a. Total Receipts | $12,881 | $3,877,222 | $58,988,396 |
|   | b. Total Disbursements | $4,078,863 | $6,500,066 | $55,242,973 |
|   | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($4,065,982) | ($2,622,844) | $3,745,423 |
|   | d. Cash Balance Beginning of Month | $7,811,405 | $10,434,249 | $0 |
|   | e. Cash Balance End of Month (c + d) | $3,745,423 | $7,811,405 | $3,745,423 |
|   | | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
| 4. | **Profit/(Loss) from the Statement of Operations** | ($358,031) | ($445,690) | ($14,274,888) |
| 5. | **Account Receivables (Pre and Post Petition)** | $0 | $0 | |
| 6. | **Post-Petition Liabilities** | $600,891 | $1,008,842 | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | $88,996 | $69,519 | |

**At the end of this reporting month:**                                                                     **Yes**        **No**

8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee)                                                  x
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)    x
10. If the answer is yes to 8 or 9, were all such payments approved by the court?   x
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee)                                                                         x
12. Is the estate insured for replacement cost of assets and for general liability?                                     x
13. Are a plan and disclosure statement on file?   x
14. Was there any post-petition borrowing during this reporting period?                                                                         x

15. Check if paid: Post-petition taxes   N/A ;   U.S. Trustee Quarterly Fees   X ;   Check if filing is current for: Post-petition tax reporting and tax returns:   N/A .
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date:   8/30/2007 0:00

_____
Responsible Individual

Revised 1/1/98

## STATEMENT OF OPERATIONS
**(General Business Case)**
For the Month Ended 07/31/07

| Current Month | | | | | | Cumulative | Next Month |
|---|---|---|---|---|---|---|---|
| **Actual** | **Forecast** | **Variance** | | | | **(Case to Date)** | **Forecast** |
| | | | | **Revenues:** | | | |
| | | $0 | 1 | Gross Sales | | $1,803,484 | |
| | | $0 | 2 | less: Sales Returns & Allowances | | | |
| $0 | $0 | $0 | 3 | Net Sales | | $1,803,484 | $0 |
| $0 | | $0 | 4 | less: Cost of Goods Sold    (Schedule 'B') | | | |
| $0 | $0 | $0 | 5 | Gross Profit | | $1,803,484 | $0 |
| $12,881 | | $12,881 | 6 | Interest | | $378,149 | |
| | | $0 | 7 | Other Income: | | | |
| | | $0 | 8 | Debt Forgiveness Income | | $121,772 | |
| | | $0 | 9 | | | | |
| $12,881 | $0 | $12,881 | 10 | **Total Revenues** | | $2,303,405 | $0 |
| | | | | **Expenses:** | | | |
| | | $0 | 11 | Compensation to Owner(s)/Officer(s) | | | |
| | | $0 | 12 | Salaries | | | |
| | | $0 | 13 | Commissions | | | |
| | | $0 | 14 | Contract Labor | | | |
| | | | | Rent/Lease: | | | |
| | | $0 | 15 |   Personal Property | | | |
| | | $0 | 16 |   Real Property | | | |
| | | $0 | 17 | Insurance | | | |
| | | $0 | 18 | Management Fees | | $0 | |
| | | $0 | 19 | Depreciation | | | |
| | | | | Taxes: | | | |
| | | $0 | 20 |   Employer Payroll Taxes | | | |
| | | $0 | 21 |   Real Property Taxes | | | |
| | | $0 | 22 |   Other Taxes | | | |
| | | $0 | 23 | Other Selling | | $365,377 | |
| $6,278 | | ($6,278) | 24 | Other Administrative | | $78,319 | |
| | | $0 | 25 | Interest | | | |
| | | $0 | 26 | Other Expenses: | | | |
| | | $0 | 27 |   Provision for Loan Losses | | $3,052,867 | |
| | | $0 | 28 |   Loss on Sale of Assets | | $6,053,693 | |
| | | $0 | 29 |   Settlement Costs with DTDF | | $1,347,776 | |
| | | $0 | 30 | | | | |
| | | $0 | 31 | | | | |
| | | $0 | 32 | | | | |
| | | $0 | 33 | | | | |
| | | $0 | 34 | | | | |
| $6,278 | $0 | ($6,278) | 35 | **Total Expenses** | | $10,898,032 | $0 |
| $6,603 | $0 | $6,603 | 36 | **Subtotal** | | ($8,594,627) | $0 |
| | | | | **Reorganization Items:** | | | |
| ($364,634) | | $364,634 | 37 | Professional Fees | | ($5,659,511) | |
| | | $0 | 38 | Provisions for Rejected Executory Contracts | | | |
| | | $0 | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | | |
| | | $0 | 40 | Gain or (Loss) from Sale of Equipment | | | |
| | | $0 | 41 | U.S. Trustee Quarterly Fees | | ($20,750) | |
| | | $0 | 42 | | | | |
| ($364,634) | $0 | $364,634 | 43 | **Total Reorganization Items** | | ($5,680,261) | $0 |
| ($358,031) | $0 | | 44 | **Net Profit (Loss) Before Federal & State Taxes** | | ($14,274,888) | $0 |
| | | $0 | 45 | Federal & State Income Taxes | | | |
| ($358,031) | $0 | $0 | 46 | **Net Profit (Loss)** | | ($14,274,888) | $0 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

# BALANCE SHEET
## (General Business Case)
**For the Month Ended** 07/31/07

**Assets**

| | | From Schedules | Market Value[1] |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $3,745,423 |
| 2 | Cash and cash equivalents - restricted | | |
| 3 | Accounts receivable (net) | A | $0 |
| 4 | Inventory | B | $0 |
| 5 | Prepaid expenses | | |
| 6 | Professional retainers | | |
| 7 | Other: | | |
| 8 | | | |
| 9 | **Total Current Assets** | | $3,745,423 |
| | **Property and Equipment (Market Value)** | | |
| 10 | Real property | C | $0 |
| 11 | Machinery and equipment | D | $0 |
| 12 | Furniture and fixtures | D | $0 |
| 13 | Office equipment | D | $0 |
| 14 | Leasehold improvements | D | $0 |
| 15 | Vehicles | D | $0 |
| 16 | Other: | D | |
| 17 | | D | |
| 18 | | D | |
| 19 | | D | |
| 20 | | D | |
| 21 | **Total Property and Equipment** | | $0 |
| | **Other Assets** | | |
| 22 | Loans to shareholders | | |
| 23 | Loans to affiliates | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | **Total Other Assets** | | $0 |
| 29 | **Total Assets** | | $3,745,423 |

**NOTE:**
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

1 - The method used to estimate the market value of assets was net book value at the end of the current reporting period as market value has not been determined.

Revised 1/1/98

# Liabilities and Equity
**(General Business Case)**

**Liabilities From Schedules**

**Post-Petition**

**Current Liabilities**

| # | Item | | Amount |
|---|---|---|---|
| 30 | Salaries and wages | | |
| 31 | Payroll taxes | | |
| 32 | Real and personal property taxes | | |
| 33 | Income taxes | | |
| 34 | Sales taxes | | |
| 35 | Notes payable (short term) | | |
| 36 | Accounts payable (trade) | A | $120,709 |
| 37 | Real property lease arrearage | | |
| 38 | Personal property lease arrearage | | |
| 39 | Accrued professional fees | | $480,182 |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | |
| 41 | Other: | | |
| 42 | | | |
| 43 | | | |
| 44 | **Total Current Liabilities** | | $600,891 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | |
| 46 | **Total Post-Petition Liabilities** | | $600,891 |

**Pre-Petition Liabilities (allowed amount)[1]**

| # | Item | | Amount |
|---|---|---|---|
| 47 | Secured claims[1] | F | $0 |
| 48 | Priority unsecured claims[1] | F | $0 |
| 49 | General unsecured claims[1] | F | $0 |
| 50 | **Total Pre-Petition Liabilities** | | $0 |
| 51 | **Total Liabilities** | | $600,891 |

**Equity (Deficit)**

| # | Item | Amount |
|---|---|---|
| 52 | Retained Earnings/(Deficit) at time of filing | $11,396,460 |
| 53 | Capital Stock | |
| 54 | Additional paid-in capital | |
| 55 | Cumulative profit/(loss) since filing of case | ($14,274,888) |
| 56 | Post-petition contributions/(distributions) or (draws) | ($48,981,273) |
| 57 | General and Limited Partners equity | $55,004,233 |
| 58 | Market value adjustment | |
| 59 | **Total Equity (Deficit)** | $3,144,532 |
| 60 | **Total Liabilities and Equity (Deficit)** | $3,745,423 |

**NOTE:**

1 - Allowed Amounts have not yet been determined and are contigent upon approval from the Bankruptcy Court. The pre-petition liabilities' amounts above reflect the claimed amounts filed on Schedules.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET
**(General Business Case)**

## Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | | $31,713 | |
| 31-60 Days | | $21,097 | |
| 61-90 Days | | $0 | $88,996 |
| 91+ Days | | $67,899 | |
| Total accounts receivable/payable | $0 | $120,709 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $0 | | |

## Schedule B
### Inventory/Cost of Goods Sold

**Types and Amount of Inventory(ies)** — **Inventory(ies) Balance at End of Month**

Retail/Restaurants -
  Product for resale _____

Distribution -
  Products for resale _____

Manufacturer -
  Raw Materials _____
  Work-in-progress _____
  Finished goods _____

Other - Explain _____
_____
  TOTAL _____ $0

**Cost of Goods Sold**

Inventory Beginning of Month _____
Add -
  Net purchase _____
  Direct labor _____
  Manufacturing overhead _____
  Freight in _____
  Other: _____
  _____

Less -
  Inventory End of Month _____
  Shrinkage _____
  Personal Use _____

Cost of Goods Sold _____ $0

**Method of Inventory Control**

Do you have a functioning perpetual inventory system?
  Yes ____   No ____
How often do you take a complete physical inventory?

Weekly ____
Monthly ____
Quarterly ____
Semi-annually ____
Annually ____
Date of last physical inventory was _____

Date of next physical inventory is _____

**Inventory Valuation Methods**

Indicate by a checkmark method of inventory used.

Valuation methods -
  FIFO cost ____
  LIFO cost ____
  Lower of cost or market ____
  Retail method ____
  Other ____
    Explain _____
  _____

Revised 1/1/98

**Schedule C**
**Real Property**

| Description | Cost | Market Value |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |

**Schedule D**
**Other Depreciable Assets**

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |
| Furniture & Fixtures - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |
| Office Equipment - | | |
| | | |
| | | |
| Total | $0 | $0 |
| Leasehold Improvements - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |
| Vehicles - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |

**Schedule E**
**Aging of Post-Petition Taxes**
**(As of End of the Current Reporting Period)**

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

**Schedule F**
**Pre-Petition Liabilities**

| List Total Claims For Each Classification - | Claimed[1] Amount | Allowed[2] Amount (b) |
|---|---|---|
| Secured claims (a) | | |
| Priority claims other than taxes | | |
| Priority tax claims | | |
| General unsecured claims | | |

(a) List total amount of claims even if under secured.
(b) Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

**Schedule G**
**Rental Income Information**
**Not applicable to General Business Cases**

**Schedule H**
**Recapitulation of Funds Held at End of Month**

| | Account 1 | Account 2 | Account 3 | Account 4 |
|---|---|---|---|---|
| Bank | Bank of America | Bank of America | | |
| Account Type | Analyzed Checking | Money Market | | |
| Account No. | 3755532435 | 3755547488 | | |
| Account Purpose | General | Money Market | | |
| Balance, End of Month | $47,531 | $3,697,892 | | |
| Total Funds on Hand for all Accounts | $3,745,423 | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

**NOTES:**
1 - Claimed Amounts reflects amounts filed on schedules and is subject to change as proof of claims are filed and further pre-petition invoices are identified.

Revised 1/1/98

2 - Allowed Amounts have not yet been determined and are contigent upon approval from the Bankruptcy Court.

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
**Increase/(Decrease) in Cash and Cash Equivalents**
**For the Month Ended** 07/31/07

|    |                                                              | Actual Current Month | Cumulative (Case to Date) |
|----|--------------------------------------------------------------|---------------------:|--------------------------:|
|    | **Cash Receipts**                                            |                      |                           |
| 1  | Rent/Leases Collected                                        |                      |                           |
| 2  | Cash Received from Sales                                     | $0                   | $58,610,247               |
| 3  | Interest Received                                            | $12,881              | $378,149                  |
| 4  | Borrowings                                                   |                      |                           |
| 5  | Funds from Shareholders, Partners, or Other Insiders         |                      |                           |
| 6  | Capital Contributions                                        |                      |                           |
| 7  |                                                              |                      |                           |
| 8  |                                                              |                      |                           |
| 9  |                                                              |                      |                           |
| 10 |                                                              |                      |                           |
| 11 |                                                              |                      |                           |
| 12 | **Total Cash Receipts**                                      | $12,881              | $58,988,396               |
|    | **Cash Disbursements**                                       |                      |                           |
| 13 | Payments for Inventory                                       |                      |                           |
| 14 | Selling                                                      |                      |                           |
| 15 | Administrative                                               | $3,529               | $83,509                   |
| 16 | Capital Expenditures                                         |                      |                           |
| 17 | Principal Payments on Debt                                   |                      |                           |
| 18 | Interest Paid                                                |                      |                           |
|    | Rent/Lease:                                                  |                      |                           |
| 19 |    Personal Property                                         |                      |                           |
| 20 |    Real Property                                             |                      |                           |
|    | Amount Paid to Owner(s)/Officer(s)                           |                      |                           |
| 21 |    Salaries                                                  |                      |                           |
| 22 |    Draws                                                     |                      |                           |
| 23 |    Commissions/Royalties                                     |                      |                           |
| 24 |    Expense Reimbursements                                    |                      |                           |
| 25 |    Other                                                     |                      |                           |
| 26 | Salaries/Commissions (less employee withholding)             |                      |                           |
| 27 | Management Fees                                              |                      | $0                        |
|    | Taxes:                                                       |                      |                           |
| 28 |    Employee Withholding                                      |                      |                           |
| 29 |    Employer Payroll Taxes                                    |                      |                           |
| 30 |    Real Property Taxes                                       |                      |                           |
| 31 |    Other Taxes                                               |                      |                           |
| 32 | Other Cash Outflows:                                         |                      |                           |
| 33 |    Distributions to Shareholders                             | $3,300,000           | $48,981,273               |
| 34 |    U.S. Trustee Quarterly Fees                               |                      | $20,750                   |
| 35 |    Professional Fees Paid in Connection with Chapter 11 Case | $775,334             | $5,157,441                |
| 36 |    Payment to USA Capital Diversified Trust Deed Fund        |                      | $1,000,000                |
| 37 |                                                              |                      |                           |
| 38 | **Total Cash Disbursements:**                                | $4,078,863           | $55,242,973               |
| 39 | **Net Increase (Decrease) in Cash**                          | ($4,065,982)         | $3,745,423                |
| 40 | **Cash Balance, Beginning of Period**                        | $7,811,405           | $0                        |
| 41 | **Cash Balance, End of Period**                              | $3,745,423           | $3,745,423                |

Revised 1/1/98

# STATEMENT OF CASH FLOWS
**(Optional) Increase/(Decrease) in Cash and Cash Equivalents**
**For the Month Ended** 07/31/07

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---:|---:|
| | **Cash Flows From Operating Activities** | | |
| 1 | Cash Received from Sales | | $58,610,247 |
| 2 | Rent/Leases Collected | | |
| 3 | Interest Received | $12,881 | $378,149 |
| 4 | Cash Paid to Suppliers | | |
| 5 | Cash Paid for Selling Expenses | | |
| 6 | Cash Paid for Administrative Expenses | $3,529 | $83,509 |
| | Cash Paid for Rents/Leases: | | |
| 7 | Personal Property | | |
| 8 | Real Property | | |
| 9 | Cash Paid for Interest | | |
| 10 | Cash Paid for Net Payroll and Benefits | | |
| | Cash Paid to Owner(s)/Officer(s) | | |
| 11 | Salaries | | |
| 12 | Draws | | |
| 13 | Commissions/Royalties | | |
| 14 | Expense Reimbursements | | |
| 15 | Other | | |
| | Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
| 16 | Employer Payroll Tax | | |
| 17 | Employee Withholdings | | |
| 18 | Real Property Taxes | | |
| 19 | Other Taxes | | |
| 20 | Cash Paid for General Expenses | | |
| 21 | Distributions to Shareholders | $3,300,000 | $48,981,273 |
| 22 | Management Fees | | $0 |
| 23 | Payment to USA Capital Diversified Trust Deed Fund | $0 | $1,000,000 |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | ($3,290,648) | $8,923,614 |
| | **Cash Flows From Reorganization Items** | | |
| 28 | Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| 29 | Professional Fees Paid for Services in Connection with Chp 11 Case | $775,334 | $5,157,441 |
| 30 | U.S. Trustee Quarterly Fees | | $20,750 |
| 31 | | | |
| 32 | **Net Cash Provided (Used) by Reorganization Items** | ($775,334) | ($5,178,191) |
| 33 | **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | ($4,065,982) | $3,745,423 |
| | **Cash Flows From Investing Activities** | | |
| 34 | Capital Expenditures | | |
| 35 | Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| 36 | | | |
| 37 | **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
| | **Cash Flows From Financing Activities** | | |
| 38 | Net Borrowings (Except Insiders) | | |
| 39 | Net Borrowings from Shareholders, Partners, or Other Insiders | | |
| 40 | Capital Contributions | | |
| 41 | Principal Payments | | |
| 42 | | | |
| 43 | **Net Cash Provided (Used) by Financing Activities** | $0 | $0 |
| 44 | **Net Increase (Decrease) in Cash and Cash Equivalents** | ($4,065,982) | $3,745,423 |
| 45 | **Cash and Cash Equivalents at Beginning of Month** | $7,811,405 | $0 |
| 46 | **Cash and Cash Equivalents at End of Month** | $3,745,423 | $3,745,423 |

Revised 1/1/98

**USA First Trust Deed Fund, LLC**
**Question 9 - Payments to Professionals**
**July 1, 2007 - July 31, 2007**

|  | Total Paid During Month |
|---|---:|
| Alvarez & Marshal, LLC | $ 146,114.46 |
| BMC Group | 295,826.30 |
| Shea & Carlyon LTD. | 17,059.40 |
| Stutman Treister & Glatt Professional Corporation | 315,502.70 |
| Committee Members | 831.01 |
| **Total Fees & Expenses** | **$ 775,333.87** |