**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 8/31/07

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re: <br><br> USA COMMERCIAL MORTGAGE COMPANY, <br><br> USA CAPITAL REALTY ADVISORS, LLC, <br><br> USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, <br><br> USA CAPITAL FIRST TRUST DEED FUND, LLC, <br><br> USA SECURITIES, LLC, <br>                                   Debtors. <br><br> **Affects:** <br> ☐ All Debtors <br> ☒ USA Commercial Mortgage Company <br> ☐ USA Capital Realty Advisors, LLC <br> ☐ USA Capital Diversified Trust Deed Fund, LLC <br> ☐ USA Capital First Trust Deed Fund, LLC <br> ☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR <br> Case No. BK-S-06-10726-LBR <br> Case No. BK-S-06-10727-LBR <br> Case No. BK-S-06-10728-LBR <br> Case No. BK-S-06-10729-LBR <br><br> CHAPTER 11 <br><br> Jointly Administered Under Case No. BK-S-06-10725 LBR <br><br> **STIPULATION RE PROOF OF CLAIM OF MICHAEL FAMILY TRUST LISTED IN TWENTY-FIRST OMNIBUS OBJECTION TO PROOFS OF CLAIM FILED AS SECURED** <br><br> Hearing Date: October 15, 2007 <br> Hearing Time: 9:30 a.m. |

      The USACM Liquidating Trust (the "USACM Trust"), by and through its undersigned counsel, and Alain Michael and Dawn Levy Michael, Trustees of the Michael Family Trust DTD 12/4/03 (the "Michael Trust"), stipulate:

1

1861264.1

LEWIS AND ROCA LLP
LAWYERS

1.     The Michael Trust filed proof of claim No. 10725-00276 in the amount of $180,000.00 as a secured claim.

2.     On March 20, 2007, the USACM Trust filed its Twenty-First Omnibus Objection to Proofs of Claim filed as Secured [DE 3174] objecting to the secured status of Claim No. 10725-00276 filed by the Michael Trust, arguing that the proof of claim is not entitled to secured status and requested that the claim be reclassified as a general unsecured claim.

3.     On March 28, 2007, the Michael Trust filed an informal response to the Objection of the USACM Trust.

4.     The hearing on the Objection and Response occurred on April 26, 2007 at 9:30 a.m.

5.     On July 30, 2007, the USACM Trust filed its Motion for Summary Judgment Regarding (1) Responses To the USACM Trust's First Through Thirty-Third Omnibus Objections to Claims Asserting a Secured Status; (2); Responses to USACM Trust's First Through Third Omnibus Objections to Claims Asserting A Priority Status; And (3) Newly Alleged Secured And Priority Claims (the "Motion for Summary Judgment") [DE 4291]. The Motion for Summary Judgment is scheduled for hearing before this Court on October 15, 2007 at 9:30 a.m.

6.     Upon being provided additional information, the Michael Trust has conceded that the claim is not properly classified as a secured claim, and therefore stipulates to the granting of the Objection as to the claim and reclassifying the claim as an unsecured claim, without prejudice to additional objections at a later date.

7.     The parties agree that the hearing on the Motion for Summary Judgment on the Michael Trust proof of claim scheduled for October 15, 2007 may be vacated.

8.     The USACM Trust reserves the right to further object to the claim, for allowance and or distribution purposes on other grounds.

1861264.1

**LEWIS AND ROCA LLP**
**LAWYERS**

8. The USACM Trust reserves the right to further object to the claim, for allowance and or distribution purposes on other grounds.

9. A proposed form of order approving the stipulation and sustaining the objection is being submitted for the Court's consideration.

DATED: 8/30, 2007.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
    Susan M. Freeman, AZ 4199 (*pro hac vice*)
    Rob Charles, NV 6593
*Counsel for USACM Liquidating Trust*

-and-

_____
Alain Michael, Trustee of the Michael Family Trust

_____
Dawn LevyMichael, Trustee of the Michael Family Trust

3

1861264.1