**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 8/31/07

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                              Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>***EX PARTE* MOTION FOR EXTENSION OF TIME TO RESPOND TO OBJECTIONS TO MOTION FOR SUMMARY JUDGMENT**<br>**(with Certificate of Service)** |

The USACM Liquidating Trust (the "USACM Trust") moves this Court for an order extending the deadline to respond to objections filed to the Motion for Summary Judgment Regarding (1) Responses To The USACM Trust's First Through Thirty-Third Omnibus Objections To Claims Asserting A Secured Status; (2) Responses to USACM Trust's First Through Third Omnibus Objections To Claims Asserting A Priority Status;

1862247.1

LEWIS AND ROCA LLP
LAWYERS

And (3) Newly Alleged Secured And Priority Claims [DE 4291] (the "Motion for Summary Judgment") that was filed on July 30, 2007.

On July 30, 2007, the USACM Trust filed its Motion for Summary Judgment. The Motion seeks to reclassify approximately 109 claims in the aggregate amount of over $8,000,000.00. Under this Court's Local Rules, the deadline to file oppositions to the Motion was August 17, 2007; and the USACM Trust's response to the oppositions is due on August 31, 2007.

Responses to the Motion for Summary Judgment were filed by:

- Jack S. Tiano Accountancy Corp [DE 4472] on August 8, 2007;
- Erna D. Grundman and Joanne M. Grundman [DE 4492] on August 13, 2007;
- Larry and Patsy Rieger [DE 4548] on August 16, 2007;
- Michael Petersen [DE 4571] on August 17, 2007;
- Edward Kline and Leah Kline Family Trust [DE 4508 and 4509] August 14, 2007; and
- Osvaldo Zunino Living Trust dated 12/18/98.

In addition, Wynn Gunderson was granted an extension of time by the USACM Trust's to file an objection to the motion until September 20, 2007, as a courtesy to counsel.

The hearing on the Motion for Summary Judgment is scheduled for October 15, 2007 at 9:30 a.m.

Rather than file a separate reply memorandum on each objection, the USACM Trust is preparing one reply memo. In order to respond to each objection, the Trust has to research the basis for the claim, obtain and review documentation that substantiates the claim. The Trust has updated lien searches and reached out to Mesirow Financial Interim Management for responses to some of the allegations made. Unfortunately, the process

1862247.1

LEWIS AND ROCA LLP
LAWYERS

1  has taken more time than anticipated and will not be concluded until as late as Friday,
2  September 15, 2007.
3      If this Court grants the request for an extension, the claimants and the Court will
4  not be prejudiced, as they will have a month to consider the reply before the scheduled
5  hearing.
6      Although this is presented on an *ex parte* basis, counsel for the USACM Trust are
7  personally attempting to contact each affected creditor or creditor's counsel to advise
8  them of the request.
9      For these reasons, the USACM Trust requests an extension of time allowing the
10 Trust until September 15, 2007 to file a response to the objections to the Motion for
11 Summary Judgment.
12     Dated August 31, 2007.

**LEWIS AND ROCA LLP**

By /s/ RC (#006593)
Susan M. Freeman, AZ 4199 (pro hac vice)
Rob Charles, NV 6593
*Attorneys for USACM Liquidating Trust*

LEWIS AND ROCA LLP
LAWYERS

## Proof of service

Copy of the foregoing served on August 31, 2007 via email, where an email address is listed, or by first class mail, postage prepaid, addressed to all parties in interest listed on the Post Effective Date Service List on file with this Court and to the following parties:

Jack S Tiano Accountancy Corp
116 W El Portal, Suite 103
San Clemente, CA 92672

Erna D. Grundman
114 E Yolo Street
Orland, CA 95963-1938

Grundman, Joanne
1608 Brown Street
Carson City, NV 89701

Larry L & Patsy R Rieger Trustees
2615 Glen Eagles Drive
Reno, NV 89523

Michael Petersen
John F. O'Reilly
O'Reilly Law Group, LLC
325 S. Maryland Parkway
Las Vegas, NV 89101

Edward & Leah Kline Family Trust Dtd 7/9/91
c/o Edward & Leah Kline Trustees
9932 Arbuckle Drive
Las Vegas, NV 89134-7530

Osvaldo Zunino Living Trust Dtd 12/18/98
c/o Osvaldo Zunino Trustee
3575 Tioga Way
Las Vegas, NV 89109

Wynn A. and Lorraine J. Gunderson
33941 N. 67 Street
Scottsdale, AZ 85262-7250


  /s/ Christine E Laurel
Lewis and Roca LLP

1862247.1