E. Grace Marston
1184 Camano Ct.
San Jose, CA 95122
August 27, 2007

FILED AND ENTERED
ON DOCKET

Aug 31  2 21 PM '07

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

US Bankruptcy Court
Attn: Clerk's Office
300 Las Vegas Blvd. South
Las Vegas, NV 89101

Dear Judge Riegle,
I have investments associated with USA Capital/USA Commercial Mortgage case number BKS06-10725. This letter is to inform you that I have a new mailing address. Please update your records to replace my previous address:

E. Grace Marston Trustee of the Marston Family Trust dated 08/13/1993
E. Marston
12441 Road 44
Mancos, CO 81328

with the following **new** address:

E. Grace Marston Trustee of the Marston Family Trust dated 08/13/1993
E. Marston
1184 Camano Court
San Jose, CA 95122
(408)280-0653

Thank you for your prompt attention to this matter.

Sincerely,

*E. Grace Marston*

E. Grace Marston