LEWIS
AND
ROCA
LLP
———————
L A W Y E R S

E-Filed on 9/4/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE | Case No. BK-S-06-10727-LBR |
| COMPANY, | Case No. BK-S-06-10728-LBR |
| | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | **Notice Of Hearing Regarding Objection Of The USACM Liquidating Trust To Blair E. Roach And Barbara K. Roach Claim Asserting Priority Status (With Certificate Of Service)** |
| USA SECURITIES, LLC, Debtors. | |
| | Hearing Date:  October 15, 2007 |
| **Affects:** | Hearing Time:  9:30 a.m. |
| ☐ All Debtors | |
| ☒ USA Commercial Mortgage Company | |
| ☐ USA Capital Realty Advisors, LLC | |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | |
| ☐ USA Capital First Trust Deed Fund, LLC | |
| ☐ USA Securities, LLC | |

**THE USACM LIQUIDATING TRUST IS OBJECTING TO THE CLAIM THAT <u>YOU</u> FILED.   THIS IS NOT AN OBJECTION TO THE VALIDITY OR AMOUNT OF YOUR CLAIM, RATHER IT ARGUES THAT YOUR CLAIM IS NOT ENTITLED TO PRIORITY STATUS.  THE DEADLINE TO RESPOND TO THE OBJECTION IS <u>OCTOBER 5, 2007.</u>  PLEASE DO NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF YOUR CLAIM.**  Questions regarding the amount of a claim or the filing of a claim should be directed to the undersigned counsel.

1862630.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

**NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust, by and through its counsel, has filed an Objection to your Claim Asserting Priority Status. The USACM Liquidating Trust has requested that this Court enter an order, pursuant to section 502 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for an order denying priority status to your alleged Priority Claim against USA Commercial Mortgage Company ("USACM").

Specifically, the USACM Liquidating Trust argues that there is no basis in the proof of claim or in the books and records of the Debtors that would support a priority Claim. The USACM Trust objects to the Claim on the basis that it is not one of the ten types of Claims entitled to priority status under Bankruptcy Code § 507, and asserts it should be reclassified as a general unsecured Claim. The claimant has produced no evidence or documentation supporting the contention that it should be treated as a priority Claim. The USACM Trust does not object to the validity or amount of the Claim at this time, but reserves the right to do so in the future. The Trust requests that the Court reclassify the claim as a general unsecured claim (albeit subject to potential, additional objections). As explained in the objection, the USACM Liquidating Trust may have other objections to the claim that will be filed later.

**NOTICE IS FURTHER GIVEN** that the hearing on the Objection will be held before the Honorable Linda B. Riegle, United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada, on **October 15, 2007, at the hour of 9:30 a. m**.

**NOTICE IS FURTHER GIVEN THAT THE HEARING SET ON OCTOBER 15, 2007, WILL BE HELD FOR THE PURPOSE OF STATUS CHECKS AND SCHEDULING EVIDENTIARY HEARINGS ONLY. NO ARGUMENTS WILL BE HEARD ON THAT DATE.**

1862630.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

1

2

**NOTICE IS FURTHER GIVEN** that any response to the Objection must be filed

by **October 5, 2007,** pursuant to Local Rule 3007(b), which states:

3

4

5

6

> If an objection to a claim is opposed, a written response must be filed and
> served on the objecting party at least 5 business days before the scheduled
> hearing.  A response is deemed sufficient if it states that written
> documentation in support of the proof of claim has already been provided to
> the objecting party and that the documentation will be provided at any
> evidentiary hearing or trial on the matter.

7

8

9

10

11

12

> If you object to the relief requested, you *must* file a **WRITTEN** response to this
> pleading with the Court.  You *must* also serve your written response on the person who
> sent you this notice.
>
> If you do not file a written response with the Court, or if you do not serve your
> written response on the person who sent you this notice, then:
> - The Court may *refuse to allow you to speak* at the scheduled hearing; and
> - The Court may *rule against you* without formally calling the matter at the
>   hearing.

13

14

Dated:  September 4, 2007.        **LEWIS AND ROCA LLP**

15

16

17

By:  /s/ RC (#6593)
   Susan M. Freeman, AZ 4199 (*pro hac vice*)
   Rob Charles, NV 6593
   *Counsel for USACM Liquidating Trust*

18

19

COPY of the foregoing served via email where an email address is listed, and if no email
address is listed, by first class mail, postage prepaid, on September 4, 2007, to the
following party:

20

21

22

Blair E. and Barbara K. Roach
PO Box 1238
Zephyr Cove NV 89448-1238

23

24

By:  /s/ Christine Laurel
  Christine Laurel

25

26

1862630.1