Electronically Filed September 4, 2007

| | |
|---|---|
| 1 | Marc A. Levinson (California Bar No. 57613) |
| | Jeffery D. Hermann (California Bar No. 90445) |
| 2 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| | 400 Capitol Mall, Suite 3000 |
| 3 | Sacramento, California  95814-4497 |
| 4 | Telephone:     (916) 447-9200 |
| | Facsimile:      (916) 329-4900 |
| 5 | Email:    malevinson@orrick.com |
| | jhermann@orrick.com |

Bob L. Olson (Nevada Bar No. 3783)
Anne M. Loraditch (Nevada Bar No. 8164)
BECKLEY SINGLETON, CHARTERED
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone:     (702) 385-3373
Facsimile:      (702) 385-5024
Email:    bolson@beckleylaw.com
aloraditch@beckleylaw.com

6

*Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

7

**UNITED STATES BANKRUPTCY COURT**

8

**DISTRICT OF NEVADA**

9

| | |
|---|---|
| In re: | Case No. BK-S-06-10725 LBR |
| | Case No. BK-S-06-10726 LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727 LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10728 LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Case No. BK-S-06-10729 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Chapter 11 |
| USA SECURITIES, LLC, | |
| Debtors. | Jointly Administered Under |
| | Case No. BK-S-06-10725-LBR |

Affects:
☒   All Debtors
☐   USA Commercial Mortgage Company
☐   USA Securities, LLC
☐   USA Capital Realty Advisors, LLC
☐   USA Capital Diversified Trust Deed Fund, LLC
☐   USA First Trust Deed Fund, LLC

**SUBSTITUTION OF COUNSEL**

        USA Capital Diversified Trust Deed Fund, LLC ("Diversified Fund"), hereby substitutes the

law firm of SNELL & WILMER, L.L.P., 3883 Howard Hughes Parkway, #1100, Las Vegas, Nevada

89169, in the place of the law firm of BECKLEY SINGLETON, CHTD., 530 Las Vegas Boulevard

South, Las Vegas, Nevada 89101, as its Special (Nevada) Counsel in the above-captioned matters.

        DATED this 31st day of August 2007.

                                    USA CAPITAL DIVERSIFIED TRUST DEED FUND,
                                    LLC

                                    By:___/s/Michael Tucker_____
                                            Michael Tucker, Administrator

BECKLEY
SINGLETON
ATTORNEYS AT LAW
530 LAS VEGAS BLVD SOUTH
LAS VEGAS, NEVADA 89101

{00416739;}                                            1

1    We hereby agree to be substituted in the place of BECKLEY SINGLETON, CHTD. in the

2  above-captioned matter, as Special (Nevada) Counsel for Diversified Fund.

3    DATED this 31st day of August 2007.

4

5                                    SNELL & WILMER, L.L.P.

6                             By:  /s/Robert Kinas
                                   Robert R. Kinas, Esq.
7                                  Nevada State Bar No. 6019
                                   3883 Howard Hughes Parkway, #1100
8                                  Las Vegas, Nevada 89169
                                   Telephone: (702) 784-5200
9                                  Facsimile: (702) 784-5252

10

11    We hereby agree to the substitution of the law firm of SNELL & WILMER, L.L.P., as

12  Special (Nevada) Counsel for Diversified Fund in the above-captioned matter, in our place and

13  stead.

14    DATED this 31st day of August 2007.

15                                    BECKLEY SINGLETON, CHTD.

16

17                             By:  /s/Anne Loraditch
                                   BOB L. OLSON, ESQ.
18                                 Nevada Bar No. 3783
                                   ANNE M. LORADITCH, ESQ.
19                                 Nevada Bar No. 8164
                                   530 Las Vegas Boulevard South
20                                 Las Vegas, NV 89101
                                   Telephone: (702) 385-3373
21                                 Facsimile: (702) 385-5024

22

23

24

25

26

27

28

BECKLEY
SINGLETON  CHTD
ATTORNEYS AT LAW
530 LAS VEGAS BLVD SOUTH
LAS VEGAS, NEVADA 89101

{00416739;}                                    2