**LEWIS AND ROCA LLP LAWYERS**

E-Filed on 9/4/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

ORRICK, HERRINGTON & SUTCLIFFE LLP
MARC A. LEVINSON (CA 57613, pro hac vice)
JEFFERY D. HERMANN (CA 90445, pro hac vice)
400 Capitol Mall
Sacramento, California 95814
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email: malevinson@orrick.com
       jhermann@orrick.com

BECKLEY SINGLETON, CHTD.
BOB L. OLSON (NV 003783)
ANNE M. LORADITCH (NV 008164)
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024
Email: bolson@beckleylaw.com
       aloraditch@beckleylaw.com

Attorneys for Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC, | **Notice of Hearing; Objection of USACM Trust To Clifford Mehling II's Claim Filed in Wrong Debtor's Case; Objection of DTDF to Proposed Allowance of Claim** |
| Debtors. | |
| **Affects:** | |
| ☐ All Debtors | Hearing Date:  October 15, 2007 |
| ☒ USA Commercial Mortgage Company | Hearing Time:  9:30 a.m. |
| ☐ USA Capital Realty Advisors, LLC | |
| ☒ USA Capital Diversified Trust Deed Fund, LLC | |
| ☐ USA Capital First Trust Deed Fund, LLC | |
| ☐ USA Securities, LLC | |

225662.1



# NOTICE OF OBJECTION TO CLAIM

**THE USACM LIQUIDATING TRUST AND USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC ARE OBJECTING TO THE CLAIMS THAT <u>YOU</u> FILED.  UNLESS THE RESPONSE DEADLINE IS ADVANCED BY THE COURT, THE DEADLINE TO RESPOND TO THE OBJECTION IS <u>OCTOBER 5, 2007.</u> <u>PLEASE DO NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF YOUR CLAIM</u>.  QUESTIONS REGARDING THE AMOUNT OF A CLAIM OR THE FILING OF A CLAIM SHOULD BE DIRECTED TO THE UNDERSIGNED COUNSEL.**

**NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust, by and through its counsel, has filed an Objection to your claim filed in USA Commercial Mortgage Company, Case No. 06-10725 on the ground that the claim is based upon an equity interest in USA Capital Diversified Trust Deed Fund, LLC ("DTDF") Case No. 06-10727.  DTDF, by and through its counsel, further objects to any proposed allowance of your claim against the DTDF estate because the equity interest of First Savings Bank C/F Clifford J. Mehling II, IRA (the "Mehling IRA") in DTDF has already been deemed allowed.  A copy of the Objection is provided to you with this notice.

The Objection requests that the Court enter an order disallowing all or part of your claim as to USACM and DTDF.  If the Court grants the requested relief, it will not affect the Mehling IRA's existing equity interest in the DTDF estate to the extent it holds an equity interest in DTDF.

**NOTICE IS FURTHER GIVEN** that, unless the hearing date is advanced by the Court, the hearing on the Objection will be held before the Honorable Linda B. Riegle, United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada, on **OCTOBER 15, 2007 at the hour of <u>9:30 a.m</u>**.  THE HEARING WILL BE HELD FOR THE PURPOSE OF STATUS

225662.1



**CHECKS AND SCHEDULING EVIDENTIARY HEARINGS ONLY. NO ARGUMENTS WILL BE HEARD ON THAT DATE. HOWEVER, IF THERE IS NO RESPONSE TO THE OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION AND DISALLOW THE CLAIMS FILED AGAINST USACM AND THE DTDF.**

**NOTICE IS FURTHER GIVEN** that, unless the response deadline is advanced by the Court, any response to the Objection must be filed by October 5, 2007 pursuant to Local Rule 3007(b), which states:

> If an objection to a claim is opposed, a written response must be filed and served on the objecting party at least 5 business days before the scheduled hearing. A response is deemed sufficient if it states that written documentation in support of the proof of claim has already been provided to the objecting party and that the documentation will be provided at any evidentiary hearing or trial on the matter.

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the Court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The Court may *refuse to allow you to speak* at the scheduled hearing; and
>
> - The Court may *rule against you* without formally calling the matter at the hearing.

225662.1

Dated: September 4, 2007.

| BECKLEY SINGLETON, CHTD. | LEWIS AND ROCA LLP |
|---|---|
| By /s/ Anne M. Loraditch<br>    Bob L. Olson (NV Bar #3783)<br>    Anne M. Loraditch (NV Bar # 8164)<br>530 Las Vegas Boulevard South<br>Las Vegas, Nevada  89101<br>Telephone:  (702) 385-3373<br><br>and<br><br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>Marc A. Levinson<br>Jeffery D. Hermann<br>400 Capitol Mall, Suite 3000<br>Sacramento, California  95814-4497<br>*Attorneys for Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC* | By: /s/ Rob Charles (006593)<br>    Susan M. Freeman<br>    Rob Charles<br>    John Hinderaker<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169-0961<br>Facsimile (702) 949-8321<br>Telephone (702) 949-8320<br>*Counsel For USACM Liquidating Trust* |

Copy of the foregoing
Mailed this 4th day of
September, 2007 to:

Clifford Mehling II
2469 Ram Crossing Way
Henderson, NV  89074


By    /s/  Renee L. Creswell