Electronically Filed September 4, 2007

| | |
|---|---|
| Marc A. Levinson (California Bar No. 57613) | Bob L. Olson (Nevada Bar No. 3783) |
| Jeffery D. Hermann (California Bar No. 90445) | Anne M. Loraditch (Nevada Bar No. 8164) |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | BECKLEY SINGLETON, CHARTERED |
| 400 Capitol Mall, Suite 3000 | 530 Las Vegas Boulevard South |
| Sacramento, California 95814-4497 | Las Vegas, Nevada 89101 |
| Telephone: (916) 447-9200 | Telephone: (702) 385-3373 |
| Facsimile: (916) 329-4900 | Facsimile: (702) 385-5024 |
| Email: malevinson@orrick.com | Email: bolson@beckleylaw.com |
| jhermann@orrick.com | aloraditch@beckleylaw.com |

*Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>USA CAPITAL REALTY ADVISORS, LLC,<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>USA SECURITIES, LLC,<br>                                     Debtors. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | **DESIGNATION OF LOCAL COUNSEL** |

The undersigned, one of the attorneys of record for USA Capital Diversified Trust Deed Fund, LLC, the party herein, has submitted to the Court a "Verified Petition for Permission to Practice in these Cases Only." Not being admitted to the bar of this Court, and not maintaining an office in the District of Nevada for the practice of law, he believes it to be in the best interests of the client to designate Robert R. Kinas, Esq. (Nevada Bar No. 6019), attorney at law, member of the State Bar of Nevada and previously admitted to practice before the above-entitled Court, as local counsel in this action. The address of said designated Nevada Counsel is: Snell & Wilmer L.L.P.,

3883 Howard Hughes Parkway, Suite 1100, Las Vegas, Nevada 89169, Telephone: (702) 784-5203, Facsimile (702) 784-5252.

By this designation, the undersigned attorney and party agrees that all documents and other papers issued out of this Court in the above-entitled case may be served on the designated local counsel. Further, said local counsel shall be responsible for providing copies of the same to the co-counsel. Further, this designation constitutes agreement and authorization by the undersigned for the designated local counsel to sign stipulations binding on all of us. The time for performing any act under applicable Rule shall run from the date of service on the local counsel.

Respectfully submitted this 31st day of August 2007.

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/Marc Levinson
Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone: (916) 447-9200

*Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

**CONSENT OF DESIGNATED NEVADA COUNSEL**

The undersigned hereby consents to serve as associate Nevada counsel in these cases and agrees that (s)he is responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that (s)he is responsible to transmit copies of all documents and

///

///

///

{00417014;}                                    2

other papers so served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

Dated this 31st day of August 2007.

                     SNELL & WILMER L.L.P.

                     By:  /s/Robert Kinas
                         ROBERT R. KINAS (NV Bar 6019)
                         3883 Howard Hughes Parkway, Suite 1100
                         Las Vegas, NV 89169
                         Telephone: (702) 784-5203

                         *Nevada Counsel for USA Capital Diversified Trust Deed Fund, LLC*

## APPOINTMENT OF DESIGNATED NEVADA COUNSEL

The undersigned party appoints Robert R. Kinas, Esq., and the law firm of Snell & Wilmer L.L.P., as its Designated Nevada Counsel in this case.

                     USA Capital Diversified Trust Deed Fund, LLC

                     By:  /s/Michael Tucker
                         Michael Tucker, Manager

{00417014;}