**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 9/4/07

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | **NOTICE OF ENTRY OF STIPULATED ORDER APPROVING WITHDRAWAL OF OBJECTION AND ALLOWANCE OF PROOF OF CLAIM FILED BY STEWART BASKIN** |
| USA SECURITIES, LLC, | |
| Debtors. | |
| **Affects:** | |
| ☐ All Debtors | |
| ☒ USA Commercial Mortgage Company | |
| ☐ USA Capital Realty Advisors, LLC | |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | |
| ☐ USA Capital First Trust Deed Fund, LLC | |
| ☐ USA Securities, LLC | |

**PLEASE TAKE NOTICE** that a Stipulated Order Approving Withdrawal of Objection and Allowance of Proof of Claim Filed by Stewart Baskin [DE 4649] was entered on the 29th day of August 2007, a true and correct copy of which is attached hereto as Exhibit A.

1862625.1

**LEWIS AND ROCA LLP**
LAWYERS

RESPECTFULLY SUBMITTED September 4, 2007.

**LEWIS AND ROCA LLP**

By  /s/ RC (#006593)
Susan M. Freeman
Rob Charles
*Attorneys for USACM Liquidating Trust*

PROOF OF SERVICE

Copy of the foregoing mailed by First Class, US Mail, postage prepaid, or e-mail, on September 4, 2007 to the following interested parties:

Stewart Baskin
1489 W Warm Spring Road, Suite 110
Henderson, NV 89014

August B. Landis
OFFICE OF THE U.S. TRUSTEE
300 Las Vegas Blvd., S. Suite 4300
Las Vegas, NV 89101
USTPRegion17.lv.ecf@usdoj.gov

 /s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca

1862625.1