# EXHIBIT A

1688943.1



**Entered on Docket
August 29, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

## LEWIS AND ROCA LLP

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                           Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

1856549.1

## STIPULATED ORDER APPROVING WITHDRAWAL OF OBJECTION AND ALLOWANCE OF PROOF OF CLAIM FILED BY STEWART BASKIN

The Stipulation to Withdraw the Objection and Allowance of Proof of Claim No. 10725-01792 filed by Stewart Baskin [DE 4631] came before the Court for consideration. No notice being necessary and good cause appearing, it is

- ORDERED approving the Stipulation:
- The Objection of the USACM Trust to Proof of Claim No. 10725-01792 filed by Stewart Baskin, is hereby withdrawn; and
- Proof of Claim No. 10725-01792 filed by Stewart Baskin in the amount of $3,500.00 is allowed as a wage priority claim and USA Commercial Mortgage Company is directed to pay the claim from the reserve.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
Susan M. Freeman
Rob Charles
*Attorneys for USACM Liquidating Trust*

(APPROVED) ~~DISAPPROVED~~

*Stewart Baskin*
Stewart Baskin
1489 W. Warm Spring Road, Suite 110
Henderson, Nevada 89014