1  WILLIAM L. McGIMSEY
   A Professional Corp.
2  Nevada Bar No. 546
   516 So. Sixth Street, Suite 300           E-FILED - 09/05/07
3  Las Vegas, NV 89104
   (702) 382-9948
4
   Attorney for Margaret B. McGimsey
5  Trust, Bruce McGimsey, Jerry
   McGimsey, Sharon McGimsey and
6  Johnny Clark

7

8               UNITED STATES BANKRUPTCY COURT

9                    DISTRICT OF NEVADA

10 In re:                                  )
                                           )  Case No. BK-S-06-10725 LBR
11 USA COMMERCIAL MORTGAGE COMPANY,        )  Case No: BK-S-06-10726 LBR
                                           )  Case No. BK-S-06-10727 LBR
12              Debtor.                    )  Case No. BK-S-06-10728 LBR
                                           )  Case No. BK-S-06-10729 LBR
13 USA CAPITAL REALTY ADVISORS, LLC,       )
                                           )
14              Debtor.                    )  Chapter 11
                                           )
15 USA CAPITAL DIVERSIFIED TRUST DEED      )
   FUND, LLC,                              )
16                                         )
                Debtor.                    )
17                                         )  CHANGE OF ADDRESS OF
   USA CAPITAL FIRST TRUST DEED            )  MARGARET B. McGIMSEY
18 FUND, LLC,                              )  TRUST, BRUCE McGIMSEY,
                                           )  SHARON McGIMSEY, JERRY
19              Debtor.                    )  McGIMSEY AND JOHNNY CLARK
   USA SECURITIES, LLC,                    )
20                                         )
                Debtor.                    )
21 _____     )
   Affects:                                )
22 ■     All Debtors                       )  No Hearing Date
   ☐     USA Commercial Mortgage Company   )
23 ☐     USA Securities, LLC               )
   ☐     USA Capital Realty Advisors, LLC  )
24 ☐     USA Capital Diversified Trust Deed)
         Fund, LLC                         )
25 ☐     USA First Trust Deed Fund, LLC    )
                                           )
26 _____

27          NOTICE IS HEREBY GIVEN that the below creditor addresses have changed and

28 should be amended as follows:

| CREDITOR | LISTED ADDRESS | CORRECT ADDRESS |
|---|---|---|
| Margaret B. McGimsey Trust | c/o William L. McGimsey, Esq.<br>601 East Charleston Blvd.<br>Las Vegas, NV 89104 | c/o William L. McGimsey, Esq.<br>516 So. Sixth Street, Suite 300<br>Las Vegas, NV 89101 |
| Bruce McGimsey | c/o William L. McGimsey, Esq.<br>601 East Charleston Blvd.<br>Las Vegas, NV 89104 | c/o William L. McGimsey, Esq.<br>516 So. Sixth Street, Suite 300<br>Las Vegas, NV 89101 |
| Sharon or Jerry McGimsey | c/o William L. McGimsey, Esq.<br>601 East Charleston Blvd.<br>Las Vegas, NV 89104 | c/o William L. McGimsey, Esq.<br>516 So. Sixth Street, Suite 300<br>Las Vegas, NV 89101 |
| Johnny Clark | c/o William L. McGimsey, Esq.<br>601 East Charleston Blvd.<br>Las Vegas, NV 89104 | c/o William L. McGimsey, Esq.<br>516 So. Sixth Street, Suite 300<br>Las Vegas, NV 89101 |

s// William L. McGimsey
WILLIAM L. McGIMSEY, ESQ.
516 So. Sixth Street, Suite 300
Las Vegas, NV 89101
Attorney for McGimsey and Johnny Clark