# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number  06–10725–lbr**

**Chapter 11**

In re: (Name of Debtor)
    USA COMMERCIAL MORTGAGE COMPANY
    fka  USA CAPITAL
    4484 SOUTH PECOS ROAD
    LAS VEGAS, NV 89121

Social Security No.:

### ORDER APPROVING APPOINTMENT OF NEVADA COUNSEL

The Designation of Local Counsel and Consent Thereto filed by ORRICK, HERRINGTON & SUTCLIFFE LLP and the appointment of ROBERT R. KINAS as designated Nevada Counsel in this case is approved.

Dated: 9/5/07                                                                 BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court