**LEWIS AND ROCA LLP — LAWYERS**

E-Filed on 9/6/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666) |
| CHRISTINE M. PAJAK | SHLOMO S. SHERMAN |
| (CA State Bar No. 217713), Members of | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 701 Bridger, Suite 850 |
| Los Angeles, California 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| Facsimile: (310) 228-5788 | Facsimile: (702) 471-7435 |
| Email:   fmerola@stutman.com | Email:   jshea@sheacarlyon.com |
|             ekarasik@stutman.com |             ccarlyon@sheacarlyon.com |
|             cpajak@stutman.com |             ssherman@sheacarlyon.com |

Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                       Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Stipulation for Withdrawal with Prejudice of Proof of Claim Number 10725-00202 Filed by M.W. Gorts & Company**<br><br>Hearing Date:  September 28, 2007<br>Hearing Time:  1:30 p.m. |

The USACM Liquidating Trust (the "USACM Trust"), together with the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee), hereby stipulate with M.W. Gorts & Company ("Claimant") as follows:

1. On or about September 20, 2006, Claimant filed Proof of Claim No. 10725-00202 against USA Commercial Mortgage Company in the amount of $20,000 (the "Claim"). The basis for the Claim is shown on its face and in the attachment as an investment in USA Capital First Trust Deed Fund, LLC (the "FTDF").

2. The FTDF Committee, upon reviewing the FTDF's books and records, has determined that Claimant indeed holds an equity security interest in the FTDF in the amount of $20,368 as of the petition date.

3. On August 8, 2007, the USACM Liquidating Trust and the FTDF Committee jointly filed an "Objection of USACM Trust To M.W. Gorts & Company Claim Filed in Wrong Debtor's Case; Objection of FTDF to Proposed Allowance of Claim" (the "Objection") [Docket No. 4448], requesting that the Claim be disallowed in its entirety due to: (1) its having been erroneously filed in the USA Commercial Mortgage Company case; and (2) its having been erroneously filed as a "claim," and not an "equity interest" in the FTDF.

4. Claimant has agreed to withdraw the Claim with prejudice.

5. This stipulation shall not affect any other claims filed by Claimant in these jointly-administered bankruptcy proceedings.

6. This stipulation shall not affect either the amount or validity of Claimant's equity interest in the FTDF as reflected in the FTDF's books and records.

225788.1

LEWIS
AND
ROCA
—LLP—
LAWYERS

WHEREFORE, based on the stipulation set forth above, the parties hereby agree, and request that the Court approve this stipulation as an order of the Court pursuant to Fed. R. Bankr. P. 3006, as follows:

1. The Claim is hereby withdrawn with prejudice.

2. Claimant's equity interest in the FTDF is allowed in the amount of $20,368, as reflected in the FTDF's books and records.

DATED this 6th day of September, 2007.

By: ___/s/ Eve H. Karasik___
FRANK A. MEROLA
EVE H. KARASIK
CHRISTINE M. PAJAK, Members of
**STUTMAN, TREISTER & GLATT, P.C.**
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

and

CANDACE C. CARLYON
SHLOMO S. SHERMAN
**SHEA & CARLYON, LTD.**
701 Bridger, Suite 850
Las Vegas, NV 89101
Telephone: (702) 471-7432

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

By: ___/s/ Rob Charles___
SUSAN M. FREEMAN
ROB CHARLES
**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961

*Counsel for USACM Liquidating Trust*

_____
DAMON K. DIAS, ESQ.
**GOLDSMITH & GUYMON, P.C.**
2055 N. Village Center Circle
Las Vegas, NV 89134

*Counsel for M.W. Gorts & Company*

225788.1



WHEREFORE, based on the stipulation set forth above, the parties hereby agree, and request that the Court approve this stipulation as an order of the Court pursuant to Fed. R. Bankr. P. 3006, as follows:

1. The Claim is hereby withdrawn with prejudice.

2. Claimant's equity interest in the FTDF is allowed in the amount of $20,368, as reflected in the FTDF's books and records.

DATED this ___ of August, 2007.

By: _____
FRANK A. MEROLA
EVE H. KARASIK
CHRISTINE M. PAJAK, Members of
**STUTMAN, TREISTER & GLATT, P.C.**
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

and

CANDACE C. CARLYON
SHLOMO S. SHERMAN
**SHEA & CARLYON, LTD.**
701 Bridger, Suite 850
Las Vegas, NV 89101
Telephone: (702) 471-7432

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

By: _____
SUSAN M. FREEMAN
ROB CHARLES
**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961

*Counsel for USACM Liquidating Trust*

_____
DAMON K. DIAS, ESQ.
**GOLDSMITH & GUYMON, P.C.**
2055 N. Village Center Circle
Las Vegas, NV 89134

*Counsel for M.W. Gorts & Company*

429815V.2