


**O'REILLY LAW GROUP, LLC**
John F. O'Reilly, Esq.
Nevada Bar No. 1761
Timothy R. O'Reilly, Esq.
Nevada Bar No. 8866
325 S. Maryland Parkway
Las Vegas, Nevada 89101
Telephone: (702) 382-2500
Facsimile: (702) 384-6266
Attorneys for Creditor
MICHAEL PETERSEN

E-Filed on September 7, 2007

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>    Debtor. | Case No.:   BK-S-06-10725 LBR<br>Chapter 11<br>BK-S-06-10726 LBR<br>BK-S-06-10727 LBR<br>BK-S-06-10728 LBR<br>BK-S-06-10729 LBR |
| In Re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>    Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>Judge: Honorable Linda B. Riegle<br><br>**STIPULATION FOR SUBSTITUTION OF ATTORNEY FOR CREDITOR MICHAEL PETERSEN** |
| In Re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>    Debtor. | |
| In Re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>    Debtor. | |
| In Re:<br><br>USA SECURITIES, LLC, | |

1  Debtor.                                    )
                                              )
2  _____)

3      IT IS HEREBY STIPULATED by and between John F. O'Reilly, Esq. and Timothy R. O'Reilly, Esq. of O'REILLY LAW GROUP, LLC as attorneys for Secured Creditor, Michael Petersen and William J. Wray, Esq. and Donna DiMaggio-Highberger, Esq. formerly of the law firm of O'REILLY LAW GROUP, LLC and who are now attorneys employed by the law firm of KUMMER, KAEMPFER, BONNER, RENSHAW & FERRARIO to substitute John F. O'Reilly, Esq. and Timothy R. O'Reilly, Esq. of O'REILLY LAW GROUP, LLC as the attorney of record for MICHAEL PETERSEN, SECURED CREDITOR in the above entitled action.

    IT IS FURTHER STIPULATED that William J. Wray, Esq. and Donna DiMaggio-Highberger, Esq. are to be removed from all mailing lists and electronic notices in this case. Attached to this Stipulation as Exhibit 1 is an executed Substitution of Attorney For Creditor Michael Petersen and Request for Removal from Service List.

**KUMMER, KAEMPFER, BONNER, RENSHAW & FERRARIO**

By: _____
William J. Wray, Esq.
Nevada Bar No. 5834
Donna DiMaggio-Highberger, Esq.
Nevada Bar No. 9794
3800 Howard Hughes Pkwy
7th Floor
Las Vegas, Nevada 89169

**O'REILLY LAW GROUP, LLC**

By: _____
John F. O'Reilly, Esq.
Nevada Bar No. 1761
Timothy R. O'Reilly, Esq.
Nevada Bar No. 8866
325 South Maryland Parkway
Las Vegas, Nevada 89101
Attorneys for Creditor
MICHAEL PETERSEN

O'REILLY LAW GROUP, LLC
A NEVADA LIMITED LIABILITY COMPANY INCLUDING CORPORATIONS
325 South Maryland Parkway • Las Vegas, Nevada 89101-5300
Telephone (702) 382-2500 • Facsimile (702) 384-6266

**PROOF OF SERVICE**

I HEREBY CERTIFY, pursuant to LR 9041(C)(1)(a), that on this 7th day of September 2007, I served the above and foregoing **STIPULATION TO SUBSTITUTION OF ATTORNEY FOR CREDITOR MICHAEL PETERSEN** by placing a copy of same in a sealed envelope, with postage fully prepaid thereon, and sending via U.S. mail to the following:

Annette W. Jarvis, Esq.
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Fax: (801) 532-7543
Co-Counsel for Debtors

Lenard E. Schwartzer, Esq.
Jeanette E. McPherson
Schwartzer & McPherson Law Firm
2850 S. Jones Blvd., Suite 1
Las Vegas, Nevada 89146-5308
Fax: (702) 892-0122
Co-Counsel for Debtors

_____
An Employee of O'REILLY LAW GROUP, LLC

O'REILLY LAW GROUP, LLC
A NEVADA LIMITED LIABILITY COMPANY INCLUDING CORPORATIONS
325 South Maryland Parkway • Las Vegas, Nevada 89101-5300
Telephone (702) 382-2500 • Facsimile (702) 384-6266

\\Newprolaw2\prolaw\documents\30537-00002\Pleadings\99931.wpd

3

STIPULATION TO SUBSTITUTION OF ATTORNEY
FOR CREDITOR MICHAEL PETERSEN

# EXHIBIT 1

**O'REILLY LAW GROUP, LLC**
John F. O'Reilly, Esq.
Nevada Bar No. 1761
Timothy R. O'Reilly, Esq.
Nevada Bar No. 8866
325 S. Maryland Parkway
Las Vegas, Nevada 89101
Telephone: (702) 382-2500
Facsimile: (702) 384-6266
Attorneys for Creditor
MICHAEL PETERSEN

E-Filed on September 7, 2007

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>    Debtor. | Case No.: BK-S-06-10725 LBR<br>Chapter 11<br>BK-S-06-10726 LBR<br>BK-S-06-10727 LBR<br>BK-S-06-10728 LBR<br>BK-S-06-10729 LBR<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In Re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>    Debtor. | Judge: Honorable Linda B. Riegle<br><br>**SUBSTITUTION OF ATTORNEY FOR CREDITOR MICHAEL PETERSEN AND REQUEST THAT WILLIAM J. WRAY AND DONNA DIMAGGIO-HIGHBERGER BE REMOVED FROM SERVICE LIST**<br><br>**[NO HEARING REQUIRED]** |
| In Re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>    Debtor. | |
| In Re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>    Debtor. | |
| In Re:<br><br>USA SECURITIES, LLC,<br><br>    Debtor. | |

\\Newprolaw2\prolaw\documents\30537-00002\Pleadings\99676_2.wpd

1

SUBSTITUTION OF ATTORNEY
FOR CREDITOR MICHAEL PETERSEN

TO ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE Michael Petersen, (hereinafter "PETERSEN"), a secured creditor of Debtor USA Commercial Mortgage Company, et al makes the following Substitution of Attorney:

1. The name, address, and telephone number of the New Attorney is as follows:

   John F. O'Reilly, Esq.
   Nevada Bar No. 1761
   jor@oreillylawgroup.com
   Timothy R. O'Reilly, Esq.
   Nevada Bar No. 8866
   tor@oreillylawgroup.com
   **O'REILLY LAW GROUP, LLC**
   325 S. Maryland Parkway
   Las Vegas, Nevada 89101
   Telephone: (702) 382-2500
   Facsimile: (702) 384-6266

2. The New Attorneys' on behalf of PETERSEN hereby appear in the Case.

3. The New Attorneys' are substituted as attorney of record in place and stead of the present attorneys' William J. Wray, Esq. and Donna DiMaggio-Highberger, Esq. who are no longer employed by O'REILLY LAW GROUP, LLC and are now attorneys for the law firm of KUMMER, KAEMPFER, BONNER, RENSHAW & FERRARIO.

4. William J. Wray, Esq. and Donna DiMaggio-Highberger, Esq. are to be removed from all mailing lists and electronic notices in this case. All notices are to be delivered to the New Attorneys' as noted above.

I, John F. O'Reilly, consent to the above substitution and the above substitution is hereby accepted.

DATED: ~~August~~ Sept. 5, 2007          **O'REILLY LAW GROUP, LLC**

By: _____
    John F. O'Reilly, Esq.
    Nevada Bar No. 1761

////
////
////
////

\\Newprolaw2\prolaw\documents\30537-00002\Pleadings\99676.wpd

2

SUBSTITUTION OF ATTORNEY
FOR CREDITOR MICHAEL PETERSEN

1  I, Timothy R. O'Reilly, consent to the above substitution and the above substitution is hereby
2  accepted.
3  DATED: ~~August~~ September 5, 2007          **O'REILLY LAW GROUP, LLC**

5                                                By: _____/s/ T. R. O'Reilly_____
                                                      Timothy R. O'Reilly, Esq.
6                                                     Nevada Bar No. 8866

7  I, William J. Wray, consent to the above substitution.

8  DATED: August 29, 2007                       **KUMMER, KAEMPFER, BONNER, RENSHAW &**
9                                                **FERRARIO**

11                                               By: _____
                                                      William J. Wray, Esq.
12                                                    Nevada Bar No. 5834

13  I, Donna DiMaggio-Highberger, consent to the above substitution.
14
15  DATED: August 29, 2007                      **KUMMER, KAEMPFER, BONNER, RENSHAW &**
16                                               **FERRARIO**

17                                               By: _____
                                                      Donna DiMaggio-Highberger, Esq.
18                                                    Nevada Bar No. 9794

\\Newprolaw2\prolaw\documents\30537-00002\Pleadings\99676.wpd

3                                                SUBSTITUTION OF ATTORNEY
                                                 FOR CREDITOR MICHAEL PETERSEN

1  I, Michael Petersen, secured creditor in the above-entitled matter, hereby consent to the above
2  substitution of attorneys.
3  DATED: ~~August~~ Sept. 4, 2007

By: _____
Michael Petersen

O'REILLY LAW GROUP, LLC
A NEVADA LIMITED LIABILITY COMPANY INCLUDING CORPORATIONS
325 South Maryland Parkway • Las Vegas, Nevada 89101-5300
Telephone (702) 382-2500 • Facsimile (702) 384-6266

\\newprolaw2\prolaw\documents\30537-00002\Pleadings\99676.wpd

4

SUBSTITUTION OF ATTORNEY
FOR CREDITOR MICHAEL PETERSEN

TOTAL P.05