# United States Bankruptcy Court
## District of Nevada

Bankruptcy Case Number  06–10725–lbr
**Chapter 11**

In re: (Name of Debtor)
   USA COMMERCIAL MORTGAGE COMPANY
   fka  USA CAPITAL
   4484 SOUTH PECOS ROAD
   LAS VEGAS, NV 89121

Social Security No.:

### ORDER APPROVING APPOINTMENT OF NEVADA COUNSEL

The Designation of Local Counsel and Consent Thereto filed by ORRICK, HERRINGTON & SUTCLIFFE LLP and the appointment of ROBERT R. KINAS as designated Nevada Counsel in this case is approved.

Dated: 9/5/07

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0978-2            User: lakaswm              Page 1 of 1              Date Rcvd: Sep 05, 2007
Case: 06-10725                  Form ID: oaancbk           Total Served: 3

The following entities were served by first class mail on Sep 07, 2007.
aty          +ANNE M. LORADITCH,    LEWIS AND ROCA, LLP,    530 LAS VEGAS BLVD SOUTH,    LAS VEGAS, NV 89101-6503
aty          +ROBERT R. KINAS,    SNELL & WILMER LLP,    3883 HOWARD HUGHES PARKWAY #1100,
               LAS VEGAS, NV 89169-0924

The following entities were served by electronic transmission on Sep 06, 2007.
ust          +E-mail/PDF: USTPRegion17.LV.ECF@usdoj.gov Sep 06 2007 07:46:32     U.S. TRUSTEE - LV - 11,
               300 LAS VEGAS BOULEVARD S.,    SUITE 4300,    LAS VEGAS, NV 89101-5803
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Sep 07, 2007**          **Signature:** _Joseph Speetjens_