**Entered on Docket
September 10, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**O'REILLY LAW GROUP, LLC**
John F. O'Reilly, Esq.
Nevada Bar No. 1761
Timothy R. O'Reilly, Esq.
Nevada Bar No. 8866
325 S. Maryland Parkway
Las Vegas, Nevada 89101
Telephone: (702) 382-2500
Facsimile: (702) 384-6266

Attorneys for Creditor
MICHAEL PETERSEN

E-Filed on September 7, 2007

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>    Debtor. | Case No.:    BK-S-06-10725 LBR<br>Chapter 11<br>BK-S-06-10726 LBR<br>BK-S-06-10727 LBR<br>BK-S-06-10728 LBR<br>BK-S-06-10729 LBR |
| In Re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>    Debtor. | **ORDER GRANTING STIPULATION FOR SUBSTITUTION OF ATTORNEY FOR CREDITOR MICHAEL PETERSEN** |
| In Re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>    Debtor. | |

\\Newprolaw2\prolaw\documents\30537-00002\Pleadings\100031_2.wpd

1

In Re:

USA CAPITAL FIRST TRUST DEED FUND, LLC,

    Debtor.

In Re:

USA SECURITIES, LLC,

    Debtor.

**IT IS HEREBY ORDERED** that the STIPULATION FOR SUBSTITUTION OF ATTORNEY FOR CREDITOR MICHAEL PETERSEN, is hereby GRANTED.

**IT IS FURTHER ORDERED**, that William J. Wray, Esq. and Donna DiMaggio-Highberger, Esq. are to be removed from all mailing lists and electronic notices in this case.

**IT IS FURTHER ORDERED**, that John F. O'Reilly, Esq. and Timothy R. O'Reilly, Esq. are to be added to all mailing lists and electronic notices in this case.

**IT IS SO ORDERED**

DATED this _____ day of September, 2007.

_____
BANKRUPTCY COURT JUDGE

Respectfully submitted by:

**O'REILLY LAW GROUP, LLC**

_____
John F. O'Reilly, Esq.
Nevada Bar No. 1761
Timothy R. O'Reilly, Esq.
Nevada Bar No. 8866
325 South Maryland Parkway
Las Vegas, Nevada 89101
Attorneys for Creditor
MICHAEL PETERSEN

\\Newprolaw2\prolaw\documents\30537-00002\Pleadings\100031.wpd

2