LEWIS AND ROCA LAW

3993 H
Las Ve
Facsim
Teleph...

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Entered on Docket
September 10, 2007

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

Attorneys for USACM Liquidating Trust

| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
|---|---|
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666) |
| CHRISTINE M. PAJAK | SHLOMO S. SHERMAN |
| (CA State Bar No. 217713), Members of | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 701 Bridger, Suite 850 |
| Los Angeles, California 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| Facsimile: (310) 228-5788 | Facsimile: (702) 471-7435 |
| Email:      fmerola@stutman.com | Email:      jshea@sheacarlyon.com |
|                  ekarasik@stutman.com |                  ccarlyon@sheacarlyon.com |
|                  cpajak@stutman.com |                  ssherman@sheacarlyon.com |

Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC, | |
|                                               Debtors. | **Order Approving Stipulation for Withdrawal with Prejudice of Proof of Claim Number 10725-00202 Filed by M.W. Gorts & Company** |
| Affects: | |
| ☐ All Debtors | |
| ☒ USA Commercial Mortgage Company | |
| ☐ USA Capital Realty Advisors, LLC | |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | Hearing Date: September 28, 2007 |
| ☒ USA Capital First Trust Deed Fund, LLC | Hearing Time: 1:30 p.m. |
| ☐ USA Securities, LLC | |

1854863.1
429815V.2

LEWIS AND ROCA LLP LAWYERS

The Court having considered the Stipulation for Withdrawal with Prejudice of Proof of Claim Number 10725-00202 Filed by M.W. Gorts & Company (the "Stipulation"), and good cause appearing:

IT IS HEREBY ORDERED that the Stipulation is approved.

IT IS FURTHER ORDERED that Proof of Claim Number 10725-00202 is hereby withdrawn with prejudice.

IT IS FURTHER ORDERED THAT m.w. Gorts & Company's equity interest in USA Capital First Trust Deed Fund, LLC (the "FTDF") is allowed in the amount of $20,368 as reflected in the FTDF's books and records as of the petition date.

SUBMITTED BY:

/s/ Rob Charles
SUSAN M. FREEMAN
ROB CHARLES
**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961

*Counsel for USACM Liquidating Trust*

APPROVED BY:

DAMON K. DIAS, ESQ.
**GOLDSMITH & GUYMON, P.C.**
2055 N. Village Center Circle
Las Vegas, NV 89134

*Counsel for M.W. Gorts & Company*

APPROVED BY:

/s/ Eve H. Karasik
FRANK A. MEROLA
EVE H. KARASIK
CHRISTINE M. PAJAK, Members of
**STUTMAN, TREISTER & GLATT, P.C.**
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

and

CANDACE C. CARLYON
SHLOMO S. SHERMAN
**SHEA & CARLYON, LTD.**
701 Bridger, Suite 850
Las Vegas, NV 89101
Telephone: (702) 471-7432

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

###

429815V.2



The Court having considered the Stipulation for Withdrawal with Prejudice of Proof of Claim Number 10725-00202 Filed by M.W. Gorts & Company (the "Stipulation"), and good cause appearing:

IT IS HEREBY ORDERED that the Stipulation is approved.

IT IS FURTHER ORDERED that Proof of Claim Number 10725-00202 is hereby withdrawn with prejudice.

IT IS FURTHER ORDERED THAT m.w. Gorts & Company's equity interest in USA Capital First Trust Deed Fund, LLC (the "FTDF") is allowed in the amount of $20,368 as reflected in the FTDF's books and records as of the petition date.

SUBMITTED BY:

SUSAN M. FREEMAN
ROB CHARLES
**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961

Counsel for USACM Liquidating Trust

APPROVED BY:

DAMON K. DIAS, ESQ.
**GOLDSMITH & GUYMON, P.C.**
2055 N. Village Center Circle
Las Vegas, NV 89134

Counsel for M.W. Gorts & Company

APPROVED BY:

FRANK A. MEROLA
EVE H. KARASIK
CHRISTINE M. PAJAK, Members of
**STUTMAN, TREISTER & GLATT, P.C.**
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

and

CANDACE C. CARLYON
SHLOMO S. SHERMAN
**SHEA & CARLYON, LTD.**
701 Bridger, Suite 850
Las Vegas, NV 89101
Telephone: (702) 471-7432

Counsel for the Official Committee of
Equity Security Holders of
USA Capital First Trust Deed Fund, LLC
###

429815V.2