RECEIVED AND FILED

2007 SEP -7 PM 1:54

U.S. BANKRUPTCY COURT
MARY A. SCHOTT. CLERK

Gerard and Lucille LaBossiere
The LaBossiere Family Trust
635 Jessica Dr Mesquite Nv 89027

Sept. 2 2007

Case 06-10725-lbr DOC #4648
The Honorable Linda Reigle

The United States Bankruptcy Court
300 Las Vegas Blvd So.
Las Vegas Nevada

Shea & Carlyon Ltd.
Candace C. Carlyon, ESQ.
Shlomo S. Sherman ESQ.
701 Bridger
Las Vegas Nv. 8989101

Chapter 11 BK-S-06-10725LBR

In 2005, we, Gerard and Lucille LaBossiere [trustees] of the LaBossiere Family Trust, purchased from USA Cap 1st TR Deed Fund LLC, 6 Units. For $30,000.
Interest to be paid at the rate of 9% per annum compounded The agreement was for a 12 month period.
A letter dated Sept.14th 2005, USA Securities, notified us that they would no longer re-invest our interest and would pay our monthly interest income direct to us and it would not be compounded any longer. That was a violation of our agreement.

When we received that notice we immediately called the USA agent in Reno, Mr. Dalton Maffat and told him we would no longer re-invest in the fund and to send us the necessary papers to that affect. We called the day we received that notice.
When we did not receive the required forms to sign we called Mr. Moffat who told us he would take care of it and that we had plenty of time. I called him and told him time was short. By the time he had us fill the papers at his office,.
it was within the 61 days required notice.
On the Feb.2005 USA Securities statement, no payment of our interest was included.
As you will see on the statement [enclosed] there was only a hand written note that said "fee 1,500 61 days notice. USA had forfeited our interest payment.

We sent USA Securities two letters demanding the $1,500. To no avail.
Mr. Moffat assured us he had talked to USA and they promised to send us our money.
We never did get it, even after several calls to Mr. Moffat.
If USA Securities did not get the notice on time, that was the fault of the USA agent Mr. Dallton Moffat and not ours, and that money should not have been confiscated.

We respectfully ask the Court to rule in our favor.

Thank you.

Gerard LaBossiere (Trustee)
Lucille La Bossiere, Trustee



USA SECURITIES
Member NASD/SIPC

September 14, 2005

RE: Monthly Distribution

Dear Investor,

The USA Capital First Trust Deed Fund, LLC is currently not open for new purchases, therefore we can no longer reinvest your monthly distribution.

Beginning in October, we will be sending your distribution by check to the address on file. For IRA accounts, your distribution will be sent directly to your Custodian. If you would like the monthly payment via direct deposit to your bank account please contact your Account Representative.

Please let us know if you have any questions.

Sincerely,

Joseph Milanowski
Manager

4484 South Pecos Road Las Vegas Nevada 89121 T: 702.734.2400 F: 702.947.0081 www.usasfund.com

USA

USA CAPITAL
4484 S PECOS RD
LAS VEGAS NV 89121

October 24, 2005

Labossiere Family Trust
Gerard And Lucille Labossiere
1271 Skylark St
Sparks, NV 89434

Dear Valued Investor:

Our records show that your participation in the USA Capital First Trust Deed Fund is approaching its maturity date. Your investment will be available for rollover or withdrawal in February 2006.

If you would like to remain in the Fund, no additional paperwork is required to comple the rollover process. If you do not wish to rollover your investment, please contact yo Account Executive 61days prior to your maturity date.

We appreciate your confidence and trust. If you have any questions regarding the rollover of your investment, please contact your broker.

Thank you.

Sincerely,

USA Capital First Trust Deed Fund

**USA Capital First Trust Deed Fund**
**4484 S. Pecos Road**
**Las Vegas, NV 89121**

Gerard And Lucille Labossiere Trustees
1271 Skylark St
Sparks, NV 89434

Dalton Maffett
9460 Double R Blvd. #201
Reno Nevada 89521
**Account #: 8349**

**Your Portfolio Summary As Of Wednesday, February 01, 2006:**

| Fund | Number of Shares | Last Price (USD) | Market Value (USD) | *% Port. |
|---|---|---|---|---|
| USA Cap 1st TR Deed Fund, LLC | 0.0000 | 5,000.0000 | 0.00 | 0.00% |
| | | **Total** | 0.00 | |

*When applicable, the % of portfolio is calculated using the US dollar equivalent value at current exchange rates

**USA Cap 1st TR Deed Fund, LLC - Class A**

| Trade Date | Trade Type | Amount | Shares Transacted | Price/Share | Balance |
|---|---|---|---|---|---|
| 01-Feb-2006 | Starting Balance | | | | 6.3204 |
| 01-Feb-2006 | Redemption | -30,102.00 | -6.0204 | 5,000.0000 | 0.3000 |
| 01-Feb-2006 | Redemption | -1,500.00 fee | -0.3000 | 5,000.0000 | 0.0000 |

< 61 days [illegible]

3. **ACCEPTANCE OF OPERATING AGREEMENT.** By execution of this Agreement, the undersigned acknowledges and understands that the ownership of the Units and the management of the Company are governed solely by the terms and conditions of the Operating Agreement. In addition, the undersigned acknowledges:

(a) The receipt of the Operating Agreement;

(b) The ability to review the terms and conditions of the Operating Agreement (either with or without the undersigned's own legal counsel or business or tax advisor);

(c) The ability to ask questions of and receive answers from the Company with respect to the Operating Agreement (with all such questions, if any, being answered to the full satisfaction of the undersigned); and

(d) The acceptance to be bound by the terms and conditions of the Operating Agreement.

4. **PURCHASE OF UNITS; PAYMENT.** The undersigned hereby agrees to subscribe to the following number of Units at the purchase price of Five Thousand Dollars (US $5,000) per Unit, payable in cash concurrently with delivery of this Agreement:

| | | |
|---|---|---|
| PURCHASE PRICE PER UNIT: | $ | 5,000.00 |
| NUMBER OF UNITS TO BE PURCHASED (MINIMUM OF TWO (2) UNITS): | x | 6 |
| TOTAL PURCHASE PRICE: | $ | 30,000 |

The total purchase price is payable in cash concurrently with delivery of this Agreement either through wire transfer, previously delivered, or through personal or certified check. Payments should be made to "USA Capital First Trust Deed Fund, LLC." The total purchase price should be returned with this completed and executed Agreement to:

USA Capital First Trust Deed Fund, LLC
c/o USA Securities, LLC
4484 South Pecos Road
Las Vegas, Nevada 89121.

The undersigned understands that the subscription funds will not be entitled to distributions from the Company until the undersigned is admitted to the Company as a Member.

5. **CLASSIFICATION OF UNITS.** As described in the sections entitled, "Terms of the Offering – Classification of Units" and "Summary of Operating Agreement – Classification of Units," of the Prospectus, the undersigned is required to select a class for the Units to be purchased, where such selection is subject to the approval of the Manager. The three classes of Units are identical in right and obligation with the exception of the relevant holding periods for which the Units must be held and the relevant preferred returns for the Units. The relevant holding periods and the preferred returns for the Class A Units, the Class B Units or the Class C Units are provided for below. As discussed in the Prospectus, since the preferred returns for each class will vary during the course of the Company's offering, as adjusted by the Manager in light of applicable market conditions, the preferred returns for the classes and the spreads between the same will be maintained for Units issued as of any one date and may vary for Units of the same class issued as of different dates. The undersigned hereby designates the Units to be purchased as follows:

| | CLASS | HOLDING PERIOD | PREFERRED RATE OF RETURN AS OF MAY 31, 2003 | NUMBER OF UNITS |
|---|---|---|---|---|
| ☒ | Class A | Twelve (12) months | 9% per annum | 6 Units |
| ☐ | Class B | Twenty-four (24) months | 10% per annum | ____ Units |
| ☐ | Class C | Thirty-six (36) months | 11% per annum | ____ Units |
| | | | TOTAL | 6 Units |


Mr. Gerard LaBossiere
1271 Skylark St
Sparks, NV 89434-0768

Joseph Milanowski
USA Securities
4484 South Pecos Rd.
Las Vega Nv 89121

1/8/2006

Dear Mr.Milanowski,

The check I received from you, was short $1500.

On the statement of February 1st 2006, along with the check was a hand written note which said "fee 61 days notice."

When I invested in the fund our agreement was that the interest would be reinvested monthly.compounded.
You chose to stop reinvesting the interest in October and pay the interest direct to my account.
That was a violation of our agreement.
I, therefore, did not intend to reinvest in that fund. I called Dalton Maffatt — agent and told him at that time to be sure to notify you of my decision. He assured me, that I would be receiving a form to fill out in time.
When the form did not arrive I called him and told him so.
While at his office a couple of days later he had my wife and I fill out that form, which by then, was within the 60 days you required.

I was not responsible for having notified you late and you should not have unfairly taken $1500 of my earned interest.
I expect that you will send me a check for that amount by return mail and avoid any further action on my part.
My wife and I have several investments in USA Investments and have not had any problems with those investments. I am disappointed in this one.

Sincerely,

Gerard LaBossiere

Gerard LaBossiere

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Joseph Milanowski
USA Securities
4484 So. Pecos Rd.
Las Vegas NV
89121

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Elisa Withrow ☒ Agent ☐ Addressee

B. Received by (Printed Name) ELISA WITHROW

C. Date of Delivery 2-10-6

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number
*(Transfer from* 7005 2570 0000 0793 0944

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540