**LEWIS AND ROCA LLP LAWYERS**

E-Filed on 9/10/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>    Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER GRANTING *EX PARTE* MOTION FOR EXTENSION OF TIME TO RESPOND TO OBJECTIONS TO MOTION FOR SUMMARY JUDGMENT** |

**PLEASE TAKE NOTICE** that an Order Granting *Ex Parte* Motion for Extension of Time to Respond to Objections to Motion for Summary Judgment [DE 4716] was entered on the 6th day of September 2007, a true and correct copy of which is attached hereto as Exhibit A.

1864827.1

**LEWIS AND ROCA LLP**
LAWYERS

RESPECTFULLY SUBMITTED September 10, 2007.

**LEWIS AND ROCA LLP**

By /s/ RC (#006593)
Susan M. Freeman
Rob Charles
*Attorneys for USACM Liquidating Trust*

PROOF OF SERVICE

Copy of the foregoing e-mailed on September 10, 2007 to the parties listed on the Post Effective Official Service List for Limited Notice on file with this Court.

/s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca

1864827.1