E-Filed on 09/11/07

**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email: adiamond@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
Email: emadden@diamondmccarthy.com

Special Litigation Counsel for USACM Liquidating Trust

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321

Susan M. Freeman, AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles, NV State Bar No. 006593
Email: rcharles@lrlaw.com

Counsel for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle Presiding |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>Debtor. | **NOTICE OF FILING PROOF OF SERVICE OF SUBPOENA FOR RULE 2004 EXAMINATION** |
| In re:<br>USA SECURITIES, LLC,<br><br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

NOTICE IS GIVEN that the USACM Liquidating Trust herewith files the:

**Proof of Service of Subpoena for Rule 2004 Examination on Capitol Corporate Services, Inc., Registered Agent for St. Charles Townhomes Partners, LP (Exhibit A Attached).**

118179-1

DATED:   September 11, 2007

| **DIAMOND MCCARTHY LLP** | **LEWIS AND ROCA LLP** |
|---|---|
| By:   */s/ Eric D. Madden* | By:   */s/ Rob Charles* |
| Allan B. Diamond, TX 05801800 (pro hac vice) | Susan M. Freeman, AZ 4199 (pro hac vice) |
| William T. Reid, IV, TX 00788817 (pro hac vice) | Rob Charles, NV 6593 |
| Eric D. Madden, TX 24013079 (pro hac vice) | 3993 Howard Hughes Parkway, Suite 600 |
| 909 Fannin, Suite 1500 | Las Vegas, Nevada  89169-5996 |
| Houston, Texas 77010 | (702) 949-8320 (telephone) |
| (713) 333-5100 (telephone) | (702) 949-8321 (facsimile) |
| (713) 333-5199 (facsimile) | |
| *Special Litigation Counsel for USACM Liquidating Trust* | *Counsel for USACM Liquidating Trust* |

2

118179-1

**CAUSE NO. BKS0610725LBR**

| | | |
|---|---|---|
| IN RE: USA COMMERCIAL MORTGAGE COMPANY, ET AL. | § § § | IN THE U.S. FEDERAL COURT (BANKRUPTCY) United States Bankruptcy Court |
| VS. | § § § § | OF |
| _____ | § § § | HARRIS COUNTY, TX |

### AFFIDAVIT OF SERVICE

**BEFORE ME**, the undersigned authority, on this day appeared, **BARBARA STINNETT**, personally before me and stated under oath as follows:

My name is **BARBARA STINNETT**. I am over the age of eighteen (18), I am not a party to this case, and have no interest in its outcome. I am an authorized private process server licensed by and through the Supreme Court of Texas, am in all ways competent to make this affidavit, and this affidavit is based on personal knowledge. The facts stated herein are true and correct.

ON Tuesday, August 28, 2007 AT 12:00 PM - FEDERAL SUBPOENA FOR RULE 2004 EXAMINATION **CAME TO HAND.**

ON Wednesday, August 29, 2007 AT 02:09 PM - THE ABOVE NAMED DOCUMENTS WERE DELIVERED TO: ST. CHARLES PARTNERS TOWNHOMES, LP, C/O CAPITOL CORPORATE SERVICES, INC., 800 BRAZOS, SUITE 400, AUSTIN, TX, 78701 BY PERSONAL SERVICE.

**FURTHER AFFIANT SAYETH NOT.**

_____
Signature

Before me personally appeared the above-named affiant, who, being first duly sworn, stated upon oath that the above-stated facts are true and correct and within his or her personal knowledge, and subscribed the same on this 30 day of August, 2007.

_____
Notary Public for the State of Texas

BROOKE HARDIE
Notary Public, State of Texas
My Commission Expires
February 03, 2010

DocID: 67402-1

EXHIBIT "A"

# United States Bankruptcy Court
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| IN RE | SUBPOENA FOR RULE 2004 EXAMINATION |
| USA COMMERCIAL MORTGAGE COMPANY, <br> USA CAPITAL REALTY ADVISORS, LLC, <br> USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC, <br> USA CAPITAL FIRST TRUST DEED FUND LLC, <br> USA SECURITIES, LLC, | CASE NOS.  BK-S-06-10725 LBR <br> BK-S-06-10726 LBR <br> BK-S-06-10727 LBR <br> BK-S-06-10728 LBR <br> BK-S-06-10729 LBR |
| DEBTORS. | JOINTLY ADMINISTERED UNDER <br> CASE NO. BK-S-06-10725-LBR <br> IN THE DISTRICT OF NEVADA |
| AFFECTS:  ALL DEBTORS | |

TO:   St. Charles Townhomes Partners, LP
      By and through its registered agent:
      Capitol Corporate Services, Inc.
      800 Brazos, Suite 400
      Austin, TX 75233

**X** YOU ARE COMMANDED to produce a corporate representative for examination under Federal Rule of Bankruptcy Procedure 2004, regarding the following topics at the place, date and time specified below. The USACM Liquidating Trust reserves the right to videotape all examinations.

### SEE ATTACHED EXHIBIT A FOR TOPICS OF EXAMINATION

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
| DIAMOND MCCARTHY, LLP <br> 1201 ELM STREET, SUITE 3400 <br> DALLAS, TEXAS 75270 | September 21, 2007 <br> 1:30 P.M. (or such other mutually agreeable date and time) |

### SEE ATTACHED EXHIBIT B FOR DOCUMENTS REQUESTED

**X** YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below:

| PLACE | DATE |
|---|---|
| DIAMOND MCCARTHY, LLP <br> 1201 ELM STREET, SUITE 3400 <br> DALLAS, TEXAS 75270 | September 7, 2007 (or such other mutually agreeable date and time) |
| ISSUING OFFICER SIGNATURE AND TITLE <br> *[signature]* <br> Special Litigation Counsel for the USACM Liquidating Trust | DATE <br> August 24, 2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
MICHAEL YODER
DIAMOND MCCARTHY LLP
909 FANNIN, SUITE 1500
HOUSTON, TX 77010
(713) 333-5100

{00365037;}