**LEWIS and ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961
Facsimile: (702) 949-8321
Telephone: (702) 949-8320

Susan Freeman AZ State Bar No. 004199
E-mail: **sfreeman@lrlaw.com**
Rob Charles, NV State Bar No. 006593
E-mail: **rcharles@lrlaw.com**

**FOLEY & LARDNER LLP**
Attorneys at Law
321 North Clark Street, Suite 2800
Chicago, IL 60610
Telephone: (312) 832-4500
Facsimile: (312) 832-4700

Edward J. Green Ill Bar No. 6225069 (Pro Hac Vice Pending)
Geoffrey S. Goodman Ill Bar No. 6272297 (Pro Hac Vice Pending)

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                                          Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF HEARING RE OBJECTIONS OF THE USACM LIQUIDATING TRUST TO PROOFS OF CLAIM FILED BY THE PENSION BENEFIT GUARANTY CORPORATION**<br><br>Hearing Date:    October 15, 2007<br>Hearing Time:   9:30 a.m. |

**THE USACM LIQUIDATING TRUST IS OBJECTING TO THE AMENDED CLAIMS THAT <u>YOU</u> FILED. UNLESS THE RESPONSE DEADLINE IS ADVANCED BY THE COURT, THE DEADLINE TO RESPOND TO THE OBJECTION IS <u>OCTOBER 8, 2007</u>. PLEASE DO NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF**

1

**YOUR CLAIM. QUESTIONS REGARDING THE AMOUNT OF A CLAIM OR THE FILING OF A CLAIM SHOULD BE DIRECTED TO THE UNDERSIGNED COUNSEL.**

**NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust, by and through its counsel, has filed an Objection to the Amended claims of Pension Benefit Guaranty Corporation ("PBGC") filed in USA Commercial Mortgage Company, Case No. 06-10725 on the grounds stated therein. A copy of the Objection is served herewith.

**NOTICE IS FURTHER GIVEN** that the hearing on the Objection will be held before the Honorable Linda B. Riegle, United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada, on **OCTOBER 15, 2007** at the hour of **9:30 a.m**. THE HEARING WILL BE HELD FOR THE PURPOSE OF STATUS CHECKS AND SCHEDULING EVIDENTIARY HEARINGS ONLY. NO ARGUMENTS WILL BE HEARD ON THAT DATE. HOWEVER, IF THERE IS NO RESPONSE TO THE OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION AND DISALLOW THE CLAIMS FILED AGAINST USACM.

**NOTICE IS FURTHER GIVEN** that, unless the response deadline is advanced by the Court, any response to the Objection must be filed by October 8, 2007 pursuant to Local Rule 3007(b), which states:

> If an objection to a claim is opposed, a written response must be filed and served on the objecting party at least 5 business days before the scheduled hearing. A response is deemed sufficient if it states that written documentation in support of the proof of claim has already been provided to the objecting party and that the documentation will be provided at any evidentiary hearing or trial on the matter.

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the Court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The Court may *refuse to allow you to speak* at the scheduled hearing; and

1865120.1

- The Court may *rule against you* without formally calling the matter at the hearing.

Dated: September 11, 2007.

**LEWIS and ROCA LLP**

By: /s/ RC (#006593)
        Susan M. Freeman
        Rob Charles

And

Edward J. Green (No. 6225069)
Geoffrey S. Goodman (No. 6272539)
**FOLEY & LARDNER LLP**
321 North Clark Street, Suite 2800
Chicago, IL 60610
Telephone: (312) 832-4500
Facsimile: (312) 832-4700

1865120.1

## PROOF OF SERVICE

Copy of the foregoing e-mailed or mailed first class postage prepaid U.S. Mail on September 11, 2007 to the following parties in interest:

Frank A. Anderson
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, NW, Suit e340
Washington, DC 20005-4026
Anderson.frank@pbgc.gov
efile@pbgc.gov

Daniel G. Bogden
Steven W. Myhre, Acting U.S. Attorney
Carlos A. Gonzalez, Assistant U.S. Attorney
United States Attorney
333 Las Vegas Blvd South, Suite 5000
Las Vegas, NV 89101

  /s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca

1865120.1