E-Filed on 09/12/07

**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email:  adiamond@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
Email:  emadden@diamondmccarthy.com

Special Litigation Counsel for USACM Liquidating Trust

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Telephone (702) 949-8320
Facsimile  (702) 949-8321

Susan M. Freeman, AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles, NV State Bar No. 006593
Email: rcharles@lrlaw.com

Counsel for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE
COMPANY,

USA CAPITAL REALTY ADVISORS,
LLC,

USA CAPITAL DIVERSIFIED TRUST
DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED
FUND, LLC,

USA SECURITIES, LLC,
                            Debtors.

  **Affects:**
  ☐ All Debtors
  ☒ USA Commercial Mortgage Company
  ☐ USA Capital Realty Advisors, LLC
  ☐ USA Capital Diversified Trust Deed Fund, LLC
  ☐ USA Capital First Trust Deed Fund, LLC
  ☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under Case No.
BK-S-06-10725 LBR

**MOTION FOR ORDER REQUIRING
BUILDERS CONTROL SERVICE
CO. TO PRODUCE ONE OR MORE
REPRESENTATIVES FOR
EXAMINATION PURSUANT TO
FEDERAL RULE OF
BANKRUPTCY PROCEDURE 2004**

[No hearing required]

Pursuant to Federal Rule of Bankruptcy Procedure 2004, the USACM Liquidating

Trust (the "Trust" or "Movant") hereby moves this Court for an order requiring Builders

Control Service Co. ("Builders Control") to produce one or more representatives, as set

forth in the subpoena to be issued under Federal Rule of Bankruptcy Procedure 9016, to

appear for examination at the office of Development Specialists, Inc., 333 S. Grand

121024_1.DOC

Avenue, Suite 4070, Los Angeles, California 90071-1544, on a business day no earlier

than ten (10) business days after the filing of this Motion and no later than November 15,

2007, or at such other mutually agreeable location, date, and time, and continuing from

day to day thereafter until completed.

This Motion is further explained in the following Memorandum.

### Memorandum

The Movant seeks information concerning various transactions between Builders

Control and USACM, the other debtors in the above-captioned cases (together with

USACM, the "Debtors"), and the Debtors' affiliates, subsidiaries, parents, or otherwise

related entities.  The Movant seeks this information to assist in the collection of the assets

and the investigation of the liabilities of the Debtors.

The requested discovery from Builders Control is well within the scope of

examination permitted under Bankruptcy Rule 2004, which includes:

> [t]he acts, conduct, or property or . . . the liabilities and financial condition
> of the debtor, or … any matter which may affect the administration of the
> debtor's estate, or to the debtor's right to a discharge.  In a . . .
> reorganization case under chapter 11 of the Code, . . . the examination may
> also relate to the operation of any business and the desirability of its
> continuance, the source of any money or property acquired or to be acquired
> by the debtor for purposes of consummating a plan and the consideration
> given or offered therefore, and any other matter relevant to the case or to the
> formulation of a plan.[1]

### Conclusion

Accordingly, the Movant requests that this Court enter the form of order submitted

with this Motion.

---

[1] FED.R. BANKR. P. 2004(b).

2

1        Dated:  September 12, 2007.

2    **DIAMOND MCCARTHY TAYLOR**              **LEWIS AND ROCA LLP**
     **FINLEY & LEE LLP**
3

4
     By:    */s/ Eric D. Madden*                    By:    */s/ Rob Charles*
5    Allan B. Diamond, TX 05801800 (pro hac vice)   Susan M. Freeman, AZ 4199 (pro hac vice)
     William T. Reid, IV, TX 00788817 (pro hac vice) Rob Charles, NV 6593
6    Eric D. Madden, TX 24013079 (pro hac vice)     3993 Howard Hughes Parkway, Suite 600
     909 Fannin, Suite 1500                         Las Vegas, Nevada  89169-5996
7    Houston, Texas 77010                           (702) 949-8320(telephone)
     (713) 333-5100 (telephone)                     (702) 949-8321(facsimile)
8    (713) 333-5199 (facsimile)

9
     *Special Litigation Counsel for USACM*
10   *Liquidating Trust*                            *Counsel for USACM Liquidating Trust*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3