

1

2    **Entered on Docket**

3    **September 14, 2007**

_Bruce A. Markell_

**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

4

5

6    **DIAMOND MCCARTHY LLP**                    **LEWIS AND ROCA LLP**

7    909 Fannin, Suite 1500                          3993 Howard Hughes Parkway, Suite 600
     Houston, Texas 77010                            Las Vegas, NV 89169-5996
     Telephone (713) 333-5100                        Telephone (702) 949-8320
8    Facsimile (713) 333-5199                        Facsimile (702) 949-8321

9    Allan B. Diamond, TX State Bar No. 05801800     Susan M. Freeman, AZ State Bar No. 004199
     Email: adiamond@diamondmccarthy.com             Email: sfreeman@lrlaw.com
     Eric D. Madden, TX State Bar No. 24013079       Rob Charles, NV State Bar No. 006593
     Email: emadden@diamondmccarthy.com              Email: rcharles@lrlaw.com

10   Special Litigation Counsel for USACM Liquidating Trust    Counsel for USACM Liquidating Trust

11              **UNITED STATES BANKRUPTCY COURT**
                    **DISTRICT OF NEVADA**

12   In re:

13   USA COMMERCIAL MORTGAGE                    Case No. BK-S-06-10725-LBR
14   COMPANY,                                   Case No. BK-S-06-10726-LBR
                                                Case No. BK-S-06-10727-LBR
15   USA CAPITAL REALTY ADVISORS, LLC,          Case No. BK-S-06-10728-LBR
                                                Case No. BK-S-06-10729-LBR
16   USA CAPITAL DIVERSIFIED TRUST
     DEED FUND, LLC,                            CHAPTER 11

17   USA CAPITAL FIRST TRUST DEED               Jointly Administered Under Case No.
18   FUND, LLC,                                 BK-S-06-10725 LBR

19   USA SECURITIES, LLC,                       **ORDER REQUIRING**
                              Debtors.          **WILLOWBROOK RESIDENTIAL,**
                                                **LLC TO PRODUCE ONE OR**
20                                              **MORE REPRESENTATIVES FOR**
     **Affects:**                               **EXAMINATION PURSUANT TO**
21   ☐ All Debtors                              **FEDERAL RULE OF**
     ☒ USA Commercial Mortgage Company          **BANKRUPTCY PROCEDURE 2004**
22   ☐ USA Capital Realty Advisors, LLC
     ☐ USA Capital Diversified Trust Deed Fund, LLC    [No hearing required]
23   ☐ USA Capital First Trust Deed Fund, LLC
     ☐ USA Securities, LLC

24

25          The USACM Liquidating Trust (the "Trust") having filed a Motion for Order

26   Requiring Willowbrook Residential, LLC to Produce One or More Representatives for

114513.1

Examination Pursuant to Federal Rule of Bankruptcy Procedure 2004 (the "Motion"), the Motion having been submitted to this Court, and good cause appearing,

IT IS HEREBY ORDERED that Willowbrook Residential, LLC produce one or more representatives for examination at the offices of Merrill Corporation, 199 Fremont Street, Suite 900, San Francisco, California 94105, beginning at 10:00 a.m. prevailing Pacific Time on a business day no later than November 15, 2007 (or at such other mutually agreeable location, date, and time), and continuing from day to day thereafter until completed.

Prepared by:

**DIAMOND MCCARTHY TAYLOR FINLEY & LEE LLP**

By: ___*/s/ Eric D. Madden*___
Allan B. Diamond, TX 05801800 (pro hac vice)
William T. Reid, IV, TX 00788817 (pro hac vice)
Eric D. Madden, TX 24013079 (pro hac vice)
909 Fannin, Suite 1500
Houston, Texas 77010
(713) 333-5100 (telephone)
(713) 333-5199 (facsimile)

*Special Litigation Counsel for USACM Liquidating Trust*

**LEWIS AND ROCA LLP**

By: ___*/s/ Rob Charles*___
Susan M. Freeman, AZ 4199 (pro hac vice)
Rob Charles, NV 6593
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
(702) 949-8320(telephone)
(702) 949-8321(facsimile)

*Counsel for USACM Liquidating Trust*

### 

2