**O'REILLY LAW GROUP, LLC**
John F. O'Reilly, Esq.
Nevada Bar No. 1761
Timothy R. O'Reilly, Esq.
Nevada Bar No. 8866
325 S. Maryland Parkway
Las Vegas, Nevada 89101
Telephone: (702) 382-2500
Facsimile: (702) 384-6266

Attorneys for Creditor
MICHAEL PETERSEN

E-Filed on September ___, 2007

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>    Debtor. | Case No.:   BK-S-06-10725 LBR<br>Chapter 11<br>BK-S-06-10726 LBR<br>BK-S-06-10727 LBR<br>BK-S-06-10728 LBR<br>BK-S-06-10729 LBR |
| In Re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor. | **NOTICE OF ENTRY OF STIPULATION AND ORDER** |
| In Re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor. | |
| In Re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | |
| In Re:<br><br>USA SECURITIES, LLC, | |

1

Debtor.                                )
_____)

PLEASE TAKE NOTICE that an Order was entered granting Stipulation for Substitution of Attorney for Creditor Michael Petersen on the 10th day of September, 2007, in the above-entitled court. A copy of the same is attached hereto.

DATED: September 13th, 2007

**O'REILLY LAW GROUP, LLC**

By: _____T-R. O'Reilly_____
John F. O'Reilly, Esq.
Nevada Bar No. 1761
Timothy R. O'Reilly, Esq.
Nevada Bar No. 8866
325 South Maryland Parkway
Las Vegas, Nevada 89101
Attorneys for Creditor
MICHAEL PETERSEN

**PROOF OF SERVICE**

I HEREBY CERTIFY, pursuant to LR 9041(C)(1)(a), that on this 14th day of September 2007, I served the above and foregoing **NOTICE OF ENTRY OF STIPULATION AND ORDER** by placing a copy of same in a sealed envelope, with postage fully prepaid thereon, and sending via U.S. mail to the following:

Co-Counsel for Debtors

Lenard E. Schwartzer, Esq.
Jeanette E. McPherson
Schwartzer & McPherson Law Firm
2850 S. Jones Blvd., Suite 1
Las Vegas, Nevada 89146-5308
Fax: (702) 892-0122
Co-Counsel for Debtors

_____
An Employee of O'REILLY LAW GROUP, LLC

**Entered on Docket**
**September 10, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

O'REILLY LAW GROUP, LLC
John F. O'Reilly, Esq.
Nevada Bar No. 1761
Timothy R. O'Reilly, Esq.
Nevada Bar No. 8866
325 S. Maryland Parkway
Las Vegas, Nevada 89101
Telephone: (702) 382-2500
Facsimile: (702) 384-6266

Attorneys for Creditor
MICHAEL PETERSEN

E-Filed on September 7, 2007

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In Re:

USA COMMERCIAL MORTGAGE COMPANY,

    Debtor.

In Re:

USA CAPITAL REALTY ADVISORS, LLC,

    Debtor.

In Re:

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

    Debtor.

Case No.:    BK-S-06-10725 LBR
Chapter 11
BK-S-06-10726 LBR
BK-S-06-10727 LBR
BK-S-06-10728 LBR
BK-S-06-10729 LBR

ORDER GRANTING STIPULATION FOR SUBSTITUTION OF ATTORNEY FOR CREDITOR MICHAEL PETERSEN

\\Newprolaw2\prolaw\documents\30537-00002\Pleadings\100031_2.wpd    1

In Re:

USA CAPITAL FIRST TRUST DEED FUND, LLC,

    Debtor.

In Re:

USA SECURITIES, LLC,

    Debtor.

**IT IS HEREBY ORDERED** that the STIPULATION FOR SUBSTITUTION OF ATTORNEY FOR CREDITOR MICHAEL PETERSEN, is hereby GRANTED.

**IT IS FURTHER ORDERED**, that William J. Wray, Esq. and Donna DiMaggio-Highberger, Esq. are to be removed from all mailing lists and electronic notices in this case.

**IT IS FURTHER ORDERED**, that John F. O'Reilly, Esq. and Timothy R. O'Reilly, Esq. are to be added to all mailing lists and electronic notices in this case.

**IT IS SO ORDERED**

DATED this _____ day of September, 2007.

_____
BANKRUPTCY COURT JUDGE

Respectfully submitted by:

**O'REILLY LAW GROUP, LLC**

_/s/ T. R. O'Reilly_____
John F. O'Reilly, Esq.
Nevada Bar No. 1761
Timothy R. O'Reilly, Esq.
Nevada Bar No. 8866
325 South Maryland Parkway
Las Vegas, Nevada 89101
Attorneys for Creditor
MICHAEL PETERSEN

O'REILLY LAW GROUP, LLC
A NEVADA LIMITED LIABILITY COMPANY INCLUDING CORPORATIONS
325 South Maryland Parkway • Las Vegas, Nevada 89101-5300
Telephone (702) 382-2500 • Facsimile (702) 384-6266

\\Newprolaw2\prolaw\documents\30537-00002\Pleadings\100031.wpd

2