LEWIS
AND
ROCA
—LLP—
LAWYERS

530 Las Vegas Boulevard South
Las Vegas, NV 89101
Facsimile (702) 385-3373
Telephone (702) 385-5024

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
Anne M. Loraditch, NV State Bar No. 008164
Email: aloraditch@lrlaw.com

Attorneys for USACM Liquidating Trust

ORRICK, HERRINGTON &  SUTCLIFFE LLP
MARC A. LEVINSON (CA 57613, pro hac vice)
JEFFERY D. HERMANN (CA 90445, pro hac vice)
400 Capitol Mall
Sacramento, California  95814
Telephone:  (916) 447-9200
Facsimile:  (916) 329-4900
Email:   malevinson@orrick.com
             jhermann@orrick.com

SNELL & WILMER, LLP
ROBERT R. KINAS (NV 006019)
CLAIRE DOSSIER  (NV 010030)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email:   rkinas@swlaw.com
             cdossier@swlaw.com

Attorneys for Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC

Electronically Filed on September 14, 2007

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE
COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,

USA CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC,

USA CAPITAL FIRST TRUST DEED FUND,
LLC,

USA SECURITIES, LLC,

                                        Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☒ USA Capital Diversified Trust Deed
Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under
Case No. BK-S-06-10725 LBR

**NOTICE OF HEARING; OBJECTION
OF USACM TRUST TO AUGUSTINE
TUFFANELLI FAMILY TRUST'S
CLAIM FILED IN WRONG DEBTOR'S
CASE; OBJECTION OF DTDF TO
PROPOSED ALLOWANCE OF CLAIM**

Hearing Date:      October 15, 2007
Hearing Time:      9:30 a.m.

126061.1

LEWIS
AND
ROCA
—— LLP ——
LAWYERS

## NOTICE OF OBJECTION TO CLAIM

THE USACM LIQUIDATING TRUST AND USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC ARE OBJECTING TO THE CLAIMS THAT <u>YOU</u> FILED.  UNLESS THE RESPONSE DEADLINE IS ADVANCED BY THE COURT, THE DEADLINE TO RESPOND TO THE OBJECTION IS <u>OCTOBER 5, 2007.</u> <u>PLEASE DO NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO</u> <u>DISCUSS THE MERITS OF YOUR CLAIM.</u>  QUESTIONS REGARDING THE AMOUNT OF A CLAIM OR THE FILING OF A CLAIM SHOULD BE DIRECTED TO THE UNDERSIGNED COUNSEL.

**NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust, by and through its counsel, has filed an Objection to your claim filed in USA Commercial Mortgage Company, Case No. 06-10725 on the ground that the claim is based upon an equity interest in USA Capital Diversified Trust Deed Fund, LLC ("DTDF") Case No. 06-10727.  DTDF, by and through its counsel, further objects to any proposed allowance of your claim against the DTDF estate because your equity interest in DTDF has already been deemed allowed.  A copy of the Objection is provided to you with this notice.

The Objection requests that the Court enter an order disallowing all or part of your claim as to USACM and DTDF.  If the Court grants the requested relief, it will not affect your existing equity interest in the DTDF estate to the extent you hold an equity interest in DTDF.

**NOTICE IS FURTHER GIVEN** that, unless the hearing date is advanced by the Court, the hearing on the Objection will be held before the Honorable Linda B. Riegle, United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada, on **OCTOBER 15, 2007 at the hour of 9:30 a.m**.  THE HEARING WILL BE HELD FOR THE PURPOSE OF STATUS CHECKS AND SCHEDULING EVIDENTIARY HEARINGS ONLY.  NO

126061.1

LEWIS
AND
ROCA
—— LLP ——
LAWYERS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**ARGUMENTS WILL BE HEARD ON THAT DATE. HOWEVER, IF THERE IS NO RESPONSE TO THE OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION AND DISALLOW THE CLAIMS FILED AGAINST USACM AND THE DTDF.**

**NOTICE IS FURTHER GIVEN** that, unless the response deadline is advanced by the Court, any response to the Objection must be filed by October 5, 2007 pursuant to Local Rule 3007(b), which states:

> If an objection to a claim is opposed, a written response must be filed and served on the objecting party at least 5 business days before the scheduled hearing. A response is deemed sufficient if it states that written documentation in support of the proof of claim has already been provided to the objecting party and that the documentation will be provided at any evidentiary hearing or trial on the matter.

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the Court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:

- The Court may *refuse to allow you to speak* at the scheduled hearing; and

- The Court may *rule against you* without formally calling the matter at the hearing.

3

126061.1

LEWIS
AND
ROCA
——LLP——
LAWYERS

1

2
        Dated: September 14, 2007.

3
**SNELL & WILMER, LLP**                          **LEWIS AND ROCA LLP**

4
By /s/ Robert R. Kinas                            By: /s/ Anne M. Loraditch (008164)
        Robert R. Kinas                                    Susan M. Freeman

5
        Claire Dossier                                     Rob Charles
        3883 Howard Hughes Parkway, Suite 1100             Anne M. Loraditch

6
        Las Vegas, NV 89169                         530 Las Vegas Boulevard South
        Telephone (702) 784-5200                     Las Vegas, NV 89101

7
        Facsimile (702) 784-5252                     Telephone: (702) 385-3373
                                                     Facsimile: (702) 385-5024

8
                        and                          *Attorneys for USACM Liquidating Trust*

9
**ORRICK, HERRINGTON &**
**SUTCLIFFE LLP**

10
Marc A. Levinson
Jeffery D. Hermann

11
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497

12
*Attorneys for Post-Effective Date USA*
*Capital Diversified Trust Deed Fund, LLC*

13

14

15
Copy of the foregoing
Mailed this 14th day of

16
September, 2007 to:

17

18
        Augustine Tuffanelli Family Trust
        Augustine Tuffanelli Trustee

19
        c/o Thomas R Brooksbank
        689 Sierra Rose Drive, Suite A2

20
        Reno, NV  89511

21
By      /s/ Patricia M. Kois

22
        Patricia M. Kois, Lewis and Roca LLP

23

24

25

26

4

126061.1