LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

1   530 Las Vegas Boulevard South
    Las Vegas, NV 89101
    Facsimile (702) 385-3373
2   Telephone (702) 385-5024

3   Susan M. Freeman AZ State Bar No. 004199
    Email: sfreeman@lrlaw.com
    Rob Charles NV State Bar No. 006593
    Email: rcharles@lrlaw.com
4   Anne M. Loraditch, NV State Bar No. 008164
    Email: aloraditch@lrlaw.com

5   Attorneys for USACM Liquidating Trust

| | |
|---|---|
| 6  ORRICK, HERRINGTON & SUTCLIFFE LLP | SNELL & WILMER, LLP |
| MARC A. LEVINSON (CA 57613, pro hac vice) | ROBERT R. KINAS (NV 006019) |
| 7  JEFFERY D. HERMANN (CA 90445, pro hac vice) | CLAIRE DOSSIER (NV 010030) |
| 400 Capitol Mall | 3883 Howard Hughes Parkway, Suite 1100 |
| 8  Sacramento, California 95814 | Las Vegas, Nevada 89169 |
| Telephone: (916) 447-9200 | Telephone: (702) 784-5200 |
| 9  Facsimile: (916) 329-4900 | Facsimile: (702) 784-5252 |
| Email: malevinson@orrick.com | Email: rkinas@swlaw.com |
| 10         jhermann@orrick.com |          cdossier@swlaw.com |

11   Attorneys for Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC

12                 **UNITED STATES BANKRUPTCY COURT**

13                      **DISTRICT OF NEVADA**

14   In re:                                          Case No. BK-S-06-10725-LBR
                                                      Case No. BK-S-06-10726-LBR
15   USA COMMERCIAL MORTGAGE                          Case No. BK-S-06-10727-LBR
     COMPANY,                                         Case No. BK-S-06-10728-LBR
16                                                    Case No. BK-S-06-10729-LBR
     USA CAPITAL REALTY ADVISORS, LLC,
17                                                    CHAPTER 11
     USA CAPITAL DIVERSIFIED TRUST DEED
18   FUND, LLC,                                       Jointly Administered Under
                                                      Case No. BK-S-06-10725 LBR
19   USA CAPITAL FIRST TRUST DEED FUND,
     LLC,                                             **NOTICE OF HEARING; OBJECTION
20                                                    OF USACM TRUST TO ROSS
     USA SECURITIES, LLC,                             DELLER'S CLAIM FILED IN WRONG
21                                      Debtors.      DEBTOR'S CASE; OBJECTION OF
                                                      DTDF TO PROPOSED ALLOWANCE
22   **Affects:**                                     OF CLAIM**
        ☐ All Debtors
23      ☒ USA Commercial Mortgage Company             Hearing Date:    October 15, 2007
        ☐ USA Capital Realty Advisors, LLC            Hearing Time:    9:30 a.m.
24      ☒ USA Capital Diversified Trust Deed
        Fund, LLC
25      ☐ USA Capital First Trust Deed Fund, LLC
        ☐ USA Securities, LLC
26

125991.1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

## NOTICE OF OBJECTION TO CLAIM

**THE USACM LIQUIDATING TRUST AND USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC ARE OBJECTING TO THE CLAIMS THAT <u>YOU</u> FILED. UNLESS THE RESPONSE DEADLINE IS ADVANCED BY THE COURT, THE DEADLINE TO RESPOND TO THE OBJECTION IS <u>OCTOBER 5, 2007.</u> <u>PLEASE DO NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO</u> <u>DISCUSS THE MERITS OF YOUR CLAIM.</u> QUESTIONS REGARDING THE AMOUNT OF A CLAIM OR THE FILING OF A CLAIM SHOULD BE DIRECTED TO THE UNDERSIGNED COUNSEL.**

**NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust, by and through its counsel, has filed an Objection to your claim filed in USA Commercial Mortgage Company, Case No. 06-10725 on the ground that the claim is based upon an equity interest in USA Capital Diversified Trust Deed Fund, LLC ("DTDF") Case No. 06-10727. DTDF, by and through its counsel, further objects to any proposed allowance of your claim against the DTDF estate because your equity interest in DTDF has already been deemed allowed. A copy of the Objection is provided to you with this notice.

The Objection requests that the Court enter an order disallowing all or part of your claim as to USACM and DTDF. If the Court grants the requested relief, it will not affect your existing equity interest in the DTDF estate to the extent you hold an equity interest in DTDF.

**NOTICE IS FURTHER GIVEN** that, unless the hearing date is advanced by the Court, the hearing on the Objection will be held before the Honorable Linda B. Riegle, United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada, on **<u>OCTOBER 15, 2007</u> at the hour of 9:30 a.m.** **THE HEARING WILL BE HELD FOR THE PURPOSE OF STATUS CHECKS AND SCHEDULING EVIDENTIARY HEARINGS ONLY. NO**

125991.1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

**ARGUMENTS WILL BE HEARD ON THAT DATE. HOWEVER, IF THERE IS NO RESPONSE TO THE OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION AND DISALLOW THE CLAIMS FILED AGAINST USACM AND THE DTDF.**

**NOTICE IS FURTHER GIVEN** that, unless the response deadline is advanced by the Court, any response to the Objection must be filed by October 5, 2007 pursuant to Local Rule 3007(b), which states:

> If an objection to a claim is opposed, a written response must be filed and served on the objecting party at least 5 business days before the scheduled hearing. A response is deemed sufficient if it states that written documentation in support of the proof of claim has already been provided to the objecting party and that the documentation will be provided at any evidentiary hearing or trial on the matter.

---

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the Court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:

- The Court may *refuse to allow you to speak* at the scheduled hearing; and

- The Court may *rule against you* without formally calling the matter at the hearing.

---

125991.1

LEWIS
AND
ROCA
———LLP———
L A W Y E R S

Dated:  September 14, 2007.

**SNELL & WILMER, LLP**

By  /s/ Robert R. Kinas
       Robert R. Kinas
       Claire Dossier
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone (702) 784-5200
Facsimile (702) 784-5252

            and

**ORRICK, HERRINGTON &
SUTCLIFFE LLP**
Marc A. Levinson
Jeffery D. Hermann
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
*Attorneys for Post-Effective Date USA
Capital Diversified Trust Deed Fund, LLC*

**LEWIS AND ROCA LLP**

By:  /s/ Anne M. Loraditch (008164)
       Susan M. Freeman
       Rob Charles
       Anne M. Loraditch
530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone:  (702) 385-3373
Facsimile:  (702) 385-5024
*Attorneys for USACM Liquidating Trust*

Copy of the foregoing
Mailed this 14th day of
September, 2007 to:

    Ross Deller
    1469 Harmony Hill
    Henderson, NV  89014

By    /s/  Patricia M. Kois
      Patricia M. Kois, Lewis and Roca LLP

125991.1