LEWIS
AND
ROCA
——— LLP ———
L A W Y E R S

| | |
|---|---|
| 1 | 530 Las Vegas Boulevard South<br>Las Vegas, NV 89101<br>Facsimile (702) 385-3373 |
| 2 | Telephone (702) 385-5024 |
| 3 | Susan M. Freeman AZ State Bar No. 004199<br>Email: sfreeman@lrlaw.com<br>Rob Charles NV State Bar No. 006593 |
| 4 | Email: rcharles@lrlaw.com<br>Anne M. Loraditch, NV State Bar No. 008164<br>Email: aloraditch@lrlaw.com |
| 5 | Attorneys for USACM Liquidating Trust |

<table>
<tr><td>6</td><td>ORRICK, HERRINGTON   SUTCLIFFE LLP</td><td>SNELL &amp; WILMER, LLP</td></tr>
<tr><td>7</td><td>MARC A. LEVINSON (CA 57613, pro hac vice)<br>JEFFERY D. HERMANN (CA 90445, pro hac vice)</td><td>ROBERT R. KINAS (NV 006019)<br>CLAIRE DOSSIER (NV 010030)</td></tr>
<tr><td>8</td><td>400 Capitol Mall<br>Sacramento, California 95814</td><td>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169</td></tr>
<tr><td>9</td><td>Telephone: (916) 447-9200<br>Facsimile: (916) 329-4900</td><td>Telephone: (702) 784-5200<br>Facsimile: (702) 784-5252</td></tr>
<tr><td>10</td><td>Email: malevinson@orrick.com<br>      jhermann@orrick.com</td><td>Email: rkinas@swlaw.com<br>      cdossier@swlaw.com</td></tr>
</table>

Electronically filed on 9/14/07

11  Attorneys for Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC

12  **UNITED STATES BANKRUPTCY COURT**

13  **DISTRICT OF NEVADA**

| | | |
|---|---|---|
| 14 | In re: | Case No. BK-S-06-10725-LBR |
| 15 | USA COMMERCIAL MORTGAGE | Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR |
| | COMPANY, | Case No. BK-S-06-10728-LBR |
| 16 | | Case No. BK-S-06-10729-LBR |
| | USA CAPITAL REALTY ADVISORS, LLC, | |
| 17 | | CHAPTER 11 |
| | USA CAPITAL DIVERSIFIED TRUST DEED | |
| 18 | FUND, LLC, | Jointly Administered Under |
| 19 | USA CAPITAL FIRST TRUST DEED FUND,<br>LLC, | Case No. BK-S-06-10725 LBR |
| 20 | | **NOTICE OF HEARING; OBJECTION**<br>**OF USACM TRUST TO ROSS** |
| | USA SECURITIES, LLC, | **DELLER'S CLAIM FILED IN WRONG** |
| 21 | Debtors. | **DEBTOR'S CASE; OBJECTION OF**<br>**DTDF TO PROPOSED ALLOWANCE** |
| 22 | **Affects:** | **OF CLAIM** |
| | ☐ All Debtors | |
| 23 | ☒ USA Commercial Mortgage Company | Hearing Date:    October 15, 2007 |
| | ☐ USA Capital Realty Advisors, LLC | Hearing Time:    9:30 a.m. |
| 24 | ☒ USA Capital Diversified Trust Deed<br>Fund, LLC | |
| 25 | ☐ USA Capital First Trust Deed Fund, LLC | |
| | ☐ USA Securities, LLC | |
| 26 | | |

125989.1

LEWIS
AND
ROCA
—LLP—
L A W Y E R S

Case 06-10725-gwz    Doc 4806    Entered 09/14/07 15:45:27    Page 2 of 4

**NOTICE OF OBJECTION TO CLAIM**

**THE USACM LIQUIDATING TRUST AND USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC ARE OBJECTING TO THE CLAIMS THAT <u>YOU</u> FILED. UNLESS THE RESPONSE DEADLINE IS ADVANCED BY THE COURT, THE DEADLINE TO RESPOND TO THE OBJECTION IS <u>OCTOBER 5, 2007.</u> <u>PLEASE DO NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO</u> <u>DISCUSS THE MERITS OF YOUR CLAIM</u>. QUESTIONS REGARDING THE AMOUNT OF A CLAIM OR THE FILING OF A CLAIM SHOULD BE DIRECTED TO THE UNDERSIGNED COUNSEL.**

**NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust, by and through its counsel, has filed an Objection to your claim filed in USA Commercial Mortgage Company, Case No. 06-10725 on the ground that the claim is based upon an equity interest in USA Capital Diversified Trust Deed Fund, LLC ("DTDF") Case No. 06-10727. DTDF, by and through its counsel, further objects to any proposed allowance of your claim against the DTDF estate because your equity interest in DTDF has already been deemed allowed. A copy of the Objection is provided to you with this notice.

The Objection requests that the Court enter an order disallowing all or part of your claim as to USACM and DTDF. If the Court grants the requested relief, it will not affect your existing equity interest in the DTDF estate to the extent you hold an equity interest in DTDF.

**NOTICE IS FURTHER GIVEN** that, unless the hearing date is advanced by the Court, the hearing on the Objection will be held before the Honorable Linda B. Riegle, United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada, on <u>**OCTOBER 15, 2007**</u> **at the hour of** <u>**9:30 a.m**</u>. **THE HEARING WILL BE HELD FOR THE PURPOSE OF STATUS CHECKS AND SCHEDULING EVIDENTIARY HEARINGS ONLY. NO**

125989.1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

**ARGUMENTS WILL BE HEARD ON THAT DATE. HOWEVER, IF THERE IS NO RESPONSE TO THE OBJECTION, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION AND DISALLOW THE CLAIMS FILED AGAINST USACM AND THE DTDF.**

**NOTICE IS FURTHER GIVEN** that, unless the response deadline is advanced by the Court, any response to the Objection must be filed by October 5, 2007 pursuant to Local Rule 3007(b), which states:

> If an objection to a claim is opposed, a written response must be filed and served on the objecting party at least 5 business days before the scheduled hearing. A response is deemed sufficient if it states that written documentation in support of the proof of claim has already been provided to the objecting party and that the documentation will be provided at any evidentiary hearing or trial on the matter.

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the Court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The Court may *refuse to allow you to speak* at the scheduled hearing; and
>
> - The Court may *rule against you* without formally calling the matter at the hearing.

125989.1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

1

Dated:  September 14, 2007.

2

3 **SNELL & WILMER, LLP**                    **LEWIS AND ROCA LLP**

4 By  /s/ Robert R. Kinas (006019)          By    /s/ Anne M. Loraditch (008164)
        Robert R. Kinas                              Susan M. Freeman
5       Claire Dossier                               Rob Charles
        3883 Howard Hughes Parkway, Suite 1100       Anne M. Loraditch
6       Las Vegas, Nevada 89169              530 Las Vegas Boulevard South
        Telephone (702) 784-5200             Las Vegas, Nevada 89101
7       Facsimile (702) 784-5252             Telephone:  (702) 385-3373
                                             Facsimile:  (702) 385-5024
8                and                         *Attorneys for USACM Liquidating Trust*

9 **ORRICK, HERRINGTON &**
  **SUTCLIFFE LLP**
10 Marc A. Levinson
   Jeffery D. Hermann
11 400 Capitol Mall, Suite 3000
   Sacramento, CA 95814-4497
12 *Attorneys for Post-Effective Date USA*
   *Capital Diversified Trust Deed Fund, LLC*
13

14

15 Copy of the foregoing
   Mailed this 14th day of
16 September, 2007 to:
17

18       Ross Deller
         1469 Harmony Hill
19       Henderson, NV  89014

20 By     /s/  Patricia M. Kois
            Patricia M. Kois, Lewis and Roca LLP
21

22

23

24

25

26

4

125989.1