LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

Electronically filed on 9/14/07

1  530 Las Vegas Boulevard South
   Las Vegas, NV 89101
2  Telephone (702) 385-3373
   Facsimile (702) 385-5024

3  Susan M. Freeman AZ State Bar No. 004199
   Email: sfreeman@lrlaw.com
   Rob Charles NV State Bar No. 006593
4  Email: rcharles@lrlaw.com
   Anne M. Loraditch NV State Bar No. 008164
   Email: aloraditch@lrlaw.com

5  Attorneys for USACM Liquidating Trust

6  ORRICK, HERRINGTON & SUTCLIFFE LLP          SNELL & WILMER, LLP
   MARC A. LEVINSON (CA 57613, pro hac vice)   ROBERT R. KINAS (NV 006019)
   JEFFERY D. HERMANN (CA 90445, pro hac vice) CLAIRE DOSSIER (NV 010030)
7  400 Capitol Mall                            3883 Howard Hughes Parkway, Suite 1100
   Sacramento, California 95814                 Las Vegas, Nevada 89169
8  Telephone: (916) 447-9200                    Telephone: (702) 784-5200
   Facsimile: (916) 329-4900                    Facsimile: (702) 784-5252
9  Email: malevinson@orrick.com                 Email: rkinas@swlaw.com
          jhermann@orrick.com                          cdossier@swlaw.com
10 Attorneys for Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC

11              **UNITED STATES BANKRUPTCY COURT**

12                     **DISTRICT OF NEVADA**

| | |
|---|---|
| 13  In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| 14  USA COMMERCIAL MORTGAGE | Case No. BK-S-06-10727-LBR |
|     COMPANY, | Case No. BK-S-06-10728-LBR |
| 15 | Case No. BK-S-06-10729-LBR |
|     USA CAPITAL REALTY ADVISORS, LLC, | |
| 16 | CHAPTER 11 |
|     USA CAPITAL DIVERSIFIED TRUST DEED | |
| 17  FUND, LLC, | Jointly Administered Under |
| | Case No. BK-S-06-10725 LBR |
| 18  USA CAPITAL FIRST TRUST DEED FUND, | |
|     LLC, | **OBJECTION OF USACM TRUST TO** |
| 19 | **ROSS DELLER'S CLAIM FILED IN** |
|     USA SECURITIES, LLC, | **WRONG DEBTOR'S CASE;** |
| 20                            Debtors. | **OBJECTION OF DTDF TO PROPOSED** |
| | **ALLOWANCE OF CLAIM; AND** |
| 21  **Affects:** | **CERTIFICATE OF SERVICE** |
|     ☐ All Debtors | |
| 22  ☒ USA Commercial Mortgage Company | Hearing Date:   October 15, 2007 |
|     ☐ USA Capital Realty Advisors, LLC | Hearing Time:   9:30 a.m. |
| 23  ☒ USA Capital Diversified Trust Deed | |
|     Fund, LLC | |
| 24  ☐ USA Capital First Trust Deed Fund, LLC | |
|     ☐ USA Securities, LLC | |
| 25 | |
| 26 | |

1857323.2

LEWIS
AND
ROCA
—LLP—
L A W Y E R S

1    Ross Deller ("Deller") filed Proof of Claim No. 10725-00039 against USA

2    Commercial Mortgage Company ("USACM") in the amount of $50,000.00.  The USACM

3    Liquidating Trust (the "USACM Trust") hereby objects to Deller's claim.  The basis for

4    the claim is shown on the face of the proof of claim and in the attachment as an investment

5    in USA Capital Diversified Trust Deed Fund, LLC ("DTDF").  Accordingly, it is a claim

6    that was incorrectly filed in the USACM case.  The USACM Trust respectfully requests

7    that this claim be disallowed as a claim against USACM.  Although DTDF has not yet

8    filed a formal proof of claim against USACM, and there is no deadline for it to do so,

9    DTDF has informally asserted a claim in excess of $100 million and the parties have

10   participated in one unsuccessful mediation on this and other issues.  Because DTDF does

11   assert a significant claim against USACM, any claim held by Deller against USACM

12   solely on account of the investment in DTDF is derivative of DTDF's claims against

13   USACM, and Deller may not prosecute such claims on Deller's own behalf.

14       In *In re Van Dresser Corp.*, plaintiff was a shareholder of Van Dresser, which

15   owned two subsidiaries.[1]  The president of Van Dresser looted the subsidiaries, ultimately

16   forcing them and Van Dresser into bankruptcy.  The plaintiff had guaranteed $1.125

17   million in loans to the debtor, and had to repay them when debtor defaulted.  Plaintiff then

18   sued the debtor's principal, and two other defendants (who he alleged aided and abetted

19   the corporate looting) for various torts, including conversion, breach of fiduciary duty, and

20   civil conspiracy.

21       The court stated that a debtor's trustee has the exclusive right to assert a debtor's

22   claims, and that a claim belongs solely to the debtor's estate if the debtor could have raised

23   the claim at the commencement of the bankruptcy case.[2]  Additionally, if a judgment

---

[1] *In re Van Dresser Corp.*, 128 F.3d 945 (6th Cir. 1997).

[2] *Id.* at 947 (*citing In re Educators Group Health Trust*, 25 F.3d 1281, 1284 (5th Cir. 1994); *see also In re Real Marketing Services, LLC*, 309 B.R. 783 (S.D. Cal. 2004) (citing *Van Dresser* with approval in a case involving an LLC debtor).

1857323.2

against a defendant by either the debtor or another party asserting the debtor's claim precludes the other from recovery, then the claims are not independent of each other and belong exclusively to the debtor.[3]

Thus, because both the plaintiff and the debtor corporation could state claims for damages against the defendants, but only one could recover on those claims, by default the claims were exclusively property of the Van Dresser trustees.[4]  In order for a plaintiff to bring a claim, either the trustee must have truly abandoned the claim, or the plaintiff must be able to allege a distinct and specific injury.[5]

Similarly, in *In re Real Marketing*, the debtor had attempted to enter into an asset purchase agreement that specifically included the assumption of debt owed to the debtor's managing member.  The agreement fell through, and after the managing member filed an involuntary petition for relief against the debtor, the managing member asserted various causes of action against the purchasing company, including contract claims, debt assumption claims, misrepresentation claims, and interference claims.[6]  The court, however, found that all of the claims involved both the debtor's managing member and the debtor itself, and thus the right to pursue all of the causes of action resided with the trustee.[7]

DTDF further objects to any allowance of Deller's claim as a claim against the DTDF estate.  DTDF has determined that Deller has an allowed proof of interest in the

---

[3] *Id.*

[4] *Id.* at 948.

[5] *Id.* at 949 (for example, a claim for the attorneys' fees plaintiff incurred defending the suits on the guaranty).

[6] *In re Real Marketing*, 309 B.R. 783, 786-87 (S.D. Cal. 2004).

[7] *See also In re Ionosphere Clubs, Inc.*, 156 B.R. 414 (S.D.N.Y. 1993) (courts determine whether action is individual or derivative based on state law, and the preferred shareholders breach of fiduciary duty claims were derivative per Delaware law); *In re Van Dresser*, 128 F.3d at 947 ("whether a creditor has sole right to a cause of action is determined in accordance with state law").

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

1    DTDF case in the amount of $48,047.32 that roughly corresponds to the amount of the

2    Deller claim.[8]  This objection does not seek to prejudice the rights of Deller as a DTDF

3    member to recover from the DTDF estate on a pro rata basis on account of Deller's

4    membership interest in the amount of $48,047.32.  Deller shall retain an interest in DTDF

5    in the amount of $48,047.32, as reflected in the books and records of DTDF, and Deller is

6    entitled to receive distributions on a pro rata basis with all other DTDF members.

7    　　　　Accordingly, the USACM Trust and DTDF seek entry of an order that will disallow

8    Deller's claim against USACM, disallow any proposed allowance of Deller's claim in the

9    DTDF case, and appropriately allow Deller to retain an equity interest in DTDF in the

10   amount of $48,047.32 as reflected in the books and records of DTDF as of April 13, 2006.

11   　　　　This objection is made pursuant to Bankruptcy Code section 502, Federal Rule of

12   Bankruptcy Procedure 3007, and Local Rule of Bankruptcy Practice 3007.

13   　　　　Dated:  September 14, 2007.

14   **SNELL & WILMER, LLP**                         **LEWIS AND ROCA LLP**

15
16   By  /s/ Robert R. Kinas (006019)               By    /s/ Anne M. Loraditch (008164)
         Robert R. Kinas                                 Susan M. Freeman
         Claire Dossier                                  Rob Charles
17   3883 Howard Hughes Parkway, Suite 1100             Anne M. Loraditch
     Las Vegas, Nevada 89169                        530 Las Vegas Boulevard South
18   Telephone (702) 784-5200                        Las Vegas, Nevada 89101
     Facsimile (702) 784-5252                        Telephone:  (702) 385-3373
19                                                   Facsimile:  (702) 385-5024
                         and                         *Attorneys for USACM Liquidating Trust*
20   **ORRICK, HERRINGTON &**
21   **SUTCLIFFE LLP**
     Marc A. Levinson
22   Jeffery D. Hermann
     400 Capitol Mall, Suite 3000
23   Sacramento, California  95814-4497
     *Attorneys   for   Post-Effective   Date   USA*
24   *Capital Diversified Trust Deed Fund, LLC*

25   ――――――――――――――――――――――
     [8] DTDF's books and records indicate Deller has three investment accounts in DTDF:  $96,094.65
26   in account no. 3438, $48,047.32 in account no. 5353, and $48,047.32 in account no. 6353.

1857323.2

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served via first class mail, postage prepaid, addressed as set forth below, on this 14th day of September, 2007 to:

    Ross Deller
    1469 Harmony Hill
    Henderson, NV  89014

By  /s/ Patricia M. Kois
    Patricia M. Kois, Lewis and Roca LLP

5

1857323.2