**Entered on Docket
September 19, 2007**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

---

AUGUST B. LANDIS, Assistant United States Trustee
State Bar # IA PK9228
*augie.landis@usdoj.gov*
**UNITED STATES DEPARTMENT OF JUSTICE**
Office of the United States Trustee
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600 Attorney Ext. 235
Facsimile: (702) 388-665

Attorneys for the Acting United States Trustee
    SARA L. KISTLER

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

| | |
|---|---|
| **USA Commercial Mortgage Company**<br>    **06-10725 -- Lead Case**<br>**USA Capital Realty Advisors, LLC**<br>    06-10726<br>**USA Capital Diversified Trust Deed Fund, LLC**<br>    06-10727<br>**USA Capital First Trust Deed Fund, LLC**<br>    06-10728<br>**USA Securities, LLC**<br>    06-10729<br><br>                                    Debtors | **Jointly Administered**<br>Chapter 11 Cases<br>Judge **Linda B. Riegle** Presiding<br><br>Date:<br>Time:<br>Place:  Courtroom # 1<br><br>**Affecting:**<br>☐  All Cases<br>**or Only:**<br>☒   USA Commercial Mortgage Company<br>☐  USA Capital Realty Advisors, LLC<br>☐  USA Capital Diversified Trust Deed Fund, LLC<br>☐  USA Capital First Trust Deed Fund, LLC<br>☐  USA Securities, LLC |

**ORDER ON FINAL APPLICATION OF KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP FOR ALLOWANCE OF ATTORNEYS' FEES AND REIMBURSEMENT AS ORDINARY COURSE BUSINESS COUNSEL FOR THE PERIOD DECEMBER 1, 2006 THROUGH FEBRUARY 28, 2007**

On June 22, 2007, this matter came on for hearing pursuant to the Final Application of Kirkpatrick & Lockhart Preston Gates Ellis LLP for Allowance of Attorneys' Fees and Reimbursement and Ordinary Course Business Counsel for the Period December 1, 2006 through February 28, 2007 [DE #3551], and the United States Trustee's opposition to that application [DE # 3898]. The Court is satisfied that sufficient notice of the application, the United States Trustee's opposition, and the related hearing was provided.

Kirkpatrick & Lockhart Preston Gates Ellis LLP did not appear at the hearing. Assistant United States Trustee August B. Landis appeared on behalf of the United States Trustee. Other appearances were noted on the record.

The Court has reviewed and considered the application, the United States Trustee's opposition, and the arguments of counsel made at the June 22, 2007 hearing. Pursuant to 11 U.S.C. § 330(a), and the Court's findings of fact and conclusions of law made on the record during the June 22, 2007 hearing in accordance with FED. R. BANKR. P. 9016(c) and 7052:

**IT IS ORDERED** that the United States Trustee's opposition to the application is **SUSTAINED**, reducing the award requested in the application by **$1,381.37**.

**IT IS FURTHER ORDERED** that, for the reasons stated on the record at the June 22, 2007 hearing, the fees attendant to the applicant's conflict checks are limited to 1 hour of professional time at a $425 hourly rate, and 1 hour of paraprofessional time at a $150 hourly rate, reducing the award requested in the application by **$937.50**.[1]

---

[1] Specifically, attorney E. Moser's time on 12/5/06 (.8) and 12/7/06 (.2) is allowed. Paralegal V. Wilson's time on 12/7/06 (1.0) is allowed. Time disallowed is as follows:

```
V. Wilson:    Time entered on 12/5/06 (.5) and 12/8/06 (.6) = 1.1 hours @ $150/hr. = $165.00
B.R. Forbes:  Time entered on 12/6/06 = 1.5 hours @ $390/hr. = $585.00
J. Rich:      Time entered on 12/8/06 = .3 hours @ $625/hr. = $187.50
```

1  **IT IS FURTHER ORDERED** that the application is **GRANTED IN PART and**
2  **DENIED IN PART,** with the compensation and reimbursement requested in the application
3  being approved only to the extent provided in this order, in the total amount of **$20,211.82**
4  ($22,530.69 applied for - $2,318.87 reductions per this order = $20,211.82).

6  **Submitted by:**

7  **SARA L. KISTLER**
   **ACTING UNITED STATES TRUSTEE**
8  **REGION 17**

10 By:   /s/ August B. Landis
          August B. Landis
          Assistant United States Trustee
11        Las Vegas, Nevada

13 **Approved/Disapproved**                              **Approved/Disapproved**
14 **ORRICK, HERRINGTON &**                              **RAY QUINNEY & NEBEKER, P.C.**
      **SUTCLIFFE, LLP**

17 By:_____                   By:_____
          Marc A. Levinson                                      Annette Jarvis
          Jeffery D. Hermann                                    Steven Strong

                    *-AND-*                                              *-AND-*

21 **Approved / Disapproved:**                          **Approved / Disapproved:**
   **BECKLEY SINGLETON, CHARTERED**                     **SCHWARTZER & McPHERSON LAW**
22                                                      **FIRM**

24 By:_____                   By:_____
          Anne M. Loraditch                                     Lenard E. Schwartzer
25                                                              Jeanette McPherson

26 *Attorneys for the Official Committee of*            *Attorneys for Debtors and Debtors-in*
   *Equity Security Holders of USA Capital*             *Possession*
27 *Diversified Trust Deed Fund, LLC*

Page -3-

| | |
|---|---|
| Approved/Disapproved | Approved/~~Disapproved~~ |
| **STUTMAN TRIESTER & GLATT, P.C.** | **LEWIS AND ROCA, LLP** |
| By:_____<br>    Frank A. Merola<br>    Eve Karasik | By:___*/ s / Rob Charles*_____<br>    Susan M. Freeman<br>    Rob Charles |
| *-AND-* | *Attorneys for the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company* |
| **Approved / Disapproved:** | **Approved/Disapproved** |
| **SHEA & CARLYON, LTD.** | **GORDON & SILVER, LTD.** |
| By:_____<br>    Candace C. Carlyon<br>    Shlomo Sherman | By:_____<br>    Gregory E. Garman |
| *Attorneys for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC* | *Attorneys for the Official Committee of Executory Contract Holders of USA Commercial Mortgage Company* |

**RULE 9021 DECLARATION**

In accordance with Local Rule 9021, the undersigned certifies that on August 31, 2007:

☐  The Court waived the requirements of Local Rule 9021.

☒  A copy of this proposed order was delivered to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection, and they have:

    ☒  Approved the form of this order
    ☐  Waived signature in open court; and/or
    ☒  Failed to file and serve papers in accordance with Local Rule 9021(c).

☐  I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection, and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with Local Rule 9021(c), and the following have disapproved the order:

☐  No opposition was filed in response to the motion, and no other party or counsel appeared at the hearing.

**Dated:   September 17, 2007**

                              **SARA L. KISTLER**
                              **ACTING UNITED STATES TRUSTEE**
                              **REGION 17**

                      By:   */s/ August B. Landis*
                              August B. Landis
                              Assistant United States Trustee
                              Las Vegas, Nevada

                              # # #