Case 06-10725-gwz    Doc 4814    Entered 09/19/07 09:10:03    Page 1 of 4



**LEWIS AND ROCA LLP — LAWYERS**

E-Filed on 9/19/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666) |
| CHRISTINE M. PAJAK | SHLOMO S. SHERMAN |
| (CA State Bar No. 217713), Members of | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 701 Bridger, Suite 850 |
| Los Angeles, California 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| Facsimile: (310) 228-5788 | Facsimile: (702) 471-7435 |
| Email:   fmerola@stutman.com | Email:   jshea@sheacarlyon.com |
| ekarasik@stutman.com | ccarlyon@sheacarlyon.com |
| cpajak@stutman.com | ssherman@sheacarlyon.com |

Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC, | **Stipulation for Withdrawal with Prejudice of Proof of Claim Number 10725-00492 Filed by Maria Pena** |
| Debtors. | |
| Affects: | Hearing Date: September 28, 2007 |
| ☐ All Debtors | Hearing Time: 1:30 p.m. |
| ☒ USA Commercial Mortgage Company | |
| ☐ USA Capital Realty Advisors, LLC | |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | |
| ☒ USA Capital First Trust Deed Fund, LLC | |
| ☐ USA Securities, LLC | |

1854863.1
429815V.2

The USACM Liquidating Trust (the "USACM Trust"), together with the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee), hereby stipulate with Maria Pena ("Claimant") as follows:

1. On or about October 16, 2006, Claimant filed Proof of Claim No. 10725-00492 against USA Commercial Mortgage Company in the amount of $75,000 (the "Claim"). The basis for the Claim is shown on its face and in the attachment as an investment in USA Capital First Trust Deed Fund, LLC ("FTDF").

2. The FTDF Committee, upon reviewing FTDF's books and records, has determined that Claimant indeed holds an equity security interest in FTDF in the amount of $75,000 as of the petition date.

3. On August 8, 2007, the USACM Liquidating Trust and the FTDF Committee jointly filed an "Objection of USACM Trust To Maria Pena Claim Filed in Wrong Debtor's Case; Objection of FTDF to Proposed Allowance of Claim" (the "Objection") [Docket No. 4444], requesting that the Claim be disallowed in its entirety due to: (1) its having been erroneously filed in the USA Commercial Mortgage Company case; and (2) its having been erroneously filed as a "claim," and not an "equity interest" in FTDF.

4. Claimant has agreed to withdraw the Claim with prejudice.

5. This stipulation shall not affect any other claims filed by Claimant in these jointly-administered bankruptcy proceedings.

6. This stipulation shall not affect either the amount or validity of Claimant's equity interest in FTDF as reflected in FTDF's books and records.

429815V.2



WHEREFORE, based on the stipulation set forth above, the parties hereby agree, and request that the Court approve this stipulation as an order of the Court pursuant to Fed. R. Bankr. P. 3006, as follows:

1. The Claim is hereby withdrawn with prejudice.

2. Claimant's equity interest in FTDF is allowed in the amount of $75,000.00, as reflected in FTDF's books and records.

DATED this 17th day of September, 2007.

By: ___/s/ Eve H. Karasik___
FRANK A. MEROLA
EVE H. KARASIK
CHRISTINE M. PAJAK, Members of
**STUTMAN, TREISTER & GLATT, P.C.**
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

and

CANDACE C. CARLYON
SHLOMO S. SHERMAN
**SHEA & CARLYON, LTD.**
701 Bridger, Suite 850
Las Vegas, NV 89101
Telephone: (702) 471-7432

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

By: ___/s/ Rob Charles___
SUSAN M. FREEMAN
ROB CHARLES
**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961

*Counsel for USACM Liquidating Trust*

_____
DONNA M. OSBORN
**MARQUIS & AURBACH**
10001 Park Run Drive
Las Vegas, NV 89145

*Counsel for Maria Pena*

429815V.2



WHEREFORE, based on the stipulation set forth above, the parties hereby agree, and request that the Court approve this stipulation as an order of the Court pursuant to Fed. R. Bankr. P. 3006, as follows:

1. The Claim is hereby withdrawn with prejudice.

2. Claimants equity interest in FTDF is allowed in the amount of $75,000.00, as reflected in FTDF's books and records.

DATED this ___ of ~~August~~ September, 2007.

By: _____
FRANK A. MEROLA
EVE H. KARASIK
CHRISTINE M. PAJAK, Members of
**STUTMAN, TREISTER & GLATT, P.C.**
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

and

CANDACE C. CARLYON
SHLOMO S. SHERMAN
**SHEA & CARLYON, LTD.**
701 Bridger, Suite 850
Las Vegas, NV 89101
Telephone: (702) 471-7432

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

By: _____
SUSAN M. FREEMAN
ROB CHARLES
**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961

*Counsel for USACM Liquidating Trust*

_____
DONNA M. OSBORN
**MARQUIS & AURBACH**
10001 Park Run Drive
Las Vegas, NV 89145

*Counsel for Maria Pena*

429815V.2