**LEWIS AND ROCA LLP LAWYERS**

E-Filed on 9/19/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

| ORRICK, HERRINGTON & SUTCLIFFE LLP | SNELL & WILMER, LLP |
|---|---|
| MARC A. LEVINSON (CA 57613, pro hac vice) | ROBERT R. KINAS (NV 006019) |
| JEFFERY D. HERMANN (CA 90445, pro hac vice) | CLAIRE DOSSIER (NV 010030) |
| 400 Capitol Mall | 3883 Howard Hughes Parkway, Suite 1100 |
| Sacramento, California 95814 | Las Vegas, Nevada 89169 |
| Telephone: (916) 447-9200 | Telephone: (702) 784-5200 |
| Facsimile: (916) 329-4900 | Facsimile: (702) 784-5252 |
| Email: malevinson@orrick.com | Email: rkinas@swlaw.com |
| jhermann@orrick.com | cdossier@swlaw.com |

Attorneys for Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC, | |
| Debtors. | **Objection of USACM Trust To the Sandler Living Trust's Claim Filed as Secured and in Wrong Debtor's Case; Objection of DTDF to Proposed Allowance of Claim; and Certificate of Service** |
| **Affects:** | |
| ☐ All Debtors | |
| ☒ USA Commercial Mortgage Company | Hearing Date:    November 2, 2007 |
| ☐ USA Capital Realty Advisors, LLC | Hearing Time:    9:30 a.m. |
| ☒ USA Capital Diversified Trust Deed Fund, LLC | |
| ☐ USA Capital First Trust Deed Fund, LLC | |
| ☐ USA Securities, LLC | |

The Sandler Living Trust ("Sandler") filed Proof of Claim No. 10725-00218 (Exhibit 1) against USA Commercial Mortgage Company ("USACM") in the amount of $25,000.00. The USACM Liquidating Trust (the "USACM Trust") objects to Sandler's

1866167.1



claim.

As originally filed, the claim lacked any explanation or basis. The USACM Trust contacted Sandler because the claim as filed with BMC did not list any amount and was not supported by any documentation. Sandler provided the USACM Trust with a revised proof of claim (Exhibit 2) in the amount of $25,000.00, marked as "Secured," and attached a transaction confirmation for purchase of one unit of USA Capital Diversified Trust Deed Fund, LLC ("DTDF") held in Shareholder Account 13990.

The USACM Trust objects to Sandler's assertion that the claim is secured by a valid lien on USACM property and moves the Court, pursuant to 11 U.S.C. § 502 and Rule 3007 of the Federal Rules of Bankruptcy Procedures, for an order reclassifying Claim No. 10725-00218 as a general unsecured claim.

The basis for the claim is shown in the attachment as an investment in USA Capital Diversified Trust Deed Fund, LLC ("DTDF"). Accordingly, it is a claim that was incorrectly filed in the USACM case. The USACM Trust respectfully requests that this claim be disallowed as a claim against USACM.

DTDF further objects to any allowance of Sandler's claim as a claim against the DTDF estate. Sandler has already asserted a proof of interest in the DTDF case. This objection does not seek to prejudice the rights of Sandler as a DTDF member to recover from the DTDF estate on a pro rata basis on account of Sandler's interest as a member of DTDF and does not by this objection seek disallowance of any existing proof of interest filed by Sandler in the DTDF case or any interest of Sandler as a member of DTDF as reflected on the books and records of DTDF. However, the claim that is the subject of this objection should be disallowed in the DTDF case also.

Accordingly, the USACM Trust and DTDF seek entry of an order that will reclassify the Sandler claim as unsecured; disallow Sandler's claim against USACM; and disallow any proposed allowance of Sandler's claim in the DTDF case, without

1866167.1

**LEWIS AND ROCA LLP LAWYERS**

prejudice to any proof of interest filed by Sandler in the DTDF case or as reflected in the books and records of DTDF.

This objection is made pursuant to Bankruptcy Code § 502, Federal Rule of Bankruptcy Procedure 3007, and Local Rule of Bankruptcy Practice 3007.

Dated: September 19, 2007.

| | |
|---|---|
| **SNELL & WILMER, LLP** | **LEWIS AND ROCA LLP** |
| By /s/ Robert R. Kinas (006019)<br>   Robert R. Kinas<br>   Claire Dossier<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>Telephone (702) 784-5200<br>Facsimile (702) 784-5252 | By  /s/ RC (#6593)<br>   Susan M. Freeman<br>   Rob Charles<br>   John Hinderaker<br>   Anne M. Loraditch<br>*Attorneys for USACM Liquidating Trust* |

and

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Marc A. Levinson
Jeffery D. Hermann
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
*Attorneys for Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC*

Certificate of Service

I certify that a copy of the foregoing was served via first class mail, postage prepaid, addressed as set forth below, on this 19th day of September, 2007 to:

The Sandler Living Trust
c/o Robert B. and Patricia D. Sandler, Trustee
8912 E. Pinacle Road, Box 591
Scottsdale, AZ 85255


  /s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca LLP

1866167.1