**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 9/19/07

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                    Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**STIPULATION RE PROOF OF CLAIM OF MUSSO LIVING TRUST LISTED IN THIRTY-FIFTH OMNIBUS OBJECTION TO PROOFS OF CLAIM FILED AS SECURED**<br><br>Hearing Date: September 28, 2007<br>Hearing Time:   1:30 p.m. |

The USACM Liquidating Trust (the "USACM Trust"), by and through its undersigned counsel, and Walter and Barbara Musso, Trustees of the Musso Living Trust dated 11/30/92 (the "Musso Living Trust"), stipulate:

1

1862627.1

**LEWIS AND ROCA LLP**
LAWYERS

1. The Musso Living Trust filed proof of claim No. 10725-02353 in the amount of $623,007.79 as a secured and $623,004.79 as an unsecured claim

2. On August 22, 2007, the USACM Trust filed its Thirty-Fifth Omnibus Objection to Proofs of Claim filed as Secured [DE 4615] objecting to the secured status of Claim No. 10725-02353 filed by the Musso Living Trust, arguing that the proof of claim is not entitled to secured status and requested that the claim be reclassified as a general unsecured claim.

3. The objection is scheduled for hearing on September 28, 2007 at 1:30 p.m

4. On August 31, 2007, Walter Musso, Trustee of the Musso Living Trust contacted counsel for the Trust. Upon being provided additional information, the Musso Living Trust concedes that the claim is not properly classified as a secured claim, and therefore stipulates to the granting of the Objection as to the claim and reclassifying the claim as one unsecured claim in the amount of $623,004.79, without prejudice to additional objections at a later date.

5. The parties agree that the hearing on the Objection to the Musso Living Trust proof of claim scheduled for September 28, 2007, may be vacated.

6. The USACM Trust reserves the right to further object to the claim, for allowance and or distribution purposes on other grounds.

7. A proposed form of order approving the stipulation and sustaining the objection is being submitted for the Court's consideration.

DATED: September 19, 2007.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
   Susan M. Freeman, AZ 4199 (*pro hac vice*)
   Rob Charles, NV 6593
   *Counsel for USACM Liquidating Trust*

1862627.1

LEWIS AND ROCA LLP LAWYERS

-and-

_____
Walter Musso, Trustee of the Musso Living Trust Dated 11/30/92

_____
Barbara Musso, Trustee of the Musso Living Trust Dated 11/30/92