Case 06-10725-gwz    Doc 4818    Entered 09/20/07 08:24:52    Page 1 of 3



Entered on Docket
September 20, 2007



_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

# LEWIS AND ROCA LLP

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                       Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC<br><br>Hearing Date: September 28, 2007<br>Hearing Time: 1:30 p.m. |

1862628.1

## ORDER APPROVING STIPULATION AND SUSTAINING THIRTY-FIFTH OMNIBUS OBJECTION RE PROOF OF CLAIM OF THE MUSSO LIVING TRUST

The Stipulation Re Proof of Claim of The Musso Living Trust Listed in the Thirty-Fifth Omnibus Objection to Proofs of Claim Filed as Secured [DE 4817] came before the Court for consideration, no notice being necessary and good cause appearing, it is

ORDERED:

- Approving the Stipulation Re Proof of Claim of The Musso Living Trust Listed in the Thirty-Fifth Omnibus Objection to Proofs of Claim Filed as Secured;
- Sustaining the Thirty-Fifth Omnibus Objection and reclassifying Claim No. 10725-02353 filed by The Musso Living Trust in the amount of $623,004.79 secured and $623,004.79 unsecured as a general unsecured non-priority claim in the amount of $623,004.79;
- Reserving the right of the USACM Trust to further object to the claim, whether or not the subject of the Objection, for allowance and or distribution purposes on any other grounds.
- Vacating the hearing scheduled on this claim for September 28, 2007 at 1:30 p.m.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**


By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
*Attorneys for USACM Liquidating Trust*

1862628.1

APPROVED/DISAPPROVED

_____
Walter Musso, Trustee of the
Musso Living Trust Dated 11/30/92

_____
Barbara Musso, Trustee of the
Musso Living Trust Dated 11/30/92

3
1862628.1