# EXHIBIT A

1688943.1

Entered on Docket
September 10, 2007

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

3993 H
Las Ve
Facsim
Teleph...

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
CHRISTINE M. PAJAK
(CA State Bar No. 217713), Members of
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email:          fmerola@stutman.com
                ekarasik@stutman.com
                cpajak@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
701 Bridger, Suite 850
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email:          jshea@sheacarlyon.com
                ccarlyon@sheacarlyon.com
                ssherman@sheacarlyon.com

Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>  Debtors.<br><br>Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Order Approving Stipulation for Withdrawal with Prejudice of Proof of Claim Number 10725-00202 Filed by M.W. Gorts & Company**<br><br>Hearing Date: September 28, 2007<br>Hearing Time: 1:30 p.m. |

1854863.1
429815V.2



1  The Court having considered the Stipulation for Withdrawal with Prejudice of
2  Proof of Claim Number 10725-00202 Filed by M.W. Gorts & Company (the "Stipulation"), and
3  good cause appearing:
4  IT IS HEREBY ORDERED that the Stipulation is approved.
5  IT IS FURTHER ORDERED that Proof of Claim Number 10725-00202 is hereby
6  withdrawn with prejudice.
7  IT IS FURTHER ORDERED THAT m.w. Gorts & Company's equity interest in
8  USA Capital First Trust Deed Fund, LLC (the "FTDF") is allowed in the amount of $20,368 as
9  reflected in the FTDF's books and records as of the petition date.

SUBMITTED BY:                                   APPROVED BY:

__/s/ Rob Charles_____                     __/s/ Eve H. Karasik_____
SUSAN M. FREEMAN                                FRANK A. MEROLA
ROB CHARLES                                     EVE H. KARASIK
**LEWIS AND ROCA LLP**                          CHRISTINE M. PAJAK, Members of
3993 Howard Hughes Parkway, Suite 600           **STUTMAN, TREISTER & GLATT, P.C.**
Las Vegas, NV 89169-0961                        1901 Avenue of the Stars, 12th Floor
                                                Los Angeles, CA 90067
*Counsel for USACM Liquidating Trust*
                                                and
APPROVED BY:
                                                CANDACE C. CARLYON
                                                SHLOMO S. SHERMAN
                                                **SHEA & CARLYON, LTD.**
                                                701 Bridger, Suite 850
DAMON K. DIAS, ESQ.                             Las Vegas, NV 89101
**GOLDSMITH & GUYMON, P.C.**                    Telephone: (702) 471-7432
2055 N. Village Center Circle
Las Vegas, NV 89134                             *Counsel for the Official Committee of*
                                                *Equity Security Holders of*
*Counsel for M.W. Gorts & Company*              *USA Capital First Trust Deed Fund, LLC*
                                                ###

429815V.2



The Court having considered the Stipulation for Withdrawal with Prejudice of Proof of Claim Number 10725-00202 Filed by M.W. Gorts & Company (the "Stipulation"), and good cause appearing:

IT IS HEREBY ORDERED that the Stipulation is approved.

IT IS FURTHER ORDERED that Proof of Claim Number 10725-00202 is hereby withdrawn with prejudice.

IT IS FURTHER ORDERED THAT m.w. Gorts & Company's equity interest in USA Capital First Trust Deed Fund, LLC (the "FTDF") is allowed in the amount of $20,368 as reflected in the FTDF's books and records as of the petition date.

SUBMITTED BY:

SUSAN M. FREEMAN
ROB CHARLES
**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961

*Counsel for USACM Liquidating Trust*

APPROVED BY:

[signature]

DAMON K. DIAS, ESQ.
**GOLDSMITH & GUYMON, P.C.**
2055 N. Village Center Circle
Las Vegas, NV 89134

*Counsel for M.W. Gorts & Company*

APPROVED BY:

FRANK A. MEROLA
EVE H. KARASIK
CHRISTINE M. PAJAK, Members of
**STUTMAN, TREISTER & GLATT, P.C.**
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

and

CANDACE C. CARLYON
SHLOMO S. SHERMAN
**SHEA & CARLYON, LTD.**
701 Bridger, Suite 850
Las Vegas, NV 89101
Telephone: (702) 471-7432

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

###

429815V.2