# EXHIBIT A

1688943.1



Entered on Docket
September 10, 2007

Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br><br>Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC<br><br>Hearing Date: October 15, 2007<br>Hearing Time: 9:30 a.m. |

1862203.1

### ORDER APPROVING STIPULATION AND SUSTAINING TWENTY-FIRST OMNIBUS OBJECTION RE PROOF OF CLAIM OF THE MICHAEL FAMILY TRUST

The Stipulation Re Proof of Claim of The Michael Family Trust Listed in the Twenty-First Omnibus Objection to Proofs of Claim Filed as Secured [DE 4669] came before the Court for consideration, no notice being necessary and good cause appearing, it is

ORDERED:

- Approving the Stipulation Re Proof of Claim of The Michael Family Trust Listed in the Twenty-First Omnibus Objection to Proofs of Claim Filed as Secured;
- Sustaining the Twenty-First Omnibus Objection and reclassifying Claim No. 10725-00276 filed by The Michael Family Trust in the amount of $180,000.00 as a general unsecured non-priority claim;
- Reserving the right of the USACM Trust to further object to the claim, whether or not the subject of the Objection, for allowance and or distribution purposes on any other grounds.
- Vacating the hearing scheduled on this claim for October 15, 2007 at 9:30 a.m.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**


By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
*Attorneys for USACM Liquidating Trust*

Case: 06-10725-lbr    Doc #: 4722    Filed: 09/10/2007    Page: 3 of 3

✓ APPROVED/DISAPPROVED

_____
Alain Michael, Trustee of the
Michael Family Trust Dated 12/4/03

_____
Dawn Levy Michael, Trustee of the
Michael Family Trust Dated 12/4/03

1862203.1