E-Filed on 09/20/07

**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email: adiamond@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
Email: emadden@diamondmccarthy.com

Special Litigation Counsel for USACM Liquidating Trust

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Telephone (702) 949-8320
Facsimile  (702) 949-8321

Susan M. Freeman, AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles, NV State Bar No. 006593
Email: rcharles@lrlaw.com

Counsel for USACM Liquidating Trust

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE
COMPANY,

USA CAPITAL REALTY ADVISORS,
LLC,

USA CAPITAL DIVERSIFIED TRUST
DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED
FUND, LLC,

USA SECURITIES, LLC,

                             Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under Case No.
BK-S-06-10725 LBR

**AMENDED MOTION FOR ORDER
REQUIRING FIDELITY NATIONAL
TITLE COMPANY TO PRODUCE
DOCUMENTS AND ONE OR MORE
REPRESENTATIVES FOR
EXAMINATION PURSUANT TO
FEDERAL RULE OF
BANKRUPTCY PROCEDURE 2004**

[No hearing required]

     Pursuant to Federal Rule of Bankruptcy Procedure 2004, the USACM Liquidating

Trust (the "Trust" or "Movant") hereby moves this Court for an order requiring Fidelity

National Title Company ("Fidelity") to produce documents and one or more

representatives, as set forth in the subpoena to be issued under Federal Rule of Bankruptcy

122027

Procedure 9016, to appear for examination at the office of Development Specialists, Inc., 333 S. Grand Avenue, Suite 4070, Los Angeles, California 90071-1544, on a business day no earlier than ten (10) business days after the filing of this Motion and no later than November 1, 2007, or at such other mutually agreeable location, date, and time, and continuing from day to day thereafter until completed.

This Motion is further explained in the following Memorandum.

## **Memorandum**

The Trust seeks information concerning various transactions between Fidelity National and USACM, the other debtors in the above-captioned cases (together with USACM, the "Debtors"), and the Debtors' affiliates, subsidiaries, parents, or otherwise related entities. Fidelity National is one of several title companies that participated in the documents of loan transactions between the Debtors and their borrowers. The Trust seeks this information from the title companies to assist in the collection of the assets and the investigation of the liabilities of the Debtors.

The Trust previously issued a subpoena to Fidelity National seeking information regarding transactions in which Debtors and/or its affiliates were involved. Fidelity National has stated that it is unable to provide documents because it cannot locate files by entity names. Therefore, this renewed request for a Rule 2004 examination will includes known escrow file numbers and seeks more specific information regarding transactions in which Fidelity National was known to be an escrow agent and also seeks to determine whether Fidelity National was involved in other transactions.

In particular, the Trust will seek the following categories of documents from Fidelity National and other title companies:

- Escrow files from specific transactions in which Debtors or their affiliates participated;
- Escrow files from other transactions in which Debtors or their affiliates participated;
- Purchase contracts, amendments, and assignments from these transactions;
- Deeds of trust from these transactions;
- Documents identifying other escrows relating to the properties at issue;
- Title policies issued in connection with the closing of the transactions in which Debtors participated;
- Correspondence and emails related to transactions in which Debtors or their affiliates participated.

The requested discovery from Fidelity is within the scope of examination permitted under Bankruptcy Rule 2004, which includes:

[t]he acts, conduct, or property or . . . the liabilities and financial condition of the debtor, or … any matter which may affect the administration of the debtor's estate, or to the debtor's right to a discharge.   In a . . . reorganization case under chapter 11 of the Code, . . . the examination may also relate to the operation of any business and the desirability of its continuance, the source of any money or property acquired or to be acquired by the debtor for purposes of consummating a plan and the consideration given or offered therefore, and any other matter relevant to the case or to the formulation of a plan.[1]

### Conclusion

Accordingly, the Movant requests that this Court enter the form of order submitted with this Motion.

Dated:  September 20, 2007.

_____

[1] FED. R. BANKR. P. 2004(b).

3

1

**DIAMOND MCCARTHY LLP**                    **LEWIS AND ROCA LLP**

2

3

By:    */s/ Eric D. Madden*                        By:    */s/ Rob Charles*
4  Allan B. Diamond, TX 05801800 (pro hac vice)    Susan M. Freeman, AZ 4199 (pro hac vice)
   William T. Reid, IV, TX 00788817 (pro hac vice)  Rob Charles, NV 6593
5  Eric D. Madden, TX 24013079 (pro hac vice)      3993 Howard Hughes Parkway, Suite 600
   909 Fannin, Suite 1500                          Las Vegas, Nevada  89169-5996
6  Houston, Texas 77010                            (702) 949-8320 (telephone)
   (713) 333-5100 (telephone)                      (702) 949-8321 (facsimile)
7  (713) 333-5199 (facsimile)

8
   *Special Litigation Counsel for*
9  *USACM Liquidating Trust*                        *Counsel for USACM Liquidating Trust*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26