**LEWIS AND ROCA LLP**
**LAWYERS**

E-Filed on 9/21/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                            Debtors.<br><br>**Affects:**<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**POST EFFECTIVE OFFICIAL SERVICE LIST FOR LIMITED NOTICE NO. 3 DATED SEPTEMBER 21, 2007** |

| Address | Role |
|---|---|
| Richard I. Dreitzer<br>Deputy Attorney General<br>State of Nevada Attorney General's Office<br>555 E Washington Avenue, Suite 3900<br>Las Vegas, NV 89101<br>ridreitz@ag.state.nv.us | Attorney General's Office |

1860769.1

LEWIS AND ROCA LLP
LAWYERS

| Address | Role |
|---|---|
| ~~Anne M. Loraditch~~ ~~BECKLEY SINGLETON CHTD~~ ~~530 Las Vegas Blvd South~~ ~~Las Vegas, NV 89101~~ ~~aloraditch@beckleylaw.com~~ | ~~Attorneys for Equity Security Holders of Diversified~~ |
| George A. Davis<br>CADWALADER, WICKERSHAM & TAFT LLP<br>One World Financial Center<br>New York, NY 10281<br>george.davis@cwt.com | Attorney for Compass Partners LLC |
| Michael W. Carmel<br>80 E Columbus Avenue<br>Phoenix, AZ 85012<br>Michael@mcarmellaw.com | Chapter 11 Trustee in Thomas A. Hantges Bankruptcy |
| Deborah D. Williamson<br>Thomas Rice<br>COX SMITH MATTHEWS INCORPORATED<br>112 E Pecan Street, Suite 1800<br>San Antonio, TX 75205<br>dwilliamson@coxsmith.com<br>trice@coxsmith.com | Attorneys for Ford Elsaesser, Chapter 11 Trustee in Joseph D. Milanowski Bankruptcy |
| Susan Williams Scann<br>DEANER, DEANER, SCANN, MALAN & LARSEN<br>720 S Fourth Street, Suite 300<br>Las Vegas, NV 89101<br>sscann@deanerlaw.com | Attorneys for Binford Medical Developers, LLC |
| Berman, Geoffrey L.<br>DEVELOPMENT SPECIALISTS, INC.<br>333 S. Grand Ave., Suite 4070<br>Los Angeles, CA 90071-1544<br>gberman@dsi.biz | Trustee for USACM Liquidating Trust |
| Allan B. Diamond<br>DIAMOND MCCARTHY TAYLOR FINLEY & LEE, LLP<br>Two Houston Center<br>909 Fannin Street, Suite 1500<br>Houston, TX 77010<br>adiamond@diamondmccarthy.com | Special Litigation Counsel for USACM Liquidating Trust |

1860769.1

LEWIS AND ROCA LLP
LAWYERS

| Address | Role |
|---|---|
| Eric Madden<br>DIAMOND MCCARTHY TAYLOR FINLEY & LEE, LLP<br>1201 Elm Street, Suite 3400<br>Dallas, TX 75270<br>emadden@diamondmccarthy.com | Special Litigation Counsel for USACM Liquidating Trust |
| Michael Tucker<br>FTI CONSULTING<br>One Renaissance Square<br>Two N Central Ave., Ste. 1200<br>Phoenix, AZ 85004-2322<br>michael.tucker@fticonsulting.com | USA Capital Diversified Trust Deed Fund, LLC Administrator |
| Robert P. Goe<br>GOE & FORSYTHE<br>660 Newport Center Drive, Suite 320<br>Newport Beach, CA 92660<br>rgoe@goeforlaw.com | Attorneys for SCC Acquisition Corp |
| **Gerald M. Gordon**<br>**Gregory E. Garman**<br>**GORDON & SILVER, LTD.**<br>**3960 Howard Hughes Parkway, 9th Floor**<br>**Las Vegas, NV  89109**<br>**gmg@gordonsilver.com**<br>**geg@gordonsilver.com** | **Attorneys for Lisa M. Poulin, Trustee, USA Investment Partners, LLC** |
| Janet L. Chubb<br>JONES VARGAS<br>100 W. Liberty St, 12th Floor<br>POB 281<br>Reno, NV 89504-0281<br>jlc@jonesvargas.com<br>tbw@jonesvargas.com | Attorneys for Charles B. Anderson Trust; Rita P. Anderson Trust; Baltes Company; Robert J. Kehl, Ruth Ann Kehl, Daniel J. Kehl, Kehl Development, Keven Kehl, Kevin Kehl for Susan L. Kehl, Kevin Kehl for Andrew Kehl; Warren Hoffman Family Investments, LP; Judy A. Bonnet; Robert A. Kehl and Tina M. Kehl; Krystina L. Kehl; Christina M. Khel; Kevin McKee; Cynthia Winter; and Mojave Canyon, Inc. |

1860769.1

LEWIS AND ROCA LLP
LAWYERS

| Address | Role |
|---|---|
| Dean T. Kirby, Jr.<br>John Hebert<br>KIRBY & McGUINN, A.P.C.<br>600 B Street, Suite 1950<br>San Diego, CA 92101<br>dkirby@kirbymac.com<br>jhebert@kirbymac.com | Attorneys for Debt Acquisition Company of America V |
| Susan M. Freeman<br>Rob Charles<br>LEWIS AND ROCA LLP<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, NV 89169-5996<br>SFreeman@LRLaw.com<br>RCharles@LRLaw.com | Attorneys for USACM Liquidating Trust |
| Michelle Abrams<br>MICHELLE L. ABRAMS, LTD.<br>3085 S Jones Blvd., Suite C<br>Las Vegas, NV 89146<br>mabrams@mabramslaw.com | Attorney for Debt Acquisition Company of America V |
| Richard W. Esterkin<br>Asa S. Hami<br>MORGAN, LEWIS & BOCKIUS LLP<br>300 S Grand Avenue, 22nd Floor<br>Los Angeles, CA 90071-3132<br>resterkin@morganlewis.com<br>ahami@morganlewis.com | Attorneys for SCC Acquisition Corp |
| August B. Landis<br>OFFICE OF THE U.S. TRUSTEE<br>300 Las Vegas Blvd., S. Suite 4300<br>Las Vegas, NV 89101<br>USTPRegion17.lv.ecf@usdoj.gov | Office of U.S. Trustee |
| Jeffrey D. Hermann<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>777 S Figueroa Street, Suite 3200<br>Los Angeles, CA 90017-5855<br>jhermann@orrick.com | Attorneys For USA Capital Diversified Trust Deed Fund, LLC |
| Marc A. Levinson<br>ORRICK, HERRINGTON & SUTCLIFFE, LLP<br>400 Capitol Mall, Suite 3000<br>Sacramento, CA 95814<br>malevinson@orrick.com | Attorneys For USA Capital Diversified Trust Deed Fund, LLC |

1860769.1

**LEWIS AND ROCA LLP**
LAWYERS

| Address | Role |
|---|---|
| William J. Ovca, Jr., Trustee<br>Defined Pension Plan<br>OVCA ASSOCIATES, INC.<br>16872 Baruna Lane<br>Huntington Beach, CA 92649<br>N1GL@aol.com<br>Facsimile: 714-840-6672 | Direct Lender |
| Brian D. Shapiro<br>THE LAW OFFICE OF BRIAN D SHAPIRO LLC<br>624 S 9th Street<br>Las Vegas, NV 89101<br>bshapiro@brianshapirolaw.com | Attorney for Michael W. Carmel, Chapter 11 Trustee in Thomas A. Hantges Bankruptcy |
| Robert R. Kinas<br>SNELL & WILMER, LLP<br>3883 Howard Hughes Parkway, #1100<br>Las Vegas, NV 89169<br>rkinas@swlaw.com | Attorneys for USA Capital Diversified Trust Deed Fund, LLC |
| Robbin L. Itkin<br>STEPTOE & JOHNSON LLP<br>2121 Avenue of the Stars, Suite 2800<br>Los Angeles, CA 90067<br>ritkin@steptoe.com | Attorneys for Michael W. Carmel, Chapter 11 Trustee in Thomas A. Hantges Bankruptcy |
| ~~Andrew Parlen~~<br>Christine M. Pajak<br>Eve H. Karasik<br>STUTMAN, TREISTER & GLATT, P.C.<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067<br>~~aparlen@stutman.com~~<br>cpajak@stutman.com<br>ekarasik@stutman.com | Attorneys for Equity Security Holders of USA Capital First Trust Deed |

Respectfully Submitted: September 21, 2007.

**LEWIS AND ROCA LLP**

By:  /s/ RC (#6593)
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
Counsel for USACM Liquidating Trust

1860769.1