LEWIS
AND
ROCA
LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

| E-Filed on 9/21/07 |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED FUND, LLC,

USA SECURITIES, LLC,

Debtors.

Affects:
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under Case No.
BK-S-06-10725 LBR

**STIPULATION RE WITHDRAWAL OF PROOF OF CLAIM NO. 10725-00252 FILED BY ROBERT H. PERLMAN AND LYNN R. PERLMAN TRUST DTD 9/17/92**

The USACM Liquidating Trust (the "USACM Trust"), by and through its

undersigned counsel, and Robert H. Perlman and Lynn R. Perlman Trust DTD 9/17/92

("Claimant"), stipulate:

1.    Claimant filed a Proof of Claim ("Claim") No. 10725-00252 on October 2,

2006.

1

1859826.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

2.      On August 23, 2007, USACM Trust notified Claimant of discrepancies with respect to the Claim and gave Claimant the option to correct the discrepancies or withdraw the Claim.

3.      Claimant notified the USACM Trust that Claimant wants to withdraw the proof of claim filed in this case.

Therefore, the parties stipulate and agree that Claimant withdraws proof of claim No. 10725-00252 filed on October 2, 2006, and no further notice shall be given to Claimant.  Claimant will receive no distribution from the USACM Trust on account of the Claim, but this does not affect any payments Claimant may be entitled to receive from the current or future servicing agent on pending Direct Lender loans from current or future Borrower loan payments.

DATED:  9/21/2007

LEWIS AND ROCA LLP
By:  /s/ RC (#6593)
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
*Counsel for USACM Liquidating Trust*

-and-

DATED:  8/25, 2007.

Robert H. Perlman
Trustee for the Robert H. Perlman & Lynn R. R. Perlman Trust DTD 9/17/92
2877 Paradise Road
Unit 3501
Las Vegas, Nevada  89109-5278

2

1859826.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

1

2      DATED: _____ 8/25 ,2007.

3

4

5      Lynn R. Perlman
       Trustee for the Robert H. Perlman & Lynn
6      R. R. Perlman Trust DTD 9/17/92
7      2877 Paradise Road
       Unit 3501
8      Las Vegas, Nevada  89109-5278

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3

1859826.1