**LEWIS** AND
**ROCA** LLP
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 9/21/07

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                                  Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**STIPULATION RE WITHDRAWAL OF PROOF OF CLAIM NO. 10725-00431 FILED BY COLBORN REVOCABLE LIVING TRUST DTD 8/6/90** |

The USACM Liquidating Trust (the "USACM Trust"), by and through its undersigned counsel, and Colborn Revocable Living Trust DTD 8/6/90 ("Claimant"), stipulate:

1. Claimant filed a Proof of Claim ("Claim") No. 10725-00431 on October 4, 2006.

1860518.1

LEWIS AND ROCA LLP
LAWYERS

2. On August 27, 2007, USACM Trust notified Claimant of discrepancies with respect to the Claim and gave Claimant the option to correct the discrepancies or withdraw the Claim.

3. Claimant notified the USACM Trust that Claimant wants to withdraw the proof of claim filed in this case.

Therefore, the parties stipulate and agree that Claimant withdraws proof of claim No. 10725-00431 filed on October 4, 2006, and no further notice shall be given to Claimant. Claimant will receive no distribution from the USACM Trust on account of the Claim, but this does not affect any payments Claimant may be entitled to receive from the current or future servicing agent on pending Direct Lender loans from current or future Borrower loan payments.

DATED: 9/21/2007

        **LEWIS AND ROCA LLP**
        By: /s/ RC (#6593)
          Susan M. Freeman, AZ 4199 (*pro hac vice*)
          Rob Charles, NV 6593
        *Counsel for USACM Liquidating Trust*

               -and-

DATED: 9-6-07, 2007.

        Larry E. Colborn
        Trustee for the Colborn Revocable
        Living Trust DTD 8/6/90
        1127 Broken Wagon Trail
        Dewey, Arizona 86327

1860518.1

LEWIS
AND
ROCA
LLP
LAWYERS

DATED: 9-6-07, 2007.

*Loretta A. Colborn*
Loretta A. Colborn
Trustee for the Colborn Revocable
Living Trust DTD 8/6/90
1127 Broken Wagon Trail
Dewey, Arizona 86327

3

1860518.1