**Entered on Docket
September 24, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

## LEWIS AND ROCA LLP

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

_Attorneys for USACM Liquidating Trust_

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| In re: | ) | Case No. BK-S-06-10725-LBR |
|---|---|---|
| | ) | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE | ) | Case No. BK-S-06-10727-LBR |
| COMPANY, | ) | Case No. BK-S-06-10728-LBR |
| | ) | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, | ) | |
| LLC, | ) | CHAPTER 11 |
| | ) | |
| USA CAPITAL DIVERSIFIED TRUST | ) | Jointly Administered Under Case No. BK-S-06- |
| DEED FUND, LLC, | ) | 10725 LBR |
| | ) | |
| USA CAPITAL FIRST TRUST DEED | ) | **Affecting:** |
| FUND, LLC, | ) | ☐ All Cases |
| | ) | **or Only:** |
| USA SECURITIES, LLC, | ) | ☒ USA Commercial Mortgage Company |
| Debtors. | ) | ☐ USA Capital Realty Advisors, LLC |
| | ) | ☐ USA Capital Diversified Trust Deed Fund, |
| | ) | LLC |
| | ) | ☐ USA Capital First Trust Deed Fund, LLC |
| | ) | ☐ USA Securities, LLC |
| | ) | |
| | ) | |
| _____ | ) | |

1859825.1

### STIPULATED ORDER APPROVING WITHDRAWAL OF PROOF OF CLAIM FILED BY ROBERT H. PERLMAN AND LYNN R. PERLMAN TRUST DTD 9/17/92

The Stipulation to Withdraw Proof of Claim No. 10725-00252 filed by Claimant [DE 4835] came before the Court for consideration. No notice being necessary and good cause appearing, it is

- ORDERED approving the Stipulation:
- Proof of Claim No. 10725-00252 filed by Claimant; and
- No further notice is required to be provided to Claimant, and Claimant will receive no distributions from the USACM Liquidating Trust on account of Proof of Claim No. 10725-00252.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
   Susan M. Freeman
   Rob Charles
*Attorneys for USACM Liquidating Trust*

APPROVED:

Robert H. Perlman
Trustee for the Robert H. Perlman & Lynn
R. R. Perlman Trust DTD 9/17/92
2877 Paradise Road
Unit 3501
Las Vegas, Nevada  89109-5278

2

1859825.1

1

2  APPROVED:

3

4  Lynn R. Perlman
   Trustee for the Robert H. Perlman & Lynn
5  R. R. Perlman Trust DTD 9/17/92
   2877 Paradise Road
6  Unit 3501
   Las Vegas, Nevada  89109-5278
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3

1859825.1