Kelly J. Brinkman, Esq.
Nevada Bar No. 6238
Barney C. Ales, Esq.
Nevada Bar No. 0127
GOOLD PATTERSON ALES & DAY
4496 South Pecos Road
Las Vegas, Nevada 89121
(702) 436-2600 (Telephone)
(702) 436-2650 (Fax)

Attorneys for Creditors

E-Filed on 9/24/07

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                                Debtor. | Case No.  BK-S-06-10725 LBR<br>Case No.  BK-S-06-10726 LBR<br>Case No.  BK-S-06-10727 LBR<br>Case No.  BK-S-06-10728 LBR<br>Case No.  BK-S-06-10729 LBR |
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                                Debtor. | |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                                Debtor. | Chapter 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR |
| In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                                Debtor. | CERTIFICATE OF SERVICE OF OPPOSITION TO LIQUIDATING TRUST'S APPLICATION FOR ORDER TO SHOW CAUSE WHY DR. LUCIUS BLANCHARD SHOULD NOT BE HELD IN CONTEMPT OF COURT AND COUNTERMOTION FOR A PROTECTIVE ORDER |
| In re:<br><br>USA SECURITIES, LLC,<br>                                                                Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

1.    On September 21, 2007, I served the following document **OPPOSITION TO LIQUIDATING TRUST'S APPLICATION FOR ORDER TO SHOW CAUSE WHY DR. LUCIUS BLANCHARD SHOULD NOT BE HELD IN CONTEMPT OF COURT AND COUNTERMOTION FOR A PROTECTIVE ORDER;**
.

2.  I served the above-named document(s) by the following means to the persons as listed below:

**(Check all that apply)**

☒  **a. ECF System**

Pursuant to Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by the Court.

rcharles@lrlaw.com
sfreeman@lrlaw.com

☐  **b. United States mail, postage fully prepaid**

☐  **c. Personal Service** *(List persons and addresses. Attach additional paper if necessary)*

I personally delivered the document(s) to the persons at these addresses:

☐  For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

☐  For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐  **d. By direct email (as opposed to through the ECF System)**
*(List persons and email addresses. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒  **e. By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

*Lewis and Roca, LLP*
*3993 Howard Hughes Parkway*
*Las Vegas, Nevada 89109*
*Attention: Rob Charles*
*(702)949-8321*

GOOLD PATTERSON
ALES & DAY
ATTORNEYS AT LAW
4496 SOUTH PECOS ROAD
LAS VEGAS,
NEVADA 89121
(702) 436-2600

2

|   |   |
|---|---|
| 1 | |
| 2 | *Diamond McCarthy LLP*<br>*909 Fanin, Suite 1500y*<br>*Houston, Texas 77010*<br>*Attention: Eric Madden*<br>*(713) 333-5199* |
| 3 | |
| 4 | |

☐  **f.  By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.
*(A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**

**Signed on: September 24, 2007.**

/s/ Rody H. Scott
Rody H. Scott

GOOLD PATTERSON
ALES & DAY
ATTORNEYS AT LAW
4496 SOUTH PECOS ROAD
LAS VEGAS,
NEVADA 89121
(702) 436-2600

```
                    ***************************
                    ***  MULTI TX/RX REPORT  ***
                    ***************************
TX/RX NO             3498
PGS.                 38
TX/RX INCOMPLETE
                     -----
TRANSACTION OK
                     (1)   9498321
                     (2)   17133335199
ERROR INFORMATION
                     -----
```

# Goold Patterson
# Ales & Day

ATTORNEYS AT LAW

BARRY S. GOOLD
JEFFREY D. PATTERSON
BARNEY C. ALES
BRYAN K. DAY
KELLY J. BRINKMAN

MICHELLE D. BRIGGS
KARISSA D. VERO

OF COUNSEL
THOMAS RONDEAU

4496 SOUTH PECOS ROAD
LAS VEGAS, NEVADA 89121

TELEPHONE: (702) 436-2600
TELECOPIER: (702) 436-2650
TOLL-FREE: (866) 642-2600

WEBSITE: www.gooldpatterson.com

## TELECOPY TRANSMITTAL SHEET

**DATE:** September 21, 2007

**TO:** Eric D. Madden        **FAX NO.:** (713) 333-5199
Diamond McCarthy LLP

Rob Charles                              (702) 949-8321
Lewis and Roca LLP

**FROM:** Barney C. Ales

**NUMBER OF PAGES** (including transmittal sheet):

**GPAD CLIENT NO.:** 0000.091    **TIME SENT:** 4:47 pm

**MESSAGE:** See attached Opposition.

Original to be Mailed: Yes ___  No  X