**Entered on Docket**
**September 24, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

_Attorneys for USACM Liquidating Trust_

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br><br>              Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

1864140.1

1

## STIPULATED ORDER APPROVING WITHDRAWAL OF PROOF OF CLAIM FILED BY PETER M. DIGRAZIA DMD PSP

2

The Stipulation to Withdraw Proof of Claim No. 10725-00468 filed by Claimant

3

[DE 4842] came before the Court for consideration.  No notice being necessary and good

4

cause appearing, it is

5

- ORDERED approving the Stipulation:

6

- Proof of Claim No. 10725-00468 filed by Claimant in the amount of

7

$52,583.35 is withdrawn; and

8

- No further notice is required to be provided to Claimant, and Claimant will

9

receive no distributions from the USACM Liquidating Trust on account of

10

Proof of Claim No. 10725-00468.

11

###

12

PREPARED AND SUBMITTED:

13

**LEWIS AND ROCA LLP**

14

15

By: /s/ RC (#0006593)

16

Susan M. Freeman
Rob Charles

17

*Attorneys for USACM Liquidating Trust*

18

APPROVED:

19

20

Peter M. DiGrazia on behalf of
Peter M. DiGrazia DMD PSP

21

22

23

24

25

26

2

1864140.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

APPROVED:

CHRISTOPHER D. JAIME, ESQ.


Christopher D. Jaime, Esq.
Attorneys for Peter M. DiGrazia DMD PSP
Maupin, Cox & LeGoy
4785 Caughlin Parkway
Reno, Nevada 89519

1864140.1