**Entered on Docket**
**September 24, 2007**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

1
2
3
4
5
6 **LEWIS AND ROCA LLP**

7 3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
8 Facsimile (702) 949-8321
Telephone (702) 949-8320

9 Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
10 Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

11 _Attorneys for USACM Liquidating Trust_

12                  **UNITED STATES BANKRUPTCY COURT**

13                          **DISTRICT OF NEVADA**

14 In re:                                ) Case No. BK-S-06-10725-LBR
                                         ) Case No. BK-S-06-10726-LBR
15 USA COMMERCIAL MORTGAGE               ) Case No. BK-S-06-10727-LBR
   COMPANY,                              ) Case No. BK-S-06-10728-LBR
16                                       ) Case No. BK-S-06-10729-LBR
17 USA CAPITAL REALTY ADVISORS,          )
   LLC,                                  ) CHAPTER 11
18                                       )
   USA CAPITAL DIVERSIFIED TRUST         ) Jointly Administered Under Case No. BK-S-06-
19 DEED FUND, LLC,                       ) 10725 LBR
                                         )
20 USA CAPITAL FIRST TRUST DEED          ) **Affecting:**
   FUND, LLC,                            ) ☐ All Cases
21                                       ) **or Only:**
   USA SECURITIES, LLC,                  ) ☒ USA Commercial Mortgage Company
22                           Debtors.    ) ☐ USA Capital Realty Advisors, LLC
                                         ) ☐ USA Capital Diversified Trust Deed Fund,
23                                       ) LLC
                                         ) ☐ USA Capital First Trust Deed Fund, LLC
24                                       ) ☐ USA Securities, LLC
                                         )
25                                       )
                                         )
26 _____      )

1860519.1

## STIPULATED ORDER APPROVING WITHDRAWAL OF PROOF OF CLAIM FILED BY COLBORN REVOCABLE LIVING TRUST DTD 8/6/90

The Stipulation to Withdraw Proof of Claim No. 10725-00431 filed by Claimant [DE 4840] came before the Court for consideration. No notice being necessary and good cause appearing, it is

- ORDERED approving the Stipulation:
- Proof of Claim No. 10725-00431 filed by Claimant is withdrawn; and
- No further notice is required to be provided to Claimant, and Claimant will receive no distributions from the USACM Liquidating Trust on account of Proof of Claim No. 10725-00431.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**


By:    /s/ RC (#0006593)
        Susan M. Freeman
        Rob Charles
*Attorneys for USACM Liquidating Trust*

APPROVED:

Larry E. Colborn
Trustee for the Colborn Revocable
Living Trust DTD 8/6/90
1127 Broken Wagon Trail
Dewey, Arizona  86327

APPROVED:

Loretta A. Colborn
Trustee for the Colborn Revocable
Living Trust DTD 8/6/90
1127 Broken Wagon Trail
Dewey, Arizona  86327

1860519.1