LEWIS
AND
ROCA
LLP
L A W Y E R S

E-Filed on 9/24/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE | Case No. BK-S-06-10727-LBR |
| COMPANY, | Case No. BK-S-06-10728-LBR |
| | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, | |
| LLC, | CHAPTER 11 |
| | |
| USA CAPITAL DIVERSIFIED TRUST | Jointly Administered Under Case No. |
| DEED FUND, LLC, | BK-S-06-10725 LBR |
| | |
| USA CAPITAL FIRST TRUST DEED | **STIPULATION RE WITHDRAWAL** |
| FUND, LLC, | **OF PROOF OF CLAIM NO. 10725-** |
| | **00288 FILED BY TERRY** |
| USA SECURITIES, LLC, | **MCCASKILL MD PROFIT** |
| Debtors. | **SHARING PLAN DTD 1/1/89** |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

The USACM Liquidating Trust (the "USACM Trust"), by and through its

undersigned counsel, and Terry McCaskill MD Profit Sharing Plan DTD 1/1/89

("Claimant"), stipulate:

        1.        Claimant filed a Proof of Claim ("Claim") No. 10725-00288 on September

28, 2006.

1

1860409.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

2.    On August 24, 2007, USACM Trust notified Claimant of discrepancies with respect to the Claim and gave Claimant the option to correct the discrepancies or withdraw the Claim.

3.    Claimant notified the USACM Trust that Claimant wants to withdraw the proof of claim filed in this case.

Therefore, the parties stipulate and agree that Claimant withdraws proof of claim No. 10725-00288 filed on September 28, 2006,  and no further notice shall be given to Claimant.  Claimant will receive no distribution from the USACM Trust on account of the Claim, but this does not affect any payments Claimant may be entitled to receive from the current or future servicing agent on pending Direct Lender loans from current or future Borrower loan payments.

DATED:  9/24/2007

LEWIS AND ROCA LLP
By:  /s/ RC (#6593)
       Susan M. Freeman, AZ 4199 (*pro hac vice*)
       Rob Charles, NV 6593
       *Counsel for USACM Liquidating Trust*

-and-

DATED:  5 27 07 , 2007.

Terry McCaskill MD
Trustee for Terry McCaskill MD Profit
Sharing Plan DTD 1/1/89
6630 South McCarran Boulevard, Suite 12
Reno, Nevada  89509-6136

2

1860409.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

1

2

3

DATED: _____, 2007.

4

5

*Brad Graves*

6        Brad T. Graves MD

7        Trustee for Terry McCaskill MD Profit
         Sharing Plan DTD 1/1/89

8        6630 South McCarran Boulevard, Suite 12
         Reno, Nevada  89509-6136

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1860409.1