**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 9/24/07

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                          Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**STIPULATION RE WITHDRAWAL OF PROOF OF CLAIM NO. 10725-00436 FILED BY ROBERT C. AND PATSY G. TOOMBES** |

The USACM Liquidating Trust (the "USACM Trust"), by and through its undersigned counsel, and Robert C. and Patsy G. Toombes ("Claimants"), stipulate:

    1.    Claimants filed a Proof of Claim ("Claim") No. 10725-00436 on October 4, 2006, in the amount of $350,000.00.

2. On August 27, 2007, USACM Trust notified Claimants of discrepancies with respect to the Claim and gave Claimants the option to correct the discrepancies or withdraw the Claim.

3. Claimants notified the USACM Trust that Claimants want to withdraw the proof of claim filed in this case.

Therefore, the parties stipulate and agree that Claimants withdraw proof of claim No. 10725-00436 filed on October 4, 2006, in the amount of $350,000.00 and no further notice shall be given to Claimants. Claimants will receive no distribution from the USACM Trust on account of the Claim, but this does not affect any payments Claimants may be entitled to receive from the current or future servicing agent on pending Direct Lender loans from current or future Borrower loan payments.

DATED: September 24, 2007

**LEWIS AND ROCA LLP**
By: /s/ RC (#6593)
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
*Counsel for USACM Liquidating Trust*

-and-

DATED: SEPT 6, 2007.

Robert C. Toombes
P.O. Box 11665
Zephyr Cove, Nevada 89448-3665

DATED: SEPT 6, 2007.

Patsy G. Toombes
P.O. Box 11665
Zephyr Cove, Nevada 89448-3665

2

1860527.1