Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
Stacy E. Don (California Bar No. 226737)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email: malevinson@orrick.com
jhermann@orrick.com
sdon@orrick.com

Robert Kinas (Nevada Bar No. 6019)
Claire Dossier (Nevada Bar No. 10030)
SNELL & WILMER LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Fax: (702) 784-5252
Email: rkinas@swlaw.com
cdossier@swlaw.com

*ATTORNEYS FOR USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>            Debtors | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter Number: 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>            Plaintiff,<br>vs.<br><br>MARGARET B. McGIMSEY TRUST; BRUCE McGIMSEY; JERRY McGIMSEY; SHARON McGIMSEY; and JOHNNY CLARK,<br>            Defendants. | **Adversary No.**<br><br>**COMPLAINT FOR SUBORDINATION OF CLAIMS** |

153756. 1OHS West:260298682.2

Plaintiff USA Capital Diversified Trust Deed Fund, LLC ("Diversified" or "Debtor") hereby complains against defendants and alleges as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1334 and 11 U.S.C. § 510.

2. This is an adversary proceeding pursuant to Rule 7001 of the Federal Rules of Bankruptcy Procedure. This adversary proceeding relates to the above-referenced cases pending in the United States Bankruptcy Court for the District of Nevada, jointly administered under case number BK-S-06-10725 LBR (the "Bankruptcy Case"), under chapter 11 of the Bankruptcy Code.

3. This is a core proceeding under 28 U.S.C. §§ 157(b)(2)(H).

4. Venue is proper in this Court pursuant to 28 U.S.C. § 1409(a).

## GENERAL ALLEGATIONS

5. Diversified is a Nevada limited liability company doing business within this judicial district.

6. Defendants are the Margaret B. McGimsey Trust, Bruce McGimsey, Jerry McGimsey, Sharon McGimsey, and Johnny Clark (collectively, the "Defendants").

7. Diversified is a fund created in 2000 for the purpose of aggregating investors' funds to be used to invest in real property secured loans funded in whole or in part by Diversified. Investors purchased membership interests in Diversified, which then invested in various loans.

8. Each of the Defendants purchased a membership interest in Diversified.

9. Diversified filed a voluntary petition for bankruptcy protection in this Bankruptcy Case on April 13, 2006.

10. Each of the Defendants asserted an equity interest in Diversified and filed a proof of interest in the Bankruptcy Case on November 13, 2006. On the same day, each of the Defendants also filed a proof of claim against Diversified for the same amounts based on allegations of breach of contract and fraud relating to their purchase of membership interests in Diversified. In such proofs of claim, the Defendants identified their claims as unsecured nonpriority claims.

153756. 1OHS West:260298682.2                                                                 Page 1

11. Specifically, Defendants timely filed in the Bankruptcy Case the following proofs of interest and proofs of claims (the proofs of claim listed below are collectively referred to herein as "Proofs of Claim"):

    a. The Margaret B. McGimsey Trust filed a proof of interest in the amount of $96,094.75 plus interest. The Margaret B. McGimsey Trust also filed a proof of claim for breach of contract and fraud in the amount of $96,094.75 plus interest.

    b. A proof of interest was filed on behalf of "Sharon or Jerry McGimsey" in the amount of $311,091.58 plus interest. A proof of claim also was filed on behalf of "Sharon or Jerry McGimsey" for breach of contract and fraud in the amount of $311,091.58 plus interest.

    c. Johnny Clark filed a proof of interest in the amount of $99,467.90 plus interest. Johnny Clark also filed a proof of claim for breach of contract and fraud in the amount of $99,467.90 plus interest.

    d. Bruce McGimsey filed a proof of interest in the amount of $86,171.22. Bruce McGimsey also filed a proof of claim for breach of contract and fraud in the amount of $86,171.22.

**FIRST CLAIM FOR RELIEF**
**(Subordination of Claims Under 11 U.S.C. § 510(b) – Against all Defendants)**

12. Diversified repeats and realleges the allegations of paragraphs 1 through 11 above as if fully set forth herein.

13. Pursuant to 11 U.S.C. § 510(b), the Proofs of Claim should be subordinated to all claims or interests that are senior to or equal to the claim or interest represented by such member interest in Diversified. In short, for purposes of distribution, the Proofs of Claim should be subordinated below equity, i.e., below all membership interests in Diversified.

/ / /

/ / /

/ / /

**PRAYER FOR RELIEF**

WHEREFORE, Diversified prays as follows:

A. For a judgment that the Proofs of Claim are subordinated below all claims and all interests that are senior to or equal to the claim or interest represented by a membership interest in Diversified.

B. For such further relief that this Court deems to be just and proper.

Dated: September 24, 2007

| SNELL & WILMER LLP | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|---|---|
| /s/ Robert Kinas | /s/ Marc A. Levinson |
| Attorneys for USA Capital Diversified Trust Deed Fund, LLC | Attorneys for USA Capital Diversified Trust Deed Fund, LLC |

153756. 1OHS West:260298682.2