E-Filed on 9/24/07

| | |
|---|---|
| **DIAMOND MCCARTHY LLP**<br>909 Fannin, Suite 1500<br>Houston, Texas 77010<br>Telephone (713) 333-5100<br>Facsimile (713) 333-5199 | **LEWIS AND ROCA LLP**<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169-5996<br>Telephone (702) 949-8320<br>Facsimile (702) 949-8321 |
| Allan B. Diamond, TX State Bar No. 05801800<br>Email: adiamond@diamondmccarthy.com<br>Eric D. Madden, TX State Bar No. 24013079<br>Email: emadden@diamondmccarthy.com | Susan M. Freeman, AZ State Bar No. 004199<br>Email: sfreeman@lrlaw.com<br>Rob Charles, NV State Bar No. 006593<br>Email: rcharles@lrlaw.com |
| Special Litigation Counsel for USACM Liquidating Trust | Counsel for USACM Liquidating Trust |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>           Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>           Debtor. | BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>           Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>           Debtor. | Judge Linda B. Riegle |
| In re:<br>USA SECURITIES, LLC,<br><br>           Debtor. | **AMENDED CERTIFICATE OF SERVICE OF APPLICATION TO SHOW CAUSE WHY DR. LUCIUS BLANCHARD SHOULD NOT BE HELD IN CONTEMPT OF COURT** |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Hearing Date:   September 28, 2007<br>Hearing Time:   1:30 p.m. |

I hereby certify that I am an employee of the law firm of DIAMOND MCCARTHY LLP, and that on the 23rd day of August 2007, I served a true and correct copy of the APPLICATION TO SHOW CAUSE WHY DR. LUCIUS BLANCHARD SHOULD NOT BE HELD IN CONTEMPT OF COURT, together with the DECLARATION OF ERIC MADDEN IN

SUPPORT OF APPLICATION TO SHOW CAUSE WHY DR. LUCIUS BLANCHARD SHOULD NOT BE HELD IN CONTEMPT OF COURT by electronic transmission to Barney Ales, counsel for Lucius Blanchard at bales@gooldpatterson.com and to all parties on the Post-Effective Date Service List attached hereto.

 /s/ Catherine A. Burrow
Catherine A. Burrow
Legal Assistant
Diamond McCarthy LLP

SERVICE LIST

| | |
|---|---|
| Michelle Abrams | mabrams@mabramslaw.com |
| Geoffrey L. Berman | gberman@dsi.biz |
| Janet L. Chubb | jlc@jonesvargas.com |
| George A. Davis | george.davis@cwt.com |
| Richard Dreitzer | ridreitz@ag.state.nv.us |
| Richard W. Esterkin | resterkin@morganlewis.com |
| Robert P. Goe | rgoe@goeforlaw.com |
| Asa S. Hami | ahami@morganlewis.com |
| John Hebert | jhebert@kribymac.com |
| Jeffrey D. Hermann | jhermann@orrick.com |
| Jones Vargas | tbw@jonesvargas.com |
| Eve H. Karasik | ekarasik@stutman.com |
| Dean T. Kirby | dkirby@kirbymac.com |
| August B. Landis | USTPRegion17.lv.ecf@usdoj.gov |
| Marc A. Levinson | malevinson@orrick.com |
| Ann M. Loraditch | aloraditch@beckleylaw.com |
| William J. Ovca | N1GL@aol.com |
| Andrew Parlen | aparlen@stutman.com |
| Susan Williams Scann | sscann@deanerlaw.com |
| Michael Tucker | Michael.tucker@fticonsulting.com |