ELECTRONICALLY FILED
9/25/07

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C.<br>FRANK A. MEROLA<br>(CA State Bar No. 136934)<br>EVE H. KARASIK<br>(CA State Bar No. 155356)<br>CHRISTINE M. PAJAK<br>(CA State Bar No. 217173)<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 228-5600<br>E-mail:  fmerola@stutman.com<br>            ekarasik@stutman.com<br>            cpajak@stutman.com | SHEA & CARLYON, LTD.<br>JAMES PATRICK SHEA<br>(Nevada State Bar No. 000405)<br>CANDACE C. CARLYON<br>(Nevada State Bar No. 002666)<br>SHLOMO S. SHERMAN<br>(Nevada State Bar No. 009688)<br>701 Bridger Avenue, Suite 850<br>Las Vegas, Nevada 89101<br>Telephone: (702) 471-7432<br>E-mail:  jshea@sheacarlyon.com<br>            ccarlyon@sheacarlyon.com<br>            ssherman@sheacarlyon.com |

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>    Debtor | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA Capital First Trust Deed Fund, LLC | DATE: September 28, 2007<br>TIME: 1:30 p.m. |

**SUPPLEMENTAL CERTIFICATE OF SERVICE OF NOTICE OF HEARING; PARTIAL OBJECTION OF USACM TRUST TO ROBERT AND BEVERLEY CAROLLO CLAIM FILED IN WRONG DEBTOR'S CASE; OBJECTION OF FTDF TO CLAIM AS DUPLICATIVE OF CLAIM PREVIOUSLY DISALLOWED IN FTDF CASE; AND OBJECTION OF DTDF TO CLAIM AS DUPLICATIVE OF CLAIM PREVIOUSLY DISALLOWED IN DTDF CASE**

I HEREBY CERTIFY that on the 16th day of August, 2007, I served the following documents:

Notice of Hearing; Partial Objection of USACM Trust to Robert and Beverley Carollo Claim Filed in Wrong Debtor's Case; Objection of Ftdf to Claim as Duplicative of Claim Previously Disallowed in FTDF Case; and Objection of DTDF to Claim as Duplicative of Claim Previously Disallowed in DTDF Case

I served the above named document(s) by the following means to the persons as listed below:

☐ **a.  ECF System.**  (See attached Notices of Electronic Filing)

☒ **b.  United States mail, postage full prepaid to the following:**

Robert and Beverly Carollo
5607 Gateway Road
Las Vegas, NV  89120

Christopher H. Byrd, Esq.
Fennemore Craig
300 South Fourth Street, Suite 1400
Las Vegas, NV  89101
ATTORNEYS FOR ROBERT AND BEVERLY CAROLLO

☐ **c.  Personal service.**

I personally delivered the documents to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge, by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d.  By direct email.**

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the

SHEA & CARLYON, LTD.
701 Bridger Avenue, Suite 850
Las Vegas, Nevada 89101
(702) 471-7432

2

transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e. **By fax transmission.**

Based upon the written agreement of the parties to accept serve by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f. **By messenger.**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 24th day of September, 2007.

*/s/ Lissa Treadway*
Lissa Treadway, ACP, an employee of SHEA & CARLYON, LTD.

SHEA & CARLYON, LTD.
701 Bridger Avenue, Suite 850
Las Vegas, Nevada 89101
(702) 471-7432

3