ELECTRONICALLY FILED
9/25/07

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
CHRISTINE M. PAJAK
(CA State Bar No. 217173)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
E-mail:  fmerola@stutman.com
         ekarasik@stutman.com
         cpajak@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
701 Bridger Avenue, Suite 850
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
E-mail:  jshea@sheacarlyon.com
         ccarlyon@sheacarlyon.com
         ssherman@sheacarlyon.com

Counsel for the Official Committee of Equity Security Holders of
USA Capital First Trust Deed Fund, LLC

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>    Debtor | ) BK-S-06-10725-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor | ) BK-S-06-10726-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor | ) BK-S-06-10727-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | ) BK-S-06-10728-LBR<br>) Chapter 11<br>) |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | ) BK-S-06-10729-LBR<br>) Chapter 11<br>) |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA Capital First Trust Deed Fund, LLC | )<br>)<br>)<br>)<br>) DATE: September 28, 2007<br>) TIME: 1:30 p.m.<br>)<br>) |

### SUPPLEMENTAL CERTIFICATE OF SERVICE OF USA CAPITAL FIRST TRUST DEED FUND, LLC. PROPOSED ALLOWANCE OF INFORMAL CLAIM AND OBJECTION TO DUPLICATE CLAIM; AND NOTICE OF HEARING OF USA CAPITAL FIRST TRUST DEED FUND, LLC. PROPOSED ALLOWANCE OF INFORMAL CLAIM AND OBJECTION TO DUPLICATE CLAIM

I HEREBY CERTIFY that on the 29th day of August, 2007, I served the following documents:

Notice of Hearing of USA Capital First Trust Deed Fund, LLC. Proposed Allowance of Informal Claim and Objection to Duplicate Claim

USA Capital First Trust Deed Fund, LLC. Proposed Allowance of Informal Claim and Objection to Duplicate Claim

I served the above named document(s) by the following means to the persons as listed below:

☐ **a. ECF System.** (See attached Notices of Electronic Filing)

☒ **b. Federal Express overnight mail, all charges fully prepaid. (See attached delivery confirmation)**

> Labossiere Family Trust Dated 3/20/1987,
> Gerard and Lucille Labossiere Trustees
> 635 Jessica Drive
> Mesquite, NV 89027.

☐ **c. Personal service.**

I personally delivered the documents to the persons at these addresses:

> ☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge, by leaving the document(s) in a conspicuous place in the office.
>
> ☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d. By direct email.**

> Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

SHEA & CARLYON, LTD.
701 Bridger Avenue, Suite 850
Las Vegas, Nevada 89101
(702) 471-7432

2

☐ e.  **By fax transmission.**

Based upon the written agreement of the parties to accept serve by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f.  **By messenger.**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 24th day of September, 2007.

*[signature]*
Lissa Treadway, ACP, an employee
of SHEA & CARLYON, LTD.

SHEA & CARLYON, LTD.
701 Bridger Avenue, Suite 850
Las Vegas, Nevada 89101
(702) 471-7432

3

**From:** TrackingUpdates@fedex.com
**Sent:** Thursday, August 30, 2007 12:44 PM
**To:** Lissa Treadway
**Subject:** FedEx Shipment 792551036267 Delivered

DOMAIN **Match** [ Remove ] [ Block ] details
Vanquish Anti-Spam Control Panel

This tracking update has been requested by:

Name:   SHEA CARLYON

E-mail:   ltreadway@sheacarlyon.com

Our records indicate that the following shipment has been delivered:

| | |
|---|---|
| Tracking number: | 792551036267 |
| Reference: | USA - 1504 |
| Ship (P/U) date: | Aug 29, 2007 |
| Delivery date: | Aug 30, 2007 1:38 PM |
| Sign for by: | L.LABOSSIERE |
| Delivered to: | Residence |
| Service type: | FedEx Priority Overnight |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.50 lb. |

| Shipper Information | Recipient Information |
|---|---|
| SHEA CARLYON | Gerard & Lucille Labossiere, Truste |
| 701 Bridger | Labossiere Family Trust dtd 3/20/87 |
| Suite 850 | 635 Jessica Drive |
| LAS VEGAS | Mesquite |
| NV | NV |
| US | US |
| 89101 | 89027 |

Special handling/Services:
Deliver Weekday
Residential Delivery

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 2:43 PM CDT on 08/30/2007.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

8/30/2007