**LEWIS AND ROCA LLP LAWYERS**

E-filed on 9/25/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **In re:** | Jointly Administered |
| **USA Commercial Mortgage Company**<br>    06-10725 – Lead Case | Chapter 11 Cases |
| | Judge Linda B. Riegle Presiding |
| **USA Capital Realty Advisors, LLC**<br>    06-10726 | **NOTICE OF POSTING TO WEBSITE** |
| **USA Capital Diversified Trust Deed Fund, LLC**<br>    06-10727 | **Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |
| **USA Capital First Trust Deed Fund, LLC**<br>    06-10728 | |
| **USA Securities, LLC**<br>    06-10729<br>                                        **Debtors.** | |

The USACM Liquidating Trust ("USACM Trust"), posted the following documents on the USACM Trust web site (http://usacmcucc.bmcgroup.com) maintained at BMC on August 31, 2007, which have remained on the website since that date:

08/31/2007    4670    *Motion to Further Extend Deadline to File Objection to Allowance of Claims With Certificate Of Service* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (CHARLES, ROB) (Entered: 08/31/2007)

| | | | |
|---|---|---|---|
| 08/31/2007 | 4671 | | Declaration Of: Edward M. Burr *in Support of Motion to Further Extend Deadline to Object to Allowance of Claims* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST |
| 08/31/2007 | 4672 | | Notice of Hearing *on Motion to Further Extend Deadline to Object to Allowance of claims* Hearing scheduled 9/28/2007 at 01:30 PM at LBR-Courtroom 1, Foley Federal Bldg.. Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST |

A copy of the face page of the web site is attached as Exhibit 1. Attached as Exhibit 2 is the itemized link to the category: Motion to Extend Deadline to File Objection to Allowance of Claims.

RESPECTFULLY SUBMITTED on September 25, 2007.

**LEWIS AND ROCA LLP**

By  /s/ RC (#006593)
Susan M. Freeman
Rob Charles
*Attorneys for USACM Liquidating Trust*

2

1867916.1