# EXHIBIT 1

1688943.1




# USACM Liquidating Trust



Sign In

- General Case Information
- Documents
- Case Updates
- Calendars
- Questions
- Close this site

**In re USA Commercial Mortgage Company, et al., Case No. 06-10725 United States Bankruptcy Court District of Nevada -- USACM Liquidating Trust site -- Information Web Page**

Welcome to the Information Website of the USACM Liquidating Trust site. At this site you can: View and download all Court-filed documents, submit a question regarding the status of the case or the bankruptcy process generally, track upcoming hearings and deadlines, view case highlights, and more.

**Links**
- USA Capital
- United States Bankruptcy Court, District of Nevada
- Office of the United States Trustee
- BMC Group
- United States District Court, District of Nevada

### Information Resources

**1. General Case Information**
- Contact Information
- Case Highlights

**2. Documents**
- Court Docket
- Monthly Operating Reports - No further Monthly Operating Reports will be filed, please look for post-confirmation reports.
- Motion to Extend Deadline to File Objection to Allowance of Claims
- Notice of Filing of Schedule Amendments
- Plan & Disclosure Statement
- Proof of Claim Form
- Schedules of Assets & Liabilities
- Trust Agreement
- Updated Proof of Claim Form

**3. Case Updates**
- How To Obtain Post-Effective Date Reports and Requests for Service
- Joinder In Involuntary Chapter 11 Petition
- Latest Summary Reports
- Motion to Extend Deadline to File Objections to Allowance of Claims
- Omnibus Claims Objections
- Order re Motion to Extend Deadline to File Objections to Allowance of Claims and Notice of Continued Hearing
- Press Releases
- Report to Investors in Placer Vineyards
- Report to Investors in Hotel Marquis
- Status of USA Investment Partners, LLC Involuntary Bankruptcy Case and Opportunity to Join as Petitioning Creditor
- Trustee's Quarterly Reports

**4. Questions**
- Responses to Frequently Asked Questions
- Request automatic notification of updates
- Submit a question/comment