EXHIBIT 2

1688943.1

 About Us



USACM Liquidating Trust

# Motion to Extend Deadline to File Objection to Allowance of Claims





**Select a View**

All Documents

**Actions**

⊞ Alert me

⊞ Export to
   spreadsheet

⊞ Modify settings
   and columns

| | New Document | Upload Document | New Folder | Filter | Edit in Datasheet | | | |
|---|---|---|---|---|

| Edit | Type | Name | Description | File Size |
|---|---|---|---|---|
| | | Burr Dec for Obj Extension | | **720 KB** |
| | | NOH on Obj Extension | | **734 KB** |
| | | Obj Extension Motion | | **740 KB** |