FILED
ELECTRONICALLY
9/25/07

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON, ESQ. |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666) |
| ANDREW M. PARLEN | SHLOMO S. SHERMAN, ESQ. |
| (CA State Bar No. 230429), Members of | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 701 Bridger, Suite 850 |
| Los Angeles, CA 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| E-mail:   fmerola@stutman.com | E-mail:   jshea@sheacarlyon.com |
|            ekarasik@stutman.com |            ccarlyon@sheacarlyon.com |
|            cpajak@stutman.com |            ssherman@sheacarlyon.com |

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>          Debtor. | ) BK-S-06-10725-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>          Debtor. | ) BK-S-06-10726-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>          Debtor. | ) BK-S-06-10727-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>          Debtor. | ) BK-S-06-10728-LBR<br>) Chapter 11<br>) |
| In re:<br>USA SECURITIES, LLC,<br>          Debtor. | ) BK-S-06-10729-LBR<br>) Chapter 11<br>) |
| Affects<br>☐ All Debtors<br>☒ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | )<br>)<br>)<br>)<br>)<br>) Date: September 28, 2007<br>) Time: 1:30 a.m. |

**STIPULATION RE ALLOWANCE OF INFORMAL PROOF OF CLAIM AND WITHDRAWAL OF DUPLICATE CLAIM**

The Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC (the "FTDF Committee), on behalf of USA Capital First Trust Deed Fund, LLC ("FTDF"), hereby stipulates with The Labossiere Family Trust Dated 3/20/1987, Gerard and Lucille Labossiere Trustees ("Claimant") as follows:

1. On or about September 25, 2007, Claimant filed Proof of Claim Nos. 10725-00219 (the "Original Claim") and 10725-02464 (the "Duplicate Claim") against USA Commercial Mortgage Company ("USACM"), each claiming the amount of $1,500.

2. Both the Original Claim and Duplicate Claim (the "Claims") were filed in the USACM case.

3. The basis for the Original Claim appears to be related to a former investment by Claimant in USA Capital First Trust Deed Fund, LLC (the "FTDF").

4. Due to the relatively minimal amount of the Original Claim, the FTDF has resolved to request the allowance of the Original Claim as an informal proof of claim against the FTDF estate.

5. On August 28, 2007, the FTDF Committee filed a "Proposed Allowance of Informal Proof of Claim and Objection to Duplicate Claim" (the "Objection") [Docket No. 4647], requesting that: (1) the Original Claim be allowed against the FTDF estate; and (2) that the Duplicate Claim be disallowed in its entirety.

6. The FTDF Committee has agreed to allow the Original Claim against the FTDF estate in the amount of $1,500.

7. Claimant has agreed to withdraw the Duplicate Claim with prejudice.

WHEREFORE, based on the stipulation set forth above, the parties hereby

SHEA & CARLYON, LTD.
701 Bridger Ave., Suite 850
Las Vegas, Nevada 89101
(702) 471-7432

430441v.2

agree, and request that the Court approve this stipulation as an order of the Court pursuant to Fed. R. Bankr. P. 3006, as follows:

1. The Original Claim, no. 10725-00219, is hereby allowed against the FTDF estate in the amount of $1,500.

2. The Duplicate Claim, no. 10725-02464, is hereby withdrawn with prejudice.

DATED this 12 day of September, 2007.

SHEA & CARLYON, LTD.

*/s/*

CANDACE C. CARLYON, ESQ.
Nevada State Bar No. 002666
SHLOMO S. SHERMAN, ESQ.
Nevada State Bar No. 009688
701 Bridger, Suite 850
Las Vegas, Nevada 89101

and

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
EVE H. KARASIK
CHRISTINE M. PAJAK
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

GERARD AND LUCILLE LABOSSIERE
THE LABOSSIERE FAMILY TRUST
635 Jessica Dr.
Mesquite, NV 89027

*/s/* Gerard LaBossiere (Trustee)

*/s/* Lucille LaBossiere (Trustee)

430441v.2

SHEA & CARLYON, LTD.
701 Bridger Ave., Suite 850
Las Vegas, Nevada 89101
(702) 471-7432