E-Filed on 09/26/07

**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email: adiamond@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
Email: emadden@diamondmccarthy.com

Special Litigation Counsel for USACM Liquidating Trust

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321

Susan M. Freeman, AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles, NV State Bar No. 006593
Email: rcharles@lrlaw.com

Counsel for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>    Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>    Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>    Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>    Debtor. | **NOTICE OF WITHDRAWAL OF MOTION TO SHOW CAUSE WHY DR. LUCIUS BLANCHARD SHOULD NOT BE HELD IN CONTEMPT OF COURT AND REQUEST TO VACATE HEARING** |
| In re:<br>USA SECURITIES, LLC,<br><br>    Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Hearing Date: September 28, 2007<br>Hearing Time: 1:30 p.m. |

The USACM Liquidating Trust (the "Trust"") withdraws its Motion to Show Cause Why Dr. Lucius Blanchard Should Not be Held in Contempt of Court (Docket Entry 4621) (the "Motion") and requests that the hearing on the Motion currently set for September 28, 2007 at 1:30 p.m. be vacated and removed from the Court's calendar.

Respectfully submitted this 26th day of September 2007.

| | |
|---|---|
| **DIAMOND MCCARTHY LLP** | **LEWIS AND ROCA LLP** |
| By:  /s/ Eric D. Madden | By:  /s/ Rob Charles (w/permission) |
| Allan B. Diamond, TX 05801800 (pro hac vice) | Susan M. Freeman, AZ 4199 (pro hac vice) |
| William T. Reid, IV, TX 00788817 (pro hac vice) | Rob Charles, NV 6593 |
| Eric D. Madden, TX 24013079 (pro hac vice) | 3993 Howard Hughes Parkway, Suite 600 |
| Michael J. Yoder, TX 24056572 (pro hac vice) | Las Vegas, Nevada 89169-5996 |
| 909 Fannin, Suite 1500 | (702) 949-8320 (telephone) |
| Houston, Texas 77010 | (702) 949-8321 (facsimile) |
| (713) 333-5100 (telephone) | |
| (713) 333-5199 (facsimile) | *Counsel for USACM Liquidating Trust* |
| *Special Litigation Counsel for USACM Liquidating Trust* | |

## **CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of the law firm of DIAMOND MCCARTHY LLP, and that on the 26TH day of September 2007, I served a true and correct copy of the foregoing NOTICE OF WITHDRAWAL OF MOTION TO SHOW CAUSE WHY DR. LUCIUS BLANCHARD SHOULD NOT BE HELD IN CONTEMPT OF COURT AND REQUEST TO VACATE HEARING by electronic transmission to Barney Ales, counsel for Lucius Blanchard at bales@gooldpatterson.com and to all parties on the Post-Effective Date Service List attached hereto.

 /s/  Catherine A. Burrow
Catherine A. Burrow
Legal Assistant
Diamond McCarthy LLP

POST-EFFECTIVE DATE SERVICE LIST

| Name | Email |
|---|---|
| Michelle Abrams | mabrams@mabramslaw.com |
| Geoffrey L. Berman | gberman@dsi.biz |
| Janet L. Chubb | jlc@jonesvargas.com |
| George A. Davis | george.davis@cwt.com |
| Richard Dreitzer | ridreitz@ag.state.nv.us |
| Richard W. Esterkin | resterkin@morganlewis.com |
| Robert P. Goe | rgoe@goeforlaw.com |
| Asa S. Hami | ahami@morganlewis.com |
| John Hebert | jhebert@kribymac.com |
| Jeffrey D. Hermann | jhermann@orrick.com |
| Jones Vargas | tbw@jonesvargas.com |
| Eve H. Karasik | ekarasik@stutman.com |
| Dean T. Kirby | dkirby@kirbymac.com |
| August B. Landis | USTPRegion17.lv.ecf@usdoj.gov |
| Marc A. Levinson | malevinson@orrick.com |
| Ann M. Loraditch | aloraditch@beckleylaw.com |
| William J. Ovca | N1GL@aol.com |
| Andrew Parlen | aparlen@stutman.com |
| Susan Williams Scann | sscann@deanerlaw.com |
| Michael Tucker | Michael.tucker@fticonsulting.com |