**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed: 9/26/07

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                    Debtors.<br><br>**Affects:**<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**STATUS AND AGENDA FOR SEPTEMBER 28, 2007 HEARINGS**<br><br>Date of Hearing: September 28, 2007<br>Time of Hearing: 10:30 a.m.<br>                     1:30 p.m. |

**10:30 a.m.**

     1.     Adv. 06-01251-lbr, *USACM LIQUIDATING TRUST v. REALE et al*, **Order Rescheduling Pretrial and Trial. Pre-Trial Conference** [DE 92]

| | |
|---|---|
| **9/19/2007** | Stipulation and Order Setting Pre-Trial Deadlines [DE 100] |
| **9/__/2007** | Joint Pretrial Statement |

1

LEWIS AND ROCA LLP
LAWYERS

**1:30 p.m.**

1.   **Objection to Claim 10725-00390 of Caroline Gerwin in the amount of $25,000.00 with Certificate of Service** *Objection of USACM Trust to Caroline Gerwin Claim Filed in Wrong Debtor's Case; Objection of FTDF to Proposed Allowance of Claim* **filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 4430]**

**Status:**        No opposition filed

2.   **Objection to Claim 10725-01120; 10725-01121; 10725-01144 of Andrew and Beth Mitchell in the amount of $59,732.50/$17,915.50/$17,915.50 with Certificate of Service** *Objection of USACM Trust to Andrew and Beth Mitchell Claims Filed in Wrong Debtor's Case; Objection of FTDF to Proposed Allowance of Claim* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 4432]

**Status:**        No opposition filed

3.   **Objection to Claim 10725-02005 of Harrison Family Trust in the amount of $25,281.25 with Certificate of Service** *Objection of USACM Trust to Harrison Family Trust Claim Filed in Wrong Debtor's Case; Objection of FTDF to Proposed Allowance of Claim* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 4434]

**Status:**        No opposition filed

4.   **Objection to Claim 10725-00967 of Mary McKennon in the amount of $50,000.00 with Certificate of Service** *Objection of USACM Trust to Mary McKennon Claim Filed in Wrong Debtor's Case; Objection of FTDF to Proposed Allowance of Claim* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 4436]

**Status:**        No opposition filed

5.   **Objection to Claim 10725-01469 of Robert Lange, through Bernard Lange in the amount of $150,000.00 with Certificate of Service** *Partial Objection of USACM Trust to Robert Lange and Robert R. Lange Family Trust Claims to the Extent Filed in Wrong Debtor's Case and as Duplicative; Objection of FTDF to Proposed Allowance of Claim* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 4438]

**Status:**        No opposition filed

1864076.1

LEWIS
AND
ROCA
LLP
LAWYERS

6. **Objection to Claim 10725-00558 of Nadine Morton in the amount of $16,882.42 with Certificate of Service** *Objection of USACM Trust to Nadine Morton Claim Filed in Wrong Debtor's Case; Objection of FTDF to Proposed Allowance of Claim* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 4440]

**Status:**  No opposition filed.  Nadine Morton has agreed to withdraw this proof of claim, but is out of the country and may not return in time to sign the stipulation prior to the hearing.

7. **Objection to Claim 10725-00108 of Kathleen J. Moore in the amount of $21,523.00 with Certificate of Service** *Objection of USACM Trust to Kathleen Moore Claim Filed in Wrong Debtor's Case; Objection of FTDF to Proposed Allowance of Claim* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 4442]

**Status:**  No opposition filed

8. **Objection to Claim 10725-01384 of Victor Maus in the amount of $11,518.50 with Certificate of Service** *Objection of USACM Trust to Victor Maus Claims Filed in Wrong Debtor's Case; Objection of FTDF to Duplicative Claim and Proposed Allowance of Claim* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 4450]

**Status:**  No opposition filed

9. **Objection to Claim 10725-01074 of Dr. Dennis Campton in the amount of $145,600.87 with Certificate of Service** *Objection of USACM Trust to Dr. Dennis Campton Claim Filed in Wrong Debtor's Case; Objection of FTDF to Proposed Allowance of Claim* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 4452]

**Status:**  No opposition filed

1864076.1

LEWIS AND ROCA LLP
LAWYERS

10. **Objection to Claim 10725-00012-1; 10725-00012-2; 10725-00013-1; 10725-00013-2 of Frieda Moon fbo Sharon C. Van Ert in the amount of $35,583.34/$35,583.34/$17,538.18/$17,538.18 with Certificate of Service** *Objection of USACM Trust to Frieda Moon fbo Sharon C. Van Ert Claims Filed in Wrong Debtor's Case; Objection of FTDF to Claims as Duplicative of Claims Previously Disallowed and Reclassified as Equity Interests in Corrected Amounts* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4454]

**Status:**          No opposition filed

11. **Objection to Claim 10725-00098-1; 10725-00098-3 of Robert and Beverley Carollo in the amount of $100,000+/$196,094.65 with Certificate of Service** *Partial Objection to USACM Trust to Robert and Beverley Carollo Claim Filed in Wrong Debtor's Case; Objection of FTDF to Claim as Duplicative of Claim Previously Disallowed in FTDF Case; and Objection of DTDF to Claim as Duplicative of Claim Previously Disallowed in DTDF Case* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4456]

**Status:**          A stipulation for withdrawal of the duplicate claims and allowance of claimants' equity interest in DTDF is being circulated.

12. **Motion to Close Case** *And Request For Final Decree* Filed by LENARD E. SCHWARTZER on behalf of USA CAPITAL FIRST TRUST DEED FUND, LLC [DE 4242]

**Response Filed:** 8/14/2007    Response Filed by SHLOMO S. SHERMAN on behalf of OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC [DE 4493]

**Reply Filed:** 8/21/2007    Reply *in Support of Motion to Close Case and Request For Final Decree* Filed by JEANETTE E. MCPHERSON on behalf of USA CAPITAL FIRST TRUST DEED FUND, LLC [DE 4611]

**Status:**          Hearing was continued from August 23, 2007

1864076.1

LEWIS AND ROCA LLP
LAWYERS

13. **Motion to Classify Claim** *USACM Liquidating Trust's Motion to Classify Claims Filed by Pecos Professional Park Limited Partnership in Plan of Class A-7, and Reservation of Counterclaims and Objections* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3081]

| | |
|---|---|
| **Opposition Filed:** 4/19/2007 | Opposition Filed by JEFFREY R. SYLVESTER on behalf of PECOS PROFESSIONAL PARK, LLC  [DE 3494] |
| **Related Filings:** 3/13/2007 | Declaration Of: Edward M. Burr *in Support of USACM Liquidating Trust Objections to Proofs of Claim and Motions to Classify Claims* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 3082] |
| **Status:** | It is unclear whether Pecos Professional Park Limited Partnership is still represented by counsel or who the decision maker is now. |

14. **Motion to Extend Time to Object** *Motion to Bridge Deadline to File Objection to Allowance of Claims* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4404]

| | |
|---|---|
| **Related Filing:** 8/24/2007 | Order Granting Motion to Bridge Deadline to File Objection to Allowance of Claims [DE 4625].  This order extended the deadline to October 15, 2007 |
| **Status:** | No opposition filed. |

1864076.1

LEWIS AND ROCA LLP
LAWYERS

15. Adv. 06-01256-lbr, USA COMMERCIAL MORTGAGE COMPANY et al v. REALE et al, **Motion to Strike Jury Demand; Memorandum of Points and Authorities** Filed by ANNE M. LORADITCH on behalf of OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC [DE 274]

| | |
|---|---|
| **Opposition Filed:** 5/22/2007 | Opposition *TO PLAINTIFF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC'S MOTION TO STRIKE JURY DEMAND* Filed by PETER W. GUYON on behalf of BOB ALUM, FRANK J. BELMONTE, JR., JEAN JACQUES BERTHELOT, GARY BRENNAN, WILLIAM F ERRINGTON, HARV GASTALDI, GREAT WHITE INVESTMENTS, NV, INC., VINCENT GREEN, JAYEM FAMILY LTD PARTNERSHIP, AIMEE KEARNS, KLAUS KOPF, ARLENE KRAUS, BERNARD KRAUS, JOSEPH B. LAFAYETTE, JASON G LANDESS, SVEN LEVIN, JACQUES M. MASSA, Betty Phenix, R&N REAL ESTATE INVESTMENTS, R.G.T. MILLER (TRUSTEE), DENNIS F. SIPIORSKI, DAVID STIBOR, KENNETH TRECHT, ROBERT J. VERCHOTA, STEVE WALTERS, RUSSELL J. ZUARDO  [DE 323] |
| **Joinder Filed:** 5/23/2007 | Joinder with Certificate of Service Filed by CRAIG ORROCK [DE 332] |
| **Reply Filed:** 5/29/2007 | Reply *in Support of Motion to Strike Jury Demand* Filed by ANNE M. LORADITCH on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC [DE 341] |
| **Related Filings:** 5/10/2007 | Ex Parte Motion for Order Shortening Time *for Motion to Strike Jury Demand; Memorandum of Points and Authorities* Filed by ANNE M. LORADITCH on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC [DE 275] |
| 5/15/2007 | Order Granting Ex Parte Application for Order Shortening Time for Hearing on Motion to Strike Jury Demand [DE 290] |
| 9/21/2007 | Notice of Individuals Not Subject to Settlement Agreement [DE 223 in HMA Sales, LLC] |

16. **Objection to Claim 10725-02348, 10725-02351 of Teri L. Melvin in the amount of $97,670.00/$49,561.13 with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4582]

**Status:**   No opposition filed

1864076.1

LEWIS AND ROCA LLP LAWYERS

17. **Objection to Claim 10725-02395 of Tony Suarez in the amount of $24,571.96 with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4584]

**Status:**         No opposition filed

18. **Objection to Claim 10725-02463 of Pedro L. and Carol A. Barroso Trust dated 11/29/90 in the amount of $41,569.41 with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4586]

**Status:**         No opposition filed

19. **Objection to Claim 10725-2465 of Malcolm Jr. and Joan B. Telloian in the amount of $26,146.38 with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4588]

**Status:**         No opposition filed

20. *Thirty Fourth Omnibus Objection of the USACM Liquidating Trust to Claims Asserting Secured Status* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4613]

**Status:**         No opposition filed

21. *Thirty-Fifth Omnibus Objection of the USACM Liquidating Trust to Claims Asserting Secured Status* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4615]

| | |
|---|---|
| **Related Filing:** 9/19/2007 | *Stipulation re Proof of Claim of Musso Living Trust Listed in Thirty-Fifth Omnibus Objection to Proofs of Claim Filed as Secured* filed by Rob Charles on behalf of USACM Liquidating Trust [DE 4817] |
| **9/20/2007** | Order Approving Stipulation and Sustaining Thirty-Fifth Omnibus Objection to Proof of Claim filed by Musso Living Trust [DE 4818] |
| **Status:** | No opposition filed except for Musso Living Trust, which has been resolved by stipulation. |

1864076.1

LEWIS
AND
ROCA
LLP
LAWYERS

22. **Motion for Order to Show Cause *Why DR. LUCIUS BLANCHARD Should Not Be Held In Contempt of Court* Filed by ERIC D MADDEN on behalf of USACM LIQUIDATING TRUST** [DE 4621]

| **Related Filings:** | |
|---|---|
| 8/23/2007 | Declaration Of: Eric D. Madden Filed by ERIC D MADDEN on behalf of USACM LIQUIDATING TRUST [DE 4622] |
| 9/21/2007 | Opposition to Liquidating Trust's Application For Order to Show Cause Why Dr. Lucius Blanchard Should Not Be Held in Contempt of Court and Countermotion for a Protective Order [DE 4839] |
| 9/26/2007 | Notice of Withdrawal of Motion to Show Cause Why Dr. Lucius Blanchard Should Not be held in Contempt of Court and Request to Vacate Hearing [DE 4884] |

**Status:** The motion has been withdrawn.

23. **Motion to Approve Stipulated Judgment and/or Order *Motion to Approve Amended Stipulated Protective Order* Filed by ERIC D. MADDEN on behalf of USACM LIQUIDATING TRUST** [DE 4624]

**Status:** No opposition filed. A revised version of the Amended Stipulated Protective order, as approved by movants and Joseph D. Milanowski, was uploaded on 9/20/07.

24. **Partial Objection to Claim 10725-00010 of Arlene Cronk in the amount of $272,206.96 with Certificate of Service *Filed in Wrong Debtor's Case; Objection of FTDF to Proposed Allowance of Claim; and Objection of DTDF to Proposed Allowance of Claim*** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4643]

**Status:** No opposition filed

25. **Partial Objection to Claim 10725-00627 of Mark Daniel Donnolo in the amount of $600,000.00 with Certificate of Service *Filed in Wrong Debtor's Case; Objection of FTDF to Proposed Allowance of Claim and Objection of DTDF to Proposed Allowance of Claim*** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4645]

**Status:** No opposition filed

1864076.1

LEWIS
AND
ROCA
LLP
LAWYERS

26. **Objection to Claim 10725-02464 of Labossiere Family Trust Dated 3/20/1987, Gerard and Lucille Labossiere Trustees in the amount of $1,500.00** *and Proposed Allowance of Claim 10725-00219 as Informal Proof of Claim* filed by **SHLOMO S. SHERMAN on behalf of OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC** [DE 4647]

| | |
|---|---|
| **Opposition Filed:** 9/07/2007 | Opposition filed by Gerard and Lucille Labossiere [DE 4724] |
| **9/25/07** | Stipulation re Allowance of Informal Proof of Claim and Withdrawal of Duplicate Claim filed by Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund [DE 4883] |
| **Status:** | Resolved by stipulation. |

27. **Motion to Extend Time to Object** *Motion to Further Extend Deadline to File Objection to Allowance of Claims With Certificate Of Service* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4670]

| | |
|---|---|
| **Related Filings:** 8/31/2007 | Declaration Of: Edward M. Burr *in Support of Motion to Further Extend Deadline to Object to Allowance of Claims* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4671] |
| 9/25/2007 | Notice of Posting to Website [DE 4882] |
| **Status:** | No opposition filed. |

DATED: September 26, 2007.

**LEWIS AND ROCA LLP**

By: /s/ Rob Charles (#6593)
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
*Counsel for USACM Liquidating Trust*

1864076.1