**LEWIS** AND
**ROCA** LLP
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 9/26/07

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | **NOTICE OF ENTRY OF ORDER RE STIPULATION FOR WITHDRAWAL WITH PREJUDICE OF PROOF OF CLAIM NO. 10725-00150 FILED BY COXEY LIVING TRUST DTD 12/3/98, KENNETH D. AND VALERIE COXEY** |
| USA SECURITIES, LLC, Debtors. | |
| **Affects:** ☐ All Debtors ☒ USA Commercial Mortgage Company ☐ USA Capital Realty Advisors, LLC ☐ USA Capital Diversified Trust Deed Fund, LLC ☐ USA Capital First Trust Deed Fund, LLC ☐ USA Securities, LLC | |

**PLEASE TAKE NOTICE** that an Order re Stipulation for Withdrawal with Prejudice of Proof of Claim No. 10725-00150 Filed by Coxey Living Trust Dated 12/3/98, Kenneth D. and Valerie Coxey [DE 4635] was entered on the 27th day of August, 2007, a true and correct copy of which is attached hereto as Exhibit A.

1868738.1

LEWIS AND ROCA LLP
LAWYERS

RESPECTFULLY SUBMITTED: September 26, 2007.

**LEWIS AND ROCA LLP**

By  /s/ RC (#006593)
    Susan M. Freeman
    Rob Charles
    *Attorneys for USACM Liquidating Trust*

PROOF OF SERVICE

Copy of the foregoing mailed by First Class, US Mail, postage prepaid, or e-mail, on September 26, 2007 to the following interested parties:

Kenneth D. and Valerie Coxey
1945 Hidden Meadows Dr.
Reno, NV 89502

August B. Landis
OFFICE OF THE U.S. TRUSTEE
300 Las Vegas Blvd., S. Suite 4300
Las Vegas, NV 89101
USTPRegion17.lv.ecf@usdoj.gov


 /s/ Candice R. Elliott
Candice R. Elliott
Lewis and Roca

1868738.1