# EXHIBIT A

Entered on Docket
**August 27, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
CHRISTINE M. PAJAK
(CA State Bar No. 217713), Members of
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email:    fmerola@stutman.com
          ekarasik@stutman.com
          cpajak@stutman.com
Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
701 Bridger, Suite 850
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email:    jshea@sheacarlyon.com
          ccarlyon@sheacarlyon.com
          ssherman@sheacarlyon.com

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                        Debtors.<br><br>Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Order re Stipulation for Withdrawal with Prejudice of Proof of Claim Number 10725-00150 Filed by Coxey Living Trust Dtd 12/3/98, Kenneth D. and Valerie Coxey**<br><br>Hearing Date: September 28, 2007<br>Hearing Time: 1:30 p.m. |

1854863.1

4635

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

399
Las
Facsimile: (702) 949-8321
Telephone (702) 949-8320

**LEWIS AND ROCA LLP**
LAWYERS

The Court having considered the Stipulation for Withdrawal with Prejudice of Proof of Claim Number 10725-00150 Filed by Coxey Living Trust Dtd 12/3/98, Kenneth D. and Valerie Coxey (the ("Stipulation"), and good cause appearing:

IT IS HEREBY ORDERED that the Stipulation is approved.

| SUBMITTED BY: | APPROVED BY: |
|---|---|
| /s/ Rob Charles | /s/ Eve Karasik |
| SUSAN M. FREEMAN | FRANK A. MEROLA |
| ROB CHARLES | EVE H. KARASIK |
| **LEWIS AND ROCA LLP** | CHRISTINE M. PAJAK, Members of |
| 3993 Howard Hughes Parkway, Suite 600 | **STUTMAN, TREISTER & GLATT, P.C.** |
| Las Vegas, NV 89169-0961 | 1901 Avenue of the Stars, 12th Floor |
| | Los Angeles, CA 90067 |
| *Counsel for USACM Liquidating Trust* | |
| | and |
| **APPROVED BY:** | |
| | CANDACE C. CARLYON |
| | SHLOMO S. SHERMAN |
| | **SHEA & CARLYON, LTD.** |
| | 701 Bridger, Suite 850 |
| | Las Vegas, NV 89101 |
| KENNETH D. AND VALERIE COXEY | Telephone: (702) 471-7432 |
| THE COXEY LIVING TRUST | |
| 1945 Hidden Meadows Dr. | *Counsel for the Official Committee of* |
| Reno, NV 89502 | *Equity Security Holders of* |
| | *USA Capital First Trust Deed Fund, LLC* |

###



**LEWIS AND ROCA** LLP LAWYERS

1  The Court having considered the Stipulation for Withdrawal with Prejudice of Proof of

2  Claim Number 10725-00150 Filed by Coxey Living Trust Dtd 12/3/98, Kenneth D. and Valerie

3  Coxey (the ("Stipulation"), and good cause appearing:

4       IT IS HEREBY ORDERED that the Stipulation is approved.

5  **SUBMITTED BY:**                          **APPROVED BY:**

6

7

8  SUSAN M. FREEMAN                          FRANK A. MEROLA
   ROB CHARLES                               EVE H. KARASIK
9  LEWIS AND ROCA LLP                        CHRISTINE M. PAJAK, Members of
   3993 Howard Hughes Parkway, Suite 600     STUTMAN, TREISTER & GLATT, P.C.
10 Las Vegas, NV 89169-0961                  1901 Avenue of the Stars, 12th Floor
                                             Los Angeles, CA 90067
11 *Counsel for USACM Liquidating Trust*

12                                           and

13 **APPROVED BY:**                          CANDACE C. CARLYON
                                             SHLOMO S. SHERMAN
14                                           SHEA & CARLYON, LTD.
                                             701 Bridger, Suite 850
15                                           Las Vegas, NV 89101
                                             Telephone: (702) 471-7432
16 KENNETH D. AND VALERIE COXEY
   THE COXEY LIVING TRUST
17 1945 Hidden Meadows Dr.                   *Counsel for the Official Committee of*
   Reno, NV 89502                            *Equity Security Holders of*
18                                           *USA Capital First Trust Deed Fund, LLC*

19

20

21                                           ####

22

23

24

25

26