Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com

*Attorneys for Debtors and Debtors-In-Possession*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **USA CAPITAL FIRST TRUST DEED FUND, LLC'S SUPPLEMENT TO FINAL REPORT** |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC | **(Affects USA Capital First Trust Deed Fund, LLC)**<br><br>**Date: September 28, 2007**<br>**Time: 1:30 p.m.** |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1    USA Capital First Trust Deed Fund, LLC ("FTDF"), by and through its counsel, hereby

2    submits this Supplement to the "Final Report of Action Taken and Progress Towards

3    Consummation of Confirmed Plan of Reorganization" that was filed on July 16, 2007 [Docket No.

4    4178] ("Final Report"). This Supplement is the "Supplemental Report" referenced in the Final

5    Report and in the "Motion to Close Case and Request for Final Decree" that was filed by FTDF on

6    July 27, 2007 [Docket No. 4242] ("Motion to Close"), which is currently scheduled to be heard by

7    the Court on September 28, 2007.   Unless otherwise stated, all capitalized words and terms used

8    herein are as defined in the Final Report. The Final Report, the Motion to Close and this

9    Supplemental Report are supported by the Declaration of Susan M. Smith ("Smith Declaration")

10    which has been filed concurrently herewith.

11    **I.    Introduction**

12    Based on the facts stated in the Final Report, the Motion to Close and below, all of which

13    are supported by the Smith Declaration, the estate of FTDF has been "fully administered" within

14    the meaning of Section 350(a) of the Bankruptcy Code. *See* Motion to Close at 6-9.   Accordingly,

15    FTDF respectfully requests that the Court grant the Motion to Close, and enter a Final Decree in

16    FTDF's Chapter 11 Case.

17    In the Final Report and the Motion to Close, FTDF disclosed that as of the date of the

18    filing of those papers, all of the assets of the FTDF estate had been transferred in accordance with

19    the confirmed Plan and Confirmation Order, substantially all distributions required to be made

20    under the confirmed Plan and other Orders of the Court had been made, all of the Compromises

21    set forth in the Plan or approved by the Court pursuant to the Plan after the Effective Date had

22    been effectuated, all Disputed Claims had been resolved, and substantially all litigation involving

23    FTDF had been resolved. The Smith Declaration at ¶¶ 5-17 sets forth the facts supporting these

24    disclosures.

25    FTDF also disclosed in the Final Report and the Motion to Close that, although the

26    confirmed Plan had been substantially consummated and implemented as to FTDF, there were a

27    limited number of matters that required continued administration or resolution.  As set forth in

28    Part II of this Supplemental Report, all of those matters, with the exception of those dependent on

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1   a Final Distribution, have been fully administered or resolved, and the Final Distribution and

2   matters related thereto will be accomplished within ten days of the entry of an Order granting the

3   Motion to Close.

4       Finally, certain limited matters have arisen since the filing of the Final Report and the

5   Motion to Close, all of which have been resolved or will be resolved as part of the Final

6   Distribution. These matters are discussed in Part III below.

7   **II.**    **Status of Matters Unresolved At The Filing Of The Final Report And Motion To**

8   **Close**

9       FTDF stated in the Final Report and Motion to Close that the following limited matters

10   required continued administration or final resolution as of the date that those papers were filed:

11       (1)    The allowance by the Court of the Administrative Expense Claims requested in the

12           Final Fee Applications filed by the FTDF Committee and by the professionals for

13           FTDF and the FTDF Committee, and a distribution from the FTDF Ordered

14           Expense Reserve on any such Allowed Administrative Expenses Claims. *See* Final

15           Report at 3; 8 (¶ II.5.d.); 9 (¶ III.5); & 10 (¶ IV.1.a).

16       (2)    Payment of several Allowed Claims. *See* Final Report at 8 (¶ II.5.e.i.); 9 (¶ III.4);

17           & Exhibit 2.

18       (3)    Dismissal of the Compass Proceeding. *See* Final Report at 10 (¶ IV.1.b).

19       (4)    Entry of an Order by the District Court approving the stipulation dismissing FTDF

20           from the DACA appeal of the Confirmation Order. *See* Final Report at 11 (¶ 2.b).

21       (5)    Payment of final implementation expenses from the FTDF Ordered Expense

22           Reserve, and the release of any surplus Cash in that Reserve. *See* Final Report at 3;

23           & 8 (II.5.d.).

24       (6)    Final Distribution. *See* Final Report at 2-3.

25       (7)    Certain limited ministerial matters related to the winding up of FTDF ("Wind Up

26           Tasks"). *See* Motion to Close.

27

28

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1    At this time, items (1) through (4) have been accomplished or resolved. Smith Declaration

2    ¶¶ 10-13 & 15. Furthermore, as set forth in ¶¶ 18-22 & 27 of the Smith Declaration, it is

3    anticipated that within ten days of the entry of an Order granting the Motion to Close, items (5)

4    and (6) will be accomplished: The last of the implementation expenses will be set, those expenses

5    will be paid from the FTDF Ordered Expense Reserve, the FTDF Ordered Expense Reserve will

6    be released, and a Final Distribution will be made. Upon Final Distribution, if not sooner, the

7    limited Wind-Up Tasks defined in item (7) will be accomplished. *See* Smith Declaration ¶¶ 24-26.

8    Within ten days of making the Final Distribution, FTDF will file a Final Distribution

9    Report with the Court, which will include a copy of an executed Disbursing Agent Agreement, the

10   form of which has been approved by the Court. Smith Declaration ¶ 23. After the Final

11   Distribution is made and the Disbursing Agent Agreement is executed, all future responsibility for

12   any distributions to FTDF members pursuant to the Compromises in the confirmed Plan, including

13   Art. IV, Section A.3.b and A.3.d of the Plan, will be the responsibility of the USACM Trust as

14   

15   FTDF will cease to exist.

16   **III.    Matters That Have Arisen Since The Filing Of The Final Report And Motion To Close**

17   

18   Since the filing of the Final Report and the Motion to Close, a limited number of matters

19   have arisen, all of which have been resolved, or will be resolved upon Final Distribution.

20   (1)    *State Court Action.* On September 19, 2007, FTDF was served with a Complaint

21          that was filed in Superior Court of Arizona, Yavpai County, designated as Case No.

22          CV820070179. The Plaintiff in that matter has since filed a Notice of Voluntary

23          Dismissal as to FTDF, which is attached as Exhibit 3 to the Smith Declaration.

24          Thus, this matter is no longer pending in the state court. Smith Declaration ¶ 15.c

25          & Exhibit 3.

26   (2)    *Reclassification Motions.* After the Final Report was filed, FTDF learned that

27          approximately 18 proofs of Claim had been filed against other Debtors by FTDF

28

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

members.  Accordingly, at FTDF's request, the FTDF Committee filed papers with the Court objecting to or related to the treatment of the Claims ("Reclassification Motions").  A hearing on the Reclassification Motions is scheduled for September 28, 2007.  At this time, only one response has been filed, and it has been resolved by Stipulation.  This Stipulation, if approved by the Court, will permit one additional "Allowed Claim" against FTDF which will be paid in full by FTDF as part of the Final Distribution.  Smith Declaration ¶ 14.  Also, three other parties affected by the Reclassification Motions have entered into Stipulations, agreeing to withdraw their respective Claims.  No other parties served with the Reclassification Motions have filed responses thereto.  Accordingly, it is anticipated that the Court will enter an Order at the scheduled September 28, 2007 hearing granting the Reclassification Motions as to all of those who have not responded.  The granting of the Reclassification Motions as to claimants who have not responded will not impact distributions that have been made to date.  Smith Declaration ¶ 15.a.iii.

3.    *HMA Settlement*.  FTDF has learned that the Court recently approved a Settlement Agreement in the Chapter 11 case, In re HMA Sales, LLC, Case No. 07-12694, potentially involving the rights of certain FTDF members to receive a Final Distribution.  As set forth in ¶ 27 of the Smith Declaration, FTDF will make its Final Distribution consistent with the terms of the Court-approved Settlement Agreement.

**IV.    <u>Conclusion</u>**

Accordingly, based on the Smith Declaration, the Final Report, the Motion to Close and this Supplemental Report, FTDF requests that this Court grant the Motion to Close, and enter a

/ / /

/ / /

/ / /

/ / /

/ / /

1    Final Decree in FTDF's Chapter 11 Case.

2        Respectfully submitted this 27th day of September, 2007.

3

4

5

                                                 Lenard E. Schwartzer, Nevada Bar No. 0399

6    Jeanette E. McPherson, Nevada Bar No. 5423

7    SCHWARTZER & MCPHERSON LAW FIRM
     2850 South Jones Boulevard, Suite 1

8    Las Vegas, Nevada  89146

9    and

10   Annette W. Jarvis, Utah Bar No. 1649

11   Steven C. Strong, Utah Bar No. 6340
     RAY QUINNEY & NEBEKER P.C.

12   36 South State Street, Suite 1400
     P.O. Box 45385

13   Salt Lake City, Utah 84145-0385

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122