**Entered on Docket
September 27, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | ) | Case No. BK-S-06-10725-LBR |
|---|---|---|
| | ) | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | ) | Case No. BK-S-06-10727-LBR |
| | ) | Case No. BK-S-06-10728-LBR |
| | ) | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | ) | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | ) | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | ) | **Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |
| USA SECURITIES, LLC,        Debtors. | ) | |

1860413.1

### STIPULATED ORDER APPROVING WITHDRAWAL OF PROOF OF CLAIM FILED BY TERRY MCCASKILL MD PROFIT SHARING PLAN DTD 1/1/89

The Stipulation to Withdraw Proof of Claim No. 10725-00288 filed by Claimant [DE 4861] came before the Court for consideration. No notice being necessary and good cause appearing, it is

- ORDERED approving the Stipulation:
- Proof of Claim No. 10725-00288 filed by Claimant is withdrawn; and
- No further notice is required to be provided to Claimant, and Claimant will receive no distributions from the USACM Liquidating Trust on account of Proof of Claim No. 10725-00288.

### ###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
*Attorneys for USACM Liquidating Trust*

APPROVED:

_____
Terry McCaskill MD
Trustee for Terry McCaskill MD Profit
Sharing Plan DTD 1/1/89
6630 South McCarran Boulevard, Suite 12
Reno, Nevada 89509-6136

1860413.1

APPROVED:

*Brad Graves* (signature)

Brad T. Graves MD
Trustee for Terry McCaskill MD Profit Sharing Plan DTD 1/1/89
6630 South McCarran Boulevard, Suite 12
Reno, Nevada 89509-6136