

**Entered on Docket
September 28, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

LEWIS AND ROCA LLP

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA (CA 136934) | JAMES PATRICK SHEA (NV 000405) |
| EVE H. KARASIK (CA 155356) | CANDACE C. CARLYON (NV 002666) |
| CHRISTINE M. PAJAK (CA 217173) | SHLOMO S. SHERMAN (NV 009688) |
| 1901 Avenue of the Stars, 12th Floor | 701 Bridger, Suite 850 |
| Los Angeles, California 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| Facsimile: (310) 228-5788 | Facsimile: (702) 471-7435 |
| Email:   fmerola@stutman.com | Email:   jshea@sheacarlyon.com |
|             ekarasik@stutman.com |             ccarlyon@sheacarlyon.com |
|             cpajak@stutman.com |             ssherman@sheacarlyon.com |

Counsel for the Official Committee Of Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

| | |
|---|---|
| ORRICK, HERRINGTON & SUTCLIFFE LLP | SNELL & WILMER, LLP |
| MARC A. LEVINSON (CA 57613, pro hac vice) | ROBERT R. KINAS (NV 006019) |
| JEFFERY D. HERMANN (CA 90445, pro hac vice) | CLAIRE DOSSIER (NV 010030) |
| 400 Capitol Mall | 3883 Howard Hughes Parkway, Suite 1100 |
| Sacramento, California 95814 | Las Vegas, NV 89169 |
| Telephone: (916) 447-9200 | Telephone: (702) 784-5200 |
| Facsimile: (916) 329-4900 | Facsimile: (702) 784-5252 |
| Email:   malevinson@orrick.com | Email:   rkinas@swlaw.com |
|             jhermann@orrick.com |             cdossier@swlaw.com |

Attorneys for Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10726-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Case No. BK-S-06-10729-LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | CHAPTER 11 |
| USA SECURITIES, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| Debtors. | **Order Approving Stipulation for Withdrawal with Prejudice of Proof of Claim Numbers 10728-00092-2, 10728-00098-2, 10727-00044-2, and 10725-00098-3 Filed by Robert and Beverley Carollo** |
| **Affects:** | |
| ☐ All Debtors | |
| ☒ USA Commercial Mortgage Company | |
| ☐ USA Capital Realty Advisors, LLC | |
| ☒ USA Capital Diversified Trust Deed Fund, LLC | Hearing Date:  September 28, 2007 |
| ☒ USA Capital First Trust Deed Fund, LLC | Hearing Time: 1:30 p.m. |
| ☐ USA Securities, LLC | |

1868611.1

The Court having considered the Stipulation for Withdrawal with Prejudice of Proof of Claim Numbers 10728-00092-2, 10728-00098-2, 10727-00044-2, and 10725-00098-3 Filed by Robert and Beverley Carollo (the "Stipulation"), and good cause appearing:

IT IS HEREBY ORDERED that the Stipulation is approved.

IT IS FURTHER ORDERED, that the following Proofs of Claim are hereby withdrawn with prejudice:

> 10725-00098-3, filed against USACMC;
> 10727-00044-2, filed against DTDF;
> 10728-00092-2, filed against FTDF; and
> 10728-00098-2, filed against FTDF.

IT IS FURTHER ORDERED that Claimants' equity interest in DTDF is allowed in the amount of $96,094.65 as of the Petition Date, as reflected in DTDF's books and records.

SUBMITTED BY:    APPROVED BY:

_s/ Rob Charles_
SUSAN M. FREEMAN
ROB CHARLES
**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961

*Counsel for USACM Liquidating Trust*

_s/ Laurel Davis_
LAUREL ELIZABETH DAVIS
**FENNEMORE CRAIG, P.C.**
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101

*Counsel for Robert and Beverley Carollo*

///

///

///

///

///

2

1868611.1

| | |
|---|---|
| APPROVED BY: | APPROVED BY: |
| __s/Robert R.Kinas__ | __s/ Eve Karasik__ |
| ROBERT R. KINAS | FRANK A. MEROLA |
| CLAIRE DOSSIER | EVE H. KARASIK |
| **SNELL & WILMER, LLP** | CHRISTINE M. PAJAK, Members of |
| 3883 Howard Hughes Parkway, Suite 1100 | **STUTMAN, TREISTER & GLATT, P.C.** |
| Las Vegas, NV 89169 | 1901 Avenue of the Stars, 12th Floor |
| | Los Angeles, CA 90067 |
| and | |
| | and |
| MARC A. LEVINSON | |
| JEFFERY D. HERMANN | CANDACE C. CARLYON |
| **ORRICK, HERRINGTON & SUTCLIFFE LLP** | SHLOMO S. SHERMAN |
| | **SHEA & CARLYON, LTD.** |
| 400 Capitol Mall | 701 Bridger, Suite 850 |
| Sacramento, California 95814 | Las Vegas, NV 89101 |
| | Telephone: (702) 471-7432 |
| *Counsel for Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC* | |
| | *Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC* |

###

1868611.1