

**Entered on Docket
September 28, 2007**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON, ESQ. |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666) |
| ANDREW M. PARLEN | SHLOMO S. SHERMAN, ESQ. |
| (CA State Bar No. 230429), Members of | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 701 Bridger, Suite 850 |
| Los Angeles, CA 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| E-mail: fmerola@stutman.com | E-mail: jshea@sheacarlyon.com |
| ekarasik@stutman.com | ccarlyon@sheacarlyon.com |
| cpajak@stutman.com | ssherman@sheacarlyon.com |

*Counsel for the Official Committee of Equity Security Holders of
USA Capital First Trust Deed Fund, LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: USA COMMERCIAL MORTGAGE COMPANY, Debtor. | ) BK-S-06-10725-LBR<br>) Chapter 11 |
| In re: USA CAPITAL REALTY ADVISORS, LLC, Debtor. | ) BK-S-06-10726-LBR<br>) Chapter 11 |
| In re: USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor. | ) BK-S-06-10727-LBR<br>) Chapter 11 |
| In re: USA CAPITAL FIRST TRUST DEED FUND, LLC, Debtor. | ) BK-S-06-10728-LBR<br>) Chapter 11 |
| In re: USA SECURITIES, LLC, Debtor. | ) BK-S-06-10729-LBR<br>) Chapter 11 |
| Affects<br>☐ All Debtors<br>☒ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA First Trust Deed Fund, LLC | ) Date: September 28, 2007<br>) Time: 1:30 a.m. |

*SHEA & CARLYON, LTD.
701 Bridger Ave., Suite 850
Las Vegas, Nevada 89101
(702) 471-7432*

1

## ORDER RE STIPULATION RE ALLOWANCE OF INFORMAL PROOF OF CLAIM AND WITHDRAWAL OF DUPLICATE CLAIM

The Court having considered the Stipulation re Allowance of Informal Proof of Claim and Withdrawal of Duplicate Claim (the "Stipulation"), and good cause appearing:

IT IS HEREBY ORDERED that the Stipulation is approved.

IT IS FURTHER ORDERED that Claim No. 10725-00219 is hereby allowed as n informal proof of claim against the USACapital First Trust Deed Fund, LLC estate.

IT IS FURTHER ORDERED that Claim No. 10725-02464, which is a duplicate of Claim No. 10725-00219, is withdrawn with prejudice.

SUBMITTED BY:

SHEA & CARLYON, LTD.

_/s/_

CANDACE C. CARLYON, ESQ.
Nevada State Bar No. 002666
SHLOMO S. SHERMAN, ESQ.
Nevada State Bar No. 009688
701 Bridger, Suite 850
Las Vegas, Nevada 89101

and

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
EVE H. KARASIK
CHRISTINE M. PAJAK
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

APPROVED BY:

GERARD AND LUCILLE LABOSSIERE
THE LABOSSIERE FAMILY TRUST
635 Jessica Dr.
Mesquite, NV 89027

_/s/ Gerard LaBossiere (Trustee)_
_/s/ Lucille LaBossiere (Trustee)_

###

SHEA & CARLYON, LTD.
701 Bridger Ave., Suite 850
Las Vegas, Nevada 89101
(702) 471-7432

2