**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 9/28/07

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>　　Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER APPROVING STIPULATION RE WITHDRAWAL OF PROOF OF CLAIM NO. 10725-00252 FILED BY ROBERT H. PERLMAN AND LYNN R. PERLMAN TRUST DTD 9/17/92** |

**PLEASE TAKE NOTICE** that an Order Approving Stipulation Re Withdrawal of Proof of Claim No. 10725-00252 filed by Robert H. Perlman and Lynn R. Perlman Trust DTD 9/17/92 [DE 4849] was entered on the 24th day of September 2007, a true and correct copy of which is attached hereto as Exhibit A.

1869371.1

LEWIS AND ROCA LLP
LAWYERS

RESPECTFULLY SUBMITTED September 28, 2007.

**LEWIS AND ROCA LLP**

By  /s/ RC (#006593)
　　Susan M. Freeman
　　Rob Charles
*Attorneys for USACM Liquidating Trust*

PROOF OF SERVICE

Copy of the foregoing mailed by First Class, US Mail, postage prepaid, or e-mail, on September 28, 2007 to the following interested parties:

Robert Perlman and Lynn R. Perlman
2877 Paradise Road
Unit 3501
Las Vegas, Nevada  89109-5278

August B. Landis
OFFICE OF THE U.S. TRUSTEE
300 Las Vegas Blvd., S. Suite 4300
Las Vegas, NV 89101
USTPRegion17.lv.ecf@usdoj.gov


 /s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca

1869371.1