# EXHIBIT A

1688943.1

Entered on Docket
September 24, 2007

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>              Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

1864199.1

Sep. 17. 2007 12:27PM    D.C. SWEEPING                              No.7870   P. 3
Case 06-10725-gwz    Doc #: 4902-1   Entered 09/28/07 15:49:57   Page 2 of 4
Case: 06-10725-lbr   Doc #: 4853   Filed: 09/24/2007   Page 2 of 3

# STIPULATED ORDER APPROVING WITHDRAWAL OF PROOF OF CLAIM FILED BY WILLIAM WALLACE

The Stipulation to Withdraw Proof of Claim No. 10725-02023 filed by Claimant [DE 4844] came before the Court for consideration. No notice being necessary and good cause appearing, it is

- ORDERED approving the Stipulation:
- Proof of Claim No. 10725-02023 filed by Claimant in the amount of $50,000.00 is withdrawn; and
- No further notice is required to be provided to Claimant, and Claimant will receive no distributions from the USACM Liquidating Trust on account of Proof of Claim No. 10725-02023.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
Susan M. Freeman
Rob Charles
*Attorneys for USACM Liquidating Trust*

APPROVED:

/s/ William Wallace
William Wallace

2

1864199.1

APPROVED:

CHRISTOPHER D. JAIME, ESQ.

*[signature]*

Christopher D. Jaime, Esq.
Attorneys for William Wallace
Maupin, Cox & LeGoy
4785 Caughlin Parkway
Reno, Nevada 89519

1864199.1