

**Entered on Docket
October 01, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

J. Stephen Peek, Esq., NV. Bar No. 1758
Scott D. Fleming, Esq., NV Bar No. 5638
Matthew J. Kreutzer, Esq., NV Bar No. 8834
Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, Fourth Floor
Las Vegas, Nevada 89169
Telephone: (702) 222-2500
Facsimile: (702) 365-6940
Email: mkreutzer@halelane.com

*Attorneys for Rolland P. Weddell
And Spectrum Financial Group*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: <br> USA COMMERCIAL MORTGAGE COMPANY <br> Debtor. | Bankruptcy No. BK-S-06-10725-LBR <br> Bankruptcy No. BK-S-06-10726-LBR <br> Bankruptcy No. BK-S-06-10727-LBR <br> Bankruptcy No. BK-S-06-10728-LBR <br> Bankruptcy No. BK-S-06-10729-LBR <br><br> (Jointly Administered) <br> Chapter 11 |
| In re: <br> USA CAPITAL REALTY ADVISORS, LLC <br> Debtor. | |
| In re: <br> USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC <br> Debtor. | |
| In re: <br> USA CAPITAL FIRST TRUST DEED FUND, LLC <br> Debtor. | **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR CLAIMANTS ROLLAND P. WEDDELL AND SPECTRUM FINANCIAL GROUP** |
| In re: <br> USA SECURITIES, LLC <br> Debtor. | Hearing Date: September 28, 2007 <br> 1:30 P.M. |

The Motion by the law firm of Hale Lane Peek Dennison and Howard ("Hale Lane"), counsel for Rolland P. Weddell and Spectrum Financial Group (collectively, the "Represented Parties") to withdraw as counsel of record in the above-entitled action is before this Court. All parties have been given the opportunity to object through negative notice and no objection was filed. Accordingly, the Court, having considered said motion, is of the opinion that the motion should be, and hereby is, **GRANTED**.

As a result, it is hereby **ORDERED** that the law firm of Hale Lane is hereby withdrawn as attorneys of record for Roland P. Weddell and Spectrum Financial Group.

>Roland P. Weddell
>2271 Arrowhead Dr.
>Carson City, NV  89706-0459
>Fax:   (775) 883-4088
>
>Spectrum Financial Group, LLC
>c/o William Schilz
>225 Valley Glen Lane
>Martinez, California 94553
>Email: billschilz@Comcast.net
>bill@spectrumgroups.com

Respectfully submitted by:

 /s/ *Scott D. Fleming*
J. Stephen Peek, Esq.
Scott D. Fleming, Esq.
Matthew J. Kreutzer, Esq.
Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, Fourth Floor
Las Vegas, Nevada  89169

*Attorneys for Rolland P. Weddell*
*And Spectrum Financial Group*

# # #