**LEWIS AND ROCA LLP**
LAWYERS

E-Filed on 10/1/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                       Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**STIPULATION RE WITHDRAWAL OF PROOF OF CLAIM NO. 10725-02020 FILED BY G&L NELSON LIMITED PARTNERSHIP** |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

The USACM Liquidating Trust (the "USACM Trust"), by and through its undersigned counsel, and G&L Nelson Limited Partnership ("Claimant"), stipulate:

1.  Claimant filed a Proof of Claim ("Claim") No. 10725-02020 on January 13, 2007, in the amount of $800,000.00.

1864019.1

**LEWIS AND ROCA LLP**
LAWYERS

2. On September 7, 2007, USACM Trust notified Claimant of discrepancies with respect to the Claim and gave Claimant the option to correct the discrepancies or withdraw the Claim.

3. Claimant notified the USACM Trust that Claimant wants to withdraw the proof of claim filed in this case.

Therefore, the parties stipulate and agree that Claimant withdraws proof of claim No. 10725-02020 filed on January 13,2 007, in the amount of $800,000.00 and no further notice shall be given to Claimant. Claimant will receive no distribution from the USACM Trust on account of the Claim, but this does not affect any payments Claimant may be entitled to receive from the current or future servicing agent on pending Direct Lender loans from current or future Borrower loan payments.

DATED:

                              **LEWIS AND ROCA LLP**
                              By: /s/ RC (#6593)
                                  Susan M. Freeman, AZ 4199 (*pro hac vice*)
                                  Rob Charles, NV 6593
                              *Counsel for USACM Liquidating Trust*

                                        -and-

DATED: 9-20-07, 2007.

                              /s/ Jerry W. Nelson, Manager
                              G&L Nelson Limited Partnership
                              P.O. Box 30000
                              Reno, Nevada 89520

1864019.1