J. Stephen Peek, Esq., NV. Bar No. 1758
Scott D. Fleming, Esq., NV Bar No. 5638
Matthew J. Kreutzer, Esq., NV Bar No. 8834
Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, Fourth Floor
Las Vegas, Nevada 89169
Telephone: (702) 222-2500
Facsimile: (702) 365-6940
Email: mkreutzer@halelane.com

*Attorneys for Rolland P. Weddell
And Spectrum Financial Group*

ELECTRONICALLY FILED
October 2, 2007

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: USA COMMERCIAL MORTGAGE COMPANY, Debtor. | Bankruptcy No. BK-S-06-10725-LBR |
| In re: USA CAPITAL REALTY ADVISORS, LLC, Debtor. | Bankruptcy No. BK-S-06-10726-LBR |
| | Bankruptcy No. BK-S-06-10727-LBR |
| In re: USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor. | Bankruptcy No. BK-S-06-10728-LBR |
| | Bankruptcy No. BK-S-06-10729-LBR |
| In re: USA CAPITAL FIRST TRUST DEED FUND, LLC, Debtor. | (Jointly Administered) Chapter 11 |
| In re: USA SECURITIES, LLC, Debtor. | **NOTICE OF WITHDRAWAL AS COUNSEL FOR ROLLAND P. WEDDELL AND SPECTRUM FINANCIAL GROUP** |

**PLEASE TAKE NOTICE** that, on October 1, 2007, the Court granted the Motion by the law firm of Hale Lane Peek Dennison and Howard ("Hale Lane") to Withdraw as Counsel of Record for Rolland P. Weddell and Spectrum Financial Group, LLC (collectively, the "Represented Parties") in the above-entitled action. (See Order attached hereto as Exhibit A). Mr. Weddell and Spectrum Financial Group may be served with notice of further proceedings in this case at the following addresses:

::ODMA\PCDOCS\HLLASDOCS\273520\1          - 1 -

Roland P. Weddell
2271 Arrowhead Dr.
Carson City, NV 89706-0459
Fax: (775) 883-4088

Spectrum Financial Group
c/o William Schilz
225 Valley Glen Lane
Martinez, California 94553
Email: billschilz@Comcast.net
bill@spectrumgroups.com

A Status Hearing is currently set for October 15, 2007 on USA Commercial Mortgage Group Liquidating Trust's Objections to Spectrum Financial Group's Claim No. 819 in the amount of $49,581,000 and Roland P. Weddell's Claim No. 821 in the amount of $13,081,000.

Dated October 1, 2007

/s/ *Scott D. Fleming*
J. Stephen Peek, Esq.
Scott D. Fleming, Esq.
Matthew J. Kreutzer, Esq.
Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, Fourth Floor
Las Vegas, Nevada 89169

*Attorneys for Rolland P. Weddell*
*And Spectrum Financial Group*

**CERTIFICATE OF MAILING**

I certify that on the 2nd of October, 2007, I served a copy of the <u>NOTICE OF WITHDRAWAL AS COUNSEL FOR ROLLAND P. WEDDELL AND SPECTRUM FINANCIAL GROUP</u> by depositing a copy of the same in a sealed envelope in the United States mail, Reno, Nevada, first-class postage fully prepaid, or by electronic notification and addressed to the persons as follows:

/S/ *Cyndy Arnold*

**Electronic notice to:**

- MICHELLE L. ABRAMS    mabrams@mabramslaw.com
- FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com
- NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com; ecf@parsonsbehle.com
- FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov
- OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com; paltstatt@nevadafirm.com; sliberio@nevadafirm.com
- KERIANN M. ATENCIO    ATENCIOK@GTLAW.COM
- PETER C. BERNHARD    peter.bernhard@bullivant.com, michelle.diegel@bullivant.com
- BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com; jmiller@bmcgroup.com; jbartlett@bmcgroup.com; mjohn@bmcgroup.com
- GEORGANNE W. BRADLEY    georganne.bradley@bullivant.com, mary.opatrny@bullivant.com
- KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com
- THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com
- ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com; lmackson@shutts-law.com
- LOUIS M. BUBALA    lbubala@jonesvargas.com, tbw@jonesvargas.com; aanthony@jonesvargas.com
- MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com; jrammos@callister-reynolds.com
- CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com; bankruptcyfilings@sheacarlyon.com
- ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com
- MICHAEL W. CHEN    yvette@ccfirm.com
- KEVIN B. CHRISTENSEN    kbchrislaw@aol.com
- JANET L. CHUBB    tbw@jonesvargas.com
- EDWARD S. COLEMAN    mail@coleman4law.com
- WILLIAM D COPE    cope_guerra@yahoo.com
- LAUREL E. DAVIS    ldavis@fclaw.com, mhurtado@fclaw.com
- THOMAS W. DAVIS    tdavis@hwmlvlaw.com, wendim@hwmlvlaw.com
- J CRAIG DEMETRAS    JCD@demetras-oneill.com, jar@demetras-oneill.com; mdh@demetras-oneill.com
- DONNA DIMAGGIO-HIGHBERGER    ddimaggio@kkbrf.com
- RICHARD I. DREITZER    rdreitzer@yahoo.com
- THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM; bknotices@gordonsilver.com
- ARLEY D FINLEY    TFINLEY@DIAMONDMCCARTHY.COM
- SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com
- GREGORY E GARMAN    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com
- DOUGLAS D. GERRARD    DGERRARD@GERRARD-COX.COM, ekaymedellin@gerrard-cox.com
- WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com
- CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov
- GERALD M GORDON    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com
- R. VAUGHN GOURLEY    vgourley@lvcm.com

Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, Fourth Floor
Las Vegas, Nevada 89169

Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, Fourth Floor
Las Vegas, Nevada 89169

- TALITHA B. GRAY     bankruptcynotices@gordonsilver.com; bknotices@gordonsilver.com
- JAMES D. GREENE     bknotice@bhfs.com
- MARJORIE A. GUYMON     bankruptcy@goldguylaw.com, ddias@goldguylaw.com; angelenal@goldguylaw.com
- PETER W. GUYON     pguyon@yahoo.com
- JEFFREY R. HALL     jhall@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com; ltreadway@sheacarlyon.com
- XANNA R. HARDMAN     xanna.hardman@gmail.com
- STEPHEN R HARRIS     noticesbh&p@renolaw.biz
- JEFFREY L HARTMAN     notices@bankruptcyreno.com, dle@bankruptcyreno.com
- BRIGID M. HIGGINS     bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com
- RICHARD F. HOLLEY     rholley@nevadafirm.com, paltstatt@nevadafirm.com; vnelson@nevadafirm.com; sliberio@nevadafirm.com; bkecf@nevadafirm.com
- RANDOLPH L. HOWARD     rhoward@klnevada.com, ckishi@klnevada.com; bankruptcy@klnevada.com
- DAVID W. HUSTON     dwh@hustonlaw.net, swaits@hustonlaw.net
- JASON A. IMES     bkfilings@s-mlaw.com
- CHRISTOPHER D JAIME     cjaime@waltherkey.com, kbernhar@waltherkey.com
- EVAN L. JAMES     ejameslv@embarqmail.com, kbchrislaw@aol.com
- ANNETTE W JARVIS     ajarvis@rqn.com
- ERIN E. JONES     ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com
- TY E. KEHOE     TyKehoeLaw@aol.com
- ROBERT R. KINAS     rkinas@swlaw.com, jmcbee@swlaw.com; jmath@swlaw.com; mfull@swlaw.com; cdossier@swlaw.com; lvdocket@mindspring.com
- DEAN T. KIRBY     dkirby@kirbymac.com, jhebert@kirbymac.com; lackerman@kirbymac.com
- ZACHARIAH LARSON     ecf@lslawnv.com
- JOHN J. LAXAGUE     jlaxague@caneclark.com
- GEORGE C LAZAR     glazar@foxjohns.com, gclazar@sbcglobal.net
- NILE LEATHAM     nleatham@klnevada.com, ckishi@klnevada.com; bankruptcy@klnevada.com
- ROBERT C. LEPOME     rlepome@cox.net, smstanton@cox.net
- TYSON M. LOMAZOW     tlomazow@milbank.com
- ANNE M. LORADITCH     ecffilings@beckleylaw.com, aloraditch@beckleylaw.com; pkois@beckleylaw.com
- ERIC D MADDEN     emadden@diamondmccarthy.com, jsickels@diamondmccarthy.com
- PATRICIA A. MARR     lvlaw03@yahoo.com
- JAMES C. MCCARROLL    , dturetsky@reedsmith.com; aleonard@reedsmith.com
- REGINA M. MCCONNELL     rmcconnell@kssattorneys.com
- WILLIAM L. MCGIMSEY     lawoffices601@lvcoxmail.com
- RICHARD MCKNIGHT     mcknightlaw@cox.net, gkopang@lawlasvegas.com; cburke@lawlasvegas.com
- JEANETTE E. MCPHERSON     bkfilings@s-mlaw.com; info@s-mlaw.com
- JEANETTE E. MCPHERSON     bkfilings@s-mlaw.com; info@s-mlaw.com
- SHAWN W MILLER     bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com; ltreadway@sheacarlyon.com; mleavitt@sheacarlyon.com
- DAVID MINCIN     mcknightlaw@cox.net, gkopang@lawlasvegas.com; dmincin@lawlasvegas.com,cburke@lawlasvegas.com
- JOHN F MURTHA     jmurtha@woodburnandwedge.com
- ERVEN T. NELSON     erv@rlbolick.com, susan@rlbolick.com; erin@rlbolick.com
- VICTORIA L NELSON     bkecf@nevadafirm.com, vnelson@nevadafirm.com; paltstatt@nevadafirm.com; rholley@nevadafirm.com; sliberio@nevadafirm.com
- BOB L. OLSON     ecffilings@beckleylaw.com, bolson@beckleylaw.com; dgriffis@beckleylaw.com
- DONNA M. OSBORN     ebaker@marquisaurbach.com, dosborn@marquisaurbach.com; tszostek@marquisaurbach.com; kgallegos@MarquisAurbach.com
- CHRISTINE M PAJAK     cpajak@stutman.com, ekarasik@stutman.com
- ANDREW M. PARLEN     aparlen@stutman.com
- DONALD T. POLEDNAK     sandplegal@yahoo.com, spbankruptcy@yahoo.com
- PAUL C RAY     info@johnpeterlee.com
- THOMAS RICE     trice@coxsmith.com, ggattis@coxsmith.com; jbrown@coxsmith.com; dwilliamson@coxsmith.com

::ODMA\PCDOCS\HLLASDOCS\273520\1                    -4-

Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, Fourth Floor
Las Vegas, Nevada 89169

- GORDON C. RICHARDS    gcrclarkandrichards@earthlink.net, sebclarkandrichards@earthlink.net
- CHRISTINE A ROBERTS    bankruptcy@rocgd.com
- STACY M. ROCHELEAU    stacy@arlawgroup.com, wendy@arlawgroup.com
- SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com
- LENARD E. SCHWARTZER    bkfilings@s-mlaw.com
- BRIAN D. SHAPIRO    ecf@brianshapirolaw.com, tiffany@brianshapirolaw.com; brianshapiroesq@yahoo.com; bshapiro@brianshapirolaw.com
- JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com; jshea@sheacarlyon.com
- SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com; ltreadway@sheacarlyon.com; rmsmith@sheacarlyon.com; mleavitt@sheacarlyon.com
- AMBRISH S. SIDHU    ecfnotices@sidhulawfirm.com
- JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com
- ALAN R SMITH    mail@asmithlaw.com, turk@asmithlaw.com; marsh@asmithlaw.com; darby@asmithlaw.com
- ADAM M. STARR    starra@gtlaw.com
- DAVID A. STEPHENS    dstephens@lvcm.com
- PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com
- ERIC W. SWANIS    swanise@gtlaw.com, barberc@gtlaw.com; lengemannc@gtlaw.com
- JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com
- KAARAN E. THOMAS    kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com
- ROLLIN G. THORLEY    rollin.g.thorley@irscounsel.treas.gov
- AMY N. TIRRE    , lmccarron@kkbrf.com
- AMY N. TIRRE    atirre@kkbrf.com, lmccarron@kkbrf.com
- U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov
- ERIC VAN    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com
- GREGORY J. WALCH    GWalch@Nevadafirm.com
- RUSSELL S. WALKER    rwalker@wklawpc.com, eloveridge@wklawpc.com; ckirk@wklawpc.com; tgrover@wklawpc.com
- WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com
- GREGORY L. WILDE    bk@wildelaw.com
- RYAN J. WORKS    rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com; dsampson@mcdonaldcarano.com; aguenther@mcdonaldcarano.com; hvenglik@mcdonaldcarano.com
- WILLIAM J. WRAY    rh@oreillylawgroup.com, rh@oreillylawgroup.com,bc@oreillylawgroup.com,lc@oreillylawgroup.com
- MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com
- ANTHONY A. ZMAILA    azmaila@nevadafirm.com, bkecf@nevadafirm.com; mbarnes@nevadafirm.com,paltstatt@nevadafirm.com

**and mailed to:**

| | | | |
|---|---|---|---|
| SCOTT K. CANEPA<br>CANEPA, RIEDY & RUBINO<br>851 S. Rampart Blvd., #160<br>Las Vegas, NV 89145 | AMERICAN EXPRESS BANK FSB<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | JEAN BARTKOWSKI<br>CLARK BARTKOWSKI<br>P.O. BOX 1180<br>DARBY, MT 59829 | JASPER BENINCASA<br>FLOCERFIDA BENINCASA<br>9359 ROPING COWBOY AVE<br>LAS VEGAS, NV 89178 |
| ANDREW K ALPER<br>6500 WILSHIRE BLVD 17TH FLR<br>LOS ANGELES, CA 90048 | ANGELO GORDON & CO<br>C/O JED HART<br>245 PARK AVE, 26TH FL<br>NEW YORK, NY 10167 | P.O. BOX 1180<br>DARBY, MT 59829 | JOSHUA D BRYSK<br>LAW OFFICES OF JAMES G SCHWARTZ<br>7901 STONERIDGE DRIVE, SUITE 401<br>PLEASANTON, CA 94588 |
| ARNOLD R. ALVES<br>9904 VILLA GRANITO LANE<br>GRANITE BAY, CA 95746 | MICHAEL W ANGLIN<br>FULBRIGHT & JAWORSKI LLP<br>2200 ROSS AVE, STE 2800<br>DALLAS, TX 75201 | EVAN BEAVERS<br>1625 HIGHWAY 88, #304<br>MINDEN, NV 89423 | |

::ODMA\PCDOCS\HLLASDOCS\273520\1                    -5-

Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, Fourth Floor
Las Vegas, Nevada 89169

| | | | | |
|---|---|---|---|---|
| 1 | C RANDALL BUPP<br>2000 CROW CANYON PL #330<br>SAN RAMON, CA 94583 | SANDRA L. COWMAN<br>1525 WINTERWOOD AVENUE<br>SPARKS, NV 89434 | GREEN VALLEY SECURE INVESTMENTS<br>2625 GREEN VALLEY PARKWAY SUITE 125<br>HENDERSON, NV 89014 | HARRY JESSUP<br>2009 WESTLUND DR.<br>LAS VEGAS, NV 89102 |
| 2 | CDW COMPUTER CENTERS INC<br>C/O RECEIVABLE MANAGEMENT SERVICES<br>307 INTERNATIONAL CIRCLE, SUITE 270<br>HUNT VALLEY, MD 21030 | CICI CUNNINGHAM<br>9950 WEST CHEYENNE AVENUE<br>LAS VEGAS, NV 89129<br>bankruptcy@rocgd.com | DAVID R. GRIFFITH<br>STEWRT, HUMPHERYS, TURCHETT, ET. AL.<br>3120 COHASSET ROAD, SUITE 6<br>POST OFFICE BOX 720<br>CHICO, CA 95927 | HELEN B. JESSUP<br>2009 WESTLUND DR.<br>LAS VEGAS, NV 89102<br><br>RICHARD E KAMMERMAN<br>RICHARD KAMMERMAN PC<br>7200 N MOPAC, SUITE 150<br>AUSTIN, TX 78731 |
| 3 | A. WILLIAM CEGLIA<br>3720 POCOHENA COURT<br>WASHOE VALLEY, NV 89704 | VINCE DANELIAN<br>P.O. BOX 97782<br>LAS VEGAS, NV 89193 | ERNA D. GRUNDMAN<br>114 E YOLO STREET<br>ORLAND, CA 95963 | CONSTANTINE KARIDES<br>REED SMITH LLP<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022 |
| 4 | RANEE L. CEGLIA<br>3720 POCOHENA COURT<br>WASHOE VALLEY, NV 89704 | GEORGE DAVIS<br>WEIL GOTHAL & MANGES LLP<br>767 FIFTH AVENUE<br>NEW YORK, NY 10153<br>george.davis@weil.com | JOANNE M. GRUNDMAN<br>1608 BROWN STREET<br>CARSON CITY, NV 89701 | RAY KETTERMAN<br>LINDA KETTERMAN<br>321 N. 19TH STREET<br>ENID, OK 73701 |
| 5 | JANET L. CHUBB<br>JONES VARGAS<br>3773 HOWARD HUGHES PARKWAY<br>THIRD FLOOR SOUTH<br>LAS VEGAS, NV 89109 | ALLAN B. DIAMOND<br>DIAMOND MCCARTHY, LLP<br>909 FANNIN, STE 1500<br>HOUSTON, TX 77010 | HAIN CAPITAL GROUP, LLC<br>MEADOWS OFFICE COMPLEX<br>301 ROUTE 17, 16TH FLOOR<br>RUTHERFORD, NJ 07070 | EDWARD KLINE<br>9932 ARBUCKLE DRIVE<br>LAS VEGAS, NV 89134 |
| 6 | CLARK COUNTY ASSESSOR'S OFFICE<br>C/O M W SCHOFIELD<br>500 S GRAD CENTRAL PKWY<br>LAS VEGAS, NV 89155 | FRANK A ELLIS<br>510 S 9TH ST<br>LAS VEGAS, NV 89101<br><br>BONNY K. ENRICO<br>2072 ALMYRA ROAD<br>SPARTA, TN 38583-5168 | JOHN HINDERAKER<br>LEWIS & ROCA LLP<br>ONE S CHURCH AVE, STE 700<br>TUCSON, AZ 85701-1611 | BETTY KOLSTRUP<br>1830 BALBOA DRIVE<br>RENO, NV 89503 |
| 7 | CLARK COUNTY ASSESSOR'S OFFICE<br>DISTRICT ATTORNEY OFF / K. PHILIPS<br>500 GRAND CENTRAL PKWY, #5075<br>LAS VEGAS, NV 89155 | DAVID R. ENRICO<br>2072 ALMYRA ROAD<br>SPARTA, TN 38583-5168<br><br>FOLEY & LARDNER LLP<br>321 NORTH CLARK STREET SUITE 2800<br>CHICAGO, IL 60610 | JACK HOGGARD<br>7022 RUSHWOOD DR.<br>EL DORADO HILLS, CA 95762-5002<br><br>CHARLES HUFF<br>3426 PINO CIRCLE<br>LAS VEGAS, NV 89121 | REID W. LAMBERT<br>WOODBURY & KESLER, P.C.<br>265 EAST 100 SOUTH, SUITE 300<br>SALT LAKE CITY, UT 84111<br><br>JASON G LANDESS<br>3990 VEGAS DRIVE<br>LAS VEGAS, NV 89108 |
| 8 | HOWARD CONNELL<br>1001 JENNIS SILVER ST<br>LAS VEGAS, NV 89145 | GEORGE D FRAME<br>601 GREENWAY ROAD, STE D<br>HENDERSON, NV 89015 | HUMPHRY 1999 TRUST<br>C/O JACK & ALICE HUMPHRY TTEES<br>3825 CHAMPAGNE WOOD DR<br>NORTH LAS VEGAS, NV 89031-2056 | CYNTHIA J LARSEN<br>MARC A. LEVINSON<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>400 CAPITOL MALL, STE 3000<br>SACRAMENTO, CA 95814-4497 |
| 9 | LORENE CONNELL<br>1001 JENNIS SILVER ST<br>LAS VEGAS, NV 89117 | GERRARD COX & LARSEN<br>2450 SAINT ROSE PARKWAY, SUITE 200<br>HENDERSON, NV 89074 | PAUL A. JACQUES<br>810 SE 7TH ST A-103<br>DEERFIELD BEACH, FL 33441 | ELIZABETH R. LOVERIDGE<br>WOODBURY & KESLER, P.C.<br>265 EAST 100 SOUTH, STE 300<br>SALT LAKE CITY, UT 84111 |
| 10 | WILLIAM D COPE<br>595 HUMBOLDT ST<br>RENO, NV 89509 | | | |
| 11 | ROBERT A. COWMAN<br>1525 WINTERWOOD AVENUE<br>SPARKS, NV 89434 | RICHARD D. GREEN<br>3773 HOWARD HUGHES PKWY, STE 500 NO<br>LAS VEGAS, NV 89169 | ANNETTE W JARVIS<br>POB 45385<br>SALT LAKE CITY, UT 84145 | |

| | | | | |
|---|---|---|---|---|
| 1 | LEE D. MACKSON<br>SHUTTS & BOWEN LLP<br>1500 MIAMI CENTER<br>201 SOUTH BISCAYNE BLVD<br>MIAMI, FL 33131 | NANCY A. PETERMAN<br>GREENBERG TRAURIG, LLP<br>77 W. WACKER DR., SUITE 2500<br>CHICAGO, IL 60601 | SIERRA HEALTH SERVICES, INC<br>ATTN: FRANK COLLINS, ESQ.<br>2724 N. TENAYA WAY<br>P.O. BOX 15645<br>LAS VEGAS, NV 89114-5645 | U.S. BANKRUPTCY APPELLATE<br>PANEL OF THE NINTH CIRCUIT<br>125 S GRAND AVE<br>PASADENA, CA 91105 |
| | STUART MADSEN<br>5843 VALLE VISTA COURT<br>GRANITE BAY, CA 95746 | KRIS PICKERING<br>ROSA SOLIS-RAINEY, ESQ.<br>300 SOUTH FOURTH STREET<br>LAS VEGAS, NV 89101 | ULRICH W SMITH<br>3990 VEGAS DR<br>LAS VEGAS, NV 89108 | PEGGY ANN VALLEY<br>4843 SOUTH POINT<br>DISCOVERY BAY, CA 94514 |
| | JERROLD T. MARITIN<br>8423 PASO ROBLES<br>NORTHRIDGE, CA 91325 | R&N REAL ESTATE<br>INVESTMENTS<br>3990 VEGAS DRIVE<br>LAS VEGAS, NV 89108 | WENDY W. SMITH<br>BINDER & MALTER, LLP<br>2775 PARK AVENUE<br>SANTA CLARA, CA 95050 | MICHAEL C. VAN<br>4129 W. CHEYENNE, SUITE A<br>N. LAS VEGAS, NV 89032 |
| | TERRY MARKWELL<br>12765 SILVER WOLF ROAD<br>RENO, NV 89511 | RAY QUINNEY & NEBEKER P.C.<br>36 SOUTH STATE STREET,<br>SUITE 1400<br>P.O. BOX 45385<br>SALT LAKE CITY, UT 84145 | PATRICIA K. SMOOTS<br>318 N GROVE<br>OAK PARK, IL 60302 | ROBERT VERCHOTA<br>C/O JEFFREY A COGAN, ESQ<br>3990 VEGAS DRIVE<br>LAS VEGAS, NV 89108 |
| | RICHARD J. MASON<br>130 PINETREE LANE<br>RIVERWOODS, IL 60015 | R J ROCCO<br>12617 COTTAGEVILLE LANE<br>KELLER, TX 76248 | DERRICK A. SPATORICO<br>PHETERSON, STEN,<br>CALABRESE & NEILANS,<br>THE WILDER BLDG<br>ONE EAST MAIN ST # 150<br>ROCHESTER, NY 14614 | WALLS FAMILY TRUST<br>DTD 12/10/97<br>C/O JOSEPH P & ELLEN WALLS<br>2778 BEDFORD WAY<br>CARSON CITY, NV 89703 |
| | CRAIG MEDOFF<br>3110 LARKWOOD CREEK<br>FALLBROOK, CA 92028 | NICHOLAS J SANTORO<br>400 S FOURTH ST 3RD FLOOR<br>LAS VEGAS, NV 89101 | BRADLEY J STEVENS<br>3300 N CENTRAL AVE<br>PHOENIX, AZ 85012 | JOYCE WATSON<br>10612 BLACK IRON ROAD<br>LOUISVILLE, KY 40291 |
| | JAY L. MICHAELSON<br>7 W FIGUEROA ST., 2ND FLR<br>SANTA BARBARA, CA 93101 | MICHAEL M. SCHMAHL<br>MCGUIREWOODS LLP<br>77 W. WACKER DRIVE, # 4100<br>CHICAGO, IL 60601 | THOMAS W STILLEY<br>1000 SW BROADWAY #1400<br>PORTLAND, OR 97205 | STEVE WATSON<br>10612 BLACK IRON ROAD<br>LOUISVILLE, KY 40291 |
| | BRECK E. MILDE/TERRA LAW<br>60 SOUTH MARKET ST, # 200<br>SAN JOSE, CA 95113 | JAMES G SCHWARTZ<br>7901 STONERIDGE DR #401<br>PLEASANTON, CA 94588 | STEVEN C STRONG<br>RAY QUINNEY & NEBEKER P.C.<br>36 SOUTH STATE ST, STE 1400<br>SALT LAKE CITY, UT 84145-0385 | GAIL WILCOX<br>PO BOX 1051<br>MINDEN, NV 89423 |
| | MICHAEL P. MOLLO<br>316 S. BROADWAY #B<br>REDONDO BEACH, CA 90277 | SCHWARTZER & MCPHERSON<br>LAW FIRM<br>2850 S. JONES BLVD., #1<br>LAS VEGAS, NV 89146 | STUTMAN, TREISTER & GLATT<br>PROFESSIONAL CORPORATION<br>1901 AVENUE OF THE STARS,<br>12TH FLR<br>LOS ANGELES, CA 90067 | STEVE WILCOX<br>PO BOX 1051<br>MINDEN, NV 89423 |
| | DOUGLAS M MONSON<br>RAY QUINNEY & NEBEKER P.C.<br>36 SOUTH STATE ST, STE 1400<br>PO BOX 45385<br>SALT LAKE CITY, UT 84145-0385 | JAMES E SHAPIRO<br>GERRARD, COX & LARSEN<br>2450 ST ROSE PKWY #200<br>LAS VEGAS, NV 89119 | TECHNOLOGY INVESTMENT<br>PARTNERS, L.L.C.<br>ATTN: STACEY L. FARMER<br>40950 WOODWARD AVE, #201<br>BLOOMFIELD HILLS, MI 48304 | WILLIAM E WINFIELD<br>POB 9100<br>OXNARD, CA 93031 |
| | HOWARD S. NEVINS<br>2150 RIVER PLAZA DR., #450<br>SACRAMENTO, CA 95833 | JAMES SHAW<br>14225 PRAIRIE FLOWER CT<br>RENO, NV 89511-6710 | | MARION E. WYNNE<br>WILKINS, BANKESTER, BILES &<br>WYNNE, P.A.<br>POST OFFICE BOX 1367<br>FAIRHOPE, AL 36533-136 |
| | STEVEN R ORR<br>RICHARDS WATSON GERSHON<br>355 SOUTH GRAND AVE, 40TH FL<br>LOS ANGELES, CA 90071 | SHEA & CARLYON, LTD.<br>228 S 4TH ST 1ST FL<br>LAS VEGAS, NV 89101 | KAARAN THOMAS<br>MCDONALD CARANO WILSON,<br>2300 W SAHARA AVE , STE 1000<br>LAS VEGAS, NV 89102 | MICHAEL YODER<br>DIAMOND MCCARTHY, LLP<br>909 FANNIN, STE 1500<br>HOUSTON, TX 7701 |

Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, Fourth Floor
Las Vegas, Nevada 89169

1  ROLAND P. WEDDELL
   2271 ARROWHEAD DR.
2  CARSON CITY, NV  89706-0459

3  SPECTRUM FINANCIAL GROUP
   C/O WILLIAM SCHILZ
4  225 VALLEY GLEN LANE
   MARTINEZ, CALIFORNIA 94553

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, Fourth Floor
Las Vegas, Nevada 89169

# EXHIBIT "A"

**EXHIBIT "**A"

**Entered on Docket**
**October 01, 2007**

*/s/ Linda B. Riegle*

**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

J. Stephen Peek, Esq., NV. Bar No. 1758
Scott D. Fleming, Esq., NV Bar No. 5638
Matthew J. Kreutzer, Esq., NV Bar No. 8834
Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, Fourth Floor
Las Vegas, Nevada 89169
Telephone: (702) 222-2500
Facsimile: (702) 365-6940
Email: mkreutzer@halelane.com

*Attorneys for Rolland P. Weddell*
*And Spectrum Financial Group*

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re: | |
| USA COMMERCIAL MORTGAGE COMPANY<br>Debtor. | Bankruptcy No. BK-S-06-10725-LBR |
| | Bankruptcy No. BK-S-06-10726-LBR |
| In re: | |
| USA CAPITAL REALTY ADVISORS, LLC<br>Debtor. | Bankruptcy No. BK-S-06-10727-LBR |
| | Bankruptcy No. BK-S-06-10728-LBR |
| In re: | Bankruptcy No. BK-S-06-10729-LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC<br>Debtor. | (Jointly Administered)<br>Chapter 11 |
| In re: | **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR CLAIMANTS ROLLAND P. WEDDELL AND SPECTRUM FINANCIAL GROUP** |
| USA CAPITAL FIRST TRUST DEED FUND, LLC<br>Debtor. | |
| In re: | |
| USA SECURITIES, LLC<br>Debtor. | Hearing Date: September 28, 2007<br>1:30 P.M. |

::ODMA\PCDOCS\HLLASDOCS\272827\3          Page 1 of 2

The Motion by the law firm of Hale Lane Peek Dennison and Howard ("Hale Lane"), counsel for Rolland P. Weddell and Spectrum Financial Group (collectively, the "Represented Parties") to withdraw as counsel of record in the above-entitled action is before this Court. All parties have been given the opportunity to object through negative notice and no objection was filed. Accordingly, the Court, having considered said motion, is of the opinion that the motion should be, and hereby is, **GRANTED**.

As a result, it is hereby **ORDERED** that the law firm of Hale Lane is hereby withdrawn as attorneys of record for Roland P. Weddell and Spectrum Financial Group.

> Roland P. Weddell
> 2271 Arrowhead Dr.
> Carson City, NV 89706-0459
> Fax:   (775) 883-4088
>
> Spectrum Financial Group, LLC
> c/o William Schilz
> 225 Valley Glen Lane
> Martinez, California 94553
> Email: billschilz@Comcast.net
> bill@spectrumgroups.com

Respectfully submitted by:

/s/ *Scott D. Fleming*
J. Stephen Peek, Esq.
Scott D. Fleming, Esq.
Matthew J. Kreutzer, Esq.
Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, Fourth Floor
Las Vegas, Nevada 89169

*Attorneys for Rolland P. Weddell*
*And Spectrum Financial Group*

### #