

Entered on Docket
October 02, 2007

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
CHRISTINE M. PAJAK
(CA State Bar No. 217713), Members of
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email:       fmerola@stutman.com
             ekarasik@stutman.com
             cpajak@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
701 Bridger, Suite 850
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email:       jshea@sheacarlyon.com
             ccarlyon@sheacarlyon.com
             ssherman@sheacarlyon.com

Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10726-LBR |
| | Case No. BK-S-06-10727-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10728-LBR |
| | Case No. BK-S-06-10729-LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC, | **Order Sustaining Partial Objection of USACM Trust To Robert Lange and Robert R. Lange Family Trust Claims to the Extent Filed in Wrong Debtor's Case and as Duplicative; Objection of FTDF to Proposed Allowance of Claim** |
| Debtors. | |
| **Affects:** | |
| ☐ All Debtors | |
| ☒ USA Commercial Mortgage Company | |
| ☐ USA Capital Realty Advisors, LLC | |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | Hearing Date: September 28 |
| ☒ USA Capital First Trust Deed Fund, LLC | Hearing Time: 1:30 p.m. |
| ☐ USA Securities, LLC | |

1854863.1
464650V.2

The Court having considered the Partial Objection of USACM Trust To Robert Lange and Robert R. Lange Family Trust Claims to the Extent Filed in Wrong Debtor's Case and as Duplicative; Objection of FTDF to Proposed Allowance of Claim (the "Objection") [Docket No. 4438]; appearances having been noted on the record; adequate notice of the Objection having been given; there having been no response filed to the Objection; and for good cause appearing:

IT IS HEREBY ORDERED that the Objection is sustained, and that Claim No. 10725-01469 is disallowed in its entirety against the estates and in the cases of USACM and FTDF; that Claim No. 10725-01476 is partially disallowed against the estate and in the case of USACM to the extent of any portion that is based upon the Lange Trust's equity interest in FTDF; and that Claim No. 10725-01476 is disallowed against the estate and in the case of FTDF.

IT IS FURTHER ORDERED that this Order shall not affect any other claims filed by either Lange or the Lange Trust (as defined in the Objection) in these jointly-administered bankruptcy proceedings.

IT IS FURTHER ORDERED that this Order shall not affect either the amount or validity of the Lange Trust's equity interest in FTDF as reflected in FTDF's books and records, which interest is in the amount of $100,488.50.

IT IS FURTHER ORDERED that nothing in this Order shall prejudice the rights of USACM to file further objections to any portion of Claim No. 10725-01476 that is not attributable to the Lange Trust's equity interest in FTDF.

464650V.2

| | |
|---|---|
| SUBMITTED BY: | APPROVED BY: |
| SUSAN M. FREEMAN<br>ROB CHARLES<br>**LEWIS AND ROCA LLP**<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169-0961<br><br>*Counsel for USACM Liquidating Trust* | FRANK A. MEROLA<br>EVE H. KARASIK<br>CHRISTINE M. PAJAK, Members of<br>**STUTMAN, TREISTER & GLATT, P.C.**<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067<br>and<br>CANDACE C. CARLYON<br>SHLOMO S. SHERMAN<br>**SHEA & CARLYON, LTD.**<br>701 Bridger, Suite 850<br>Las Vegas, NV 89101<br>Telephone: (702) 471-7432<br><br>*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC* |

Approved
REVIEWED:

OFFICE OF THE U.S. TRUSTEE

AUGUST B. LANDIS, ESQ.
SCOTT A. FARROW, ESQ.
300 Las Vegas Boulevard, Suite 4300
Las Vegas, NV 89101

464650V.2