

**Entered on Docket
October 02, 2007**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

---

STUTMAN, TREISTER & GLATT, P.C.  
FRANK A. MEROLA  
(CA State Bar No. 136934)  
EVE H. KARASIK  
(CA State Bar No. 155356)  
CHRISTINE M. PAJAK  
(CA State Bar No. 217713), Members of  
1901 Avenue of the Stars, 12th Floor  
Los Angeles, California 90067  
Telephone: (310) 228-5600  
Facsimile: (310) 228-5788  
Email:    fmerola@stutman.com  
          ekarasik@stutman.com  
          cpajak@stutman.com  

SHEA & CARLYON, LTD.  
JAMES PATRICK SHEA  
(Nevada State Bar No. 000405)  
CANDACE C. CARLYON  
(Nevada State Bar No. 002666)  
SHLOMO S. SHERMAN  
(Nevada State Bar No. 009688)  
701 Bridger, Suite 850  
Las Vegas, Nevada 89101  
Telephone: (702) 471-7432  
Facsimile: (702) 471-7435  
Email:    jshea@sheacarlyon.com  
          ccarlyon@sheacarlyon.com  
          ssherman@sheacarlyon.com  

Counsel for the Official Committee Of  
Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>　　　　　　　　　　　　　　　　Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Order Sustaining Objection of USACM Trust To Harrison Family Trust Claim Filed in Wrong Debtor's Case; Objection of FTDF to Proposed Allowance of Claim**<br><br>Hearing Date: September 28<br>Hearing Time: 1:30 p.m. |

1854863.1
463935V.2

The Court having considered the Objection of USACM Trust To Harrison Family Trust Claim Filed in Wrong Debtor's Case; Objection of FTDF to Proposed Allowance of Claim (the "Objection") [Docket No. 4434]; appearances having been noted on the record; adequate notice of the Objection having been given; there having been no response filed to the Objection; and for good cause appearing:

IT IS HEREBY ORDERED that the Objection is sustained, and that Claim No. 10725-2005 (the "Claim") is disallowed against the estates and in the cases of USACM and FTDF to the extent that the Claim is based upon the equity interest of the Harrison Family Trust ("Claimant") in FTDF.

IT IS FURTHER ORDERED that this Order shall not affect any portion of the Claim that is not attributable to the Claimant's equity interest in FTDF, nor any other claims filed by Claimant in these jointly-administered bankruptcy proceedings.

IT IS FURTHER ORDERED that this Order shall not affect either the amount or validity of Claimant's equity interest in FTDF as reflected in FTDF's books and records, which interest is in the amount of $25,000.

IT IS FURTHER ORDERED that nothing in this Order shall prejudice the rights of USACM to file further objections to the portion of the Claim that is not attributable to Claimant's equity interest in FTDF.

463935V.2

| | |
|---|---|
| SUBMITTED BY: | APPROVED BY: |
| *signature* | *signature* |
| SUSAN M. FREEMAN<br>ROB CHARLES<br>**LEWIS AND ROCA LLP**<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169-0961<br><br>*Counsel for USACM Liquidating Trust* | FRANK A. MEROLA<br>EVE H. KARASIK<br>CHRISTINE M. PAJAK, Members of<br>**STUTMAN, TREISTER & GLATT, P.C.**<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067<br>and<br>CANDACE C. CARLYON<br>SHLOMO S. SHERMAN<br>**SHEA & CARLYON, LTD.**<br>701 Bridger, Suite 850<br>Las Vegas, NV 89101<br>Telephone: (702) 471-7432<br><br>*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC* |

Approved
REVIEWED:

OFFICE OF THE U.S. TRUSTEE

*signature*

AUGUST B. LANDIS, ESQ.
SCOTT A. FARROW, ESQ.
300 Las Vegas Boulevard, Suite 4300
Las Vegas, NV 89101

###

463935V.2