

**Entered on Docket
October 02, 2007**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

---

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666) |
| CHRISTINE M. PAJAK | SHLOMO S. SHERMAN |
| (CA State Bar No. 217713), Members of | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 701 Bridger, Suite 850 |
| Los Angeles, California 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| Facsimile: (310) 228-5788 | Facsimile: (702) 471-7435 |
| Email: fmerola@stutman.com | Email: jshea@sheacarlyon.com |
| ekarasik@stutman.com | ccarlyon@sheacarlyon.com |
| cpajak@stutman.com | ssherman@sheacarlyon.com |

Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC, | **Order Sustaining Objection of USACM Trust To Andrew and Beth Mitchell Claims Filed in Wrong Debtor's Case; Objection of FTDF to Proposed Allowance of Claim** |
| Debtors. | |
| **Affects:** | |
| ☐ All Debtors | |
| ☒ USA Commercial Mortgage Company | |
| ☐ USA Capital Realty Advisors, LLC | |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | Hearing Date: September 28 |
| ☒ USA Capital First Trust Deed Fund, LLC | Hearing Time: 1:30 p.m. |
| ☐ USA Securities, LLC | |

1854863.1
463935V.2

The Court having considered the Objection of USACM Trust To Andrew and Beth Mitchell Claims Filed in Wrong Debtor's Case; Objection of FTDF to Proposed Allowance of Claim (the "Objection") [Docket No. 4432]; appearances having been noted on the record; adequate notice of the Objection having been given; there having been no response filed to the Objection; and for good cause appearing:

IT IS HEREBY ORDERED that the Objection is sustained, and that Claim Nos. 10725-01120, 10725-01121, and 10725-01144 are disallowed against the estates and in the cases of USACM and FTDF.

IT IS FURTHER ORDERED that this Order shall not affect any other claims filed by the Mitchells (as defined in the Objection) in these jointly-administered bankruptcy proceedings.

IT IS FURTHER ORDERED that this Order shall not affect either the amount or validity of the Mitchells' equity interests in FTDF as reflected in both FTDF's books and records and in the proofs of interest filed by the Mitchells in FTDF, which interests are in the respective amounts of $59,733, $17,916 and $17,916.

SUBMITTED BY:

SUSAN M. FREEMAN
ROB CHARLES
**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961

*Counsel for USACM Liquidating Trust*

APPROVED BY:

FRANK A. MEROLA
EVE H. KARASIK
CHRISTINE M. PAJAK, Members of
**STUTMAN, TREISTER & GLATT, P.C.**
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
and
CANDACE C. CARLYON
SHLOMO S. SHERMAN
**SHEA & CARLYON, LTD.**
701 Bridger, Suite 850
Las Vegas, NV 89101
Telephone: (702) 471-7432

463935V.2

*Counsel for the Official Committee of
Equity Security Holders of
USA Capital First Trust Deed Fund, LLC*

Approved
~~REVIEWED~~:

OFFICE OF THE U.S. TRUSTEE

_____
AUGUST B. LANDIS, ESQ.
SCOTT A. FARROW, ESQ.
300 Las Vegas Boulevard, Suite 4300
Las Vegas, NV 89101

###

463935V.2