**LEWIS AND ROCA LLP**
**LAWYERS**

E-Filed on 10/2/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | **STIPULATION RE WITHDRAWAL OF PROOF OF CLAIM NO. 10725-02473 FILED BY MIERAU LIVING TRUST DTD 9/14/98** |
| USA SECURITIES, LLC, Debtors. | |
| **Affects:** ☐ All Debtors ☒ USA Commercial Mortgage Company ☐ USA Capital Realty Advisors, LLC ☐ USA Capital Diversified Trust Deed Fund, LLC ☐ USA Capital First Trust Deed Fund, LLC ☐ USA Securities, LLC | |

The USACM Liquidating Trust (the "USACM Trust"), by and through its undersigned counsel, and Mierau Living Trust DTD 9/14/98 ("Claimant"), stipulate:

1. Claimant filed a Proof of Claim ("Claim") No. 10725-02473 on June 4, 2007.

1863738.1

LEWIS AND ROCA LLP
LAWYERS

2.     On September 6, 2007, USACM Trust notified Claimant of discrepancies with respect to the Claim and gave Claimant the option to correct the discrepancies or withdraw the Claim.

3.     Claimant notified the USACM Trust that Claimant wants to withdraw the proof of claim filed in this case.

Therefore, the parties stipulate and agree that Claimant withdraws proof of claim No. 10725-02473 filed on June 4, 2007, and no further notice shall be given to Claimant. Claimant will receive no distribution from the USACM Trust on account of the Claim, but this does not affect any payments Claimant may be entitled to receive from the current or future servicing agent on pending Direct Lender loans from current or future Borrower loan payments.

DATED: October 2, 2007

          **LEWIS AND ROCA LLP**
          By:  /s/ RC (#6593)
              Susan M. Freeman, AZ 4199 (*pro hac vice*)
              Rob Charles, NV 6593
          *Counsel for USACM Liquidating Trust*

              -and-

DATED: SEPT 20, 2007.

          Robert D. Mierau
          Trustee for the Mierau Living
          Trust DTD 9/14/98
          P.O. Box 562
          Glenbrook, Nevada 89413-0562

1863738.1

LEWIS
AND
ROCA
LLP
LAWYERS

DATED: SEPT 20, 2007.

*[signature]*

Sandra J. Mierau
Trustee for the Mierau Living
Trust DTD 9/14/98
P.O. Box 562
Glenbrook, Nevada 89413-0562

3

1863738.1