**Entered on Docket
October 04, 2007**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

## LEWIS AND ROCA LLP

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br><br>          Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

1863726.1

## STIPULATED ORDER APPROVING WITHDRAWAL OF PROOF OF CLAIM FILED BY MIERAU LIVING TRUST DTD 9/14/98

The Stipulation to Withdraw Proof of Claim No. 10725-02473 filed by Claimant [DE 4925] came before the Court for consideration. No notice being necessary and good cause appearing, it is

- ORDERED approving the Stipulation:
- Proof of Claim No. 10725-02473 filed by Claimant is withdrawn; and
- No further notice is required to be provided to Claimant, and Claimant will receive no distributions from the USACM Liquidating Trust on account of Proof of Claim No. 10725-02473.

### ###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
*Attorneys for USACM Liquidating Trust*

APPROVED:

*[signature]*

Robert D. Mierau
Trustee for the Mierau Living
Trust DTD 9/14/98
P.O. Box 562
Glenbrook, Nevada 89413-0562

APPROVED:

*Sandra J. Mierau* (signature)
Sandra J. Mierau
Trustee for the Mierau Living
Trust DTD 9/14/98
P.O. Box 562
Glenbrook, Nevada 89413-0562