United States Bankruptcy Court
District of Nevada
300 Las Vegas Blvd. S.
Las Vegas, NV 89101
Attn: The Honorable Linda B. Riegle

1 October 07

RECEIVED AND FILED

2007 OCT -3  P 3: 49

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Re: Case No. BK-S-06-10725LBR/06-10727

Recent correspondence from the firm of Lewis & Roca advises me that various USA Capital entities are objecting to our claim of $75,000.00 against them. Moreover, failure to respond in writing to the objection by 5 October may result in any claim against 06-1075 LBR being rejected. We hope this response suffices to continue our claim.

My wife and I invested a total of $75,00.00 with USA Capital. The investments were made with written contracts that the investments would pay a certain amount of interest and the principal would be returned to us after a specified time.

The total investment represents a considerable portion of our planned retirement. We would like that amount, or the prorated amount decided by the Court, returned to us. We are not particular as to what sub-division of USA Capital (USACM, DTDF, USA CRA, USA Securities, USACFTDF, or any other tentacle) provides the just return. The USA Corporation has succeeded in obfuscating the matter to such a degree that only those with extensive legal or criminal backgrounds can sort it out.

Yours truly,

Ruth E Geiger

Robert B. Geiger