**LEWIS AND ROCA LLP LAWYERS**

E-Filed on 10/4/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666) |
| CHRISTINE M. PAJAK | SHLOMO S. SHERMAN |
| (CA State Bar No. 217713), Members of | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 701 Bridger, Suite 850 |
| Los Angeles, California 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| Facsimile: (310) 228-5788 | Facsimile: (702) 471-7435 |
| Email: fmerola@stutman.com | Email: jshea@sheacarlyon.com |
| ekarasik@stutman.com | ccarlyon@sheacarlyon.com |
| cpajak@stutman.com | ssherman@sheacarlyon.com |

Attorneys for Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>            Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Stipulation for Withdrawal with Prejudice of Proof of Claim Numbers 10725-00557 and 10725-00558 Filed by Nadine Morton**<br><br>Hearing Date: September 28, 2007<br>Hearing Time: 1:30 p.m. |

1867958.1

The USACM Liquidating Trust (the "USACM Trust"), together with Equity Security Holders of USA Capital First Trust Deed Fund, LLC ("FTDF"), hereby stipulate with Nadine Morton ("Claimant") as follows:

1. On or about October 12, 2006, Claimant filed Proof of Claim No. 10725-00557 against USA Commercial Mortgage Company in the amount of $10,712.58 (the "Claim").

2. On or about October 12, 2006, Claimant filed Proof of Claim No. 10725-00558 against USA Commercial Mortgage Company in the amount of $16,882.42 (the "Claim").

3. No documentation to support the Claim was attached to Claim 10725-00557. Upon request from counsel for the USACM Liquidating Trust, Claimant provided documentation that Claim 10725-00557 is an investment in USA Capital First Trust Deed Fund, LLC ("FTDF").

4. The basis for Claim No. 10725-00558 is shown on its face and in the attachment as an investment in FTDF.

5. The FTDF Committee, upon reviewing FTDF's books and records, has determined that Claimant in fact holds an equity security interest in FTDF (two shares of Class A and three shares of Class B) in the amount of $26,533.50 as of the petition date.

6. On August 8, 2007, the USACM Liquidating Trust and the FTDF Committee jointly filed an "Objection of USACM Trust To Nadine Morton Claim Filed in Wrong Debtor's Case; Objection of FTDF to Proposed Allowance of Claim" (the "Objection") [Docket No. 4440], requesting that Claim No. 10725-00557 be disallowed in its entirety due to: (1) its having been erroneously filed in the USA Commercial Mortgage Company case; and (2) its having been erroneously filed as a "claim," and not an "equity interest" in FTDF.

1867958.1

LEWIS AND ROCA LLP LAWYERS

7.    Claimant has agreed to withdraw Claim Nos. 10725-00557 and 10725-00558 with prejudice.

8.    This stipulation shall not affect any other claims filed by Claimant in these jointly-administered bankruptcy proceedings.

9.    This stipulation shall not affect either the amount or validity of Claimant's equity interest in FTDF as reflected in FTDF's books and records.

WHEREFORE, based on the stipulation set forth above, the parties hereby agree, and request that the Court approve this stipulation as an order of the Court pursuant to Fed. R. Bankr. P. 3006, as follows:

1.    Claim Nos. 10725-00557 and 10725-00558 are hereby withdrawn with prejudice.

2.    Claimant's equity interest in FTDF is allowed in the amount of $26,533.50, as reflected in FTDF's books and records.

3.    The hearing on the objection to Claim No. 10725-00557 scheduled for September 28, 2007 may be vacated.

DATED: October 4, 2007.

By: *Eve H. Karasik*
    Frank A. Merola
    Eve H. Karasik
    Christine M. Pajak
**STUTMAN, TREISTER & GLATT, P.C.**
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

By: /s/ RC (#006593)
    Susan M. Freeman
    Rob Charles
**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961
*Counsel for USACM Liquidating Trust*

1867958.1

LEWIS AND ROCA LLP LAWYERS

and

CANDACE C. CARLYON
SHLOMO S. SHERMAN
**SHEA & CARLYON, LTD.**
701 Bridger, Suite 850
Las Vegas, NV 89101
Telephone: (702) 471-7432
*Counsel for Equity Security Holders of*
*USA Capital First Trust Deed Fund, LLC*

[signature]
NADINE MORTON
2708 La Solana Way
Las Vegas, NV 89102

4

1867958.1