LEWIS AND ROCA LLP
LAWYERS

E-Filed on 10/4/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                         Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**STIPULATION CONTINUING HEARING ON OBJECTIONS TO CLAIM 1366 OF LOS VALLES LAND & GOLF LLC**<br><br>Date of Hearings: October 15, 2007<br>Time of Hearings: 9:30 a.m.<br><br>New Date of Hearings: November 2, 2007<br>Time of Hearings: 9:30 a.m. |

USACM Liquidating Trust (the "USACM Trust"), by and through its counsel, Lewis and Roca LLP, and Los Valles Land & Golf LLC ("Los Valles"). by and through its counsel, Akin Gump Strauss Hauer & Feld LLP, hereby stipulate:

1.    The USACM Trust filed two objections to Claim No. 1366 of Los Valles [DE 3076 and 3168].

**LEWIS AND ROCA LLP**
LAWYERS

2. Those objections were set for status hearing on October 15, 2007 at 9:30 a.m. with Los Valles response being due on September 21, 2007. [DE# 4151] The USACM Trust then filed an amended objection on September 20, 2007. [DE# 4820]

3. The parties request additional time to allow Los Valles to analyze the amended objection and file a response. In order to facilitate that:

- The deadline for Los Valles to file a response to the Objections be extended to October 15, 2007;
- any reply to the response shall be filed and served by October 23, 2007; and
- the hearing on the Objections filed by the USACM Trust to Claim No. 1366 of Los Valles be continued to November 2, 2007 at 9:30 a.m.

4. The parties submit a stipulated order for the Court's convenience.

DATED: October 4, 2007.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
John Hinderaker, AZ 18024 *(pro hac vice)*
*Counsel for USACM Liquidating Trust*

-and-

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By: s/ Peter Mort
Peter Mort
3612 Main Street
Riverside, California 92501
Tel: 310-229-1007
Email: pmort@akingump.com
*Attorneys for Los Valles Land & Golf LLC.*

1868663.1