

**Entered on Docket
October 05, 2007**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

---

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA (CA 136934)
EVE H. KARASIK (CA 155356)
CHRISTINE M. PAJAK (CA 217173)
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email:  fmerola@stutman.com
        ekarasik@stutman.com
        cpajak@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA (NV 000405)
CANDACE C. CARLYON (NV 002666)
SHLOMO S. SHERMAN (NV 009688)
701 Bridger, Suite 850
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email:  jshea@sheacarlyon.com
        ccarlyon@sheacarlyon.com
        ssherman@sheacarlyon.com

Counsel for the Official Committee Of Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

ORRICK, HERRINGTON & SUTCLIFFE LLP
MARC A. LEVINSON (CA 57613, pro hac vice)
JEFFERY D. HERMANN (CA 90445, pro hac vice)
400 Capitol Mall
Sacramento, California 95814
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email:  malevinson@orrick.com
        jhermann@orrick.com

SNELL & WILMER, LLP
ROBERT R. KINAS (NV 006019)
CLAIRE DOSSIER (NV 010030)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email:  rkinas@swlaw.com
        cdossier@swlaw.com

Attorneys for Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br><br>                                        Debtors.<br><br>Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>Order Sustaining Partial Objection of USACM Trust To Mark Daniel Donnolo Claim Filed in Wrong Debtor's Case; Objection of FTDF to Proposed Allowance of Claim; and Objection of DTDF to Proposed Allowance of Claim<br><br>Hearing Date: September 28, 2007<br>Hearing Time: 1:30 p.m. |

1854863.1
463935V.2

The Court having considered the Partial Objection of USACM Trust To Mark Daniel Donnolo Claim Filed in Wrong Debtor's Case; Objection of FTDF to Proposed Allowance of Claim; and Objection of DTDF to Proposed Allowance of Claim (the "Objection") [Docket No. 4645]; appearances having been noted on the record; adequate notice of the Objection having been given; there having been no response filed to the Objection; and for good cause appearing:

IT IS HEREBY ORDERED that the Objection is sustained, and that Claim No. 10725-00627 (the "Claim") is partially disallowed against the estate and in the case of USACM to the extent of any portion of the Claim that purports to be based upon any equity interest of Mark Daniel Donnolo ("Claimant") in either FTDF or DTDF; and the Claim is further disallowed against the estates and in the cases of FTDF and DTDF in its entirety.

IT IS FURTHER ORDERED that this Order shall not affect any other claims filed by Claimant in these jointly-administered bankruptcy proceedings.

IT IS FURTHER ORDERED that this Order shall not affect either the amount or validity of the equity interest of the Donnolo Trust (as defined in the Objection) in FTDF as reflected in FTDF's books and records, and as confirmed by this Court's Order entered on March 21, 2007 [Docket No. 3229], which interest is in the amount of $248,754.

IT IS FURTHER ORDERED that this Order shall not affect either the amount or validity of the equity interest of the Donnolo Trust (as defined in the Objection) in DTDF as reflected in DTDF's books and records, which interest is in the amount of $ 48,047.32.

IT IS FURTHER ORDERED that nothing in this Order shall prejudice the rights of USACM to file further objections to the portion of the Claim that does not purport to be based upon an equity interest held by Claimant in either FTDF or DTDF.

463935V.2

| | |
|---|---|
| 1  SUBMITTED BY: | APPROVED BY: |
| 2  *[signature]* | *[signature]* |
| 3  SUSAN M. FREEMAN | FRANK A. MEROLA |
|    ROB CHARLES | EVE H. KARASIK |
| 4  **LEWIS AND ROCA LLP** | CHRISTINE M. PAJAK, Members of |
|    3993 Howard Hughes Parkway, Suite 600 | **STUTMAN, TREISTER & GLATT, P.C.** |
| 5  Las Vegas, NV 89169-0961 | 1901 Avenue of the Stars, 12th Floor |
| 6  *Counsel for USACM Liquidating Trust* | Los Angeles, CA 90067 |
| 7 | and |
| 8 | CANDACE C. CARLYON |
|    APPROVED BY: | SHLOMO S. SHERMAN |
| 9 | **SHEA & CARLYON, LTD.** |
| 10 *[signature]* | 701 Bridger, Suite 850 |
|    ROBERT R. KINAS | Las Vegas, NV 89101 |
| 11 CLAIRE DOSSIER | Telephone: (702) 471-7432 |
| 12 **SNELL & WILMER, LLP** | *Counsel for the Official Committee of* |
|    3883 Howard Hughes Parkway, Suite 1100 | *Equity Security Holders of* |
| 13 Las Vegas, NV 89169 | *USA Capital First Trust Deed Fund, LLC* |
| 14 and | Approved |
| 15 MARC A. LEVINSON | ~~REVIEWED~~: |
|    JEFFERY D. HERMANN | |
| 16 **ORRICK, HERRINGTON & SUTCLIFFE LLP** | OFFICE OF THE U.S. TRUSTEE |
| 17 400 Capitol Mall | *[signature]* |
| 18 Sacramento, California 95814 | AUGUST B. LANDIS, ESQ. |
| 19 *Counsel for Post-Effective Date USA Capital* | SCOTT A. FARROW, ESQ. |
|    *Diversified Trust Deed Fund, LLC* | 300 Las Vegas Boulevard, Suite 4300 |
| 20 | Las Vegas, NV 89101 |
| 22 | ### |

463935V.2