

**Entered on Docket
October 05, 2007**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA (CA 136934)
EVE H. KARASIK (CA 155356)
CHRISTINE M. PAJAK (CA 217173)
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email:   fmerola@stutman.com
         ekarasik@stutman.com
         cpajak@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA (NV 000405)
CANDACE C. CARLYON (NV 002666)
SHLOMO S. SHERMAN (NV 009688)
701 Bridger, Suite 850
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email:   jshea@sheacarlyon.com
         ccarlyon@sheacarlyon.com
         ssherman@sheacarlyon.com

Counsel for the Official Committee Of Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

ORRICK, HERRINGTON & SUTCLIFFE LLP
MARC A. LEVINSON (CA 57613, pro hac vice)
JEFFERY D. HERMANN (CA 90445, pro hac vice)
400 Capitol Mall
Sacramento, California 95814
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email:   malevinson@orrick.com
         jhermann@orrick.com

SNELL & WILMER, LLP
ROBERT R. KINAS (NV 006019)
CLAIRE DOSSIER (NV 010030)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email:   rkinas@swlaw.com
         cdossier@swlaw.com

Attorneys for Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br><br>         Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Order Sustaining Partial Objection of USACM Trust To Arlene Cronk Claim Filed in Wrong Debtor's Case; Objection of FTDF to Proposed Allowance of Claim; and Objection of DTDF to Proposed Allowance of Claim**<br><br>Hearing Date: September 28, 2007<br>Hearing Time: 1:30 p.m. |

1854863.1
463935V.2

The Court having considered the Partial Objection of USACM Trust To Arlene Cronk Claim Filed in Wrong Debtor's Case; Objection of FTDF to Proposed Allowance of Claim; and Objection of DTDF to Proposed Allowance of Claim (the "Objection") [Docket No. 4643]; appearances having been noted on the record; adequate notice of the Objection having been given; there having been no response filed to the Objection; and for good cause appearing:

IT IS HEREBY ORDERED that the Objection is sustained, and that Claim No. 10726-00010 (the "Claim") is partially disallowed against the estate and in the case of USACM to the extent of any portion of the Claim that is based upon equity interests in either FTDF or DTDF or that relates to USA Capital Realty Advisors, LLC; and the Claim is further disallowed against the estates and in the cases of FTDF and DTDF in its entirety.

IT IS FURTHER ORDERED that this Order shall not affect any other claims filed by Arlene Cronk, Edward Davies, or the Arline L. Cronk And Edward H. Davies TTEE's Of The Arline L. Cronk And Edward H. Davies Living Trust 6/27/03 (collectively, the "Claimants") in these jointly-administered bankruptcy proceedings.

IT IS FURTHER ORDERED that this Order shall not affect either the amount or validity of any of the Claimants' equity interests in FTDF as reflected in FTDF's books and records, which interests are as follows:

1. Arline L. Cronk And Edward H. Davies TTEE's Of The Arline L. Cronk And Edward H. Davies Living Trust 6/27/03 – $30,000.00;
2. Retirement Accounts Inc TTEE FBO Arline L. Cronk – $61,105.00;
3. Retirement Accounts Inc. TTEE FBO Edward Davies – $50,920.50.

463935V.2

1   IT IS FURTHER ORDERED that this Order shall not affect either the amount or validity of the Arline L. Cronk and Edward H. Davies Living Trust 6/27/03's equity interest in DTDF as reflected in DTDF's books and records, which equity interest is in the amount of $24,023.66.

IT IS FURTHER ORDERED that nothing in this Order shall prejudice the rights of USACM to file further objections to the portion of the Claim that is not based upon any equity interests held by Claimants in either FTDF or DTDF.

SUBMITTED BY:

_____
SUSAN M. FREEMAN
ROB CHARLES
**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961

*Counsel for USACM Liquidating Trust*


APPROVED BY:

_____
ROBERT R. KINAS
CLAIRE DOSSIER
**SNELL & WILMER, LLP**
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

and

MARC A. LEVINSON
JEFFERY D. HERMANN
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
400 Capitol Mall
Sacramento, California 95814

*Counsel for Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC*

APPROVED BY:

_____
FRANK A. MEROLA
EVE H. KARASIK
CHRISTINE M. PAJAK, Members of
**STUTMAN, TREISTER & GLATT, P.C.**
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

and

CANDACE C. CARLYON
SHLOMO S. SHERMAN
**SHEA & CARLYON, LTD.**
701 Bridger, Suite 850
Las Vegas, NV 89101
Telephone: (702) 471-7432

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

463935V.2

Approved
~~REVIEWED~~:

OFFICE OF THE U.S. TRUSTEE

*[signature]*

AUGUST B. LANDIS, ESQ.
SCOTT A. FARROW, ESQ.
300 Las Vegas Boulevard, Suite 4300
Las Vegas, NV 89101

###

463935V.2