**LEWIS AND ROCA LLP**
LAWYERS

E-Filed on 10/9/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | **NOTICE OF ENTRY OF ORDER APPROVING STIPULATION RE WITHDRAWAL OF PROOF OF CLAIM NO. 10725-02473 FILED BY MIERAU LIVING TRUST DTD 9/14/98** |
| USA SECURITIES, LLC,<br>    Debtors. | |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

**PLEASE TAKE NOTICE** that an Order Approving Stipulation Re Withdrawal of Proof of Claim No. 10725-02473 filed by Mierau Living Trust DTD 9/14/98 [DE 4929] was entered on the 4th day of October 2007, a true and correct copy of which is attached hereto as Exhibit A.

1871339.1

**LEWIS AND ROCA LLP**
LAWYERS

RESPECTFULLY SUBMITTED October 9, 2007.

**LEWIS AND ROCA LLP**

By  /s/ RC (#006593)
Susan M. Freeman
Rob Charles
*Attorneys for USACM Liquidating Trust*

PROOF OF SERVICE

Copy of the foregoing mailed by First Class, US Mail, postage prepaid, or e-mail, on October 9, 2007 to the following interested parties:

Robert D. Mierau
Trustee for the Mierau Living Trust
DTD 9/14/98
P.O. Box 562
Glenbrook, Nevada  89413-0562

Sandra J. Mierau
Trustee for the Mierau Living Trust
DTD 9/14/98
P.O. Box 562
Glenbrook, Nevada  89413-0562

August B. Landis
OFFICE OF THE U.S. TRUSTEE
300 Las Vegas Blvd., S. Suite 4300
Las Vegas, NV 89101
USTPRegion17.lv.ecf@usdoj.gov

 /s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca

1871339.1