ELECTRONICALLY FILED
10/9/07

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
CHRISTINE M. PAJAK
(CA State Bar No. 217173)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
E-mail:  fmerola@stutman.com
         ekarasik@stutman.com
         cpajak@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
701 Bridger Avenue, Suite 850
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
E-mail:  jshea@sheacarlyon.com
         ccarlyon@sheacarlyon.com
         ssherman@sheacarlyon.com

Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: <br> USA COMMERCIAL MORTGAGE COMPANY <br> Debtor | BK-S-06-10725-LBR <br> Chapter 11 |
| In re: <br> USA CAPITAL REALTY ADVISORS, LLC, <br> Debtor | BK-S-06-10726-LBR <br> Chapter 11 |
| In re: <br> USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, <br> Debtor | BK-S-06-10727-LBR <br> Chapter 11 |
| In re: <br> USA CAPITAL FIRST TRUST DEED FUND, LLC, <br> Debtor. | BK-S-06-10728-LBR <br> Chapter 11 |
| In re: <br> USA SECURITIES, LLC, <br> Debtor. | BK-S-06-10729-LBR <br> Chapter 11 |
| Affects <br> ☐ All Debtors <br> ☐ USA Commercial Mortgage Co. <br> ☐ USA Securities, LLC <br> ☐ USA Capital Realty Advisors, LLC <br> ☐ USA Capital Diversified Trust Deed <br> ☒ USA Capital First Trust Deed Fund, LLC | DATE: September 28, 2007 <br> TIME: 1:30 p.m. |

## NOTICE OF ENTRY OF ORDER APPROVING STIPULATION FOR WITHDRAWAL WITH PREJUDICE OF PROOF OF CLAIM NUMBERS 10728-00092-2, 10728-00098-2, 10727-00044-2, AN D 10725-00098-3 FILED B ROBERT AND BEVERLY CAROLLO

PLEASE TAKE NOTICE that an Order Approving Stipulation For Withdrawal With Prejudice of Proof of Claim Numbers 10728-00092-2, 10728-00098-2, 10727-00044-2, and 10725-00098-3 Filed B Robert And Beverly Carollo was entered on the 28th day of September, 2007, a true and correct copy of which is attached hereto.

DATED this 9th day of October, 2007.

SHEA & CARLYON, LTD.

CANDACE C. CARLYON
(Nevada State Bar No. 002666
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
701 Bridger Avenue, Suite 850
Las Vegas, Nevada 89101

Case: 06-10725-lbr    Doc #: 4895    Filed: 09/28/2007    Page: 1 of 3



**Entered on Docket**
**September 28, 2007**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
|---|---|
| FRANK A. MEROLA (CA 136934) | JAMES PATRICK SHEA (NV 000405) |
| EVE H. KARASIK (CA 155356) | CANDACE C. CARLYON (NV 002666) |
| CHRISTINE M. PAJAK (CA 217173) | SHLOMO S. SHERMAN (NV 009688) |
| 1901 Avenue of the Stars, 12th Floor | 701 Bridger, Suite 850 |
| Los Angeles, California 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| Facsimile: (310) 228-5788 | Facsimile: (702) 471-7435 |
| Email: fmerola@stutman.com | Email: jshea@sheacarlyon.com |
| ekarasik@stutman.com | ccarlyon@sheacarlyon.com |
| cpajak@stutman.com | ssherman@sheacarlyon.com |

Counsel for the Official Committee Of Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

| ORRICK, HERRINGTON & SUTCLIFFE LLP | SNELL & WILMER, LLP |
|---|---|
| MARC A. LEVINSON (CA 57613, pro hac vice) | ROBERT R. KINAS (NV 006019) |
| JEFFERY D. HERMANN (CA 90445, pro hac vice) | CLAIRE DOSSIER (NV 010030) |
| 400 Capitol Mall | 3883 Howard Hughes Parkway, Suite 1100 |
| Sacramento, California 95814 | Las Vegas, NV 89169 |
| Telephone: (916) 447-9200 | Telephone: (702) 784-5200 |
| Facsimile: (916) 329-4900 | Facsimile: (702) 784-5252 |
| Email: malevinson@orrick.com | Email: rkinas@swlaw.com |
| jhermann@orrick.com | cdossier@swlaw.com |

Attorneys for Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10726-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10727-LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Case No. BK-S-06-10728-LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Case No. BK-S-06-10729-LBR |
| USA SECURITIES, LLC, | CHAPTER 11 |
| Debtors. | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| Affects: | **Order Approving Stipulation for Withdrawal with Prejudice of Proof of Claim Numbers 10728-00092-2, 10728-00098-2, 10727-00044-2, and 10725-00098-3 Filed by Robert and Beverley Carollo** |
| ☐ All Debtors | |
| ☒ USA Commercial Mortgage Company | |
| ☐ USA Capital Realty Advisors, LLC | |
| ☒ USA Capital Diversified Trust Deed Fund, LLC | Hearing Date: September 28, 2007 |
| ☒ USA Capital First Trust Deed Fund, LLC | Hearing Time: 1:30 p.m. |
| ☐ USA Securities, LLC | |

1868611.1

The Court having considered the Stipulation for Withdrawal with Prejudice of Proof of Claim Numbers 10728-00092-2, 10728-00098-2, 10727-00044-2, and 10725-00098-3 Filed by Robert and Beverley Carollo (the "Stipulation"), and good cause appearing:

IT IS HEREBY ORDERED that the Stipulation is approved.

IT IS FURTHER ORDERED, that the following Proofs of Claim are hereby withdrawn with prejudice:

> 10725-00098-3, filed against USACMC;
> 10727-00044-2, filed against DTDF;
> 10728-00092-2, filed against FTDF; and
> 10728-00098-2, filed against FTDF.

IT IS FURTHER ORDERED that Claimants' equity interest in DTDF is allowed in the amount of $96,094.65 as of the Petition Date, as reflected in DTDF's books and records.

SUBMITTED BY:

_s/ Rob Charles_
SUSAN M. FREEMAN
ROB CHARLES
**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961

*Counsel for USACM Liquidating Trust*

APPROVED BY:

_s/ Laurel Davis_
LAUREL ELIZABETH DAVIS
**FENNEMORE CRAIG, P.C.**
300 South Fourth Street, Suite 1400
Las Vegas, Nevada 89101

*Counsel for Robert and Beverley Carollo*

///

///

///

///

///

1868611.1

APPROVED BY:

s/Robert R.Kinas
ROBERT R. KINAS
CLAIRE DOSSIER
**SNELL & WILMER, LLP**
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

and

MARC A. LEVINSON
JEFFERY D. HERMANN
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
400 Capitol Mall
Sacramento, California 95814

*Counsel for Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC*

APPROVED BY:

s/ Eve Karasik
FRANK A. MEROLA
EVE H. KARASIK
CHRISTINE M. PAJAK, Members of
**STUTMAN, TREISTER & GLATT, P.C.**
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

and

CANDACE C. CARLYON
SHLOMO S. SHERMAN
**SHEA & CARLYON, LTD.**
701 Bridger, Suite 850
Las Vegas, NV 89101
Telephone: (702) 471-7432

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

###

1868611.1