**ELECTRONICALLY FILED**
**October 9, 2007**

1   STUTMAN, TREISTER & GLATT, P.C.        SHEA & CARLYON, LTD.
    FRANK A. MEROLA                        JAMES PATRICK SHEA
2   (CA State Bar No. 136934)              (Nevada State Bar No. 000405)
    EVE H. KARASIK                         CANDACE C. CARLYON
3   (CA State Bar No. 155356)              (Nevada State Bar No. 002666
    CHRISTINE M. PAJAK                     SHLOMO S. SHERMAN
4   (CA State Bar No. 217173)              (Nevada State Bar No. 009688)
    1901 Avenue of the Stars, 12th Floor   701 Bridger Avenue, Suite 850
5   Los Angeles, CA 90067                  Las Vegas, Nevada 89101
    Telephone: (310) 228-5600              Telephone: (702) 471-7432
6   E-mail:    fmerola@stutman.com         E-mail:    jshea@sheacarlyon.com
               ekarasik@stutman.com                   ccarlyon@sheacarlyon.com
7              cpajak@stutman.com                      ssherman@sheacarlyon.com

8   *Counsel for the Official Committee of Equity Security Holders of*
9   *USA Capital First Trust Deed Fund, LLC*

10              **UNITED STATES BANKRUPTCY COURT**
                      **DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>　　　　　Debtor | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　　Debtor | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>　　　　　Debtor | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　　　Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>　　　　　Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA Capital First Trust Deed Fund, LLC | DATE:  September 28, 2007<br>TIME: 1:30 p.m. |

**NOTICE OF ENTRY OF ORDER SUSTAINING PARTIAL OBJECTION OF USACM TRUST TO ROBERT LANGE AND ROBERT R. LANGE FAMILY TRUST CLAIMS TO THE EXTENT FILED IN WRONG DEBTOR'S CASE AND AS DUPLICATIVE; OBJECTION OF FTDF TO PROPOSED ALLOWANCE OF CLAIM**

PLEASE TAKE NOTICE that an Order Sustaining Objection of USACM Trust to Robert Lange and Robert R. Lange Family Trust Claims to the Extent Filed in Wrong Debtor's Case and as Duplicative; Objection of FTDF to Proposed Allowance of Claim was entered on the 2nd day of October, 2007, a true and correct copy of which is attached hereto.

DATED this 9th day of October, 2007.

SHEA & CARLYON, LTD.

CANDACE C. CARLYON
(Nevada State Bar No. 002666
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
701 Bridger Avenue, Suite 850
Las Vegas, Nevada 89101

Case: 06-10725-lbr    Doc #: 4916    Filed: 10/02/2007    Page: 1 of 3

**Entered on Docket
October 02, 2007**

Hon. Linda B. Riegle
United States Bankruptcy Judge

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
CHRISTINE M. PAJAK
(CA State Bar No. 217713), Members of
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email:      fmerola@stutman.com
            ekarasik@stutman.com
            cpajak@stutman.com
Counsel for the Official Committee Of
Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
701 Bridger, Suite 850
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email:      jshea@sheacarlyon.com
            ccarlyon@sheacarlyon.com
            ssherman@sheacarlyon.com

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED FUND, LLC,

USA SECURITIES, LLC,

                                    Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☒ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under Case No. BK-S-06-10725 LBR

**Order Sustaining Partial Objection of USACM Trust To Robert Lange and Robert R. Lange Family Trust Claims to the Extent Filed in Wrong Debtor's Case and as Duplicative; Objection of FTDF to Proposed Allowance of Claim**

Hearing Date: September 28
Hearing Time: 1:30 p.m.

1854863.1
464650V.2

The Court having considered the Partial Objection of USACM Trust To Robert Lange and Robert R. Lange Family Trust Claims to the Extent Filed in Wrong Debtor's Case and as Duplicative; Objection of FTDF to Proposed Allowance of Claim (the "Objection") [Docket No. 4438]; appearances having been noted on the record; adequate notice of the Objection having been given; there having been no response filed to the Objection; and for good cause appearing:

IT IS HEREBY ORDERED that the Objection is sustained, and that Claim No. 10725-01469 is disallowed in its entirety against the estates and in the cases of USACM and FTDF; that Claim No. 10725-01476 is partially disallowed against the estate and in the case of USACM to the extent of any portion that is based upon the Lange Trust's equity interest in FTDF; and that Claim No. 10725-01476 is disallowed against the estate and in the case of FTDF.

IT IS FURTHER ORDERED that this Order shall not affect any other claims filed by either Lange or the Lange Trust (as defined in the Objection) in these jointly-administered bankruptcy proceedings.

IT IS FURTHER ORDERED that this Order shall not affect either the amount or validity of the Lange Trust's equity interest in FTDF as reflected in FTDF's books and records, which interest is in the amount of $100,488.50.

IT IS FURTHER ORDERED that nothing in this Order shall prejudice the rights of USACM to file further objections to any portion of Claim No. 10725-01476 that is  not attributable to the Lange Trust's equity interest in FTDF.

464650V.2

1

2

3  SUBMITTED BY:

SUSAN M. FREEMAN
ROB CHARLES
4  **LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
5  Las Vegas, NV 89169-0961

6  *Counsel for USACM Liquidating Trust*

7

8

9

10

11

12  Approved
13  REVIEWED:

14  OFFICE OF THE U.S. TRUSTEE

15

16

AUGUST B. LANDIS, ESQ.
17  SCOTT A. FARROW, ESQ.
300 Las Vegas Boulevard, Suite 4300
18  Las Vegas, NV 89101

19

20

21

22

23

24

25

26

APPROVED BY:

FRANK A. MEROLA
EVE H. KARASIK
CHRISTINE M. PAJAK, Members of
**STUTMAN, TREISTER & GLATT, P.C.**
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
and
CANDACE C. CARLYON
SHLOMO S. SHERMAN
**SHEA & CARLYON, LTD.**
701 Bridger, Suite 850
Las Vegas, NV 89101
Telephone: (702) 471-7432

*Counsel for the Official Committee of
Equity Security Holders of
USA Capital First Trust Deed Fund, LLC*

464650V.2