ELECTRONICALLY FILED
October 9, 2007

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C.<br>FRANK A. MEROLA<br>(CA State Bar No. 136934)<br>EVE H. KARASIK<br>(CA State Bar No. 155356)<br>CHRISTINE M. PAJAK<br>(CA State Bar No. 217173)<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067<br>Telephone: (310) 228-5600<br>E-mail: fmerola@stutman.com<br>ekarasik@stutman.com<br>cpajak@stutman.com | SHEA & CARLYON, LTD.<br>JAMES PATRICK SHEA<br>(Nevada State Bar No. 000405)<br>CANDACE C. CARLYON<br>(Nevada State Bar No. 002666<br>SHLOMO S. SHERMAN<br>(Nevada State Bar No. 009688)<br>701 Bridger Avenue, Suite 850<br>Las Vegas, Nevada 89101<br>Telephone: (702) 471-7432<br>E-mail: jshea@sheacarlyon.com<br>ccarlyon@sheacarlyon.com<br>ssherman@sheacarlyon.com |

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>    Debtor | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA Capital First Trust Deed Fund, LLC | DATE: September 28, 2007<br>TIME: 1:30 p.m. |

**NOTICE OF ENTRY OF ORDER SUSTAINING PARTIAL OBJECTION OF USACM TRUST TO MARK DANIEL DONNOLO CLAIM FILED IN WRONG DEBTOR'S CASE; OBJECTION OF FTDF TO PROPOSED ALLOWANCE OF CLAIM; OBJECTION OF DTDF TO PROPOSED ALLOWANCE OF CLAIM**

PLEASE TAKE NOTICE that an Order Sustaining Partial Objection of USACM Trust to Mark Daniel Donnolo Claim Filed in Wrong Debtor's Case; Objection of FTDF to Proposed Allowance of Claim; and Objection of DTDF to Proposed Allowance of Claim was entered on the 5th day of October, 2007, a true and correct copy of which is attached hereto.

DATED this 9th day of October, 2007.

SHEA & CARLYON, LTD.

CANDACE C. CARLYON
(Nevada State Bar No. 002666
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
701 Bridger Avenue, Suite 850
Las Vegas, Nevada 89101

Case: 06-10725-lbr    Doc #: 4934    Filed: 10/05/2007    Page: 1 of 3



**Entered on Docket**
**October 05, 2007**



Hon. Linda B. Riegle
United States Bankruptcy Judge

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA (CA 136934)
EVE H. KARASIK (CA 155356)
CHRISTINE M. PAJAK (CA 217173)
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email: fmerola@stutman.com
       ekarasik@stutman.com
       cpajak@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA (NV 000405)
CANDACE C. CARLYON (NV 002666)
SHLOMO S. SHERMAN (NV 009688)
701 Bridger, Suite 850
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email: jshea@sheacarlyon.com
       ccarlyon@sheacarlyon.com
       ssherman@sheacarlyon.com

Counsel for the Official Committee Of Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

ORRICK, HERRINGTON & SUTCLIFFE LLP
MARC A. LEVINSON (CA 57613, pro hac vice)
JEFFERY D. HERMANN (CA 90445, pro hac vice)
400 Capitol Mall
Sacramento, California 95814
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email: malevinson@orrick.com
       jhermann@orrick.com

SNELL & WILMER, LLP
ROBERT R. KINAS (NV 006019)
CLAIRE DOSSIER (NV 010030)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rkinas@swlaw.com
       cdossier@swlaw.com

Attorneys for Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>USA CAPITAL REALTY ADVISORS, LLC,<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>USA SECURITIES, LLC,<br><br>Debtors.<br><br>Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>Order Sustaining Partial Objection of USACM Trust To Mark Daniel Donnolo Claim Filed in Wrong Debtor's Case; Objection of FTDF to Proposed Allowance of Claim; and Objection of DTDF to Proposed Allowance of Claim<br><br>Hearing Date: September 28, 2007<br>Hearing Time: 1:30 p.m. |

1854863.1
463935V.2

1  The Court having considered the Partial Objection of USACM Trust To Mark Daniel
2  Donnolo Claim Filed in Wrong Debtor's Case; Objection of FTDF to Proposed Allowance of
3  Claim; and Objection of DTDF to Proposed Allowance of Claim (the "Objection") [Docket No.
4  4645]; appearances having been noted on the record; adequate notice of the Objection having
5  been given; there having been no response filed to the Objection; and for good cause appearing:
6
7  IT IS HEREBY ORDERED that the Objection is sustained, and that Claim No. 10725-
8  00627 (the "Claim") is partially disallowed against the estate and in the case of USACM to the
9  extent of any portion of the Claim that purports to be based upon any equity interest of Mark
10 Daniel Donnolo ("Claimant") in either FTDF or DTDF; and the Claim is further disallowed
11 against the estates and in the cases of FTDF and DTDF in its entirety.
12
13 IT IS FURTHER ORDERED that this Order shall not affect any other claims filed by
14 Claimant in these jointly-administered bankruptcy proceedings.
15 IT IS FURTHER ORDERED that this Order shall not affect either the amount or validity
16 of the equity interest of the Donnolo Trust (as defined in the Objection) in FTDF as reflected in
17 FTDF's books and records, and as confirmed by this Court's Order entered on March 21, 2007
18 [Docket No. 3229], which interest is in the amount of $248,754.
19
20 IT IS FURTHER ORDERED that this Order shall not affect either the amount or validity
21 of the equity interest of the Donnolo Trust (as defined in the Objection) in DTDF as reflected in
22 DTDF's books and records, which interest is in the amount of $ 48,047.32.
23 IT IS FURTHER ORDERED that nothing in this Order shall prejudice the rights of
24 USACM to file further objections to the portion of the Claim that does not purport to be based
25 upon an equity interest held by Claimant in either FTDF or DTDF.
26

463935V.2

1  SUBMITTED BY:

2  [signature]

3  SUSAN M. FREEMAN
   ROB CHARLES
4  **LEWIS AND ROCA LLP**
   3993 Howard Hughes Parkway, Suite 600
5  Las Vegas, NV 89169-0961

6  *Counsel for USACM Liquidating Trust*

7

8
   APPROVED BY:
9
   [signature]
10
   ROBERT R. KINAS
11 CLAIRE DOSSIER
   **SNELL & WILMER, LLP**
12 3883 Howard Hughes Parkway, Suite 1100
   Las Vegas, NV 89169
13

14 and

15 MARC A. LEVINSON
   JEFFERY D. HERMANN
16 **ORRICK, HERRINGTON & SUTCLIFFE**
   **LLP**
17 400 Capitol Mall
18 Sacramento, California 95814

19 *Counsel for Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC*
20

APPROVED BY:

[signature]

FRANK A. MEROLA
EVE H. KARASIK
CHRISTINE M. PAJAK, Members of
**STUTMAN, TREISTER & GLATT, P.C.**
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

and

CANDACE C. CARLYON
SHLOMO S. SHERMAN
**SHEA & CARLYON, LTD.**
701 Bridger, Suite 850
Las Vegas, NV 89101
Telephone: (702) 471-7432

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

Approved
REVIEWED:

OFFICE OF THE U.S. TRUSTEE

[signature]

AUGUST B. LANDIS, ESQ.
SCOTT A. FARROW, ESQ.
300 Las Vegas Boulevard, Suite 4300
Las Vegas, NV 89101

21
22              ###
23
24
25
26

463935V.2