ELECTRONICALLY FILED
October 9, 2007

1    STUTMAN, TREISTER & GLATT, P.C.        SHEA & CARLYON, LTD.
     FRANK A. MEROLA                        JAMES PATRICK SHEA
     (CA State Bar No. 136934)              (Nevada State Bar No. 000405)
2    EVE H. KARASIK                         CANDACE C. CARLYON
     (CA State Bar No. 155356)              (Nevada State Bar No. 002666
3    CHRISTINE M. PAJAK                     SHLOMO S. SHERMAN
     (CA State Bar No. 217173)              (Nevada State Bar No. 009688)
4    1901 Avenue of the Stars, 12th Floor   701 Bridger Avenue, Suite 850
     Los Angeles, CA 90067                  Las Vegas, Nevada 89101
5    Telephone: (310) 228-5600              Telephone: (702) 471-7432
6    E-mail:   fmerola@stutman.com          E-mail:   jshea@sheacarlyon.com
               ekarasik@stutman.com                   ccarlyon@sheacarlyon.com
7              cpajak@stutman.com                      ssherman@sheacarlyon.com

8    *Counsel for the Official Committee of Equity Security Holders of*
     *USA Capital First Trust Deed Fund, LLC*
9

10                        UNITED STATES BANKRUPTCY COURT
                               DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>Debtor | ) BK-S-06-10725-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor | ) BK-S-06-10726-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor | ) BK-S-06-10727-LBR<br>) Chapter 11<br>) |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | ) BK-S-06-10728-LBR<br>) Chapter 11<br>) |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | ) BK-S-06-10729-LBR<br>) Chapter 11<br>) |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA Capital First Trust Deed Fund, LLC | )<br>)<br>)<br>)<br>) DATE:  September 28, 2007<br>) TIME:  1:30 p.m.<br>)<br>)<br>) |

**NOTICE OF ENTRY OF ORDER SUSTAINING PARTIAL OBJECTION OF USACM
TRUST TO ARLENE CRONK CLAIM FILED IN WRONG DEBTOR'S CASE;
OBJECTION OF FTDF TO PROPOSED ALLOWANCE OF CLAIM; AND OBJECTION
OF DTDF TO PROPOSED ALLOWANCE OF CLAIM**

*SHEA & CARLYON, LTD.*
701 Bridger Avenue, Suite 850
Las Vegas, Nevada 89101
(702) 471-7432

1    2    3    4    5    6    7    8    9    10    11    12    13    14    15    16    17    18    19    20    21    22    23    24    25    26    27    28

1

2          PLEASE TAKE NOTICE that an Order Sustaining Partial Objection of USACM Trust

3    to Arlene Cronk Claim Filed in Wrong Debtor's Case; Objection of FTDF to Proposed

4    Allowance of Claim; and Objection of DTDF to Proposed Allowance of Claim was entered on

5    the 5th day of October, 2007, a true and correct copy of which is attached hereto.

6          DATED this 9th day of October, 2007.

7

8                                              SHEA & CARLYON, LTD.

9

10                                             CANDACE C. CARLYON
                                               (Nevada State Bar No. 002666
11                                             SHLOMO S. SHERMAN
                                               (Nevada State Bar No. 009688)
12                                             701 Bridger Avenue, Suite 850
                                               Las Vegas, Nevada 89101
13

14

15

16

17

18

19

20

21

22

23

24

25

26

*SHEA & CARLYON, LTD.*
*701 Bridger Avenue, Suite 850*   27
*Las Vegas, Nevada 89101*
*(702) 471-7432*
                         28

                                        2



**Entered on Docket**
**October 05, 2007**



_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C.<br>FRANK A. MEROLA (CA 136934)<br>EVE H. KARASIK (CA 155356)<br>CHRISTINE M. PAJAK (CA 217173)<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, California 90067<br>Telephone: (310) 228-5600<br>Facsimile: (310) 228-5788<br>Email:  fmerola@stutman.com<br>      ekarasik@stutman.com<br>      cpajak@stutman.com | SHEA & CARLYON, LTD.<br>JAMES PATRICK SHEA (NV 000405)<br>CANDACE C. CARLYON (NV 002666)<br>SHLOMO S. SHERMAN (NV 009688)<br>701 Bridger, Suite 850<br>Las Vegas, Nevada 89101<br>Telephone: (702) 471-7432<br>Facsimile: (702) 471-7435<br>Email:  jshea@sheacarlyon.com<br>      ccarlyon@sheacarlyon.com<br>      ssherman@sheacarlyon.com |

Counsel for the Official Committee Of Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

| | |
|---|---|
| ORRICK, HERRINGTON & SUTCLIFFE LLP<br>MARC A. LEVINSON (CA 57613, pro hac vice)<br>JEFFERY D. HERMANN (CA 90445, pro hac vice)<br>400 Capitol Mall<br>Sacramento, California 95814<br>Telephone: (916) 447-9200<br>Facsimile: (916) 329-4900<br>Email:  malevinson@orrick.com<br>      jhermann@orrick.com | SNELL & WILMER, LLP<br>ROBERT R. KINAS (NV 006019)<br>CLAIRE DOSSIER (NV 010030)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>Telephone: (702) 784-5200<br>Facsimile: (702) 784-5252<br>Email:  rkinas@swlaw.com<br>      cdossier@swlaw.com |

Attorneys for Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br><br>                    Debtors.<br><br>Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Order Sustaining Partial Objection of USACM Trust To Arlene Cronk Claim Filed in Wrong Debtor's Case; Objection of FTDF to Proposed Allowance of Claim; and Objection of DTDF to Proposed Allowance of Claim**<br><br>Hearing Date: September 28, 2007<br>Hearing Time: 1:30 p.m. |

1854863.1
463935V.2

The Court having considered the Partial Objection of USACM Trust To Arlene Cronk Claim Filed in Wrong Debtor's Case; Objection of FTDF to Proposed Allowance of Claim; and Objection of DTDF to Proposed Allowance of Claim (the "Objection") [Docket No. 4643]; appearances having been noted on the record; adequate notice of the Objection having been given; there having been no response filed to the Objection; and for good cause appearing:

IT IS HEREBY ORDERED that the Objection is sustained, and that Claim No. 10726-00010 (the "Claim") is partially disallowed against the estate and in the case of USACM to the extent of any portion of the Claim that is based upon equity interests in either FTDF or DTDF or that relates to USA Capital Realty Advisors, LLC; and the Claim is further disallowed against the estates and in the cases of FTDF and DTDF in its entirety.

IT IS FURTHER ORDERED that this Order shall not affect any other claims filed by Arlene Cronk, Edward Davies, or the Arline L. Cronk And Edward H. Davies TTEE's Of The Arline L. Cronk And Edward H. Davies Living Trust 6/27/03 (collectively, the "Claimants") in these jointly-administered bankruptcy proceedings.

IT IS FURTHER ORDERED that this Order shall not affect either the amount or validity of any of the Claimants' equity interests in FTDF as reflected in FTDF's books and records, which interests are as follows:

1. Arline L. Cronk And Edward H. Davies TTEE's Of The Arline L. Cronk And Edward H. Davies Living Trust 6/27/03 – $30,000.00;
2. Retirement Accounts Inc TTEE FBO Arline L. Cronk – $61,105.00;
3. Retirement Accounts Inc. TTEE FBO Edward Davies – $50,920.50.

463935V.2

1  IT IS FURTHER ORDERED that this Order shall not affect either the amount or validity

2  of the Arline L. Cronk and Edward H. Davies Living Trust 6/27/03's equity interest in DTDF as

3  reflected in DTDF's books and records, which equity interest is in the amount of $24,023.66.

4

5  IT IS FURTHER ORDERED that nothing in this Order shall prejudice the rights of

6  USACM to file further objections to the portion of the Claim that is not based upon any equity

7  interests held by Claimants in either FTDF or DTDF.

8  SUBMITTED BY:                                        APPROVED BY:

9

10  SUSAN M. FREEMAN                                     FRANK A. MEROLA
    ROB CHARLES                                          EVE H. KARASIK
11  **LEWIS AND ROCA LLP**                               CHRISTINE M. PAJAK, Members of
    3993 Howard Hughes Parkway, Suite 600                **STUTMAN, TREISTER & GLATT, P.C.**
12  Las Vegas, NV 89169-0961                             1901 Avenue of the Stars, 12th Floor
                                                         Los Angeles, CA 90067
13  *Counsel for USACM Liquidating Trust*

14                                                       and

15                                                       CANDACE C. CARLYON
    APPROVED BY:                                         SHLOMO S. SHERMAN
16                                                       **SHEA & CARLYON, LTD.**
                                                         701 Bridger, Suite 850
17                                                       Las Vegas, NV 89101
    ROBERT R. KINAS                                      Telephone: (702) 471-7432
18  CLAIRE DOSSIER
    **SNELL & WILMER, LLP**
19  3883 Howard Hughes Parkway, Suite 1100               *Counsel for the Official Committee of*
    Las Vegas, NV 89169                                  *Equity Security Holders of*
20                                                       *USA Capital First Trust Deed Fund, LLC*

21  and

22  MARC A. LEVINSON
    JEFFERY D. HERMANN
23  **ORRICK, HERRINGTON & SUTCLIFFE
    LLP**
24  400 Capitol Mall
25  Sacramento, California 95814

26  *Counsel for Post-Effective Date USA Capital
    Diversified Trust Deed Fund, LLC*

463935V.2

1

_Approved_
~~REVIEWED~~:

2  OFFICE OF THE U.S. TRUSTEE

3

4  _[signature]_
AUGUST B. LANDIS, ESQ.
5  SCOTT A. FARROW, ESQ.
300 Las Vegas Boulevard, Suite 4300
6  Las Vegas, NV 89101

7
###
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

463935V.2