**Entered on Docket
October 10, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | |
| | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Date: April 26, 2007
Time: 9:30 a.m |
| USA SECURITIES, LLC, | **Affecting:** |
| Debtors. | ☐ All Cases
**or Only:**
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC |

1867186.1


# ORDER SUSTAINING THIRTY-FOURTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS

The USACM Liquidating Trust (the "USACM Trust") filed its Thirty-Fourth Omnibus Objection to Claims Asserting Secured Status [DE 4613] (the "Objection") on August 22, 2007. Appropriate notice of the Objection was given.

No responses were filed with this Court. The Objection came before the Court for hearing on September 28, 2007 at 9:30 a.m. Good cause appearing, it is

ORDERED:

- Sustaining the USACM Trust's Thirty-Fourth Omnibus Objection to Claims Asserting Secured Status;

- Reclassifying the Proofs of Claim listed on Exhibit A attached as general unsecured claims; and

- Reserving the right of any party in interest, including the USACM Trust, to further object to any and all claims listed on Exhibit A attached as unsecured claims or otherwise, whether or not the subject of this Objection.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
　　Susan M. Freeman
　　Rob Charles
*Attorneys for USACM Liquidating Trust*

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

- ☐ The Court waived the requirements of LR 9021.

- ☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing regarding this matter and/or who filed a written objection and each has:

  - ☐ approved the form of this order;
    - ☐ waived the right to review the order;
    - ☐ failed to file and serve papers in accordance with LR 9021(c); and/or
    - ☐ failed to sign and return this proposed order within five (5) business days in accordance with LR 9021(b) (Erven T. Nelson).

- ☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order.

- ☒ No opposition was filed and no other party or counsel appeared at the hearing.

**LEWIS AND ROCA LLP**

By:  /s/ RC (#0006593)
      Susan M. Freeman
      Rob Charles
*Attorneys for USACM Liquidating Trust*

3

1867186.1

USACM Liquidating Trust
# OBJECTION TO CLAIMS ASSERTING SECURED STATUS
RECLASSIFY AS GENERAL UNSECURED CLAIMS

| Claimant | Proof of Claim No. | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|
| Al-Awar Living Trust Dated 4/05/01<br>Adib M. & Ellen A. Al-Awar, Trustees<br>1330 Burro Ct.<br>Gardnerville, NV  89410 | 10725-02366 | $1,807,956.81 | Secured |
| Aldrich IRA, Georgette<br>2117 Las Flores Street<br>Las Vegas, NV  89102-3813 | 10725-02459 | $48,536.33 | Secured |
| Aquino, John P. & Lisa<br>2950 Cabrillo<br>San Francisco, CA  94121-3532 | 10725-02371 | $50,000.00 | Secured |
| Aquino, John P. & Lisa<br>2950 Cabrillo<br>San Francisco, CA  94121-3532 | 10725-02372 | $50,000.00 | Secured |
| Aquino, John P. & Lisa<br>2950 Cabrillo<br>San Francisco, CA  94121-3532 | 10725-02373 | $39,966.56 | Secured |
| Beckman, Gary<br>6756 Quinella Dr.<br>Las Vegas, NV  89103-4356 | 10725-02410 | $50,000.00 | Secured |
| Bruno, Vincent<br>4961 E. Patterson Ave.<br>Las Vegas, NV 89104 | 10725-00299 | $50,487.00 | Secured |
| Cangelosi, Donna M. & Brandon Arner<br>5860 Lausanne Dr.<br>Reno, NV 89511-5034 | 10725-01717-2 | $101,943.84 | Secured |
| Cangelosi, Donna M., Trustee<br>Donna M. Cangelosi Family Trust<br> 5860 Lausanne Dr.<br>Reno, NV 89511-5034 | 10725-01716-2 | $768,560.86 | Secured |
| Cangelosi, Margaret M., Trustee<br>614 Hillside Crossing<br>Pompton Plains, NJ  07444 | 10725-02381 | $111,767.12 | Secured |

# EXHIBIT A

1

1858618.1

USACM Liquidating Trust
# OBJECTION TO CLAIMS ASSERTING SECURED STATUS
RECLASSIFY AS GENERAL UNSECURED CLAIMS

| Name/Address | Claim # | Amount | Status |
|---|---|---|---|
| Clark, Curtis<br>Curtis Clark IRA<br>1403 Pueblo Drive<br>Boulder City, NC  89005-3203 | 10725-02442 | $64,791.00 | Secured |
| Clark, Donald P., Trustee<br>Donald P. Clark Family Trust<br>305 W. Moana Lane, Suite C<br>Reno, NV  89509 | 10725-02393 | $559,011.56 | Secured |
| Clark, Rosanne L.<br>2350 High Terrance Dr.<br>Reno, NVV 89509 | 10725-02290 | $152,747.24 | Secured |
| Disbrow, Eric C., Trustee<br>Eric C. Disbrow MD Inc. Profit<br>   Sharing Plan<br>3640 Fairway Drive<br>Cameron Park, CA  95682 | 10725-02363 | $447,567.04 | Secured |
| Disbrow, Eric C., Trustee<br>Eric C. Disbrow MD Inc. Profit<br>   Sharing Plan<br>3640 Fairway Drive<br>Cameron Park, CA  95682 | 10725-02364 | $447,567.00 | Secured |
| Downey, William<br>3637 Larch Avenue, Suite 3<br>So. Tahoe, CA  96150 | 10725-02368 | $400,164.43 | Secured |
| Dunbar Rlt Dated 11/21/98<br>Donald C. & Wanda Dunbar, Trustees<br>18124 Wedge Parkway, #153<br>Reno, NV  89511 | 10725-02405 | $729,865.62 | Secured |
| Essaff, Robert & Cindy H., Trustees<br>Essaff Family Trust Dated 6/18/02<br>2860 Heybourne Road<br>Minden, NV  89423 | 10725-02382 | $1,599,184.01 | Secured |
| Ernest W. Libman IRA<br>1709 Glenview Drive<br>Las Vegas, NV  89134-6121 | 10725-02458 | $12,821.00 | Secured |

# EXHIBIT A

2

1858618.1

USACM Liquidating Trust
# OBJECTION TO CLAIMS ASSERTING SECURED STATUS
## RECLASSIFY AS GENERAL UNSECURED CLAIMS

| | | | |
|---|---|---|---|
| Fager, Denise F., Trustee<br>Denise F. Fager Revocable Trust UAD 2/28/03<br>5 Salvatore<br>Ladera Ranch, CA  92694 | 10725-02355 | $663,782.03 | Secured |
| Fager, Denise F., Trustee<br>Denise F. Fager Revocable Trust UAD 2/28/03<br>5 Salvatore<br>Ladera Ranch, CA  92694 | 10725-02356 | $663,782.03 | Secured |
| Freedus JT Ten, Eric B. & Linda P.<br>5008 Nighthawk Way<br>Oceanside, CA  92056 | 10725-02404 | $304,419.00 | Secured |
| Garcell, Paul L. & Pamela Hertz Rev Family Trust<br>Paul L. Garcell, Trustee<br>2013 Grouse Street<br>Las Vegas, NV  89134 | 10725-02361 | $50,000.00 | Secured |
| Gilmour, Nancy R., IRA<br>First Savings Bank Custodian<br>P.O. Box 1241<br>Camano Island, WA  98292-1241 | 10725-02380 | $203,004.11 | Secured |
| Gloy, Tom<br>P. O. Box 4497<br>Incline Village, NV 89450 | 10725-00066-2 | $200,000.00 | Secured |
| Graham, Nanci<br>240 Upper Terrace #3<br>San Francisco, CA  94117-4516 | 10725-02370 | $15,823.13 | Secured |
| Groh IRA, Alan<br>12613 Alcacer Del Sol<br>San Diego, CA  92128-4428 | 10725-02417 | $152,701.90 | Secured |
| Haney, George<br>3289 Topaz Lane<br>Cameron Park, CA  95682 | 10725-02418 | $50,000.00 | Secured |

# EXHIBIT A

1858618.1

USACM Liquidating Trust
# OBJECTION TO CLAIMS ASSERTING SECURED STATUS
## RECLASSIFY AS GENERAL UNSECURED CLAIMS

| Name | Claim # | Amount | Status |
|---|---|---|---|
| Hein, Dennis E. & Meyer Don D., Joint Tenants with Right of Survivorship<br>c/o Don D. Meyer<br>3425 E. Russell Road, Unit 247<br>Las Vegas, NV 89120 | 10725-02407 | $126,590.00 | Secured |
| Hertz, Murray<br>2013 Grouse Street<br>Las Vegas, NV 89134 | 10725-02362 | $50,000.00 | Secured |
| JDL Trust Dated 1/27/04<br>Jack D. La Flesch, Trustee<br>8414 W. Farm Rd., #180-255<br>Las Vegas, NV 89131 | 10725-02352 | $50,746.52 | Secured |
| Johnston Trust Dated 9/7/85<br>Rodney L. & Diane E. Johnston, Trustees<br>4326 Arcadian Drive<br>Castro Valley, CA 94546 | 10725-02354 | $51,041.48 | Secured |
| Kassu LLC PSP Dated 1/1/05<br>c/o Kathleen A. Boyce, Trustee<br>16865 Rue Du Parc<br>Reno, NV 89511-4575 | 10725-02337 | $699.08 | Secured |
| Kempf, Marius & Mary A., Trustees<br>Fred & kellee Kempf Trust<br>2560 Forest City Drive<br>Henderson, NV 89052-6951 | 10725-02446 | $55,513.00 | Secured |
| Krynzel, David B., Individually & As Managing Partner of Gold Runner LLC<br>740 Aldo Rae Ct.<br>Henderson, NV 89052 | 10725-02339 | $57,374.31 | Secured |
| La Flesch, Jack D. IRA<br>First Savings Bank, Custodian<br>8414 W. Farm Rd., #180-255<br>Las Vegas, NV 89131 | 10725-02350 | $50,282.02 | Secured |
| Lamb-Groves, Norma, Trustee<br>Norma Lamb-Groves Trust Dated 2/18/03<br>1355 Player Circle<br>St. George, UT 84790 | 10725-02365 | $101,493.05 | Secured |

**EXHIBIT A**

USACM Liquidating Trust
# OBJECTION TO CLAIMS ASSERTING SECURED STATUS
RECLASSIFY AS GENERAL UNSECURED CLAIMS

| | | | |
|---|---|---|---|
| Lee, Emily<br>2223 25th Avenue<br>San Francisco, CA  94116 | 10725-02388 | $50,716.38 | Secured |
| Lee, Richard<br>1446 35th Avenue<br>San Francisco, CA  94122 | 10725-02387 | $24,613.31 | Secured |
| Libman, Ernest W., IRA<br>1709 Glenview Drive<br>Las Vegas, NV  89134-6121 | 10725-02458 | $12,821.00 | Secured |
| Lucas, Janice A. IRA<br>1310 Secret Lake Loop<br>Lincoln, CA  95648-8412 | 10725-02359 | $76,060.67 | Secured |
| Maguire, John J. & Diane M., Trustees<br>John J. & Diane M. Maguire Living Trust<br>    Dated 8/4/00<br>5590 San Palazzo Ct.<br>Las Vegas, NV  89141-3913 | 10725-02375 | $101,250.19 | Secured |
| McQuerry Family Trust<br>William McQuerry<br>318 Singing Brook Cir.<br>Santa Rosa, CA 95409-6483 | 10725-02240 | $101,011.00 | Secured |
| McQuerry Family Trust<br>William McQuerry<br>318 Singing Brook Cir.<br>Santa Rosa, CA 95409-6483 | 10725-02241 | $51,083.33 | Secured |
| McQuerry Family Trust<br>William McQuerry<br>318 Singing Brook Cir.<br>Santa Rosa, CA 95409-6483 | 10725-02242 | $49,968.89 | Secured |
| McQuerry Family Trust<br>William McQuerry<br>318 Singing Brook Cir.<br>Santa Rosa, CA 95409-6483 | 10725-02243 | $48,039.14 | Secured |

# EXHIBIT A

1858618.1

USACM Liquidating Trust
# OBJECTION TO CLAIMS ASSERTING SECURED STATUS
RECLASSIFY AS GENERAL UNSECURED CLAIMS

| | | | |
|---|---|---|---|
| McQuerry Family Trust<br>William McQuerry<br>318 Singing Brook Cir.<br>Santa Rosa, CA 95409-6483 | 10725-02244 | $100,000.00 | Secured |
| McQuerry Family Trust<br>William McQuerry<br>318 Singing Brook Cir.<br>Santa Rosa, CA 95409-6483 | 10725-02245 | $51,515.96 | Secured |
| McQuerry Family Trust<br>William McQuerry<br>318 Singing Brook Cir.<br>Santa Rosa, CA 95409-6483 | 10725-02246 | $30,852.80 | Secured |

# EXHIBIT A

1858618.1

USACM Liquidating Trust
# OBJECTION TO CLAIMS ASSERTING SECURED STATUS
RECLASSIFY AS GENERAL UNSECURED CLAIMS

| Claimant | Proof of Claim No. | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|
| Al-Awar Living Trust Dated 4/05/01<br>Adib M. & Ellen A. Al-Awar, Trustees<br>1330 Burro Ct.<br>Gardnerville, NV 89410 | 10725-02366 | $1,807,956.81 | Secured |
| Aldrich IRA, Georgette<br>2117 Las Flores Street<br>Las Vegas, NV 89102-3813 | 10725-02459 | $48,536.33 | Secured |
| Aquino, John P. & Lisa<br>2950 Cabrillo<br>San Francisco, CA 94121-3532 | 10725-02371 | $50,000.00 | Secured |
| Aquino, John P. & Lisa<br>2950 Cabrillo<br>San Francisco, CA 94121-3532 | 10725-02372 | $50,000.00 | Secured |
| Aquino, John P. & Lisa<br>2950 Cabrillo<br>San Francisco, CA 94121-3532 | 10725-02373 | $39,966.56 | Secured |
| Beckman, Gary<br>6756 Quinella Dr.<br>Las Vegas, NV 89103-4356 | 10725-02410 | $50,000.00 | Secured |
| Bruno, Vincent<br>4961 E. Patterson Ave.<br>Las Vegas, NV 89104 | 10725-00299 | $50,487.00 | Secured |
| Cangelosi, Donna M. & Brandon Arner<br>5860 Lausanne Dr.<br>Reno, NV 89511-5034 | 10725-01717-2 | $101,943.84 | Secured |
| Cangelosi, Donna M., Trustee<br>Donna M. Cangelosi Family Trust<br>5860 Lausanne Dr.<br>Reno, NV 89511-5034 | 10725-01716-2 | $768,560.86 | Secured |
| Cangelosi, Margaret M., Trustee<br>614 Hillside Crossing<br>Pompton Plains, NJ 07444 | 10725-02381 | $111,767.12 | Secured |

# EXHIBIT A

1

1858618.1

USACM Liquidating Trust
# OBJECTION TO CLAIMS ASSERTING SECURED STATUS
RECLASSIFY AS GENERAL UNSECURED CLAIMS

| | | | |
|---|---|---|---|
| Clark, Curtis<br>Curtis Clark IRA<br>1403 Pueblo Drive<br>Boulder City, NC  89005-3203 | 10725-02442 | $64,791.00 | Secured |
| Clark, Donald P., Trustee<br>Donald P. Clark Family Trust<br>305 W. Moana Lane, Suite C<br>Reno, NV  89509 | 10725-02393 | $559,011.56 | Secured |
| Clark, Rosanne L.<br>2350 High Terrance Dr.<br>Reno, NVV 89509 | 10725-02290 | $152,747.24 | Secured |
| Disbrow, Eric C., Trustee<br>Eric C. Disbrow MD Inc. Profit<br>   Sharing Plan<br>3640 Fairway Drive<br>Cameron Park, CA  95682 | 10725-02363 | $447,567.04 | Secured |
| Disbrow, Eric C., Trustee<br>Eric C. Disbrow MD Inc. Profit<br>   Sharing Plan<br>3640 Fairway Drive<br>Cameron Park, CA  95682 | 10725-02364 | $447,567.00 | Secured |
| Downey, William<br>3637 Larch Avenue, Suite 3<br>So. Tahoe, CA  96150 | 10725-02368 | $400,164.43 | Secured |
| Dunbar Rlt Dated 11/21/98<br>Donald C. & Wanda Dunbar, Trustees<br>18124 Wedge Parkway, #153<br>Reno, NV  89511 | 10725-02405 | $729,865.62 | Secured |
| Essaff, Robert & Cindy H., Trustees<br>Essaff Family Trust Dated 6/18/02<br>2860 Heybourne Road<br>Minden, NV  89423 | 10725-02382 | $1,599,184.01 | Secured |
| Ernest W. Libman IRA<br>1709 Glenview Drive<br>Las Vegas, NV  89134-6121 | 10725-02458 | $12,821.00 | Secured |

# EXHIBIT A

2

1858618.1

USACM Liquidating Trust
# OBJECTION TO CLAIMS ASSERTING SECURED STATUS
## RECLASSIFY AS GENERAL UNSECURED CLAIMS

| Claimant | Claim No. | Amount | Status |
|---|---|---|---|
| Fager, Denise F., Trustee<br>Denise F. Fager Revocable Trust<br>    UAD 2/28/03<br>5 Salvatore<br>Ladera Ranch, CA  92694 | 10725-02355 | $663,782.03 | Secured |
| Fager, Denise F., Trustee<br>Denise F. Fager Revocable Trust<br>    UAD 2/28/03<br>5 Salvatore<br>Ladera Ranch, CA  92694 | 10725-02356 | $663,782.03 | Secured |
| Freedus JT Ten, Eric B. & Linda P.<br>5008 Nighthawk Way<br>Oceanside, CA  92056 | 10725-02404 | $304,419.00 | Secured |
| Garcell, Paul L. & Pamela Hertz<br>    Rev Family Trust<br>Paul L. Garcell, Trustee<br>2013 Grouse Street<br>Las Vegas, NV  89134 | 10725-02361 | $50,000.00 | Secured |
| Gilmour, Nancy R., IRA<br>First Savings Bank Custodian<br>P.O. Box 1241<br>Camano Island, WA  98292-1241 | 10725-02380 | $203,004.11 | Secured |
| Gloy, Tom<br>P. O. Box 4497<br>Incline Village, NV 89450 | 10725-00066-2 | $200,000.00 | Secured |
| Graham, Nanci<br>240 Upper Terrace #3<br>San Francisco, CA  94117-4516 | 10725-02370 | $15,823.13 | Secured |
| Groh IRA, Alan<br>12613 Alcacer Del Sol<br>San Diego, CA  92128-4428 | 10725-02417 | $152,701.90 | Secured |
| Haney, George<br>3289 Topaz Lane<br>Cameron Park, CA  95682 | 10725-02418 | $50,000.00 | Secured |

# EXHIBIT A

3

1858618.1

USACM Liquidating Trust
# OBJECTION TO CLAIMS ASSERTING SECURED STATUS
## RECLASSIFY AS GENERAL UNSECURED CLAIMS

| Name | Claim | Amount | Status |
|---|---|---|---|
| Hein, Dennis E. & Meyer Don D., Joint Tenants with Right of Survivorship<br>c/o Don D. Meyer<br>3425 E. Russell Road, Unit 247<br>Las Vegas, NV  89120 | 10725-02407 | $126,590.00 | Secured |
| Hertz, Murray<br>2013 Grouse Street<br>Las Vegas, NV  89134 | 10725-02362 | $50,000.00 | Secured |
| JDL Trust Dated 1/27/04<br>Jack D. La Flesch, Trustee<br>8414 W. Farm Rd., #180-255<br>Las Vegas, NV  89131 | 10725-02352 | $50,746.52 | Secured |
| Johnston Trust Dated 9/7/85<br>Rodney L. & Diane E. Johnston, Trustees<br>4326 Arcadian Drive<br>Castro Valley, CA  94546 | 10725-02354 | $51,041.48 | Secured |
| Kassu LLC PSP Dated 1/1/05<br>c/o Kathleen A. Boyce, Trustee<br>16865 Rue Du Parc<br>Reno, NV 89511-4575 | 10725-02337 | $699.08 | Secured |
| Kempf, Marius & Mary A., Trustees<br>Fred & kellee Kempf Trust<br>2560 Forest City Drive<br>Henderson, NV  89052-6951 | 10725-02446 | $55,513.00 | Secured |
| Krynzel, David B., Individually & As Managing Partner of Gold Runner LLC<br>740 Aldo Rae Ct.<br>Henderson, NV 89052 | 10725-02339 | $57,374.31 | Secured |
| La Flesch, Jack D. IRA<br>First Savings Bank, Custodian<br>8414 W. Farm Rd., #180-255<br>Las Vegas, NV  89131 | 10725-02350 | $50,282.02 | Secured |
| Lamb-Groves, Norma, Trustee<br>Norma Lamb-Groves Trust<br>   Dated 2/18/03<br>1355 Player Circle<br>St. George, UT  84790 | 10725-02365 | $101,493.05 | Secured |

# EXHIBIT A

1858618.1

USACM Liquidating Trust
# OBJECTION TO CLAIMS ASSERTING SECURED STATUS
RECLASSIFY AS GENERAL UNSECURED CLAIMS

| Name / Address | Claim No. | Amount | Status |
|---|---|---|---|
| Lee, Emily<br>2223 25th Avenue<br>San Francisco, CA 94116 | 10725-02388 | $50,716.38 | Secured |
| Lee, Richard<br>1446 35th Avenue<br>San Francisco, CA 94122 | 10725-02387 | $24,613.31 | Secured |
| Libman, Ernest W., IRA<br>1709 Glenview Drive<br>Las Vegas, NV 89134-6121 | 10725-02458 | $12,821.00 | Secured |
| Lucas, Janice A. IRA<br>1310 Secret Lake Loop<br>Lincoln, CA 95648-8412 | 10725-02359 | $76,060.67 | Secured |
| Maguire, John J. & Diane M., Trustees<br>John J. & Diane M. Maguire Living Trust<br>   Dated 8/4/00<br>5590 San Palazzo Ct.<br>Las Vegas, NV 89141-3913 | 10725-02375 | $101,250.19 | Secured |
| McQuerry Family Trust<br>William McQuerry<br>318 Singing Brook Cir.<br>Santa Rosa, CA 95409-6483 | 10725-02240 | $101,011.00 | Secured |
| McQuerry Family Trust<br>William McQuerry<br>318 Singing Brook Cir.<br>Santa Rosa, CA 95409-6483 | 10725-02241 | $51,083.33 | Secured |
| McQuerry Family Trust<br>William McQuerry<br>318 Singing Brook Cir.<br>Santa Rosa, CA 95409-6483 | 10725-02242 | $49,968.89 | Secured |
| McQuerry Family Trust<br>William McQuerry<br>318 Singing Brook Cir.<br>Santa Rosa, CA 95409-6483 | 10725-02243 | $48,039.14 | Secured |

# EXHIBIT A

1858618.1

USACM Liquidating Trust
# OBJECTION TO CLAIMS ASSERTING SECURED STATUS
## RECLASSIFY AS GENERAL UNSECURED CLAIMS

| | | | |
|---|---|---|---|
| McQuerry Family Trust<br>William McQuerry<br>318 Singing Brook Cir.<br>Santa Rosa, CA 95409-6483 | 10725-02244 | $100,000.00 | Secured |
| McQuerry Family Trust<br>William McQuerry<br>318 Singing Brook Cir.<br>Santa Rosa, CA 95409-6483 | 10725-02245 | $51,515.96 | Secured |
| McQuerry Family Trust<br>William McQuerry<br>318 Singing Brook Cir.<br>Santa Rosa, CA 95409-6483 | 10725-02246 | $30,852.80 | Secured |

# EXHIBIT A

1858618.1