**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 10/10/07

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED FUND, LLC,

USA SECURITIES, LLC,
                        Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under Case No. BK-S-06-10725 LBR

**STIPULATION TO CONTINUE HEARING ON OBJECTION TO CLAIM 1279 OF LERIN HILLS**

Date of Hearing: June 15, 2007
Time of Hearing: 9:30 a.m.

New Date of Hearing: October 15, 2007
Time of Hearing: 9:30 a.m.

USACM Liquidating Trust (the "USACM Trust"), by and through its counsel, Lewis and Roca LLP, and Lerin Hills Ltd. by and through its counsel, Kehoe & Associates, hereby stipulate:

1840908.2

LEWIS AND ROCA LLP
LAWYERS

1. The USACM Trust filed an objection to Claim No. 1279 of Lerin Hills Ltd. (the "Lerin Hills Objection") [DE 3080] filed in the amount of $1,257,233.40 as an unsecured non-priority claim and a priority claim of $797,175.62.

2. The USACM Trust filed a Second Omnibus Objection to Claims Asserting Priority Status (the "Second Objection") [DE 3259] which included an objection to Claim No. 1279 filed by Lerin Hills.

3. Both objections [DE 3080 and DE 3259] to Lerin Hills Claim No. 1279 are scheduled for hearing before this Court on October 15, 2007 at 9:30 a.m.

4. Lerin Hills is involved in ongoing negotiations with Compass Partners the outcome of which will directly impact the amount of its claim against USACM.

5. The parties agree that at this time Lerin Hills is not in a position to pursue its claim against USACM. In order to allow more time for the Lerin Hills' negotiations with Compass Partners to progress, the parties agree that the hearing scheduled for October 15, 2007 on both objections [DE 3080 and DE 3259] filed by the USACM Trust to Claim No. 1279 be vacated and rescheduled to **December 14, 2007 at 9:30 a.m.**

6. The parties submit a stipulated order for the Court's convenience.

DATED: October 10, 2007.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
*Counsel for USACM Liquidating Trust*

-and-

1840908.2

LEWIS
AND
ROCA
LLP
LAWYERS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**KEHOE & ASSOCIATES**

By: _____/s/ Kehoe_____
Ty E. Kehoe, Esq.
871 Coronado Center Drive, Suite 200
Henderson, NV 89052
*Attorney for Lerin Hills, Ltd.*

3

1840908.2