LEWIS AND ROCA LLP
LAWYERS

E-Filed on 10/10/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED FUND, LLC,

USA SECURITIES, LLC,
                                Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under Case No. BK-S-06-10725 LBR

**STIPULATION RE WITHDRAWAL OF OBJECTION AND ALLOWANCE OF PROOFS OF CLAIM FILED BY DEBT ACQUISITION COMPANY OF AMERICA**

Date of hearing: October 15, 2007
Time of hearing: 9:30 a.m.

1. The USACM Liquidating Trust (the "USACM Trust"), and Debt Acquisition Company of America, LLC ("DACA"), stipulate: The claims of each of the parties named below (the "Claimants") were assigned of record by each of the Claimants to DACA ("DACA Claims"):

LEWIS
AND
ROCA
LLP
LAWYERS

| Claimant | Proof of Claim No. | Date Filed | Priority Amount | Unsecured Amount |
|---|---|---|---|---|
| Pompeo J. Lombardi | 10725-00780 | 10/27/2006 | $10,000.00 | $33,017.52 |
| Dalton Maffett | 10725-00904 | 10/27/2006 | $10,000.00 | $10,067.97 |
| Oliver Puhr | 10725-00783 | 10/27/2006 | $10,000.00 | $21,762.33 |
| Tom Stewart | 10725-00779 | 10/27/2006 | $10,000.00 | $27,037.93 |
| Janet Szabo | 10725-00781 | 10/27/2006 | $10,000.00 | $15,107.97 |

2.  On March 23, 2007, the USACM Trust filed an Omnibus Objection to Commission Claims Asserting Priority Status [DE 3255] including the DACA Claims, objecting to the priority status of the Commission Claims filed by DACA, arguing that the Claims are not entitled to priority status and requested that the claims be reclassified as general unsecured claims.

3.  On April 19, 2007, DACA filed the Memorandum of Points and Authorities in Response to Objection to Claim Nos. 10725-00779, 10725-00780, 10725-00781, 10725-00783 and 10725-00904 [DE 3492].

4.  On April 19, 2007, DACA filed the Declaration of Howard Justus in Response to Objection to Claim Nos. 10725-00779, 10725-00780, 10725-00781, 10725-00783 and 10725-00904 assigned to DACA [DE 3493].

5.  On April 19, 2007, DACA filed the Declaration of Tom Stewart in Response to Objection to Claim No. 10725-00779 assigned to DACA [DE 3495].

6.  On April 19, 2007, DACA filed the Declaration of Pompeo Lombardi in Response to Objection to Claim No. 10725-00780 assigned to DACA [DE 3496].

7.  On April 19, 2007, DACA filed the Declaration of Oliver Puhr in Response to Objection to Claim No. 10725-00783 assigned to DACA [DE 3497].

1870134.1

LEWIS AND ROCA LLP
LAWYERS

8. On April 23, 2007, DACA filed the Declaration of Janet Szabo in Response to Objection to Claim No. 10725-00781 assigned to DACA [DE 3524].

9. On April 26, 2007, a hearing was held on the USACM Trust's Objection to the DACA Claims. The hearing was continued from time to time to October 15, 2007.

10. The parties have met and conferred and agree that the USACM Trust will withdraw its objection and the priority portion of the DACA Claims will be allowed as a priority wage claim in the priority amounts specified as follows to be paid by USA Commercial Mortgage Company from the reserve, without prejudice as to the USACM Trust's bringing a claim against the Claimants, or any of them:

| Claimant | Proof of Claim No. | Date Filed | Priority Amount |
| --- | --- | --- | --- |
| Pompeo J. Lombardi | 10725-00779 | 10/27/2006 | $10,000.00 |
| Dalton Maffett | 10725-00780 | 10/27/2006 | $10,000.00 |
| Oliver Puhr | 10725-00781 | 10/27/2006 | $10,000.00 |
| Tom Stewart | 10725-00783 | 10/27/2006 | $10,000.00 |
| Janet Szabo | 10725-00904 | 10/27/2006 | $10,000.00 |

11. The USACM Liquidating Trust reserves the right to further object to the unsecured portion of any of the DACA Claims or to any other claims filed by any of the Claimants.

/ / /

/ / /

/ / /

/ / /

1870134.1

**LEWIS AND ROCA LLP**
**LAWYERS**

12. The hearing scheduled on October 15, 2007 at 9:30 a.m. may be vacated.

DATED: October 10, 2007.

        **LEWIS AND ROCA LLP**
        By: /s/ RC (#6593)
           Susan M. Freeman, AZ 4199 (*pro hac vice*)
           Rob Charles, NV 6593
           *Counsel for USACM Liquidating Trust*

        -and-

DATED: October 10, 2007.

        **KIRBY & McGUINN, APC**

        By: */s/ Dean T. Kirby, Jr.*
           Dean T. Kirby, Jr.
           Leonard J. Ackerman
           600 B Street, Suite 1950
           San Diego, CA 92101-4515

        -and-

        **MICHELLE L. ABRAMS, LTD.**
        3085 S Jones Blvd., Suite C
        Las Vegas, NV 89146
        *Attorneys for Debt Acquisition Company of America V, LLC*

1870134.1