**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 10/11/07

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED FUND, LLC,

USA SECURITIES, LLC,

    Debtors.

Affects:
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under Case No. BK-S-06-10725 LBR

**STIPULATION CONTINUING HEARING ON OBJECTION TO CLAIM 203 OF MOUNTAIN WEST MORTGAGE CO.**

Date of Hearing: October 15, 2007
Time of Hearing: 9:30 a.m.

New Date of Hearing: December 14, 2007
Time of Hearing: 9:30 a.m.

USACM Liquidating Trust (the "USACM Trust"), by and through its counsel, Lewis and Roca LLP, and Mountain West Mortgage Co./Lerin Hills ("MWM") by and through its counsel, Goldsmith & Guymon, hereby stipulate:

1. The USACM Trust filed an objection to Claim No. 203 of MWM [DE 3078] in the amount of $2,048,000.00 as an unsecured non-priority claim.

1

221516.1

LEWIS AND ROCA LLP
LAWYERS

2. The matter is set for status hearing on October 15, 2007 at 9:30 a.m.

3. The MWM claim is related to the claim by Binford Medical Developers LLC ("Binford"). Binford and Compass Partners are currently involved in an adversary proceeding before this Court the outcome of which will significantly impact the value of MWM's claim. Accordingly, the parties ask that the Court continue the status hearing until December 14, 2007 to allow time for the Binford adversary proceeding to be resolved so that MWM and the USACM Liquidating Trust can better assess the value of MWM's claim.

4. In order to facilitate that process, the parties agree that the hearing on the objection filed by the USACM Trust to Claim No. 203 of MWM be continued to December 14, 2007 at 9:30 a.m.

5. The parties submit a stipulated order for the Court's convenience.

DATED: October 9, 2007.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
*Counsel for USACM Liquidating Trust*

-and-

**GOLDSMITH & GUYMON P.C.**

By: _____
Marjorie A. Guymon
Goldsmith & Guymon
2055 N. Village Center Circle
Las Vegas, NV 89134
Tel: 702-873-9500
Email: mguymon@goldguylaw.com
*Attorneys for Mountain West Mortgage Co./ Lerin Hills.*

221516.1