

**Entered on Docket
October 11, 2007**

———————————————
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

# LEWIS AND ROCA LLP

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                              Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>Date of Hearing: October 15, 2007<br>Time of Hearing: 9:30 a.m.<br><br>New Date of Hearing: December 14, 2007<br>Time of Hearing: 9:30 a.m. |
|---|---|

221518.1

## ORDER APPROVING STIPULATION TO CONTINUE THE HEARING ON OBJECTION TO CLAIM 203 OF MOUNTAIN WEST MORTGAGE CO./ LERIN HILLS

**IT IS HEREBY ORDERED:** approving the Stipulation by and between USACM Liquidating Trust and Mountain West Mortgage Co./Lerin Hills ("MWM") [DE4692 ] vacating the hearing set for October 15, 2007 on the objection to Claim of 203 of MWM [DE 3078] and continuing that hearing to **December 14, 2007 at 9:30 a.m.**

### ###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
*Attorneys for USACM Liquidating Trust*

APPROVED AS TO FORM AND CONTENT:

**GOLDSMITH & GUYMON P.C.**

By: _____
    Marjorie A. Guymon
Goldsmith & Guymon
2055 N. Village Center Circle
Las Vegas, NV 89134
Tel: 702-873-9500
Email: mguymon@goldguylaw.com
*Attorneys for Mountain West Mortgage Co./ Lerin Hills.*

221518.1