

**Entered on Docket
October 11, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

Israel Goldowitz, Chief Counsel
Karen L. Morris, Deputy Chief Counsel
James L. Eggeman, Assistant Chief Counsel
Frank A. Anderson, Attorney, D.C. Bar No. 478234[*]
Erika E. Barnes, Attorney, Cal. Bar No. 197309[*]
PENSION BENEFIT GUARANTY CORPORATION
Office of the Chief Counsel
1200 K Street, NW, Suite 340
Washington, D.C.  20005-4026
Tel: (202) 326-4020, ext. 3759
Fax: (202) 326-4112
anderson.frank@pbgc.gov and efile@pbgc.gov

and

Steven W. Myhre, Acting United States Attorney
Nevada State Bar No. 9635
Carlos A. Gonzalez, Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada  89101
Tel:  (702) 388-6336
Fax:  (702) 388-6787

Attorneys for Pension Benefit Guaranty Corporation

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | Case No. BK-S-06-10725 LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | ) | Case No. BK-S-06-10726 LBR |
|                 Debtor. | ) | Case No. BK-S-06-10727 LBR |
| In re: | ) | Case No. BK-S-06-10728 LBR |
| USA CAPITAL REALTY ADVISORS, LLC | ) | Case No. BK-S-06-10729 LBR |
|                 Debtor. | ) | |
| In re: | ) | Chapter 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | ) | |
|                 Debtor. | ) | Jointly Administered Under |
| In re: | ) | Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | ) | |
|                 Debtor. | ) | |

---

[*] Admitted *pro hac vice*.

| | |
|---|---|
| In re: ) | Hearing Date:   N/A |
| USA SECURITIES, LLC ) | Hearing Time:   N/A |
| Debtor.         ) | |

## STIPULATED ORDER APPROVING WITHDRAWAL OF PROOFS OF CLAIM FILED BY PBGC AGAINST USA CAPITAL REALTY ADVISORS, LLC

The Stipulation for Withdrawal of Proofs of Claim Filed by PBGC Against USA Capital Realty Advisors, LLC filed by PBGC (docket # 4939) (the "Stipulation") came before the Court for consideration. No notice being necessary and good cause appearing, it is hereby ORDERED:

- that the Stipulation is approved;

- that Proofs of Claim Nos. 37-1, 37-2, 38-1, 38-2, 39-1, and 39-2 filed by PBGC against USA Capital Realty Advisors, LLC are withdrawn with prejudice; and

- that the withdrawal of the PBGC claims against USA Capital Realty Advisors, LLC shall have no effect on PBGC's claims against any other debtors in this jointly-administered proceeding.

###

**PREPARED AND SUBMITTED:**

PENSION BENEFIT GUARANTY CORPORATION

By:       /s/ Erika E. Barnes
          JAMES L. EGGEMAN
          ERIKA E. BARNES
*Attorneys for Pension Benefit Guaranty Corporation*

APPROVED:

RAY QUINNEY & NEBEKER P.C. and
SCHWARTZER & McPHERSON LAW FIRM

By:       /s/ Steven C. Strong
          ANNETTE W. JARVIS
          STEVEN C. STRONG
          LENARD E. SCHWARTZER
          JEANNETTE E. McPHERSON
*Attorneys for USA Capital Realty Advisors, LLC*