

**Entered on Docket
October 11, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

1

2

3

4

5

6  **LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
7  Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
8  Telephone (702) 949-8320

9  Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
10  Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
11  Email: jhindera@lrlaw.com

*Attorneys for USACM Liquidating Trust*

12

13  

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

14  In re:

15  USA COMMERCIAL MORTGAGE
COMPANY,
16

17  USA CAPITAL REALTY ADVISORS,
LLC,
18

19  USA CAPITAL DIVERSIFIED TRUST
DEED FUND, LLC,

20  USA CAPITAL FIRST TRUST DEED
FUND, LLC,
21

22  USA SECURITIES, LLC,
                                    Debtors.

23  **Affects:**
☐ All Debtors
24  ☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
25  ☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
26  ☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under Case No.
BK-S-06-10725 LBR

Date of Hearings:  October 15, 2007
Time of Hearings:  9:30 a.m.

New Date of Hearings:  November 2, 2007
Time of Hearings:  9:30 a.m.

1868670.1

**ORDER APPROVING STIPULATION TO CONTINUE THE HEARING ON OBJECTIONS TO CLAIM 1366 OF LOS VALLES LAND & GOLF LLC**

**IT IS HEREBY ORDERED:**

- approving the Stipulation by and between USACM Liquidating Trust and Los Valles Land & Golf LLC [DE 4933];

- the deadline for Los Valles to file and serve a response to the objections (the "Objections") [DE 3076, 3168] to Claim No. 1366 of Los Valles Land & Golf LLC is extended to October 15, 2007;

- any reply to the response shall be filed and served by October 23, 2007; and

- the hearings on the Objections is continued to **November 2, 2007 at 9:30 a.m.**

### 

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By:____/s/ RC (#0006593)_____
     Susan M. Freeman
     Rob Charles
     John Hinderaker
*Attorneys for USACM Liquidating Trust*

APPROVED AS TO FORM AND CONTENT:

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By: ___s/ Peter Mort_____
     Peter Mort
3612 Main Street
Riverside, California 92501
Tel: 310-229-1007
Email: pmort@akingump.com
*Attorneys for Los Valles Land & Golf LLC*

1868670.1