**Entered on Docket
October 11, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

| | | |
|---|---|---|
| **LEWIS AND ROCA LLP** | **STUTMAN, TREISTER & GLATT, P.C.** | **SHEA & CARLYON, LTD.** |
| 3993 Howard Hughes Parkway, Ste 600 | 1901 Avenue of the Stars, 12th Floor | 701 Bridger, Suite 850 |
| Las Vegas, NV 89169-5996 | Los Angeles, California 90067 | Las Vegas, Nevada 89101 |
| Facsimile (702) 949-8321 | Facsimile: (310) 228-5788 | Facsimile: (702) 471-7435 |
| Telephone (702) 949-8320 | Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |

Susan M. Freeman AZ Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
*Attorneys for USACM Liquidating Trust*

Frank A. Merola CA Bar No. 136934
Email:  fmerola@stutman.com
Eve H. Karasik CA Bar No. 155356
Email: ekarasik@stutman.com
Christine M. Parak CA Bar No. 21773
Email: cpajak@stutman.com
Attorneys for Equity Security Holders of USA Capital First Trust Deed Fund, LLC

James Patrick Shea NV Bar No. 000405
Email: jshea@sheacarlyon.com
Candace C. Carlyon NV Bar No. 002666
Email: ccarlyon@sheacarlyon.com
Sholomo S. Sherman NV Bar No. 009688
Email: ssherman@sheacarlyon.com

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED FUND, LLC,

USA SECURITIES, LLC,

                                        Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☒ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under Case No. BK-S-06-10725 LBR

Hearing Date:  September 28, 2007
Hearing Time: 1:30 p.m.

**Order re Stipulation for Withdrawal with Prejudice of Proof of Claim Numbers
10725-00557 and 10725-00558 Filed by Nadine Morton**

1867975.1

1    The Court having considered the Stipulation for Withdrawal with Prejudice of

2    Proof of Claim Numbers 10725-00557 and 10725-00558 Filed by Nadine Morton (the

3    ("Stipulation"), and good cause appearing:

4        IT IS HEREBY ORDERED that:

5        1.    the Stipulation is approved;

6        2.    Claim Nos. 10725-00557 and 10725-00558 are deemed withdrawn; and

7        3.    the hearing scheduled for September 28, 2007 on Claim No. 10725-00558 is

8    vacated.

9                                    ###

10    PREPARED AND SUBMITTED:

11    **LEWIS AND ROCA LLP**

12

13    SUBMITTED BY:                        APPROVED BY:

14    By: _*Eve H. Karasik*_____        By: _/s/ RC (#006593)____

15        Frank A. Merola                      Susan M. Freeman
         Eve H. Karasik                       Rob Charles
16        Christine M. Pajak               **LEWIS AND ROCA LLP**

17    **STUTMAN, TREISTER & GLATT,**      3993 Howard Hughes Parkway, Suite 600
      **P.C.**                            Las Vegas, NV 89169-0961
18    1901 Avenue of the Stars, 12th Floor  *Counsel for USACM Liquidating Trust*
      Los Angeles, CA  90067
19

20    and

21    CANDACE C. CARLYON                    _____
      SHLOMO S. SHERMAN                     NADINE MORTON
22    **SHEA & CARLYON, LTD.**             2708 La Solana Way
23    701 Bridger, Suite 850                Las Vegas, NV 89102
      Las Vegas, NV  89101
24    Telephone:  (702) 471-7432
25    *Counsel for Equity Security Holders of*
      *USA Capital First Trust Deed Fund, LLC*
26

1867975.1

The Court having considered the Stipulation for Withdrawal with Prejudice of Proof of Claim Numbers 10725-00557 and 10725-00558 Filed by Nadine Morton (the ("Stipulation"), and good cause appearing:

IT IS HEREBY ORDERED that:

1.    the Stipulation is approved;

2.    Claim Nos. 10725-00557 and 10725-00558 are deemed withdrawn; and

3.    the hearing scheduled for September 28, 2007 on Claim No. 10725-00558 is vacated.

### 

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

SUBMITTED BY:                                    APPROVED BY:


By:_____           By:  /s/ RC (#006593)_____
     Frank A. Merola                                  Susan M. Freeman
     Eve H. Karasik                                     Rob Charles
     Christine M. Pajak                           **LEWIS AND ROCA LLP**
**STUTMAN, TREISTER & GLATT,**           3993 Howard Hughes Parkway, Suite 600
**P.C.**                                                   Las Vegas, NV 89169-0961
1901 Avenue of the Stars, 12th Floor      *Counsel for USACM Liquidating Trust*
Los Angeles, CA  90067

and


CANDACE C. CARLYON                       *[signature]*
SHLOMO S. SHERMAN                       NADINE MORTON
**SHEA & CARLYON, LTD.**                   2708 La Solana Way
701 Bridger, Suite 850                           Las Vegas, NV 89102
Las Vegas, NV  89101
Telephone: (702) 471-7432
*Counsel for Equity Security Holders of*
*USA Capital First Trust Deed Fund, LLC*