GUNDERSON LAW FIRM
Mark H. Gunderson, Esq.
Nevada State Bar No. 2134
Laura M. Arnold, Esq.
Nevada State Bar No. 5206
5345 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone: (775) 829-1222
Facsimile: (775)829-1226
mgunderson@gundersonlaw.com

Attorneys for Claimants Rolland P. Weddell
and Spectrum Financial Group

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In Re:

USA COMMERCIAL MORTGAGE COMPANY,
           Debtor.
_____/

In Re:

USA CAPITAL REALTY ADVISORS, LLC,
           Debtor.
_____/

In Re:

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,
           Debtor.
_____/

In Re:

USA CAPITAL FIRST TRUST DEED FUND, LLC,
           Debtor.
_____/

In Re:

USA SECURITIES, LLC,
           Debtor.
_____/

Bankruptcy No. BK-S-06-10725-LBR
Bankruptcy No. BK-S-06-10726-LBR
Bankruptcy No. BK-S-06-10727-LBR
Bankruptcy No. BK-S-06-10728-LBR
Bankruptcy No. BK-S-06-10729-LBR

Jointly Administered
(Chapter 11)

**NOTICE OF APPEARANCE AND ORDER REQUESTING CONTINUANCE OF STATUS HEARING SET FOR OCTOBER 15, 2007**

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
SUITE 200
5345 KIETZKE LANE
RENO, NEVADA 89511
(775) 829-1222

-1-

COMES NOW, MARK H. GUNDERSON, ESQ. and files this Notice of Appearance as counsel of record for Claimants ROLAND P. WEDDELL and SPECTRUM FINANCIAL GROUP, LLC, d/b/a SPECTRUM FINANCIAL GROUP II, LLC.

### *Request for Continuance of Status Hearing*

A Status Hearing on USA Commercial Mortgage Liquidating Trust's Objections to Spectrum Financial Group's Claim No. 819 in the amount of $49,581,000 and Roland P. Weddell's Claim No. 821 in the amount of $13,081,000, is currently scheduled before this Court on October 15, 2007.

Due to their counsel's unavailability, and in order to allow their newly-enrolled counsel sufficient time in which to properly prepare for this Status Hearing, Claimants Roland P. Weddell and Spectrum Financial Group request that this Court continue the Status Hearing currently set for October 15, 2007, to December 14, 2007, at 9:30 pm.

DATED this __11__ day of October, 2007.

Respectfully Submitted,

GUNDERSON LAW FIRM

By: _____
Mark H. Gunderson, Esq.
Nevada State Bar No. 2134
Laura M. Arnold, Esq.
Nevada State Bar No. 5206
Attorneys for Claimants Roland P. Weddell and Spectrum Financial Group

IT IS SO ORDERED.

DATED this _____ day of October, 2007.

_____
JUDGE, UNITED STATES BANKRUPTCY COURT

GUNDERSON LAW FIRM
A PROFESSIONAL LAW CORPORATION
SUITE 200
5345 KIETZKE LANE
RENO, NEVADA 89511
(775) 829-1222

# CERTIFICATE OF SERVICE

I certify that I am an employee of the GUNDERSON LAW FIRM, and that on the 11th day of October, 2007, I served a copy of the NOTICE OF APPEARANCE AND ORDER REQUESTING CONTINUANCE OF STATUS HEARING SET FOR OCTOBER 15, 2007, by depositing a copy of the same in a sealed envelope in the United States Mail, at Reno, Nevada, first-class, postage fully prepaid, or by electronic notification, addressed to the following:

/s/Peggy F. O'Neill

_____
Peggy F. O'Neill

**Electronic notice to:**
- MICHELLE L. ABRAMS mabrams@mabramslaw.com
- FRANKLIN C. ADAMS franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com
- NANCY L ALLF nallf@parsonsbehle.com, klawrence@parsonsbehle.com; ecf@parsonsbehle.com
- FRANK A. ANDERSON anderson.frank@pbgc.gov, efile@pbgc.gov
- OGONNA M. ATAMOH oatamoh@nevadafirm.com, bked@nevadafirm.com; paltstatt@nevadafirm.com; sliberio@nevadafirm.com
- KERIANN M. ATENCIO ATENCIOK@GTLAW.COM
- PETER C. BERNHARD peter.bernhard@bullivant.com, michelle.diegel@bullivant.com
- BMC GROUP, INC. evrato@bmcgroup.com, ecf@bmcgroup.com; jmiller@bmcgroup.com; jbartiett@bmcgroup.com; mjohn@bmcgroup.com
- GEORGANNE W. BRADLEY georganne.bradley@bullivantcom, mary.opatrny@bullivantcom
- KELLY J. BRINKMAN kbrinkman@gooldpatterson.com
- THOMAS R BROOKSBANK tom@tombrooksbank.com, renee@tombrooksbank.com
- ANDREW M. BRUMBY abrumby@shutts-law.com, rhicks@shutts-law.com; lmackson@shutts-law.com
- LOUIS M. BUBALA lbubala@jonesvargas.com, tbw@jonesvargas.com; aanthony@jonesvargas.com
- MATTHEW Q. CALLISTER mqc@callister-reynolds.com, maggie@callister-reynolds.com; jrammos@callister-reynolds.com
- CANDACE C CARLYON ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com; bankruptcyfilings@sheacarlyon.com
- ROB CHARLES rcharles@klaw.com, qordan@lrlaw.com
- MICHAEL W. CHEN yvette@ccfirm.com,
- KEVIN B. CHRISTENSEN kbchrislaw@aol.com
- JANET L. CHUBB tbw@jonesvargas.com
- EDWARD S. COLEMAN mall@coleman4law.com
- WILLIAM D COPE cope_guerra@yahoo.com
- LAUREL E. DAVIS ldavisefclaw.com, mhurtado@fclaw.com
- THOMAS W. DAVIS tdavis@hwmlvlaw.com, wendim@hwmlvlaw.com
- J CRAIG DEMETRAS JCD@demetras-oneill.com, jar@demetras-oneill.com; mdh@demetras-oneill.com
- DONNA DIMAGGIO-HIGHBERGER ddimaggio@kkbrf.com
- RICHARD I. DREITZER rdreitzer@yahoo.com
- THOMAS H. FELL BANKRUPTCYNOTICES@GORDONSILVER.COM, bknotices@gordonsilver.com
- ARLEY D FINLEY TFINLEY@DIAMONDMCCARTHY.COM
- SCOTT D. FLEMING sfleming@halelane.com, dbergsing@halelane.com
- GREGORY E GARMAN bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com
- DOUGLAS D. GERRARD DGERRARD@GERRARD-COX.COM, ekaymedellin@gerrard-cox.com
- WADE B. GOCHNOUR wgochnour@hwmMaw.com, donnat@hvolvlaw.com
- CARLOS A. GONZALEZ carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
SUITE 200
5345 KIETZKE LANE
RENO, NEVADA 89511
(775) 829-1222

- GERALD M GORDON bankruptcynotices@gordonsilver.com, bknotIces@gordonsilver.com
- R. VAUGHN GOURLEY vgourley@lvcm.com

C/0 MATTHEW J. KREUTZER, ESQ.
3030 HOWARD HUGHES PKWY, 4TH FL
LAS VEGAS, NV 89169

GAIL WILCOX
PO BOX 1051
MINDEN, NV 89423

STEVE WILCOX PO BOX 1051
MINDEN, NV 89423

WILLIAM E WINFIELD P013 9100
OXNARD, CA 93031

MARION E. WYNNE
WILKINS, BANKESTER, BILES & WYNNE, P.A.
POST OFFICE BOX 1367
FAIRHOPE, AL 36533-1367

MICHAEL YODER
DIAMOND MCCARTHY, LLP
909 FANNIN, STE 1500
HOUSTON, TX 77010

OSVALDO LIVING TRUST ZUNINO
3575 TIOGA WAY
LAS VEGAS, NV **89109**

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
SUITE 200
5345 KIETZKE LANE
RENO, NEVADA 89511
(775) 829-1222