**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 10/11/07

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED FUND, LLC,

USA SECURITIES, LLC,

　　　　　　　　　　Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under Case No. BK-S-06-10725 LBR

**STIPULATION TO DISALLOW DUPLICATE CLAIMS FILED BY WYNN A. AND LORRAINE J. GUNDERSON AND CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT RE GUNDERSONS' REMAINING CLAIM**

Date of Hearings: October 15, 2007
Time of Hearings: 9:30 a.m.

New Date of Hearings: November 16, 2007
Time of Hearings: 9:30 a.m.

USACM Liquidating Trust (the "USACM Trust"), by and through its counsel, Lewis and Roca LLP, and Wynn A. and Lorraine J. Gunderson ("Gundersons") on their own behalf, hereby stipulate:

1

1871648.1

1. Wynn A. and Lorraine J. Gunderson filed proof of claim 10725-02321 on January 19, 2007 in the amount of $105,156.00.

2. Wynn Gunderson filed proof of claim 10725-02322 on January 19, 2007 in the amount of $105,156.00.

3. On March 20, 2007, the USACM Trust filed the Twelfth Omnibus Objection to Claims Alleging Secured Status [DE 3155] which objected to the secured status of claims No. 10725-02321 and 10725-02322.

4. Wynn and Lorraine Gunderson filed proof of claim No. 10725-02447-1 on April 25, 2007, which was amended by proof of claim No. 10725-2447-2 filed in the amount of $176,135.00 also filed on April 25, 2007.

5. Wynn A. Gunderson filed proof of claim no. 10725-02448-1, on April 25, 2007, which was amended by proof of claim No. 10725-02448-2 filed in the amount of $176,135.00 also filed on April 25, 2007.

6. On April 19, 2007, Wynn A. and Lorraine Gunderson filed an Opposition [DE 3154] to Objection to the USACM Liquidating Trust Twelfth Omnibus Objection to Proofs of Claim Asserting Secured Status.

7. On July 30, 2007, the USACM Trust filed its Objection to Wynn and Lorraine Gunderson Claims Asserting Secured Status (the "Objection") [DE 4262], which objected to the secured status of Claim Nos. 10725-2447-1, 10725-2447-2, 10725-02448-1 and 10725-02448-2, arguing that the proofs of claim are not entitled to secured status and requested that the claims be reclassified as general unsecured claims.

8. On July 30, 2007, the USACM Trust filed its Motion for Summary Judgment Regarding (1) Responses to the USACM Trust's First Through Thirty-Third Omnibus Objections to Claims Asserting a Secured Status' (2) Responses to USACM Trust's First Though Third Omnibus Objection to Claims Asserting a Priority Status And (3) Newly Alleged Secured and Priority Claims [DE 4291].

1871648.1

9. The Objection and Motion for Summary Judgment are scheduled for hearing on October 15, 2007, at 9:30 a.m.

10. The Gundersons contacted counsel for the USACM Trust. Upon being provided additional information, the Gundersons agree that Claim Nos. 10725-02321, 10725-02322, 10725-02447-1, 10725-02448-1 and 10725-02448-2 are duplicate claims and may be disallowed in their entirety on the ground that they have been amended by Proof of Claim No. 10725-02447-2, which shall remain of record subject to further objection by USACM.

11. The Gundersons have requested more time to respond to the Motion for Summary Judgment and the USACM Trust is willing to accommodate this request.

12. Based upon the foregoing, the parties stipulate as follows:

- Claim Nos. 10725-02321, 10725-02322, 10725-02447-1, 10725-02448-1 and 10725-02448-2 be disallowed as duplicative of or amended by Proof of Claim No. 10725-02447-2.

- The hearing on the Motion for Summary Judgment <u>as it relates to Claim No. 10725-02447-2 only</u> and the Objection set for October 15, 2007, at 9:30 a.m. is VACATED and CONTINUED to November 16, 2007, at 9:30 a.m.;

- The Gundersons shall have until October 24, 2007, to file and serve a response to the Motion for Summary Judgment and/or the Objection; and

/////
/////
/////
/////
/////

3

1871648.1

**LEWIS AND ROCA** LAWYERS

- The USACM Trust shall have until November 2, 2007, to file and serve its reply.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
Susan M. Freeman, AZ 4199 *(pro hac vice)*
Rob Charles, NV 6593
John Hinderaker, AZ 18024 *(pro hac vice)*
*Counsel for USACM Liquidating Trust*

-and-

By: _____
Wynn A. Gunderson

By: _____
Lorraine A. Gunderson

1871648.1