| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| FRANK A. MEROLA | JAMES PATRICK SHEA |
| (CA State Bar No. 136934) | (Nevada State Bar No. 000405) |
| EVE H. KARASIK | CANDACE C. CARLYON |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666) |
| CHRISTINE M. PAJAK | SHLOMO S. SHERMAN |
| (CA State Bar No. 217173) | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 701 Bridger Avenue, Suite 850 |
| Los Angeles, CA 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| E-mail: fmerola@stutman.com | E-mail: jshea@sheacarlyon.com |
| ekarasik@stutman.com | ccarlyon@sheacarlyon.com |
| cpajak@stutman.com | ssherman@sheacarlyon.com |

*Counsel for the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>    Debtor | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>    Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☐ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☒ USA Capital First Trust Deed Fund, LLC | DATE: September 28, 2007<br>TIME: 1:30 p.m. |

**CERTIFICATE OF SERVICE OF NOTICE OF ENTRY OF ORDER RE STIPULATION RE ALLOWANCE OF INFORMAL PROOF OF CLAIM AND WITHDRAWAL OF DUPLICATE CLAIM**

I HEREBY CERTIFY that I served the following documents:

Notice of Entry of Order re Stipulation re Allowance of Informal Proof of Claim and Withdrawal of Duplicate Claim

I served the above named document(s) by the following means to the persons as listed below:

☒ a. **Via the ECF System on the 9th day of October, 2007 (see attached Notices of Electronic Filing).**

☒ b. **United States mail, postage fully prepaid on the 12th day of October, 2007, to the following:**

> Labossiere Family Trust Dated 3/20/1987,
> Gerard and Lucille Labossiere Trustees
> 635 Jessica Drive
> Mesquite, NV 89027.

☐ c. **Personal service.**

I personally delivered the documents to the persons at these addresses:

> ☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge, by leaving the document(s) in a conspicuous place in the office.

> ☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ d. **By direct email.**

> Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e. **By fax transmission.**

> Based upon the written agreement of the parties to accept serve by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f. **By messenger.**

SHEA & CARLYON, LTD.
701 Bridger Avenue, Suite 850
Las Vegas, Nevada 89101
(702) 471-7432

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 12th day of October, 2007.

*Lissa Treadway*, ACP, an employee of SHEA & CARLYON, LTD.

SHEA & CARLYON, LTD.
701 Bridger Avenue, Suite 850
Las Vegas, Nevada 89101
(702) 471-7432

3

# File a Notice:

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from SHERMAN, SHLOMO S. entered on 10/9/2007 at 6:52 PM PDT and filed on 10/9/2007
**Case Name:** USA COMMERCIAL MORTGAGE COMPANY
**Case Number:** 06-10725-lbr
**Document Number:** 4957

**Docket Text:**
Notice of Entry of Order Filed by SHLOMO S. SHERMAN on behalf of OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC (Related document(s)[4896] Order Re: Objection to Claim, ) (SHERMAN, SHLOMO)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Z:\USA Investors Committee #1500\Electronic Filing\noe labossiere stip.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=10/9/2007] [FileNumber=8709167-0]
[81ec45ea433a1078e5033ed0327283be2fec06a5f4c0f1f4edbb32fc9e11bd11366f
374367f683131e08c14ed00943f79eb507308e6d3c34d840bbece5156ea0]]

## 06-10725-lbr Notice will be electronically mailed to:

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, karen_lawrence@gshllp.com

NANCY L ALLF    nancy_allf@gshllp.com, karen_lawrence@gshllp.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

PETER C. BERNHARD    peter.bernhard@bullivant.com, michelle.diegel@bullivant.com

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;mjohn@bmcgroup.com

GEORGANNE W. BRADLEY    georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN     kbrinkman@gooldpatterson.com

THOMAS R. BROOKSBANK     tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY     abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA     lbubala@jonesvargas.com, tbw@jonesvargas.com;aanthony@jonesvargas.com

MATTHEW Q. CALLISTER     mqc@callister-reynolds.com, maggie@callister-reynolds.com;jrammos@callister-reynolds.com

CANDACE C CARLYON     ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com

MICHAEL W. CARMEL     michael@mcarmellaw.com, nancy@mcarmellaw.com;ritkin@steptoe.com

ROB CHARLES     rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN     yvette@ccfirm.com

KEVIN B. CHRISTENSEN     kbchrislaw@aol.com

JANET L. CHUBB     tbw@jonesvargas.com

JANET L. CHUBB     tbw@jonesvargas.com

WILLIAM D COPE     cope_guerra@yahoo.com

LAUREL E. DAVIS     ldavis@fclaw.com, mhurtado@fclaw.com

THOMAS W. DAVIS     tdavis@hwmlvlaw.com, wendim@hwmlvlaw.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (aw)     awhatnall@daca4.com

J CRAIG DEMETRAS     JCD@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras-oneill.com

RICHARD I. DREITZER     rdreitzer@yahoo.com

THOMAS H. FELL     BANKRUPTCYNOTICES@GORDONSILVER.COM;bknotices@gordonsilver.com

SCOTT D. FLEMING     sfleming@halelane.com, dbergsing@halelane.com

GREGORY E GARMAN     bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

DOUGLAS D. GERRARD     DGERRARD@GERRARD-COX.COM, ekaymedellin@gerrard-cox.com

WADE B. GOCHNOUR     wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Mary.Booker@usdoj.gov

GERALD M GORDON    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

R. VAUGHN GOURLEY    vgourley@lvcm.com

TALITHA B. GRAY    bankruptcynotices@gordonsilver.com;bknotices@gordonsilver.com

JAMES D. GREENE    bknotice@bhfs.com

MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com;angelenal@goldguylaw.com

PETER W. GUYON    pguyon@yahoo.com

JEFFREY R. HALL    jhall@sheacarlyon.com, jhall@hutchlegal.com

XANNA R. HARDMAN    xanna.hardman@gmail.com

STEPHEN R HARRIS    noticesbh&p@renolaw.biz

JEFFREY L HARTMAN    notices@bankruptcyreno.com, dle@bankruptcyreno.com

BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

RICHARD F. HOLLEY    rholley@nevadafirm.com, paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com

RANDOLPH L. HOWARD    rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net

JASON A. IMES    bkfilings@s-mlaw.com

ROBBIN L. ITKIN    ritkin@steptoe.com, sgottlieb@steptoe.com;skopman@steptoe.com;keckert@steptoe.com;jgoldman@steptoe.com;kpiper@st

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES    ejameslv@embarqmail.com, kbchrislaw@aol.com

ANNETTE W JARVIS    ajarvis@rqn.com

ERIN E. JONES    ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com

TY E. KEHOE    TyKehoeLaw@aol.com

ROBERT R. KINAS    rkinas@swlaw.com, jmcbee@swlaw.com;jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;lvdocket@mindsprin;

DEAN T. KIRBY     dkirby@kirbymac.com, jhebert@kirbymac.com;lackerman@kirbymac.com

ZACHARIAH LARSON     ecf@lslawnv.com, susans@lslawnv.com

JOHN J. LAXAGUE     jlaxague@caneclark.com

GEORGE C LAZAR     glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM     nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME     rlepome@cox.net, smstanton@cox.net

TYSON M. LOMAZOW     tlomazow@milbank.com

ANNE M. LORADITCH     ecffilings@LRLaw.com, aloraditch@LRLaw.com;pkois@LRLaw.com

ERIC D MADDEN     emadden@diamondmccarthy.com, jsickels@diamondmccarthy.com

PATRICIA A. MARR     lvlaw03@yahoo.com

JAMES C. MCCARROLL     , dturetsky@reedsmith.com;aleonard@reedsmith.com

REGINA M. MCCONNELL     rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY     lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT     mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com

JEANETTE E. MCPHERSON     bkfilings@s-mlaw.com;info@s-mlaw.com

JEANETTE E. MCPHERSON     bkfilings@s-mlaw.com;info@s-mlaw.com

SHAWN W MILLER     bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;ltreadway@sheacarlyon.com;mleavitt@sheacarlyon.com

DAVID MINCIN     mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

JOHN F MURTHA     jmurtha@woodburnandwedge.com

ERVEN T. NELSON     erv@rlbolick.com, susan@rlbolick.com;erin@rlbolick.com

JOHN F. O'REILLY     jor@oreillylawgroup.com, tor@oreillylawgroup.com;bc@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com

TIMOTHY R. O'REILLY     tor@oreillylawgroup.com, jor@oreillylawgroup.com;bc@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com

BOB L. OLSON     ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN    ebaker@marquisaurbach.com, dosborn@marquisaurbach.com;tszostek@marquisaurbach.com;kgallegos@MarquisAurbach.com

CHRISTINE M PAJAK    cpajak@stutman.com, ekarasik@stutman.com

ANDREW M. PARLEN    aparlen@stutman.com

DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY    info@johnpeterlee.com

THOMAS RICE    trice@coxsmith.com, ggattis@coxsmith.com;jbrown@coxsmith.com;dwilliamson@coxsmith.com

GORDON C. RICHARDS    gcrclarkandrichards@earthlink.net, sebclarkandrichards@earthlink.net

CHRISTINE A ROBERTS    bankruptcy@rocgd.com

STACY M. ROCHELEAU    stacy@arlawgroup.com, wendy@arlawgroup.com

SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

BRIAN D. SHAPIRO    ecf@brianshapirolaw.com, tiffany@brianshapirolaw.com;brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com

JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;jshea@sheacarlyon.com

SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;mleavitt@

AMBRISH S. SIDHU    ecfnotices@sidhulawfirm.com

JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

ALAN R SMITH    mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com

ADAM M. STARR    starra@gtlaw.com

DAVID A. STEPHENS    dstephens@lvcm.com

PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

ERIC W. SWANIS    swanise@gtlaw.com, barberc@gtlaw.com;lengemannc@gtlaw.com;boodtb@gtlaw.com;dittrichr@gtlaw.com;driverv@gtlaw.c

JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com

KAARAN E. THOMAS    kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

ROLLIN G. THORLEY    rollin.g.thorley@irscounsel.treas.gov

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

ERIC VAN    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

GREGORY J. WALCH    GWalch@Nevadafirm.com

RUSSELL S. WALKER    rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

GREGORY L. WILDE    bk@wildelaw.com

RYAN J. WORKS    rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com;dsampson@mcdonaldcarano.com;aguenther@mcdonaldcarano.com;hvei

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

**06-10725-lbr Notice will not be electronically mailed to:**

CELSO ACOSTA
,

ANTHONY G. ADAMS
,

THOMAS J. ALLISON
,

ANDREW K ALPER
6500 WILSHIRE BLVD 17TH FLR
LOS ANGELES, CA 90048

ALVAREZ & MARSAL, LLC
,

ARNOLD R. ALVES
9904 VILLA GRANITO LANE
GRANITE BAY, CA 95746

AMERICAN EXPRESS BANK FSB
PO BOX 3001
MALVERN, PA 19355-0701

ANGELO GORDON & CO
C/O JED HART