Case 06-10725-gwz    Doc 5009    Entered 10/12/07 14:35:28    Page 1 of 4



LEWIS
AND
ROCA
—LLP—
L A W Y E R S

1

2

530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone (702) 385-3373
Facsimile (702) 385-5024

Electronically filed on 10/12/07

3

4

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
Anne M. Loraditch NV State Bar No. 008164
Email: aloraditch@lrlaw.com
Attorneys for USACM Liquidating Trust

5

6

7

8

9

10

ORRICK, HERRINGTON &  SUTCLIFFE LLP
MARC A. LEVINSON (CA 57613, pro hac vice)
JEFFERY D. HERMANN (CA 90445, pro hac vice)
400 Capitol Mall
Sacramento, California  95814
Telephone:  (916) 447-9200
Facsimile:  (916) 329-4900
Email:   malevinson@orrick.com
            jhermann@orrick.com
Attorneys for Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC

SNELL & WILMER, LLP
ROBERT R. KINAS (NV 006019)
CLAIRE DOSSIER  (NV 010030)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email:   rkinas@swlaw.com
            cdossier@swlaw.com

11

## UNITED STATES BANKRUPTCY COURT

12

## DISTRICT OF NEVADA

13

In re:

14

USA COMMERCIAL MORTGAGE
COMPANY,

15

USA CAPITAL REALTY ADVISORS, LLC,

16

USA CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC,

17

18

USA CAPITAL FIRST TRUST DEED FUND,
LLC,

19

USA SECURITIES, LLC,

20

Debtors.

21

**Affects:**
☐ All Debtors

22

☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC

23

☒ USA Capital Diversified Trust Deed
Fund, LLC

24

☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

25

26

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under
Case No. BK-S-06-10725 LBR

**STIPULATION FOR AMENDMENT
OF PROOF OF CLAIM NUMBER
10725-00329 FILED BY RUTH AND/
OR ROBERT GEIGER**

Hearing Date:      October 15, 2007
Hearing Time:      9:30 a.m.



The USACM Liquidating Trust (the "USACM Trust") and USA Capital Diversified Trust Deed Fund, LLC ("DTDF") hereby stipulate with Ruth and/or Robert Geiger ("Claimants") as follows:

1.    On or about September 26, 2006, Claimants filed Proof of Claim No. 10725-00329 against USA Commercial Mortgage Company in the amount of $75,000.00 (the "Claim").

2.    Claimants provided documentation attached to the Proof of Claim that Claim 10725-00557 is, in part, an investment in DTDF and, in part, an investment in various loans as a Direct Lender.

3.    DTDF, upon reviewing DTDF's books and records, has determined that Claimants in fact hold an allowed equity security interest in DTDF in the amount of $26,461.76, as of April 13, 2006 (the "Petition Date").

4.    On September 14, 2007, the USACM Trust and DTDF jointly filed an "Objection of USACM Trust To Ruth and/or Robert Geiger's Claim Filed in Wrong Debtor's Case; Objection of DTDF to Proposed Allowance of Claim" [Docket No. 4797] (the "Objection"), requesting that Claim No. 10725-00329 be disallowed in its entirety in the USA Commercial Mortgage ("USACM") bankruptcy case due to the Claim having been erroneously filed in the USA Commercial Mortgage Company case when the Claim is based upon an equity interest in DTDF.

5.    On October 3, 2007, Claimants timely filed a Response to the Objection reiterating their investments in "USA Capital" totaling $75,000.00.

6.    After reviewing the Response, the USACM Trust agreed to withdraw at this time its objection to the amount of the Claim that is in excess of the Claimants' equity interest in DTDF, or $48,238.24, without prejudice to the USACM Trust's right to later object to such amount.

2

1857323.2

LEWIS
AND
ROCA
—LLP—
LAWYERS

1  7.   This stipulation shall not affect any other claims filed by Claimants in these

2  jointly-administered bankruptcy proceedings.

3  8.   This stipulation shall not affect either the amount or validity of Claimants'

4  equity interest in DTDF as reflected in DTDF's books and records as of the Petition Date.

5  WHEREFORE, based on the stipulation set forth above, the parties hereby agree

6  and request that the Court approve this stipulation as an order of the Court pursuant to Fed.

7  R. Bankr. P. 3006, as follows:

8  1.   Proof of Claim No. 10725-00329 is hereby amended to $48,238.24.

9  2.   Proof of Claim No. 10725-00329 is hereby disallowed as against DTDF.

10  3.   Claimants' equity interest in DTDF is allowed in the amount of $26,461.76,

11  as reflected in DTDF's books and records as of the Petition Date.

12  4.   The USACM Trust reserves all of its rights to object to Proof of Claim No.

13  10725-00329 in the amended amount of $48,238.24.

14  5.   The hearing on the Objection to Claim No. 10725-00329 scheduled for

15  October 15, 2007, may be vacated.

16  DATED:    October 12, 2007.

17  **LEWIS AND ROCA LLP**                     **SNELL & WILMER, LLP**

18
By____/s/ Anne M. Loraditch (008164)____     By__/s/ Robert R. Kinas (006019)_____
19     Susan M. Freeman                         Robert R. Kinas
   Rob Charles                               Claire Dossier
20     Anne M. Loraditch                      3883 Howard Hughes Parkway, Suite 1100
530 Las Vegas Boulevard South                Las Vegas, Nevada 89169
21  Las Vegas, Nevada 89101                     Telephone (702) 784-5200
Telephone: (702) 385-3373                    Facsimile (702) 784-5252
22  Facsimile: (702) 385-5024                          and
*Attorneys for USACM Liquidating Trust*       **ORRICK, HERRINGTON &**
23                                  **SUTCLIFFE LLP**
                                Marc A. Levinson
24                                  Jeffery D. Hermann
                                400 Capitol Mall, Suite 3000
25                                  Sacramento, California 95814-4497
                                *Attorneys for USA Capital Diversified*
26                                  *Trust Deed Fund, LLC*

3

1857323.2

FROM : GEIGER                              PHONE NO.  : 702 453 6893        Oct. 12 2007 01:29PM P6
   10/12/2007 11:15 FAX    7023865447          BECKLEY SINGLETON CHT.                    ☑005/007



1

2   _Ruth E. Geiger_      _Robert B. Geiger_

3   RUTH AND/OR ROBERT GEIGER
    1352 Mt. Hood Street
4   Las Vegas, NV  89110

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

4

1857323.2