LEWIS
AND
ROCA
LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona  85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

| | E-Filed on 10/12/07 |
|---|---|

1
2
3
4
5
6
7
8

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

9
10
11
12
13
14
15
16
17

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | **AMENDED STATUS AND AGENDA FOR OCTOBER 15, 2007 HEARINGS** |
| USA SECURITIES, LLC, | Date of Hearing:  October 15, 2007 |
|                                       Debtors. | Time of Hearing:  9:30 a.m. |
| | 1:30 p.m. |

**Affects:**
☒ All Debtors
☐ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

18
19
20
21
22
23
24
25
26

**9:30 a.m.**

    1.    **Objection to Claim 784 of BINFORD MEDICAL DEVELOPERS in the amount of** filed by LENARD E. SCHWARTZER on behalf of USA COMMERCIAL MORTGAGE COMPANY [DE 2033]

1

LEWIS
AND
ROCA
LLP
L A W Y E R S

| | |
|---|---|
| **Opposition Filed:**<br>12/29/2006 | Opposition with Certificate of Service Filed by SUSAN WILLIAMS SCANN on behalf of BINFORD MEDICAL DEVELOPERS, LLC [DE 2329] |
| **Reply Filed**<br>1/08/2007 | Reply *In Support of Objection to Claim 784 of BINFORD MEDICAL DEVELOPERS* Filed by LENARD E. SCHWARTZER on behalf of USA COMMERCIAL MORTGAGE COMPANY [DE 2378] |
| **Status:** | Hearing rescheduled from 1/17/2007; 3/15/2007; 4/26/2007; and 6/15/2007; Court has approved parties' stipulation to continue status hearing to December 14, 2007 [DE 4988]. |

2.     **Objection to Claim 1660 of Robert J. Kehl & Ruth Ann Kehl in the amount of $12,841,580.13** filed by JEANETTE E. MCPHERSON on behalf of USA COMMERCIAL MORTGAGE COMPANY. [DE 2139]

| | |
|---|---|
| **Opposition Filed:** | None |
| **Status:** | Hearing continued from 5/31/2007.  Parties agree to continue this hearing to a date convenient on the court's calendar in December. |

3.     Adv. 06-01247-lbr, KEHL et al. v. MILANOWSKI et al, **Status hearing** [DE 3076]

| | |
|---|---|
| **Status:** | Hearing continued from 5/31/2007.  Parties agree to continue this hearing to a date convenient on the court's calendar in December. |

4.     **Status Hearing re: McGimsey Claims # 10726-42 and 44** filed by Lenard E. Schwartzer on behalf of USA Capital Realty Advisors, LLC. [DE 3522]

| | |
|---|---|
| **Related Filing:**<br>3/08/2007 | Objection to Claim of CERTAIN CLAIMS filed by LENARD E. SCHWARTZER on behalf of USA CAPITAL REALTY ADVISORS, LLC (SCHWARTZER, LENARD) Modified on 3/9/2007 to remove in the amount of verbiage [DE 3017] |
| **Status:** | Counsel have not resolved this matter.  An evidentiary hearing may be required. |

1851070.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

5. **Objection to Claim 203 of Mountain West Mortgage Co./Lerin Hills in the amount of $2,048,000.00** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3078]

| | |
|---|---|
| **Opposition Filed:** | None |
| **Related Filing:** 3/13/2007 | Declaration Of: Edward M. Burr *in Support of USACM Liquidating Trust Objections to Proofs of Claim and Motions to Classify Claims* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3082]. |
| **Stipulation Filed:** 4/18/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Mountain West Mortgage Co./Lerin Hills *Continuing Hearing on Objection to Claim 203 of Mountain West Mortgage Co./Lerin Hills* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3485] |
| **Related Filing:** 4/23/2007 | Order Approving Stipulation to Continue the Hearing on Objection to Claim 203 of MOUNTAIN WEST MORTGAGE CO./LERIN HILL [DE 3519] |
| **Reply Filed:** 6/06/2007 | Reply *to Objection of the USACM Liquidating Trust to Proof of Claim File by Lerin Hills LTD (Claim No. 203 & 1279)* Filed by MARJORIE A. GUYMON on behalf of MOUNTAIN WEST MORTGAGE, LLC [DE 3904] |
| **Stipulation Filed:** 10/11/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Mountain West Mortgage Co./Lerin Hills *Continuing Hearing on Objection to Claim 203 of Mountain West Mortgage Co./Lerin Hills* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4962] |
| **Status:** | Hearing rescheduled from 4/26/2007 and 6/15/2007. The Court has approved the parties' stipulation to continue the hearing to December 14, 2007 [DE 4965]. |

6. **Objection to Claim 791, 793, and 794 of PENSION BENEFIT GUARANTY CORPORATION** filed by LENARD E. SCHWARTZER on behalf of USA COMMERCIAL MORTGAGE COMPANY [DE 2978]

| | |
|---|---|
| **Opposition Filed:** | None |

1851070.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

| | | |
|---|---|---|
| **Stipulation Filed:** 4/18/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Pension Benefit Guaranty Corporation; USA Capital Realty Advisors, LLC; USA Securities, LLC; and USA Commercial Mortgage Company *Continuing Hearing on Objection to Proofs of Claim filed by Pension Benefit Guaranty Corporation* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3486] | |
| **Related Filing:** 4/23/2007 | Order Approving Stipulation to Continue the Hearing on Objection to Proofs of Claim Filed by PENSION BENEFIT GUARANTY CORPORATION (Related document(s)[3486] Stipulation, filed by Interested Party USACM LIQUIDATING TRUST.) [DE 3521] | |
| **Stipulation Filed:** 6/11/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Pension Benefit Guaranty Corporation *Continuing Hearing on Objection to Proofs of Claim filed by Pension Benefit Guaranty Corporation* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3944] | |
| **Related Filing:** 6/12/2007 | Order Approving Stipulation to Continue the Hearing on Objection to Proofs of Claim Filed by PENSION BENEFIT GUARANTY CORPORATION [DE 3962] | |
| **Stipulation Filed:** 10/11/2007 | Stipulation by USACM LIQUIDATING TRUST and between Pension Benefit Guaranty Corporation *Continuing Hearing on Objection to Proofs of Claim Filed by Pension Benefit Guaranty Corporation* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4963] | |
| **Status:** | Hearing rescheduled from 4/26/2007.  The Court has approved the parties' stipulation to continue the hearing to December 14, 2007 [DE 4980]. | |

7. **Objection to Claim 1279 of Lerin Hills Ltd** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3080]

| | | |
|---|---|---|
| **Opposition Filed:** | None | |
| **Related Filing:** 3/13/2007 | Declaration Of: Edward M. Burr *in Support of USACM Liquidating Trust Objections to Proofs of Claim and Motions to Classify Claims* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 3082]. | |

4

LEWIS
AND
ROCA
LLP
L A W Y E R S

| | |
|---|---|
| **Stipulation Filed:** 4/09/2007 | Stipulation By USACM LIQUIDATING TRUST and Between LERIN HILLS LTD *Continuing Hearing On Objection to Claim 1279* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 3392] |
| **Related Filing:** 4/09/2007 | Order Approving Stipulation to Continue the Hearing on Objection to Claim 1279 of LERIN HILLS LTD, in the Amount of $1,257,233.40 as an Unsecured Non-Priority Claim and as a Priority Claim of $797,175.62  [DE 3393] |
| **Reply Filed:** 6/06/2007 | Reply *to Objection of the USACM Liquidating Trust to Proof of Claim File by Lerin Hills LTD (Claim No. 203 & 1279)* Filed by MARJORIE A. GUYMON on behalf of MOUNTAIN WEST MORTGAGE, LLC [DE 3904] |
| **Stipulation Filed:** 6/11/2007 | Second Stipulation By USACM LIQUIDATING TRUST and Between Lerin Hills Ltd. *Continuing Hearing on Objection to Claim 1279 of Lerin Hills* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3947] |
| **Related Filing:** 6/12/2007 | Order Approving Second Stipulation to Continue the Hearing on Objection to Claim 1279 of LERIN HILLS LTD. in the Amount of $1,257,233.40 as an Unsecured Non-Priority Claim, and as a Priority Claim of $797,175.62 [DE 3955] |
| **Stipulation Filed:** 6/25/2007 | Stipulated Motion to Continue/Reschedule Hearing *on Second Omnibus Objection to Claims Asserting Priority Status re Claim 1279 of Lerin Hills* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4050] |
| 6/26/2007 | Stipulation Setting Hearing on Second Omnibus Objection to Claims Asserting Priority Status Re Claim 1279 of LERIN HILLS [DE 4060] |
| **Stipulation Filed:** 10/10/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Lerin Hills Ltd. *to Continue Hearing on Objection to Claim 1279 of Lerin Hills* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4959] |
| **Status:** | The Court has approved the parties' stipulation to continue the hearing to December 14, 2007 [DE 4968]. |

8.    **Objection to Claim 792 of Copper Sage Commercial Center LLC in the amount of $3,500,000.00** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3077]

1851070.1

LEWIS
AND
ROCA
LLP

L A W Y E R S

| | |
|---|---|
| **Related Filing:**<br>3/13/2007 | Declaration Of: Edward M. Burr *in Support of USACM Liquidating Trust Objections to Proofs of Claim and Motions to Classify Claims* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 3082]. |
| **Opposition Filed:**<br>4/19/2007 | Opposition with Certificate of Service Filed by SUSAN WILLIAMS SCANN on behalf of COPPER SAGE COMMERCE CENTER [DE 3502] |
| **Stipulation Filed:**<br>4/24/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Copper Sage Commercial Center LLC *to Continue Hearing on Objection* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 3537] |
| **Related Filing:**<br>4/24/2007 | Order Approving Stipulation to Continue the Hearing on Objection to Claim 792 of COPPER SAGE COMMERCIAL CENTER LLC  [DE 3543] |
| **Status:** | Hearing rescheduled from 4/26/2007 and 6/15/2007.  The Court has approved the parties' stipulation to continue the hearing to December 14, 2007, at 9:30 a.m. [DE 4982]. |

9.    **Status Hearing re: Omnibus Objection to Claim 1395 of Claimant John Dutkin, Trustee on Exhibit *(Eighth Omnibus Objection)* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Attachments: # 1 Exhibit A) [DE 3147***]***

| | |
|---|---|
| **Response Filed:**<br>4/19/07 | Response with Certificate of Service Filed by GEORGE D FRAME on behalf of JOHN DUTKIN (Related document(s) [3147] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST.) [DE 3512] |
| **Related Filings:**<br>7/30/2007 | Motion for Summary Judgment Regarding (1) Responses To The USACM Trust's First Through Thirty-Third Omnibus Objections To Claims Asserting A Secured Status; (2) Responses to USACM Trust's First Through Third Omnibus Objections to Claims Asserting A Priority Status; and (3); Newly Alleged Secured And Priority Claims Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4291] |
| **Response Filed:**<br>8/17/07 | Response with Certificate of Service *& Objection of USA COMMERCIAL MORTGAGE COMPANY to Claim of DUTKIN TRUST Asserting Secured Status* Filed by GEORGE D FRAME on behalf of JOHN DUTKIN [DE 4628] |

1851070.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

**Status:**          Hearing continued from 6/15/2007; The USACM Trust has moved for summary judgment on this objection [DE 4291].  The Court will hear that motion on 10/15/07 [*See* Agenda Item 65 below].

   10.     **Status Hearing re: Omnibus Objection to Claim of Claimants Grundman #1542 & 1544; Rieger #1739 on Exhibit A of *(Second Omnibus Objection to Claims Asserting Priority Status)* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Attachments: # (1) Exhibit A)  [DE 3259].**

**Objection Filed:**     Objection Filed by PATSY R. RIEGER, LARRY L. RIEGER
4/18/2007          (Related document(s) [3259] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST.)  [DE 3489]

4/18/2007          Joanne & Erna Grundman (Claim No. 10725-1542, 1544) [DE 3480, 3481]

**Related Filings:**     Motion for Summary Judgment Regarding (1) Responses To The
7/30/2007          USACM Trust's First Through Thirty-Third Omnibus Objections To Claims Asserting A Secured Status; (2) Responses to USACM Trust's First Through Third Omnibus Objections to Claims Asserting A Priority Status; and (3); Newly Alleged Secured And Priority Claims Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4291]

**Response Filed:**     Response *Re Claim No 10725-01739* Filed by LARRY L.
8/16/2007          RIEGER, PATSY R. RIEGER [DE 4548]

**Objection Filed:**     Objection *to Debtors Motion for Summary Judgment* Filed by
8/13/2007          ERNA D. GRUNDMAN, JOANNE M. GRUNDMAN [DE 4492]

**Response Filed:**     Response *to Debtor's Objection to Claimants Opposition of*
9/24/2007          *Motion for Summary Judgment* Filed by ERNA D. GRUNDMAN, JOANNE M. GRUNDMAN [DE 4874]

**Objection Filed:**     Objection with Certificate of Service Filed by LARRY L.
10/05/2007         RIEGER, PATSY R. RIEGER  [DE 4940]

**Status:**          Hearing continued from 6/15/2007; the USACM Trust has moved for summary judgment on this objection [DE 4291].  The Court will hear that motion on 10/15/07 [*See* Agenda Item 65 below].

   11.     **Status Hearing re: Omnibus Objection to Claim of Claimants Rieger #2208 & #2209 on Exhibit A of *(Twenty-Sixth Omnibus Objection to Claims Asserting***

7

1851070.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

| | |
|---|---|
| | *Priority Status)* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Attachments: # (1) Exhibit A) [DE 3184] |
| **Opposition Filed:** | Objection Filed by PATSY R. RIEGER, LARRY L. RIEGER (Related document(s) [3184] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST.) [DE 3489] |
| **Related Filings:** 6/29/2007 | Amended Order Sustaining Twenty-Sixth Omnibus Objection of the USACM LIQUIDATING TRUST to Claims Asserting Secured Status (Amended as to Add RIEGER Response and to Delete Claim Nos. 10725-02208 and 10725-02209 from Exhibit A) [DE 4090] |
| **Status:** | Hearing continued from 6/15/2007, the USACM Trust has moved for summary judgment on this objection [DE 4291]. The Court will hear that motion on 10/15/07 [*See* Agenda Item 65 below]. |

    12.    **Objection to Claim 1366 of Los Valles Land & Golf LLC** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3076]

| | |
|---|---|
| **Opposition Filed:** | None |
| **Related Filing:** 3/13/2007 | Declaration Of: Edward M. Burr *in Support of USACM Liquidating Trust Objections to Proofs of Claim and Motions to Classify Claims* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 3082]. |
| **Stipulation Filed:** 4/18/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Los Valles Land & Golf LLC *Continuing Hearing on Objections to Claim 1366 of Los Valles Land & Golf LLC* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 3484] |
| **Related Filing:** 4/24/2007 | Order Approving Stipulation to Continue the Hearing on Objections to Claim 1366 of LOS VALLES LAND & GOLF LLC [DE 3529] |
| **Stipulation Filed:** 5/30/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Los Valles Land & Golf LLC *Stipulation Continuing Hearing on Objections to Claim 1366 of Los Valles Land & Golf LLC* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 3838] |
| **Related Filing:** 5/30/2007 | Order Approving Stipulation to Continue the Hearing on Objections to Claim 1366 of LOS VALLES LAND & GOLF LLC |

1851070.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

| | |
|---|---|
| 1 | [DE 3846] |
| 2 | **Stipulation Filed:** 7/10/2007 |
| 3 | |
| 4 | |

**Stipulation Filed:**
7/10/2007

Stipulation By USACM LIQUIDATING TRUST and Between Los Valles Land & Golf LLC *Continuing Hearing on Objections to Claim 1366 of Los Valles Land & Golf LLC* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4146]

**Related Filing:**
7/12/2007

Order Approving Stipulation to Continue the Hearing on Objections to Claim 1366 of LOS VALLES LAND & GOLF LLC [DE 4152]

**Stipulation Filed:**
10/04/2007

Stipulation By USACM LIQUIDATING TRUST and Between Los Valles Land & Golf LLC *Continuing Hearing on Objections to Claim 1366 of Los Valles Land & Golf LLC* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 4933]

**Status:**

Hearing rescheduled from 4/26/2007; 6/15/2007; and 7/27/2007. The Court has approved the parties' stipulation to continue the hearing to November 2, 2007 [DE 4972].

13.    **Omnibus Objection to Claim of Claimants on Exhibit A in the amount of** *(Eighteenth Omnibus Objection* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3168]

**Opposition Filed:**    None

**Stipulation Filed:**
4/18/2007

Stipulation By USACM LIQUIDATING TRUST and Between Los Valles Land & Golf LLC *Continuing Hearing on Objections to Claim 1366 of Los Valles Land & Golf LLC* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3484]

**Related Filing:**
4/24/2007

Order Approving Stipulation to Continue the Hearing on Objections to Claim 1366 of LOS VALLES LAND & GOLF LLC [DE 3529]

**Stipulation Filed:**
5/30/2007

Stipulation By USACM LIQUIDATING TRUST and Between Los Valles Land & Golf LLC *Stipulation Continuing Hearing on Objections to Claim 1366 of Los Valles Land & Golf LLC* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3838]

1851070.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

| | |
|---|---|
| **Related Filing:**<br>5/30/2007 | Order Approving Stipulation to Continue the Hearing on Objections to Claim 1366 of LOS VALLES LAND & GOLF LLC [DE 3846] |
| 6/29/2007 | Order Sustaining Eighteenth Omnibus Objection of the USACM LIQUIDATING TRUST to Claims Asserting Secured Status [DE 4093] |
| **Stipulation Filed:**<br>7/10/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Los Valles Land & Golf LLC *Continuing Hearing on Objections to Claim 1366 of Los Valles Land & Golf LLC* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4146] |
| 7/12/2007 | Order Approving Stipulation to Continue the Hearing on Objections to Claim 1366 of LOS VALLES LAND & GOLF LLC [DE 4151] |
| **Stipulation Filed:**<br>10/04/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Los Valles Land & Golf LLC *Continuing Hearing on Objections to Claim 1366 of Los Valles Land & Golf LLC* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 4933] |
| **Status:** | Hearing rescheduled from 4/26/2007; 6/15/2007; and 7/27/2007. The Court has approved the parties' stipulation to continue the hearing to November 2, 2007 [DE 4972]. |

14.    **Omnibus Objection to Claim of Claimants on Exhibit A *(Commission Claims Asserting Priority Status)*** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Attachments: # (1) Exhibit A) [DE 3255]

| | |
|---|---|
| **Response Filed:**<br>4/19/2007 | Response *to Objection to Claims Nos 10725-00779, 10725-00780, 10725-00781, 10725-00783 and 10725-00904 assigned to Debt Acquisition Company of America V, LLC* Filed by DEAN T. KIRBY JR. on behalf of DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf) (Related document(s)[3255] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST.) [DE 3492] |

10

1851070.1

LEWIS
AND
ROCA
LLP
———————
L A W Y E R S

| | |
|---|---|
| 4/19/2007 | Response */Declaration of Tom Stewart to Objection to Claim No. 10725-00779 Assigned to Debt Acquisition Company of America V, LLC* Filed by DEAN T. KIRBY JR. on behalf of DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf) (Related document(s)[3255] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST.) [DE 3493] |
| 4/19/2007 | Response */Declaration of Howard Justus in Response to Objection to Claim Nos. 10725-00779, 10725-00780, 10725-00781, 10725-00783 and 10725-00904, Assigned to Debt Acquisition Company of America V, LLC* Filed by DEAN T. KIRBY JR. on behalf of DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf) (Related document(s)[3255] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST.) [DE 3495] |
| 4/19/2007 | Response */Declaration of Pompeo Lombardi to Objection to Claim No. 10725-00780 Assigned to Debt Acquisition Company of America V, LLC* Filed by DEAN T. KIRBY JR. on behalf of DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf) (Related document(s)[3255] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST.) [DE 3496] |
| 4/19/2007 | Response */Declaration of Oliver Puhr to Objection to Claim No. 10725-00783 Assigned to Debt Acquisition Company of America V, LLC* Filed by DEAN T. KIRBY JR. on behalf of DEBT ACQUISITION COMPANY OF AMERICA V, LLC (tf) (Related document(s)[3255] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST.) [DE 3497] |
| **Opposition Filed:** 4/04/2007 | Michael P. Mollo (Claim Nos. 10725-366, 10725-371) [DE 3337] |
| **Related Filing:** 6/26/2007 | Order Sustaining Omnibus Objection of the USACM LIQUIDATING TRUST to Commission Claims Asserting Priority Status (Related document(s)3255 Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST.) [DE 4056] |
| **Stipulation Filed:** 10/10/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Debt Acquisition Company of America V, LLC *re Withdrawal of Objection and Allowance of Proofs of Claim Filed by Debt Acquisition Company of America* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4961] |

1851070.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

| | |
|---|---|
| **Status:** | The DACA claims have been resolved pursuant to the Court's order [DE 4967].  The only unresolved claims are the Michael P. Mollo claims. |

15.    **Objection to Claim 10726-37, 38, and 39 of PENSION BENEFIT GUARANTY CORPORATION** filed by LENARD E. SCHWARTZER on behalf of USA CAPITAL REALTY ADVISORS, LLC [DE 2980]

| | |
|---|---|
| **Opposition Filed:** | None |
| **Stipulation Filed:** 6/12/2007 | Stipulation By USA CAPITAL REALTY ADVISORS, LLC, USA SECURITIES, LLC and Between THE PENSION BENEFIT GUARANTY CORPORATION *Further Continuing The Hearing on Objections To THE PENSION BENEFIT GUARANTY CORPORATION's Claims Filed Against USA SECURITIES, LLC and USA CAPITAL REALTY ADVISORS, LLC* Filed by JEANETTE E. MCPHERSON on behalf of USA CAPITAL REALTY ADVISORS, LLC, USA SECURITIES, LLC  [DE 3961] |
| **Related Filing:** 6/13/2007 | Order Approving Stipulation to Further Continue the Hearing on Objections to the PENSION BENEFIT GUARANTY CORPORATION's Claims Against USA SECURITIES, LLC and USA CAPITAL REALTY ADVISORS, LLC  [DE 3966] |
| **Stipulation for Withdrawal filed:** 10/09/2007 | Stipulation By PENSION BENEFIT GUARANTY CORPORATION and Between USA Capital Realty Advisors, LLC *//Stipulation for Withdrawal of Proofs of claim filed by PBGC Against USA Capital Realty Advisors, LLC.* Filed by FRANK A. ANDERSON on behalf of PENSION BENEFIT GUARANTY CORPORATION [DE 4939] |
| **Status:** | Hearing rescheduled from 4/26/2007; 6/15/2007; and 7/27/2007.  The Court has approved the parties' stipulation to withdraw the Proof of Claim filed by PBGC [DE 4970]. |

1851070.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

16.    ***Second Omnibus Objection of Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC To (1) Claim No. 10727-00056 Filed by Beadle McBride & Reeves, LLP; and (2) Scheduled Claim of GMAC Commercial Holding Capital Corporation*** Filed by ANNE M. LORADITCH on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC [DE 3939]

| | |
|---|---|
| **Related Filing:** 8/07/2007 | Order On Second Omnibus Objection Of Post-Effective Date USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, To (1) Claim Filed By BEADLE MCBRIDE & REEVES, LLP, And (2) Scheduled Claim Of GMAC COMMERCIAL HOLDING CAPITAL CORPORATION [DE 4420] |
| **Status:** | Hearing continued from 7/27/2007.  We are advised that a settlement has been reached on the Beadle McBride Claim and is being circulated.  The GMAC claim was resolved by previous order [DE 4420] |

17.    **Objection to Claim 819 of SPECTRUM FINANCIAL in the amount of $49,581,000; Claim 821 of ROLLAND P. WEDDELL in the amount of $13,081,000** filed by JEANETTE E. MCPHERSON on behalf of USA COMMERCIAL MORTGAGE COMPANY [DE 2021]

| | |
|---|---|
| **Response Filed:** 1/10/2007 | Response with Certificate of Service Filed by SCOTT D. FLEMING on behalf of SPECTRUM FINANCIAL GROUP [DE 2394] |
| 1/10/2007 | Response with Certificate of Service Filed by SCOTT D. FLEMING on behalf of ROLLAND P. WEDDELL [DE 2398] |
| 1/11/2007 | Amended Response with Certificate of Service Filed by SCOTT D. FLEMING on behalf of SPECTRUM FINANCIAL GROUP Modified on 1/12/2007 to add "amended" verbiage [DE 2404] |
| 1/11/2007 | Amended Response with Certificate of Service Filed by SCOTT D. FLEMING on behalf of ROLLAND P. WEDDELL [DE 2406] |
| **Stipulation Filed:** 1/12/2007 | Stipulation By SPECTRUM FINANCIAL GROUP, ROLLAND P. WEDDELL and Between Debtors *Continuing Hearing from January 17, 2007 to January 31, 2007* Filed by SCOTT D. FLEMING on behalf of SPECTRUM FINANCIAL GROUP, ROLLAND P. WEDDELL [DE 2425] |

1851070.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

| | |
|---|---|
| **Stipulation Filed:** 1/17/2007 | Stipulation to Continue Hearing on ROLAND P. WEDDELL and SPECTRUM FINANCIAL GROUP, LLC's Proofs of Claim [DE 2437] |
| **Stipulation Filed:** 2/20/2007 | Stipulation and Order Continuing Hearing on USA COMMERCIAL MORTGAGE COMPANY's Objection to Proof of Claim No. 819 Filed by SPECTRUM FINANCIAL GROUP, LLC and Claim No. 821 Filed by ROLLAND P. WEDDELL. Hearing scheduled 3/1/2007 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg. [DE 2838] |
| **Stipulation Filed:** 3/02/2007 | Stipulation and Order Continuing Hearing on USA COMMERCIAL MORTGAGE COMPANY'S Objection to Proof of Claim No. 819 Filed by SPECTRUM FINANCIAL GROUP, LLC and Claim No. 821 Filed by ROLLAND P WEDDELL [DE 2975] |
| **Stipulation Filed:** 3/26/2007 | Stipulation By USACM LIQUIDATING TRUST and Between SPECTRUM FINANCIAL and ROLLAND P. WEDDELL Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3277] |
| **Related Filings:** 3/26/2007 | Order Approving Stipulation to Continue the Hearing on Objection to Claim 819 of SPECTRUM FINANCIAL in the Amount of $49,581,000; Claim 821 of ROLLAND P. WEDDELL in the Amount of $13,081,000 Modified on 3/26/2007 to Reflect Docket Entry Change - Incorrect Image Attached - See #3281 [DE 3278] |
| **Related Filings:** 3/26/2007 | Order Approving Stipulation to Continue the Hearing on Objection to Claim 819 of SPECTRUM FINANCIAL in the Amount of $49,581,000; Claim 821 of ROLLAND P. WEDDELL in the Amount of $13,081,000 [DE 3281] |
| **Stipulation Filed:** 4/24/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Spectrum Financial and Rolland P. Weddell *Continuing Hearing on Objection* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3538] |
| **Related Filing:** 4/24/2007 | Order Approving Stipulation to Continue the Hearing on Objection to Claim 819 of SPECTRUM FINANCIAL in the Amount of $49,581,000; Claim 821 of ROLLAND P. WEDDELL in the Amount of $13,081.000 [DE 3542] |

1851070.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

| | | |
|---|---|---|
| **Related Filing:**<br>1/10/2007 | Declaration *of William Schilz in Support of Response* Filed by SCOTT D. FLEMING on behalf of SPECTRUM FINANCIAL GROUP [DE 2396] | |
| 1/11/2007 | Amended Declaration *of William Schilz in Support of Response* Filed by SCOTT D. FLEMING on behalf of SPECTRUM FINANCIAL GROUP [DE 2405] | |
| 1/10/2007 | Declaration *of Rolland P. Weddell in Support of Response* Filed by SCOTT D. FLEMING on behalf of ROLLAND P. WEDDELL [DE 2399] | |
| 1/11/2007 | Amended Declaration *of Rolland P. Weddell in Support of Response* Filed by SCOTT D. FLEMING on behalf of ROLLAND P. WEDDELL [DE 2407] | |
| **Motion to Withdraw Filed:**<br>8/17/2007 | Motion to Withdraw as Attorney of Record Filed by SCOTT D. FLEMING on behalf of SPECTRUM FINANCIAL GROUP, ROLLAND P. WEDDELL [DE 4567] | |
| **Related Filing:**<br>10/01/2007 | Order Granting Motion To Withdraw As Counsel for Claimants ROLLAND P. WEDDELL and SPECTRUM FINANCIAL GROUP [DE 4907] | |
| **Status:** | Hearing rescheduled from 1/31/2007, then from 3/1/2007, then from 3/27/2007, then from 6/15/2007, then from 7/27/2007. Counsel for Roland P. Weddell and Spectrum Financial Group, LLC has filed a notice of appearance and requested that the status hearing be continued to December 14, 2007 at 9:30 a.m. [DE 4975]. The USACM Trust does not oppose this request. | |

18.    **Objection to Claim 10725-02463 of Pedro L. & Carol A. Barroso Trust, Dated 11/29/90 in the amount of $41,569.41 *Asserting Priority Status* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4243]**

| | |
|---|---|
| **Opposition Filed:** | None |
| **Status:** | Hearing continued from 6/15/2007; the USACM Trust has moved for summary judgment on this objection [DE 4291]. The Court will hear that motion on 10/15/07 [*See* Agenda Item 65 below]. |

1851070.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

19. **Objection to Claim 10725-02511 of Lewis H. & Arlene J. Fine in the amount of $19,462.71** *Asserting Priority Status* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4244]

**Opposition Filed:**     None

**Status:**                    Hearing continued from 6/15/2007; the USACM Trust has moved for summary judgment on this objection [DE 4291].  The Court will hear that motion on 10/15/07 [*See* Agenda Item 65 below].

20. **Objection to Claim 10725-02536 of June F. Brehm in the amount of $60,000.00** *Asserting Priority Status* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4245]

**Opposition Filed:**     None

**Status:**                    Hearing continued from 6/15/2007; the USACM Trust has moved for summary judgment on this objection [DE 4291].  The Court will hear that motion on 10/15/07 [*See* Agenda Item 65 below].

21. **Objection to Claim 10725-02551 of Joanne Halvorson in the amount of $44,964.02** *Asserting Priority Status* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4246]

**Opposition Filed:**     None

**Status:**                    Hearing continued from 6/15/2007; the USACM Trust has moved for summary judgment on this objection [DE 4291].  The Court will hear that motion on 10/15/07 [*See* Agenda Item 65 below].

22. **Objection to Claim 10725-02552 of Thomas & Joanne Halvorson in the amount of $89,335.34** *Asserting Priority Status* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4247]

**Opposition Filed:**     None

**Status:**                    Hearing continued from 6/15/2007; the USACM Trust has moved for summary judgment on this objection [DE 4291].  The Court will hear that motion on 10/15/07 [*See* Agenda Item 65 below].

1851070.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

23.    **Objection to Claim 10725-02525 of LHV Living Trust Dated 10/31/01 in the amount of $12,285.97** *Asserting Priority Status* **filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4249]**

**Opposition Filed:**    None

**Status:**    Hearing continued from 6/15/2007; the USACM Trust has moved for summary judgment on this objection [DE 4291]. The Court will hear that motion on 10/15/07 [*See* Agenda Item 65 below].

24.    **Objection to Claim 10725-02513 of NBNA Unique Properties, LLC in the amount of $180,000.00** *Asserting Priority Status* **filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4250]**

**Opposition Filed:**    None

**Status:**    Hearing continued from 6/15/2007; the USACM Trust has moved for summary judgment on this objection [DE 4291]. The Court will hear that motion on 10/15/07 [*See* Agenda Item 65 below].

25.    **Objection to Claim 10725-02465 of Malcolm Jr., & Joan B. Telloian in the amount of $26,146.38** *Asserting Priority Status* **filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4251]**

**Opposition Filed:**    None

**Status:**    Hearing continued from 6/15/2007; the USACM Trust has moved for summary judgment on this objection [DE 4291]. The Court will hear that motion on 10/15/07 [*See* Agenda Item 65 below].

26.    **Objection to Claim 10725: 02537, 02538, 02539 of Marcia C. & Henry Albiol in the amount of *$50,000,/$60,000, and Asserting Secured Status* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4252]**

**Opposition Filed:**    None

**Status:**    Hearing continued from 6/15/2007; the USACM Trust has moved for summary judgment on this objection [DE 4291]. The Court will hear that motion on 10/15/07 [*See* Agenda Item 65 below].

1851070.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

27.    **Objection to Claim 10725-002560-2, 10725-002560-1 of John and Sandra Bacon in the amount of $26,137.97** *Asserting Secured Status* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4253]

**Opposition Filed:**    None

**Status:**    Hearing continued from 6/15/2007; the USACM Trust has moved for summary judgment on this objection [DE 4291].  The Court will hear that motion on 10/15/07 [*See* Agenda Item 65 below].

28.    **Objection to Claim 10725-02519 of Gerald L. Bittner Sr. DDS Inc. PSP in the amount of $50,000.00** *Asserting Secured Status* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4254]

**Opposition Filed:**    None

**Status:**    Hearing continued from 6/15/2007; the USACM Trust has moved for summary judgment on this objection [DE 4291].  The Court will hear that motion on 10/15/07 [*See* Agenda Item 65 below].

29.    **Objection to Claim 10725-02536 of June F. Brehm in the amount of $60,000.00** *Asserting Secured Status* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4255]

**Opposition Filed:**    None

**Status:**    Hearing continued from 6/15/2007; the USACM Trust has moved for summary judgment on this objection [DE 4291].  The Court will hear that motion on 10/15/07 [*See* Agenda Item 65 below].

30.    **Objection to Claim 10725-02535 of Charles E. Brokop in the amount of $22,894.49** *Asserting Secured Status* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4256]

**Opposition Filed:**    None

**Status:**    Hearing continued from 6/15/2007; the USACM Trust has moved for summary judgment on this objection [DE 4291].  The Court will hear that motion on 10/15/07 [*See* Agenda Item 65 below].

1851070.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

31.    **Objection to Claim 10725-02524 of Robert E. Burnett, Jr. in the amount of $50,000.00** *Asserting Secured Status* **filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4257]**

**Opposition Filed:**      None

**Status:**                     Hearing continued from 6/15/2007; the USACM Trust has moved for summary judgment on this objection [DE 4291].  The Court will hear that motion on 10/15/07 [*See* Agenda Item 65 below].

32.    **Objection to Claim 10725-02450 of Ciadella Living Trust dtd 2/8/99 in the amount of $250,000.00** *Asserting Secured Status* **filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4258]**

**Opposition Filed:**      None

**Status:**                     Hearing continued from 6/15/2007; the USACM Trust has moved for summary judgment on this objection [DE 4291].  The Court will hear that motion on 10/15/07 [*See* Agenda Item 65 below].

33.    **Objection to Claim 10725-02518 of Gerald E. Colligan in the amount of $50,000.00** *Asserting Secured Status* **filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4259]**

**Opposition Filed:**      None

**Status:**                     Hearing continued from 6/15/2007; the USACM Trust has moved for summary judgment on this objection [DE 4291].  The Court will hear that motion on 10/15/07 [*See* Agenda Item 65 below].

34.    **Objection to Claim 10725-02526 of Patricia Darnold, IRA in the amount of $83,301.50** *Asserting Secured Status* **filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4260]**

**Opposition Filed:**      None

**Status:**                     Hearing continued from 6/15/2007; the USACM Trust has moved for summary judgment on this objection [DE 4291].  The Court will hear that motion on 10/15/07 [*See* Agenda Item 65 below].

1851070.1

LEWIS
AND
ROCA
LLP
─────────────
L A W Y E R S

35.    **Objection to Claim 10725-02467 of Foxcroft Living Trust dtd 1/10/02 in the amount of $553,778.99** *Asserting Secured Status* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4261]

**Opposition Filed:**      None

**Status:**      Hearing continued from 6/15/2007; the USACM Trust has moved for summary judgment on this objection [DE 4291]. The Court will hear that motion on 10/15/07 [*See* Agenda Item 65 below].

36.    **Objection to Claim 10725-02447-2 amending 10725-02447-1, 10725-02448-2 amending 10725-02448-1 of Wynn & Lorraine J. Gunderson in the amount of $176,135.00, $176,135.00** *Asserting Secured Status* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4262]

**Opposition Filed:**      None

**Status:**      A stipulation to disallow duplicate claims and continue hearing to 11/2/2007 at 9:30 am was filed with the court [DE 4976].

37.    **Objection to Claim 10725-02532 of Sandra I. Hollander Revocable Trust in the amount of $22,894.49** *Asserting Secured Status* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4263]

**Opposition Filed:**      None

**Status:**      Hearing continued from 6/15/2007; the USACM Trust has moved for summary judgment on this objection [DE 4291]. The Court will hear that motion on 10/15/07 [*See* Agenda Item 65 below].

38.    **Objection to Claim 10725-02452 of Humphry 1999 Trust in the amount of $186,631.00** *Asserting Secured Status* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4264]

**Opposition Filed:**      None

**Status:**      Hearing continued from 6/15/2007; the USACM Trust has moved for summary judgment on this objection [DE 4291]. The Court will hear that motion on 10/15/07 [*See* Agenda Item 65 below].

1851070.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

39.    **Objection to Claim 10725-02451 of Alice Humphry & Valerie Jaeger in the amount of $84,726.00** *Asserting Secured Status* **filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4265]**

**Opposition Filed:**    None

**Status:**    Hearing continued from 6/15/2007; the USACM Trust has moved for summary judgment on this objection [DE 4291].  The Court will hear that motion on 10/15/07 [*See* Agenda Item 65 below].

40.    **Objection to Claim 10725-02555, 10725-02561 of Everett H. Johnston Family Trust dtd 1/24/90 in the amount of $423,369.64, $461,684.00** *Asserting Secured Status* **filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4266]**

**Opposition Filed:**    None

**Status:**    Hearing continued from 6/15/2007; the USACM Trust has moved for summary judgment on this objection [DE 4291].  The Court will hear that motion on 10/15/07 [*See* Agenda Item 65 below].

41.    **Objection to Claim 10725-02475 of John Krebbs & Elizabeth Lundy in the amount of $25,000.00** *Asserting Secured Status* **filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4267]**

**Opposition Filed:**    None

**Status:**    Hearing continued from 6/15/2007; the USACM Trust has moved for summary judgment on this objection [DE 4291].  The Court will hear that motion on 10/15/07 [*See* Agenda Item 65 below].

42.    **Objection to Claim 10725-02496 of Richard N. Krupp in the amount of $250,167.22** *Asserting Secured Status* **filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4268]**

**Opposition Filed:**    None

**Status:**    Hearing continued from 6/15/2007; the USACM Trust has moved for summary judgment on this objection [DE 4291].  The Court will hear that motion on 10/15/07 [*See* Agenda Item 65 below].

1851070.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

43.    **Objection to Claim 10725-02480 of Kwiatkowski Revocable Trust dtd 12/17/04 in the amount of $92,386.76 *Asserting Secured Status*** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4269]

**Opposition Filed:**    None

**Status:**    Hearing continued from 6/15/2007; the USACM Trust has moved for summary judgment on this objection [DE 4291].  The Court will hear that motion on 10/15/07 [*See* Agenda Item 65 below].

44.    **Objection to Claim 10725-02567 of Lowe Family Trust in the amount of $18,315.60 *Asserting Secured Status*** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4270]

**Opposition Filed:**    None

**Status:**    Hearing continued from 6/15/2007; the USACM Trust has moved for summary judgment on this objection [DE 4291].  The Court will hear that motion on 10/15/07 [*See* Agenda Item 65 below].

45.    **Objection to Claim 10725-02533-2 amending 10725-02533-1 of The Thomas D. Lynch 1995 Revocable Living Trust in the amount of $8,773.73 *Asserting Secured Status*** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4271]

**Opposition Filed:**    None

**Status:**    Hearing continued from 6/15/2007; the USACM Trust has moved for summary judgment on this objection [DE 4291].  The Court will hear that motion on 10/15/07 [*See* Agenda Item 65 below].

46.    **Objection to Claim 10725-02534 of Thomas D. Lynch Family Foundation in the amount of $44,561.90 *Asserting Secured Status*** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4272]

**Opposition Filed:**    None

**Status:**    Hearing continued from 6/15/2007; the USACM Trust has moved for summary judgment on this objection [DE 4291].  The Court will hear that motion on 10/15/07 [*See* Agenda Item 65 below].

1851070.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

47.    **Objection to Claim 10725-02557 of Martin L. Manning in the amount of $75,000.00** *Asserting Secured Status* **filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4273]**

**Opposition Filed:**    None

**Status:**    Hearing continued from 6/15/2007; the USACM Trust has moved for summary judgment on this objection [DE 4291]. The Court will hear that motion on 10/15/07 [*See* Agenda Item 65 below].

48.    **Objection to Claim 10725-02523 of R&S McTee 1995 Trust dtd 4/20/95 in the amount of $51,711.60** *Asserting Secured Status* **filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4274]**

**Opposition Filed:**    None

**Status:**    Hearing continued from 6/15/2007; the USACM Trust has moved for summary judgment on this objection [DE 4291]. The Court will hear that motion on 10/15/07 [*See* Agenda Item 65 below].

49.    **Objection to Claim 10725-02513 of NBNA Unique Properties LLC in the amount of $180,000.00** *Asserting Secured Status* **filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4275]**

**Opposition Filed:**    None

**Status:**    Hearing continued from 6/15/2007; the USACM Trust has moved for summary judgment on this objection [DE 4291]. The Court will hear that motion on 10/15/07 [*See* Agenda Item 65 below].

50.    **Objection to Claim 10725-02487 of Newby 1984 Family Trust dtd 3/19/84 in the amount of $345,000.00** *Asserting Secured Status* **filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4276]**

**Opposition Filed:**    None

**Status:**    Hearing continued from 6/15/2007; the USACM Trust has moved for summary judgment on this objection [DE 4291]. The Court will hear that motion on 10/15/07 [*See* Agenda Item 65 below].

1851070.1

LEWIS
AND
ROCA
LLP

L A W Y E R S

51.    **Objection to Claim 10725-02483 of Novak Living Trust dtd 10/21/97 in the amount of $25,442.05** *Asserting Secured Status* **filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4277]**

**Opposition Filed:**    None

**Status:**    Hearing continued from 6/15/2007; the USACM Trust has moved for summary judgment on this objection [DE 4291]. The Court will hear that motion on 10/15/07 [*See* Agenda Item 65 below].

52.    **Objection to Claim 10725-02509 of Nicholas Perrone Trust dtd 7/12/99 in the amount of $781,504.00** *Asserting Secured Status* **filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4278]**

**Opposition Filed:**    None

**Status:**    Hearing continued from 6/15/2007; the USACM Trust has moved for summary judgment on this objection [DE 4291]. The Court will hear that motion on 10/15/07 [*See* Agenda Item 65 below].

53.    **Objection to Claim 10725-02529 of Emil & Anna Reynolds in the amount of $25,000.00** *Asserting Secured Status* **filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4279]**

**Opposition Filed:**    None

**Status:**    Hearing continued from 6/15/2007; the USACM Trust has moved for summary judgment on this objection [DE 4291]. The Court will hear that motion on 10/15/07 [*See* Agenda Item 65 below].

54.    **Objection to Claim 10725-02564 of Judd Robbins IRA, Retirement Accts INC CFBO in the amount of $25,000.00** *Asserting Secured Status* **filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4280]**

**Opposition Filed:**    None

**Status:**    Hearing continued from 6/15/2007; the USACM Trust has moved for summary judgment on this objection [DE 4291]. The Court will hear that motion on 10/15/07 [*See* Agenda Item 65 below].

1851070.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

55.    **Objection to Claim 10725-02505 of Joseph W. & Victoria Sabia in the amount of $81,457.59** *Asserting Secured Status* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4281]

**Opposition Filed:**    None

**Status:**    Hearing continued from 6/15/2007; the USACM Trust has moved for summary judgment on this objection [DE 4291].  The Court will hear that motion on 10/15/07 [*See* Agenda Item 65 below].

56.    **Objection to Claim 10725-02461 of Glenda Lambert Sibley IRA in the amount of $36,631.19** *Asserting Secured Status* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4282]

**Opposition Filed:**    None

**Status:**    Hearing continued from 6/15/2007; the USACM Trust has moved for summary judgment on this objection [DE 4291].  The Court will hear that motion on 10/15/07 [*See* Agenda Item 65 below].

57.    **Objection to Claim 10725-02512 of Raymond M. Smith Revocable Trust dtd 3/12/79 in the amount of $29,090.00** *Asserting Secured Status* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4283]

**Opposition Filed:**    None

**Status:**    Hearing continued from 6/15/2007; the USACM Trust has moved for summary judgment on this objection [DE 4291].  The Court will hear that motion on 10/15/07 [*See* Agenda Item 65 below].

58.    **Objection to Claim 10725-02515 of Derrick & Laurie Spatorico in the amount of $100,000.00** *Asserting Secured Status* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4284]

**Opposition Filed:**    None

**Status:**    Hearing continued from 6/15/2007; the USACM Trust has moved for summary judgment on this objection [DE 4291].  The Court will hear that motion on 10/15/07 [*See* Agenda Item 65 below].

1851070.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

59.    **Objection to Claim 10725-02530 of Stephen Family Trust dtd 3/22/84 in the amount of $80,018.13 *Asserting Secured Status* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4285]**

**Opposition Filed:**    None

**Status:**    Hearing continued from 6/15/2007; the USACM Trust has moved for summary judgment on this objection [DE 4291]. The Court will hear that motion on 10/15/07 [*See* Agenda Item 65 below].

60.    **Objection to Claim 10725-02558 of Robert C. and Patsy G. Toombes in the amount of $100,000.00 *Asserting Secured Status* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4286]**

**Opposition Filed:**    None

**Status:**    Hearing continued from 6/15/2007; the USACM Trust has moved for summary judgment on this objection [DE 4291]. The Court will hear that motion on 10/15/07 [*See* Agenda Item 65 below].

61.    **Objection to Claim 10725-02481 of Tobias Von Auw in the amount of $1,468,967.93 *Asserting Secured Status* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4287]**

**Opposition Filed:**    None

**Status:**    Hearing continued from 6/15/2007; the USACM Trust has moved for summary judgment on this objection [DE 4291]. The Court will hear that motion on 10/15/07 [*See* Agenda Item 65 below].

62.    **Objection to Claim 10725-02466 of John & Colleen Weaver in the amount of $22,894.49 *Asserting Secured Status* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4288]**

**Opposition Filed:**    None

**Status:**    Hearing continued from 6/15/2007; the USACM Trust has moved for summary judgment on this objection [DE 4291]. The Court will hear that motion on 10/15/07 [*See* Agenda Item 65 below].

1851070.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

63.    **Objection to Claim 10725-02489 of Scott & Gail Wilgar in the amount of $27,473.39** *Asserting Secured Status* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4289]

**Opposition Filed:**    None

**Status:**    Hearing continued from 6/15/2007; the USACM Trust has moved for summary judgment on this objection [DE 4291].  The Court will hear that motion on 10/15/07 [*See* Agenda Item 65 below].

64.    **Objection to Claim 10725-02548, 10725-02549-2 amending 10725-02549-1, 10725-02550 of Osvaldo Zunino Living Trust dtd 12/18/98 in the amount of $620,000.00, $62,000.00, $620,000.00** *Asserting Secured Status* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4290]

**Objection Filed:**    Objection to Motion for Summary Judgment Filed by OSVALDO
8/17/2007    LIVING TRUST ZUNINO [DE 4627]

**Status:**    Hearing continued from 6/15/2007; the USACM Trust has moved for summary judgment on this objection [DE 4291].  The Court will hear that motion on 10/15/07 [*See* Agenda Item 65 below].

65.    **Motion for Summary Judgment** *Regarding (1) Responses To The USACM Trust's First Through Thirty-Third Omnibus Objections To Claims Asserting A Secured Status; (2) Responses to USACM Trust's First Through Third Omnibus Objections to Claims Asserting A Priority Status; and (3); Newly Alleged Secured And Priority Claims* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4291] *(see Exhibits A and B attached to Status and Agenda for list of claimants)*

**Related Filings:**    *Statement of Facts in Support of Motion For Summary Judgment*
7/30/2007    *Regarding (1); Responses to the USACM Trust's First Through Thirty-Third Omnibus Objections To Claims Asserting a Secured Status; (2) Responses to USACM Trust's First Through Third Omnibus Objections to Claims Asserting A Priority Status; And (3); Newly Alleged Secured And Priority Claims* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4293]

**Opposition Filed:**    Opposition Filed by JACK S. TIANO [DE 4472]
8/08/2007

8/14/2007    Opposition *re Claim No. 10725-00572* Filed by EDWARD

1851070.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

| | | |
|---|---|---|
| 1 | | KLINE [DE 4508] |
| 2 | 8/14/2007 | Opposition *(Re Claim #10725-00572)* Filed by EDWARD KLINE [DE 4509] (Opposition filed twice to same claim. Kline also filed Claim No. 10725-00547 on behalf of Family Trust) |
| 3 | | |
| 4 | 8/17/2007 | Opposition with Certificate of Service Filed by JOHN F. O'REILLY on behalf of MICHAEL PETERSEN [DE 4612] |
| 5 | | |
| 6 | **Objection Filed:** 8/13/2007 | Objection *to Debtors Motion for Summary Judgment* Filed by ERNA D. GRUNDMAN, JOANNE M. GRUNDMAN [DE 4492] |
| 7 | 8/17/2007 | Objection to Motion for Summary Judgment Filed by OSVALDO LIVING TRUST ZUNINO [DE 4627] |
| 8 | | |
| 9 | **Response Filed:** 8/16/2007 | Response *Re Claim No 10725-01739* Filed by LARRY L. RIEGER, PATSY R. RIEGER [DE 4548] |
| 10 | 8/17/2007 | Response with Certificate of Service *& Objection of USA COMMERCIAL MORTGAGE COMPANY to Claim of DUTKIN TRUST Asserting Secured Status* Filed by GEORGE D FRAME on behalf of JOHN DUTKIN [DE 4628] |
| 11 | | |
| 12 | | |
| 13 | **Stipulation Filed:** 8/31/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Michael Family Trust DTD 12/4/03 *Re Proof of Claim of Michael Family Trust Listed in Twenty-First Omnibus Objection to Proofs of Claim Filed as Secured* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4669] |
| 14 | | |
| 15 | | |
| 16 | **Related Filings:** 9/10/2007 | Order Approving Stipulation and Sustaining Twenty-First Omnibus Objection Re Proof of Claim of the MICHAEL FAMILY TRUST [DE 4722] |
| 17 | | |
| 18 | **Reply Filed:** 9/14/2007 | Reply with Certificate of Service *in Support of Motion for Summary Judgment Regarding (1) Responses to the USACM Liquidating Trust's First through Thirty-Third Omnibus Objections to Claims Asserting a Second Status; (2) Responses to USACM Trust's First through Third Omnibus Objections to Claims Asserting a Priority Status; and (3) Newly Alleged Secured and Priority Claims* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4810] |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | **Related Filings:** 9/14/2007 | Supplemental *Statement of Facts in Support of Motion for Summary Judgment Regarding (1) Responses to the USACM Trust's First through Thirty-Third Omnibus Objections to Claims Asserting a Secured Status; (2) Responses to USACM Trust's First through Third Omnibus Objections to Claims Asserting a Priority* |
| 25 | | |
| 26 | | |

1851070.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

| | *Status; and (3) Newly Alleged Secured and Priority Claims* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4811] |
|---|---|
| **Response Filed:** 9/24/2007 | Response *to Debtor's Objection to Claimants Opposition of Motion for Summary Judgment* Filed by ERNA D. GRUNDMAN, JOANNE M. GRUNDMAN [DE 4874] |
| **Objection Filed:** 10/05/2007 | Objection with Certificate of Service Filed by LARRY L. RIEGER, PATSY R. RIEGER  [DE 4940] |
| **Status:** | |

66.    **Motion to Substitute** *Motion for Substitution of Party and Counsel with Certificate of Service* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4498]

| **10/8/2007** | Informal response mailed to U.S. Bankruptcy Court by Del Bunch |
|---|---|
| **Reply Filed:** 10/10/2007 | Reply with Certificate of Service *in Support of Motion for Substitution of Party and Counsel in Objection to Proof of Claim Filed by Del and Ernestine Bunch* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4960] |
| **Status:** | |

67.    **Objection to Claim 10725-00107 of Kathleen J. Moore in the amount of $28,136.73 with Certificate of Service** *Filed in Wrong Debtor's Case; Objection of DTDF to Proposed Allowance of Claim; and Certificate of Service* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4655]

| **Opposition Filed:** | None |
|---|---|
| **Status:** | |

68.    **Objection to Claim 10725-00296 of Gary Evans in the amount of $48,047.32 with Certificate of Service** *Filed in Wrong Debtor's Case; Objection of DTDF to Proposed Allowance of Claim* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4665]

| **Opposition Filed:** | None |
|---|---|
| **Status:** | |

LEWIS
AND
ROCA
LLP
L A W Y E R S

69.    **Objection to Claim 10725-00235 of The Thomas M. Ketelle and Mary T. Ketelle Family Trust in the amount of $24,023.66 with Certificate of Service** *Objection of DTDF to Proposed Allowance of Claim* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4667]

**Opposition Filed:**    None

**Status:**

70.    **Objection to Claim 10725-00109 of Kathleen J. Moore in the amount of $30,072.37 with Certificate of Service** *Filed in Wrong Debtor's Case; Objection of DTDF to Proposed Allowance of Claim* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4673]

**Opposition Filed:**    None

**Status:**

71.    **Objection to Claim 10725-00448 of William Daley in the amount of $134,179.22 with Certificate of Service** *Filed in Wrong Debtor's Case; Objection of DTDF to Proposed Allowance of Claim* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4675]

**Opposition Filed:**    None

**Status:**

72.    **Objection to Claim 10725-00415 of William Boone in the amount of $93,417.37 with Certificate of Service** *Filed in Wrong Debtor's Case; Objection to DTDF to Proposed Allowance of Claim* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4677]

**Opposition Filed:**    None

**Status:**

1851070.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

73.     **Objection to Claim 10725-00777 of Reinaldo Zorrilla in the amount of $121,846.33 with Certificate of Service *Filed in Wrong Debtor's Case; Objection of DTDF to Proposed Allowance of Claim* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4680]**

**Opposition Filed:**    None

**Status:**

74.     **Objection to Claim 10725-01222 of Stanley Paczosa in the amount of $72,070.98 with Certificate of Service *Filed in Wrong Debtor's Case; Objection to DTDF to Proposed Allowance of Claim* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4682]**

**Opposition Filed:**    None

**Status:**

75.     **Objection to Claim 10725-00479 of Charles O. and Flora A. Nichols in the amount of $864,851.83 with Certificate of Service *Filed in Wrong Debtor's Case; Objection of DTDF to Proposed Allowance of Claim* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4684]**

**Opposition Filed:**    None

**Status:**

76.     **Objection to Claim 10725-00490 of Herbert Hansen IRA in the amount of $49,287.29 with Certificate of Service *Objection of DTDF to Proposed Allowance of Claim* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4686]**

**Opposition Filed:**    None

**Status:**

1851070.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

77.    **Objection to Claim 10725-00598 of Martin Irwin in the amount of $24,023.66 with Certificate of Service** *Filed in Wrong Debtor's Case; Objection of DTDF to Proposed Allowance of Claim* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4689]

**Opposition Filed:**    None

**Status:**

78.    **Objection to Claim 10725-02294 of Blair E and Barbara K. Roach in the amount of with Certificate of Service** *Asserting Priority Status* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4691]

**Opposition Filed:**    None

**Status:**

79.    **Objection to Claim 10725-00520 of Frank Failla in the amount of $72,070.98 with Certificate of Service** *Filed in Wrong Debtor's Case; Objection of DTDF to Proposed Allowance of Claim* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4693]

**Opposition Filed:**    None

**Status:**

80.    **Objection to Claim 10725-00758 of Courtney Fuhriman in the amount of $48,047.32 with Certificate of Service** *Filed in Wrong Debtor's Case; Objection of DTDF to Proposed Allowance of Claim* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4695]

**Opposition Filed:**    None

**Status:**

1851070.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

81.     **Objection to Claim 10725-00643 of Clifford Mehling II in the amount of $108,993.45 with Certificate of Service *Filed in Wrong Debtor's Case; Objection of DTDF to Proposed Allowance of Claim*** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 46970]

**Opposition Filed:**     None

**Status:**

82.     **Objection to Claim 10725-01263 of Frank Bunn in the amount of $31,591.69 with Certificate of Service *Filed in Wrong Debtor's Case; Objection of DTDF to Proposed Allowance of Claim*** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4701]

**Opposition Filed:**     None

**Status:**

83.     **Objection to Claim 10725-01275 of William and Carolyn Bolding in the amount of $48,047.32 with Certificate of Service *Filed in Wrong Debtor's Case; Objection of DTDF to Proposed Allowance of Claim*** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4703]

**Opposition Filed:**     None

**Status:**

84.     **Objection to Claim 10725-00836 of Marguerite Rohay in the amount of $24,023.66 with Certificate of Service *Filed in Wrong Debtor's Case; Objection of DTDF to Proposed Allowance of Claim*** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4707]

**Opposition Filed:**     None

**Status:**

1851070.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

85.    **Objection to Claim 10725-02523 of R & S McTee 1995 Trust in the amount of $51,711.60 with Certificate of Service *Filed in Wrong Debtor's Case; Objection of DTDF to Proposed Allowance of Claim* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4709]**

**Opposition Filed:**     None

**Status:**

86.    **Objection to Claim 10725-00452 of Jane Feld in the amount of $48,047.32 with Certificate of Service *Filed in Wrong Debtor's Case; Objection of DTDF to Proposed Allowance of Claim* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4711]**

**Opposition Filed:**     None

**Status:**

87.    **Objection to Claim 10725-00036 of Paul and Donna Jacques in the amount of $78,074.07 with Certificate of Service *Filed in Wrong Debtor's Case; Objection of DTDF to Proposed Allowance of Claim* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4713]**

**Opposition Filed:**     None

**Status:**

88.    **Objection to Claim Amended 10725-00791, 793, and 794 of Pension Benefit Guaranty Corporation in the amount of with Certificate of Service *Objections of the USACM Liquidating Trust to Proofs of Claim Filed by the Pension Benefit Guaranty Corporation* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4728]**

**Opposition Filed:**     None

**Related Filing:**     Stipulation Continuing hearing on Objections to Proofs of Claim and Amended Proofs of Claim filed by Pension Benefit Guaranty Corporation [DE 4963]

34

1851070.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

**Status:**            The court's order approving the stipulation continued the hearing to December 14, 2007 [DE 4980].

89.    **Objection to Claim 10725-02204 of Dean Shackley in the amount of $312,551.24 with Certificate of Service** filed by ANNE M. LORADITCH on behalf of USACM LIQUIDATING TRUST (LORADITCH, ANNE) [DE 4784]

**Opposition Filed:**    None

**Status:**

90.    **Objection to Claim 10725-01641 of Michael H. Ricci in the amount of $136,058.88 with Certificate of Service** filed by ANNE M. LORADITCH on behalf of USACM LIQUIDATING TRUST [DE 4785]

**Opposition Filed:**    None

**Status:**

91.    **Objection to Claim 10725-01254 of Olympia Capital Management in the amount of $100,000.00 with Certificate of Service** filed by ANNE M. LORADITCH on behalf of USACM LIQUIDATING TRUST [DE 4787]

**Opposition Filed:**    None

**Status:**

92.    **Objection to Claim 10725-01226 of Herman M. Adams, Brian M. Adams and Anthony G. Adams in the amount of $3,625,000.00 with Certificate of Service** filed by ANNE M. LORADITCH on behalf of USACM LIQUIDATING TRUST [DE 4789]

**Opposition Filed:**    None

**Status:**

1851070.1

LEWIS
AND
ROCA
LLP
─────────────
L A W Y E R S

1          **93.    Objection to Claim 10725-01202 of Brian M. Adams in the amount of**
2    **$325,000.00 with Certificate of Service** filed by ANNE M. LORADITCH on behalf of
     USACM LIQUIDATING TRUST [DE 4791]
3

4    **Opposition Filed:**    None

5    **Status:**

6          **94.    Objection to Claim 10725-01150 of Michael Baginski in the amount of**
7    **$864,849.00 with Certificate of Service** filed by ANNE M. LORADITCH on behalf of
     USACM LIQUIDATING TRUST [DE 4793]
8

9    **Opposition Filed:**    None

10   **Status:**

11         **95.    Objection to Claim 10725-00545 of Elias Family Trust DTD 5/19/04 in**
12   **the amount of $125,000.00 with Certificate of Service** filed by ANNE M. LORADITCH
     on behalf of USACM LIQUIDATING TRUST [DE 4795]
13

14   **Opposition Filed:**    None

15   **Status:**

16         **96.    Objection to Claim 10725-00329 of Ruth and/or Robert Geiger in the**
17   **amount of $75,000.00 with Certificate of Service** filed by ANNE M. LORADITCH on
     behalf of USACM LIQUIDATING TRUST [DE 4797]
18

19   **Opposition Filed:**    Response Filed by ROBERT B. GEIGER, RUTH E. GEIGER
20   10/03/2007    [DE 4931]

     **Status:**    The USACM Liquidating Trust requests that this matter be
21   continued to a status hearing on the objection in approximately 60
22   days.

23

24

25

26

1851070.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

97.     **Objection to Claim 10725-00090 of Augustine Tuffanelli Family Trust in the amount of $100,000.00 with Certificate of Service** filed by ANNE M. LORADITCH on behalf of USACM LIQUIDATING TRUST [DE 4799]

**Opposition Filed:**     None

**Status:**

98.     **Objection to Claim 10725-00053 of Ross Deller in the amount of $100,000.00 with Certificate of Service** filed by ANNE M. LORADITCH on behalf of USACM LIQUIDATING TRUST [DE 4801]

**Opposition Filed:**     None

**Status:**

99.     **Objection to Claim 10725-00041 of Ross Deller in the amount of $100,000.00 with Certificate of Service** filed by ANNE M. LORADITCH on behalf of USACM LIQUIDATING TRUST [DE 4803]

**Opposition Filed:**     None

**Status:**

100.     **Objection to Claim 10725-00040 of Ross Deller in the amount of $50,000.00 with Certificate of Service** filed by ANNE M. LORADITCH on behalf of USACM LIQUIDATING TRUST [DE 4805]

**Opposition Filed:**     None

**Status:**

101.     **Objection to Claim 10725-00039 of Ross Deller in the amount of $50,000.00 with Certificate of Service** filed by ANNE M. LORADITCH on behalf of USACM LIQUIDATING TRUST [DE 4807]

**Opposition Filed:**     None

**Status:**

1851070.1

LEWIS
AND
ROCA
LLP
——————————
L A W Y E R S

1   **1:30 p.m.**

2        1.      **Adv. 07-01105-lbr, COMPASS USA SPE LLC et al v. USA**
    **COMMERCIAL MORTGAGE COMPANY et al, Scheduling Conference [DE 6]**
3

4   **August 15, 2007**      Dismissal of USA Capital First Trust Deed Fund, LLC [DE 12]

5   **Status:**              Hearing rescheduled from 4/26/2007.  Complaint filed July 7,
                         2007.  No defendant has been served and no summons
6                        outstanding.  See Bankr. R. 2004, Fed. R. Civ. P. 4(m).

7
            DATED:  October 12, 2007.
8

9                                **LEWIS AND ROCA LLP**

10                               By:   /s/ Rob Charles (#6593)
11                                   Susan M. Freeman, AZ 4199 (*pro hac vice*)
                                 Rob Charles, NV 6593
12                               3993 Howard Hughes Parkway, Suite 600
                             Las Vegas, Nevada  89169-5996
13                               Facsimile (702) 949-8321
                             Telephone (702) 949-8320
14                               Counsel for USACM Liquidating Trust

15

16

17

18

19

20

21

22

23

24

25

26

1851070.1