# Exhibit A
## CLAIMS ASSERTING SECURED STATUS
## USA Commercial Mortgage Company

| Claimant Name | Claimant Address | Proof of Claim No. | Objection (DE No.) |
|---|---|---|---|
| Acosta, Celso | Celso Acosta<br>9061 Black Elk Ave.<br>Las Vegas, NV 89143-1180 | 10725-00609,<br>10725-00610,<br>10725-00611 | Fifth (3141) |
| Albiol, Marcia C. & Henry | Albiol, Marcia C. & Henry<br>P.O. Box 221356<br>Carmel, CA 93922-1256 | 10725-02537,<br>10725-02538,<br>10725-02539 | 4252 |
| Archer, Guy | Archer, Guy<br>1725 Fairfield Ave<br>Reno, NV 89509-3221 | 10725-00831,<br>10725-00832 | Second (3135) |
| Bacon, John & Sandra | Bacon, John & Sandra<br>2001 Fallsburg WY<br>Henderson, NV 89015-3524 | 10725-02560-2 Amends 10725-02560-1 | 4253 |
| Bittner, Gerald L. Sr. DDS INC PSP & Trust dtd 1/15/91 | Bittner, Gerald L. SR DDS INC PSP & Trust dtd 1/15/91<br>14067 Apricot HL<br>Saratoga, CA 95070-5614 | 10725-02519 | 4254 |
| Brehm, June F. | Brehm, June F.<br>103 Montesol Dr.<br>Henderson, NV 89012-5204 | 10725-02536 | 4255 |
| Brokop, Charles E. | Brokop, Charles E.<br>13835 N. Tatum Blvd. Ste 9419<br>Phoenix, AZ 85032-5581 | 10725-02535 | 4256 |
| Burnett, Robert E. Jr. | Burnett, Robert E. Jr.<br>PSC 2 Box 6533<br>APO AE 09012 | 10725-02524 | 4257 |
| Ciadella Living Trust dtd 2/8/99 | Ciadella Living Trust dtd 2/8/99<br>c/o Stella P Ciadella, Trustee,<br>Apt 1114<br>650 S Town Cntr Drive, Bldg. 29<br>Las Vegas, NV 89144-4419 | 10725-02450 | 4258 |

1853529.1

# Exhibit A
## CLAIMS ASSERTING SECURED STATUS
## USA Commercial Mortgage Company

| Claimant Name | Claimant Address | Proof of Claim No. | Objection (DE No.) |
|---|---|---|---|
| Clark IRA, Curtis | Clark IRA, Curtis<br>1403 Pueblo Dr<br>Boulder City, NV  89005-3203 | 10725-00589 | Sixth (3143) |
| Colligan, Gerald E. | Colligan, Gerald E.<br>P.O. Box 5781<br>Incline Village, NV 89450-5781 | 10725-02518 | 4259 |
| Darnold, Patricia | Darnold, Patricia, IRA<br>2061 Sapphire Valley Ave.<br>Henderson, NV 89074-1533 | 10725-02526 | 4260 |
| Dutkin Trustee, John | Dutkin Trustee, John<br>C/O George D Frame Esq<br>601 Greenway<br>Ste D<br>Henderson, NV  89002 | 10725-01395 | Eighth (3147) |
| Fallon, Thomas | Fallon, Thomas<br>6410 Nw 82 Ave<br>Miami, FL  33166 | 10725-01884 | Ninth (3149) |
| Foxcroft Living Trust dtd 1/10/02 | Foxcroft Living Trust dtd 1/10/02<br>c/o Fred J. & Roberta Foxcroft<br>PO Box 362<br>Carnelian Bay, CA 96140-0362 | 10725-02467 | 4261 |
| Grundman, Erna | Grundman, Erna<br>1608 Brown St<br>Carson City, NV  89701 | 10725-01542 | Twelfth (3155) |
| Grundman, Joanne | Grundman, Joanne<br>1608 Brown St<br>Carson City, NV  89701 | 10725-01544 | Twelfth (3155) |
| Gunderson, Wynn A & Lorraine J | Gunderson, Wynn A & Lorraine J<br>33941 N 67th St<br>Scottsdale, AZ  85262-7250 | 10725-02321 | Twelfth (3155) |
| Gunderson, Wynn A | Gunderson, Wynn A<br>33941 N 67th St<br>Scottsdale, AZ  85262-7250 | 10725-02322 | Twelfth (3155) |

2

1853529.1

Case 06-10725-gwz    Doc 5010-1    Entered 10/12/07 17:05:20    Page 3 of 9
Case: 06-10725-lbr    Doc #: 4291-2    Filed: 07/30/2007    Page: 4 of 10

# Exhibit A
# CLAIMS ASSERTING SECURED STATUS
# USA Commercial Mortgage Company

| Claimant Name | Claimant Address | Proof of Claim No. | Objection (DE No.) |
|---|---|---|---|
| Gunderson, Wynn & Lorraine J. | Gunderson, Wynn & Lorraine J. 33941 N 67th Street Scottsdale, AZ 85262-7250 | 10725-02447-2 Amends 10725-02447-1, 10725-02448-2 Amends 10725-02448-1 | 4262 |
| Hollander, Sandra I. Revocable Trust | Hollander, Sandra I. Revocable Trust c/o Sandra Hollander, Ttee 10533 Santo Marco CT Las Vegas, NV 89135-2457 | 10725-02532 | 4263 |
| Humphry 1999 Trust | Humphry, 1999 Trust c/o Jack & Alice Humphry, Trustees 3825 Champagne Wood Dr. N. Las Vegas, NV 89031-2056 | 10725-02452 | 4264 |
| Humphry 1999 Trust | Humphry 1999 Trust Jack Humphry & Alice Humphry, Trustees 3825 Champagne Wood Drive North Las Vegas, NV 89031 | 10725-00588 | Fourteenth (3159) |
| Humphry, Alice & Valerie Jaeger | Humphry, Alice & Valerie Jaeger 3825 Champagne Wood Dr, N. Las Vegas, NV 89031-2056 | 10725-02451 | 4265 |
| Johnston, Everett H. Family Trust, dtd 1/24/90 | Johnston, Everett H. Family Trust, dtd 1/24/90 c/o Everett H. Johnston Ttee P.O. Box 3605 Incline Village, NV 89450-3605 | 10725-02555, 10725-02561 | 4266 |
| Kline, Edward | Kline, Edward 9932 Arbuckle Dr Las Vegas, NV 89134 | 10725-00572 | Seventeenth (3165) |
| Kline, Edward & Leah Family Trust Dtd 7/9/91 | Edward & Leah Kline Family Trust Dtd 7/9/91 C/O Edward & Leah Kline Trustees 9932 Arbuckle Dr Las Vegas, NV 89134-7530 | 10725-00547 | Ninth (3159) |

3

1853529.1

# Exhibit A
## CLAIMS ASSERTING SECURED STATUS
## USA Commercial Mortgage Company

| Claimant Name | Claimant Address | Proof of Claim No. | Objection (DE No.) |
|---|---|---|---|
| Knox, Marcia J Living Trust Dated 8/16/04 | Marcia J Knox Living Trust Dated 8/16/04<br>C/O Marcia J Knox Trustee<br>1885 Vintners Pl<br>Reno, NV 89519-8334 | 10725-00615,<br>10725-00616,<br>10725-00617,<br>10725-00647,<br>10725-00648,<br>10725-00649,<br>10725-00676-1 as amended by 10725-00676-2,<br>10725-00699,<br>10725-00722,<br>10725-01634,<br>10725-01635,<br>10725-01636,<br>10725-01637,<br>10725-01905,<br>10725-00756,<br>10725-00766,<br>10725-00797,<br>10725-00798,<br>10725-01028,<br>10725-01029,<br>10725-01037 | Nineteenth (3170) |
| Krebbs, John & Elizabeth Lundy | Krebbs, John & Elizabeth Lundy<br>7200 Hwy 50 E<br>PO Box 22030<br>Carson City, NV 89721-2030 | 10725-02475 | 4267 |
| Krupp, Richard N. | Krupp, Richard N.<br>101 State Pl Suite 1<br>Escondido, CA 92029-1365 | 10725-02496 | 4268 |
| Kwiatkowski Revocable Trust, dated 12/17/04 | Kwiatkowski Revocable Trust, dated 12/17/04<br>c/o Paul L. & Colita Jo Kwiatkowski, Trustees<br>15380 Hamilton Street<br>Omaha, NE 68154-3714 | 10725-02480 | 4269 |

1853529.1

# Exhibit A
## CLAIMS ASSERTING SECURED STATUS
### USA Commercial Mortgage Company

| Claimant Name | Claimant Address | Proof of Claim No. | Objection (DE No.) |
|---|---|---|---|
| Linney, Paul L & Marie Trust Dated 10/25/96 | Paul L & Marie Linney Trust Dated 10/25/96<br>Paul L Linney Ttee<br>2079 Meritage Dr<br>Sparks, NV 89434-2102 | 10725-00091,<br>10725-00174 | Twenty-Fourth (3182) |
| Loftfield Revocable Living Trust | Loftfield Revocable Living Trust<br>James & Catherine Loftfield Ttee<br>1532 Beech Grove Dr<br>Las Vegas, NV 89119-0367 | 10725-01344,<br>10725-01345 | Eighteenth (3168) |
| Loftfield, James & Catherine | Loftfield, James<br>1532 Beech Grove Dr<br>Las Vegas, NV 89119 | 10725-01336,<br>10725-01349 | Eighteenth (3168) |
| Lowe Family Trust | Lowe Family Trust<br>c/o Robert L. & Mary M. Lowe Tstee<br>225 Garfield Drive<br>Henderson, NV 89074 | 10725-02567 | 4270 |
| Lynch, The Thomas D. 1995 Revocable Living Trust | Lynch, The Thomas D. 1995 Revocable Living Trust<br>c/o Thomas D. Lynch, Ttee<br>1011 Armadillo CT<br>Henderson, NV 89015-9446 | 10725-02533-2 Amends 10725-02533-1 | 4271 |
| Lynch, Thomas D. Family Foundation | Lynch, Thomas D. Family Foundation<br>c/o Thomas D. Lynch<br>President<br>1011 Armadillo CT<br>Henderson, NV 89015-9446 | 10725-02534 | 4272 |
| Manning, Martin L. | Manning, Martin L.<br>P.O. Box 426<br>Genoa, NV 89411-0426 | 10725-02557 | 4273 |
| Marrs IRA, Bobbie | Marrs IRA, Bobbie<br>5753 Bedrock Springs Ave<br>Las Vegas, NV 89131-3933 | 10725-00445 | Twentieth (3172) |
| Marrs, Bobbie | Marrs, Bobbie<br>5753 Bedrock Springs Ave<br>Las Vegas, NV 89131 | 10725-00444 | Twentieth (3172) |

5

1853529.1

**Exhibit A**
**CLAIMS ASSERTING SECURED STATUS**
**USA Commercial Mortgage Company**

| Claimant Name | Claimant Address | Proof of Claim No. | Objection (DE No.) |
|---|---|---|---|
| Mcknight, James E | Mcknight, James E<br>233 Branch Ave.<br>Freeport, NY 11520 | 10725-00673,<br>10725-00674 | Fourteenth (3159) |
| Mcknight, James E | Mcknight, James E<br>233 Branch Ave<br>Freeport, NY 11520 | 10725-00723-1, as amended by 10725-00723-2, 10725-00751, 10725-01683-1, as amended by 10725-01683-2, as amended by 10725-01683-3, 10725-01684 | Twenty-First (3174) |
| McTee, R&S 1995 Trust dtd 4/20/95 | McTee, R&S 1995 Trust dtd 4/20/95<br>c/o Rudy Leroy McTee & Sharon Kaye McTee<br>P.O. Box 2480<br>Gardnerville, NV 89410-2480 | 10725-02523 | 4274 |
| Michael Family Trust Dtd 12/4/03 | Michael Family Trust Dtd 12/4/03<br>Alain Michael & Dawn Levy Ttees<br>1861 Tuscan Grove Pl<br>Camarillo, Ca 93012-8960 | 10725-00276 | Twenty-First (3174) |
| Monighetti, Pete | Monighetti, Pete<br>6515 Frankie Ln<br>Prunedale, CA 93907 | 10725-01208-1,<br>10725-01208-2 | Twenty-First (3174) |
| NBNA Unique Properties LLC | NBNA Unique Properties LLC<br>74478 Highway 111 #342<br>Palm Desert, CA 92260-4112 | 10725-02513 | 4275 |
| Newby 1984 Family Trust dtd 3/19/84 | Newby 1984 Family Trust dtd 3/19/84<br>c/o C E & Carole Newby Trustees<br>5209 Elm Grove Drive<br>Las Vegas, NV 89130-3669 | 10725-02487 | 4276 |

6

1853529.1

# Exhibit A
# CLAIMS ASSERTING SECURED STATUS
## USA Commercial Mortgage Company

| Claimant Name | Claimant Address | Proof of Claim No. | Objection (DE No.) |
|---|---|---|---|
| Novak Living Trust dtd 10/21/97 | Novak Living Trust dtd 10/21/97 c/o Frank T. & Patricia A. Novak TTE 2593 Sumter Street Henderson, NV 89052-7113 | 10725-02483 | 4277 |
| Perrone, Nicholas Trust dtd 7/12/99 | Perrone, Nicholas Trust dtd 7/12/99 c/o Nicholas Perrone, Ttee 5112 San Anselmo St. Las Vegas, NV 89120-1775 | 10725-02509 | 4278 |
| Petersen, Michael | Petersen, Michael John O'Reilly Law Group Nevada Professional Center 325 S Maryland Pkwy Las Vegas, NV 89101-5300 | 10725-00754, 10725-01470 | Twenty-Fourth (3182) |
| Reynolds, Emil & Anna | Reynolds, Emil & Anna 982 E. County Rd. 350 S Greencastle, IN 46135-7300 | 10725-02529 | 4279 |
| Rieger Ira, Larry L | Rieger Ira, Larry L 2615 Glen Eagles Dr Reno, Nv 89523 | 10725-02208 | Twenty-Sixth (3184) |
| Rieger Ira, Patsy R | Rieger Ira, Patsy R 2615 Glen Eagles Dr Reno, Nv 89523 | 10725-02209 | Twenty-Sixth (3184) |
| Rieger, Larry L & Patsy R Revocable Trust | Larry L & Patsy R Rieger Revocable Trust Larry L & Patsy R Rieger Ttees 2615 Glen Eagles Dr Reno, NV 89523 | 10725-02210 | Seventeenth (3165) |
| Robbins, Judd IRA, Retirement Accts INC CFBO | Robbins, Judd IRA, Retirement Accts INC CFBO c/o Bradley Paul Elley Esq. 120 Country Club Drive, Suite 5 Incline Village, NV 89451 | 10725-02564 | 4280 |
| Sabia, Joseph W. & Victoria | Sabia, Joseph W. & Victoria 2720 E Quail Avenue Las Vegas, NV 89120 | 107275-02505 | 4281 |

7

1853529.1

# Exhibit A
# CLAIMS ASSERTING SECURED STATUS
# USA Commercial Mortgage Company

| Claimant Name | Claimant Address | Proof of Claim No. | Objection (DE No.) |
|---|---|---|---|
| Sibley, Glenda Lambert IRA | Sibley, Glenda Lambert IRA<br>16326 W Willow Creek Lane<br>Surprise, AZ 85374-6432 | 10725-02461 | 4282 |
| Smith, Raymond M. Revocable Trust dtd 3/12/79 | Smith, Raymond M. Revocable Trust dtd 3/12/79<br>c/o Raymond M. Smith & Margaret M. Smith Grantors<br>P.O. Box 1195<br>Minden, NV 89423-7795 | 10725-02512 | 4283 |
| Spatorico, Derrick & Laurie | Spatorico, Derrick & Laurie<br>47 Vineyard HL<br>Fairport, NY 14450-4617 | 10725-02515 | 4284 |
| Stephen Family Trust dtd 3/22/84 | Stephen Family Trust dtd 3/22/84<br>c/o Roy M. Stephen & Carol J. Stephen, Ttees<br>1214 Yucca Cir.<br>St. George, UT 84790-7551 | 10725-02530 | 4285 |
| Taylor, Evalyn C Separate Property Trust | Evalyn C Taylor Separate Property Trust<br>C/O Evalyn C Taylor Trustee<br>1908 Rolling Dunes Ct<br>Las Vegas, NV 89117-6916 | 10725-00947 | Ninth (3149) |
| Tiano, Jack | Tiano, Jack<br>116 W El Portal<br>Ste 103<br>San Clemente, CA 92672 | 10725-00391 | Thirtieth (3189) |
| Tiano, Jack S Accountancy Corp | Jack S Tiano Accountancy Corp<br>116 W El Portal<br>Ste 103<br>San Clemente, CA 92672 | 10725-01831, 10725-01832 | Fourteenth (3159) |
| Toombes, Robert C. and Patsy G. | Toombes, Robert C. and Patsy G.<br>P.O. Box 11665<br>Zephyr Cove, NV 89448-3665 | 10725-02558 | 4286 |

1853529.1

## Exhibit A
## CLAIMS ASSERTING SECURED STATUS
## USA Commercial Mortgage Company

| Claimant Name | Claimant Address | Proof of Claim No. | Objection (DE No.) |
|---|---|---|---|
| Ventura, Roy | Ventura, Roy<br>American Embassy – Jakarta<br>Unit 8135 – Usaid<br>Fpo Ap 96520 | 10725-00639 | Twenty-Seventh (3185) |
| Ventura, Roy R. & Nancy B. | Ventura, Roy R. Jr. & Nancy B.<br>American Embassy – Jakarta<br>Unit 8135 – Usaid<br>Fpo Ap 96520<br>Armed Forces Pacific | 10725-00638 | Twenty-Seventh (3185) |
| Von Auw, Tobias Revocable Trust dtd 11/23/04 | Von Auw, Tobias Revocable Trust dtd 11/23/04<br>c/o Tobias Von Auw Trustee<br>2448 Lark Sparrow Street<br>Las Vegas, NV 89084-3726 | 10725-02481 | 4287 |
| Weaver, John & Colleen | Weaver, John & Colleen<br>9225 Cordoba Blvd<br>Sparks, NV 89436-7235 | 10725-02466 | 4288 |
| Wilgar, Scott & Gail | Wilgar, Scott & Gail<br>8812 Glenistar Gate Avenue<br>Las Vegas, NV 89143 | 10725-02489 | 4289 |
| Wright, Wanda | Wright, Wanda<br>16500 Pyramid Hwy<br>Reno, NV 89510 | 10725-00501 | Thirty-Third (3192) |
| Wright, Wanda Revocable Living Trust | Wright, Wanda Revocable Living Trust<br>C/O Wanda C Wright Trustee<br>16500 Pyramid Way<br>Reno, NV 89510-8711 | 10725-00502 | Thirty-First (3190) |
| Zunino, Osvaldo Living Trust dtd 12/18/98 | Zunino, Osvaldo Living Trust dtd 12/18/98<br>c/o Osvaldo Zunino. Ttee<br>3575 Tioga WY<br>Las Vegas, NV 89109-3340 | 10725-02548,<br>10725-02549-2<br>Amends<br>10725-02549-1,<br>10725-02550 | 4290 |

1853529.1