# EXHIBIT B
# CLAIMS ASSERTING PRIORITY STATUS

USA Commercial Mortgage Company

| Claimant Name | Claimant Address | Proof of Claim No. | Objection (DE No.) |
|---|---|---|---|
| Barroso, Pedro L. & Carol A. Trust, dated 11/29/90 | Barroso, Pedro L. & Carol A. Trust, dated 11/29/90 c/o Pedro Louis & Carol Ann Barroso 3231 Cambridgeshire Street Las Vegas, NV 89146-6223 | 10725-02463 | 4243 |
| Brehm, June F. | Brehm, June F. 103 Montesol Dr. Henderson, NV 89012-5204 | 10725-02536 | 4245 |
| Fine, Lewis H. & Arlene J. | Fine, Lewis H. & Arlene J. P.O. Box 487 Oakley, UT 84055-0487 | 10725-02511 | 4244 |
| Grundman, Erna | Grundman, Erna 1608 Brown St Carson City, NV 89701 | 10725-01542 | Second (3259) |
| Grundman, Joanne | Grundman, Joanne 1608 Brown St Carson City, NV 89701 | 10725-01544 | Second (3259) |
| Halvorson, Joanne | Halvorson, Joanne 3716 N. Normandie Spokane, WA 99205 | 10725-02551 | 4246 |
| Halvorson, Thomas & Joanne | Halvorson, Thomas & Joanne 3716 N. Normadie Spokane, WA 99205 | 10725-02552 | 4247 |
| LHV Living Trust dtd 10/31/01 | LHV Living Trust dtd 10/31/01 c/o Leonard Vandergaag & Hilda Vandergaag, Ttees 7242 Evening Hills Ave. Las Vegas, NV 89113-3013 | 10725-02525 | 4249 |
| Marrs IRA, Bobbie | Marrs IRA, Bobbie 5753 Bedrock Springs Ave Las Vegas, NV 89131-3933 | 10725-00445 | Second (3259) |
| Marrs, Bobbie | Marrs, Bobbie 5753 Bedrock Springs Ave Las Vegas, NV 89131 | 10725-00444 | Second (3259) |

1853566.1

# EXHIBIT B
# CLAIMS ASSERTING PRIORITY STATUS
## USA Commercial Mortgage Company

| Claimant Name | Claimant Address | Proof of Claim No. | Objection (DE No.) |
|---|---|---|---|
| NBNA Unique Properties LLC | NBNA Unique Properties LLC<br>74478 Highway 111 #342<br>Palm Desert, CA 92260-4112 | 10725-02513 | 4250 |
| Rieger, Larry L & Patsy R Revocable Trt Dtd 8/14/91 | Rieger, Larry L & Patsy R Revocable Trt Dtd 8/14/91<br>Larry L & Patsy R Rieger Ttees<br>2615 Glen Eagles Dr<br>Reno, Nv  89523-2080 | 10725-01739 | Second (3259) |
| Telloian, Malcolm Jr. & Joan B. | Telloian, Malcolm Jr. & Joan B.<br>7806 Broadwing Dr.<br>N. Las Vegas, NV 89084-2434 | 10725-02465 | 4251 |

1853566.1