# EXHIBIT 1

1688943.1



Home   About Us

Close this site

# USACM Liquidating Trust



Sign In

In re USA Commercial Mortgage Company, et al., Case No. 06-10725 United States Bankruptcy Court District of Nevada -- USACM Liquidating Trust site -- Information Web Page

Welcome to the Information Website of the USACM Liquidating Trust site. At this site you can: View and download all Court-filed documents, submit a question regarding the status of the case or the bankruptcy process generally, track upcoming hearings and deadlines, view case highlights, and more.

**Links**
- USA Capital
- United States Bankruptcy Court, District of Nevada
- Office of the United States Trustee
- BMC Group
- United States District Court, District of Nevada

### Information Resources

#### 1. General Case Information
- Contact Information
- Case Highlights

#### 2. In Re HANTGES Case No. 07-13163
- Important Deadlines
- Motion to Limit Notice and Approve Master Service List
- Notice of Hearing re Motion to Limit Notice and Approve Master Service List
- Declaration of Michael Carmel in Support of Motion to Limit Notice and Approve Master Service List

#### 3. In Re MILANOWSKI, Case No. 07-13162
- Limiting Notice
- Post Petition Financing

#### 4. In Re USA INVESTORS VI, LLC, Case No. 06-13925
- Application for Compensation of Prime Locations, LLC
- Application for Compensation for CRG Partners Group, LLC
- Trustee's Application for Order Approving Sale
- Notice of Hearing on Motion for Sale/Use/Lease of Property
- Report to Investors in Hotel Marquis

#### 5. Documents
- Monthly Operating Reports - No further Monthly Operating Reports will be filed, please look for post-confirmation reports.
- Notice of Filing of Schedule Amendments
- Plan & Disclosure Statement
- Proof of Claim Form
- Schedules of Assets & Liabilities
- Trust Agreement

#### 6. Case Updates
- Proofs of Claim in Hantges and Milanowski Bankruptcy Cases
- Court Docket
- How To Obtain Post-Effective Date Reports and Requests for Service
- Joinder In Involuntary Chapter 11 Petition
- Latest Summary Reports
- Deadline to File Objection to Allowance of Claims
- Omnibus Claims Objections
- Press Releases

- Report to Investors in Placer Vineyards
- Status of USA Investment Partners, LLC Involuntary Bankruptcy Case and Opportunity to Join as Petitioning Creditor
- Trustee's Quarterly Reports

### 7. Questions

- Responses to Frequently Asked Questions
- Request automatic notification of updates
- Submit a question/comment