

Entered on Docket
October 15, 2007

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

| LEWIS AND ROCA LLP | ORRICK, HERRINGTON & SUTCLIFFE LLP | SNELL & WILMER, LLP |
|---|---|---|
| Susan M. Freeman (AZ 4199) *pro hac vice* | Marc A. Levinson (CA 57613) *pro hac vice* | Robert R. Kinas (NV 06019) Claire Dossier (NV 10030) |
| Rob Charles (NV 6593) | Jeffery D. Hermann (CA 90445) *pro hac vice* | 3883 Howard Hughes Parkway Suite 1100 |
| Anne M. Loraditch (NV 8164) | 400 Capitol Mall | Las Vegas, Nevada 89169 |
| 530 Las Vegas Boulevard South | Sacramento, California 95814 | Telephone: (702) 784-5200 |
| Las Vegas, Nevada 89101 | Telephone: (916) 447-9200 | Facsimile: (702) 784-5252 |
| Telephone (702) 385-3373 | Facsimile: (916) 329-4900 | Email:  rkinas@swlaw.com |
| Facsimile (702) 385-9447 | Email:  malevinson@orrick.com | cdossier@swlaw.com |
| Email:  sfreeman@lrlaw.com | jhermann@orrick.com | |
| rcharles@lrlaw.com | | |
| aloraditch@lrlaw.com | | |
| *Attorneys for USACM Liquidating Trust* | *Attorneys for Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC* | |

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10726-LBR Case No. BK-S-06-10727-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10728-LBR Case No. BK-S-06-10729-LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC, Debtors. | **ORDER RE STIPULATION FOR AMENDMENT OF PROOF OF CLAIM NUMBER 10725-00329 FILED BY RUTH AND/OR ROBERT GEIGER** |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Hearing Date:   October 15, 2007<br>Hearing Time:   9:30 a.m. |

1857323.2

LEWIS
AND
ROCA
——LLP——
LAWYERS

1   The Court having considered the Stipulation For Amendment of Proof of Claim
2   Number 10725-00329 Filed By Ruth And/ Or Robert Geiger (the "Stipulation"), and good
3   cause appearing:
4   **IT IS HEREBY ORDERED** that:
5   1.   the Stipulation is approved;
6   2.   Proof of Claim No. 10725-00329 is hereby amended to $48,238.24;
7   3.   Proof of Claim No. 10725 00329 is hereby disallowed as against DTDF;
8   4.   Claimants' equity interest in DTDF is allowed in the amount of $26,461.76,
9   as reflected in DTDF's books and records as of the Petition Date; and
10  5.   the hearing on the Objection to Claim No. 10725-00329 scheduled for
11  October 15, 2007, is vacated.
12  PREPARED AND RESPECTFULLY SUBMITTED BY:

13  **LEWIS AND ROCA LLP**                          **SNELL & WILMER, LLP**

14  By  /s/ Anne M. Loraditch (008164)              By /s/ Robert R. Kinas (006019)
15      Susan M. Freeman                               Robert R. Kinas
        Rob Charles                                    Claire Dossier
16      Anne M. Loraditch                           3883 Howard Hughes Parkway, Suite 1100
    530 Las Vegas Boulevard South                   Las Vegas, Nevada 89169
17  Las Vegas, Nevada 89101                         Telephone (702) 784-5200
    Telephone: (702) 385-3373                       Facsimile (702) 784-5252
18  Facsimile: (702) 385-5024                                  and
    *Attorneys for USACM Liquidating Trust*         **ORRICK, HERRINGTON &**
19                                                  **SUTCLIFFE LLP**
                                                    Marc A. Levinson
20                                                  Jeffery D. Hermann
                                                    400 Capitol Mall, Suite 3000
21                                                  Sacramento, California 95814-4497
                                                    *Attorneys for USA Capital Diversified*
22                                                  *Trust Deed Fund, LLC*

    **APPROVED:**
23
24  By: /s/ Ruth E. Geiger    /s/ Robert D. Geiger
        Ruth and/or Robert Geiger
25      1352 Mt. Hood Street
        Las Vegas, Nevada 89110
26                                       ###

                                         2
                                                                            1857323.2