RECEIVED
AND FILED

Ocr 2  2 e9 Ph '07

U.S. BARKRUPTCY
MARY A. SCHOTT, CLERK

**FILED**

OCT 10 2007

HAROLD S. MARENUS, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

**UNITED STATES BANKRUPTCY APPELLATE PANEL**

**OF THE NINTH CIRCUIT**

| | |
|---|---|
| In re: | ) BAP No.   NV-07-1067-RBS |
| | ) |
| USA COMMERCIAL MORTGAGE COMPANY | ) Bk Nos.   06-10725 LBR |
| USA CAPITAL REALTY ADVISORS, LLC; | )              06-10726 LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED | )              06-10727 LBR |
| FUND, LLC; USA CAPITAL FIRST TRUST | )              06-10728 LBR |
| DEED FUND, LLC; USA SECURITIES, | )              06-10729 LBR |
| LLC, | ) |
| | ) Ref. No.  07-06 |
| Debtors. | ) |
| _____ | ) |
| | ) |
| MARGARET B. McGIMSEY TRUST; BRUCE | ) |
| McGIMSEY; JERRY McGIMSEY; SHARON | ) |
| McGIMSEY; JOHNNY CLARK, | ) |
| | ) |
| Appellants, | ) |
| v. | )       **CLERK'S NOTICE** |
| | ) |
| USA CAPITAL DIVERSIFIED TRUST DEED | ) |
| FUND, LLC; OFFICIAL COMMITTEE OF | ) |
| EQUITY SECURITY HOLDERS OF USA | ) |
| CAPITAL DIVERSIFIED TRUST DEED | ) |
| FUND, LLC, | ) |
| | ) |
| Appellees. | ) |
| _____ | ) |

The Panel filed an unpublished memorandum decision in this

appeal on August 15, 2007.

As of today's date, the Panel has redesignated its

memorandum decision as an Opinion, and has ordered it published.

In the process of redesignation, the Panel has made some

nonsubstantive clerical changes to the disposition.  As a result

of the deletion of the first footnote regarding non-publication,

the pagination has changed.  Also, the caption page has been

revised to reflect the redesignation of the decision as an

1 | opinion.

2 |       The minor corrections made to the decision do not constitute

3 | a formal amendment of the decision and do not alter or affect the

4 | date of entry of the decision or the Judgment previously entered

5 | in this appeal.  A copy of the decision with these changes is

6 | enclosed for your convenience.

7 |                         **FOR THE PANEL,**

8 |

9 | *Harold Marenus*

10 |                   Harold S. Marenus, Clerk of Court

11 |

12 | cc:  Judges Russell, Brandt and Smith

2