RECEIVED AND FILED
OCT 12  2 09 PM '07
U.S. BANKRUPTCY COURT
MARY A. SCHOTT

FILED
OCT 10 2007
HAROLD S. MARENUS, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

# UNITED STATES BANKRUPTCY APPELLATE PANEL

## OF THE NINTH CIRCUIT

In re:

USA COMMERCIAL MORTGAGE COMPANY
USA CAPITAL REALTY ADVISORS, LLC;
USA CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC; USA CAPITAL FIRST TRUST
DEED FUND, LLC; USA SECURITIES,
LLC,

    Debtors.

_____

MARGARET B. McGIMSEY TRUST; BRUCE
McGIMSEY; JERRY McGIMSEY; SHARON
McGIMSEY; JOHNNY CLARK,

    Appellants,

v.

USA CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC; OFFICIAL COMMITTEE OF
EQUITY SECURITY HOLDERS OF USA
CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC,

    Appellees.

_____

BAP No.  NV-07-1067-RBS

Bk Nos.  06-10725 LBR
         06-10726 LBR
         06-10727 LBR
         06-10728 LBR
         06-10729 LBR

Ref. No.  07-06

**ORDER RE PUBLICATION**

Before: RUSSELL,[1] BRANDT and SMITH, Bankruptcy Judges.

    The Panel filed an unpublished memorandum of decision in this appeal on August 15, 2007.

    After further consideration, the Panel has decided to redesignate the memorandum of decision as an opinion for

---

    [1] Hon. Barry Russell, Bankruptcy Judge for the Central District of California, sitting by designation.

1  publication.
2      The disposition in the appeal is hereby ORDERED PUBLISHED.
3  A Clerk's Notice regarding nonsubstantive changes to the decision
4  and the opinion will be entered concurrently with the entry of
5  this order.

2