**LEWIS** AND
**ROCA** LLP
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 10/15/07

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>    Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER RE STIPULATION FOR WITHDRAWAL WITH PREJUDICE OF PROOF OF CLAIM NO. 10725-00558 FILED BY NADINE MORTON** |

**PLEASE TAKE NOTICE** that an Order re Stipulation for Withdrawal with Prejudice of Proof of Claim No. 10725-00558 Filed by Nadine Morton [DE 4974] was entered on the 11th day of October 2007, a true and correct copy of which is attached hereto as Exhibit A.

1872929.1

LEWIS AND ROCA LLP
LAWYERS

1  RESPECTFULLY SUBMITTED October 15, 2007.

2  **LEWIS AND ROCA LLP**

3

4

5  By  /s/ RC (#006593)
   Susan M. Freeman
   Rob Charles
6  *Attorneys for USACM Liquidating Trust*

7

8  PROOF OF SERVICE

9  Copy of the foregoing mailed by First Class, US Mail, postage prepaid, or e-mail, on October 15, 2007 to the following interested parties:

12  Nadine Morton
    2708 La Solana Way
13  Las Vegas, NV 89102

    August B. Landis
    OFFICE OF THE U.S. TRUSTEE
    300 Las Vegas Blvd., S. Suite 4300
    Las Vegas, NV 89101
14  USTPRegion17.lv.ecf@usdoj.gov

15  Candace C. Carlyon
    Shlomo S. Sherman
16  SHEA & CARLYON, LTD
    701 E. Bridger Ave., Ste. 850
17  Las Vegas, NV 89101
    ccarlyon@sheacarlyon.com;
18  ssherman@sheacarlyon.com

    Christine M. Pajak
    Eve H. Karasik
    STUTMAN, TREISTER & GLATT, P.C.
    1901 Avenue of the Stars, 12th Floor
    Los Angeles, CA  90067
    cpajak@stutman.com
    ekarasik@stutman.com

19

20

21   /s/ Christine E. Laurel
    Christine E. Laurel
22  Lewis and Roca

1872929.1