# EXHIBIT A

1688943.1

**Entered on Docket
October 11, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

| | | |
|---|---|---|
| **LEWIS AND ROCA LLP** | **STUTMAN, TREISTER & GLATT, P.C.** | **SHEA & CARLYON, LTD.** |
| 3993 Howard Hughes Parkway, Ste 600<br>Las Vegas, NV 89169-5996<br>Facsimile (702) 949-8321<br>Telephone (702) 949-8320 | 1901 Avenue of the Stars, 12th Floor<br>Los Angeles, California 90067<br>Facsimile: (310) 228-5788<br>Telephone: (310) 228-5600 | 701 Bridger, Suite 850<br>Las Vegas, Nevada 89101<br>Facsimile: (702) 471-7435<br>Telephone: (702) 471-7432 |
| Susan M. Freeman AZ Bar No. 004199<br>Email: sfreeman@lrlaw.com<br>Rob Charles NV State Bar No. 006593<br>Email: rcharles@lrlaw.com<br>_Attorneys for USACM Liquidating Trust_ | Frank A. Merola CA Bar No. 136934<br>Email: fmerola@stutman.com<br>Eve H. Karasik CA Bar No. 155356<br>Email: ekarasik@stutman.com<br>Christine M. Parak CA Bar No. 21773<br>Email: cpajak@stutman.com | James Patrick Shea NV Bar No. 000405<br>Email: jshea@sheacarlyon.com<br>Candace C. Carlyon NV Bar No. 002666<br>Email: ccarlyon@sheacarlyon.com<br>Sholomo S. Sherman NV Bar No. 009688<br>Email: ssherman@sheacarlyon.com |

Attorneys for Equity Security Holders of USA Capital First Trust Deed Fund, LLC

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                      Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>Hearing Date: September 28, 2007<br>Hearing Time: 1:30 p.m. |

**Order re Stipulation for Withdrawal with Prejudice of Proof of Claim Numbers
10725-00557 and 10725-00558 Filed by Nadine Morton**

1867975.1

The Court having considered the Stipulation for Withdrawal with Prejudice of Proof of Claim Numbers 10725-00557 and 10725-00558 Filed by Nadine Morton (the ("Stipulation"), and good cause appearing:

IT IS HEREBY ORDERED that:

1. the Stipulation is approved;

2. Claim Nos. 10725-00557 and 10725-00558 are deemed withdrawn; and

3. the hearing scheduled for September 28, 2007 on Claim No. 10725-00558 is vacated.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

| SUBMITTED BY: | APPROVED BY: |
|---|---|
| By: *Eve H. Karasik* <br>     Frank A. Merola <br>     Eve H. Karasik <br>     Christine M. Pajak <br> **STUTMAN, TREISTER & GLATT, P.C.** <br> 1901 Avenue of the Stars, 12th Floor <br> Los Angeles, CA 90067 <br><br> and <br><br> CANDACE C. CARLYON <br> SHLOMO S. SHERMAN <br> **SHEA & CARLYON, LTD.** <br> 701 Bridger, Suite 850 <br> Las Vegas, NV 89101 <br> Telephone: (702) 471-7432 <br> *Counsel for Equity Security Holders of USA Capital First Trust Deed Fund, LLC* | By: /s/ RC (#006593) <br>     Susan M. Freeman <br>     Rob Charles <br> **LEWIS AND ROCA LLP** <br> 3993 Howard Hughes Parkway, Suite 600 <br> Las Vegas, NV 89169-0961 <br> *Counsel for USACM Liquidating Trust* <br><br><br> NADINE MORTON <br> 2708 La Solana Way <br> Las Vegas, NV 89102 |

2

1867975.1

The Court having considered the Stipulation for Withdrawal with Prejudice of Proof of Claim Numbers 10725-00557 and 10725-00558 Filed by Nadine Morton (the ("Stipulation"), and good cause appearing:

IT IS HEREBY ORDERED that:

1. the Stipulation is approved;

2. Claim Nos. 10725-00557 and 10725-00558 are deemed withdrawn; and

3. the hearing scheduled for September 28, 2007 on Claim No. 10725-00558 is vacated.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

SUBMITTED BY:

By:_____
Frank A. Merola
Eve H. Karasik
Christine M. Pajak
**STUTMAN, TREISTER & GLATT, P.C.**
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

and

CANDACE C. CARLYON
SHLOMO S. SHERMAN
**SHEA & CARLYON, LTD.**
701 Bridger, Suite 850
Las Vegas, NV 89101
Telephone: (702) 471-7432
*Counsel for Equity Security Holders of USA Capital First Trust Deed Fund, LLC*

APPROVED BY:

By: /s/ RC (#006593)
Susan M. Freeman
Rob Charles
**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961
*Counsel for USACM Liquidating Trust*

[signature]
NADINE MORTON
2708 La Solana Way
Las Vegas, NV 89102