**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 10/15/07

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>    Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER APPROVING WITHDRAWAL OF OBJECTION AND ALLOWANCE OF PROOFS OF CLAIM FILED BY DEBT ACQUISITION COMPANY OF AMERICA** |

**PLEASE TAKE NOTICE** that an Order Approving Withdrawal of Objection and Allowance of Proofs of Claim Filed by Debt Acquisition Company of America [DE 4967] was entered on the 11th day of October 2007, a true and correct copy of which is attached hereto as Exhibit A.

1872934.1

**LEWIS AND ROCA LLP**
LAWYERS

RESPECTFULLY SUBMITTED October 15, 2007.

**LEWIS AND ROCA LLP**

By  /s/ RC (#006593)
Susan M. Freeman
Rob Charles
*Attorneys for USACM Liquidating Trust*

PROOF OF SERVICE

Copy of the foregoing mailed by First Class, US Mail, postage prepaid, or e-mail, on October 15, 2007 to the following interested parties:

Dean T. Kirby, Jr.
Leonard J. Ackerman
Kirby & McGuinn, APC
600 B Street, Suite 1950
San Diego, CA 92101-4515
dkirby@kirbymac.com
lackerman@kirbymac.com

Michelle L. Abrams, Ltd.
3085 S. Jones Blvd., Ste. C
Las Vegas, NV 89146
mabrams@mabramslaw.com

 /s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca

1872934.1