EXHIBIT A

**Entered on Docket
October 11, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| In re: | ) | Case No. BK-S-06-10725-LBR |
|---|---|---|
| | ) | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | ) | Case No. BK-S-06-10727-LBR |
| | ) | Case No. BK-S-06-10728-LBR |
| | ) | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | ) | |
| | ) | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | ) | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| | ) | |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | ) | **Affecting:** |
| | ) | ☐ All Cases |
| USA SECURITIES, LLC, | ) | **or Only:** |
| Debtors. | ) | ☒ USA Commercial Mortgage Company |
| | ) | ☐ USA Capital Realty Advisors, LLC |
| | ) | ☐ USA Capital Diversified Trust Deed Fund, LLC |
| | ) | ☐ USA Capital First Trust Deed Fund, LLC |
| | ) | ☐ USA Securities, LLC |

1870250.1

**STIPULATED ORDER APPROVING WITHDRAWAL OF OBJECTION AND ALLOWANCE OF PROOFS OF CLAIM FILED BY DEBT ACQUISITION COMPANY OF AMERICA**

The Stipulation by and between the USACM Liquidating Trust (the "USACM Trust") and Debt Acquisition Company of America V, LLC ("DACA"), to Withdraw the Objection and Allowance of Proofs of Claim filed by DACA [DE 3492 et seq.] came before the Court for consideration. No notice being necessary and good cause appearing, it is

- ORDERED the Stipulation is approved:

- The Objection of the USACM Trust to Proof of Claim Nos. 10725-00779, 10725-00780, 10725-00781, 10725-00783 and 10725-00904 [DE 3255], relating to the claims of those parties listed below (the "Claimants") (which claims were assigned of record by the Claimants to DACA) is hereby withdrawn; and

- The following Proofs of Claim (filed by DACA following the assignment, and referred to herein as the "DACA Claims") are allowed as priority wage claims in the priority amount stated, without prejudice as to the USACM Trust bringing a claim against the Claimants, or any of them:

| Claimant | Proof of Claim No. | Date Filed | Priority Amount | Unsecured Amount |
|---|---|---|---|---|
| Pompeo J. Lombardi | 10725-00780 | 10/27/2006 | $10,000.00 | $33,017.52 |
| Dalton Maffett | 10725-00904 | 10/27/2006 | $10,000.00 | $10,067.97 |
| Oliver Puhr | 10725-00783 | 10/27/2006 | $10,000.00 | $21,762.33 |
| Tom Stewart | 10725-00779 | 10/27/2006 | $10,000.00 | $27,037.93 |
| Janet Szabo | 10725-00781 | 10/27/2006 | $10,000.00 | $15,107.97 |

- USA Commercial Mortgage Company is directed to pay the allowed priority wage claim portion of the DACA Claims from the reserve;

- USACM Liquidating Trust reserves the right to further object to the unsecured portion of the DACA Claims or to any other claims filed by any of the Claimants;

- The hearing scheduled for October 15, 2007 is hereby vacated.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**


By:  /s/ RC (#0006593)
Susan M. Freeman
Rob Charles
*Attorneys for USACM Liquidating Trust*


APPROVED


DATED: October 10, 2007.

**KIRBY & McGUINN, APC**

By: */s/ Dean T. Kirby, Jr.*
Dean T. Kirby, Jr.
Leonard J. Ackerman
600 B Street, Suite 1950
San Diego, CA 92101-4515

-and-

**MICHELLE L. ABRAMS, LTD.**
3085 S Jones Blvd., Suite C
Las Vegas, NV 89146
*Attorneys for Debt Acquisition Company of America V, LLC*

1870250.1