**LEWIS** AND
**ROCA** LLP
LAWYERS

E-Filed on 10/16/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | |
| | **NOTICE OF ENTRY OF ORDER SUSTAINING OBJECTION OF THE USACM LIQUIDATING TRUST TO PROOF OF CLAIM OF MALCOLM JR AND JOAN B TELLOIAN ASSERTING PRIORITY STATUS** |
| USA SECURITIES, LLC, | |
| Debtors. | |
| **Affects:** | |
| ☐ All Debtors | |
| ☒ USA Commercial Mortgage Company | |
| ☐ USA Capital Realty Advisors, LLC | |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | |
| ☐ USA Capital First Trust Deed Fund, LLC | |
| ☐ USA Securities, LLC | |

**PLEASE TAKE NOTICE** that an Order Sustaining Objection of the USACM Liquidating Trust to Proof of Claim of Malcolm Jr. and Joan B. Telloian Asserting Priority Status [DE 4984] was entered on the 12th day of October 2007, a true and correct copy of which is attached hereto as Exhibit A.

1873054.1

**LEWIS AND ROCA LLP**
LAWYERS

1  RESPECTFULLY SUBMITTED October 16, 2007.

**LEWIS AND ROCA LLP**

By   /s/ RC (#006593)
     Susan M. Freeman
     Rob Charles
*Attorneys for USACM Liquidating Trust*

8  PROOF OF SERVICE

Copy of the foregoing mailed by First Class, US Mail, postage prepaid, or e-mail, on October 16, 2007 to the following interested parties:

Malcolm Jr. & Joan B. Telloian
7806 Broadwing Drive
N. Las Vegas, NV 89084-2434

August B. Landis
OFFICE OF THE U.S. TRUSTEE
300 Las Vegas Blvd., S. Suite 4300
Las Vegas, NV 89101
USTPRegion17.lv.ecf@usdoj.gov


 /s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca

1873054.1