**LEWIS** AND
**ROCA** LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 10/17/07

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: <br><br> USA COMMERCIAL MORTGAGE COMPANY, <br><br> USA CAPITAL REALTY ADVISORS, LLC, <br><br> USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, <br><br> USA CAPITAL FIRST TRUST DEED FUND, LLC, <br><br> USA SECURITIES, LLC, <br>          Debtors. <br><br> **Affects:** <br> ☐ All Debtors <br> ☒ USA Commercial Mortgage Company <br> ☐ USA Capital Realty Advisors, LLC <br> ☐ USA Capital Diversified Trust Deed Fund, LLC <br> ☐ USA Capital First Trust Deed Fund, LLC <br> ☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR <br> Case No. BK-S-06-10726-LBR <br> Case No. BK-S-06-10727-LBR <br> Case No. BK-S-06-10728-LBR <br> Case No. BK-S-06-10729-LBR <br><br> CHAPTER 11 <br><br> Jointly Administered Under Case No. BK-S-06-10725 LBR <br><br> **NOTICE OF ENTRY OF ORDER APPROVING STIPULATION TO CONTINUE THE HEARING ON OBJECTION TO CLAIM 784 OF BINFORD MEDICAL DEVELOPERS LLC** <br><br> New Date of Hearing:  December 14, 2007 <br> Time of Hearing:  9:30 a.m. |

**PLEASE TAKE NOTICE** that an Order Approving Stipulation to Continue the Hearing on Objection to Claim 784 of Binford Medical Developers LLC [DE 4988] was entered on the 12th day of October 2007, a true and correct copy of which is attached hereto as Exhibit A.

228073.1

LEWIS AND ROCA LLP
LAWYERS

RESPECTFULLY SUBMITTED October 17, 2007.

**LEWIS AND ROCA LLP**

By  /s/ RC (#006593)
     Susan M. Freeman
     Rob Charles
*Attorneys for USACM Liquidating Trust*

PROOF OF SERVICE

Copy of the foregoing mailed by First Class, US Mail, postage prepaid, or e-mail, on October 17, 2007 to the following interested parties:

Susan Willaims Scann, Esq.
Deaner, Deaner, Scann, Malan & Larsen
720 South Fourth Street, Suite 300
Las Vegas, NV  89101

 /s/ Renee L. Creswell
Renee L. Creswell
Lewis and Roca

2

228073.1