**LEWIS** AND
**ROCA** LLP
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

E-Filed on 10/17/07

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>            Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER APPROVING STIPULATION TO DISALLOW DUPLICATE CLAIMS FILED BY WYNN A. AND LORRAINE J. GUNDERSON AND CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT RE GUNDERSONS' REMAINING CLAIM**<br><br>New Date of Hearing: November 16, 2007<br>Time of Hearing: 9:30 a.m. |

**PLEASE TAKE NOTICE** that an Order Approving Stipulation to Disallow Duplicate Claims Filed by Wynn A. and Lorraine J. Gunderson and Continue Hearing on Motion for Summary Judgment Re Gundersons' Remaining Claim [DE 5007] was entered on the 12th day of October 2007, a true and correct copy of which is attached hereto as Exhibit A.

228074.1

LEWIS AND ROCA LLP
LAWYERS

RESPECTFULLY SUBMITTED October 17, 2007.

**LEWIS AND ROCA LLP**

By  /s/ RC (#006593)
     Susan M. Freeman
     Rob Charles
*Attorneys for USACM Liquidating Trust*

PROOF OF SERVICE

Copy of the foregoing mailed by First Class, US Mail, postage prepaid, or e-mail, on October 17, 2007 to the following interested parties:

Wynn A. Gunderson
Lorraine Gunderson
33941 North 67th Street
Scottsdale, AZ  85262

 /s/ Renee L. Creswell
Renee L. Creswell
Lewis and Roca

2

228074.1