Case: 06-10725-lbr    Doc #: 5007    Filed: 10/12/2007    Page: 1 of 3

**Entered on Docket**
**October 12, 2007**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                    Debtors.<br><br>Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>Date of Hearings: October 15, 2007<br>Time of Hearings: 9:30 a.m.<br><br>New Date of Hearings: November 16, 2007<br>Time of Hearings: 9:30 a.m. |

1871679.1

# ORDER APPROVING STIPULATION TO DISALLOW DUPLICATE CLAIMS FILED BY WYNN A. AND LORRAINE J. GUNDERSON AND CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT RE GUNDERSONS' REMAINING CLAIM

IT IS HEREBY ORDERED:

- Approving the Stipulation by and between USACM Liquidating Trust and Wynn A. and Lorraine J. Gunderson [DE 4976];

- Disallowing Proof of Claim Nos. 10725-02321, 10725-02322, 10725-02447-1, 10725-2448-1 and 10725-02448-2 in their entirety as being duplicate or having been amended; Claim No. 10725-02447-2 shall remain of record subject to further objection by the USACM Trust.

- Vacating the hearing set for October 15, 2007, at 9:30 a.m. on USACM Trust's Motion for Summary Judgment [DE 4291] as it relates to the Gundersons' Claim (Claim No. 10725-02447-2) only and on USACM Trust's Objection to Wynn A. and Lorraine J. Gunderson Claims Asserting Secured Status, [DE 4262]. The hearing on the Motion for Summary Judgment and Objection is continued to **November 16, 2007 at 9:30 a.m.**;

- The deadline for the Gundersons to file and serve a response to the Objection [DE 3155 and 4262] and the Motion for Summary Judgment [DE 4291] is extended to October 24, 2007; and

/////
/////
/////
/////
/////
/////

1871648.1

10-11-2007  04:34pm  From-GUNDERSON PALMER    605 3420480    T-940  P.008/008  F-753

- The USACM Trust's reply to the response shall be filed and served by November 2, 2007.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
Susan M. Freeman
Rob Charles
John Hinderaker
*Attorneys for USACM Liquidating Trust*

APPROVED AS TO FORM AND CONTENT:

By: 
Wynn A. Gunderson

By: 
Lorraine A. Gunderson

3

1871679.1