**LEWIS** AND **ROCA** LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 10/17/07

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>    Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER APPROVING STIPULATION TO CONTINUE THE HEARING ON OBJECTION TO CLAIM 203 OF MOUNTAIN WEST MORTGAGE CO./LERIN HILLS**<br><br>New Date of Hearing: December 14, 2007<br>Time of Hearing: 9:30 a.m. |

     **PLEASE TAKE NOTICE** that an Order Approving Stipulation to Continue the Hearing on Objection to Claim 203 of Mountain West Mortgage Co./Lerin Hills [DE 4965] was entered on the 11th day of October 2007, a true and correct copy of which is attached hereto as Exhibit A.

228077.1

LEWIS AND ROCA LLP
LAWYERS

RESPECTFULLY SUBMITTED October 17, 2007.

**LEWIS AND ROCA LLP**

By  /s/ RC (#006593)
Susan M. Freeman
Rob Charles
*Attorneys for USACM Liquidating Trust*

PROOF OF SERVICE

Copy of the foregoing mailed by First Class, US Mail, postage prepaid, or e-mail, on October 17, 2007 to the following interested parties:

Marjorie A. Guymon, Esq.
Goldsmith & Guymon
2055 North Village Center Circle
Las Vegas, NV  89134

 /s/ Renee L. Creswell
Renee L. Creswell
Lewis and Roca

2

228077.1