LEWIS
AND
ROCA
LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 10/17/07

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | **NOTICE OF ENTRY OF ORDER APPROVING STIPULATION TO CONTINUE THE HEARING ON OBJECTIONS TO PROOFS OF CLAIM AND AMENDED PROOFS OF CLAIM FILED BY PENSION BENEFIT GUARANTY CORPORATION** |
| USA SECURITIES, LLC, Debtors. | |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

New hearing date: December 14, 2007
9:30 a.m.

**PLEASE TAKE NOTICE** that an Order Approving Stipulation to Continue the Hearing on Objections to Proofs of Claim and Amended Proofs of Claim Filed by Pension Benefit Guaranty Corporation [DE 4980] was entered on the 12th day of October 2007, a true and correct copy of which is attached hereto as Exhibit A.

1873320.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

RESPECTFULLY SUBMITTED October 17, 2007.

**LEWIS AND ROCA LLP**

By   /s/ RC (#006593)
        Susan M. Freeman
        Rob Charles
        *Attorneys for USACM Liquidating Trust*

PROOF OF SERVICE

Copy of the foregoing mailed by First Class, US Mail, postage prepaid, or e-mail, on October 17, 2007 to the following interested parties:

James Eggeman, Assistant Chief Counsel
Frank A. Anderson
Erika E. Barnes
Pension Benefit Guaranty Corporation
Office of the Chief Counsel
1200 K Street, NW, Suite 340
Washington, DC 20005-4026
Anderson.frank@pbgc.gov

  /s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca

2

1873320.1