# EXHIBIT A



**Entered on Docket
October 12, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

**FOLEY & LARDNER LLP**

321 N Clark Street, Suite 2800
Chicago, IL 60610
Facsimile (312) 832-4700
Telephone (312) 832-4500

Edward J. Green IL Bar No. 6225069 (pro hac vice pending)
Geoffrey S. Goodman IL Bar No. 6272297 (pro hac vice pending)

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                              Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>Date of Hearing: October 15, 2007<br>Time of Hearing: 9:30 a.m.<br><br>New Date of Hearing: December 14, 2007<br>Time of Hearing: 9:30 a.m. |

1870995.1

**ORDER APPROVING STIPULATION TO CONTINUE THE HEARING ON OBJECTIONS TO PROOFS OF CLAIM AND AMENDED PROOFS OF CLAIM FILED BY PENSION BENEFIT GUARANTY CORPORATION**

**IT IS HEREBY ORDERED:**

- That the Stipulation by and between USACM Liquidating Trust ("USACM Trust"), and Pension Benefit Guaranty Corporation ("PBGC") [DE 4963] is approved;

- That the deadline for PBGC to file and serve a response (the "Response") to the Objections of the USACM Liquidating Trust to Proofs of Claim Filed by the Pension Benefit Guaranty Corporation [DE 4728] is extended to October 31, 2007;

- That the deadline for the USACM Trust to file and serve its Reply to the Response is November 21, 2007;

- That the status hearing on the objection to the PBGC claims and amended PBGC claims filed by the USACM Trust scheduled for October 15, 2007 is continued to **December 14, 2007 at 9:30 a.m. (the "Continued Hearing")**; and

- That on or before November 30, 2007, the parties shall submit a joint statement to the Court specifying the issues that will be argued at the Continued Hearing and the issues that require further discovery before being argued or tried before the court.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles

1870995.1

1      -and-

2 **FOLEY & LARDNER LLP**
    Edward J. Green
3     Geoffrey S. Goodman

4 *Attorneys for USACM Liquidating Trust*

5 APPROVED AS TO FORM AND CONTENT:

6 **PENSION BENEFIT GUARANTY CORPORATION**

7

8 By: /s/ *Erika E. Barnes*
       James Eggeman, Assistant Chief Counsel
9        Frank A. Anderson, DC 478234 (*pro hac vice*)
       Erika E. Barnes, CA 197309 (*pro hac vice*)
10 Office of the Chief Counsel
1200 K Street, NW Suite 340
11 Washington, DC 20005-4026
Tel: 202-326-4020, ext. 3759
12 Email: anderson.frank@pbgc.gov

1870995.1