# EXHIBIT 1

1688943.1

**Entered on Docket
October 12, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                        Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>Date: April 26, 2007<br>Time: 9:30 a.m<br><br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

1867144.1

**ORDER SUSTAINING THIRTY-FIFTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS EXCEPT PROOF OF CLAIM NO. 10725-02353 FILED BY THE MUSSO LIVING TRUST**

The USACM Liquidating Trust (the "USACM Trust") filed its Thirty-Fifth Omnibus Objection to Claims Asserting Secured Status [DE 4615] (the "Objection") on August 22, 2007. Appropriate notice of the Objection was given. A Response to the Objection was raised as follows:

- On August 31, 2007, Walter Musso, Trustee of the Musso Living Trust, contacted counsel for the Trust. Upon being provided additional information, the Musso Living Trust conceded that the claim was not properly classified as a secured claim, and a Stipulation was entered into on September 19, 2007 [DE 4817] reclassifying the claim as an unsecured claim in the amount of $623,004.79, without prejudice to additional objections at a later date. Counsel has deleted the Musso Living Trust's claim from the Exhibit to the Thirty-Fifth Omnibus Objection attached to this Order.

No other responses were filed with this Court. The Objection came before the Court for hearing on September 28, 2007 at 9:30 a.m. Good cause appearing, it is

ORDERED:

- Sustaining the USACM Trust's Thirty-Fifth Omnibus Objection to Claims Asserting Secured Status;

- Reclassifying the Proofs of Claim listed on Exhibit A attached as general unsecured claims; and

- Reserving the right of any party in interest, including the USACM Trust, to further object to any and all claims listed on Exhibit A attached as unsecured claims or otherwise, whether or not the subject of this Objection.

###

1867144.1

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By:  /s/ RC (#0006593)
       Susan M. Freeman
       Rob Charles
*Attorneys for USACM Liquidating Trust*

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐   The Court waived the requirements of LR 9021.

☒   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐   approved the form of this order;

   ☐   waived the right to review the order;

   ☐   failed to file and serve papers in accordance with LR 9021(c); and/or

   ☐   failed to sign and return this proposed order within five (5) business days in accordance with LR 9021(b).

☐   I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order.

☒   No opposition was filed and no other party or counsel appeared at the hearing.

**LEWIS AND ROCA LLP**

By:  /s/ RC (#0006593)
       Susan M. Freeman
       Rob Charles
*Attorneys for USACM Liquidating Trust*

3

1867144.1

USACM Liquidating Trust
# OBJECTION TO CLAIMS ASSERTING SECURED STATUS
RECLASSIFY AS GENERAL UNSECURED CLAIM

| Claimant | Proof of Claim No. | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|
| McQuerry Family Trust<br>William McQuerry<br>318 Singing Brook Cir.<br>Santa Rosa, CA 95409-6483 | 10725-02247 | $48,992.69 | Secured |
| McQuerry Family Trust<br>William McQuerry<br>318 Singing Brook Cir.<br>Santa Rosa, CA 95409-6483 | 10725-02248 | $50,941.63 | Secured |
| McQuerry Family Trust<br>William McQuerry<br>318 Singing Brook Cir.<br>Santa Rosa, CA 95409-6483 | 10725-02249 | $51,047.26 | Secured |
| McQuerry Family Trust<br>William McQuerry<br>318 Singing Brook Cir.<br>Santa Rosa, CA 95409-6483 | 10725-02250 | $51,516.96 | Secured |
| McQuerry Family Trust<br>William McQuerry<br>318 Singing Brook Cir.<br>Santa Rosa, CA 95409-6483 | 10725-02251 | $98,158.13 | Secured |
| McQuerry Family Trust<br>William McQuerry<br>318 Singing Brook Cir.<br>Santa Rosa, CA 95409-6483 | 10725-02252 | $50,481.17 | Secured |
| Melvin, Teri L.<br>2704 Chokecherry Avenue<br>Henderson, NV  89074-1990 | 10725-02348 | $97,670.00 | Secured |
| Melvin, Teri L.<br>2704 Chokecherry Avenue<br>Henderson, NV  89074-1990 | 10725-02349 | $100,000.00 | Secured |
| Melvin, Teri L.<br>2704 Chokecherry Avenue<br>Henderson, NV  89074-1990 | 10725-02351 | $49,561.13 | Secured |

# EXHIBIT A

USACM Liquidating Trust
# OBJECTION TO CLAIMS ASSERTING SECURED STATUS
## RECLASSIFY AS GENERAL UNSECURED CLAIM

| | | | |
|---|---|---|---|
| Melvin, Teri<br>2704 Chokecherry Way<br>Henderson, NV  89014 | 10725-02421 | $613,561.41 | Secured |
| Minter Family 1994 Trust<br>Douglas & Elizabeth F. Minter, Trustees<br>5389 Conte Drive<br>Carson City, NV  89701 | 10725-02383 | $622,044.87 | Secured |
| Minter Family 1994 Trust<br>Douglas & Elizabeth F. Minter, Trustees<br>5389 Conte Drive<br>Carson City, NV  89701 | 10725-02384 | $12,267.64 | Secured |
| Moore, Arthur B.<br>994 Lilac Ct.<br>Minden, NV  89423-5131 | 10725-00561 | $15,542.15 | Secured |
| Moore, Raymond C. & Rose<br>902 University Ridge Drive<br>Reno, NV  89512 | 10725-02345 | $40,477.76 | Secured |
| Morgan, Kenneth G., Trustee<br>Kenneth G. Morgan Living Trust<br>3080 Red Springs Drive<br>Las Vegas, NV  09135 | 10725-00830 | $26,028.62 | Secured |
| Nirenstein, Allen & Dorothy, Trustees<br>Allen M. & Dorothy H. Nirenstein 1992<br>    Rev Trust Dated 3/4/92<br>403 Woodland Rd.<br>Kentfield, CA  94904-2635 | 10725-02411 | $402,819.63 | Secured |
| Nirenstein, Allen & Dorothy, Trustees<br>Allen M. & Dorothy H. Nirenstein 1992<br>    Rev Trust Dated 3/4/92<br>403 Woodland Rd.<br>Kentfield, CA  94904-2635 | 10725-02412 | $56,649.99 | Secured |

# EXHIBIT A

1867151.1

USACM Liquidating Trust
# OBJECTION TO CLAIMS ASSERTING SECURED STATUS
## RECLASSIFY AS GENERAL UNSECURED CLAIM

| | | | |
|---|---|---|---|
| Nirenstein, Allen & Dorothy, Trustees<br>Allen M. & Dorothy H. Nirenstein 1992<br>   Rev Trust Dated 3/4/92<br>403 Woodland Rd.<br>Kentfield, CA  94904-2635 | 10725-02413 | $102,152.78 | Secured |
| Nirenstein, Allen & Dorothy, Trustees<br>Allen M. & Dorothy H. Nirenstein 1992<br>   Rev Trust Dated 3/4/92<br>403 Woodland Rd.<br>Kentfield, CA  94904-2635 | 10725-02414 | $50,590.28 | Secured |
| Nirenstein, Allen & Dorothy, Trustees<br>Allen M. & Dorothy H. Nirenstein 1992<br>   Rev Trust Dated 3/4/92<br>403 Woodland Rd.<br>Kentfield, CA  94904-2635 | 10725-02415 | $92,700.00 | Secured |
| Patterson-Rogers Family Trust<br>   Dated 09/05/01<br>Robert C. & Joyce Patterson-Rogers,<br>   Trustees<br>P. O. Box 60175<br>Las Vegas, NV 89160 | 10725-02338 | $768.46 | Secured |
| Patterson-Rogers Family Trust<br>   Dated 09/05/01<br>Robert C. & Joyce Patterson-Rogers,<br>   Trustees<br>P. O. Box 60175<br>Las Vegas, NV 89160 | 10725-02338 | $50,000.00 | Secured |
| Prescia Investments<br>Anthony & Nancy, Managers<br>5475 W. Teco Avenue<br>Las Vegas, NV  89118-2814 | 17025-02390 | $75,000.00 | Secured |
| Quinn, Sidney<br>P.O. Box 340<br>Big Pine, CA  93513 | 10725-02439 | $50,000.00 | Secured |

# EXHIBIT A

3

1867151.1

USACM Liquidating Trust
# OBJECTION TO CLAIMS ASSERTING SECURED STATUS
## RECLASSIFY AS GENERAL UNSECURED CLAIM

| Name/Address | Claim # | Amount | Status |
|---|---|---|---|
| Reed, Michael IRA<br>First Savings Bank, Custodian<br>259 Overlook Drive<br>Cadiz, KY 42211 | 10725-02357 | $50,746.52 | Secured |
| Reed, Linda S. IRA<br>First Savings Bank, Custodian<br>259 Overlook Drive<br>Cadiz, KY 42211 | 10725-02358 | $78,103.67 | Secured |
| Richards, Jean G., Trustee<br>Jean G. Richards Trust Dated 9/30/99<br>1160 Magnolia Lane<br>Lincoln, CA 95648 | 10725-02401 | $156,596.03 | Secured |
| Roberts Family Trust Dated 4/28/04<br>c/o Sarah R. Roberts, Trustee<br>529 Clearview Dr.<br>Los Gatos, CA 95032-1743 | 10725-01833 | $15,001.78 | Secured |
| Rothberg, Sheila<br>21 Randolph Drive<br>Dix Hills, NY 11746 | 10725-02374 | $250,000.00 | Secured |
| Smith, Joyce E., Trustee<br>Joyce E. Smith Trust Dated 11/3/99<br>3080 Red Springs Dr.<br>Las Vegas, NV 89135-1548 | 10725-00908 | $---------- | Secured |
| Smith, Eldon N.<br>370 N. Pfeiffer Horn Dr.<br>Alpine, UT 84004 | 10725-00072 | $40,174.40 | Secured |
| Suarez, Tony<br>16 Bland Street<br>Emerson, NJ 07630-1154 | 10725-02395 | $45,884.10 | Secured |
| Topp, Gerry<br>10745 W. River Street<br>Truckee, CA 96161 | 10725-02416 | $260,703.10 | Secured |
| Von Berg, Marietta S.<br>24622 Rimrock Canyon Road<br>Salinas, CA 93908 | 10725-02385 | $54,276.03 | Secured |

# EXHIBIT A

USACM Liquidating Trust
# OBJECTION TO CLAIMS ASSERTING SECURED STATUS
## RECLASSIFY AS GENERAL UNSECURED CLAIM

| | | | |
|---|---|---|---|
| Walter, Diane<br>c/o Beesley Matteoni Ltd.<br>Caryn S. Tijsseling Esq.<br>5011 Meadowood Mall Way SUI<br>Reno, NV 89502 | 10725-00062-2 | $50,000.00 | Secured |
| Weeks, David & Janelle<br>4400 Clyde<br>Casper, WY 82609 | 10725-02409 | $53,347.72 | Secured |
| Weible 1981 Trust Dated 6/30/81<br>Ardis & Dean F. Weible, Co-Trustees<br>6314 Tara Avenue<br>Las Vegas, NV 89146 | 10725-02402 | $157,596.55 | Secured |
| Weible 1981 Trust Dated 6/30/81<br>Ardis & Dean F. Weible, Co-Trustees<br>6314 Tara Avenue<br>Las Vegas, NV 89146 | 10725-02403 | $277,838.39 | Secured |
| Westbrook, Connie<br>14320 Ghost Rider Dr.<br>Reno, NV 89511 | 10725-01679 | $120,000.00 | Secured |
| Westbrook, Connie<br>14320 Ghost Rider Dr.<br>Reno, NV 89511 | 10725-01685 | $50,000.00 | Secured |
| What's On Limited Partnership<br>2013 Grouse Street<br>Las Vegas, NV 89134 | 10725-02360 | $100,000.00 | Secured |
| Whitman Trust Dated 12/01/04<br>c/o H. Daniel Whitman, Trustee<br>P.O. Box 10200<br>Zephyr Cove, NV 89448-2200 | 10725-02367 | $203,206.82 | Secured |
| Wong, Juliet<br>2223 25th Avenue<br>San Francisco, CA 94116 | 10725-02389 | $50,716.38 | Secured |
| Yerushalmi, Mazal<br>8904 Greensboro Lane<br>Las Vegas, NV 89134-0502 | 10725-02568 | $40,174.40 | Secured |

**EXHIBIT A**