**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 10/19/07

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED FUND, LLC,

USA SECURITIES, LLC,
                                        Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under Case No. BK-S-06-10725 LBR

**NOTICE OF CONTINUED HEARING REGARDING OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO COMMISSION CLAIMS ASSERTING PRIORITY STATUS PERTAINING TO PROOFS OF CLAIM FILED BY MICHAEL MOLLO**

Hearing Date: December 14, 2007
Hearing Time: 9:30 a.m.

**NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust (the "USACM Trust"), by and through its counsel, Lewis and Roca LLP, filed its Omnibus Objection to Commission Claims Asserting Priority Status [DE 3255] on March 23, 2007 (the "Objection"). A Response to the Objection was filed by Michael P. Mollo [DE 3337] pertaining to Claim Nos. 10725-00366 and 10725-00371. The matter came on for hearing on April 26, 2007 and has been continued from time to time, and is now scheduled for a

1873686.1

LEWIS
AND
ROCA
LLP
LAWYERS

1  status hearing before a U.S. Bankruptcy Judge, in Courtroom No. 1 at 300 Las Vegas
2  Blvd, South, Las Vegas, NV on **December 14, 2007** at the hour of **9:30 a.m**.
3       DATED:  October 19, 2007.
4                                             **LEWIS AND ROCA LLP**
5
        By:  /s/ RC (#6593)
6            Susan M. Freeman, AZ 4199 (*pro hac vice*)
             Rob Charles, NV 6593
7       3993 Howard Hughes Parkway, Suite 600
        Las Vegas, Nevada  89169-5996
8       Facsimile (702) 949-8321
        Telephone (702) 949-8320
9       *Counsel for USACM Liquidating Trust*
10

11  PROOF OF SERVICE
12
    Copy of the foregoing mailed by First
13  Class, US Mail, postage prepaid, or e-
    mail, on October 19, 2007 to the
14  following interested party:
15
16  Michael Mollo
    316 S Broadway #B
17  Redondo Beach, CA  90277-3709
18
19   /s/  Christine E. Laurel
    Christine E. Laurel
20  Lewis and Roca LLP
21
22
23
24
25
26

1873686.1