

LEWIS AND ROCA LLP LAWYERS

530 Las Vegas Boulevard South
Las Vegas, NV 89101
Telephone (702) 385-3373
Facsimile (702) 385-5024

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
Anne M. Loraditch NV State Bar No. 008164
Email: aloraditch@lrlaw.com
Attorneys for USACM Liquidating Trust

Electronically filed on 10/19/07

| | |
|---|---|
| ORRICK, HERRINGTON & SUTCLIFFE LLP<br>MARC A. LEVINSON (CA 57613, pro hac vice)<br>JEFFERY D. HERMANN (CA 90445, pro hac vice)<br>400 Capitol Mall<br>Sacramento, California 95814<br>Telephone: (916) 447-9200<br>Facsimile: (916) 329-4900<br>Email:  malevinson@orrick.com<br>         jhermann@orrick.com | SNELL & WILMER, LLP<br>ROBERT R. KINAS (NV 006019)<br>CLAIRE DOSSIER (NV 010030)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>Telephone: (702) 784-5200<br>Facsimile: (702) 784-5252<br>Email:  rkinas@swlaw.com<br>         cdossier@swlaw.com |

Attorneys for Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br><br>                                   Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**STIPULATION FOR AMENDMENT OF PROOF OF CLAIM NUMBER 10725-00545 FILED BY ELIAS FAMILY TRUST DTD 5/19/04**<br><br>Hearing Date:    December 14, 2007<br>Hearing Time:    9:30 a.m. |



1. The USACM Liquidating Trust (the "USACM Trust") and USA Capital Diversified Trust Deed Fund, LLC ("DTDF") hereby stipulate with the Elias Family Trust dtd 5/19/04 ("Claimant") as follows:

  1. On or about October 10, 2006, Claimant filed Proof of Claim No. 10725-00545 against USA Commercial Mortgage Company in the amount of $125,000.00 (the "Claim").

  2. Claimants provided documentation attached to the Proof of Claim that Claim 10725-00545 is, in part, an investment in DTDF and, in part, an investment in various loans as a Direct Lender.

  3. DTDF, upon reviewing DTDF's books and records, has determined that Claimant in fact holds an allowed equity security interest in DTDF in the amount of $48,047.32, as of April 13, 2006 (the "Petition Date").

  4. On September 14, 2007, the USACM Trust and DTDF jointly filed an "Objection of USACM Trust To Elias Family Trust dtd 5/19/04's Claim Filed in Wrong Debtor's Case; Objection of DTDF to Proposed Allowance of Claim" [Docket No. 4795] (the "Objection"), requesting that Claim No. 10725-00545 be disallowed in its entirety in the USA Commercial Mortgage ("USACM") bankruptcy case due to the Claim having been erroneously filed in the USA Commercial Mortgage Company case when the Claim is based upon an equity interest in DTDF.

  5. Subsequent to filing the Objection, counsel for the USACM Trust discussed with Woodrow Elias, trustee for Claimant, the merits of the Objection and the documentation presented by Claimant in support of the Claim totaling $125,000.00.

  6. Pursuant to such discussion, the USACM Trust agreed to (i) seek a continuance of the hearing on the Objection, initially set for October 15, 2007, at 9:30 a.m. and continued at that date and time to December 14, 2007, at 9:30 a.m., so that the parties could enter into this stipulation, and (ii) withdraw its objection to the amount of the Claim

1857323.2

that is in excess of the Claimant's equity interest in DTDF, or $76,952.62, without prejudice to the USACM Trust's right to later object to such amount.

7. This stipulation shall not affect any other claims filed by Claimant in these jointly-administered bankruptcy proceedings.

8. This stipulation shall not affect either the amount or validity of Claimant's equity interest in DTDF as reflected in DTDF's books and records as of the Petition Date.

WHEREFORE, based on the stipulation set forth above, the parties hereby agree and request that the Court approve this stipulation as an order of the Court pursuant to Fed. R. Bankr. P. 3006, as follows:

1. Proof of Claim No. 10725-00545 is hereby amended to a general unsecured claim in the amount of $76,952.62.

2. Proof of Claim No. 10725-00545 is hereby disallowed in its entirety as against DTDF.

3. Claimant's equity interest in DTDF is hereby allowed in the amount of $48,047.32, as reflected in DTDF's books and records as of the Petition Date.

4. The USACM Trust reserves all of its rights to object to Proof of Claim No. 10725-00545, as amended.

///
///
///
///
///
///
///
///
///

1857323.2

5. The hearing on the Objection to Claim No. 10725-00545 scheduled for December 14, 2007, at 9:30 a.m., may be vacated.

DATED: October 19, 2007.

| | |
|---|---|
| **LEWIS AND ROCA LLP**<br><br>By  /s/ Anne M. Loraditch (008164)<br>  Susan M. Freeman<br>  Rob Charles<br>  Anne M. Loraditch<br>530 Las Vegas Boulevard South<br>Las Vegas, Nevada 89101<br>Telephone: (702) 385-3373<br>Facsimile: (702) 385-5024<br><br>*Attorneys for USACM Liquidating Trust* | **SNELL & WILMER, LLP**<br><br>By /s/ Robert R. Kinas (006019)<br>  Robert R. Kinas<br>  Claire Dossier<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>Telephone (702) 784-5200<br>Facsimile (702) 784-5252<br><br>and<br><br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>Marc A. Levinson<br>Jeffery D. Hermann<br>400 Capitol Mall, Suite 3000<br>Sacramento, California 95814-4497<br><br>*Attorneys for USA Capital Diversified Trust Deed Fund, LLC* |

**ELIAS FAMILY TRUST DTD 5/19/04**

By _____
  WOODROW MARK ELIAS, TRUSTEE
  9900 Wilbur May Parkway # 1401
  Reno, Nevada 89521

1857323.2

LEWIS AND ROCA LLP
LAWYERS

5. The hearing on the Objection to Claim No. 10725-00545 scheduled for December 14, 2007, at 9:30 a.m., may be vacated.

DATED: October 18, 2007.

| | |
|---|---|
| **LEWIS AND ROCA LLP** | **SNELL & WILMER, LLP** |
| By /s/ Anne M. Loraditch (008164)<br>  Susan M. Freeman<br>  Rob Charles<br>  Anne M. Loraditch<br>530 Las Vegas Boulevard South<br>Las Vegas, Nevada 89101<br>Telephone: (702) 385-3373<br>Facsimile: (702) 385-5024<br><br>*Attorneys for USACM Liquidating Trust* | By /s/ Robert R. Kinas (006019)<br>  Robert R. Kinas<br>  Claire Dossier<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>Telephone (702) 784-5200<br>Facsimile (702) 784-5252<br><br>and<br><br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>Marc A. Levinson<br>Jeffery D. Hermann<br>400 Capitol Mall, Suite 3000<br>Sacramento, California 95814-4497<br><br>*Attorneys for USA Capital Diversified Trust Deed Fund, LLC* |

**ELIAS FAMILY TRUST DTD 5/19/04**

By _/s/ Woodrow M Elias_
  WOODROW MARK ELIAS, TRUSTEE
9900 Wilbur May Parkway # 1401
Reno, Nevada 89521

4

1857323.2