

Entered on Docket
October 22, 2007

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

| LEWIS AND ROCA LLP | ORRICK, HERRINGTON & SUTCLIFFE LLP | SNELL & WILMER, LLP |
|---|---|---|
| Susan M. Freeman (AZ 4199) | Marc A. Levinson (CA 57613) | Robert R. Kinas (NV 06019) |
| *pro hac vice* | *pro hac vice* | Claire Dossier (NV 10030) |
| Rob Charles (NV 6593) | Jeffery D. Hermann (CA 90445) | 3883 Howard Hughes Parkway |
| Anne M. Loraditch (NV 8164) | *pro hac vice* | Suite 1100 |
| 530 Las Vegas Boulevard South | 400 Capitol Mall | Las Vegas, Nevada 89169 |
| Las Vegas, Nevada 89101 | Sacramento, California 95814 | Telephone: (702) 784-5200 |
| Telephone (702) 385-3373 | Telephone: (916) 447-9200 | Facsimile: (702) 784-5252 |
| Facsimile (702) 385-9447 | Facsimile: (916) 329-4900 | Email:  rkinas@swlaw.com |
| Email:  sfreeman@lrlaw.com | Email:  malevinson@orrick.com |         cdossier@swlaw.com |
|          rcharles@lrlaw.com |          jhermann@orrick.com | |
|          aloraditch@lrlaw.com | | |
| *Attorneys for USACM Liquidating Trust* | *Attorneys for Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC* | |

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| | |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| | |
| | Jointly Administered Under |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Case No. BK-S-06-10725 LBR |
| | |
| USA SECURITIES, LLC, | **ORDER RE STIPULATION FOR AMENDMENT OF PROOF OF CLAIM NUMBER 10725-00545 FILED BY ELIAS FAMILY TRUST DTD 5/19/04** |
| Debtors. | |
| **Affects:** | |
| ☐ All Debtors | |
| ☒ USA Commercial Mortgage Company | |
| ☐ USA Capital Realty Advisors, LLC | |
| ☒ USA Capital Diversified Trust Deed Fund, LLC | |
| ☐ USA Capital First Trust Deed Fund, LLC | |
| ☐ USA Securities, LLC | |

1857323.2

LEWIS AND ROCA LLP
LAWYERS

The Court having considered the Stipulation For Amendment of Proof of Claim Number 10725-00545 Filed By Elias Family Trust dtd 5/19/04 (the "Stipulation"), and good cause appearing:

**IT IS HEREBY ORDERED** that:

1. the Stipulation is approved;

2. Proof of Claim No. 10725-00545 is hereby amended to a general unsecured claim in the amount of $76,952.62;

3. Proof of Claim No. 10725-00545 is hereby disallowed in its entirety as against DTDF;

4. Claimants' equity interest in DTDF is allowed in the amount of $48,047.32, as reflected in DTDF's books and records as of the Petition Date; and

5. the hearing on the Objection to Claim No. 10725-00545, scheduled for December 14, 2007, is vacated.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By    /s/ Anne M. Loraditch (008164)
    Susan M. Freeman
    Rob Charles
    Anne M. Loraditch
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024

*Attorneys for USACM Liquidating Trust*

**SNELL & WILMER, LLP**

By /s/ Robert R. Kinas (006019)
    Robert R. Kinas
    Claire Dossier
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone (702) 784-5200
Facsimile (702) 784-5252

and

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Marc A. Levinson
Jeffery D. Hermann
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497

*Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

1857323.2

LEWIS
AND
ROCA
——L.L.P.——
LAWYERS

1  APPROVED:

2  **ELIAS FAMILY TRUST DTD 5/19/04**

3  By: *[signature] Woodrow M. Elias*

4  WOODROW MARK ELIAS,
   TRUSTEE
5  9900 Wilbur May Parkway # 1401
   Reno, Nevada 89521
6

7                                    # # #

1857323.2