

1

2     **Entered on Docket**
      **October 22, 2007**

3     _____
                                    **Hon. Linda B. Riegle**
4                                   **United States Bankruptcy Judge**

5

6     **DIAMOND MCCARTHY LLP**                    **LEWIS AND ROCA LLP**
      909 Fannin, Suite 1500                      3993 Howard Hughes Parkway, Suite 600
7     Houston, Texas 77010                        Las Vegas, NV 89169-5996
      Telephone (713) 333-5100                    Telephone (702) 949-8320
8     Facsimile (713) 333-5199                    Facsimile  (702) 949-8321

      Allan B. Diamond, TX State Bar No. 05801800      Susan M. Freeman, AZ State Bar No. 004199
9     Email: adiamond@diamondmccarthy.com             Email: sfreeman@lrlaw.com
      Eric D. Madden, TX State Bar No. 24013079        Rob Charles, NV State Bar No. 006593
      Email: emadden@diamondmccarthy.com              Email: rcharles@lrlaw.com
10
      Special Litigation Counsel for USACM Liquidating Trust      Counsel for USACM Liquidating Trust

11                     **UNITED STATES BANKRUPTCY COURT**
                              **DISTRICT OF NEVADA**
12
      In re:
13
      USA COMMERCIAL MORTGAGE              Case No. BK-S-06-10725-LBR
14    COMPANY,                            Case No. BK-S-06-10726-LBR
                                          Case No. BK-S-06-10727-LBR
15    USA CAPITAL REALTY ADVISORS, LLC,   Case No. BK-S-06-10728-LBR
                                          Case No. BK-S-06-10729-LBR
16    USA CAPITAL DIVERSIFIED TRUST
      DEED FUND, LLC,                     CHAPTER 11
17
      USA CAPITAL FIRST TRUST DEED        Jointly Administered Under Case No.
18    FUND, LLC,                          BK-S-06-10725 LBR

19    USA SECURITIES, LLC,                **ORDER REQUIRING ONE OR**
                                Debtors.  **MORE REPRESENTATIVES OF**
20                                        **WOODBURY & KESLER, P.C. TO**
           **Affects:**                   **APPEAR  FOR EXAMINATION**
21         ☐ All Debtors                  **PURSUANT TO FEDERAL RULE**
           ☒ USA Commercial Mortgage Company  **OF BANKRUPTCY PROCEDURE**
22         ☐ USA Capital Realty Advisors, LLC  **2004**
           ☐ USA Capital Diversified Trust Deed Fund, LLC
23         ☐ USA Capital First Trust Deed Fund, LLC      [No hearing required]
           ☐ USA Securities, LLC
24

25          The  USACM  Liquidating  Trust  (the  "Trust")  having  filed  a  Motion  for  Order

26    Requiring  Woodbury  &  Kesler,  P.C.  to  Produce  One  or  More  Respresentatives  for

117579.1

Examination Pursuant to Federal Rule of Bankruptcy Procedure 2004 (the "Motion"), the Motion having been submitted to this Court, and good cause appearing,

IT IS HEREBY ORDERED that Woodbury & Kesler, P.C. produce one or more representatives, as set forth in the subpoena to be issued under Federal Rule of Bankruptcy Procedure 9016, to appear for examination at the law offices of Woodbury & Kesler, P.C., 265 E. 100 Street, Suite 300, Salt Lake City, Utah 84111, on a business day no earlier than ten (10) days after the filing of the Motion and no later than December 31, 2007 (or at such other mutually agreeable location, date, and time), and continuing from day to day thereafter until completed.

Prepared by:

**DIAMOND MCCARTHY LLP**                    **LEWIS AND ROCA LLP**


By:   /s/ Eric D. Madden                          By:   /s/ Rob Charles
Allan B. Diamond, TX 05801800 (pro hac vice)   Susan M. Freeman, AZ 4199 (pro hac vice)
Eric D. Madden, TX 24013079 (pro hac vice)     Rob Charles, NV 6593
909 Fannin, Suite 1500                         3993 Howard Hughes Parkway, Suite 600
Houston, Texas 77010                           Las Vegas, Nevada  89169-5996
(713) 333-5100 (telephone)                     (702) 949-8320 (telephone)
(713) 333-5199 (facsimile)                     (702) 949-8321 (facsimile)


*Special Litigation Counsel for*                *Counsel for USACM Liquidating Trust*
*USACM Liquidating Trust*

###

2