

**Entered on Docket
October 23, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

| | | |
|---|---|---|
| **LEWIS AND ROCA LLP** <br> Susan M. Freeman (AZ 4199) <br> *pro hac vice* <br> Rob Charles (NV 6593) <br> Anne M. Loraditch (NV 8164) <br> 530 Las Vegas Boulevard South <br> Las Vegas, Nevada 89101 <br> Telephone (702) 385-3373 <br> Facsimile (702) 385-9447 <br> Email: sfreeman@lrlaw.com <br> rcharles@lrlaw.com <br> aloraditch@lrlaw.com <br> *Attorneys for USACM Liquidating Trust* | **ORRICK, HERRINGTON & SUTCLIFFE LLP** <br> Marc A. Levinson (CA 57613) <br> *pro hac vice* <br> Jeffery D. Hermann (CA 90445) <br> *pro hac vice* <br> 400 Capitol Mall <br> Sacramento, California 95814 <br> Telephone: (916) 447-9200 <br> Facsimile: (916) 329-4900 <br> Email: malevinson@orrick.com <br> jhermann@orrick.com <br> *Attorneys for USA Capital Diversified Trust Deed Fund, LLC* | **SNELL & WILMER, LLP** <br> Robert R. Kinas (NV 06019) <br> Claire Dossier (NV 10030) <br> 3883 Howard Hughes Parkway <br> Suite 1100 <br> Las Vegas, Nevada 89169 <br> Telephone: (702) 784-5200 <br> Facsimile: (702) 784-5252 <br> Email: rkinas@swlaw.com <br> cdossier@swlaw.com |

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: <br><br> USA COMMERCIAL MORTGAGE COMPANY, <br><br> USA CAPITAL REALTY ADVISORS, LLC, <br><br> USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, <br><br> USA CAPITAL FIRST TRUST DEED FUND, LLC, <br><br> USA SECURITIES, LLC, <br>          Debtors. <br><br> **Affects:** <br> ☐ All Debtors <br> ☒ USA Commercial Mortgage Company <br> ☐ USA Capital Realty Advisors, LLC <br> ☒ USA Capital Diversified Trust Deed Fund, LLC <br> ☐ USA Capital First Trust Deed Fund, LLC <br> ☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR <br> Case No. BK-S-06-10726-LBR <br> Case No. BK-S-06-10727-LBR <br> Case No. BK-S-06-10728-LBR <br> Case No. BK-S-06-10729-LBR <br><br> CHAPTER 11 <br><br> Jointly Administered Under <br> Case No. BK-S-06-10725 LBR <br><br> **ORDER SUSTAINING OBJECTION OF USACM TRUST TO ROSS DELLER'S CLAIM [NO. 10725-00053] FILED IN WRONG DEBTOR'S CASE; AND SUSTAINING OBJECTION OF DTDF TO PROPOSED ALLOWANCE OF CLAIM** <br><br> Hearing Date: October 15, 2007 <br> Hearing Time: 9:30 a.m. |

The Court having considered the "Objection of USACM Trust to Ross Deller's Claim Filed in Wrong Debtor's Case; Objection of DTDF to Proposed Allowance of Claim" [Docket No. 4801] (the "Objection"); with appearances as set forth in the record at the hearing noted above; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS HEREBY ORDERED** that:

1. The Objection is sustained; and

2. Proof of Claim No. 10725-00053 is disallowed in its entirety as against USA Commercial Mortgage and USA Capital Diversified Trust Deed Fund, LLC.

PREPARED AND RESPECTFULLY SUBMITTED BY:

| **LEWIS AND ROCA LLP** | **SNELL & WILMER, LLP** |
|---|---|
| By   /s/ Anne M. Loraditch (008164)<br>    Susan M. Freeman<br>    Rob Charles<br>    Anne M. Loraditch<br>530 Las Vegas Boulevard South<br>Las Vegas, Nevada 89101<br>Telephone:  (702) 385-3373<br>Facsimile:  (702) 385-5024<br><br>*Attorneys for USACM Liquidating Trust* | By  /s/ Claire Dossier (010030)<br>    Robert R. Kinas<br>    Claire Dossier<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>Telephone (702) 784-5200<br>Facsimile (702) 784-5252<br>      and<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>Marc A. Levinson<br>Jeffery D. Hermann<br>400 Capitol Mall, Suite 3000<br>Sacramento, California  95814-4497<br><br>*Attorneys for USA Capital Diversified Trust Deed Fund, LLC* |

# # #

2

378860_1.DOC