

**Entered on Docket**
**October 23, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

| | | |
|---|---|---|
| **LEWIS AND ROCA LLP** | **ORRICK, HERRINGTON &** | **SNELL & WILMER, LLP** |
| Susan M. Freeman (AZ 4199) | **SUTCLIFFE LLP** | Robert R. Kinas (NV 06019) |
| *pro hac vice* | Marc A. Levinson (CA 57613) | Claire Dossier (NV 10030) |
| Rob Charles (NV 6593) | *pro hac vice* | 3883 Howard Hughes Parkway |
| Anne M. Loraditch (NV 8164) | Jeffery D. Hermann (CA 90445) | Suite 1100 |
| 530 Las Vegas Boulevard South | *pro hac vice* | Las Vegas, Nevada 89169 |
| Las Vegas, Nevada 89101 | 400 Capitol Mall | Telephone: (702) 784-5200 |
| Telephone (702) 385-3373 | Sacramento, California 95814 | Facsimile: (702) 784-5252 |
| Facsimile (702) 385-9447 | Telephone: (916) 447-9200 | Email: rkinas@swlaw.com |
| Email: sfreeman@lrlaw.com | Facsimile: (916) 329-4900 | cdossier@swlaw.com |
| rcharles@lrlaw.com | Email: malevinson@orrick.com | |
| aloraditch@lrlaw.com | jhermann@orrick.com | |
| *Attorneys for USACM Liquidating Trust* | *Attorneys for USA Capital Diversified Trust Deed Fund, LLC* | |

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| | |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| | Jointly Administered Under |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Case No. BK-S-06-10725 LBR |
| | |
| USA SECURITIES, LLC, | **ORDER SUSTAINING OBJECTION OF USACM TRUST TO BRIAN M. ADAMS' CLAIM FILED IN WRONG DEBTOR'S CASE; AND SUSTAINING OBJECTION OF DTDF TO PROPOSED ALLOWANCE OF CLAIM** |
| Debtors. | |
| **Affects:** | |
| ☐ All Debtors | |
| ☒ USA Commercial Mortgage Company | |
| ☐ USA Capital Realty Advisors, LLC | Hearing Date: October 15, 2007 |
| ☒ USA Capital Diversified Trust Deed Fund, LLC | Hearing Time: 9:30 a.m. |
| ☐ USA Capital First Trust Deed Fund, LLC | |
| ☐ USA Securities, LLC | |

378806_1.DOC

1  The Court having considered the "Objection of USACM Trust to Brian M. Adams'
2  Claim Filed in Wrong Debtor's Case; Objection of DTDF to Proposed Allowance of
3  Claim" [Docket No. 4791] (the "Objection"); with appearances as set forth in the record at
4  the hearing noted above; appropriate notice of the Objection having been given; no
5  response to the Objection having been filed; and good cause appearing:

6  **IT IS HEREBY ORDERED** that:

7  1.  The Objection is sustained;

8  2.  Proof of Claim No. 10725-01202 is disallowed in its entirety as against USA
9  Commercial Mortgage and USA Capital Diversified Trust Deed Fund, LLC ("DTDF");
10 and

11 3.  Brian M. Adams' equity interest in DTDF is allowed in the amount of
12 $312,307.60, as reflected in DTDF's books and records as of April 13, 2006.

13 PREPARED AND RESPECTFULLY SUBMITTED BY:

| **LEWIS AND ROCA LLP** | **SNELL & WILMER, LLP** |
|---|---|
| By  /s/ Anne M. Loraditch (008164)<br>    Susan M. Freeman<br>    Rob Charles<br>    Anne M. Loraditch<br>530 Las Vegas Boulevard South<br>Las Vegas, Nevada 89101<br>Telephone:  (702) 385-3373<br>Facsimile:  (702) 385-5024<br><br>*Attorneys for USACM Liquidating Trust* | By  /s/ Claire Dossier (010030)<br>    Robert R. Kinas<br>    Claire Dossier<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>Telephone (702) 784-5200<br>Facsimile (702) 784-5252<br>        and<br>**ORRICK, HERRINGTON &<br>SUTCLIFFE LLP**<br>Marc A. Levinson<br>Jeffery D. Hermann<br>400 Capitol Mall, Suite 3000<br>Sacramento, California  95814-4497<br><br>*Attorneys for USA Capital Diversified<br>Trust Deed Fund, LLC* |

# # #

378806_1.DOC