Kelly J. Brinkman, Esq.
Nevada Bar No. 6238
GOOLD PATTERSON ALES & DAY
4496 South Pecos Road
Las Vegas, Nevada 89121
(702) 436-2600 (Telephone)
(702) 436-2650 (Fax)

Attorneys for Creditors

E-Filed on 10/23/07

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:                                                      |                                                  |
|-------------------------------------------------------------|--------------------------------------------------|
| USA COMMERCIAL MORTGAGE COMPANY, Debtor.                    | Case No. BK-S-06-10725 LBR                       |
|                                                             | Case No. BK-S-06-10726 LBR                       |
| In re:                                                      | Case No. BK-S-06-10727 LBR                       |
| USA CAPITAL REALTY ADVISORS, LLC, Debtor.                   | Case No. BK-S-06-10728 LBR                       |
|                                                             | Case No. BK-S-06-10729 LBR                       |
| In re:                                                      | Chapter 11                                       |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor.       | Jointly Administered Under Case No.              |
|                                                             | BK-S-06-10725 LBR                                |
| In re:                                                      |                                                  |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, Debtor.             | CERTIFICATE OF SERVICE REGARDING OPPOSITION TO AMENDED MOTION FOR ORDER REQUIRING GOOLD PATTERSON ALES & DAY, CHARTERED TO PRODUCE ONE OR MORE REPRESENTATIVES FOR EXAMINATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004 |
| In re:                                                      |                                                  |
| USA SECURITIES, LLC, Debtor.                                |                                                  |
| Affects:                                                    |                                                  |
| ☐ All Debtors                                               |                                                  |
| ☒ USA Commercial Mortgage Company                           |                                                  |
| ☐ USA Securities, LLC                                       |                                                  |
| ☐ USA Capital Realty Advisors, LLC                          |                                                  |
| ☐ USA Capital Diversified Trust Deed Fund, LLC              |                                                  |
| ☐ USA First Trust Deed Fund, LLC                            |                                                  |

1. On October 23, 2007, I served the following document: **OPPOSITION TO AMENDED MOTION FOR ORDER REQUIRING GOOLD PATTERSON ALES & DAY, CHARTERED TO PRODUCE ONE OR MORE REPRESENTATIVES FOR EXAMINATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**

GOOLD PATTERSON
ALES & DAY
ATTORNEYS AT LAW
4496 SOUTH PECOS ROAD
LAS VEGAS,
NEVADA 89121
(702) 436-2600

2. I served the above-named document(s) by the following means to the persons as listed below:

*(Check all that apply)*

☐ **a. ECF System**

Pursuant to Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by the Court.

☐ **b. United States mail, postage fully prepaid**

☐ **c. Personal Service** *(List persons and addresses. Attach additional paper if necessary)*

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d. By direct email (as opposed to through the ECF System)**
*(List persons and email addresses. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **e. By fax transmission** *(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

*Lewis and Roca, LLP*
*3993 Howard Hughes Parkway*
*Las Vegas, Nevada 89109*
*Attention: Rob Charles*
*Fax: 702-949-8398*

*Diamond McCarthy LLP*
*909 Fanin, Suite 1500*
*Houston, Texas 77010*

GOOLD PATTERSON
ALES & DAY
ATTORNEYS AT LAW
4496 SOUTH PECOS ROAD
LAS VEGAS,
NEVADA 89121
(702) 436-2600

2

*Attention: Eric Madden*
*Fax: (713) 333-5199*

☐    **f.**   **By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.
*(A declaration by the messenger must be attached to this Certificate of Service).*

**I declare under penalty of perjury that the foregoing is true and correct.**

**Signed on: October 23, 2007**

/s/ Lisa Risco-Hoen
Lisa Risco-Hoen

GOOLD PATTERSON
ALES & DAY
ATTORNEYS AT LAW
4496 SOUTH PECOS ROAD
LAS VEGAS,
NEVADA 89121
(702) 436-2600

3

```
                    *****************************
                    ***   MULTI TX/RX REPORT   ***
                    *****************************
TX/RX NO              3739
PGS.                  7
TX/RX INCOMPLETE
                      -----
TRANSACTION OK
                 (1)  17133335199
                 (2)  9498398
ERROR INFORMATION
                      -----
```

Facsimile Transmission

# Goold Patterson
# Ales & Day

ATTORNEYS AT LAW

BARRY S. GOOLD
JEFFREY D. PATTERSON
BARNEY C. ALES
BRYAN K. DAY
KELLY J. BRINKMAN

MICHELLE D. BRIGGS
KARISSA D. VERO

OF COUNSEL
THOMAS RONDEAU

4496 SOUTH PECOS ROAD
LAS VEGAS, NEVADA 89121

TELEPHONE: (702) 436-2600
TELECOPIER: (702) 436-2650
TOLL-FREE: (866) 642-2600

WEBSITE: www.gooldpatterson.com

Writer's Email Address:
kbrinkman@gooldpatterson.com

**From:** Kelly J. Brinkman     **Date:** October 23, 2007

*If there is a problem with this transmission, please call Lisa at (702)436-2600*

**Pages:**       , including transmittal

**File No.:**   0000-091

## TO THE FOLLOWING:

| Name | Firm/Company | Fax No. |
|---|---|---|
| Eric Madden | Diamond McCarthy LLP | 713-333-5199 |
| Rob Charles | Lewis and Roca | 702-949-8398 |

### COMMENT/MESSAGE:

Please see attached **OPPOSITION TO AMENDED MOTION FOR ORDER REQUIRING GOOLD PATTERSON ALES & DAY, CHARTERED TO PRODUCE ONE OR MORE REPRESENTATIVES FOR EXAMINATION PURSUANT TO FEDERAL RULE OF**