**LEWIS AND ROCA LLP**
Susan M. Freeman (AZ 4199)
*pro hac vice*
Rob Charles (NV 6593)
Anne M. Loraditch (NV 8164)
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone (702) 385-3373
Facsimile (702) 385-9447
Email: sfreeman@lrlaw.com
       rcharles@lrlaw.com
       aloraditch@lrlaw.com
*Attorneys for USACM Liquidating Trust*

Electronically Filed October 23, 2007

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                            Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER AND CERTIFICATE OF SERVICE RE STIPULATION FOR AMENDMENT OF PROOF OF CLAIM NUMBER 10725-00545 FILED BY ELIAS FAMILY TRUST DTD 5/19/04**<br><br>Hearing Date:  October 15, 2007<br>Hearing Time:  9:30 a.m. |

      PLEASE TAKE NOTICE that on the 22nd day of October, 2007, the Court entered its Order Re Stipulation for Amendment of Proof of Claim Number 10725-00545 Filed by

///

///

///

Elias Family Trust Dtd 5/19/04, a copy of which is attached hereto.

DATED this 23rd day of October 2007.

**LEWIS AND ROCA LLP**

By    /s/ Anne M. Loraditch (008164)
    Susan M. Freeman
    Rob Charles
    Anne M. Loraditch
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024

*Attorneys for USACM Liquidating Trust*

### CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served via first class mail, postage prepaid, addressed as set forth below, on this 23rd day of October, 2007 to:

    Elias Family Trust Dtd 5/19/04
    c/o Donna M. Elias Successor Trustee
    9900 Wilbur May Parkway, Apt. 502
    Reno, NV  89521-4014

By /s/ Patricia M. Kois
    Patricia M. Kois, Lewis and Roca LLP

380307_1.DOC

**Entered on Docket**
**October 22, 2007**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

| | | |
|---|---|---|
| **LEWIS AND ROCA LLP** | **ORRICK, HERRINGTON &** | **SNELL & WILMER, LLP** |
| Susan M. Freeman (AZ 4199) | **SUTCLIFFE LLP** | Robert R. Kinas (NV 06019) |
| *pro hac vice* | Marc A. Levinson (CA 57613) | Claire Dossier (NV 10030) |
| Rob Charles (NV 6593) | *pro hac vice* | 3883 Howard Hughes Parkway |
| Anne M. Loraditch (NV 8164) | Jeffery D. Hermann (CA 90445) | Suite 1100 |
| 530 Las Vegas Boulevard South | *pro hac vice* | Las Vegas, Nevada 89169 |
| Las Vegas, Nevada 89101 | 400 Capitol Mall | Telephone: (702) 784-5200 |
| Telephone (702) 385-3373 | Sacramento, California 95814 | Facsimile: (702) 784-5252 |
| Facsimile (702) 385-9447 | Telephone: (916) 447-9200 | Email: rkinas@swlaw.com |
| Email: sfreeman@lrlaw.com | Facsimile: (916) 329-4900 | cdossier@swlaw.com |
| rcharles@lrlaw.com | Email: malevinson@orrick.com | |
| aloraditch@lrlaw.com | jhermann@orrick.com | |
| *Attorneys for USACM Liquidating Trust* | *Attorneys for Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC* | |

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                      Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER RE STIPULATION FOR AMENDMENT OF PROOF OF CLAIM NUMBER 10725-00545 FILED BY ELIAS FAMILY TRUST DTD 5/19/04** |

1857323.2

**LEWIS AND ROCA LLP**
LAWYERS

1    The Court having considered the Stipulation For Amendment of Proof of Claim Number 10725-00545 Filed By Elias Family Trust dtd 5/19/04 (the "Stipulation"), and good cause appearing:

**IT IS HEREBY ORDERED** that:

1. the Stipulation is approved;

2. Proof of Claim No. 10725-00545 is hereby amended to a general unsecured claim in the amount of $76,952.62;

3. Proof of Claim No. 10725-00545 is hereby disallowed in its entirety as against DTDF;

4. Claimants' equity interest in DTDF is allowed in the amount of $48,047.32, as reflected in DTDF's books and records as of the Petition Date; and

5. the hearing on the Objection to Claim No. 10725-00545, scheduled for December 14, 2007, is vacated.

PREPARED AND RESPECTFULLY SUBMITTED BY:

| **LEWIS AND ROCA LLP** | **SNELL & WILMER, LLP** |
|---|---|
| By   /s/ Anne M. Loraditch (008164)<br>    Susan M. Freeman<br>    Rob Charles<br>    Anne M. Loraditch<br>530 Las Vegas Boulevard South<br>Las Vegas, Nevada 89101<br>Telephone: (702) 385-3373<br>Facsimile: (702) 385-5024<br><br>*Attorneys for USACM Liquidating Trust* | By  /s/ Robert R. Kinas (006019)<br>    Robert R. Kinas<br>    Claire Dossier<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>Telephone (702) 784-5200<br>Facsimile (702) 784-5252<br><br>and<br><br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>Marc A. Levinson<br>Jeffery D. Hermann<br>400 Capitol Mall, Suite 3000<br>Sacramento, California 95814-4497<br><br>*Attorneys for USA Capital Diversified Trust Deed Fund, LLC* |

1857323.2

LEWIS AND ROCA LLP LAWYERS

1  APPROVED:

2  **ELIAS FAMILY TRUST DTD 5/19/04**

3  By: /s/ Woodrow M. Elias
4  WOODROW MARK ELIAS,
   TRUSTEE
5  9900 Wilbur May Parkway # 1401
   Reno, Nevada 89521
6

7                                    # # #

3

1857323.2