**LEWIS AND ROCA LLP**
Susan M. Freeman (AZ 4199)
*pro hac vice*
Rob Charles (NV 6593)
Anne M. Loraditch (NV 8164)
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone (702) 385-3373
Facsimile (702) 385-9447
Email:  sfreeman@lrlaw.com
        rcharles@lrlaw.com
        aloraditch@lrlaw.com
*Attorneys for USACM Liquidating Trust*

Electronically Filed October 23, 2007

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| | |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| | |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| | |
| USA SECURITIES, LLC,                Debtors. | **NOTICE OF ENTRY OF ORDER AND CERTIFICATE OF SERVICE OF ORDER SUSTAINING OBJECTION OF USACM TRUST TO WILLIAM DALEY CLAIM FILED IN WRONG DEBTOR'S CASE; AND SUSTAINING OBJECTION OF DTDF TO PROPOSED ALLOWANCE OF CLAIM** |
| **Affects:** | |
| ☐ All Debtors | |
| ☒ USA Commercial Mortgage Company | |
| ☐ USA Capital Realty Advisors, LLC | |
| ☒ USA Capital Diversified Trust Deed Fund, LLC | |
| ☐ USA Capital First Trust Deed Fund, LLC | |
| ☐ USA Securities, LLC | Hearing Date:    October 15, 2007 |
| | Hearing Time:    9:30 a.m. |

PLEASE TAKE NOTICE that on the 22nd day of October, 2007, the Court entered

its Order Sustaining Objection of USACM Trust to William Daley Claim Filed in Wrong

Debtor's Case; and Sustaining Objection of DTDF to Proposed Allowance of Claim, a

///

380388_1.DOC

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

1   copy of which is attached hereto.

2          DATED this 23rd day of October 2007.

3   **LEWIS AND ROCA LLP**

4   By____/s/ Anne M. Loraditch (008164)____
5          Susan M. Freeman
         Rob Charles
6          Anne M. Loraditch
         530 Las Vegas Boulevard South
7          Las Vegas, Nevada 89101
         Telephone:  (702) 385-3373
8          Facsimile:  (702) 385-5024

9          *Attorneys for USACM Liquidating Trust*

10

11                    **CERTIFICATE OF SERVICE**

12          I certify that a copy of the foregoing was served via first class mail, postage

13   prepaid, addressed as set forth below, on this 23rd day of October, 2007 to:

14          William Daley
         162 Obed Point
15          Corssville, TN  38571

16
   By_/s/ Patricia M. Kois_____
17          Patricia M. Kois, Lewis and Roca LLP

18

19

20

21

22

23

24

25

26

2

380388_1.DOC

Case:  06-10725-lbr      Doc #:  5046      Filed:  10/23/2007      Page:  1 of 2

**Entered on Docket**
**October 23, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

| | | |
|---|---|---|
| **LEWIS AND ROCA LLP** | **ORRICK, HERRINGTON &** | **SNELL & WILMER, LLP** |
| Susan M. Freeman (AZ 4199) | **SUTCLIFFE LLP** | Robert R. Kinas (NV 06019) |
| _pro hac vice_ | Marc A. Levinson (CA 57613) | Claire Dossier  (NV 10030) |
| Rob Charles (NV 6593) | _pro hac vice_ | 3883 Howard Hughes Parkway |
| Anne M. Loraditch (NV 8164) | Jeffery D. Hermann (CA 90445) | Suite 1100 |
| 530 Las Vegas Boulevard South | _pro hac vice_ | Las Vegas, Nevada 89169 |
| Las Vegas, Nevada 89101 | 400 Capitol Mall | Telephone: (702) 784-5200 |
| Telephone (702) 385-3373 | Sacramento, California  95814 | Facsimile: (702) 784-5252 |
| Facsimile (702) 385-9447 | Telephone: (916) 447-9200 | Email:   rkinas@swlaw.com |
| Email:  sfreeman@lrlaw.com | Facsimile:  (916) 329-4900 | cdossier@swlaw.com |
| rcharles@lrlaw.com | Email:  malevinson@orrick.com | |
| aloraditch@lrlaw.com | jhermann@orrick.com | |
| _Attorneys for USACM Liquidating Trust_ | _Attorneys for USA Capital Diversified Trust Deed Fund, LLC_ | |

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| | |
| USA CAPITAL DIVERSIFIED TRUST DEED | CHAPTER 11 |
| FUND, LLC, | |
| | Jointly Administered Under |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Case No. BK-S-06-10725 LBR |
| | |
| USA SECURITIES, LLC, | **ORDER SUSTAINING OBJECTION OF** |
| Debtors. | **USACM TRUST TO WILLIAM DALEY** |
| | **CLAIM FILED IN WRONG DEBTOR'S** |
| **Affects:** | **CASE; AND SUSTAINING OBJECTION** |
| ☐ All Debtors | **OF DTDF TO PROPOSED ALLOWANCE** |
| ☒ USA Commercial Mortgage Company | **OF CLAIM** |
| ☐ USA Capital Realty Advisors, LLC | |
| ☒ USA Capital Diversified Trust Deed Fund, LLC | Hearing Date:    October 15, 2007 |
| ☐ USA Capital First Trust Deed Fund, LLC | Hearing Time:    9:30 a.m. |
| ☐ USA Securities, LLC | |

378744_1.DOC

LEWIS
AND
ROCA
— LLP —
L A W Y E R S

1    The Court having considered the "Objection of USACM Trust to William Daley

2    Claim Filed in Wrong Debtor's Case; Objection of DTDF to Proposed Allowance of

3    Claim" [Docket No. 4675] (the "Objection"); with appearances as set forth in the record at

4    the hearing noted above; appropriate notice of the Objection having been given; no

5    response to the Objection having been filed; and good cause appearing:

6        **IT IS HEREBY ORDERED** that:

7        1.    The Objection is sustained;

8        2.    Proof of Claim No. 10725-00448 is disallowed in its entirety as against USA

9    Commercial Mortgage and USA Capital Diversified Trust Deed Fund, LLC ("DTDF");

10   and

11       3.    William Daley's equity interest in DTDF is allowed in the amount of

12   $134,179.22, as reflected in DTDF's books and records as of April 13, 2006.

13   PREPARED AND RESPECTFULLY SUBMITTED BY:

14   **LEWIS AND ROCA LLP**

15   By____/s/ Anne M. Loraditch (008164)____

16        Susan M. Freeman
          Rob Charles

17        Anne M. Loraditch
     530 Las Vegas Boulevard South

18   Las Vegas, Nevada 89101
     Telephone: (702) 385-3373

19   Facsimile:  (702) 385-5024

20   *Attorneys for USACM Liquidating Trust*

21

22

23

24

25

26

**SNELL & WILMER, LLP**

By /s/ Claire Dossier (010030)_____
     Robert R. Kinas
     Claire Dossier
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone (702) 784-5200
Facsimile (702) 784-5252
          and
**ORRICK, HERRINGTON &
SUTCLIFFE LLP**
Marc A. Levinson
Jeffery D. Hermann
400 Capitol Mall, Suite 3000
Sacramento, California  95814-4497

*Attorneys for USA Capital Diversified
Trust Deed Fund, LLC*

# # #

378744_1.DOC