**LEWIS AND ROCA LLP**
Susan M. Freeman (AZ 4199)
*pro hac vice*
Rob Charles (NV 6593)
Anne M. Loraditch (NV 8164)
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone (702) 385-3373
Facsimile (702) 385-9447
Email:  sfreeman@lrlaw.com
        rcharles@lrlaw.com
        aloraditch@lrlaw.com
*Attorneys for USACM Liquidating Trust*

Electronically Filed October 23, 2007

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC,                    Debtors. | **NOTICE OF ENTRY OF ORDER AND CERTIFICATE OF SERVICE OF ORDER SUSTAINING OBJECTION OF USACM TRUST TO HERMAN M. ADAMS, BRIAN M. ADAMS, AND ANTHONY G. ADAMS' CLAIM FILED IN WRONG DEBTOR'S CASE; AND SUSTAINING OBJECTION OF DTDF TO PROPOSED ALLOWANCE OF CLAIM** |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Hearing Date:  October 15, 2007<br>Hearing Time:  9:30 a.m. |

PLEASE TAKE NOTICE that on the 22nd day of October, 2007, the Court entered its Order Sustaining Objection of USACM Trust to Herman M. Adams, Brian M. Adams, and Anthony G. Adams' Claim Filed in Wrong Debtor's Case; and Sustaining Objection

///

380396_1.DOC

of DTDF to Proposed Allowance of Claim, a copy of which is attached hereto.

DATED this 23rd day of October 2007.

**LEWIS AND ROCA LLP**

By    /s/ Anne M. Loraditch (008164)
    Susan M. Freeman
    Rob Charles
    Anne M. Loraditch
    530 Las Vegas Boulevard South
    Las Vegas, Nevada 89101
    Telephone: (702) 385-3373
    Facsimile: (702) 385-5024

*Attorneys for USACM Liquidating Trust*

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served via first class mail, postage prepaid, addressed as set forth below, on this 23rd day of October, 2007 to:

Herman M., Brian M. and Anthony G. Adams
1341 Cashman Drive
Las Vegas, NV 89102

By /s/ Patricia M. Kois
    Patricia M. Kois, Lewis and Roca LLP

2

380396_1.DOC

**Entered on Docket**
**October 23, 2007**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

| | | |
|---|---|---|
| **LEWIS AND ROCA LLP** | **ORRICK, HERRINGTON &** | **SNELL & WILMER, LLP** |
| Susan M. Freeman (AZ 4199) | **SUTCLIFFE LLP** | Robert R. Kinas (NV 06019) |
| *pro hac vice* | Marc A. Levinson (CA 57613) | Claire Dossier (NV 10030) |
| Rob Charles (NV 6593) | *pro hac vice* | 3883 Howard Hughes Parkway |
| Anne M. Loraditch (NV 8164) | Jeffery D. Hermann (CA 90445) | Suite 1100 |
| 530 Las Vegas Boulevard South | *pro hac vice* | Las Vegas, Nevada 89169 |
| Las Vegas, Nevada 89101 | 400 Capitol Mall | Telephone: (702) 784-5200 |
| Telephone (702) 385-3373 | Sacramento, California 95814 | Facsimile: (702) 784-5252 |
| Facsimile (702) 385-9447 | Telephone: (916) 447-9200 | Email:  rkinas@swlaw.com |
| Email:  sfreeman@lrlaw.com | Facsimile: (916) 329-4900 |            cdossier@swlaw.com |
|            rcharles@lrlaw.com | Email:  malevinson@orrick.com | |
|            aloraditch@lrlaw.com |            jhermann@orrick.com | |
| *Attorneys for USACM Liquidating Trust* | *Attorneys for USA Capital Diversified Trust Deed Fund, LLC* | |

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| | |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| | Jointly Administered Under |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Case No. BK-S-06-10725 LBR |
| | |
| USA SECURITIES, LLC, | **ORDER SUSTAINING OBJECTION OF USACM TRUST TO HERMAN M. ADAMS, BRIAN M. ADAMS, AND ANTHONY G. ADAMS' CLAIM FILED IN WRONG DEBTOR'S CASE; AND SUSTAINING OBJECTION OF DTDF TO PROPOSED ALLOWANCE OF CLAIM** |
| Debtors. | |
| **Affects:** | |
| ☐ All Debtors | |
| ☒ USA Commercial Mortgage Company | |
| ☐ USA Capital Realty Advisors, LLC | |
| ☒ USA Capital Diversified Trust Deed Fund, LLC | Hearing Date:    October 15, 2007 |
| ☐ USA Capital First Trust Deed Fund, LLC | Hearing Time:    9:30 a.m. |
| ☐ USA Securities, LLC | |

378805_1.DOC

LEWIS AND ROCA LLP LAWYERS

The Court having considered the "Objection of USACM Trust to Herman M. Adams, Brian M. Adams, and Anthony G. Adams' Claim Filed in Wrong Debtor's Case; Objection of DTDF to Proposed Allowance of Claim" [Docket No. 4789] (the "Objection"); with appearances as set forth in the record at the hearing noted above; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS HEREBY ORDERED** that:

1. The Objection is sustained;

2. Proof of Claim No. 10725-01226 is disallowed in its entirety as against USA Commercial Mortgage and USA Capital Diversified Trust Deed Fund, LLC ("DTDF"); and

3. The equity interest in DTDF held by Herman M. Adams, Brian M. Adams, and Anthony G. Adams is allowed in the amount of $3,483,430.96, as reflected in DTDF's books and records as of April 13, 2006.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By  /s/ Anne M. Loraditch (008164)
Susan M. Freeman
Rob Charles
Anne M. Loraditch
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024

*Attorneys for USACM Liquidating Trust*

**SNELL & WILMER, LLP**

By /s/ Claire Dossier (010030)
Robert R. Kinas
Claire Dossier
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone (702) 784-5200
Facsimile (702) 784-5252
and
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Marc A. Levinson
Jeffery D. Hermann
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497

*Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

# # #