**Entered on Docket
October 25, 2007**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

# LEWIS AND ROCA LLP

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | ) | Case No. BK-S-06-10725-LBR |
|--------|---|---|
| | ) | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE | ) | Case No. BK-S-06-10727-LBR |
| COMPANY, | ) | Case No. BK-S-06-10728-LBR |
| | ) | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, | ) | |
| LLC, | ) | CHAPTER 11 |
| | ) | |
| USA CAPITAL DIVERSIFIED TRUST | ) | Jointly Administered Under Case No. BK-S-06- |
| DEED FUND, LLC, | ) | 10725 LBR |
| | ) | |
| USA CAPITAL FIRST TRUST DEED | ) | **Affecting:** |
| FUND, LLC, | ) | ☐ All Cases |
| | ) | **or Only:** |
| USA SECURITIES, LLC, | ) | ☒ USA Commercial Mortgage Company |
| Debtors. | ) | ☐ USA Capital Realty Advisors, LLC |
| | ) | ☐ USA Capital Diversified Trust Deed Fund, |
| | ) | LLC |
| | ) | ☐ USA Capital First Trust Deed Fund, LLC |
| | ) | ☐ USA Securities, LLC |
| _____ | ) | |

1864305.1

1

## STIPULATED ORDER APPROVING WITHDRAWAL OF PROOF OF CLAIM FILED BY ROBERT W. ULM LIVING TRUST DTD 4/11/05

2

3    The Stipulation to Withdraw Proof of Claim No. 10725-02086 filed by Claimant

[DE 5055] came before the Court for consideration.  No notice being necessary and good

4    cause appearing, it is

5    • ORDERED approving the Stipulation:

6    • Proof of Claim No. 10725-02086 filed by Claimant is withdrawn; and

7    • No further notice is required to be provided to Claimant, and Claimant will

8    receive no distributions from the USACM Liquidating Trust on account of

9    Proof of Claim No. 10725-02086.

10                                        ###

11    PREPARED AND SUBMITTED:

12    **LEWIS AND ROCA LLP**

13

14    By: _/s/ RC (#0006593)_____
         Susan M. Freeman
15       Rob Charles
         *Attorneys for USACM Liquidating Trust*
16

17    APPROVED:

18

19    _____
      Robert W. Ulm
20    Trustee for the Robert W. Ulm
      Living Trust DTD 4/11/05
21    414 Morning Glory Road
      Saint Marys, Georgia  31558-4139
22

23

24

25

26

2

1864305.1