**Entered on Docket**
**October 25, 2007**

Hon. Linda B. Riegle
United States Bankruptcy Judge

# LEWIS AND ROCA LLP

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | ) | Case No. BK-S-06-10725-LBR |
|---|---|---|
| | ) | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE | ) | Case No. BK-S-06-10727-LBR |
| COMPANY, | ) | Case No. BK-S-06-10728-LBR |
| | ) | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, | ) | |
| LLC, | ) | CHAPTER 11 |
| | ) | |
| USA CAPITAL DIVERSIFIED TRUST | ) | Jointly Administered Under Case No. BK-S-06- |
| DEED FUND, LLC, | ) | 10725 LBR |
| | ) | |
| USA CAPITAL FIRST TRUST DEED | ) | **Affecting:** |
| FUND, LLC, | ) | ☐ All Cases |
| | ) | **or Only:** |
| USA SECURITIES, LLC, | ) | ☒ USA Commercial Mortgage Company |
| Debtors. | ) | ☐ USA Capital Realty Advisors, LLC |
| | ) | ☐ USA Capital Diversified Trust Deed Fund, |
| | ) | LLC |
| | ) | ☐ USA Capital First Trust Deed Fund, LLC |
| | ) | ☐ USA Securities, LLC |
| | ) | |
| | ) | |
| | ) | |

1864306.1

## STIPULATED ORDER APPROVING WITHDRAWAL OF PROOF OF CLAIM FILED BY ROBERT W. ULM IRA

The Stipulation to Withdraw Proof of Claim No. 10725-02087 filed by Claimant [DE 5054] came before the Court for consideration. No notice being necessary and good cause appearing, it is

- ORDERED approving the Stipulation:

- Proof of Claim No. 10725-02087 filed by Claimant is withdrawn; and

- No further notice is required to be provided to Claimant, and Claimant will receive no distributions from the USACM Liquidating Trust on account of Proof of Claim No. 10725-02087.

### ###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**


By: ___/s/ RC (#0006593)_____
    Susan M. Freeman
    Rob Charles
*Attorneys for USACM Liquidating Trust*

APPROVED:


Robert W. Ulm on behalf of the
Robert W. Ulm IRA
414 Morning Glory Road
Saint Marys, Georgia  31558-4139

2

1864306.1