**Entered on Docket
October 25, 2007**

_(signature)_

Hon. Linda B. Riegle
**United States Bankruptcy Judge**

---

## LEWIS AND ROCA LLP

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

_Attorneys for USACM Liquidating Trust_

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE | Case No. BK-S-06-10727-LBR |
| COMPANY, | Case No. BK-S-06-10728-LBR |
| | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, | |
| LLC, | CHAPTER 11 |
| | |
| USA CAPITAL DIVERSIFIED TRUST | Jointly Administered Under Case No. BK-S-06- |
| DEED FUND, LLC, | 10725 LBR |
| | |
| USA CAPITAL FIRST TRUST DEED | **Affecting:** |
| FUND, LLC, | ☐ All Cases |
| | **or Only:** |
| USA SECURITIES, LLC, | ☒ USA Commercial Mortgage Company |
| Debtors. | ☐ USA Capital Realty Advisors, LLC |
| | ☐ USA Capital Diversified Trust Deed Fund, |
| | LLC |
| | ☐ USA Capital First Trust Deed Fund, LLC |
| | ☐ USA Securities, LLC |

1864459.1

## STIPULATED ORDER APPROVING WITHDRAWAL OF PROOF OF CLAIM FILED BY MARY H. CROSS TRUST DTD 12/29/88

The Stipulation to Withdraw Proof of Claim No. 10725-00341 filed by Claimant [DE 5053] came before the Court for consideration. No notice being necessary and good cause appearing, it is

- ORDERED approving the Stipulation:

- Proof of Claim No. 10725-02492 filed by Claimant is withdrawn; and

- No further notice is required to be provided to Claimant, and Claimant will receive no distributions from the USACM Liquidating Trust on account of Proof of Claim No. 10725-02492.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**


By:___/s/ RC (#0006593)_____
     Susan M. Freeman
     Rob Charles
*Attorneys for USACM Liquidating Trust*

APPROVED:

_____
Mary H. Cross
Trustee for the Mary H. Cross Trust
DTD 12/29/88
1474 Wessex Circle
Reno, Nevada 89503-1542

2

1864459.1