

**Entered on Docket**
**October 25, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
Susan M. Freeman (AZ 4199)
*pro hac vice*
Rob Charles (NV 6593)
Anne M. Loraditch (NV 8164)
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone (702) 385-3373
Facsimile (702) 385-9447
Email:  sfreeman@lrlaw.com
        rcharles@lrlaw.com
        aloraditch@lrlaw.com
*Attorneys for USACM Liquidating Trust*

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Marc A. Levinson (CA 57613)
*pro hac vice*
Jeffery D. Hermann (CA 90445)
*pro hac vice*
400 Capitol Mall
Sacramento, California  95814
Telephone:  (916) 447-9200
Facsimile:  (916) 329-4900
Email:  malevinson@orrick.com
        jhermann@orrick.com
*Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

**SNELL & WILMER, LLP**
Robert R. Kinas (NV 06019)
Claire Dossier  (NV 10030)
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email:  rkinas@swlaw.com
        cdossier@swlaw.com

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br><br>                      Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING OBJECTION OF USACM TRUST TO CHARLES O. AND FLORA A. NICHOLS' CLAIM FILED IN WRONG DEBTOR'S CASE; AND SUSTAINING OBJECTION OF DTDF TO PROPOSED ALLOWANCE OF CLAIM**<br><br>Hearing Date:    October 15, 2007<br>Hearing Time:    9:30 a.m. |

LEWIS
AND
ROCA
———LLP———
L A W Y E R S

1    The Court having considered the "Objection of USACM Trust to Charles O. and

2   Flora A. Nichols' Claim Filed in Wrong Debtor's Case; Objection of DTDF to Proposed

3   Allowance of Claim" [Docket No. 4684] (the "Objection"); with appearances as set forth

4   in the record at the hearing noted above; appropriate notice of the Objection having been

5   given; no response to the Objection having been filed; and good cause appearing:

6       **IT IS HEREBY ORDERED** that:

7       1.      The Objection is sustained;

8       2.      Proof of Claim No. 10725-00479 is disallowed in its entirety as against USA

9   Commercial Mortgage and USA Capital Diversified Trust Deed Fund, LLC ("DTDF");

10  and

11      3.      Charles O. and Flora A. Nichols' equity interest in DTDF is allowed in the

12  amount of $864,851.83, as reflected in DTDF's books and records as of April 13, 2006.

13  PREPARED AND RESPECTFULLY SUBMITTED BY:

14  **LEWIS AND ROCA LLP**                      **SNELL & WILMER, LLP**

15
16  By     /s/ Anne M. Loraditch (008164)       By  /s/ Claire Dossier (010030)
          Susan M. Freeman                          Robert R. Kinas
          Rob Charles                               Claire Dossier
17        Anne M. Loraditch                     3883 Howard Hughes Parkway, Suite 1100
    530 Las Vegas Boulevard South               Las Vegas, Nevada 89169
18  Las Vegas, Nevada 89101                      Telephone (702) 784-5200
    Telephone:  (702) 385-3373                   Facsimile (702) 784-5252
19  Facsimile:  (702) 385-5024                                  and
                                                 **ORRICK, HERRINGTON &**
20  *Attorneys for USACM Liquidating Trust*      **SUTCLIFFE LLP**
                                                 Marc A. Levinson
21                                               Jeffery D. Hermann
                                                 400 Capitol Mall, Suite 3000
22                                               Sacramento, California  95814-4497
                                                 Telephone:  (916) 447-9200
23                                               Facsimile:  (916) 329-4900

24                                               *Attorneys for USA Capital Diversified*
                                                 *Trust Deed Fund, LLC*
25

26

2

378751_1.TMP

**LEWIS**
**AND**
**ROCA**
**LLP**
L A W Y E R S

## RULE 9021 DECLARATION

In accordance with Local Rule 9021, the undersigned certifies:

☐   The Court waived the requirements of LR 9021.
☐   I have delivered a copy of the proposed order to the Office of the United States Trustee and the parties who filed papers in response to the Objection or appeared at the hearing noted above, and each has:

    ☐   approved the form of this order; and/or
    ☐   waived the right to review the order; and/or
    ☐   failed to file and serve papers in accordance with LR 9021(c); and
       the following have disapproved the form of the order:
         n/a

☒   No opposition was filed to the objection and no other party or counsel appeared at the hearing.

**LEWIS AND ROCA, LLP**

By:___s/  Anne M. Loraditch_____
    Anne M. Loraditch (Nevada Bar No. 8164)
    530 Las Vegas Boulevard South
    Las Vegas, Nevada 89101

    # # #

378751_1.TMP