1

**LEWIS AND ROCA LLP**
Susan M. Freeman (AZ 4199)

2

*pro hac vice*
Rob Charles (NV 6593)

3

Anne M. Loraditch (NV 8164)
530 Las Vegas Boulevard South

4

Las Vegas, Nevada 89101
Telephone (702) 385-3373

5

Facsimile (702) 385-9447
Email:  sfreeman@lrlaw.com

6

rcharles@lrlaw.com
aloraditch@lrlaw.com

7

*Attorneys for USACM Liquidating Trust*

Electronically Filed October 25, 2007

8

## UNITED STATES BANKRUPTCY COURT

9

## DISTRICT OF NEVADA

10

In re:

11

USA COMMERCIAL MORTGAGE COMPANY,

12

USA CAPITAL REALTY ADVISORS, LLC,

13

USA CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC,

14

15

USA CAPITAL FIRST TRUST DEED FUND, LLC,

USA SECURITIES, LLC,

16

Debtors.

17

**Affects:**
☐ All Debtors

18

☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC

19

☒ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC

20

☐ USA Securities, LLC

21

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under
Case No. BK-S-06-10725 LBR

**NOTICE OF ENTRY OF ORDER
SUSTAINING OBJECTION OF USACM
TRUST TO CHARLES O. and FLORA A.
NICHOLS' CLAIM FILED IN WRONG
DEBTOR'S CASE; AND SUSTAINING
OBJECTION OF DTDF TO PROPOSED
ALLOWANCE OF CLAIM; AND
CERTIFICATE OF SERVICE**

Hearing Date:    October 15, 2007
Hearing Time:    9:30 a.m.

22

**PLEASE TAKE NOTICE** that on the 25th day of October 2007, the Court in the

23

above-captioned case entered its Order Sustaining Objection of USACM Trust to Charles

24

O. and Flora A. Nichols' Claim Filed in Wrong Debtor's Case; and Sustaining Objection

25

of DTDF to Proposed Allowance of Claim, a copy of which is attached hereto.

26

///

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

1    DATED this 25th day of October 2007.

2  **LEWIS AND ROCA LLP**

3
  By  /s/ Anne M. Loraditch (008164)
4    Susan M. Freeman
    Rob Charles
5    Anne M. Loraditch
    530 Las Vegas Boulevard South
6    Las Vegas, Nevada 89101
    Telephone:  (702) 385-3373
7    Facsimile:  (702) 385-5024

8   *Attorneys for USACM Liquidating Trust*

9

10       **CERTIFICATE OF SERVICE**

11    I certify that a copy of the foregoing was served via first class mail, postage
prepaid, addressed as set forth below, on this 25th day of October, 2007 to:
12

13    Charles O. and Flora A. Nichols
    2561 Seascape Drive
14    Las Vegas, Nevada 89128

15
  By /s/ Tamika Shauntee
16    Tamika Shauntee, Lewis and Roca LLP

17

18

19

20

21

22

23

24

25

26

2

Entered on Docket
October 25, 2007

Hon. Linda B. Riegle
**United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
Susan M. Freeman (AZ 4199)
*pro hac vice*
Rob Charles (NV 6593)
Anne M. Loraditch (NV 8164)
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone (702) 385-3373
Facsimile (702) 385-9447
Email:  sfreeman@lrlaw.com
        rcharles@lrlaw.com
        aloraditch@lrlaw.com
*Attorneys for USACM Liquidating Trust*

**ORRICK, HERRINGTON &
SUTCLIFFE LLP**
Marc A. Levinson (CA 57613)
*pro hac vice*
Jeffery D. Hermann (CA 90445)
*pro hac vice*
400 Capitol Mall
Sacramento, California  95814
Telephone:  (916) 447-9200
Facsimile:  (916) 329-4900
Email:  malevinson@orrick.com
        jhermann@orrick.com
*Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

**SNELL & WILMER, LLP**
Robert R. Kinas (NV 06019)
Claire Dossier  (NV 10030)
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email:   rkinas@swlaw.com
         cdossier@swlaw.com

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br><br>                Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING OBJECTION OF USACM TRUST TO CHARLES O. AND FLORA A. NICHOLS' CLAIM FILED IN WRONG DEBTOR'S CASE; AND SUSTAINING OBJECTION OF DTDF TO PROPOSED ALLOWANCE OF CLAIM**<br><br>Hearing Date:     October 15, 2007<br>Hearing Time:   9:30 a.m. |

378751_1.TMP

LEWIS
AND
ROCA
—LLP—
L A W Y E R S

1        The Court having considered the "Objection of USACM Trust to Charles O. and

2    Flora A. Nichols' Claim Filed in Wrong Debtor's Case; Objection of DTDF to Proposed

3    Allowance of Claim" [Docket No. 4684] (the "Objection"); with appearances as set forth

4    in the record at the hearing noted above; appropriate notice of the Objection having been

5    given; no response to the Objection having been filed; and good cause appearing:

6        **IT IS HEREBY ORDERED** that:

7        1.    The Objection is sustained;

8        2.    Proof of Claim No. 10725-00479 is disallowed in its entirety as against USA

9    Commercial Mortgage and USA Capital Diversified Trust Deed Fund, LLC ("DTDF");

10    and

11        3.    Charles O. and Flora A. Nichols' equity interest in DTDF is allowed in the

12    amount of $864,851.83, as reflected in DTDF's books and records as of April 13, 2006.

13    PREPARED AND RESPECTFULLY SUBMITTED BY:

14    **LEWIS AND ROCA LLP**        **SNELL & WILMER, LLP**

15    By   /s/ Anne M. Loraditch (008164)    By /s/ Claire Dossier (010030)

16        Susan M. Freeman            Robert R. Kinas

        Rob Charles                 Claire Dossier

17        Anne M. Loraditch          3883 Howard Hughes Parkway, Suite 1100

        530 Las Vegas Boulevard South    Las Vegas, Nevada 89169

18        Las Vegas, Nevada 89101        Telephone (702) 784-5200

        Telephone: (702) 385-3373       Facsimile (702) 784-5252

19        Facsimile: (702) 385-5024          and

                                    **ORRICK, HERRINGTON &**

20    *Attorneys for USACM Liquidating Trust*    **SUTCLIFFE LLP**

                                    Marc A. Levinson

21                                    Jeffery D. Hermann

                                    400 Capitol Mall, Suite 3000

22                                    Sacramento, California 95814-4497

                                    Telephone: (916) 447-9200

23                                    Facsimile: (916) 329-4900

24                                    *Attorneys for USA Capital Diversified*

                                    *Trust Deed Fund, LLC*

25

26

378751_1.TMP

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

1

## RULE 9021 DECLARATION

2    In accordance with Local Rule 9021, the undersigned certifies:

3    ☐    The Court waived the requirements of LR 9021.
     ☐    I have delivered a copy of the proposed order to the Office of the United States
4         Trustee and the parties who filed papers in response to the Objection or appeared at
          the hearing noted above, and each has:
5
          ☐    approved the form of this order; and/or
6         ☐    waived the right to review the order; and/or
          ☐    failed to file and serve papers in accordance with LR 9021(c); and
7              the following have disapproved the form of the order:
                    n/a
8    ☒    No opposition was filed to the objection and no other party or counsel appeared at
9         the hearing.

10                              **LEWIS AND ROCA, LLP**

11
                              By:___s/  Anne M. Loraditch_____
12                                 Anne M. Loraditch (Nevada Bar No. 8164)
                                   530 Las Vegas Boulevard South
13                                 Las Vegas, Nevada 89101

14                                      # # #

15

16

17

18

19

20

21

22

23

24

25

26

378751_1.TMP