EXHIBIT A

1688943.1

**Entered on Docket**
**October 25, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

## LEWIS AND ROCA LLP

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

1860476.1

# STIPULATED ORDER APPROVING WITHDRAWAL OF PROOF OF CLAIM FILED BY MARY H. CROSS TRUST DTD 12/29/88

The Stipulation to Withdraw Proof of Claim No. 10725-00341 filed by Claimant [DE 5052] came before the Court for consideration. No notice being necessary and good cause appearing, it is

- ORDERED approving the Stipulation:
- Proof of Claim No. 10725-00341 filed by Claimant is withdrawn; and
- No further notice is required to be provided to Claimant, and Claimant will receive no distributions from the USACM Liquidating Trust on account of Proof of Claim No. 10725-00341.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
  Susan M. Freeman
  Rob Charles
*Attorneys for USACM Liquidating Trust*

APPROVED:

Mary H. Cross
Trustee for Trust DTD 12/29/88
1474 Wessex Circle
Reno, Nevada 89503-1542

2

1860476.1