Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com

Attorneys for Debtors

**E-FILED ON OCTOBER 25, 2007**

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **USA SECURITIES, LLC'S SECOND REPORT OF ACTION TAKEN AND PROGRESS TOWARDS CONSUMMATION OF CONFIRMED PLAN OF REORGANIZATION**<br><br>**(Affects USA Securities, LLC)** |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☒ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1    USA Securities, LLC ("USA Securities"), by and through its counsel, hereby submits this

2    Second Report of Action Taken and Progress Towards Consummation of Confirmed Plan of

3    Reorganization ("Second Report").  This Second Report is submitted pursuant to Article VIII,

4    Section T of the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization (the "Plan"),

5    Paragraph 74 of the Court's "Order Confirming the Debtors' 'Third Amended Joint Chapter 11

6    Plan of Reorganization,' as Modified Herein" (Docket No. 2376) (the "Confirmation Order"), and

7    the Court's Order dated April 30, 2007 (Docket No. 3627).  The Plan became effective on March

8    12, 2007 (the "Effective Date").  USA Securities filed its First Report of Action Taken and

9    Progress Towards Consummation of Confirmed Plan of Reorganization ("First Report") on July

10    16, 2007, covering the period of March 13, 2007, through June 30, 2007.  This Second Report

11    covers the period of July 1, 2007, through September 30, 2007. [1]

12    **I.    Summary of Resolution of Proofs of Claim Filed Against USA Securities**

13    As of the filing of the First Report, USA Securities had resolved all of the proofs of claims

14    filed against it with the exception of amended claims number 10729-00024, 10729-00025, and

15    10729-00026 all filed by the Pension Benefit Guaranty Corporation ("PBGC").  USA Securities

16    filed objections to the PBGC's claims on June 29, 2007, whereby USA Securities denied all

17    liability on account of these claims.  By Stipulation and Order dated July 27, 2007 (Docket No.

18    4232), the PBGC agreed to withdraw its claims against USA Securities with prejudice.  Thus, all

19    proofs of claim filed against USA Securities have now been resolved.

20    **II.    Summary of Resolution of Scheduled Claims**

21    As discussed in the First Report, USA Securities is not required to make distributions on

22    account of any of the claims originally listed on its Schedules.

23    **III.    Resolution of Motions, Contested Matters, and Adversary Proceedings**

24    As of the filing of the First Report, all motions, contested matters, and/or adversary

25    proceedings involving USA Securities had been resolved with the exception of (A) the USA

26

27

28

---

1 Unless otherwise provided herein, all capitalized words and terms are defined in the confirmed Plan.

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  Securities Professionals' final fee applications, and (B) a "conditional" adversary proceeding

2  which was filed by Compass against, in relevant part, all of the Debtors on July 7, 2007,

3  designated as Adversary Proceeding No. 07-01105 ("Compass Proceeding").

4        a.      Final Fee Applications.  A hearing on the USA Securities Professionals'

5  Final Fee Applications was held on August 7, 2007, and all matters related to those

6  Applications were concluded at that time.  The Court granted the USA Securities

7  Professionals' Fee Application by Orders dated August 15, 2007, (Docket Nos. 4505 and

8  4506) and August 16, 2007 (Docket No. 4570).  The Court also authorized USA Securities

9  to make distributions to the USA Securities Professionals from the Ordered Expense

10  Reserve, which distributions have been made.  Therefore, there are no remaining issues with

11  regards to the USA Securities Professionals' Final Fee Applications.

12        b.      Compass Proceeding.  USA Securities still has not been served with the

13  Complaint in the Compass Proceeding.  Compass, however, has recently informed USA

14  Securities that it will be filing a notice dismissing USA Securities from the Compass

15  Proceeding.   Thus, this issue will shortly be resolved meaning that the USA Securities'

16  estate can then be closed and USA Securities can be dissolved as an entity.

17

18    Respectfully submitted this 25th day of October, 2007.

19

20        /s/    Lenard E. Schwartzer, Esq.
       Lenard E. Schwartzer, Nevada Bar No. 0399
       Jeanette E. McPherson, Nevada Bar No. 5423

21     SCHWARTZER & MCPHERSON LAW FIRM
       2850 South Jones Boulevard, Suite 1

22     Las Vegas, Nevada  89146

23     and

24
       Annette W. Jarvis, Utah Bar No. 1649

25     Steven C. Strong, Utah Bar No. 6340
       RAY QUINNEY & NEBEKER P.C.

26     36 South State Street, Suite 1400
       P.O. Box 45385

27     Salt Lake City, Utah 84145-0385

951214

28