

**Entered on Docket**
**October 26, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

_Attorneys for USACM Liquidating Trust_

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br><br>                  Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>Date of Hearing: October 15, 2007<br>Time of Hearing: 9:30 a.m. |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

228495.1

1
2

**ORDER SUSTAINING THE USACM LIQUIDATING TRUST'S OBJECTION TO CLAIM NO(S). 10725-01344 AND 10725-01345 FILED BY LOFTFIELD REVOCABLE LIVING TRUST AS IMPROPERLY ASERTING SECURED STATUS**

3

4

5

Loftfield Revocable Living Trust filed Proof of Claim No(s). 10725-01344 and 10725-01345, which asserted a secured claim(s) against USA Commercial Mortgage Company ("USACM").

6

7

8

9

10

The USACM Liquidating Trust (the "USACM Trust") filed its Eighteenth Omnibus Objection [DE 3168] (the "Objection"), which challenged Loftfield Revocable Living Trust's assertion of secured status and sought to have the Court reclassify Loftfield Revocable Living Trust's claim(s) as a general unsecured claim(s).  The Appropriate notice of the Objection was given.

11

12

13

Loftfield Revocable Living Trust sent an informal response opposing the Objection directly to counsel for the USACM Trust.  That informal response was not filed with the Court.

14

15

16

17

18

19

20

The USACM Trust filed its Motion for Summary Judgment Regarding (1) Responses to the USACM Trust's First Through Thirty-Third Omnibus Objections to Claims Asserting a Secured Status; (2) Responses to USACM Trust's First through Third Omnibus Objections to Claims Asserting a Priority Status; and (3) Newly Alleged Secured and Priority Claims (the "Motion") [DE 4291].  The Motion sought summary judgment on the Objection and asked that the Court sustain the Objection.  Appropriate notice of the Motion was given to Loftfield Revocable Living Trust.

21

22

Loftfield Revocable Living Trust did not respond to the Motion.

23

The Court heard the Motion on October 15, 2007.  Loftfield Revocable Living Trust did not appear at the hearing to contest the Motion.

24

25

Based upon the foregoing and good cause appearing,

**IT IS HEREBY ORDERED:**

26

1.      Granting the Motion [DE 4291] as it relates to Proof of Claim No(s). 10725-01344 and 10725-01345 filed by Loftfield Revocable Living Trust;

2.      Sustaining the Eighteenth Objection [DE 3168] as it relates to Proof of Claim No(s). 10725-01344 and 10725-01345 filed by Loftfield Revocable Living Trust; and

3.      Reclassifying Proof of Claim No(s). 10725-01344 and 10725-01345 filed by Loftfield Revocable Living Trust as a general unsecured claim(s) subject to further objection by the USACM Liquidating Trust.

# # #

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By:   /s/ RC (#0006593)
        Susan M. Freeman (pro hac vice)
        Rob Charles
        John Hinderaker (pro hac vice)
*Attorneys for USACM Liquidating Trust*

228495.1

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐     The Court waived the requirements of LR 9021.

☐     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐     approved the form of this order;

      ☐    waived the right to review the order;

      ☐    failed to file and serve papers in accordance with LR 9021(c); and/or

      ☐    failed to sign and return this proposed order within five (5) business days in accordance with LR 9021(b).

☐     I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order.

☒     No opposition was filed and no other party or counsel appeared at the hearing.

**LEWIS AND ROCA LLP**

By:    /s/ RC (#0006593)
      Susan M. Freeman
      Rob Charles
*Attorneys for USACM Liquidating Trust*

228495.1