**LEWIS** AND
**ROCA** LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

E-Filed on 10/26/07

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | **NOTICE OF ENTRY OF ORDER SUSTAINING THE USACM LIQUIDATING TRUST'S OBJECTION TO CLAIM NOS. 10725-00609, 10725-00610 AND 10725-00611 FILED BY CELSO ACOSTA AS IMPROPERLY ASSERTING SECURED STATUS** |
| USA SECURITIES, LLC,<br>    Debtors. | |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

**PLEASE TAKE NOTICE** that an Order Sustaining the USACM Liquidating Trust's Objection to Claim Nos. 10725-00609, 10725-00610, and 10725-00611 Filed by Celso Acosta as Improperly Asserting Secured Status [DE 5073] was entered on the 25th day of October 2007, a true and correct copy of which is attached hereto as Exhibit A.

1876032.1

LEWIS AND ROCA LLP
LAWYERS

RESPECTFULLY SUBMITTED October 26, 2007.

**LEWIS AND ROCA LLP**

By  /s/ RC (#006593)
  Susan M. Freeman
  Rob Charles
  *Attorneys for USACM Liquidating Trust*

PROOF OF SERVICE

Copy of the foregoing mailed by First Class, US Mail, postage prepaid on October 26, 2007 to the following interested party:

Celso Acosta
9061 Black Elk Ave.
Las Vegas, NV 89143-1180

 /s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca

2

1876032.1