

**Entered on Docket**
**October 29, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

| | | |
|---|---|---|
| **LEWIS AND ROCA LLP** | **ORRICK, HERRINGTON & SUTCLIFFE LLP** | **SNELL & WILMER, LLP** |
| Susan M. Freeman (AZ 4199) | Marc A. Levinson (CA 57613) | Robert R. Kinas (NV 06019) |
| *pro hac vice* | *pro hac vice* | Claire Dossier (NV 10030) |
| Rob Charles (NV 6593) | Jeffery D. Hermann (CA 90445) | 3883 Howard Hughes Parkway |
| Anne M. Loraditch (NV 8164) | *pro hac vice* | Suite 1100 |
| 530 Las Vegas Boulevard South | 400 Capitol Mall | Las Vegas, Nevada 89169 |
| Las Vegas, Nevada 89101 | Sacramento, California 95814 | Telephone: (702) 784-5200 |
| Telephone (702) 385-3373 | Telephone: (916) 447-9200 | Facsimile: (702) 784-5252 |
| Facsimile (702) 385-9447 | Facsimile: (916) 329-4900 | Email: rkinas@swlaw.com |
| Email: sfreeman@lrlaw.com | Email: malevinson@orrick.com | cdossier@swlaw.com |
| rcharles@lrlaw.com | jhermann@orrick.com | |
| aloraditch@lrlaw.com | | |
| *Attorneys for USACM Liquidating Trust* | *Attorneys for USA Capital Diversified Trust Deed Fund, LLC* | |

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| | |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| | |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| | |
| USA SECURITIES, LLC, | **ORDER SUSTAINING OBJECTION OF USACM TRUST TO JANE FELD'S CLAIM FILED IN WRONG DEBTOR'S CASE; AND SUSTAINING OBJECTION OF DTDF TO PROPOSED ALLOWANCE OF CLAIM** |
| Debtors. | |
| **Affects:** | |
| ☐ All Debtors | |
| ☒ USA Commercial Mortgage Company | |
| ☐ USA Capital Realty Advisors, LLC | Hearing Date: October 15, 2007 |
| ☒ USA Capital Diversified Trust Deed Fund, LLC | Hearing Time: 9:30 a.m. |
| ☐ USA Capital First Trust Deed Fund, LLC | |
| ☐ USA Securities, LLC | |

The Court having considered the "Objection of USACM Trust to Jane Feld's Claim Filed in Wrong Debtor's Case; Objection of DTDF to Proposed Allowance of Claim" [Docket No. 4711] (the "Objection"); with appearances as set forth in the record at the hearing noted above; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS HEREBY ORDERED** that:

1. The Objection is sustained;

2. Proof of Claim No. 10725-00452 is disallowed in its entirety as against USA Commercial Mortgage and USA Capital Diversified Trust Deed Fund, LLC ("DTDF"); and

3. Jane Feld's equity interest in DTDF is allowed in the amount of $48,047.32, as reflected in DTDF's books and records as of April 13, 2006.

PREPARED AND RESPECTFULLY SUBMITTED BY:

| **LEWIS AND ROCA LLP** | **SNELL & WILMER, LLP** |
|---|---|
| By  /s/ Anne M. Loraditch (008164)<br>    Susan M. Freeman<br>    Rob Charles<br>    Anne M. Loraditch<br>530 Las Vegas Boulevard South<br>Las Vegas, Nevada 89101<br>Telephone: (702) 385-3373<br>Facsimile: (702) 385-5024<br><br>*Attorneys for USACM Liquidating Trust* | By  /s/ Claire Dossier (010030)<br>    Robert R. Kinas<br>    Claire Dossier<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>Telephone (702) 784-5200<br>Facsimile (702) 784-5252<br>    and<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>Marc A. Levinson<br>Jeffery D. Hermann<br>400 Capitol Mall, Suite 3000<br>Sacramento, California 95814-4497<br>Telephone: (916) 447-9200<br>Facsimile: (916) 329-4900<br><br>*Attorneys for USA Capital Diversified Trust Deed Fund, LLC* |

## RULE 9021 DECLARATION

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.
☐ I have delivered a copy of the proposed order to the Office of the United States Trustee and the parties who filed papers in response to the Objection or appeared at the hearing noted above, and each has:

    ☐ approved the form of this order; and/or
    ☐ waived the right to review the order; and/or
    ☐ failed to file and serve papers in accordance with LR 9021(c); and
    the following have disapproved the form of the order:
        n/a

☒ No opposition was filed to the objection and no other party or counsel appeared at the hearing.

**LEWIS AND ROCA, LLP**

By:  s/ Anne M. Loraditch
    Anne M. Loraditch (Nevada Bar No. 8164)
    530 Las Vegas Boulevard South
    Las Vegas, Nevada 89101

# # #

3

378776_1.TMP