

**Entered on Docket
October 29, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | |
| | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Date of Hearing: October 15, 2007 |
| | Time of Hearing: 9:30 a.m. |
| USA SECURITIES, LLC, | |
| Debtors. | |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

228485.1

**ORDER SUSTAINING THE USACM LIQUIDATING TRUST'S OBJECTION TO CLAIM NO(S). 10725-00723-1, AS AMENDED BY 10725-00723-2, 10725-00751, 10725-01683-1, AS AMENDED BY 10725-01683-2, AS AMENDED BY 10725-01683-3 AND 10725-01684 FILED BY JAMES E. MCKNIGHT AS IMPROPERLY ASERTING SECURED STATUS**

James E. McKnight filed Proof of Claim No(s). 10725-00723-1, as amended by 10725-00723-2, 10725-00751, 10725-01683-1, as amended by 10725-01683-2, as amended by 10725-01683-3 and 10725-01684, which asserted a secured claim(s) against USA Commercial Mortgage Company ("USACM").

The USACM Liquidating Trust (the "USACM Trust") filed its Twenty-First Omnibus Objection [DE 3174] (the "Objection"), which challenged James E. McKnight's assertion of secured status and sought to have the Court reclassify James E. McKnight's claim(s) as a general unsecured claim(s). The Appropriate notice of the Objection was given.

James E. McKnight filed a Response to the Objection [DE 3488].

The USACM Trust filed its Motion for Summary Judgment Regarding (1) Responses to the USACM Trust's First Through Thirty-Third Omnibus Objections to Claims Asserting a Secured Status; (2) Responses to USACM Trust's First through Third Omnibus Objections to Claims Asserting a Priority Status; and (3) Newly Alleged Secured and Priority Claims (the "Motion") [DE 4291]. The Motion sought summary judgment on the Objection and asked that the Court sustain the Objection. Appropriate notice of the Motion was given to James E. McKnight.

James E. McKnight did not respond to the Motion.

The Court heard the Motion on October 15, 2007. James E. McKnight did not appear at the hearing to contest the Motion.

Based upon the foregoing and good cause appearing,

2

228485.1

**IT IS HEREBY ORDERED:**

1. Granting the Motion [DE 4291] as it relates to Proof of Claim No(s). 10725-00723-1, as amended by 10725-00723-2, 10725-00751, 10725-01683-1, as amended by 10725-01683-2, as amended by 10725-01683-3 and 10725-01684 filed by James E. McKnight;

2. Sustaining the Twenty-First Objection [DE 3174] as it relates to Proof of Claim No(s). 10725-00723-1, as amended by 10725-00723-2, 10725-00751, 10725-01683-1, as amended by 10725-01683-2, as amended by 10725-01683-3 and 10725-01684 filed by James E. McKnight; and

3. Reclassifying Proof of Claim No(s). 10725-00723-1, as amended by 10725-00723-2, 10725-00751, 10725-01683-1, as amended by 10725-01683-2, as amended by 10725-01683-3 and 10725-01684 filed by James E. McKnight as a general unsecured claim(s) subject to further objection by the USACM Liquidating Trust.

# # #

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman (pro hac vice)
    Rob Charles
    John Hinderaker (pro hac vice)
*Attorneys for USACM Liquidating Trust*

228485.1

1  CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

2  In accordance with Local Rule 9021, the undersigned certifies:

3  ☐   The Court waived the requirements of LR 9021.

4  ☐   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐   approved the form of this order;

   ☐   waived the right to review the order;

   ☐   failed to file and serve papers in accordance with LR 9021(c); and/or

   ☐   failed to sign and return this proposed order within five (5) business days in accordance with LR 9021(b).

☐   I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order.

☒   No opposition was filed and no other party or counsel appeared at the hearing.

**LEWIS AND ROCA LLP**

By:   /s/ RC (#0006593)
      Susan M. Freeman
      Rob Charles
*Attorneys for USACM Liquidating Trust*

228485.1