LEWIS
AND
ROCA
——LLP——
L A W Y E R S

E-Filed on 10/29/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169-5996
Facsimile No.: (702) 949-8321
Telephone: (702) 949-8320

Rob Charles NV State Bar No. 006593
E-mail:  rcharles@lrlaw.com
Susan M. Freeman AZ State Bar No. 004199
E-mail:  sfreeman@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email:  jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br><br>                    Debtors, | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725-LBR<br><br>Judge Linda B. Riegle Presiding<br><br>**USACM LIQUIDATING TRUST'S MOTION FOR SUMMARY JUDGMENT TO CLASSIFY CLAIM BY PECOS PROFESSIONAL PARK LIMITED PARTNERSHIP IN PLAN CLASS A-7** |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

USACM Liquidating Trust ("USACM Trust") moves for summary judgment on its

Motion to Classify Claims Filed by Pecos Professional Park Limited Partnership ("Pecos")

in Plan Class A-7 [DE 3081] (the "Objection").  Pecos asserts an unsecured claim (Claim

No. 751-2) arising out of the alleged breach of an unexpired lease by USACM ("Pecos

Claim").  Under the confirmed Third Amended Joint Chapter 11 Plan of Reorganization

("Plan"), the Pecos Claim is subject to treatment in Class A-7 as a Subordinated Claim

because Pecos is a "Non-Debtor Insider" as defined by the Plan.  This Motion is supported

228806.1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

by the Court's record, the following Memorandum of Points and Authorities, and the Statement of Facts filed simultaneously in support of the Motion ("SOF").

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.    JURISDICTION

The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 1334 and 157. Venue is appropriate under 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding under 28 U.S.C. § 157(b)(2)(B).  The statutory predicate for the relief requested herein are 11 U.S.C. §§ 502, 510(c), 1142 and Bankruptcy Rule 3007.

### II.    UNDISPUTED FACTS

#### A.    The Plan

On January 8, 2007, the Court entered an order confirming the Plan [DE 2376]. Pecos filed no objection to Plan confirmation, and the Plan is effective and binding, as no stay has been entered pending appeal.

Under the Plan, "any and all Claims of Non-Debtor Insiders against USACM" are "Subordinated Claims."[1]   "Non-Debtor Insiders" are defined as any Insider that is not a Debtor, and expressly includes, without limitation, the IP Parties, any Affiliate of the Debtors and the IP Parties, and Insiders of the IP Parties.[2]   The "IP Parties" are defined to mean Joseph Milanowski, Thomas Hantges, Paul Hamilton, and USA Investment Partners, LLC ("USAIP").[3]   "Insider" includes any partnership in which the person is a general partner, or corporation of which the person is a director, officer, or person in control.[4]

Under the Plan, all payment to holders of Allowed Subordinated Claims is subordinated to the payment in full, plus interest, of all Allowed Penalty Claims, which in turn are subordinated to the payment in full, plus interest, of all Allowed General

---

[1] Plan § 1.A.126.
[2] Plan § 1.A.99.
[3] Plan § 1.A.92.
[4] Plan § I.A.88.

2

LEWIS
AND
ROCA
——— LLP ———
L A W Y E R S

1  Unsecured Claims.[5]   The Plan explains that no distribution to holders of Allowed

2  Subordinated Claims is anticipated.[6]

3  **B.    Pecos and Its Claim**

4  Pecos filed Proof of Claim No. 751-2, which asserted an unsecured claim for

5  $470,080.98 arising out of an unexpired lease it entered into with USACM (the "Pecos

6  Lease").[7]   A copy of the Pecos Lease is attached to Proof of Claim No. 751-2.[8]   The

7  signature block for the Pecos Lease is signed for Pecos by Thomas A. Hantges, President

8  of USA Development, Inc. as General Partner for Pecos:[9]  (SOF ¶ 5.)

9  **TENANT:**                                    **LANDLORD:**

10  USA Commercial Mortgage Company          Pecos Professional Park Limited
                                             Partnership

11

12  By _____              By  USA Development, Inc., a
                                                 Nevada corporation, General Partner
13     Joseph D. Milanowski, President

14                                           By: _____
                                                 Thomas A. Hantges, President
15

16  Pecos is a limited partnership organized under Nevada law.[10]   Nevada public

17  records confirm that one of Pecos' general partners is USA Development, Inc.[11]   Nevada

18  public records show that USA Development, Inc. in turn is controlled by Hantges, as

19  president and secretary.[12]

20  **III.    THE PECOS CLAIM IS A SUBORDINATED CLAIM**

21  Rule 56 of the Federal Rules of Civil Procedure, made applicable here by

22  Bankruptcy Rules 9014(c) and 7056, mandates entry of summary judgment where the

23  moving party demonstrates the absence of a genuine issue of material fact and entitlement

24  _____
   [5] Plan § II.C.1.g.
25  [6] *Id.*
   [7] SOF ¶ 1.
26  [8] SOF ¶ 1.
   [9] SOF ¶ 1.
27  [10] SOF ¶ 2.
   [11] SOF ¶ 2.
28  [12] SOF ¶ 3.

3

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

1   to judgment as a matter of law.[13]  Once the USACM Trust moves for summary judgment

2   the burden shifts to Pecos to present specific facts and law showing that there is a genuine

3   issue for trial.[14]

4          The public records and the Pecos Lease demonstrate that Pecos is a "Non-Debtor

5   Insider" as defined by the Plan because it is controlled by Thomas Hantges as the

6   president of USA Development, Inc.[15]   Accordingly, the Pecos Claim is classified as a

7   member of Class A-7, Subordinated Claims under the terms of the Plan and should be

8   reclassified by the Court accordingly.[16]

9   **IV.    CONCLUSION**

10         The USACM Trust asks that the Court grant this motion for summary judgment

11  and, consequently, sustain the Objection, reclassify the Pecos Claim as a Class A-7

12  Subordinated Claim under the Plan, and grant any other relief the Court considers just and

13  proper.

14         Dated October 29, 2007.

15                              **LEWIS AND ROCA LLP**

16

17                              By /s/ RC (#006593)
                                          Susan M. Freeman, AZ 4199 (pro hac vice)
18                                         Rob Charles, NV 6593
                                           John Hinderaker, AZ 018024 (pro hac vice)
19                                         *Attorneys for the USACM Liquidating Trust*

20

21

22

23

24

25

26  _____
    [13] Fed. R. Civ. P. 56(c); Fed. R. Bank. P. 7056; *Celotex Corp. v. Catrett*, 477 U.S. 317,
    322 (1986).
27  [14] *Henderson v. City of Simi Valley*, 305 F.3d 1052, 1055-56 (9th Cir. 2002).
    [15] *See* Section II.A, above.
28  [16] Plan § II.C.1.g.

                                     4

228806.1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

1   Copy of the foregoing served on October 29, 2007, via email where an email address is
2   listed, and if no email address is listed, then by first class mail, postage paid, addressed to:

3   Pecos Professional Park Limited Partnership
    c/o Jeffrey R. Sylvester, Esq.
4   Email: jeff@sylvesterpolednak.com
    Sylvester & Polednak, Ltd.
5   7371 Prairie Falcon Road, Suite 120
    Las Vegas, NV 89128

6   Robbin L. Itkin, Esq.
    Email: nitkin@steptoe.com
7   Steptoe & Johnson LLP
    2121 Avenue of the Stars, Suite 2800
8   Los Angele,s CA  90067
    Attorneys for Michael Carmel, trustee for Hantges estate
9
    Deborah Williamson, Esq.
10  Email: dwilliamson@coxsmith.com
    112 East Pecan, Suite 1800
11  San Antonio, TX  78205
    Attorneys for Ford Elsaesser, trustee for Milanowski estate
12

13  By: /s/ Renee Creswell
    Renee Creswell
14  Lewis and Roca LLP

15

16

17

18

19

20

21

22

23

24

25

26

27

28

228806.1