LEWIS AND ROCA LLP LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169-5996
Facsimile No.: (702) 949-8321
Telephone: (702) 949-8320

Rob Charles NV State Bar No. 006593
E-mail:  rcharles@lrlaw.com
Susan M. Freeman AZ State Bar No. 004199
E-mail:  sfreeman@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email:  jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 10/29/07

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br><br>                                Debtors,<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725-LBR<br><br>Judge Linda B. Riegle Presiding<br><br>**STATEMENT OF FACTS IN SUPPORT OF USACM LIQUIDATING TRUST'S MOTION FOR SUMMARY JUDGMENT TO CLASSIFY CLAIM BY PECOS PROFESSIONAL PARK LIMITED PARTNERSHIP IN PLAN CLASS A-7** |

USACM Liquidating Trust ("USACM Trust") files this Statement of Facts in Support of its Motion for Summary Judgment to Classify Claim by Pecos Professional Park Limited Partnership in Plan Class A-7.  This Statement of Facts is supported by the attached exhibits.  The following facts are material to the Motion and are undisputed.

1. Pecos filed Proof of Claim No. 10725-00752-2, which asserted an unsecured claim for $470,080.98 arising out of an unexpired lease it entered into with USACM (the "Pecos Lease").  A copy of Proof of Claim No. 10725-00752-2 is attached hereto as **Exhibit 1**.  A copy of the Pecos Lease is attached to Proof of Claim No. 10725-00752-2.

228906.1

The signature block for the Pecos Lease is signed for Pecos by Thomas A. Hantges, President of USA Development, Inc. as General Partner for Pecos:

**TENANT:**

USA Commercial Mortgage Company

By /s/ Joseph D. Milanowski
Joseph D. Milanowski, President

**LANDLORD:**

Pecos Professional Park Limited Partnership

By USA Development, Inc, a Nevada corporation, General Partner

By: /s/ Thomas A. Hantges
Thomas A. Hantges, President

*See* Pecos Lease, **Exhibit 1, attached.**

    2.    Pecos is a limited partnership organized under Nevada law. One of Pecos' general partners is USA Development, Inc. Declaration of Kim Cady ("Cady Decl.") ¶ 3, attached as Exhibit 2.

    3.    USA Development, Inc. is controlled by Hantges, as its president and secretary. Cady Decl. ¶ 4.

Dated October 29, 2007.

**LEWIS AND ROCA LLP**

By /s/ RC (#006593)
    Susan M. Freeman, AZ 4199 (pro hac vice)
    Rob Charles, NV 6593
    John Hinderaker, AZ 018024 (pro hac vice)
*Attorneys for the USACM Liquidating Trust*

228906.1

LEWIS AND ROCA LLP
LAWYERS

1  Copy of the foregoing served on October 29, 2007, via email where an email address is
   listed, and if no email address is listed, then by first class mail, postage paid, addressed to:
2
   Pecos Professional Park Limited Partnership
3  c/o Jeffrey R. Sylvester, Esq.
   Email: jeff@sylvesterpolednak.com
4  Sylvester & Polednak, Ltd.
   7371 Prairie Falcon Road, Suite 120
5  Las Vegas, NV 89128

6  Robbin L. Itkin, Esq.
   Email: nitkin@steptoe.com
7  Steptoe & Johnson LLP
   2121 Avenue of the Stars, Suite 2800
8  Los Angele,s CA  90067
   Attorneys for Michael Carmel, trustee for Hantges estate
9
   Deborah Williamson, Esq.
10 Email: dwilliamson@coxsmith.com
   112 East Pecan, Suite 1800
11 San Antonio, TX  78205
   Attorneys for Ford Elsaesser, trustee for Milanowski estate
12

13 By: /s/ Renee Creswell
   Renee Creswell
14 Lewis and Roca LLP

3

228906.1