# EXHIBIT 2

LEWIS AND ROCA LLP
LAWYERS

E-Filed on 10/29/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile No.: (702) 949-8321
Telephone: (702) 949-8320

Rob Charles NV State Bar No. 006593
E-mail: rcharles@lrlaw.com
Susan M. Freeman AZ State Bar No. 004199
E-mail: sfreeman@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED FUND, LLC,

USA SECURITIES, LLC,

                                Debtors,

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under Case No. BK-S-06-10725-LBR

Judge Linda B. Riegle Presiding

**DECLARATION OF KIMBERLY SUE CADY**

I, Kimberly Sue Cady, declare that the following statements are true and correct under penalty of perjury:

1. I am a paralegal for Lewis and Roca LLP.

2. I reviewed the public records available on the Nevada Secretary of State's website regarding Pecos Professional Park Limited Partnership, USA Development, Inc. and Institutional Equity Partners, LLC.

3. The Nevada Secretary of State's website indicates that Pecos Professional Park Limited Partnership is a domestic limited partnership organized under Nevada law

228897.1

LEWIS AND ROCA LLP LAWYERS

1. and that one of Pecos Professional Park Limited Partnership's general partners is USA Development, Inc. Attached as **Exhibit A** is a copy of the information available on the Nevada Secretary of State's website for Pecos Professional Park Limited Partnership.

4. The Nevada Secretary of State's website indicates that USA Development, Inc. is controlled by Thomas A. Hantges as the president and the secretary of USA Development, Inc. Attached as **Exhibit B** is a copy of the information available on the Nevada Secretary of State's website for USA Development, Inc.

5. The Nevada Secretary of State's website indicates that Institutional Equity Partners, LLC is managed by USA Investment Partners, Inc. Attached as **Exhibit C** is a copy of the information available on the Nevada Secretary of State's website for Institutional Equity Partners, LLC.

Dated October 29, 2007.

Kimberly Sue Cady

2

228897.1