# EXHIBIT A

EXHIBIT A

# PECOS PROFESSIONAL PARK LIMITED PARTNERSHIP

## Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Active on 11/21/2006 | File Date: | 10/28/1992 |
| Type: | Domestic Limited Partnership | Corp Number: | LP1070-1992 |
| Qualifying State: | NV | List of Officers Due: | 10/31/2007 |
| Managed By: | | Expiration Date: | 10/28/2042 |

## Resident Agent Information

| | | | |
|---|---|---|---|
| Name: | VICTORIA S LOOB | Address 1: | 4525 S SANDHILL STE 114 |
| Address 2: | | City: | LAS VEGAS |
| State: | NV | Zip Code: | 89121 |
| Phone: | | Fax: | |
| Email: | | Mailing Address 1: | |
| Mailing Address 2: | | Mailing City: | |
| Mailing State: | | Mailing Zip Code: | |

## Financial Information

| | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 0 |

**No stock records found for this company**

## Officers

☐ Include Inactive Officers

**General Partner - NEVADA SKIN & CANCER**

| | | | |
|---|---|---|---|
| Address 1: | 4480 S PECOS RD | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89121 | Country: | |
| Status: | Active | Email: | |

**General Partner - USA DEVELOPMENT, INC.**

| | | | |
|---|---|---|---|
| Address 1: | 4484 S PECOS RD | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89121 | Country: | |
| Status: | Active | Email: | |

## Actions\Amendments

| | | | |
|---|---|---|---|
| Action Type: | Certificate of Limited Partnership | | |
| Document Number: | LP1070-1992-001 | # of Pages: | 1 |
| File Date: | 10/28/1992 | Effective Date: | |

(No notes for this action)

| | | | |
|---|---|---|---|
| Action Type: | Amendment | | |
| Document Number: | LP1070-1992-003 | # of Pages: | 1 |
| File Date: | 10/04/1993 | Effective Date: | |

WITHDRAWING GP: USA DEVELOPMENT JHN

| | | | |
|---|---|---|---|
| Action Type: | Amendment | | |
| Document Number: | LP1070-1992-004 | # of Pages: | 1 |
| File Date: | 12/02/1993 | Effective Date: | |

ADDING GP: USA DEVELOPMENT, INC. JHC

| | | | |
|---|---|---|---|
| Action Type: | Resident Agent Change | | |
| Document Number: | LP1070-1992-005 | # of Pages: | 1 |
| File Date: | 01/18/1994 | Effective Date: | |

BASIL J. RAFFA SUITE 263

3900 PARADISE RD. LAS VEGAS NV 89109 JHC

| Action Type: | Resident Agent Change | | |
|---|---|---|---|
| Document Number: | LP1070-1992-006 | # of Pages: | 1 |
| File Date: | 04/06/1994 | Effective Date: | |

VICTORIA S. HESSLING SUITE 263

3900 PARSDISE RD. LAS VEGAS NV 89109 JHC

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | LP1070-1992-010 | # of Pages: | 1 |
| File Date: | 11/17/1997 | Effective Date: | |

(No notes for this action)

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | LP1070-1992-008 | # of Pages: | 1 |
| File Date: | 11/09/1998 | Effective Date: | |

(No notes for this action)

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | LP1070-1992-012 | # of Pages: | 1 |
| File Date: | 11/17/1999 | Effective Date: | |

(No notes for this action)

| Action Type: | Amendment | | |
|---|---|---|---|
| Document Number: | LP1070-1992-007 | # of Pages: | 1 |
| File Date: | 05/31/2002 | Effective Date: | |

REISNTATED/REVOKED 7-1-01 DMM

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | LP1070-1992-011 | # of Pages: | 1 |
| File Date: | 10/24/2002 | Effective Date: | |

(No notes for this action)

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | LP1070-1992-009 | # of Pages: | 1 |
| File Date: | 09/12/2003 | Effective Date: | |

(No notes for this action)

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | LP1070-1992-002 | # of Pages: | 1 |
| File Date: | 10/24/2004 | Effective Date: | |

List of Officers for 2004 to 2005

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 20050491282-13 | # of Pages: | 1 |
| File Date: | 10/19/2005 | Effective Date: | |

(No notes for this action)

| Action Type: | Resident Agent Change | | |
|---|---|---|---|
| Document Number: | 20060784269-74 | # of Pages: | 1 |
| File Date: | 11/20/2006 | Effective Date: | |

(No notes for this action)

| Action Type: | Annual List | | |
|---|---|---|---|
| Document Number: | 20060767828-86 | # of Pages: | 1 |
| File Date: | 11/27/2006 | Effective Date: | |

(No notes for this action)