# EXHIBIT B

# USA DEVELOPMENT, INC.

## Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Default on 9/1/2007 | File Date: | 8/7/1991 |
| Type: | Domestic Corporation | Corp Number: | C6904-1991 |
| Qualifying State: | NV | List of Officers Due: | 8/31/2007 |
| Managed By: | | Expiration Date: | |

## Resident Agent Information

| | | | |
|---|---|---|---|
| Name: | THOMAS A. HANTGES | Address 1: | 4484 SOUTH PECOS ROAD |
| Address 2: | | City: | LAS VEGAS |
| State: | NV | Zip Code: | 89121 |
| Phone: | | Fax: | |
| Email: | | Mailing Address 1: | |
| Mailing Address 2: | | Mailing City: | |
| Mailing State: | | Mailing Zip Code: | |

## Financial Information

| | | | |
|---|---|---|---|
| No Par Share Count: | 2,500.00 | Capital Amount: | $ 0 |

No stock records found for this company

## Officers  ☐ Include Inactive Officers

**President - THOMAS A HANTGES**

| | | | |
|---|---|---|---|
| Address 1: | 4484 S PECOS RD | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89121 | Country: | |
| Status: | Active | Email: | |

**Secretary - THOMAS A HANTGES**

| | | | |
|---|---|---|---|
| Address 1: | 4484 S PECOS RD | Address 2: | |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89121 | Country: | |
| Status: | Active | Email: | |

## Actions\Amendments

| | | | |
|---|---|---|---|
| Action Type: | Articles of Incorporation | | |
| Document Number: | C6904-1991-001 | # of Pages: | 6 |
| File Date: | 08/07/1991 | Effective Date: | |

(No notes for this action)

| | | | |
|---|---|---|---|
| Action Type: | Resident Agent Address Change | | |
| Document Number: | C6904-1991-003 | # of Pages: | 1 |
| File Date: | 12/17/1992 | Effective Date: | |

THOMAS R. BROOKSBANK, ESQ. SUITE 265 TCH
3900 PARADISE ROAD LAS VEGAS NV 89109 TCH

| | | | |
|---|---|---|---|
| Action Type: | Resident Agent Change | | |
| Document Number: | C6904-1991-004 | # of Pages: | 1 |
| File Date: | 10/22/1993 | Effective Date: | |

THOMAS R. BROOKSBANK, ESQ. SUITE 200
3753 HOWARD HUGHES PARKWAY LAS VEGAS NV 89109 TCH

| | | | |
|---|---|---|---|
| Action Type: | Annual List | | |
| Document Number: | C6904-1991-010 | # of Pages: | 1 |

| | File Date: | 08/25/1998 | Effective Date: | |
|---|---|---|---|---|
| (No notes for this action) | | | | |
| | Action Type: | Annual List | | |
| | Document Number: | C6904-1991-009 | # of Pages: | 1 |
| | File Date: | 09/04/1999 | Effective Date: | |
| (No notes for this action) | | | | |
| | Action Type: | Resident Agent Address Change | | |
| | Document Number: | C6904-1991-005 | # of Pages: | 1 |
| | File Date: | 09/07/2000 | Effective Date: | |
| THOMAS A. HANTGES SUITE 263 | | | | |
| 3900 PARADISE ROAD LAS VEGAS NV 89109 APN | | | | |
| | Action Type: | Annual List | | |
| | Document Number: | C6904-1991-008 | # of Pages: | 2 |
| | File Date: | 08/29/2001 | Effective Date: | |
| (No notes for this action) | | | | |
| | Action Type: | Annual List | | |
| | Document Number: | C6904-1991-007 | # of Pages: | 1 |
| | File Date: | 08/14/2002 | Effective Date: | |
| (No notes for this action) | | | | |
| | Action Type: | Annual List | | |
| | Document Number: | C6904-1991-006 | # of Pages: | 1 |
| | File Date: | 08/25/2003 | Effective Date: | |
| (No notes for this action) | | | | |
| | Action Type: | Annual List | | |
| | Document Number: | C6904-1991-002 | # of Pages: | 1 |
| | File Date: | 09/20/2004 | Effective Date: | |
| List of Officers for 2004 to 2005 | | | | |
| | Action Type: | Annual List | | |
| | Document Number: | 20050362983-68 | # of Pages: | 1 |
| | File Date: | 08/10/2005 | Effective Date: | |
| 2005-2006 | | | | |
| | Action Type: | Annual List | | |
| | Document Number: | 20060403458-02 | # of Pages: | 1 |
| | File Date: | 06/26/2006 | Effective Date: | |
| (No notes for this action) | | | | |

# INSTITUTIONAL EQUITY PARTNERS, LLC.

## Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Active | File Date: | 11/13/1997 |
| Type: | Domestic Limited-Liability Company | Corp Number: | LLC4517-1997 |
| Qualifying State: | NV | List of Officers Due: | 11/30/2007 |
| Managed By: | Managers | Expiration Date: | 11/13/2047 |

## Resident Agent Information

| | | | |
|---|---|---|---|
| Name: | VICTORIA S. HESSLING | Address 1: | 4484 S. PECOS ROAD |
| Address 2: | | City: | LAS VEGAS |
| State: | NV | Zip Code: | 89121 |
| Phone: | | Fax: | |
| Email: | | Mailing Address 1: | |
| Mailing Address 2: | | Mailing City: | |
| Mailing State: | | Mailing Zip Code: | |

## Financial Information

| | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 0 |

No stock records found for this company

## Officers

☐ Include Inactive Officers

**Manager - USA INVESTMENT PARTNERS**

| | | | |
|---|---|---|---|
| Address 1: | 4525 S SANDHILL | Address 2: | #114 |
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89121 | Country: | |
| Status: | Active | Email: | |

## Actions\Amendments

| | | | |
|---|---|---|---|
| Action Type: | Articles of Organization | | |
| Document Number: | LLC4517-1997-001 | # of Pages: | 3 |
| File Date: | 11/13/1997 | Effective Date: | |

(No notes for this action)

| | | | |
|---|---|---|---|
| Action Type: | Resident Agent Change | | |
| Document Number: | LLC4517-1997-003 | # of Pages: | 1 |
| File Date: | 12/31/1997 | Effective Date: | |

GOOLD, PATTERSON, DEVORE & RONDEAU
4496 SOUTH PECOS RD. LAS VEGAS NV 89121 TMM

| | | | |
|---|---|---|---|
| Action Type: | Annual List | | |
| Document Number: | LLC4517-1997-008 | # of Pages: | 1 |
| File Date: | 12/06/1998 | Effective Date: | |

(No notes for this action)

| | | | |
|---|---|---|---|
| Action Type: | Annual List | | |
| Document Number: | LLC4517-1997-010 | # of Pages: | 3 |
| File Date: | 11/25/1999 | Effective Date: | |

(No notes for this action)

| | | | |
|---|---|---|---|
| Action Type: | Resident Agent Change | | |
| Document Number: | LLC4517-1997-004 | # of Pages: | 1 |
| File Date: | 06/28/2000 | Effective Date: | |

| VICTORIA S. HESSLING SUITE 263 | | | |
|---|---|---|---|
| 3900 PARADISE RD LAS VEGAS NV 89109 RAA | | | |
| Action Type: | Annual List | | |
| Document Number: | LLC4517-1997-009 | # of Pages: | 2 |
| File Date: | 10/11/2000 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | LLC4517-1997-005 | # of Pages: | 1 |
| File Date: | 11/28/2001 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | LLC4517-1997-006 | # of Pages: | 1 |
| File Date: | 10/18/2002 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | LLC4517-1997-007 | # of Pages: | 1 |
| File Date: | 11/19/2003 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | LLC4517-1997-002 | # of Pages: | 1 |
| File Date: | 12/10/2004 | Effective Date: | |
| List of Officers for 2004 to 2005 | | | |
| Action Type: | Annual List | | |
| Document Number: | 20050544179-87 | # of Pages: | 1 |
| File Date: | 11/09/2005 | Effective Date: | |
| (No notes for this action) | | | |
| Action Type: | Annual List | | |
| Document Number: | 20060757175-70 | # of Pages: | 1 |
| File Date: | 11/27/2006 | Effective Date: | |
| 06-07 | | | |