LEWIS AND ROCA LLP
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 10/29/07

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | |
| USA SECURITIES, LLC,<br>    Debtors. | **NOTICE OF ENTRY OF ORDER SUSTAINING THE USACM LIQUIDATING TRUST'S OBJECTION TO CLAIM NO(S). 10725-00615, 10725-00616, 10725-00617, 10725-00647, 10725-00648, 10725-00649, 10725-00676-1 AS AMENDED BY 10725-00676-2, 10725-00699, 10725-00722, 10725-01634, 10725-01635, 10725-01636, 10725-01637, 10725-01905, 10725-00756, 10725-00766, 10725-00797, 10725-00798, 10725-01028, 10725-01029 AND 10725-01037 FILED BY MARCIA J. KNOX LIVING TRUST DATED 8/16/04 AS IMPROPERLY ASSERTING SECURED STATUS** |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

**PLEASE TAKE NOTICE** that an Order Sustaining the USACM Liquidating Trust's Objection to Claim Nos. 10725-00615, 10725-00616, 10725-00617, 10725-00647, 10725-00648, 10725-00649, 10725-00676-1 AS AMENDED BY 10725-00676-2, 10725-00699, 10725-00722, 10725-01634, 10725-01635, 10725-01636, 10725-01637, 10725-

1876258.1

**LEWIS AND ROCA LLP**
LAWYERS

01905, 10725-00756, 10725-00766, 10725-00797, 10725-00798, 10725-01028, 10725-01029 AND 10725-01037 Filed by Marcia J. Knox Living Trust dated 8/16/04 as Improperly Asserting Secured Status [DE 5090] was entered on the 26th day of October 2007, a true and correct copy of which is attached hereto as Exhibit A.

RESPECTFULLY SUBMITTED October 29, 2007.

**LEWIS AND ROCA LLP**

By  /s/ RC (#006593)
    Susan M. Freeman
    Rob Charles
    *Attorneys for USACM Liquidating Trust*

PROOF OF SERVICE

Copy of the foregoing mailed by First Class, US Mail, postage prepaid, on October 29, 2007 to the following interested party:

Marcia J Knox Living Trust Dated 8/16/04
C/O Marcia J Knox Trustee
1885 Vintners Pl
Reno, NV  89519-8334

 /s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca

1876258.1