LEWIS
AND
ROCA
LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 10/30/07

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|

In re:

USA COMMERCIAL MORTGAGE
COMPANY,

USA CAPITAL REALTY ADVISORS,
LLC,

USA CAPITAL DIVERSIFIED TRUST
DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED
FUND, LLC,

USA SECURITIES, LLC,
            Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under Case No.
BK-S-06-10725 LBR

**NOTICE OF ENTRY OF ORDER
SUSTAINING THE USACM
LIQUIDATING TRUST'S
OBJECTION TO CLAIM NOS.10725-
02537, 10725-02538, AND 107275-
02539 FILED BY MARCIA C. AND
HENRY ALBIOL AS IMPROPERLY
ASSERTING SECURED STATUS**

**PLEASE TAKE NOTICE** that an Order Sustaining the USACM Liquidating

Trust's Objection to Claim Nos. 10725-02537, 10725-02538, and 10725-02539 Filed by

Marcia C. and Henry Albiol as Improperly Asserting Secured Status [DE 5099] was

entered on the 29th day of October 2007, a true and correct copy of which is attached

hereto as Exhibit A.

1876638.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

1    RESPECTFULLY SUBMITTED October 30, 2007.

2                                    **LEWIS AND ROCA LLP**

3

4                                    By   /s/ RC (#006593)
5                                         Susan M. Freeman
                                          Rob Charles
6                                    *Attorneys for USACM Liquidating Trust*

7

8    PROOF OF SERVICE

9    Copy of the foregoing mailed by First
10   Class, US Mail, postage prepaid, on
     October 30, 2007 to the following
11   interested party:

12   Marcia C. & Henry Albiol
13   P.O. Box 221356
     Carmel, CA 93922-1256
14

15

16    /s/ Christine E. Laurel
     Christine E. Laurel
17   Lewis and Roca

18

19

20

21

22

23

24

25

26

2