EXHIBIT A

1688943.1



**Entered on Docket**
**October 29, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

_Attorneys for USACM Liquidating Trust_

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br><br>             Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>Date of Hearing:  October 15, 2007<br>Time of Hearing:  9:30 a.m. |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

228554.1

**ORDER SUSTAINING THE USACM LIQUIDATING TRUST'S OBJECTION TO CLAIM NO(S). 10725-02537, 10725-02538 AND 10725-02539 FILED BY MARCIA C. AND HENRY ALBIOL AS IMPROPERLY ASERTING SECURED STATUS**

Marcia C. and Henry Albiol filed Proof of Claim No(s). 10725-02537, 10725-02538 and 10725-02539, which asserted a secured claim(s) against USA Commercial Mortgage Company ("USACM").

The USACM Liquidating Trust (the "USACM Trust") filed its an Objection [DE 4252] (the "Objection"), which challenged Marcia C. and Henry Albiol's assertion of secured status and sought to have the Court reclassify Marcia C. and Henry Albiol's claim(s) as a general unsecured claim(s).

Simultaneously with the Objection, the USACM Trust filed its Motion for Summary Judgment Regarding (1) Responses to the USACM Trust's First Through Thirty-Third Omnibus Objections to Claims Asserting a Secured Status; (2) Responses to USACM Trust's First through Third Omnibus Objections to Claims Asserting a Priority Status; and (3) Newly Alleged Secured and Priority Claims (the "Motion") [DE 4291]. The Motion sought summary judgment on the Objection and asked that the Court sustain the Objection.

Appropriate notice of the Objection and the Motion was given to Marcia C. and Henry Albiol.

Marcia C. and Henry Albiol did not respond to the Objection or the Motion.

At a hearing on October 15, 2007, the Objection and the Motion came before the Court. Marcia C. and Henry Albiol did not appear at the hearing to contest the Objection or the Motion.

Based upon the foregoing and good cause appearing,

**IT IS HEREBY ORDERED:**

1.      Granting the Motion [DE 4291] as it relates to Proof of Claim No(s). 10725-02537, 10725-02538 and 10725-02539 filed by Marcia C. and Henry Albiol;

228554.1

2.      Sustaining the Objection [DE 4252]; and

3.      Reclassifying Proof of Claim No(s). 10725-02537, 10725-02538 and 10725-02539 filed by Marcia C. and Henry Albiol as a general unsecured claim(s) subject to further objection by the USACM Liquidating Trust.

# # #

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**


By:    /s/ RC (#0006593)
          Susan M. Freeman (pro hac vice)
          Rob Charles
          John Hinderaker (pro hac vice)
*Attorneys for USACM Liquidating Trust*

3

228554.1

1    CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

2    In accordance with Local Rule 9021, the undersigned certifies:

3    ☐    The Court waived the requirements of LR 9021.

4    ☐    I have delivered a copy of this proposed order to all counsel who appeared at the
         hearing, any unrepresented parties who appeared at the hearing, and any trustee
5        appointed in this case, and each has approved or disapproved the order, or failed
         to respond, as indicated below:

6

7    ☐    approved the form of this order;

         ☐    waived the right to review the order;
8

         ☐    failed to file and serve papers in accordance with LR 9021(c); and/or
9
         ☐    failed to sign and return this proposed order within five (5) business days
10            in accordance with LR 9021(b).

11   ☐    I have delivered a copy of this proposed order to all attorneys and unrepresented
         parties who appeared at the hearing regarding this matter and/or who filed a
12       written objection and all have either approved the form of this order, waived the
         right to review the order, failed to file and serve papers in accordance with LR
13       9021(c) and the following have disapproved the form of the order.

14   ☒    No opposition was filed and no other party or counsel appeared at the hearing.

15   **LEWIS AND ROCA LLP**

16   By:    /s/ RC (#0006593)
            Susan M. Freeman
17          Rob Charles
     *Attorneys for USACM Liquidating Trust*
18

19

20

21

22

23

24

25

26

4                                                                    228554.1