**LEWIS** AND
**ROCA** LLP
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 10/30/07

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>    Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER SUSTAINING THE USACM LIQUIDATING TRUST'S OBJECTION TO CLAIM NO. 10725-02560-2 AMENDING NO. 10725-02560-1 FILED BY JOHN AND SANDRA BACON AS IMPROPERLY ASSERTING SECURED STATUS** |

**PLEASE TAKE NOTICE** that an Order Sustaining the USACM Liquidating Trust's Objection to Claim No. 10725-02560-2 Amending No. 10725-02560-1 Filed by John and Sandra Bacon as Improperly Asserting Secured Status [DE 5115] was entered on the 29th day of October 2007, a true and correct copy of which is attached hereto as Exhibit A.

1876639.1

LEWIS AND ROCA LLP
LAWYERS

1  RESPECTFULLY SUBMITTED October 30, 2007.

2  **LEWIS AND ROCA LLP**

3

4

5  By  /s/ RC (#006593)
       Susan M. Freeman
       Rob Charles

6  *Attorneys for USACM Liquidating Trust*

7

8  PROOF OF SERVICE

9  Copy of the foregoing mailed by First
10 Class, US Mail, postage prepaid, on
   October 30, 2007 to the following
11 interested party:

12 John & Sandra Bacon
13 2001 Fallsburg WY
   Henderson, NV 89015-3524
14

15

16  /s/ Christine E. Laurel
    Christine E. Laurel
17  Lewis and Roca

18

19

20

21

22

23

24

25

26

2

1876639.1