**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 10/30/07

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | |
| USA SECURITIES, LLC, | **NOTICE OF ENTRY OF ORDER SUSTAINING THE USACM LIQUIDATING TRUST'S OBJECTION TO CLAIM NO. 10725-02535 FILED BY CHARLES E. BROKOP AS IMPROPERLY ASSERTING SECURED STATUS** |
| Debtors. | |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

**PLEASE TAKE NOTICE** that an Order Sustaining the USACM Liquidating Trust's Objection to Claim No. 10725-02535 Filed by Charles E. Brokop as Improperly Asserting Secured Status [DE 5116] was entered on the 29th day of October 2007, a true and correct copy of which is attached hereto as Exhibit A.

1876655.1

LEWIS AND ROCA LLP
LAWYERS

RESPECTFULLY SUBMITTED October 30, 2007.

**LEWIS AND ROCA LLP**

By  /s/ RC (#006593)
  Susan M. Freeman
  Rob Charles
  *Attorneys for USACM Liquidating Trust*

PROOF OF SERVICE

Copy of the foregoing mailed by First Class, US Mail, postage prepaid, on October 30, 2007 to the following interested party:

Charles E. Brokop
13835 N. Tatum Blvd. Suite 9419
Phoenix, AZ 85032-5581

 /s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca