LEWIS
AND
ROCA
LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 10/30/07

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE
COMPANY,

USA CAPITAL REALTY ADVISORS,
LLC,

USA CAPITAL DIVERSIFIED TRUST
DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED
FUND, LLC,

USA SECURITIES, LLC,
　　　　　　Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under Case No.
BK-S-06-10725 LBR

**NOTICE OF ENTRY OF ORDER
SUSTAINING THE USACM
LIQUIDATING TRUST'S
OBJECTION TO CLAIM NOS. 10725-
00091 AND 10725-00174 FILED BY
PAUL L. AND MARIE LINNEY
TRUST DATED 10/25/96 AS
IMPROPERLY ASSERTING
SECURED STATUS**

**PLEASE TAKE NOTICE** that an Order Sustaining the USACM Liquidating Trust's Objection to Claim Nos. 10725-00091 and 10725-00174 Filed by Paul L. and Marie Linney Trust Dated 10/25/96 as Improperly Asserting Secured Status [DE 5108] was entered on the 29th day of October 2007, a true and correct copy of which is attached hereto as Exhibit A.

1876646.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

RESPECTFULLY SUBMITTED October 30, 2007.

**LEWIS AND ROCA LLP**


By ___/s/ RC (#006593)_____
Susan M. Freeman
Rob Charles
*Attorneys for USACM Liquidating Trust*


PROOF OF SERVICE

Copy of the foregoing mailed by First
Class, US Mail, postage prepaid, on
October 30, 2007 to the following
interested party:

Paul L & Marie Linney Trust Dtd 10/25/96
Paul L Linney Trustee
2079 Meritage Dr
Sparks, NV  89434-2102


 /s/ Christine E. Laurel_____
Christine E. Laurel
Lewis and Roca

1876646.1