LEWIS
AND
ROCA
LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 10/30/07

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>     Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER SUSTAINING THE USACM LIQUIDATING TRUST'S OBJECTION TO CLAIM NOS. 10725-00723-1, AS AMENDED BY 10725-00723-2, 10725-00751, 10725-01683-1, AS AMENDED BY 10725-01683-2, AS AMENDED BY 10725-01683-3 AND 10725-01684 FILED BY JAMES E. MCKNIGHT AS IMPROPERLY ASSERTING SECURED STATUS** |

**PLEASE TAKE NOTICE** that an Order Sustaining the USACM Liquidating Trust's Objection to Claim Nos. 10725-00723-1, as amended by 10725-00723-2, 10725-00751, 10725-01683-1, as amended by 10725-01683-2, as amended by 10725-01683-3 and 10725-01684 Filed by James E. McKnight as Improperly Asserting Secured Status

1876652.1

LEWIS
AND

ROCA
LLP

L A W Y E R S

1

2

[DE 5111] was entered on the 29th day of October 2007, a true and correct copy of which

is attached hereto as Exhibit A.

3

          RESPECTFULLY SUBMITTED October 30, 2007.

4

**LEWIS AND ROCA LLP**

5

6

7

By   /s/ RC (#006593)
          Susan M. Freeman
          Rob Charles
     *Attorneys for USACM Liquidating Trust*

8

9

10    PROOF OF SERVICE

11    Copy of the foregoing mailed by First
      Class, US Mail, postage prepaid, on
12    October 30, 2007 to the following
13    interested party:

14    James E. McKnight
15    233 Branch Ave
      Freeport, NY  11520

16

17

18     /s/ Christine E. Laurel
      Christine E. Laurel
      Lewis and Roca
19

20

21

22

23

24

25

26

2

1876652.1