EXHIBIT A

1688943.1



**Entered on Docket**
**October 29, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                             Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>Date of Hearing:  October 15, 2007<br>Time of Hearing:  9:30 a.m. |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

228485.1

Case: 06-10725 lbr    Doc #: 5111    Filed: 10/29/2007    Page: 2 of 4

1
2
3
**ORDER SUSTAINING THE USACM LIQUIDATING TRUST'S OBJECTION TO CLAIM NO(S). 10725-00723-1, AS AMENDED BY 10725-00723-2, 10725-00751, 10725-01683-1, AS AMENDED BY 10725-01683-2, AS AMENDED BY 10725-01683-3 AND 10725-01684 FILED BY JAMES E. MCKNIGHT AS IMPROPERLY ASERTING SECURED STATUS**

4    James E. McKnight filed Proof of Claim No(s). 10725-00723-1, as amended by

5  10725-00723-2, 10725-00751, 10725-01683-1, as amended by 10725-01683-2, as

6  amended by 10725-01683-3 and 10725-01684, which asserted a secured claim(s) against

7  USA Commercial Mortgage Company ("USACM").

8    The USACM Liquidating Trust (the "USACM Trust") filed its Twenty-First

9  Omnibus Objection [DE 3174] (the "Objection"), which challenged James E. McKnight's

10  assertion of secured status and sought to have the Court reclassify James E. McKnight's

11  claim(s) as a general unsecured claim(s).  The Appropriate notice of the Objection was

12  given.

13    James E. McKnight filed a Response to the Objection [DE 3488].

14    The USACM Trust filed its Motion for Summary Judgment Regarding (1)

15  Responses to the USACM Trust's First Through Thirty-Third Omnibus Objections to

16  Claims Asserting a Secured Status; (2) Responses to USACM Trust's First through Third

17  Omnibus Objections to Claims Asserting a Priority Status; and (3) Newly Alleged Secured

18  and Priority Claims (the "Motion") [DE 4291].  The Motion sought summary judgment on

19  the Objection and asked that the Court sustain the Objection.  Appropriate notice of the

20  Motion was given to James E. McKnight.

21    James E. McKnight did not respond to the Motion.

22    The Court heard the Motion on October 15, 2007.  James E. McKnight did not

23  appear at the hearing to contest the Motion.

24    Based upon the foregoing and good cause appearing,

25
26

2

228485.1

**IT IS HEREBY ORDERED:**

1.      Granting the Motion [DE 4291] as it relates to Proof of Claim No(s). 10725-00723-1, as amended by 10725-00723-2, 10725-00751, 10725-01683-1, as amended by 10725-01683-2, as amended by 10725-01683-3 and 10725-01684 filed by James E. McKnight;

2.      Sustaining the Twenty-First  Objection [DE 3174] as it relates to Proof of Claim No(s). 10725-00723-1, as amended by 10725-00723-2, 10725-00751, 10725-01683-1, as amended by 10725-01683-2, as amended by 10725-01683-3 and 10725-01684 filed by James E. McKnight; and

3.      Reclassifying Proof of Claim No(s). 10725-00723-1, as amended by 10725-00723-2, 10725-00751, 10725-01683-1, as amended by 10725-01683-2, as amended by 10725-01683-3 and 10725-01684 filed by James E. McKnight as a general unsecured claim(s) subject to further objection by the USACM Liquidating Trust.

# # #

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By:    /s/ RC (#0006593)
          Susan M. Freeman (pro hac vice)
          Rob Charles
          John Hinderaker (pro hac vice)
*Attorneys for USACM Liquidating Trust*

3

228485.1

1         CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

2 In accordance with Local Rule 9021, the undersigned certifies:

3     ☐    The Court waived the requirements of LR 9021.

4     ☐    I have delivered a copy of this proposed order to all counsel who appeared at the
hearing, any unrepresented parties who appeared at the hearing, and any trustee
5     appointed in this case, and each has approved or disapproved the order, or failed
to respond, as indicated below:

6

7     ☐    approved the form of this order;

            ☐    waived the right to review the order;
8

9             ☐    failed to file and serve papers in accordance with LR 9021(c); and/or

            ☐    failed to sign and return this proposed order within five (5) business days
10               in accordance with LR 9021(b).

11     ☐    I have delivered a copy of this proposed order to all attorneys and unrepresented
parties who appeared at the hearing regarding this matter and/or who filed a
12     written objection and all have either approved the form of this order, waived the
right to review the order, failed to file and serve papers in accordance with LR
13     9021(c) and the following have disapproved the form of the order.

14     ☒    No opposition was filed and no other party or counsel appeared at the hearing.

15 **LEWIS AND ROCA LLP**

16 By:   /s/ RC (#0006593)

17       Susan M. Freeman
      Rob Charles
18 *Attorneys for USACM Liquidating Trust*

19

20

21

22

23

24

25

26

                                  4                            228485.1