**LEWIS** AND
**ROCA** LLP
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 10/30/07

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | **NOTICE OF ENTRY OF ORDER SUSTAINING THE USACM LIQUIDATING TRUST'S OBJECTION TO CLAIM NO. 10725-02505 FILED BY JOSEPH W. AND VICTORIA SABIA AS IMPROPERLY ASSERTING SECURED STATUS** |
| USA SECURITIES, LLC, Debtors. | |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

**PLEASE TAKE NOTICE** that an Order Sustaining the USACM Liquidating Trust's Objection to Claim No. 10725-02505 Filed by Joseph W. and Victoria Sabia as Improperly Asserting Secured Status [DE 5120] was entered on the 29th day of October 2007, a true and correct copy of which is attached hereto as Exhibit A.

1876659.1

LEWIS AND ROCA LLP
LAWYERS

RESPECTFULLY SUBMITTED October 30, 2007.

**LEWIS AND ROCA LLP**


By  /s/ RC (#006593)
     Susan M. Freeman
     Rob Charles
     *Attorneys for USACM Liquidating Trust*


PROOF OF SERVICE

Copy of the foregoing mailed by First Class, US Mail, postage prepaid, on October 30, 2007 to the following interested party:

Joseph W. & Victoria Sabia
2720 E Quail Avenue
Las Vegas, NV 89120


 /s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca

1876659.1