LEWIS AND ROCA LLP
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 10/30/07

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                   Debtors.<br><br>**Affects:**<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**STATUS AND AGENDA FOR NOVEMBER 2, 2007 HEARINGS**<br><br>Date of Hearing: November 2, 2007<br>Time of Hearing: 9:30 a.m. |

**9:30 a.m.**

    1.    **USACM Liquidating Trust's Motion to Classify Claims Filed by Pecos Professional Park Limited Partnership in Plan Class A-7, and Reservation of Counterclaims and Objections** Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (CHARLES, ROB) (Entered: 03/13/2007) **[DE 3081]**

LEWIS
AND
ROCA
LLP
LAWYERS

| | | |
|---|---|---|
| **Opposition Filed:** 04/19/2007 | | Opposition Filed by JEFFREY R. SYLVESTER on behalf of PECOS PROFESSIONAL PARK, LLC [DE 3494] |
| **Status:** | | Hearing rescheduled from 4/26/2007; 6/15/2007; and 9/28/2007 |
| | | Counsel for the USACM Liquidating Trust filed a Motion for Summary Judgment at DE 5122 and 5123. This hearing may be vacated or continued to the hearing on the MSJ, if any. |

   2.    **Objection to Claim 10725-00218 of The Sandler Living Trust in the amount of $25,000.00 with Certificate of Service** *Filed as Secured and in Wrong Debtor's Case; Objection of DTDF to Proposed Allowance of Claim* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4815]

**Opposition Filed:**    None

**Status:**    Counsel for the USACM Liquidity Trust will submit a form of order granting the objection.

   3.    Adv. 6-1256, USA COMMERCIAL MORTGAGE COMPANY et al v. REALE et al **Motion to Strike** *Jury Demand;Memorandum of Points and Authorities* Filed by ANNE M. LORADITCH on behalf of OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC [DE 274]

**Related Filings:** 5/10/2007    Ex Parte Motion for Order Shortening Time *for Motion to Strike Jury Demand; Memorandum of Points and Authorities* Filed by ANNE M. LORADITCH on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC [DE 275].

5/15/2007    Order Granting Ex Parte Application for Order Shortening Time for Hearing on Motion to Strike Jury Demand [DE 290]

**Opposition Filed:** 5/22/2007    Opposition *TO PLAINTIFF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC'S MOTION TO STRIKE JURY DEMAND* Filed by PETER W. GUYON on behalf of BOB ALUM, FRANK J. BELMONTE, JR., JEAN JACQUES BERTHELOT, GARY BRENNAN, WILLIAM F ERRINGTON, HARV GASTALDI, GREAT WHITE INVESTMENTS, NV, INC., VINCENT GREEN, JAYEM FAMILY LTD PARTNERSHIP, AIMEE KEARNS, KLAUS KOPF, ARLENE

1873501.1

LEWIS AND ROCA LLP
LAWYERS

|   |   |   |
|---|---|---|
| | | KRAUS, BERNARD KRAUS, JOSEPH B. LAFAYETTE, JASON G LANDESS, SVEN LEVIN, JACQUES M. MASSA, Betty Phenix, R&N REAL ESTATE INVESTMENTS, R.G.T. MILLER (TRUSTEE), DENNIS F. SIPIORSKI, DAVID STIBOR, KENNETH TRECHT, ROBERT J. VERCHOTA, STEVE WALTERS, RUSSELL J. ZUARDO [DE 323] |
| | **Joinder Filed:** 5/23/2007 | Joinder with Certificate of Service Filed by CRAIG ORROCK [DE 332] |
| | **Reply Filed:** 5/29/2007 | Reply *in Support of Motion to Strike Jury Demand* Filed by ANNE M. LORADITCH on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC [DE 341] |
| | **Status** | Hearing rescheduled from 5/31/2007; 6/22/2007; 7/25/2007; 8/23/2007; and 9/28/2007. The USACM Liquidating Trust is not a party to this matter. |

   4.    **Objection to Claim 1366 of Los Valles Land & Golf LLC** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3076]

|   |   |
|---|---|
| **Opposition Filed:** | None |
| **Related Filing:** 3/13/2007 | Declaration Of: Edward M. Burr *in Support of USACM Liquidating Trust Objections to Proofs of Claim and Motions to Classify Claims* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 3082]. |
| **Stipulation Filed:** 4/18/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Los Valles Land & Golf LLC *Continuing Hearing on Objections to Claim 1366 of Los Valles Land & Golf LLC* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 3484] |
| **Related Filing:** 4/24/2007 | Order Approving Stipulation to Continue the Hearing on Objections to Claim 1366 of LOS VALLES LAND & GOLF LLC [DE 3529] |
| **Stipulation Filed:** 5/30/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Los Valles Land & Golf LLC *Stipulation Continuing Hearing on Objections to Claim 1366 of Los Valles Land & Golf LLC* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 3838] |
| **Related Filing:** | Order Approving Stipulation to Continue the Hearing on |

1873501.1

LEWIS AND ROCA LLP
LAWYERS

| | |
|---|---|
| 5/30/2007 | Objections to Claim 1366 of LOS VALLES LAND & GOLF LLC [DE 3846] |
| **Stipulation Filed:** 7/10/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Los Valles Land & Golf LLC *Continuing Hearing on Objections to Claim 1366 of Los Valles Land & Golf LLC* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4146] |
| **Related Filing:** 7/12/2007 | Order Approving Stipulation to Continue the Hearing on Objections to Claim 1366 of LOS VALLES LAND & GOLF LLC [DE 4152] |
| **Stipulation Filed:** 10/04/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Los Valles Land & Golf LLC *Continuing Hearing on Objections to Claim 1366 of Los Valles Land & Golf LLC* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4933] |
| **Related Filing:** 10/11/2007 | Order Approving Stipulation to Continue the Hearing on Objections to Claim 1366 of Los Valles Land Gold, LLC [DE 4972] |
| **Status:** | Hearing rescheduled from 4/26/2007; 6/15/2007; 7/27/2007 and 10/15/2007. |
| | A stipulation to continue the hearing to November 16, 2007 is being circulated. |

5.    **Omnibus Objection to Claim of Claimants on Exhibit A in the amount of *(Eighteenth Omnibus Objection*** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3168] as it pertains to Los Valles Land and Golf.

| | |
|---|---|
| **Opposition Filed:** | None |
| **Stipulation Filed:** 4/18/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Los Valles Land & Golf LLC *Continuing Hearing on Objections to Claim 1366 of Los Valles Land & Golf LLC* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3484] |
| **Related Filing:** 4/24/2007 | Order Approving Stipulation to Continue the Hearing on Objections to Claim 1366 of LOS VALLES LAND & GOLF LLC [DE 3529] |

1873501.1

LEWIS AND ROCA LLP
LAWYERS

| | | |
|---|---|---|
| **Stipulation Filed:** 5/30/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Los Valles Land & Golf LLC *Stipulation Continuing Hearing on Objections to Claim 1366 of Los Valles Land & Golf LLC* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3838] | |
| **Related Filing:** 5/30/2007 | Order Approving Stipulation to Continue the Hearing on Objections to Claim 1366 of LOS VALLES LAND & GOLF LLC [DE 3846] | |
| 6/29/2007 | Order Sustaining Eighteenth Omnibus Objection of the USACM LIQUIDATING TRUST to Claims Asserting Secured Status [DE 4093] | |
| **Stipulation Filed:** 7/10/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Los Valles Land & Golf LLC *Continuing Hearing on Objections to Claim 1366 of Los Valles Land & Golf LLC* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4146] | |
| 7/12/2007 | Order Approving Stipulation to Continue the Hearing on Objections to Claim 1366 of LOS VALLES LAND & GOLF LLC [DE 4151] | |
| **Stipulation Filed:** 10/04/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Los Valles Land & Golf LLC *Continuing Hearing on Objections to Claim 1366 of Los Valles Land & Golf LLC* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4933] | |
| **Related Filing:** 10/11/2007 | Order Approving Stipulation to Continue the Hearing on Objections to Claim 1366 of Los Valles Land  Gold, LLC [DE 4972] | |
| **Status:** | Hearing rescheduled from 4/26/2007; 6/15/2007; 7/27/2007 and 10/15/2007. | |
| | Counsel is circulating a stipulation to continue the hearing to November 16, 2007. | |

1873501.1

DATED: October 30, 2007.

**LEWIS AND ROCA LLP**

By: /s/ Rob Charles (#6593)
    Susan M. Freeman, AZ 4199 (*pro hac vice*)
    Rob Charles, NV 6593
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Counsel for USACM Liquidating Trust

1873501.1