

**Entered on Docket
October 31, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                          Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>Date of Hearing: October 15, 2007<br>Time of Hearing: 9:30 a.m. |

228500.1

**ORDER SUSTAINING THE USACM LIQUIDATING TRUST'S OBJECTION TO CLAIM NO(S). 10725-02208 FILED BY LARRY L. RIEGER IRA AS IMPROPERLY ASERTING SECURED STATUS**

Larry L. Rieger IRA filed Proof of Claim No(s). 10725-02208, which asserted a secured claim(s) against USA Commercial Mortgage Company ("USACM").

The USACM Liquidating Trust (the "USACM Trust") filed its Twenty-Sixth Omnibus Objection [DE 3184] (the "Objection"), which challenged Larry L. Rieger IRA's assertion of secured status and sought to have the Court reclassify Larry L. Rieger IRA's claim(s) as a general unsecured claim(s). The Appropriate notice of the Objection was given.

Larry L. Rieger IRA sent an informal response opposing the Objection directly to counsel for the USACM Trust. That informal response was not filed with the Court.

The USACM Trust filed its Motion for Summary Judgment Regarding (1) Responses to the USACM Trust's First Through Thirty-Third Omnibus Objections to Claims Asserting a Secured Status; (2) Responses to USACM Trust's First through Third Omnibus Objections to Claims Asserting a Priority Status; and (3) Newly Alleged Secured and Priority Claims (the "Motion") [DE 4291]. The Motion sought summary judgment on the Objection and asked that the Court sustain the Objection. Appropriate notice of the Motion was given to Larry L. Rieger IRA.

Larry L. Rieger IRA did not respond to the Motion as it relates to Proof of Claim No. 10725-02208.

The Court heard the Motion on October 15, 2007. Larry L. Rieger IRA did not appear at the hearing to contest the Motion as it relates to Proof of Claim No. 10725-02208.

Based upon the foregoing and good cause appearing,

228500.1

**IT IS HEREBY ORDERED:**

1. Granting the Motion [DE 4291] as it relates to Proof of Claim No(s). 10725-02208 filed by Larry L. Rieger IRA;

2. Sustaining the Twenty-Sixth Objection [DE 3184] as it relates to Proof of Claim No(s). 10725-02208 filed by Larry L. Rieger IRA; and

3. Reclassifying Proof of Claim No(s). 10725-02208 filed by Larry L. Rieger IRA as a general unsecured claim(s) subject to further objection by the USACM Liquidating Trust.

# # #

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
　　Susan M. Freeman (pro hac vice)
　　Rob Charles
　　John Hinderaker (pro hac vice)
*Attorneys for USACM Liquidating Trust*

228500.1

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐ approved the form of this order;

  ☐ waived the right to review the order;

  ☐ failed to file and serve papers in accordance with LR 9021(c); and/or

  ☐ failed to sign and return this proposed order within five (5) business days in accordance with LR 9021(b).

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order.

☒ No opposition was filed and no other party or counsel appeared at the hearing.

**LEWIS AND ROCA LLP**

By:    /s/ RC (#0006593)
       Susan M. Freeman
       Rob Charles
*Attorneys for USACM Liquidating Trust*

228500.1