**LEWIS AND ROCA LLP**
Susan M. Freeman (AZ 4199)
*pro hac vice*
Rob Charles (NV 6593)
Anne M. Loraditch (NV 8164)
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone (702) 385-3373
Facsimile (702) 385-9447
Email:  sfreeman@lrlaw.com
        rcharles@lrlaw.com
        aloraditch@lrlaw.com
*Attorneys for USACM Liquidating Trust*

Electronically Filed October 31, 2007

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED FUND, LLC,

USA SECURITIES, LLC,
                                    Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☒ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under
Case No. BK-S-06-10725 LBR

**NOTICE OF ENTRY OF ORDER SUSTAINING OBJECTION OF USACM TRUST TO KATHLEEN J. MOORE'S CLAIM FILED IN WRONG DEBTOR'S CASE; AND SUSTAINING OBJECTION OF DTDF TO PROPOSED ALLOWANCE OF CLAIM; AND CERTIFICATE OF SERVICE**

Hearing Date:  October 15, 2007
Hearing Time:  9:30 a.m.

**PLEASE TAKE NOTICE** that on the 29th day of October 2007, the Court in the above-captioned case entered its Order Sustaining Objection of USACM Trust to Kathleen J. Moore's Claim Filed in Wrong Debtor's Case; and Sustaining Objection of DTDF to Proposed Allowance of Claim, a copy of which is attached hereto.

///

DATED this 30th day of October 2007.

**LEWIS AND ROCA LLP**

By   /s/ Anne M. Loraditch (008164)
     Susan M. Freeman
     Rob Charles
     Anne M. Loraditch
     530 Las Vegas Boulevard South
     Las Vegas, Nevada 89101
     Telephone: (702) 385-3373
     Facsimile: (702) 385-5024

*Attorneys for USACM Liquidating Trust*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served via first class mail, postage prepaid, addressed as set forth below, on this 31st day of October, 2007 to:

Kathleen J. Moore
1603 Lefty Garcia Way
Henderson, NV 89002


By /s/ Tamika Shauntee
     Tamika Shauntee, Lewis and Roca LLP

**Entered on Docket**
**October 29, 2007**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

| | | |
|---|---|---|
| **LEWIS AND ROCA LLP** | **ORRICK, HERRINGTON &** | **SNELL & WILMER, LLP** |
| Susan M. Freeman (AZ 4199) | **SUTCLIFFE LLP** | Robert R. Kinas (NV 06019) |
| *pro hac vice* | Marc A. Levinson (CA 57613) | Claire Dossier (NV 10030) |
| Rob Charles (NV 6593) | *pro hac vice* | 3883 Howard Hughes Parkway |
| Anne M. Loraditch (NV 8164) | Jeffery D. Hermann (CA 90445) | Suite 1100 |
| 530 Las Vegas Boulevard South | *pro hac vice* | Las Vegas, Nevada 89169 |
| Las Vegas, Nevada 89101 | 400 Capitol Mall | Telephone: (702) 784-5200 |
| Telephone (702) 385-3373 | Sacramento, California 95814 | Facsimile: (702) 784-5252 |
| Facsimile (702) 385-9447 | Telephone: (916) 447-9200 | Email:   rkinas@swlaw.com |
| Email:   sfreeman@lrlaw.com | Facsimile: (916) 329-4900 |             cdossier@swlaw.com |
|             rcharles@lrlaw.com | Email:   malevinson@orrick.com | |
|             aloraditch@lrlaw.com |             jhermann@orrick.com | |
| *Attorneys for USACM Liquidating Trust* | *Attorneys for USA Capital Diversified Trust Deed Fund, LLC* | |

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| | |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| | Jointly Administered Under |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Case No. BK-S-06-10725 LBR |
| | |
| USA SECURITIES, LLC, | **ORDER SUSTAINING OBJECTION OF USACM TRUST TO KATHLEEN J. MOORE CLAIM FILED IN WRONG DEBTOR'S CASE; AND SUSTAINING OBJECTION OF DTDF TO PROPOSED ALLOWANCE OF CLAIM** |
| Debtors. | |
| **Affects:** | |
| ☐ All Debtors | Hearing Date:   October 15, 2007 |
| ☒ USA Commercial Mortgage Company | Hearing Time:   9:30 a.m. |
| ☐ USA Capital Realty Advisors, LLC | |
| ☒ USA Capital Diversified Trust Deed Fund, LLC | |
| ☐ USA Capital First Trust Deed Fund, LLC | |
| ☐ USA Securities, LLC | |

378743_1.TMP

LEWIS AND ROCA LLP LAWYERS

The Court having considered the "Objection of USACM Trust to Kathleen J. Moore Claim Filed in Wrong Debtor's Case; Objection of DTDF to Proposed Allowance of Claim" [Docket No. 4673] (the "Objection"); with appearances as set forth in the record at the hearing noted above; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS HEREBY ORDERED** that:

1. The Objection is sustained;

2. Proof of Claim No. 10725-00109 is disallowed in its entirety as against USA Commercial Mortgage and USA Capital Diversified Trust Deed Fund, LLC ("DTDF"); and

3. Kathleen J. Moore's equity interest in DTDF is allowed in the amount of $30,072.37 for account no. 11516, as reflected in DTDF's books and records as of April 13, 2006.

PREPARED AND RESPECTFULLY SUBMITTED BY:

| | |
|---|---|
| **LEWIS AND ROCA LLP** | **SNELL & WILMER, LLP** |
| By  /s/ Anne M. Loraditch (008164) | By /s/ Claire Dossier (010030) |
| Susan M. Freeman | Robert R. Kinas |
| Rob Charles | Claire Dossier |
| Anne M. Loraditch | 3883 Howard Hughes Parkway, Suite 1100 |
| 530 Las Vegas Boulevard South | Las Vegas, Nevada 89169 |
| Las Vegas, Nevada 89101 | Telephone (702) 784-5200 |
| Telephone: (702) 385-3373 | Facsimile (702) 784-5252 |
| Facsimile: (702) 385-5024 | and |
| | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| *Attorneys for USACM Liquidating Trust* | Marc A. Levinson |
| | Jeffery D. Hermann |
| | 400 Capitol Mall, Suite 3000 |
| | Sacramento, California 95814-4497 |
| | Telephone: (916) 447-9200 |
| | Facsimile: (916) 329-4900 |
| | |
| | *Attorneys for USA Capital Diversified Trust Deed Fund, LLC* |

LEWIS
AND
ROCA
—LLP—
LAWYERS

## RULE 9021 DECLARATION

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.
☐ I have delivered a copy of the proposed order to the Office of the United States Trustee and the parties who filed papers in response to the Objection or appeared at the hearing noted above, and each has:

　☐ approved the form of this order; and/or
　☐ waived the right to review the order; and/or
　☐ failed to file and serve papers in accordance with LR 9021(c); and
　　the following have disapproved the form of the order:
　　　n/a

☒ No opposition was filed to the objection and no other party or counsel appeared at the hearing.

　　　　　　　　　LEWIS AND ROCA, LLP

　　　　　　　　　By:   s/ Anne M. Loraditch
　　　　　　　　　　　Anne M. Loraditch (Nevada Bar No. 8164)
　　　　　　　　　　　530 Las Vegas Boulevard South
　　　　　　　　　　　Las Vegas, Nevada 89101

　　　　　　　　　　　# # #

3

378743_1.TMP