**LEWIS AND ROCA LLP**
Susan M. Freeman (AZ 4199)
*pro hac vice*
Rob Charles (NV 6593)
Anne M. Loraditch (NV 8164)
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone (702) 385-3373
Facsimile (702) 385-9447
Email:  sfreeman@lrlaw.com
         rcharles@lrlaw.com
         aloraditch@lrlaw.com
*Attorneys for USACM Liquidating Trust*

Electronically Filed October 31, 2007

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED FUND, LLC,

USA SECURITIES, LLC,
                                    Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☒ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under
Case No. BK-S-06-10725 LBR

**NOTICE OF ENTRY OF ORDER SUSTAINING OBJECTION OF USACM TRUST TO ROSS DELLER'S CLAIM FILED IN WRONG DEBTOR'S CASE; AND SUSTAINING OBJECTION OF DTDF TO PROPOSED ALLOWANCE OF CLAIM; AND CERTIFICATE OF SERVICE**

Hearing Date:  October 15, 2007
Hearing Time: 9:30 a.m.

**PLEASE TAKE NOTICE** that on the 29th day of October 2007, the Court in the above-captioned case entered its Order Sustaining Objection of USACM Trust to Ross Deller's Claim Filed in Wrong Debtor's Case; and Sustaining Objection of DTDF to Proposed Allowance of Claim, a copy of which is attached hereto.

///

DATED this 30th day of October 2007.

**LEWIS AND ROCA LLP**

By  /s/ Anne M. Loraditch (008164)
Susan M. Freeman
Rob Charles
Anne M. Loraditch
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024

*Attorneys for USACM Liquidating Trust*

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served via first class mail, postage prepaid, addressed as set forth below, on this 31st day of October, 2007 to:

Ross Deller
1469 Harmony Hill
Henderson, NV 89014


By /s/ Tamika Shauntee
Tamika Shauntee, Lewis and Roca LLP

Entered on Docket
October 29, 2007

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

| LEWIS AND ROCA LLP | ORRICK, HERRINGTON & SUTCLIFFE LLP | SNELL & WILMER, LLP |
|---|---|---|
| Susan M. Freeman (AZ 4199) *pro hac vice* | Marc A. Levinson (CA 57613) *pro hac vice* | Robert R. Kinas (NV 06019) Claire Dossier (NV 10030) |
| Rob Charles (NV 6593) Anne M. Loraditch (NV 8164) | Jeffery D. Hermann (CA 90445) *pro hac vice* | 3883 Howard Hughes Parkway Suite 1100 |
| 530 Las Vegas Boulevard South Las Vegas, Nevada 89101 | 400 Capitol Mall Sacramento, California 95814 | Las Vegas, Nevada 89169 Telephone: (702) 784-5200 |
| Telephone (702) 385-3373 Facsimile (702) 385-9447 | Telephone: (916) 447-9200 Facsimile: (916) 329-4900 | Facsimile: (702) 784-5252 Email: rkinas@swlaw.com |
| Email: sfreeman@lrlaw.com rcharles@lrlaw.com aloraditch@lrlaw.com | Email: malevinson@orrick.com jhermann@orrick.com | cdossier@swlaw.com |
| *Attorneys for USACM Liquidating Trust* | *Attorneys for USA Capital Diversified Trust Deed Fund, LLC* | |

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                    Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING OBJECTION OF USACM TRUST TO ROSS DELLER'S CLAIM [NO. 10725-00040] FILED IN WRONG DEBTOR'S CASE; AND SUSTAINING OBJECTION OF DTDF TO PROPOSED ALLOWANCE OF CLAIM**<br><br>Hearing Date:    October 15, 2007<br>Hearing Time:    9:30 a.m. |

378864_1.TMP

LEWIS
AND
ROCA
——LLP——
LAWYERS

The Court having considered the "Objection of USACM Trust to Ross Deller's Claim Filed in Wrong Debtor's Case; Objection of DTDF to Proposed Allowance of Claim" [Docket No. 4805] (the "Objection"); with appearances as set forth in the record at the hearing noted above; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS HEREBY ORDERED** that:

1. The Objection is sustained;

2. Proof of Claim No. 10725-00040 is disallowed in its entirety as against USA Commercial Mortgage and USA Capital Diversified Trust Deed Fund, LLC ("DTDF"); and

3. Ross Deller's equity interest in DTDF is allowed in the amount of $48,047.32 for account no. 5353, as reflected in DTDF's books and records as of April 13, 2006.

PREPARED AND RESPECTFULLY SUBMITTED BY:

| | |
|---|---|
| **LEWIS AND ROCA LLP** | **SNELL & WILMER, LLP** |
| By  /s/ Anne M. Loraditch (008164) | By /s/ Claire Dossier (010030) |
| Susan M. Freeman | Robert R. Kinas |
| Rob Charles | Claire Dossier |
| Anne M. Loraditch | 3883 Howard Hughes Parkway, Suite 1100 |
| 530 Las Vegas Boulevard South | Las Vegas, Nevada 89169 |
| Las Vegas, Nevada 89101 | Telephone (702) 784-5200 |
| Telephone: (702) 385-3373 | Facsimile (702) 784-5252 |
| Facsimile: (702) 385-5024 | and |
| | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| *Attorneys for USACM Liquidating Trust* | Marc A. Levinson |
| | Jeffery D. Hermann |
| | 400 Capitol Mall, Suite 3000 |
| | Sacramento, California 95814-4497 |
| | Telephone: (916) 447-9200 |
| | Facsimile: (916) 329-4900 |
| | |
| | *Attorneys for USA Capital Diversified Trust Deed Fund, LLC* |

LEWIS AND ROCA LLP
LAWYERS

# RULE 9021 DECLARATION

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.
☐ I have delivered a copy of the proposed order to the Office of the United States Trustee and the parties who filed papers in response to the Objection or appeared at the hearing noted above, and each has:

    ☐ approved the form of this order; and/or
    ☐ waived the right to review the order; and/or
    ☐ failed to file and serve papers in accordance with LR 9021(c); and the following have disapproved the form of the order:
        n/a

☒ No opposition was filed to the objection and no other party or counsel appeared at the hearing.

LEWIS AND ROCA, LLP

By: s/ Anne M. Loraditch
Anne M. Loraditch (Nevada Bar No. 8164)
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101

\# \# \#

3

378864_1.TMP