|   |   |
|---|---|
| **LEWIS AND ROCA LLP**<br>Susan M. Freeman (AZ 4199)<br>*pro hac vice*<br>Rob Charles (NV 6593)<br>Anne M. Loraditch (NV 8164)<br>530 Las Vegas Boulevard South<br>Las Vegas, Nevada 89101<br>Telephone (702) 385-3373<br>Facsimile (702) 385-9447<br>Email:  sfreeman@lrlaw.com<br>　　　　rcharles@lrlaw.com<br>　　　　aloraditch@lrlaw.com<br>*Attorneys for USACM Liquidating Trust* | Electronically Filed October 31, 2007 |

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>　　　　　　　　　　　　　Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER SUSTAINING OBJECTION OF USACM TRUST TO REINALDO ZORRILLA'S CLAIM FILED IN WRONG DEBTOR'S CASE; AND SUSTAINING OBJECTION OF DTDF TO PROPOSED ALLOWANCE OF CLAIM; AND CERTIFICATE OF SERVICE**<br><br>Hearing Date:　October 15, 2007<br>Hearing Time:　9:30 a.m. |

**PLEASE TAKE NOTICE** that on the 31st day of October 2007, the Court in the above-captioned case entered its Order Sustaining Objection of USACM Trust to Reinaldo Zorrilla's Claim Filed in Wrong Debtor's Case; and Sustaining Objection of DTDF to Proposed Allowance of Claim [DE 5146], a copy of which is attached hereto as Exhibit A.

///

DATED this 31st day of October, 2007.

**LEWIS AND ROCA LLP**

By  /s/ Anne M. Loraditch (008164)
    Susan M. Freeman
    Rob Charles
    Anne M. Loraditch
    530 Las Vegas Boulevard South
    Las Vegas, Nevada 89101
    Telephone: (702) 385-3373
    Facsimile: (702) 385-5024

*Attorneys for USACM Liquidating Trust*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served via first class mail, postage prepaid, addressed as set forth below, on this 31st day of October, 2007 to:

Reinaldo Zorrilla
PO Box 11305
Las Vegas, NV  89111


By /s/ Christine E Laurel
Christine E Laurel, Lewis and Roca LLP

381708_1.DOC