| | |
|---|---|
| **LEWIS AND ROCA LLP**<br>Susan M. Freeman (AZ 4199)<br>*pro hac vice*<br>Rob Charles (NV 6593)<br>Anne M. Loraditch (NV 8164)<br>530 Las Vegas Boulevard South<br>Las Vegas, Nevada 89101<br>Telephone (702) 385-3373<br>Facsimile (702) 385-9447<br>Email:  sfreeman@lrlaw.com<br>           rcharles@lrlaw.com<br>           aloraditch@lrlaw.com<br>*Attorneys for USACM Liquidating Trust* | Electronically Filed October 31, 2007 |

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                                      Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER SUSTAINING OBJECTION OF USACM TRUST TO DEAN SHACKLEY'S CLAIM FILED IN WRONG DEBTOR'S CASE; AND SUSTAINING OBJECTION OF DTDF TO PROPOSED ALLOWANCE OF CLAIM; AND CERTIFICATE OF SERVICE**<br><br>Hearing Date:   October 15, 2007<br>Hearing Time:   9:30 a.m. |

**PLEASE TAKE NOTICE** that on the 31st day of October 2007, the Court in the above-captioned case entered its Order Sustaining Objection of USACM Trust to Dean Shackley's Claim Filed in Wrong Debtor's Case; and Sustaining Objection of DTDF to Proposed Allowance of Claim [DE 5147], a copy of which is attached hereto as Exhibit A.

///

381717_1.DOC

1

2        DATED this 31st day of October, 2007.

3  **LEWIS AND ROCA LLP**

4
   By    /s/ Anne M. Loraditch (008164)
5       Susan M. Freeman
        Rob Charles
6       Anne M. Loraditch
        530 Las Vegas Boulevard South
7       Las Vegas, Nevada 89101
        Telephone: (702) 385-3373
8       Facsimile: (702) 385-5024

9   *Attorneys for USACM Liquidating Trust*

10
                    **CERTIFICATE OF SERVICE**
11

12       I certify that a copy of the foregoing was served via first class mail, postage
    prepaid, addressed as set forth below, on this 31st day of October, 2007 to:
13

14  Dean Shackley
    c/o Michael C. Van Esq.
15  Michael C. Van Chtd
    4129 West Cheyenne Avenue, Suite A
16  North Las Vegas, NV  89032

17

18  By  /s/ Christine E Laurel
19  Christine E Laurel, Lewis and Roca LLP

20

21

22

23

24

25

26

2

381717_1.DOC