# EXHIBIT A



Entered on Docket
October 31, 2007

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

| | | |
|---|---|---|
| **LEWIS AND ROCA LLP**<br>Susan M. Freeman (AZ 4199)<br>*pro hac vice*<br>Rob Charles (NV 6593)<br>Anne M. Loraditch (NV 8164)<br>530 Las Vegas Boulevard South<br>Las Vegas, Nevada 89101<br>Telephone (702) 385-3373<br>Facsimile (702) 385-9447<br>Email: sfreeman@lrlaw.com<br>    rcharles@lrlaw.com<br>    aloraditch@lrlaw.com<br>*Attorneys for USACM Liquidating Trust* | **ORRICK, HERRINGTON &**<br>**SUTCLIFFE LLP**<br>Marc A. Levinson (CA 57613)<br>*pro hac vice*<br>Jeffery D. Hermann (CA 90445)<br>*pro hac vice*<br>400 Capitol Mall<br>Sacramento, California 95814<br>Telephone: (916) 447-9200<br>Facsimile: (916) 329-4900<br>Email: malevinson@orrick.com<br>    jhermann@orrick.com<br>*Attorneys for USA Capital Diversified Trust Deed Fund, LLC* | **SNELL & WILMER, LLP**<br>Robert R. Kinas (NV 06019)<br>Claire Dossier (NV 10030)<br>3883 Howard Hughes Parkway<br>Suite 1100<br>Las Vegas, Nevada 89169<br>Telephone: (702) 784-5200<br>Facsimile: (702) 784-5252<br>Email: rkinas@swlaw.com<br>    cdossier@swlaw.com |

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>          Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING OBJECTION OF USACM TRUST TO DEAN SHACKLEY'S CLAIM FILED IN WRONG DEBTOR'S CASE; AND SUSTAINING OBJECTION OF DTDF TO PROPOSED ALLOWANCE OF CLAIM**<br><br>Hearing Date:  October 15, 2007<br>Hearing Time:  9:30 a.m. |

The Court having considered the "Objection of USACM Trust to Dean Shackley's Claim Filed in Wrong Debtor's Case; Objection of DTDF to Proposed Allowance of Claim" [Docket No. 4784] (the "Objection"); with appearances as set forth in the record at the hearing noted above; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS HEREBY ORDERED** that:

1. The Objection is sustained;

2. Proof of Claim No. 10725-02204 is disallowed in its entirety as against USA Commercial Mortgage and USA Capital Diversified Trust Deed Fund, LLC ("DTDF"); and

3. Dean Shackley's equity interests in DTDF are allowed in the amounts of $144,141.97, in account no. 7984, and $129,520.91 [IRA], in account no. 9162, totaling $273,662.88, as reflected in DTDF's books and records as of April 13, 2006.

PREPARED AND RESPECTFULLY SUBMITTED BY:

| | |
|---|---|
| **LEWIS AND ROCA LLP** | **SNELL & WILMER, LLP** |
| By   /s/ Anne M. Loraditch (008164) <br>     Susan M. Freeman <br>     Rob Charles <br>     Anne M. Loraditch <br> 530 Las Vegas Boulevard South <br> Las Vegas, Nevada 89101 <br> Telephone: (702) 385-3373 <br> Facsimile: (702) 385-5024 <br><br> *Attorneys for USACM Liquidating Trust* | By  /s/ Claire Dossier (010030) <br>     Robert R. Kinas <br>     Claire Dossier <br> 3883 Howard Hughes Parkway, Suite 1100 <br> Las Vegas, Nevada 89169 <br> Telephone (702) 784-5200 <br> Facsimile (702) 784-5252 <br>     and <br> **ORRICK, HERRINGTON & SUTCLIFFE LLP** <br> Marc A. Levinson <br> Jeffery D. Hermann <br> 400 Capitol Mall, Suite 3000 <br> Sacramento, California 95814-4497 <br> Telephone: (916) 447-9200 <br> Facsimile: (916) 329-4900 <br><br> *Attorneys for USA Capital Diversified Trust Deed Fund, LLC* |

# RULE 9021 DECLARATION

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.
☐ I have delivered a copy of the proposed order to the Office of the United States Trustee and the parties who filed papers in response to the Objection or appeared at the hearing noted above, and each has:

  ☐ approved the form of this order; and/or
  ☐ waived the right to review the order; and/or
  ☐ failed to file and serve papers in accordance with LR 9021(c); and
  the following have disapproved the form of the order:
     n/a

☒ No opposition was filed to the objection and no other party or counsel appeared at the hearing.

**LEWIS AND ROCA, LLP**

By:  s/ Anne M. Loraditch
     Anne M. Loraditch (Nevada Bar No. 8164)
     530 Las Vegas Boulevard South
     Las Vegas, Nevada 89101

     # # #

378793_1.TMP