LEWIS AND ROCA LLP
Susan M. Freeman (AZ 4199)
*pro hac vice*
Rob Charles (NV 6593)
Anne M. Loraditch (NV 8164)
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone (702) 385-3373
Facsimile (702) 385-9447
Email:  sfreeman@lrlaw.com
        rcharles@lrlaw.com
        aloraditch@lrlaw.com
*Attorneys for USACM Liquidating Trust*

Electronically Filed October 31, 2007

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                        Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER SUSTAINING OBJECTION OF USACM TRUST TO OLYMPIA CAPITAL MANAGEMENT'S CLAIM FILED IN WRONG DEBTOR'S CASE; AND SUSTAINING OBJECTION OF DTDF TO PROPOSED ALLOWANCE OF CLAIM; AND CERTIFICATE OF SERVICE**<br><br>Hearing Date:   October 15, 2007<br>Hearing Time:   9:30 a.m. |

**PLEASE TAKE NOTICE** that on the 29th day of October 2007, the Court in the above-captioned case entered its Order Sustaining Objection of USACM Trust to Olympia Capital Management's claim Filed in Wrong Debtor's Case; and Sustaining Objection of DTDF to Proposed Allowance of Claim, a copy of which is attached hereto.

///

381577_1.DOC

DATED this 30th day of October 2007.

**LEWIS AND ROCA LLP**

By   /s/ Anne M. Loraditch (008164)
   Susan M. Freeman
   Rob Charles
   Anne M. Loraditch
   530 Las Vegas Boulevard South
   Las Vegas, Nevada 89101
   Telephone: (702) 385-3373
   Facsimile: (702) 385-5024

*Attorneys for USACM Liquidating Trust*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served via first class mail, postage prepaid, addressed as set forth below, on this 31st day of October, 2007 to:

Olympia Capital Management
c/o Geraldine Houghton
2871 Pinta
Perris, CA 92571

By /s/ Tamika Shauntee
   Tamika Shauntee, Lewis and Roca LLP



**Entered on Docket
October 29, 2007**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

| | | |
|---|---|---|
| **LEWIS AND ROCA LLP**<br>Susan M. Freeman (AZ 4199)<br>*pro hac vice*<br>Rob Charles (NV 6593)<br>Anne M. Loraditch (NV 8164)<br>530 Las Vegas Boulevard South<br>Las Vegas, Nevada 89101<br>Telephone (702) 385-3373<br>Facsimile (702) 385-9447<br>Email:  sfreeman@lrlaw.com<br>       rcharles@lrlaw.com<br>       aloraditch@lrlaw.com<br>*Attorneys for USACM Liquidating Trust* | **ORRICK, HERRINGTON &<br>SUTCLIFFE LLP**<br>Marc A. Levinson (CA 57613)<br>*pro hac vice*<br>Jeffery D. Hermann (CA 90445)<br>*pro hac vice*<br>400 Capitol Mall<br>Sacramento, California 95814<br>Telephone: (916) 447-9200<br>Facsimile: (916) 329-4900<br>Email:  malevinson@orrick.com<br>       jhermann@orrick.com<br>*Attorneys for USA Capital Diversified Trust Deed Fund, LLC* | **SNELL & WILMER, LLP**<br>Robert R. Kinas (NV 06019)<br>Claire Dossier (NV 10030)<br>3883 Howard Hughes Parkway<br>Suite 1100<br>Las Vegas, Nevada 89169<br>Telephone: (702) 784-5200<br>Facsimile: (702) 784-5252<br>Email:  rkinas@swlaw.com<br>       cdossier@swlaw.com |

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                              Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING OBJECTION OF USACM TRUST TO OLYMPIA CAPITAL MANAGEMENT'S CLAIM FILED IN WRONG DEBTOR'S CASE; AND SUSTAINING OBJECTION OF DTDF TO PROPOSED ALLOWANCE OF CLAIM**<br><br>Hearing Date:  October 15, 2007<br>Hearing Time:  9:30 a.m. |

378802_1.TMP

LEWIS AND ROCA LLP
LAWYERS

1  The Court having considered the "Objection of USACM Trust to Olympia Capital
2  Management's Claim Filed in Wrong Debtor's Case; Objection of DTDF to Proposed
3  Allowance of Claim" [Docket No. 4787] (the "Objection"); with appearances as set forth
4  in the record at the hearing noted above; appropriate notice of the Objection having been
5  given; no response to the Objection having been filed; and good cause appearing:
6  **IT IS HEREBY ORDERED** that:
7  1.  The Objection is sustained;
8  2.  Proof of Claim No. 10725-01254 is disallowed in its entirety as against USA
9  Commercial Mortgage and USA Capital Diversified Trust Deed Fund, LLC ("DTDF");
10 and
11 3.  Olympia Capital Management's equity interest in DTDF is allowed in the
12 amount of $96,094.65, as reflected in DTDF's books and records as of April 13, 2006.
13 PREPARED AND RESPECTFULLY SUBMITTED BY:

| **LEWIS AND ROCA LLP** | **SNELL & WILMER, LLP** |
|---|---|
| By  /s/ Anne M. Loraditch (008164)<br>Susan M. Freeman<br>Rob Charles<br>Anne M. Loraditch<br>530 Las Vegas Boulevard South<br>Las Vegas, Nevada 89101<br>Telephone: (702) 385-3373<br>Facsimile: (702) 385-5024<br><br>*Attorneys for USACM Liquidating Trust* | By /s/ Claire Dossier (010030)<br>Robert R. Kinas<br>Claire Dossier<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>Telephone (702) 784-5200<br>Facsimile (702) 784-5252<br>and<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>Marc A. Levinson<br>Jeffery D. Hermann<br>400 Capitol Mall, Suite 3000<br>Sacramento, California 95814-4497<br>Telephone: (916) 447-9200<br>Facsimile: (916) 329-4900<br><br>*Attorneys for USA Capital Diversified Trust Deed Fund, LLC* |

378802_1.TMP

LEWIS
AND
ROCA
—LLP—
LAWYERS

## RULE 9021 DECLARATION

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.
☐ I have delivered a copy of the proposed order to the Office of the United States Trustee and the parties who filed papers in response to the Objection or appeared at the hearing noted above, and each has:

    ☐ approved the form of this order; and/or
    ☐ waived the right to review the order; and/or
    ☐ failed to file and serve papers in accordance with LR 9021(c); and
    the following have disapproved the form of the order:
        n/a

☒ No opposition was filed to the objection and no other party or counsel appeared at the hearing.

LEWIS AND ROCA, LLP

By:   s/ Anne M. Loraditch
     Anne M. Loraditch (Nevada Bar No. 8164)
     530 Las Vegas Boulevard South
     Las Vegas, Nevada 89101

     # # #

378802_1.TMP