**LEWIS AND ROCA LLP**
Susan M. Freeman (AZ 4199)
*pro hac vice*
Rob Charles (NV 6593)
Anne M. Loraditch (NV 8164)
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone (702) 385-3373
Facsimile (702) 385-9447
Email:   sfreeman@lrlaw.com
             rcharles@lrlaw.com
             aloraditch@lrlaw.com
*Attorneys for USACM Liquidating Trust*

Electronically Filed October 31, 2007

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC,                 Debtors. | **NOTICE OF ENTRY OF ORDER SUSTAINING OBJECTION OF USACM TRUST TO R & S McTEE 1995 TRUST'S CLAIM FILED IN WRONG DEBTOR'S CASE; AND SUSTAINING OBJECTION OF DTDF TO PROPOSED ALLOWANCE OF CLAIM; AND CERTIFICATE OF SERVICE** |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Hearing Date:   October 15, 2007<br>Hearing Time:   9:30 a.m. |

**PLEASE TAKE NOTICE** that on the 31st day of October 2007, the Court in the above-captioned case entered its Order Sustaining Objection of USACM Trust to R & S McTee 1995 Trust's Claim Filed in Wrong Debtor's Case; and Sustaining Objection of DTDF to Proposed Allowance of Claim [DE 5149], a copy of which is attached hereto as Exhibit A.

///

381724_1.DOC

**LEWIS AND ROCA LLP**
LAWYERS

DATED this 31st day of October, 2007.

**LEWIS AND ROCA LLP**

By  /s/ Anne M. Loraditch (008164)
    Susan M. Freeman
    Rob Charles
    Anne M. Loraditch
    530 Las Vegas Boulevard South
    Las Vegas, Nevada 89101
    Telephone: (702) 385-3373
    Facsimile: (702) 385-5024

*Attorneys for USACM Liquidating Trust*

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served via first class mail, postage prepaid, addressed as set forth below, on this 31st day of October, 2007 to:

R&S McTee 1995 Trust dtd 4/20/95
C/O Rudy Leroy & Sharon Kaye McTee Trustees
P.O. Box 2480
Gardnerville, NV  89410-2480


By /s/ Christine E Laurel
Christine E Laurel, Lewis and Roca LLP

381724_1.DOC