|   |   |   |
|---|---|---|
| 1 | **LEWIS AND ROCA LLP**<br>Susan M. Freeman (AZ 4199) | Electronically Filed October 31, 2007 |
| 2 | *pro hac vice*<br>Rob Charles (NV 6593) | |
| 3 | Anne M. Loraditch (NV 8164)<br>530 Las Vegas Boulevard South | |
| 4 | Las Vegas, Nevada 89101<br>Telephone (702) 385-3373 | |
| 5 | Facsimile (702) 385-9447<br>Email: sfreeman@lrlaw.com | |
| 6 | rcharles@lrlaw.com<br>aloraditch@lrlaw.com | |
| 7 | *Attorneys for USACM Liquidating Trust* | |

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
|  | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
|  | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
|  |  |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
|  |  |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
|  |  |
| USA SECURITIES, LLC,<br>                         Debtors. | **NOTICE OF ENTRY OF ORDER SUSTAINING OBJECTION OF USACM TRUST TO PAUL AND DONNA JACQUES' CLAIM FILED IN WRONG DEBTOR'S CASE; AND SUSTAINING OBJECTION OF DTDF TO PROPOSED ALLOWANCE OF CLAIM; AND CERTIFICATE OF SERVICE** |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |  |
|  | Hearing Date:  October 15, 2007<br>Hearing Time:  9:30 a.m. |

**PLEASE TAKE NOTICE** that on the 31st day of October 2007, the Court in the above-captioned case entered its Order Sustaining Objection of USACM Trust to Paul and Donna Jacques' Claim Filed in Wrong Debtor's Case; and Sustaining Objection of DTDF to Proposed Allowance of Claim [DE 5150], a copy of which is attached hereto as Exhibit A.

///

DATED this 31st day of October, 2007.

**LEWIS AND ROCA LLP**

By   /s/ Anne M. Loraditch (008164)
    Susan M. Freeman
    Rob Charles
    Anne M. Loraditch
    530 Las Vegas Boulevard South
    Las Vegas, Nevada 89101
    Telephone:  (702) 385-3373
    Facsimile:  (702) 385-5024

*Attorneys for USACM Liquidating Trust*

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served via first class mail, postage prepaid, addressed as set forth below, on this 31st day of October, 2007 to:

Paul and Donna Jacques
810 SE 7th Street, A-103
Deerfield Beach, FL  33441


By /s/ Christine E Laurel
Christine E Laurel, Lewis and Roca LLP

381722_1.DOC