EXHIBIT A

1688943.1



Entered on Docket
October 31, 2007

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

| | | |
|---|---|---|
| **LEWIS AND ROCA LLP** | **ORRICK, HERRINGTON &** | **SNELL & WILMER, LLP** |
| Susan M. Freeman (AZ 4199) | **SUTCLIFFE LLP** | Robert R. Kinas (NV 06019) |
| *pro hac vice* | Marc A. Levinson (CA 57613) | Claire Dossier  (NV 10030) |
| Rob Charles (NV 6593) | *pro hac vice* | 3883 Howard Hughes Parkway |
| Anne M. Loraditch (NV 8164) | Jeffery D. Hermann (CA 90445) | Suite 1100 |
| 530 Las Vegas Boulevard South | *pro hac vice* | Las Vegas, Nevada 89169 |
| Las Vegas, Nevada 89101 | 400 Capitol Mall | Telephone: (702) 784-5200 |
| Telephone (702) 385-3373 | Sacramento, California  95814 | Facsimile: (702) 784-5252 |
| Facsimile (702) 385-9447 | Telephone:  (916) 447-9200 | Email:  rkinas@swlaw.com |
| Email:  sfreeman@lrlaw.com | Facsimile:  (916) 329-4900 | cdossier@swlaw.com |
| rcharles@lrlaw.com | Email:  malevinson@orrick.com | |
| aloraditch@lrlaw.com | jhermann@orrick.com | |
| *Attorneys for USACM Liquidating Trust* | *Attorneys for USA Capital Diversified Trust Deed Fund, LLC* | |

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| | |
| USA CAPITAL DIVERSIFIED TRUST DEED | CHAPTER 11 |
| FUND, LLC, | |
| | Jointly Administered Under |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Case No. BK-S-06-10725 LBR |
| | |
| USA SECURITIES, LLC, | **ORDER SUSTAINING OBJECTION OF** |
| Debtors. | **USACM TRUST TO FRANK FAILLA'S** |
| | **CLAIM FILED IN WRONG DEBTOR'S** |
| **Affects:** | **CASE; AND SUSTAINING OBJECTION** |
| ☐ All Debtors | **OF DTDF TO PROPOSED ALLOWANCE** |
| ☒ USA Commercial Mortgage Company | **OF CLAIM** |
| ☐ USA Capital Realty Advisors, LLC | |
| ☒ USA Capital Diversified Trust Deed Fund, LLC | Hearing Date:   October 15, 2007 |
| ☐ USA Capital First Trust Deed Fund, LLC | Hearing Time:   9:30 a.m. |
| ☐ USA Securities, LLC | |

378762_1.TMP

LEWIS
AND
ROCA
——— LLP ———
L A W Y E R S

1    The Court having considered the "Objection of USACM Trust to Frank Failla's

2    Claim Filed in Wrong Debtor's Case; Objection of DTDF to Proposed Allowance of

3    Claim" [Docket No. 4693] (the "Objection"); with appearances as set forth in the record at

4    the hearing noted above; appropriate notice of the Objection having been given; no

5    response to the Objection having been filed; and good cause appearing:

6    **IT IS HEREBY ORDERED** that:

7    1.    The Objection is sustained;

8    2.    Proof of Claim No. 10725-00520 is disallowed in its entirety as against USA

9    Commercial Mortgage and USA Capital Diversified Trust Deed Fund, LLC ("DTDF");

10    and

11    3.    Frank Failla's equity interest in DTDF is allowed in the amount of

12    $72,070.98, as reflected in DTDF's books and records as of April 13, 2006.

13    PREPARED AND RESPECTFULLY SUBMITTED BY:

14    **LEWIS AND ROCA LLP**                      **SNELL & WILMER, LLP**

15    By___/s/ Anne M. Loraditch (008164)___      By _/s/ Claire Dossier (010030)_____
16        Susan M. Freeman                            Robert R. Kinas
         Rob Charles                                 Claire Dossier
17        Anne M. Loraditch                       3883 Howard Hughes Parkway, Suite 1100
     530 Las Vegas Boulevard South               Las Vegas, Nevada 89169
18    Las Vegas, Nevada 89101                     Telephone (702) 784-5200
     Telephone:  (702) 385-3373                   Facsimile (702) 784-5252
19    Facsimile:  (702) 385-5024                            and
                                                 **ORRICK, HERRINGTON &**
20    *Attorneys for USACM Liquidating Trust*     **SUTCLIFFE LLP**
                                                 Marc A. Levinson
21                                               Jeffery D. Hermann
                                                 400 Capitol Mall, Suite 3000
22                                               Sacramento, California  95814-4497
                                                 Telephone:  (916) 447-9200
23                                               Facsimile:  (916) 329-4900

24                                               *Attorneys for USA Capital Diversified*
                                                 *Trust Deed Fund, LLC*
25

26

2

378762_1.TMP

**LEWIS
AND
ROCA**
—— LLP ——
L A W Y E R S

## RULE 9021 DECLARATION

In accordance with Local Rule 9021, the undersigned certifies:

☐   The Court waived the requirements of LR 9021.
☐   I have delivered a copy of the proposed order to the Office of the United States
Trustee and the parties who filed papers in response to the Objection or appeared at
the hearing noted above, and each has:

    ☐   approved the form of this order; and/or
    ☐   waived the right to review the order; and/or
    ☐   failed to file and serve papers in accordance with LR 9021(c); and
        the following have disapproved the form of the order:
           n/a
☒   No opposition was filed to the objection and no other party or counsel appeared at
the hearing.

**LEWIS AND ROCA, LLP**


By:___s/  Anne M. Loraditch_____
     Anne M. Loraditch (Nevada Bar No. 8164)
     530 Las Vegas Boulevard South
     Las Vegas, Nevada 89101

     # # #

3

378762_1.TMP