**LEWIS AND ROCA LLP**
Susan M. Freeman (AZ 4199)
*pro hac vice*
Rob Charles (NV 6593)
Anne M. Loraditch (NV 8164)
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone (702) 385-3373
Facsimile (702) 385-9447
Email:   sfreeman@lrlaw.com
         rcharles@lrlaw.com
         aloraditch@lrlaw.com
*Attorneys for USACM Liquidating Trust*

Electronically Filed October 31, 2007

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED FUND, LLC,

USA SECURITIES, LLC,
                                            Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☒ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under
Case No. BK-S-06-10725 LBR

**NOTICE OF ENTRY OF ORDER SUSTAINING OBJECTION OF USACM TRUST TO GARY EVANS' CLAIM FILED IN WRONG DEBTOR'S CASE; AND SUSTAINING OBJECTION OF DTDF TO PROPOSED ALLOWANCE OF CLAIM; AND CERTIFICATE OF SERVICE**

Hearing Date:   October 15, 2007
Hearing Time:   9:30 a.m.

**PLEASE TAKE NOTICE** that on the 31st day of October 2007, the Court in the above-captioned case entered its Order Sustaining Objection of USACM Trust to Gary Evans' Claim Filed in Wrong Debtor's Case; and Sustaining Objection of DTDF to Proposed Allowance of Claim [DE 5153], a copy of which is attached hereto as Exhibit A.

///

381727_1.DOC

DATED this 31st day of October, 2007.

**LEWIS AND ROCA LLP**

By  /s/ Anne M. Loraditch (008164)
    Susan M. Freeman
    Rob Charles
    Anne M. Loraditch
    530 Las Vegas Boulevard South
    Las Vegas, Nevada 89101
    Telephone:  (702) 385-3373
    Facsimile:  (702) 385-5024

*Attorneys for USACM Liquidating Trust*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served via first class mail, postage prepaid, addressed as set forth below, on this 31st day of October, 2007 to:

Gary Evans
9422 Se View Park Road
Port Orchard, WA  98367


By /s/ Christine E Laurel
Christine E Laurel, Lewis and Roca LLP

381727_1.DOC