**LEWIS AND ROCA LLP**
Susan M. Freeman (AZ 4199)
*pro hac vice*
Rob Charles (NV 6593)
Anne M. Loraditch (NV 8164)
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone (702) 385-3373
Facsimile (702) 385-9447
Email:  sfreeman@lrlaw.com
        rcharles@lrlaw.com
        aloraditch@lrlaw.com
*Attorneys for USACM Liquidating Trust*

Electronically Filed October 31, 2007

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                   Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER SUSTAINING OBJECTION OF USACM TRUST TO ROSS DELLER'S CLAIM NO. 10725-00039 FILED IN WRONG DEBTOR'S CASE; AND SUSTAINING OBJECTION OF DTDF TO PROPOSED ALLOWANCE OF CLAIM; AND CERTIFICATE OF SERVICE**<br><br>Hearing Date:  October 15, 2007<br>Hearing Time:  9:30 a.m. |

**PLEASE TAKE NOTICE** that on the 31st day of October 2007, the Court in the above-captioned case entered its Order Sustaining Objection of USACM Trust to Ross Deller's Claim No. 10725-00039 Filed in Wrong Debtor's Case; and Sustaining Objection of DTDF to Proposed Allowance of Claim [DE 5154], a copy of which is attached hereto as Exhibit A.

///

1

2

3    DATED this 31st day of October, 2007.

4    **LEWIS AND ROCA LLP**

5
     By    /s/ Anne M. Loraditch (008164)
6       Susan M. Freeman
        Rob Charles
7       Anne M. Loraditch
        530 Las Vegas Boulevard South
8       Las Vegas, Nevada 89101
        Telephone:  (702) 385-3373
9       Facsimile:  (702) 385-5024

10      *Attorneys for USACM Liquidating Trust*

11

12                    **CERTIFICATE OF SERVICE**

13       I certify that a copy of the foregoing was served via first class mail, postage
     prepaid, addressed as set forth below, on this 31st day of October, 2007 to:
14

15   Ross Deller
     1469 Harmony Hill
16   Henderson, NV  89014

17

18   By  /s/ Christine E Laurel
     Christine E Laurel, Lewis and Roca LLP
19

20

21

22

23

24

25

26

381710_1.DOC