Israel Goldowitz, Chief Counsel
Karen L. Morris, Deputy Chief Counsel
James L. Eggeman, Assistant Chief Counsel
Frank A. Anderson, Attorney, D.C. Bar No. 478234[*]
Erika E. Barnes, Attorney, Cal. Bar No. 197309[*]
PENSION BENEFIT GUARANTY CORPORATION
Office of the Chief Counsel
1200 K Street, NW, Suite 340
Washington, D.C. 20005-4026
Tel: (202) 326-4020, ext. 3759
Fax: (202) 326-4112
anderson.frank@pbgc.gov and efile@pbgc.gov

and

Steven W. Myhre, Acting United States Attorney
Nevada State Bar No. 9635
Carlos A. Gonzalez, Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Tel:  (702) 388-6336
Fax:  (702) 388-6787

Attorneys for Pension Benefit Guaranty Corporation

Electronically Filed:
October 31, 2007

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: ) | Case No. BK-S-06-10725 LBR |
| USA COMMERCIAL MORTGAGE COMPANY, ) | Case No. BK-S-06-10726 LBR |
| Debtor.) | Case No. BK-S-06-10727 LBR |
| In re: ) | Case No. BK-S-06-10728 LBR |
| USA CAPITAL REALTY ADVISORS, LLC ) | Case No. BK-S-06-10729 LBR |
| Debtor.) | |
| In re: ) | Chapter 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, ) | |
| Debtor.) | Jointly Administered Under |
| In re: ) | Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, ) | |
| Debtor.) | |
| In re: ) | |
| USA SECURITIES, LLC ) | |
| Debtor.) | |

---

[*] Admitted *pro hac vice*.

### EX PARTE APPLICATION FOR PBGC TO FILE BRIEF EXCEEDING 20-PAGES IN RESPONSE TO OBJECTIONS OF THE USACM LIQUIDATING TRUST

The Pension Benefit Guaranty Corporation ("PBGC") hereby files this Ex Parte Application for PBGC to File Brief Exceeding 20-Pages In Response to Objections of the USACM Liquidating Trust. As set forth in this Application, pursuant to Local Rule 9014(e), PBGC requests that the Court permit the filing of the Response of the Pension Benefit Guaranty Corporation To Objections of the USACM Liquidating Trust To PBGC Proofs of Claim in excess of twenty pages.

This Application is made and based upon the Points and Authorities set forth herein, the pleadings on file, and any argument set forth at the time of the hearing on this Motion.

### I. FACTUAL BACKGROUND

PBGC will be filing a Response of the Pension Benefit Guaranty Corporation To Objections of the USACM Liquidating Trust To PBGC Proofs of Claim on October 31, 2007.

The Response is in excess of twenty pages.

Although the Response is lengthy, there is a complex regulatory regime that governs the claims at issue. The Liquidating Trust has also raised numerous issues in its opposition to the PBGC Claims, and has objected to multiple PBGC claims within a single pleading. The objections and the responses thereto involve overlapping factual and legal issues. Therefore, PBGC believes it is necessary to include all the facts and arguments contained in the Response. PBGC further believes that the inclusion of these facts and arguments will permit the Court to more easily address and dispose of issues in this proceeding.

## II. MEMORANDUM OF LAW

Local Rule 9014(e) of the Bankruptcy Court for the District of Nevada provides as follows:

> Unless the court orders otherwise, prehearing and posthearing briefs and points and authorities in support of, or in response to, motions are limited to 20 pages including the motion but excluding exhibits. Reply briefs and points and authorities are limited to 15 pages, excluding exhibits.

Due to the complexity of the issues addressed in the Response, PBGC has exceeded the page limitations set forth in Local Rule 9014(e). Although the Response is lengthy, it is believed that the inclusion of all facts and argument is necessary to respond to the objections of the USACM Liquidating Trust. PBGC further believes that inclusion of all facts and argument will permit the Court to more easily address the issues presented in this proceeding.

## III. CONCLUSION

For the foregoing reasons, PBGC respectfully requests that the Court grant the Ex Parte Application for PBGC to File Brief Exceeding 20-Pages in Response to Objections of the USACM Liquidating Trust and that the Response of the Pension Benefit Guaranty Corporation To Objections of the USACM Liquidating Trust To PBGC Proofs of Claim be permitted in its entirety.

Dated: October 31, 2007            Respectfully Submitted,

                                                  /s/ Erika E. Barnes
Israel Goldowitz, Chief Counsel
Karen Morris, Deputy Chief Counsel
James Eggeman, Assistant Chief Counsel
Frank A. Anderson, Attorney,
D.C. Bar No. 478234
Erika E. Barnes, Attorney,
Cal. Bar No. 197309
PENSION BENEFIT GUARANTY
CORPORATION

Office of the Chief Counsel
1200 K Street, NW, Suite 340
Washington, D.C. 20005-4026
Tel: (202) 326-4020, ext. 3460
Fax: (202) 326-4112

Local Counsel:
Steven W. Myhre,
Acting United States Attorney,
Nevada State Bar No. 9635
Carlos A. Gonzalez,
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6787