Entered on Docket
November 01, 2007

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>Date: April 26, 2007<br>Time: 9:30 a.m<br><br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

1840112.1

## ORDER SUSTAINING FIRST OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING PRIORITY STATUS EXCEPT PROOF OF CLAIM NO. 10725-0003 FILED BY CDW COMPUTER CENTERS INC. AND PROOF OF CLAIM NO. 10725-01577 FILED BY LORENE AND HOWARD CONNELL

The USACM Liquidating Trust (the "USACM Trust") filed its First Omnibus Objection to Claims Asserting Priority Status [DE 3257] (the "Objection") on March 23, 2007. Appropriate notice of the Objection was given. Responses to the Objection were filed with this Court as follows:

- Response filed by CDW Computer Centers, Inc. pertaining to Claim No. 10725-0003 [DE 3427]. An Order Approving Stipulation with counsel allowing the claim as an administrative priority claim in the amount of $1,381.30 was signed by this Court on May 9, 2007 [DE 3699]. Counsel deleted CDW Computer Center's claim from the exhibit to the First Omnibus Objection to Claims Asserting Priority Status attached to this Order.

- Response filed by Lorene and Howard Connell pertaining to Claim No. 10725-01577 [DE 3516]. An Order Approving Stipulation with Howard and Lorene Connell allowing the claim as a priority claim in the amount of $249.87 and the balance of $214.76 as an unsecured non-priority claim was signed by this Court on July 17, 2007 [DE 4181]. Counsel deleted the Connells' claim from the exhibit to the First Omnibus Objection to Claims Asserting Priority Status attached to this Order.

No other responses were filed with this Court. The Objection came before the Court for hearing on April 26, 2007 at 9:30 a.m. Good cause appearing, it is

ORDERED:

- Sustaining the USACM Trust's First Omnibus Objection to Claims Asserting Priority Status listed on Exhibit A attached;

- Reclassifying the Proofs of Claim listed on Exhibit A attached as general unsecured claims; and

1840112.1

- Reserving the right of any party in interest, including the USACM Trust, to further object to any and all claims listed on Exhibit A attached as unsecured claims or otherwise, whether or not the subject of this Objection.

### ###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**


By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
*Attorneys for USACM Liquidating Trust*

APPROVED/DISAPPROVED                APPROVED/DISAPPROVED

_____         _____
Howard Connell                      Lorene Connell

APPROVED/DISAPPROVED
**CDW COMPUTER CENTERS, INC.**


By: _____
    Phyllis A. Hayes
Receivable Management Services
*Agent for CDW Computer Centers, Inc.*

1840112.1

• Reserving the right of any party in interest, including the USACM Trust, to further object to any and all claims listed on Exhibit A attached as unsecured claims or otherwise, whether or not the subject of this Objection.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**


By:  /s/ RC (#0006593)
 Susan M. Freeman
 Rob Charles
*Attorneys for USACM Liquidating Trust*


APPROVED/DISAPPROVED                APPROVED/DISAPPROVED


_____              _____
Howard Connell                       Lorene Connell


APPROVED/~~DISAPPROVED~~
**CDW COMPUTER CENTERS, INC.**

By: _____
 Phyllis A. Hayes
Receivable Management Services
*Agent for CDW Computer Centers, Inc.*

3

1840112.1

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☒ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing regarding this matter and/or who filed a written objection and each has:

    ☒ approved the form of this order;

    ☐ waived the right to review the order;

    ☐ failed to file and serve papers in accordance with LR 9021(c); and/or

    ☐ failed to sign and return this proposed order within five (5) business days in accordance with LR 9021(b).

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order:

☐ No opposition was filed to the motion and no other party or counsel appeared at the hearing (none required).

**LEWIS AND ROCA LLP**


By:  /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
*Attorneys for USACM Liquidating Trust*

4

1840112.1

# Exhibit A
## USA COMMERCIAL MORTGAGE
### 1st Objection to Claimants Asserting Priority Status - Reclassify as General Unsecured Claims

| | Claimant | Proof of Claim Number | Date Claim Filed | Proof of Claim Amount | Proof of Claim Priority Asserted | Proposed Treatment/ Comments |
|---|---|---|---|---|---|---|
| 1 | Adams, Brian M<br>525 So 6Th St<br>Las Vegas, Nv 89101 | 10725-01202 | 11/8/2006 | $325,000.00 | S<br>P, U -unknown | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 2 | Adams, Herman M., Brian M., and Anthony G.<br>1341 Cashman Dr<br>Las Vegas, Nv 89102 | 10725-01226 | 11/8/2006 | $3,625,000.00 | S<br>U, P - unknown | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 3 | Adams, Herman & Brian M & Anthony G<br>1341 Cashman Dr<br>Las Vegas, Nv 89102 | 10725-01274 | 11/8/2006 | $2,088,250.00 | S<br>P<br>U -- unknown | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 4 | Adams, Karen<br>15026 Starbuck St<br>Whittier, CA 90603-2251 | 10725-01075 | 11/7/2006 | $53,900.08 | S, P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 5 | Adams, Karen<br>15026 Starbuck St<br>Whittier, CA 90603 | 10725-01076 | 11/7/2006 | $53,900.08 | S, P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 6 | Addes Ira, Kenneth<br>100 W Broadway Apt 7V<br>Long Beach, Nv 11561-4019 | 10725-01620 | 12/8/2006 | $113,416.64 | S, P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 7 | Addes Trust<br>Kenneth & Victoria Addes Ttees<br>100 W Broadway Apt 7V<br>Long Beach, NY 11561 | 10725-01621 | 12/8/2006 | $86,511.56 | S, P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 8 | Addes Trust<br>Kenneth & Victoria Addes Ttees<br>100 W Broadway Apt 7V<br>Long Beach, NY 11561 | 10725-01622 | 12/8/2006 | $54,774.53 | S, P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 9 | Arthur & Thelma Kebble Family Trust<br>C/O Arthur & Thelma Kebble Ttees<br>9512 Salem Hills Ct<br>Las Vegas, NV 89134-7883 | 10725-01177 | 11/10/2006 | $327,563.97 | S, P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |

1st Objection to Claims
Asserting Priority

EXHIBIT A

1

| | | | | | |
|---|---|---|---|---|---|
| 10 | Baginski, Michael<br>12881 Knott St, # 205<br>Garden Grove, Ca 92841 | 10725-01150 | 11/9/2006 | $288,283.00 | S, P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 11 | Barcia, Daniel<br>1600 Picket Ct<br>Reno, NV 89521 | 10725-02206 | 1/8/2007 | $14,309.00 | P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 12 | Belacio, Raymond<br>1533 Shady Rest Dr<br>Henderson, Nv 89013 | 10725-00240 | 9/26/2006 | $250,000.00 | P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 13 | Benedict E & Roselyn N Urban Family Trt Dtd 2/3/04<br>Benedict & Roselyn Urban Ttees<br>2691 Evergreen Oaks Dr<br>Henderson, NV 89052-7060 | 10725-01670 | 12/11/06 | $8,215.28 | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 14 | Berry, Donald<br>408 Wasatch Cir<br>Fernley, Nv 89408 | 10725-00273 | 9/27/2006 | Unknown | P,U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 15 | Boyce 1989 Trust<br>C/O Kathleen A Boyce Trustee<br>16865 Rue Du Parc<br>Reno, NV 89511-4575 | 10725-02323 | 1/13/2007 | $304,300.00 | S, P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 16 | Boyce II, William<br>3448 Monte Carlo Dr<br>Las Vegas, NV 89121 | 10725-01439 | 11/14/2006 | $18,315.59 | S, P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 17 | Brooks, Robert E & Candith<br>1405 14Th Ave Sw<br>Minot, Nd 58701-5781 | 10725-00519 | 10/10/2006 | $54,000.00 | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 18 | Bruce Living Trust<br>C/O Don & Kim Bruce Ttees<br>1761 Montelena Ct<br>Carson City, NV 89703-8375 | 10725-01343 | 11/13/2006 | $25,381.95 | S, P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 19 | Castillo, Tito<br>13390 Parkside Ter<br>Cooper City, Fl 33330 | 10725-01555 | 12/6/2006 | $423,845.13 | S<br>P<br>U -unknown | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |

1st Objection to Claims
Asserting Priority

**EXHIBIT A**

2

| | | | | | |
|---|---|---|---|---|---|
| 20 | | | | | |
| 21 | Clark, Donald<br>305 W Moana Ln<br>Reno, NV 89509 | 10725-01601 | 12/8/2006 | $775,918.76 | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 22 | | | | | |
| 23 | Davis, Todd<br>360 W 55th St. Apt 1G<br>New York, NY 10019 | 10725-01481 | 11/28/2006 | $10,910.11 | P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 24 | Di Salvo, Anne F<br>Po Box 18220<br>Reno, NV 89511-0220 | 10725-00896 | 11/1/2006 | $11,905.13 | P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 25 | Dr Melody A Pfingsten & Crystal Wittich<br>43613 Southerland Way<br>Fremont, CA 94539-5933 | 10725-00805 | 10/30/2006 | $55,443.90 | P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 26 | Duane U Deverill Family Trust Dtd 10/25/90 Trust 1<br>C/O Duane U Deverill Trustee<br>774 Mays Blvd Ste 10 Pmb 186<br>Incline Village, NV 89451-9613 | 10725-00405 | 10/2/2006 | $227,998.41 | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 27 | Dupin, William & Penny<br>545 Cole Cir<br>Incline Village, NV 89451-8108 | 10725-00428 | 10/4/2006 | $12,951.80 | P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 28 | Dupin, William & Penny<br>545 Cole Cir<br>Incline Village, NV 89451-8108 | 10725-00429 | 10/4/2006 | $28,804.73 | P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 29 | Dupin, William & Penny<br>545 Cole Cir<br>Incline Village, NV 89451-8108 | 10725-00430 | 10/4/2006 | $10,238.91 | P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 30 | Earl & Dorothy Wigert 1994 Revocable Tr<br>C/O Earl Wigert Trustee<br>3115 Merrill Dr<br>Torrance, CA 90503-7128 | 10725-01568 | 12/7/2006 | $1,119.44 | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |

1st Objection to Claims
Asserting Priority

EXHIBIT A

3

| # | Name/Address | Claim # | Date | Amount | Class | Objection |
|---|---|---|---|---|---|---|
| 31 | Elias Family Trust Dtd 5/19/04 C/O Donna M Elias Successor Ttee 9900 Wilbur May Pkwy Apt 502 Reno, Nv 89521-4014 | 10725-00545 | 10/10/2006 | $125,000.00 | P, U | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 32 | Esteves, Douglas A. 4500 S. Lakeshore Dr., Ste. 322 Tempe, AZ 85282 | 10725-00631 | 10/19/2006 | Blank | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 33 | Evans, Richard Z 10409 Summershade Ln Reno, NV 89521-5168 | 10725-01438 | 11/14/2006 | $153,283.00 | S, P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 34 | Fanelli, John J & Gina A 27 Larch St Fitchburg, MA 01420-2009 | 10725-01339 | 11/10/2006 | $102,500.00 | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 35 | Fanelli, John J & Gina A 27 Larch St Fitchburg, MA 01420-2009 | 10725-01340 | 11/10/2006 | $200,000.00 | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |
| 36 | Fanelli, John J & Gina A 27 Larch St Fitchburg, MA 01420-2009 | 10725-01341 | 11/10/2006 | $500,000.00 | P | Claim is not entitled to priority status and should be classifed as a general unsecured claim. |