

**Entered on Docket**
**November 01, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

1

2

3

4

5

6    **LEWIS AND ROCA LLP**

7    3993 Howard Hughes Parkway, Suite 600
     Las Vegas, NV 89169-5996
     Facsimile (702) 949-8321
8    Telephone (702) 949-8320

9    Susan M. Freeman AZ State Bar No. 004199
     Email: sfreeman@lrlaw.com
10   Rob Charles NV State Bar No. 006593
     Email: rcharles@lrlaw.com

11   *Attorneys for USACM Liquidating Trust*

12                     **UNITED STATES BANKRUPTCY COURT**

13                          **DISTRICT OF NEVADA**

14   In re:                                       Case No. BK-S-06-10725-LBR
                                                  Case No. BK-S-06-10726-LBR
15   USA COMMERCIAL MORTGAGE                      Case No. BK-S-06-10727-LBR
16   COMPANY,                                     Case No. BK-S-06-10728-LBR
                                                  Case No. BK-S-06-10729-LBR
17   USA CAPITAL REALTY ADVISORS,
     LLC,                                         CHAPTER 11
18
     USA CAPITAL DIVERSIFIED TRUST               Jointly Administered Under Case No. BK-S-06-
19   DEED FUND, LLC,                             10725 LBR

20   USA CAPITAL FIRST TRUST DEED                **Affecting:**
     FUND, LLC,                                  ☐ All Cases
21                                               **or Only:**
     USA SECURITIES, LLC,                        ☒ USA Commercial Mortgage Company
22                         Debtors.              ☐ USA Capital Realty Advisors, LLC
                                                 ☐ USA Capital Diversified Trust Deed Fund,
23                                               LLC
                                                 ☐ USA Capital First Trust Deed Fund, LLC
24                                               ☐ USA Securities, LLC

25

26

1874196.1

## STIPULATED ORDER APPROVING WITHDRAWAL OF PROOF OF CLAIM FILED BY WHITNEY LAUREN

The Stipulation to Withdraw Proof of Claim No. 10725-01720 filed by Claimant [DE 5195] came before the Court for consideration. No notice being necessary and good cause appearing, it is

- ORDERED approving the Stipulation:

- Proof of Claim No. 10725-01720 filed by Claimant in the amount of $8,756.95 is withdrawn; and

- No further notice is required to be provided to Claimant, and Claimant will receive no distributions from the USACM Liquidating Trust on account of Proof of Claim No. 10725-01720.

### 

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**


By:     /s/ RC (#0006593)
        Susan M. Freeman
        Rob Charles
*Attorneys for USACM Liquidating Trust*

APPROVED:

Whitney Lauren
2581 Rampart Terrace
Reno, Nevada  89509

2

1874196.1