

**Entered on Docket**
**November 01, 2007**

_____
Hon. Linda B. Riegle
**United States Bankruptcy Judge**

1
2
3
4
5
6 **LEWIS AND ROCA LLP**

7 3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
8 Facsimile (702) 949-8321
Telephone (702) 949-8320

9 Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
10 Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

11 _Attorneys for USACM Liquidating Trust_

12
**UNITED STATES BANKRUPTCY COURT**
13
**DISTRICT OF NEVADA**
14

15 In re:                                          )    Case No. BK-S-06-10725-LBR
                                                   )    Case No. BK-S-06-10726-LBR
16 USA COMMERCIAL MORTGAGE           )    Case No. BK-S-06-10727-LBR
COMPANY,                                     )    Case No. BK-S-06-10728-LBR
17                                                 )    Case No. BK-S-06-10729-LBR
USA CAPITAL REALTY ADVISORS,      )
18 LLC,                                            )    CHAPTER 11
                                                   )
19 USA CAPITAL DIVERSIFIED TRUST   )    Jointly Administered Under Case No. BK-S-06-
DEED FUND, LLC,                          )    10725 LBR
20                                                 )
USA CAPITAL FIRST TRUST DEED     )
21 FUND, LLC,                                     )    Affecting:
                                                   )    ☐ All Cases
22 USA SECURITIES, LLC,                   )    **or Only:**
                                                   )    ☒ USA Commercial Mortgage Company
23                          Debtors.        )    ☐ USA Capital Realty Advisors, LLC
                                                   )    ☐ USA Capital Diversified Trust Deed Fund,
24                                                 )    LLC
                                                   )    ☐ USA Capital First Trust Deed Fund, LLC
25                                                 )    ☐ USA Securities, LLC
                                                   )
26 _____)

1874193.1

**STIPULATED ORDER APPROVING WITHDRAWAL OF PROOF OF CLAIM
FILED BY WHITNEY H. LAUREN FAMILY TRUST DTD 3/5/98**

The Stipulation to Withdraw Proof of Claim No. 10725-01719 filed by Claimant [DE 5194] came before the Court for consideration. No notice being necessary and good cause appearing, it is

- ORDERED approving the Stipulation:
- Proof of Claim No. 10725-01719 filed by Claimant in the amount of $8,756.95 is withdrawn; and
- No further notice is required to be provided to Claimant, and Claimant will receive no distributions from the USACM Liquidating Trust on account of Proof of Claim No. 10725-01719.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**


By:   /s/ RC (#0006593)
        Susan M. Freeman
        Rob Charles
*Attorneys for USACM Liquidating Trust*

APPROVED:


Whitney H. Lauren
Trustee for the Whitney H. Lauren
Family Trust DTD 3/5/98
2581 Rampart Terrace
Reno, Nevada 89509

2

1874193.1