Israel Goldowitz, Chief Counsel
Karen L. Morris, Deputy Chief Counsel
James L. Eggeman, Assistant Chief Counsel
Frank A. Anderson, Attorney, D.C. Bar No. 478234[*]
Erika E. Barnes, Attorney, Cal. Bar No. 197309[*]
PENSION BENEFIT GUARANTY CORPORATION
Office of the Chief Counsel
1200 K Street, NW, Suite 340
Washington, D.C. 20005-4026
Tel: (202) 326-4020, ext. 3759
Fax: (202) 326-4112
anderson.frank@pbgc.gov and efile@pbgc.gov

and

Steven W. Myhre, Acting United States Attorney
Nevada State Bar No. 9635
Carlos A. Gonzalez, Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Tel:  (702) 388-6336
Fax:  (702) 388-6787

Electronically Filed:
November 1, 2007

Attorneys for Pension Benefit Guaranty Corporation

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: ) | Case No. BK-S-06-10725 LBR |
| USA COMMERCIAL MORTGAGE COMPANY, ) | Case No. BK-S-06-10726 LBR |
| Debtor.) | Case No. BK-S-06-10727 LBR |
| In re: ) | Case No. BK-S-06-10728 LBR |
| USA CAPITAL REALTY ADVISORS, LLC ) | Case No. BK-S-06-10729 LBR |
| Debtor.) | |
| In re: ) | Chapter 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, ) | |
| Debtor.) | Jointly Administered Under |
| In re: ) | Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, ) | |
| Debtor.) | |
| In re: ) | Hearing Date: December 14, 2007 |
| USA SECURITIES, LLC ) | Hearing Time: 9:30 a.m. |
| Debtor.) | |

---

[*]    Admitted *pro hac vice*.

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2007, a true and correct copy of the Response of the Pension Benefit Guaranty Corporation To Objections of the USACM Liquidating Trust To PBGC Proofs of Claim; and Ex Parte Application for PBGC to File Brief Exceeding 20-Pages In Response to Objections of the USACM Liquidating Trust was served by electronic service (ECF System) in the above-captioned case.

In addition, a true and correct copy of the foregoing documents was served by overnight mail on the following party in interest:

Susan Freeman, Esq.
Rob Charles, Esq.
Lewis and Roca LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961

Edward J. Green, Esq.
Geoffrey S. Goodman, Esq.
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610

A true and correct copy of the filing receipt for the ECF system is attached to this certificate.

Dated:   November 1, 2007         /s/ Erika E. Barnes
                                  Erika E. Barnes, Attorney,
                                  Cal. Bar No. 197309
                                  PENSION BENEFIT GUARANTY
                                  CORPORATION
                                  Office of the Chief Counsel
                                  1200 K Street, NW, Suite 340
                                  Washington, D.C.  20005-4026
                                  Tel: (202) 326-4020, ext. 3460
                                  Fax: (202) 326-4112