

**Entered on Docket
November 01, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
Susan M. Freeman (AZ 4199)
*pro hac vice*
Rob Charles (NV 6593)
Anne M. Loraditch (NV 8164)
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone (702) 385-3373
Facsimile (702) 385-9447
Email:  sfreeman@lrlaw.com
         rcharles@lrlaw.com
         aloraditch@lrlaw.com
*Attorneys for USACM Liquidating Trust*

**ORRICK, HERRINGTON &
SUTCLIFFE LLP**
Marc A. Levinson (CA 57613)
*pro hac vice*
Jeffery D. Hermann (CA 90445)
*pro hac vice*
400 Capitol Mall
Sacramento, California  95814
Telephone:  (916) 447-9200
Facsimile:  (916) 329-4900
Email:   malevinson@orrick.com
         jhermann@orrick.com
*Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

**SNELL & WILMER, LLP**
Robert R. Kinas (NV 06019)
Claire Dossier  (NV 10030)
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email:   rkinas@swlaw.com
         cdossier@swlaw.com

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| | |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| | Jointly Administered Under |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Case No. BK-S-06-10725 LBR |
| | |
| USA SECURITIES, LLC, | **ORDER SUSTAINING OBJECTION OF USACM TRUST TO WILIAM AND CAROLYN BOLDING'S CLAIM FILED IN WRONG DEBTOR'S CASE; AND SUSTAINING OBJECTION OF DTDF TO PROPOSED ALLOWANCE OF CLAIM** |
| Debtors. | |
| **Affects:** | |
| ☐ All Debtors | Hearing Date:    October 15, 2007 |
| ☒ USA Commercial Mortgage Company | Hearing Time:    9:30 a.m. |
| ☐ USA Capital Realty Advisors, LLC | |
| ☒ USA Capital Diversified Trust Deed Fund, LLC | |
| ☐ USA Capital First Trust Deed Fund, LLC | |
| ☐ USA Securities, LLC | |

378770_1.TMP

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

1    The Court having considered the "Objection of USACM Trust to William and

2  Carolyn Bolding's Claim Filed in Wrong Debtor's Case; Objection of DTDF to Proposed

3  Allowance of Claim" [Docket No. 4703] (the "Objection"); with appearances as set forth

4  in the record at the hearing noted above; appropriate notice of the Objection having been

5  given; no response to the Objection having been filed; and good cause appearing:

6         **IT IS HEREBY ORDERED** that:

7         1.    The Objection is sustained;

8         2.    Proof of Claim No. 10725-01275 is disallowed in its entirety as against USA

9  Commercial Mortgage and USA Capital Diversified Trust Deed Fund, LLC ("DTDF");

10  and

11         3.    William and Carolyn Bolding's equity interest in DTDF is allowed in the

12  amount of $48,047.32, as reflected in DTDF's books and records as of April 13, 2006.

13  PREPARED AND RESPECTFULLY SUBMITTED BY:

14  **LEWIS AND ROCA LLP**                          **SNELL & WILMER, LLP**

15  By____/s/ Anne M. Loraditch (008164)____    By _/s/ Claire Dossier (010030)_____
16       Susan M. Freeman                           Robert R. Kinas
         Rob Charles                                Claire Dossier
17       Anne M. Loraditch                      3883 Howard Hughes Parkway, Suite 1100
    530 Las Vegas Boulevard South              Las Vegas, Nevada 89169
18  Las Vegas, Nevada 89101                     Telephone (702) 784-5200
    Telephone:  (702) 385-3373                  Facsimile (702) 784-5252
19  Facsimile:  (702) 385-5024                             and
                                                **ORRICK, HERRINGTON &**
20  *Attorneys for USACM Liquidating Trust*     **SUTCLIFFE LLP**
                                                Marc A. Levinson
21                                              Jeffery D. Hermann
                                                400 Capitol Mall, Suite 3000
22                                              Sacramento, California  95814-4497
                                                Telephone:  (916) 447-9200
23                                              Facsimile:  (916) 329-4900

24                                              *Attorneys for USA Capital Diversified*
                                                *Trust Deed Fund, LLC*
25

26

2

378770_1.TMP

**LEWIS**
**AND**
**ROCA**
— LLP —
L A W Y E R S

1

## RULE 9021 DECLARATION

2   In accordance with Local Rule 9021, the undersigned certifies:

3   ☐   The Court waived the requirements of LR 9021.
    ☐   I have delivered a copy of the proposed order to the Office of the United States
4       Trustee and the parties who filed papers in response to the Objection or appeared at
        the hearing noted above, and each has:
5
        ☐   approved the form of this order; and/or
6       ☐   waived the right to review the order; and/or
        ☐   failed to file and serve papers in accordance with LR 9021(c); and
7           the following have disapproved the form of the order:
                n/a
8   ☒   No opposition was filed to the objection and no other party or counsel appeared at
9       the hearing.

10                          **LEWIS AND ROCA, LLP**

11
                    By:____s/  Anne M. Loraditch_____
12                      Anne M. Loraditch (Nevada Bar No. 8164)
                        530 Las Vegas Boulevard South
13                      Las Vegas, Nevada 89101

14                          # # #

15

16

17

18

19

20

21

22

23

24

25

26

3

378770_1.TMP