

**Entered on Docket**
**November 01, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
Susan M. Freeman (AZ 4199)
*pro hac vice*
Rob Charles (NV 6593)
Anne M. Loraditch (NV 8164)
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone (702) 385-3373
Facsimile (702) 385-9447
Email:  sfreeman@lrlaw.com
          rcharles@lrlaw.com
          aloraditch@lrlaw.com
*Attorneys for USACM Liquidating Trust*

**ORRICK, HERRINGTON &**
**SUTCLIFFE LLP**
Marc A. Levinson (CA 57613)
*pro hac vice*
Jeffery D. Hermann (CA 90445)
*pro hac vice*
400 Capitol Mall
Sacramento, California  95814
Telephone:  (916) 447-9200
Facsimile:  (916) 329-4900
Email:  malevinson@orrick.com
          jhermann@orrick.com
*Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

**SNELL & WILMER, LLP**
Robert R. Kinas (NV 06019)
Claire Dossier  (NV 10030)
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email:  rkinas@swlaw.com
          cdossier@swlaw.com

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| | |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| | Jointly Administered Under |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Case No. BK-S-06-10725 LBR |
| | |
| USA SECURITIES, LLC, | **ORDER SUSTAINING OBJECTION OF** |
|                                            Debtors. | **USACM TRUST TO KATHLEEN J** |
| | **MOORE ROTH IRA'S CLAIM** |
| **Affects:** | **FILED IN WRONG DEBTOR'S CASE;** |
| ☐ All Debtors | **AND SUSTAINING OBJECTION OF** |
| ☒ USA Commercial Mortgage Company | **DTDF TO PROPOSED** |
| ☐ USA Capital Realty Advisors, LLC | **ALLOWANCE OF CLAIM** |
| ☒ USA Capital Diversified Trust Deed Fund, LLC | |
| ☐ USA Capital First Trust Deed Fund, LLC | Hearing Date:    October 15, 2007 |
| ☐ USA Securities, LLC | Hearing Time:    9:30 a.m. |

378731_1.TMP



The Court having considered the "Objection of USACM Trust to Kathleen J. Moore ROTH IRA's Claim Filed in Wrong Debtor's Case; Objection of DTDF to Proposed Allowance of Claim" [Docket No. 4655] (the "Objection"); with appearances as set forth in the record at the hearing noted above; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS HEREBY ORDERED** that:

1.    The Objection is sustained;

2.    Proof of Claim No. 10725-00107 is disallowed in its entirety as against USA Commercial Mortgage and USA Capital Diversified Trust Deed Fund, LLC ("DTDF"); and

3.    Kathleen J. Moore ROTH IRA's equity interest in DTDF is allowed in the amount of $28,136.73 under account no. 13890, as reflected in DTDF's books and records as of April 13, 2006.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By    /s/ Anne M. Loraditch (008164)
    Susan M. Freeman
    Rob Charles
    Anne M. Loraditch
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone:  (702) 385-3373
Facsimile:  (702) 385-5024
*Attorneys for USACM Liquidating Trust*

**SNELL & WILMER, LLP**

By  /s/ Claire Dossier (010030)
    Robert R. Kinas
    Claire Dossier
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone (702) 784-5200
Facsimile (702) 784-5252
    and
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Marc A. Levinson
Jeffery D. Hermann
400 Capitol Mall, Suite 3000
Sacramento, California  95814-4497
Telephone:  (916) 447-9200
Facsimile:  (916) 329-4900

*Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

378731_1.TMP

LEWIS
AND
ROCA
—LLP—
L A W Y E R S

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## RULE 9021 DECLARATION

In accordance with Local Rule 9021, the undersigned certifies:

☐   The Court waived the requirements of LR 9021.
☐   I have delivered a copy of the proposed order to the Office of the United States
Trustee and the parties who filed papers in response to the Objection or appeared at
the hearing noted above, and each has:

   ☐   approved the form of this order; and/or
   ☐   waived the right to review the order; and/or
   ☐   failed to file and serve papers in accordance with LR 9021(c); and
   the following have disapproved the form of the order:
      n/a

☒   No opposition was filed to the objection and no other party or counsel appeared at
the hearing.

### LEWIS AND ROCA, LLP

By:   s/  Anne M. Loraditch
      Anne M. Loraditch (Nevada Bar No. 8164)
      530 Las Vegas Boulevard South
      Las Vegas, Nevada 89101

      # # #

378731_1.TMP