**LEWIS AND ROCA LLP**
LAWYERS

E-Filed on 11/1/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED FUND, LLC,

USA SECURITIES, LLC,
                                    Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under Case No. BK-S-06-10725 LBR

**STIPULATION CONTINUING HEARING ON OBJECTIONS TO CLAIM 1366 OF LOS VALLES LAND & GOLF LLC**

Date of Hearings: November 2, 2007
Time of Hearings: 9:30 a.m.

New Date of Hearings: November 16, 2007
Time of Hearings: 9:30 a.m.

USACM Liquidating Trust (the "USACM Trust"), by and through its counsel, Lewis and Roca LLP, and Los Valles Land & Golf LLC ("Los Valles"). by and through its counsel, Akin Gump Strauss Hauer & Feld LLP, hereby stipulate:

1.      The USACM Trust filed two objections to Claim No. 1366 of Los Valles [DE 3076 and 3168].

LEWIS AND ROCA LLP
LAWYERS

2. The USACM Trust then filed an amended objection on September 20, 2007. [DE# 4820]

3. Those objections were set for continued status hearing on November 2, 2007 at 9:30 a.m. with Los Valles response being due on October 15, 2007. [DE# 4972]

4. To allow them additional time to discuss settlement, the parties ask that the Court continue the status hearing on the Objections to November 16, 2007 at 9:30 a.m.

5. The parties submit a stipulated order for the Court's convenience.

DATED: November 1, 2007.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
John Hinderaker, AZ 18024 *(pro hac vice)*
*Counsel for USACM Liquidating Trust*

-and-

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By: s/ Peter Mort
Peter Mort
3612 Main Street
Riverside, California 92501
Tel: 310-229-1007
Email: pmort@akingump.com
*Attorneys for Los Valles Land & Golf LLC.*