Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email: malevinson@orrick.com
       jhermann@orrick.com

Robert Kinas (Nevada Bar No. 6019)
Claire Y. Dossier (Nevada Bar No. 10030)
SNELL & WILMER LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rkinas@swlaw.com
       cdossier@swlaw.com

*Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                  Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                  Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                  Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                  Debtor. | **DECLARATION OF RACHEL PATIENCE RAGNI IN SUPPORT OF MOTION TO ESTABLISH DISPUTED CLAIM RESERVE** |
| In re:<br>USA SECURITIES, LLC,<br>                                  Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Hearing Date: December 5, 2007<br>Hearing Time: 9:30 a.m. |

I, Rachel Patience Ragni, declare:

1.    I am an attorney at law, duly licensed to practice in all courts of the states of California and Texas. I am one of the attorneys for the USA Capital Diversified Trust Deed Fund, LLC ("Diversified"), and as such I am familiar with the matters relevant to the Motion to Establish Disputed Claim Reserve.

157733.4                                     1

1      2.     The matters set forth in this declaration are true and correct and of my own knowledge. If called as a witness in this matter, I could and would testify as to the matters set forth herein.

3. Attached hereto as <u>Exhibit A</u> is a true and correct copy of the relevant excerpted portions of the Certificate of Mailing [Docket No. 1358] filed in the main and jointly administered Diversified chapter 11 case, No. 06-10725. The attached certificate lists Salvatore Reale as having received notice, twice.

4. Attached hereto as <u>Exhibit B</u> is a true and correct copy of the Agreement for Purchase of Loan, which was attached to the proof of claim filed by Salvatore J. Reale in Diversified's case, No. 06-10727.

5. Attached hereto as <u>Exhibit C</u> is a true and correct copy of a letter dated September 15, 2003, addressed to Ron Bloecker from Thomas Rondeau, which was attached to the proof of claim filed by Salvatore J. Reale in Case No. 06-10727.

6. Attached hereto as <u>Exhibit D</u> is a true and correct copy of the Declaration of Geoffrey L. Berman in Support of USACM Liquidating Trust's Response to Evidentiary Objections and Limited Sur-Reply, with attached Exhibit C to that declaration, filed in adversary number 06-01251.

7. Attached hereto as <u>Exhibit E</u> is a true and correct copy of an amendment to a promissory note between Salvatore Reale as lender and Thomas A. Hantges and Joseph D. Milanowski as borrowers, which was a marked exhibit to the sworn deposition of Joseph D. Milanowski on March 13, 2007.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

157733.4      - 2 -

8.   Attached hereto as <u>Exhibit F</u> is a true and correct copy of the Memorandum decision issued by the Bankruptcy Appellate Panel of the Ninth Circuit in case number 07-1067.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of November, 2007, at San Francisco, California.

*/s/ Rachel Patience Ragni*
RACHEL PATIENCE RAGNI