# Exhibit A

Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

E-FILED on September 25, 2006

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br><br>USA CAPITAL TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br><br>USA SECURITIES, LLC,<br>Debtor. | |

Affects:
☒ All Debtors
☐ USA Commercial Mortgage Company
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA First Trust Deed Fund, LLC

## CERTIFICATE OF MAILING (Affects All Debtors)

I, James H. Myers, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. I am employed by BMC Group, Inc., the Claims and Noticing Agent for the Debtors and Debtors-in-Possession in the above-captioned cases, whose business address is 1330 East Franklin Avenue, El Segundo, California 90245.

2. At the direction of Schwartzer & McPherson Law Firm, Counsel for the Debtors and Debtors-in-Possession in the above-captioned cases, copies of the documents identified below by exhibit and docket number were sent to those persons listed on the Service Lists attached hereto as Exhibits "A" through "G" at the addresses shown thereon and via the modes of service indicated thereon. Except as noted in Exhibit "F", all parties were served on the 18th day of September, 2006:

| | |
|---|---|
| Exhibit "1" | PROOF OF CLAIM FORM [blank] |
| Exhibit "2" | PROOF OF CLAIM FORM [custom—name/address] |
| Exhibit "3" | PROOF OF CLAIM FORM [custom—name/address/amount] |
| Exhibit "4" | PROOF OF CLAIM FORM [custom—name/address/disclaimer language for Direct Lenders] |
| Exhibit "5" | PROOF OF CLAIM FORM [custom—Schedule G] |
| Exhibit "6" | PROOF OF INTEREST FORM [custom—Diversified Trust Deed Fund] |
| Exhibit "7" | PROOF OF INTEREST FORM [custom—First Trust Deed Fund] |

| | |
|---|---|
| Exhibit "8" | NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF CLAIM ON OR BEFORE NOVEMBER 13, 2006 [Re: Claims] |
| Exhibit "9" | NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF CLAIM ON OR BEFORE NOVEMBER 13, 2006 [Re: Loans] |
| Exhibit "10" | NOTICE OF DEADLINE REQUIRING FILING OF PROOFS OF INTEREST ON OR BEFORE NOVEMBER 13, 2006 |
| Exhibit "11" | LETTER FROM BMC GROUP RE DUPLICATE COPIES |
| Docket No. 1280 | ORDER SETTING DEADLINE TO FILE PROOFS OF CLAIM AND PROOFS OF INTEREST |
| Exhibit "A" | Service List regarding Exhibits 1, 8, 11 and Docket No. 1280 |
| Exhibit "B" | Service List regarding Exhibits 3, 8, 11 and Docket No. 1280 |
| Exhibit "C" | Service List regarding Exhibits 5, 8, 11 and Docket No. 1280 |
| Exhibit "D" | Service List regarding Exhibits 4, 9, 11 and Docket No. 1280 |
| Exhibit "E" | Service List regarding Exhibits 7, 10, 11 and Docket No. 1280 |
| Exhibit "F" | Service List regarding Exhibits 6, 10, 11 and Docket No. 1280 |
| Exhibit "G" | Service List regarding Exhibits 2, 8, 11 and Docket No. 1280 |

DATED: September 22, 2006
El Segundo, California

James H. Myers

State of California    )
                       ) ss
County of Los Angeles  )

Personally appeared before me on September 22, 2006, James H. Myers, an individual, known to me to be the person who executed the foregoing instrument and acknowledged the same.



YVETTE KNOPP
COMM. # 1526634
NOTARY PUBLIC-CALIFORNIA
LOS ANGELES COUNTY
My Comm. Exp. Nov. 13, 2008

# Exhibits 1 through 11 Omitted

# Docket No. 1280 Omitted

# Exhibits A through C Omitted

# Exhibit D

# All pages except page 165 of 352 omitted

## Exhibit D - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 21242 | QUIRK, EDWARD, 7859 BERMUDA DUNES AVE, LAS VEGAS, NV, 89113 | US Mail (1st Class) |
| 21242 | RAFFERTY, JUSTIN, 625 WEST SILVER CREEK ROAD, GILBERT, AZ, 85233 | US Mail (1st Class) |
| 21242 | RAFFERTY, LAVERNE, 2083 LEISURE WORLD, MESA, AZ, 85208 | US Mail (1st Class) |
| 21242 | RAGGI, DENNIS, 2605 E FLAMINGO RD, LAS VEGAS, NV, 89121 | US Mail (1st Class) |
| 21242 | RAGODOS, MELVIN, 3832 TRIORA STREET, LAS VEGAS, NV, 89129 | US Mail (1st Class) |
| 21242 | RAGODOS, ROY, 3832 TRIORA STREET, LAS VEGAS, NV, 89129 | US Mail (1st Class) |
| 21242 | RAICHBART, MICHAEL, 4450 ENTERPRISE ST STE #107, FREMONT, CA, 94538 | US Mail (1st Class) |
| 21242 | RAINS, ROBERT, P O BOX 12088, LAS VEGAS, NV, 89112 | US Mail (1st Class) |
| 21242 | RAKER, RICHARD, 982 SHORELINE DR, SAN MATEO, CA, 94404 | US Mail (1st Class) |
| 21242 | RAKICH, DANIEL, 301 LEONARD ST, (ACCT 4100775300), ONAGA, KS, 66521 | US Mail (1st Class) |
| 21242 | RALSTON, PHILLIP, 28 HASSAYAMPA TRAIL, HENDERSON, NV, 89052 | US Mail (1st Class) |
| 21242 | RALSTON, RONETTA, 2835 CROSS HAVEN DRIVE, HENDERSON, NV, 89074 | US Mail (1st Class) |
| 21242 | RAM, BARBARA, 8063 ALPINE FIR AVE, LAS VEGAS, NV, 89117 | US Mail (1st Class) |
| 21242 | RAM, MOSHE, 8063 ALPINE FIR AVENUE, LAS VEGAS, NV, 89117 | US Mail (1st Class) |
| 21242 | RAMBERG, CHRISTINE, P O BOX 26903, SAN FRANCISCO, CA, 94126 | US Mail (1st Class) |
| 21242 | RAMIREZ, ALICIA, 4162 JACQUELINE WAY, LAS VEGAS, NV, 89115 | US Mail (1st Class) |
| 21242 | RAMOS, EDWARD, 2330 RIDGE FIELD TRAIL, RENO, NV, 89523 | US Mail (1st Class) |
| 21242 | RAMOS, JACQUELINE, 2605 E FLAMINGO RD, LAS VEGAS, NV, 89121 | US Mail (1st Class) |
| 21242 | RAMOS, LEONARD, 115 MIA VISTA COURT, RENO, NV, 89502 | US Mail (1st Class) |
| 21242 | RAMSEY, AARON, 7713 N. 41ST ST., NIWOT, CO, 80503 | US Mail (1st Class) |
| 21242 | RAMSEY, EARL, 2750 NW JETTY AVE, LINCOLN CITY, OR, 97367 | US Mail (1st Class) |
| 21242 | RAND SAMUELSON, CAROLYN, 3933 OCEAN DRIVE, OXNARD, CA, 93035 | US Mail (1st Class) |
| 21242 | RANDALL, JOHN, 11761 VIEW DR, GRASS VALLEY, CA, 95945 | US Mail (1st Class) |
| 21242 | RANDISI, JAMES, 806 CHESTNUT GLEN GARTH, TOWSON, MD, 21204 | US Mail (1st Class) |
| 21242 | RANKIN, JACK, 2128 RAINBOW FALLS, LAS VEGAS, NV, 89134 | US Mail (1st Class) |
| 21242 | RANNE, ROY, 22602 SUNSET RIDGE DR, AUBURN, CA, 95602 | US Mail (1st Class) |
| 21242 | RAPPAPORT, JAMES, 3356 NAMBE DR, RENO, NV, 89511 | US Mail (1st Class) |
| 21242 | RASHALL, BENITA, 216 EDGE HILL DRIVE, SAN CARLOS, CA, 94070 | US Mail (1st Class) |
| 21242 | RASHALL, CHARLES, 1918 CHATWIN AVE, LONG BEACH, CA, 90815 | US Mail (1st Class) |
| 21242 | RATLIFF, GLENN, 8800 CASSILIS DRIVE, RENO, NV, 89506 | US Mail (1st Class) |
| 21242 | RAUSCH, LAWRENCE, 10708 BRINKWOOD, LAS VEGAS, NV, 89134 | US Mail (1st Class) |
| 21242 | RAUSCH, LAWRENCE, 2605 E FLAMINGO RD, LAS VEGAS, NV, 89121 | US Mail (1st Class) |
| 21242 | RAWDIN, JEANNE, 4974 VIA CINTA, SAN DIEGO, CA, 92122 | US Mail (1st Class) |
| 21242 | RAY MGR, ROBERT, 1202 JESSIE RD, HENDERSON, NV, 89015 | US Mail (1st Class) |
| 21242 | RAY, ROBERT, 1202 JESSIE RD, HENDERSON, NV, 89015 | US Mail (1st Class) |
| 21242 | RAY, ROBERT, 2605 E FLAMINGO RD, LAS VEGAS, NV, 89121 | US Mail (1st Class) |
| 21242 | RAYMENT, ALEXANDER, IMPASSE HAUTS DE BAYLE 9, MARMANDE 47200, MAGDELAINE, FRANCE | Deutsche Post |
| 21242 | RAYMOND, RALPH, 13424 LARK COURT, REDDING, CA, 96003 | US Mail (1st Class) |
| 21242 | RAZO, RAYMOND, 2744 CAROLINA BLUE AVENUE, HENDERSON, NV, 89052 | US Mail (1st Class) |
| 21242 | REALE, CHRISTINA, 604 BIANCA LANE, HEALDSBURG, CA, 95448 | US Mail (1st Class) |
| 21242 | REALE, FRANK, 6908 EMERALD SPRINGS, LAS VEGAS, NV, 89113 | US Mail (1st Class) |
| 21242 | REALE, LAUREN, 211 CHERRY ST., PETALUMA, CA, 94952 | US Mail (1st Class) |
| 21242 | REALE, SALVATORE, 421 INDIGO SPRINGS, HENDERSON, NV, 89014 | US Mail (1st Class) |
| 21242 | REARDON, JAMES, P O BOX 26903, SAN FRANCISCO, CA, 94126 | US Mail (1st Class) |
| 21242 | REAY, TERRANCE, 25 MAINSAIL DRIVE, CORONA DEL MAR, CA, 92625 | US Mail (1st Class) |
| 21242 | REBER, JOHN, P O BOX 570032, LAS VEGAS, NV, 89157 | US Mail (1st Class) |
| 21242 | RECTOR III, JOE, 12 COVENTRY WY, RENO, NV, 89506 | US Mail (1st Class) |
| 21242 | RECTOR, FAITH, 12 COVENTRY WAY, RENO, NV, 89506 | US Mail (1st Class) |
| 21242 | RECTOR, SHELBY, 12 COVENTRY WAY, RENO, NV, 89506 | US Mail (1st Class) |

# Exhibits E and F Omitted

# Exhibit G

# All pages except page 330 of 352 omitted

## Exhibit G - USA Commercial Mortgage Co

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 21241 | S J MEYER CO, 2660 S RAINBOW BLVD STE H108, LAS VEGAS, NV, 89146-5183 | US Mail (1st Class) |
| 21241 | SAAMYS PIZZA, | US Mail (1st Class) |
| 21241 | SACK, BURTON, 37 SHOESTRING BAY RD, MASHPEE, MA, 02649 | US Mail (1st Class) |
| 21241 | SACRAMENTO BEE, PO BOX 11967, FRESNO, CA, 93776-1967 | US Mail (1st Class) |
| 21241 | SACRAMENTO RESEARCH MEDICAL GROUP, DEFINED BENEFIT PENSION PLAN, C/O R DAVID FERRERA TRUSTEE, 621 MILLS RD, SACRAMENTO, CA, 95864-4913 | US Mail (1st Class) |
| 21241 | SAFECO TEXAS, | US Mail (1st Class) |
| 21241 | SAGAMORE HOTEL, | US Mail (1st Class) |
| 21241 | SAGE CREEK GRILL, | US Mail (1st Class) |
| 21241 | SAGRARIO T EVERS LIVING, TRUST DATED 5/1/01, C/O SAGRARIO T EVERS TRUSTEE, 9101 KINGS TOWN AVE, LAS VEGAS, NV, 89145-8523 | US Mail (1st Class) |
| 21241 | SAL REALE, 421 INDIGO SPRINGS ST, HENDERSON, NV, 89014-3739 | US Mail (1st Class) |
| 21241 | SALVATORE CAPODICI & MARY CAPODICI, 792 MANCILL RD, WAYNE, PA, 19087-2043 | US Mail (1st Class) |
| 21241 | SALVATORE J PALMISANO AND MARYANN PALMISANO, 4022 W RAVENNA CT, MEQUON, WI, 53092-5164 | US Mail (1st Class) |
| 21241 | SALVATORE MACERI SR TRUSTEE OF THE, SALVATORE J MACERI SR TRUST, 2820 RIVARD ST SPC 216, DETROIT, MI, 48207-4818 | US Mail (1st Class) |
| 21241 | SAMPSEL & PRESTON PHOTOGRAPHY, 5850 POLARIS AVE STE 1300, LAS VEGAS, NV, 89118-3186 | US Mail (1st Class) |
| 21241 | SAMUEL & BEVERLY EVANS LIVING TRUST, C/O SAMUEL EVANS & BEVERLY EVANS TRUSTEES, PO BOX 714, LOGANDALE, NV, 89021-0714 | US Mail (1st Class) |
| 21241 | SAMUEL A MAMMANO AND KAREN M MAMMANO, 1490 RIDGE RD, WEBSTER, NY, 14580-3619 | US Mail (1st Class) |
| 21241 | SAMUEL C WILSON, 6661 SILVERSTREAM AVE APT 1046, LAS VEGAS, NV, 89107-1167 | US Mail (1st Class) |
| 21241 | SAMUEL D SPALDING LLL & KATHERINE L SPALDING, TTEES OF THE SPALDING TRUST DATED 4/15/95, 6727 GROVEVIEW LN, LAS VEGAS, NV, 89103-4232 | US Mail (1st Class) |
| 21241 | SAMUEL SPALDING, | US Mail (1st Class) |
| 21241 | SAMUELS (LUND), LINDA, 5324 BOCA MARINA CIR N, BOCA RATON, FL, 33487-5221 | US Mail (1st Class) |
| 21241 | SAMUELS RESTAURANT, | US Mail (1st Class) |
| 21241 | SAN BERNARDINO COUNTY, | US Mail (1st Class) |
| 21241 | SANDLER LIVING TRUST DATED AUGUST 29 2005, C/O ROBERT B SANDLER & PATRICIA D SANDLER TRUSTEES, 8912 E PINNACLE RD BOX 591, SCOTTSDALE, AZ, 85255 | US Mail (1st Class) |
| 21241 | SANDRA A SHANKLE, 1095 FLAMINGO RD, LAGUNA BEACH, CA, 92651-2804 | US Mail (1st Class) |
| 21241 | SANDRA D GREENBLATT AND MICHAEL A GREENBLATT, 1243 RIDGE RD, HIGHLAND PARK, IL, 60035-2931 | US Mail (1st Class) |
| 21241 | SANDRA LEE ZOHNER C/O RON STANLEY, 6735 W OQUENDO RD, LAS VEGAS, NV, 89118-2527 | US Mail (1st Class) |
| 21241 | SANDRA T OHMS AND PAUL OHMS, 38120 LANSING CT, FREMONT, CA, 94536-5005 | US Mail (1st Class) |
| 21241 | SANSEI SEAFOOD RESTAURANT, | US Mail (1st Class) |
| 21241 | SANTORO FAMILY TRUST U/T/D 4/29/02, C/O NICHOLAS J SANTORO, AND JUANITA SANTORO TRUSTEES, 2312 PEARL CREST ST, LAS VEGAS, NV, 89134-6732 | US Mail (1st Class) |
| 21241 | SARA'S HOPE IT'S A WONDERFUL WORLD, CHARITABLE FOUNDATION, 12839 TRITON LN, VICTORVILLE, CA, 92392-8022 | US Mail (1st Class) |
| 21241 | SARAH A FOLEY & BERNADETTE FOLEY, 27 E HATTENDORF AVE UNIT 217, ROSELLE, IL, 60172-1598 | US Mail (1st Class) |
| 21241 | SARAH R ROBERTS, 520 CLEARVIEW DR, LOS GATOS, CA, 95032-1743 | US Mail (1st Class) |
| 21241 | SARRETS, 5230 S VALLEY VIEW BLVD STE D, LAS VEGAS, NV, 89118-1626 | US Mail (1st Class) |
| 21241 | SASWATA SEN, | US Mail (1st Class) |
| 21241 | SATTERLEE STEPHENS BURKE & BURKE LLP, 230 PARK AVE, NEW YORK, NY, 10169-0005 | US Mail (1st Class) |
| 21241 | SAULSBERRY REVOCABLE INTER-VIVOS TRUST, DATED 9/9/82, C/O HOLLIS LEE SAULSBERRY TRUSTEE, 13600 MARINA POINTE DR UNIT 801, MARINA DEL REY, CA, 90292-9250 | US Mail (1st Class) |
| 21241 | SAV MORE RENT A CAR, | US Mail (1st Class) |
| 21241 | SAYLER FAMILY TRUST DATED 9/2/98, C/O HOWARD C SAYLER & PHYLLIS L SAYLER TRUSTEES, PO BOX 1311, KINGS BEACH, CA, 96143-1311 | US Mail (1st Class) |
| 21241 | SB WRIGHT FAMILY, TRUST DATED 12/28/94, C/O MELVIN B WRIGHT & SUSAN D WRIGHT TRUSTEES, 3983 S MCCARRAN BLVD, RENO, NV, 89502-7510 | US Mail (1st Class) |
| 21241 | SBC, PAYMENT CENTER, WEST SACRAMENTO, CA, 95798-9045 | US Mail (1st Class) |