# Exhibit D

E-Filed on 08/2/07

| | |
|---|---|
| **DIAMOND MCCARTHY LLP**<br>909 Fannin, Suite 1500<br>Houston, Texas 77010<br>Telephone (713) 333-5100<br>Facsimile (713) 333-5199<br><br>Allan B. Diamond, TX State Bar No. 05801800<br>Email: adiamond@diamondmccarthy.com<br>Eric D. Madden, TX State Bar No. 24013079<br>Email: emadden@diamondmccarthy.com<br><br>Special Litigation Counsel for USACM Liquidating Trust | **LEWIS AND ROCA LLP**<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169-5996<br>Telephone (702) 949-8320<br>Facsimile (702) 949-8321<br><br>Susan M. Freeman, AZ State Bar No. 004199<br>Email: sfreeman@lrlaw.com<br>Rob Charles, NV State Bar No. 006593<br>Email: rcharles@lrlaw.com<br><br>Counsel for USACM Liquidating Trust |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>        Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>        Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>        Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>        Debtor.<br>In re:<br>USA SECURITIES, LLC,<br><br>        Debtor.<br>Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC<br><br>USACM LIQUIDATING TRUST,<br><br>        Plaintiff,<br><br>        v.<br><br>SALVATORE J. REALE, INDIVIDUALLY and as TRUSTEE OF THE SALVATORE J. REALE REVOCABLE TRUST,<br><br>        Defendant. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR<br><br>JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**Adversary No. 06-01251**<br><br>**DECLARATION OF GEOFFREY L. BERMAN IN SUPPORT OF USACM LIQUIDATING TRUST'S RESPONSE TO EVIDENTIARY OBJECTIONS AND LIMITED SUR-REPLY**<br><br>Hearing Date: August 7, 2007<br>Hearing Time: 9:30 a.m. |

Geoffrey L. Berman declares under penalty of perjury:

1. I am an adult person competent to testify in court. I make the following statements based upon my personal knowledge except where otherwise indicated.

2. I am the Trustee of the USACM Liquidating Trust (the "Trust") pursuant to the Court's Order Confirming the "Debtors' Third Amended Joint Chapter 11 Plan of Reorganization" (the "Plan"), which was entered on January 8, 2007 at Docket No. 2376.

3. Since I was selected as the Trustee, subject to entry of the confirmation order, I have spent significant time familiarizing myself with the assets and liabilities of the Trust as successor to USA Commercial Mortgage Company ("USACM"). I have also spent substantial time familiarizing myself with pending disputes, including the claims asserted in this proceeding.

4. As the Trustee, I am the custodian of records of the Trust. The Trust holds the business records of USACM as its successor under the Plan. The following statements are based upon those business records.

5. On September 15, 2003, USA Capital Diversified Trust Deed Fund, LLC ("DTDF") transferred $2,100,000.00 to First American Title. Attached hereto as Exhibit "A" are relevant portions of DTDF bank statements reflecting this wire transfer.

6. According to a letter dated September 15, 2003 from Thomas Rondeau to First American Title, DTDF transferred the $2.1 million in order to purchase the promissory note and deed of trust for what has been referred to in this case as the Shadroc loan. This letter also instructs the title company to deliver $2.05 million of such funds to USA Investment Partners, LLC ("USAIP") as an advance under what has been referred to in this case as the Reale Note. Reale's notarized signature appears on this letter. Attached hereto as Exhibit "B" is a copy of this letter.

7. On September 18, 2003, USAIP received a wire transfer of $2.05 million. Attached hereto as Exhibit "C" are relevant portions of USAIP bank statements reflecting the receipt of this wire transfer.

1

Reale's notarized signature appears on this letter. Attached hereto as Exhibit "B" is a copy of this letter.

7. On September 18, 2003, USAIP received a wire transfer of $2.05 million. Attached hereto as Exhibit "C" are relevant portions of USAIP bank statements reflecting the receipt of this wire transfer.

8. On March 2, 2004, USACM received $3,743,479.77 in its Collections Trust Account. Attached hereto as Exhibit "D" are relevant portions of a bank statement reflecting the receipt of such funds in the Collections Trust Account. It is my understanding that these funds represented repayment of the Shadroc loan.

9. USACM then disbursed $1,257,088.45 and $2,100,000.00 from its Collections Trust Account to DTDF on April 23, 2004 and June 8, 2004, respectively. Attached hereto as Exhibits "E" and "F," respectively, are relevant portions of USACM bank statements reflecting these disbursements and DTDF bank statements reflecting its receipt of such disbursements. It is my understanding that these disbursements were made in connection with DTDF's interest in the Shadroc loan.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 2, 2007, at Los Angeles, California.

_____
Geoffrey L. Berman, Trustee
gberman@dsi.biz
Development Specialists, Inc.
333 South Grand Avenue, Suite 4070
Los Angeles, California 900071-1544

# EXHIBIT C



P.O BOX 98255 • LAS VEGAS, NV 89193
(702) 307-9800

```
                                005 01 01      PAGE:          1
                                DATE: 09/30/03  ACCOUNT:  10303709


        USA INVESTMENT PARTNERS LLC                    30
        4484 S PECOS                                    0
        LAS VEGAS NV  89121                            39


        VISIT OUR NEW BRANCH LOCATION AT 5251 S. DECATUR BLVD.
              AT THE CORNER OF "DECATUR AND HACIENDA"

                 ANALYZED BUS.CHKING ACCOUNT 10303709

                                 LAST STATEMENT 08/29/03     156,429.64
MINIMUM BALANCE           1,950.30        10 CREDITS       4,413,569.99
AVERAGE BALANCE         505,210.61        46 DEBITS        3,999,893.44
                                 THIS STATEMENT 09/30/03     570,106.19

                  - - - - - - - DEPOSITS - - - - - - - -
REF #.....DATE......AMOUNT  REF #.....DATE......AMOUNT  REF #.....DATE......AMOUNT
          09/03   38,431.66            09/23    2,255.48           09/29  104,200.00
          09/03  100,000.00            09/24   15,000.00
          09/16    1,642.50            09/26 1202,040.35
                  - - - - - - - OTHER CREDITS - - - - - - -
DESCRIPTION                                                  DATE      AMOUNT
INCOMING WIRE                                                09/05   400,000.00
INCOMING WIRE                                                09/18 2050,000.00
INCOMING WIRE                                                09/26  500,000.00

                  - - - - - - - CHECKS - - - - - - - - -
CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT
 2169*09/03     4,305.56    2199 09/09   11,194.44    2212 09/22      131.25
 2189 09/02     1,199.23    2200 09/09   51,039.09    2213 09/22       35.00
 2190 09/02     3,333.33    2201 09/11    4,305.56    2214*09/22       42.00
 2191*09/03     3,498.21    2202 09/08      862.50    2216 09/26    3,285.00
 2193 09/10     5,273.76    2203 09/08      216.00    2217 09/22 1120,000.00
 2194 09/04     2,746.08    2204 09/17    1,642.91    2218 09/19   25,000.00
 2195 09/02     3,498.21    2205*09/15    1,331.09    2219 09/19  215,000.00
 2196 09/08       750.00    2209 09/15      621.39    2220 09/26   24,150.50
 2197 09/05    73,530.14    2210 09/15      156.00    2221*09/25    6,979.07
 2198 09/08     5,000.00    2211 09/17       50.00    2223 09/26    2,378.54
                    * * *  C O N T I N U E D  * * *
```



HMA/SAL 004292
NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION