# Exhibit E

6

INDEX

WITNESS: JOSEPH DAMIAN MILANOWSKI

| | PAGE |
|---|---|
| Examination By Mr. Gerrard | 7 |
| Examination By Ms. Larsen | 111 |
| Further Examination By Mr. Gerrard | 167 |
| Further Examination By Ms. Larsen | 171 |
| Further Examination By Mr. Gerrard | 175 |
| Further Examination By Ms. Larsen | 181 |
| Further Examination By Mr. Gerrard | 184 |

INDEX TO EXHIBITS

| Exhibit | | Page |
|---|---|---|
| Z | Letter dated April 12, 1999 to Mark Bragg from Tom Hantges | 89 |
| AA | Document headed "Loan to P.S. Marquis/Shadowrock (Borrower), Closing Binder, September 10, 1999" | 93 |
| BB | Agreement For Purchase of Loan | 97 |
| CC | Twenty-seventh Amendment to Promissory Note | 101 |
| 1 | Subpoena | 15 |
| 2 | Subpoena | 15 |
| 3 | Subpoena | 15 |

ASSOCIATED REPORTERS OF NEVADA - (702) 382-8778
2300 West Sahara Avenue, Suite 770, Las Vegas, NV 89102



# TWENTY-SEVENTH AMENDMENT TO PROMISSORY NOTE

Salvatore Reale, in trust for Leonora J. Ferro ("Lender") and Thomas A. Hantges and Joseph D. Milanowski (collectively, "Borrower") hereby agree to amend that certain Promissory Note ("Note") between them in the principal amount of $5,750,000 that is dated December 1, 2000. Interest on the Note is paid current. The Note amount was increased to $6,500,000 by an Amendment to Promissory Note dated January 1, 2001, a Second Amendment to Promissory Note dated February 1, 2001, a Third Amendment to Promissory Note dated March 1, 2001 a Fourth Amendment to Promissory Note dated March 19, 2001, and a Fifth Amendment to Promissory Note dated April 1, 2001. The Note amount was reduced to $6,250,000 by a payment made on or about April 13, 2001, increased to $6,400,000 by a Sixth Amendment to Promissory Note dated May 1, 2001, increased to $6,500,000 by a Seventh Amendment to Promissory Note dated May 23, 2001, increased to $6,550,000 by an Eighth Amendment to Promissory Note dated June 1, 2001, increased to $6,700,000 by a Ninth Amendment to Promissory Note dated July 1, 2001, increased to $6,800,000 by a Tenth Amendment to Promissory Note dated August 1, 2001, increased to $6,900,000 by an Eleventh Amendment to Promissory Note dated November 1, 2001, increased to $7,000,000 by a Twelfth Amendment to Promissory Note dated November 30, 2001, increased to $7,050,000 by a Thirteenth Amendment to Promissory Note dated January 1, 2002, increased to $7,100,000 by a Fourteenth Amendment to Promissory Note dated February 1, 2002, to $7,200,000 by a Fifteenth Amendment to Promissory Note dated April 1, 2002, to $7,300,000 by a Sixteenth Amendment to Promissory Note dated May 1, 2002, to $7,400,000 by a Seventeenth Amendment to Promissory Note dated May 9, 2002, to $7,500,000 by an Eighteenth Amendment to Promissory Note dated July 1, 2002, to $7,600,000 by a Nineteenth Amendment to Promissory Note dated August 1, 2002, to $7,700,000 by a Twentieth Amendment to Promissory Note dated October 1, 2002, to $7,800,000 by a Twenty-First Amendment to Promissory Note dated November 1, 2002, to $8,200,000 by a Twenty-Second Amendment to Promissory Note dated January 1, 2003, to $8,300,000 by a Twenty-Third Amendment to Promissory Note dated May 1, 2003, to $8,400,000 by a Twenty-Fourth Amendment to Promissory Note dated July 1, 2003, to $8,550,000 by a Twenty-Fifth Amendment to Promissory Note dated August 1, 2003, and to $8,650,000 by a Twenty-Sixth Amendment to Promissory Note dated September 1, 2003.

In consideration of Lender's having on this 8th day of September, 2003 advanced an additional $2,050,000 to Borrower, the parties agree that effective this date, the principal amount of the Note is increased to $10,700,000. Interest on the $2,050,000 shall commence on the 8th day of September, 2003. All of the terms and conditions of the Note shall apply to the entire increased amount of $10,700,000.

All other terms and conditions of the Note remain in full force and effect.

(Signature page follows)

Exhibit No. CC
Witness Milanowski
Date 3/13/07

KWD CCR# 711

Dated this 8th day of September, 2003.

BORROWER:

_____    _____
Joseph D. Milanowski              Thomas A. Hantges

HOLDER:

_____
Salvatore J. Reale, Trustee

STATE OF NEVADA    )
                   ) ss.
COUNTY OF CLARK    )

This instrument was acknowledged before me on this 8th day of September, 2003, by Joseph D. Milanowski.

[Notary Seal: AMANDA STEVENS, Notary Public, State of Nevada, Appointment No. 02729371, My Appt. Expires Jan. 16, 2006]

_____
Notary Public
(My Commission Expires: 1-16-06)

STATE OF NEVADA    )
                   ) ss.
COUNTY OF CLARK    )

This instrument was acknowledged before me on this 8th day of September, 2003, by Thomas A. Hantges.

[Notary Seal: AMANDA STEVENS, Notary Public, State of Nevada, Appointment No. 02729371, My Appt. Expires Jan. 16, 2006]

_____
Notary Public
(My Commission Expires: 1-16-06)