Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email: malevinson@orrick.com
       jhermann@orrick.com

Robert Kinas (Nevada Bar No. 6019)
Claire Y. Dossier (Nevada Bar No. 10030)
SNELL & WILMER LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rkinas@swlaw.com
       cdossier@swlaw.com

Attorneys for USA Capital
Diversified Trust Deed Fund, LLC

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **NOTICE OF HEARING ON MOTION TO ESTABLISH DISPUTED CLAIM RESERVE** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Hearing Date: December 5, 2007<br>Hearing Time: 9:30 a.m. |

NOTICE IS HEREBY GIVEN that counsel for the USA Capital Diversified Trust Fund, LLC ("Diversified") filed the Motion to Establish Disputed Claim Reserve (the "Reserve Motion") and the Declaration of Rachel Patience Ragni n Support of Motion to Establish Disputed Claim Reserve ("Ragni Declaration") on November 2, 2007. A copy of the above-

referenced documents are on file with the clerk of the United States Bankruptcy Court for the District of Nevada, 300 Las Vegas Boulevard, South, Las Vegas, Nevada 89101.

The Reserve Motion seeks to establish a zero or nominal reserve for two disputed claims in the Diversified case. The Debtors' Third Amended Joint Chapter 11 Plan of Reorganization (the "Plan") established a procedure to reserve funds for disputed claims prior to make a distribution under the Plan. The Ragni Declaration authenticates evidentiary support for the Reserve Motion.

On the same day it filed the Reserve Motion, Diversified also filed the <u>Objection to Proof of Claim of Salvatore J. Reale</u> (the "Objection"), which the Reserve Motion incorporates by reference.

NOTICE IS FURTHER GIVEN that any oppositions to the Reserve Motion must be filed and served on counsel within (15) days after service of this Notice (plus three (3) days for mailing). Any reply to any oppositions shall be filed and served no later than five (5) business days before the date set for the hearing or as otherwise ordered by the Court. In accordance with Local Rule 9014, the following statement is provided:

---

If you object to the relief request, you *must* file a **WRITTEN** response to this Pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing.

---

NOTICE IS FURTHER GIVEN that in the event objections are filed to the Reserve Motion, a hearing on the Reserve Motion will be held before a United States Bankruptcy judge in the Foley Federal Building, Bankruptcy Courtroom No. 1, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101, on the 5th day of December, 2007, at 9:30 a.m.

- 2 -

1  NOTICE IS FURTHER GIVEN that this hearing may be continued from time to time
2  without further notice except for the announcement of any adjourned dates and times at the above
3  noticed hearing or any adjournment thereof.

5  Dated this 2nd day of November, 2007.

SNELL & WILMER LLP

By: _____
Robert Kinas (Nevada Bar No. 6019)
Claire Y. Dossier (Nevada Bar No. 10030)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV  89169
Telephone:  (702) 784-5200

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 904445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capital Mall, Suite 3000
Sacramento, CA 95814-4497

*Attorneys for USA Capital Diversified Trust Deed Fund, LLC*