| | |
|---|---|
| Marc A. Levinson (California Bar No. 57613) | Robert Kinas (Nevada Bar No. 6019) |
| Jeffery D. Hermann (California Bar No. 90445) | Claire Y. Dossier (Nevada Bar No. 10030) |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | SNELL & WILMER LLP |
| 400 Capitol Mall, Suite 3000 | 3883 Howard Hughes Parkway, Suite 1100 |
| Sacramento, CA  95814-4497 | Las Vegas, NV  89169 |
| Telephone:  (916) 447-9200 | Telephone:  (702) 784-5200 |
| Facsimile:  (916) 329-4900 | Facsimile:   (702) 784-5252 |
| Email:  malevinson@orrick.com | Email:  rkinas@swlaw.com |
|           jhermann@orrick.com |           cdossier@swlaw.com |

*Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **NOTICE OF HEARING OF OBJECTION TO PROOF OF CLAIM OF SALVATORE J. REALE** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐  All Debtors<br>☐  USA Commercial Mortgage Company<br>☐  USA Securities, LLC<br>☐  USA Capital Realty Advisors, LLC<br>☒  USA Capital Diversified Trust Deed Fund, LLC<br>☐  USA First Trust Deed Fund, LLC | Hearing Date:  December 5, 2007<br><br>Hearing Time:  9:30 a.m. |

NOTICE IS HEREBY GIVEN that counsel for the USA Capital Diversified Trust Fund, LLC ("Diversified") filed the <u>Objection to Proof of Claim of Salvatore J. Reale</u> (the "Objection") on November 2, 2007.  A copy of the above-referenced document is on file with the clerk of the

United States Bankruptcy Court for the District of Nevada, 300 Las Vegas Boulevard, South, Las Vegas, Nevada 89101.

The Objection objects to the proof of claim filed by Salvatore J. Reale, on that basis that the claim is untimely and baseless.

On the same day it filed the Objection, Diversified also filed the <u>Motion to Establish Disputed Claim Reserve</u>, which the Objection incorporates by reference.

NOTICE IS FURTHER GIVEN that any oppositions to the Objection must be filed and served on counsel within five (5) business days before the scheduled hearing pursuant to Local Rule 3007(b).

NOTICE IS FURTHER GIVEN that if a written response is not timely filed and served, the court may grant the Objection without calling the matter and without receiving arguments or evidence. If a response is timely filed and served, the court may treat the initial hearing as a status and scheduling hearing pursuant to Local Rule 3007(c).

In accordance with Local Rule 9014, the following statement is provided:

> If you object to the relief request, you *must* file a **WRITTEN** response to this Pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

NOTICE IS FURTHER GIVEN that in the event objections are filed to the Reserve Motion, a hearing on the Reserve Motion will be held before a United States Bankruptcy judge in

the Foley Federal Building, Bankruptcy Courtroom No. 1, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101, on the 5th of December, 2007, at 9:30 a.m.

NOTICE IS FURTHER GIVEN that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and times at the above noticed hearing or any adjournment thereof.

Dated this 2nd day of November, 2007.

SNELL & WILMER LLP

By: _____
Robert Kinas (Nevada Bar No. 6019)
Claire Y. Dossier (Nevada Bar No. 10030)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 904445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capital Mall, Suite 3000
Sacramento, CA 95814-4497

*Attorneys for USA Capital Diversified Trust Deed Fund, LLC*