Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email: malevinson@orrick.com
      jhermann@orrick.com

Robert Kinas (Nevada Bar No. 6019)
Claire Y. Dossier (Nevada Bar No. 10030)
SNELL & WILMER LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rkinas@swlaw.com
      cdossier@swlaw.com

*Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                      Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                      Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                      Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                      Debtor. | **CERTIFICATE OF SERVICE** |
| In re:<br>USA SECURITIES, LLC,<br>                      Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

On November 2, 2007, I served (1) **OBJECTION TO PROOF OF CLAIM OF SALVATORE J. REALE**; (2) **MOTION TO ESTABLISH DISPUTED CLAIM RESERVE**; (3) **DECLARATION OF RACHEL PATIENCE RAGNI IN SUPPORT OF MOTION TO ESTABLISH DISPUTED CLAIM RESERVE**; (4) **NOTICE OF HEARING ON MOTION TO ESTABLISH DISPUTED CLAIM RESERVE**; and (5) **NOTICE OF HEARING OF**

157811.1

| | |
|---|---|
| 1 | **OBJECTION TO PROOF OF CLAIM OF SALVATORE J. REALE** for Snell & Wilmer |
| 2 | L.L.P., and Orrick, Herrington & Sutcliffe LLP, attorneys for USA CAPITAL DIVERSIFIED |
| 3 | TRUST DEED FUND, LLC, in the above matter via the following means to the persons as listed |
| 4 | below: |
| 5 | **VIA ECF SYSTEM**: |
| 6 | MICHELLE L. ABRAMS    mabrams@mabramslaw.com |
| 7 | FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com |
| 8 | NANCY L ALLF    nallf@parsonsbehle.com, karen_lawrence@gshllp.com |
| 9 | NANCY L ALLF    nancy_allf@gshllp.com, karen_lawrence@gshllp.com |
| 10 | FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov |
| 11 | PETER C. BERNHARD    peter.bernhard@bullivant.com, michelle.diegel@bullivant.com |
| 12 | BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com; jmiller@bmcgroup.com; |
| 13 | mjohn@bmcgroup.com |
| 14 | GEORGANNE W. BRADLEY    georganne.bradley@bullivant.com, mary.opatrny@bullivant.com |
| 15 | KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com |
| 16 | THOMAS R. BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com |
| 17 | ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com; |
| 18 | lmackson@shutts-law.com |
| 19 | LOUIS M. BUBALA    lbubala@jonesvargas.com, tbw@jonesvargas.com; aanthony@jonesvargas.com |
| 20 | MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com; |
| 21 | jrammos@callister-reynolds.com |
| 22 | CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com; bankruptcyfilings@sheacarlyon.com; manthony@sheacarlyon.com |
| 23 | MICHAEL W. CARMEL    michael@mcarmellaw.com, nancy@mcarmellaw.com; |
| 24 | ritkin@steptoe.com |
| 25 | ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com |
| 26 | MICHAEL W. CHEN    yvette@ccfirm.com |
| 27 | KEVIN B. CHRISTENSEN    kbchrislaw@aol.com |
| 28 | JANET L. CHUBB    tbw@jonesvargas.com |

| | |
|---|---|
| 1 | JANET L. CHUBB    tbw@jonesvargas.com |
| 2 | DAVID A. COLVIN    kjohnson@marquisaurbach.com, dcolvin@marquisaurbach.com; kgallegos@MarquisAurbach.com |
| 3 | WILLIAM D COPE    cope_guerra@yahoo.com |
| 4 | LAUREL E. DAVIS    ldavis@fclaw.com, mhurtado@fclaw.com |
| 5 | THOMAS W. DAVIS    twd@h2law.com, emarchetti-harris@howardandhoward.com |
| 6 | DEBT ACQUISITION COMPANY OF AMERICA V, LLC (aw)    awhatnall@daca4.com |
| 7 8 | J CRAIG DEMETRAS    JCD@demetras-oneill.com, jar@demetras-oneill.com; mdh@demetras-oneill.com |
| 9 | RICHARD I. DREITZER    rdreitzer@yahoo.com |
| 10 | THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM; bknotices@gordonsilver.com |
| 11 12 | SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com |
| 13 | GREGORY E GARMAN    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com |
| 14 | DOUGLAS D. GERRARD    DGERRARD@GERRARD-COX.COM, ekaymedellin@gerrard-cox.com |
| 15 | WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com |
| 16 17 | CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov Mary.Booker@usdoj.gov |
| 18 | GERALD M GORDON    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com |
| 19 | R. VAUGHN GOURLEY    vgourley@lvcm.com |
| 20 | TALITHA B. GRAY    bankruptcynotices@gordonsilver.com; bknotices@gordonsilver.com |
| 21 | JAMES D. GREENE    bknotice@bhfs.com |
| 22 | MARK H. GUNDERSON    kweaver@gundersonlaw.com |
| 23 | MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com; angelenal@goldguylaw.com |
| 24 | PETER W. GUYON    pguyon@yahoo.com |
| 25 26 | JEFFREY R. HALL    jhall@sheacarlyon.com, jusam@hutchlegal.com; mconnot@hutchlegal.com |
| 27 | XANNA R. HARDMAN    xanna.hardman@gmail.com |
| 28 | STEPHEN R HARRIS    noticesbh&p@renolaw.biz |

157811.1                                          - 3 -

| | |
|---|---|
| 1 | JEFFREY L HARTMAN    notices@bankruptcyreno.com, dle@bankruptcyreno.com |
| 2 | BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com |
| 3 | RICHARD F. HOLLEY    rholley@nevadafirm.com, paltstatt@nevadafirm.com; vnelson@nevadafirm.com; sliberio@nevadafirm.com; bkecf@nevadafirm.com |
| 4 | |
| 5 | RANDOLPH L. HOWARD    rhoward@klnevada.com, ckishi@klnevada.com; bankruptcy@klnevada.com |
| 6 | DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net |
| 7 | JASON A. IMES    bkfilings@s-mlaw.com |
| 8 | ROBBIN L. ITKIN    ritkin@steptoe.com, sgottlieb@steptoe.com; skopman@steptoe.com; keckert@steptoe.com; jgoldman@steptoe.com; kpiper@steptoe.com |
| 9 | |
| 10 | CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com |
| 11 | EVAN L. JAMES    ejameslv@embarqmail.com, kbchrislaw@aol.com |
| 12 | ANNETTE W JARVIS    ajarvis@rqn.com |
| 13 | ERIN E. JONES    ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com |
| 14 | TY E. KEHOE    TyKehoeLaw@aol.com |
| 15 | ROBERT R. KINAS    rkinas@swlaw.com, jmcbee@swlaw.com; jmath@swlaw.com; mfull@swlaw.com; cdossier@swlaw.com; lvdocket@mindspring.com |
| 16 | DEAN T. KIRBY    dkirby@kirbymac.com, jhebert@kirbymac.com; lackerman@kirbymac.com |
| 17 | ZACHARIAH LARSON    ecf@lslawnv.com, susans@lslawnv.com |
| 18 | JOHN J. LAXAGUE    jlaxague@caneclark.com |
| 19 | GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net |
| 20 | NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com; bankruptcy@klnevada.com |
| 21 | ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net |
| 22 | TYSON M. LOMAZOW    tlomazow@milbank.com |
| 23 | ANNE M. LORADITCH    ecffilings@LRLaw.com, aloraditch@LRLaw.com; pkois@LRLaw.com |
| 24 | |
| 25 | ERIC D MADDEN    emadden@diamondmccarthy.com, jsickels@diamondmccarthy.com |
| 26 | PATRICIA A. MARR    lvlaw03@yahoo.com |
| 27 | JAMES C. MCCARROLL    dturetsky@reedsmith.com; aleonard@reedsmith.com |
| 28 | REGINA M. MCCONNELL    rmcconnell@kssattorneys.com |

157811.1                                - 4 -

| | |
|---|---|
| 1 | |
| 2 | WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com |
| 3 | RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com; cburke@lawlasvegas.com |
| 4 | JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com; info@s-mlaw.com |
| 5 | BRECK E. MILDE    bmilde@terra-law.com |
| 6 | SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com; ltreadway@sheacarlyon.com; mleavitt@sheacarlyon.com; manthony@sheacarlyon.com |
| 7 | |
| 8 | DAVID MINCIN    mcknightlaw@cox.net, gkopang@lawlasvegas.com; dmincin@lawlasvegas.com, cburke@lawlasvegas.com |
| 9 | JOHN F MURTHA    jmurtha@woodburnandwedge.com |
| 10 | ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com; erin@rlbolick.com |
| 11 | JOHN F. O'REILLY    jor@oreillylawgroup.com, tor@oreillylawgroup.com; bc@oreillylawgroup.com; mg@oreillylawgroup.com; lc@oreillylawgroup.com |
| 12 | |
| 13 | TIMOTHY R. O'REILLY    tor@oreillylawgroup.com, jor@oreillylawgroup.com; bc@oreillylawgroup.com; mg@oreillylawgroup.com; lc@oreillylawgroup.com |
| 14 | BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com; dgriffis@beckleylaw.com |
| 15 | |
| 16 | DONNA M. OSBORN    ksavage@marquisaurbach.com, dosborn@marquisaurbach.com; kgallegos@MarquisAurbach.com |
| 17 | CHRISTINE M PAJAK    cpajak@stutman.com, ekarasik@stutman.com |
| 18 | ANDREW M. PARLEN    aparlen@stutman.com |
| 19 | DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com |
| 20 | PAUL C RAY    info@johnpeterlee.com |
| 21 | THOMAS RICE    trice@coxsmith.com, ggattis@coxsmith.com; jbrown@coxsmith.com; aseifert@coxsmith.com; dwilliamson@coxsmith.com |
| 22 | |
| 23 | GORDON C. RICHARDS    GCR@ClarkandRichards.com, ALM@ClarkandRichards.com |
| 24 | CHRISTINE A ROBERTS    bankruptcy@rocgd.com |
| 25 | STACY M. ROCHELEAU    stacy@arlawgroup.com, wendy@arlawgroup.com |
| 26 | SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com |
| 27 | LENARD E. SCHWARTZER    bkfilings@s-mlaw.com |
| 28 | BRIAN D. SHAPIRO    ecf@brianshapirolaw.com, tiffany@brianshapirolaw.com; brianshapiroesq@yahoo.com; bshapiro@brianshapirolaw.com |

157811.1                                                - 5 -

| | |
|---|---|
| 1 | |
| 2 | JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com; jshea@sheacarlyon.com; manthony@sheacarlyon.com |
| 3 | SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com; ltreadway@sheacarlyon.com; rmsmith@sheacarlyon.com; mleavitt@sheacarlyon.com; |
| 4 | manthony@sheacarlyon.com |
| 5 | AMBRISH S. SIDHU    ecfnotices@sidhulawfirm.com |
| 6 | JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com |
| 7 | ALAN R SMITH    mail@asmithlaw.com, turk@asmithlaw.com; marsh@asmithlaw.com; darby@asmithlaw.com |
| 8 | |
| 9 | ADAM M. STARR    starra@gtlaw.com |
| 10 | DAVID A. STEPHENS    dstephens@lvcm.com |
| 11 | PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com |
| 12 | ERIC W. SWANIS    swanise@gtlaw.com, barberc@gtlaw.com; lengemannc@gtlaw.com; boodtb@gtlaw.com; dittrichr@gtlaw.com; driverv@gtlaw.com |
| 13 | JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com |
| 14 | KAARAN E. THOMAS    kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com |
| 15 | ROLLIN G. THORLEY    rollin.g.thorley@irscounsel.treas.gov |
| 16 | U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov |
| 17 | ERIC VAN    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com |
| 18 | GREGORY J. WALCH    GWalch@Nevadafirm.com |
| 19 | RUSSELL S. WALKER    rwalker@wklawpc.com, eloveridge@wklawpc.com; ckirk@wklawpc.com; tgrover@wklawpc.com |
| 20 | |
| 21 | WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com |
| 22 | GREGORY L. WILDE    bk@wildelaw.com |
| 23 | RYAN J. WORKS    rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com; dsampson@mcdonaldcarano.com; aguenther@mcdonaldcarano.com; hvenglik@mcdonaldcarano.com |
| 24 | |
| 25 | MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com |
| 26 | / / / |
| 27 | / / / |
| 28 | / / / |

**VIA FACSIMILE and U.S. MAIL (postage fully prepaid)**:

William L. McGimsey, Esq.
516 South 6th Street, Suite 300
Las Vegas, NV 89101
Fax: (702) 384-4329
*Attorney for MARGARET B. McGIMSEY TRUST, BRUCE McGIMSEY, JERRY McGIMSEY, SHARON McGIMSEY, and JOHNNY CLARK*

Douglas Gerrard, Esq.
2450 St. Rose Parkway
Henderson, NV 89074
Fax: (702) 796-4848
*Attorney for SALVATORE J. REALE*

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 2nd day of November, 2007.

_____
Jill Math

157811.1

- 7 -