| | |
|---|---|
| Marc A. Levinson (California Bar No. 57613) | Robert Kinas (Nevada Bar No. 6019) |
| Jeffery D. Hermann (California Bar No. 90445) | Claire Y. Dossier (Nevada Bar No. 10030) |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | SNELL & WILMER LLP |
| 400 Capitol Mall, Suite 3000 | 3883 Howard Hughes Parkway, Suite 1100 |
| Sacramento, CA 95814-4497 | Las Vegas, NV 89169 |
| Telephone: (916) 447-9200 | Telephone: (702) 784-5200 |
| Facsimile: (916) 329-4900 | Facsimile: (702) 784-5252 |
| Email: malevinson@orrick.com | Email: rkinas@swlaw.com |
| jhermann@orrick.com | cdossier@swlaw.com |

*Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **CERTIFICATE OF SERVICE** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

On November 2, 2007, I served (1) **OBJECTION TO PROOF OF CLAIM OF SALVATORE J. REALE**; (2) **MOTION TO ESTABLISH DISPUTED CLAIM RESERVE**; (3) **DECLARATION OF RACHEL PATIENCE RAGNI IN SUPPORT OF MOTION TO ESTABLISH DISPUTED CLAIM RESERVE**; (4) **NOTICE OF HEARING ON MOTION TO ESTABLISH DISPUTED CLAIM RESERVE**; and (5) **NOTICE OF HEARING OF**

157821.1

**OBJECTION TO PROOF OF CLAIM OF SALVATORE J. REALE** for Snell & Wilmer L.L.P., and Orrick, Herrington & Sutcliffe LLP, attorneys for USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, in the above matter via the following means to the person as listed below:

**VIA E-MAIL**:

Douglas Gerrard, Esq.
2450 St. Rose Parkway
Henderson, NV 89074
E-mail: dgerrard@gerrard-cox.com
*Attorney for SALVATORE J. REALE*

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 2nd day of November, 2007.

_____
Jill Math

157821.1

- 2 -