Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

E-FILED on November 5, 2007

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　　　　　　　　　　　　　Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**CERTIFICATE OF SERVICE OF USA CAPITAL REALTY ADVISORS, LLC'S MOTION FOR SUMMARY JUDGMENT AND  NOTICE OF HEARING ON USA CAPITAL REALTY ADVISORS, LLC'S MOTION FOR SUMMARY JUDGMENT**<br>**(Affects USA Capital Realty Advisors, LLC)**<br><br>Date of Hearing:  December 20, 2007<br>Time of Hearing:  9:30 a.m. |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　　　　　　　　　　　　Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>　　　　　　　　　　　　　　　Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　　　　　　　　　　　　　Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>　　　　　　　　　　　　　　　Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☒ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | |

1.  I served the following document(s):

    a.  USA Capital Realty Advisors, LLC's Motion For Summary Judgment

    b.  Notice of Hearing on USA Capital Realty Advisors, LLC's Motion For Summary Judgment

☒   c.  **By ECF System on November 2, 2007**:

MICHELLE L. ABRAMS mabrams@mabramslaw.com
FRANKLIN C. ADAMS franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com
NANCY L ALLF nallf@parsonsbehle.com, karen_lawrence@gshllp.com
NANCY L ALLF nancy_allf@gshllp.com, karen_lawrence@gshllp.com
FRANK A. ANDERSON anderson.frank@pbgc.gov, efile@pbgc.gov
PETER C. BERNHARD peter.bernhard@bullivant.com, michelle.diegel@bullivant.com
BMC GROUP, INC. evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;mjohn@bmcgroup.com
GEORGANNE W. BRADLEY georganne.bradley@bullivant.com, mary.opatrny@bullivant.com
KELLY J. BRINKMAN kbrinkman@gooldpatterson.com
THOMAS R. BROOKSBANK tom@tombrooksbank.com, renee@tombrooksbank.com
ANDREW M. BRUMBY abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shuttslaw.com
LOUIS M. BUBALA lbubala@jonesvargas.com, tbw@jonesvargas.com;aanthony@jonesvargas.com
MATTHEW Q. CALLISTER mqc@callister-reynolds.com, maggie@callisterreynolds.com;jrammos@callister-reynolds.com
CANDACE C CARLYON ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;manthony@sheacarlyon.com
MICHAEL W. CARMEL michael@mcarmellaw.com, nancy@mcarmellaw.com;ritkin@steptoe.com
ROB CHARLES rcharles@lrlaw.com, cjordan@lrlaw.com
MICHAEL W. CHEN yvette@ccfirm.com
KEVIN B. CHRISTENSEN kbchrislaw@aol.com
JANET L. CHUBB tbw@jonesvargas.com
JANET L. CHUBB tbw@jonesvargas.com
DAVID A. COLVIN kjohnson@marquisaurbach.com, dcolvin@marquisaurbach.com;kgallegos@MarquisAurbach.com
WILLIAM D COPE cope_guerra@yahoo.com
LAUREL E. DAVIS ldavis@fclaw.com, mhurtado@fclaw.com
THOMAS W. DAVIS twd@h2law.com, emarchetti-harris@howardandhoward.com
DEBT ACQUISITION COMPANY OF AMERICA V, LLC (aw) awhatnall@daca4.com
J CRAIG DEMETRAS JCD@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetrasoneill.com
RICHARD I. DREITZER rdreitzer@yahoo.com
THOMAS H. FELL BANKRUPTCYNOTICES@GORDONSILVER.COM;bknotices@gordonsilver.com
SCOTT D. FLEMING sfleming@halelane.com, dbergsing@halelane.com
GREGORY E GARMAN bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com
DOUGLAS D. GERRARD DGERRARD@GERRARD-COX.COM, ekaymedellin@gerrard-cox.com
WADE B. GOCHNOUR wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com
CARLOS A. GONZALEZ carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov:Mary.Booker@usdoj.gov
GERALD M GORDON bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com
R. VAUGHN GOURLEY vgourley@lvcm.com
TALITHA B. GRAY bankruptcynotices@gordonsilver.com;bknotices@gordonsilver.com

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| | |
|---|---|
| 1 | JAMES D. GREENE bknotice@bhfs.com |
| | MARK H. GUNDERSON kweaver@gundersonlaw.com |
| 2 | MARJORIE A. GUYMON bankruptcy@goldguylaw.com, ddias@goldguylaw.com;angelenal@goldguylaw.com |
| 3 | PETER W. GUYON pguyon@yahoo.com |
| | JEFFREY R. HALL jhall@sheacarlyon.com, jusam@hutchlegal.com;mconnot@hutchlegal.com |
| 4 | XANNA R. HARDMAN xanna.hardman@gmail.com |
| | STEPHEN R HARRIS noticesbh&p@renolaw.biz |
| 5 | JEFFREY L HARTMAN notices@bankruptcyreno.com, dle@bankruptcyreno.com |
| 6 | BRIGID M. HIGGINS bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com |
| | RICHARD F. HOLLEY rholley@nevadafirm.com, paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com |
| 7 | RANDOLPH L. HOWARD rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com |
| 8 | DAVID W. HUSTON dwh@hustonlaw.net, swaits@hustonlaw.net |
| 9 | JASON A. IMES bkfilings@s-mlaw.com |
| | ROBBIN L. ITKIN ritkin@steptoe.com, sgottlieb@steptoe.com;skopman@steptoe.com;keckert@steptoe.com;jgoldman@steptoe.com;kpiper@ste |
| 10 | CHRISTOPHER D JAIME cjaime@waltherkey.com, kbernhar@waltherkey.com |
| 11 | EVAN L. JAMES ejameslv@embarqmail.com, kbchrislaw@aol.com |
| | ANNETTE W JARVIS ajarvis@rqn.com |
| 12 | ERIN E. JONES ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com |
| | TY E. KEHOE TyKehoeLaw@aol.com |
| 13 | ROBERT R. KINAS rkinas@swlaw.com, jmcbee@swlaw.com;jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring |
| 14 | DEAN T. KIRBY dkirby@kirbymac.com, jhebert@kirbymac.com;lackerman@kirbymac.com |
| 15 | ZACHARIAH LARSON ecf@lslawnv.com, susans@lslawnv.com |
| | JOHN J. LAXAGUE jlaxague@caneclark.com |
| 16 | GEORGE C LAZAR glazar@foxjohns.com, gclazar@sbcglobal.net |
| | NILE LEATHAM nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com |
| 17 | ROBERT C. LEPOME rlepome@cox.net, smstanton@cox.net |
| | TYSON M. LOMAZOW tlomazow@milbank.com |
| 18 | ANNE M. LORADITCH ecffilings@LRLaw.com, aloraditch@LRLaw.com;pkois@LRLaw.com |
| | ERIC D MADDEN emadden@diamondmccarthy.com, jsickels@diamondmccarthy.com |
| 19 | PATRICIA A. MARR lvlaw03@yahoo.com |
| 20 | JAMES C. MCCARROLL , dturetsky@reedsmith.com;aleonard@reedsmith.com |
| | REGINA M. MCCONNELL rmcconnell@kssattorneys.com |
| 21 | WILLIAM L. MCGIMSEY lawoffices601@lvcoxmail.com |
| 22 | RICHARD MCKNIGHT mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com |
| | JEANETTE E. MCPHERSON bkfilings@s-mlaw.com;info@s-mlaw.com |
| 23 | JEANETTE E. MCPHERSON bkfilings@s-mlaw.com;info@s-mlaw.com |
| | BRECK E. MILDE bmilde@terra-law.com |
| 24 | SHAWN W MILLER bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;ltreadway@sheacarlyon.com;mleavitt@sheacarlyon.com;manthony@sheacarl |
| 25 | DAVID MINCIN mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com |
| 26 | JOHN F MURTHA jmurtha@woodburnandwedge.com |
| | ERVEN T. NELSON erv@rlbolick.com, susan@rlbolick.com;erin@rlbolick.com |
| 27 | JOHN F. O'REILLY jor@oreillylawgroup.com, tor@oreillylawgroup.com;bc@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com |
| 28 | TIMOTHY R. O'REILLY tor@oreillylawgroup.com, jor@oreillylawgroup.com;bc@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com |

BOB L. OLSON ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN ksavage@marquisaurbach.com, dosborn@marquisaurbach.com;kgallegos@MarquisAurbach.com

CHRISTINE M PAJAK cpajak@stutman.com, ekarasik@stutman.com

ANDREW M. PARLEN aparlen@stutman.com

DONALD T. POLEDNAK sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY info@johnpeterlee.com

THOMAS RICE trice@coxsmith.com, ggattis@coxsmith.com;jbrown@coxsmith.com;aseifert@coxsmith.com;dwilliamson@coxsmith.com

GORDON C. RICHARDS GCR@ClarkandRichards.com, ALM@ClarkandRichards.com

CHRISTINE A ROBERTS bankruptcy@rocgd.com

STACY M. ROCHELEAU stacy@arlawgroup.com, wendy@arlawgroup.com

SUSAN WILLIAMS SCANN sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER bkfilings@s-mlaw.com

BRIAN D. SHAPIRO ecf@brianshapirolaw.com, tiffany@brianshapirolaw.com;brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com

JAMES PATRICK SHEA bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;jshea@sheacarlyon.com;manthony@sheacarlyon.com

SHLOMO S. SHERMAN ssherman@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;mleavitt@

AMBRISH S. SIDHU ecfnotices@sidhulawfirm.com

JEFFREY G. SLOANE gjklepel@yahoo.com, rmcconnell@kssattorneys.com

ALAN R SMITH mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com

ADAM M. STARR starra@gtlaw.com

DAVID A. STEPHENS dstephens@lvcm.com

PETER SUSI cheryl@msmlaw.com, msm@msmlaw.com

ERIC W. SWANIS swanise@gtlaw.com, barberc@gtlaw.com;lengemannc@gtlaw.com;boodtb@gtlaw.com;dittrichr@gtlaw.com;driverv@gtlaw.c

JEFFREY R. SYLVESTER jeff@sylvesterpolednak.com

KAARAN E. THOMAS kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

ROLLIN G. THORLEY rollin.g.thorley@irscounsel.treas.gov

U.S. TRUSTEE - LV - 11 USTPRegion17.lv.ecf@usdoj.gov

ERIC VAN bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

GREGORY J. WALCH GWalch@Nevadafirm.com

RUSSELL S. WALKER rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

WHITNEY B. WARNICK wbw@albrightstoddard.com, bstessel@albrightstoddard.com

GREGORY L. WILDE bk@wildelaw.com

RYAN J. WORKS rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com;dsampson@mcdonaldcarano.com;aguenther@mcdonaldcarano.com;hven

MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

☒  d.  **By United States mail, postage fully prepaid on November 5, 2007**:

William L. McGimsey, Esq.
McGimsey Law Offices
601 East Charleston Boulevard
Las Vegas, Nevada 89014

1  ☐    e.    **By Personal Service**
            I personally delivered the document(s) to the persons at these addresses:
2       ☐    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.
       ☐    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐    f.    **By direct email (as opposed to through the ECF System)**
            Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐    g.    **By fax transmission**
            Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐    h.    **By messenger**
            I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:    November 5, 2007

LIA ALLEN                                      /s/    LIA ALLEN
(Name of Declarant)                            (Signature of Declarant)