1 | **LEWIS AND ROCA LLP**
Susan M. Freeman (AZ 4199)
2 | *pro hac vice*
Rob Charles (NV 6593)
3 | Anne M. Loraditch (NV 8164)
530 Las Vegas Boulevard South
4 | Las Vegas, Nevada 89101
Telephone (702) 385-3373
5 | Facsimile (702) 385-9447
Email:  sfreeman@lrlaw.com
6 |      rcharles@lrlaw.com
       aloraditch@lrlaw.com
7 | *Attorneys for USACM Liquidating Trust*

Electronically Filed November 5, 2007

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC, | |
| Debtors. | **NOTICE OF ENTRY OF ORDER SUSTAINING OBJECTION OF USACM TRUST TO STANLEY PACZOSA'S CLAIM FILED IN WRONG DEBTOR'S CASE; AND SUSTAINING OBJECTION OF DTDF TO PROPOSED ALLOWANCE OF CLAIM; AND CERTIFICATE OF SERVICE** |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☒ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

21     **PLEASE TAKE NOTICE** that on the 1st day of November 2007, the Court in the

22 above-captioned case entered its Order Sustaining Objection of USACM Trust to Stanley

23 Paczosa's Claim Filed in Wrong Debtor's Case; and Sustaining Objection of DTDF to

24 Proposed Allowance of Claim, a copy of which is attached hereto.

25 ///

26 ///

382463_1.DOC

DATED this 5th day of November 2007.

**LEWIS AND ROCA LLP**

By____/s/ Anne M. Loraditch (008164)____
      Susan M. Freeman
      Rob Charles
      Anne M. Loraditch
      530 Las Vegas Boulevard South
      Las Vegas, Nevada 89101
      Telephone: (702) 385-3373
      Facsimile: (702) 385-5024

*Attorneys for USACM Liquidating Trust*

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served via first class mail, postage prepaid, addressed as set forth below, on this 5th day of November 2007, to:

Stanley Paczosa
8617 Linderwood
Las Vegas, NV 89134

By /s/ Tamika Shauntee_____
    Tamika Shauntee, Lewis and Roca LLP

**Entered on Docket**
**November 01, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

| | | |
|---|---|---|
| **LEWIS AND ROCA LLP** | **ORRICK, HERRINGTON &** | **SNELL & WILMER, LLP** |
| Susan M. Freeman (AZ 4199) | **SUTCLIFFE LLP** | Robert R. Kinas (NV 06019) |
| _pro hac vice_ | Marc A. Levinson (CA 57613) | Claire Dossier (NV 10030) |
| Rob Charles (NV 6593) | _pro hac vice_ | 3883 Howard Hughes Parkway |
| Anne M. Loraditch (NV 8164) | Jeffery D. Hermann (CA 90445) | Suite 1100 |
| 530 Las Vegas Boulevard South | _pro hac vice_ | Las Vegas, Nevada 89169 |
| Las Vegas, Nevada 89101 | 400 Capitol Mall | Telephone: (702) 784-5200 |
| Telephone (702) 385-3373 | Sacramento, California 95814 | Facsimile: (702) 784-5252 |
| Facsimile (702) 385-9447 | Telephone: (916) 447-9200 | Email: rkinas@swlaw.com |
| Email: sfreeman@lrlaw.com | Facsimile: (916) 329-4900 | cdossier@swlaw.com |
| rcharles@lrlaw.com | Email: malevinson@orrick.com | |
| aloraditch@lrlaw.com | jhermann@orrick.com | |
| _Attorneys for USACM Liquidating Trust_ | _Attorneys for USA Capital Diversified Trust Deed Fund, LLC_ | |

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| | |
| USA CAPITAL DIVERSIFIED TRUST DEED | CHAPTER 11 |
| FUND, LLC, | |
| | Jointly Administered Under |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Case No. BK-S-06-10725 LBR |
| | |
| USA SECURITIES, LLC, | **ORDER SUSTAINING OBJECTION OF** |
| Debtors. | **USACM TRUST TO STANLEY** |
| | **PACZOSA CLAIM FILED IN WRONG** |
| **Affects:** | **DEBTOR'S CASE; AND SUSTAINING** |
| ☐ All Debtors | **OBJECTION OF DTDF TO PROPOSED** |
| ☒ USA Commercial Mortgage Company | **ALLOWANCE OF CLAIM** |
| ☐ USA Capital Realty Advisors, LLC | |
| ☒ USA Capital Diversified Trust Deed Fund, LLC | Hearing Date:    October 15, 2007 |
| ☐ USA Capital First Trust Deed Fund, LLC | Hearing Time:    9:30 a.m. |
| ☐ USA Securities, LLC | |

378750_1.TMP

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

1     The Court having considered the "Objection of USACM Trust to Stanley Paczosa

2 Claim Filed in Wrong Debtor's Case; Objection of DTDF to Proposed Allowance of

3 Claim" [Docket No. 4682] (the "Objection"); with appearances as set forth in the record at

4 the hearing noted above; appropriate notice of the Objection having been given; no

5 response to the Objection having been filed; and good cause appearing:

6     **IT IS HEREBY ORDERED** that:

7     1.     The Objection is sustained;

8     2.     Proof of Claim No. 10725-01222 is disallowed in its entirety as against USA

9 Commercial Mortgage and USA Capital Diversified Trust Deed Fund, LLC ("DTDF");

10 and

11     3.     Stanley Paczosa's equity interest in DTDF is allowed in the amount of

12 $72,070.98, as reflected in DTDF's books and records as of April 13, 2006.

13 PREPARED AND RESPECTFULLY SUBMITTED BY:

14 **LEWIS AND ROCA LLP**         **SNELL & WILMER, LLP**

15 By___/s/ Anne M. Loraditch (008164)___     By_/s/ Claire Dossier (010030)_____

16     Susan M. Freeman              Robert R. Kinas
    Rob Charles                  Claire Dossier

17     Anne M. Loraditch           3883 Howard Hughes Parkway, Suite 1100
530 Las Vegas Boulevard South       Las Vegas, Nevada 89169

18 Las Vegas, Nevada 89101          Telephone (702) 784-5200
Telephone: (702) 385-3373        Facsimile (702) 784-5252

19 Facsimile: (702) 385-5024            and
                          **ORRICK, HERRINGTON &**

20                         **SUTCLIFFE LLP**
*Attorneys for USACM Liquidating Trust*   Marc A. Levinson

21                         Jeffery D. Hermann
                        400 Capitol Mall, Suite 3000

22                         Sacramento, California 95814-4497
                        Telephone: (916) 447-9200

23                         Facsimile: (916) 329-4900

24                         *Attorneys for USA Capital Diversified*
*Trust Deed Fund, LLC*

25

26

378750_1.TMP

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

## **RULE 9021 DECLARATION**

In accordance with Local Rule 9021, the undersigned certifies:

☐  The Court waived the requirements of LR 9021.
☐  I have delivered a copy of the proposed order to the Office of the United States Trustee and the parties who filed papers in response to the Objection or appeared at the hearing noted above, and each has:

  ☐  approved the form of this order; and/or
  ☐  waived the right to review the order; and/or
  ☐  failed to file and serve papers in accordance with LR 9021(c); and the following have disapproved the form of the order:
       n/a

☒  No opposition was filed to the objection and no other party or counsel appeared at the hearing.

                    **LEWIS AND ROCA, LLP**


          By:   s/  Anne M. Loraditch
                Anne M. Loraditch (Nevada Bar No. 8164)
                530 Las Vegas Boulevard South
                Las Vegas, Nevada 89101

                    # # #

3

378750_1.TMP