**LEWIS AND ROCA LLP**
Susan M. Freeman (AZ 4199)
*pro hac vice*
Rob Charles (NV 6593)
Anne M. Loraditch (NV 8164)
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone (702) 385-3373
Facsimile (702) 385-9447
Email:  sfreeman@lrlaw.com
☐      rcharles@lrlaw.com
          aloraditch@lrlaw.com
*Attorneys for USACM Liquidating Trust*

Electronically Filed November 5, 2007

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC, Debtors. | **NOTICE OF ENTRY OF ORDER SUSTAINING OBJECTION OF USACM TRUST TO KATHLEEN J MOORE** |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☒ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

**ROTH IRA'S CLAIM FILED IN WRONG DEBTOR'S CASE; AND SUSTAINING OBJECTION OF DTDF TO PROPOSED ALLOWANCE OF CLAIM; AND CERTIFICATE OF SERVICE**

**PLEASE TAKE NOTICE** that on the 1st day of November 2007, the Court in the above-captioned case entered its Order Sustaining Objection of USACM Trust to Kathleen J Moore ROTH IRA's Claim Filed in Wrong Debtor's Case; and Sustaining Objection of DTDF to Proposed Allowance of Claim, a copy of which is attached hereto.

///

///

382480_1.DOC

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

1     DATED this 5th day of November 2007.

2                             **LEWIS AND ROCA LLP**

3

4                 By_____/s/ Anne M. Loraditch (008164)_____
                       Susan M. Freeman

5                        Rob Charles
                       Anne M. Loraditch

6                        530 Las Vegas Boulevard South
                       Las Vegas, Nevada 89101

7                        Telephone:  (702) 385-3373
                       Facsimile:  (702) 385-5024

8                      *Attorneys for USACM Liquidating Trust*

9

10

11                     **CERTIFICATE OF SERVICE**

12        I certify that a copy of the foregoing was served via first class mail, postage

13 prepaid, addressed as set forth below, on this 5th day of November 2007, to:

14     Kathleen J Moore
    1603 Lefty Garcia Way

15     Henderson, NV 89002

16

By_/s/ Tamika Shauntee_____

17     Tamika Shauntee, Lewis and Roca LLP

18

19

20

21

22

23

24

25

26

382480_1.DOC

Case: 06-10725-lbr       Doc #: 5234      Filed: 11/01/2007      Page: 1 of 3

**Entered on Docket**
**November 01, 2007**

Hon. Linda B. Riegle
**United States Bankruptcy Judge**

| | | |
|---|---|---|
| **LEWIS AND ROCA LLP** | **ORRICK, HERRINGTON &** | **SNELL & WILMER, LLP** |
| Susan M. Freeman (AZ 4199) | **SUTCLIFFE LLP** | Robert R. Kinas (NV 06019) |
| *pro hac vice* | Marc A. Levinson (CA 57613) | Claire Dossier (NV 10030) |
| Rob Charles (NV 6593) | *pro hac vice* | 3883 Howard Hughes Parkway |
| Anne M. Loraditch (NV 8164) | Jeffery D. Hermann (CA 90445) | Suite 1100 |
| 530 Las Vegas Boulevard South | *pro hac vice* | Las Vegas, Nevada 89169 |
| Las Vegas, Nevada 89101 | 400 Capitol Mall | Telephone: (702) 784-5200 |
| Telephone (702) 385-3373 | Sacramento, California 95814 | Facsimile: (702) 784-5252 |
| Facsimile (702) 385-9447 | Telephone: (916) 447-9200 | Email:  rkinas@swlaw.com |
| Email: sfreeman@lrlaw.com | Facsimile: (916) 329-4900 |        cdossier@swlaw.com |
|        rcharles@lrlaw.com | Email:  malevinson@orrick.com | |
|        aloraditch@lrlaw.com |        jhermann@orrick.com | |
| *Attorneys for USACM Liquidating Trust* | *Attorneys for USA Capital Diversified Trust Deed Fund, LLC* | |

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| | |
| USA CAPITAL DIVERSIFIED TRUST DEED | CHAPTER 11 |
| FUND, LLC, | |
| | Jointly Administered Under |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Case No. BK-S-06-10725 LBR |
| | |
| USA SECURITIES, LLC, | **ORDER SUSTAINING OBJECTION OF** |
| Debtors. | **USACM TRUST TO KATHLEEN J** |
| | **MOORE ROTH IRA'S CLAIM** |
| **Affects:** | **FILED IN WRONG DEBTOR'S CASE;** |
| ☐ All Debtors | **AND SUSTAINING OBJECTION OF** |
| ☒ USA Commercial Mortgage Company | **DTDF TO PROPOSED** |
| ☐ USA Capital Realty Advisors, LLC | **ALLOWANCE OF CLAIM** |
| ☒ USA Capital Diversified Trust Deed Fund, LLC | |
| ☐ USA Capital First Trust Deed Fund, LLC | Hearing Date:    October 15, 2007 |
| ☐ USA Securities, LLC | Hearing Time:   9:30 a.m. |

378731_1.TMP


LEWIS
AND
ROCA
—LLP—
LAWYERS

1    The Court having considered the "Objection of USACM Trust to Kathleen J.

2    Moore ROTH IRA's Claim Filed in Wrong Debtor's Case; Objection of DTDF to

3    Proposed Allowance of Claim" [Docket No. 4655] (the "Objection"); with appearances as

4    set forth in the record at the hearing noted above; appropriate notice of the Objection

5    having been given; no response to the Objection having been filed; and good cause

6    appearing:

7    **IT IS HEREBY ORDERED** that:

8        1.    The Objection is sustained;

9        2.    Proof of Claim No. 10725-00107 is disallowed in its entirety as against USA

10   Commercial Mortgage and USA Capital Diversified Trust Deed Fund, LLC ("DTDF");

11   and

12       3.    Kathleen J. Moore ROTH IRA's equity interest in DTDF is allowed in the

13   amount of $28,136.73 under account no. 13890, as reflected in DTDF's books and records

14   as of April 13, 2006.

15   PREPARED AND RESPECTFULLY SUBMITTED BY:

16   **LEWIS AND ROCA LLP**                              **SNELL & WILMER, LLP**

17   By___/s/ Anne M. Loraditch (008164)_____    By _/s/ Claire Dossier (010030)_____
18        Susan M. Freeman                              Robert R. Kinas
          Rob Charles                                   Claire Dossier
19        Anne M. Loraditch                         3883 Howard Hughes Parkway, Suite 1100
     530 Las Vegas Boulevard South                  Las Vegas, Nevada 89169
20   Las Vegas, Nevada 89101                        Telephone (702) 784-5200
     Telephone: (702) 385-3373                      Facsimile (702) 784-5252
21   Facsimile: (702) 385-5024                                       and
22   *Attorneys for USACM Liquidating Trust*        **ORRICK, HERRINGTON &**
                                                    **SUTCLIFFE LLP**
23                                                  Marc A. Levinson
                                                    Jeffery D. Hermann
24                                                  400 Capitol Mall, Suite 3000
                                                    Sacramento, California 95814-4497
25                                                  Telephone: (916) 447-9200
                                                    Facsimile: (916) 329-4900
26
                                                    *Attorneys for USA Capital Diversified*
                                                    *Trust Deed Fund, LLC*

378731_1.TMP

LEWIS
AND
ROCA
—LLP—
LAWYERS

1

## RULE 9021 DECLARATION

2 In accordance with Local Rule 9021, the undersigned certifies:

3 ☐ The Court waived the requirements of LR 9021.
4 ☐ I have delivered a copy of the proposed order to the Office of the United States
Trustee and the parties who filed papers in response to the Objection or appeared at
5 the hearing noted above, and each has:

6 ☐ approved the form of this order; and/or
☐ waived the right to review the order; and/or
7 ☐ failed to file and serve papers in accordance with LR 9021(c); and
the following have disapproved the form of the order:
8 n/a
☒ No opposition was filed to the objection and no other party or counsel appeared at
9 the hearing.

10 **LEWIS AND ROCA, LLP**

11
By:   s/  Anne M. Loraditch
12 Anne M. Loraditch (Nevada Bar No. 8164)
530 Las Vegas Boulevard South
13 Las Vegas, Nevada 89101

14 # # #

15

16

17

18

19

20

21

22

23

24

25

26

3

378731_1.TMP