**LEWIS AND ROCA LLP**
Susan M. Freeman (AZ 4199)
*pro hac vice*
Rob Charles (NV 6593)
Anne M. Loraditch (NV 8164)
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone (702) 385-3373
Facsimile (702) 385-9447
Email:  sfreeman@lrlaw.com
         rcharles@lrlaw.com
         aloraditch@lrlaw.com
*Attorneys for USACM Liquidating Trust*

Electronically Filed November 5, 2007

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED FUND, LLC,

USA SECURITIES, LLC,
                                                Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☒ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under
Case No. BK-S-06-10725 LBR

**NOTICE OF ENTRY OF ORDER SUSTAINING OBJECTION OF USACM TRUST TO MARTIN IRWIN'S CLAIM FILED IN WRONG DEBTOR'S CASE; AND SUSTAINING OBJECTION OF DTDF TO PROPOSED ALLOWANCE OF CLAIM; AND CERTIFICATE OF SERVICE**

**PLEASE TAKE NOTICE** that on the 1st day of November 2007, the Court in the above-captioned case entered its Order Sustaining Objection of USACM Trust to Martin Irwin's Claim Filed in Wrong Debtor's Case; and Sustaining Objection of DTDF to Proposed Allowance of Claim, a copy of which is attached hereto.

///

///

382467_1.DOC

DATED this 5th day of November 2007.

**LEWIS AND ROCA LLP**

By  /s/ Anne M. Loraditch (008164)
Susan M. Freeman
Rob Charles
Anne M. Loraditch
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024

*Attorneys for USACM Liquidating Trust*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served via first class mail, postage prepaid, addressed as set forth below, on this 5th day of November 2007, to:

Martin Irwin
5221 Lindell Rd M102
Las Vegas, NV 89118

By /s/ Tamika Shauntee
Tamika Shauntee, Lewis and Roca LLP

**Entered on Docket**
**November 01, 2007**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

| LEWIS AND ROCA LLP | ORRICK, HERRINGTON & SUTCLIFFE LLP | SNELL & WILMER, LLP |
|---|---|---|
| Susan M. Freeman (AZ 4199) | Marc A. Levinson (CA 57613) | Robert R. Kinas (NV 06019) |
| *pro hac vice* | *pro hac vice* | Claire Dossier (NV 10030) |
| Rob Charles (NV 6593) | Jeffery D. Hermann (CA 90445) | 3883 Howard Hughes Parkway |
| Anne M. Loraditch (NV 8164) | *pro hac vice* | Suite 1100 |
| 530 Las Vegas Boulevard South | 400 Capitol Mall | Las Vegas, Nevada 89169 |
| Las Vegas, Nevada 89101 | Sacramento, California 95814 | Telephone: (702) 784-5200 |
| Telephone (702) 385-3373 | Telephone: (916) 447-9200 | Facsimile: (702) 784-5252 |
| Facsimile (702) 385-9447 | Facsimile: (916) 329-4900 | Email: rkinas@swlaw.com |
| Email: sfreeman@lrlaw.com | Email: malevinson@orrick.com | cdossier@swlaw.com |
|   rcharles@lrlaw.com |   jhermann@orrick.com | |
|   aloraditch@lrlaw.com | | |
| *Attorneys for USACM Liquidating Trust* | *Attorneys for USA Capital Diversified Trust Deed Fund, LLC* | |

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED FUND, LLC,

USA SECURITIES, LLC,
                              Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☒ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under
Case No. BK-S-06-10725 LBR

**ORDER SUSTAINING OBJECTION OF USACM TRUST TO MARTIN IRWIN'S CLAIM FILED IN WRONG DEBTOR'S CASE; AND SUSTAINING OBJECTION OF DTDF TO PROPOSED ALLOWANCE OF CLAIM**

Hearing Date:    October 15, 2007
Hearing Time:   9:30 a.m.

378757_1.TMP

LEWIS
AND
ROCA
—LLP—
LAWYERS

1   The Court having considered the "Objection of USACM Trust to Martin Irwin's
2   Claim Filed in Wrong Debtor's Case; Objection of DTDF to Proposed Allowance of
3   Claim" [Docket No. 4689] (the "Objection"); with appearances as set forth in the record at
4   the hearing noted above; appropriate notice of the Objection having been given; no
5   response to the Objection having been filed; and good cause appearing:

6   **IT IS HEREBY ORDERED** that:

7   1.   The Objection is sustained;

8   2.   Proof of Claim No. 10725-00598 is disallowed in its entirety as against USA
9   Commercial Mortgage and USA Capital Diversified Trust Deed Fund, LLC ("DTDF");
10  and

11  3.   Martin Irwin's equity interest in DTDF is allowed in the amount of
12  $24,023.66, as reflected in DTDF's books and records as of April 13, 2006.

13  PREPARED AND RESPECTFULLY SUBMITTED BY:

14  **LEWIS AND ROCA LLP**                    **SNELL & WILMER, LLP**

15  By    /s/ Anne M. Loraditch (008164)      By /s/ Claire Dossier (010030)
16      Susan M. Freeman                          Robert R. Kinas
        Rob Charles                               Claire Dossier
17      Anne M. Loraditch                     3883 Howard Hughes Parkway, Suite 1100
    530 Las Vegas Boulevard South             Las Vegas, Nevada 89169
18  Las Vegas, Nevada 89101                   Telephone (702) 784-5200
    Telephone: (702) 385-3373                 Facsimile (702) 784-5252
19  Facsimile: (702) 385-5024                         and
                                              **ORRICK, HERRINGTON &**
20  *Attorneys for USACM Liquidating Trust*   **SUTCLIFFE LLP**
                                              Marc A. Levinson
21                                            Jeffery D. Hermann
                                              400 Capitol Mall, Suite 3000
22                                            Sacramento, California 95814-4497
                                              Telephone: (916) 447-9200
23                                            Facsimile: (916) 329-4900

24                                            *Attorneys for USA Capital Diversified
                                              Trust Deed Fund, LLC*
25

26

LEWIS AND ROCA LLP
LAWYERS

## RULE 9021 DECLARATION

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.
☐ I have delivered a copy of the proposed order to the Office of the United States Trustee and the parties who filed papers in response to the Objection or appeared at the hearing noted above, and each has:

    ☐ approved the form of this order; and/or
    ☐ waived the right to review the order; and/or
    ☐ failed to file and serve papers in accordance with LR 9021(c); and the following have disapproved the form of the order:
        n/a

☒ No opposition was filed to the objection and no other party or counsel appeared at the hearing.

LEWIS AND ROCA, LLP

By: s/ Anne M. Loraditch
Anne M. Loraditch (Nevada Bar No. 8164)
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101

### # # #

3

378757_1.TMP