

**Entered on Docket
November 05, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

_____

| | |
|---|---|
| **DIAMOND MCCARTHY LLP**<br>909 Fannin, Suite 1500<br>Houston, Texas 77010<br>Telephone (713) 333-5100<br>Facsimile (713) 333-5199<br><br>Allan B. Diamond, TX State Bar No. 05801800<br>Email: adiamond@diamondmccarthy.com<br>Eric D. Madden, TX State Bar No. 24013079<br>Email: emadden@diamondmccarthy.com<br><br>Special Litigation Counsel for USACM Liquidating Trust | **LEWIS AND ROCA LLP**<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169-5996<br>Telephone (702) 949-8320<br>Facsimile  (702) 949-8321<br><br>Susan M. Freeman, AZ State Bar No. 004199<br>Email: sfreeman@lrlaw.com<br>Rob Charles, NV State Bar No. 006593<br>Email: rcharles@lrlaw.com<br><br>Counsel for USACM Liquidating Trust |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                        Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**ORDER REQUIRING GERALD WEINER TO APPEAR FOR EXAMINATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**<br><br>[No hearing required] |

The USACM Liquidating Trust (the "Trust") having filed a Motion for Order Requiring Gerald Weiner to Appear for Examination Pursuant to Federal Rule of

114513.1

Bankruptcy Procedure 2004 (the "Motion"), the Motion having been submitted to this Court, and good cause appearing,

IT IS HEREBY ORDERED that Gerald Weiner appear for examination, as set forth in the subpoena to be issued under Federal Rule of Bankruptcy Procedure 9016, at the offices of Development Specialists, Inc., 333 S. Grand Avenue, Suite 4070, Los Angeles, California 90071-1544 on a business day no earlier than ten (10) business days after the filing of the Motion, or at such other mutually agreeable location, date, and time, and continuing from day to day thereafter until completed

Prepared by:

| DIAMOND MCCARTHY LLP | LEWIS AND ROCA LLP |
|---|---|
| By:  */s/ Michael Yoder* | By:  */s/ Rob Charles* |
| Allan B. Diamond, TX 05801800 (*pro hac vice*) | Susan M. Freeman, AZ 4199 (*pro hac vice*) |
| William T. Reid, IV, TX 00788817 (*pro hac vice*) | Rob Charles, NV 6593 |
| Eric D. Madden, TX 24013079 (*pro hac vice*) | 3993 Howard Hughes Parkway, Suite 600 |
| Michael Yoder, TX 24056572 (*pro hac vice*) | Las Vegas, Nevada  89169-5996 |
| 909 Fannin, Suite 1500 | (702) 949-8320(telephone) |
| Houston, Texas 77010 | (702) 949-8321(facsimile) |
| (713) 333-5100 (telephone) | |
| (713) 333-5199 (facsimile) | |
| *Special Litigation Counsel for USACM Liquidating Trust* | *Counsel for USACM Liquidating Trust* |

###