1 | **LEWIS AND ROCA LLP**
Susan M. Freeman (AZ 4199)

2 | *pro hac vice*
Rob Charles (NV 6593)

3 | Anne M. Loraditch (NV 8164)
530 Las Vegas Boulevard South

4 | Las Vegas, Nevada 89101
Telephone (702) 385-3373

5 | Facsimile (702) 385-9447
Email:  sfreeman@lrlaw.com

6 |          rcharles@lrlaw.com
         aloraditch@lrlaw.com

7 | *Attorneys for USACM Liquidating Trust*

> Electronically Filed November 5, 2007

8 | **UNITED STATES BANKRUPTCY COURT**

9 | **DISTRICT OF NEVADA**

10 | In re:

11 | USA COMMERCIAL MORTGAGE COMPANY,

12 | USA CAPITAL REALTY ADVISORS, LLC,

13 | USA CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC,

14 |

15 | USA CAPITAL FIRST TRUST DEED FUND, LLC,

16 | USA SECURITIES, LLC,
                                    Debtors.

17 | **Affects:**
☐ All Debtors

18 | ☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC

19 | ☒ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC

20 | ☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under
Case No. BK-S-06-10725 LBR

**NOTICE OF ENTRY OF ORDER
SUSTAINING OBJECTION OF USACM
TRUST TO ROSS DELLER'S CLAIM
[NO. 10725-00053] FILED IN WRONG
DEBTOR'S CASE; AND SUSTAINING
OBJECTION OF DTDF TO PROPOSED
ALLOWANCE OF CLAIM; AND
CERTIFICATE OF SERVICE**

21 | **PLEASE TAKE NOTICE** that on the 25th day of October 2007, the Court in the

22 | above-captioned case entered its Order Sustaining Objection of USACM Trust to Ross

23 | Deller's Claim [No. 10725-00053] Filed in Wrong Debtor's Case; and Sustaining

24 | Objection of DTDF to Proposed Allowance of Claim, a copy of which is attached hereto.

25 | ///

26 | ///

**LEWIS AND ROCA LLP**
L A W Y E R S

1      DATED this 5th day of November 2007.

2                             **LEWIS AND ROCA LLP**

3

4                       By____/s/ Anne M. Loraditch (008164)____
                                Susan M. Freeman

5                                   Rob Charles
                                  Anne M. Loraditch

6                                   530 Las Vegas Boulevard South
                                  Las Vegas, Nevada 89101

7                                   Telephone:  (702) 385-3373
                                  Facsimile:  (702) 385-5024

8                                   *Attorneys for USACM Liquidating Trust*

9

10

11                          **CERTIFICATE OF SERVICE**

12      I certify that a copy of the foregoing was served via first class mail, postage
prepaid, addressed as set forth below, on this 5th day of November 2007, to:

13

14      Ross Deller
      1469 Harmony Hill

15      Henderson, NV 89014

16

17 By  /s/ Tamika Shauntee_____
      Tamika Shauntee, Lewis and Roca LLP

18

19

20

21

22

23

24

25

26

Case: 06-10725-lbr    Doc #: 5047    Filed: 10/23/2007    Page: 1 of 2

**Entered on Docket**
**October 23, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
Susan M. Freeman (AZ 4199)
*pro hac vice*
Rob Charles (NV 6593)
Anne M. Loraditch (NV 8164)
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone (702) 385-3373
Facsimile (702) 385-9447
Email:  sfreeman@lrlaw.com
        rcharles@lrlaw.com
        aloraditch@lrlaw.com
*Attorneys for USACM Liquidating Trust*

**ORRICK, HERRINGTON &**
**SUTCLIFFE LLP**
Marc A. Levinson (CA 57613)
*pro hac vice*
Jeffery D. Hermann (CA 90445)
*pro hac vice*
400 Capitol Mall
Sacramento, California  95814
Telephone:  (916) 447-9200
Facsimile:  (916) 329-4900
Email:  malevinson@orrick.com
        jhermann@orrick.com
*Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

**SNELL & WILMER, LLP**
Robert R. Kinas (NV 06019)
Claire Dossier  (NV 10030)
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email:   rkinas@swlaw.com
         cdossier@swlaw.com

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,

USA CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC,

USA CAPITAL FIRST TRUST DEED FUND, LLC,

USA SECURITIES, LLC,

                                        Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☒ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under
Case No. BK-S-06-10725 LBR

**ORDER SUSTAINING OBJECTION OF**
**USACM TRUST TO ROSS DELLER'S**
**CLAIM [NO. 10725-00053] FILED IN**
**WRONG DEBTOR'S CASE; AND**
**SUSTAINING OBJECTION OF DTDF TO**
**PROPOSED ALLOWANCE OF CLAIM**

Hearing Date:    October 15, 2007
Hearing Time:    9:30 a.m.

378860_1.DOC

LEWIS
AND
ROCA
——LLP——
LAWYERS

1        The Court having considered the "Objection of USACM Trust to Ross Deller's

2    Claim Filed in Wrong Debtor's Case; Objection of DTDF to Proposed Allowance of

3    Claim" [Docket No. 4801] (the "Objection"); with appearances as set forth in the record at

4    the hearing noted above; appropriate notice of the Objection having been given; no

5    response to the Objection having been filed; and good cause appearing:

6        **IT IS HEREBY ORDERED** that:

7        1.    The Objection is sustained; and

8        2.    Proof of Claim No. 10725-00053 is disallowed in its entirety as against USA

9    Commercial Mortgage and USA Capital Diversified Trust Deed Fund, LLC.

10    PREPARED AND RESPECTFULLY SUBMITTED BY:

11    **LEWIS AND ROCA LLP**        **SNELL & WILMER, LLP**

12

13    By   /s/ Anne M. Loraditch (008164)    By  /s/ Claire Dossier (010030)
        Susan M. Freeman            Robert R. Kinas
        Rob Charles                Claire Dossier

14        Anne M. Loraditch         3883 Howard Hughes Parkway, Suite 1100
    530 Las Vegas Boulevard South    Las Vegas, Nevada 89169

15    Las Vegas, Nevada 89101        Telephone (702) 784-5200
    Telephone: (702) 385-3373        Facsimile (702) 784-5252

16    Facsimile: (702) 385-5024            and
                              **ORRICK, HERRINGTON &**

17    *Attorneys for USACM Liquidating Trust*   **SUTCLIFFE LLP**
                              Marc A. Levinson

18                              Jeffery D. Hermann
                              400 Capitol Mall, Suite 3000

19                              Sacramento, California 95814-4497

20                            *Attorneys for USA Capital Diversified*
                            *Trust Deed Fund, LLC*

21                             # # #

22

23

24

25

26

2

378860_1.DOC