**LEWIS AND ROCA LLP**
Susan M. Freeman (AZ 4199)
*pro hac vice*
Rob Charles (NV 6593)
Anne M. Loraditch (NV 8164)
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone (702) 385-3373
Facsimile (702) 385-9447
Email:  sfreeman@lrlaw.com
        rcharles@lrlaw.com
        aloraditch@lrlaw.com
*Attorneys for USACM Liquidating Trust*

Electronically Filed November 5, 2007

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br><br>                       Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER SUSTAINING OBJECTION OF USACM TRUST TO WILLIAM AND CAROLYN BOLDING'S CLAIM FILED IN WRONG DEBTOR'S CASE; AND SUSTAINING OBJECTION OF DTDF TO PROPOSED ALLOWANCE OF CLAIM; AND CERTIFICATE OF SERVICE** |

    **PLEASE TAKE NOTICE** that on the 1st day of November 2007, the Court in the

above-captioned case entered its Order Sustaining Objection of USACM Trust to William

and Carolyn Bolding's Claim Filed in Wrong Debtor's Case; and Sustaining Objection of

DTDF to Proposed Allowance of Claim, a copy of which is attached hereto.

///

///

382470_1.DOC

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

1    DATED this 5th day of November 2007.

2                                      **LEWIS AND ROCA LLP**

3
                                       By____/s/ Anne M. Loraditch (008164)____
4                                           Susan M. Freeman
                                            Rob Charles
5                                           Anne M. Loraditch
                                            530 Las Vegas Boulevard South
6                                           Las Vegas, Nevada 89101
                                            Telephone:  (702) 385-3373
7                                           Facsimile:  (702) 385-5024

8                                      *Attorneys for USACM Liquidating Trust*

9

10

11                          **CERTIFICATE OF SERVICE**

12        I certify that a copy of the foregoing was served via first class mail, postage
13   prepaid, addressed as set forth below, on this 5th day of November 2007, to:

14        William and Carolyn Bolding
          3961 Arizona Ave
15        Las Vegas, NV 89104

16
     By  /s/ Tamika Shauntee_____
17        Tamika Shauntee, Lewis and Roca LLP

18

19

20

21

22

23

24

25

26

382470_1.DOC

Case:  06-10725-lbr    Doc #:  5231    Filed:  11/01/2007    Page:  1 of 3

**Entered on Docket**
**November 01, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

1

2

3

4

5

6    **LEWIS AND ROCA LLP**
Susan M. Freeman (AZ 4199)

7    *pro hac vice*
Rob Charles (NV 6593)

8    Anne M. Loraditch (NV 8164)
530 Las Vegas Boulevard South

9    Las Vegas, Nevada 89101
Telephone (702) 385-3373

10   Facsimile (702) 385-9447
Email:   sfreeman@lrlaw.com

11           rcharles@lrlaw.com
         aloraditch@lrlaw.com

12   *Attorneys for USACM Liquidating Trust*

**ORRICK, HERRINGTON &**
**SUTCLIFFE LLP**
Marc A. Levinson (CA 57613)
*pro hac vice*
Jeffery D. Hermann (CA 90445)
*pro hac vice*
400 Capitol Mall
Sacramento, California  95814
Telephone:  (916) 447-9200
Facsimile:  (916) 329-4900
Email:   malevinson@orrick.com
         jhermann@orrick.com
*Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

**SNELL & WILMER, LLP**
Robert R. Kinas (NV 06019)
Claire Dossier  (NV 10030)
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email:   rkinas@swlaw.com
         cdossier@swlaw.com

13   **UNITED STATES BANKRUPTCY COURT**

14   **DISTRICT OF NEVADA**

15   In re:

16   USA COMMERCIAL MORTGAGE COMPANY,

17   USA CAPITAL REALTY ADVISORS, LLC,

18   USA CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC,

19   USA CAPITAL FIRST TRUST DEED FUND, LLC,

20   USA SECURITIES, LLC,
                                    Debtors.

21   **Affects:**
☐ All Debtors

22   ☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC

23   ☒ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC

24   ☐ USA Securities, LLC

25

26

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under
Case No. BK-S-06-10725 LBR

**ORDER SUSTAINING OBJECTION OF**
**USACM TRUST TO WILIAM AND**
**CAROLYN BOLDING'S CLAIM FILED**
**IN WRONG DEBTOR'S CASE; AND**
**SUSTAINING OBJECTION OF DTDF TO**
**PROPOSED ALLOWANCE OF CLAIM**

Hearing Date:    October 15, 2007
Hearing Time:    9:30 a.m.

378770_1.TMP

**L E W I S**
AND
ROCA
—— LLP ——
L A W Y E R S

1    The Court having considered the "Objection of USACM Trust to William and

2    Carolyn Bolding's Claim Filed in Wrong Debtor's Case; Objection of DTDF to Proposed

3    Allowance of Claim" [Docket No. 4703] (the "Objection"); with appearances as set forth

4    in the record at the hearing noted above; appropriate notice of the Objection having been

5    given; no response to the Objection having been filed; and good cause appearing:

6    **IT IS HEREBY ORDERED** that:

7    1.    The Objection is sustained;

8    2.    Proof of Claim No. 10725-01275 is disallowed in its entirety as against USA

9    Commercial Mortgage and USA Capital Diversified Trust Deed Fund, LLC ("DTDF");

10    and

11    3.    William and Carolyn Bolding's equity interest in DTDF is allowed in the

12    amount of $48,047.32, as reflected in DTDF's books and records as of April 13, 2006.

13    PREPARED AND RESPECTFULLY SUBMITTED BY:

14    **LEWIS AND ROCA LLP**                   **SNELL & WILMER, LLP**

15
     By___/s/ Anne M. Loraditch (008164)___    By /s/ Claire Dossier (010030)_____
16        Susan M. Freeman                          Robert R. Kinas
          Rob Charles                               Claire Dossier
17        Anne M. Loraditch                     3883 Howard Hughes Parkway, Suite 1100
     530 Las Vegas Boulevard South            Las Vegas, Nevada 89169
18   Las Vegas, Nevada 89101                  Telephone (702) 784-5200
     Telephone: (702) 385-3373                Facsimile (702) 784-5252
19   Facsimile: (702) 385-5024                              and
                                              **ORRICK, HERRINGTON &**
20   *Attorneys for USACM Liquidating Trust*  **SUTCLIFFE LLP**
                                              Marc A. Levinson
21                                            Jeffery D. Hermann
                                              400 Capitol Mall, Suite 3000
22                                            Sacramento, California 95814-4497
                                              Telephone: (916) 447-9200
23                                            Facsimile: (916) 329-4900

24                                            *Attorneys for USA Capital Diversified*
                                              *Trust Deed Fund, LLC*
25

26

2

378770_1.TMP

LEWIS
AND
ROCA
—LLP—
LAWYERS

## RULE 9021 DECLARATION

In accordance with Local Rule 9021, the undersigned certifies:

☐   The Court waived the requirements of LR 9021.
☐   I have delivered a copy of the proposed order to the Office of the United States
Trustee and the parties who filed papers in response to the Objection or appeared at
the hearing noted above, and each has:

   ☐   approved the form of this order; and/or
   ☐   waived the right to review the order; and/or
   ☐   failed to file and serve papers in accordance with LR 9021(c); and
       the following have disapproved the form of the order:
           n/a

☒   No opposition was filed to the objection and no other party or counsel appeared at
the hearing.

**LEWIS AND ROCA, LLP**


By:   s/  Anne M. Loraditch
        Anne M. Loraditch (Nevada Bar No. 8164)
        530 Las Vegas Boulevard South
        Las Vegas, Nevada 89101

            # # #

3

378770_1.TMP