**Entered on Docket**
**November 06, 2007**

_____
**Hon. Mike K. Nakagawa**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re: ) | |
| ) | BK-S-06-10725-LBR |
| ) | Chapter 11 |
| USA COMMERCIAL MORTGAGE CO., ) | |
| ) | |
| Debtor. ) | Date:  December 3, 2007 |
| ) | Time:  9:30 a.m. |

**ORDER SCHEDULING STATUS CONFERENCE**

Good cause appearing:

IT IS HEREBY ORDERED that a status conference regarding the objection filed by USACM Liquidating Trust to Claim #10725-00761 on behalf of Goold Patterson Ales Roadhouse and Day is hereby scheduled for **December 3, 2007 at 9:30 a.m.** in the Foley Federal Building, 300 Las Vegas Blvd. South, Las Vegas, Nevada, in Courtroom #2 before Judge Mike K. Nakagawa.

IT IS SO ORDERED.

Copies noticed through ECF to:

KELLY J. BRINKMAN kbrinkman@gooldpatterson.com

ROB CHARLES rcharles@lrlaw.com, cjordan@lrlaw.com

# # #