

**Entered on Docket
November 06, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

_____
Israel Goldowitz, Chief Counsel
Karen L. Morris, Deputy Chief Counsel
James L. Eggeman, Assistant Chief Counsel
Frank A. Anderson, Attorney, D.C. Bar No. 478234[*]
Erika E. Barnes, Attorney, Cal. Bar No. 197309[*]
PENSION BENEFIT GUARANTY CORPORATION
Office of the Chief Counsel
1200 K Street, NW, Suite 340
Washington, D.C.  20005-4026
Tel: (202) 326-4020, ext. 3759
Fax: (202) 326-4112
anderson.frank@pbgc.gov and efile@pbgc.gov

and

Steven W. Myhre, Acting United States Attorney
Nevada State Bar No. 9635
Carlos A. Gonzalez, Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada  89101
Tel:  (702) 388-6336
Fax:  (702) 388-6787

Attorneys for Pension Benefit Guaranty Corporation

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | ) | Case No. BK-S-06-10725 LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | ) | Case No. BK-S-06-10726 LBR |
|                         Debtor. | ) | Case No. BK-S-06-10727 LBR |
| In re: | ) | Case No. BK-S-06-10728 LBR |
| USA CAPITAL REALTY ADVISORS, LLC | ) | Case No. BK-S-06-10729 LBR |
|                         Debtor. | ) | |
| In re: | ) | Chapter 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | ) | |
|                         Debtor. | ) | Jointly Administered Under |
| In re: | ) | Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | ) | |
|                         Debtor. | ) | |

_____

[*] Admitted *pro hac vice*.

| | | | |
|---|---|---|---|
| In re: | ) | Hearing Date: | N/A |
| USA SECURITIES, LLC | ) | Hearing Time: | N/A |
| Debtor. | ) | | |

## ORDER GRANTING EX PARTE APPLICATION
## FOR PBGC TO FILE BRIEF EXCEEDING 20-PAGES
## IN RESPONSE TO OBJECTIONS OF THE USACM LIQUIDATING TRUST

The Ex Parte Application for PBGC to File Brief Exceeding 20-Pages in Response to Objections of the USACM Liquidating Trust (docket # 5213) having come before the Court for consideration, and good cause appearing, it is hereby

ORDERED that the Ex Parte Application for PBGC to File Brief Exceeding 20-Pages in Response to Objections of the USACM Liquidating Trust is granted.

**PREPARED BY:**
PENSION BENEFIT GUARANTY CORPORATION

By:   /s/ Erika E. Barnes
       JAMES L. EGGEMAN
       ERIKA E. BARNES
*Attorneys for Pension Benefit Guaranty Corporation*

###