LEWIS AND ROCA LLP
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

40 North Central Avenue
Phoenix, Arizona 85004

Susan M. Freeman, AZ State Bar No. 004199
E-mail: sfreeman@lrlaw.com
Rob Charles, NV State Bar No. 006593
E-mail: rcharles@lrlaw.com
John Hinderaker, AZ State Bar No. 018024
E-mail: jhindera@lrlaw.com

Attorneys for the USACM Liquidating Trust

E-Filed on 11/6/07

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br><br>                              Debtors.<br><br>Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725-LBR<br><br>**Notice to Pecos Professional Park Limited Partnership of Motion For Summary Judgment Regarding Claim No. 10725-00751-2** |

**NOTICE IS HEREBY GIVEN** to Pecos Professional Park Limited Partnership ("Pecos") that on October 29, 2007, the USACM Liquidating Trust ("USACM") filed a Motion for Summary Judgment related to Claim No. 10725-00751-2 (the "Motion") [DE 5122]. USACM served Pecos with a copy of the Motion.

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

-1-

1878413.1

Pecos asserts an unsecured claim arising out of the alleged breach of an unexpired lease by USACM. Under the confirmed Third Amended Joint Chapter 11 Plan of Reorganization ("Plan"), the Pecos Claim is subject to treatment in Class A-7 as a Subordinated Claim because Pecos is a "Non-Debtor Insider" as defined by the Plan. The Motion requests the Court grant the motion for summary judgment, and reclassify your claim(s) as a Class A-7 Subordinated Claim under the Plan.

**NOTICE IS FURTHER GIVEN** that any opposition to the Objection/Motion must be filed pursuant to Local Rule 9014(d)(1). **PLEASE DO NOT CONTACT THE CLERK OF THE COURT OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF YOUR CLAIM.** If you do not want the Court to grant the relief sought in the Motion, or if you want to explain why you believe your claim(s) are priority claim(s) or otherwise want the Court to consider your views on the Motion, then you must file an opposition to the Motion with the Court, and serve a copy on the USACM Liquidating Trust **NO LATER THAN NOVEMBER 27, 2007**. The opposition must state your position, set forth all relevant facts and legal authority, provide relevant documents that support your claim to priority status, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested in the Objection/Motion, you *must* file a **WRITTEN** response to this pleading with the Court. You *must* also serve your written response to the person who sent you this notice.
>
> If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:
> - The Court may *refuse to allow you to speak* at the scheduled hearing; and
> - The Court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on the Motion will be held before a United States Bankruptcy Judge, Courtroom No. 1, Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101 on **December 14, 2007** at the hour

of **9:30 a.m.** The hearing may be continued from time to time with notice to the parties appearing.

Dated: November 6, 2007.

LEWIS AND ROCA LLP

By /s/ RC (#6593)
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
John C. Hinderaker, AZ 18024 (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8320
Facsimile: (702) 949-8321
E-mail: rcharles@lrlaw.com
*Attorneys for the USACM Liquidating Trust*

Copy of the foregoing e-mailed/mailed on
November 6, 2007 to:

Pecos Professional Park Limited Partnership
c/o Jeffrey R. Sylvester, Esq.
Sylvester & Polednak, Ltd.
7371 Prairie Falcon Road, Suite 120
Las Vegas, NV 89128
Email: jeff@sylvesterpolednak.com

Robbin L. Itkin, Esq.
Steptoe & Johnson LLP
2121 Avenue of the Stars, Suite 2800
Los Angele,s CA 90067
Email: nitkin@steptoe.com
*Attorneys for Michael Carmel, trustee for Hantges estate*

Deborah Williamson, Esq.
112 East Pecan, Suite 1800
San Antonio, TX 78205
Email: dwilliamson@coxsmith.com
*Attorneys for Ford Elsaesser, trustee for Milanowski estate*

By: /s/ Christine Laurel
Christine Laurel
Lewis and Roca LLP