LEWIS
AND
ROCA
LLP
L A W Y E R S

1
2

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

E-Filed on 11/6/07

3

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

4

5

Attorneys for USACM Liquidating Trust

6

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

7

8    In re:

9    USA COMMERCIAL MORTGAGE
     COMPANY,

10   USA CAPITAL REALTY ADVISORS,
     LLC,

11

12   USA CAPITAL DIVERSIFIED TRUST
     DEED FUND, LLC,

13   USA CAPITAL FIRST TRUST DEED
     FUND, LLC,

14

15   USA SECURITIES, LLC,
              Debtors.

16   **Affects:**
     ☐ All Debtors
17   ☒ USA Commercial Mortgage Company
     ☐ USA Capital Realty Advisors, LLC
18   ☐ USA Capital Diversified Trust Deed Fund,
     LLC
19   ☐ USA Capital First Trust Deed Fund, LLC
     ☐ USA Securities, LLC

20

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under Case No.
BK-S-06-10725 LBR

**NOTICE OF ENTRY OF ORDER
SUSTAINING THE USACM
LIQUIDATING TRUST'S
OBJECTION TO CLAIM NO. 10725-
01884 FILED BY THOMAS FALLON
AS IMPROPERLY ASSERTING
SECURED STATUS**

21

22       **PLEASE TAKE NOTICE** that an Order Sustaining the USACM Liquidating

23   Trust's Objection to Claim No. 10725-01884 Filed by Thomas Fallon as Improperly

24   Asserting Secured Status [DE 5159] was entered on the 31st day of October 2007, a true

25   and correct copy of which is attached hereto as Exhibit A.

26

1877787.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

RESPECTFULLY SUBMITTED November 6, 2007.

**LEWIS AND ROCA LLP**

By  /s/ RC (#006593)
    Susan M. Freeman
    Rob Charles
    *Attorneys for USACM Liquidating Trust*

PROOF OF SERVICE

Copy of the foregoing mailed by First Class, US Mail, postage prepaid, on November 6, 2007 to the following interested party:

Thomas Fallon
6410 NW 82 Ave
Miami, FL  33166

 /s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca

1877787.1