LEWIS
AND
ROCA
LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 11/6/07

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>    Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br><br>**NOTICE OF ENTRY OF ORDER SUSTAINING THE USACM LIQUIDATING TRUST'S OBJECTION TO CLAIM NO. 10725-00501 FILED BY WANDA WRIGHT AS IMPROPERLY ASSERTING SECURED STATUS** |

**PLEASE TAKE NOTICE** that an Order Sustaining the USACM Liquidating Trust's Objection to Claim No. 10725-00501 Filed by Wanda Wright as Improperly Asserting Secured Status [DE 5155] was entered on the 31st day of October 2007, a true and correct copy of which is attached hereto as Exhibit A.

1877962.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

1

RESPECTFULLY SUBMITTED November 6, 2007.

2

**LEWIS AND ROCA LLP**

3

4

By   /s/ RC (#006593)

5

        Susan M. Freeman
        Rob Charles

6

*Attorneys for USACM Liquidating Trust*

7

8

PROOF OF SERVICE

9

Copy of the foregoing mailed by First

10

Class, US Mail, postage prepaid, on
November 6, 2007 to the following

11

interested party:

12

Wanda Wright Revocable Living Trust
C/O Wanda C Wright Trustee

13

16500 Pyramid Way
Reno, NV  89510-8711

14

15

16

  /s/ Christine E. Laurel
Christine E. Laurel

17

Lewis and Roca

18

19

20

21

22

23

24

25

26

2

1877962.1