LEWIS
AND
ROCA
LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

| E-Filed on 11/7/07 |

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | **NOTICE OF ENTRY OF ORDER APPROVING STIPULATION RE WITHDRAWAL OF PROOF OF CLAIM NO. 10725-01720 FILED BY WHITNEY LAUREN** |
| USA SECURITIES, LLC, Debtors. | |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

**PLEASE TAKE NOTICE** that an Order Approving Stipulation Re Withdrawal of Proof of Claim No. 10725-01720 filed by Whitney Lauren [DE 5226] was entered on the 1st day of November, 2007, a true and correct copy of which is attached hereto as Exhibit A.

1878622.1

LEWIS
AND
ROCA
LLP

L A W Y E R S

RESPECTFULLY SUBMITTED November 7, 2007.

**LEWIS AND ROCA LLP**


By   /s/ RC (#006593)
Susan M. Freeman
Rob Charles
*Attorneys for USACM Liquidating Trust*


PROOF OF SERVICE

Copy of the foregoing mailed by First Class, US Mail, postage prepaid, or e-mail, on November 7, 2007 to the following interested party:

Whitney Lauren
2581 Rampart Terrace
Reno, Nevada  89509


  /s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca

1878622.1