# EXHIBIT A

1688943.1



**Entered on Docket
November 01, 2007**

_/s/ Linda B. Riegle_
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| In re: | ) Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | ) Case No. BK-S-06-10726-LBR<br>) Case No. BK-S-06-10727-LBR<br>) Case No. BK-S-06-10728-LBR<br>) Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | ) CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | ) Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | ) **Affecting:**<br>) ☐ All Cases<br>) or Only: |
| USA SECURITIES, LLC,             Debtors. | ) ☒ USA Commercial Mortgage Company<br>) ☐ USA Capital Realty Advisors, LLC<br>) ☐ USA Capital Diversified Trust Deed Fund, LLC<br>) ☐ USA Capital First Trust Deed Fund, LLC<br>) ☐ USA Securities, LLC |

1874191.1

# STIPULATED ORDER APPROVING WITHDRAWAL OF PROOF OF CLAIM FILED BY WHITNEY LAUREN

The Stipulation to Withdraw Proof of Claim No. 10725-01705 filed by Claimant [DE 5192] came before the Court for consideration. No notice being necessary and good cause appearing, it is

- ORDERED approving the Stipulation:
- Proof of Claim No. 10725-01705 filed by Claimant in the amount of $8,756.95 is withdrawn; and
- No further notice is required to be provided to Claimant, and Claimant will receive no distributions from the USACM Liquidating Trust on account of Proof of Claim No. 10725-01705.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
Susan M. Freeman
Rob Charles
*Attorneys for USACM Liquidating Trust*

APPROVED:

*Whitney H. Lauren*
Whitney Lauren
2581 Rampart Terrace
Reno, Nevada  89509