LEWIS
AND
ROCA
LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 11/7/07

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE
COMPANY,

USA CAPITAL REALTY ADVISORS,
LLC,

USA CAPITAL DIVERSIFIED TRUST
DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED
FUND, LLC,

USA SECURITIES, LLC,
        Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund,
LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under Case No.
BK-S-06-10725 LBR

**NOTICE OF ENTRY OF ORDER
SUSTAINING THE USACM
LIQUIDATING TRUST'S
OBJECTION TO CLAIM NO. 10725-
02452 FILED BY HUMPHRY 1999
TRUST AS IMPROPERLY
ASSERTING SECURED STATUS**

        **PLEASE TAKE NOTICE** that an Order Sustaining the USACM Liquidating

Trust's Objection to Claim No. 10725-02452 Filed by Humphry 1999 Trust as Improperly

Asserting Secured Status [DE 5169] was entered on the 31st day of October 2007, a true

and correct copy of which is attached hereto as Exhibit A.

1877947.1

LEWIS
AND
ROCA
LLP

L A W Y E R S

RESPECTFULLY SUBMITTED November 7, 2007.

**LEWIS AND ROCA LLP**


By  /s/ RC (#006593)
    Susan M. Freeman
    Rob Charles
    *Attorneys for USACM Liquidating Trust*


PROOF OF SERVICE

Copy of the foregoing mailed by First
Class, US Mail, postage prepaid, on
November 7, 2007 to the following
interested party:

Humphry 1999 Trust
c/o Jack & Alice Humphry, Trustees
3825 Champagne Wood Dr.
N. Las Vegas, NV 89031-2056


 /s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca

2

1877947.1