E-Filed on 11/09/07

**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email: adiamond@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
Email: emadden@diamondmccarthy.com

Special Litigation Counsel for USACM Liquidating Trust

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321

Susan M. Freeman, AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles, NV State Bar No. 006593
Email: rcharles@lrlaw.com

Counsel for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor. | BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>Debtor. | Judge Linda B. Riegle Presiding<br><br>**NOTICE OF FILING PROOF OF SERVICE OF SUBPOENA FOR RULE 2004 EXAMINATION** |
| In re:<br>USA SECURITIES, LLC,<br><br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

NOTICE IS GIVEN that the USACM Liquidating Trust herewith files the:

**Proof of Service of Subpoena for Rule 2004 Examination on Russell S. Walker, Registered Agent for Woodbury & Kesler, P.C. (Exhibit A Attached).**

118179-1

DATED:   November 9, 2007

**DIAMOND MCCARTHY LLP**                                   **LEWIS AND ROCA LLP**

By: ___/s/ Eric D. Madden_____          By: ___/s/ Rob Charles_____
Allan B. Diamond, TX 05801800 (pro hac vice)       Susan M. Freeman, AZ 4199 (pro hac vice)
William T. Reid, IV, TX 00788817 (pro hac vice)    Rob Charles, NV 6593
Eric D. Madden, TX 24013079 (pro hac vice)         3993 Howard Hughes Parkway, Suite 600
909 Fannin, Suite 1500                             Las Vegas, Nevada  89169-5996
Houston, Texas 77010                               (702) 949-8320 (telephone)
(713) 333-5100 (telephone)                         (702) 949-8321 (facsimile)
(713) 333-5199 (facsimile)

*Special Litigation Counsel for*
*USACM Liquidating Trust*                           *Counsel for USACM Liquidating Trust*

2

# United States Bankruptcy Court

### DISTRICT OF UTAH

IN RE

USA COMMERCIAL MORTGAGE COMPANY,
USA CAPITAL REALTY ADVISORS, LLC,
USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC,
USA CAPITAL FIRST TRUST DEED FUND LLC,
USA SECURITIES, LLC,

DEBTORS.

AFFECTS: ALL DEBTORS

## SUBPOENA FOR RULE 2004 EXAMINATION

CASE NOS.    BK-S-06-10725 LBR
             BK-S-06-10726 LBR
             BK-S-06-10727 LBR
             BK-S-06-10728 LBR
             BK-S-06-10729 LBR

JOINTLY ADMINISTERED UNDER
CASE NO. BK-S-06-10725-LBR
IN THE DISTRICT OF NEVADA

TO:    Woodbury & Kesler, P.C.
       By and through its registered agent:
       Russell S. Walker
       265 East 100 South, Suite 300
       Salt Lake City, Utah 84111

Title _Process Server_
Date _10-25-07_  Time _10:00 A.M._
P/S _SAME_

**X** YOU ARE COMMANDED to produce a corporate representative for examination under Federal Rule of Bankruptcy Procedure 2004, regarding the following topics at the place, date and time specified below. The USACM Liquidating Trust reserves the right to videotape all examinations.

### SEE ATTACHED EXHIBIT A FOR TOPICS OF EXAMINATION

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
| WOODBURY & KESLER, P.C.<br>265 EAST 100 SOUTH, SUITE 300<br>SALT LAKE CITY, UT 84111 | November 29, 2007<br>10:00 A.M. (or such other mutually agreeable date and time) |

### SEE ATTACHED EXHIBIT B FOR DOCUMENTS REQUESTED

**X** YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below:

| PLACE | DATE |
|---|---|
| WOODBURY & KESLER, P.C.<br>265 EAST 100 SOUTH, SUITE 300<br>SALT LAKE CITY, UT 84111 | November 16, 2007 (or such other mutually agreeable date and time) |
| ISSUING OFFICER SIGNATURE AND TITLE<br><br>Special Litigation Counsel for the USACM Liquidating Trust | DATE<br><br>October 23, 2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

STEPHEN LODEN
DIAMOND MCCARTHY LLP
909 FANNIN, SUITE 1500
HOUSTON, TEXAS 77010
(713) 333-5100

EXHIBIT "A"

{00365037;}

# PROOF OF SERVICE

DATE:                                    PLACE:

SERVED:  *10-25-07*                      *265 EAST 100 SO. #300, SLC, UT 84111*

SERVED ON (PRINT NAME)                   | MANNER OF SERVICE

*WOODBURY + KESLER, P.C*                 | *R/A RUSSELL S. WALKER*

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  *10-25-07*                  *C. And*
               Date                       Signature of Server

                      *PO BOX 535 SLC, UT 84110-0535*
                      Address of Server

Rule 45, Federal Rules of Civil Procedure, Parts (c) & (d) made applicable in cases under the Bankruptcy Code by Rule 9016, Fed.R.Bankr.P.:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1)  A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2)(A)  A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B)  Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order by the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A)  On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i)  fails to allow reasonable time for compliance.
(ii)  requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held or,

(iii)  requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv)  subjects a person to undue burden.
(B)  If a subpoena

(i)  requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii)  requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii)  requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1)  A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2)  When information subject to a subpoena is withheld on a claim that is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

{00365037;}

## AFFIDAVIT OF SERVICE

**State of UTAH**                    **County of SALT LAKE**                    **U.S. Bankruptcy Court**

Case Number: BK-S-06-10725

DEBTOR:
**USA COMMERCIAL MORTGAGE COMPANY**

For:
Stephen A. Loden
DIAMOND MCCARTHY, LLP
909 Fannin
Suite 1500
Houston, TX 77010

Received by ANDERSON PROCESS SERVICES, L.C. on the 24th day of October, 2007 at 2:20 am to be served on **WOODBURY & KESLER, P.C. R/A, RUSSELL S. WALKER, 265 EAST 100 SOUTH, SUITE 300, SALT LAKE CITY, UT 84111.**

I, C. D. Anderson, being duly sworn, depose and say that on the **25th day of October, 2007** at **10:00 am, I:**

Served the within named **CORPORATION** by delivering a true copy of the **SUBPOENA and MOTION FOR ORDER AUTHORIZING EXAMINATION UNDER BANKRUPTCY RULE 2004, ORDER AUTHORIZING EXAMINATION UNDER BANKRUPTCY RULE 2004, CHECK** with the date and hour of service endorsed thereon by me to RUSSELL S. WALKER as **Registered Agent** of the within named corporation, in compliance with state statutes.

**Additional Information pertaining to this Service:**
SERVED 10-25, 10:00A

I am over the age of 18 and have no interest in the above action.

SHEILA H ANDERSON
NOTARY PUBLIC - STATE OF UTAH
1937 E WASATCH BLVD
SANDY UT 84092
My Comm. Exp. 01/01/2009

Subscribed and Sworn to before me on the 26th day
of October, 2007 by the affiant who is personally
known to me.

_____
NOTARY PUBLIC

_____
**C. D. Anderson**
Private Investigator G101390

**ANDERSON PROCESS SERVICES, L.C.**
**230 West 200 South**
**Suite 2302**
**Salt Lake City, UT 84101**
**(801) 619-1110**
Our Job Serial Number: 2007003820

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V6.2f