

Entered on Docket
November 13, 2007

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                    Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>Date of Hearings: November 16, 2007<br>Time of Hearings: 9:30 a.m.<br><br>New Date of Hearings: December 14, 2007<br>Time of Hearings: 9:30 a.m. |
|---|---|

1871679.1

# ORDER APPROVING STIPULATION TO CONTINUE THE HEARING ON MOTION FOR SUMMARY JUDGMENT RE GUNDERSONS' REMAINING CLAIM

**IT IS HEREBY ORDERED:**

- Approving the Stipulation by and between USACM Liquidating Trust and Wynn A. and Lorraine J. Gunderson [DE 5311];
- Vacating the hearing set for November 16, 2007, at 9:30 a.m. on USACM Trust's Motion for Summary Judgment [DE 4291] as it relates to the Gundersons' Claim (Claim No. 10725-02447-2) only and on USACM Trust's Objection to Wynn A. and Lorraine J. Gunderson Claims Asserting Secured Status, [DE 4262]. The hearing on the Motion for Summary Judgment and Objection is continued to **December 14, 2007 at 9:30 a.m.**;
- The deadline for the Gundersons to file and serve a response to the Objection [DE 3155 and 4262] and the Motion for Summary Judgment [DE 4291] is extended to November 16, 2007; and
- The USACM Trust's reply to the response shall be filed and served by December 3, 2007.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
    John Hinderaker
*Attorneys for USACM Liquidating Trust*

APPROVED AS TO FORM AND CONTENT:

1  By: *(signature)*
2  Wynn A. Gunderson
3  By: *(signature)*
4  Lorraine A. Gunderson