Wynn A. Gunderson-Creditor Identity # 6437
Lorraine Gunderson
33941 N. 67th Street
Scottsdale, Arizona 85262
Phone: (480) 575-8123
wynn@gpgnlaw.com

RECEIVED AND FILED

2007 NOV 13 P 3:59

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| In re: | ) Case No. BK-S-06-10725-LBR |
|---|---|
| | ) Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE | ) Case No. BK-S-06-10727-LBR |
| COMPANY, | ) Case No. BK-S-06-10728-LBR |
| | ) Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | ) |
| | ) CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED ) | |
| FUND, LLC, | ) Jointly Administered Under Case No. BK-S |
| | ) 06-10725-LBR |
| USA CAPITAL FIRST TRUST DEED FUND, ) | |
| LLC, | ) |
| | ) |
| USA SECURITIES, LLC | ) **OBJECTION TO MOTION** |
| | ) **FOR SUMMARY JUDGMENT** |
| Debtors, | ) **TO GUNDERSON'S OPPOSITION** |
| | ) **TO THE OBJECTION TO PROOFS** |
| **Affects:** | ) **OF CLAIM ASSERTING** |
| All Debtors | ) **SECURED STATUS** |
| USA Commercial Mortgage Company | ) |
| USA Capital Realty Advisors, LLC | ) |
| USA Capital Diversified Trust Deed Fund, LLC ) | |
| USA Capital First Trust Deed Fund, LLC | ) |
| USA Securities, LLC | ) |

Wynn A. Gunderson and Lorraine J. Gunderson ("Gundersons") on their own behalf object to the Motion for Summary Judgment filed on behalf of USACM Liquidating Trust ("USACM") to the Gundersons Opposition to the Objection to the Gundersons Proofs of Claim Asserting Secured Status.

1

The Principals of USACM namely, Thomas A. Hantges and Joseph D. Milanowski ("Principals") at all times material operated USACM as their own personal company and as its' alter ego when they processed and personally guaranteed certain loan transactions including but not limited to those second trust deed loans entitled HFA Clear Lake 2nd, L-273 and Southern California Land 2nd, L-284, ("Loans") made by the Gundersons.

The personal guarantees of the Loans entered into by the Principals along with all related documents of the Loans were filed and are of record. Therefore, the Loans should, ipso facto, be given priority over the class of unsecured creditors of USACM for all reasons stated herein and the Proof of Claim forms filed by the Gundersons along with their attachments and for the additional reasons that the Principals while operating USACM as its' alter ego did fraudulently, deceitfully, and illegally process, treat, manipulate and handle loan proceeds as fungible and as their own funds in a Ponzi-like manner to induce the Gundersons and other like lenders to make loans at a time when many of the loans already made by other lenders and the Gundersons were nonperforming thereby elevating the recorded loan guarantees to a secured status.

Based on the foregoing reasons and in the interests of justice, the Gundersons urge this Honorable Court to enter an order classifying their Loans as secured.

Respectfully Submitted,

_____
Wynn A. Gunderson, Pro Se

_____
Lorraine Gunderson, Pro Se

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of November, 2007, I sent by facsimile and first-class United States mail, postage prepaid, a true and correct copy of Objection to Motion for Summary Judgment to Gunderson's Opposition to the Objection to Proofs of Claim Asserting Secured Status to:

> Susan Freeman, AZ 4199 (pro hac vice)
> Rob Charles, NV 6593
> 3993 Howard Hughes Parkway, Suite 600
> Las Vegas, Nevada 89169-5996
> Counsel for USACM Liquidating Trust

*Wynn A. Gunderson, Pro Se*

3