1  Name of Attorney  Bruce Jacobs

2  Bar Number 194114

3  City  Los Angeles

4  State  California

5  Phone #  310.229.1000

6  E-mail address bjacobs@akingump.com

7

8  ## UNITED STATES BANKRUPTCY COURT
   ## DISTRICT OF NEVADA

9

10  In Re                                      ) Bankruptcy No. 06-10725-LBR

11  USA Commercial Mortgage Company, et., al.,  ) Chapter No. 11

12                                             ) **VERIFIED PETITION FOR**
                    *debtor.*                  ) **PERMISSION TO PRACTICE**
13                                             ) **IN THIS CASE ONLY BY**
                                               ) **ATTORNEY NOT ADMITTED**
14                                             ) **TO THE BAR OF THIS COURT**
                                               )
15                                             )
                                               ) EFFECTIVE JUNE 1, 2004
16                                             ) FILING FEE IS **$175.00**

17

18        Bruce Jacobs _____, Petitioner, respectfully represents to the Court:

19

20        1.    That Petitioner resides in Los Angeles , California .
                                          (City)           (State)

21

22        2.    That Petitioner is an attorney at law and a member of the law firm of _____

23  Akin, Gump, Strauss, Hauer & Feld LLP _____ with offices at

    2029 Century Park East, Suite 2400 ,
24                     (street address)
    Los Angeles , California , 310.229.1000 .
25     (city)          (zip code)      (area code + telephone number)

26        3.    That Petitioner has been retained personally or as a member of the law firm by

27  Los Valles Land & Golf, LLC _____ to provide legal representation in connection with
                 [client(s)]
28  the above-entitled case now pending before this Court.

1        4.     That since <u>1997</u>, Petitioner has been and presently is a member
(date)

2    in good standing of the bar of the highest Court of the State of <u>California</u>
(state)

3    where Petitioner regularly practices law.

4        5.     That Petitioner was admitted to practice before the following United States District

5    Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

6    of other States on the dates indicated for each, and that Petitioner is presently a member in good

7    standing of the bars of said Courts.              Date Admitted

| | Date Admitted |
|---|---|
| Central District of California | November 1998 |
| Northern District of California | January 1999 |

20        6.     That there are or have been no disciplinary proceedings instituted against petitioner,

21    nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or

22    administrative body, or any resignation or termination in order to avoid disciplinary or disbarment

23    proceedings, except as described in detail below:

2

7.     That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars of ever denied admission):

_____

_____

_____

8.     That Petitioner is a member of good standing in the following Bar Associations:

_____

_____

_____

9.     Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 06-26-2007 | Andreas v. Lowe's HIW | USDC, District of Nevada | Granted |
| 07-02-2007 | Andreas v. Lowe's HIW | USDC, District of Nevada | Granted |
| 10-24-2007 | Andreas v. Lowe's HIW | USDC, District of Nevada | Granted |

(If necessary, please attach a statement of additional applications)

10.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11.     Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

1         That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2    FOR THE PURPOSES OF THIS CASE ONLY.

3    DATED: November 14, 2007 _____

                                           Petitioner's Signature

4

5    STATE OF California _____ )

                                       )

6    COUNTY OF Los Angeles _____ )

7         Bruce Jacobs _____ , Petitioner, being first duly sworn, deposes and says:

8    That the foregoing statements are true.

9    _____

                                           Petitioner's Signature

10    (SEAL)

11    Subscribed and sworn to before me this

12    14th    day of November , 2007 .

13    _____

                   Notary public

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DAVINA COLVIN
Commission # 1726702
Notary Public - California
Los Angeles County
My Comm. Expires Mar 22, 2011

4