**Entered on Docket**
**November 15, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \* \* \* \* \*

| | |
|---|---|
| In Re: ) | BK-S-06-10725-LBR |
| ) | Chapter 11 |
| USA COMMERCIAL MORTGAGE CO., ) | |
| ) | Date:  December 20, 2007 |
| Debtor. ) | Time:  10:30 a.m. |
| ) | |

### ORDER SCHEDULING REHEARING

It appearing that there was a miscommunication concerning the telephonic appearance of creditors Larry L. and Patsy R. Rieger at the hearing on the USACM Liquidating Trust's Objection to Claim No. 10725-01739 filed by Larry L. and Patsy R. Rieger Revocable Trust Dated 8/14/91 as Improperly Asserting Priority Status, heard before this Court on October 15, 2007 at 9:30 a.m.;

IT IS HEREBY ORDERED THAT:

A rehearing on the following Rieger claims will be heard on December 20, 2007 at 10:30 a.m before the Honorable Linda B. Riegle, U.S. Bankruptcy Court Judge, in Courtroom #1, Foley Federal Building, 300 Las Vegas Blvd. South, Las Vegas, Nevada.

Claim 10725-01739
Claim 10725-02208
Claim 10725-02209
Claim 10725-02210

IT IS FURTHER ORDERED THAT Larry and Patsy Rieger can appear telephonically by calling Court Call at 1-866-582-6878 and making a reservation for that date and time.

1  Copies noticed through ECF to:
       Susan Freeman
2      Rob Charles

3  Copies noticed through BNC to:
       Larry & Patsy Rieger
4      2615 Glen Eagles Drive
       Reno, NV 89523