**LEWIS AND ROCA LLP**
**LAWYERS**

E-Filed on 11/15/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | **STATUS AND AGENDA FOR NOVEMBER 16, 2007 HEARINGS** |
| USA SECURITIES, LLC,             Debtors. | Date of Hearing: November 16, 2007<br>Time of Hearing: 1:30 p.m. |
| **Affects:**<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

**1:30 p.m.**

   1.   **Amended Objection to Claim 1366 of Los Valles Land & Golf LLC** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4820]

1876510.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

| | |
|---|---|
| **Stipulation Filed:** 10/04/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Los Valles Land & Golf LLC *Continuing Hearing on Objections to Claim 1366 of Los Valles Land & Golf LLC* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4933] |
| **Related Filing:** 10/11/2007 | Order Approving Stipulation to Continue the Hearing on Objections to Claim 1366 of Los Valles Land Gold, LLC [DE 4972] |
| **Response Filed:** 10/15/2007 | Response with Certificate of Service Filed by SCOTT D. FLEMING on behalf of LOS VALLES LAND & GOLF, LLC [DE 5017- |
| **Stipulation Filed:** 11/01/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Los Valles Land & Golf LLC *Continuing Hearing on Objections to Claim 1366* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5235] |
| **Related Filing:** 11/02/2007 | Hearing Continued. Hearing scheduled 11/16/2007 at 01:30 PM at LBR-Courtroom 1, Foley Federal Bldg. [DE 5274] |
| **Status:** | Hearing rescheduled from 4/26/2007; 6/15/2007; 7/27/2007; 10/15/2007; and 11/2/2007. A proposed discovery schedule was submitted for the Court's review [DE 5333]. |

2. **Omnibus Objection to Claim 1366 of Los Valles Land and Golf on Exhibit A** *(Eighteenth Omnibus Objection)* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3168]

| | |
|---|---|
| **Opposition Filed:** | None |
| **Stipulation Filed:** 4/18/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Los Valles Land & Golf LLC *Continuing Hearing on Objections to Claim 1366 of Los Valles Land & Golf LLC* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3484]. |
| **Related Filing:** 4/24/2007 | Order Approving Stipulation to Continue the Hearing on Objections to Claim 1366 of LOS VALLES LAND & GOLF LLC [DE 3529] |
| **Stipulation Filed:** 5/30/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Los Valles Land & Golf LLC *Stipulation Continuing Hearing on Objections to Claim 1366 of Los Valles Land & Golf LLC* Filed |

1876510.1

LEWIS AND ROCA LLP
LAWYERS

| | |
|---|---|
| | by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3838] |
| **Related Filings:** 5/30/2007 | Order Approving Stipulation to Continue the Hearing on Objections to Claim 1366 of LOS VALLES LAND & GOLF LLC [DE 3846] |
| 6/29/2007 | Order Sustaining Eighteenth Omnibus Objection of the USACM LIQUIDATING TRUST to Claims Asserting Secured Status [DE 4093] |
| **Stipulation Filed:** 7/10/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Los Valles Land & Golf LLC *Continuing Hearing on Objections to Claim 1366 of Los Valles Land & Golf LLC* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4146] |
| **Related Filing:** 7/12/2007 | Order Approving Stipulation to Continue the Hearing on Objections to Claim 1366 of LOS VALLES LAND & GOLF LLC [DE 4151] |
| **Stipulation Filed:** 10/04/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Los Valles Land & Golf LLC *Continuing Hearing on Objections to Claim 1366 of Los Valles Land & Golf LLC* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4933] |
| **Related Filings:** 10/11/2007 | Order Approving Stipulation to Continue the Hearing on Objections to Claim 1366 of LOS VALLES LAND & GOLF LLC [DE 4972] |
| 10/26/2007 | Order Sustaining the USACM LIQUIDATING TRUST's Objection to Claim No(s). 10725-01344 and 10725-01345 Filed by LOFTFIELD REVOCABLE LIVING TRUST as Improperly Asserting Secured Status [DE 5091] |
| 10/29/2007 | Order Sustaining the USACM LIQUIDATING TRUST's Objection to Claim No(s). 10725-01336 and 10725-01349 Filed by JAMES and CATHERINE LOFTFIELD as Improperly Asserting Secured Status [DE 5112] |
| **Status** | Hearing Continued from 4/26/2007; 6/15/2007; 7/27/2007; 10/15/2007; 11/02/2007; and 11/26/2007  A proposed discovery schedule was submitted for the Court's review [DE 5336 *Amended Standard Discovery Plan*]  . |

LEWIS AND ROCA LLP
LAWYERS

DATED: November 15, 2007.

**LEWIS AND ROCA LLP**

By: /s/ Rob Charles (#6593)
 Susan M. Freeman, AZ 4199 (*pro hac vice*)
 Rob Charles, NV 6593
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Counsel for USACM Liquidating Trust

4

1876510.1