Electronically filed November 16, 2007

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
Stacy E. Don (California Bar No. 226737)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email: malevinson@orrick.com
jhermann@orrick.com
sdon@orrick.com

Robert Kinas (Nevada Bar No. 6019)
Claire Dossier (Nevada Bar No. 10030)
SNELL & WILMER LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Fax: (702) 784-5252
Email: rkinas@swlaw.com
cdossier@swlaw.com

*ATTORNEYS FOR USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>USA CAPITAL REALTY ADVISORS, LLC,<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>USA SECURITIES, LLC,<br>Debtors | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter Number: 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
|---|---|
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | **STIPULATION REGARDING PROOF OF CLAIM NO. 56 FILED BY BEADLE MCBRIDE & REEVES, LLP**<br><br>Date of Hearing: October 15, 2007<br>Time of Hearing: 9:30 a.m. |

USA Capital Diversified Trust Deed Fund, LLC ("DTDF") and Beadle McBride & Reeves, LLP ("Claimant" or "Beadle") hereby stipulate as follows:

1. On or about October 10, 2006 Claimant filed Proof of Claim No. 10727-00056 against DTDF in the amount of $1,706.25 (the "Claim").

2. Claimant provided documentation attached to the Proof of Claim 10727-00056 alleging that Claimant provided services for the Debtor between December 2003 and May 2006.

3. On or about June 8, 2007, DTDF filed a "Second Omnibus Objection of Post-

155476.1

1  Effective Date USA Capital Diversified Trust Deed Fund, LLC, to (1) Claim Filed by Beadle
2  McBride & Reeves, LLP, and (2) Scheduled Claim of GMAC Commercial Holding Capital" (the
3  "Objection") [Docket No. 3939].

4      4.    On or about August 7, 2007, the Court issued an "Order on Second Omnibus
5  Objection of Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC to (1) Claim
6  Filed by Beadle McBride & Reeves, LLP, and (2) Scheduled Claim of GMAC Commercial
7  Holding Capital Corporation" (the "Order").

8      5.    The Order sustained DTDF's Objection as to GMAC Commercial Holding Capital
9  Corporation, but stated that "[a]n evidentiary hearing shall be held before this Court on
10 October 15, 2007, at 9:30 a.m. to determine the validity and amount, as necessary, of the claim
11 filed against Diversified by Beadle McBride & Reeves, LLP [Claim No. 56]."

12     6.    DTDF and Beadle stipulate that Beadle shall have an allowed proof of claim of
13 $950.00.

14     7.    This Stipulation shall not affect any other claims filed by Claimant in these jointly-
15 administered bankruptcy proceedings.

16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

155476.1

WHEREFORE, based on the stipulation set forth above, the parties hereby agree and request that the Court approve this stipulation as an order of the Court pursuant to Fed. R. Bankr. P. 3006, as follows:

1. Proof of Claim No. 10727-00056 is hereby amended to $950.00.
2. DTDF hereby withdraws its Objection to Proof of Claim No. 10727-00056.
3. The evidentiary hearing on the Objection to Claim No. 10727-00056 scheduled for October 15, 2007, may be vacated.

Dated this 22nd day of October, 2007.

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Marc A. Levinson
Attorneys for USA Capital
Diversified Trust Deed Fund, LLC

SNELL & WILMER LLP

By: /s/ Robert Kinas
Attorneys for USA Capital
Diversified Trust Deed Fund, LLC

Dated this 23rd day of October, 2007.

BEADLE MCBRIDE & REEVES, LLP

By: [signature]
Thomas W. Davis II, Esq.
Wells Fargo Tower, Suite 850
3880 Howard Hughes Parkway
Las Vegas, NV 89169

155476.1

- 3 -