**Entered on Docket
November 15, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \* \* \* \* \*

| | |
|---|---|
| In Re: ) | BK-S-06-10725-LBR |
| ) | Chapter 11 |
| USA COMMERCIAL MORTGAGE CO., ) | |
| ) | Date:  December 20, 2007 |
| Debtor. ) | Time:  10:30 a.m. |
| ) | |

### ORDER SCHEDULING REHEARING

It appearing that there was a miscommunication concerning the telephonic appearance of creditors Larry L. and Patsy R. Rieger at the hearing on the USACM Liquidating Trust's Objection to Claim No. 10725-01739 filed by Larry L. and Patsy R. Rieger Revocable Trust Dated 8/14/91 as Improperly Asserting Priority Status, heard before this Court on October 15, 2007 at 9:30 a.m.;

IT IS HEREBY ORDERED THAT:

A rehearing on the following Rieger claims will be heard on December 20, 2007 at 10:30 a.m before the Honorable Linda B. Riegle, U.S. Bankruptcy Court Judge, in Courtroom #1, Foley Federal Building, 300 Las Vegas Blvd. South, Las Vegas, Nevada.

```
Claim 10725-01739
Claim 10725-02208
Claim 10725-02209
Claim 10725-02210
```

IT IS FURTHER ORDERED THAT Larry and Patsy Rieger can appear telephonically by calling Court Call at 1-866-582-6878 and making a reservation for that date and time.

Copies noticed through ECF to:
    Susan Freeman
    Rob Charles

Copies noticed through BNC to:
    Larry & Patsy Rieger
    2615 Glen Eagles Drive
    Reno, NV 89523

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0978-2            User: lakaswm              Page 1 of 1              Date Rcvd: Nov 15, 2007
Case: 06-10725                  Form ID: pdf805            Total Served: 2

The following entities were served by first class mail on Nov 17, 2007.
aty         +ROB CHARLES,   LEWIS AND ROCA LLP,   3993 HOWARD HUGHES PKWY, STE 600,    LAS VEGAS, NV 89169-5996
            +LARRY & PATSY RIEGER,   2615 GLEN EAGLES DRIVE,   RENO, NV 89523-2080
The following entities were served by electronic transmission.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 17, 2007**              **Signature:**    _Joseph Speetjens_