**LEWIS AND ROCA LLP LAWYERS**

E-Filed on 11/19/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                            Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Partial Objection of USACM Trust To Tobias Von Euw Revocable Trust DTD 11/23/04 Claim Filed in Wrong Debtor's Case and Disallowed as to USACM**<br><br>Hearing Date:    December 20, 2007<br>Hearing Time:    9:30 a.m. |

Tobias Von Euw Revocable Trust DTD 11/23/04 ("Von Euw Trust") filed Proof of Claim No. 10725-02481 (the "Claim") against USA Commercial Mortgage Company ("USACM") in the amount of $1,468,967.93. The USACM Liquidating Trust (the "USACM Trust") objects to the portion of Von Euw Revocable Trust's claim that appears to be based upon a $50,000 investment by the Patricia Von Euw Revocable Trust in USA Capital First Trust Deed Fund, LLC ("FTDF"). This objection is made pursuant to Bankruptcy Code section 502, Federal Rule of Bankruptcy Procedure 3007, and Local Rule of Bankruptcy Practice 3007.

1879966.1

This objection will not affect the remainder of the Von Euw Trust's claim. Nor will it impact the $50,000.00 equity interest held by the Patricia Von Euw Revocable Trust in the FTDF estate.

The Von Euw Trust filed its Claim without supporting documentation. Under cover of letter Dated September 17, 2007, the Von Euw Trust supplied supporting documentation in response to an inquiry from the USACM Trust. The supporting documentation included a statement that showed a $50,000.00 investment by the Patricia Von Euw Revocable Trust in FTDF. The USACM Trust has confirmed that the FTDF estate has recognized this equity interest and is making distributions accordingly.

Any claim held by a Von Euw Trust against USACM solely on account of an investment in FTDF is derivative of FTDF's claims against USACM. Under a settlement approved by the Court on June 12, 2007, all such FTDF claims were settled, with FTDF holding a $7.0 million allowed general unsecured claim and beneficial interest in the USACM Liquidating Trust. The equity interest holders in FTDF will share in any recovery on account of that claim.

The USACM Trust respectfully requests that the Court enter an order disallowing that portion of the Claim ($50,000) related to an investment in FTDF.

Dated: November 19, 2007.

By:  /s/ Rob Charles (#006593)
Susan M. Freeman
Rob Charles
John C. Hinderaker
Lewis And Roca LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961
Facsimile (702) 949-8321
Telephone (702) 949-8320
*Counsel for USACM Liquidating Trust*

1879966.1

| | |
|---|---|
| 1 | Copy of the foregoing mailed on |
| 2 | November 19, 2007 to: |
| 3 | Tobias Von Euw Revocable Trust DTD 11/23/04 |
| | c/o Tobias Von Euw, Trustees |
| 4 | 2448 Lark Sparrow Street |
| 5 | Las Vegas, Nevada 89084-3726 |
| 6 |  /s/ Christine E Laurel |
| | Lewis and Roca LLP |
| 7 | |

3

1879966.1