**LEWIS AND ROCA LLP LAWYERS**

E-Filed on 11/19/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                           Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Partial Objection of USACM Trust To Hermaine and Seymour Hinden Living Trust DTD 2/22/00 Claim Filed in Wrong Debtor's Case and Disallowed as to USACM**<br><br>Hearing Date:    December 20, 2007<br>Hearing Time:    9:30 a.m. |

Hermaine and Seymour Hinden Living Trust DTD 2/22/00 ("Hinden Trust") filed Proof of Claim No. 10725-00953 )(the "Claim") against USA Commercial Mortgage Company ("USACM") in the amount of $40,000.00. The Hinden Trust filed the Claim without supporting documentation. In response to an August, 30 2007 inquiry for more information, the Hinden Trust supplied supporting documentation, including a November 15, 2004 "portfolio summary" showing a $10,000 investment in USA Capital First Trust Deed Fund, LLC ("FTDF").

1879889.1



The USACM Liquidating Trust (the "USACM Trust") objects to the Claim to the extent it is based upon an investment in FTDF ($10,000). This objection is made pursuant to Bankruptcy Code section 502, Federal Rule of Bankruptcy Procedure 3007, and Local Rule of Bankruptcy Practice 3007. Any claim on account of his investment in FTDF is derivative of FTDF's claims against USACM. Under a settlement approved by the Court on June 12, 2007, all such FTDF claims were settled, with FTDF holding a $7.0 million allowed general unsecured claim and beneficial interest in the USACM Liquidating Trust. The equity interest holders in FTDF will share in any recovery on account of that claim.

The USACM Trust has confirmed that the Hinden Living Trust holds a $20,000 equity interest in the FTDF estate. This objection will not affect that equity interest.

Accordingly, the USACM Trust respectfully requests that the Court disallow $10,000 from Proof of Claim No. 10725-00953 because that portion of the claim is based upon an investment in FTDF and therefore should not be allowed against USACM.

Dated: November 19, 2007.

By: /s/ Rob Charles (#006593)
Susan M. Freeman
Rob Charles
John C. Hinderaker
Lewis And Roca LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961
Facsimile (702) 949-8321
Telephone (702) 949-8320
*Counsel for USACM Liquidating Trust*

1879889.1

Copy of the foregoing mailed on November 19, 2007 to:

Hermaine and Seymour Hinden Living Trust
DTD 2/22/00
c/o Hermaine Hinden and Seymour Hinden, Trustees
2721 Orchid Valley Drive
Las Vegas, Nevada  89134-7327

 /s/ Christine E Laurel
Lewis and Roca LLP

1879889.1