EXHIBIT A



**Entered on Docket**
**November 13, 2007**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

_Attorneys for USACM Liquidating Trust_

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE | Case No. BK-S-06-10727-LBR |
| COMPANY, | Case No. BK-S-06-10728-LBR |
| | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, | |
| LLC, | CHAPTER 11 |
| | |
| USA CAPITAL DIVERSIFIED TRUST | Jointly Administered Under Case No. |
| DEED FUND, LLC, | BK-S-06-10725 LBR |
| | |
| USA CAPITAL FIRST TRUST DEED | |
| FUND, LLC, | Date of Hearings: November 16, 2007 |
| | Time of Hearings: 9:30 a.m. |
| USA SECURITIES, LLC, | |
|               Debtors. | New Date of Hearings: December 14, 2007 |
| | Time of Hearings: 9:30 a.m. |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

1871679.1

## ORDER APPROVING STIPULATION TO CONTINUE THE HEARING ON MOTION FOR SUMMARY JUDGMENT RE GUNDERSONS' REMAINING CLAIM

### IT IS HEREBY ORDERED:

- Approving the Stipulation by and between USACM Liquidating Trust and Wynn A. and Lorraine J. Gunderson [DE 5311];

- Vacating the hearing set for November 16, 2007, at 9:30 a.m. on USACM Trust's Motion for Summary Judgment [DE 4291] as it relates to the Gundersons' Claim (Claim No. 10725-02447-2) only and on USACM Trust's Objection to Wynn A. and Lorraine J. Gunderson Claims Asserting Secured Status, [DE 4262]. The hearing on the Motion for Summary Judgment and Objection is continued to **December 14, 2007 at 9:30 a.m.**;

- The deadline for the Gundersons to file and serve a response to the Objection [DE 3155 and 4262] and the Motion for Summary Judgment [DE 4291] is extended to November 16, 2007; and

- The USACM Trust's reply to the response shall be filed and served by December 3, 2007.

### ###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By:____/s/ RC (#0006593)_____
     Susan M. Freeman
     Rob Charles
     John Hinderaker
*Attorneys for USACM Liquidating Trust*

APPROVED AS TO FORM AND CONTENT:

1871679.1

By: _____
Wynn A. Gunderson

By: _____
Lorraine A. Gunderson

3