

Entered on Docket
November 19, 2007

Hon. Linda B. Riegle
United States Bankruptcy Judge

| | |
|---|---|
| Marc A. Levinson (California Bar No. 57613)<br>Jeffery D. Hermann (California Bar No. 90445)<br>Stacy E. Don (California Bar No. 226737)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>400 Capitol Mall, Suite 3000<br>Sacramento, California 95814-4497<br>Telephone:     (916) 447-9200<br>Facsimile:      (916) 329-4900<br>Email:            malevinson@orrick.com<br>                     jhermann@orrick.com<br>                     sdon@orrick.com | Robert Kinas (Nevada Bar No. 6019)<br>Claire Dossier (Nevada Bar No. 10030)<br>SNELL & WILMER LLP<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>Telephone:   (702) 784-5200<br>Fax:               (702) 784-5252<br>Email:            rkinas@swlaw.com<br>                     cdossier@swlaw.com |

*ATTORNEYS FOR USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC*

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                                              Debtors | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter Number: 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | **ORDER RE STIPULATION REGARDING PROOF OF CLAIM NO. 56 FILED BY BEADLE MCBRIDE & REEVES, LLP**<br><br>Date of Hearing: October 15, 2007<br>Time of Hearing: 9:30 a.m. |

The Court having considered the Stipulation Regarding Proof of Claim No. 56 Filed by

155750.1

Beadle McBride & Reeves, LLP ("Stipulation"), and the Court being fully advised in the premises and good cause appearing:

IT IS HEREBY ORDERED that:

1. The Stipulation is approved;

2. Proof of Claim No. 10727-00056 is hereby amended to $950.00;

3. The Stipulation shall not affect any other claims filed by Claimant in these jointly-administered bankruptcy proceedings; and

4. The evidentiary hearing on Objection to Claim No. 10727-00056 is vacated.

Dated this 16th day of November, 2007.

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Marc A. Levinson
Attorneys for USA Capital
Diversified Trust Deed Fund, LLC

SNELL & WILMER LLP

By: _____
Attorneys for USA Capital
Diversified Trust Deed Fund, LLC

Dated this _____ day of October, 2007.

APPROVED:

BEADLE MCBRIDE & REEVES, LLP

By: _____
Thomas W. Davis II, Esq.
Wells Fargo Tower, Suite 850
3880 Howard Hughes Parkway
Las Vegas, NV 89169

### #

155750.1

- 2 -