| USACM Liquidating Trust<br>**FIRST OMNIBUS OBJECTION TO CLAIMS**<br>**OMNIBUS OBJECTION OF THE USACM**<br>**LIQUIDATING TRUST TO PROOFS OF CLAIM**<br>**FOR LACK OF DOCUMENTATION**<br>BK-S-06-10725-LBR ||||
|---|---|---|---|
| **Creditor Name** | **Claim No.** | **Date Filed.** | **Amount** |
| Burrus, Timothy F & JoAnn Ortiz-Burrus<br>Del Hardy, Esq.<br>Hardy Law Group<br>96 & 98 Winter Street<br>Reno, Nevada 89503<br><br>3880 West Hidden Valley Drive<br>Reno, Nevada 89502 | 10725-00027 | 6/14/06 | $50,000.00 |
| Graham, William L. and Wilta L.<br>3124 Queens Gate Lane<br>Modesto, California 95355 | 10725-00228 | 9/25/06 | $50,000.00 |
| Belacio, Raymond W. and Rosa<br>1533 Shady Rest Drive<br>Henderson, Nevada 89013 | 10725-00240 | 9/26/06 | $250,000.00 |
| Susan F Stein Trust<br>c/o Peter Susi, Esq.<br>Michaelson, Susi & Michaelson<br>7 West Figueroa Street, 2nd Floor<br>Santa Barbara, California 93101 | 10725-00255 | 10/3/06 | $100,000.00 |
| Susan F Stein Trust<br>c/o Peter Susi, Esq.<br>Michaelson, Susi & Michaelson<br>7 West Figueroa Street, 2nd Floor<br>Santa Barbara, California 93101 | 10725-00256 | 10/3/06 | $300,000.00 |
| Susan Gackenbach IRA<br>c/o Peter Susi, Esq.<br>Michaelson, Susi & Michaelson<br>7 West Figueroa Street, 2nd Floor<br>Santa Barbara, California 93101 | 10725-00257 | 10/3/06 | $350,000.00 |

**EXHIBIT A**

USACM Liquidating Trust
**FIRST OMNIBUS OBJECTION TO CLAIMS
OMNIBUS OBJECTION OF THE USACM
LIQUIDATING TRUST TO PROOFS OF CLAIM
FOR LACK OF DOCUMENTATION
BK-S-06-10725-LBR**

| Creditor Name | Claim No. | Date Filed. | Amount |
|---|---|---|---|
| Susan Gackenbach IRA<br>c/o Peter Susi, Esq.<br>Michaelson, Susi & Michaelson<br>7 West Figueroa Street, 2nd Floor<br>Santa Barbara, California 93101 | 10725-00258 | 10/3/06 | $550,000.00 |
| Jay S. Stein IRA<br>c/o Peter Susi, Esq.<br>Michaelson, Susi & Michaelson<br>7 West Figueroa Street, 2nd Floor<br>Santa Barbara, California 93101 | 10725-00261 | 10/3/06 | $500,000.00 |
| Jay S Stein Trust 12/12/00<br>c/o Peter Susi, Esq.<br>Michaelson, Susi & Michaelson<br>7 West Figueroa Street, 2nd Floor<br>Santa Barbara, California 93101 | 10725-00262 | 10/3/06 | $100,000.00 |
| Jay S Stein Charitable Remainder Unitrust 7/15/02<br>c/o Peter Susi, Esq.<br>Michaelson, Susi & Michaelson<br>7 West Figueroa Street, 2nd Floor<br>Santa Barbara, California 93101 | 10725-00263 | 10/3/06 | $425,000.00 |

**EXHIBIT A**