USACM Liquidating Trust
**SECOND OMNIBUS OBJECTION TO CLAIMS**
**OMNIBUS OBJECTION OF THE USACM**
**LIQUIDATING TRUST TO PROOFS OF CLAIM**
**FOR LACK OF DOCUMENTATION**
**BK-S-06-10725-LBR**

| Creditor Name | Claim No. | Date Filed. | Amount |
|---|---|---|---|
| Tuttle, Dale L<br>6252 Chinook Way<br>Las Vegas, Nevada 89108-1733 | 10725-00247 | 9/26/06 | $250,000.00 |
| Wagner, Scott E.<br>P.O. Box 523<br>Cumberland, Wisconsin 54829-0523 | 10725-00268 | 9/27/06 | $80,000.00 |
| Mary Coleman IRA<br>108 Low Street<br>Newburyport, Maryland 01950-3517 | 10725-00306 | 9/29/06 | Amount Not Stated |
| Mary Coleman IRA<br>108 Low Street<br>Newburyport, Maryland 01950-3517 | 10725-00307 | 9/29/06 | Amount Not Stated |
| Coleman, Mary<br>108 Low Street<br>Newburyport, Maryland 01950-3517 | 10725-00308 | 9/29/06 | $27,473.40 |
| Coleman, Mary<br>First Savings Bank Custodian for Mary Coleman<br>108 Low Street<br>Newburyport, Maryland 01950-3517 | 10725-00309 | 9/29/06 | $39,226.14 |
| Frey, Lloyd<br>2605 East Flamingo Road<br>Las Vegas, Nevada 89121 | 10725-00311 | 9/29/06 | Amount Not Stated |
| Rosenthal, Arnold<br>6059 Woodman Avenue<br>Van Nuys, California 91401 | 10725-00414 | 10/3/06 | $51,095.00 |
| Milton Leroy Owens MD Inc,<br>Defined Benefit Plan and Trust<br>1094 West 7th Street<br>San Pedro, California 90731-2928 | 10725-00569 | 10/12/06 | $26,129.00 |
| Owens, Milton<br>1094 West 7th Street<br>San Pedro, California 90731-2928 | 10725-00570 | 10/12/06 | $25,000.00 |

**EXHIBIT A**