| USACM Liquidating Trust<br>**THIRD OMNIBUS OBJECTION TO CLAIMS**<br>**OMNIBUS OBJECTION OF THE USACM**<br>**LIQUIDATING TRUST TO PROOFS OF CLAIM**<br>**FOR LACK OF DOCUMENTATION**<br>**BK-S-06-10725-LBR** | | | |
|---|---|---|---|
| **Creditor Name** | **Claim No.** | **Date Filed.** | **Amount** |
| McMahon, Gary<br>26005 East Flamingo Road<br>Las Vegas, Nevada 89121 | 10725-00597 | 10/16/06 | $55,000.00 |
| Kiel, Ronald<br>700 Marker Lane<br>Lovelock, Nevada 89419 | 10725-00605 | 10/16/06 | $50,000.00 |
| Kiel, Ronald<br>700 Marker Lane<br>Lovelock, Nevada 89419 | 10725-00606 | 10/16/06 | $50,000.00 |
| Milton Kaplan PSP DTD 10/1/77<br>c/o Milton P. Kaplan MD, Trustee<br>18370 Burbank Boulevard, Suite 501<br>Tarzana, California 91356-2836 | 10725-00642 | 10/19/06 | $12,952.80 |
| Handlin Family Trust DTD 4/16/04<br>c/o Shirley M. Handlin, Trustee<br>8855 Leroy Street<br>Reno, Nevada 89523-9777 | 10725-00651 | 10/23/06 | $22,425.00 |
| da Costa, Laurence A. & Sylvia J.<br>1172 Del Mesa Court<br>Minden, Nevada 89423-7816 | 10725-00652 | 10/23/06 | $51,339.00 |
| Kreykes, Ronald & Linda<br>4928 Wind Hill Court W<br>Fort Worth, Texas 76179-6410 | 10725-00654 | 10/23/06 | Amount Not Stated |
| John D. Mulkey 1998 Irrevocable Trust<br>c/o David Mulkey, Trustee<br>2860 Augusta Drive<br>Las Vegas, Nevada 89109-1549 | 10725-00695 | 10/23/06 | Amount Not Stated |

**EXHIBIT A**

| USACM Liquidating Trust<br>**THIRD OMNIBUS OBJECTION TO CLAIMS**<br>**OMNIBUS OBJECTION OF THE USACM**<br>**LIQUIDATING TRUST TO PROOFS OF CLAIM**<br>**FOR LACK OF DOCUMENTATION**<br>BK-S-06-10725-LBR | | | |
|---|---|---|---|
| **Creditor Name** | **Claim No.** | **Date Filed.** | **Amount** |
| Scholem, Frederick<br>9917 Whalens Landing Court<br>Las Vegas, Nevada 89117 | 10725-00714 | 10/24/06 | $30,000.00 |
| McAllister, Marlin<br>2670 Marvin Trail<br>Redding, California 96001 | 10725-00741 | 10/26/06 | $20,000.00 |

**EXHIBIT A**