| USACM Liquidating Trust<br>**FOURTH OMNIBUS OBJECTION TO CLAIMS**<br>**OMNIBUS OBJECTION OF THE USACM**<br>**LIQUIDATING TRUST TO PROOFS OF CLAIM**<br>**FOR LACK OF DOCUMENTATION**<br>BK-S-06-10725-LBR | | | |
|---|---|---|---|
| **Creditor Name** | **Claim No.** | **Date Filed.** | **Amount** |
| Margaret B. McGimsey Trust<br>c/o William L. McGimsey, Esq.<br>601 East Charleston Boulevard<br>Las Vegas, Nevada 89104 | 10725-00850 | 11/03/06 | $96,095.75 |
| McGimsey, Sharon or Jerry<br>c/o William L. McGimsey, Esq.<br>601 East Charleston Boulevard<br>Las Vegas, Nevada 89104 | 10725-00851 | 11/13/06 | $311,091.58 |
| Clark, Johnny<br>c/o William L. McGimsey, Esq.<br>601 East Charleston Boulevard<br>Las Vegas, Nevada 89104 | 10725-00852 | 11/13/06 | $99,467.908 |
| McGimsey, Bruce<br>c/o William L. McGimsey, Esq.<br>601 East Charleston Boulevard<br>Las Vegas, Nevada 89104 | 10725-00855 | 11/13/06 | $86,171.22 |
| Beverly Stiles Revocable Trust DTD 8/10/05<br>c/o Joe Laxague, Esq.<br>Cane Clark, LLP<br>3272 East Warn Springs<br>Las Vegas, Nevada 89120 | 10725-00856 | 11/13/06 | $12,500.00 |
| Drubin, Daniel & Laura<br>c/o Joe Laxague, Esq.<br>Cane Clark, LLP<br>3272 East Warn Springs<br>Las Vegas, Nevada 89120 | 10725-00858 | 11/13/06 | $270,000.00 |
| Downey Brand LLP<br>c/o Sallie Armstrong<br>427 West Plumb Lane<br>Reno, Nevada 89509 | 10725-00859 | 11/13/06 | $78,433.48 |

**EXHIBIT A**

USACM Liquidating Trust
**FOURTH OMNIBUS OBJECTION TO CLAIMS
OMNIBUS OBJECTION OF THE USACM
LIQUIDATING TRUST TO PROOFS OF CLAIM
FOR LACK OF DOCUMENTATION**
BK-S-06-10725-LBR

| **Creditor Name** | **Claim No.** | **Date Filed.** | **Amount** |
|---|---|---|---|
| Thrower, Debbie<br>c/o Stephen R. Harris, Esq.<br>Belding, Harris & Petroni, Ltd.<br>417 West Plumb Lane<br>Reno, Nevada 89509 | 10725-00860 | 11/13/06 | $50,000.00 |
| Pirani, Ali<br>13174 North 100th Place<br>Scottsdale, Arizona 85260-7203 | 10725-00886 | 10/31/06 | $50,000.00 |
| Pirani, Ali & Anisha<br>13174 North 100th Place<br>Scottsdale, Arizona 85260-7203 | 10725-00888 | 10/31/06 | $276,116.00 |

**EXHIBIT A**