| USACM Liquidating Trust<br>**FIFTH OMNIBUS OBJECTION TO CLAIMS**<br>**OMNIBUS OBJECTION OF THE USACM**<br>**LIQUIDATING TRUST TO PROOFS OF CLAIM**<br>**FOR LACK OF DOCUMENTATION**<br>BK-S-06-10725-LBR | | | |
|---|---|---|---|
| **Creditor Name** | **Claim No.** | **Date Filed.** | **Amount** |
| Cynthia D. Burdige Trust U/A DTD 4/13/00<br>100 NW 82nd Avenue<br>Suite 305<br>Plantation, Florida 33324-1835 | 10725-00937 | 11/2/06 | $427,692.00 |
| Cynthia D. Burdige Trust U/A DTD 4/13/00<br>100 NW 82nd Avenue<br>Suite 305<br>Plantation, Florida 33324-1835 | 10725-00938 | 11/2/06 | $427,692.00 |
| Masnack, Brenda<br>9553 East Lynwood Drive<br>Mesa, Arizona 85207 | 10725-00965 | 11/2/06 | $975,000.00 |
| Hulse Family Trust<br>c/o Rodney and Catheryn Hulse, Trustees<br>355 East 1100 S<br>Mapleton, Utah 84664-5012 | 10725-00973 | 11/3/06 | $11,538.46 |
| Walter F. Henningsen Revocable Trust DTD 2/18/03<br>c/o Walter F. Henningsen, Trustee<br>5470 SW Spruce Avenue<br>Beaverton, Oregon 97005-3561 | 10725-01023 | 11/6/06 | $100,478.00 |
| LeBlanc, Jean Jacques IRA<br>P.O. Box 6434<br>Incline Village, Nevada 89450-6434 | 10725-01146 | 11/8/060 | $10,238.91 |
| Edwards, David & Marcy<br>9528 Yucca Blossom Drive<br>Las Vegas, Nevada 89134 | 10725-01152 | 11/9/06 | $50,000.00 |

**EXHIBIT A**

| USACM Liquidating Trust<br>**FIFTH OMNIBUS OBJECTION TO CLAIMS**<br>**OMNIBUS OBJECTION OF THE USACM**<br>**LIQUIDATING TRUST TO PROOFS OF CLAIM**<br>**FOR LACK OF DOCUMENTATION**<br>BK-S-06-10725-LBR | | | |
|---|---|---|---|
| **Creditor Name** | **Claim No.** | **Date Filed.** | **Amount** |
| Goldstein, Barry J. & Patricia B.<br>c/o Jeffrey S. Berlowitz, Esq.<br>4000 Hollywood Boulevard, Suite 375-S<br>Hollywood, Florida 33021 | 10725-01165 | 11/10/06 | $14,699.00 |
| Hoffman, Warren<br>5764 Flintcrest Drive<br>Burlington, Virginia 52601 | 10725-01166 | 11/9/06 | $64,118.31 |

**EXHIBIT A**