USACM Liquidating Trust
# SIXTH OMNIBUS OBJECTION TO CLAIMS OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO PROOFS OF CLAIM FOR LACK OF DOCUMENTATION
### BK-S-06-10725-LBR

| Creditor Name | Claim No. | Date Filed. | Amount |
|---|---|---|---|
| Goldstein, Barry J. & Patricia B. c/o Jeffrey S. Berlowitz, Esq. 4000 Hollywood Boulevard, Suite 375-S Hollywood, Florida 33021 | 10725-01167 | 11/10/06 | Amount Not Stated |
| Capital Mortgage Investors, Inc. c/o Jeffrey S. Berlowitz, Esq. 4000 Hollywood Boulevard, Suite 375-S Hollywood, Florida 33021 | 10725-01168 | 11/10/06 | $12,951.80 |
| McKennon, John E. & Sharon M. 1017 Long Point Road Grasonville, Maryland 21638-1074 | 10725-01246 | 11/10/06 | Amount Not Stated |
| Clark, Johnny c/o William L. McGimsey, Esq. 601 East Charleston Boulevard Las Vegas, Nevada 89104 | 10725-01304 | 11/13/06 | $99,467.90 |
| McGimsey, Sharon or Jerry c/o William L. McGimsey, Esq. 601 East Charleston Boulevard Las Vegas, Nevada 89104 | 10725-01306 | 11/13/06 | $311,091.58 |
| McGimsey, Bruce c/o William L. McGimsey, Esq. 601 East Charleston Boulevard Las Vegas, Nevada 89104 | 10725-01307 | 11/13/06 | $86,171.22 |

**EXHIBIT A**

<table>
<tr><td colspan="4" align="center">

USACM Liquidating Trust
**SIXTH OMNIBUS OBJECTION TO CLAIMS**
**OMNIBUS OBJECTION OF THE USACM**
**LIQUIDATING TRUST TO PROOFS OF CLAIM**
**FOR LACK OF DOCUMENTATION**
**BK-S-06-10725-LBR**

</td></tr>
</table>

| Creditor Name | Claim No. | Date Filed. | Amount |
|---|---|---|---|
| Margaret B. McGimsey Trust<br>c/o William L. McGimsey, Esq.<br>601 East Charleston Boulevard<br>Las Vegas, Nevada 89104 | 10725-01315 | 11/13/06 | $96,095.75 |
| Alexander, Stanley & Florence<br>c/o Robert LePomme<br>10120 South Eastern Avenue, #200<br>Henderson, Nevada 89052 | 10725-01408 | 12/4/06 | $400,000.00 |
| Bosworth 1988 Trust<br>c/o Robert LePomme<br>10120 South Eastern Avenue, #200<br>Henderson, Nevada 89052 | 10725-01411 | 12/4/06 | $25,000.00 |
| Prakelt, Hans J.<br>1299 Kingsbury Grade<br>Gardnerville, Nevada 89460 | 10725-01430 | 12/6/06 | $55,375.00 |

**EXHIBIT A**