USACM Liquidating Trust
# SEVENTH OMNIBUS OBJECTION TO CLAIMS
# OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO PROOFS OF CLAIM FOR LACK OF DOCUMENTATION
### BK-S-06-10725-LBR

| Creditor Name | Claim No. | Date Filed. | Amount |
|---|---|---|---|
| Bartkowski Family Trust<br>c/o Clark & Jean Bartkowski<br>P.O. Box 1180<br>Darby, Montana 59829 | 10725-01431 | 10725-01431 | $40,000.00 |
| Di Jorio, Richard<br>856 Nonie Street<br>Santa Rosa, California 95403 | 10725-01475 | 11/20/06 | $50,000.00 |
| Ayers, C. Donald<br>P.O. Box 605<br>Islamorada, Florida 33036-0605 | 10725-01491 | 11/27/06 | $12,951.80 |
| Lily Markham & Irene Anne Markham-Tafoya JT WROS<br>7746 Foredawn Drive<br>Las Vegas, Nevada 89123 | 10725-01521 | 11/29/06 | $30,000.00 |
| Huff, Charles E. & Vana J.<br>3426 Pino Circle<br>Las Vegas, Nevada 89121-4027 | 10725-01550 | 12/7/06 | $104,746.00 |
| Jayem Family LP<br>7 Paradise Valley Court<br>Henderson, Nevada 89052 | 10725-01551 | 12/7/06 | $265,865.00 |
| Talan, Carole<br>1299 Kingsbury Grade<br>Gardnerville, Nevada 89460 | 10725-01554 | 12/7/06 | $25,000.00 |
| Kathy John & Tina Eden JT WROS<br>57 Poinsetta Drive<br>Ormond Beach, Florida 32176-3518 | 10725-01556 | 12/6/06 | $30,000.00 |
| Kathy John & Tina Eden JT WROS<br>57 Poinsetta Drive<br>Ormond Beach, Florida 32176-3518 | 10725-01557 | 12/6/06 | $32,000.00 |
| Kathy John & Tina Eden JT WROS<br>57 Poinsetta Drive<br>Ormond Beach, Florida 32176-3518 | 10725-01558 | 12/6/06 | $25,000.00 |

**EXHIBIT A**