LEWIS
AND
ROCA
LLP
L A W Y E R S

E-Filed on 11/19/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 18024
Email:jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE | Case No. BK-S-06-10727-LBR |
| COMPANY, | Case No. BK-S-06-10728-LBR |
| | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | |
| | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED | |
| FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, | |
| LLC, | |
| | **NOTICE OF HEARING REGARDING** |
| USA SECURITIES, LLC, | **SEVENTH OMNIBUS OBJECTION OF** |
| Debtors. | **USACM LIQUIDATING TRUST TO** |
| | **PROOFS OF CLAIM FOR LACK OF** |
| | **DOCUMENTATION WITH** |
| | **CERTIFICATE OF SERVICE** |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Hearing Date: December 20, 2007
Hearing Time: 9:30 a.m.

   **THE USACM LIQUIDATING TRUST IS OBJECTING TO THE CLAIM**

**THAT <u>YOU</u> FILED.  THE DEADLINE TO RESPOND TO THE OBJECTION IS**

**<u>DECEMBER 13, 2007</u>.  PLEASE DO NOT CONTACT THE CLERK OF THE**

**BANKRUPTCY COURT TO DISCUSS THE MERITS OF YOUR CLAIM.**

**QUESTIONS REGARDING THE AMOUNT OF A CLAIM OR THE FILING OF A**

**CLAIM SHOULD BE DIRECTED TO THE UNDERSIGNED COUNSEL.**

   **NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust, by and

1881741.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

through its counsel, has filed an Omnibus Objection to your claim filed in USA Commercial Mortgage Company, Case No. 06-10725 on the ground that it lacks supporting documentation. Your Proof of Claim number and other information regarding your claim is listed on Exhibit A, attached.

The USACM Liquidating Trust has requested that this Court enter an order, disallowing your claim as to USA Commercial Mortgage Company.

**NOTICE IS FURTHER GIVEN** that the hearing on the Objection will be held before the Honorable Linda B. Riegle, United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada, on **December 20, 2007, at the hour of 9:30 a.m.**

**NOTICE IS FURTHER GIVEN THAT THE HEARING SET ON DECEMBER 20, 2007, WILL BE HELD FOR THE PURPOSE OF STATUS CHECKS AND SCHEDULING EVIDENTIARY HEARINGS ONLY. NO ARGUMENTS WILL BE HEARD ON THAT DATE.**

**NOTICE IS FURTHER GIVEN** that any response to the Objection must be filed by **December 13, 2007** pursuant to Local Rule 3007(b), which states:

> If an objection to a claim is opposed, a written response must be filed and served on the objecting party at least 5 business days before the scheduled hearing. A response is deemed sufficient if it states that written documentation in support of the proof of claim has already been provided to the objecting party and that the documentation will be provided at any evidentiary hearing or trial on the matter.

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the Court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:

- The Court may *refuse to allow you to speak* at the scheduled hearing; and

1881741.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

1    • The Court may *rule against you* without formally calling the matter at
2      the hearing.

       Dated:  November 19, 2007.
3
                                    **LEWIS AND ROCA LLP**
4

5                              By:   /s/ RC (#6593)
6                                    Susan M. Freeman, AZ 4199 (*pro hac vice*)
                                     Rob Charles, NV 6593
7                                    John C. Hinderaker 18024
                               3993 Howard Hughes Parkway, Suite 600
8                              Las Vegas, Nevada  89169-5996
9                              Facsimile (702) 949-8321
                               Telephone (702) 949-8320
10                             *Counsel for USACM Liquidating Trust*

11   Copy of the foregoing mailed on
12   November 19, 2007 to the Claimants
     listed on Exhibit A, attached.
13

14    /s/ Christine E Laurel
15   Lewis and Roca LLP

16

17

18

19

20

21

22

23

24

25

26

1881741.1