USACM Liquidating Trust
# EIGHTH OMNIBUS OBJECTION TO CLAIMS OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO PROOFS OF CLAIM FOR LACK OF DOCUMENTATION
BK-S-06-10725-LBR

| **Creditor Name** | **Claim No.** | **Date Filed.** | **Amount** |
|---|---|---|---|
| Kathy John & Tina Eden JT WROS<br>57 Poinsetta Drive<br>Ormond Beach, Florida 32176-3518 | 10725-01559 | 12/6/06 | $25,000.00 |
| Kathy John & Tina Eden JT WROS<br>57 Poinsetta Drive<br>Ormond Beach, Florida 32176-3518 | 10725-01560 | 12/6/06 | $50,000.00 |
| Block H&W/WR OF S, Jerome L. Charma<br>201 South 18th Street, Apt. 2119<br>Philadelphia, Pennsylvania 19103 | 10725-01561 | 12/7/06 | $50,000.00 |
| Olds, David M. & Sally W.<br>25 North Washington Street<br>Port Washington, New York 11050 | 10725-01564 | 12/7/06 | $59,724.03 |
| Williams, Richard J. Trust<br>c/o Richard J. Williams, Trustee<br>1282 Conestoga Drive<br>Minden, Nevada 89423 | 10725-01565 | 12/7/06 | $12,500.00 |
| Juno, Sharon<br>27139 Stratford Glen Drive<br>Daphne, Alabama 36526 | 10725-01566 | 12/7/06 | $17,500.00 |
| Matthew Molitch IRA<br>2251 North Rampart Boulevard, #185<br>Las Vegas, Nevada 89128 | 10725-01567 | 12/7/06 | $13,500.00 |
| Molitch, Marilyn & Matthew<br>2251 North Rampart Boulevard, #185<br>Las Vegas, Nevada 89128 | 10725-01570 | 12/7/06 | $12,500.00 |
| Olson, Dean<br>6760 Chesterfield Lane<br>Reno, Nevada 89523 | 10725-01578 | 12/1/06 | $100,000.00 |
| Cielen, James<br>9775 South Maryland Parkway, #F102<br>Las Vegas, Nevada 89123 | 10725-01579 | 12/8/06 | $43,750.00 |

**EXHIBIT A**