USACM Liquidating Trust
**TENTH OMNIBUS OBJECTION TO CLAIMS**
**OMNIBUS OBJECTION OF THE USACM**
**LIQUIDATING TRUST TO PROOFS OF CLAIM**
**FOR LACK OF DOCUMENTATION**
**BK-S-06-10725-LBR**

| Creditor Name | Claim No. | Date Filed. | Amount |
|---|---|---|---|
| Cangelosi, John R. & Margaret M.<br>614 Hillside Crossing<br>Pompton Plains, New Jersey 07444 | 10725-01866 | 1/10/07 | $141,979.15 |
| Cangelosi, Trustee, Margaret M.<br>614 Hillside Crossing<br>Pompton Plains, New Jersey 07444 | 10725-01930 | 1/11/07 | $111,767.12 |
| Horgan, Patrick J.<br>c/o Christopher D. Jaime, Esq.<br>Maupin, Cox & Legoy<br>4785 Caughlin Parkway<br>Reno, Nevada 89519 | 10725-02019 | 1/13/07 | $50,000.00 |
| Murphy Family Trust<br>c/o Christopher D. Jaime, Esq.<br>Maupin, Cox & Legoy<br>4785 Caughlin Parkway<br>Reno, Nevada 89519 | 10725-02022 | 1/13/07 | $250,000.00 |
| Deutscher, Dwayne H. & Michelle T.<br>5430 Fenton Way<br>Granite Bay, California 95746 | 10725-02029 | 1/11/07 | $213,069.77 |
| O`Riordan, John E. & Sonhild A.<br>2745 Hartwick Pines Drive<br>Henderson, Nevada 89052-7002 | 10725-02039 | 1/10/07 | Amount Not Stated |
| Carol A. Eller IRA<br>P.O. Box 1614<br>Mammoth Lakes, California 93546 | 10725-02078 | 1/11/07 | $17,170.00 |
| Jonathan M. Eller IRA<br>P.O. Box 1614<br>Mammoth Lakes, California 93546 | 10725-02079 | 1/11/07 | $50,000.00 |
| Eller, Jonathan M. & Carol A.<br>P.O. Box 1614<br>Mammoth Lakes, California 93546 | 10725-02080 | 1/11/07 | $121,720.00 |
| Jonathan M. Eller, Inc.<br>P.O. Box 1614<br>Mammoth Lakes, California 93546 | 10725-02081 | 1/11/07 | $111,576.00 |

**EXHIBIT A**