| USACM Liquidating Trust  ELEVENTH OMNIBUS OBJECTION TO CLAIMS  OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO PROOFS OF CLAIM FOR LACK OF DOCUMENTATION  BK-S-06-10725-LBR ||||
|---|---|---|---|
| **Creditor Name** | **Claim No.** | **Date Filed.** | **Amount** |
| Charles B. Dunn IV Trust DTD 8/12/05  17042 Norlene Way  Grass Valley, California 95949-7161 | 10725-02112 | 1/11/07 | Amount Not Stated |
| Allison, Karen R.  2656 Seashore Drive  Las Vegas, Nevada 89128 | 10725-02171 | 1/12/07 | $91,393.00 |
| Donald & Beverly W. Swezey 2001 Trust 2/20/01  c/o Donald and Beverly W. Swezey  3666 Cherokee Drive  Carson City, Nevada 89705-6813 | 10725-02295 | 1/12/07 | $50,000.00 |
| Goodwin, Michael John  555 Yellow Pine Road  Reno, Nevada 89511-3714 | 10725-02340 | 1/16/07 | Amount Not Stated |
| Goodwin, Michael John  555 Yellow Pine Road  Reno, Nevada 89511-3714 | 10725-02341 | 1/16/07 | Amount Not Stated |
| Cangelosi, Trustee, Margaret M.  614 Hillside Crossing  Pompton Plains, New Jersey 07444 | 10725-02381 | 1/16/07 | $111,767.12 |
| Banos, William  7431 Dorie Drive  West Hills, California 91307 | 10725-02392 | 1/16/07 | $400,000.00 |
| Banos, Mirtha  7431 Dorie Drive  West Hills, California 91307 | 10725-02399 | 1/16/07 | $250,000.00 |
| Banos, Kami & Willie  7431 Dorie Drive  West Hills, California 91307 | 10725-02400 | 1/16/07 | $100,000.00 |

**EXHIBIT A**

| USACM Liquidating Trust<br>**ELEVENTH OMNIBUS OBJECTION TO CLAIMS**<br>**OMNIBUS OBJECTION OF THE USACM**<br>**LIQUIDATING TRUST TO PROOFS OF CLAIM**<br>**FOR LACK OF DOCUMENTATION**<br>**BK-S-06-10725-LBR** ||||
|---|---|---|---|
| **Creditor Name** | **Claim No.** | **Date Filed.** | **Amount** |
| Goodwin, Michael John<br>555 Yellow Pine Road<br>Reno, Nevada 89511-3714 | 10725-02419 | 1/16/07 | Amount Not Stated |

**EXHIBIT A**