| USACM Liquidating Trust<br>**ELEVENTH OMNIBUS OBJECTION TO CLAIMS<br>OMNIBUS OBJECTION OF THE USACM<br>LIQUIDATING TRUST TO PROOFS OF CLAIM<br>FOR LACK OF DOCUMENTATION**<br>BK-S-06-10725-LBR ||||
|---|---|---|---|
| **Creditor Name** | **Claim No.** | **Date Filed.** | **Amount** |
| Charles B. Dunn IV Trust DTD 8/12/05<br>17042 Norlene Way<br>Grass Valley, California 95949-7161 | 10725-02112 | 1/11/07 | Amount Not Stated |
| Allison, Karen R.<br>2656 Seashore Drive<br>Las Vegas, Nevada 89128 | 10725-02171 | 1/12/07 | $91,393.00 |
| Donald & Beverly W. Swezey 2001 Trust 2/20/01<br>c/o Donald and Beverly W. Swezey<br>3666 Cherokee Drive<br>Carson City, Nevada 89705-6813 | 10725-02295 | 1/12/07 | $50,000.00 |
| Goodwin, Michael John<br>555 Yellow Pine Road<br>Reno, Nevada 89511-3714 | 10725-02340 | 1/16/07 | Amount Not Stated |
| Goodwin, Michael John<br>555 Yellow Pine Road<br>Reno, Nevada 89511-3714 | 10725-02341 | 1/16/07 | Amount Not Stated |
| Cangelosi, Trustee, Margaret M.<br>614 Hillside Crossing<br>Pompton Plains, New Jersey 07444 | 10725-02381 | 1/16/07 | $111,767.12 |
| Banos, William<br>7431 Dorie Drive<br>West Hills, California 91307 | 10725-02392 | 1/16/07 | $400,000.00 |
| Banos, Mirtha<br>7431 Dorie Drive<br>West Hills, California 91307 | 10725-02399 | 1/16/07 | $250,000.00 |
| Banos, Kami & Willie<br>7431 Dorie Drive<br>West Hills, California 91307 | 10725-02400 | 1/16/07 | $100,000.00 |

**EXHIBIT A**

| USACM Liquidating Trust<br>**ELEVENTH OMNIBUS OBJECTION TO CLAIMS**<br>**OMNIBUS OBJECTION OF THE USACM**<br>**LIQUIDATING TRUST TO PROOFS OF CLAIM**<br>**FOR LACK OF DOCUMENTATION**<br>**BK-S-06-10725-LBR** | | | |
|---|---|---|---|
| **Creditor Name** | **Claim No.** | **Date Filed.** | **Amount** |
| Goodwin, Michael John<br>555 Yellow Pine Road<br>Reno, Nevada 89511-3714 | 10725-02419 | 1/16/07 | Amount Not Stated |

**EXHIBIT A**