USACM Liquidating Trust
**TWELFTH OMNIBUS OBJECTION TO CLAIMS OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO PROOFS OF CLAIM FOR LACK OF DOCUMENTATION BK-S-06-10725-LBR**

| Creditor Name | Claim No. | Date Filed. | Amount |
|---|---|---|---|
| Capone, Peter W. & Deidre D.<br>P.O. Box 1470<br>Gardernville, Nevada 89410-1470 | 10725-02422 | 1/29/07 | Amount Not Stated |
| Dean Family Trust DTD 12/26/84<br>c/o Richmond Dean II & Jean Dean, Trustees<br>8730 Petite Creek Drive<br>Orangeville, California 95662-2148 | 10725-02499 | 6/4/07 | Amount Not Stated |
| David M. & Marcy P. Edwards Family Trust<br>c/o David M. & Marcy P. Edwards, Trustees<br>9528 Yucca Blossom Drive<br>Las Vegas, Nevada 89134 | 10725-02531 | 6/7/07 | $50,000.00 |
| Kreykes, Ronald & Linda<br>4928 Wind Hill Court W<br>Fort Worth, Texas 76179-6410 | 10725-02554 | 6/18/07 | Amount Not Stated |

**EXHIBIT A**