# EXHIBIT A

USACM TRUST
PAID LOAN OBJECTION

OPAQUE MT. EDGE $7,350,000

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Opaque Mountain/Edge Loan |
|---|---|---|---|---|
| 10725-00354 | John T. Mrasz Ent Inc Defined Benefit Plan Dtd 5/86 | c/o John T. and Janet Mrasz TTEES 10015 Barling Street Shadow Hills, CA 91040-1512 | $66,136.58* | N/A |
| 10725-00655 | Edgar Wolf | 3868 Carlton Drive Atlanta, GA 30341 | $25,000.00* | N/A |
| 10725-00730 | Louise G. Sherk Md Employee Benefit Plan Trust | c/o Robert Di Bias and Louise Sherk TTEES 3830 Ocean Birch Drive Corona Del Mar, CA 92625-1244 | $33,546.65* | N/A |
| 10725-01270 | Wayne Dotson Co Peter Bogart CEO | 3 Hidden Lake Court Bluffton, SC 29910 | $56,000.00* | N/A |
| 10725-02231 | Jocelyn Helzer and Eddie Mayo JTWRDS | 115 South Deer Run Road Carson City, NV 89701 | $16,771.13* | N/A |
| 10725-01036 | Sierra West Inc. | P.O. Box 8346 Incline Village, NV 89452-8346 | $425,583.32 | 33,068.29 |
| 10725-01208 | Pete Monighetti | 6515 Frankie Lane Prunedale, CA 93907 | $1,509,963.55 | 16,136.58 |
| 10725-01212 | Jay E Henman Retirement Plan | c/o Jay E Henman Trustee 1023 Ridgeview Ct Carson City, NV 89705-8054 | $747,243.00 | 50,000.00 |
| 10725-01715 | Kehl Development Corporation | Janet L Chubb Esq Jones Vargas P.O. Box 281 Reno NV 89504-0281 | $1,561,365.75 | 661,365.75 |
| 10725-01868 | Kefalas Trust Dtd 7/3/97 | c/o Kenneth and Debbie Kefalas TTEES 2742 Carina Way Henderson NV 89052-4055 | $510,000.00 | 110,000.00 |
| 10725-01996 | Stark Family Trust Dtd 4/2/84 | Rosalind L Stark TTEE 10905 Clarion Lane Las Vegas NV 89134 | $99,134.07 | 16,534.14 |
| 10725-02130 | Suzanne L Arbogast | 1005 W Buffington St Upland CA 91784 | $229,794.79 | 26,454.63 |
| 10725-02175 | Alan R and Judith B Simmons Hwjtwros | P.O. Box 13296 South Lake Tahoe CA 96151-3296 | $593,144.11 | 16,534.14 |
| 10725-02176 | R L Allgeier Family Trust Dtd 10/4/97 | Robert Allgeier 1767 Shamrock Cir Minden NV 89423 | $430,473.09 | 66,136.58 |
| 10726-00027 | Margarita Jung | 1405 Vegas Valley #317 Las Vegas, NV 89109 | $91,534.04 | 16,534.04 |

*The entire claim amount relates to an investment in the Opaque/Mountain Edge Loan

230124.1