# EXHIBIT A

159104.1

USACM TRUST
PAID LOAN OBJECTION

## OPAQUE MT. EDGE $7,350,000

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Opaque Mountain/Edge Loan |
|---|---|---|---|---|
| 10725-00354 | John T. Mrasz Ent Inc Defined Benefit Plan Dtd 5/86 | c/o John T. and Janet Mrasz TTEES 10015 Barling Street Shadow Hills, CA 91040-1512 | $66,136.58* | N/A |
| 10725-00655 | Edgar Wolf | 3868 Carlton Drive Atlanta, GA 30341 | $25,000.00* | N/A |
| 10725-00730 | Louise G. Sherk Md Employee Benefit Plan Trust | c/o Robert Di Bias and Louise Sherk TTEES 3830 Ocean Birch Drive Corona Del Mar, CA 92625-1244 | $33,546.65* | N/A |
| 10725-01270 | Wayne Dotson Co Peter Bogart CEO | 3 Hidden Lake Court Bluffton, SC 29910 | $56,000.00* | N/A |
| 10725-02231 | Jocelyn Helzer and Eddie Mayo JTWRDS | 115 South Deer Run Road Carson City, NV 89701 | $16,771.13* | N/A |

*The entire claim amount relates to an investment in the Opaque/Mountain Edge Loan

230165.1