LEWIS
AND
ROCA
—LLP—
L A W Y E R S

| | E-Filed on 11/20/07 |

1  3993 Howard Hughes Parkway, Suite 600
   Las Vegas, NV 89169-5996
   Facsimile (702) 949-8321
2  Telephone (702) 949-8320

3  Susan M. Freeman AZ State Bar No. 004199
   Email: sfreeman@lrlaw.com
   Rob Charles NV State Bar No. 006593
   Email: rcharles@lrlaw.com
4  John Hinderaker AZ State Bar No. 018024
   Email: jhinderaker@lrlaw.com

5  Attorneys for USACM Liquidating Trust

6              **UNITED STATES BANKRUPTCY COURT**

7                    **DISTRICT OF NEVADA**

8   In re:                                    Case No. BK-S-06-10725-LBR
                                              Case No. BK-S-06-10726-LBR
9   USA COMMERCIAL MORTGAGE               Case No. BK-S-06-10727-LBR
    COMPANY,                                  Case No. BK-S-06-10728-LBR
10                                            Case No. BK-S-06-10729-LBR
    USA CAPITAL REALTY ADVISORS,
11  LLC,                                      CHAPTER 11

12  USA CAPITAL DIVERSIFIED TRUST            Jointly Administered Under Case No.
    DEED FUND, LLC,                          BK-S-06-10725 LBR
13
    USA CAPITAL FIRST TRUST DEED            **NOTICE OF HEARING REGARDING**
14  FUND, LLC,                               **FIRST OMNIBUS OBJECTION OF**
                                              **USACM TRUST TO PROOFS OF**
15  USA SECURITIES, LLC,                      **CLAIM BASED UPON**
                                Debtors.      **INVESTMENT IN THE**
16                                            **OPAQUE/MT. EDGE $7,350,000**
        **Affects:**                          **LOAN**
17      ☐ All Debtors
        ☒ USA Commercial Mortgage Company    Date of Hearing:  December 20, 2007
18      ☐ USA Capital Realty Advisors, LLC    Time of Hearing:  9:30 a.m.
        ☐ USA Capital Diversified Trust Deed Fund, LLC
19      ☐ USA Capital First Trust Deed Fund, LLC
        ☐ USA Securities, LLC
20

21        **THE USACM LIQUIDATING TRUST IS OBJECTING TO THE CLAIM**

22  **THAT YOU FILED.  THE USACM TRUST SEEKS TO DISALLOW YOUR**

23  **CLAIM TO THE EXTENT IT IS BASED UPON AN INVESTMENT IN THE**

24  **OPAQUE/MT. EDGE $7,350,000 LOAN BECAUSE THE USACM TRUST**

25  **CONTENDS THAT YOU HAVE BEEN PAID IN FULL FOR YOUR**

26  **INVESTMENT IN THAT LOAN.  THIS OBJECTION WILL NOT IMPACT**

229850.1

LEWIS
AND
ROCA
—LLP—
L A W Y E R S

**YOUR CLAIM TO THE EXTENT IT IS BASED UPON AN INVESTMENT IN A DIFFERENT LOAN.**

**PLEASE DO NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF YOUR CLAIM. QUESTIONS REGARDING THE AMOUNT OF A CLAIM OR THE FILING OF A CLAIM SHOULD BE DIRECTED TO THE UNDERSIGNED COUNSEL .**

**NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust, by and through its counsel, has filed its First Omnibus Objection to Proofs of Claim Based Upon Investment in the Opaque/Mt. Edge $7,350,000 Loan (the "Objection"). Your Proof of Claim number and other information regarding your claim is provided in **Exhibit A**, attached. The USACM Liquidating Trust has requested that this Court enter an order, pursuant to section 502 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), disallowing your Proof of Claim to the extent it is based upon an investment in the Opaque/Mt. Edge $7,350,000 Loan. The Objection will not impact your Claim to the extent it is based upon an investment in a different loan.

**NOTICE IS FURTHER GIVEN** that the hearing on the Objection will be held before the Honorable Linda B. Riegle, United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada, on December 20, 2007, at the hour of 9:30 a.m.

**NOTICE IS FURTHER GIVEN THAT THE HEARING SET ON DECEMBER 20, 2007, WILL BE HELD FOR THE PURPOSE OF STATUS CHECKS AND SCHEDULING EVIDENTIARY HEARINGS ONLY. NO ARGUMENTS WILL BE HEARD ON THAT DATE.**

**NOTICE IS FURTHER GIVEN** that any response to the Objection must be filed by December 14, 2007, pursuant to Local Rule 3007(b), which states:

2

229850.1

LEWIS
AND
ROCA
—LLP—
L A W Y E R S

1    If an objection to a claim is opposed, a written response must be filed and served on the objecting party at least 5 business days before the scheduled
2    hearing.  A response is deemed sufficient if it states that written documentation in support of the proof of claim has already been provided to
3    the objecting party and that the documentation will be provided at any evidentiary hearing or trial on the matter.

4

5    If you object to the relief requested, you *must* file a **WRITTEN** response to this

6    pleading with the Court.  You *must* also serve your written response on the person who

7    sent you this notice.

8    If you do not file a written response with the Court, or if you do not serve your

9    written response on the person who sent you this notice, then:

10    •   The Court may *refuse to allow you to speak* at the scheduled hearing; and

11    •   The Court may *rule against you* without formally calling the matter at the

12    hearing.

13    Dated: November 20, 2007
      LEWIS AND ROCA LLP

14

15

16    By  /s/  Rob Charles (#6593)
          Susan M. Freeman, AZ 4199 (*pro hac vice*)
          Rob Charles, NV 6593
17        John C. Hinderaker, AZ 18024 (*pro hac vice*)
      3993 Howard Hughes Parkway, Suite 600
18    Las Vegas, Nevada  89169
      Telephone:  (702) 949-8200
19    Facsimile:   (702) 949-8398
      E-mail:  rcharles@lrlaw.com
20    *Attorneys for the USACM Liquidating Trust*

21    Copy of the foregoing mailed by first class
      Postage prepaid U.S. Mail on
22    November 20, 2007 to:

23    Parties listed on Exhibit A attached.

24    s/  Renee L. Creswell
          Renee L. Creswell

25

26

3

229850.1