Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

E-FILED ON NOVEMBER 21, 2007

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **DECLARATION OF SUSAN M. SMITH IN SUPPORT OF USA SECURITIES, LLC'S MOTION TO CLOSE CASE AND REQUEST FOR FINAL DECREE**<br><br>**(Affects USA Securities, LLC)** |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☒ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Date:<br>Time: |

1

1  I, Susan M. Smith, hereby declare and state as follows:

2      1. On April 13, 2006 ("Petition Date"), USA Commercial Mortgage Company ("USACM"), USA Capital Realty Advisors, LLC ("USA Reality"), USA Capital Diversified Trust Deed Fund, LLC ("DTDF"), USA Capital First Trust Deed Fund, LLC ("FTDF" and together with DTDF, the "Funds"), and USA Securities, LLC ("USA Securities") (collectively, the "Debtors") filed petitions seeking relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Nevada (the "Chapter 11 Cases"). By order entered on June 9, 2006, the Court approved the joint administration of the Chapter 11 Cases.

    2. Effective as of the Petition Date, Mesirow Financial Interim Management, LLC ("Mesirow") has been employed as crisis managers for the Debtors, and Thomas J. Allison of Mesirow has served as the Debtors' Chief Restructuring Officer. I am employed by Mesirow as a Senior Vice President, and I have worked extensively for the Debtors and have overseen substantial aspects of these cases under Mr. Allison's direction.

    3. This Declaration is based on my personal knowledge or, if so stated, upon information and belief. Thus, all matters set forth in this Declaration are based on (a) my personal knowledge, (b) my review of relevant documents and records, (c) my view, based upon my experience and knowledge of the Debtors' business and financial condition, and/or (d) as to matters involving United States bankruptcy law or rules, my reliance on advice of bankruptcy counsel to the Debtors. If I were called upon to testify, I could and would testify competently to the facts set forth herein.

    4. On November 21, 2007, USA Securities filed its Final Report of Action Taken and Progress Towards Consummation of Confirmed Plan of Reorganization ("Final Report") pursuant to Article VIII, Section U of the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization (the "Plan"), and Paragraph 75 of the Court's "Order Confirming the Debtors' 'Third Amended Joint Chapter 11 Plan of Reorganization,' as Modified Herein" (Docket No. 2376) (the "Confirmation Order"). Unless otherwise stated, all capitalized words and terms used herein are defined in the confirmed Plan. The Final Report and this Declaration are submitted in support of

USA Securities Motion to Close Case and Request for Final Decree ("Motion to Close") filed contemporaneously herewith.

5. As set forth below, as of this date, the USA Securities Estate has been fully administered.

**I.  Transfer of Assets and Distributions Made to Date**

6. All assets in the USA Securities estate have been distributed in accordance with the Plan, or will be distributed within ten days after entry of an Order granting the Motion to Close.

**II.  Resolution of Proofs of Claim Filed Against USA Securities**

7. As of the Effective Date, 45 proofs of claim had been filed against USA Securities.

8. All proofs of claim filed against USA Securities have been withdrawn or disallowed except (A) claim number 22 filed by Michael Mollo ("Mollo Claim") which, pursuant to a stipulation entered into with USA Securities and approved by Order dated May 25, 2007 (Docket No. 3768), has been allowed as a $50 priority claim, and (B) claim number 42 filed by the Nevada Department of Taxation in the amount of $1,831.29, $1,692.96 of which is a priority claim, and to which no objection was filed ("Nevada Tax Claim").

9. The Mollo claim will be paid in the amount of $50 and USA Securities will pay the priority portion of the Nevada Tax Claim.

10. Thus, all proofs of claim filed against USA Securities have now been resolved.

**III.  Resolution of Scheduled Claims**

11. USA Securities is not required to make distributions on account of any of the claims originally listed on its Schedules.

12. On June 15, 2006, USA Securities filed its Schedules listing two priority claims and five unsecured, non-priority claims (Docket No. 675).

13. The two priority claims were in favor of the Nevada Department of Taxation, which thereafter filed the Nevada Tax Claim superseding its scheduled claims.

14. The remaining five unsecured, non-priority claims were all listed on the Schedules as contingent and unliquidated. As such, they are not deemed to be allowed claims. None of these

five claimants filed a proof of claim so USA Securities has no liability on account of these five scheduled claims either.

### IV. Resolution of Litigation

15. All motions, contested matters, and/or adversary proceedings involving USA Securities have been resolved.

16. On or prior to January 18, 2007, the following three appeals from the Confirmation Order were filed, which were ultimately assigned to the United States District Court for the District of Nevada (the "District Court"): (a) an appeal by USA Investment Partners, LLC, designated as District Court No. 07-00138 (the "IP Appeal"); (b) an appeal by Debt Acquisition Company of America V, LLC, designated as District Court No. 07-00160 (the "DACA Appeal"); and (c) an appeal by the so-called "Lenders Protection Group" and the Jones Vargas Direct Lenders, designated as District Court No. 07-00072 (the "LPG Appeal") (collectively, the "Appeals").

    a. Pursuant to USA Securities' motion to dismiss, the District Court has entered an Order dismissing the IP Appeal with prejudice, and that Order is now final. *See* IP Appeal, Docket No. 28.

    b. Pursuant to a stipulation that was approved by an Order entered by the District Court on July 12, 2007, USA Securities has been dismissed from the DACA Appeal. *See* DACA Appeal, Docket No. 77.

    c. Pursuant to a stipulation that was approved by an Order entered by the District Court on July 11, 2007, USA Securities has been dismissed from the LPG Appeal. *See* LPG Appeal, Docket No. 98.[1]

17. On July 7, 2007, Compass filed a "conditional" complaint against, in relevant part, USA Securities and the other Debtors, designated as Adversary Proceeding No. 07-01105 (the "Compass Proceeding"), seeking to revoke the Confirmation Order. On October 26, 2007,

---

[1] After the dismissal of USA Securities from the DACA Appeal and LPG Appeal, the District Court issued its joint opinion affirming the Confirmation Order.

Compass filed a Notice of Dismissal voluntarily dismissing USA Securities from the Compass Proceeding. *See* Compass Proceeding, Docket No. 16.

### V. Dissolution of USA Securities

18. On November 20, 2007, USA Securities was formally dissolved as an entity under the laws of the State of Nevada

Dated this 21st day of November, 2007

_____
Susan M. Smith

956081

5