**LEWIS AND ROCA LLP**
**LAWYERS**

E-Filed on 11/21/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 18024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                          Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>■ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**AMENDED CERTIFICATE OF SERVICE** |

1. I, Rebecca Gourrinat, an employee of Lewis and Roca LLP, attorneys for the USACM Liquidating Trust, served the following documents:

   A) Omnibus Objections One through Twelve of the USACM Liquidating Trust to Proofs of Claim for Lack of Documentation with Certificate of Service, docket entry numbers: 5357, 5359, 5361, 5363, 5365, 5367, 5369, 5371, 5373, 5375, 5377, 5379; and

   B) Notice of Hearing Regarding Omnibus Objections One through Twelve of the USACM Liquidating Trust to Proofs of Claim for Lack of Documentation with Certificate of Service, docket entry numbers: 5358, 5360, 5362, 5364, 5366, 5368, 5370, 5372, 5374, 5376, 5378, 5380.

LEWIS AND ROCA LLP
LAWYERS

2. I served the foregoing by the following means to the claimants listed on Omnibus Objections One through Twelve as listed below:

    A) First class postage-prepaid U.S. Mail on November 20, 2007 to the parties listed below.

I declare under penalty of perjury that the foregoing is true and correct.

Burrus, Timothy F & JoAnn Ortiz-Burrus
Del Hardy, Esq.
Hardy Law Group
96 & 98 Winter Street
Reno, Nevada 89503

3880 West Hidden Valley Drive
Reno, Nevada 89502

Graham, William L. and Wilta L.
3124 Queens Gate Lane
Modesto, California 95355

Belacio, Raymond W. and Rosa
1533 Shady Rest Drive
Henderson, Nevada 89013

Susan F Stein Trust
c/o Peter Susi, Esq.
Michaelson, Susi & Michaelson
7 West Figueroa Street, 2nd Floor
Santa Barbara, California 93101

Susan F Stein Trust
c/o Peter Susi, Esq.
Michaelson, Susi & Michaelson
7 West Figueroa Street, 2nd Floor
Santa Barbara, California 93101

Susan Gackenbach IRA
c/o Peter Susi, Esq.
Michaelson, Susi & Michaelson
7 West Figueroa Street, 2nd Floor
Santa Barbara, California 93101

1882491.1

LEWIS AND ROCA LLP
L A W Y E R S

| | |
|---|---|
| 1 | Susan Gackenbach IRA |
| | c/o Peter Susi, Esq. |
| 2 | Michaelson, Susi & Michaelson |
| | 7 West Figueroa Street, 2nd Floor |
| 3 | Santa Barbara, California 93101 |
| | |
| 4 | Jay S. Stein IRA |
| | c/o Peter Susi, Esq. |
| 5 | Michaelson, Susi & Michaelson |
| | 7 West Figueroa Street, 2nd Floor |
| 6 | Santa Barbara, California 93101 |
| | |
| 7 | Jay S Stein Trust 12/12/00 |
| | c/o Peter Susi, Esq. |
| 8 | Michaelson, Susi & Michaelson |
| | 7 West Figueroa Street, 2nd Floor |
| 9 | Santa Barbara, California 93101 |
| | |
| 10 | Jay S Stein Charitable Remainder Unitrust 7/15/02 |
| | c/o Peter Susi, Esq. |
| 11 | Michaelson, Susi & Michaelson |
| | 7 West Figueroa Street, 2nd Floor |
| 12 | Santa Barbara, California 93101 |
| | |
| 13 | Tuttle, Dale L |
| | 6252 Chinook Way |
| 14 | Las Vegas, Nevada 89108-1733 |
| | |
| 15 | Wagner, Scott E. |
| | P.O. Box 523 |
| 16 | Cumberland, Wisconsin 54829-0523 |
| | |
| 17 | Mary Coleman IRA |
| | 108 Low Street |
| 18 | Newburyport, Maryland 01950-3517 |
| | |
| 19 | Mary Coleman IRA |
| | 108 Low Street |
| 20 | Newburyport, Maryland 01950-3517 |
| | |
| 21 | Coleman, Mary |
| | 108 Low Street |
| 22 | Newburyport, Maryland 01950-3517 |
| | |
| 23 | Coleman, Mary |
| | First Savings Bank Custodian for Mary Coleman |
| 24 | 108 Low Street |
| | Newburyport, Maryland 01950-3517 |
| 25 | |
| 26 | |

1882491.1

LEWIS AND ROCA LLP
LAWYERS

| | |
|---|---|
| 1 | Frey, Lloyd |
| | 2605 East Flamingo Road |
| 2 | Las Vegas, Nevada 89121 |
| 3 | Rosenthal, Arnold |
| | 6059 Woodman Avenue |
| 4 | Van Nuys, California  91401 |
| 5 | Milton Leroy Owens MD Inc, Defined Benefit Plan and Trust |
| 6 | 1094 West 7th Street |
| | San Pedro, California 90731-2928 |
| 7 | |
| | Owens, Milton |
| 8 | 1094 West 7th Street |
| | San Pedro, California 90731-2928 |
| 9 | |
| | McMahon, Gary |
| 10 | 26005 East Flamingo Road |
| | Las Vegas, Nevada 89121 |
| 11 | |
| | Kiel, Ronald |
| 12 | 700 Marker Lane |
| | Lovelock, Nevada 89419 |
| 13 | |
| | Kiel, Ronald |
| 14 | 700 Marker Lane |
| | Lovelock, Nevada 89419 |
| 15 | |
| | Milton Kaplan PSP DTD 10/1/77 |
| 16 | c/o Milton P. Kaplan MD, Trustee |
| | 18370 Burbank Boulevard, Suite 501 |
| 17 | Tarzana, California 91356-2836 |
| 18 | Handlin Family Trust DTD 4/16/04 |
| | c/o Shirley M. Handlin, Trustee |
| 19 | 8855 Leroy Street |
| | Reno, Nevada 89523-9777 |
| 20 | |
| | da Costa, Laurence A. & Sylvia J. |
| 21 | 1172 Del Mesa Court |
| | Minden, Nevada 89423-7816 |
| 22 | |
| | Kreykes, Ronald & Linda |
| 23 | 4928 Wind Hill Court W |
| | Fort Worth, Texas 76179-6410 |
| 24 | |
| | John D. Mulkey 1998 Irrevocable Trust |
| 25 | c/o David Mulkey, Trustee |
| | 2860 Augusta Drive |
| 26 | Las Vegas, Nevada 89109-1549 |

1882491.1

LEWIS AND ROCA LLP
LAWYERS

| | |
|---|---|
| 1 | Scholem, Frederick |
| | 9917 Whalens Landing Court |
| 2 | Las Vegas, Nevada 89117 |
| 3 | McAllister, Marlin |
| | 2670 Marvin Trail |
| 4 | Redding, California 96001 |
| 5 | Margaret B. McGimsey Trust |
| | c/o William L. McGimsey, Esq. |
| 6 | 516 S. Sixth Street, Suite 300 |
| | Las Vegas, Nevada 89101 |
| 7 | |
| | McGimsey, Sharon or Jerry |
| 8 | c/o William L. McGimsey, Esq. |
| | 516 S. Sixth Street, Suite 300 |
| 9 | Las Vegas, Nevada 89101 |
| 10 | Clark, Johnny |
| | c/o William L. McGimsey, Esq. |
| 11 | 516 S. Sixth Street, Suite 300 |
| | Las Vegas, Nevada 89101 |
| 12 | |
| | McGimsey, Bruce |
| 13 | c/o William L. McGimsey, Esq. |
| | 516 S. Sixth Street, Suite 300 |
| 14 | Las Vegas, Nevada 89101 |
| 15 | Beverly Stiles Revocable Trust DTD 8/10/05 |
| | c/o Joe Laxague, Esq. |
| 16 | Cane Clark, LLP |
| | 3272 East Warn Springs |
| 17 | Las Vegas, Nevada 89120 |
| 18 | Drubin, Daniel & Laura |
| | c/o Joe Laxague, Esq. |
| 19 | Cane Clark, LLP |
| | 3272 East Warn Springs |
| 20 | Las Vegas, Nevada 89120 |
| 21 | Downey Brand LLP |
| | c/o Sallie Armstrong |
| 22 | 427 West Plumb Lane |
| | Reno, Nevada 89509 |
| 23 | |
| | Thrower, Debbie |
| 24 | c/o Stephen R. Harris, Esq. |
| | Belding, Harris & Petroni, Ltd. |
| 25 | 417 West Plumb Lane |
| | Reno, Nevada 89509 |
| 26 | |

1882491.1

LEWIS AND ROCA LLP
LAWYERS

| | |
|---|---|
| 1 | Pirani, Ali |
| | 13174 North 100th Place |
| 2 | Scottsdale, Arizona 85260-7203 |
| 3 | Pirani, Ali & Anisha |
| | 13174 North 100th Place |
| 4 | Scottsdale, Arizona 85260-7203 |
| 5 | Cynthia D. Burdige Trust U/A DTD 4/13/00 |
| | 100 NW 82nd Avenue |
| 6 | Suite 305 |
| | Plantation, Florida 33324-1835 |
| 7 | |
| | Cynthia D. Burdige Trust U/A DTD 4/13/00 |
| 8 | 100 NW 82nd Avenue |
| | Suite 305 |
| 9 | Plantation, Florida 33324-1835 |
| 10 | Masnack, Brenda |
| | 9553 East Lynwood Drive |
| 11 | Mesa, Arizona 85207 |
| 12 | Hulse Family Trust |
| | c/o Rodney and Catheryn Hulse, Trustees |
| 13 | 355 East 1100 S |
| | Mapleton, Utah 84664-5012 |
| 14 | |
| | Walter F. Henningsen Revocable Trust DTD 2/18/03 |
| 15 | c/o Walter F. Henningsen, Trustee |
| | 5470 SW Spruce Avenue |
| 16 | Beaverton, Oregon 97005-3561 |
| 17 | LeBlanc, Jean Jacques IRA |
| | P.O. Box 6434 |
| 18 | Incline Village, Nevada 89450-6434 |
| 19 | Edwards, David & Marcy |
| | 9528 Yucca Blossom Drive |
| 20 | Las Vegas, Nevada 89134 |
| 21 | Goldstein, Barry J. & Patricia B. |
| | c/o Jeffrey S. Berlowitz, Esq. |
| 22 | 4000 Hollywood Boulevard, Suite 375-S |
| | Hollywood, Florida 33021 |
| 23 | |
| | Hoffman, Warren |
| 24 | 5764 Flintcrest Drive |
| | Burlington, Virginia 52601 |
| 25 | |
| 26 | |

1882491.1

LEWIS
AND
ROCA
LLP
LAWYERS

1  Goldstein, Barry J. & Patricia B.
   c/o Jeffrey S. Berlowitz, Esq.
2  4000 Hollywood Boulevard, Suite 375-S
   Hollywood, Florida 33021
3
   Capital Mortgage Investors, Inc.
4  c/o Jeffrey S. Berlowitz, Esq.
   4000 Hollywood Boulevard, Suite 375-S
5  Hollywood, Florida 33021

6  McKennon, John E. & Sharon M.
   1017 Long Point Road
7  Grasonville, Maryland 21638-1074

8  Clark, Johnny
   c/o William L. McGimsey, Esq.
9  516 S. Sixth Street, Suite 300
   Las Vegas, Nevada 89101
10
   McGimsey, Sharon or Jerry
11 c/o William L. McGimsey, Esq.
   516 S. Sixth Street, Suite 300
12 Las Vegas, Nevada 89101

13 McGimsey, Bruce
   c/o William L. McGimsey, Esq.
14 516 S. Sixth Street, Suite 300
   Las Vegas, Nevada 89101
15
   Margaret B. McGimsey Trust
16 c/o William L. McGimsey, Esq.
   516 S. Sixth Street, Suite 300
17 Las Vegas, Nevada 89101

18 Alexander, Stanley & Florence
   c/o Robert LePomme
19 10120 South Eastern Avenue, #200
   Henderson, Nevada 89052
20
   Bosworth 1988 Trust
21 c/o Robert LePomme
   10120 South Eastern Avenue, #200
22 Henderson, Nevada 89052

23 Prakelt, Hans J.
   1299 Kingsbury Grade
24 Gardnerville, Nevada 89460

25

26

1882491.1

LEWIS AND ROCA LLP
LAWYERS

Bartkowski Family Trust
c/o Clark & Jean Bartkowski
P.O. Box 1180
Darby, Montana 59829

Di Jorio, Richard
856 Nonie Street
Santa Rosa, California 95403

Ayers, C. Donald
P.O. Box 605
Islamorada, Florida 33036-0605

Lily Markham & Irene Anne Markham-Tafoya JT WROS
7746 Foredawn Drive
Las Vegas, Nevada 89123

Huff, Charles E. & Vana J.
3426 Pino Circle
Las Vegas, Nevada 89121-4027

Jayem Family LP
7 Paradise Valley Court
Henderson, Nevada 89052

Talan, Carole
1299 Kingsbury Grade
Gardnerville, Nevada 89460

Kathy John & Tina Eden JT WROS
57 Poinsetta Drive
Ormond Beach, Florida 32176-3518

Kathy John & Tina Eden JT WROS
57 Poinsetta Drive
Ormond Beach, Florida 32176-3518

Kathy John & Tina Eden JT WROS
57 Poinsetta Drive
Ormond Beach, Florida 32176-3518

Kathy John & Tina Eden JT WROS
57 Poinsetta Drive
Ormond Beach, Florida 32176-3518

Kathy John & Tina Eden JT WROS
57 Poinsetta Drive
Ormond Beach, Florida 32176-3518

1882491.1

LEWIS AND ROCA LLP LAWYERS

Block H&W/WR OF S, Jerome L. Charma
201 South 18th Street, Apt. 2119
Philadelphia, Pennsylvania 19103

Olds, David M. & Sally W.
25 North Washington Street
Port Washington, New York 11050

Williams, Richard J. Trust
c/o Richard J. Williams, Trustee
1282 Conestoga Drive
Minden, Nevada 89423

Juno, Sharon
27139 Stratford Glen Drive
Daphne, Alabama 36526

Matthew Molitch IRA
2251 North Rampart Boulevard, #185
Las Vegas, Nevada 89128

Molitch, Marilyn & Matthew
2251 North Rampart Boulevard, #185
Las Vegas, Nevada 89128

Olson, Dean
6760 Chesterfield Lane
Reno, Nevada 89523

Cielen, James
9775 South Maryland Parkway, #F102
Las Vegas, Nevada 89123

Cielen, James
9775 South Maryland Parkway, #F102
Las Vegas, Nevada 89123

Auffert, Eugene A. & Maria T.
534 Lambeth Court
Henderson, Nevada 89014-3863

McConnell Family Trust DTD 12/3/81
970 Fair Way Drive
Incline Village, Nevada 89451

Peter E. Sprock 2001 Trust
c/o Peter E. Sprock, Trustee
P.O. Box 4517
Stateline, Nevada 89449-4517

1882491.1

LEWIS AND ROCA LLP
LAWYERS

| | |
|---|---|
| 1 | Burt Family Trust #1 & 2 |
| | c/o Donald E. Burt and Connie L. Cejmer, Trustees |
| 2 | P.O. Box 2018 |
| | Quartzite, Arizona 85345 |
| 3 | |
| | Kolbert, Carl |
| 4 | 11200 Bonshire Drive |
| | Reno, Nevada 89511 |
| 5 | |
| | Gordon, Marx |
| 6 | 2620 Western Avenue |
| | Las Vegas, Nevada 89109-1112 |
| 7 | |
| | Lim, Jay |
| 8 | 208 Clarence Way |
| | Fremont, California 94539 |
| 9 | |
| | Verusio Solutions LLC |
| 10 | c/o Lim, Jay |
| | 208 Clarence Way |
| 11 | Fremont, California 94539 |
| 12 | Asselin, Robert |
| | 10305 Big Horn Drive |
| 13 | Reno, Nevada 89506 |
| 14 | Cangelosi, John R. & Margaret M. |
| | 614 Hillside Crossing |
| 15 | Pompton Plains, New Jersey 07444 |
| 16 | Cangelosi, Trustee, Margaret M. |
| | 614 Hillside Crossing |
| 17 | Pompton Plains, New Jersey 07444 |
| 18 | Horgan, Patrick J. |
| | c/o Christopher D. Jaime, Esq. |
| 19 | Maupin, Cox & Legoy |
| | 4785 Caughlin Parkway |
| 20 | Reno, Nevada 89519 |
| 21 | Murphy Family Trust |
| | c/o Christopher D. Jaime, Esq. |
| 22 | Maupin, Cox & Legoy |
| | 4785 Caughlin Parkway |
| 23 | Reno, Nevada 89519 |
| 24 | Deutscher, Dwayne H. & Michelle T. |
| | 5430 Fenton Way |
| 25 | Granite Bay, California 95746 |
| 26 | |

1882491.1

LEWIS
AND
ROCA
LLP
LAWYERS

1  O`Riordan, John E. & Sonhild A.
   2745 Hartwick Pines Drive
2  Henderson, Nevada 89052-7002

3  Carol A. Eller IRA
   P.O. Box 1614
4  Mammoth Lakes, California 93546

5  Jonathan M. Eller IRA
   P.O. Box 1614
6  Mammoth Lakes, California 93546

7  Eller, Jonathan M. & Carol A.
   P.O. Box 1614
8  Mammoth Lakes, California 93546

9  Jonathan M. Eller, Inc.
   P.O. Box 1614
10 Mammoth Lakes, California 93546

11 Charles B. Dunn IV Trust DTD 8/12/05
   17042 Norlene Way
12 Grass Valley, California 95949-7161

13 Allison, Karen R.
   2656 Seashore Drive
14 Las Vegas, Nevada 89128

15 Donald & Beverly W. Swezey 2001 Trust 2/20/01
   c/o Donald and Beverly W. Swezey
16 3666 Cherokee Drive
   Carson City, Nevada 89705-6813

17
   Goodwin, Michael John
18 555 Yellow Pine Road
   Reno, Nevada 89511-3714

19
   Goodwin, Michael John
20 555 Yellow Pine Road
   Reno, Nevada 89511-3714

21
   Cangelosi, Trustee, Margaret M.
22 614 Hillside Crossing
   Pompton Plains, New Jersey 07444

23
   Banos, William
24 7431 Dorie Drive
   West Hills, California 91307

25

26

1882491.1

LEWIS AND ROCA LLP
LAWYERS

| | |
|---|---|
| 1 | Banos, Mirtha |
| | 7431 Dorie Drive |
| 2 | West Hills, California 91307 |
| 3 | Banos, Kami & Willie |
| | 7431 Dorie Drive |
| 4 | West Hills, California 91307 |
| 5 | Goodwin, Michael John |
| | 555 Yellow Pine Road |
| 6 | Reno, Nevada 89511-3714 |
| 7 | Capone, Peter W. & Deidre D. |
| | P.O. Box 1470 |
| 8 | Gardernville, Nevada 89410-1470 |
| 9 | Dean Family Trust DTD 12/26/84 |
| | c/o Richmond Dean II & Jean Dean, Trustees |
| 10 | 8730 Petite Creek Drive |
| | Orangeville, California 95662-2148 |
| 11 | |
| | David M. & Marcy P. Edwards Family Trust |
| 12 | c/o David M. & Marcy P. Edwards, Trustees |
| | 9528 Yucca Blossom Drive |
| 13 | Las Vegas, Nevada 89134 |
| 14 | Kreykes, Ronald & Linda |
| | 4928 Wind Hill Court W |
| 15 | Fort Worth, Texas 76179-6410 |

DATED: November 21, 2007.

/s/ Rebecca Gourrinat
Rebecca Gourrinat

1882491.1