Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com

Attorneys for Debtors

E-FILED ON NOVEMBER 26, 2007

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                            Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br><br><br>**CERTIFICATE OF SERVICE**<br><br><br><br>Date:   December 20, 2007<br>Time:   9:30 a.m. |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                            Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                            Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                            Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                                                            Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☒ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | |

1. On November 21, 2007 I served the following document(s):

 a. USA Securities, LLC's Motion to Close Case and Request For Final Decree

 b. Notice of Hearing on USA Securities, LLC's Motion to Close Case and Request For Final Decree

 c. Declaration of Susan M. Smith In Support of USA SECURITIES, LLC's Motion To Close Case and Request For Final Decree

 d. USA Securities, LLC's Final Report of Action Taken and Progress Towards Consummation of Confirmed Plan of Reorganization

2. The foregoing document(s) were served by the following means to the persons as listed below:

☒ a. **By ECF System**:

MICHELLE L. ABRAMS mabrams@mabramslaw.com
FRANKLIN C. ADAMS franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com
NANCY L ALLF nallf@parsonsbehle.com, karen_lawrence@gshllp.com
NANCY L ALLF nancy_allf@gshllp.com, karen_lawrence@gshllp.com
FRANK A. ANDERSON anderson.frank@pbgc.gov, efile@pbgc.gov
PETER C. BERNHARD peter.bernhard@bullivant.com, michelle.diegel@bullivant.com
BMC GROUP, INC. evrato@bmcgroup.com,
GEORGANNE W. BRADLEY georganne.bradley@bullivant.com, mary.opatrny@bullivant.com
KELLY J. BRINKMAN kbrinkman@gooldpatterson.com
THOMAS R. BROOKSBANK tom@tombrooksbank.com, renee@tombrooksbank.com
ANDREW M. BRUMBY abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shuttslaw.com
LOUIS M. BUBALA lbubala@jonesvargas.com, tbw@jonesvargas.com;aanthony@jonesvargas.com
MATTHEW Q. CALLISTER mqc@callister-reynolds.com, maggie@callisterreynolds.com;jrammos@callister-reynolds.com
CANDACE C CARLYON ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;manthony@sheacarlyon.com
MICHAEL W. CARMEL michael@mcarmellaw.com, nancy@mcarmellaw.com;ritkin@steptoe.com
ROB CHARLES rcharles@lrlaw.com, cjordan@lrlaw.com
MICHAEL W. CHEN yvette@ccfirm.com
KEVIN B. CHRISTENSEN kbchrislaw@aol.com
JANET L. CHUBB tbw@jonesvargas.com
JANET L. CHUBB tbw@jonesvargas.com
DAVID A. COLVIN kjohnson@marquisaurbach.com, dcolvin@marquisaurbach.com;kgallegos@MarquisAurbach.com
WILLIAM D COPE cope_guerra@yahoo.com
LAUREL E. DAVIS ldavis@fclaw.com, mhurtado@fclaw.com
THOMAS W. DAVIS twd@h2law.com, emarchetti-harris@howardandhoward.com
DEBT ACQUISITION COMPANY OF AMERICA V, LLC (aw) awhatnall@daca4.com
J CRAIG DEMETRAS JCD@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetrasoneill.com

| # | |
|---|---|
| 1 | RICHARD I. DREITZER rdreitzer@yahoo.com |
| 2 | THOMAS H. FELL BANKRUPTCYNOTICES@GORDONSILVER.COM;bknotices@gordonsilver.com |
| 3 | SCOTT D. FLEMING sfleming@halelane.com, dbergsing@halelane.com |
| 4 | GREGORY E GARMAN bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com |
| 5 | DOUGLAS D. GERRARD DGERRARD@GERRARD-COX.COM, ekaymedellin@gerrard-cox.com |
| 6 | WADE B. GOCHNOUR wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com |
| 7 | CARLOS A. GONZALEZ carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov:Mary.Booker@usdoj.gov |
| 8 | GERALD M GORDON bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com |
| 9 | R. VAUGHN GOURLEY vgourley@lvcm.com |
| 10 | TALITHA B. GRAY bankruptcynotices@gordonsilver.com;bknotices@gordonsilver.com |
| 11 | JAMES D. GREENE bknotice@bhfs.com |
| 12 | MARK H. GUNDERSON kweaver@gundersonlaw.com |
| 13 | MARJORIE A. GUYMON bankruptcy@goldguylaw.com, ddias@goldguylaw.com;angelenal@goldguylaw.com |
| 14 | PETER W. GUYON pguyon@yahoo.com |
| 15 | JEFFREY R. HALL jhall@sheacarlyon.com, jusam@hutchlegal.com |
| 16 | XANNA R. HARDMAN xanna.hardman@gmail.com |
| 17 | STEPHEN R HARRIS noticesbh&p@renolaw.biz |
| 18 | JEFFREY L HARTMAN notices@bankruptcyreno.com, dle@bankruptcyreno.com |
| 19 | BRIGID M. HIGGINS bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com |
| 20 | RICHARD F. HOLLEY rholley@nevadafirm.com, paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com |
| 21 | RANDOLPH L. HOWARD rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com |
| 22 | DAVID W. HUSTON dwh@hustonlaw.net, swaits@hustonlaw.net |
| 23 | JASON A. IMES bkfilings@s-mlaw.com |
| 24 | ROBBIN L. ITKIN ritkin@steptoe.com, sgottlieb@steptoe.com;skopman@steptoe.com;keckert@steptoe.com;jgoldman@steptoe.com;kpiper@ste |
| 25 | CHRISTOPHER D JAIME cjaime@waltherkey.com, kbernhar@waltherkey.com |
| 26 | EVAN L. JAMES ejameslv@embarqmail.com, kbchrislaw@aol.com |
| 27 | ANNETTE W JARVIS ajarvis@rqn.com |
| 28 | ERIN E. JONES ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com |

TY E. KEHOE TyKehoeLaw@aol.com
ROBERT R. KINAS rkinas@swlaw.com, jmcbee@swlaw.com;jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring
DEAN T. KIRBY dkirby@kirbymac.com, jhebert@kirbymac.com;lackerman@kirbymac.com
ZACHARIAH LARSON ecf@lslawnv.com, susans@lslawnv.com
JOHN J. LAXAGUE jlaxague@caneclark.com
GEORGE C LAZAR glazar@foxjohns.com, gclazar@sbcglobal.net
NILE LEATHAM nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com
ROBERT C. LEPOME rlepome@cox.net, smstanton@cox.net
STEPHEN T LODEN sloden@diamondmccarthy.com
TYSON M. LOMAZOW tlomazow@milbank.com
ANNE M. LORADITCH ecffilings@LRLaw.com, aloraditch@LRLaw.com;pkois@LRLaw.com
ERIC D MADDEN emadden@diamondmccarthy.com, jsickels@diamondmccarthy.com
PATRICIA A. MARR lvlaw03@yahoo.com
JAMES C. MCCARROLL , dturetsky@reedsmith.com;aleonard@reedsmith.com
REGINA M. MCCONNELL rmcconnell@kssattorneys.com
WILLIAM L. MCGIMSEY lawoffices601@lvcoxmail.com
RICHARD MCKNIGHT mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com;eseverino@lawlasvegas.com

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| | |
|---|---|
| 1 | JEANETTE E. MCPHERSON bkfilings@s-mlaw.com;info@s-mlaw.com |
| 2 | JEANETTE E. MCPHERSON bkfilings@s-mlaw.com;info@s-mlaw.com |
| | BRECK E. MILDE bmilde@terra-law.com |
| 3 | SHAWN W MILLER bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;ltreadway@sheacarlyon.com;mleavitt@sheacarlyon.com;manthony@sheacarl |
| 4 | DAVID MINCIN mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com;eseverino@lawlasveg |
| 5 | JOHN F MURTHA jmurtha@woodburnandwedge.com |
| | ERVEN T. NELSON erv@rlbolick.com, susan@rlbolick.com;erin@rlbolick.com |
| 6 | JOHN F. O'REILLY jor@oreillylawgroup.com, tor@oreillylawgroup.com;bc@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com |
| 7 | TIMOTHY R. O'REILLY tor@oreillylawgroup.com, jor@oreillylawgroup.com;bc@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com |
| 8 | BOB L. OLSON ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com |
| 9 | DONNA M. OSBORN ksavage@marquisaurbach.com, dosborn@marquisaurbach.com;kgallegos@MarquisAurbach.com |
| | CHRISTINE M PAJAK cpajak@stutman.com, ekarasik@stutman.com |
| 10 | ANDREW M. PARLEN aparlen@stutman.com |
| | DONALD T. POLEDNAK sandplegal@yahoo.com, spbankruptcy@yahoo.com |
| 11 | PAUL C RAY info@johnpeterlee.com |
| 12 | THOMAS RICE trice@coxsmith.com, ggattis@coxsmith.com;jbrown@coxsmith.com;aseifert@coxsmith.com;dwilliamson@coxsmith.com |
| 13 | GORDON C. RICHARDS GCR@ClarkandRichards.com, ALM@ClarkandRichards.com |
| | CHRISTINE A ROBERTS bankruptcy@rocgd.com |
| 14 | STACY M. ROCHELEAU stacy@arlawgroup.com, wendy@arlawgroup.com |
| | SUSAN WILLIAMS SCANN sscann@deanerlaw.com, palexander@deanerlaw.com |
| 15 | LENARD E. SCHWARTZER bkfilings@s-mlaw.com |
| 16 | BRIAN D. SHAPIRO ecf@brianshapirolaw.com, tiffany@brianshapirolaw.com;brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com |
| 17 | JAMES PATRICK SHEA bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;jshea@sheacarlyon.com;manthony@sheacarlyon.com |
| 18 | SHLOMO S. SHERMAN ssherman@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;mleavitt@ |
| 19 | AMBRISH S. SIDHU ecfnotices@sidhulawfirm.com |
| | JEFFREY G. SLOANE gjklepel@yahoo.com, rmcconnell@kssattorneys.com |
| 20 | ALAN R SMITH mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com |
| 21 | ADAM M. STARR starra@gtlaw.com |
| | DAVID A. STEPHENS dstephens@lvcm.com |
| 22 | PETER SUSI cheryl@msmlaw.com, msm@msmlaw.com |
| 23 | ERIC W. SWANIS swanise@gtlaw.com, barberc@gtlaw.com;boodtb@gtlaw.com;dittrichr@gtlaw.com;driverv@gtlaw.com;chaoa@gtlaw.com;len |
| | JEFFREY R. SYLVESTER jeff@sylvesterpolednak.com |
| 24 | KAARAN E. THOMAS kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com |
| 25 | ROLLIN G. THORLEY rollin.g.thorley@irscounsel.treas.gov |
| | U.S. TRUSTEE - LV - 11 USTPRegion17.lv.ecf@usdoj.gov |
| 26 | ERIC VAN bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com |
| | GREGORY J. WALCH GWalch@Nevadafirm.com |
| 27 | RUSSELL S. WALKER rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com |
| 28 | WHITNEY B. WARNICK wbw@albrightstoddard.com, bstessel@albrightstoddard.com |
| | GREGORY L. WILDE bk@wildelaw.com |
| | RYAN J. WORKS rworks@mcdonaldcarano.com, |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

kbarrett@mcdonaldcarano.com;dsampson@mcdonaldcarano.com;aguenther@mcdonaldcarano.com;hven
MATTHEW C. ZIRZOW bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

☐    b.    **By United States mail, postage fully prepaid**:

☐    c.    **By Personal Service**
I personally delivered the document(s) to the persons at these addresses:
    ☐    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.
    ☐    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐    d.    **By direct email (as opposed to through the ECF System)**
Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐    e.    **By fax transmission**
Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐    f.    **By messenger**
I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:    November 21, 2007

LIA ALLEN                          /s/    LIA ALLEN
(Name of Declarant)             (Signature of Declarant)