Name of Attorney Bruce Jacobs
Bar # 194114
Address 2029 Century Park East, Suite 2400
Los Angeles, California 90067
Phone # 310.229.1000
e-mail address bjacobs@akingump.com

E-Filed 11/28/07

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \* \* \* \*

In re:

USA Commercial Mortgage Company, et al.,

                                    Debtor(s).

Bankruptcy No.: 06-10725-LBR
Chapter 11

DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO

The undersigned, attorney of record for Los Valles Land & Golf, LLC, the creditor herein, has submitted to the Court a "Verified Petition for Permission to Practice in this Case Only". Not being admitted to the bar of this Court, and not maintaining an office in the District of Nevada for the practice of law, (s)he believes it to be in the best interests of the client(s) to designate Scott Fleming attorney at law, member of the State Bar of Nevada and previously admitted to practice before the above-entitled Court, as associate local counsel in this action. The address of said designated Nevada Counsel is:

Hale Lane Peek Dennison and Howard; 3930 Howard Hughes Parkway, 4th Floor;
Las Vegas, Nevada 89169; 702.222.2500; sfleming@halelane.com

(Bar Code #, Street, City, State, Zip Code, Telephone Number and e-mail address)

By this designation the undersigned attorneys and party(ies) agree that all documents and other papers issued out of this Court in the above-entitled case may be served on the designated local counsel. Further, said local counsel shall be responsible for providing copies of the same to the co-counsel. Further, this designation constitutes agreement and authorization by the undersigned for the designated local counsel to sign stipulations binding on all of us. The time for performing any act under applicable Rule shall run from the date of service on the local counsel.

Scott Fleming    Attorney at Law

Counsel for Los Valles Land & Golf, L

## CONSENT OF DESIGNATED NEVADA COUNSEL

The undersigned hereby consents to serve as associate Nevada counsel in this case and agrees that (s)he is responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that (s)he is responsible to transmit copies of all documents and other papers so served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

/s/ Scott D. Fleming
Hale Lane Peek Dennison and Howard

Designated Nevada Counsel

## APPOINTMENT OF DESIGNATED NEVADA COUNSEL

The undersigned party(ies) appoint(s) <u>Hale Lane Peek Dennison and Howard</u> as his/her/their Designated Nevada Counsel is this case.

LOS VALLES LAND & GOLF, LLC

By _____
DAN S. PALMER, JR.

Deslocalcounsel.wpd  rev. 4/12/07