**LEWIS** AND
**ROCA** LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 11/30/07

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | **NOTICE OF ENTRY OF ORDER SUSTAINING THE USACM LIQUIDATING TRUST'S FOURTEENTH OMNIBUS OBJECTION AS IT RELATES TO CLAIM NOS. 10725-01831 AND 10725-01832 FILED BY JACK S. TIANO ACCOUNTANCY CORP. AS IMPROPERLY ASSERTING SECURED STATUS** |
| USA SECURITIES, LLC,<br>    Debtors. | |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

**PLEASE TAKE NOTICE** that an Order Sustaining the USACM Liquidating Trust's Fourteenth Omnibus Objection to Claim Nos. 10725-01831 and 10725-01832 Filed by Jack S. Tiano Accountancy Corp. as Improperly Asserting Secured Status [DE 5346] was entered on the 16th day of November 2007, a true and correct copy of which is attached hereto as Exhibit A.

1883968.1

LEWIS AND ROCA LLP
LAWYERS

RESPECTFULLY SUBMITTED November 30, 2007.

**LEWIS AND ROCA LLP**


By   /s/ RC (#006593)
         Susan M. Freeman
         Rob Charles
*Attorneys for USACM Liquidating Trust*


PROOF OF SERVICE

Copy of the foregoing mailed by First Class, US Mail, postage prepaid, on November 30, 2007 to the following interested party:

Jack S Tiano Accountancy Corp
116 W El Portal
Ste 103
San Clemente, CA  92672


  /s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca

2

1883968.1