# EXHIBIT A

1688943.1



**Entered on Docket**
**November 16, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                    Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>Date of Hearing: October 15, 2007<br>Time of Hearing: 9:30 a.m. |

228618.1

**ORDER SUSTAINING THE USACM LIQUIDATING TRUST'S FOURTEENTH OMNIBUS OBJECTION TO CLAIM NOS. 10725-01831 AND 10725-01832 FILED BY JACK S. TIANO ACCOUNTANCY CORP. AS IMPROPERLY ASSERTING SECURED STATUS**

Jack S. Tiano Accountancy Corp. filed Proof of Claim Nos. 10725-01831 and 10725-01832, which asserted a secured claims against USA Commercial Mortgage Company ("USACM").

The USACM Liquidating Trust (the "USACM Trust") filed its an Fourteenth Omnibus Objection [DE 3159] (the "Objection"), which challenged Jack S. Tiano Accountancy Corp.'s assertion of secured status and sought to have the Court reclassify Claim Nos. 10725-01831 and 10725-01832 as general unsecured claims.

The Jack S. Tiano Accountancy Corp. filed a response to the Objection [DE 3474] opposing it.

The USACM Trust filed its Motion for Summary Judgment Regarding (1) Responses to the USACM Trust's First Through Thirty-Third Omnibus Objections to Claims Asserting a Secured Status; (2) Responses to USACM Trust's First through Third Omnibus Objections to Claims Asserting a Priority Status; and (3) Newly Alleged Secured and Priority Claims (the "Motion") [DE 4291]. The Motion sought summary judgment on the Objection.

Appropriate notice of the Motion was given to the Jack S. Tiano Accountancy Corp.

Jack S. Tiano Accountancy Corp. responded to Motion [DE 4472].

At a hearing on October 15, 2007, the Court heard oral argument on the Motion from counsel for the USACM Trust. The Jack S. Tiano Accountancy Corp. did not appear at the hearing.

Based upon the foregoing and good cause appearing,

**IT IS HEREBY ORDERED:**

1. Granting the Motion [DE 4291] as it relates to Proof of Claim Nos. 10725-01831 and 10725-01832 filed by Jack S. Tiano Accountancy Corp.;

2. Sustaining the Fourteenth Omnibus Objection [DE 3159] as it relates to Proof of Claim Nos. 10725-01831 and 10725-01832 filed by Jack S. Tiano Accountancy Corp.; and

3. Reclassifying Proof of Claim Nos. 10725-01831 and 10725-01832 filed by Jack S. Tiano Accountancy Corp. as general unsecured claims subject to further objection by the USACM Liquidating Trust.

# # #

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By:  /s/ RC (#0006593)
    Susan M. Freeman (pro hac vice)
    Rob Charles
    John Hinderaker (pro hac vice)
*Attorneys for USACM Liquidating Trust*

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐ approved the form of this order;

  ☐ waived the right to review the order;

  ☐ failed to file and serve papers in accordance with LR 9021(c); and/or

  ☒ failed to sign and return this proposed order within five (5) business days in accordance with LR 9021(b) (Jack S. Tiano Accountancy Corp.).

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order.

☐ No opposition was filed and no other party or counsel appeared at the hearing.

**LEWIS AND ROCA LLP**                     **APPROVED/DISAPPROVED**


By:   /s/ RC (#0006593)
      Susan M. Freeman                    Jack S. Tiano Accountancy Corp.
      Rob Charles                         116 W. El Portal, Suite 103
*Attorneys for USACM Liquidating Trust*   San Clemente, CA 92672

4

228618.1