**LEWIS** AND
**ROCA** LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

4Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

**FOLEY & LARDNER LLP**
Attorneys at Law
321 North Clark Street, Suite 2800
Chicago, IL 60610
Telephone:  (312) 832-4500
Facsimile:  (312) 832-4700

Edward J. Green Ill Bar No. 6225069 (Pro Hac Vice Pending)
Geoffrey S. Goodman Ill Bar No. 6272297 (Pro Hac Vice Pending)
Email: ggoodman@foley.com

Attorneys for USACM Liquidating Trust

E-Filed on 11/30/07

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                    Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**STIPULATION CONTINUING HEARING ON OBJECTIONS TO PROOFS OF CLAIM AND AMENDED PROOFS OF CLAIM FILED BY PENSION BENEFIT GUARANTY CORPORATION**<br><br>Date of Hearing: December 14, 2007<br>Time of Hearing: 9:30 a.m.<br><br>New Date of Hearing: January 24, 2008<br>Time of Hearing: 9:30 a.m. |

USACM Liquidating Trust (the "USACM Trust"), by and through its counsel, and the Pension Benefit Guaranty Corporation ("PBGC"). by and through its counsel, hereby stipulate:

1884317.1

CHIC_1639061.2

LEWIS AND ROCA LLP
LAWYERS

1. USA Commercial Mortgage Company ("USACM") filed an objection to Claim Nos. 791, 793, and 794 of the PBGC in Case No. 06-10725 [DE 2978]. The USACM Trust is the successor to USACM solely with respect to this objection.

2. On April 23 and 25, 2007, the PBGC filed Amended Proofs of Claim (the "Amended PBGC Claims").

3. On September 11, 2007, the USACM Trust filed an objection to the Amended PBGC Claims (the "Objection") [DE 4728].

4. On November 1, 2007, the PBGC filed a response to the Objection.

5. On November 21, 2007, the USACM Trust filed a reply in support of the Objection.

6. The Objection is scheduled for a hearing on disputed legal issues on December 14, 2007 at 9:30 a.m. before this Court.

7. The USACM Trust and the PBGC would like to meet in an effort to reach a consensual resolution of the Amended PBGC Claims prior to a hearing before this Court.

8. Accordingly, the undersigned counsel agree that:

- The hearing on the Amended PBGC Claims scheduled for December 14, 2007 shall be continued to January 24, 2008 at 9:30 a.m. (the "Continued Hearing").

- On or before January 10, 2008, the parties shall submit a joint statement to the Court specifying the issues that will be argued at the Continued Hearing and the issues that require further discovery before being argued or tried before the Court.

1884317.1
CHIC_1639061.2

LEWIS AND ROCA LLP
LAWYERS

DATED: November 30, 2007.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
    Susan M. Freeman, AZ 4199 (*pro hac vice*)
    Rob Charles, NV 6593

    -and-

**FOLEY & LARDNER LLP**
Edward J. Green
Geoffrey S. Goodman

*Counsel for USACM Liquidating Trust*

**PENSION BENEFIT GUARANTY CORPORATION**

By: /s/ *Erike E. Barnes*
    James Eggeman Assistant Chief Counsel
    Frank A. Anderson, DC 478234 (*pro hac vice*)
    Erika E. Barnes, CA 197309 (*pro hac vice*)
Office of the Chief Counsel
1200 K Street, NW Suite 340
Washington, DC 20005-4026
Tel: 202-326-4020, ext. 3759
Email: anderson.frank@pbgc.gov

CHIC_1639061.2

1884317.1