# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number  06–10725–lbr**

**Chapter 11**

In re: (Name of Debtor)
   USA COMMERCIAL MORTGAGE COMPANY
   fka USA CAPITAL
   4484 SOUTH PECOS ROAD
   LAS VEGAS, NV 89121

Social Security No.:

### ORDER APPROVING VERIFIED PETITION

The Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court filed by BRUCE JACOBS is approved.

Dated: 11/28/07                    BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0978-2           User: lakaswm              Page 1 of 1              Date Rcvd: Nov 28, 2007
Case: 06-10725                 Form ID: ovpbk             Total Served: 3

The following entities were served by first class mail on Nov 30, 2007.
aty          +SCOTT D. FLEMING,   HALE LANE PEEK DENNISION & HOWARD,   3930 HOWARD HUGHES PKWY, 4TH FLR,
               LAS VEGAS, NV 89169-0947
             +BRUCE JACOBS,   2029 CENTURY PARK EAST, SUITE 2400,   LOS ANGELES, CA 90067-3010

The following entities were served by electronic transmission on Nov 29, 2007.
ust          +E-mail/PDF: USTPRegion17.LV.ECF@usdoj.gov Nov 29 2007 10:16:25     U.S. TRUSTEE - LV - 11,
               300 LAS VEGAS BOULEVARD S.,   SUITE 4300,  LAS VEGAS, NV 89101-5803
                                                                                               TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Nov 30, 2007**           **Signature:**        _Joseph Speetjens_