E-Filed on 12/3/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169-5996
Facsimile No.: (702) 949-8321
Telephone: (702) 949-8320

Rob Charles NV State Bar No. 006593
E-mail:  rcharles@lrlaw.com
Susan M. Freeman AZ State Bar No. 004199
E-mail:  sfreeman@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email:  jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br><br>                              Debtors,<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725-LBR<br><br>Judge Linda B. Riegle Presiding<br><br>**STIPULATION TO ALLOW DR. LUCIUS BLANCHARD TO RESPOND TO USACM TRUST'S MOTION FOR SUMMARY JUDGMENT TO CLASSIFY CLAIM BY PECOS PROFESSIONAL PARK LIMITED PARTNERSHIP IN PLAN CLASS A-7**<br><br>**AND**<br><br>**STIPULATION TO CONTINUE THE HEARING ON THAT MOTION TO DECEMBER 20, 2007** |

      USACM Liquidating Trust (the "USACM Trust"), by and through its counsel, Lewis and Roca LLP, and Dr. Lucius Blanchard ("Blanchard") by and through his counsel, Ty Kehoe of Kehoe & Associates, file this stipulation with the Court.  Dr. Lucius Blanchard claims to be a 49% limited partner of Pecos Professional Park Limited Partnership ("Pecos L.P.") and the President of Nevada Skin & Cancer, Lucius Blanchard, M.D., Chtd., a Nevada corporation which is a 1% general partner of Pecos L.P.  Dr.

230537.1

Blanchard has requested an opportunity to file an opposition to the USACM Trust's Motion for Summary Judgment to Classify Claim by Pecos Professional Park Limited Partnership in Plan Class A-7 [DE 5122] (the "Motion").  The parties stipulate as follows:

1. The USACM Trust filed the Motion on October 29, 2007;

2. Pecos' response to the Motion was due on November 27, 2007;

3. Pecos did not respond.

4. On November 27, 2007, Dr. Blanchard's counsel contacted counsel for the USACM Trust and requested an informal extension to respond to the Motion, which the USACM Trust agreed to subject to Court approval;

5. The Motion currently is set for hearing on December 14, 2007, at 9:30 a.m.

6. Dr. Blanchard has requested an opportunity to respond to or otherwise intervene to oppose the Motion.

7. The USACM Trust is willing to allow Dr. Blanchard until December 4, 2007 to file, as he sees fit, an opposition or motion with the Court.  By entering into this stipulation the USACM Trust does not concede that Dr. Blanchard has standing to oppose the Motion, nor does it waive any other defense that it might have to whatever motion or opposition Dr. Blanchard may ultimately file.

8. If Dr. Blanchard files an opposition, then the USACM Trust shall have until December 14, 2007 to file its reply.

9. In order to facilitate Dr. Blanchard's request, the parties agree to continue the hearing on the Motion to December 20, 2007, at 9:30 a.m.

////
////
////
////
////
////

230537.1

10. The parties will submit a stipulated order for the Court's convenience.

RESPECTFULLY SUBMITTED December 3, 2007.

**LEWIS AND ROCA LLP**

By /s/ RC (#006593)
    Susan M. Freeman, AZ 4199 (pro hac vice)
    Rob Charles, NV 6593
    John Hinderaker, AZ 018024 (pro hac vice)
*Attorneys for the USACM Liquidating Trust*

-and-

**KEHOE & ASSOCIATES**

By: /s/ TEK (# 6011)
    Ty E. Kehoe, Esq.
871 Coronado Center Drive, Suite 200
Henderson, NV 89052
*Attorney for Lerin Hills, Ltd.*

230537.1

LEWIS AND ROCA LLP
LAWYERS

| | |
|---|---|
| 1 | Copy of the foregoing served on December 3, 2007, via email where an email address is listed, and if no email address is listed, then by first class mail, postage paid, addressed to: |
| 2 | |
| 3 | Pecos Professional Park Limited Partnership<br>c/o Jeffrey R. Sylvester, Esq.<br>Email: jeff@sylvesterpolednak.com |
| 4 | Sylvester & Polednak, Ltd.<br>7371 Prairie Falcon Road, Suite 120 |
| 5 | Las Vegas, NV 89128 |
| 6 | Robbin L. Itkin, Esq.<br>Email: nitkin@steptoe.com |
| 7 | Steptoe & Johnson LLP<br>2121 Avenue of the Stars, Suite 2800 |
| 8 | Los Angele,s CA  90067<br>Attorneys for Michael Carmel, trustee for Hantges estate |
| 9 | |
| 10 | Deborah Williamson, Esq.<br>Email: dwilliamson@coxsmith.com |
| 11 | 112 East Pecan, Suite 1800<br>San Antonio, TX  78205 |
| 12 | Attorneys for Ford Elsaesser, trustee for Milanowski estate |
| 13 | Ty E. Kehoe, Esq.<br>Email: tykehoelaw@aol.com |
| 14 | 871 Coronado Center Drive, Suite 200<br>Henderson, NV 89052 |
| 15 | |
| 16 | By: /s/ Renee Creswell<br>Renee Creswell |
| 17 | Lewis and Roca LLP |
| 18 | |
| ... | |
| 28 | |

4

230537.1