**LEWIS AND ROCA LLP — LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile No.: (702) 949-8321
Telephone: (702) 949-8320

Rob Charles NV State Bar No. 006593
E-mail: rcharles@lrlaw.com
Susan M. Freeman AZ State Bar No. 004199
E-mail: sfreeman@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 12/4/07

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br><br>          Debtors,<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725-LBR<br><br>Judge Linda B. Riegle Presiding<br><br>**USACM LIQUIDATING TRUST'S NOTICE OF ERRATA TO ITS MOTION FOR SUMMARY JUDGMENT TO CLASSIFY CLAIM BY PECOS PROFESSIONAL PARK LIMITED PARTNERSHIP** |

  The USACM Liquidating Trust ("USACM Trust") filed its Motion for Summary Judgment to Classify Claim by Pecos Professional Park Limited Partnership ("Pecos") in

/////

/////

/////

/////

/////

/////

230443.1



1  Plan Class A-7 on October 29, 2007 [DE 5122].  Within the Motion, the USACM Trust
2  incorrectly identified Pecos' Proof of Claim as No. 10725-00751-2; the correct Proof of
3  Claim is 10725-00752-2.  The Motion is set for hearing on December 20, 2007 at 9:30
4  a.m.
5        Dated December 4, 2007.

**LEWIS AND ROCA LLP**


By /s/ RC (#006593)
    Susan M. Freeman, AZ 4199 (pro hac vice)
    Rob Charles, NV 6593
    John Hinderaker, AZ 018024 (pro hac vice)
*Attorneys for the USACM Liquidating Trust*

230443.1

LEWIS
AND
ROCA
—LLP—
LAWYERS

1  Copy of the foregoing served on December 4, 2007, via email where an email address is
2  listed, and if no email address is listed, then by first class mail, postage paid, addressed to:

Pecos Professional Park Limited Partnership
3  c/o Jeffrey R. Sylvester, Esq.
Email: jeff@sylvesterpolednak.com
4  Sylvester & Polednak, Ltd.
7371 Prairie Falcon Road, Suite 120
5  Las Vegas, NV 89128

6  Robbin L. Itkin, Esq.
Email: nitkin@steptoe.com
7  Steptoe & Johnson LLP
2121 Avenue of the Stars, Suite 2800
8  Los Angele,s CA  90067
Attorneys for Michael Carmel, trustee for Hantges estate
9
Deborah Williamson, Esq.
10  Email: dwilliamson@coxsmith.com
112 East Pecan, Suite 1800
11  San Antonio, TX  78205
Attorneys for Ford Elsaesser, trustee for Milanowski estate
12

13  By: /s/ Renee Creswell
Renee Creswell
14  Lewis and Roca LLP

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

230443.1