LEWIS
AND
ROCA
LLP
— L A W Y E R S —

E-Filed on 12/4/07

1    3993 Howard Hughes Parkway, Suite 600
     Las Vegas, NV 89169-5996
2    Facsimile (702) 949-8321
     Telephone (702) 949-8320

3    Susan M. Freeman AZ State Bar No. 004199
     Email: sfreeman@lrlaw.com
     Rob Charles NV State Bar No. 006593
4    Email: rcharles@lrlaw.com
     John Hinderaker AZ State Bar No. 018024
     Email: jhinderaker@lrlaw.com
5
     Attorneys for USACM Liquidating Trust
6
     HALE LANE PEEK DENNISON AND HOWARD          AKIN GUMP STRAUSS HAUER & FELD, LLP
     PAULINE NG LEE (NV 6392)                    PETER J. MORT (CA 102480)
7    SCOTT D. FLEMING (NV 5638)                  BRUCE JACOBS (CA 194114)
     3930 Howard Hughes Parkway, 4th Floor       2029 Century Park East, Suite 2400
8    Las Vegas, NV  89169                        Los Angeles, CA  90067-3012
     Telephone:  (702) 222-2500                  Telephone: (310) 229-1000
9    Facsimile:  (702) 365-6940                  Facsimile: (310) 229-1001
     Email:   plee@halelane.com                  Email:   pmort@akingump.com
10            sfleming@halelane.com                       bjacobs@akingump.com
     Attorneys for Los Valles Land & Golf LLC
11
                    UNITED STATES BANKRUPTCY COURT
12
                           DISTRICT OF NEVADA
13
14   In re:                                      Case No. BK-S-06-10725-LBR
                                                 Case No. BK-S-06-10726-LBR
     USA COMMERCIAL MORTGAGE                     Case No. BK-S-06-10727-LBR
15   COMPANY,                                    Case No. BK-S-06-10728-LBR
                                                 Case No. BK-S-06-10729-LBR
16   USA CAPITAL REALTY ADVISORS,
     LLC,                                        CHAPTER 11
17
     USA CAPITAL DIVERSIFIED TRUST               Jointly Administered Under Case No.
18   DEED FUND, LLC,                             BK-S-06-10725 LBR

19   USA CAPITAL FIRST TRUST DEED                **NOTICE OF SERVICE OF RULE
     FUND, LLC,                                  26(a)(1) DISCLOSURE STATEMENT**
20
     USA SECURITIES, LLC,
21                               Debtors.

22       **Affects:**
         ☐ All Debtors
23       ☒ USA Commercial Mortgage Company
         ☐ USA Capital Realty Advisors, LLC
24       ☐ USA Capital Diversified Trust Deed Fund, LLC
         ☐ USA Capital First Trust Deed Fund, LLC
25       ☐ USA Securities, LLC

26

                                                                          230422.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

PLEASE TAKE NOTICE that on December 3, 2007, the USACM Liquidating

Trust served its Rule 26(a)(1) Disclosure Statement by overnight delivery service, via

DHL on:

        Peter J. Mort, Esq.
        Bruce Jacobs, Esq.
        Akin Gump Strauss Hauer & Field LLP
        2029 Century Park East, Suite 2400
        Los Angeles, CA 90067

Dated: December 4, 2007

**LEWIS AND ROCA LLP**

By:  /s/ Rob Charles (006593)
      Susan M. Freeman
      Rob Charles
      John Hinderaker
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961
Facsimile (702) 949-8321
Telephone (702) 949-8320
*Counsel For USACM Liquidating Trust*

230422.1