KEHOE & ASSOCIATES
TY E. KEHOE, ESQ.
Nevada Bar No. 006011
871 Coronado Center Drive, Suite 200
Henderson, Nevada 89052
Telephone: (702) 837-1908
Facsimile: (702) 837-1932
Email: TyKehoeLaw@aol.com
Attorney for Dr. Lucius Blanchard

E Filed 12-4-07

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

Debtor.

Case No. BK-S-06-10725-LBR
Chapter 11

Date: December 20, 2007
Time: 9:30 a.m.

**CERTIFICATE OF SERVICE OF OPPOSITION TO USACM LIQUIDATING TRUST'S MOTION FOR SUMMARY JUDGMENT TO CLASSIFY CLAIM BY PECOS PROFESSIONAL PARK LIMITED PARTNERSHIP IN PLAN CLASS A-7**

I HEREBY CERTIFY that on the 4th day of December, 2007, I served a true and correct copy of the Opposition to USACM Liquidating Trust's Motion for Summary Judgment to Classify Claim by Pecos Professional Park Limited Partnership in Plan Class A-7 via first class mail, postage prepaid, or electronic service, to the following:

| | |
|---|---|
| JEFFREY R. SYLVESTER, Original Pecos Counsel<br>jeff@sylvesterpolednak.com<br><br>**Electronic Service** | MICHAEL W. CARMEL, Trustee for Hantges<br>michael@mcarmellaw.com<br>nancy@mcarmellaw.com<br>ritkin@steptoe.com<br><br>**Electronic Service** |
| THOMAS RICE, Trustee for Milanowski estate<br>trice@coxsmith.com<br>ggattis@coxsmith.com<br>jbrown@coxsmith.com | ROB CHARLES, Counsel for Liquidating Trustee<br>rcharles@lrlaw.com<br>cjordan@lrlaw.com |

| | |
|---|---|
| 1  aseifert@coxsmith.com | |
| 2  dwilliamson@coxsmith.com | |
| 3  **Electronic Service** | **Electronic Service** |

*signature*

Ty E. Kehoe

*KEHOE & ASSOCIATES*
871 Coronado Center Drive, Suite 200
Henderson, Nevada 89052
(702) 837-1908