

**Entered on Docket
December 05, 2007**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

| | |
|---|---|
| In re: )<br>)<br>USA COMMERCIAL MORTGAGE CO., )<br>)<br>Debtor. )<br>_____) | BK-S-06-10725-LBR<br>Chapter 11<br><br>Date:  December 3, 2007<br>Time:  9:30 a.m. |

### ORDER CONTINUING STATUS CONFERENCE

On December 3, 2007, at 9:30 a.m., a status conference was held on USACM Liquidating Trust's Objection to Claim #10725-00761 filed on behalf of Goold Patterson Ales Roadhouse and Day (Docket#3253). An order scheduling the status conference previously was entered on November 6, 2007 (Docket# 5276). Neither counsel for the USACM Liquidating Trust or counsel for Goold Patterson Ales Roadhouse and Day appeared at the scheduled conference.

**IT IS HEREBY ORDERED THAT:**

A continued status conference will be held on **December 17, 2007 at 9:30 a.m.** in the courtroom of Bankruptcy Judge Mike K. Nakagawa, Courtroom #2, Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada. Failure of any party to appear through their counsel may result in the imposition of sanctions or other appropriate relief.

**IT IS SO ORDERED.**

////

Copies noticed through ECF to:

KELLY J. BRINKMAN kbrinkman@gooldpatterson.com

ROB CHARLES rcharles@lrlaw.com, cjordan@lrlaw.com

and sent to BNC to:

KELLY J. BRINKMAN, ESQ.
4496 SOUTH PECOS ROAD
LAS VEGAS, NV 89121

ROB CHARLES, ESQ.
3993 HOWARD HUGHES PKWY, STE 600
LAS VEGAS, NV 89169

# # #