

**Entered on Docket
December 05, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                               Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>Current Date of Hearing: December 14, 2007<br>Time of Hearing: 9:30 a.m.<br><br>Date of New Hearing: December 20, 2007<br>Time of Hearing: 9:30 a.m. |

218688.1

**ORDER EXTENDING DEADLINE TO RESPOND OR OTHERWISE INTERVENE AND CONTINUING HEARING ON USACM LIQUIDATING TRUST'S MOTION FOR SUMMARY JUDGMENT TO CLASSIFY CLAIM BY PECOS PROFESSIONAL PARK LIMITED PARTNERSHIP IN PLAN CLASS A-7**

**1.** Pending before the Court is the USACM Liquidating Trust's Motion for Summary Judgment to Classify Claim by Pecos Professional Park Limited Partnership In Plan Class A-7 (the "Motion") [DE 5122]. The Motion is currently set for hearing on December 14, 2007 at 9:30 a.m. The Court has reviewed and considered the Stipulation to Allow Dr. Lucius Blanchard to Respond to USACM Trust's Motion for Summary Judgment to Classify Claim By Pecos Professional Park Limited Partnership in Plan Class A-7 and Stipulation to Continue the Hearing on that Motion to December 20, 2007 (the "Stipulation") [DE 5423]. Good cause appearing from the Stipulation, **IT IS HEREBY ORDERED:**

**2.** Approving the Stipulation by and between USACM Liquidating Trust and Dr. Lucius Blanchard;

**3.** Dr. Blanchard shall have until December 4, 2007, to file an opposition to the USACM Liquidating Trust's Motion for Summary Judgment to Classify Claim by Pecos Professional Park Limited Partnership in Plan Class A-7 (the "Motion"); and

**4.** The hearing on the Motion is continued from December 14, 2007, at 9:30 a.m. to **December 20, 2007 at 9:30 a.m.**.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By:   /s/ RC (#0006593)
      Susan M. Freeman (pro hac vice)
      Rob Charles
      John Hinderaker (pro hac vice)
*Attorneys for USACM Liquidating Trust*

APPROVED AS TO FORM AND CONTENT:

**KEHOE & ASSOCIATES**

By: /s/ TEK (# 6011)
Ty E. Kehoe, Esq.
871 Coronado Center Drive, Suite 200
Henderson, NV 89052
*Attorneys for Dr. Lucius Blanchard*

218688.1