**LEWIS** AND
**ROCA** LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

E-Filed on 12/5/07

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>        Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM FILED BY THE JOHN W AND BARBARA S GAY TRUST** |

**PLEASE TAKE NOTICE** that the USACM Liquidating Trust ("USACM Trust") filed its Fifteenth Omnibus Objection to Proofs of Claim Asserting Secured Status on March 20, 2007 [DE 3161], which included an objection to Proof of Claim No. 10725-00725 filed by the John W. and Barbara S. Gay Trust in the amount of $50,466.00.

1884534.1

**LEWIS AND ROCA LLP**
LAWYERS

The John W. and Barbara S. Gay Trust responded to the USACM Trust's Fifteenth Omnibus Objection with an informal withdrawal of their proof of claim, attached as Exhibit A.

RESPECTFULLY SUBMITTED December 5, 2007.

**LEWIS AND ROCA LLP**

By  /s/ RC (#006593)
Susan M. Freeman
Rob Charles
*Attorneys for USACM Liquidating Trust*

PROOF OF SERVICE

Copy of the foregoing mailed by First Class, US Mail, postage prepaid, on December 5, 2007 to the following interested party:

The John W. and Barbara S. Gay Trust
c/o John W. Gay
PO Box 974, #54 Hoff Road
Kenwood, CA 95453

 /s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca

2

1884534.1