# EXHIBIT A

APR 12,2007 12:33A                          7078335447                                page 1

4/12/2007

VIA FACSIMILE
702 949 8321

TO:  SUSAN M. FREEMAN
     LEWIS AND ROCA LLP
FM:  THE JOHN W AND BARBARA S GAY TRUST

Good day,

This will confirm that we, as trustees of the John W and Barbara S gay Trust hereby withdraw any claims we have filed against any entities or individuals involved in the bankruptcy matter concerning USA Commercial Mortgage Company, USA Capital Realty Advisors, LLC, USA Capital Diversified Trust Deed Fund, LLC, USA Capital First Trust Deed Fund, LLC and USA Securities, LLC.

John W Gay                                   Barbara S Gay
_[signature] TSE_____                      _[signature] TTEE_____
_4-12-7_____                               _4/12/7_____

JOHN W. GAY
P.O. Box 974 #54 Hoff Rd.
Kenwood, CA 95452
707-833-5489
707-833-5447F