LEWIS AND ROCA LLP
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8398

40 North Central Avenue
Phoenix, Arizona 85004

Susan M. Freeman, AZ State Bar No. 004199
E-mail: sfreeman@lrlaw.com
Rob Charles, NV State Bar No. 006593
E-mail: rcharles@lrlaw.com
John Hinderaker, AZ State Bar No. 018024
E-mail: jhindera@lrlaw.com

Attorneys for the USACM Liquidating Trust

E-Filed on 12/5/07

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br><br>        Debtors.<br><br>Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725-LBR<br><br>**USACM Trust's Reply to "Objection to Motion for Summary Judgment to Gunderson's Opposition to the Objection to Proofs of Claim Asserting Secured Status"**<br><br>**Hearing Time: December 14, 2007**<br>**Hearing Time: 9:30 a.m.** |

  Pending before the Court is USACM Liquidating Trust's (the "USACM Trust") Motion for Summary Judgment which seeks to reclassify secured claims filed by Direct Lenders as general unsecured claims (the "Motion") [DE 4291]. Wynn A. and Lorraine J.

Gunderson (collectively, "Gunderson") filed an objection to the Motion (the "Objection") [DE 5332]. This reply to the Objection is supported by the USACM Trust's Supporting Statement of Facts [DE 4293], Reply in Support of Motion for Summary Judgment (the "Reply") [DE 4810] and Supplemental Statement of Facts [DE 4811].

The Objection opposes the Motion and asserts a secured claim based upon USACM's alleged fraud. As previously briefed by the USACM Trust, fraud allegations are, as a matter of law, insufficient to establish a secured claim. (Reply [DE 4811], pp. 2-3.)

Further, Gunderson provides no documentation with the Objection that might establish a secured claim. There is no deed of trust, UCC-1, etc. Gunderson's remaining valid Proof of Claim, No. 10725-02447-2[1], is attached as Exhibit A. It likewise provides no documentation that might establish a secured claim. Moreover, there is nothing in USACM's records suggesting that Gunderson might have a secured claim. (Reply [DE 4811], p. 3.)

The USACM Trust asks that the Court enter summary judgment reclassifying Claim No. 10725-02447-2 as a general unsecured claim subject to further objection.

Dated December 5, 2007.

LEWIS AND ROCA LLP

By /s/ RC (#6593)
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
John C. Hinderaker, AZ 18024 (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8398
E-mail: rcharles@lrlaw.com
*Attorneys for the USACM Liquidating Trust*

---

[1] Gunderson filed several proofs of claim, which were duplicative: 10725-02321, 10725-02322, 10725-02447-1, 10725-02447-2, 10725-02448-1, 10725-02448-2. Pursuant to the parties' Stipulation [DE 4976], the Court entered its Order [DE 5007] disallowing all of the Gunderson claims except for Claim No. 10725-02447-2, which remains of record.

PROOF OF SERVICE

Copy of the foregoing mailed by First Class, US Mail, postage prepaid, on December 5, 2007 to the following interested party:

Wynn A. and Lorraine J. Gunderson
33941 N 67th St
Scottsdale, AZ  85262-7250


  /s/ Renee L. Creswell
Renee L. Creswell
Lewis and Roca LLP