# EXHIBIT A

RECD APR 2 5 2007

Wynn A Gunderson-Creditor Identity # 6437
Lorraine Gunderson
33941 N 67th Street
Scottsdale, Arizona 85262
Phone (480) 575-8123
wynn@gpgnlaw com

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| In re | ) Case No BK-S-06-10725-LBR |
|---|---|
| | ) Case No BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE | ) Case No BK-S-06-10727-LBR |
| COMPANY, | ) Case No BK-S-06-10728-LBR |
| | ) Case No BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, ) | |
| | ) CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED ) | |
| FUND, LLC, | ) Jointly Administered Under Case No BK-S |
| | ) 06-10725-LBR |
| USA CAPITAL FIRST TRUST DEED FUND, ) | |
| LLC, | ) |
| | ) **AMENDMENT TO** |
| USA SECURITIES, LLC | ) **PROOF OF CLAIMS FORMS** |
| | ) |
| Debtors, | ) |
| | ) |
| **Affects** | ) |
| All Debtors | ) |
| USA Commercial Mortgage Company | ) |
| USA Capital Realty Advisors, LLC | ) |
| USA Capital Diversified Trust Deed Fund, LLC ) | |
| USA Capital First Trust Deed Fund, LLC | ) |
| USA Securities, LLC | ) |

The purpose of this proposed amendment to the subject Proofs of Claim Forms is to correct the amount of Claimant's secured claims Claimants filed two Proofs of Claim Forms each listing the amount of the Claimants secured claims to be $100 000 which was an error The correct amount of the Claimant's secured claims should have been listed as $170 979 plus unpaid interest

FILED APR 19 2007

1



USA CMC
1072502447

Initially, Claimants secured loans totaled $200,000 but one borrower partially paid the sum of $34,177 toward its' loan with the Claimants leaving an outstanding principal amount owed from all borrowers of $165,823. Also, interest in the amount of $5156 was paid to the claimants on one of its' loans and later reclaimed by USA through an offset against interest paid on another of the Claimant's loans

Claimants also have a claim for fraud in the inducement because USA misrepresented the condition of the debtor's loans at the time it solicited loans from the Claimants. Further, USA treated the various lenders funds as being fungible in nature by distributing interest payments in a Ponzi-like manner with the intent to encourage new lenders to continue to loan more money

Respectfully Submitted,

_____
Wynn A Gunderson, Pro Se

_____
Lorraine Gunderson, Pro Se

2

Apr 18 07 10:41a                                                                 (480) 633-3587                    p.1

# PROOF OF CLAIM

**Name of Debtor:** USA Commercial Mortgage Co

**Case Number:** 06-10725-LBR

NOTE See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

**Name of Creditor and Address**

11321241002322
WYNN A GUNDERSON & LORRAINE J GUNDERSON
33941 N 67TH ST
SCOTTSDALE AZ 85262-7250

☒ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court.

DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS

If you have already filed a proof of claim with the Bankruptcy Court or BMC, you do not need to file again.

**THIS SPACE IS FOR COURT USE ONLY**

**Creditor Telephone Number** (480) 575-8123

**Last four digits of account or other number by which creditor identifies debtor**  6437

☒ Check here if this claim ☐ replaces ☐ amends a previously filed claim dated _____

**1. BASIS FOR CLAIM**
☐ Goods sold
☐ Services performed
☒ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☒ Other (describe briefly) FRAUD (Nonperforming loans at time when made)
☐ Retiree benefits as defined in 11 U S C § 1114(a)
☐ Wages salaries and compensation (fill out below)
Last four digits of your SS #_____
Unpaid compensation for services performed from _____ to _____ (date) (date)
☐ Unremitted principal
☐ Other claims against servicer (not for loan balances)

**2. DATE DEBT WAS INCURRED** on event line 2nd, 7/1/05, 12/1/05  **3. IF COURT JUDGMENT, DATE OBTAINED**

**4. CLASSIFICATION OF CLAIM** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed.
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM $ _____**
☐ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim all or part of which is entitled to priority
Amount entitled to priority $ _____
Specify the priority of the claim
☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000)* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier 11 U S C § 507(a)(4)
☐ Contributions to an employee benefit plan - 11 U S C § 507(a)(5)

**SECURED CLAIM**
☒ Check this box if your claim is secured by collateral (including a right of setoff)
Brief description of collateral: partially - see fraud and diluted interest
☒ Real Estate ☐ Motor Vehicle ☐ Other _____
Value of Collateral $ 165,823
Amount of arrearage and other charges at time case filed included in secured claim, if any $ _____
☐ Up to $2,225* of deposits toward purchase, lease or rental of property or services for personal, family or household use - 11 U S C § 507(a)(7)
☐ Taxes or penalties owed to governmental units - 11 U S C § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U S C § 507(a) (_____)
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED**
$ TBD: Fraud     $ 100,000      $ _____       $ _____
Interest $5156   (secured)     (priority)    (Total)
(unsecured)

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

**6. CREDITS** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim
**7. SUPPORTING DOCUMENTS** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary
**8. DATE-STAMPED COPY** To receive an acknowledgment of the filing of your claim enclose a stamped, self-addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals partnerships, corporations, joint ventures, trusts and governmental units)

BY MAIL TO
BMC Group
Attn USACM Claims Docketing Center
P O Box 911
El Segundo, CA 90245-0911

BY HAND OR OVERNIGHT DELIVERY TO
BMC Group
Attn USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

**THIS SPACE FOR COURT USE ONLY**

**DATE** 1/12/07

**SIGN** and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
LORRAINE J. GUNDERSON        WYON A. GUNDERSON
Lorraine J. Gunderson        Wyon A. Gunderson

## U S Bankruptcy Court

### District of Nevada

REC'D APR 2 5 2007

Notice of Electronic Claims Filing

The following transaction was received from BMC GROUP, INC, on 4/25/2007 at 3 24 PM PDT

| | |
|---|---|
| **Case Name** | USA COMMERCIAL MORTGAGE COMPANY |
| **Case Number** | 06-10725-lbr |
| **Creditor Name** | WYNN A GUNDERSON & LORRAINE J GUNDERSON<br>33941 N 67TH ST<br>SCOTTSDALE AZ 85262-7250 |
| **Claim Number** | Amended 2447    Claims Register |
| **Total Amount Claimed:** | $176135 00 |

The following document(s) are associated with this transaction

**Document description** Main Document
**Original filename.** 10725_Wynn_A_Gunderson_Lorraine pdf
**Electronic document Stamp**
[STAMP bkecfStamp_ID=989277954 [Date=4/25/2007] [FileNumber=8029005-0]
[1de51f5395dc76497b9b7ee6e163a4977560d13c7df256b062d8d62e8387f9a83f7e
ac6887582cc6e00c624117893765da2adf71164f4e2f29cea4fe96d96f8c]]

### 06-10725-lbr Notice will be electronically mailed to·

MICHELLE L  ABRAMS    mabrams@mabramslaw com

FRANKLIN C  ADAMS    franklin adams@bbklaw com, arthur johnston@bbklaw com

NANCY L ALLF    nallf@parsonsbehle com,
klawrence@parsonsbehle com,tthomas@parsonsbehle com,ecf@parsonsbehle com

FRANK A  ANDERSON    anderson frank@pbgc gov, efile@pbgc gov

OGONNA M  ATAMOH    oatamoh@nevadafirm com,
bkecf@nevadafirm com,paltstatt@nevadafirm com,sliberio@nevadafirm com

KERIANN M ATENCIO    ATENCIOK@GTLAW COM

BMC GROUP, INC    evrato@bmcgroup com,
ecf@bmcgroup com,jmiller@bmcgroup com,jbartlett@bmcgroup com

GEORGANNE W  BRADLEY    georganne bradley@bullivant com, mary opatrny@bullivant com

KELLY J  BRINKMAN    kbrinkman@gooldpatterson com

THOMAS R BROOKSBANK    tom@tombrooksbank com, renee@tombrooksbank com