

**Entered on Docket
December 05, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

**FOLEY & LARDNER LLP**

321 N Clark Street, Suite 2800
Chicago, IL 60610
Facsimile (312) 832-4700
Telephone (312) 832-4500

Edward J. Green IL Bar No. 6225069 (pro hac vice pending)
Geoffrey S. Goodman IL Bar No. 6272297 (pro hac vice pending)

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                         Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>Date of Hearing: December 14, 2007<br>Time of Hearing: 9:30 a.m.<br><br>New Date of Hearing: January 24, 2008<br>Time of Hearing: 9:30 a.m.<br><br>**ORDER APPROVING STIPULATION CONTINUING HEARING ON OBJECTIONS TO PROOFS OF CLAIM AND AMENDED PROOFS OF CLAIM FILED BY PENSION BENEFIT GUARANTY CORPORATION** |

1884906.1

**IT IS HEREBY ORDERED:**

- That the Stipulation by and between USACM Liquidating Trust ("USACM Trust"), and Pension Benefit Guaranty Corporation ("PBGC") [DE 5420] is approved; and

- That the status hearing on the objection to the PBGC claims and amended PBGC claims filed by the USACM Trust scheduled for December 14, 2007 is continued to **January 24, 2008 at 9:30 a.m**.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By:    /s/ RC (#0006593)
         Susan M. Freeman
         Rob Charles

-and-

**FOLEY & LARDNER LLP**
Edward J. Green
Geoffrey S. Goodman

*Attorneys for USACM Liquidating Trust*

APPROVED AS TO FORM AND CONTENT:

**PENSION BENEFIT GUARANTY CORPORATION**

By:   /s/ *Erika E. Barnes*
         James Eggeman, Assistant Chief Counsel
         Frank A. Anderson, DC 478234 (*pro hac vice*)
         Erika E. Barnes, CA 197309 (*pro hac vice*)
Office of the Chief Counsel
1200 K Street, NW Suite 340
Washington, DC 20005-4026
Tel: 202-326-4020, ext. 3759
Email: anderson.frank@pbgc.gov

2

1884906.1