**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

**E-Filed on December 5, 2007**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br><br>                                    Debtors.<br><br>**Affects:**<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT RE DUTKIN'S CLAIM**<br><br>Date of Hearings: December 14, 2007<br>Time of Hearings: 9:30 a.m.<br><br>New Date of Hearings: December 20, 2007<br>Time of Hearings: 9:30 a.m. |

USACM Liquidating Trust (the "USACM Trust"), by and through its counsel, Lewis and Roca LLP, and John Dutkin, Trustee, by and through his counsel, George D. Frame, Ldt., hereby stipulate:

1.     John Dutkin, Trustee filed proof of claim No. 10725-01395 on November 9, 2006, in the amount of $56,120.90.

1

230741.1

LEWIS AND ROCA LLP LAWYERS

2.  On March 20, 2007, the USACM Trust filed its Objection to John Dutkin's Claim (the "Objection") [DE 3147], which objected to the secured status of Claim No. 10725-2447-2.

3.  On July 30, 2007, the USACM Trust filed its Motion for Summary Judgment [DE 4291], which seeks summary judgment on the Objection.

4.  The Objection and Motion for Summary Judgment were scheduled for hearing on December 14, 2007.

5.  Counsel for the USACM Trust asks that the hearing be continued to December 20, 2007 so that it can be heard with other claims related to the Motion for Summary Judgment [DE 4291] that are on the calendar for that date and to accommodate a medical issue that has arisen for counsel since the hearing was originally scheduled.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
John Hinderaker, AZ 18024 (*pro hac vice*)
*Counsel for USACM Liquidating Trust*

-and-

**GEORGE D. FRAME, Ldt.**

By: _____
George D. Frame
*Counsel for John Dutkin, Trustee*

12/05/2007 11:12 FAX                                                                    ☒003
Lewis and Roca LLP    12/4/2007 5:43 PM    PAGE    3/005    Fax Server

**LEWIS AND ROCA LLP**
LAWYERS

2. On March 20, 2007, the USACM Trust filed its Objection to John Dutkin's Claim (the "Objection") [DE 3147], which objected to the secured status of Claim No. 10725-2447-2.

3. On July 30, 2007, the USACM Trust filed its Motion for Summary Judgment [DE 4291], which seeks summary judgment on the Objection.

4. The Objection and Motion for Summary Judgment were scheduled for hearing on December 14, 2007.

5. Counsel for the USACM Trust asks that the hearing be continued to December 20, 2004 so that it can be heard with other claims related to the Motion for Summary Judgment [DE 4291] that are on the calendar for that date and to accommodate a medical issue that has arisen for counsel since the hearing was originally scheduled.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
John Hinderaker, AZ 18024 (*pro hac vice*)
*Counsel for USACM Liquidating Trust*

-and-

**GEORGE D. FRAME, Ldt.**

By: /s/ George D. Frame
George D. Frame
*Counsel for John Dutkin, Trustee*

230741.1

**LEWIS AND ROCA LLP**
LAWYERS

1  PROOF OF SERVICE

2  Copy of the foregoing mailed by
   First Class, US Mail, postage
3  prepaid, on December 5, 2007
   to the following interested party:
4
   George D. Frame, Esq.
5  Geroge D. Frame LTD.
   601 Greenway Road, Suite D
6  Henderson, NV  89002

7
    /s/ Renee L. Creswell
8  Renee L. Creswell
   Lewis and Roca LLP
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3

230741.1