LEWIS AND ROCA LLP
LAWYERS

E-Filed on 12/6/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br><br>                                        Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION FOR SUMMARY JUDGMENT RE GUNDERSONS' REMAINING CLAIM**<br><br>Date of Hearings:  December 14, 2007<br>Time of Hearings:  9:30 a.m.<br><br>New Date of Hearings:  December 20, 2007<br>Time of Hearings:  9:30 a.m. |

USACM Liquidating Trust (the "USACM Trust"), by and through its counsel, Lewis and Roca LLP, and Wynn A. and Lorraine J. Gunderson ("Gundersons") on their own behalf, hereby stipulate:

230733.1

LEWIS AND ROCA LLP
LAWYERS

1.      Wynn and Lorraine Gunderson filed proof of claim No. 10725-02447-1 on April 25, 2007, which was amended by proof of claim No. 10725-2447-2 filed in the amount of $176,135.00 also filed on April 25, 2007.

2.      On July 30, 2007, the USACM Trust filed its Objection to Wynn and Lorraine Gunderson Claims Asserting Secured Status (the "Objection") [DE 4262], which objected to the secured status of Claim No. 10725-2447-2.

3.      On July 30, 2007, the USACM Trust filed its Motion for Summary Judgment [DE 4291], which seeks summary judgment on the Objection and asks that the Court reclassify Claim No. 10725-2447-2 as a general unsecured claim.

4.      The hearing on the Motion for Summary Judgment as it relates to Claim No. 10725-02447-2 and the Objection is set for December 14, 2007.

5.      Counsel for the USACM Trust asks that the hearing be continued to December 20, 2004 so that it can be heard with other claims related to the Motion for Summary Judgment [DE 4291] that are on the calendar for that date and to accommodate a medical issue that has arisen for counsel since the hearing was originally scheduled.  The Gundersons are agreeable to this request.

**LEWIS AND ROCA LLP**

By:  /s/ RC (#6593)
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
John Hinderaker, AZ 18024 *(pro hac vice)*
*Counsel for USACM Liquidating Trust*

-and-

230733.1

LEWIS
AND
ROCA
LLP
LAWYERS

1
2  By: /s/ Wynn A. Gunderson
3  Wynn A. Gunderson
4
5  By: /s/ Lorraine A. Gunderson
   Lorraine A. Gunderson
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

230733.1