**LEWIS AND ROCA LLP LAWYERS**

E-Filed on 12/7/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                             Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**STIPULATION CONTINUING HEARING ON OBJECTION TO CLAIM 203 OF MOUNTAIN WEST MORTGAGE CO./LERIN HILLS**<br><br>Date of Hearing: December 14, 2007<br>Time of Hearing: 9:30 a.m.<br><br>New Date of Hearing: February 21, 2008<br>Time of Hearing: 9:30 a.m. |

USACM Liquidating Trust (the "USACM Trust"), by and through its counsel, Lewis and Roca LLP, and Mountain West Mortgage Co./Lerin Hills ("MWM") by and through its counsel, Goldsmith & Guymon, hereby stipulate:

1. The USACM Trust filed an objection to Claim No. 203 of MWM [DE 3078] in the amount of $2,048,000.00 as an unsecured non-priority claim.

**LEWIS AND ROCA LLP**
LAWYERS

2. The matter is set for hearing on December 14, 2007 at 9:30 a.m.

3. Counsel for the USACM Liquidating Trust requests additional time to investigate the claim and negotiate with the Claimant's counsel over investigation and prosecution of the Claim and the objections.

4. In order to facilitate that negotiation, the parties agree that the hearing on the objection filed by the USACM Trust to Claim No. 203 of MWM be continued to February 21, 2008 at 9:30 a.m.

5. The parties submit a stipulated order for the Court's convenience.

DATED: December 7, 2007.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
    Susan M. Freeman, AZ 4199 (*pro hac vice*)
    Rob Charles, NV 6593
*Counsel for USACM Liquidating Trust*

    -and-

**GOLDSMITH & GUYMON P.C.**

By: /s/ MAG (#04983)
    Marjorie A. Guymon
Goldsmith & Guymon
2055 N. Village Center Circle
Las Vegas, NV 89134
Tel: 702-873-9500
Email: mguymon@goldguylaw.com
*Attorneys for Mountain West Mortgage Co./ Lerin Hills.*