Case 06-10725-gwz    Doc 5449    Entered 12/07/07 22:52:52    Page 1 of 3



**Entered on Docket
December 05, 2007**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

| | |
|---|---|
| In re: ) | BK-S-06-10725-LBR |
| ) | Chapter 11 |
| USA COMMERCIAL MORTGAGE CO., ) | |
| ) | |
| Debtor. ) | Date: December 3, 2007 |
| _____ ) | Time: 9:30 a.m. |

### ORDER CONTINUING STATUS CONFERENCE

On December 3, 2007, at 9:30 a.m., a status conference was held on USACM Liquidating Trust's Objection to Claim #10725-00761 filed on behalf of Goold Patterson Ales Roadhouse and Day (Docket#3253). An order scheduling the status conference previously was entered on November 6, 2007 (Docket# 5276). Neither counsel for the USACM Liquidating Trust or counsel for Goold Patterson Ales Roadhouse and Day appeared at the scheduled conference.

**IT IS HEREBY ORDERED THAT:**

A continued status conference will be held on **December 17, 2007 at 9:30 a.m.** in the courtroom of Bankruptcy Judge Mike K. Nakagawa, Courtroom #2, Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada. Failure of any party to appear through their counsel may result in the imposition of sanctions or other appropriate relief.

**IT IS SO ORDERED.**

////

1  Copies noticed through ECF to:

2  KELLY J. BRINKMAN kbrinkman@gooldpatterson.com

3  ROB CHARLES rcharles@lrlaw.com, cjordan@lrlaw.com

4
   and sent to BNC to:

5  KELLY J. BRINKMAN, ESQ.
   4496 SOUTH PECOS ROAD
6  LAS VEGAS, NV 89121

7
   ROB CHARLES, ESQ.
8  3993 HOWARD HUGHES PKWY, STE 600
   LAS VEGAS, NV 89169
9

10

11                                            # # #

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0978-2           User: lakaswm              Page 1 of 1              Date Rcvd: Dec 05, 2007
Case: 06-10725                 Form ID: pdf928            Total Served: 2

The following entities were served by first class mail on Dec 07, 2007.
aty          +KELLY J. BRINKMAN,   GOOLD PATTERSON ALES & DAY,   4496 S. PECOS ROAD,    LAS VEGAS, NV 89121-5030
aty          +ROB CHARLES,   LEWIS AND ROCA LLP,   3993 HOWARD HUGHES PKWY, STE 600,    LAS VEGAS, NV 89169-5996

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 07, 2007**                    **Signature:**        _Joseph Speetjens_