**Entered on Docket
December 10, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | |
| | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Date: April 26, 2007
Time: 9:30 a.m |
| USA SECURITIES, LLC,           Debtors. | **Affecting:**
☐ All Cases
**or Only:**
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC |

1862064.1

**AMENDED ORDER SUSTAINING TWENTIETH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS EXCEPT PROOF OF CLAIM NOS. 10725-01590, 01595 AND 01599 FILED BY THE MAYO FAMILY TRUST; AND10725-01591, 01592, 01593 AND 01594 FILED BY MONROE MAYO AND PROOF OF CLAIM NOS. 10725-00444 AND 10725-00445 FILED BY BOBBIE MARRS (Amended as to adding inadvertently omitted claimant, Marlin McAllister, to Exhibit A)**

The USACM Liquidating Trust (the "USACM Trust") filed its Twentieth Omnibus Objection to Claims Asserting Secured Status [DE 3172] (the "Objection") on March 20, 2007. Appropriate notice of the Objection was given. Responses to the Objection were filed with the Court as follows:

- Opposition was filed by the Mayo Family Trust and Monroe Mayo [DE 2477] regarding Claim Nos. 10725-01590, 10725-01595, 10725-01591, 10725-01592, 10725-01593, 10725-01594 and 10725-01599. An Order Approving Stipulation with counsel allowing these Direct Lender claims as unsecured claims, albeit subject to further objection, was signed by this Court on May 21, 2007 [DE 3748]. Counsel deleted the Mayo Family Trust's and Monroe Mayo claims from the exhibit to the Nineteenth Omnibus Objection attached to this Order.

- Informal response was received from Bobbie Marrs pertaining to Claim Nos. 10725-00444 and 10725-00445. Counsel filed a motion for summary judgment as to these claims on July 30, 2007 [DE 4291]. Counsel deleted Ms. Marr's claims from the Exhibit to the Twentieth Omnibus Objection attached to this Order.

No other responses were filed with this Court. The Objection came before the Court for hearing on April 26, 2007 at 9:30 a.m. Good cause appearing, it is

ORDERED:

- Sustaining the USACM Trust's Twentieth Omnibus Objection to Claims Asserting Secured Status;

- Reclassifying the Proofs of Claim listed on Exhibit A attached as general unsecured claims; and

- Reserving the right of any party in interest, including the USACM Trust, to further object to any and all claims listed on Exhibit A attached as unsecured claims or otherwise, whether or not the subject of this Objection.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**


By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
*Attorneys for USACM Liquidating Trust*


CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☒ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing regarding this matter and/or who filed a written objection and each has:

    ☐ approved the form of this order;

    ☐ waived the right to review the order;

    ☐ failed to file and serve papers in accordance with LR 9021(c); and/or

    ☒ failed to sign and return this proposed order within five (5) business days in accordance with LR 9021(b).

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order.

☐ No opposition was filed and no other party or counsel appeared at the hearing.

1 | **LEWIS AND ROCA LLP**

3 | By: /s/ RC (#0006593)
4 | Susan M. Freeman
Rob Charles
*Attorneys for USACM Liquidating Trust*

6 | APPROVED/DISAPPROVED        APPROVED/DISAPPROVED

**DEANER, DEANER, SCANN, MALAN & LARSEN**

By:
Bobbie Marrs                 Susan Williams Scann, NV 776
*Attorneys for Mayo Family Trust*

1862064.1

**20th Objection to Claims Asserting Secured Status - Reclassify as General Unsecured Claims**

| | Claimant | Proof of Claim Number | Date Filed | Proof of Claim Amount | Proof of Claim Classification |
|---|---|---|---|---|---|
| 1 | Marilyn Johnson Living Trust<br>1010 Larue Ave<br>Reno, NV 89509 | 10725-02125 | 1/11/2007 | $101,400.00 | S, U |
| 2 | Marion C Sharp Trust<br>C/O Marion C Sharp Trustee<br>20 Leroy Ter<br>New Haven, Ct 06512-3114 | 10725-02329 | 1/13/2007 | $7,500.00 | S, U |
| 3 | Mark Combs Pension & Psps The<br>4790 Caughlin Pkwy<br>Reno, NV 89509-0907 | 10725-00272 | 9/27/2006 | $4,406.02 | S |
| 4 | Mark Daniel Donnolo, An Unmarried Man<br>6413 Hillside Brook Ave<br>Las Vegas, NV 89130 | 10725-00627 | 10/18/2006 | $600,000.00 | S |
| 5 | Markwell Ttee Of The, Terry<br>Terry Markwell Profit Sharing Pl<br>12765 Silver Wolf Rd<br>Reno, NV 89511 | 10725-01969 | 1/10/2007 | $403,853.21 | S, U |
| 6 | Markwell Ttees Of The Markwell Family, Terry & Christiane<br>12765 Silver Wolf Rd<br>Reno, NV 89511 | 10725-01967 | 1/10/2007 | $355,243.26 | S, U |
| 7 | Markwell, Monique<br>100 North Arlington Ave #9H<br>Reno, NV 89501 | 10725-01968 | 1/10/2007 | $101,192.45 | S, U |
| 8 | Marlin Leasing Corporation<br>300 Fellowship Rd.<br>Mount Laurel, NJ 08054-1201 | 10725-00007 | 5/11/2006 | $28,511.66 | S |
| 9 | | | | | |
| 10 | | | | | |
| 11 | Marshal Brecht Trust<br>Marshall J & Janet L Brecht Trustee<br>640 Colonial Cir<br>Fullerton, CA 92835 | 10725-02178 | 1/12/2007 | $1,709,011.00 | S, U |

918147   20th Objection to Claims Asserting Secured Claim Status

**EXHIBIT A**

1

| | | | | | |
|---|---|---|---|---|---|
| 12 | Marston Family Trust The<br>E Grace Marston Trustee<br>12441 Road 44<br>Mancos, CO  81328 | 10725-00880 | 11/1/2006 | $50,307.18 | S |
| 13 | Marston Family Trust The<br>E Grace Marston Trustee<br>12441 Road 44<br>Mancos, CO  81328 | 10725-00887 | 11/1/2006 | $53,203.09 | S |
| 14 | Marston Family Trust The<br>E Grace Marston Trustee<br>12441 Road 44<br>Mancos, CO  81328 | 10725-00889 | 11/1/2006 | $52,430.56 | S |
| 15 | Marston Family Trust The<br>E Grace Marston Trustee<br>12441 Road 44<br>Mancos, CO  81328 | 10725-00891 | 11/1/2006 | $53,090.94 | S |
| 16 | Marston Family Trust The<br>E Grace Marston Ttee<br>12441 Road 44<br>Mancos, CO  81328 | 10725-00883 | 11/1/2006 | $1,069.98 | S |
| 17 | Marston Family Trust<br>E Grace Marston Trustee<br>12441 Road 44<br>Mancos, CO  81328 | 10725-00885 | 11/1/2006 | $51,825.95 | S |
| 18 | Marston, John M & Linda S<br>12441 Road 44<br>Mancos, CO  81328 | 10725-00869 | 11/1/2006 | $52,430.56 | S |
| 19 | Marston, John M & Linda S<br>12441 Road 44<br>Mancos, CO  81328 | 10725-00870 | 11/1/2006 | $52,298.62 | S |
| 20 | Marston, John M & Linda S<br>12441 Road 44<br>Mancos, CO  81328 | 10725-00871 | 11/1/2006 | $51,913.56 | S |
| 21 | Marston, John M & Linda S<br>12441 Road 44<br>Mancos, CO  81328 | 10725-00872 | 11/1/2006 | $136,119.67 | S |
| 22 | Marston, John M & Linda S<br>12441 Road 44<br>Mancos, CO  81328 | 10725-00878 | 11/1/2006 | $1,104.07 | S |
| 23 | Marston, John M & Linda S<br>12441 Road 44<br>Mancos, CO  81328-9213 | 10725-00873 | 11/1/2006 | $102,950.92 | S, U |
| 24 | Marston, John M & Linda S<br>12441 Road 44<br>Mancos, CO  81328-9213 | 10725-00876 | 11/1/2006 | $98,627.57 | S, U |

918147    20th Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

2

| | | | | | |
|---|---|---|---|---|---|
| 25 | Martin IRA, Geraldine E<br>4786 Village Green Pkwy<br>Reno, NV  89509-8030 | 10725-00772 | 10/27/2006 | $50,000.00 | S |
| 26 | Martin Irwin<br>5221 Lindell Road  M102<br>Las Vegas, Nv  89118 | 10725-00598 | 10/16/2006 | $24,023.66 | S |
| 27 | Martin, Geraldine<br>2605 E Flamingo Rd<br>Las Vegas, NV  89121 | 10725-00773 | 10/27/2006 | $50,000.00 | S |
| 28 | Martin, Jerrold T & James T<br>8423 Paso Robles<br>Northridge, CA  91325 | 10725-00320 | 9/29/2006 | $2,630.83 | S, P |
| 29 | Martin, Jerrold T & James T<br>8423 Paso Robles<br>Northridge, CA  91325 | 10725-00320 | 9/29/2006 | $2,630.83 | S, P |
| 30 | Martinez Family Trust<br>Marcella & Ross Martinez Ttees<br>2283 Vegas Valley Dr<br>Las Vegas, NV  89109-1875 | 10725-01180 | 11/10/2006 | $50,500.00 | S |
| 31 | Martinez, Leonard & Tara<br>6297 Elvido Ave<br>Las Vegas, NV  89122-7562 | 10725-01181 | 11/10/2006 | $32,500.00 | S |
| 32 | Marvin & Valliera Myers Trust<br>3655 S Decatur  #14-169<br>Las Vegas, NV  89103 | 10725-00182 | 9/1/2006 | $35,627.08 | S |
| 33 | Mary E Dunlop 1992 Trust Dtd 7/29/03<br>Mary E Dunlop Trustee<br>10969 Las Casitas<br>Atascadero, CA  93422 | 10725-00565 | 10/12/2006 | $101,429.17 | S |
| 34 | Massry, Morris<br>C/O Segel Goldman Mazzotta & Siegel Pc<br>9 Washigton Sq<br>Albany, NY  12205 | 10725-01898 | 1/9/2007 | $1,802,040.00 | S |
| 35 | Mathieu, Maria<br>2623 Albano Villa Ct<br>Las Vegas, Nv  89121 | 10725-00560 | 10/12/2006 | $50,000.00 | S |
| 36 | Maurice Fink Trust<br>C/O Maurice Fink Trustee<br>3111 Bel Air Dr  #15G<br>Las Vegas, NV  89109 | 10725-00165 | 8/28/2006 | $253,732.64 | S |

918147    20th Objection to Claims
Asserting Secured Claim Status

**EXHIBIT A**

3

| | | | | | |
|---|---|---|---|---|---|
| 37 | Maurice Fink Trust<br>Maurice Fink Ttee<br>3111 Bel Air Dr #15G<br>Las Vegas, NV 89109 | 10725-00179 | 9/1/2006 | $305,375.00 | S |
| 38 | Maurice Fink Trust<br>Maurice Fink Ttee<br>3111 Bel Air Dr #15G<br>Las Vegas, NV 89109 | 10725-00198 | 9/8/2006 | $253,732.64 | S |
| 39 | | | | | |
| 40 | | | | | |
| 41 | | | | | |
| 42 | | | | | |
| 43 | | | | | |
| 44 | | | | | |
| 45 | | | | | |
| 46 | McMallister, Marlin<br>2670 Marvin Trail<br>Redding, CA 96001 | 10725-00741 | 10/26/2006 | $20,000.00 | S |