

**Entered on Docket**
**December 10, 2007**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Date of Hearing: December 20, 2007 |
| | Time of Hearing: 9:30 a.m. |
| USA SECURITIES, LLC, | |
| Debtors. | |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

228441.1

# ORDER APPROVING STIPULATION TO CONTINUE THE HEARING ON MOTION FOR SUMMARY JUDGMENT RE DUTKIN'S CLAIM

**IT IS HEREBY ORDERED:**

- Approving the Stipulation by and between USACM Liquidating Trust and John Dutkin, Trustee [DE 5443];

- Vacating the hearing set for December 14, 2007, at 9:30 a.m. on USACM Trust's Motion for Summary Judgment [DE 4291] as it relates to the Dutkin's Claim (Claim No. 10725-01395) only and on USACM Trust's Objection to John Dutkin, Trustee. The hearing on the Motion for Summary Judgment and Objection is continued to **December 20, 2007 at 9:30 a.m.**;

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: __/s/ RC (#0006593)__
    Susan M. Freeman
    Rob Charles
    John Hinderaker
*Attorneys for USACM Liquidating Trust*

APPROVED AS TO FORM AND CONTENT:

**GEORGE D. FRAME, Ldt**

By: _____
    George D. Frame
*Attorneys for John Dutkin, Trustee*

## ORDER APPROVING STIPULATION TO CONTINUE THE HEARING ON MOTION FOR SUMMARY JUDGMENT RE DUTKIN'S CLAIM

**IT IS HEREBY ORDERED:**

- Approving the Stipulation by and between USACM Liquidating Trust and John Dutkin, Trustee [DE ____];
- Vacating the hearing set for December 14, 2007, at 9:30 a.m. on USACM Trust's Motion for Summary Judgment [DE 4291] as it relates to the Dutkin's Claim (Claim No. 10725-01395) only and on USACM Trust's Objection to John Dutkin, Trustee. The hearing on the Motion for Summary Judgment and Objection is continued to **December 20, 2007 at 9:30 a.m.**;

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
    John Hinderaker
*Attorneys for USACM Liquidating Trust*

APPROVED AS TO FORM AND CONTENT:

**GEORGE D. FRAME, Ldt**

By: [signature]
    George D. Frame
*Attorneys for John Dutkin, Trustee*