

**Entered on Docket
December 10, 2007**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                       Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>Date of Hearings: December 14, 2007<br>Time of Hearings: 9:30 a.m.<br><br>New Date of Hearings: December 20, 2007<br>Time of Hearings: 9:30 a.m. |

230735.1

# ORDER APPROVING STIPULATION TO CONTINUE THE HEARING ON MOTION FOR SUMMARY JUDGMENT RE GUNDERSONS' REMAINING CLAIM

**IT IS HEREBY ORDERED:**

- Approving the Stipulation by and between USACM Liquidating Trust and Wynn A. and Lorraine J. Gunderson [DE 5445];

- Vacating the hearing set for December 14, 2007, at 9:30 a.m. on USACM Trust's Motion for Summary Judgment [DE 4291] as it relates to the Gundersons' Claim (Claim No. 10725-02447-2) and on USACM Trust's Objection to Wynn A. and Lorraine J. Gunderson Claims Asserting Secured Status [DE 4262]. The hearing on the Motion for Summary Judgment and Objection is continued to **December 20, 2007 at 9:30 a.m.**;

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By:   /s/ RC (#0006593)
         Susan M. Freeman
         Rob Charles
         John Hinderaker
*Attorneys for USACM Liquidating Trust*

APPROVED AS TO FORM AND CONTENT:

By:    /s/ Wynn A. Gunderson
         Wynn A. Gunderson


By:    /s/ Lorraine A. Gunderson
         Lorraine A. Gunderson

230735.1