November 29, 2007

The Honorable Judge Linda B. Riegle
c/o Bankruptcy Clerks Office
300 Las Vegas Blvd; South
Las Vegas, NV 89101

John C. Dunklee
700 Flanders Rd.
Reno, NV 89511

Re: Failure of Compass Financial Partners to honor address change request.

Your Honor,

Several attempts have been made since early July, 2007, to encourage Compass to implement a change, or addition, of address in an effort to eliminate unnecessary delays in the flow of correspondence from Compass to me. Compass has totally ignored all my requests, (5 since July, 2007). Additionally Compass has not even acknowledged these requests or offered any alternative process to satisfy their procedures for address corrections. See attachments 1-7 for the paper trail on this issue.

The most recent exchange involved a ballot issue with a response deadline 5 days prior to the day I received the letter from Compass. The documents had been sent to First Savings Bank in Las Vegas, my IRA custodian, (see attachment # 7) which is the typical route used by Compass and the ultimate reason for all my change requests.

Since the address change, or inclusion request would relate to two First Trust Deed investments, Fiesta Oak Valley and Mountain House, client # 5400, any assistance on this issue would be greatly appreciated. My request is to be "added" to the process directly without bypassing First Savings Bank as my IRA custodian. This would save at least twelve days time, a significant amount when deadlines are an issue.

Respectfully yours,

*[signature]*

John C Dunklee
775-852-2032

ATTACHMENT #1

Compass Financial Partners
333 Seventh Ave.
3rd Floor
New York, New York 10001


November 1, 2007

John C. Dunklee
700 Flanders Rd.
Reno, NV 89511

Re: Ballot for Mountain House

Attached is my ballot for the Mountain House Vote as requested by your letter, undated, and received by me on October 26, 2007. I am voting against redemption of the First Deed of Trust.

Why is my ballot late? Since July 10, 2007 I have sent four requests to Compass, two through First Savings Bank Custodian of John C Dunklee IRA, to be added to your correspondence for all documents relating to your actions for my IRA. Compass has ignored these letters and not indicated why the request has not been honored. By routing these important documents through First Savings Bank there is considerable delay. In this last case the ballot deadline for submittal occurred before I received the request. So, I ask what procedure must I follow to effect an address addition, correction, inclusion or other solution?

I support what Compass is doing on the issue at hand but remain unimpressed with your investor relations process. A letter may have to be directed to Judge Riegle if you cannot effect the address inclusion as requested.

Respectfully yours,



John C. Dunklee IRA
Client ID. 5400

cc: Richard P. Schultz, Attorney


JC DUNKLEE

ATTACHMENT #2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   COMPASS FINANCIAL
   PARTNERS
   333 SEVENTH AVE
   3rd FLOOR
   NEW YORK, NY 10001

2. Arti
   (Tra
   PS Fo

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X  [signature] G Maldonad    ☐ Agent
                                ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
   G Maldonad                   11/5/07

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

   JOHN C DUNKLEE
   700 FLANDERS RD
   RENO, NV 89511

JC DUNKLEE

ATTACHMENT #3



Print - Close Window

**From:** "SUSAN O'CONNOR" <soconnor@speakeasy.net>
**To:** jcdunklee@yahoo.com
**Subject:** Compass Correspondence
**Date:** Thu, 11 Oct 2007 11:46:20 -0700

John:

I have e-mailed to Compass requesting that they send all correspondence and monthly statements directly to the investors and any checks to First Savings Bank.

When I requested this a few months ago nothing happened then. Hopefully they will start now.

Susan O'Connor
First Savings Bank
Private Banking Assistant Manager
2605 E Flamingo Road
Las Vegas, NV 89121
(702) 737-5283
(702) 740-4065  fax

http://us.f345.mail.yahoo.com/ym/ShowLetter?box=Inbox&MsgId=8018_23762654_332...   10/12/2007

JCDUNKLEE

October 9, 2007

First Savings Bank IRA Staff
2605 E. Flamingo Rd.
Las Vegas, NV 89121

John C. Dunklee
700 Flanders Rd.
Reno, NV 89511
775-852-2032

Re: Delays with Compass Financial Correspondence

Dear Staff,

On October 6, 2007 I received a letter from Compass which your staff had forwarded to me. The essence of the letter was to participate in a conference call with Compass Financial concerning one of the loans involved in the current bankruptsy proceedings with USA Capital. Unfortunately the call was scheduled for October 4th, two days prior, so I was unable to participate. The letter from Compass was postmarked September 25, 2007, addressed to your office which you rerouted to me.

An attempt was made by me via a letter to you, dated August 30, 2007, asking you to request that Compass copy me directly on such matters so that such information would be received in a timely manner. You did not respond either to me or to Compass with that request.

Therefore, I repeat my request; please direct Compass Financial to copy me with any and all correspondence concerning the USA Capitol bankruptsy issues, namely Fiesta Oak Valley and Mountain House, because you, FSB, are the manager of my IRA. Any request I make is ignored by Compass. The request has to come from you. I would appreciate your immediate attention to this matter and avoid any further delays in receiving information from Compass.

Respectfully Yours,

*[signature]*

JC Dunklee

JCDUNKLEE



_____ JC Dunklee _____

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE
NEW YORK NY 10001

| | | |
|---|---|---|
| Postage | $0.41 | 0680 |
| Certified Fee | $2.65 | 14 Postmark Here |
| Return Reciept Fee (Endorsement Required) | $2.15 | |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $5.21 | 08/09/2007 |

Sent To COMPASS FINANCIAL
Street, Apt. No.; or PO Box No. 333 7th AVE 3rd FLOOR
City, State, ZIP+4 N YORK, N.Y. 10001

PS Form 3800, June 2002    See Reverse for Instructions

7002 3150 0000 2185 1102

---

AUGUST 8, 2007

CLIFF ROCA
COMPASS FINANCIAL - LLC
333 SEVENTH AVE 3RD FL
NEW YORK, N.Y. 10001

JOHN C DUNKLEE
700 FLANDERS RD
RENO, NV. 89511

RE: ADDRESS CORRECTION, 2nd Letter

DEAR CLIFF ROCA,

THANK YOU FOR THE RECENT LETTER TO DIRECT LENDERS UPDATING YOUR PROGRESS FOR THE USA CAP BANKRUPTCY.

MY FIRST LETTER REQUESTING A CHANGE OF ADDRESS, DATED JULY 10, 2007, HAS NOT BEEN ACKNOWLEDGED SO I AM SENDING THIS SECOND REQUEST BECAUSE YOUR RECENT LETTER AGAIN WENT TO THE F.S.B IN LAS VEGAS. AS YOU CAN SEE BY THE ENCLOSED ENVELOPE, F.S.B. IS NOT WHERE I LIVE.

PLEASE UPDATE YOUR RECORDS PURSUANT TO RECEIPT OF THIS REQUEST AND ALL WILL BE WELL.
  INCLUDES INFO FOR FIESTA, OAK VALLEY USA - LLC
  AND         PEGASUS - MH, MOUNTAIN HOME VENTURES,
                    I - LLC

CORRECT ADDRESS IS SHOWN AS
  JOHN C DUNKLEE
  700 FLANDERS RD
  RENO NV 89511

P.S. I AM NOT IN THE CONGALOSI (CLPG) CAMP!

Respectfully,
JC Dunklee

JC DUNKLEE

# JC Dunklee



JULY 10, 2007
RENO, NV.

COMPASS FINANCIAL PARTNERS LLC
333 SEVENTH AVE., 3RD FLOOR
NEW YORK, NEW YORK 10001

RE: ADDRESS CORRECTION REQUEST

DEAR SIR,

ENCLOSED IS MY REQUEST FOR A CORRECTION TO THE MAILING ADDRESS CURRENTLY IN YOUR FILES. THIS IS IN RELATION TO ANY AND ALL USA CAPITAL INFORMATION.

AS I HAVE NOT ~~~~~~~~~~~ THE LPG/CL, IT IS IMPORTANT ~~~~ MY INFORMED WITH YOUR ACTIVITIES AND THE RESOLUTION OF THIS BANKRUPTCY.

I AM A DIRECT LENDER TO TWO INVESTMENTS;
 1- FIEST USA, LLC - OAK VALLEY ($200,000)
 2. PEGASUS - MH (MOUNTAIN HOME) VENTURES I, LLC ($54,000)

PLEASE CORRECT MY ADDRESS TO READ: (AS SHOWN BELOW)
 JOHN C DUNKLEE
 700 FLANDERS RD.
 RENO, NV 89511

A COPY OF YOUR RECENT MAILING TO ME VIA FIRST SAVINGS BANK, LAS VEGAS SHOWS THEY HAD TO RE-ROUTE YOUR LETTER - COSTING MUCH TIME.

RESPECTFULLY,

*[signature]*
JOHN C. DUNKLEE

700 Flanders Rd. • Reno, NV 89511 • (775) 852-2020

JC DUNKLEE