**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 12/10/07

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br><br>                            Debtors.<br><br>**Affects:**<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**STIPULATION CONTINUING HEARING ON OBJECTION TO CLAIM 819 OF SPECTRUM FINANCIAL IN THE AMOUNT OF $49,581,000; CLAIM 821 OF ROLLAND P. WEDDELL IN THE AMOUNT OF $13,081,000**<br><br>Date of Hearing: October 15, 2007<br>Time of Hearing: 9:30 a.m.<br><br>New Date of Hearing: January 24, 2008<br>Time of Hearing: 9:30 a.m. |

     USACM Liquidating Trust (the "USACM Trust"), as the successor to USA Commercial Mortgage Company, by and through its counsel, Lewis and Roca LLP, and Spectrum Financial and Rolland P. Weddell by and through their counsel, Gunderson Law Firm hereby stipulate as follows:

1

221521.3

LEWIS AND ROCA LLP
LAWYERS

1. USA Commercial Mortgage Company filed an objection [DE 2021] to Claim No. 819 of Spectrum Financial in the amount of $49,581,000 and Claim No. 821 of Rolland P. Weddell in the amount of $13,081,000.

2. The matter was set for a continued status hearing on October 15, 2007.

3. On October 11, 2007, Gunderson Law Firm filed its Notice of Appearance and Order Requesting Continuance of Status Hearing Set for October 15, 2007, requesting that the Court continue the hearing until December 14, 2007. Evidently, due to procedural problem with the order, the order was never signed by the Court.

4. This is a very complex claim with many different issues. Counsel for the USACM Liquidating Trust requests additional time to investigate and negotiate with the Claimants' counsel over investigation and prosecution of the Claims and the objections.

5. In order to facilitate that negotiation, the parties agree that the hearing on USA Commercial Mortgage Company's objection to Claim No. 819 of Spectrum Financial in the amount of $49,581,000 and Claim No. 821 of Rolland P. Weddell in the amount of $13,081,000 be continued to January 24, 2008 at 9:30 a.m.

DATED: December 10, 2007.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
    Susan M. Freeman, AZ 4199 (*pro hac vice*)
    Rob Charles, NV 6593
    John Hinderaker, AZ 18024 (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
*Counsel for USACM Liquidating Trust*

-and-

221521.3

LEWIS AND ROCA LLP
LAWYERS

**GUNDERSON LAW FIRM**

By: *[signature]*

Mark H. Gunderson
Laura M. Arnold
5345 Kietzke Lane, Suite 200
Reno, NV 89511
Facsimile (775) 829-1226
Telephone (702) 829-1226
*Counsel for Spectrum Financial and Rolland P. Weddell*

3

221521.3