**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 12/10/07

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>**USA Commercial Mortgage Company,**<br><br>**USA Capital Realty Advisors, LLC,**<br><br>**USA Capital Diversified Trust Deed Fund, LLC,**<br><br>**USA Capital First Trust Deed Fund, LLC,**<br><br>**USA Securities, LLC,**<br>              Debtors.<br><br>Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**MOTION TO FURTHER EXTEND DEADLINE TO FILE OBJECTION TO ALLOWANCE OF CLAIMS**<br>**(with Certificate of Service)**<br><br>Date: January 11, 2008<br>Time: 9:30 a.m. |

The USACM Liquidating Trust (the "USACM Trust") moves this Court for an order pursuant to 11 U.S.C. § 502(b) and Bankruptcy Rule 3007 enlarging the deadline for filing objections to Allowance of Claims, and in particular unsecured claims, for an additional 120 days, or until June 12, 2008. This Motion is based upon the following Memorandum of Points and Authorities and is supported by the Court's record and the declaration of Edward M. Burr filed this date.

231086.1

LEWIS
AND
ROCA
LLP
LAWYERS

# MEMORANDUM

## Background

On January 8, 2007, this Court entered its Order Confirming the "Debtors' Third Amended Joint Chapter 11 Plan of Reorganization" as modified herein [DE 2376]. Notice of Entry of the Confirmation Order was filed on January 9, 2007, and served on January 11 and 12, 2007 [DE 2387].

Section VII A.1 Objection to Claims of the Plan provides:

> Unless otherwise extended by the Court, objections to the allowance of Claims and Equity Interests shall be filed and served upon the entities asserting such Claims or Equity Interests as follows: (A) for any and all Claims and Equity Interests to which the General Bar Date applies, ninety (90) days after the Effective Date….

Accordingly, the deadline to file an objection to such Claim was 90 days after the Effective Date of March 12, 2007: June 10, 2007. The Court extended the deadline to October 9, 2007 after a hearing [DE 4097]. The court extended the deadline to October 15, 2007 by a bridge order after a hearing on August 23, 2007 [DE 4625]. On October 11, 2007, the Court entered an order [DE 4971] extending the deadline to February 12, 2008.

When USACM Trust filed its first motion to extend the deadline to file objections to proofs of claim, approximately 2,465 proofs of claim had been filed claiming: $2,812,293.40 as administrative; $286,969,330.16 as secured; $4,479,076.12 as priority; and $453,310,042.10 as unsecured. Since that motion was filed, approximately 120 more claims were filed and claims were amended. There are approximately 2,419 newly scheduled claims, comprised of, in the aggregate, $169,742 in newly scheduled priority and $40,439,356 in unsecured claims.

To date, the USACM Trust has filed:

- 35 omnibus objections to approximately 1,690 claims filed as secured that asserted claims of over $310,000,000;
- 3 omnibus objections to approximately 110 claims asserting priority status;

231086.1

- Objections to commission claims asserting priority status;
- Objections to 3 claims asserting administrative expense that aggregate over $95,000.
- 47 individual objections to claims filed as secured in the aggregate amount of approximately $8,000,000;
- 14 individual objections to claims filed as priority in the aggregate amount of over $640,000;
- 14 objections to claims filed in the USACM case which are not appropriate claims against USACM, although they may be claims against or interests in one or more of the jointly administered Debtors;
- Motions to Reclassify Claims of Insiders in Plan Class A-7 were filed against 3 claimants and other objections were filed to several large claims on the ground that Debtor has no liability;
- 30 objections to claims filed in wrong debtor cases;
- Withdrawals of over 25 proofs of claim; and
- Objection to Priority and Amended Proofs of claim.

A Motion for Summary Judgment Regarding (1) Responses to the USACM Trust's First Through Thirty-Third Omnibus Objection to Claims Asserting a Secured Status; (2) Responses to USACM Trust's First through Third Omnibus Objections to Claims Asserting a Priority Status; and (3) Newly Alleged Secured and Priority Claim [DE 4391] was filed on July 30, 2007. The motion sought to reclassify approximately 110 claims in the aggregate amount of over $17,500,000 as general unsecured claims. The motion came on for hearing on October 15, 2007. Orders sustaining the objections and granting the motion for summary judgment on approximately 95 claims were entered. Stipulations have been reached with seven other claimants. Hearings have been scheduled on the remaining claimants.

231086.1

LEWIS AND ROCA LLP LAWYERS

Twelve Omnibus Objections to Proofs of Claim for Lack of Documentation were filed on November 19, 2007. The motions request that the Court deny about 140 claims totaling about $12,000,000 because they were filed without evidence supporting their claim's validity and the claims do not appear to be supported by USACM's books and records. The hearing date on these objections is December 20, 2007.

On November 20, 2007, two Omnibus Objections to Proof of Claims Based, in Whole or in Part, Upon Investment in the Opaque/Mt. Edge $7,350,000 Loan were filed requesting that the Court disallow about 15 Proofs of Claim filed by individual investors to the extent such claims are based upon an investment in the Opaque/Mt. Edge $7,350,000 loan. The omnibus hearing date is December 20, 2007.

Further, as the USACM Trust has received information from claimants, it has entered into stipulations for the allowance and disallowance of priority and unsecured claims. Conversely, some claimants have stipulated to either withdraw their claims or have them reclassified as unsecured claims upon discussion with the USACM Trust's counsel.

Most of the remaining claims to which the USACM Trust has not yet objected are direct lender claims. The USACM Trust is in the process of filing omnibus objections to those direct lender claims that are based upon USACM's handling of loans that fully performed. The other direct lender claims relate to loans that are still outstanding. The extent to which those loans perform and/or the direct lenders may be compensated from the sale of collateral securing the loans. The Trustee is handling these claims on a loan by loan basis. The February 12, 2008 deadline does not allow sufficient time for the Trustee to review, investigate, analyze and resolve disputes on the claims.

Sorting thousands of claims on a loan by loan basis is difficult and time consuming. For example, many dozens of claimants filed proofs of claim that either lack documentation or sufficient information for the USACM Trust to determine if these are

231086.1

direct lenders claims, and if so, what loan or loans are at issue. When all of the direct lender claims are sorted on a loan by loan basis, the USACM Trust will then work through the paid loans to see if there is a valid basis for a claim, and if so, in what amount. The USACM Trust is trying not to file an objection to any claim on a particular direct loan until it is prepared to meet and confer with all of the claimants on that loan under the alternative dispute resolution mechanism provided by the Plan.

For all of these reasons, the USACM Trust believes it needs more than 120 days to complete its review of the claims and file objections, but asks only for 120 days now, so that the Court can monitor the claims resolution process.

**Discussion**

Bankruptcy Rule 9006(b)(1) provides that except as otherwise provided by the Rule:

> when an act is required or allowed to be done at or within a specified period by the rules or by a notice given thereunder or by order of court, the court for cause shall at any time in its discretion (1) with or without motion or notice order the period enlarged if the request therefore is made before the expiration of the period originally prescribed or as extended by a previous order or (2) on motion made after the expiration of the specified period, permit the act to be done where the failure to act was the result of excusable neglect.

None of the exceptions in Rule 9006(b)(2) or (3) apply here. Accordingly, the Court may, for the cause shown in this Motion, extend the deadline for filing objections to allowance of claims. Nothing in the Plan prohibits the Court from extending the deadline for objecting to claims.

**Conclusion**

The USACM Trust requests that the Court enter its order further extending the deadline to file objections to allowance of claims until June 12, 2008, without prejudice to an additional extension.

231086.1

**LEWIS AND ROCA LLP**
LAWYERS

Dated:  December 10, 2007.

**LEWIS AND ROCA LLP**

By /s/ RC (#006593)
    Susan M. Freeman, AZ 4199 (pro hac vice)
    Rob Charles, NV 6593
*Attorneys for USACM Liquidating Trust*

Proof of service

Copy of the foregoing served on December 10, 2007 via email, where an email address is listed, or by first class mail, postage prepaid, addressed to:

All parties in interest listed on the Post Effective Date Service List on file with the Court.

/s/ Renee L. Creswell
Lewis and Roca LLP