

Entered on Docket
December 11, 2007

Hon. Linda B. Riegle
United States Bankruptcy Judge

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone:   (916) 447-9200
Facsimile:    (916) 329-4900
Email:         malevinson@orrick.com
                   jhermann@orrick.com

Robert Kinas (Nevada Bar No. 6019)
Claire Dossier (Nevada Bar No. 10030)
SNELL & WILMER LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone:   (702) 784-5200
Fax:            (702) 784-5252
Email:         rkinas@swlaw.com
                   cdossier@swlaw.com

*ATTORNEYS FOR USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC*

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **ORDER GRANTING MOTION TO ESTABLISH DISPUTED CLAIM RESERVE** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Hearing Date: December 5, 2007<br><br>Hearing Time: 9:30 a.m. |

160574.3

1  The Court having considered the Motion to Establish Disputed Claim Reserve [Docket
2  No. 5250] (the "Diversified Motion") filed by USA Capital Diversified Trust Deed Fund, LLC
3  ("Diversified"), the Response and Objection to Motion to Establish Disputed Claim Reserve
4  [Docket No. 5381] filed by the Margaret B. McGimsey Trust, Bruce McGimsey, Jerry
5  McGimsey, Sharon McGimsey, and Johnny Clark, Reale's Opposition to DTDF's Motion to
6  Establish Disputed Claim Reserve [Docket No. 5386] filed by Salvatore J. Reale, and the Reply
7  to Salvatore J. Reale's Opposition to Motion to Establish Disputed Claim Reserve [Docket No.
8  5412] filed by Diversified, the Diversified Motion having came on for hearing on December 5,
9  2007 at 9:30 a.m., Diversified having appeared through its counsel Jeffery Hermann, Esq. and
10 Marc Levinson, Esq. of Orrick, Herrington & Sutcliffe LLP, and Mr. Reale having appeared
11 through his counsel, Michael Newman, Esq., of Gerrard, Cox, & Larsen, and good cause
12 appearing;[1]

13 For the reasons set forth in the Diversified Motion and based upon the findings and
14 conclusions placed upon the record by the Court at the conclusion of the hearing on the
15 Diversified Motion, which such findings and conclusions are incorporated herein, and good and
16 sufficient cause appearing therefore;
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27
28 [1] Terms not otherwise defined herein shall be as defined in the Diversified Motion.

160574.3

IT IS HEREBY ORDERED that pursuant to the Reserve Procedure set forth in the Plan and pursuant to Bankruptcy Code §502(c), no reserve is required for either the Reale Proof of Claim or the McGimsey Proof of Claim, thus permitting the $3 million distribution to Diversified members described in the Diversified Motion to go forward.

Dated this 7th day of December, 2007.

___ The court has waived the requirement of approval under LR 9021.

___ No parties appeared or filed written objections, and there is no trustee appointed in the case.

___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below:

**APPROVED** / DISAPPROVED:

GERRARD COX & LARSEN

By: /s/
Douglas D. Gerrard, Esq.
Sheldon A. Herbert, Esq.
Michael J. Newman, Esq.
2450 St. Rose Parkway, Ste. 200
Henderson, NV 89074
*Attorneys for Salvatore J. Reale*

Respectfully submitted,

SNELL & WILMER L.L.P.

By /s/
Robert Kinas (Nevada Bar No. 6019)
Claire Y. Dossier (Nevada Bar No. 10030)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
and
Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capital Mall, Suite 3000
Sacramento, CA 95814-4497

*Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

160574.3

- 3 -