**Entered on Docket**
**December 11, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                            Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>Date of Hearing: December 14, 2007<br>Time of Hearing: 9:30 a.m.<br><br>New Date of Hearing: February 21, 2008<br>Time of Hearing: 9:30 a.m. |

230831.1

# ORDER APPROVING STIPULATION TO CONTINUE THE HEARING ON OBJECTION TO CLAIM 203 OF MOUNTAIN WEST MORTGAGE CO./ LERIN HILLS

**IT IS HEREBY ORDERED:** approving the Stipulation by and between USACM Liquidating Trust and Mountain West Mortgage Co./Lerin Hills ("MWM") [DE 5448] continuing the hearing to **February 21, 2008 at 9:30 a.m.** on the objection to Claim of 203 of MWM [DE 3078].

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By:  /s/ RC (#0006593)
     Susan M. Freeman
     Rob Charles
*Attorneys for USACM Liquidating Trust*

APPROVED AS TO FORM AND CONTENT:

**GOLDSMITH & GUYMON P.C.**

By:  /s/ MAG (#04983)
     Marjorie A. Guymon
Goldsmith & Guymon
2055 N. village Center Circle
Las Vegas, NV  89134
Tel:  702-873-9500
Email:  mguymon@goldguylaw.com
*Attorneys for Mountain West Mortgage Co./ Lerin Hills.*