

**Entered on Docket**
**December 11, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Date of Hearing: October 15, 2007 |
| USA SECURITIES, LLC, | Time of Hearing: 9:30 a.m. |
| Debtors. | New Date of Hearing: January 24, 2008 |
| | Time of Hearing: 9:30 a.m. |
| **Affects:** | |
| ☒ All Debtors | |
| ☐ USA Commercial Mortgage Company | |
| ☐ USA Capital Realty Advisors, LLC | |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | |
| ☐ USA Capital First Trust Deed Fund, LLC | |
| ☐ USA Securities, LLC | |

221522.3

# ORDER APPROVING STIPULATION TO CONTINUE THE HEARING ON OBJECTION TO CLAIM 819 OF SPECTRUM FINANCIAL IN THE AMOUNT OF $49,581,000; CLAIM 821 OF ROLLAND P. WEDDELL IN THE AMOUNT OF $13,081,000

**IT IS HEREBY ORDERED:**

- Approving the Stipulation Continuing the Hearing on Objection to Claim 819 of Spectrum Financial in the Amount of $49,581,000; Claim 821 of Rolland P. Weddell in the Amount of $13,081,000 by and between USACM Liquidating Trust, Spectrum Financial and Rolland P. Weddell [DE 5458];

- The hearing is continued to January 24, 2008 at 9:30 a.m.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
    John Hinderaker
*Attorneys for USACM Liquidating Trust*

Approved/Disapproved:

**GUNDERSON LAW FIRM**

By: _____
    Mark H. Gunderson
    Laura M. Arnold
*Counsel for Spectrum Financial and Rolland P. Weddell*

221522.3

### ORDER APPROVING STIPULATION TO CONTINUE THE HEARING ON OBJECTION TO CLAIM 819 OF SPECTRUM FINANCIAL IN THE AMOUNT OF $49,581,000; CLAIM 821 OF ROLLAND P. WEDDELL IN THE AMOUNT OF $13,081,000

**IT IS HEREBY ORDERED:**

- Approving the Stipulation Continuing the Hearing on Objection to Claim 819 of Spectrum Financial in the Amount of $49,581,000; Claim 821 of Rolland P. Weddell in the Amount of $13,081,000 by and between USACM Liquidating Trust, Spectrum Financial and Rolland P. Weddell [DE    ];

- The hearing is continued to January 24, 2008 at 9:30 a.m.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By:  /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
    John Hinderaker
*Attorneys for USACM Liquidating Trust*

Approved/Disapproved:

**GUNDERSON LAW FIRM**

By: [signature]
    Mark H. Gunderson
    Laura M. Arnold
*Counsel for Spectrum Financial and Rolland P. Weddell*

221522.3