**LEWIS AND ROCA LLP**
**LAWYERS**

E-Filed on 12/11/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                    Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**STIPULATION CONTINUING HEARING ON OBJECTION TO CLAIM 784 OF BINFORD MEDICAL DEVELOPERS**<br><br>Date of Hearing: December 14, 2007<br>Time of Hearing: 9:30 a.m.<br><br>New Date of Hearing: December 20, 2007<br>Time of Hearing: 9:30 a.m. |

     USACM Liquidating Trust (the "USACM Trust"), by and through its counsel, Lewis and Roca LLP, and Binford Medical Developers LLC ("Binford") by and through its counsel, Susan Williams Scann of Deaner, Deaner, Scann, Malan & Larsen stipulate:

     1.    USA Commercial Mortgage Company filed an objection to Claim No. 784 of Binford Medical Developers LLC [DE 2033] (the "Objection").

221552.2

LEWIS
AND
ROCA
LLP
LAWYERS

1   2.   The Objection is set for status hearing on December 14, 2007 at 9:30 a.m.

2   3.   Binford and Compass are currently involved in an adversary proceeding
before this Court the outcome of which will significantly impact the value of Binford's
claim. They have asked the Court to consider a proposed settlement agreement on
December 20, 2007. Accordingly, the parties ask that the Court continue the status
hearing until December 20, 2007, to allow time for the related adversary proceeding to be
resolved so that Binford can better assess the value of its claim.

4.   The parties submit a stipulated order for the Court's convenience.

RESPECTFULLY SUBMITTED December 11, 2007.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
    Susan M. Freeman, AZ 4199 (*pro hac vice*)
    Rob Charles, NV 6593
    John Hinderaker, AZ 18024 *(pro hac vice)*
    *Counsel for USACM Liquidating Trust*

-and-

**DEANER, DEANER, SCANN, MALAN & LARSEN**

By: /s/ Susan Williams Scann
    Susan Williams Scann (NV 000776)
    720 S Fourth Street, Suite 300
    Las Vegas, NV 89101
    Telephone: 702-382-6911
    E-Mail: sscann@deanerlaw.com
    *Attorneys for Binford Medical Developers, LLC*

2                                                                    221552.2