DEL HARDY, ESQ. (SBN # 1172)
HARDY LAW GROUP
96 & 98 Winter Street
Reno, Nevada 89503
Tel: 775-786-5800
Fax: 775-329-8282
Attorney for Creditors
Tim Burrus and Joann Ortiz-Burrus

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In Re:

USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC

USA CAPITAL FIRTS TRUST DEED FUND, LLC,

USA SECURITIES, LLC,

        Debtors.

Affects:

USA COMMERCIAL MORTGAGE COMPANY

_____/

Case No. BK-S-O6-10725-LBR
Case No. BK-S-O6-10726-LBR
Case No. BK-S-O6-10727-LBR
Case No. BK-S-O6-10728-LBR
Case No. BK-S-O6-10729-LBR

Chapter 11

Jointly Administered Under Case No. BK-S-06-10725 LBR

RESPONSE TO FIRST OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO PROOFS OF CLAIM FOR LACK OF DOCUMENTATION WITH CERTIFICATE OF SERVICE

Hearing Date: December 20, 2007
Hearing Time: 9:30 a.m.

COMES NOW, Creditors TIMOTHY BURRUS and JOANN ORTIZ-BURRUS (hereinafter interchangeably "Creditor" and "BURRUS"), by and through their attorneys, HARDY LAW GROUP and DEL HARDY, ESQ., and pursuant to Local Rule 3007(b) hereby respond to the FIRST OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO PROOFS OF CLAIM FOR LACK OF DOCUMENTATION WITH CERTIFICATE OF SERVICE as follows:

1

1.     BURRUS filed a Proof of Claim No. 10725-00027 against the above bankruptcy estate on June 14, 2006, in the amount of Fifty Thousand Dollars ($50,000.00);

2.     BURRUS believes that written documentation in support of the proof of claim has already been provided to the objecting party and was already attached to the claim.

3.     Any and all documentation in support of the proof of claim has already been provided and additional documentation will be provided at any evidentiary hearing or trial on the matter. The cover sheets to the Deed of Trust, Promissory Note, Loan Agreement and letter are attached hereto as Exhibit A, which full documents will be provided at hearing;

4.     Some of the confusion here may be because of the fact that this Claimant had multiple loans with Debtor and multiple claims were filed.

Accordingly, the claim of this Creditor should not be denied.

DATED this _11th_ day of December, 2007.

HARDY LAW GROUP

DEL HARDY, ESQ.
Attorney for Plaintiffs
HARDY LAW GROUP
96 & 98 Winter Street
Reno, Nevada 89503
Tel: 775-786-5800
Fax: 775-329-8282
Attorney for Plaintiffs

2

**CERTIFICATE OF SERVICE**

Pursuant to NRCP 5(b), I certify that I am an employee of HARDY & ASSOCIATES, 96 & 98 Winter Street, Reno, Nevada 89503, and that on this date I served the foregoing document(s) on all parties to this action by:

☐ placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage paid, following ordinary business practices.

☐ personal delivery

☑ Electronically

☑ Facsimile (FAX)

☐ Federal Express or other overnight delivery

☐ Messenger Service

☐ Certified Mail with Return Receipt Requested.

addressed as follows:

Susan M. Freeman, Esq.
Rob Charles, Esq.
John Hinderaker
LEWIS & ROCA, LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, Nevada 89169
Fax 702-949-8320

DATED this 11th day of December, 2007

_____
An Employee of Hardy Law Group

# USA Capital

## First Trust Deed Investment

| | |
|---|---|
| **Borrower:** | 3685 San Fernando Road Partners, LP<br>The founders of the borrower, Mr. Devorris and Don Owen have been in the residential property development for over 25 years. Their main place of business is in Arcadia, Glendale, Calabasas, Los Angeles, Inglewood and Palmdale. |
| **Loan Amount:** | $7,650,000 |
| **Rate:** | 12.5% (net) interest paid monthly |
| **Loan to Value:** | Approximately 66% based on sales of comparably situated land in the market, an appraisal is in process. |
| **Term:** | 12 months |
| **Collateral:** | First Trust Deed on approximately 1.58 acres of infill space for a condominium development, referred to as The Algemac, located in Glendale, California. |
| **The Project:** | The Algemac is a transit-oriented development consisting of one four-story, 70-unit residential condo and 7,500 square foot retail development with one level of subterranean parking on a site of approximately 1.58 acres. The property is located in the San Fernando Road Corridor Redevelopment Area, a city initiative focused on stimulating residential and mixed-use development.<br><br>The Glendale Central Transit Center train platform is located 3 blocks away from the site, and the site is conveniently located one half of mile from a new major retail power center with Costco, Best Buy, and Starbucks. In addition, within one mile of the Glendale Galleria with I-5 and Highway 2 less than 1 mile from the site. |

**USA Capital**
**(775) 851-8180**
Licensed by the State of Nevada Division of Mortgage Lending
USA Commercial Mortgage Company 4484 S. Pecos Rd, Las Vegas NV 89121
License #MB 333 7/11/2005
**Oliver Puhr**
Cell (775) 544-8715
Email: opuhr@usacapitalcorp.com
Money invested through a mortgage broker is not guaranteed to earn any interest or return and is not insured. Before investing investors must be provided applicable disclosure.

# USA CAPITAL

4484 S. Pecos Rd.
Las Vegas NV 89121

For questions regarding your statement
please contact us at 1-888-921-8009
or 702-734-2400

Timothy F. Burrus
3880 W Hidden Valley Dr
Reno, NV 89502

### Statement Information

| Page Count | 1 |
|---|---|
| Statement As Of | 02/28/2006 |
| Payment Method | Direct Deposit |

## Payment Summary

Account: Timothy F. Burrus & Joann Ortiz-Burrus, husband & wife, as joint tenants with right of survivorship

| Total Investments | Total Principal | Total Interest Paid | Total Amount Paid |
|---|---|---|---|
| 4 | $ 35,559.60 | $ 1,974.26 *OK* | $ 37,533.86 |

## Transaction Detail

| Transaction Type | From Date | To Date | Beginning Balance | Ending Balance | Amount Paid |
|---|---|---|---|---|---|
| Investment: 3685 San Fernando | | Original Investment: | $ 50,000.00 | IR: 12.50% | YTD Interest: $ 1,562.49 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 486.11 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 486.11 |
| Investment: Cooper Sage | | Original Investment: | $ 100,000.00 | IR: 12.00% | YTD Interest: $ 2,988.14 |
| Interest Payment | 02/01/2006 | 02/27/2006 | $ 100,000.00 | $ 64,440.40 | $ 900.00 |
| Interest Payment | 02/28/2006 | 02/28/2006 | $ 64,440.40 | $ 64,440.40 | $ 21.48 |
| Principal Paydown | 02/28/2006 | 02/28/2006 | $ 100,000.00 | $ 64,440.40 | $ 35,559.60 |
| Totals: | | | $ 100,000.00 | $ 64,440.40 | $ 36,481.08 |
| Investment: Elizabeth May Real | | Original Investment: | $ 50,000.00 | IR: 12.00% | YTD Interest: $ 100.00 |
| Interest Payment | 02/23/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 100.00 |
| Totals: | | | $ 0.00 | $ 50,000.00 | $ 100.00 |
| Investment: Shamrock Tower, LP | | Original Investment: | $ 50,000.00 | IR: 12.00% | YTD Interest: $ 1,500.01 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 466.67 |

## Full Account Summary

Account: Timothy F. Burrus & Joann Ortiz-Burrus, husband & wife, as joint tenants with right of survivorship

| Total Originally Invested | Total Remaining Invested | Total YTD Interest |
|---|---|---|
| $ 250,000.00 | $ 214,440.40 *OK* | $ 7,167.31 *OK* |

For a detailed breakdown of your statement or additional account information, please visit
http://www.tdinvestments.com



USA Commercial Mortgage Company
4484 S. Pecos Road
Las Vegas, NV 89121
(702) 734-2400
NV MBL #333

# FIRST TRUST DEED INVESTMENT

| | |
|---|---|
| **BORROWER** | Elizabeth May Real Estate, LLC. |
| *Background* | Anh Nguyen is the founder and managing member of the borrower. Nguyen has been in the real estate field for 10 years. He was the acquisition officer for a public homebuilder and for PetsMart. In both roles he was responsible for land acquisition and entitlement. |
| *Equity* | The borrowers have $3 million in cash toward the purchase of the property and the entitlement and pre-development process. |
| *Guarantees* | Scott Clay and Anh Nguyen with a combined net worth of $9 million as of December 31, 2005. |
| **LOAN AMOUNT** | $11.25 million |
| **INTEREST RATE:** | 12.0% (net). Interest is paid monthly for the term of the loan. An interest reserve for the term of the loan is included in the loan. |
| **LOAN-TO-VALUE** | Approximately 42% based on an appraisal from CB Richard Ellis dated December 29, 2005. |
| **TERM** | 12 months, with one optional extension of six months, provided the loan is performing and no default has occurred, and subject to approval of USA Capital. |
| **COLLATERAL** | First Deed of Trust on 30.3 acres of undeveloped land planned for residential and commercial development located on the southeast corner of Chandler Boulevard and 50th Street in Phoenix, Arizona. |
| **PROJECT** | The project is planned as a mixed use of Class "A" office campus, retail and residential urban village on about 35 acres of property located along the west side of the I-10 on-ramp at Chandler Boulevard in Phoenix. Situated in a growing residential area know as Ahwatukee-Foothills, this area is the gateway to the city of Phoenix. The residential component will be mid-rise condominiums up to a height of eight stories. |
| **USE OF PROCEEDS** | Our loan will be used to refinance the existing debt and provide certain predevelopment money. |
| **MARKET AREA** | The outlook over the next two to three years is considered to be very favorable for the Phoenix area housing market. Population growth, especially in-migration, is expected to remain favorable and job creation is again emerging as a growth engine. Considering the amount and type of new downtown housing in development, the demand for these types of units is supported. As for retail construction, metropolitan Phoenix is one of the most active markets in the country, driven by demand for space by new retailers and expansion of existing tenants. |

USA Capital is one of the nation's leading real estate lenders with more than $700 million in assets under management. Founded in 1989, USA Capital is a licensed mortgage company that offers qualified investors an opportunity to participate in trust deed investments that are short term, provide returns of 11% to 12.5%, and are secured by real estate.

**USA CAPITAL**

4484 S. Pecos Rd.
Las Vegas NV 89121

For questions regarding your statement
please contact us at 1-888-921-8009
or 702-734-2400

Timothy F. Burrus
3880 W Hidden Valley Dr
Reno, NV 89502

### Statement Information

| Page Count | 1 |
|---|---|
| Statement As Of | 02/28/2006 |
| Payment Method | Direct Deposit |

## Payment Summary

Account: Timothy F. Burrus & Joann Ortiz-Burrus, husband & wife, as joint tenants with right of survivorship

| Total Investments | Total Principal | Total Interest Paid | Total Amount Paid |
|---|---|---|---|
| 4 | $ 35,559.60 | $ 1,974.26 *OK* | $ 37,533.86 |

## Transaction Detail

| Transaction Type | From Date | To Date | Beginning Balance | Ending Balance | Amount Paid |
|---|---|---|---|---|---|
| Investment: 3685 San Fernando | | Original Investment: | $ 50,000.00 | IR: 12.50% | YTD Interest: $ 1,562.49 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 486.11 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 486.11 |
| Investment: Cooper Sage | | Original Investment: | $ 100,000.00 | IR: 12.00% | YTD Interest: $ 2,988.14 |
| Interest Payment | 02/01/2006 | 02/27/2006 | $ 100,000.00 | $ 64,440.40 | $ 900.00 |
| Interest Payment | 02/28/2006 | 02/28/2006 | $ 64,440.40 | $ 64,440.40 | $ 21.48 |
| Principal Paydown | 02/28/2006 | 02/28/2006 | $ 100,000.00 | $ 64,440.40 | $ 35,559.60 |
| Totals: | | | $ 100,000.00 | $ 64,440.40 | $ 36,481.08 |
| Investment: Elizabeth May Real | | Original Investment: | $ 50,000.00 | IR: 12.00% | YTD Interest: $ 100.00 |
| Interest Payment | 02/23/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 100.00 |
| Totals: | | | $ 0.00 | $ 50,000.00 | $ 100.00 |
| Investment: Shamrock Tower, LP | | Original Investment: | $ 50,000.00 | IR: 12.00% | YTD Interest: $ 1,500.01 |
| Interest Payment | 02/01/2006 | 02/28/2006 | $ 50,000.00 | $ 50,000.00 | $ 466.67 |
| Totals: | | | $ 50,000.00 | $ 50,000.00 | $ 466.67 |

> (handwritten arrow pointing to Elizabeth May Real entry)

## Full Account Summary

Account: Timothy F. Burrus & Joann Ortiz-Burrus, husband & wife, as joint tenants with right of survivorship

| Total Originally Invested | Total Remaining Invested | Total YTD Interest |
|---|---|---|
| $ 250,000.00 | $ 214,440.40 *OK* | $ 7,167.31 *OK* |

For a detailed breakdown of your statement or additional account information, please visit
http://www.tdinvestments.com