**LEWIS AND ROCA LLP**
LAWYERS

E-Filed on 12/12/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                   Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**STIPULATION RE WITHDRAWAL OF PROOFS OF CLAIM NOS. 10725-02208; 10725-02209, 10725-02210 FILED BY LARRY AND/OR PATSY RIEGER OR LARRY L. AND PATSY R. RIEGER REVOCABLE TRUST** |

The USACM Liquidating Trust (the "USACM Trust"), by and through its undersigned counsel, and Larry L. and Patsy R. Rieger Revocable Trt Dtd 8/14/91, Larry L. Rieger IRA, and Patsy R. Rieger IRA, ("Rieger"), stipulate:

1. Larry L. and Patsy R. Rieger Revocable Trt Dtd 8/14/91 filed Proof of Claim No. 10725-01739.

1885384.1

LEWIS AND ROCA LLP
LAWYERS

2. Larry L. and Patsy R. Rieger Revocable Trt Dtd 8/14/91 filed Proof of Claim No. 10725-01740.

3. Larry L. Rieger IRA filed Proof of Claim No. 10725-02208.

4. Patsy R. Rieger IRA filed Proof of Claim No. 10725-02209.

5. Larry L. and Patsy R. Rieger Revocable Trt Dtd 8/14/91 filed Proof of Claim No. 10725-02210.

6. On March 20, 2007, the USACM Trust filed its Seventeenth Omnibus Objection to Proofs of Claim filed as Secured [DE 3165] objecting to the secured status of Claim No. 10725-02210 and requesting the claims be reclassified as a general unsecured claim.

7. On March 20, 2007, the USACM Trust filed its Twenty-Sixth Omnibus Objection to Proofs of Claim filed as Secured [DE 3194] objecting to the secured status of Claim Nos. 10725-02208 filed by Larry L. Rieger IRA and to 10725-02209 filed by Patsy R. Rieger, IRA arguing that the proofs of claim are not entitled to secured status and requested that the claims be reclassified as general unsecured claims.

8. On March 23, 2007, the USACM Trust filed it Second Omnibus Objection to Proofs of Claim Asserting Priority Status [DE 3259] objection to the priority status of Claim No. 10725-01739 filed by Larry L. and Patsy R. Rieger Revocable Trust Dtd 8/14/91.

9. The objections [DE 3165, 3194, 3259] were included in the Motion for Summary Judgment Regarding (1) Responses to the USACM Trust's First Through Thirty-Third Omnibus Objection To Claims Asserting a Secured Status (2) Responses to USACM Trust's First Through Third Omnibus Objection to Claims Asserting a Priority Status; and (3) Newly Alleged Secured and Priority Claims [DE 65]. The Riegers did not appear at the hearing held on October 15, 2007.

1885384.1

LEWIS
AND
ROCA
LLP
LAWYERS

10. On October 31, 2007, an Order Sustaining the USACM Liquidating Trust Objection to the Claim of Larry L. Rieger IRA to Claims Asserting Secured Status [DE 5160] was signed by this Court and Claim No. 10725-002208 was reclassified as a general unsecured claim.

11. On October 31, 2007, an Order Sustaining the USACM Liquidating Trust Objection to the Claim of Patsy R. Rieger IRA to Claims Asserting Secured Status [DE 5161] was signed by this Court and Claim No. 10725-002209 was reclassified as a general unsecured claim.

12. On October 31, 2007, an Order Sustaining the USACM Liquidating Trust Objection to the Claim of Larry L. and Patsy R. Rieger Revocable Trust to Claims Asserting Secured Status [DE 5161] was signed by this Court and Claim No. 10725-02210 was reclassified as a general unsecured claim.

13. On November 15, 2007, this Court issued an Order Scheduling Rehearing [DE 5337] on Proofs of Claim Nos. 10725-01739, 10725-02208, 10725-02209 and 10725-02210 filed by Riegers for December 20, 2007 at.10:30 a.m.

14. No objection has been filed to Proof of Claim No. 10725-01740 at this time.

15. The parties stipulate and agree that Proofs of Claim Nos. 10725-02208 filed by Larry L. Rieger, IRA; 10725-02209 filed by Patsy R. Rieger IRA, and 10725-02210 filed by Larry L. & Patsy R. Rieger Revocable Trust Dtd 8/14/91 shall be withdrawn and no further notice shall be given to Riegers on these proofs of claim.

16. The hearing scheduled for December 14, 2007 on Proof of Claim No. 10725-01739 may be vacated because a hearing has been scheduled for December 20, 2007 at 10:30 a.m.

17. The hearing scheduled for December 20, 2007 on Claim Nos. 10725-02208, 10725-02209, and 10725-02210 may be vacated. The hearing will be held as to Claim No. 10725-01739.

1885384.1

LEWIS AND ROCA LLP
LAWYERS

DATED: December 7, 2007.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
*Counsel for USACM Liquidating Trust*

-and-

Larry L. Rieger IRA

Patsy R. Rieger IRA

Larry L. Rieger Trustee of
Larry L. and Patsy R. Rieger Revocable Trust
Dtd 8/14/91

Patsy R. Rieger, Trustee of
Larry L. and Patsy R. Rieger Revocable Trust
Dtd 8/14/91

4

1885384.1