**LEWIS AND ROCA LLP**
**LAWYERS**

E-Filed on 12/13/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | **STATUS AND AGENDA FOR DECEMBER 14, 2007 HEARINGS** |
| USA SECURITIES, LLC, | Date of Hearing: December 14, 2007 |
| Debtors. | Time of Hearing: 9:30 a.m. |

**Affects:**
☒ All Debtors
☐ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

**9:30 a.m.**

1.      Adv. 2-06-01146, USA Commercial Mortgage Company v. Wells Fargo, N.A., Status Conference re: **Amended Complaint *FOR INTERPLEADER with Certificate of Service*** Filed by DAVID W. HUSTON on behalf of USA COMMERCIAL MORTGAGE COMPANY against all defendants (HUSTON, DAVID) [DE 54]

1873505.1

LEWIS AND ROCA LLP LAWYERS

2. **Objection to Claim 1660 of Robert J. Kehl & Ruth Ann Kehl in the amount of $12,841,580.13** filed by JEANETTE E. MCPHERSON on behalf of USA COMMERCIAL MORTGAGE COMPANY [DE 2139]

**No Objection Filed**

| | |
|---|---|
| **Status** | Continued from 1/17/2007; 3/15/2007; 3/27/2007; and 5/31/2007. Counsel have agreed that the hearing should be continued as the Kehl Family continues to attempt to collect their direct loans. Counsel will propose a date convenient to the Court in approximately three months. |

3. **Objection to Claim 784 of BINFORD MEDICAL DEVELOPERS in the amount of** filed by LENARD E. SCHWARTZER on behalf of USA COMMERCIAL MORTGAGE COMPANY [DE 2033]

| | |
|---|---|
| **Opposition Filed:** 12/29/2006 | Opposition with Certificate of Service Filed by SUSAN WILLIAMS SCANN on behalf of BINFORD MEDICAL DEVELOPERS, LLC [DE 2329] |
| **Reply Filed** 1/08/2007 | Reply *In Support of Objection to Claim 784 of BINFORD MEDICAL DEVELOPERS* Filed by LENARD E. SCHWARTZER on behalf of USA COMMERCIAL MORTGAGE COMPANY [DE 2378] |
| **Stipulation Filed:** 10/11/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Binford Medical Developers *Continuing Hearing on Objection to Claim 784 of Binford Medical Developers* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4977] |
| **Related Filing:** 10/12/2007 | Order Approving Stipulation to Continue the Hearing on Objection to Claim 784 of BINDFORD MEDICAL DEVELOPERS LLC [DE 4988] |
| **Status:** | Hearing rescheduled from 1/17/2007; 3/15/2007; 4/26/2007; 6/15/2007; and 10/15. A stipulation to continue the hearing to December 20, 2007 was filed [DE 5474] |

4. **Objection to Claim 792 of Copper Sage Commercial Center LLC in the amount of $3,500,000.00** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3077]

1873505.1

LEWIS AND ROCA LLP LAWYERS

| | | |
|---|---|---|
| **Related Filing:** 3/13/2007 | Declaration Of: Edward M. Burr *in Support of USACM Liquidating Trust Objections to Proofs of Claim and Motions to Classify Claims* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3082]. |
| **Opposition Filed:** 4/19/2007 | Opposition with Certificate of Service Filed by SUSAN WILLIAMS SCANN on behalf of COPPER SAGE COMMERCE CENTER [DE 3502] |
| **Stipulation Filed:** 4/24/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Copper Sage Commercial Center LLC *to Continue Hearing on Objection* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3537] |
| **Related Filing:** 4/24/2007 | Order Approving Stipulation to Continue the Hearing on Objection to Claim 792 of COPPER SAGE COMMERCIAL CENTER LLC [DE 3543] |
| **Stipulation Filed:** 12/10/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Copper Sage Commercial Center LLC *Continuing Hearing on Objection to Claim of Copper Sage Commercial Center LLC (Claim No. 792)* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5460] |
| **Status:** | Hearing rescheduled from 4/26/2007; 6/15/2007. An Order Approving Stipulation to Continue to 2/21/2008 at 9:30 a.m. was entered [DE 5473]. |

5.  **Objection to Claim 203 of Mountain West Mortgage Co./Lerin Hills in the amount of $2,048,000.00** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3078]

| | | |
|---|---|---|
| **Opposition Filed:** | None |
| **Related Filing:** 3/13/2007 | Declaration Of: Edward M. Burr *in Support of USACM Liquidating Trust Objections to Proofs of Claim and Motions to Classify Claims* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3082]. |
| **Stipulation Filed:** 4/18/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Mountain West Mortgage Co./Lerin Hills *Continuing Hearing on Objection to Claim 203 of Mountain West Mortgage Co./Lerin Hills* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3485] |

1873505.1

LEWIS AND ROCA LLP LAWYERS

| | | |
|---|---|---|
| **Related Filing:** 4/23/2007 | Order Approving Stipulation to Continue the Hearing on Objection to Claim 203 of MOUNTAIN WEST MORTGAGE CO./LERIN HILL [DE 3519] | |
| **Reply Filed:** 6/06/2007 | Reply *to Objection of the USACM Liquidating Trust to Proof of Claim File by Lerin Hills LTD (Claim No. 203 & 1279)* Filed by MARJORIE A. GUYMON on behalf of MOUNTAIN WEST MORTGAGE, LLC [DE 3904] | |
| **Stipulation Filed:** 10/11/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Mountain West Mortgage Co./Lerin Hills *Continuing Hearing on Objection to Claim 203 of Mountain West Mortgage Co./Lerin Hills* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4962] | |
| **Status:** | Hearing rescheduled from 4/26/2007; 6/15/2007 and 12/14/07. An Order Approving Stipulation to Continue Hearing to 2/21/2008 was entered [DE 5467]. | |

6. **Objection to Claim 1279 of Lerin Hills Ltd** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3080]

| | |
|---|---|
| **Opposition Filed:** | None |
| **Related Filing:** 3/13/2007 | Declaration Of: Edward M. Burr *in Support of USACM Liquidating Trust Objections to Proofs of Claim and Motions to Classify Claims* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3082]. |
| **Stipulation Filed:** 4/09/2007 | Stipulation By USACM LIQUIDATING TRUST and Between LERIN HILLS LTD *Continuing Hearing On Objection to Claim 1279* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3392] |
| **Related Filing:** 4/09/2007 | Order Approving Stipulation to Continue the Hearing on Objection to Claim 1279 of LERIN HILLS LTD, in the Amount of $1,257,233.40 as an Unsecured Non-Priority Claim and as a Priority Claim of $797,175.62 [DE 3393] |
| **Reply Filed:** 6/06/2007 | Reply *to Objection of the USACM Liquidating Trust to Proof of Claim File by Lerin Hills LTD (Claim No. 203 & 1279)* Filed by MARJORIE A. GUYMON on behalf of MOUNTAIN WEST MORTGAGE, LLC [DE 3904] |

1873505.1

LEWIS AND ROCA LLP
LAWYERS

| | | |
|---|---|---|
| **Stipulation Filed:** 6/11/2007 | Second Stipulation By USACM LIQUIDATING TRUST and Between Lerin Hills Ltd. *Continuing Hearing on Objection to Claim 1279 of Lerin Hills* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3947] | |
| **Related Filing:** 6/12/2007 | Order Approving Second Stipulation to Continue the Hearing on Objection to Claim 1279 of LERIN HILLS LTD. in the Amount of $1,257,233.40 as an Unsecured Non-Priority Claim, and as a Priority Claim of $797,175.62 [DE 3955] | |
| **Stipulation Filed:** 6/25/2007 | Stipulated Motion to Continue/Reschedule Hearing *on Second Omnibus Objection to Claims Asserting Priority Status re Claim 1279 of Lerin Hills* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4050] | |
| 6/26/2007 | Stipulation Setting Hearing on Second Omnibus Objection to Claims Asserting Priority Status Re Claim 1279 of LERIN HILLS [DE 4060] | |
| **Stipulation Filed:** 10/10/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Lerin Hills Ltd. *to Continue Hearing on Objection to Claim 1279 of Lerin Hills* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4959] | |
| **Status:** | An Order Approving Stipulation to Continue Hearing on Objection to Claim No. 1279 to 2/21/2008 was entered [DE 5454]. | |

7. **Adv**. 2-07-01165, USA Capital Diversified Trust Deed Fund v. Margaret B. McGimsey Trust, **Scheduling Conference re: Complaint** [DE 13]

8. **Adv**. 2-06-01247, Robert J. Kehl v. Joseph D. Milanowski, **Scheduling Conference re: Complaint** Filed by Robert J. Kehl, Ruth Ann Kehl, Robert A. Kehl, Christina "Tina" M. Kehl, Krystina L. Kehl, Daniel J. Kehl, Kevin A. Kehl, Susan L. Kehl, Christina M. Kehl, Patrick J. Anglin, Cynthia A. Winter, Kehl Development Corporation, Judy A. Bonnet, Kevin A. McKee, Pamela J. McKee, Warren Hoffman Family Investments, LP, Andrew R. Kehl [DE 2]

| | |
|---|---|
| **No Objection Filed** | |
| **Status** | Continued from 1/17/2007; 3/15/2007; 3/27/2007; and 5/31/2007. Counsel have agreed that the hearing should be continued as to |

1873505.1

Case 06-10725-gwz    Doc 5482    Entered 12/13/07 10:35:50    Page 6 of 9

LEWIS
AND
ROCA
LLP
LAWYERS

Kehl family continues to attempt to collect their direct loans. Counsel will propose a date convenient to the Court in approximately three months.

9. **Eighth Omnibus Objection** *(Pertaining to Claim filed by John Dutkin)* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3147]

| | |
|---|---|
| **Response Filed:** 4/19/2007 | Response with Certificate of Service Filed by GEORGE D FRAME on behalf of JOHN DUTKIN [DE 3512] |
| **Related Filings:** 7/30/2007 | Motion for Summary Judgment Regarding (1) Responses To The USACM Trust's First Through Thirty-Third Omnibus Objections To Claims Asserting A Secured Status; (2) Responses to USACM Trust's First Through Third Omnibus Objections to Claims Asserting A Priority Status; and (3); Newly Alleged Secured And Priority Claims Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4291] |
| **Response Filed:** 8/17/07 | Response with Certificate of Service *& Objection of USA COMMERCIAL MORTGAGE COMPANY to Claim of DUTKIN TRUST Asserting Secured Status* Filed by GEORGE D FRAME on behalf of JOHN DUTKIN [DE 4628] |
| **Status** | Continued from 4/26/2007; and 6/15/2007. An Order Approving the Stipulation to Continue the hearing to December 20, 2007 was entered [DE 5451]. |

10. **Omnibus Objection of the USACM Liquidating Trust to Commission Claims Asserting Priority Status Pertaining to Proofs of Claim Filed By Michael Mollo** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3255]

| | |
|---|---|
| **Objection Filed:** 4/04/2007 | Objection Filed by MICHAEL P. MOLLO [DE 3337] |
| **Status** | Continued from 4/26/2007; 5/31/2007; and 7/27/2007 |

11. **Objection to Claim 819 of SPECTRUM FINANCIAL in the amount of $49,581,000; Claim 821 of ROLLAND P. WEDDELL in the amount of $13,081,000** filed by JEANETTE E. MCPHERSON on behalf of USA COMMERCIAL MORTGAGE COMPANY [DE 2021]

| | | |
|---|---|---|
| | **Response Filed:**<br>1/10/2007 | Response with Certificate of Service Filed by SCOTT D. FLEMING on behalf of SPECTRUM FINANCIAL GROUP [DE 2394] |
| | 1/10/2007 | Response with Certificate of Service Filed by SCOTT D. FLEMING on behalf of ROLLAND P. WEDDELL [DE 2398] |
| | 1/11/2007 | Amended Response with Certificate of Service Filed by SCOTT D. FLEMING on behalf of SPECTRUM FINANCIAL GROUP Modified on 1/12/2007 to add "amended" verbiage [DE 2404] |
| | 1/11/2007 | Amended Response with Certificate of Service Filed by SCOTT D. FLEMING on behalf of ROLLAND P. WEDDELL [DE 2406] |
| | **Stipulation Filed:**<br>1/12/2007 | Stipulation By SPECTRUM FINANCIAL GROUP, ROLLAND P. WEDDELL and Between Debtors *Continuing Hearing from January 17, 2007 to January 31, 2007* Filed by SCOTT D. FLEMING on behalf of SPECTRUM FINANCIAL GROUP, ROLLAND P. WEDDELL [DE 2425] |
| | **Stipulation Filed:**<br>1/17/2007 | Stipulation to Continue Hearing on ROLAND P. WEDDELL and SPECTRUM FINANCIAL GROUP, LLC's Proofs of Claim [DE 2437] |
| | **Stipulation Filed:**<br>2/20/2007 | Stipulation and Order Continuing Hearing on USA COMMERCIAL MORTGAGE COMPANY's Objection to Proof of Claim No. 819 Filed by SPECTRUM FINANCIAL GROUP, LLC and Claim No. 821 Filed by ROLLAND P. WEDDELL. Hearing scheduled 3/1/2007 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg. [DE 2838] |
| | **Stipulation Filed:**<br>3/02/2007 | Stipulation and Order Continuing Hearing on USA COMMERCIAL MORTGAGE COMPANY'S Objection to Proof of Claim No. 819 Filed by SPECTRUM FINANCIAL GROUP, LLC and Claim No. 821 Filed by ROLLAND P WEDDELL [DE 2975] |
| | **Stipulation Filed:**<br>3/26/2007 | Stipulation By USACM LIQUIDATING TRUST and Between SPECTRUM FINANCIAL and ROLLAND P. WEDDELL Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3277] |
| | **Related Filings:**<br>3/26/2007 | Order Approving Stipulation to Continue the Hearing on Objection to Claim 819 of SPECTRUM FINANCIAL in the Amount of $49,581,000; Claim 821 of ROLLAND P. WEDDELL in the Amount of $13,081,000 Modified on 3/26/2007 to Reflect |

1873505.1

| | | |
|---|---|---|
| | | Docket Entry Change - Incorrect Image Attached - See #3281 [DE 3278] |
| | **Related Filings:** 3/26/2007 | Order Approving Stipulation to Continue the Hearing on Objection to Claim 819 of SPECTRUM FINANCIAL in the Amount of $49,581,000; Claim 821 of ROLLAND P. WEDDELL in the Amount of $13,081,000 [DE 3281] |
| | **Stipulation Filed:** 4/24/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Spectrum Financial and Rolland P. Weddell *Continuing Hearing on Objection* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3538] |
| | **Related Filing:** 4/24/2007 | Order Approving Stipulation to Continue the Hearing on Objection to Claim 819 of SPECTRUM FINANCIAL in the Amount of $49,581,000; Claim 821 of ROLLAND P. WEDDELL in the Amount of $13,081.000 [DE 3542] |
| | **Related Filing:** 1/10/2007 | Declaration *of William Schilz in Support of Response* Filed by SCOTT D. FLEMING on behalf of SPECTRUM FINANCIAL GROUP [DE 2396] |
| | 1/11/2007 | Amended Declaration *of William Schilz in Support of Response* Filed by SCOTT D. FLEMING on behalf of SPECTRUM FINANCIAL GROUP [DE 2405] |
| | 1/10/2007 | Declaration *of Rolland P. Weddell in Support of Response* Filed by SCOTT D. FLEMING on behalf of ROLLAND P. WEDDELL [DE 2399] |
| | 1/11/2007 | Amended Declaration *of Rolland P. Weddell in Support of Response* Filed by SCOTT D. FLEMING on behalf of ROLLAND P. WEDDELL [DE 2407] |
| | **Motion to Withdraw Filed:** 8/17/2007 | Motion to Withdraw as Attorney of Record Filed by SCOTT D. FLEMING on behalf of SPECTRUM FINANCIAL GROUP, ROLLAND P. WEDDELL [DE 4567] |
| | **Related Filing:** 10/01/2007 | Order Granting Motion To Withdraw As Counsel for Claimants ROLLAND P. WEDDELL and SPECTRUM FINANCIAL GROUP [DE 4907] |
| | **Status:** | Hearing rescheduled from 1/31/2007; 3/1/2007; 3/27/2007; 6/15/2007; 7/27/2007 and 10/15/2007. A stipulation to continue the hearing to January 24, 2008 was filed [DE 5459] |

1873505.1

LEWIS AND ROCA LLP
LAWYERS

12.  **Motion for Summary Judgment** *Regarding (1) Responses To The USACM Trust's First Through Thirty-Third Omnibus Objections To Claims Asserting A Secured Status; (2) Responses to USACM Trust's First Through Third Omnibus Objections to Claims Asserting A Priority Status; and (3); Newly Alleged Secured And Priority Claims* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4291]

**Related Filings:**   The unresolved claims are dealt with in the individual objections

**Status**

13.  **Objection to Claim 10725-02447-2 amending 10725-02447-1, 10725-02448-2 amending 10725-02448-1 of Wynn & Lorraine J. Gunderson in the amount of $176,135.00, $176,135.00** *Asserting Secured Status* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4262]

| | |
|---|---|
| **Objection Filed:** 4/19/2007 | Objection with Certificate of Service Filed by LORRAINE GUNDERSON, WYNN A. GUNDERSON  [DE 3514] |
| **Status** | Continued from 11/2/2007 and 11/16/2007.  An Order Approving Stipulation to continue the hearing to December 20, 2007 was entered [DE 5452]. |

21.  Adv. 2-06-01212, Binford Medical Developers, LLC v. USA Commercial Mortgage Company, **STATUS HEARING RE: COMPLAINT FILED BY BINFORD MEDICAL DEVELOPERS LLC [DE 75]**

Status:   The parties filed a stipulation to continue the hearing to December 20, 2007 [DE 98]

DATED:  December 13, 2007.

            **LEWIS AND ROCA LLP**

            By:  /s/ Rob Charles (#6593)
              Susan M. Freeman, AZ 4199 (*pro hac vice*)
              Rob Charles, NV 6593
              3993 Howard Hughes Parkway, Suite 600
              Las Vegas, Nevada  89169-5996
              Facsimile (702) 949-8321
              Telephone (702) 949-8320
              Counsel for USACM Liquidating Trust

1873505.1