UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

RECEIVED AND FILED

2007 DEC 13  A 10: 49

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

In re:

USA COMMERCIAL MORTGAGE COMPANY,
USA CAPITAL REALTY ADVISORS, LLC,
USA CAPTIAL DIVERSIFIED TRUST DEED FUND, LLC,
USA CAPITAL FIRST TRUST DEED FUND, LLC,
USA SECURITIES, LLC,

  Debtors.

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under Case No.
BK-S-06-10725-LBR

_____/

**CREDITORS, BARRY J. GOLDSTEIN AND PATRICIA GOLDSTEIN, AND
CAPITAL MORTGAGE INVESTORS, INC.'S RESPONSE IN OPPOSITION TO OBJECTIONS
OF USACM LIQUIDATING TRUST TO PROOFS OF CLAIM**

Creditors, Barry J. Goldstein and Patricia Goldstein ("Goldstein") and Capital Mortgage

Investors, Inc. ("Capital Mortgage"), by and through undersigned counsel, hereby file their

Response in Opposition to the Objections of USACM Liquidating Trust to Proofs of Claim, and

state:

1.  On November 10, 2006, Goldstein filed two proofs of claim:  a claim in an

amount not stated (Claim No. 10725-01167) and a claim in the amount of $14,699.00 (Claim

No. 10725-01165).

2.  On November 10, 2006, Capital Mortgage filed two proofs of claim:  a claim in an

amount not stated (Claim No. 10725-01163) and a claim in the amount of $12,951.80 (Claim

No. 10725-01168).

3.  As set forth in the USACM Liquidating Trust's (the "Trust") Fifth and Sixth

Omnibus Objection to Claims for Lack of Documentation, the Trust objected to each of the four

claims.

4.  With regard to Goldstein and Capital Mortgage's claims in amounts not stated,

Goldstein invested the approximate sum of $600,000.00 and Capital Mortgage the sum of

Jointly Administered Under
Case No. BK-S-06-10725-LBR
Chapter 11

$150,000.00 in various mortgage loan projects of the Debtors that remain in default. Neither

Goldstein nor Capital Mortgage have received any return or repayment on their investment and,

therefore, filed claims in unliquidated amounts with regard to their respective investments. Both

Goldstein and Capital Mortgage remain in the process of obtaining documents evidencing their

respective investments and will furnish same to the Trust immediately upon location and

receipt.

5.   With regard to the liquidated claim amounts, Goldstein and Capital Mortgage

each invested the sum of $50,000.00 in the Debtors' Bay Pompano Beach mortgage loan

transaction. From the principal loan payments remitted to the Debtors by the borrower in the

Bay Pompano Beach transaction, the Debtors used funds invested by Goldstein ($14,699.00)

and Capital Mortgage ($12,951.80) to pay other investors on other defaulted loan projects.

Therefore, these liquidated sums remain due and owing Goldstein and Capital Mortgage under

the Bay Pompano Beach loan transaction.

6.   Attached hereto as Exhibit "A" is Capital Mortgage's Investor History Report,

which evidences the amount of principal paid by the borrower (column B) and the amount paid

to the investor (column C).   The difference ($12,286.78) was the amount diverted by the

Debtors to other investors.  Capital Mortgage and Goldstein remain in the process of obtaining

additional documents evidencing the investment in the Bay Pompano Beach transaction and

will furnish same to the Trust immediately upon location and receipt.

7.   Based upon the above, Goldstein and Capital Mortgage request that the Court

overrule the Trust's objections to claims and allow the unsecured claims as filed.

WHEREFORE, Goldstein and Capital Mortgage respectfully request that this Court

overrule the objection to claims of the USACM Liquidating Trust, and for any further relief as

this Court deems just and proper.

Jointly Administered Under
Case No. BK-S-06-10725-LBR
Chapter 11

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of December, 2007, the foregoing document is being served on Susan M. Freeman, Esq., Rob Charles, Esq., and John C. Hinderaker, Esq., Lewis and Roca LLP, 3993 Howard Hughes Parkway, Suite 600, Las Vegas, NV 89169-5996.

PHILLIPS, CANTOR & BERLOWITZ, P.A.
Attorneys for Goldstein and Capital Mortgage
4000 Hollywood Blvd., Suite 375-South
Hollywood, FL  33021
Tel No. 954-966-1820/Fax No. 954-966-2446
jberlowitz@phillipslawyers.com

BY: _____
JEFFREY S. BERLOWITZ, ESQUIRE
FBN: 863739

# COMPASS FINANCIAL

## Investor History Report

Vesting: Capital Mortgage Investors, Inc., a Florida Corporation

Loan: Bay Pompano Beach
Client ID: 8708
Account ID: 6786
Loan Interest Rate: 13.00%
Current Service Fee: 3.00%

| Date Transaction | A Investment | B Principal Paid by Borrower | C Principal Paid to Investor | D = B - C Principal Owed to Investor | E Interest Earned | F Loan Service Fee Retained by CFP | G Interest Paid by Borrower Net of Service Fee | H = E - F - G Cumulative Amount Due from Borrower, Net of Service Fee | I Interest Paid to Investor (Due from) | J = G - I Cumulative Amount Held for / (Due from) Investor |
|---|---|---|---|---|---|---|---|---|---|---|
| 04/01/2007 -PRIOR MONTH ENDING BALANCES- | $22,942.05 | $27,057.95 | $14,771.98 | | | | | $1,860.39 | $4,536.93 | $0.00 |
| 04/30/2007 Interest and Service Fee (4/1 - 4/30) | $22,942.05 | | | | $7,256.88 | $274.30 | $650.57 | $4,536.93 | $2,077.32 | $4,536.93 | $0.00 |
| TOTALS: | $22,942.05 | $27,057.95 | $14,771.98 | $0.00 | $7,531.17 | $916.92 | $4,538.93 | $2,077.32 | $4,538.93 | $0.00 |

This rate has been adjusted according to your loan servicing agreement.

This statement is provided for informational purposes only and is intended for the sole benefit of the named vested party.

This statement is not intended to represent a loan payoff quote. Compass Financial Partners, LLC ("CFP") reserves the right to update and supplement this statement.

THIS STATEMENT REFLECTS ACTIVITY FROM 4/1/2007 TO 4/30/2007

EXHIBIT "A"