**Entered on Docket**
**December 13, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

## LEWIS AND ROCA LLP

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br><br>Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC<br><br>Hearing date: December 20, 2007<br>Time: 9:30 a.m. |

1885499.1

## STIPULATED ORDER APPROVING WITHDRAWAL OF PROOFS OF CLAIM FILED BY LARRY L. AND/OR PATSY R. RIEGER, LARRY L. AND PATSY R. RIEGER REVOCABLE TRUST

The Stipulation to withdraw the proofs of claim filed by the Larry L. and or Patsy R. Rieger, Larry L. and Patsy R. Rieger Revocable Trust , [DE 5477] came before the Court for consideration. No notice being necessary and good cause appearing, it is

ORDERED:

- Approving the Stipulation;
- Proofs of Claim Nos.10725-02208 filed by Larry L. Rieger, IRA; 10725-02209 filed by Patsy R. Rieger IRA,; and 10725-02210 filed by Larry L. & Patsy R. Rieger Revocable Trust Dtd 8/14/91shall be withdrawn and no further notice shall be given to Riegers on these proofs of claim.
- The hearing scheduled for December 14, 2007 on Proof of Claim No. 10725-01739 is vacated .
- The hearing scheduled for December 20, 2007 on Claim Nos. 10725-02208, 10725-02209, and 10725-02210 is vacated, but will be held as to Claim No.10725-01739.

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By:   /s/ RC (#0006593)
Susan M. Freeman
Rob Charles
*Attorneys for USACM Liquidating Trust*

APPROVED/DISAPPROVED

_____
Larry D. Rieger

_____
Patsy R. Rieger

_____
Larry L. Rieger, Trustee of the Larry L. and Patsy R. Rieger Revocable Trust

_____
Patsy R. Rieger, Trustee of the Larry L. and Patsy R. Rieger Revocable Trust

3

1885499.1