1  Marc A. Levinson (California Bar No. 57613)      Robert Kinas (Nevada Bar No. 6019)
2  Jeffery D. Hermann (California Bar No. 90445)    Claire Y. Dossier (Nevada Bar No. 10030)
   ORRICK, HERRINGTON & SUTCLIFFE LLP               SNELL & WILMER LLP
3  400 Capitol Mall, Suite 3000                     3883 Howard Hughes Parkway, Suite 1100
   Sacramento, CA  95814-4497                       Las Vegas, NV  89169
4  Telephone:  (916) 447-9200                       Telephone:  (702) 784-5200
   Facsimile:  (916) 329-4900                       Facsimile:  (702) 784-5252
5  Email:  malevinson@orrick.com                    Email: rkinas@swlaw.com
          jhermann@orrick.com                              cdossier@swlaw.com

6  *Attorneys for USA Capital*
7  *Diversified Trust Deed Fund, LLC*

8                    **UNITED STATES BANKRUPTCY COURT**

9                           **DISTRICT OF NEVADA**

10  In re:                                          Case No. BK-S-06-10725 LBR
11  USA COMMERCIAL MORTGAGE COMPANY,                Case No. BK-S-06-10726 LBR
                                      Debtor.       Case No. BK-S-06-10727 LBR
12  In re:                                          Case No. BK-S-06-10728 LBR
    USA CAPITAL REALTY ADVISORS, LLC,               Case No. BK-S-06-10729 LBR
13                                    Debtor.
14  In re:                                          Chapter 11
    USA CAPITAL DIVERSIFIED TRUST DEED
15  FUND, LLC,                                      Jointly Administered Under
                                      Debtor.       Case No. BK-S-06-10725-LBR
16  In re:
    USA CAPITAL FIRST TRUST DEED FUND, LLC,         **NOTICE OF ENTRY OF ORDER**
17                                    Debtor.        **GRANTING MOTION**
                                                    **TO ESTABLISH DISPUTED**
18  In re:                                          **CLAIM RESERVE WITH**
    USA SECURITIES, LLC,                            **CERTIFICATE OF SERVICE**
                                      Debtor.
19
20  Affects:                                        Hearing Date:  December 5, 2007
    ☐  All Debtors                                  Hearing Time:  9:30 a.m.
21  ☐  USA Commercial Mortgage Company
    ☐  USA Securities, LLC
22  ☐  USA Capital Realty Advisors, LLC
    ☒  USA Capital Diversified Trust Deed Fund, LLC
23  ☐  USA First Trust Deed Fund, LLC

24  / / /
25  / / /
26  / / /
27  / / /
28

161755.1

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

1    Please take notice that an Order Granting Motion to Establish Disputed Claim Reserve

2    [Docket No. 5466] was entered in the above-referenced action on the 11th day of December,

3    2007. A copy of said order is attached hereto as Exhibit A.

4    Dated this **14th** day of December, 2007.

5

6                                        SNELL & WILMER LLP

7                                        By: _____

8                                        Robert Kinas (Nevada Bar No. 6019)
                                         Claire Y. Dossier (Nevada Bar No. 10030)
9                                        3883 Howard Hughes Parkway, Suite 1100
                                         Las Vegas, NV 89169
                                         Telephone: (702) 784-5200

10

11                                       Marc A. Levinson (California Bar No. 57613)
                                         Jeffery D. Hermann (California Bar No. 904445)
12                                       ORRICK, HERRINGTON & SUTCLIFFE LLP
                                         400 Capital Mall, Suite 3000
13                                       Sacramento, CA 95814-4497

14                                       *Attorneys for USA Capital Diversified Trust Deed Fund,*
                                         *LLC*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

161755.1

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

1

**CERTIFICATE OF SERVICE**

2

3

On December 14, 2007, I served the **NOTICE OF ENTRY OF ORDER GRANTING MOTION TO ESTABLISH DISPUTED CLAIM RESERVE WITH CERTIFICATE OF SERVICE** for Snell & Wilmer L.L.P. and Orrick, Herrington & Sutcliffe LLP, attorneys for USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, in the above matter via the following means to the persons as listed below:

4

5

6

7

**VIA ECF SYSTEM**:

8

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

9

FRANKLIN C. ADAMS     franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

10

NANCY L ALLF    nallf@parsonsbehle.com, karen_lawrence@gshllp.com

11

NANCY L ALLF    nancy_allf@gshllp.com, karen_lawrence@gshllp.com

12

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

13

PETER C. BERNHARD    peter.bernhard@bullivant.com, michelle.diegel@bullivant.com

14

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com; jmiller@bmcgroup.com; mjohn@bmcgroup.com

15

16

GEORGANNE W. BRADLEY    georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

17

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

18

THOMAS R. BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

19

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com; lmackson@shutts-law.com

20

LOUIS M. BUBALA    lbubala@jonesvargas.com, tbw@jonesvargas.com; aanthony@jonesvargas.com

21

22

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com; jrammos@callister-reynolds.com

23

24

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com; bankruptcyfilings@sheacarlyon.com; manthony@sheacarlyon.com

25

MICHAEL W. CARMEL    michael@mcarmellaw.com, nancy@mcarmellaw.com; ritkin@steptoe.com

26

27

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

28

MICHAEL W. CHEN    yvette@ccfirm.com

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

161755.1

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702) 784-5200

1

2
KEVIN B. CHRISTENSEN    kbchrislaw@aol.com

3
JANET L. CHUBB    tbw@jonesvargas.com

4
DAVID A. COLVIN    kjohnson@marquisaurbach.com, dcolvin@marquisaurbach.com;
kgallegos@MarquisAurbach.com

5
WILLIAM D COPE    cope_guerra@yahoo.com

6
LAUREL E. DAVIS    ldavis@fclaw.com, mhurtado@fclaw.com

7
THOMAS W. DAVIS    twd@h2law.com, emarchetti-harris@howardandhoward.com

8
DEBT ACQUISITION COMPANY OF AMERICA V, LLC (aw)    awhatnall@daca4.com

9
J CRAIG DEMETRAS    JCD@demetras-oneill.com, jar@demetras-oneill.com;
mdh@demetras-oneill.com

10

11
RICHARD I. DREITZER    rdreitzer@yahoo.com

12
THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM;
bknotices@gordonsilver.com

13
SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com

14
GREGORY E GARMAN    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

15
DOUGLAS D. GERRARD    DGERRARD@GERRARD-COX.COM, ekaymedellin@gerrard-cox.com

16

17
WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com

18
CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov
Mary.Booker@usdoj.gov

19
GERALD M GORDON    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

20
R. VAUGHN GOURLEY    vgourley@lvcm.com

21
TALITHA B. GRAY    bankruptcynotices@gordonsilver.com; bknotices@gordonsilver.com

22
JAMES D. GREENE    bknotice@bhfs.com

23
MARK H. GUNDERSON    kweaver@gundersonlaw.com

24
MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com;
angelenal@goldguylaw.com

25
PETER W. GUYON    pguyon@yahoo.com

26
JEFFREY R. HALL    jhall@sheacarlyon.com, jusam@hutchlegal.com;
mconnot@hutchlegal.com

27

28
XANNA R. HARDMAN    xanna.hardman@gmail.com

161755.1

STEPHEN R HARRIS    noticesbh&p@renolaw.biz

JEFFREY L HARTMAN    notices@bankruptcyreno.com, dle@bankruptcyreno.com

BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

RICHARD F. HOLLEY    rholley@nevadafirm.com, paltstatt@nevadafirm.com;
vnelson@nevadafirm.com; sliberio@nevadafirm.com; bkecf@nevadafirm.com

RANDOLPH L. HOWARD    rhoward@klnevada.com, ckishi@klnevada.com;
bankruptcy@klnevada.com

DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net

JASON A. IMES    bkfilings@s-mlaw.com

ROBBIN L. ITKIN    ritkin@steptoe.com, sgottlieb@steptoe.com; skopman@steptoe.com;
keckert@steptoe.com; jgoldman@steptoe.com; kpiper@steptoe.com

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES    ejameslv@embarqmail.com, kbchrislaw@aol.com

ANNETTE W JARVIS    ajarvis@rqn.com

ERIN E. JONES    ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com

TY E. KEHOE    TyKehoeLaw@aol.com

ROBERT R. KINAS    rkinas@swlaw.com, jmcbee@swlaw.com; jmath@swlaw.com;
mfull@swlaw.com; cdossier@swlaw.com; lvdocket@mindspring.com

DEAN T. KIRBY    dkirby@kirbymac.com, jhebert@kirbymac.com; lackerman@kirbymac.com

ZACHARIAH LARSON    ecf@lslawnv.com, susans@lslawnv.com

JOHN J. LAXAGUE    jlaxague@caneclark.com

GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;
bankruptcy@klnevada.com

ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net

SSTEPHEN T LODEN    sloden@diamondmccarthy.com

TYSON M. LOMAZOW    tlomazow@milbank.com

ANNE M. LORADITCH    ecffilings@LRLaw.com, aloraditch@LRLaw.com;
pkois@LRLaw.com

ERIC D MADDEN    emadden@diamondmccarthy.com, jsickels@diamondmccarthy.com

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

161755.1

1    PATRICIA A. MARR    lvlaw03@yahoo.com

2    JAMES C. MCCARROLL    dturetsky@reedsmith.com; aleonard@reedsmith.com

3    REGINA M. MCCONNELL    rmcconnell@kssattorneys.com

4    WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

5    RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;
     cburke@lawlasvegas.com

6
     JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com; info@s-mlaw.com
7
     BRECK E. MILDE    bmilde@terra-law.com
8
     SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;
9    ltreadway@sheacarlyon.com; mleavitt@sheacarlyon.com; manthony@sheacarlyon.com

10   DAVID MINCIN    mcknightlaw@cox.net, gkopang@lawlasvegas.com;
     dmincin@lawlasvegas.com, cburke@lawlasvegas.com
11
     JOHN F MURTHA    jmurtha@woodburnandwedge.com
12
     ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com; erin@rlbolick.com
13
     JOHN F. O'REILLY    jor@oreillylawgroup.com, tor@oreillylawgroup.com;
14   bc@oreillylawgroup.com; mg@oreillylawgroup.com; lc@oreillylawgroup.com

15   TIMOTHY R. O'REILLY    tor@oreillylawgroup.com, jor@oreillylawgroup.com;
     bc@oreillylawgroup.com; mg@oreillylawgroup.com; lc@oreillylawgroup.com
16
     BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;
17   dgriffis@beckleylaw.com

18   DONNA M. OSBORN    ksavage@marquisaurbach.com, dosborn@marquisaurbach.com;
     kgallegos@MarquisAurbach.com
19
     CHRISTINE M PAJAK    cpajak@stutman.com, ekarasik@stutman.com
20
     ANDREW M. PARLEN    aparlen@stutman.com
21
     DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com
22
     PAUL C RAY    info@johnpeterlee.com
23
     THOMAS RICE    trice@coxsmith.com, ggattis@coxsmith.com; jbrown@coxsmith.com;
24   aseifert@coxsmith.com; dwilliamson@coxsmith.com

25   GORDON C. RICHARDS    GCR@ClarkandRichards.com, ALM@ClarkandRichards.com

26   CHRISTINE A ROBERTS    bankruptcy@rocgd.com

27   STACY M. ROCHELEAU    stacy@arlawgroup.com, wendy@arlawgroup.com

28   SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

161755.1

1

2
LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

3
BRIAN D. SHAPIRO    ecf@brianshapirolaw.com, tiffany@brianshapirolaw.com; brianshapiroesq@yahoo.com; bshapiro@brianshapirolaw.com

4
JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com; jshea@sheacarlyon.com; manthony@sheacarlyon.com

5

6
SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com; ltreadway@sheacarlyon.com; rmsmith@sheacarlyon.com; mleavitt@sheacarlyon.com; manthony@sheacarlyon.com

7

8
AMBRISH S. SIDHU    ecfnotices@sidhulawfirm.com

9
JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

10
ALAN R SMITH    mail@asmithlaw.com, turk@asmithlaw.com; marsh@asmithlaw.com; darby@asmithlaw.com

11
ADAM M. STARR    starra@gtlaw.com

12
DAVID A. STEPHENS    dstephens@lvcm.com

13
PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

14
ERIC W. SWANIS    swanise@gtlaw.com, barberc@gtlaw.com; lengemannc@gtlaw.com; boodtb@gtlaw.com; dittrichr@gtlaw.com; driverv@gtlaw.com

15

16
JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com

17
KAARAN E. THOMAS    kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

ROLLIN G. THORLEY    rollin.g.thorley@irscounsel.treas.gov

18

19
U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

20
ERIC VAN    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

21
GREGORY J. WALCH    GWalch@Nevadafirm.com

22
RUSSELL S. WALKER    rwalker@wklawpc.com, eloveridge@wklawpc.com; ckirk@wklawpc.com; tgrover@wklawpc.com

23
WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

24
GREGORY L. WILDE    bk@wildelaw.com

25
RYAN J. WORKS    rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com; dsampson@mcdonaldcarano.com; aguenther@mcdonaldcarano.com; hvenglik@mcdonaldcarano.com

26

27
MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

28
/ / /

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

161755.1

1

**VIA FACSIMILE and U.S. MAIL (postage fully prepaid)**:

2

William L. McGimsey, Esq.
516 South 6th Street, Suite 300
3
Las Vegas, NV 89101
Fax: (702) 384-4329
4
*Attorney for MARGARET B. McGIMSEY TRUST, BRUCE McGIMSEY,*
*JERRY McGIMSEY, SHARON McGIMSEY, and JOHNNY CLARK*
5

Douglas Gerrard, Esq.
6
2450 St. Rose Parkway
Henderson, NV 89074
7
Fax: (702) 796-4848
*Attorney for SALVATORE J. REALE*
8

9

I declare under penalty of perjury that the foregoing is true and correct.
10

11
Dated this 14th day of December, 2007.
12

13

14
Jill Math
15

16

17

18

19

20

21

22

23

24

25

26

27

28

161755.1

- 8 -

# EXHIBIT A

# EXHIBIT A

Case: 06-10725-lbr    Doc #: 5466    Filed: 12/11/2007    Page: 1 of 3



1
2       **Entered on Docket**
3       **December 11, 2007**                        ⎧‾‾⎫  /3ᵢ
4                                                   _____
                                                    Hon. Linda B. Riegle
                                                    **United States Bankruptcy Judge**
5

6   Marc A. Levinson (California Bar No. 57613)      Robert Kinas (Nevada Bar No. 6019)
    Jeffery D. Hermann (California Bar No. 90445)    Claire Dossier (Nevada Bar No. 10030)
7   ORRICK, HERRINGTON & SUTCLIFFE LLP              SNELL & WILMER LLP
    400 Capitol Mall, Suite 3000                    3883 Howard Hughes Parkway, Suite 1100
8   Sacramento, California 95814-4497               Las Vegas, Nevada 89169
    Telephone:    (916) 447-9200                    Telephone:    (702) 784-5200
9   Facsimile:    (916) 329-4900                    Fax:          (702) 784-5252
    Email:        malevinson@orrick.com            Email:        rkinas@swlaw.com
10                jhermann@orrick.com                             cdossier@swlaw.com

11

12  *ATTORNEYS FOR USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC*

13                      **UNITED STATES BANKRUPTCY COURT**

14                            **DISTRICT OF NEVADA**

15  In re:                                          Case No. BK-S-06-10725 LBR
16  USA COMMERCIAL MORTGAGE COMPANY,                Case No. BK-S-06-10726 LBR
                                      Debtor.       Case No. BK-S-06-10727 LBR
17  In re:                                          Case No. BK-S-06-10728 LBR
    USA CAPITAL REALTY ADVISORS, LLC,               Case No. BK-S-06-10729 LBR
18                                    Debtor.
19  In re:                                          Chapter 11
    USA CAPITAL DIVERSIFIED TRUST DEED
20  FUND, LLC,                                      Jointly Administered Under
                                      Debtor.       Case No. BK-S-06-10725-LBR
21  In re:
    USA CAPITAL FIRST TRUST DEED FUND, LLC,         **ORDER GRANTING MOTION**
22                                    Debtor.       **TO ESTABLISH DISPUTED**
    In re:                                          **CLAIM RESERVE**
23  USA SECURITIES, LLC,
                                      Debtor.
24  Affects:
25     ☐  All Debtors                               Hearing Date:  December 5, 2007
       ☐  USA Commercial Mortgage Company
26     ☐  USA Securities, LLC                       Hearing Time:  9:30 a.m.
       ☐  USA Capital Realty Advisors, LLC
27     ☒  USA Capital Diversified Trust Deed Fund, LLC
       ☐  USA First Trust Deed Fund, LLC
28

    160574.3

1        The  Court having considered the <u>Motion to Establish Disputed Claim Reserve</u> [Docket

2  No. 5250] (the "Diversified Motion") filed by USA Capital Diversified Trust Deed Fund, LLC

3  ("Diversified"), the <u>Response and Objection to Motion to Establish Disputed Claim Reserve</u>

4  [Docket No. 5381] filed by the Margaret B. McGimsey Trust, Bruce McGimsey, Jerry

5  McGimsey, Sharon McGimsey, and Johnny Clark, <u>Reale's Opposition to DTDF's Motion to</u>

6  <u>Establish Disputed Claim Reserve</u> [Docket No. 5386] filed by Salvatore J. Reale, and the <u>Reply</u>

7  <u>to Salvatore J. Reale's Opposition to Motion to Establish Disputed Claim Reserve</u> [Docket No.

8  5412] filed by Diversified, the Diversified Motion having came on for hearing on December 5,

9  2007 at 9:30 a.m., Diversified having appeared through its counsel Jeffery Hermann, Esq. and

10  Marc Levinson, Esq. of Orrick, Herrington & Sutcliffe LLP, and Mr. Reale having appeared

11  through his counsel, Michael Newman, Esq., of Gerrard, Cox, & Larsen, and good cause

12  appearing; [1]

13        For the reasons set forth in the Diversified Motion and based upon the findings and

14  conclusions placed upon the record by the Court at the conclusion of the hearing on the

15  Diversified Motion, which such findings and conclusions are incorporated herein, and good and

16  sufficient cause appearing therefore;

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27

28

[1] Terms not otherwise defined herein shall be as defined in the Diversified Motion.

160574.3

- 2 -

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

1    IT IS HEREBY ORDERED that pursuant to the Reserve Procedure set forth in the Plan

2    and pursuant to Bankruptcy Code §502(c), no reserve is required for either the Reale Proof of

3    Claim or the McGimsey Proof of Claim, thus permitting the $3 million distribution to Diversified

4    members described in the Diversified Motion to go forward.

5    Dated this ___7th___ day of December, 2007.

6

7    ___ The court has waived the requirement of approval under LR 9021.

8    ___ No parties appeared or filed written objections, and there is no trustee appointed in the case.

9    ___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any
10   unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and
     each has approved or disapproved the order, or failed to respond, as indicated below:
11

12   APPROVED / DISAPPROVED:

13   GERRARD COX & LARSEN

14   By:

15   Douglas D. Gerrard, Esq.
     Sheldon A. Herbert, Esq.
16   Michael J. Newman, Esq.
     2450 St. Rose Parkway, Ste. 200
17   Henderson, NV 89074
     *Attorneys for Salvatore J. Reale*

18   Respectfully submitted,

19   SNELL & WILMER L.L.P.

20
     By
21   Robert Kinas (Nevada Bar No. 6019)
     Claire Y. Dossier (Nevada Bar No. 10030)
22   3883 Howard Hughes Parkway, Suite 1100
     Las Vegas, NV 89169
23               and
     Marc A. Levinson (California Bar No. 57613)
24   Jeffery D. Hermann (California Bar No. 90445)
     ORRICK, HERRINGTON & SUTCLIFFE LLP
25   400 Capital Mall, Suite 3000
     Sacramento, CA 95814-4497
26
     *Attorneys for USA Capital Diversified Trust*
27   *Deed Fund, LLC*

28

     160574.3

                    - 3 -

Snell & Wilmer
———— L.L.P. ————
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200