**LEWIS** AND
**ROCA** LLP
LAWYERS

E-Filed on 12/14/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED FUND, LLC,

USA SECURITIES, LLC,
                    Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under Case No. BK-S-06-10725 LBR

**STIPULATION EXTENDING DEADLINE TO JOIN ADDITIONAL PARTIES AND TO AMEND PLEADINGS**

USACM Liquidating Trust (the "USACM Trust"), by and through its counsel, Lewis and Roca LLP, and Los Valles Land & Golf LLC ("Los Valles"), by and through its counsel, Akin Gump Strauss Hauer & Feld LLP, hereby stipulate:

1

231218.1

**LEWIS AND ROCA LLP**
LAWYERS

1. The Amended Standard Discovery Plan filed by the parties on November 15, 2007 [DE 5336] and approved by the Court in its Order Re: Pre-Trial Matters; Trial; and Settlement Conference on the Objection to Claim 1366 of Los Valles Land & Golf, LLC [DE 5383] sets a deadline of December 15, 2007 to seek leave to join additional parties and to amend the pleadings.

2. Counsel for the USACM Trust asks that the deadline be continued to December 21, 2007, to accommodate a medical issue that has arisen for counsel. Los Valles is agreeable to this request.

3. The parties agree to extend the deadline to seek leave to join additional parties and to amend the pleadings to December 21, 2007.

4. The parties submit a stipulated order for the Court's convenience.

DATED: December 14, 2007.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
    Susan M. Freeman, AZ 4199 (*pro hac vice*)
    Rob Charles, NV 6593
    John Hinderaker, AZ 18024 *(pro hac vice)*
*Counsel for USACM Liquidating Trust*

-and-

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By: /s/ Bruce Jacobs
    Bruce Jacobs
    2029 Century Park East, Suite 2400
    Los Angeles, California
    Tel: 310-229-10007
    Email: bjacobs@akingump.com
*Attorneys for Los Valles Land & Golf LLC.*