# EXHIBIT A

**LEWIS AND ROCA**
—LLP—
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

Susan M. Freeman, AZ State Bar No. 004199 (Pro Hac Vice)
E-mail: sfreeman@lrlaw.com
Rob Charles, NV State Bar No. 006593
E-mail: rcharles@lrlaw.com
John Hinderaker, AZ State Bar No. 018024 (Pro Hac Vice)
E-mail: jhindera@lrlaw.com

Attorneys for the USACM Liquidating Trust

E-Filed on 12/17/07

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA Commercial Mortgage Company, | Case No. BK-S-06-10726-LBR |
| | Case No. BK-S-06-10727-LBR |
| USA Capital Realty Advisors, LLC, | Case No. BK-S-06-10728-LBR |
| | Case No. BK-S-06-10729-LBR |
| USA Capital Diversified Trust Deed Fund, LLC, | CHAPTER 11 |
| USA Capital First Trust Deed Fund, LLC, | Jointly Administered Under Case No. BK-S-06-10725-LBR |
| USA Securities, LLC, | **DECLARATION OF GEOFFREY L. BERMAN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT TO CLASSIFY CLAIM BY PECOS PROFESSIONAL PARK LIMITED PARTNERSHIP IN PLAN CLASS A-7** |
| Debtors. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

Geoffrey L. Berman declares under penalty of perjury:

I am an adult person competent to testify in court.

1.  I make this declaration based upon my personal knowledge, and upon the records USA Commercial Mortgage Company.

2.  I am the Trustee of the USACM Liquidating Trust ("USACM Trust"), which is an entity created by the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization ("Plan"), in the jointly-administered bankruptcy cases, *In re USA*

1  *Commercial Mortgage Company*, BK-S-06-10725-LBR, pending in the United States
2  Bankruptcy Court for the District of Nevada.
3     3.    As Trustee, I am the custodian of records of the USACM Trust, as well as of
4  the records of USACM turned over to the USACM Trust pursuant to the confirmed Plan.
5     4.    Since I was selected as the Trustee, subject to entry of the confirmation
6  order, I have spent significant time familiarizing myself with the books, records, assets and
7  liabilities of USA Commercial Mortgage Company.
8     5.    According to those books and records, Institutional Equity Partners, LLC is
9  the 49% limited partner of Pecos Professional Park Limited Partnership. Institutional
10 Equity Partners, LLC is owned by Joseph D. Milanowski (33.33%), the Thomas A.
11 Hantges Separate Trust UAD 12-24-97 (33.33%) and Jamie Linn Hantges Separate
12 Property Trust UAD 6-12-97 (33.33%).
13    6.    Joseph Milanowski and Thomas Hantges were the principal owners and
14 officers of USA Commercial Mortgage at the time it filed for bankruptcy in April 2006.

I declare under penalty of perjury that the foregoing is true and correct.

Executed Monday, December 17, 2007 at Los Angeles, California.

s/ Geoffrey L. Berman
Geoffrey L. Berman, Trustee
USACM Liquidating Trust
gberman@dsi.biz
c/o Development Specialists, Inc.
333 South Grand Avenue, Suite 4070
Los Angeles, CA 90071-1544

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

231411.1