ELECTRONICALLY FILED
December 18, 2007

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
CHRISTINE M. PAJAK
(CA State Bar No. 217173)
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email:  fmerola@stutman.com
        ekarasik@stutman.com
        cpajak@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email:  jshea@sheacarlyon.com
        ccarlyon@sheacarlyon.com
        ssherman@sheacarlyon.com

Counsel for the Official Committee Of Equity Security
Holders Of USA Capital First Trust Deed Fund, LLC

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☒ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☐ USA First Trust Deed Fund, LLC | Date:  N/A<br>Time:  N/A |

### REQUEST FOR WITHDRAWAL OF STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION FROM SERVICE LISTS

467467v1

Case 06-10725-gwz    Doc 5494    Entered 12/18/07 09:15:58    Page 2 of 2

**PLEASE TAKE NOTICE**, that Stutman, Treister & Glatt Professional Corporation ("Stutman") hereby requests that its name be withdrawn from any and all service lists in connection with the above-referenced cases.

Respectfully submitted:

Dated: December 18, 2007

/s/ *Christine M. Pajak*
Frank A. Merola, Esq.
Eve H. Karasik, Esq.
Christine M. Pajak, Esq.
Stutman, Treister & Glatt, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

and

Candace C. Carlyon, Esq.
Shlomo Sherman, Esq.
Shea & Carlyon, Ltd.
228 S. Fourth Street, First Floor
Las Vegas, NV 89101

Counsel to the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC

467467v1

2