**LEWIS** AND
**ROCA** LLP
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 12/19/07

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>    Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF AMENDED ORDER SUSTAINING TWENTIETH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS ASSERTING SECURED STATUS EXCEPT PROOF OF CLAIM NOS. 10725-01590, 01595 AND 01599 FILED BY THE MAYO FAMILY TRUST; AND10725-01591, 01592, 01593 AND 01594 FILED BY MONROE MAYO AND PROOF OF CLAIM NOS. 10725-00444 AND 10725-00445 FILED BY BOBBIE MARRS (Amended as to adding inadvertently omitted claimant, Marlin McAllister, to Exhibit A)** |

**PLEASE TAKE NOTICE** that an Amended Order Sustaining Twentieth Omnibus Objection of the USACM Liquidating Trust to Claims Asserting Secured Status Except Proof of Claim Nos. 0725-01590, 01595 and 01599 Filed by the Mayo Family Trust; and 10725-01591, 01592, 01593 and 01594 Filed by Monroe Mayo and Proof of Claim Nos.

1888538.1

**LEWIS AND ROCA LLP**
LAWYERS

10725-00444 and 10725-00445 Filed by Bobbie Marrs (Amended as to adding inadvertently omitted claimant, Marlin McAllister, to Exhibit A) [DE 5450] was entered on the 10th day of December 2007, a true and correct copy of which is attached hereto as Exhibit 1.

RESPECTFULLY SUBMITTED December 19, 2007.

**LEWIS AND ROCA LLP**

By  /s/ RC (#006593)
    Susan M. Freeman
    Rob Charles
    *Attorneys for USACM Liquidating Trust*

PROOF OF SERVICE

Copy of the foregoing mailed by First Class, US Mail, postage prepaid, on December 19, 2007 to the following interested party:

Marlin McMallister
2670 Marvin Trail
Redding, CA 96001


 /s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca

1888538.1