# EXHIBIT A

1688943.1



**Entered on Docket
December 13, 2007**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC<br><br>Hearing date: December 20, 2007<br>Time: 9:30 a.m. |

1885499.1

**STIPULATED ORDER APPROVING WITHDRAWAL OF PROOFS OF CLAIM FILED BY LARRY L. AND/OR PATSY R. RIEGER, LARRY L. AND PATSY R. RIEGER REVOCABLE TRUST**

The Stipulation to withdraw the proofs of claim filed by the Larry L. and or Patsy R. Rieger, Larry L. and Patsy R. Rieger Revocable Trust , [DE 5477] came before the Court for consideration. No notice being necessary and good cause appearing, it is

ORDERED:

- Approving the Stipulation;
- Proofs of Claim Nos.10725-02208 filed by Larry L. Rieger, IRA; 10725-02209 filed by Patsy R. Rieger IRA,; and 10725-02210 filed by Larry L. & Patsy R. Rieger Revocable Trust Dtd 8/14/91shall be withdrawn and no further notice shall be given to Riegers on these proofs of claim.
- The hearing scheduled for December 14, 2007 on Proof of Claim No. 10725-01739 is vacated .
- The hearing scheduled for December 20, 2007 on Claim Nos. 10725-02208, 10725-02209, and 10725-02210 is vacated, but will be held as to Claim No.10725-01739.

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**


By: /s/ RC (#0006593)
Susan M. Freeman
Rob Charles
*Attorneys for USACM Liquidating Trust*

1885499.1

APPROVED/DISAPPROVED

_____
Larry D. Rieger

_____
Patsy R. Rieger

_____
Larry L. Rieger, Trustee of the Larry L. and
Patsy R. Rieger Revocable Trust

_____
Patsy R. Rieger, Trustee of the Larry L. and
Patsy R. Rieger Revocable Trust

1885499.1