Peter C. Bernhard, NV Bar No. 734
Georganne W. Bradley, NV Bar No. 1105
Timothy J. Geswein, NV Bar No. 10049
BULLIVANT HOUSER BAILEY PC
3883 Howard Hughes Parkway, Suite 550
Las Vegas, Nevada 89169
Telephone No.     (702) 650-3600
Facsimile No.     (702) 650-2995
E-Mail: peter.bernhard@bullivant.com
E-Mail: georganne.Bradley@bullivant.com
E-Mail: tim.geswein@bullivant.com

Robert Jay Moore
MILBANK TWEED HADLEY & McCLOY, LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, CA 90035
Telephone: (213) 892-4000
Facsimile: (213) 629-5063

*Counsel for Compass Financial Partners LLC*

E-Filed On: December 19, 2007

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                      Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                      Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                      Debtor. | Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br>**Adversary No. 06-1212 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                      Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                                                      Debtor. | **NOTICE OF ENTRY OF ORDER SHORTENING TIME TO HEAR MOTION TO APPROVE SETTLEMENT AND COMPROMISE OF CLAIM AND NOTICE THEREOF and CERTIFICATE OF MAILING** |
| BINFORD MEDICAL DEVELOPERS, LLC, an Indiana Limited Liability Company,<br><br>                                     Plaintiff,<br><br>vs.<br><br>COMPASS FINANCIAL PARTNERS, LLC, and FIDELITY NATIONAL TITLE GROUP,<br><br>                                     Defendants. | Date: January 11, 2007<br>Time: 9:30 a.m.<br>Place: Foley Federal Building<br>         300 Las Vegas Blvd. So, 3rd Floor<br>         Las Vegas, NV 89101 |

| | |
|---|---|
| COMPASS FINANCIAL PARTNERS, LLC,<br><br>                        Counterclaimant,<br><br>vs.<br>BINFORD MEDICAL DEVELOPERS LLC,<br>an Indiana Limited Liability Company,<br><br>                        Counterdefendant. | |

PLEASE TAKE NOTICE that an Order Shortening Time To Hear Motion To Approve Settlement And Compromise Of Claim And Notice Thereof (the "Order") was entered on the Court's docket on December 18, 2007. A copy of the Order is attached hereto.

                                              BULLIVANT HOUSER BAILEY PC

                                      By: /s/ Georganne W. Bradley
                                            Georganne W. Bradley (NV Bar No. 1105)
                                            3883 Howard Hughes Pkwy., Ste. 550
                                            Las Vegas, Nevada 89169

*Attorneys for Compass Financial Partners LLC*

Bullivant|Houser|Bailey PC
3980 Howard Hughes Pkwy., Suite 550
Las Vegas, NV 89169
Telephone: (702) 650-6565
Facsimile: (702) 650-2995

## CERTIFICATE OF MAILING

1. On December 19, 2007, the following document was served:

**NOTICE OF ENTRY OF ORDER SHORTENING TIME TO HEAR MOTION TO APPROVE SETTLEMENT AND COMPROMISE OF CLAIM AND NOTICE THEREOF**

2. The above-named documents were served by the following means to the persons listed below:

☒ **a.** **ECF System.**

☐ **b.** **United States mail, postage full prepaid to the following:**

☐ **c.** **Personal service.**

I personally delivered the documents to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the documents at the attorney's office with a clerk or other person in charge, or if no one is in charge, by leaving the documents in a conspicuous place in the office.

☐ For a party, delivery was made by handing the documents to the party or by leaving the documents at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d.** **By direct email.**

I caused the documents to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e.** **By fax transmission.**

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the documents to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f.** **By messenger.**

I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 19th day of December, 2007.

/s/ Mary A. Opatrny
Name: Mary A. Opatrny
an employee of Bullivant Houser Bailey PC

Bullivant|Houser|Bailey PC
3980 Howard Hughes Pkwy., Suite 550
Las Vegas, NV 89169
Telephone: (702) 650-6565
Facsimile: (702) 650-2995

Entered on Docket
December 18, 2007

Hon. Linda B. Riegle
United States Bankruptcy Judge

Peter C. Bernhard, NV Bar No. 734
Georganne W. Bradley, NV Bar No. 1105
Timothy J. Geswein, NV Bar No. 10049
BULLIVANT HOUSER BAILEY PC
3883 Howard Hughes Parkway, Suite 550
Las Vegas, Nevada 89169
Telephone No. (702) 669-3600
Facsimile No. (702) 650-2995
E-Mail: peter.bernhard@bullivant.com
E-mail  georganne.bradley@bullivant.com
E-Mail: tim.geswein@bullivant.com

Robert Jay Moore
MILBANK TWEED HADLEY & McCLOY, LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, CA 90035
Telephone: (213)892-4000
Facsimile:  (213)629-5063

Counsel for Compass Financial Partners LLC

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | Adversary No. 06-1212 LBR<br><br>**ORDER SHORTENING TIME TO HEAR MOTION TO APPROVE SETTLEMENT AND COMPROMISE OF CLAIM AND NOTICE THEREOF** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | Date: January 11, 2008<br>Time: 9:30 a.m. |
| BINFORD MEDICAL DEVELOPERS, LLC, an Indiana Limited Liability Company,<br>Plaintiff, | Place: Foley Federal Building<br>300 Las Vegas Blvd., South, 3rd Fl.<br>Las Vegas, Nevada 89101 |

1

|   |   |
|---|---|
| vs.<br><br>COMPASS FINANCIAL PARTNERS, LLC,<br>and FIDELITY NATIONAL TITLE GROUP,<br><br>Defendants. |   |
| COMPASS FINANCIAL PARTNERS, LLC,<br><br>Counterclaimant,<br><br>vs.<br><br>BINFORD MEDICAL DEVELOPERS LLC,<br>an Indiana Limited Liability Company,<br><br>Counterdefendant. |   |

TO:   ALL PARTIES IN INTEREST

PLEASE TAKE NOTICE THAT upon an Ex Parte Application for Order Shortening Time to Hear Motion to Approve Settlement and Compromise of Claim (the "Motion"), and good cause appearing, the Court finds that there is a situation which justifies shortening the time for hearing; and it is

ORDERED THAT the hearing on the Motion will be heard before a United States Bankruptcy Judge in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada, on January 11, 2008 at the hour of 9:30 a.m. ; and it is further

ORDERED THAT any opposition to the Motion must be filed no later than Januray 3, 2008.   Replies shall be filed by January 8, 2008.

PLEASE TAKE FURTHER NOTICE THAT Compass, by and through the Motion, is seeking an order from this Court approving a settlement agreement that was reached by and between Compass and Binford Medical Developers, LLC ("Binford") after participating in a settlement conference with Judge Nakagawa on November 6, 2007.  In addition to resolving the claims asserted in the complaint and counterclaim filed by the parties in the above-captioned adversary proceeding, the settlement includes a compromise of Binford's claim asserted by and

2

through its Proof of Claim filed in the USACM Chapter 11 case, and includes a resolution of the l made by 92 "Direct Lenders" to Binford in 2005 and 2006. The terms and conditions of the settlement were memorialized in a written Settlement Agreement, a copy of which is attached to the Motion. The following is a summary of the material terms of the settlement:

    A.    The parties agree that the allowable debt due and owing by Binford to the Direct Lenders and Compass on the Binford Loan, as of November 6, 2007, is $10,521,978.52, with respect to which the Borrower has no defense or right of offset or recoupment;

    B.    The parties agree that, as of November 6, 2007, the "as-is", fair market value of the Property is approximately $5.4 million, the liquidation value of the Property is approximately $4.1 million, and the value of the Property on a fully built-out, leased, and stabilized basis, assuming 12 months of marketing, is approximately $6.66 million;

    C.    Binford will pay Compass (on behalf of the Direct Lenders) the sum of $5.4 million at a closing date to occur no earlier than the later of (i) the 11th day following the entry of this Court's order approving the settlement, and (ii) March 31, 2008 (the "Closing Date");

    D.    Effective as of the Closing Date, Binford, the Guarantor of the Binford Loan, and Binford's general contractor will dismiss with prejudice all claims against Compass and the Direct Lenders in the State Court Action currently pending in Indiana;

    E.    Effective as of the Closing Date, Compass and the Direct Lenders will consent to the release to the Contractor of the Fidelity Escrow Amount currently held in the registry of the Indiana State Court;

    F.    Effective as of the Closing Date, Binford, the Guarantor, Compass, and the Direct Lenders will exchange mutual releases and Binford and Compass will file dismissals with prejudice in this adversary proceeding;

    G.    Effective as of the Closing Date, Compass and the Direct Lenders will exonerate and release the Guarantor on his personal guaranty;

Bullivant|Houser|Bailey PC
3883 Howard Hughes Parkway, Suite 550
Las Vegas, Nevada 89169
Telephone: (702) 6569-3600
Facsimile: (702) 650-2995

H. Binford's $3,502,383.00 unsecured claim against the USACM chapter 11 estate shall be reduced to and allowed in the amount of $925,000.000;

I. Compass shall not be prevented from, and may, continue to pursue the Foreclosure Action to a judgment or decree of foreclosure; <u>provided</u>, <u>however</u>, that Compass may not schedule or complete a foreclosure sale of the Property on a date on or prior to the Closing Date; and

J. The effectiveness of the settlement is subject to the satisfaction prior to the Closing Date of each of the following conditions precedent: (a) unconditional approval of the Discounted Payoff amount by the Direct Lenders; (b) entry of an Order from this Court approving the Settlement Agreement; (c) approval by the USACM Liquidating Trust of an allowed unsecured claim of $925,000.00 in favor of Binford; and (d) the Contractor's agreement to dismiss any claims against Compass and the Direct Lenders with prejudice.

A copy of the filed Motion may be obtained by accessing PACER through the United States Bankruptcy Court website for Nevada at www.nvb.uscourts.gov, or by contacting the office of Compass Financial Partners, LLC's Nevada counsel, Bullivant Houser Bailey PC, telephone: (702) 669-3600 or fax (702) 650-2995.

Submitted by:

BULLIVANT HOUSER BAILEY PC

By: *Georganne W. Bradley*
Georganne W. Bradley, NV Bar No. 1105
3883 Howard Hughes Pkwy., Ste. 550
Las Vegas, Nevada 89169
*Attorneys for Compass Financial Partners LLC*

4