Peter C. Bernhard, NV Bar No. 734
Georganne W. Bradley, NV Bar No. 1105
Timothy J. Geswein, NV Bar No. 10049
BULLIVANT HOUSER BAILEY PC
3883 Howard Hughes Parkway, Suite 550
Las Vegas, Nevada 89169
Telephone No.    (702) 650-3600
Facsimile No.    (702) 650-2995
E-Mail:  peter.bernhard@bullivant.com
E-Mail:  georganne.Bradley@bullivant.com
E-Mail:  tim.geswein@bullivant.com

Robert Jay Moore
MILBANK TWEED HADLEY & McCLOY, LLP
601 S. Figueroa Street, 30th Floor
Los Angeles, CA 90035
Telephone: (213) 892-4000
Facsimile: (213) 629-5063

*Counsel for Compass Financial Partners LLC*

E-Filed On:  December 19, 2007

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br>**Adversary No. 06-1212 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **AFFIDAVIT OF MAILING** |
| BINFORD MEDICAL DEVELOPERS, LLC, an Indiana Limited Liability Company,<br>Plaintiff,<br>vs.<br>COMPASS FINANCIAL PARTNERS, LLC, and FIDELITY NATIONAL TITLE GROUP,<br>Defendants. | |

— 1 —

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERICAL MORTGAGE COMPANY,<br>Debtor.<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor.<br>In re:<br>USA CAPITAL DIVERIFIED TRUST DEED FUND, LLC,<br>Debtor.<br>In re:<br>USA CAPITAL DIVERIFIED TRUST DEED FUND, LLC,<br>Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br>Adversary No. 06-1212 LBR |
| BINFORD MEDICAL DEVELOPERS, LLC an Indiana Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>COMPASS FINANCIAL PARTNERS, LLC<br>and FIDELITY NATIONAL TITLE GROUP,<br><br>Defendants. | |
| COMPASS FINANCIAL PARTNERS, LLC,<br><br>Counterclaimant,<br><br>vs.<br><br>BINFORD MEDICAL DEVELOPERS LLC,<br>An Indiana Limited Liability Company,<br><br>Counterdefendant. | |

## AFFIDAVIT OF MAILING

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

ROBERT SARACENI, being duly sworn, deposes and says:

1.  I am employed as Director of Case Management Services by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services LLC), located at 757 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On December 18, 2007, I caused to be served true and correct copies of the "Notice of Entry of Order Shortening Time to Hear Motion to Approve Settlement and Compromise of Claim and Notice Thereof", dated December 18, 2007, to which is attached the "Motion to Approve Settlement and Compromise of Claim", dated December 11, 2007, enclosed securely in separate postage pre-paid envelopes, by first class mail to those parties listed on the annexed Exhibit A.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED: PLEASE DIRECT TO ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*Robert Saraceni*
Robert Saraceni

Sworn to before me this
19th day of December, 2007

*Ross Matray*
Notary Public

ROSS MATRAY
Notary Public, State of New York
No. 01MA614899
Qualified in New York County
Commission Expires July 3, 2010

# EXHIBIT A

SERVICE LIST

| Name | Address Line 1 | Address Line 2 | City | State | Zip |
|---|---|---|---|---|---|
| 2003 Karyn Y. Finlayson Trust | C/O Karyn Y Finlayson Trustee | 9768 Derbyhill Cir | Las Vegas | NV | 89117-6683 |
| Addes Trust | C/O Kenneth Addes & Victoria Addes Co-Trustees | 100 W Broadway Apt 7V | Long Beach | NY | 11561-4019 |
| Anne Flannery | 723 Hillview Dr | | Arlington | TX | 76011-2371 |
| Beaux Pontak And Denise Pontak | 249 N Brand Blvd # 494 | | Glendale | CA | 91203-2609 |
| Bernard Cohen Trust | C/O Bernard Cohen And Elaine Cohen Trustees | 4533 White Cedar Ln | Delray Beach | FL | 33445-7036 |
| Bones Mccoy, Llc A Nevada Company | C/O Aaron Mccoy Manager | 7258 Loma Alta Cir | Las Vegas | NV | 89120-3618 |
| Browne 1990 Family Trust | C/O Robert W Browne & Muriel L Browne Trustees | 700 Keele Dr | Reno | NV | 89509-1156 |
| Compass Usa Spe, Llc | 333 Seventh Avenue | Third Floor | New York | NY | 10001 |
| David M. & Marcy P. Edwards Family Trust | C/O David M Edwards And Marcy P Edwards Trustees | 9528 Yucca Blossom Dr | Las Vegas | NV | 89134-8937 |
| Davis Family 2000 Trust | C/O Martin A Davis & Virginia Lee Davis Trustees | 3900 Galt Ocean Dr. #1701 | Fort Lauderdale | FL | 33308-6609 |
| Dennis Raggi | Po Box 10475 | | Zephyr Cove | NV | 89448-2475 |
| Don & Helen Hellings Family Trust | C/O Don Hellings Trustee | 331 Glennora Way | Buellton | CA | 93427-9622 |
| Douglas Tichenor & Susan Tichenor | 6190 N Jensen St | | Las Vegas | NV | 89149-1325 |
| Edward W. Homfeld | 2515 N Atlantic Blvd | | Ft Lauderdale | FL | 33305-1911 |
| Ellis L. Elgart Revocable Living Trust | C/O Ellis L Elgart And Sivia V Elgart Trustees | 4534 White Cedar Ln | Delray Beach | FL | 33445-7037 |
| Ferguson Living Trust | C/O Patricia Ferguson Trustee | 3985 Lake Placid Dr | Reno | NV | 89511-6780 |
| First Savings Bank Custodian For Aaron Mccoy Ira | 2605 E Flamingo Road | | Las Vegas | NV | 89121 |
| First Savings Bank Custodian For Aaron Mccoy Ira | 7258 Loma Alta Circle | | Las Vegas | NV | 89130 |
| First Savings Bank Custodian For Anton Trapman Ira | 2605 E Flamingo Rd | | Las Vegas | NV | 89121 |
| First Savings Bank Custodian For Anton Trapman Ira | 86-30 Saint James Avenue E-21 | | Elmhurst | NY | 11373 |
| First Savings Bank Custodian For Anton Trapman Roth Ira | 2605 E Flamingo Road | | Las Vegas | NV | 89121 |
| First Savings Bank Custodian For Anton Trapman Roth Ira | 86-30 Saint James Avenue E-21 | | Elmhurst | NY | 11373 |
| First Savings Bank Custodian For John A. M. Handal Ira | 2605 E Flamingo Road | | Las Vegas | NV | 89121 |
| First Savings Bank Custodian For John A. M. Handal Ira | 3575 Siskiyou | | Hayward | CA | 94542 |
| First Savings Bank Custodian For Margaret W. Terry Ira | 2605 E Flamingo Rd | | Las Vegas | NV | 89121 |
| First Savings Bank Custodian For Margaret W. Terry Ira | 113 Worthen Circle | | Las Vegas | NV | 89145 |
| First Savings Bank Custodian For Richard W. Gilmour Ira | 2605 E Flamingo Rd | | Las Vegas | NV | 89121 |
| First Savings Bank Custodian For Richard W. Gilmour Ira | Po Box 1241 | | Camano Island | WA | 98292 |
| First Savings Bank Custodian For Steven M. Terry Ira | 2605 E Flamingo Road | | Las Vegas | NV | 89121 |
| First Savings Bank Custodian For Steven M. Terry Ira | 113 Worthen Circle | | Las Vegas | NV | 89145 |
| First Savings Bank Custodian For Willard Arledge Ira | 2605 E Flamingo Road | | Las Vegas | NV | 89121 |
| First Savings Bank Custodian For Willard Arledge Ira | 2070 W Calle Casas Lindas | | Green Valley | AZ | 85614-8017 |
| Fisko Ventures, Llc. | 1906 Catherine Ct | | Gardnerville | NV | 89410-6665 |
| Floyd H. Lander Living Trust | C/O Floyd H Lander Trustee | 2043 Sunburst Way | Reno | NV | 89509-5811 |
| G. Robert Knoles And Christina G. Knoles | 85 Wolf Rock Rd | | Keystone | CO | 80435-7653 |
| G. Robert Knoles And Christina G. Knoles | 13619 W. Holly St. | | Goodyear | AZ | 85395 |
| Graham Family Trust | C/O Robin B Graham & Celia Allen-Graham Trustees | 1460 Twinridge Rd | Santa Barbara | CA | 93111-1223 |
| Gregory E. Borgel | 3747 Heritage Ave | | Las Vegas | NV | 89121-4424 |
| Gregory J. Walch And Shauna M. Walch Family Trust | C/O Gregory J Walch Trustee | 344 Doe Run Cir | Henderson | NV | 89012-2704 |
| Hamm Trust | C/O Charles T Hamm And Sandra L Hamm Trustees | Po Box 14098 | South Lake Tahoe | CA | 96151-4098 |
| Harold G. Hartwell | 3424 E Tonopah Ave | | N Las Vegas | NV | 89030-7434 |
| Ira Services/First Regional Bank For The Benefit Of Dale Westerhout Ira | P O Box 7080 | | San Carlos | CA | 94070 |
| Jack & Gladys Polen Family Trust | C/O Jack Polen Trustee | 3150 E Tropicana Ave Apt 234 | Las Vegas | NV | 89121-7323 |
| Jack R. Clark & Linda C. Reid | 9900 Wilbur May Pkwy Apt 4701 | | Reno | NV | 89521-3089 |
| Jack R. Mennis & Susan A. Mennis | 4074 Little Spring Dr | | Allison Park | PA | 15101-3136 |
| James E. Lofton & Denise G. Lofton | 1573 Diamond Country Dr | | Reno | NV | 89521-6152 |
| James E. Mcknight | 233 Branch Ave | | Freeport | NY | 11520-6007 |
| Jay A. Pandaleon & Leigh B. Pandaleon | 142 Brighton Close | | Nashville | TN | 37205-2501 |

PAGE 1 OF 3

SERVICE LIST

| Name | Address Line 1 | Address Line 2 | City | State | Zip |
|---|---|---|---|---|---|
| Jerry L. Blackman, Sr. And Carolyn N. Blackman Living Trust | 69316 Stirrup Street | | Sisters | OR | 97759 |
| Jerry Woldorsky | 1415 Lakeview Ave S | | Minneapolis | MN | 55416-3632 |
| Joan L. Shoop And Kenneth D. Shoop | 10050 Aniane St | | Reno | NV | 89521-3003 |
| John M. Marston & Linda S. Marston | 12441 Road 44 | | Mancos | CO | 81328-9213 |
| Karen L. Pidgeon 2006 Living Trust | C/O Karen L Pidgeon Trustee | Po Box 41619 | Sacramento | CA | 95841-1619 |
| Keith W. Vescial And Karen A. Roth | 3612 E Vermont St | | Long Beach | CA | 90814-2749 |
| Kravitz Family Revocable Trust | 19223 N 132Nd Ave | | Sun City West | AZ | 85375-4502 |
| Larry L. Rieger & Patsy R. Rieger Revocable Trust | 2615 Glen Eagles Dr | | Reno | NV | 89523-2080 |
| Lester Leckenby & Barbara Leckenby | 1699 Bridgeview Ct | | Reno | NV | 89521-4047 |
| Louise Alport Kolberg Revocable Trust | C/O Louise Alport Kolberg Trustee | 5914 Onondaga Rd | Bethesda | MD | 20816-2036 |
| M & J Cauchois Family Trust | C/O Maurice A & Jacqueline M Cauchois Ttees | 697 Blue Lake Dr | Boulder City | NV | 89005-1534 |
| Marston Family Trust | C/O E Grace Marston Trustee | 12441 Road 44 | Mancos | CO | 81328-9213 |
| Mary Ann Earp & Mary H. Earp | 700 Post Oak Ct | | El Paso | TX | 79932-2512 |
| Michael John Goodwin | 555 Yellow Pine Rd | | Reno | NV | 89511-3714 |
| Morris Massry | 255 Washington Ave Ext | | Albany | NY | 12205-5533 |
| Paul G. Chelew | Po Box 370 | | Dayton | NV | 89403-0370 |
| Paul G. Chelew Charitable Remainder Unitrust Iii | C/O Alta Bates Summit Foundation Trustee | 2855 Telegraph Ave Ste 601 | Berkeley | CA | 94705-1161 |
| Peter C. Cohn & Margaret H. Cohn | 260 Monarch Dr | | Carson City | NV | 89704-9731 |
| Peter M. Digrazia Dmd Ltd Psp | 1625 Lakeside Dr | | Reno | NV | 89509-3408 |
| Philip Higerd Family Trust | C/O Philip C Higerd Trustee | Po Box 2535 | Mammoth Lakes | CA | 93546-2535 |
| Phillip E. Mcmullin & Rosemarie L. Mcmullin Family Trust | 578 Sutton Way Pmb 223 | | Grass Valley | CA | 95945 |
| Pioneer Accounting & Investments, Llc | C/O Christian Elbert Manager | 10333 Fairlawn Trl | Highlands Ranch | CO | 80130-8963 |
| R.G.T. Millar Trust | C/O Dr Russell Gordon Tilley Millar Trustee | 923 W Ceres Rd | Palm Springs | CA | 92262-4385 |
| Raymond Brahy & Rita Brahy | 323 S Academy Ave | | New Braunfels | TX | 78130-5611 |
| Richard M. Raker Living Trust | C/O Richard M Raker Trustee | 982 Shoreline Dr | San Mateo | CA | 94404-2025 |
| Richard Z. Evans | 10409 Summershade Ln | | Reno | NV | 89521-5168 |
| Roland J. Hearn & Risa V.S. Hearn Living Trust | C/O Roland J Hearn & Risa Vs Hearn Trustees | 3080 Needles Hwy Ste 2700-80 | Laughlin | NV | 89029-1400 |
| Ronald Douglas Neal | 22853 Boxwood Ln | | Santa Clarita | CA | 91390-4155 |
| Rosalie Allen Morgan Trust | C/O Rosalie Allen Morgan Trustee | 6869 Eagle Wing Dr | Sparks | NV | 89436-8496 |
| Santoro Family Trust | C/O Nicholas J Santoro | 2312 Pearl Crest St | Las Vegas | NV | 89134-6732 |
| Schnitzer Living Trust | C/O Arthur P Schnitzer & Lynn S Schnitzer Trustees | 20155 Ne 38Th Ct Apt 1604 | Aventura | FL | 33180-3256 |
| Shirley Payne | Po Box 208 | | Grass Valley | CA | 95945-0208 |
| Sidney R. Adams And Lisa Adams Investment Account | 8370 W. Cheyenne Ave. | Suite 109-22 | Las Vegas | NV | 89129 |
| Sierra Liquidity Fund, Llc | 2699 White Road | Suite 255 | Irvine | CA | 92614 |
| Stephen J. Fuchs | 117 29Th Ave N | | Saint Cloud | MN | 56303-4253 |
| Stephen V. Kowalski & Maria T. Sutherland | 29202 Posey Way | | Rancho Palos Verdes | CA | 90275-4629 |
| Storch Family Trust | C/O Ralph Raymond Storch | 13424 Lark Ct | Redding | CA | 96003-8928 |
| Stuart J. Madsen Trust | C/O Stuart J Madsen Trustee | 5843 Valle Vista Ct | Granite Bay | CA | 95746-8215 |
| Suzanne L. Hudsoncarolyn J. Chrzastek | 1540 Candelero Dr | | Walnut Creek | CA | 94598-1006 |
| Suzanne S. Riley | 1956 Centro West | | Tiburon | CA | 94920 |
| Tennariello Revocable Trust | C/O Alfonso & Jean Tennariello Co-Ttees | 4735 Main Sail Dr. | Badenton | FL | 34208 |
| The Baltes Company, A Michigan Corporation | 211 Copper Ridge Ct | | Boulder City | NV | 89005-1211 |
| The Carey B. Sigmen & Lisa K. Sigmen Trust | C/O Carey B Sigmen & Lisa K Sigmen Trustees | Po Box 1554 | Mammoth Lakes | CA | 93546-1554 |
| The Ram Family Trust | C/O Moshe Ram & Barbara Ram Trustees | 8063 Alpine Fir Ave | Las Vegas | NV | 89117-2561 |
| The Raymond & Sandra Nunez Family Trust | C/O Raymond Nunez & Sandra L Lawson Trustees | 4238 Curragh Oaks Ln | Fair Oaks | CA | 95628-6604 |
| Tobi S. Pepper Inter Vivos Trust | C/O Tobi S Pepper Trustee | 5429 Oak Park Ave | Encino | CA | 91316-2629 |
| Todd Family Living Trust Agreement | C/O Richard T Todd & Valere J Todd Trustees | 5961 Saddletree Rd | Pahrump | NV | 89061-8278 |
| Todd Sinett & Wendy Sinett | 11 Cedar Ln | | Sands Point | NY | 11050-1334 |

PAGE 2 OF 3

SERVICE LIST

| Name | Address Line 1 | Address Line 2 | City | State | Zip |
|---|---|---|---|---|---|
| Turner Family Trust | C/O Paul M Turner & Carol I Turner Trustees | 106 S Cedar Cir | Snowflake | AZ | 85937-6100 |
| Vincent Bruno | 4961 Patterson Ave | | Las Vegas | NV | 89104-6241 |
| Wesley L. Monroe & Jeannie M. Monroe | 510 E Jackpine Ct | | Spokane | WA | 99208-8732 |
| Total Records Printed = 99 | | | | | |