**LEWIS AND ROCA LLP**
**LAWYERS**

E-Filed on 12/19/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | **WITHDRAWAL OF OBJECTION TO PROOF OF CLAIM FILED BY JOHN E. AND SHARON M. MCKENNON FOR LACK OF DOCUMENTATION** |
| USA SECURITIES, LLC, | |
| Debtors. | |
| **Affects:** | |
| ☐ All Debtors | |
| ☒ USA Commercial Mortgage Company | Hearing Date: December 20, 2007 |
| ☐ USA Capital Realty Advisors, LLC | Time: 9:30 a.m. |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | |
| ☐ USA Capital First Trust Deed Fund, LLC | |
| ☐ USA Securities, LLC | |

**PLEASE TAKE NOTICE** that the USACM Liquidating Trust ("USACM Trust") filed its Sixth Omnibus Objection to Proof of Claim for Lack of Documentation ("Objection") on November, 19, 2007 [DE 5367], which included an objection to Proof of Claim No. 10725-01246 ( the "Claim") filed by John E. and Sharon M. McKennon ("McKennons")  in the amount of without  stating an amount.

LEWIS AND ROCA LLP
LAWYERS

McKennons informally responded to the USACM Trust's Objection and provided documentation to support their Claim.

WHEREFORE, the USACM Trust withdraws its objection to the Claim. The USACM Trust reserves the right of any party in interest, including the USACM Trust, to further object to the McKennons' Claim.

DATED: December 19, 2007

        **LEWIS AND ROCA LLP**
        By: /s/ RC (#6593)
           Susan M. Freeman, AZ 4199 (*pro hac vice*)
           Rob Charles, NV 6593
        *Counsel for USACM Liquidating Trust*

COPY of the foregoing mailed December 19, 2007, to:

John and Sharon McKennon
1017 Long Point Road
Grasonville, Maryland  21638-1074

/s/ Christine E. Laurel
Christine E. Laurel

1889042.1