**LEWIS AND ROCA LLP LAWYERS**

E-Filed on 12/19/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                          Debtors. | **WITHDRAWAL OF OBJECTION TO PROOF OF CLAIM FILED BY BARTKOWSKI FAMILY TRUST FOR LACK OF DOCUMENTATION** |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Hearing Date: December 20, 2007<br>Time: 9:30 a.m. |

**PLEASE TAKE NOTICE** that the USACM Liquidating Trust ("USACM Trust") filed its Seventh Omnibus Objection to Proof of Claim for Lack of Documentation ("Objection") on November, 19, 2007 [DE 5369], which included an objection to Proof of Claim No. 10725-01431 ( the "Claim") filed by Bartkowski Family Trust ("Bartkowski Trust") in the amount of $40,000.00.

1889060.1

**LEWIS AND ROCA LLP**
LAWYERS

Bartkowski Trust informally responded to the USACM Trust's Objection and provided documentation to support their Claim.

WHEREFORE, the USACM Trust withdraws its objection to the Claim. The USACM Trust reserves the right of any party in interest, including the USACM Trust, to further object to the Bartkowski Trust Claim.

DATED: December 19, 2007

                **LEWIS AND ROCA LLP**
                By: /s/ RC (#6593)
                    Susan M. Freeman, AZ 4199 (*pro hac vice*)
                    Rob Charles, NV 6593
                *Counsel for USACM Liquidating Trust*

COPY of the foregoing mailed December 19, 2007, to:

Bartkowski Family Trust
c/o Clark & Jean Bartkowski
P.O. Box 1180
Darby, Montana 59829

/s/ Christine E. Laurel
Christine E. Laurel

2

1889060.1