**LEWIS AND ROCA LLP LAWYERS**

E-Filed on 12/19/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                     Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**WITHDRAWAL OF OBJECTION TO PROOF OF CLAIM FILED BY DAVID M. AND SALLY W. OLDS FOR LACK OF DOCUMENTATION**<br><br>Hearing Date: December 20, 2007<br>Time: 9:30 a.m. |

**PLEASE TAKE NOTICE** that the USACM Liquidating Trust ("USACM Trust") filed its Eighth Omnibus Objection to Proof of Claim for Lack of Documentation ("Objection") on November, 19, 2007 [DE 5371], which included an objection to Proof of Claim No. 10725-01564 ( the "Claim") filed by David M. and Sally W. Olds ("Olds") in the amount of $59,724.00.

1

1889068.1

LEWIS AND ROCA LLP
LAWYERS

Olds informally responded to the USACM Trust's Objection and provided documentation to support their Claim.

WHEREFORE, the USACM Trust withdraws its objection to the Claim. The USACM Trust reserves the right of any party in interest, including the USACM Trust, to further object to the Olds Claim.

DATED: December 19, 2007

                **LEWIS AND ROCA LLP**
                By: /s/ RC (#6593)
                    Susan M. Freeman, AZ 4199 (*pro hac vice*)
                    Rob Charles, NV 6593
                *Counsel for USACM Liquidating Trust*

COPY of the foregoing mailed
December 19, 2007, to:

David and Sally Olds
25 North Washington Street
Port Washington, New York 11050

/s/ Christine E. Laurel
Christine E. Laurel

1889068.1