LEWIS
AND
ROCA
LLP
L A W Y E R S

E-Filed on 12/19/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona  85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | **WITHDRAWAL OF OBJECTION TO PROOF OF CLAIM FILED BY SHARON JUNO FOR LACK OF DOCUMENTATION** |
| USA SECURITIES, LLC, | |
| Debtors. | |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Hearing Date: December 20, 2007
Time: 9:30 a.m.

**PLEASE TAKE NOTICE** that the USACM Liquidating Trust ("USACM Trust") filed its Eighth Omnibus Objection to Proof of Claim for Lack of Documentation ("Objection") on November, 19, 2007 [DE 5371], which included an objection to Proof of Claim No. 10725-01566 ( the "Claim") filed by Sharon Juno ("Juno") in the amount of $17,500.00.

1

LEWIS
AND
ROCA
LLP
L A W Y E R S

1

2    Juno informally responded to the USACM Trust's Objection and provided

documentation to support her Claim.

3    WHEREFORE, the USACM Trust withdraws its objection to the Claim.  The

4    USACM Trust reserves the right of any party in interest, including the USACM Trust, to

5    further object to the Juno Claim.

6    DATED: December 19, 2007

7
                                    **LEWIS AND ROCA LLP**
8                                   By:   /s/ RC (#6593)
9                                        Susan M. Freeman, AZ 4199 (*pro hac vice*)
                                         Rob Charles, NV 6593
10                                       *Counsel for USACM Liquidating Trust*

11
     COPY of the foregoing mailed
12   December 19, 2007, to:

13   Sharon Juno
14   27139 Stratford Glen Drive
     Daphne, Alabama  36526
15
      /s/  Christine E. Laurel
16   Christine E. Laurel

17

18

19

20

21

22

23

24

25

26

1889070.1