**LEWIS AND ROCA LLP**
LAWYERS

E-Filed on 12/19/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | **WITHDRAWAL OF OBJECTION TO PROOFS OF CLAIM FILED BY JAMES CIELEN FOR LACK OF DOCUMENTATION** |
| USA SECURITIES, LLC, Debtors. | |
| **Affects:** ☐ All Debtors ☒ USA Commercial Mortgage Company ☐ USA Capital Realty Advisors, LLC ☐ USA Capital Diversified Trust Deed Fund, LLC ☐ USA Capital First Trust Deed Fund, LLC ☐ USA Securities, LLC | Hearing Date: December 20, 2007 Time: 9:30 a.m. |

**PLEASE TAKE NOTICE** that the USACM Liquidating Trust ("USACM Trust") filed its Eighth Omnibus Objection to Proof of Claim for Lack of Documentation ("Objection") on November, 19, 2007 [DE 5371], which included an objection to Proofs of Claim No. 10725-01579 in the amount of Cielen $43,750.00 and Claim No. 10725-01570 in the amount of $31,250.00 ( the "Claims") filed by James ("Cielen").

1

1889072.1

**LEWIS AND ROCA LLP**
LAWYERS

Cielen informally responded to the USACM Trust's Objection and provided documentation to support his Claims.

WHEREFORE, the USACM Trust withdraws its objection to the Claims. The USACM Trust reserves the right of any party in interest, including the USACM Trust, to further object to the Cielen Claims.

DATED: December 19, 2007

                                 **LEWIS AND ROCA LLP**
                                 By: /s/ RC (#6593)
                                    Susan M. Freeman, AZ 4199 (*pro hac vice*)
                                    Rob Charles, NV 6593
                                 *Counsel for USACM Liquidating Trust*

COPY of the foregoing mailed December 19, 2007, to:

James Cielen
9775 South Maryland Parkway
#F102
Las Vegas, Nevada  89123

/s/ Christine E. Laurel
Christine E. Laurel