**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 12/20/07

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br><br>                                    Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**STIPULATION TO (1) SUSTAIN USACM LIQUIDATING TRUST'S OMNIBUS OBJECTION TO CLAIMS ASSERTING ADMINISTRATIVE STATUS AS IT PERTAINS TO GOOLD PATTERSON'S CLAIM NO. 10725-00761 AND (2) ALLOW THE REMAINDER OF CLAIM NO. 10725-00761 AS A GENERAL UNSECURED CLAIM IN THE AMOUNT OF $65,496.10** |

USACM Liquidating Trust (the "USACM Trust"), by and through its counsel, Lewis and Roca LLP, and Goold Patterson Ales & Day ("Goold Patterson") on its own behalf, hereby stipulate:

1

1888294.1

LEWIS AND ROCA LLP LAWYERS

1. Goold Patterson filed Proof of Claim No. 10725-00968 on November 3, 2006, in the amount of $79,372.96 and Proof of Claim No. 10725-00761 on November 9, 2007, also in the amount of $79,372.96. These Proofs of Claim are identical and duplicative. They assert a $65,496.10 general unsecured claim for legal services rendered pre-petition and a $13,876.86 administrative claim for legal services rendered post-petition.

2. On March 23, 2007, the USACM Trust filed its Omnibus Objection to Claims Asserting Administrative Expense Status (the "Objection") [DE 3253], which, among other things, objected to the administrative expense portion of Claim No. 10725-00761.

3. On April 16, 2007, Goold Patterson filed its Response to the Objection [DE 3451].

4. By Order dated April 30, 2007, the Hon. Linda B. Riegle reassigned Claim No. 10725-00761 to the Hon. Mike K. Nakagawa [DE 3626].

5. The USACM Trust and Goold Patterson have agreed to resolve the Objection and approve a portion of Proof of Claim No. 10725-00761 and, therefore, stipulate as follows:

- That a portion of the Objection be sustained as it applies to Goold Patterson's Proof of Claim No. 10725-00761;
- That the administrative expense portion of Goold Patterson's Claim No. 10725-00761 in the amount of $13,876.86 be disallowed;
- That the remainder of Goold Patterson's Claim No. 10725-00761 be allowed as a general unsecured claim in the amount of $65,496.10;
- That USACM Trust retains all set off rights against Goold Patterson and by entering into this stipulation and order USACM Trust is not releasing any claims that it may have against Goold Patterson;

1888294.1

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
    Susan M. Freeman, AZ 4199 (*pro hac vice*)
    Rob Charles, NV 6593
    John Hinderaker, AZ 18024 (*pro hac vice*)
*Counsel for USACM Liquidating Trust*

    -and-

**GOOLD PATTERSON ALES & DAY**

By: _____
    Kelly J. Brinkman
    Goold Patterson Ales & Day
    4496 South Pecos Drive
    Las Vegas, NV 89121-5030