**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 12/20/07

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br><br>                            Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**STIPULATION TO DISALLOW PROOF OF CLAIM NO. 10725-00968** |

      USACM Liquidating Trust (the "USACM Trust"), by and through its counsel, Lewis and Roca LLP, and Goold Patterson Ales & Day ("Goold Patterson") on its own behalf, hereby stipulate:

1

231537.1

LEWIS AND ROCA LLP
LAWYERS

1. Goold Patterson filed Proof of Claim No. 10725-00968 on November 3, 2006, in the amount of $79,372.96 and Proof of Claim No. 10725-00761 on November 9, 2007, also in the amount of $79,372.96. These Proofs of Claim are identical.

2. By Order dated April 30, 2007, the Hon. Linda B. Riegle reassigned Claim No. 10725-00761 to the Hon. Mike K. Nakagawa [DE 3626] to resolve the USACM Trust's Omnibus Objection to Claims Asserting Administrative Expense Status (the "Objection") [DE 3253] as it pertained to that claim. Claim No. 10725-00968 remains pending before this Court.

3. The USACM Trust and Goold Patterson have agreed that Proof of Claim No. 10725-00968 be disallowed because it is duplicative of Proof of Claim No. 10725-00761.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
   Susan M. Freeman, AZ 4199 (*pro hac vice*)
   Rob Charles, NV 6593
   John Hinderaker, AZ 18024 (*pro hac vice*)
*Counsel for USACM Liquidating Trust*

-and-

**GOOLD PATTERSON ALES & DAY**

By: [signature]
   Kelly J. Brinkman
   Goold Patterson Ales & Day
   4496 South Pecos Drive
   Las Vegas, NV 89121-5030

231537.1