Entered on Docket
December 21, 2007

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | |
| USA SECURITIES, LLC,            Debtors. | |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

1888295.1

# ORDER SUSTAINING USACM LIQUIDATING TRUST'S OMNIBUS OBJECTION TO CLAIMS ASSERTING ADMINISTRATIVE STATUS AS IT PERTAINS TO GOOLD PATTERSON'S CLAIM NO. 10725-00761 AND (2) ALLOWING REMAINDER OF CLAIM NO. 10725-00761 AS A GENERAL UNSECURED CLAIM IN THE AMOUNT OF $65,496.10

The Court has considered the Stipulation to (1) Sustain USACM Liquidating Trust's Omnibus Objection to Claims Asserting Administrative Status as It Pertains to Goold Patterson's Claim No. 10725-00761 and (2) Allow the Remainder of Claim No. 10725-00761 as a General Unsecured Claim in the Amount of $65,496.10 [DE 5519]. Based upon the stipulation and good cause appearing therefrom,

**IT IS HEREBY ORDERED:**

- Approving the Stipulation by and between the USACM Liquidating Trust ("USACM Trust") and Goold Patterson Ales & Day ("Goold Patterson");
- Sustaining a portion of the USACM Trust's Omnibus Objection to Claims Asserting Administrative Expense Status [DE 3253] as it pertains to Goold Patterson's Proof of Claim No. 10725-00761;
- Disallowing the administrative expense portion of Goold Patterson's Claim No. 10725-00761 in the amount of $13,876.86;
- Allowing the remainder of Goold Patterson's Claim No. 10725-00761 in the amount of $65,496.10 as a general unsecured claim;

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By:  /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
    John Hinderaker
*Attorneys for USACM Liquidating Trust*

1888295.1

APPROVED AS TO FORM AND CONTENT:

**GOOLD PATTERSON ALES & DAY**

By: _____
Kelly J. Brinkman
Goold Patterson Ales & Day
4496 South Pecos Drive

1888295.1