LEWIS
AND
ROCA
LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961
Facsimile (702) 949-8321
Telephone (702) 949-83209

E-Filed on December 21, 2007

Susan M. Freeman AZ State Bar No. 004199 (Pro Hac Vice)
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018020 (Pro Hace Vice)
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **In re:**<br><br>**USA Commercial Mortgage Company**<br>**06-10725 – Lead Case**<br><br>**USA Capital Realty Advisors, LLC**<br>**06-10726**<br><br>**USA Capital Diversified Trust Deed Fund, LLC**<br>**06-10727**<br><br>**USA Capital First Trust Deed Fund, LLC**<br>**06-10728**<br><br>**USA Securities, LLC**<br>**06-10729**<br>**Debtors.** | Jointly Administered<br>Chapter 11 Cases<br>Judge Linda B. Riegle Presiding<br><br>**MOTION FOR LEAVE TO FILE**<br>**SECOND AMENDED OBJECTION**<br>**AND COUNTERCLAIM**<br><br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC<br><br>Date: January 24, 2007<br>Time: 9:30 a.m. |

The USACM Liquidating Trust (the "USACM Trust") moves for leave to file the proposed Second Amended Objection and Counterclaim to Claim No. 1366 ("Claim") filed by Los Valles Land & Golf, LLC ("Los Valles"), attached hereto as Exhibit 1. The USACM Trust also moves this Court, pursuant to Fed. R. Civ. P. 13(h) and 20, and Bankr. R. 7013 and 7020, to add Dan S. Palmer Jr. ("Palmer") as a counterdefendant, and to convert this claim to an adversary proceeding pursuant to Bankruptcy Rules 3007 and 7001. This motion is timely.[1]

---

[1] Under the parties' Amended Standard Discovery Plan (DE 5366), approved by the Court (DE 5383), the parties were to file amended pleadings or seek to join additional parties by December 15, 2001. However, the parties stipulated to extend the deadline for filing

231766.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

On March 3, 2004, USA Commercial Mortgage Company ("USACM") entered into a Loan Agreement and other agreements pursuant to which USACM arranged for a loan to Los Valles in the initial principal amount of $10,000,000. The loan was secured by a deed of trust on real property located in Los Angeles County, California. The loan was intended to finance a 209 lot residential subdivision. Palmer executed a separate personal guaranty guaranteeing the loan.

Disputes arose between Los Valles and USACM over the payoff amount for the loan. On October 6, 2006, USACM and Los Valles executed a Letter Agreement compromising the parties' competing claims regarding the amounts due to USACM under the loan. Los Valles entered into the Letter Agreement with the Debtor in possession.

Under the Letter Agreement, USACM agreed to release the deed of trust on the subject property. For its part Los Valles agreed to immediately pay the principal and interest due on the loan and to pay USACM additional amounts in the future. More specifically, under the Letter Agreement, Los Valles agreed to pay USACM a "deferred extension fee" of $586,045.83 no later than December 31, 2007 and additional fees on each lot sold by USACM. Palmer signed the Letter Agreement, personally guaranteeing payment of those amounts.

In early November, 2007, counsel for Los Valles indicated that, pending the outcome of its claim against USACM, Los Valles did not intend to make the $586,045.83 payment due under the Letter Agreement by December 31, 2007 or any of the other payments. By letter dated December 4, 2007, USACM's attorney wrote to counsel for Palmer and asked him to verify that Palmer would make the $586,045.83 payment as the guarantor. Palmer's counsel has indicated that he is researching Mr. Palmer's defenses on the guarantee and would provide no indication whether or not Palmer would make the $586,045.83 by December 31, 2007. Los Valles' and Palmer's expression of their intent not to perform constitutes an anticipatory repudiation of the Letter Agreement entitling the

amended objections to December 21, 2007 and the Court granted that stipulation. *See* DE 5488 and 5501.

231766.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

USACM Trust to bring an immediate action for breach and accelerate its damages.
*Finnell v. Bromberg*, 79 Nev. 211, 225, 381 P.2d 221, 228 (Nev. 1963).

The USACM Trust moves the Court for leave to file a counterclaim against Los Valles for anticipatory repudiation of its obligations under the Letter Agreement.  *See* Fed. R. Civ. P. 15(a) ("a party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires."); Bankr. R. 7015.  Additionally, the USACM Trust moves, pursuant to Fed. R. Civ. P. 13(h), made applicable to this proceeding by Bankr. R. 7013, and Fed. R. Civ. P. 20, made applicable to this proceeding by Bankr. R. 7020, for leave to add Palmer as a counterdefendant for his anticipatory repudiation of his obligations as personal guarantor under the Letter Agreement.  The counterclaim against Palmer arises out of the transaction that is the subject matter of Los Valles' Claim, i.e., the breach of the Letter Agreement.

In the interests of judicial economy and to avoid having to try the parties' obligations under the Letter Agreement twice, the USACM Trust asks the Court to grant this motion rather than require that the USACM Trust file a separate adversary proceeding against Los Valles and/or Palmer and ask the Court to consolidate that proceeding with this case.  *See* Bankr. R. 7013 ("A trustee… who fails to plead a counterclaim… when justice so requires, may by leave of court amend the pleading, or commence a new adversary proceeding or separate action.").  Discovery is in its early phases and no party will be prejudiced if the Court grants the requested leave.

In conclusion, the USACM Trust respectfully requests that the Court:

1)    Grant the USACM Trust's motion for leave to file a Second Amended Objection and Counterclaim against Los Valles;

2)    Grant the USACM Trust's motion for leave to file a Second Amended Objection and Counterclaim naming Palmer as a counterdefendant; and

3)    Convert the Claim to an adversary proceeding.

3

LEWIS
AND
ROCA
LLP
L A W Y E R S

1    RESPECTFULLY SUBMITTED December 21, 2007.

2    **LEWIS AND ROCA LLP**

3

4    By ____/s/ RC (#006593)_____

5    Susan M. Freeman *(pro hac vice)*
     Rob Charles

6    John Hinderaker *(pro hac vice)*
     *Attorneys for USACM Liquidating Trust*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

231766.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

1   COPY of the foregoing served via e-mail where
    an e-mail address is listed, and if no e-mail
2   address is listed, then by first class, postage paid
    US mail, this 21st day of December, 2007
3   addressed to:

4   Dan S. Palmer, Jr.
    c/o Palmer Investments, Inc.
5   Los Valles Land & Golf LLC
    233 Wilshire Blvd., Suite 800
6   Santa Monica, CA 90401-1207

7   Peter J. Mort, Esq.
    Bruce Jacobs, Esq.
8   Akin Gump Strauss Hauer & Field LLP
    2029 Century Park East, Suite 2400
9   Los Angeles, CA 90067
    pmort@akingump.com
10  bjacobs@akingump.com
    Attorneys for Los Valles Land & Golf LLC
11
    Pauline Ng Lee
12  Scott D. Fleming
    Hale Lane Peek Dennison and Howard
13  3930 Howard Hughes Parkway, 4th Floor
    Las Vegas, Nevada  89169
14  plee@halelane.com
    sfleming@halelane.com
15  Attorneys for Los Valles Land & Golf LLC

16
       /s/ Christine E Laurel
17  Christine Laurel
    Lewis and Roca LLP
18

19

20

21

22

23

24

25

26

231766.1