**The order affects USA Securities only.**

Entered on Docket
December 21, 2007

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for USA Securities, LLC

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: USA COMMERCIAL MORTGAGE COMPANY, Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re: USA CAPITAL REALTY ADVISORS, LLC, Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re: USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re: USA CAPITAL FIRST TRUST DEED FUND, LLC, Debtor. | **ORDER GRANTING MOTION TO CLOSE CASE AND REQUEST FOR FINAL DECREE** |
| In re: USA SECURITIES, LLC, Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☒ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Date of Hearing: December 20, 2007<br>Time of Hearing: 9:30 a.m.<br><br>(Affects USA Securities, LLC) |

1

1   The Motion to Close Case and Request for Final Decree (the "Motion") (Docket No. 5400) filed by USA Securities, LLC ("USA Securities") came before this Court on proper notice at the hearing held December 20, 2007, at 9:30 a.m. Lenard E. Schwartzer of Schwartzer & McPherson Law Firm appeared on behalf of USA Securities and other appearances, if any, were noted on the record. No responses were filed to the Motion.

THE COURT, therefore, having noted that no responses were filed to the Motion, and having considered the Motion, the Final Report filed by USA Securities (Docket No. 5403), and the Declaration of Susan M. Smith filed in support of the Motion (Docket No. 5402), and having determined that good and sufficient cause exists for granting the Motion, HEREBY ORDERS THAT:

1.  The estate of USA Securities is fully administered within the meaning of 11 U.S.C. § 350(a) and Rule 3022 of the Federal Rules of Bankruptcy Procedure.

2.  The Motion is granted.

3.  The USA Securities bankruptcy case (bankruptcy case no. 06-10729) is hereby closed effective December 20, 2007.

4.  The Court shall enter a Final Decree in bankruptcy case no. 06-10729 hereafter.

5.  This Order shall have no effect on the status of the bankruptcy cases filed by USA Commercial Mortgage Company, USA Capital Realty Advisors, LLC, USA Capital Diversified Trust Deed Fund, LLC, or USA Capital First Trust Deed Fund, LLC.

Submitted by:
SCHWARTZER & MCPHERSON LAW FIRM
and RAY QUINNEY & NEBEKER P.C.

By: _____
LENARD E. SCHWARTZER, ESQ.
JEANETTE E. MCPHERSON, ESQ.
ANNETTE W. JARVIS, ESQ.
STEVEN C. STRONG, ESQ.
*Attorneys for USA Securities, LLC*

1  Approved by:
   OFFICE OF THE U.S. TRUSTEE
2
3  By: /s/ August B. Landis, AUST
   AUGUST B. LANDIS, ESQ.
4  SCOTT A. FARROW, ESQ.

5                                    # # #

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122