LEWIS
ROCA
L A W Y E R S

E-Filed on
December 26, 2007

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
E-mail: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
E-mail: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
E-mail: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE
COMPANY,

USA CAPITAL REALTY ADVISORS,
LLC,

USA CAPITAL DIVERSIFIED TRUST
DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED
FUND, LLC,

USA SECURITIES, LLC,

                    Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under Case No.
BK-S-06-10725 LBR

**STIPULATION TO**
**1)  WITHDRAW OBJECTION BY
     USACM LIQUIDATING TRUST
     FOR LACK OF
     DOCUMENTATION TO PROOF
     OF CLAIM NO. 10725-00859
     FILED BY DOWNEY BRAND
     LLP; AND**
**2)  PARTIALLY ALLOW PROOF OF
     CLAIM NO. 10725-00859 FILED
     BY DOWNEY BRAND LLP**

      The USACM Liquidating Trust (the "USACM Trust") and Downey Brand LLP

("Claimant"), on its own behalf, stipulate:

      1.     Claimant filed a Proof of Claim ("Claim") No. 10725-00859 on November

13, 2006, in the amount of $78,433.48.

1888627.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

2.      On November 19, 2007, the USACM Trust filed it's Fourth Omnibus

Objection to Claims for Lack of Documentation ("Objection") [DE 5363], which objected

to claims, including Claim No. 10725-00859, on the basis that the claimants had not

supplied sufficient supporting documentation for their claims with their proofs of claim.

3.      Since USACM Trust filed its Objection, Claimant supplied USACM Trust

with sufficient documentation to support a claim in the amount of $77,680.08

4.      The parties agree that the USACM Trust will withdraw its objection to

Claim No. 10725-00859;

5.      Claim No. 10725-00859 will be allowed as a general unsecured non-priority

claim in the amount of $77,680.08; and

6.      The balance of $753.40 will be disallowed.

DATED: December 20, 2007

LEWIS AND ROCA LLP
By:  /s/ RC (#6593)
     Susan M. Freeman, AZ 4199 (*pro hac vice*)
     Rob Charles, NV 6593
     John Hinderaker, AZ 18024 (*pro hac vice*)
     *Counsel for USACM Liquidating Trust*

                  -and-


DATED: 12/20          , 2007.

        DOWNEY BRAND LLP

        Sallie Armstrong
        Downey Brand LLP
        427 West Plumb Lane
        Reno, NV  89509

2

1888627.1