ELECTRONICALLY FILED
December 27, 2007

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934)
EVE H. KARASIK
(CA State Bar No. 155356)
CHRISTINE M. PAJAK
(CA State Bar No. 217173)
1901 Avenue of the Stars, 12th Floor
Los Angeles, California 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email:  fmerola@stutman.com
        ekarasik@stutman.com
        cpajak@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
(Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688)
228 South Fourth Street, First Floor
Las Vegas, Nevada 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email:  jshea@sheacarlyon.com
        ccarlyon@sheacarlyon.com
        ssherman@sheacarlyon.com

Counsel for the Official Committee Of Equity Security
Holders Of USA Capital First Trust Deed Fund, LLC

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☒ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☐ USA First Trust Deed Fund, LLC | Date:  N/A<br>Time:  N/A |

## EX PARTE MOTION TO REMOVE STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION FROM SERVICE LISTS

467863v1

1  Christine M. Pajak, of the law firm Stutman, Treister & Glatt Professional
2  Corporation ("Stutman") respectfully requests and hereby submits this Ex Parte Motion to
3  remove Stutman and all attorneys affiliated with Stutman, including Frank Merola
4  (fmerola@stutman.com), Eve Karasik (ekarasik@stutman.com), and Christine Pajak
5  (cpajak@stutman.com) from any and all service lists, including the electronic notification list, in
6  connection with the above-referenced cases.  Stutman was counsel to the former Official
7  Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC but, as the
8  chapter 11 case of USA Capital First Trust Deed Fund, LLC has been fully administered and a
9  final decree has been entered in such case, Stutman is no longer involved in these cases and
10 therefore requests that it be removed from all service lists in connection therewith.

Respectfully submitted:

Dated:  December 27, 2007

/s/ Christine M. Pajak
Frank A. Merola, Esq.
Eve H. Karasik, Esq.
Christine M. Pajak, Esq.
Stutman, Treister & Glatt, P.C.
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

and

Candace C. Carlyon, Esq.
Shlomo Sherman, Esq.
Shea & Carlyon, Ltd.
228 S. Fourth Street, First Floor
Las Vegas, NV 89101

Counsel to the Former Official Committee of
Equity Security Holders of USA Capital First Trust
Deed Fund, LLC

467863v1                                    2