ELECTRONICALLY FILED
December 27, 2007

STUTMAN, TREISTER & GLATT, P.C.
FRANK A. MEROLA
(CA State Bar No. 136934
EVE H. KARASIK
(CA State Bar No. 155356)
CHRISTINE M. PAJAK
(CA State Bar No. 217173)
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067
Telephone: (310) 228-5600
Facsimile: (310) 228-5788
Email: fmerola@stutman.com
ekarasik@stutman.com
cpajak@stutman.com

SHEA & CARLYON, LTD.
JAMES PATRICK SHEA
(Nevada State Bar No. 000405)
CANDACE C. CARLYON
Nevada State Bar No. 002666)
SHLOMO S. SHERMAN
(Nevada State Bar No. 009688
228 South Fourth Street, First Floor
Las Vegas, NV 89101
Telephone: (702) 471-7432
Facsimile: (702) 471-7435
Email: jshea@sheacarlyon.com
ccarlyon@sheacarlyon.com
ssherman@sheacarlyon.com

Counsel for the Official Committee Of Equity Security Holders Of USA Capital First Trust Deed Fund, LLC

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>　　　Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>　　　Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>☒ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☐ USA First Trust Deed Fund, LLC | Date:　N/A<br>Time:　N/A |

**CERTIFICATE OF SERVICE RE: EX PARTE MOTION TO REMOVE STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION FROM SERVICE LISTS**

467578v1

1  I HEREBY CERTIFY that on the 27th day of December, 2007, I served the following document:

**EX PARTE MOTION TO REMOVE STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION FROM SERVICE LISTS**

I served the above named document(s) by the following means to the persons as listed below:

☐ a.  **ECF System. See Attached.**

☒ b.  **United States mail, postage full prepaid to the following: See Attached.**

☐ c.  **Personal service.**

I personally delivered the documents to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge, by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ d.  **By direct email.**

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e.  **By fax transmission.**

Based upon the written agreement of the parties to accept serve by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f.  **By messenger.**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

467578v1                                          2

1  I declare under penalty of perjury that the foregoing is true and correct.

2  Dated this 27th day of December, 2007.

*/s/ Christine M. Pajak*
Christine M. Pajak, a Member of
STUTMAN, TREISTER & GLATT
PROFESSIONAL CORPORATION

467578v1                                   3

USA Commercial Mortgage, et al.
Post-Effective Official Service List for
Ltd. Notice No. 3 Dated 9/21/07
Doc #465178

Richard I. Dreitzer
Deputy Attorney General
State of Nevada Atty General's Office
555 E Washington Ave., Suite 3900
Las Vegas, NV 89101

Deborah Williamson/Thomas Rice
Cox Smith Matthews Inc.
112 E Pecan Street, Suite 1800
San Antonio, TX 75205

Allan B. Diamond
Diamond Mccarthy Taylor Finley &Lee
Two Houston Center
909 Fannin Street, Suite 1500
Houston, TX 77010

Robert P. Goe
GOE & FORSYTHE
660 Newport Center Drive, Suite 320
Newport Beach, CA 92660

Dean T. Kirby, Jr.
John Hebert
KIRBY & McGUINN, A.P.C.
600 B Street, Suite 1950
San Diego, CA 92101

Richard W. Esterkin
Asa S. Hami
MORGAN, LEWIS & BOCKIUS LLP
300 S Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132

Marc A. Levinson
Orrick, Herrington & Sutcliffe, LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814

Robert R. Kinas
SNELL & WILMER, LLP
3883 Howard Hughes Pkwy, #1100
Las Vegas, NV 89169

George A. Davis
Cadwalader, Wickersham & Taft LLP
One World Financial Center
New York, NY 10281

Susan Williams Scann
Deaner, Deaner, Scann, Malan & Larsen
720 S Fourth Street, Suite 300
Las Vegas, NV 89101

Eric Madden
Diamond Mccarthy Taylor Finley &Lee
1201 Elm Street, Suite 3400
Dallas, TX 75270

Gerald M. Gordon
Gregory E. Garman
GORDON & SILVER, LTD.
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, NV 89109

Susan M. Freeman
Rob Charles
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

August B. Landis
OFFICE OF THE U.S. TRUSTEE
300 Las Vegas Blvd., S. #4300
Las Vegas, NV 89101

William J. Ovca, Jr., Trustee
Defined Pension Plan
OVCA ASSOCIATES, INC.
16872 Baruna Lane
Huntington Beach, CA 92649

Robbin L. Itkin
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars, Ste. 2800
Los Angeles, CA 90067

Michael W. Carmel
80 E Columbus Avenue
Phoenix, AZ 85012

Geoffrey L. Berman
Development Specialists, Inc.
333 S. Grand Ave., Suite 4070
Los Angeles, CA 90071-1544

Michael Tucker
FTI CONSULTING
One Renaissance Square
Two N Central Ave., Ste. 1200
Phoenix, AZ 85004-2322

Janet L. Chubb
JONES VARGAS
100 W. Liberty St, 12th Floor
POB 281
Reno, NV 89504-0281

Michelle Abrams
MICHELLE L. ABRAMS, LTD.
3085 S Jones Blvd., Suite C
Las Vegas, NV 89146

Jeffrey D. Hermann
Orrick, Herrington & Sutcliffe LLP
777 S Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855

Brian D. Shapiro
The Law Office Of Brian D Shapiro LLC
624 S. 9th Street
Las Vegas, NV 89101