Entered on Docket
December 28, 2007

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

---

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone:   (916) 447-9200
Facsimile:   (916) 329-4900
Email:       malevinson@orrick.com
             jhermann@orrick.com

Robert Kinas (Nevada Bar No. 6019)
Claire Dossier (Nevada Bar No. 10030)
SNELL & WILMER LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone:   (702) 784-5200
Fax:         (702) 784-5252
Email:       rkinas@swlaw.com
             cdossier@swlaw.com

*ATTORNEYS FOR USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                    Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
|---|---|
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                    Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                    Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                    Debtor. | **ORDER DISALLOWING PROOF OF CLAIM OF SALVATORE J. REALE** |
| In re:<br>USA SECURITIES, LLC,<br>                    Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Hearing:<br><br>Date: December 5, 2007<br>Time: 9:30 a.m.<br>Place: Courtroom 1, Foley Federal<br>         Building |

The Court having considered the <u>Objection to the Proof of Claim of Salvatore J. Reale</u>

162605. 1160574.2

1   (the "Objection") [Docket 5249] whereby USA Capital Diversified Trust Deed Fund, LLC
2   ("Diversified"), a revested debtor in the above-captioned cases, objects to the Proof of Claim of
3   Salvatore J. Reale ("Reale") filed on September 17, 2007, in the amount of $4,869,310.57 (the
4   "Reale Proof of Claim"), the Response to Diversified's Objection [Docket 5408], the Status
5   Conference Statement Regarding Diversified's Objection [Docket 5427], and the pleadings filed
6   in connection with Diversified's Motion to Establish Disputed Claim Reserve [Docket No. 5250],
7   and the Objection having come on for hearing on December 5, 2007 at 9:30 a.m., Diversified
8   having appeared through its counsel Jeffery Hermann, Esq. and Marc Levinson, Esq. of Orrick,
9   Herrington & Sutcliffe LLP, and Mr. Reale having appeared through his counsel, Michael
10  Newman, Esq., of Gerrard, Cox, & Larsen, and good cause appearing;[1]

11  The Court having observed that Reale filed his Proof of Claim after the bar date established by prior order of this Court without first having obtained an order of this Court allowing such a late filing under Bankruptcy Rule 9006 (b) (1), and based upon the findings and conclusions placed upon the record by the Court at the conclusion of the hearing on the Objection, which such findings and conclusions are incorporated herein, and good and sufficient cause appearing therefore;

17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /

---

[1] Terms not otherwise defined herein shall be as defined in the Objection.

162605. 1160574. 2

1  IT IS HEREBY ORDERED that the Reale Proof of Claim is disallowed in its entirety and
2  for all purposes, without prejudice to the right of Reale to re-file such proof of claim after first
3  obtaining an appropriate order from this Court under Bankruptcy Rule 9006 (b) (1) allowing such
4  late filing.

5  Dated this _____ day of December, 2007.

**In accordance with Local Rule 9021, the undersigned certifies:**

___ The court has waived the requirement of approval under LR 9021.

___ No parties appeared or filed written objections, and there is no trustee appointed in the case.

___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below:

**APPROVED / DISAPPROVED:**

GERRARD, COX & LARSEN

By: _____
Douglas D. Gerrard, Esq.
Sheldon A. Herbert, Esq.
Michael J. Newman, Esq.
2450 St. Rose Parkway, Suite 200
Henderson, NV 89074
*Attorneys for Salvatore J. Reale*

Respectfully submitted,

SNELL & WILMER L.L.P.

By _____
Robert Kinas (Nevada Bar No. 6019)
Claire Y. Dossier (Nevada Bar No. 10030)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
      and
Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capital Mall, Suite 3000
Sacramento, CA 95814-4497

*Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

### ###

162605. 1160574. 2

- 3 -