

**Entered on Docket**
**December 28, 2007**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

| | |
|---|---|
| STUTMAN, TREISTER & GLATT, P.C. | SHEA & CARLYON, LTD. |
| EVE H. KARASIK | CANDACE C. CARLYON, ESQ. |
| (CA State Bar No. 155356) | (Nevada State Bar No. 002666) |
| CHRISTINE M. PAJAK | SHLOMO S. SHERMAN, ESQ. |
| (CA State Bar No. 217173), Members of | (Nevada State Bar No. 009688) |
| 1901 Avenue of the Stars, 12th Floor | 701 Bridger, Suite 850 |
| Los Angeles, CA 90067 | Las Vegas, Nevada 89101 |
| Telephone: (310) 228-5600 | Telephone: (702) 471-7432 |
| E-mail:  ekarasik@stutman.com | E-mail:   ccarlyon@sheacarlyon.com |
| cpajak@stutman.com | ssherman@sheacarlyon.com |

*Counsel for the Official Committee of Equity Security Holders of*
*USA Capital First Trust Deed Fund, LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: <br> USA COMMERCIAL MORTGAGE COMPANY <br>     Debtor. | ) BK-S-06-10725-LBR <br> ) Chapter 11 <br> ) |
| In re: <br> USA CAPITAL REALTY ADVISORS, LLC, <br>     Debtor. | ) BK-S-06-10726-LBR <br> ) Chapter 11 <br> ) |
| In re: <br> USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, <br>     Debtor. | ) BK-S-06-10727-LBR <br> ) Chapter 11 <br> ) |
| In re: <br> USA CAPITAL FIRST TRUST DEED FUND, LLC, <br>     Debtor. | ) BK-S-06-10728-LBR <br> ) Chapter 11 <br> ) |
| In re: <br> USA SECURITIES, LLC, <br>     Debtor. | ) BK-S-06-10729-LBR <br> ) Chapter 11 <br> ) |

**ORDER APPROVING EX PARTE MOTION TO REMOVE STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION FROM SERVICE LISTS**

467881v1

Affects

☒ All Debtors
☐ USA Commercial Mortgage Co.
☐ USA Securities, LLC
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed
☐ USA First Trust Deed Fund, LLC

) 
) 
) 
) 
) Date: n/a
) Time: n/a
)

## ORDER APPROVING EX PARTE MOTION TO REMOVE STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION FROM SERVICE LISTS

The Court having considered the "Ex Parte Motion To Remove Stutman, Treister & Glatt Professional Corporation From Service Lists" (the "Motion"), filed by Stutman, Treister & Glatt, P.C. ("Stutman"); and it appearing that good and sufficient cause exists for the granting of the relief as set forth herein,

**IT IS HEREBY ORDERED** that:

1. The Motion is granted.

2. Stutman and all attorneys affiliated with Stutman, including Frank Merola (fmerola@stutman.com), Eve Karasik (ekarasik@stutman.com), and Christine Pajak (cpajak@stutman.com), are hereby removed from any and all service lists, including the electronic notification service list, related to the above-referenced cases.

3. The Clerk of the Court is directed to take necessary action to effectuate this Order.

SUBMITTED BY:
STUTMAN, TREISTER & GLATT, P.C.

*/s/ Christine M. Pajak*
Christine M. Pajak
1901 Avenue of the Stars, 12th Floor
Los Angeles, CA 90067

Counsel for the Former Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC

### ###

467881v1