LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 12/28/07

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | **CERTIFICATE OF SERVICE OF USACM LIQUIDATING TRUST'S FIRST SET OF** |
| USA SECURITIES, LLC, | **INTERROGATORIES, REQUESTS FOR PRODUCTION OF** |
| Debtors. | **DOCUMENTS AND REQUESTS FOR ADMISSION TO LOS VALLES LAND & GOLF LLC** |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

I, Renee Creswell, an employee of Lewis and Roca LLP, attorneys for the USACM

Liquidating Trust, served USACM Liquidating Trust's First Set of Interrogatories,

/////

/////

/////

/////

231985.1

LEWIS
AND
ROCA
— LLP —
L A W Y E R S

1   Requests for Production of Documents and Requests for Admission to Los Valles Land &

2   Golf LLC, to the following addressees:

3
        Peter J. Mort, Esq.
4       Bruce Jacobs, Esq.
        Akin Gump Strauss Hauer & Field LLP
5       2029 Century Park East, Suite 2400
        Los Angeles, CA 90067
6       Attorneys for Los Valles Land & Golf LLC

7       Pauline Ng Lee, Esq.
        Scott D. Fleming, Esq.
8       Hale Lane Peek Dennison and Howard
        3930 Howard Hughes Parkway, 4th Floor
9       Las Vegas, NV  89169
        Attorneys for Los Valles Land & Golf LLC

10

11      I declare under penalty of perjury that the foregoing is true and correct.

12      Dated: December 28, 2007

13                                   _____/s/ Renee L. Creswell_____
                                     Renee L. Creswell
14

15

16

17

18

19

20

21

22

23

24

25

26

231985.1