LEWIS AND ROCA LLP
LAWYERS

December 29, 2007

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED FUND, LLC,

USA SECURITIES, LLC,
                    Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under Case No. BK-S-06-10725 LBR

**STIPULATION RE WITHDRAWAL OF OBJECTION FOR LACK OF DOCUMENTATION TO PROOFS OF CLAIM FILED BY BARRY J. GOLDSTEIN, PATRICIA GOLDSTEIN AND CAPITAL MORTGAGE INVESTORS, INC.**

The USACM Liquidating Trust (the "USACM Trust") and Barry J. Goldstein, Patricia Goldstein and Capital Mortgage Investors, Inc. ("Claimants"), by and through undersigned counsel, stipulate:

1. Claimants filed Proofs of Claim ("Claims") on November 10, 2006, Claim No. 10725-01167 without stating an amount, Claim No. 10725-01165 in the amount of

1

1888860.1

$14,699.00, Claim No. 10725-01163 without stating an amount and Claim No. 10725-01168 in the amount of $12,951.80..

2. On November 19, 2007, the USACM Trust filed it's Fifth Omnibus Objection to Claims for Lack of Documentation ("Fifth Objection") [DE 5365], which objected to claims, including Claims No. 10725-01163 and 10725-01165 and it Sixth Omnibus Objection to Claims for Lack of Documentation ("Sixth Objection") [DE 5367], which objected to claims, including Claims No. 10725-01167 and 10725-01168, on the basis that the claimants had not supplied sufficient supporting documentation for their claims with their proofs of claim.

3. On December 12, 2007, Claimants filed a response to the Objection and provided documentation supporting Claim No. 10725-01163, Claim No. 10725-01165, Claim No. 10725-01167 and Claim No. 10725-01168.

4. The parties agree that the USACM Trust will withdraw its objection to Claim No. 10725-01163, Claim No. 10725-01165, Claim No. 10725-01167 and Claim No. 10725-01168.

DATED: December 19, 2007

LEWIS AND ROCA LLP
By: /s/ RC (#6593)
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
*Counsel for USACM Liquidating Trust*

-and-

DATED: December 20, 2007.

PHILLIPS, CANTOR & BERLOWITZ, P.A.

/s/ Jeffrey S. Berlowitz

4000 Hollywood Boulevard
Suite 875-South
Hollywood, FL 33021

2

1888860.1