**LEWIS** AND
**ROCA** LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 12/31/07

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>    Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Stipulation Re Proofs Of Claim Filed By Michael P. Mollo** |

The USACM Liquidating Trust (the "USACM Trust"), and Michael P. Mollo ("Mollo"), stipulate:

1

1888574.1

LEWIS
AND
ROCA
LLP
LAWYERS

1. Michael P. Mollo filed Proof of Claim No. 10725-00366 alleging a $6,587.50 unsecured non-priority claim and a $10,000 priority for a total claim of $ 16,587.50;

2. Michael P. Mollo filed Proof of Claim No. 10725-00371 in an unstated amount.

3. On March 23, 2007 the USACM Trust filed an Omnibus Objection to Commission Claims Asserting Priority Status [DE 3255] which included an objection to the Mollo claims and arguing that the proofs of claim are not entitled to priority status.

4. On April 4, 2007, Michael P. Mollo filed a response to the objection of the USACM Trust [DE 3337] and provided documentation to substantiate his claim.

5. The objection and response came before the Court for hearing on December 14, 2007 at 9:30 a.m.

6. In view of the foregoing, the parties hereby stipulate and agree:

- Claim No. 10725-00371 shall be withdrawn on the ground that it is duplicative of proof of claim No. 10725-00366.
- Claim No. 10725-00366 shall be allowed as a wage priority claim pursuant to 11 U.S.C. §507(a)(4) in the amount of $10,000 and an unsecured non-priority claim in the amount of $6,587.50.

7. Nothing in the parties' stipulation or the Court's order approving the stipulation is a waiver or release by the USACM Liquidating Trust in favor of Michael P. Mollo.

Dated: December 31, 2007.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169-5996
Telephone (702) 949-8320
*Counsel for USACM Liquidating Trust*

1888574.1

LEWIS
AND
ROCA
LLP
LAWYERS

1
2  STIPULATED AND AGREED to this 21st day of December, 2007.
3
4  *[signature]*
   Michael P. Mollo
5  316 S. Broadway, # B
   Redondo Beach, CA 90277-3709
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

3

1888574.1