**LEWIS AND ROCA LLP**
LAWYERS

E-filed on 12/31/07

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **In re:** | Jointly Administered |
| **USA Commercial Mortgage Company**<br>   06-10725 – Lead Case | Chapter 11 Cases |
| | Judge Linda B. Riegle Presiding |
| **USA Capital Realty Advisors, LLC**<br>   06-10726 | **NOTICE OF POSTING TO WEBSITE** |
| **USA Capital Diversified Trust Deed Fund, LLC**<br>   06-10727 | **Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |
| **USA Capital First Trust Deed Fund, LLC**<br>   06-10728 | |
| **USA Securities, LLC**<br>   06-10729<br>                               **Debtors.** | |

The USACM Liquidating Trust ("USACM Trust"), posted the following documents on the USACM Trust web site (http://usacmcucc.bmcgroup.com) maintained at BMC on December 13, 2007, which have remained on the website since that date:

DE 5461,    Motion to Further Extend Deadline to File Objection to Allowance
                 of Claims; and

1882103.1

LEWIS
AND
ROCA
LLP
LAWYERS

DE 5463   Notice of Hearing on Motion to Further Extend Deadline to Objection to Allowance of Claims (with Certificate of Service).

A copy of the face page of the web site is attached as Exhibit 1.

RESPECTFULLY SUBMITTED on December 31, 2007.

**LEWIS AND ROCA LLP**

By   /s/ RC (#006593)
     Susan M. Freeman
     Rob Charles
*Attorneys for USACM Liquidating Trust*

1882103.1