LEWIS AND ROCA LLP
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 1/2/08

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED FUND, LLC,

USA SECURITIES, LLC,
Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under Case No. BK-S-06-10725 LBR

**NOTICE OF ENTRY OF STIPULATED ORDER APPROVING 1) WITHDRAWAL OF OBJECTION BY USACM LIQUIDATING TRUST FOR LACK OF DOCUMENTATION TO PROOF OF CLAIM NO. 10725-00859 FILED BY DOWNEY BRAND LLP; AND 2) PARTIALLY ALLOWING PROOF OF CLAIM NO. 10725-00859 FILED BY DOWNEY BRAND LLP**

**PLEASE TAKE NOTICE** that a Stipulated Order Approving 1) Withdrawal of Objection by USACM Liquidating Trust for Lack of Documentation to Proof of Claim No. 10725-00859 Filed by Downey Brand LLP; and 2) Partially Allowing Proof of Claim No. 10725-00859 Filed by Downey Brand LLP [DE 5534] was entered on the 27th day of December 2007, a true and correct copy of which is attached hereto as Exhibit A.

LEWIS AND ROCA LLP
LAWYERS

RESPECTFULLY SUBMITTED January 2, 2008.

**LEWIS AND ROCA LLP**

By /s/ RC (#006593)
Susan M. Freeman
Rob Charles
*Attorneys for USACM Liquidating Trust*

PROOF OF SERVICE

Copy of the foregoing mailed on January 2, 2008 to the following interested party:

Downey Brand LLP
Attn: Sallie Armstrong
427 West Plumb Lane
Reno, NV 89509

/s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca