# EXHIBIT A

1688943.1

Entered on Docket
December 27, 2007

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

---

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>　　　　　　　　　　　Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

1888629.1

**STIPULATED ORDER APPROVING 1) WITHDRAWAL OF OBJECTION BY USACM LIQUIDATING TRUST FOR LACK OF DOCUMENTATION TO PROOF OF CLAIM NO. 10725-00859 FILED BY DOWNEY BRAND LLP; AND 2) PARTIALLY ALLOWING PROOF OF CLAIM NO. 10725-00859 FILED BY DOWNEY BRAND LLP**

The Stipulation to Withdraw the Objection for Lack of Documentation to Proof of Claim No. 10725-00859 filed by the USACM Liquidating Trust ("USACM Trust") and to allow Proof of Claim No. 10725-00859 [DE 5533] came before the Court for consideration. No notice being necessary and good cause appearing,

IT IS ORDERED

- Approving the stipulation;
- The USACM Trust's Fourth Omnibus Objection to Proofs of Claim for Lack of Documentation [DE 5363] as it pertains to Proof of Claim No. 10725-00859 filed by Downey Brand LLP is hereby withdrawn;
- Proof of Claim No. 10725-00859 filed by Downey Brand LLP is allowed as a general unsecured non-priority claim in the amount of $77,680.08; and
- The balance of $753.40 is disallowed.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
    John Hinderaker
*Attorneys for USACM Liquidating Trust*

STPULATED AND AGREED TO:

**DOWNEY BRAND LLP**

_____
Sallie Armstrong
Downey Brand LLP
427 West Plumb Lane
Reno, NV 89509

1888629.1

**STIPULATED ORDER APPROVING 1) WITHDRAWAL OF OBJECTION BY USACM LIQUIDATING TRUST FOR LACK OF DOCUMENTATION TO PROOF OF CLAIM NO. 10725-00859 FILED BY DOWNEY BRAND LLP; AND 2) PARTIALLY ALLOWING PROOF OF CLAIM NO. 10725-00859 FILED BY DOWNEY BRAND LLP**

The Stipulation to Withdraw the Objection for Lack of Documentation to Proof of Claim No. 10725-00859 filed by the USACM Liquidating Trust ("USACM Trust") and to allow Proof of Claim No. 10725-00859 [DE ___] came before the Court for consideration. No notice being necessary and good cause appearing,

IT IS ORDERED

- Approving the stipulation;
- The USACM Trust's Fourth Omnibus Objection to Proofs of Claim for Lack of Documentation [DE 5363] as it pertains to Proof of Claim No. 10725-00859 filed by Downey Brand LLP is hereby withdrawn;
- Proof of Claim No. 10725-00859 filed by Downey Brand LLP is allowed as a general unsecured non-priority claim in the amount of $77,680.08; and
- The balance of $753.40 is disallowed.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
Susan M. Freeman
Rob Charles
John Hinderaker
*Attorneys for USACM Liquidating Trust*

STIPULATED AND AGREED TO:
**DOWNEY BRAND LLP**

Sallie Armstrong
Downey Brand LLP
427 West Plumb Lane
Reno, NV 89509

2

1888629.1