**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 1/2/08

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>            Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER APPROVING STIPULATION TO DISALLOW GOOLD PATTERSON ALES & DAY PROOF OF CLAIM NO. 10725-00968** |

**PLEASE TAKE NOTICE** that an Order Approving Stipulation to Disallow Proof of Claim No. 10725-00968 [DE 5535] was entered on the 27th day of December 2007, a true and correct copy of which is attached hereto as Exhibit A.

1891909.1

RESPECTFULLY SUBMITTED January 2, 2008.

**LEWIS AND ROCA LLP**

By   /s/ RC (#006593)
         Susan M. Freeman
         Rob Charles
*Attorneys for USACM Liquidating Trust*

PROOF OF SERVICE

Copy of the foregoing mailed on January 2, 2008 to the following interested party:

Goold Patterson Ales & Day
Attn: Kelly J. Brinkman
3396 South Pecos Drive
Las Vegas, NV 89121

  /s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca

2

1891909.1