EXHIBIT A

1688943.1

Entered on Docket
December 27, 2007

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

---

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>        Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR |

231539.1

# ORDER APPROVING STIPULATION TO DISALLOW PROOF OF CLAIM NO. OF. 10725-00968

The Court has considered the Stipulation to Disallow Proof of Claim No. 10725-00968 [DE 5520]. Based upon the stipulation and good cause appearing therefrom,

**IT IS HEREBY ORDERED** disallowing in its entirety Proof of Claim No. 10725-00968 filed by Goold Patterson Ales & Day on November 9, 2007 because that claim is duplicative of Proof of Claim No. 10725-00761.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**


By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
    John Hinderaker
*Attorneys for USACM Liquidating Trust*

APPROVED AS TO FORM AND CONTENT:

**GOOLD PATTERSON ALES & DAY**


By: _____
    Kelly J. Brinkman
    Goold Patterson Ales & Day
    4496 South Pecos Drive

231539.1

## ORDER APPROVING STIPULATION TO DISALLOW PROOF OF CLAIM NO. OF. 10725-00968

The Court has considered the Stipulation to Disallow Proof of Claim No. 10725-00968 [DE    ]. Based upon the stipulation and good cause appearing therefrom,

**IT IS HEREBY ORDERED** disallowing in its entirety Proof of Claim No. 10725-00968 filed by Goold Patterson Ales & Day on November 9, 2007 because that claim is duplicative of Proof of Claim No. 10725-00761.

### ###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
    John Hinderaker
*Attorneys for USACM Liquidating Trust*

APPROVED AS TO FORM AND CONTENT:

**GOOLD PATTERSON ALES & DAY**

By: /s/ Kelly J. Brinkman
    Kelly J. Brinkman
    Goold Patterson Ales & Day
    4496 South Pecos Drive

2

231539.1