**LEWIS** AND
**ROCA** LLP
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 1/2/08

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | |
| USA SECURITIES, LLC,<br>    Debtors. | **NOTICE OF ENTRY OF ORDER SUSTAINING USACM LIQUIDATING TRUST'S OMNIBUS OBJECTION TO CLAIMS ASSERTING ADMINISTRATIVE STATUS AS IT PERTAINS TO GOOLD PATTERSON'S CLAIM NO. 10725-00761 AND (2) ALLOWING REMAINDER OF CLAIM NO. 10725-00761 AS A GENERAL UNSECURED CLAIM IN THE AMOUNT OF $65,496.10** |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

**PLEASE TAKE NOTICE** that an Order Sustaining USACM Liquidating Trust's Omnibus Objection to Claims Asserting Administrative Status as it Pertains to Goold Patterson's Claim No. 10725-00671 and (2) Allowing Remainder of Claim No. 10725-00761 as a General Unsecured Claim in the amount of $65,496.10 [DE 5524] was entered

1891907.1

**LEWIS AND ROCA LLP**
LAWYERS

1 | on the 21st day of December 2007, a true and correct copy of which is attached hereto as Exhibit A.

RESPECTFULLY SUBMITTED January 2, 2008.

**LEWIS AND ROCA LLP**

By  /s/ RC (#006593)
    Susan M. Freeman
    Rob Charles
*Attorneys for USACM Liquidating Trust*

PROOF OF SERVICE

Copy of the foregoing mailed on January 2, 2008 to the following interested party:

Goold Patterson Ales & Day
Attn: Kelly J. Brinkman
3396 South Pecos Drive
Las Vegas, NV 89121

 /s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca

1891907.1