**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 1/2/08

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | **NOTICE OF ENTRY OF ORDER APPROVING STIPULATION EXTENDING DEADLINE TO JOIN ADDITIONAL PARTIES AND TO AMEND PLEADINGS** |
| USA SECURITIES, LLC, Debtors. | |
| **Affects:** ☐ All Debtors ☒ USA Commercial Mortgage Company ☐ USA Capital Realty Advisors, LLC ☐ USA Capital Diversified Trust Deed Fund, LLC ☐ USA Capital First Trust Deed Fund, LLC ☐ USA Securities, LLC | |

**PLEASE TAKE NOTICE** that an Order Approving Stipulation Extending Deadline to Join Additional Parties and to Amend Pleadings [DE 5501] was entered on the 19th day of December 2007, a true and correct copy of which is attached hereto as Exhibit A.

1891906.1

**LEWIS AND ROCA LLP**
LAWYERS

RESPECTFULLY SUBMITTED January 2, 2008.

**LEWIS AND ROCA LLP**

By  /s/ RC (#006593)
Susan M. Freeman
Rob Charles
*Attorneys for USACM Liquidating Trust*

PROOF OF SERVICE

Copy of the foregoing e-mailed on January 2, 2008 to the following interested party:

Akin Gump Strauss Hauer & Feld LLP
Attn: Bruce Jacobs
2029 Century Park E, Suite 2400
Los Angeles, CA 90067
bjacobs@akingump.com
*Attorneys for Los Valles Land & Golf LLC*

 /s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca

1891906.1