**Entered on Docket
January 02, 2008**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

# LEWIS AND ROCA LLP

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br><br>Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Affecting:**<br>☐ All Cases<br>or Only:<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

1888865.1

# STIPULATED ORDER APPROVING WITHDRAWAL OF OBJECTION FOR LACK OF DOCUMENTATION TO PROOFS OF CLAIM FILED BY BARRY J. GOLDSTEIN, PATRICIA GOLDSTEIN AND CAPITAL MORTGAGE INVESTORS, INC.

The Stipulation to Withdraw the Objection for Lack of Documentation to Proofs of Claim Nos. 10725-01163, Claim No. 10725-01165, Claim No. 10725-01167 and Claim No.10725-01168 filed by the USACM Liquidating Trust ("USACM Trust") [DE ____] came before the Court for consideration. No notice being necessary and good cause appearing,

IT IS ORDERED approving the stipulation. The USACM Trust's Fifth Omnibus Objection to Proofs of Claim for Lack of Documentation [DE 5365] and Sixth Omnibus Objection to Proofs of Claim for Lack of Documentation [DE 5367] as it pertains Claim No. 10725-01163, Claim No. 10725-01165, Claim No. 10725-01167 and Claim No.10725-01168 filed by Barry J. Goldstein, Patricia Goldstein and Capital Mortgage Investors, Inc. is hereby withdrawn.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
Susan M. Freeman
Rob Charles
*Attorneys for USACM Liquidating Trust*

APPROVED/DISAPPROVED

**PHILLIPS, CANTOR & BERLOWITZ, P.A.**

Jeffrey S. Berlowitz

4000 Hollywood Boulevard
Suite 375-South
Hollywood, FL 33021   Reno, NV 89503

1888865.1