Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email: malevinson@orrick.com
jhermann@orrick.com

Robert Kinas (Nevada Bar No. 6019)
Claire Dossier (Nevada Bar No. 10030)
SNELL & WILMER LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Fax: (702) 784-5252
Email: rkinas@swlaw.com
cdossier@swlaw.com

**Electronically filed January 2, 2008**

*ATTORNEYS FOR USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>Debtor.<br>Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR<br><br>**NOTICE OF ENTRY OF ORDER DISALLOWING PROOF OF CLAIM OF SALVATORE J. REALE**<br><br>Hearing:<br><br>Date: December 5, 2007<br>Time: 9:30 a.m.<br>Place: Courtroom 1, Foley Federal Building |

/ / /

/ / /

/ / /

/ / /

/ / /

163116.1

1  PLEASE TAKE NOTICE that an Order Disallowing Proof of Claim of Salvatore J. Reale
2  was entered in the above-referenced action on December 28, 2007. A copy of said Order is
3  attached hereto as Exhibit A.

4  DATED this 2nd day of January, 2008.

6                                SNELL & WILMER L.L.P.

8  By /s/ Robert Kinas
   Robert Kinas (Nevada Bar No. 6019)
   Claire Y. Dossier (Nevada Bar No. 10030)
   3883 Howard Hughes Parkway, Suite 1100
   Las Vegas, NV 89169
                      and
   Marc A. Levinson (California Bar No. 57613)
   Jeffery D. Hermann (California Bar No. 90445)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
   400 Capital Mall, Suite 3000
   Sacramento, CA 95814-4497

*Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

163116.1

- 2 -

# CERTIFICATE OF SERVICE

On January 2, 2008, I served the **NOTICE OF ENTRY OF ORDER DISALLOWING PROOF OF CLAIM OF SALVATORE J. REALE** for Snell & Wilmer L.L.P. and Orrick, Herrington & Sutcliffe LLP, attorneys for USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, in the above matter via the following means to the persons as listed below:

**VIA ECF SYSTEM**:

MICHELLE L. ABRAMS   mabrams@mabramslaw.com

FRANKLIN C. ADAMS   franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF   nallf@parsonsbehle.com, karen_lawrence@gshllp.com

NANCY L ALLF   nancy_allf@gshllp.com, karen_lawrence@gshllp.com

FRANK A. ANDERSON   anderson.frank@pbgc.gov, efile@pbgc.gov

PETER C. BERNHARD   peter.bernhard@bullivant.com, michelle.diegel@bullivant.com

BMC GROUP, INC.   evrato@bmcgroup.com, ecf@bmcgroup.com; jmiller@bmcgroup.com; mjohn@bmcgroup.com

GEORGANNE W. BRADLEY   georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN   kbrinkman@gooldpatterson.com

THOMAS R. BROOKSBANK   tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY   abrumby@shutts-law.com, rhicks@shutts-law.com; lmackson@shutts-law.com

LOUIS M. BUBALA   lbubala@jonesvargas.com, tbw@jonesvargas.com; aanthony@jonesvargas.com

MATTHEW Q. CALLISTER   mqc@callister-reynolds.com, maggie@callister-reynolds.com; jrammos@callister-reynolds.com

CANDACE C CARLYON   ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com; bankruptcyfilings@sheacarlyon.com; manthony@sheacarlyon.com

MICHAEL W. CARMEL   michael@mcarmellaw.com, nancy@mcarmellaw.com; ritkin@steptoe.com

ROB CHARLES   rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN   yvette@ccfirm.com

163116.1

| | |
|---|---|
| 1 | |
| 2 | KEVIN B. CHRISTENSEN    kbchrislaw@aol.com |
| 3 | JANET L. CHUBB    tbw@jonesvargas.com |
| 4 | DAVID A. COLVIN    kjohnson@marquisaurbach.com, dcolvin@marquisaurbach.com; kgallegos@MarquisAurbach.com |
| 5 | WILLIAM D COPE    cope_guerra@yahoo.com |
| 6 | LAUREL E. DAVIS    ldavis@fclaw.com, mhurtado@fclaw.com |
| 7 | THOMAS W. DAVIS    twd@h2law.com, emarchetti-harris@howardandhoward.com |
| 8 | DEBT ACQUISITION COMPANY OF AMERICA V, LLC (aw)    awhatnall@daca4.com |
| 9 | J CRAIG DEMETRAS    JCD@demetras-oneill.com, jar@demetras-oneill.com; mdh@demetras-oneill.com |
| 10 | |
| 11 | RICHARD I. DREITZER    rdreitzer@yahoo.com |
| 12 | THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM; bknotices@gordonsilver.com |
| 13 | SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com |
| 14 | GREGORY E GARMAN    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com |
| 15 | DOUGLAS D. GERRARD    DGERRARD@GERRARD-COX.COM, ekaymedellin@gerrard-cox.com |
| 16 | WADE B. GOCHNOUR    wgochnour@hwmlvlaw.com, donnat@hwmlvlaw.com |
| 17 | CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov |
| 18 | Mary.Booker@usdoj.gov |
| 19 | GERALD M GORDON    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com |
| 20 | R. VAUGHN GOURLEY    vgourley@lvcm.com |
| 21 | TALITHA B. GRAY    bankruptcynotices@gordonsilver.com; bknotices@gordonsilver.com |
| 22 | JAMES D. GREENE    bknotice@bhfs.com |
| 23 | MARK H. GUNDERSON    kweaver@gundersonlaw.com |
| 24 | MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com; angelenal@goldguylaw.com |
| 25 | PETER W. GUYON    pguyon@yahoo.com |
| 26 | |
| 27 | JEFFREY R. HALL    jhall@sheacarlyon.com, jusam@hutchlegal.com; mconnot@hutchlegal.com |
| 28 | XANNA R. HARDMAN    xanna.hardman@gmail.com |

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

163116.1

| | |
|---|---|
| STEPHEN R HARRIS | noticesbh&p@renolaw.biz |
| JEFFREY L HARTMAN | notices@bankruptcyreno.com, dle@bankruptcyreno.com |
| BRIGID M. HIGGINS | bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com |
| RICHARD F. HOLLEY | rholley@nevadafirm.com, paltstatt@nevadafirm.com; vnelson@nevadafirm.com; sliberio@nevadafirm.com; bkecf@nevadafirm.com |
| RANDOLPH L. HOWARD | rhoward@klnevada.com, ckishi@klnevada.com; bankruptcy@klnevada.com |
| DAVID W. HUSTON | dwh@hustonlaw.net, swaits@hustonlaw.net |
| JASON A. IMES | bkfilings@s-mlaw.com |
| ROBBIN L. ITKIN | ritkin@steptoe.com, sgottlieb@steptoe.com; skopman@steptoe.com; keckert@steptoe.com; jgoldman@steptoe.com; kpiper@steptoe.com |
| CHRISTOPHER D JAIME | cjaime@waltherkey.com, kbernhar@waltherkey.com |
| EVAN L. JAMES | ejameslv@embarqmail.com, kbchrislaw@aol.com |
| ANNETTE W JARVIS | ajarvis@rqn.com |
| ERIN E. JONES | ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com |
| TY E. KEHOE | TyKehoeLaw@aol.com |
| ROBERT R. KINAS | rkinas@swlaw.com, jmcbee@swlaw.com; jmath@swlaw.com; mfull@swlaw.com; cdossier@swlaw.com; lvdocket@mindspring.com |
| DEAN T. KIRBY | dkirby@kirbymac.com, jhebert@kirbymac.com; lackerman@kirbymac.com |
| ZACHARIAH LARSON | ecf@lslawnv.com, susans@lslawnv.com |
| JOHN J. LAXAGUE | jlaxague@caneclark.com |
| GEORGE C LAZAR | glazar@foxjohns.com, gclazar@sbcglobal.net |
| NILE LEATHAM | nleatham@klnevada.com, ckishi@klnevada.com; bankruptcy@klnevada.com |
| ROBERT C. LEPOME | rlepome@cox.net, smstanton@cox.net |
| SSTEPHEN T LODEN | sloden@diamondmccarthy.com |
| TYSON M. LOMAZOW | tlomazow@milbank.com |
| ANNE M. LORADITCH | ecffilings@LRLaw.com, aloraditch@LRLaw.com; pkois@LRLaw.com |
| ERIC D MADDEN | emadden@diamondmccarthy.com, jsickels@diamondmccarthy.com |

163116.1

- 5 -

| | |
|---|---|
| 1 | PATRICIA A. MARR    lvlaw03@yahoo.com |
| 2 | JAMES C. MCCARROLL    dturetsky@reedsmith.com; aleonard@reedsmith.com |
| 3 | REGINA M. MCCONNELL    rmcconnell@kssattorneys.com |
| 4 | WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com |
| 5 | RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com; cburke@lawlasvegas.com |
| 6 | |
| 7 | JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com; info@s-mlaw.com |
| 8 | BRECK E. MILDE    bmilde@terra-law.com |
| 9 | SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com; ltreadway@sheacarlyon.com; mleavitt@sheacarlyon.com; manthony@sheacarlyon.com |
| 10 | DAVID MINCIN    mcknightlaw@cox.net, gkopang@lawlasvegas.com; dmincin@lawlasvegas.com, cburke@lawlasvegas.com |
| 11 | |
| 12 | JOHN F MURTHA    jmurtha@woodburnandwedge.com |
| 13 | ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com; erin@rlbolick.com |
| 14 | JOHN F. O'REILLY    jor@oreillylawgroup.com, tor@oreillylawgroup.com; bc@oreillylawgroup.com; mg@oreillylawgroup.com; lc@oreillylawgroup.com |
| 15 | TIMOTHY R. O'REILLY    tor@oreillylawgroup.com, jor@oreillylawgroup.com; bc@oreillylawgroup.com; mg@oreillylawgroup.com; lc@oreillylawgroup.com |
| 16 | |
| 17 | BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com; dgriffis@beckleylaw.com |
| 18 | DONNA M. OSBORN    ksavage@marquisaurbach.com, dosborn@marquisaurbach.com; kgallegos@MarquisAurbach.com |
| 19 | |
| 20 | CHRISTINE M PAJAK    cpajak@stutman.com, ekarasik@stutman.com |
| 21 | ANDREW M. PARLEN    aparlen@stutman.com |
| 22 | DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com |
| 23 | PAUL C RAY    info@johnpeterlee.com |
| 24 | THOMAS RICE    trice@coxsmith.com, ggattis@coxsmith.com; jbrown@coxsmith.com; aseifert@coxsmith.com; dwilliamson@coxsmith.com |
| 25 | GORDON C. RICHARDS    GCR@ClarkandRichards.com, ALM@ClarkandRichards.com |
| 26 | CHRISTINE A ROBERTS    bankruptcy@rocgd.com |
| 27 | STACY M. ROCHELEAU    stacy@arlawgroup.com, wendy@arlawgroup.com |
| 28 | SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com |

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

163116.1

LENARD E. SCHWARTZER  bkfilings@s-mlaw.com

BRIAN D. SHAPIRO  ecf@brianshapirolaw.com, tiffany@brianshapirolaw.com; brianshapiroesq@yahoo.com; bshapiro@brianshapirolaw.com

JAMES PATRICK SHEA  bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com; jshea@sheacarlyon.com; manthony@sheacarlyon.com

SHLOMO S. SHERMAN  ssherman@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com; ltreadway@sheacarlyon.com; rmsmith@sheacarlyon.com; mleavitt@sheacarlyon.com; manthony@sheacarlyon.com

AMBRISH S. SIDHU  ecfnotices@sidhulawfirm.com

JEFFREY G. SLOANE  gjklepel@yahoo.com, rmcconnell@kssattorneys.com

ALAN R SMITH  mail@asmithlaw.com, turk@asmithlaw.com; marsh@asmithlaw.com; darby@asmithlaw.com

ADAM M. STARR  starra@gtlaw.com

DAVID A. STEPHENS  dstephens@lvcm.com

PETER SUSI  cheryl@msmlaw.com, msm@msmlaw.com

ERIC W. SWANIS  swanise@gtlaw.com, barberc@gtlaw.com; lengemannc@gtlaw.com; boodtb@gtlaw.com; dittrichr@gtlaw.com; driverv@gtlaw.com

JEFFREY R. SYLVESTER  jeff@sylvesterpolednak.com

KAARAN E. THOMAS  kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

ROLLIN G. THORLEY  rollin.g.thorley@irscounsel.treas.gov

U.S. TRUSTEE - LV - 11  USTPRegion17.lv.ecf@usdoj.gov

ERIC VAN  bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

GREGORY J. WALCH  GWalch@Nevadafirm.com

RUSSELL S. WALKER  rwalker@wklawpc.com, eloveridge@wklawpc.com; ckirk@wklawpc.com; tgrover@wklawpc.com

WHITNEY B. WARNICK  wbw@albrightstoddard.com, bstessel@albrightstoddard.com

GREGORY L. WILDE  bk@wildelaw.com

RYAN J. WORKS  rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com; dsampson@mcdonaldcarano.com; aguenther@mcdonaldcarano.com; hvenglik@mcdonaldcarano.com

MATTHEW C. ZIRZOW  bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

///

163116.1

- 7 -

**VIA FACSIMILE and U.S. MAIL (postage fully prepaid):**

William L. McGimsey, Esq.
516 South 6th Street, Suite 300
Las Vegas, NV 89101
Fax: (702) 384-4329
*Attorney for MARGARET B. McGIMSEY TRUST, BRUCE McGIMSEY, JERRY McGIMSEY, SHARON McGIMSEY, and JOHNNY CLARK*

Douglas Gerrard, Esq.
2450 St. Rose Parkway
Henderson, NV 89074
Fax: (702) 796-4848
*Attorney for SALVATORE J. REALE*

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 2nd day of January, 2008.

_____
Jill Math

163116.1

- 8 -

# EXHIBIT A

# EXHIBIT A

**Entered on Docket**
**December 28, 2007**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

---

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone:    (916) 447-9200
Facsimile:    (916) 329-4900
Email:    malevinson@orrick.com
          jhermann@orrick.com

Robert Kinas (Nevada Bar No. 6019)
Claire Dossier (Nevada Bar No. 10030)
SNELL & WILMER LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone:    (702) 784-5200
Fax:          (702) 784-5252
Email:        rkinas@swlaw.com
              cdossier@swlaw.com

*ATTORNEYS FOR USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                  Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                  Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                  Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                  Debtor. | **ORDER DISALLOWING PROOF OF CLAIM OF SALVATORE J. REALE** |
| In re:<br>USA SECURITIES, LLC,<br>                                  Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Hearing:<br><br>Date: December 5, 2007<br>Time: 9:30 a.m.<br>Place: Courtroom 1, Foley Federal Building |

The Court having considered the Objection to the Proof of Claim of Salvatore J. Reale

162605. 1160574.2

1  (the "Objection") [Docket 5249] whereby USA Capital Diversified Trust Deed Fund, LLC
2  ("Diversified"), a revested debtor in the above-captioned cases, objects to the <u>Proof of Claim of</u>
3  <u>Salvatore J. Reale</u> ("Reale") filed on September 17, 2007, in the amount of $4,869,310.57 (the
4  "Reale Proof of Claim"), the <u>Response to Diversified's Objection</u> [Docket 5408], the <u>Status</u>
5  <u>Conference Statement Regarding Diversified's Objection</u> [Docket 5427], and the pleadings filed
6  in connection with Diversified's <u>Motion to Establish Disputed Claim Reserve</u> [Docket No. 5250],
7  and the Objection having come on for hearing on December 5, 2007 at 9:30 a.m., Diversified
8  having appeared through its counsel Jeffery Hermann, Esq. and Marc Levinson, Esq. of Orrick,
9  Herrington & Sutcliffe LLP, and Mr. Reale having appeared through his counsel, Michael
10 Newman, Esq., of Gerrard, Cox, & Larsen, and good cause appearing;[1]

11      The Court having observed that Reale filed his Proof of Claim after the bar date
12  established by prior order of this Court without first having obtained an order of this Court
13  allowing such a late filing under Bankruptcy Rule 9006 (b) (1), and based upon the findings and
14  conclusions placed upon the record by the Court at the conclusion of the hearing on the
15  Objection, which such findings and conclusions are incorporated herein, and good and sufficient
16  cause appearing therefore;
17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27
28  _____
[1] Terms not otherwise defined herein shall be as defined in the Objection.

162605. 1160574. 2

- 2 -

Case: 06-10725-...    Doc #: 5540    Filed: 12/28/200.    Page: 3 of 3

IT IS HEREBY ORDERED that the Reale Proof of Claim is disallowed in its entirety and for all purposes, without prejudice to the right of Reale to re-file such proof of claim after first obtaining an appropriate order from this Court under Bankruptcy Rule 9006 (b) (1) allowing such late filing.

Dated this _____ day of December, 2007.

> **In accordance with Local Rule 9021, the undersigned certifies:**
>
> ___ The court has waived the requirement of approval under LR 9021.
>
> ___ No parties appeared or filed written objections, and there is no trustee appointed in the case.
>
> ___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below:
>
> **APPROVED / DISAPPROVED:**
>
> GERRARD, COX & LARSEN
>
> By: /s/ Douglas D. Gerrard
> Douglas D. Gerrard, Esq.
> Sheldon A. Herbert, Esq.
> Michael J. Newman, Esq.
> 2450 St. Rose Parkway, Suite 200
> Henderson, NV 89074
> *Attorneys for Salvatore J. Reale*

Respectfully submitted,

SNELL & WILMER L.L.P.

By /s/ Robert Kinas
Robert Kinas (Nevada Bar No. 6019)
Claire Y. Dossier (Nevada Bar No. 10030)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
   and
Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capital Mall, Suite 3000
Sacramento, CA 95814-4497

*Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

### # # #

162605.1160574.2

Snell & Wilmer L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200