STACY M. ROCHELEAU, ESQ.  
Nevada Bar No.: 7886  
ADAMS & ROCHELEAU, LLC.  
400 N. Stephanie Street, Suite 260  
Henderson, NV 89014  
(702) 914-0400  
Fax (702) 914-0256  
Attorneys for Creditor  
NATIONAL REAL ESTATE HOLDINGS

E-filed on ~~December~~ January 2, 200~~7~~8.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY,<br><br>    Debtor | BK Case no. BK-S-06-10725-LBR<br>Chapter 11 |

**REQUEST FOR WITHDRAWAL OF ADAMS & ROCHELEAU, LLC., FROM SERVICE LISTS**

**PLEASE TAKE NOTICE,** that ADAMS & ROCHELEAU, LLC., ("A&R") hereby requests that its name be withdrawn from any and all service lists in connection with the above-referenced case.

Respectfully Submitted:

Dated: December 27, 2007

/s/ SM Rocheleau

STACY M. ROCHELEAU, ESQ.  
Nevada Bar No. 7886  
400 N. Stephanie Street, Suite 260  
Henderson, NV 89014  
(702) 914-0400  
Fax (702) 914-0256  
Stacy@arlawgroup.com