

**Entered on Docket**
**January 03, 2008**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | |
| USA SECURITIES, LLC, | |
| Debtors. | |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

232029.1

**ORDER SUSTAINING FIRST OMNIBUS OBJECTION OF USACM TRUST
TO PROOFS OF CLAIM BASED UPON INVESTMENT IN THE
OPAQUE/MT. EDGE $7,350,000 LOAN**

Pending before the Court is the USACM Liquidating Trust's First Omnibus
Objection to Proofs of Claim Based Upon Investment in the Opaque/Mt. Edge $7,350,000
Loan (the "Objection") [DE 5388]. Adequate notice of the Objection was given. No
responses were filed to the Objection and no opposition was raised to the Objection at the
hearing on December 20, 2007. Good cause appearing,

IT IS ORDERED that the Objection is sustained and the Proofs of Claim listed on
Exhibit A attached are disallowed in their entirety.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**


By:___/s/ RC (#0006593)_____
      Susan M. Freeman
      Rob Charles
      John Hinderaker
*Attorneys for USACM Liquidating Trust*


APPROVED:

**OFFICE OF THE U.S. TRUSTEE**


      August B. Landis, Esq.
      Scott A. Farrow, Esq.
      300 Las Vegas Boulevard, Suite 4300
      Las Vegas, NV 89101

2

232029.1

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☒ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing regarding this matter and/or who filed a written objection and each has:

☒ approved the form of this order;

☐ waived the right to review the order;

☐ failed to file and serve papers in accordance with LR 9021(c); and/or

☐ failed to sign and return this proposed order within five (5) business days in accordance with LR 9021(b).

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order.

☐ No opposition was filed and no other party or counsel appeared at the hearing.

**LEWIS AND ROCA LLP**

By:  /s/ RC (#0006593)
Susan M. Freeman
Rob Charles
John Hinderaker
*Attorneys for USACM Liquidating Trust*

3

232029.1

OPAQUE MT. EDGE $7,350,000

## EXHIBIT A

| Claim | Name | Address | Total Claim Amount |
|---|---|---|---|
| 10725-00354 | John T. Mrasz Ent Inc Defined Benefit Plan Dtd 5/86 | c/o John T. and Janet Mrasz TTEES 10015 Barling Street Shadow Hills, CA 91040-1512 | $66,136.58 |
| 10725-00655 | Edgar Wolf | 3868 Carlton Drive Atlanta, GA 30341 | $25,000.00 |
| 10725-00730 | Louise G. Sherk Md Employee Benefit Plan Trust | c/o Robert Di Bias and Louise Sherk TTEES 3830 Ocean Birch Drive Corona Del Mar, CA 92625-1244 | $33,546.65 |
| 10725-01270 | Wayne Dotson Co Peter Bogart CEO | 3 Hidden Lake Court Bluffton, SC 29910 | $56,000.00 |
| 10725-02231 | Jocelyn Helzer and Eddie Mayo JTWRDS | 115 South Deer Run Road Carson City, NV 89701 | $16,771.13 |

230165.1