Entered on Docket
January 03, 2008

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | Jointly Administered |
|---|---|
| **USA Commercial Mortgage Company**<br>06-10725 – Lead Case | Chapter 11 Cases |
| **USA Capital Realty Advisors, LLC**<br>06-10726 | Judge Linda B. Riegle Presiding<br><br>Date of Hearing: December 24, 2007<br>Time:        9:30 a.m. |
| **USA Capital Diversified Trust Deed Fund, LLC**<br>06-10727 | **Affecting:**<br>☐ All Cases<br>or Only: |
| **USA Capital First Trust Deed Fund, LLC**<br>06-10728 | ☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC |
| **USA Securities, LLC**<br>06-10729<br>                    **Debtors.** | ☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

**ORDER APPROVING STIPULATION RE PROOFS OF CLAIM FILED BY MICHAEL P. MOLLO**

1888707.1

The Court having considered the Stipulation of the USACM Liquidating Trust (the "USACM Trust"), and Michael P. Mollo ("Mollo") [DE 5546], and good cause appearing,

IT IS HEREBY ORDERED:

1. The Stipulation is approved;

2. Claim No. 10725-00371 filed by Mollo is hereby deemed withdrawn on the ground it is duplicative of Claim No. 10725-00366; and

3. Claim No. 10725-00366 filed by Mollo is hereby allowed as a wage priority claim in the amount of $10,000 and as a general unsecured non-priority claim in the amount of $6,587.50.

4. Nothing in the parties' stipulation or the Court's order approving the stipulation is a waiver or release by the USACM Liquidating Trust in favor of Michael P. Mollo.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
*Attorneys for USACM Liquidating Trust*

**APPROVED AS TO FORM AND CONTENT:**

By: [signature]
Michael P. Mollo
316 S. Broadway, # B
Redondo Beach, CA 90277-3709

2

1888707.1