

**Entered on Docket
January 03, 2008**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>　　　　　　　　　　　Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>Date of Hearing: December 14, 2007<br>Time of Hearing: 9:30 a.m. |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

218688.3

| | |
|---|---|
| ROBERT J. KEHL AND RUTH ANN KEHL, et al<br><br>           Plaintiffs,<br>v.<br><br>USACM Commercial Mortgage Company, Joseph D. Milanowski, Thomas A. Hantges, And USACM Liquidating Trust,<br><br>           Defendants, | Adversary 06-01247<br><br>**Stipulated Order Re Objection To Proof Of Claim Of Robert J. Kehl And Ruth Ann Kehl And Status Hearing On Adversary 06-01247** |

The continued hearing on USA Commercial Mortgage Company's objection to proof of claim No.10725-01660 filed by Robert J. and Ruth Ann Kehl [DE 2139] and the status hearing on the complaint in Adversary 06-01247 [DE 9] came before the Court for a continued hearing on December 14, 2007, and the Court having been advised at the hearing that the USACM Liquidating Trust and the Kehl family have agreed to continue these matters while the Kehl family is continuing to attempt to collect their direct loans, and prosecution of the adversary proceeding against Joseph D. Milanowski and Thomas A. Hantges is stayed by the pendency of their separate bankruptcy cases, therefore,

IT IS HEREBY ORDERED:

1. The objection to proof of claim no. 10725-01660 will be taken off calendar;

2. The Status hearing on adversary 06-01247 will be taken off calendar; and

3. The Court may reset the objection to proof of claim No. 06-10725-01660; and/or the status hearing on the adversary 06-01247 for a continued hearing on not less than 30 days written notice by the Court or upon a party's filed request.

###

218688.3

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By:   /s/ RC (#0006593)
      Susan M. Freeman
      Rob Charles
      John Hinderaker
*Attorneys for USACM Liquidating Trust*


STIPULATED AND APPROVED AS TO FORM AND CONTENT:

**JONES VARGAS**


By:   /s/ Janet L. Chubb
      Janet L. Chubb
100 W. Liberty Street, 12th Floor
P. O. Box 281
Reno, NV 89504-0281
E-Mail: jlc@jonesvargas.com
*Attorneys for Robert J. and Ruth Ann Kehl and Plaintiffs*

218688.3