# United States Bankruptcy Court
## District of Nevada

Case No. <u>06–10725–lbr</u>

**Chapter 11**

In re: (Name of Debtor)
    USA COMMERCIAL MORTGAGE COMPANY
    fka  USA CAPITAL
    4484 SOUTH PECOS ROAD
    LAS VEGAS, NV 89121

Social Security No.:

## NOTICE OF FILING OFFICIAL TRANSCRIPT

Please take notice that a transcript has been filed on 1/3/2008 for the proceeding held on 12/19/2007 . Pursuant to the Judicial Conference Policy on electronic availability of transcripts, electronic access to this transcript is restricted to court users and case participants for 5 business days from the date of filing. Parties should review the transcript for any of the following items that should be redacted under the Judical Conference's privacy policy: Social Security numbers should be redacted to show only the last four digits; birth dates should contain only the year of birth; individuals known to be minors should be referred to with initials; and financial account numbers should be redacted to the last four digits. The parties have 5 business days to file a Notice of Intent to Request Redaction with the court to indicate their intent to redact such information from the transcript. This form is on the court's web site, located at: http://www.nvb.uscourts.gov/.

If a redaction is requested, the filing party has 21 calender days from the date the Notice of Intent to Request Redaction was filed to provide to the transcriber a list of items to be redacted, indicating the location of the identifiers within the transcript. During this time period, a party can, by motion, request that additional information be redacted. This time may be extended for good cause shown. All motions for extension should be filed before expiration of the deadline for which the extension is sought. The transcript company will file the redacted transcript with the court with the title "Redacted Transcript" 30 days after receiving the list of items to be redacted. If no Notice of Intent to Request Redaction is filed, the transcript will be made electronically available to the general public.

Attorneys representing a party in this case will have access through PACER (Public Access to Court Electronic Records). To electronically access transcripts, both a CM/ECF and PACER login is needed, and the Electronic Public Access Fee Schedule applies. A copy of the transcript may also be viewed by visiting the Office of the Clerk. In Las Vegas, the office is located at 300 Las Vegas Blvd. South, Las Vegas, Nevada 89101. In Reno, the office is located at 300 Booth Street, Reno, Nevada 89509.

Dated: 1/3/08                          BY THE COURT

                                                               Mary A. Schott
                                                               Clerk of the Bankruptcy Court