**Entered on Docket**
**January 04, 2008**

Hon. Linda B. Riegle
United States Bankruptcy Judge

---

# LEWIS AND ROCA LLP

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | ) | Case No. BK-S-06-10725-LBR |
|---|---|---|
| | ) | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE | ) | Case No. BK-S-06-10727-LBR |
| COMPANY, | ) | Case No. BK-S-06-10728-LBR |
| | ) | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, | ) | |
| LLC, | ) | CHAPTER 11 |
| | ) | |
| USA CAPITAL DIVERSIFIED TRUST | ) | Jointly Administered Under Case No. BK-S-06- |
| DEED FUND, LLC, | ) | 10725 LBR |
| | ) | |
| USA CAPITAL FIRST TRUST DEED | ) | Date: December 20, 2007 |
| FUND, LLC, | ) | Time: 9:30 a.m |
| | ) | |
| USA SECURITIES, LLC, | ) | **Affecting:** |
| Debtors. | ) | ☐ All Cases |
| | ) | **or Only:** |
| | ) | ☒ USA Commercial Mortgage Company |
| | ) | ☐ USA Capital Realty Advisors, LLC |
| | ) | ☐ USA Capital Diversified Trust Deed Fund, |
| | ) | LLC |
| | ) | ☐ USA Capital First Trust Deed Fund, LLC |
| | ) | ☐ USA Securities, LLC |
| | ) | |

1890712.1

### ORDER SUSTAINING SECOND OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS FOR LACK OF DOCUMENTATION EXCEPT AS TO PROOF OF CLAIM NO. 10725-00247 FILED BY DALE L. TUTTLE

The USACM Liquidating Trust (the "USACM Trust") filed its Second Omnibus Objection to Claims for Lack of Documentation [DE 5359] (the "Objection") on November 19, 2007. Appropriate notice of the Objection was given. A Response to the Objection was raised as follows:

• On December 5, 2007, Dale L. Tuttle provided documentation for Proof of Claim No. 10725-00247. Upon being provided documentation, the USACM Trust withdrew the Objection as to that claim on December 19, 2007 [DE 5505]. Accordingly, that claim is not included in Exhibit A attached and is not affected by this Order.

No other responses were received by USACM Trust counsel or filed with this Court. The Objection came before the Court for hearing on December 20, 2007 at 9:30 a.m. Good cause appearing, it is

ORDERED:

• Sustaining the USACM Trust's Second Omnibus Objection to Claims for Lack of Documentation except to the extent the USACM Trust has withdrawn that objection; and

• Disallowing the Proofs of Claim listed on the attached Exhibit A without prejudice to any rights the claimants listed in Exhibit A may have as Direct Lenders in a particular loan.

### ###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By:___/s/ RC (#0006593)_____
     Susan M. Freeman
     Rob Charles
*Attorneys for USACM Liquidating Trust*

1890712.1

APPROVED:

**OFFICE OF THE U.S. TRUSTEE**

_____
August B. Landis, Esq.
Scott A. Farrow, Esq.
300 Las Vegas Boulevard, Suite 4300
Las Vegas, NV 89101

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☒ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing regarding this matter and/or who filed a written objection and each has:

    ☒ approved the form of this order;

    ☐ _waived the right to review the order;_

    ☐ failed to file and serve papers in accordance with LR 9021(c); and/or

    ☐ failed to sign and return this proposed order within five (5) business days in accordance with LR 9021(b).

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the _right to review the order, failed to file and serve papers in accordance with LR_ 9021(c) and the following have disapproved the form of the order.

☐ No opposition was filed and no other party or counsel appeared at the hearing.

**LEWIS AND ROCA LLP**

By:___/s/ RC (#0006593)_____
    _Susan M. Freeman_
    Rob Charles
_Attorneys for USACM Liquidating Trust_

3

1890712.1

**ORDER SUSTAINING SECOND OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO PROOFS OF CLAIM FOR LACK OF DOCUMENTATION**
**BK-S-06-10725-LBR**

| Creditor Name | Claim No. | Date Filed. | Amount |
|---|---|---|---|
| Wagner, Scott E.<br>P.O. Box 523<br>Cumberland, Wisconsin 54829-0523 | 10725-00268 | 9/27/06 | $80,000.00 |
| Mary Coleman IRA<br>108 Low Street<br>Newburyport, Maryland 01950-3517 | 10725-00306 | 9/29/06 | Amount Not Stated |
| Mary Coleman IRA<br>108 Low Street<br>Newburyport, Maryland 01950-3517 | 10725-00307 | 9/29/06 | Amount Not Stated |
| Coleman, Mary<br>108 Low Street<br>Newburyport, Maryland 01950-3517 | 10725-00308 | 9/29/06 | $27,473.40 |
| Coleman, Mary<br>First Savings Bank Custodian for Mary Coleman<br>108 Low Street<br>Newburyport, Maryland 01950-3517 | 10725-00309 | 9/29/06 | $39,226.14 |
| Frey, Lloyd<br>2605 East Flamingo Road<br>Las Vegas, Nevada 89121 | 10725-00311 | 9/29/06 | Amount Not Stated |
| Rosenthal, Arnold<br>6059 Woodman Avenue<br>Van Nuys, California 91401 | 10725-00414 | 10/3/06 | $51,095.00 |
| Milton Leroy Owens MD Inc,<br>Defined Benefit Plan and Trust<br>1094 West 7th Street<br>San Pedro, California 90731-2928 | 10725-00569 | 10/12/06 | $26,129.00 |
| Owens, Milton<br>1094 West 7th Street<br>San Pedro, California 90731-2928 | 10725-00570 | 10/12/06 | $25,000.00 |

**EXHIBIT A**

1881848.2