PAULINE NG LEE (SBN 6392)
SCOTT D. FLEMING (SBN 5638)
HALE LANE PEEK DENNISON AND HOWARD
3930 Howard Hughes Parkway, 4th Floor
Las Vegas, Nevada 89169
Telephone: 702-222-2500
Facsimile:  702-365-6940
plee@halelane.com
sfleming@halelane.com

PETER J. MORT
BRUCE JACOBS (Admitted Pro Hac Vice)
AKIN GUMP STRAUSS HAUER & FELD LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone: 310-229-1000
Facsimile:  310-229-1001
pmort@akingump.com
bjacobs@akingump.com

Attorneys for Los Valles Land & Golf LLC

**ELECTRONICALLY FILED**
**JANUARY 4, 2008**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| USA COMMERCIAL MORTGAGE COMPANY, et al. | 06-10725-LBR |
| Debtors. | Jointly Administered |
| | **STIPULATED MOTION TO MODIFY BRIEFING SCHEDULE FOR HEARING REGARDING MOTION FOR LEAVE TO FILE SECOND AMENDED OBJECTION AND COUNTERCLAIM [#5529]** |

Los Valles Land & Golf LLC ("Los Valles") by and through its counsel, Akin Gump Strauss Hauer & Feld LLP moves the Court to modify the briefing schedule on the USACM Trust's December 21, 2007 Motion for Leave to File a Second Amended Objection and Counterclaim (the "Motion") [DE 5529].  The Motion is set for hearing on January 24, 2008.  The USACM Liquidating Trust does not oppose this motion and stipulates to the Court granting it.

The deadline for a response to the USACM Trust's Motion is currently January 7, 2008.  Counsel for Los Valles was out of the office on vacation from December 21, 2007 through January 2, 2008.  Thus, Los Valles requires additional time to respond to the Motion.  Moreover, the parties are working to determine whether it is possible to resolve the issues raised in the Motion by way of stipulation rather than a contested motion.  However, to do so, Los Valles requires sufficient time to evaluate the issues raised in the motion.

Therefore, in light of the foregoing, the parties have agreed upon the following modified briefing schedule for the Motion provided the Court is willing to allow the briefing schedule and maintain the hearing date on January 24, 2008:

    a. Los Valles' opposition will be due on January 16, 2008.

    b. The USACM Trust's reply will be due on January 21, 2008.

///

///

DATED: January 4, 2008.

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By: ___s/ Bruce Jacobs_____
   Bruce Jacobs
2024 Century Park East, Suite 2400
Los Angeles, California 90067
Tel: 310-229-1000
Email: bjacobs@akingump.com
*Attorneys for Los Valles Land & Golf LLC.*

- and –

**LEWIS AND ROCA LLP**

By: __/s/ Rob Charles (#6593)_____
   Susan M. Freeman, AZ 4199 (*pro hac vice*)
   Rob Charles, NV 6593
   John Hinderaker, AZ 18024 *(pro hac vice)*
*Counsel for USACM Liquidating Trust*

6186059

3

Stipulated Motion to modify Briefing Schedule for Hearing Regarding Motion for Leave to File Second Amended Objection and Counterclaim [#5529]

# PROOF OF SERVICE

I certify that on the 4th of January, 2008, I served a copy of the foregoing document by depositing a copy of the same in a sealed envelope in the united states mail, Reno, Nevada, first-class postage fully prepaid, or by electronic notification and addressed to the persons as follows:

**ELECTRONIC NOTICE TO:**

- MICHELLE L. ABRAMS    mabrams@mabramslaw.com
- FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com
- NANCY L ALLF    nallf@parsonsbehle.com, karen_lawrence@gshllp.com
- NANCY L ALLF    nancy_allf@gshllp.com, karen_lawrence@gshllp.com
- FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov
- PETER C. BERNHARD    peter.bernhard@bullivant.com, michelle.diegel@bullivant.com
- BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;mjohn@bmcgroup.com
- GEORGANNE W. BRADLEY    georganne.bradley@bullivant.com, mary.opatrny@bullivant.com
- KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com
- THOMAS R. BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com
- ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com
- LOUIS M. BUBALA    lbubala@jonesvargas.com, tbw@jonesvargas.com;aanthony@jonesvargas.com
- MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com;jrammos@callister-reynolds.com
- CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;manthony@sheacarlyon.com
- MICHAEL W. CARMEL    michael@mcarmellaw.com, nancy@mcarmellaw.com;ritkin@steptoe.com
- ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com
- MICHAEL W. CHEN    yvette@ccfirm.com
- KEVIN B. CHRISTENSEN    kbchrislaw@aol.com
- JANET L. CHUBB    tbw@jonesvargas.com
- JANET L. CHUBB    tbw@jonesvargas.com
- DAVID A. COLVIN    kjohnson@marquisaurbach.com, dcolvin@marquisaurbach.com;kgallegos@MarquisAurbach.com
- WILLIAM D COPE    cope_guerra@yahoo.com
- LAUREL E. DAVIS    ldavis@fclaw.com, mhurtado@fclaw.com
- THOMAS W. DAVIS    twd@h2law.com, emarchetti-harris@howardandhoward.com
- DEBT ACQUISITION COMPANY OF AMERICA V, LLC (aw)    awhatnall@daca4.com
- J CRAIG DEMETRAS    JCD@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras-oneill.com
- RICHARD I. DREITZER    rdreitzer@yahoo.com
- THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM;bknotices@gordonsilver.com
- SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com

- GREGORY E GARMAN    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com
- DOUGLAS D. GERRARD    DGERRARD@GERRARD-COX.COM, ekaymedellin@gerrard-cox.com
- WADE B. GOCHNOUR    WBG@h2law.com, bd@h2law.com
- CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov:Mary.Booker@usdoj.gov
- GERALD M GORDON    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com
- R. VAUGHN GOURLEY    vgourley@lvcm.com
- TALITHA B. GRAY    bankruptcynotices@gordonsilver.com;bknotices@gordonsilver.com
- JAMES D. GREENE    bknotice@bhfs.com
- MARK H. GUNDERSON    kweaver@gundersonlaw.com
- MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com;angelenal@goldguylaw.com
- PETER W. GUYON    pguyon@yahoo.com
- JEFFREY R. HALL    jhall@sheacarlyon.com, jusam@hutchlegal.com
- XANNA R. HARDMAN    xanna.hardman@gmail.com
- DEL L HARDY    bankruptcyinfo@hardyandassociates.com, del@hardyandassociates.com
- STEPHEN R HARRIS    noticesbh&p@renolaw.biz
- JEFFREY L HARTMAN    notices@bankruptcyreno.com, dle@bankruptcyreno.com
- BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com
- RICHARD F. HOLLEY    rholley@nevadafirm.com, paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com
- RANDOLPH L. HOWARD    rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com
- DAVID W. HUSTON    dwh@hustonlaw.net, swaits@hustonlaw.net
- JASON A. IMES    bkfilings@s-mlaw.com
- ROBBIN L. ITKIN    ritkin@steptoe.com, sgottlieb@steptoe.com;skopman@steptoe.com;keckert@steptoe.com;jgoldman@steptoe.com;kpiper@steptoe.com
- CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com
- EVAN L. JAMES    ejameslv@embarqmail.com, kbchrislaw@aol.com
- ANNETTE W JARVIS    ajarvis@rqn.com
- ERIN E. JONES    ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com
- TY E. KEHOE    TyKehoeLaw@aol.com
- ROBERT R. KINAS    rkinas@swlaw.com, jmcbee@swlaw.com;jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring.com
- DEAN T. KIRBY    dkirby@kirbymac.com, jhebert@kirbymac.com;lackerman@kirbymac.com
- ZACHARIAH LARSON    ecf@lslawnv.com, susans@lslawnv.com
- JOHN J. LAXAGUE    jlaxague@caneclark.com
- GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net
- NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com
- ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net

- STEPHEN T LODEN    sloden@diamondmccarthy.com
- TYSON M. LOMAZOW    tlomazow@milbank.com
- ANNE M. LORADITCH    ecffilings@LRLaw.com, aloraditch@LRLaw.com;pkois@LRLaw.com
- ERIC D MADDEN    emadden@diamondmccarthy.com, jsickels@diamondmccarthy.com
- PATRICIA A. MARR    lvlaw03@yahoo.com
- JAMES C. MCCARROLL    , dturetsky@reedsmith.com;aleonard@reedsmith.com
- REGINA M. MCCONNELL    rmcconnell@kssattorneys.com
- WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com
- RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com;eseverino@lawlasvegas.com
- JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com
- BRECK E. MILDE    bmilde@terra-law.com
- SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;ltreadway@sheacarlyon.com;mleavitt@sheacarlyon.com;manthony@sheacarlyon.com
- DAVID MINCIN    mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com;eseverino@lawlasvegas.com
- JOHN F MURTHA    jmurtha@woodburnandwedge.com
- ERVEN T. NELSON    erv@rlbolick.com, susan@rlbolick.com;erin@rlbolick.com
- JOHN F. O'REILLY    jor@oreillylawgroup.com, tor@oreillylawgroup.com;bc@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com
- TIMOTHY R. O'REILLY    tor@oreillylawgroup.com, jor@oreillylawgroup.com;bc@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com
- BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com
- DONNA M. OSBORN    ksavage@marquisaurbach.com, dosborn@marquisaurbach.com;kgallegos@MarquisAurbach.com
- CHRISTINE M PAJAK    , ekarasik@stutman.com
- CHRISTINE M PAJAK    cpajak@stutman.com, ekarasik@stutman.com
- ANDREW M. PARLEN    aparlen@stutman.com
- DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com
- PAUL C RAY    info@johnpeterlee.com
- THOMAS RICE    trice@coxsmith.com, ggattis@coxsmith.com;jbrown@coxsmith.com;aseifert@coxsmith.com;dwilliamson@coxsmith.com
- GORDON C. RICHARDS    GCR@ClarkandRichards.com, ALM@ClarkandRichards.com
- CHRISTINE A ROBERTS    bankruptcy@rocgd.com
- STACY M. ROCHELEAU    stacy@arlawgroup.com, wendy@arlawgroup.com
- SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com
- LENARD E. SCHWARTZER    bkfilings@s-mlaw.com
- BRIAN D. SHAPIRO    ecf@brianshapirolaw.com, tiffany@brianshapirolaw.com;brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com
- JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;jshea@sheacarlyon.com;manthony@sheacarlyon.com

- SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com; mleavitt@sheacarlyon.com;manthony@sheacarlyon.com
- AMBRISH S. SIDHU    ecfnotices@sidhulawfirm.com
- JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com
- ALAN R SMITH    mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com
- ADAM M. STARR    starra@gtlaw.com
- DAVID A. STEPHENS    dstephens@lvcm.com
- ARIEL E. STERN    sterna@ballardspahr.com, jeromes@ballardspahr.com;mangundayao@ballardspahr.com;pcarey@fulbright.com
- PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com
- ERIC W. SWANIS    swanise@gtlaw.com, barberc@gtlaw.com;boodtb@gtlaw.com;dittrichr@gtlaw.com;driverv@gtlaw.com;chaoa@gtlaw.com;lengemannc@gtlaw.com;natalel@gtlaw.com
- JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com
- KAARAN E. THOMAS    kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com
- ROLLIN G. THORLEY    rollin.g.thorley@irscounsel.treas.gov
- U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov
- ERIC VAN    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com
- GREGORY J. WALCH    GWalch@Nevadafirm.com
- RUSSELL S. WALKER    rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com
- WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com
- GREGORY L. WILDE    bk@wildelaw.com
- RYAN J. WORKS    rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com;dsampson@mcdonaldcarano.com;aguenther@mcdonaldcarano.com;hvenglik@mcdonaldcarano.com
- MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

                                        /S/ CYNDY ARNOLD

6186059

7

Stipulated Motion to modify Briefing Schedule for Hearing Regarding Motion for Leave to File Second Amended Objection and Counterclaim [#5529]