USACM Liquidating Trust
# THIRTEENTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO PROOFS OF CLAIM FOR LACK OF DOCUMENTATION
BK-S-06-10725-LBR

| Creditor Name | Claim No. | Date Filed. | Amount |
|---|---|---|---|
| Auffert, Eugene A. & Maria T.<br>534 Lambeth Court<br>Henderson, Nevada 89014-3863 | 10725-01611 | 12/8/06 | $55,000.00 |
| McConnell Family Trust DTD 12/3/81<br>970 Fair Way Drive<br>Incline Village, Nevada 89451 | 10725-01667 | 12/8/06 | $54,500.00 |
| Peter E. Sprock 2001 Trust<br>c/o Peter E. Sprock, Trustee<br>P.O. Box 4517<br>Stateline, Nevada 89449-4517 | 10725-01669 | 12/11/06 | $177,528.21 |
| Burt Family Trust #1 & 2<br>c/o Donald E. Burt and Connie L. Cejmer, Trustees<br>P.O. Box 2018<br>Quartzite, Arizona 85345 | 10725-01674 | 12/11/06 | $213,338.00 |
| Kolbert, Carl<br>11200 Bonshire Drive<br>Reno, Nevada 89511 | 10725-01690 | 12/11/06 | $49,521.00 |
| Gordon, Marx<br>2620 Western Avenue<br>Las Vegas, Nevada 89109-1112 | 10725-01709 | 12/11/06 | $115,000.00 |
| Lim, Jay<br>208 Clarence Way<br>Fremont, California 94539 | 10725-01713 | 12/11/06 | $24,448.00 |
| Verusio Solutions LLC<br>c/o Lim, Jay<br>208 Clarence Way<br>Fremont, California 94539 | 10725-01714 | 12/11/06 | $10,315.00 |
| Asselin, Robert<br>10305 Big Horn Drive<br>Reno, Nevada 89506 | 10725-01733 | 12/11/06 | $110,000.00 |
| Horgan, Patrick J.<br>c/o Christopher D. Jaime, Esq.<br>Maupin, Cox & Legoy<br>4785 Caughlin Parkway<br>Reno, Nevada 89519 | 10725-02019 | 1/13/07 | $50,000.00 |

**EXHIBIT A**

1891913.1