| USACM Liquidating Trust<br>**FIFTEENTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO PROOFS OF CLAIM FOR LACK OF DOCUMENTATION**<br>**BK-S-06-10725-LBR** | | | |
|---|---|---|---|
| **Creditor Name** | **Claim No.** | **Date Filed.** | **Amount** |
| Charles B. Dunn IV Trust DTD 8/12/05<br>17042 Norlene Way<br>Grass Valley, California 95949-7161 | 10725-02112 | 1/11/07 | Amount Not Stated |
| Allison, Karen R.<br>2656 Seashore Drive<br>Las Vegas, Nevada 89128 | 10725-02171 | 1/12/07 | $91,393.00 |
| Goodwin, Michael John<br>555 Yellow Pine Road<br>Reno, Nevada 89511-3714 | 10725-02340 | 1/16/07 | Amount Not Stated |
| Goodwin, Michael John<br>555 Yellow Pine Road<br>Reno, Nevada 89511-3714 | 10725-02341 | 1/16/07 | Amount Not Stated |
| Banos, William<br>7431 Dorie Drive<br>West Hills, California 91307 | 10725-02392 | 1/16/07 | $400,000.00 |
| Banos, Mirtha<br>7431 Dorie Drive<br>West Hills, California 91307 | 10725-02399 | 1/16/07 | $250,000.00 |
| Banos, Kami & Willie<br>7431 Dorie Drive<br>West Hills, California 91307 | 10725-02400 | 1/16/07 | $100,000.00 |
| Goodwin, Michael John<br>555 Yellow Pine Road<br>Reno, Nevada 89511-3714 | 10725-02419 | 1/16/07 | Amount Not Stated |
| Capone, Peter W. & Deidre D.<br>P.O. Box 1470<br>Gardernville, Nevada 89410-1470 | 10725-02422 | 1/29/07 | Amount Not Stated |
| Dean Family Trust DTD 12/26/84<br>c/o Richmond Dean II & Jean Dean, Trustees<br>8730 Petite Creek Drive<br>Orangeville, California 95662-2148 | 10725-02499 | 6/4/07 | Amount Not Stated |

**EXHIBIT A**

1891917.1