## USACM Liquidating Trust
# SIXTEENTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO PROOFS OF CLAIM FOR LACK OF DOCUMENTATION
## BK-S-06-10725-LBR

| Creditor Name | Claim No. | Date Filed. | Amount |
|---|---|---|---|
| David M. & Marcy P. Edwards Family Trust<br>c/o David M. & Marcy P. Edwards, Trustees<br>9528 Yucca Blossom Drive<br>Las Vegas, Nevada 89134 | 10725-02531 | 6/7/07 | $50,000.00 |
| Kreykes, Ronald & Linda<br>4928 Wind Hill Court W<br>Fort Worth, Texas 76179-6410 | 10725-02554 | 6/18/07 | Amount Not Stated |
| Joseph Mele<br>16882 Rose Apple Drive<br>Delray, Florida 33445 | 10725-01348 | 11/13/06 | $107,200.00 |
| Eric and Cassie Lester<br>500 West Goldfield Avenue<br>Yerington, Nevada 89447-3317<br><br>and<br><br>Zachariah Larson, Esq.<br>Larson & Stephens<br>810 S.Casino Center Blvd., Suite 104<br>Las Vegas, Nevada 89101 | 10725-01434 | 11/14/06 | $2,558,685.81 |
| Eric and Cassie Lester<br>500 West Goldfield Avenue<br>Yerington, Nevada 89447-3317<br><br>and<br><br>Zachariah Larson, Esq.<br>Larson & Stephens<br>810 S.Casino Center Blvd., Suite 104<br>Las Vegas, Nevada 89101 | 10725-01436 | 11/14/06 | $2,558,685.81 |
| Ronald G. Gardner<br>c/o Jeffrey L. Hartman, Esq.<br>510 West Plumb Lane | 10725-01321 | 11/10/06 | Amount Not Stated |

**EXHIBIT A**

1891919.1

| USACM Liquidating Trust | | | |
|---|---|---|---|
| **SIXTEENTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO PROOFS OF CLAIM FOR LACK OF DOCUMENTATION** | | | |
| **BK-S-06-10725-LBR** | | | |
| **Creditor Name** | **Claim No.** | **Date Filed.** | **Amount** |
| Suite B<br>Reno, Nevada  89509 | | | |
| Ronald G. Gardner<br>c/o Jeffrey L. Hartman, Esq.<br>510 West Plumb Lane<br>Suite B<br>Reno, Nevada  89509 | 10725-01324 | 11/10/06 | Amount Not Stated |

**EXHIBIT A**

1891919.1