E-Filed on 01/07/08

DIAMOND MCCARTHY LLP
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email: adiamond@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
Email: emadden@diamondmccarthy.com
William T. Reid, IV, TX State Bar No. 00788817
Email: breid@diamondmccarthy.com

Special Litigation Counsel for USACM Liquidating Trust

LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321

Susan M. Freeman, AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles, NV State Bar No. 006593
Email: rcharles@lrlaw.com

Counsel for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle Presiding |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **NOTICE OF FILING PROOF OF SERVICE OF SUBPOENAS FOR RULE 2004 EXAMINATION** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

NOTICE IS GIVEN that the USACM Liquidating Trust herewith files the:

**Proof of Service of Subpoena for Rule 2004 Examination on Daniel Hayes (Exhibit A Attached);**

118179-1

1 | **Proof of Service of Subpoena for Rule 2004 Examination on Les Utley (Exhibit B Attached); and**

2

3 | **Proof of Service of Subpoena for Rule 2004 Examination on Michael Johnson (Exhibit C Attached).**

4 | DATED: January 7, 2008

5 | **DIAMOND MCCARTHY LLP**             **LEWIS AND ROCA LLP**

6

7

8 | By: /s/ Eric D. Madden                By: /s/ Rob Charles
Allan B. Diamond, TX 05801800 (pro hac vice)      Susan M. Freeman, AZ 4199 (pro hac vice)
Eric D. Madden, TX 24013079 (pro hac vice)        Rob Charles, NV 6593

9 | William T. Reid, IV, TX 00788817 (pro hac vice)   3993 Howard Hughes Parkway, Suite 600
909 Fannin, Suite 1500                            Las Vegas, Nevada  89169-5996

10 | Houston, Texas 77010                             (702) 949-8320 (telephone)

11 | (713) 333-5100 (telephone)                       (702) 949-8321 (facsimile)
(713) 333-5199 (facsimile)

12

13 | *Special Litigation Counsel for*
*USACM Liquidating Trust*                         *Counsel for USACM Liquidating Trust*

14

15

16

17

18

19

20

21

22

23

24

25

26

118179-1

75
B254 (5/92) Subpoena for Rule 2004 Examination

78542.1

# United States Bankruptcy Court
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE | **SUBPOENA FOR RULE 2004 EXAMINATION** |
| USA COMMERCIAL MORTGAGE COMPANY, <br> USA CAPITAL REALTY ADVISORS, LLC, <br> USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC, <br> USA CAPITAL FIRST TRUST DEED FUND LLC, <br> USA SECURITIES, LLC, | CASE NOS.   BK-S-06-10725 LBR <br> BK-S-06-10726 LBR <br> BK-S-06-10727 LBR <br> BK-S-06-10728 LBR <br> BK-S-06-10729 LBR |
| DEBTORS. | JOINTLY ADMINISTERED UNDER <br> CASE NO. BK-S-06-10725-LBR |
| AFFECTS: ALL DEBTORS | IN THE DISTRICT OF NEVADA |

TO:   DANIEL HAYES
86 Main Street, 2nd Floor
Yonkers, New York 10701

**X YOU ARE COMMANDED** to produce a corporate representative for examination under Federal Rule of Bankruptcy Procedure 2004, regarding the following topics at the place, date and time specified below. The USACM Liquidating Trust reserves the right to videotape all examinations.

**SEE ATTACHED EXHIBIT A FOR TOPICS OF EXAMINATION**

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
| MERRILL LEGAL SOLUTIONS <br> 25 W. 45TH STREET, SUITE 900 <br> NEW YORK, NEW YORK 10036 | January 10, 2008 at 10:00 a.m. |

**SEE ATTACHED EXHIBIT B FOR DOCUMENTS REQUESTED**

**X YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below:

| PLACE | DATE |
|---|---|
| MERRILL LEGAL SOLUTIONS <br> 25 W. 45TH STREET, SUITE 900 <br> NEW YORK, NEW YORK 10036 | December 21, 2007 (or such other mutually agreeable date and time) |
| ISSUING OFFICER SIGNATURE AND TITLE <br> /s/ <br> Special Litigation Counsel for the USACM Liquidating Trust | DATE <br> November 12, 2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

J. MAXWELL BEATTY
DIAMOND MCCARTHY, LLP
909 FANNIN, SUITE 1500
HOUSTON, TX 77010
(713) 333-5100

{00365037;}

EXHIBIT A

## PROOF OF SERVICE

| | DATE: | PLACE: | |
|---|---|---|---|
| SERVED: | November 14, 2007 at 10:45am | 86 Main Street, 2nd Floor Yonkers, NY 10701 | |
| SERVED ON (PRINT NAME) | | MANNER OF SERVICE | |
| Daniel Hayes | | Personal Service | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on    November 15, 2007
                     Date                           Signature of Server
                                                     John Axelrod

                                                     Address of Server

Rule 45, Federal Rules of Civil Procedure, Parts (c) & (d) made applicable in cases under the Bankruptcy Code by Rule 9016, Fed.R.Bankr.P.:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order by the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any persons who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance.
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held or,

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden.
(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

{00365037;}

| | |
|---|---|
| STATE OF NEW YORK | UNITED STATES BANKRUPTCY COURT SOUTHERN DISTRICT |
| DOCUMENTS SERVED WITH INDEX#: BK-S-06-10725-LB | AND FILED ON |

| | |
|---|---|
| IN RE USA COMMERCIAL MORTGAGE COMPANY, ET AL<br><br>Vs. | Plaintiff(s)/Petitioner(s)<br><br>Defendant(s)/Respondent(s) |

STATE OF: NEW YORK ) SS

COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On **11/14/2007** at **10:45AM**, deponent did serve the within process as follows:

Process Served:
Party Served: SUBPOENA FOR RULE 2004 EXAMINATION            (herein called
recipient)     DANIEL HAYES                                 therein named.

At Location:   86 MAIN STREET, 2ND FLOOR

               YONKERS NY  10701

By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | GRAY |
|---|---|---|---|---|---|
| Age | 45/50 | Height | 5'9" | Weight | 165 |
| | | Other Features | | | GLASSES |

Witness Fee:   $40.00   the authorizing traveling expenses and one day's witness fee was paid(tendered) to the recipient

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed **HE** was not.

Sworn to before me on    11/15/2007

_Gail Williams_ (signature)

_John Axelrod_ (signature)
John Axelrod
Server's License#:

GAIL WILLIAMS
Notary Public, State of New York
No. 4695052
Qualified in Westchester County
Commission Expires September 30, 2010

75
B254 (5/92) Subpoena for Rule 2004 Examination

83180.2

# United States Bankruptcy Court
### DISTRICT OF NEVADA

| | |
|---|---|
| IN RE | **SUBPOENA FOR RULE 2004 EXAMINATION** |
| USA COMMERCIAL MORTGAGE COMPANY, | CASE NOS.  BK-S-06-10725 LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | BK-S-06-10726 LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC, | BK-S-06-10727 LBR |
| USA CAPITAL FIRST TRUST DEED FUND LLC, | BK-S-06-10728 LBR |
| USA SECURITIES, LLC, | BK-S-06-10729 LBR |
| DEBTORS. | JOINTLY ADMINISTERED UNDER CASE NO. BK-S-06-10725-LBR |
| AFFECTS: USA COMMERCIAL MORTGAGE CO. | |

TO: LES UTLEY
34843 RANCHO CALIFORNIA ROAD
TEMECULA, CALIFORNIA 92591

**X** YOU ARE COMMANDED to appear and testify at an examination under Federal Rule of Bankruptcy Procedure 2004, at the place, date and time specified below. A copy of the court order authorizing the examination is attached. The USACM Liquidating Trust reserves the right to videotape the examination.

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
| MERRILL CORPORATION<br>BRITISH PACIFIC CENTER<br>8899 UNIVERSITY CENTER LANE, SUITE 200<br>SAN DIEGO, CALIFORNIA 92122 | December 27, 2007 at 10:00 a.m.<br>(or such other mutually agreeable date and time) |

**X** YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below:

SEE ATTACHED EXHIBIT "A" FOR DOCUMENTS REQUESTED

| PLACE | DATE |
|---|---|
| MERRILL CORPORATION<br>BRITISH PACIFIC CENTER<br>8899 UNIVERSITY CENTER LANE, SUITE 200<br>SAN DIEGO, CALIFORNIA 92122 | December 27, 2007 at 10:00 a.m.<br>(or such other mutually agreeable date and time) |
| ISSUING OFFICER SIGNATURE AND TITLE<br><br>*[signature]*<br>Special Litigation Counsel for the USACM Liquidating Trust | DATE<br><br>December 14, 2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
ERIN E. JONES, ESQ.
DIAMOND MCCARTHY LLP
909 FANNIN, SUITE 1500
HOUSTON, TX 77010
(713) 333-5100

{00365037;}

**EXHIBIT B**

## PROOF OF SERVICE

| DATE: December 17, 2007  11:10 AM | PLACE: 34843 Rancho California Rd. Temecula, CA 92591 |
|---|---|

| SERVED ON (PRINT NAME): LES UTLEY | MANNER OF SERVICE: PERSONAL |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on December 17, 2007
Date

Signature of Server: Roy G. Black, Riverside #703
Address of Server: 27315 Jefferson Ave., Ste. J-37, Temecula, CA 92590  (951) 676-1300

---

Rule 45, Federal Rules of Civil Procedure, Parts (c) & (d) made applicable in cases under the Bankruptcy Code by Rule 9016, Fed.R.Bankr.P.:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order by the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any persons who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance.
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held or,

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

{00365037;}

75
B254 (5/92) Subpoena for Rule 2004 Examination

83968.1

# United States Bankruptcy Court
### DISTRICT OF NEW MEXICO

| | |
|---|---|
| IN RE<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>USA CAPITAL REALTY ADVISORS, LLC,<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC,<br>USA CAPITAL FIRST TRUST DEED FUND LLC,<br>USA SECURITIES, LLC,<br><br>DEBTORS.<br><br>AFFECTS: ALL DEBTORS | **SUBPOENA FOR RULE 2004 EXAMINATION**<br><br>CASE NOS.  BK-S-06-10725 LBR<br>BK-S-06-10726 LBR<br>BK-S-06-10727 LBR<br>BK-S-06-10728 LBR<br>BK-S-06-10729 LBR<br><br>JOINTLY ADMINISTERED UNDER<br>CASE NO. BK-S-06-10725-LBR<br>IN THE DISTRICT OF NEVADA |

TO:   MICHAEL JOHNSON
      11 CONNIE LANE
      CLOVIS, NEW MEXICO 88101

**X** YOU ARE COMMANDED to appear for examination under Federal Rule of Bankruptcy Procedure 2004 at the place, date and time specified below. The USACM Liquidating Trust reserves the right to videotape all examinations.

| PLACE OF TESTIMONY | DATE AND TIME |
|---|---|
| POOL LAW FIRM<br>400 PILE STREET, SUITE 100<br>CLOVIS, NEW MEXICO | February 7, 2008 at 10:00 a.m. (or such other mutually agreeable date and time) |

___ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below:

| PLACE | DATE |
|---|---|
| | |

| ISSUING OFFICER SIGNATURE AND TITLE | DATE |
|---|---|
| *[signature]*<br>Special Litigation Counsel for the USACM Liquidating Trust | December 20, 2007 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
MICHAEL YODER
DIAMOND MCCARTHY, LLP
909 FANNIN, SUITE 1500
HOUSTON, TX 77010
(713) 333-5100

{00365037;}


EXHIBIT C

## PROOF OF SERVICE

| DATE: | PLACE: |
|---|---|

**SERVED:**

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| MICHAEL JOHNSON | HAND / HAND |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on __12-22-07__
Date

Signature of Server

Address of Server: 404 W Rangeview Way Clovis, N.M. 88101

---

Rule 45, Federal Rules of Civil Procedure, Parts (c) & (d) made applicable in cases under the Bankruptcy Code by Rule 9016, Fed.R.Bankr.P.:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order by the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any persons who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance.
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held or,

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

{00365037;}