| USACM Liquidating Trust<br>**SEVENTEENTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO PROOFS OF CLAIM FOR LACK OF DOCUMENTATION**<br>BK-S-06-10725-LBR ||||
|---|---|---|---|
| **Creditor Name** | **Claim No.** | **Date Filed.** | **Amount** |
| Douglas Carson Trust<br>c/o Jeffrey L. Hartman, Esq.<br>510 West Plumb Lane<br>Suite B<br>Reno, Nevada  89509 | 10725-01320 | 11/10/06 | Amount Not Stated |
| Laurie Carson<br>c/o Jeffrey L. Hartman, Esq.<br>510 West Plumb Lane<br>Suite B<br>Reno, Nevada  89509 | 10725-01325 | 11/10/06 | Amount Not Stated |
| Douglas Carson<br>c/o Jeffrey L. Hartman, Esq.<br>510 West Plumb Lane<br>Suite B<br>Reno, Nevada  89509 | 10725-01326 | 11/10/06 | Amount Not Stated |
| MacDonald Center for the Arts and Humanties<br>c/o Jeffrey L. Hartman, Esq.<br>510 West Plumb Lane<br>Suite B<br>Reno, Nevada  89509 | 10725-01319 | 11/10/06 | Amount Not Stated |
| Doyle Family Trust 9/23/99<br>c/o Jeffrey L. Hartman, Esq.<br>510 West Plumb Lane<br>Suite B<br>Reno, Nevada  89509 | 10725-01327 | 11/10/06 | Amount Not Stated |
| 92173 Trust (1)<br>c/o Jeffrey L. Hartman, Esq.<br>510 West Plumb Lane<br>Suite B<br>Reno, Nevada  89509 | 10725-01328 | 11/10/06 | Amount Not Stated |
| 42145 Trust<br>c/o Jeffrey L. Hartman, Esq.<br>510 West Plumb Lane<br>Suite B<br>Reno, Nevada  89509 | 10725-01329 | 11/10/06 | Amount Not Stated |

**EXHIBIT A**

1891920.1

| USACM Liquidating Trust<br>**SEVENTEENTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO PROOFS OF CLAIM FOR LACK OF DOCUMENTATION**<br>**BK-S-06-10725-LBR** ||||
|---|---|---|---|
| **Creditor Name** | **Claim No.** | **Date Filed.** | **Amount** |
| Thomas Rehn<br>15405 West Robertson Drive<br>Sun City, Arizona  85375-3036 | 10725-01337 | 11/13/06 | 136,645.00 |
| Thomas Rehn<br>15405 West Robertson Drive<br>Sun City, Arizona  85375-3036 | 10725-01338 | 11/13/06 | 136,645.00 |

**EXHIBIT A**

1891920.1