| USACM Liquidating Trust<br>**EIGHTEENTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO PROOFS OF CLAIM FOR LACK OF DOCUMENTATION**<br>BK-S-06-10725-LBR | | | |
|---|---|---|---|
| **Creditor Name** | **Claim No.** | **Date Filed.** | **Amount** |
| William W. & Teresa H. Lee<br>9050 Double R. Boulevard, Apt. 421<br>Reno, Nevada  89521-4850<br><br>and<br><br>RP Schulze<br>Law Offices of RP Schulze<br>9590 Prototype Court, Suite 400<br>Reno, Nevada  89521-2961 | 10725-01493 | 11/27/06 | $150,000.00 |
| William Lee<br>9050 Double R. Boulevard, Apt. 421<br>Reno, Nevada  89521-4850<br><br>and<br><br>RP Schulze<br>Law Offices of RP Schulze<br>9590 Prototype Court, Suite 400<br>Reno, Nevada  89521-2961 | 10725-01494 | 11/27/06 | $150,000.00 |
| William Lee<br>9050 Double R. Boulevard, Apt. 421<br>Reno, Nevada  89521-4850<br><br>and<br><br>RP Schulze<br>Law Offices of RP Schulze<br>9590 Prototype Court, Suite 400<br>Reno, Nevada  89521-2961 | 10725-01647 | 12/8/06 | $150,000.00 |

**EXHIBIT A**

1891921.1

| USACM Liquidating Trust<br>**EIGHTEENTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO PROOFS OF CLAIM FOR LACK OF DOCUMENTATION**<br>BK-S-06-10725-LBR | | | |
|---|---|---|---|
| **Creditor Name** | **Claim No.** | **Date Filed.** | **Amount** |
| William Lee<br>9050 Double R. Boulevard, Apt. 421<br>Reno, Nevada  89521-4850<br><br>and<br><br>RP Schulze<br>Law Offices of RP Schulze<br>9590 Prototype Court, Suite 400<br>Reno, Nevada  89521-2961 | 10725-01648 | 11/27/06 | $150,000.00 |
| William W. & Teresa H. Lee 2003 Family Trust Agreement DTD 6/26/03<br>9050 Double R. Boulevard, Apt. 421<br>Reno, Nevada  89521-4850<br><br>and<br><br>RP Schulze<br>Law Offices of RP Schulze<br>9590 Prototype Court, Suite 400<br>Reno, Nevada  89521-2961 | 10725-01650 | 11/27/06 | $150,000.00 |
| William W. & Teresa H. Lee 2003 Family Trust Agreement DTD 6/26/03<br>9050 Double R. Boulevard, Apt. 421<br>Reno, Nevada  89521-4850<br><br>and<br><br>RP Schulze<br>Law Offices of RP Schulze<br>9590 Prototype Court, Suite 400<br>Reno, Nevada  89521-2961 | 10725-01652 | 11/27/06 | $150,000.00 |

**EXHIBIT A**

1891921.1