**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 1/7/08

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                 Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**STIPULATION RE WITHDRAWAL OF OBJECTION FOR LACK OF DOCUMENTATION TO PROOF OF CLAIM FILED BY TIMOTHY F. BURRUS AND JOANN ORTIZ-BURRUS** |

       The USACM Liquidating Trust (the "USACM Trust") and Timothy F. Burrus and JoAnn Ortiz-Burrus ("Claimants"), by and through undersigned counsel, stipulate:

       1.    Claimants filed a Proof of Claim ("Claim") No. 10725-00027 on June 14, 2006, in the amount of $50,000.00.

       2.    On November 19, 2007, the USACM Trust filed it's First Omnibus

Objection to Claims for Lack of Documentation ("Objection") [DE 5357], which objected to claims, including Claim No. 10725-00027, on the basis that the claimants had not supplied sufficient supporting documentation for their claims with their proofs of claim.

3. On December 11, 2007, Claimants filed a response to the Objection and provided documentation supporting Claim No. 10725-00027.

4. The parties agree that the USACM Trust will withdraw its objection to Claim No. 10725-00027.

DATED: December 19, 2007

**LEWIS AND ROCA LLP**
By: /s/ RC (#6593)
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
*Counsel for USACM Liquidating Trust*

-and-

DATED: Dec 19, 2007.

**HARDY LAW GROUP**

Del Hardy, Esq.
Hardy Law Group
96 & 98 Winter Street
Reno, NV 89503

2

1888428.1