LEWIS
AND
ROCA
LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

**Susan M. Freeman** AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
**Rob Charles** NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

**E-Filed on 1/8/08**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | **STATUS AND AGENDA FOR JANUARY 11, 2008 HEARINGS** |
| USA SECURITIES, LLC, | Date of Hearing: January 11, 2008 |
| Debtors. | Time of Hearing: 9:30 a.m. |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

**9:30 a.m.**

1.    Adv. 06-1212, Binford Medical Developers, LLC et al. v. Fidelity National Title Group et al., **Status Conference re Amended Complaint** Filed by SUSAN WILLIAMS SCANN on behalf of BINFORD MEDICAL DEVELOPERS, LLC against COMPASS FINANCIAL PARTNERS LLC [DE 80]

1

LEWIS
AND
ROCA
LLP
L A W Y E R S

| | |
|---|---|
| **Status:** | Binford and Compass appear to be the real parties in interest to this action.  The settlement proposed between Binford and Compass would resolve this complaint. |

2. **Objection to Claim 784 of BINFORD MEDICAL DEVELOPERS in the amount of** filed by LENARD E. SCHWARTZER on behalf of USA COMMERCIAL MORTGAGE COMPANY [DE 2033]

| | |
|---|---|
| **Opposition Filed:** 12/29/2006 | Opposition with Certificate of Service Filed by SUSAN WILLIAMS SCANN on behalf of BINFORD MEDICAL DEVELOPERS, LLC [DE 2329] |
| **Reply Filed** 1/08/2007 | Reply *In Support of Objection to Claim 784 of BINFORD MEDICAL DEVELOPERS* Filed by LENARD E. SCHWARTZER on behalf of USA COMMERCIAL MORTGAGE COMPANY [DE 2378] |
| **Stipulation Filed:** 10/11/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Binford Medical Developers *Continuing Hearing on Objection to Claim 784 of Binford Medical Developers* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4977] |
| **Related Filing:** 10/12/2007 | Order Approving Stipulation to Continue the Hearing on Objection to Claim 784 of BINDFORD MEDICAL DEVELOPERS LLC [DE 4988] |
| **Stipulation Filed:** 12/11/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Binford Medical Developers *Continuing Hearing on Objection to Claim 784* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 5464, 5474] |
| **Related Filing:** 10/12/2007 | Order Approving Stipulation to Continue the Hearing on Objection to Claim 784 of BINFORD MEDICAL DEVELOPERS, LLC  [DE 5470] |
| **Status:** | Hearing rescheduled from 1/17/2007; 3/15/2007; 4/26/2007; 6/15/2007; 10/15; and 12/20. |

1892786.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

3. **Motion to Extend Time** *to Further Extend Deadline to File Objection to Allowance of Claims* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5461]

| | |
|---|---|
| **Related Filing:** | Notice of Hearing on Motion to Further Extend Deadline to objection to Allowance of Claims (with Certificate of Service)[DE 5463] |
| | Notice of Posting to Website [DE 5547] |
| **Status:** | No objections have been received. |

4. Adv. 06-1212, Binford Medical Developers, LLC et al. v. Fidelity National Title Group et al., **Order Shortening Time [DE 103] Re: Motion to Approve Settlement** *And Compromise of Claim* Filed by GEORGANNE W. BRADLEY on behalf of COMPASS FINANCIAL PARTNERS LLC [DE 93]

| | |
|---|---|
| **Response Filed:** 12/17/2007 | Response with Certificate of Service *to Motion to Approve Settlement and Compromise of Claims* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 101] |
| 01/04/2008 | Response with Certificate of Service Filed by ARIEL E. STERN on behalf of BINFORD LENDERS, LLC [DE 109] |
| **Related Filing:** 12/11/2007 | *Ex Parte Application for Order Shortening Time to Hear Motion to Approve Settlement and Compromise of Claim* Filed by GEORGANNE W. BRADLEY on behalf of COMPASS FINANCIAL PARTNERS LLC [DE 94] |

**Status:**

DATED:  January 8, 2008.

**LEWIS AND ROCA LLP**

By:  _/s/ Rob Charles (#6593)_____
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
*Counsel for USACM Liquidating Trust*

1892786.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

1  PROOF OF SERVICE

2

3  COPY of the aforementioned sent via e-
mail or U.S. First Class Mail on January
8, 2008 to the parties listed on the Post-
4  Effective Official Service List for Limited
Notice No. 3 Dated September 21, 2007.
5

6   /s/ Christine E. Laurel
Christine E. Laurel
7  Lewis and Roca LLP

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1892786.1