RECEIVED AND FILED

2008 JAN -8 P 1: 47

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

1 Name of Attorney Blakes House Floral & Ballo
Bar # none
2 Address 1204 Camballeria Dr.
Carson City, NV 89701
3 Phone # 775-883-9217
e-mail address kia-lua@sbcglobal.net

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

* * * * * *

In re: USA COKMMERICAL MORTGAGE COMPANY fka USA CAPITAL
4484 SOUTH PECOS ROAD
LAS VEGAS NV 89121
Debtor(s)

Bankruptcy No.: 06-10725-LBR
Chapter 11

NOTICE OF INTENT TO REQUEST REDACTION

Please take notice that a List of Items to be Redacted will be submitted to the transcriber within 21 days from the filing of this Notice of Intent to Request Redaction.

The proceeding occurred on 12-19-07, and the transcript was filed on 01/03/08. The unredacted version of this transcript should not be made electronically available to the public. DOCKET # 5558

Date: JAN 08, 2008

Signature

President / Blakes House Floral & Balloon Co.