January 8, 2008

RECEIVED AND FILED

2008 JAN -8 P 5: 17

United States Bankruptcy Court
c/o Case Administrator Supervisor

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Re: Case No. 06-10725-lbr
USA Commercial Mortgage Company

Dear Sirs:

In response to your recent "Notice of Filing Official Transcript" letter, I would like to formally request that NO personal data of mine, or that of my brother who jointly invested with me in several loans generated by USA Capital, be provided to any public individual or entity. My brother's and my vesting names are:

Tito A. Castillo, an unmarried man & Jairo A. Castillo, an unmarried man, as joint tenants with right of survivorship

Should you be required by law to post my/my brother's social security number and/or financial account numbers, you may only post the last 4 digits. In addition, if a court orders you to post my/my brother's date of birth, only the year of birth may be posted. If the law does not require it, NO personal data (mine or my brother's) may be provided to anyone without my written approval.

I spoke with Larry Espinosa today, at your customer service desk, and he advised me to send this Fax. Larry explained there are certain forms and procedures, on your web site, that are used to respond to your letter, but my inability to get on the Internet today is preventing me to respond on the proper forms, and within the time frame you imposed. Thus, I do hope you accept my Fax request, which will be followed by the original letter as Larry suggested.

Should you need to contact me please do so at:

Tito Castillo
13390 Parkside Terrace
Cooper City, FL 33330
(W) (954) 376-5405

Kind Regards,

Tito Castillo