

**Entered on Docket**
**January 09, 2008**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

---

**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email: adiamond@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
Email: emadden@diamondmccarthy.com

Special Litigation Counsel for USACM Liquidating Trust

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321

Susan M. Freeman, AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles, NV State Bar No. 006593
Email: rcharles@lrlaw.com

Counsel for USACM Liquidating Trust

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED FUND, LLC,

USA SECURITIES, LLC,
                                            Debtors.

Affects:
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under Case No. BK-S-06-10725 LBR

**ORDER REQUIRING MARY ANTINORA TO PRODUCE DOCUMENTS AND APPEAR FOR EXAMINATION PURSUANT TO FEDERAL RULE TO BANKRUPTCY PROCEDURE 2004**

[No hearing required]

The USACM Liquidating Trust (the "Trust"), having filed a Motion for Order Requiring Mary Antinora to Produce Documents and to Appear for Examination Pursuant to Federal Rule of Bankruptcy Procedure 2004 (the "Motion"), and good cause appearing,

114513.1

IT IS HEREBY ORDERED that Mary Antinora produce documents and appear for examination, as set forth in the subpoena to be issued under Federal Rule of Bankruptcy Procedure 9016, at the offices of Chicago Title, 560 E. Hospitality Lane, San Bernardino, California 92408 on January 25, 2008 at 9:00 a.m., or at such other mutually agreeable location, date, and time, and continuing from day to day thereafter until completed

Prepared by:
**DIAMOND MCCARTHY LLP**

By: /s/ Eric D. Madden
Allan B. Diamond, TX 05801800 (*pro hac vice*)
William T. Reid, IV, TX 00788817 (*pro hac vice*)
Eric D. Madden, TX 24013079 (*pro hac vice*)
Michael Yoder, TX 24056572 (*pro hac vice*)
909 Fannin, Suite 1500
Houston, Texas 77010
(713) 333-5100 (telephone)
(713) 333-5199 (facsimile)

*Special Litigation Counsel for USACM Liquidating Trust*

**LEWIS AND ROCA LLP**

By: /s/ Rob Charles
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
(702) 949-8320 (telephone)
(702) 949-8321 (facsimile)

*Counsel for USACM Liquidating Trust*

###

2