1  Name of Attorney Daniel and Claire Lisek Farsi
   Bar # none
2  Address 729 Garys Way
            Carson City, NV 89701
3  Phone # 775-884-2767
   e-mail address d_lisek@sbcglobal.net
4

RECEIVED AND FILED

JAN 9  10 13 AM '08

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

In re: USA COKMMERICAL MORTGAGE         )   Bankruptcy No.: 06-10725-LBR
       COMPANY  fka USA CAPITAL          )   Chapter 11
       4484 SOUTH PECOS ROAD             )
       LAS VEGAS NV 89121                )   NOTICE OF INTENT TO REQUEST
                     Debtor(s)           )   REDACTION
                                         )

Please take notice that a List of Items to be Redacted will be submitted to the transcriber within 21 days from the filing of this Notice of Intent to Request Redaction.

The proceeding occurred on  12-19-07  , and the transcript was filed on  01/03/08  . The unredacted version of this transcript should not be made electronically available to the public.

Date: JAN 08, 2008

_____
Signature