Tuesday, January 08, 2008
9:03 AM

**RECEIVED AND FILED**

JAN 9  10 13 AM '08

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

1 | Name of Attorney Michael Ricci (Self)
Bar # none
2 | Address 1204 Camballeria Dr.
Carson City, NV 89701
3 | Phone # 775-883-9217
e-mail address kia-lua@sbcglobal.net
4
5
6                    UNITED STATES BANKRUPTCY COURT
7                           DISTRICT OF NEVADA
                                  * * * * * *
8
9 | In re: USA COMMERCIAL MORTGAGE         )    Bankruptcy No.: 06-10725-LBR
         COMPANY fka USA CAPITAL          )    Chapter 11
10       4484 SOUTH PECOS ROAD            )
         LAS VEGAS, NV 89121              )    NOTICE OF INTENT TO REQUEST
11              Debtor(s)                 )    REDACTION
                                          )
12
13        Please take notice that a List of Items to be Redacted will be submitted to the
14   transcriber within 21 days from the filing of this Notice of Intent to Request Redaction.
15
16        The proceeding occurred on  12/19/2007  , and the transcript was filed on
17    01/03/2008  . The unredacted version of this transcript should not be made
18   electronically available to the public.   DOCKET # 5558
19
20
21
22
23   Date: JAN 08, 2008                              _____
                                                     Signature
24
25
26