Tuesday, January 08, 2008
9:13 AM

RECEIVED AND FILED

JAN 9 10 13 AM '08

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

1. Name of Attorney Gayle Harkins (Self)
   Bar # none
2. Address 1204 Camballeria Dr.
   Carson City, NV 89701
3. Phone # 775-883-9217
   e-mail address kia-lua@sbcglobal.net

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

In re: USA COMMERCIAL MORTGAGE COMPANY fka USA CAPITAL
4484 SOUTH PECOS ROAD
LAS VEGAS, NV 89121
Debtor(s)

Bankruptcy No.: 06-10725-LBR
Chapter 11

NOTICE OF INTENT TO REQUEST REDACTION

Please take notice that a List of Items to be Redacted will be submitted to the transcriber within 21 days from the filing of this Notice of Intent to Request Redaction.

The proceeding occurred on 12/19/2007 , and the transcript was filed on 01/03/2008 . The unredacted version of this transcript should not be made electronically available to the public. DOCKET # 5558

Date: JAN 08, 2008

Signature /s/ Gayle Harkins