1  Name of Attorney Blakes House Floral & Ballo
   Bar # none
2  Address 1204 Camballeria Dr.
           Carson City, NV 89701
3  Phone # 775-883-9217
   e-mail address kia-lua@sbcglobal.net
4
5
6
7

```
                    RECEIVED
                    AND FILED

                 JAN 9  10 13 AM '08

                 U.S. BANKRUPTCY COURT
                 MARY A. SCHOTT, CLERK
```

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| In re: USA COKMMERICAL MORTGAGE COMPANY fka USA CAPITAL 4484 SOUTH PECOS ROAD LAS VEGAS NV 89121 Debtor(s) | Bankruptcy No.: 06-10725-LBR Chapter 11  NOTICE OF INTENT TO REQUEST REDACTION |
|---|---|

Please take notice that a List of Items to be Redacted will be submitted to the transcriber within 21 days from the filing of this Notice of Intent to Request Redaction.

The proceeding occurred on __12-19-07__, and the transcript was filed on __01/03/08__. The unredacted version of this transcript should not be made electronically available to the public. DOCKET # 5558

Date: JAN 08, 2008

Signature

President / Blakes House Floral & Balloon Co