**LEWIS AND ROCA LLP**
LAWYERS

E-Filed on 1/9/08

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona  85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

**Susan M. Freeman** AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
**Rob Charles** NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                      Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ERRATA RE SIXTEENTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO PROOFS OF CLAIM FOR LACK OF DOCUMENTATION**<br><br>Date of Hearing: February 21, 2008<br>Time of Hearing:  9:30 a.m. |

On January 7, 2008, Counsel for the USACM Liquidating Trust (USACM Trust) filed two documents, which are reflected on the Court's docket as the Sixteenth Omnibus Objection of the USAMC Liquidating Trust to Proofs of Claim For Lack of Documentation with Certificate of Service [DE 5584], (the "Objection") and the Notice of Hearing Regarding Sixteenth Omnibus Objection of the USACM Trust to Proofs of Claim

LEWIS AND ROCA LLP
LAWYERS

For Lack of Documentation [DE 5585], (the "Notice"). The Notice indicates that the Court will consider the Objection on February 21, 2008 at 9:30 a.m.

 Counsel for the USACM Trust hereby gives notice that the document docketed and filed on January 7, 2008 as the Objection at DE 5584 was in fact a second copy of the Notice. When Counsel for the USACM Trust discovered this error on January 8, 2007, he corrected it by filing the Sixteenth Omnibus Objection with the Court at DE 5602. Notwithstanding the filing error on January 7, 2008, all claimants who may be affected by the Objection and whose claims are listed on Exhibit A to the Objection were, as reflected on the Objection's certificate of service, correctly served with a copy of the Objection and Notice on January 7, 2007.

 DATED: January 9, 2008.

**LEWIS AND ROCA LLP**

By: /s/ Rob Charles (#6593)
 Susan M. Freeman, AZ 4199 (*pro hac vice*)
 Rob Charles, NV 6593
*Counsel for USACM Liquidating Trust*

PROOF OF SERVICE

COPY of the aforementioned sent via e-mail or U.S. First Class Mail on January 9, 2008 to the parties listed Exhibit A attached hereto.

/s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca LLP

1894121.1