**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 1/9/08

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>   Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF STIPULATED ORDER APPROVING WITHDRAWAL OF PROOF OF CLAIM FILED BY KIMBERLY HAVINS** |

**PLEASE TAKE NOTICE** that a Stipulated Order Approving Withdrawal of Proof of Claim Filed by Kimberly Havins [DE 5564] was entered on the 3rd day of January, 2008, a true and correct copy of which is attached hereto as Exhibit A.

1893933.1

**LEWIS AND ROCA LLP**
LAWYERS

RESPECTFULLY SUBMITTED January 9, 2008.

**LEWIS AND ROCA LLP**

By  /s/ RC (#006593)
    Susan M. Freeman
    Rob Charles
    *Attorneys for USACM Liquidating Trust*

PROOF OF SERVICE

Copy of the foregoing mailed on January 9, 2008 by first class, postage prepaid U.S. Mail to the following interested party:

Kimberly Havins
3125 Shadowleaf Court
Las Vegas, NV  89117-3256


  /s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca LLP

2

1893933.1