LEWIS
AND
ROCA
LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 1/9/08

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | **NOTICE OF ENTRY OF ORDER** |
| USA SECURITIES, LLC, | **APPROVING STIPULATION RE** |
| Debtors. | **PROOFS OF CLAIM FILED BY** |
| | **MICHAEL P. MOLLO** |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

**PLEASE TAKE NOTICE** that an Order Approving Stipulation Re Proofs of Claim Filed by Michael P. Mollo [DE 5562] was entered on the 3rd day of January, 2008, a true and correct copy of which is attached hereto as Exhibit A.

1893906.1

LEWIS
AND
ROCA
LLP

L A W Y E R S

RESPECTFULLY SUBMITTED January 9, 2008.

**LEWIS AND ROCA LLP**


By ___/s/ RC (#006593)_____
        Susan M. Freeman
        Rob Charles
        *Attorneys for USACM Liquidating Trust*

PROOF OF SERVICE

Copy of the foregoing mailed on January 9, 2008 by first class, postage prepaid U.S. Mail to the following interested party:

Michael P. Mollo
316 S Broadway, #B
Redondo Beach, CA 90277-3709


  /s/ Christine E. Laurel_____
Christine E. Laurel
Lewis and Roca LLP

1893906.1