LEWIS
AND
ROCA
LLP
——————
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 1/9/08

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | |
| USA SECURITIES, LLC, | **NOTICE OF ENTRY OF ORDER SUSTAINING PARTIAL OBJECTION OF USACM LIQUIDATING TRUST TO CLAIM OF HERMAINE AND SEYMOUR HINDEN LIVING TRUST DTD 2/22/00 FILED IN WRONG DEBTOR'S CASE AND DISALLOWED AS TO USACM** |
|     Debtors. | |

**Affects:**
- ☐ All Debtors
- ☒ USA Commercial Mortgage Company
- ☐ USA Capital Realty Advisors, LLC
- ☐ USA Capital Diversified Trust Deed Fund, LLC
- ☐ USA Capital First Trust Deed Fund, LLC
- ☐ USA Securities, LLC

**PLEASE TAKE NOTICE** that an Order Sustaining Partial Objection of USACM Liquidating Trust to Claim of Hermaine and Seymour Hinden Living Trust dtd 2/22/00 Filed in Wrong Debtor's Case and Disallowed as to USACM [DE 5559] was entered on the 3rd day of January, 2008, a true and correct copy of which is attached hereto as Exhibit A.

1893928.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

RESPECTFULLY SUBMITTED January 9, 2008.

**LEWIS AND ROCA LLP**


By   /s/ RC (#006593)
     Susan M. Freeman
     Rob Charles
     *Attorneys for USACM Liquidating Trust*


PROOF OF SERVICE

Copy of the foregoing mailed on January
9, 2008 by first class, postage prepaid
U.S. Mail to the following interested
party:

Hermaine and Seymour Hinden Living Trust
c/o Hermaine and Seymour Hinden, Trustees
2721 Orchid Valley Drive
Las Vegas, NV 89134-7327


 /s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca LLP

1893928.1