# EXHIBIT A

1688943.1

**Entered on Docket**
**January 03, 2008**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                         Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>Date: December 20, 2007<br>Time: 9:30 a.m<br><br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>■ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>■ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

1890054.1

**ORDER SUSTAINING PARTIAL OBJECTION OF USCAM LIQUIDATING TRUST TO HERMAINE AND SEYMOUR HINDEN LIVING TRUST DTD 2/22/00 CLAIM FILED IN WRONG DEBTOR'S CASE AND DISALLOWED AS TO USACM**

The Court having considered the "Objection of USACM Trust to the Hermaine and Seymour Hinden Living Trust DTD 2/22/00 Claim Filed in Wrong Debtor's and Disallowed as to USACMC" [Docket No. 5353] (the "Objection"); with appearances as set forth in the record at the hearing noted above; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS HEREBY ORDERED** that:

1. The Objection is sustained;

2. Proof of Claim No. 10725-00953 in the partial amount of $10,000.00 is disallowed against USA Commercial Mortgage; and

3. The Hermaine and Seymour Hinden Living Trust DTD 2/22/00's equity interest in the FTDF estate is not affected.

### 

PREPARED AND SUBMITTED:
**LEWIS AND ROCA LLP**

By    s/ Rob Charles (006593)
    Susan Freeman
    Rob Charles
530 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone: (702) 385-3373
Facsimile: (702) 385-5024

*Attorneys for USACM Liquidating Trust*

| | | |
|---|---|---|
| 1 | | CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021 |
| 2 | In accordance with Local Rule 9021, the undersigned certifies: | |
| 3 | ☐ | The Court waived the requirements of LR 9021. |
| 4-6 | ☐ | I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below: |
| 7 | ☐ | approved the form of this order; |
| 8 | | ☐ waived the right to review the order; |
| 9 | | ☐ failed to file and serve papers in accordance with LR 9021(c); and/or |
| 10 | | ☐ failed to sign and return this proposed order within five (5) business days in accordance with LR 9021(b). |
| 11-13 | ☐ | I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order. |
| 14 | ☒ | No opposition was filed and no other party or counsel appeared at the hearing. |

**LEWIS AND ROCA LLP**

By:   /s/ RC (#0006593)
      Susan M. Freeman
      Rob Charles
*Attorneys for USACM Liquidating Trust*

3

1890054.1