# EXHIBIT A

HFA – Riviera

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFA - Riviera Loan |
|---|---|---|---|---|
| **10725-00677** | James E. Hill | 7855 N. Pershing Avenue<br>Stockton, CA  95207-1749 | 534.60 | N/A |
| **10725-01751** | Rocklin/Redding LLC | Stephen R. Harris, Esq.<br>Belding Harris & Petroni LTD.<br>417 West Plumb Lane<br>Reno, NV  89509 | 200,000.00 | N/A |
| **10725-00690** | David Sterling | 8170 S Eastern Ave Box 4-44<br>Las Vegas, NV  89123 | 3,417.71 | N/A |
| **10725-01808** | Costanza 1987 Decendent's Trust | c/o Sam Costanza Trustee<br>9809 Cantebury Rose Lane<br>Las Vegas, NV  89134-5913 | 575,000.00 | 50,000.00 |
| **10725-00377** | Andrew W. and Doreen W. Marchuk | 325 Marche Chase Drive Apt 138<br>Eugene, OR  97401-8894 | 75,000.00 | 25,000.00 |
| **10725-02305** | Erven J. and Frankie J. Nelson Trust | Erven J. and Frankie J. Nelson TTEES<br>2023 W. Aspiration Point<br>St. George, UT  84790 | 450,000.00 | 25,000.00 |
| **10725-02121** | Olga O'Buch Trust DTD 5/28/98 | Olga O'Buch TTEE<br>140 Gazelle Road<br>Reno, NV  89511-6642 | 253,701.76 | 25,000.00 |
| **10725-02000** | Robert L. Ogren Trust Dtd. 6/30/92 | Robert L. Orgren Trustee<br>3768 Rick Stratton Drive<br>Las Vegas, NV  89120 | 913,741.57 | 40,000.00 |
| **10725-01865** | Adrian Oosthuizen, Jr. | 5860 Lausanne Drive<br>Reno, NV  89511 | 1,355,647.65 | 25,000.00 |
| **10725-00137** | Tim and Kathleen Partch | Joshua D. Brysk, Esq.<br>Law Offices of James G. Schwartz<br>7901 Stoneridge Drive, Suite 401<br>Pleasanton, CA  94583 | 100,000.00 | 50,000.00 |
| **10725-00863** | Rocklin/Redding LLC | Stephen R. Harris, Esq.<br>Belding Harris & Petroni LTD.<br>417 W. Plumb Lane<br>Reno, NV  89509 | 2,000,000.00 | unspecified |
| **10725-02135** | Schoonover Family Trust DTD 2/23/04 | Edward L and Susan A Schoonover Co-Trustees<br>164 Shorett Drive<br>Friday Harbor, WA  98250-8140-8140 | 134,724.50 | 50,000.00 |
| **10725-02428** | Tiki Investment Enterprises LP | 2578 Highmore Avenue<br>Henderson, NV  89052 | 1,200,128.00 | 200,000.00 |

232436.1

| | | | | |
|---|---|---|---|---|
| **10725-01885** | Melody J. Violet | P.O. Box 2201<br>Vista, CA  92085 | unliquidated | unliquidated |
| **10725-02032** | Ruth Zimmerman and Moshe Kirsh JTWROS | 15721 Milbank Street<br>Encino, CA  91436 | 122,155.97 | 70,000.00 |
| **10725-02033** | Ruth Zimmerman and Moshe Kirsh JTWROS | 15721 Milbank Street<br>Encino, CA  91436 | 122,155.97 | 70,000.00 |

232436.1