Israel Goldowitz, Chief Counsel
Karen L. Morris, Deputy Chief Counsel
James L. Eggeman, Assistant Chief Counsel
Frank A. Anderson, Attorney, D.C. Bar No. 478234[*]
Erika E. Barnes, Attorney, Cal. Bar No. 197309[*]
PENSION BENEFIT GUARANTY CORPORATION
Office of the Chief Counsel
1200 K Street, NW, Suite 340
Washington, D.C.  20005-4026
Tel: (202) 326-4020, ext. 3759
Fax: (202) 326-4112
anderson.frank@pbgc.gov and efile@pbgc.gov

and

Steven W. Myhre, Acting United States Attorney
Nevada State Bar No. 9635
Carlos A. Gonzalez, Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Tel:  (702) 388-6336
Fax:  (702) 388-6787

Electronically Filed:
January 10, 2008

Attorneys for Pension Benefit Guaranty Corporation

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: ) | Case No. BK-S-06-10725 LBR |
| USA COMMERCIAL MORTGAGE COMPANY, ) | Case No. BK-S-06-10726 LBR |
| Debtor.) | Case No. BK-S-06-10727 LBR |
| In re: ) | Case No. BK-S-06-10728 LBR |
| USA CAPITAL REALTY ADVISORS, LLC ) | Case No. BK-S-06-10729 LBR |
| Debtor.) | |
| In re: ) | Chapter 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, ) | |
| Debtor.) | Jointly Administered Under |
| In re: ) | Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, ) | |
| Debtor.) | |
| In re: ) | |
| USA SECURITIES, LLC ) | |
| Debtor.) | |

---

[*]   Admitted *pro hac vice*.

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2008, a true and correct copy of the Ex Parte Motion to Continue the Hearing on Objections of the USACM Liquidating Trust to PBGC's Proofs of Claim was served by electronic service (ECF System) in the above-captioned case.

In addition, a true and correct copy of the foregoing document was sent via e-mail to the following party in interest:

*Counsel for USACM Liquidating Trust*:

Rob Charles, Lewis and Roca LLP, rcharles@lrlaw.com

Susan M. Freeman, Lewis and Roca LLP, sfreeman@lrlaw.com

Edward J. Green III, Foley & Lardner LLP, egreen@foley.com

Geoffrey S. Goodman, Foley & Lardner LLP, ggoodman@foley.com

A true and correct copy of the filing receipt for the ECF system is attached to this certificate.

Dated:   January 10, 2008          /s/ Erika E. Barnes
                                   Erika E. Barnes, Attorney,
                                   Cal. Bar No. 197309
                                   PENSION BENEFIT GUARANTY
                                   CORPORATION
                                   Office of the Chief Counsel
                                   1200 K Street, NW, Suite 340
                                   Washington, D.C.  20005-4026
                                   Tel: (202) 326-4020, ext. 3460
                                   Fax: (202) 326-4112