# EXHIBIT A

HFA – Riviera
First Omnibus Objection
Single Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFA - Riviera Loan |
|---|---|---|---|---|
| **10725-00677** | James E. Hill | 7855 N. Pershing Avenue<br>Stockton, CA  95207-1749 | 534.60 | N/A |
| **10725-01751** | Rocklin/Redding LLC | Stephen R. Harris, Esq.<br>Belding Harris & Petroni LTD.<br>417 West Plumb Lane<br>Reno, NV  89509 | 200,000.00 | N/A |
| **10725-00690** | David Sterling | 8170 S Eastern Ave Box 4-44<br>LAS VEGAS NV  89123 | 3,417.71 | N/A |

231569.1