LEWIS
AND
ROCA
——— LLP ———
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 1/10/08

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED FUND, LLC,

USA SECURITIES, LLC,

Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under Case No. BK-S-06-10725 LBR

**NOTICE OF HEARING REGARDING FIRST OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED UPON INVESTMENT IN THE RIVIERA – HOMES FOR AMERICA HOLDING LOAN**

Date of Hearing:  February 21, 2008
Time of Hearing:  9:30 a.m.

**THE USACM LIQUIDATING TRUST IS OBJECTING TO THE CLAIM THAT YOU FILED.  THE USACM TRUST SEEKS TO DISALLOW YOUR CLAIM TO THE EXTENT IT IS BASED UPON AN INVESTMENT IN THE RIVIERA – HOMES FOR AMERICA HOLDING LOAN BECAUSE THE USACM TRUST CONTENDS THAT YOU HAVE BEEN PAID IN FULL FOR YOUR INVESTMENT IN THAT LOAN.  THIS OBJECTION WILL NOT IMPACT**

**YOUR CLAIM TO THE EXTENT IT IS BASED UPON AN INVESTMENT IN A DIFFERENT LOAN.**

　　**PLEASE DO NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF YOUR CLAIM.  QUESTIONS REGARDING THE AMOUNT OF A CLAIM OR THE FILING OF A CLAIM SHOULD BE DIRECTED TO THE UNDERSIGNED COUNSEL .**

　　**NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust, by and through its counsel, has filed its First Omnibus Objection to Proofs of Claim Based Upon Investment in the Riviera – Homes for America Holding Loan (the "Objection").  Your Proof of Claim number and other information regarding your claim is provided in **Exhibit A**, attached.  The USACM Liquidating Trust has requested that this Court enter an order, pursuant to section 502 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), disallowing your Proof of Claim to the extent it is based upon an investment in the Riviera – Homes for America Holding Loan.  The Objection will not impact your Claim to the extent it is based upon an investment in a different loan.

　　**NOTICE IS FURTHER GIVEN** that the hearing on the Objection will be held before the Honorable Linda B. Riegle, United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada, on **February 21, 2008**, **at the hour of 9:30 a.m.**.

　　**NOTICE IS FURTHER GIVEN THAT THE HEARING SET ON FEBRUARY 21, 2008, WILL BE HELD FOR THE PURPOSE OF STATUS CHECKS AND SCHEDULING EVIDENTIARY HEARINGS ONLY.  NO ARGUMENTS WILL BE HEARD ON THAT DATE.**

　　**NOTICE IS FURTHER GIVEN** that any response to the Objection must be filed by February 13, 2008 pursuant to Local Rule 3007(b), which states:

2

232506.1

1    If an objection to a claim is opposed, a written response must be filed and
     served on the objecting party at least 5 business days before the scheduled
2    hearing.  A response is deemed sufficient if it states that written
     documentation in support of the proof of claim has already been provided to
3    the objecting party and that the documentation will be provided at any
     evidentiary hearing or trial on the matter.
4

5         If you object to the relief requested, you *must* file a **WRITTEN** response to this

6    pleading with the Court.  You *must* also serve your written response on the person who

7    sent you this notice.

8         If you do not file a written response with the Court, or if you do not serve your

9    written response on the person who sent you this notice, then:

10        • The Court may *refuse to allow you to speak* at the scheduled hearing; and

11        • The Court may *rule against you* and sustain the objection without formally

12          calling the matter at the hearing.

13        Dated: January 10, 2008

                                    LEWIS AND ROCA LLP
14

15

16        By /s/  Rob Charles (#6593)
              Susan M. Freeman, AZ 4199 (*pro hac vice*)
              Rob Charles, NV 6593
17            John C. Hinderaker, AZ 18024 (*pro hac vice*)
          3993 Howard Hughes Parkway, Suite 600
18        Las Vegas, Nevada  89169
          Telephone:  (702) 949-8200
19        Facsimile:   (702) 949-8398
          E-mail:  rcharles@lrlaw.com
20            *Attorneys for the USACM Liquidating Trust*

21   Copy of the foregoing mailed by first class
     Postage prepaid U.S. Mail on
22   January 10, 2008 to:

23   Parties listed on Exhibit A attached.

24   s/Renee L. Creswell
          Renee L. Creswell
25

26

                                    3

232506.1