# EXHIBIT A

HFA – Riviera
Second Omnibus Objection
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFA - Riviera Loan |
|---|---|---|---|---|
| **10725-01808** | Costanza 1987 Decendent's Trust | c/o Sam Costanza Trustee<br>9809 Cantebury Rose Lane<br>Las Vegas, NV  89134-5913 | 575,000.00 | 50,000.00 |
| **10725-00377** | Andrew W. and Doreen W. Marchuk | 325 Marche Chase Drive Apt 138<br>Eugene, OR  97401-8894 | 75,000.00 | 25,000.00 |
| **10725-02305** | Erven J. and Frankie J. Nelson Trust | Erven J. and Frankie J. Nelson TTEES<br>2023 W. Aspiration Point<br>St. George, UT  84790 | 450,000.00 | 25,000.00 |
| **10725-02121** | Olga O'Buch Trust DTD 5/28/98 | Olga O'Buch TTEE<br>140 Gazelle Rd<br>Reno, NV  89511-6642 | 253,701.76 | 25,000.00 |
| **10725-02000** | Robert L. Ogren Trust Dtd. 6/30/92 | Robert L. Orgren Trustee<br>3768 Rick Stratton Drive<br>Las Vegas, NV  89120 | 913,741.57 | 40,000.00 |
| **10725-01865** | Adrian Oosthuizen, Jr. | 5860 Lausanne Drive<br>Reno, NV  89511 | 1,355,647.65 | 25,000.00 |
| **10725-00137** | Tim and Kathleen Partch | Joshua D. Brysk, Esq.<br>Law Offices of James G. Schwartz<br>7901 Stoneridge Drive, Suite 401<br>Pleasanton, CA  94583 | 100,000.00 | 50,000.00 |

231570.1