E-Filed on 1/10/08

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | **CERTIFICATE OF SERVICE** |
| USA SECURITIES, LLC,       Debtors. | Date of Hearing: February 21, 2008<br>Time of Hearing: 9:30 a.m. |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

A.   I, Renee Creswell, an employee of Lewis and Roca LLP, attorneys for the USACM Liquidating Trust, served the following documents regarding the Proof of Claim identified in Exhibit A, attached, to the addressee listed in Exhibit A, attached:

232604.1

1. Second Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Investment in the Riviera – Homes for America Holding Loan (the "Objection");

2. Notice of Hearing Regarding Second Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Investment in the Riviera – Homes for America Holding Loan ; and

3. Declaration of Edward M. Burr in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in the Riviera – Homes for America Holding.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 10, 2008

/s/ Renee L. Creswell
Renee L. Creswell

232604.1