**LEWIS and ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961
Facsimile: (702) 949-8321
Telephone: (702) 949-8320

Susan Freeman AZ State Bar No. 004199
E-mail: **sfreeman@lrlaw.com**
Rob Charles, NV State Bar No. 006593
E-mail: **rcharles@lrlaw.com**

**FOLEY & LARDNER LLP**
Attorneys at Law
321 North Clark Street, Suite 2800
Chicago, IL 60610
Telephone: (312) 832-4500
Facsimile: (312) 832-4700

Edward J. Green Ill Bar No. 6225069 (Pro Hac Vice Pending)
Geoffrey S. Goodman Ill Bar No. 6272297 (Pro Hac Vice Pending)

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC,<br>                     Debtors. | **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT** |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | **EFFECTIVE JUNE 1, 2004 FILING FEE IS $175.00** |

Edward J. Green, Petitioner, respectfully represents to the Court:

1. That Petitioner resides in Chicago, Illinois.

2. That Petitioner is an attorney at law and a member of the law firm of Foley & Lardner LLP, with offices at 321 North Clark Street, Suite 2800, Chicago, Illinois 60610, (312) 832-4500.

1

CHIC_1694230.1

1      3.    That Petitioner has been retained personally or as a member of the law firm by the USACM Liquidating Trust to provide legal representation in connection with the above-entitled case now pending before this Court.

    4.    That since 1994, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Illinois where Petitioner regularly practices law.

    5.    That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

|  | Date Admitted |
| --- | --- |
| U.S. District Court for the Northern District of Iowa | 7/8/1994 |
| U.S. District Court for the Northern District of Illinois | 10/18/1994 |
| Supreme Court of Iowa | 1/22/1993 |
| Supreme Court of Illinois | 11/10/1994 |
| U.S. Court of Appeals for the Seventh Circuit | 9/21/1998 |
| U.S. Court of Appeals for the Sixth Circuit | 4/28/2004 |

    6.    That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below: None.

    7.    That Petitioner has never been denied admission to the State Bar of Nevada.

    8.    That Petitioner is a member of good standing in the following Bar Associations:

    State Bar of Illinois, State Bar of Iowa

    9.    Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

CHIC_1894230.1

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| See Attached | | | |

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

DATED: January 10, 2008

_____
Petitioner's Signature

STATE OF ILLINOIS    )
                     )
COUNTY OF COOK       )

Edward J. Green, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's Signature

(SEAL)

Subscribed and sworn to before me this

9TH day of January, 2008

_____
Notary public

OFFICIAL SEAL
SHARON A. CARRARA
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7-8-2009

3

CHIC_1694230.1

# STATEMENT OF APPLICATION FOR

# PRO HAC VICE

The following is a list of the members of Foley & Lardner, LLP who have filed applications to appear pro hac vice:

| Name of Applicant | Date of Application | Cause | Title of Court Administrative Body Or Arbitrator | Was Application Granted |
|---|---|---|---|---|
| Jeffrey S. Kopp | August 10, 2006 | A524741 | District Court – Clark County, Nevada | Granted |
| Keith C. Owens | December 13, 2005 | A506930 | District Court – Clark County, Nevada | Granted |
|  | August 17, 2005 | 03-10488-bam | USBC Nevada | Granted |
| Kenneth S. Klein | December 20, 2005 | A506930 | District Court – Clark County, Nevada | Granted |
| Thomas P. Krebs | May 19, 2006 | A519528 | District Court – Clark County, Nevada | Granted |
| Ryan S. Bewersdorf | August 10, 2006 | A524741 | District Court – Clark County, Nevada | Granted |
| Anthony B. Lewis | April 3, 2007 | 06-A 533418-C | District Court- Clark County Nevada | Granted |
| Uleses C. Henderson, Jr. | October 9, 2007 | 2:06-CV-1110-RLH-GWF | District Court Clark County Nevada | Granted |
|  | December 13, 2005 | A506930 | District Court Clark County | Granted |

CHIC_1693845.1

| | | | | |
|---|---|---|---|---|
| | April 3, 2007 | 06-A-534418-C | District Court-Clark County Nevada | Granted |
| James Nguyen | October 9, 2007 | 2:06-CV-1110-RLH-GWF | District Court-Clark County Nevada | Granted |
| G. Peter Albert | December 12, 2006 | 06cv1155 | District Court-Clark County Nevada | Granted |
| | May 19, 2005 | BK-S-05-14326-LBR | USBC Nevada | Granted |
| | May 19, 2005 | BK-S-05-14331-LBR | USBC Nevada | Granted |
| | May 19, 2005 | BK-S-05-14335-LBR | USBC Nevada | Granted |
| | May 19, 2005 | BK-S-05-14339-LBR | USBC Nevada | Granted |
| | October 25, 2005 | CV-N-05-0541-HDM-VPC | USDC Nevada | Granted |
| | December 12, 2006 | 06-CV-1155-RLH-LRL | USDC Nevada | Granted |
| Kimberly K. Dodd | March 7, 2007 | 06cv1155 | District Court-Clark County Nevada | Granted |
| Scott D. Richburg | April 17, 2007 | A537382 | District Court-Clark County Nevada | Granted |
| Evelyn M. Kim | May 19, 2005 | BK-S-05-14326-LBR | USBC Nevada | Granted |
| | | BK-S-05-14331-LBR | USBC Nevada | Granted |
| | | BK-S-05-14335-LBR | USBC Nevada | Granted |
| | | BK-S-05- | USBC | Granted |

2

CHIC_1693845.1

|  |  | 14339-LBR | Nevada |  |
| --- | --- | --- | --- | --- |
| Nancy J. Greenan | May 19, 2005 | BK-S-05-14326-LBR | USBC Nevada | Granted |
|  |  | BK-S-05-14331-LBR | USBC Nevada | Granted |
|  |  | BK-S-05-14335-LBR | USBC Nevada | Granted |
|  |  | BK-S-05-14339-LBR | USBC Nevada | Granted |
| Gregory S. Norrod | January 2005 | CV-S-04-1470-JCM-PCL | District Court-Clark County Nevada | Granted |
| Sharon Barner | January 2005 | CV-S-04-1470-JCM-PCL | District Court-Clark County Nevada | Granted |
| Michael Richman | May 20, 2005 | 05-50463-GWZ | USBC Nevada | Granted |
| Kevin F. Woodall | October 25, 2005 | 3:05-cv-00451-LRH-VPC | District Court-Clark County Nevada | Granted |
| Robert Binder | September 20, 2007 | A545599 | District Court - Clark County Nevada | Granted |

3