# EXHIBIT A

HFA – Riviera
Third Omnibus Objection
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFA - Riviera Loan |
|---|---|---|---|---|
| **10725-00863** | Rocklin/Redding LLC | Stephen R. Harris, Esq. Belding Harris & Petroni LTD. 417 W. Plumb Lane Reno, NV  89509 | 2,000,000.00 | unspecified |
| **10725-02135** | Schoonover Family Trust DTD 2/23/04 | Edward L and Susan A Schoonover Co-Trustees 164 Shorett Drive Friday Harbor, WA  98250-8140-8140 | 134,724.50 | 50,000.00 |
| **10725-02428** | Tiki Investment Enterprises LP | 2578 Highmore Ave Henderson, NV  89052 | 1,200,128.00 | 200,000.00 |
| **10725-01885** | Melody J. Violet | P.O. Box 2201 Vista, CA  92085 | unliquidated | unliquidated |
| **10725-02032** | Ruth Zimmerman and Moshe Kirsh JTWROS | 15721 Milbank St Encino, CA  91436 | 122,155.97 | 70,000.00 |
| **10725-02033** | Ruth Zimmerman and Moshe Kirsh JTWROS | 15721 Milbank St Encino, CA  91436 | 122,155.97 | 70,000.00 |

231600.1