**The hearing will now be held on February 4, 2008.**

**Entered on Docket
January 11, 2008**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

PAULINE NG LEE (SBN 6392)
SCOTT D. FLEMING (SBN 5638)
HALE LANE PEEK DENNISON AND HOWARD
3930 Howard Hughes Parkway, 4th Floor
Las Vegas, Nevada 89169
Telephone: 702-222-2500
Facsimile: 702-365-6940
plee@halelane.com
sfleming@halelane.com

PETER J. MORT
BRUCE JACOBS (Admitted Pro Hac Vice)
AKIN GUMP STRAUSS HAUER & FELD LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone: 310-229-1000
Facsimile: 310-229-1001
pmort@akingump.com
bjacobs@akingump.com

Attorneys for Los Valles Land & Golf LLC

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY, et al.<br><br>      Debtors. | Chapter 11<br><br>06-10725-LBR<br><br>Jointly Administered<br><br>Hearing Date: February 4, 2008<br>Hearing Time: 9:30 A.M. |

6186324

1

**ORDER APPROVING STIPULATED MOTION TO MODIFY BRIEFING SCHEDULE FOR HEARING REGARDING MOTION FOR LEAVE TO FILE SECOND AMENDED OBJECTION AND COUNTERCLAIM [#5529]**

**IT IS HEREBY ORDERED:**

- The Stipulated Motion to Modify Briefing Schedule for Hearing Regarding Motion for Leave to File Second Amended Objection and Counterclaim [DE 5574] is granted;
- Los Valles' opposition will be due on January 16, 2008; and
- The USACM Trust's reply will be due on January 21, 2008.

PREPARED AND SUBMITTED:

**AKIN GUMP STRAUSS HAUER & FELD LLP**


By:        s/ Bruce Jacobs
       Bruce Jacobs
2024 Century Park East, Suite 2400
Los Angeles, California 90067
Tel: 310-229-1000
Email: bjacobs@akingump.com
*Attorneys for Los Valles Land & Golf LLC.*

-    and –

**LEWIS AND ROCA LLP**


By:   /s/ Rob Charles (#6593)
       Susan M. Freeman, AZ 4199 (*pro hac vice*)
       Rob Charles, NV 6593
       John Hinderaker, AZ 18024 *(pro hac vice)*
*Counsel for USACM Liquidating Trust*

###

6186324

2