E-Filed on 01/11/08

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED FUND, LLC,

USA SECURITIES, LLC,
                                  Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under Case No. BK-S-06-10725 LBR

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT**

[No hearing required]

Lisa Tsai, Petitioner, respectfully represents to the Court:

1.    That Petitioner resides at Austin, Texas.

2.    That Petitioner is an attorney at law and a member of the Austin office of the law firm of Diamond McCarthy LLP, with offices at 6504 Bridgepoint Parkway, Suite 400, Austin, TX 78730, (512) 617-5200, 909 Fannin Street, Suite 1500, Houston, TX

VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY – PAGE 1

(713) 333-5100; 1201 Elm Street, 34th Floor, Dallas, TX 75270, (214) 389-5300; and 620 Eighth Avenue, 39th Floor, New York, NY 10018, (212) 430-5400.

3. That Petitioner has been retained personally or as a member of the law firm by the USACM Liquidating Trust ("USACM Trust") to serve as special litigation counsel to the USACM Trust.

4. That since January 21, 2003, Petitioner has been and presently is a member in good standing of the bar of the highest court of the State of California.

5. That since November 5, 2004, Petitioner has been and presently is a member in good standing of the bar of the highest court of the State of Texas where Petitioner regularly practices law.

6. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted |
|---|---|
| U.S.D.C. for the Central District of California | March 14, 2003 |
| U.S.D.C. for the Eastern District of Texas | October 6, 2004 |
| U.S.D.C. for the Southern District of Texas | November 12, 2004 |
| U.S.D.C. for the Northern District of Texas | November 17, 2004 |
| U.S.D.C. for the Western District of Texas | April 14, 2005 |
| U.S.D.C. for the Southern District of California | April 27, 2007 |

7. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below: None.

8.  That Petitioner has never been denied admission to the State Bar of Nevada.

9.  That Petitioner is a member of good standing in the following Bar Associations: State Bar of Texas; State Bar of California.

10. Petitioner has never filed application to appear as counsel in this Court. The following present and former members of Petitioner's firm with which Petitioner is associated have filed applications to appear as counsel under Local Rule IA 10-2 during the past three (3) years:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| William T. Reid, IV<br>Austin Office<br>(08/06/07) | USA Commercial Mortgage Company (BK-S-06-10725-LBR) | USBC | Granted (08/15/07) |
| Stephen T. Loden<br>Houston Office<br>(06/08/07) | USA Commercial Mortgage Company (BK-S-06-10725-LBR) | USBC | Granted (06/14/07) |
| Allan B. Diamond<br>Houston Office<br>(02/01/07) | USA Commercial Mortgage Company (BK-S-06-10725-LBR) | USBC | Granted (02/02/07) |
| Arley D. Finley, III[1]<br>Austin Office<br>(02/01/07) | USA Commercial Mortgage Company (BK-S-06-10725-LBR) | USBC | Granted (02/02/07) |
| Eric D. Madden<br>Dallas Office<br>(02/01/07) | USA Commercial Mortgage Company (BK-S-06-10725-LBR) | USBC | Granted (02/02/07) |
| Erin E. Jones<br>Houston Office<br>(02/01/07) | USA Commercial Mortgage Company (BK-S-06-10725-LBR) | USBC | Granted (02/02/07) |
| Michael Yoder<br>Houston Office<br>(02/01/07) | USA Commercial Mortgage Company (BK-S-06-10725-LBR) | USBC | Granted (02/02/07) |

---

[1] Arley D. Finley, III resigned his role as a practicing attorney with Diamond McCarthy effective August 31, 2007.

VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY – PAGE 3

| | | | |
|---|---|---|---|
| Eric D. Madden<br>Dallas Office<br>(12/06/05) | Provincial Govt. of Marinduque v. Placer Dome, Inc. (CV-S-05-1299) | USDC | Granted (12/29/05) |
| James D. McCarthy<br>Dallas Office<br>(12/06/05) | Provincial Govt. of Marinduque v. Placer Dome, Inc. (CV-S-05-1299) | USDC | Granted (12/21/05) |
| Allan B. Diamond<br>Houston Office<br>(12/06/05) | Provincial Govt. of Marinduque v. Placer Dome, Inc. (CV-S-05-1299) | USDC | Granted (12/21/05) |
| Walter J. Scott<br>Dallas Office<br>(12/06/05) | Provincial Govt. of Marinduque v. Placer Dome, Inc. (CV-S-05-1299) | USDC | Granted (01/11/06) |

11. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

12. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

13. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

In light of the foregoing considerations, Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

DATED: 01/10/08

Lisa S. Tsai, *Petitioner*

## VERIFICATION

STATE OF TEXAS        )
                     )
COUNTY OF AUSTIN      )

Lisa S. Tsai, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Lisa S. Tsai, *Petitioner*

(SEAL)

[Notary stamp: TINA KAY STONE, Notary Public, State of Texas, My Commission Expires April 19, 2010]

Subscribed and sworn to before me this
10ᵗʰ day of January, 2008.

_____
Notary public

VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY -- PAGE 5