# EXHIBIT A

HFA – Riviera 2nd

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFA - Riviera 2nd Loan |
|---|---|---|---|---|
| 10725-01355 | Cynthia Avanzino | 14519 SE 13th Place<br>Bellevue, WA  98007 | 7,512.00 | 7,512.00 |
| 10725-00160 | Chiappetta Trust Dated 4/1/03 | c/o Pat and JoAnn Chiappetta Trustees<br>7043 Cinnamon Drive<br>Sparks, NV  89436 | 75,000.00 | 75,000.00 |
| 10725-01976 | John P. and Nancy K. Manter Living Trust | 1449 Tirol Drive<br>Incline Village, NV  89451 | 25,000.00 | 25,000.00 |
| 10725-01981 | John Manter | 1449 TIROL DR<br>INCLINE VILLAGE NV  89451-7902 | 50,000.00 | 50,000.00 |
| 10725-02222 | James Rogers IRA | Pensco Trust Co. Inc. Custodian<br>78 Seal Rock Drive<br>San Francisco, CA  94121 | 102,150.00 | 102,150.00 |
| 10725-00946 | David Stoebling | 3568 East Russell Road, Suite D<br>Las Vegas, NV  89120-2234 | 979.54 | 979.54 |
| 10725-00153 | APG Trust Dated 7/5/00 | c/o Alex G. Gassiot Trustee<br>3710 Clover Way<br>Reno, NV  89509 | 250,260.00 | 50,000.00 |
| 10725-02397 | William A. and Angel J. Banos | 7431 Dorie Drive<br>West Hills, CA  91307-5277 | 564,000.00 | 50,000.00 |
| 10725-00900 | Eric T. and Dolores Y. Erickson | 1455 Superior Ave #342<br>Newport Beach, CA  92663-6125 | 390,000.00 | 50,000.00 |
| 10725-00154 | Joan B. Gassiot Trust 1987 Dated 8/7/87 | Joan B. Gassiot<br>4050 Bitter Creek Court<br>Reno, NV  89509-0609 | 152,000.00 | 50,000.00 |
| 10725-01687 | Homfeld II LLC | 2515 N. Atlantic Blvd.<br>Ft. Lauderdale, FL  33305-1911 | $2,861,221.63 | $1,031.91 |
| 10725-02233 | Eddie Mayo and Jocelyne Helzer Joint Tenants | 115 South Deer Run Road<br>Carson City, NV  89701 | 255,953.23 | 50,000.00 |
| 10725-02289 | 2001 Michael T. McGrath Revoc Trust Dated 12/11/01 | Michael T Mcgrath Trustee<br>66 Schanda Drive<br>Newmarket, NH  03857-2151 | 268,660.73 | 39,000.00 |
| 10725-00854 | George J. Motto | Joe Laxague, Esq.<br>Cane Clark LLP<br>3272 E. Warm Springs<br>Las Vegas, NV  89120 | 550,000.00 | 100,000.00 |
| 10725-02026 | Richard and Michele Nevins Joint Tenants | 1547 Bob Goalby Lane<br>El Paso, TX  79935 | 1,399,379.81 | 210,000.00 |
| 10725-01865 | Adrian Oosthuizen, Jr. | 5860 Lausanne Drive<br>Reno, NV  89511 | 1,355,647.65 | 25,000.00 |
| 10725-00245 | Robert H. and Lynn R. Perlman Trust Dated 9/17/92 | c/o Robert H. and Lynn R. Perlman Trustees<br>2877 Paradise Road, Unit 3501 | 1,187,000.00 | $50,000.00 |

232439.1

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | Las Vegas, NV  89109-5278 |  |  |
| **10725-00882** | Kenneth L. Schumann Living Trust Dated 7/19/96 | c/o Kenneth L. Schumann Trustee 10 Town Plz #99 Durango, CO  81301-5104 | 125,000.00 | 25,000.00 |
| **10725-00884** | Kenneth Schumann | 10 Town Plz #99 Durango, CO  81301 | 125,000.00 | 25,000.00 |
| **10725-01256** | Gary Topp | P.O. Box 3008 Grass Valley, CA  95945-3008 | 425,000.00 | 50,000.00 |
| **10725-01258** | Gary Topp | P.O. Box 3008 Grass Valley, CA  95945 | 4,394.44 | 700.00 |
| **10725-01083** | Robert W. Ulm Living Trust Dated 4/11/05 | c/o Robert W Ulm Trustee 414 Morning Glory Road St. Marys, GA  31558-4139 | 750,000.00 | 50,000.00 |
| **10725-02088** | Robert W. Ulm Living Trust Dated 4/11/05 | Robert W. Ulm Trustee 414 Morning Glory Road St. Marys, GA  31558 | 688,165.00 | 50,000.00 |
| **10725-02089** | Robert W. Ulm | 414 Morning Glory Road St Marys Ga  31558 | unspecified | unspecified |
| **10725-00152** | Linda M. Walker | 3710 Clover Way Reno, NV  89509 | 101,500.00 | 25,000.00 |

232439.1