# EXHIBIT A

HFA – Riviera 2nd
First Omnibus Objection
Single Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFA - Riviera 2nd Loan |
|-------|------|---------|--------------------|----------------------------------------------------------------------------------------------------------|
| **10725-01355** | Cynthia Avanzino | 14519 SE 13th Place Bellevue, WA  98007 | 7,512.00 | 7,512.00 |
| **10725-00160** | Chiappetta Trust Dated 4/1/03 | c/o Pat and JoAnn Chiappetta Trustees 7043 Cinnamon Drive Sparks, NV  89436 | 75,000.00 | 7,512.00 |
| **10725-01976** | John P. and Nancy K. Manter Living Trust | 1449 Tirol Drive Incline Village, NV  89451 | 25,000.00 | 25,000.00 |
| **10725-01981** | John Manter | 1449 TIROL DR INCLINE VILLAGE NV 89451-7902 | 50,000.00 | 50,000.00 |
| **10725-02222** | James Rogers IRA | Pensco Trust Co. Inc. Custodian 78 Seal Rock Drive San Francisco, CA  94121 | 102,150.00 | 102,150.00 |
| **10725-00946** | David Stoebling | 3568 East Russell Road, Suite D Las Vegas, NV  89120-2234 | 979.54 | 979.54 |

231150.1