**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 1/11/08

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>    Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER SUSTAINING FIRST OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO PROOFS OF CLAIM BASED UPON INVESTMENT IN THE OPAQUE/ MT. EDGE $7,350,000 LOAN** |

**PLEASE TAKE NOTICE** that an Order Sustaining First Omnibus Objection of The USACM Liquidating Trust to Proofs of Claim Based upon Investment in the Opaque/ Mt. Edge $7,350,000 Loan [DE 5560] was entered on the 3rd day of January 2008, a true and correct copy of which is attached hereto as Exhibit 1.

LEWIS AND ROCA LLP
LAWYERS

RESPECTFULLY SUBMITTED January 11, 2008.

**LEWIS AND ROCA LLP**

By   /s/ RC (#006593)
      Susan M. Freeman, *pro hac vice*
      Rob Charles
      John Hinderaker, *pro hac vice*
      *Attorneys for USACM Liquidating Trust*

PROOF OF SERVICE

Copy of the foregoing mailed by First Class, US Mail, postage prepaid, on January 11, 2008 to the parties listed on Exhibit A to the attached order.

  /s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca

2

1894129.1