# EXHIBIT 1

1688943.1

**Entered on Docket**
**January 04, 2008**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>　　　　　　　　　　　　Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>Date: December 20, 2007<br>Time: 9:30 a.m<br><br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

1890714.1

# ORDER SUSTAINING THIRD OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS FOR LACK OF DOCUMENTATION EXCEPT AS TO PROOF OF CLAIM NO. 10725-00651 FILED BY THE HANDLIN FAMILY TRUST 4/16/04

The USACM Liquidating Trust (the "USACM Trust") filed its Third Omnibus Objection to Claims for Lack of Documentation [DE 5361] (the "Objection") on November 19, 2007. Appropriate notice of the Objection was given. A Response to the Objection was raised as follows:

- On December 4, 2007, the Handlin Family Trust 4/16/04 provided documentation supporting Proof of Claim No. 10725-00651. Upon being provided documentation, the USACM Trust withdrew the Objection on December 19, 2007 [DE 5507]. Accordingly, that claim is not included in Exhibit A attached and is not affected by this Order.

No other responses were received by USACM Trust counsel or filed with this Court. The Objection came before the Court for hearing on December 20, 2007 at 9:30 a.m. Good cause appearing, it is

ORDERED:

- Sustaining the USACM Trust's Third Omnibus Objection to Claims for Lack of Documentation except to the extent the USACM Trust has withdrawn that objection; and

- Disallowing the Proofs of Claim listed on the attached Exhibit A without prejudice to any rights the claimants listed in Exhibit A may have as Direct Lenders in a particular loan.

###

1890714.1

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
Susan M. Freeman
Rob Charles
*Attorneys for USACM Liquidating Trust*

APPROVED:

**OFFICE OF THE U.S. TRUSTEE**

August B. Landis, Esq.
Scott A. Farrow, Esq.
300 Las Vegas Boulevard, Suite 4300
Las Vegas, NV 89101

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☒ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing regarding this matter and/or who filed a written objection and each has:

    ☒ approved the form of this order;

    ☐ waived the right to review the order;

    ☐ failed to file and serve papers in accordance with LR 9021(c); and/or

    ☐ failed to sign and return this proposed order within five (5) business days in accordance with LR 9021(b).

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order.

☐ No opposition was filed and no other party or counsel appeared at the hearing.

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
Susan M. Freeman
Rob Charles
*Attorneys for USACM Liquidating Trust*

1890714.1

| ORDER SUSTAINING THIRD OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO PROOFS OF CLAIM FOR LACK OF DOCUMENTATION BK-S-06-10725-LBR ||||
|---|---|---|---|
| **Creditor Name** | **Claim No.** | **Date Filed.** | **Amount** |
| McMahon, Gary<br>26005 East Flamingo Road<br>Las Vegas, Nevada 89121 | 10725-00597 | 10/16/06 | $55,000.00 |
| Kiel, Ronald<br>700 Marker Lane<br>Lovelock, Nevada 89419 | 10725-00605 | 10/16/06 | $50,000.00 |
| Kiel, Ronald<br>700 Marker Lane<br>Lovelock, Nevada 89419 | 10725-00606 | 10/16/06 | $50,000.00 |
| Milton Kaplan PSP DTD 10/1/77<br>c/o Milton P. Kaplan MD, Trustee<br>18370 Burbank Boulevard, Suite 501<br>Tarzana, California 91356-2836 | 10725-00642 | 10/19/06 | $12,952.80 |
| da Costa, Laurence A. & Sylvia J.<br>1172 Del Mesa Court<br>Minden, Nevada 89423-7816 | 10725-00652 | 10/23/06 | $51,339.00 |
| Kreykes, Ronald & Linda<br>4928 Wind Hill Court W<br>Fort Worth, Texas 76179-6410 | 10725-00654 | 10/23/06 | Amount Not Stated |
| John D. Mulkey 1998 Irrevocable Trust<br>c/o David Mulkey, Trustee<br>2860 Augusta Drive<br>Las Vegas, Nevada 89109-1549 | 10725-00695 | 10/23/06 | Amount Not Stated |
| Scholem, Frederick<br>9917 Whalens Landing Court<br>Las Vegas, Nevada 89117 | 10725-00714 | 10/24/06 | $30,000.00 |
| McAllister, Marlin<br>2670 Marvin Trail<br>Redding, California 96001 | 10725-00741 | 10/26/06 | $20,000.00 |

# EXHIBIT A

1881849.2