**LEWIS** AND
**ROCA** LLP
L A W Y E R S

E-Filed on 1/11/08

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email:jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | |
| USA CAPITAL REALTY ADVISORS, LLC, | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | **NOTICE OF ENTRY OF ORDER SUSTAINING FIFTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS FOR LACK OF DOCUMENTATION EXCEPT AS TO PROOF OF CLAIM NO. 10725-01163 FILED BY CAPITAL MORTGAGE INVESTORS, INC AND PROOF OF CLAIM 10725-01165 FILED BY BARRY J. & PATRICIA B. GOLDSTEIN** |
| USA SECURITIES, LLC,<br>     Debtors. | |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

**PLEASE TAKE NOTICE** that an Order Sustaining Fifth Omnibus Objection of The USACM Liquidating Trust to Claims for Lack of Documentation Except as to Proof of Claim No. 10725-01163 Filed by Capital Mortgage Investors, Inc. and Proof of Claim

1894199.1

**LEWIS AND ROCA LLP**
LAWYERS

10725-01165 Filed by Barry J. & Patricia B. Goldstein [DE 5600] was entered on the 8th day of January 2008, a true and correct copy of which is attached hereto as Exhibit 1.

RESPECTFULLY SUBMITTED January 11, 2008.

**LEWIS AND ROCA LLP**

By  /s/ RC (#006593)
Susan M. Freeman, *pro hac vice*
Rob Charles
John Hinderaker, *pro hac vice*
*Attorneys for USACM Liquidating Trust*

PROOF OF SERVICE

Copy of the foregoing mailed by First Class, US Mail, postage prepaid, on January 11, 2008 to the parties listed on Exhibit A to the attached order.

 /s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca

1894199.1