**LEWIS** AND **ROCA** LLP
LAWYERS

E-Filed on 1/11/08

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>    Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER SUSTAINING SIXTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS FOR LACK OF DOCUMENTATION EXCEPT AS TO PROOF OF CLAIM NO. 10725-01167 FILED BY BARRY J. & PATRICIA B. GOLDSTEIN, PROOF OF CLAIM 10725-01168 FILED BY CAPITAL MORTGAGE INVESTORS, INC., PROOF OF CLAIM 10725-01246 FILED BY JOHN E. & SHARON M. MCKENNON, PROOF OF CLAIM 10725-01408 FILED BY ALEXANDER IND & AS TRUSTEES, STANLEY & FLORENCE, PROOF OF CLAIM 10725-1411 FILED BY BOSWORTH 1988 TRUST AND PROOF OF CLAIM 10725-01430 FILED BY HANS J. PRAKELT** |

1894203.1

**LEWIS AND ROCA LLP**
LAWYERS

**PLEASE TAKE NOTICE** that an Order Sustaining Sixth Omnibus Objection of The USACM Liquidating Trust to Claims for Lack of Documentation Except as to Proof of Claim No. 10725-01167 Filed by Barry J. & Patricia B. Goldstein, Proof of Claim 10725-01168 Filed by Capital Mortgage Investors, Inc., Proof of Claim 10725-01246 Filed by John E. & Sharon M. McKennon, Proof of Claim 10725-01408 Filed by Alexander IND & as Trustees, Stanley & Florence, Proof of Claim 10725-1411 Filed by Bosworth 1988 Trust and Proof of Claim 10725-01430 Filed by Hans J. Prakelt [DE 5571] was entered on the 4th day of January 2008, a true and correct copy of which is attached hereto as Exhibit 1.

RESPECTFULLY SUBMITTED January 11, 2008.

**LEWIS AND ROCA LLP**

By  /s/ RC (#006593)
    Susan M. Freeman, *pro hac vice*
    Rob Charles
    John Hinderaker, *pro hac vice*
    *Attorneys for USACM Liquidating Trust*

PROOF OF SERVICE

Copy of the foregoing mailed by First Class, US Mail, postage prepaid, on January 11, 2008 to the parties listed on Exhibit A to the attached order.

 /s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca

2

1894203.1