**LEWIS** AND
**ROCA** LLP
L A W Y E R S

E-Filed on 1/11/08

1  3993 Howard Hughes Parkway, Suite 600
   Las Vegas, NV 89169-5996
   Facsimile (702) 949-8321
2  Telephone (702) 949-8320

3  Susan M. Freeman AZ State Bar No. 004199
   Email: sfreeman@lrlaw.com
   Rob Charles NV State Bar No. 006593
   Email: rcharles@lrlaw.com
4  John Hinderaker AZ State Bar No. 018024
   Email:jhinderaker@lrlaw.com

5  Attorneys for USACM Liquidating Trust

6

7                    **UNITED STATES BANKRUPTCY COURT**

8                             **DISTRICT OF NEVADA**

| | |
|---|---|
| 9  In re: | Case No. BK-S-06-10725-LBR |
| 10 USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR |
| 11 USA CAPITAL REALTY ADVISORS, LLC, | CHAPTER 11 |
| 13 USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| 14 USA CAPITAL FIRST TRUST DEED FUND, LLC, | **NOTICE OF ENTRY OF ORDER SUSTAINING EIGHTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS FOR LACK OF DOCUMENTATION EXCEPT AS TO PROOF OF CLAIM NO. 10725-01561 FILED BY BLOCK H&W/WR OF S, JEROME L & CHARMA N., PROOF OF CLAIM 10725-01564 FILED BY DAVID M. & SALLY W. OLDS AS JT, PROOF OF CLAIM NO. 10725-01566 FILED BY SHARON JUNO, PROOF OF CLAIM NO. 10725-01567 FILED BY MATTHEW MOLITCH IRA, PROOF OF CLAIM NO. 10725-01570 FILED BY MARILYN & MATTHEW MOLITCH AND PROOF OF CLAIM NO. 10725-01579 FILED BY JAMES CIELEN** |
| 16 USA SECURITIES, LLC,<br>    Debtors. | |
| 17 **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

25

26  **PLEASE TAKE NOTICE** that an Order Sustaining Eighth Omnibus Objection of

The USACM Liquidating Trust to Claims for Lack of Documentation Except as to Proof

1894218.1

LEWIS AND ROCA LLP
LAWYERS

of Claim No. 10725-01561 Filed by Block H&W/WR of S, Jerome L & Charma N., Proof of Claim 10725-01564 Filed by David M. & Sally W. Olds as JT, Proof of Claim No. 10725-01566 Filed by Sharon Juno, Proof of Claim No. 10725-01567 Filed by Matthew Molitch IRA, Proof of Claim No. 10725-01570 Filed by Marilyn & Matthew Molitch and Proof of Claim No. 10725-01579 Filed by James Cielen [DE 5573] was entered on the 4th day of January 2008, a true and correct copy of which is attached hereto as Exhibit 1.

RESPECTFULLY SUBMITTED January 11, 2008.

**LEWIS AND ROCA LLP**

By  /s/ RC (#006593)
Susan M. Freeman, *pro hac vice*
Rob Charles
John Hinderaker, *pro hac vice*
*Attorneys for USACM Liquidating Trust*

PROOF OF SERVICE

Copy of the foregoing mailed by First Class, US Mail, postage prepaid, on January 11, 2008 to the parties listed on Exhibit A to the attached order.

 /s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca

1894218.1