# EXHIBIT A

HFA – Riviera 2nd
Second Omnibus Objection
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFA - Riviera 2nd Loan |
|---|---|---|---|---|
| **10725-00153** | APG Trust Dated 7/5/00 | c/o Alex G. Gassiot Trustee<br>3710 Clover Way<br>Reno, NV  89509 | 250,260.00 | 50,000.00 |
| **10725-02397** | William A. and Angel J. Banos | 7431 Dorie Drive<br>West Hills, CA  91307-5277 | 564,000.00 | 50,000.00 |
| **10725-00900** | Eric T. and Dolores Y. Erickson | 1455 Superior Ave #342<br>Newport Beach, CA  92663-6125 | 390,000.00 | 50,000.00 |
| **10725-00154** | Joan B. Gassiot Trust 1987 Dated 8/7/87 | Joan B. Gassiot<br>4050 Bitter Creek Court<br>Reno, NV  89509-0609 | 152,000.00 | 50,000.00 |
| **10725-01687** | Homfeld II LLC | 2515 N. Atlantic Blvd.<br>Ft. Lauderdale, FL  33305-1911 | $2,861,221.63 | $1,031.91 |
| **10725-02233** | Eddie Mayo and Jocelyne Helzer Joint Tenants | 115 South Deer Run Road<br>Carson City, NV  89701 | 255,953.23 | 50,000.00 |
| **10725-02289** | 2001 Michael T. McGrath Revoc Trust Dated 12/11/01 | Michael T Mcgrath Trustee<br>66 Schanda Drive<br>Newmarket, NH  03857-2151 | 268,660.73 | 39,000.00 |
| **10725-00854** | George J. Motto | Joe Laxague, Esq.<br>Cane Clark LLP<br>3272 E. Warm Springs<br>Las Vegas, NV  89120 | 550,000.00 | 100,000.00 |
| **10725-02026** | Richard and Michele Nevins Joint Tenants | 1547 Bob Goalby Lane<br>El Paso, TX  79935 | 1,399,379.81 | 210,000.00 |

231657.1