# EXHIBIT A

HFA – Riviera 2nd
Third Omnibus Objection
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFA - Riviera 2nd Loan |
|---|---|---|---|---|
| **10725-01865** | Adrian Oosthuizen, Jr. | 5860 Lausanne Drive<br>Reno, NV  89511 | 1,355,647.65 | 25,000.00 |
| **10725-00245** | Robert H. and Lynn R. Perlman Trust Dated 9/17/92 | c/o Robert H. and Lynn R. Perlman Trustees<br>2877 Paradise Road, Unit 3501<br>Las Vegas, NV  89109-5278 | 1,187,000.00 | $50,000.00 |
| **10725-00882** | Kenneth L. Schumann Living Trust Dated 7/19/96 | c/o Kenneth L. Schumann Trustee<br>10 Town Plz #99<br>Durango, CO  81301-5104 | 125,000.00 | 25,000.00 |
| **10725-00884** | Kenneth Schumann | 10 Town Plz #99<br>Durango, CO  81301 | 125,000.00 | 25,000.00 |
| **10725-01256** | Gary Topp | P.O. Box 3008<br>Grass Valley, CA  95945-3008 | 425,000.00 | 50,000.00 |
| **10725-01258** | Gary Topp | P.O. Box 3008<br>Grass Valley, CA  95945 | 4,394.44 | 700.00 |
| **10725-01083** | Robert W. Ulm Living Trust Dated 4/11/05 | c/o Robert W Ulm Trustee<br>414 Morning Glory Road<br>St. Marys, GA  31558-4139 | 750,000.00 | 50,000.00 |
| **10725-02088** | Robert W. Ulm Living Trust Dated 4/11/05 | Robert W. Ulm Trustee<br>414 Morning Glory Road<br>St. Marys, GA  31558 | 688,165.00 | 50,000.00 |
| **10725-02089** | Robert W. Ulm | 414 Morning Glory Road<br>St Marys Ga  31558 | unspecified | unspecified |
| **10725-00152** | Linda M. Walker | 3710 Clover Way<br>Reno, NV  89509 | 101,500.00 | 25,000.00 |

232447.1