LEWIS and ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961
Facsimile: (702) 949-8321
Telephone: (702) 949-8320

Susan Freeman AZ State Bar No. 004199
E-mail: **sfreeman@lrlaw.com**
Rob Charles, NV State Bar No. 006593
E-mail: **rcharles@lrlaw.com**

FOLEY & LARDNER LLP
Attorneys at Law
321 North Clark Street, Suite 2800
Chicago, IL 60610
Telephone: (312) 832-4500
Facsimile: (312) 832-4700

Edward J. Green Ill Bar No. 6225069 (Pro Hac Vice Pending)
Geoffrey S. Goodman Ill Bar No. 6272297 (Pro Hac Vice Pending)

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                                    Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | **DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO** |

Edward J. Green, attorney of Record for the USACM Liquidating Trust herein, has submitted to the Court a "Verified Petition for Permission to Practice in this Case Only". Not being admitted to the bar of this Court, and not maintaining an office in the District of Nevada for the practice of law, I believe it to be in the best interests of the

1

client USACM Liquidating Trust to designate Rob Charles, attorney at law, member of the State Bar of Nevada and previously admitted to practice before the above-entitled Court, as associate local counsel in this action. The address of said designated Nevada counsel is: Rob Charles (Bar Code #006593) 3993 Howard Hughes Parkway, Suite 600, Las Vegas, NV 89169, Telephone: (702) 949-8320, Facsimile: (702) 949-8321, Email: RCharles@LRLaw.com.

By designation the undersigned attorneys and parties agree that all documents and other papers issued out of this Court in the above-entitled case may be served on the designated local counsel. Further, said local counsel shall be responsible for providing copies of the same to the co-counsel. Further, this designation constitutes agreements and authorization by the undersigned for the designated local counsel to sign stipulations binding on all of us. The time for performing any act under applicable Rule shall run from the date of service on the local counsel.

*Edward Green* (signature)

Edward J. Green
*Attorneys for USACM Liquidating Trust*

CHIC_1699063.1

2

1

## CONSENT OF DESIGNATED NEVADA COUNSEL

2

3      The undersigned hereby consents to serve as associate Nevada counsel in this case

4  and agrees that he is responsible for being counsel upon whom all documents and other

5  papers issued out of this Court shall be served, and that he is responsible to transmit

6  copies of all documents and other papers so served to the admitted out-of-state counsel of

7  record and to keep such counsel informed as to the status of the case.

8

9                                                        /s/ RC (#0006593
                                                         Rob Charles
10                                                       **Lewis and Roca LLP**
                                                         3993 Howards Hughes Parkway, Ste 600
11                                                       Las Vegas, NV 89109
                                                         Facsimile (702) 949-8321
12                                                       Telephone (702) 949-8320
                                                         *Designated Nevada Counsel*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CHIC_1699063.1

3