```
1  Name of Attorney
   Bar #
2  Address

3  Phone #
   e-mail address
4
```

RECEIVED AND FILED

2008 JAN -9 PM 2:24

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

In re: USA CoMMECIAL
MORTGAGE COMPANY
fka USA CAPITAL
4484 S. PECOS Rd.
LAS VEGAS, NV. 89121
                    Debtor(s)

Bankruptcy No.: 06-10725-lbr
Chapter 11

NOTICE OF INTENT TO REQUEST REDACTION

Please take notice that a List of Items to be Redacted will be submitted to the transcriber within 21 days from the filing of this Notice of Intent to Request Redaction.

The proceeding occurred on 12-19-2007, and the transcript was filed on 01-03-2008. The unredacted version of this transcript should not be made electronically available to the public.

Date: 01-08-08

_____
Signature

CELSO ACOSTA
9061 Blk Elk. Ave.
Las Vegas, NV. 89143
(702) 641-7467
yeloribbon@AOL.com