Israel Goldowitz, Chief Counsel
Karen L. Morris, Deputy Chief Counsel
James L. Eggeman, Assistant Chief Counsel
Frank A. Anderson, Attorney, D.C. Bar No. 478234[*]
Erika E. Barnes, Attorney, Cal. Bar No. 197309[*]
PENSION BENEFIT GUARANTY CORPORATION
Office of the Chief Counsel
1200 K Street, NW, Suite 340
Washington, D.C. 20005-4026
Tel: (202) 326-4020, ext. 3759
Fax: (202) 326-4112
anderson.frank@pbgc.gov and efile@pbgc.gov

and

Steven W. Myhre, Acting United States Attorney
Nevada State Bar No. 9635
Carlos A. Gonzalez, Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Tel:  (702) 388-6336
Fax:  (702) 388-6787

Attorneys for Pension Benefit Guaranty Corporation

Electronically Filed:
January 15, 2008

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: ) | Case No. BK-S-06-10725 LBR |
| USA COMMERCIAL MORTGAGE COMPANY, ) | Case No. BK-S-06-10726 LBR |
| Debtor.) | Case No. BK-S-06-10727 LBR |
| In re: ) | Case No. BK-S-06-10728 LBR |
| USA CAPITAL REALTY ADVISORS, LLC ) | Case No. BK-S-06-10729 LBR |
| Debtor.) | |
| In re: ) | Chapter 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, ) | |
| Debtor.) | Jointly Administered Under |
| In re: ) | Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, ) | |
| Debtor.) | |
| In re: ) | |
| USA SECURITIES, LLC ) | |
| Debtor.) | |

---

[*]    Admitted *pro hac vice*.

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2008, a true and correct copy of the Stipulation Continuing Hearing on Objections of the USACM Liquidating Trust to PBGC's Proofs of Claim was served by the courts electronic service (CM/ECF System) in the above-captioned case.

Dated:   January 15, 2008               /s/ Erika E. Barnes
                                        Erika E. Barnes, Attorney,
                                        Cal. Bar No. 197309
                                        PENSION BENEFIT GUARANTY
                                        CORPORATION
                                        Office of the Chief Counsel
                                        1200 K Street, NW, Suite 340
                                        Washington, D.C.  20005-4026
                                        Tel: (202) 326-4020, ext. 3460
                                        Fax: (202) 326-4112