**LEWIS** AND
**ROCA** LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 1/15/08

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | |
| USA SECURITIES, LLC,<br>    Debtors. | **NOTICE OF ENTRY OF ORDER APPROVING WITHDRAWAL OF OBJECTION TO PROOF OF CLAIM FILED BY TIMOTHY F. BURRUS AND JOANN ORTIZ-BURRUS** |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

**PLEASE TAKE NOTICE** that an Order Approving Withdrawal of Objection to Proof of Claim Filed by Timothy F. Burrus and Joann Ortiz-Burrus [DE 5606] was entered on the 9th day of January, 2008, a true and correct copy of which is attached hereto as Exhibit A.

1895092.1

**LEWIS AND ROCA LLP**
LAWYERS

RESPECTFULLY SUBMITTED January 15, 2008.

**LEWIS AND ROCA LLP**

By   /s/ RC (#006593)
    Susan M. Freeman
    Rob Charles
*Attorneys for USACM Liquidating Trust*

PROOF OF SERVICE

Copy of the foregoing mailed on January 15, 2008 by first class, postage prepaid U.S. Mail to the following interested party:

Timothy F. Burrus & Joann Ortiz-Burrus
c/o Del Hardy, Esq.
Hardy Law Group
96 & 98 Winter Street
Reno, NV  89503


  /s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca LLP

2

1895092.1