# EXHIBIT A

1688943.1



**Entered on Docket
January 09, 2008**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

---

# LEWIS AND ROCA LLP

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br><br>　　　　　　　　　　　Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

1888503.1

# STIPULATED ORDER APPROVING WITHDRAWAL OF OBJECTION TO PROOF OF CLAIM FILED BY TIMOTHY F. BURRUS AND JOANN ORTIZ-BURRUS

The Stipulation to Withdraw the Objection for Lack of Documentation to Proof of Claim No. 10725-00027 filed by the USACM Liquidating Trust ("USACM Trust") and Timothy F. Burrus and JoAnn Ortiz-Burrus [DE 5593] came before the Court for consideration. No notice being necessary and good cause appearing,

IT IS ORDERED approving the stipulation. The USACM Trust's First Ominbus Objection to Proofs of Claim for Lack of Documentation [DE 5357] as it pertains to Proof of Claim No. 10725-00027 filed by Timothy F. Burrus and JoAnn Ortiz-Burrus is hereby withdrawn.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
Susan M. Freeman
Rob Charles
*Attorneys for USACM Liquidating Trust*

APPROVED/DISAPPROVED

**HARDY LAW GROUP**

Del Hardy, Esq.    SBN #3675
Hardy Law Group
96 & 98 Winter Street
Reno, NV 89503

2

1888503.1