RECEIVED AND FILED
2008 JAN 14 PM 1:18
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

1  Name of Attorney: LENARD E. SCHWARTZER
   Bar #
2  Address
3  Phone #
   e-mail address

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

In re: USA COMMERCIAL MORT Co
AKA: USA CAPITAL

Debtor(s)

Bankruptcy No.: 06-10725-LBR
Chapter 11

NOTICE OF INTENT TO REQUEST REDACTION

Please take notice that a List of Items to be Redacted will be submitted to the transcriber within 21 days from the filing of this Notice of Intent to Request Redaction.

The proceeding occurred on 12-19-2007, and the transcript was filed on 1-3-2008. The unredacted version of this transcript should not be made electronically available to the public.

Date: 1-10-08

Signature