RECEIVED & FILED
'08 JAN 15 P1:12
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

12450 E. 38th Pl
Yuma AZ 85367

Leonard E. Ashwartzer
2850 S. James Blvd Ste 1
Las Vegas, NV 89146

Change of address
06-10725

USA Capital
06-10725

Jan 10th '08

Dear Sirs —

Please be advised of new address for Charles Small and Audrey Khightsil. This change was effective Nov. 1 '08. We have advised everyone we know involved with the bankruptcy and attorney — evidently your office was missed. I am sending the front of your envelopes with this letter as proof from this office. I would appreciate your updating your files.

Audrey Khightsil
Charles H. Small