9900 Wilbur May Parkway #206
Reno, NV 89521

January 8, 2007

U.S. Bankruptcy Court
Attention: Case Administration Supervisor
FAX: 702 388-6613

Re.: Case Number 06-10725-LRB

I am in receipt of the letter of 1/3/08 from Mary A. Schott regarding the above referenced case of USA commercial Mortgage Company (USA Capital). My instructions to you are to redact in the transcript any reference to my social security number (redact to display only the last four digits), birth date (redact to display only year of birth), and account numbers pertaining to my investments in or through the subject bankrupt entities (redact to display only last four digits). Further, if your process allows, I request you to redact any reference to my address to display it in as abbreviated a form as is permissible.

My vesting name is variously listed as "Robert A. Susskind", "Robert Susskind" or "Robert A. Susskind, an unmarried man".

If you have any questions regarding this letter, please contact me at 775 846-6407.

Regards,

Robert A. Susskind

FAXED JAN 8

\*\*\* TRANSMISSION REPORT \*\*\*

01/08/2008 17:55

Dell Photo AIO Printer 966

| NO. | DATE | START TIME | SENT TO | SCANNED/SENT | RESULT |
|---|---|---|---|---|---|
| 1 | 01/08/2008 | 17:55 | 17023886613 | 1/1 | OK |