# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number  06–10725–lbr**
**Chapter 11**

In re: (Name of Debtor)
    USA COMMERCIAL MORTGAGE COMPANY
    fka USA CAPITAL
    4484 SOUTH PECOS ROAD
    LAS VEGAS, NV 89121

Social Security No.:

### ORDER APPROVING VERIFIED PETITION

The Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court filed by LISA TSAI is approved.

Dated: 1/16/08                                            BY THE COURT

*Mary A. Schott*

                                                          Mary A. Schott
                                                          Clerk of the Bankruptcy Court