

**Entered on Docket
January 16, 2008**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

Israel Goldowitz, Chief Counsel
Karen L. Morris, Deputy Chief Counsel
James L. Eggeman, Assistant Chief Counsel
Frank A. Anderson, Attorney, D.C. Bar No. 478234[*]
Erika E. Barnes, Attorney, Cal. Bar No. 197309[*]
PENSION BENEFIT GUARANTY CORPORATION
Office of the Chief Counsel
1200 K Street, NW, Suite 340
Washington, D.C. 20005-4026
Tel: (202) 326-4020, ext. 3759
Fax: (202) 326-4112
anderson.frank@pbgc.gov and efile@pbgc.gov

and

Steven W. Myhre, Acting United States Attorney
Nevada State Bar No. 9635
Carlos A. Gonzalez, Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6787

Attorneys for Pension Benefit Guaranty Corporation

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| | | |
|---|---|---|
| In re: | ) | Case No. BK-S-06-10725 LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | ) | Case No. BK-S-06-10726 LBR |
|                 Debtor. | ) | Case No. BK-S-06-10727 LBR |
| In re: | ) | Case No. BK-S-06-10728 LBR |
| USA CAPITAL REALTY ADVISORS, LLC | ) | Case No. BK-S-06-10729 LBR |
|                 Debtor. | ) | |
| In re: | ) | Chapter 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | ) | |
|                 Debtor. | ) | Jointly Administered Under |
| In re: | ) | Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | ) | |
|                 Debtor. | ) | |

---

[*] Admitted *pro hac vice*.

| | | |
|---|---|---|
| In re: ) | Hearing Date: | January 24, 2008 |
| USA SECURITIES, LLC ) | Hearing Time: | 9:30am |
| ) | | |
| ) | New Hearing Date: | February 21, 2008 |
| Debtor. ) | Hearing Time: | 9:30am |

## ORDER APPROVING STIPULATION CONTINUING HEARING ON OBJECTIONS OF THE USACM LIQUIDATING TRUST TO PBGC'S PROOFS OF CLAIM

**IT IS HEREBY ORDERED**:

- That the Stipulation by and between the Pension Benefit Guaranty Corporation ("PBGC") and the USACM Liquidating Trust (docket # 5659) is approved; and

- That the status hearing on the objection to the PBGC claims and amended PBGC claims filed by the USACM Liquidating Trust scheduled for January 24, 2008 is continued to **February 21, 2008 at 9:30am.**

###

**PREPARED AND SUBMITTED BY:**

**PENSION BENEFIT GUARANTY CORPORATION**

By:  /s/ Frank A. Anderson
    JAMES L. EGGEMAN
    FRANK A. ANDERSON
    ERIKA E. BARNES
*Attorneys for Pension Benefit Guaranty Corporation*

**APPROVED AS TO FORM AND CONTENT:**

**LEWIS AND ROCA LLP**

By:  /s/ Rob Charles NV 6593
    Susan M. Freeman, AZ Bar No. 004199
    Rob Charles, NV Bar No. 006593
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996

2

Tel.: (702) 949-8320
Fax: (702) 949-8321
email: rcharles@lrlaw.com

      -and-

**FOLEY & LARDNER LLP**
321 N. Clark Street, Suite 2800
Chicago, IL 60610
Tel.: (312) 832-4500
Fax: (312) 832-4700

Edward J. Green, IL Bar No. 6225069 (*pro hac vice* pending*)*
Geoffrey S. Goodman, IL Bar No. 6272297 (*pro hac vice* pending)
Email: ggoodman@foley.com

*Attorneys for USACM Liquidating Trust*