Name of Attorney Colleen Poindexter-repr. self
Bar # none
Address 60 Joann Ct.
        Walnut Creek, CA 94597
Phone # 925-934-4866
e-mail address colorfulcp@aol.com

RECEIVED AND FILED
2008 JAN 16 PM 2: 24
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

In re: USA COMMERCIAL MORTGAGE CO.
       fka USA CAPITAL
       4484 SOUTH PECOS ROAD
       LAS VEGAS, NV 89121
                Debtor(s)

Bankruptcy No.: 06-10725-lbr
Chapter 11

NOTICE OF INTENT TO REQUEST REDACTION

Please take notice that a List of Items to be Redacted will be submitted to the transcriber within 21 days from the filing of this Notice of Intent to Request Redaction.

The proceeding occurred on  12/19/2007  , and the transcript was filed on  1/3/2008  . The unredacted version of this transcript should not be made electronically available to the public.

Date: 1/12/2008

_____
Signature (Colleen Poindexter)