LEWIS
AND
ROCA
LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

| | E-Filed on 1/17/08 |

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE
COMPANY,

USA CAPITAL REALTY ADVISORS,
LLC,

USA CAPITAL DIVERSIFIED TRUST
DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED
FUND, LLC,

USA SECURITIES, LLC,
        Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund,
LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under Case No.
BK-S-06-10725 LBR

**NOTICE OF ENTRY OF ORDER
SUSTAINING PARTIAL
OBJECTION OF USACM
LIQUIDATING TRUST TO TOBIAS
VON EUW REVOCABLE TRUST
DTD 11/23/04 CLAIM FILED IN
WRONG DEBTOR'S CASE AND
DISALLOWED AS TO USACM**

        **PLEASE TAKE NOTICE** that an Order Sustaining Partial Objection of USACM

Liquidating Trust to Tobias Von Euw Revocable Trust dtd 11/23/04 Claim Filed in Wrong

Debtor's Case and Disallowed as to USACM [DE 5554] was entered on the 2nd day of

January, 2008, a true and correct copy of which is attached hereto as Exhibit A.

1893457.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

RESPECTFULLY SUBMITTED January 17, 2008.

**LEWIS AND ROCA LLP**


By   /s/ RC (#006593)
        Susan M. Freeman
        Rob Charles
        *Attorneys for USACM Liquidating Trust*


PROOF OF SERVICE

Copy of the foregoing mailed by First
Class, US Mail, postage prepaid, on
January 17, 2008 to the following
interested party:


Tobias Von Euw Revocable Trust dtd 11/23/04
c/o Tobias Von Euw Trustee
2448 Lark Sparrow Street
Las Vegas, NV 89084-3726



  /s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca LLP

2

1893457.1