LEWIS
AND
ROCA
LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 1/17/08

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | |
| USA SECURITIES, LLC, | **NOTICE OF ENTRY OF ORDER APPROVING WITHDRAWAL OF OBJECTION FOR LACK OF DOCUMENTATION TO PROOFS OF CLAIM FILED BY BARRY J. GOLDSTEIN, PATRICIAL GOLDSTEIN AND CAPITAL MORTGAGE INVESTORS, INC.** |
|     Debtors. | |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

    **PLEASE TAKE NOTICE** that an Order Approving Withdrawal of Objection for

Lack of Documentation to Proofs of Claim Filed by Barry J. Goldstein, Patricia Goldstein

and Capital Mortgage Investors, Inc. [DE 5555] was entered on the 2nd day of January,

2008, a true and correct copy of which is attached hereto as Exhibit A.

1893458.1

LEWIS
AND
ROCA
LLP

L A W Y E R S

1   RESPECTFULLY SUBMITTED January 17, 2008.

2                                    **LEWIS AND ROCA LLP**

3

4
                          By   /s/ RC (#006593)
5                                 Susan M. Freeman
                                  Rob Charles
6                              *Attorneys for USACM Liquidating Trust*

7

8   PROOF OF SERVICE

9   Copy of the foregoing e-mailed on
    January 17, 2008 to the following
10  interested party:

11
    Jeffrey S. Berlowitz
12  Phillips, Cantor & Berlowitz, PA
    4000 Holly Blvd, Suite 375-South
13  Hollywood, FL 33021
14  jberlowitz@phillipslawyers.com

15

16   /s/ Christine E. Laurel
    Christine E. Laurel
17  Lewis and Roca LLP

18

19

20

21

22

23

24

25

26

2

1893458.1