# EXHIBIT A

Case 06-10725-lbr Doc #: 5555 Filed: 01/02/2008 Page: 2 of 3

Entered on Docket
January 02, 2008

Hon. Linda B. Riegle
United States Bankruptcy Judge

---

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | **Affecting:**<br>☐ All Cases<br>or Only: |
| USA SECURITIES, LLC,<br>Debtors. | ☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

1888865.1

|  | STIPULATED ORDER APPROVING WITHDRAWAL OF OBJECTION FOR LACK OF DOCUMENTATION TO PROOFS OF CLAIM FILED BY BARRY J. GOLDSTEIN, PATRICIA GOLDSTEIN AND CAPITAL MORTGAGE INVESTORS, INC. |
|---|---|

1
2
3
4  The Stipulation to Withdraw the Objection for Lack of Documentation to Proofs of
5  Claim Nos. 10725-01163, Claim No. 10725-01165, Claim No. 10725-01167 and Claim
6  No.10725-01168 filed by the USACM Liquidating Trust ("USACM Trust") [DE ____]
7  came before the Court for consideration. No notice being necessary and good cause
8  appearing,
9      IT IS ORDERED approving the stipulation. The USACM Trust's Fifth Omnibus
10 Objection to Proofs of Claim for Lack of Documentation [DE 5365] and Sixth Omnibus
11 Objection to Proofs of Claim for Lack of Documentation [DE 5367] as it pertains Claim
12 No. 10725-01163, Claim No. 10725-01165, Claim No. 10725-01167 and Claim
13 No.10725-01168 filed by Barry J. Goldstein, Patricia Goldstein and Capital Mortgage
14 Investors, Inc. is hereby withdrawn.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**


By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
*Attorneys for USACM Liquidating Trust*

APPROVED/DISAPPROVED

**PHILLIPS, CANTOR & BERLOWITZ, P.A.**

_____ Jeffrey S. Berlowitz
4000 Hollywood Boulevard
Suite 375-South
Hollywood, FL 33021Reno, NV 89503

2

1888865.1