HFA – North Yonkers
# EXHIBIT A

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFA - North Yonkers Loan |
|---|---|---|---|---|
| 10725-02397 | William A. and Angel J. Banos | 7431 Dorie Drive<br>West Hills, CA 91307-5277 | $564,000.00 | $95,000.00 |
| 10725-02178 | Marshal Brecht Trust Dated 2/5/86 | Marshall J. and Janet L. Brecht Trustees<br>640 Colonial Circle<br>Fullerton, CA 92835 | $1,709,011.00 | $50,000.00 |
| 10725-02050 | Kay M. Cantrell and Kay J. Hart Joint Tenants | 455 Magnolia Avenue<br>Fairhope, AL 36532 | $76,207.53 | $50,000.00 |
| 10725-02528 | Peter W. and Deidre D. Capone | P.O. Box 1470<br>Gardnerville, NV 89410-1470 | unclear | unclear |
| 10725-01649 | Church of the Movement of Spiritual Inner Awareness | P.O. Box 513935<br>Los Angeles, CA 90051 | $125,000.00 | $25,000.00 |
| 10725-02059 | Jack R. Clark and Linda C. Reid Joint Tenants | 9900 Wilbur May Parkwy #4701<br>Reno, NV 89521-3089 | $891,016.03 | $50,000.00 |
| 10725-02290 | Rosanne L. Clark | 2350 High Terrance Drive<br>Reno, NV 89509 | $152,747.24 | $50,000.00 |
| 10725-00531 | George Cohan | 2048 Foxfire Court<br>Henderson, NV 89012-2190 | $200,000.00 | $200,000.00 |
| 10725-00092 | James Corison | P.O. Box 21214<br>Riverside, CA 92516 | $1,023,000.00 | $50,000.00 |
| 10725-01808 | Costanza 1987 Decendent's Trust | c/o Sam Costanza Trustee<br>9809 Cantebury Rose Lane<br>Las Vegas, NV 89134-5913 | $575,000.00 | $50,000.00 |
| 10725-01809 | Sam Costanza | 9809 Cantebury Rose Lane<br>Las Vegas, NV 89134 | $405,500.00 | $50,000.00 |
| 10725-00212 | Melanie Cowan | 10794 Grande Palladium Way<br>Boynton Beach, FL 33436 | $100,000.00 | $50,000.00 |
| 10725-01919 | Cynthia G. Davis Living Trust | c/o Cynthia G. Davis Trustee<br>2465 Telluride Drive<br>Reno, NV 89511-9155 | $101,493.06 | $50,000.00 |
| 10725-02063 | James D. and Ann R. Dery | 10 Longmeadow Lane<br>Beachwood, OH 44122 | $1,396,673.86 | $50,000.00 |
| 10725-00545 | Elias Family Trust Dated 5/19/04 | c/o Donna M. Elias Successor Trustee<br>9900 Wilbur May Parkwy, Apt. 502<br>Reno, NV 89521-4014 | $125,000.00 | $50,000.00 |
| 10725-02382 | Essaff Family Trust Dated 6/18/02 | Robert and Cindy H. Essaff Trustees<br>2860 Heybourne Road<br>Minden, NV 89423 | $1,599,184.01 | $100,000.00 |

HFA – North Yonkers
# EXHIBIT A

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFA - North Yonkers Loan |
|---|---|---|---|---|
| **10725-00801** | Freedom Properties Inc. | 1820 Star Pine Court<br>Reno, NV  89523-4807 | $450,000.00 | $50,000.00 |
| **10725-01541** | Graham Family Trust Dated 10/26/78 | c/o Robin B. Graham and Celia Allen-Graham Trustees<br>1460 Twinridge Road<br>Santa Barbara, CA  93111-1223 | $503,808.00 | $37,500.00 |
| **10725-01687** | Homfeld II LLC | 2515 North Atlantic Boulevard<br>Ft. Lauderdale, FL  33305-1911 | $2,861,221.63 | $2,738.55 |
| **10725-00045** | Rochelle Hornsby Trust Dated 1/92 | Rochelle Hornsby Trustee<br>3959 Pembridge Court<br>Las Vegas, NV  89121 | $50,000.00 | $50,000.00 |
| **10725-02296** | Jayem Family LP | 7 Paradise Valley Court<br>Henderson, NV  89052-6706 | $265,865.00 | $25,000.00 |
| **10725-02298** | Jayem Family LP Jacques Massa GP | 7 Paradise Valley Court<br>Henderson, NV  89052-6706 | $936,807.81 | $100,000.00 |
| **10725-02117** | Janet P. Johnson Living Trust Dated 7/14/04 | Janet P. and Charles E. Johnson Trustees<br>17 Front Street<br>Palm Coast, FL  32137 | $468,301.91 | $100,000.00 |
| **10725-01631** | Janet P. Johnson Living Trust Dated 7/15/04 | Charles and Janet Johnson Trustees<br>17 Front Street<br>Palm Coast, FL  32137-1453 | Contingent/ Unliquidated | Contingent/ Unliquidated |
| **10725-00500** | Everett H. Johnston Family Trust Dated 1/24/90 | c/o Everett H. Johnston Trustee<br>P.O. Box 3605<br>Incline Village, NV  89450-3605 | $668,305.12 | $100,000.00 |
| **10725-01297** | Norman Kiven | Andrew J. Abrams, Esq.<br>Sugar Friedberg & Felsenthal LLP<br>30 North Lasalle Street, Suite 3000<br>Chicago, IL  60602 | $1,040,000.00 | unclear |
| **10725-01300** | Norman Kiven | Andrew J. Abrams, Esq.<br>Sugar Friedberg & Felsenthal LLP<br>30 North Lasalle Street, Suite 3000<br>Chicago, IL  60602 | $48,248.00 | unclear |
| **10725-01478** | Norman Kiven | Andrew J. Abrams Esq.<br>Sugar Friedberg & Felsenthal LLP<br>30 North Lasalle Street, Suite 3000<br>Chicago, IL  60602 | $48,248.00 | unclear |

233068.1

HFA – North Yonkers
# EXHIBIT A

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFA - North Yonkers Loan |
|---|---|---|---|---|
| 10725-02046 | Koerwitz Family Trust Dated 5/13/03 | Kenneth and Jan Case Koerwitz Trustees<br>44 Winfield Lane<br>Walnut Creek, CA 94595 | $764,002.88 | $50,000.00 |
| 10725-00094 | Jay Lim | 208 Clarence Way<br>Fremont, CA 94539 | $213,816.25 | $76,075.00 |
| 10725-00883 | Marston Family Trust Dated 8/13/93 | E. Grace Marston Trustee<br>12441 Road 44<br>Mancos, CO 81328 | $1,069.98 | $1,069.98 |
| 10725-00878 | John M. and Linda S. Marston | 12441 Road 44<br>Mancos, CO 81328 | $1,104.07 | $1,104.07 |
| 10725-01898 | Morris Massry | c/o Segel Goldman Mazzotta & Siegel PC<br>9 Washigton Square<br>Albany, NY 12205 | $1,802,040.00 | $101,466.67 |
| 10725-02244 | McQuerry Family Trust | William McQuerry<br>318 Singing Brook Circle<br>Santa Rosa, CA 95409-6483 | $100,000.00 | $100,000.00 |
| 10725-02307 | D G Menchetti Ltd Pension Plan | c/o D. G. Menchetti Trustee<br>P.O. Box 7100<br>Incline Village, NV 89452-7100 | $140,000.00 | $200,000.00 |
| 10725-02433 | Michaelian Holdings LLC | 413 Canyon Greens Drive<br>Las Vegas, NV 89144-0829 | $1,267,075.50 | $100,000.00 |
| 10725-02383 | Minter Family 1994 Trust | Douglas and Elizabeth F. Minter Trustees<br>5389 Conte Drive<br>Carson City, NV 89701 | $622,044.87 | $50,000.00 |
| 10725-01953 | Katrine Mirzaian | 708 Prospect Drive<br>Glendale, CA 91205 | $344,011.56 | $100,000.00 |
| 10725-01208 | Pete Monighetti | 6515 Frankie Lane<br>Prunedale, CA 93907 | $1,509,963.55 | $50,000.00 |
| 10725-02031 | Freda Newman Trust Dated 7/26/84 | Freda Newman Trustee<br>c/o Daniel Newman<br>125 Elysian Drive<br>Sedona, AZ 86336 | $233,504.72 | $50,000.00 |
| 10725-02150 | Newman Family Trust Dated 9/30/97 | Larry J. and Elsie D. Newman Trustees<br>1775 Autumn Valley Way<br>Reno, NV 89523 | $500,119.23 | $50,000.00 |
| 10725-01175 | John Nix | 836 Temple Rock Court<br>Boulder City, NV 89005 | $710,937.34 | $75,000.00 |
| 10725-01923 | John E. and Sonhild A. O'Riordan | 2745 Hartwick Pines Drive<br>Henderson, NV 89052-7002 | $1,738,252.26 | $100,000.00 |

233068.1

HFA – North Yonkers
# EXHIBIT A

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFA - North Yonkers Loan |
|---|---|---|---|---|
| 10725-00046 | Patterson-Rogers Family 2001 Trust | Robert C. and Joyce Patterson-Rogers Trustees<br>P.O. Box 60175<br>Las Vegas, NV  89160 | $50,000.00 | $50,000.00 |
| 10725-02338 | Patterson-Rogers Family Trust Dated 09/05/01 | Robert C. and Joyce Patterson-Rogers Trustees<br>P.O. Box 60175<br>Las Vegas, NV  89160 | $50,768.46 | $50,768.46 |
| 10725-02254 | Peele Spousal Trust Dated 2/10/87 | Jennefer C. Peele Trustee<br>2581 Rampart Terrace<br>Reno, NV  89519 | $253,712.01 | $50,000.00 |
| 10725-00245 | Robert H. and Lynn R. Perlman Trust Dated 9/17/92 | c/o Robert H. and Lynn R. Perlman Trustees<br>2877 Paradise Road, Unit 3501<br>Las Vegas, NV  89109-5278 | $1,187,000.00 | $50,000.00 |
| 10725-00795 | Karen Petersen Tyndall Trust Datd 3/9/94 | c/o Karen Petersen Tyndall Trustee<br>1012 Greystoke Acres Street<br>Las Vegas, NV  89145-8659 | $1,115,915.59 | $76,075.00 |
| 10725-01183 | Karen Petersen Tyndall Trust Dated 3/9/94 | c/o Karen Petersen Tyndall Trustee<br>1012 Greystoke Acres Street<br>Las Vegas, NV  89145-8659 | $1,115,915.59 | $76,075.00 |
| 10725-01477 | Karen L. Pidgeon 2006 Living Trust Dated 2/27/06 | c/o Karen L Pidgeon Trustee<br>P.O. Box 41619<br>Sacramento, CA  95841-1619 | $538,643.00 | $100,000.00 |
| 10725-01011 | Preswick Corp. | 1400 Colorado Street, Suite C<br>Boulder City, NV  89005 | $15,670.22 | $15,670.22 |
| 10725-01878 | Dennis Raggi | P.O. Box 10475<br>Zephyr Cove, NV  89448-2475 | $10,451.54 | unclear |
| 10725-02226 | Dennis Raggi | P.O. Box 10475<br>Zephyr Cove, NV  89448-2475 | $2,442,034.35 | $100,000.00 |
| 10725-01879 | Dennis Raggi | P.O. Box 10475<br>Zephyr Cove, NV  89448-2475 | $27,304.06 | $1,623.49 |
| 10725-02282 | Elan Reddell Revocable Trust Dated 8/4/03 | Elan Reddell Trustee<br>6770 Hawaii Kai Drive #1006<br>Honolulu, HI  96825 | $329,703.65 | $100,000.00 |
| 10725-02220 | James William Rogers | 77 Seal Rock Drive<br>San Francisco, CA  94121 | $306,519.06 | $100,000.00 |
| 10725-02326 | L. Earle Romak IRA | First Savings Bank Custodian<br>L. Earle Romak IRA<br>P.O. Box 6185<br>Incline Village, NV  89450 | $1,000,000.00 | $200,000.00 |

4

233068.1

HFA – North Yonkers
# EXHIBIT A

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFA - North Yonkers Loan |
|---|---|---|---|---|
| **10725-00119** | Randy Sanchez IRA | 5713 N. White Sands Road Reno, NV  89511 | $50,000.00 | $50,000.00 |
| **10725-02217** | Randy Sanchez IRA | 5713 North White Sands Road Reno, NV  89511 | $347,031.95 | $50,000.00 |
| **10725-02149** | Schnitzer Living Trust Dated 10/24/91 | Arthur F. and Linn S. Schnitzer Trustees 20155 N.E. 38th Court, #1604 Aventura, FL  33180 | $1,774,903.40 | $100,000.00 |
| **10725-01644** | David Sexton | 21929 North 79th Place Scottsdale, AZ  85255 | $58,043.27 | unclear |
| **10725-01414** | Spectrum Capital LLC | 6167 Jarvis Avenue, #304 Newark, CA  94560-1210 | $144,997.19 | $49,359.84 |
| **10725-02191** | TDS Revocable Family Trust Dated 9/29/98 | T. Dwight and Bonnie J. Sper Trustees 1005 Cypress Ridge Lane Las Vegas, NV  89144-1425 | $889,337.00 | $100,000.00 |
| **10725-01009** | Janie Tammadge | 1400 Colorado Street, Suite C Boulder City, NV  89005 | $11,192.97 | $11,192.97 |
| **10725-00623** | Gary A. and Sandra C. Thibault | 4525 DAWN PEAK Street Las Vegas, NV  89129-3235 | $105,074.00 | $102,190.00 |
| **10725-01169** | Donald S. Tomlin | Donald S. and Dorothy R. Tomlin Trustee 7145 BEVERLY GLEN Avenue Las Vegas, NV  89110-4228 | $2,779,806.00 | $102,528.00 |
| **10725-00110** | Louis H. and Shirley M. Turner Family Trust Dated 9/9/97 | Louis H. and Shirley M. Turner 9558 Mammoth Court Reno, NV  89521 | $50,000.00 | $50,000.00 |
| **10725-02219** | Louis H. and Shirley M. Turner Family Trust Dated 9/19/97 | Louis H. And Shirley M. Turner Trustees 9558 Mammoth Court Reno, NV  89521 | $152,179.87 | $50,000.00 |
| **10725-01043** | Robert W. Ulm IRA | Pensco Trust Co.Inc. FBO Robert W. Ulm IRA #UL006 414 Morning Glory Road St. Marys, GA  31558 | Contingent/ Unliquidated | Contingent/ Unliquidated |
| **10725-01083** | Robert W. Ulm Living Trust Dated 4/11/05 | c/o Robert W Ulm Trustee 414 Morning Glory Road Saint Marys, GA  31558-4139 | Contingent/ Unliquidated | Contingent/ Unliquidated |
| **10725-02088** | Robert W. Ulm Living Trust Dated 4/11/05 | Robert W Ulm Trustee 414 Morning Glory Road St. Marys, GA  31558-4139 | $688,165.00 | $50,000.00 |

5

233068.1

HFA – North Yonkers
# EXHIBIT A

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFA - North Yonkers Loan |
|---|---|---|---|---|
| **10725-02090** | Robert William Ulm IRA | Pensco Trust Company Custodian 414 Morning Glory Road St. Marys, GA  31558-4139 | $707,753.00 | $100,000.00 |
| **10725-02163** | Marietta Voglis | 201 E. 79th Street New York, NY  10021-0844 | $724,292.85 | $65,000.00 |
| **10725-01653** | Voss Family Trust Dated 10/4/ 99 | Wolf and Claudia Voss Trustees 14 Via Ambra Newport Beach, CA  92657 | $346,662.00 | $31,250.00 |
| **10725-01643** | Carmel Winkler Trustee of Winkler Family Trust | Carmel and Rudolf Winkler Trustees Louis and Norman Teeter Robert Teeter 4201 Via Marina, Suite 300 Marina del Rey, CA  90292 | $32,254.00 | $12,500.00 |
| **10725-01645** | Winkler Family Trust Dated 3/13/86 | c/o Rudolf and Carmel Winkler Trustees 10000 Rossbury Place Los Angeles, CA  90064-4826 | $148,806.00 | $12,500.00 |
| **10725-02279** | Winkler Family Trust Dated 3/13/86 | Carmel And Rudolf Winkler Trustee 10000 Rossbury Place Los Angeles, CA  90064-4826 | 605,317.99 | $50,000.00 |
| **10725-02280** | Winkler Family Trust Dated 3/13/86 | Carmel Winkler Trustees 10000 Rossbury Place Los Angeles, CA  90064-4826 | $130,215.22 | $50,000.00 |

6

233068.1