HFA – North Yonkers
Multiple Loan Claims

# EXHIBIT A
First Omnibus Objection

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFA - North Yonkers Loan |
|---|---|---|---|---|
| 10725-02397 | William A. and Angel J. Banos | 7431 Dorie Drive<br>West Hills, CA  91307-5277 | $564,000.00 | $95,000.00 |
| 10725-02178 | Marshal Brecht Trust Dated 2/5/86 | Marshall J. and Janet L. Brecht Trustees<br>640 Colonial Circle<br>Fullerton, CA  92835 | $1,709,011.00 | $50,000.00 |
| 10725-02050 | Kay M. Cantrell and Kay J. Hart Joint Tenants | 455 Magnolia Avenue<br>Fairhope, AL  36532 | $76,207.53 | $50,000.00 |
| 10725-02528 | Peter W. and Deidre D. Capone | P.O. Box 1470<br>Gardnerville, NV  89410-1470 | unclear | unclear |
| 10725-01649 | Church of the Movement of Spiritual Inner Awareness | P.O. Box 513935<br>Los Angeles, CA  90051 | $125,000.00 | $25,000.00 |
| 10725-02059 | Jack R. Clark and Linda C. Reid Joint Tenants | 9900 Wilbur May Parkwy #4701<br>Reno, NV  89521-3089 | $891,016.03 | $50,000.00 |
| 10725-02290 | Rosanne L. Clark | 2350 High Terrance Drive<br>Reno, NV  89509 | $152,747.24 | $50,000.00 |
| 10725-00092 | James Corison | P.O. Box 21214<br>Riverside, CA  92516 | $1,023,000.00 | $50,000.00 |
| 10725-01808 | Costanza 1987 Decendent's Trust | c/o Sam Costanza Trustee<br>9809 Cantebury Rose Lane<br>Las Vegas, NV  89134-5913 | $575,000.00 | $50,000.00 |
| 10725-01809 | Sam Costanza | 9809 Cantebury Rose Lane<br>Las Vegas, NV  89134 | $405,500.00 | $50,000.00 |

232866.1