HFA – North Yonkers
Multiple Loan Claims

# EXHIBIT A
Second Omnibus Objection

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFA - North Yonkers Loan |
|---|---|---|---|---|
| **10725-00212** | Melanie Cowan | 10794 Grande Palladium Way<br>Boynton Beach, FL  33436 | $100,000.00 | $50,000.00 |
| **10725-01919** | Cynthia G. Davis Living Trust | c/o Cynthia G. Davis Trustee<br>2465 Telluride Drive<br>Reno, NV  89511-9155 | $101,493.06 | $50,000.00 |
| **10725-02063** | James D. and Ann R. Dery | 10 Longmeadow Lane<br>Beachwood, OH  44122 | $1,396,673.86 | $50,000.00 |
| **10725-00545** | Elias Family Trust Dated 5/19/04 | c/o Donna M. Elias Successor Trustee<br>9900 Wilbur May Parkwy, Apt. 502<br>Reno, NV  89521-4014 | $125,000.00 | $50,000.00 |
| **10725-02382** | Essaff Family Trust Dated 6/18/02 | Robert and Cindy H. Essaff Trustees<br>2860 Heybourne Road<br>Minden, NV  89423 | $1,599,184.01 | $100,000.00 |
| **10725-00801** | Freedom Properties Inc. | 1820 Star Pine Court<br>Reno, NV  89523-4807 | $450,000.00 | $50,000.00 |
| **10725-01541** | Graham Family Trust Dated 10/26/78 | c/o Robin B. Graham and Celia Allen-Graham Trustees<br>1460 Twinridge Road<br>Santa Barbara, CA  93111-1223 | $503,808.00 | $37,500.00 |
| **10725-01687** | Homfeld II LLC | 2515 North Atlantic Boulevard<br>Ft. Lauderdale, FL  33305-1911 | $2,861,221.63 | $2,738.55 |
| **10725-02296** | Jayem Family LP | 7 Paradise Valley Court<br>Henderson, NV  89052-6706 | $265,865.00 | $25,000.00 |
| **10725-02298** | Jayem Family LP Jacques Massa GP | 7 Paradise Valley Court<br>Henderson, NV  89052-6706 | $936,807.81 | $100,000.00 |

232869.1