HFA – North Yonkers
Multiple Loan Claims

# EXHIBIT A
Third Omnibus Objection

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFA - North Yonkers Loan |
|---|---|---|---|---|
| **10725-02117** | Janet P. Johnson Living Trust Dated 7/14/04 | Janet P. and Charles E. Johnson Trustees<br>17 Front Street<br>Palm Coast, FL  32137 | $468,301.91 | $100,000.00 |
| **10725-01631** | Janet P. Johnson Living Trust Dated 7/15/04 | Charles and Janet Johnson Trustees<br>17 Front Street<br>Palm Coast, FL  32137-1453 | Contingent/ Unliquidated | Contingent/ Unliquidated |
| **10725-00500** | Everett H. Johnston Family Trust Dated 1/24/90 | c/o Everett H. Johnston Trustee<br>P.O. Box 3605<br>Incline Village, NV  89450-3605 | $668,305.12 | $100,000.00 |
| **10725-01297** | Norman Kiven | Andrew J. Abrams, Esq.<br>Sugar Friedberg & Felsenthal LLP<br>30 North Lasalle Street, Suite 3000<br>Chicago, IL  60602 | $1,040,000.00 | Unclear |
| **10725-01300** | Norman Kiven | Andrew J. Abrams, Esq.<br>Sugar Friedberg & Felsenthal LLP<br>30 North Lasalle Street, Suite 3000<br>Chicago, IL  60602 | $48,248.00 | Unclear |
| **10725-01478** | Norman Kiven | Andrew J. Abrams Esq.<br>Sugar Friedberg & Felsenthal LLP<br>30 North Lasalle Street, Suite 3000<br>Chicago, IL  60602 | $48,248.00 | Unclear |
| **10725-02046** | Koerwitz Family Trust Dated 5/13/03 | Kenneth and Jan Case Koerwitz Trustees<br>44 Winfield Lane<br>Walnut Creek, CA  94595 | $764,002.88 | $50,000.00 |
| **10725-00094** | Jay Lim | 208 Clarence Way<br>Fremont, CA  94539 | $213,816.25 | $76,075.00 |
| **10725-01898** | Morris Massry | c/o Segel Goldman Mazzotta & Siegel PC<br>9 Washigton Square<br>Albany, NY  12205 | $1,802,040.00 | $101,466.67 |

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFA - North Yonkers Loan |
|---|---|---|---|---|
| 10725-02307 | D G Menchetti Ltd Pension Plan | c/o D. G. Menchetti Trustee P.O. Box 7100 Incline Village, NV  89452-7100 | $140,000.00 | $200,000.00 |

232872.1