**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961
Facsimile (702) 949-8321
Telephone (702) 949-83209

Susan M. Freeman AZ State Bar No. 004199 (Pro Hac Vice)
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018020 (Pro Hace Vice)
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on January 18, 2008

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **In re:**<br><br>**USA Commercial Mortgage Company**<br>   **06-10725 – Lead Case**<br><br>**USA Capital Realty Advisors, LLC**<br>   **06-10726**<br><br>**USA Capital Diversified Trust Deed Fund, LLC**<br>   **06-10727**<br><br>**USA Capital First Trust Deed Fund, LLC**<br>   **06-10728**<br><br>**USA Securities, LLC**<br>   **06-10729**<br>                                  **Debtors.** | Jointly Administered<br>Chapter 11 Cases<br>Judge Linda B. Riegle Presiding<br><br>**Stipulation Requesting: Trial Continuance; Mediation; That the Court Grant The USACM Trust's Motion To Amend In Part**<br><br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC<br><br>Date: January 24, 2008<br>Time: 9:30 a.m.<br><br>New date:  March 25, 2008<br>Time:  9:30 a.m. |

The USACM Liquidating Trust (the "USACM Trust") by and through its counsel, Lewis and Roca LLP, and Los Valles Land & Golf LLC ("Los Valles"), by and through its counsel, Akin Gump Strauss Hauer & Feld, LLP, stipulate:

1. That the trial in this matter currently scheduled for March 27 and March 28, 2008 at 9:30 a.m. be rescheduled to a date to be set in July of 2008. The parties request a

1895807.1

LEWIS AND ROCA LLP LAWYERS

trial continuance because counsel for the USACM Trust, John Hinderaker, is having continuing health issues related to a heart arrhythmia that will prevent him from trying this matter in March.  For efficiency's sake the Trust would prefer to keep Mr. Hinderaker on the case, but to postpone the trial.[1]

2. The parties also believe that such a continuance would allow them to mediate and possibly resolve their disputes after they depose certain key witnesses.  The parties request that the Court arrange a mediation before one of the other judges of this Court in late February or early March of 2008.

3. The USACM Trust withdraws its Motion for Leave to File Second Amended Objection and Counterclaim (the "Motion to Amend") [DE 5529] to the extent it seeks to join Mr. Dan Palmer as party to the counterclaim against Los Valles.  The USACM Trust may, however, renew the Motion to Amend as to Mr. Palmer should the mediation not produce a settlement.

4. That the Court grant the USACM Trust's Motion to Amend to the extent it seeks leave to file a counterclaim against Los Valles in the form attached to the Motion to Amend with the claims against Mr. Palmer removed.

5. That the hearing on the Motion to Amend scheduled for January 24, 2008 at 9:30 a.m. be vacated.

6. That the pre-trial conference scheduled for March 14, 2008, at 1:30 p.m. be vacated and the discovery deadlines set forth in the Order re: Pre-Trial Matters; Trial; and Settlement Conference on the Objection to Claim 1366 of Los Valles Land & Golf, LLC [DE 5383] be vacated and reset in accordance with a trial date at the end of July 2008.

---

[1] Lead counsel for Los Valles has a one-month class arbitration scheduled to commence on April 28, 2008 in Los Angeles, California and therefore cannot reasonably schedule the hearing regarding this claim until the end of June 2008, at the earliest, and would strongly prefer that the hearing regarding this claim be scheduled for July 2008.

1895807.1

LEWIS
AND
ROCA
LLP
LAWYERS

7. That the Court set a status conference for March 25, 2008 at 9:30 a.m. at the U.S. Bankruptcy Court, 300 Las Vegas Blvd. South, Courtroom # 3, Las Vegas, NV to set a trial date and address any unresolved discovery matters.

RESPECTFULLY SUBMITTED January 15, 2008.

**LEWIS AND ROCA LLP**

By  /s/ RC (#006593)
Susan M. Freeman *(pro hac vice)*
Rob Charles
John Hinderaker *(pro hac vice)*
*Attorneys for USACM Liquidating Trust*

*And*

**AKIN GUMP STRAUSS HAUER & FELD LLP**

**By:**  s/ Bruce Jacobs
Bruce Jacobs
2029 Century Park East, Suite 2400
Los Angeles, CA    Tel. 310-229-1007
e-mail: bjacobs@akingumpcom
*Attorneys for Los Valles Land & Golf LLC*

1895807.1

LEWIS
AND
ROCA
LLP
LAWYERS

COPY of the foregoing served via e-mail where an e-mail address is listed, and if no e-mail address is listed, then by first class, postage paid US mail, this 15th day of January, 2008 addressed to:

Dan S. Palmer, Jr.
c/o Palmer Investments, Inc.
Los Valles Land & Golf LLC
233 Wilshire Blvd., Suite 800
Santa Monica, CA 90401-1207

Peter J. Mort, Esq.
Bruce Jacobs, Esq.
Akin Gump Strauss Hauer & Field LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067
pmort@akingump.com
bjacobs@akingump.com
Attorneys for Los Valles Land & Golf LLC

Pauline Ng Lee
Scott D. Fleming
Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, 4th Floor
Las Vegas, Nevada 89169
plee@halelane.com
sfleming@halelane.com
Attorneys for Los Valles Land & Golf LLC

  /s/ Christine E. Laurel
Christine Laurel
Lewis and Roca LLP

1895807.1