HFA – North Yonkers
Multiple Loan Claims

# EXHIBIT A
Fourth Omnibus Objection

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFA - North Yonkers Loan |
|---|---|---|---|---|
| **10725-02433** | Michaelian Holdings LLC | 413 Canyon Greens Drive<br>Las Vegas, NV  89144-0829 | $1,267,075.50 | $100,000.00 |
| **10725-02383** | Minter Family 1994 Trust | Douglas and Elizabeth F. Minter Trustees<br>5389 Conte Drive<br>Carson City, NV  89701 | $622,044.87 | $50,000.00 |
| **10725-01953** | Katrine Mirzaian | 708 Prospect Drive<br>Glendale, CA  91205 | $344,011.56 | $100,000.00 |
| **10725-01208** | Pete Monighetti | 6515 Frankie Lane<br>Prunedale, CA  93907 | $1,509,963.55 | $50,000.00 |
| **10725-02031** | Freda Newman Trust Dated 7/26/84 | Freda Newman Trustee<br>c/o Daniel Newman<br>125 Elysian Drive<br>Sedona, AZ  86336 | $233,504.72 | $50,000.00 |
| **10725-02150** | Newman Family Trust Dated 9/30/97 | Larry J. and Elsie D. Newman Trustees<br>1775 Autumn Valley Way<br>Reno, NV  89523 | $500,119.23 | $50,000.00 |
| **10725-01175** | John Nix | 836 Temple Rock Court<br>Boulder City, NV  89005 | $710,937.34 | $75,000.00 |
| **10725-01923** | John E. and Sonhild A. O'Riordan | 2745 Hartwick Pines Drive<br>Henderson, NV  89052-7002 | $1,738,252.26 | $100,000.00 |
| **10725-02254** | Peele Spousal Trust Dated 2/10/87 | Jennefer C. Peele Trustee<br>2581 Rampart Terrace<br>Reno, NV  89519 | $253,712.01 | $50,000.00 |
| **10725-00245** | Robert H. and Lynn R. Perlman Trust Dated 9/17/92 | c/o Robert H. and Lynn R. Perlman Trustees<br>2877 Paradise Road, Unit 3501<br>Las Vegas, NV  89109-5278 | $1,187,000.00 | $50,000.00 |

232873.1