HFA – North Yonkers
Multiple Loan Claims

# EXHIBIT A
Fifth Omnibus Objection

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFA - North Yonkers Loan |
|---|---|---|---|---|
| **10725-00795** | Karen Petersen Tyndall Trust Datd 3/9/94 | c/o Karen Petersen Tyndall Trustee<br>1012 Greystoke Acres Street<br>Las Vegas, NV  89145-8659 | $1,115,915.59 | $76,075.00 |
| **10725-01183** | Karen Petersen Tyndall Trust Dated 3/9/94 | c/o Karen Petersen Tyndall Trustee<br>1012 Greystoke Acres Street<br>Las Vegas, NV  89145-8659 | $1,115,915.59 | $76,075.00 |
| **10725-01477** | Karen L. Pidgeon 2006 Living Trust Dated 2/27/06 | c/o Karen L Pidgeon Trustee<br>P.O. Box 41619<br>Sacramento, CA  95841-1619 | $538,643.00 | $100,000.00 |
| **10725-01878** | Dennis Raggi | P.O. Box 10475<br>Zephyr Cove, NV  89448-2475 | $10,451.54 | unclear |
| **10725-02226** | Dennis Raggi | P.O. Box 10475<br>Zephyr Cove, NV  89448-2475 | $2,442,034.35 | $100,000.00 |
| **10725-01879** | Dennis Raggi | P.O. Box 10475<br>Zephyr Cove, NV  89448-2475 | $27,304.06 | $1,623.49 |
| **10725-02282** | Elan Reddell Revocable Trust Dated 8/4/03 | Elan Reddell Trustee<br>6770 Hawaii Kai Drive #1006<br>Honolulu, HI  96825 | $329,703.65 | $100,000.00 |
| **10725-02220** | James William Rogers | 77 Seal Rock Drive<br>San Francisco, CA  94121 | $306,519.06 | $100,000.00 |
| **10725-02326** | L. Earle Romak IRA | First Savings Bank Custodian<br>L. Earle Romak IRA<br>P.O. Box 6185<br>Incline Village, NV  89450 | $1,000,000.00 | $200,000.00 |
| **10725-02217** | Randy Sanchez IRA | 5713 North White Sands Road<br>Reno, NV  89511 | $347,031.95 | $50,000.00 |

232874.1