HFA – North Yonkers
Multiple Loan Claims

# EXHIBIT A
### Fifth Omnibus Objection

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFA - North Yonkers Loan |
|---|---|---|---|---|
| 10725-00795 | Karen Petersen Tyndall Trust Datd 3/9/94 | c/o Karen Petersen Tyndall Trustee 1012 Greystoke Acres Street Las Vegas, NV 89145-8659 | $1,115,915.59 | $76,075.00 |
| 10725-01183 | Karen Petersen Tyndall Trust Dated 3/9/94 | c/o Karen Petersen Tyndall Trustee 1012 Greystoke Acres Street Las Vegas, NV 89145-8659 | $1,115,915.59 | $76,075.00 |
| 10725-01477 | Karen L. Pidgeon 2006 Living Trust Dated 2/27/06 | c/o Karen L Pidgeon Trustee P.O. Box 41619 Sacramento, CA 95841-1619 | $538,643.00 | $100,000.00 |
| 10725-01878 | Dennis Raggi | P.O. Box 10475 Zephyr Cove, NV 89448-2475 | $10,451.54 | unclear |
| 10725-02226 | Dennis Raggi | P.O. Box 10475 Zephyr Cove, NV 89448-2475 | $2,442,034.35 | $100,000.00 |
| 10725-01879 | Dennis Raggi | P.O. Box 10475 Zephyr Cove, NV 89448-2475 | $27,304.06 | $1,623.49 |
| 10725-02282 | Elan Reddell Revocable Trust Dated 8/4/03 | Elan Reddell Trustee 6770 Hawaii Kai Drive #1006 Honolulu, HI 96825 | $329,703.65 | $100,000.00 |
| 10725-02220 | James William Rogers | 77 Seal Rock Drive San Francisco, CA 94121 | $306,519.06 | $100,000.00 |
| 10725-02326 | L. Earle Romak IRA | First Savings Bank Custodian L. Earle Romak IRA P.O. Box 6185 Incline Village, NV 89450 | $1,000,000.00 | $200,000.00 |
| 10725-02217 | Randy Sanchez IRA | 5713 North White Sands Road Reno, NV 89511 | $347,031.95 | $50,000.00 |

232874.1