HFA – North Yonkers
Multiple Loan Claims

# EXHIBIT A
Sixth Omnibus Objection

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFA - North Yonkers Loan |
|---|---|---|---|---|
| **10725-02149** | Schnitzer Living Trust Dated 10/24/91 | Arthur F. and Linn S. Schnitzer Trustees<br>20155 N.E. 38th Court, #1604<br>Aventura, FL  33180 | $1,774,903.40 | $100,000.00 |
| **10725-01644** | David Sexton | 21929 North 79th Place<br>Scottsdale, AZ  85255 | $58,043.27 | unclear |
| **10725-01414** | Spectrum Capital LLC | 6167 Jarvis Avenue, #304<br>Newark, CA  94560-1210 | $144,997.19 | $49,359.84 |
| **10725-02191** | TDS Revocable Family Trust Dated 9/29/98 | T. Dwight and Bonnie J. Sper Trustees<br>1005 Cypress Ridge Lane<br>Las Vegas, NV  89144-1425 | $889,337.00 | $100,000.00 |
| **10725-00623** | Gary A. and Sandra C. Thibault | 4525 DAWN PEAK Street<br>Las Vegas, NV  89129-3235 | $105,074.00 | $102,190.00 |
| **10725-01169** | Donald S. Tomlin | Donald S. and Dorothy R. Tomlin Trustee<br>7145 BEVERLY GLEN Avenue<br>Las Vegas, NV  89110-4228 | $2,779,806.00 | $102,528.00 |
| **10725-02219** | Louis H. and Shirley M. Turner Family Trust Dated 9/19/97 | Louis H. And Shirley M. Turner Trustees<br>9558 Mammoth Court<br>Reno, NV  89521 | $152,179.87 | $50,000.00 |
| **10725-01043** | Robert W. Ulm IRA | Pensco Trust Co.Inc. FBO Robert W. Ulm IRA #UL006<br>414 Morning Glory Road<br>St. Marys, GA  31558 | Contingent/ Unliquidated | Contingent/ Unliquidated |
| **10725-01083** | Robert W. Ulm Living Trust Dated 4/11/05 | c/o Robert W Ulm Trustee<br>414 Morning Glory Road<br>Saint Marys, GA  31558-4139 | Contingent/ Unliquidated | Contingent/ Unliquidated |
| **10725-02088** | Robert W. Ulm Living Trust Dated 4/11/05 | Robert W Ulm Trustee<br>414 Morning Glory Road<br>St. Marys, GA  31558-4139 | $688,165.00 | $50,000.00 |

232875.1