HFA – North Yonkers
Multiple Loan Claims

# EXHIBIT A
Seventh Omnibus Objection

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFA - North Yonkers Loan |
|---|---|---|---|---|
| **10725-02090** | Robert William Ulm IRA | Pensco Trust Company Custodian<br>414 Morning Glory Road<br>St. Marys, GA 31558-4139 | $707,753.00 | $100,000.00 |
| **10725-02163** | Marietta Voglis | 201 E. 79th Street<br>New York, NY 10021-0844 | $724,292.85 | $65,000.00 |
| **10725-01653** | Voss Family Trust Dated 10/4/ 99 | Wolf and Claudia Voss Trustees<br>14 Via Ambra<br>Newport Beach, CA 92657 | $346,662.00 | $31,250.00 |
| **10725-01643** | Carmel Winkler Trustee of Winkler Family Trust | Carmel and Rudolf Winkler Trustees<br>Louis and Norman Teeter<br>Robert Teeter<br>4201 Via Marina, Suite 300<br>Marina del Rey, CA 90292 | $32,254.00 | $12,500.00 |
| **10725-01645** | Winkler Family Trust Dated 3/13/86 | c/o Rudolf and Carmel Winkler Trustees<br>10000 Rossbury Place<br>Los Angeles, CA 90064-4826 | $148,806.00 | $12,500.00 |
| **10725-02279** | Winkler Family Trust Dated 3/13/86 | Carmel And Rudolf Winkler Trustee<br>10000 Rossbury Place<br>Los Angeles, CA 90064-4826 | 605,317.99 | $50,000.00 |
| **10725-02280** | Winkler Family Trust Dated 3/13/86 | Carmel Winkler Trustees<br>10000 Rossbury Place<br>Los Angeles, CA 90064-4826 | $130,215.22 | $50,000.00 |

232876.1