HFA – North Yonkers
Multiple Loan Claims

# EXHIBIT A
Seventh Omnibus Objection

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFA - North Yonkers Loan |
|---|---|---|---|---|
| 10725-02090 | Robert William Ulm IRA | Pensco Trust Company Custodian 414 Morning Glory Road St. Marys, GA  31558-4139 | $707,753.00 | $100,000.00 |
| 10725-02163 | Marietta Voglis | 201 E. 79th Street New York, NY  10021-0844 | $724,292.85 | $65,000.00 |
| 10725-01653 | Voss Family Trust Dated 10/4/ 99 | Wolf and Claudia Voss Trustees 14 Via Ambra Newport Beach, CA  92657 | $346,662.00 | $31,250.00 |
| 10725-01643 | Carmel Winkler Trustee of Winkler Family Trust | Carmel and Rudolf Winkler Trustees Louis and Norman Teeter Robert Teeter 4201 Via Marina, Suite 300 Marina del Rey, CA  90292 | $32,254.00 | $12,500.00 |
| 10725-01645 | Winkler Family Trust Dated 3/13/86 | c/o Rudolf and Carmel Winkler Trustees 10000 Rossbury Place Los Angeles, CA  90064-4826 | $148,806.00 | $12,500.00 |
| 10725-02279 | Winkler Family Trust Dated 3/13/86 | Carmel And Rudolf Winkler Trustee 10000 Rossbury Place Los Angeles, CA  90064-4826 | 605,317.99 | $50,000.00 |
| 10725-02280 | Winkler Family Trust Dated 3/13/86 | Carmel Winkler Trustees 10000 Rossbury Place Los Angeles, CA  90064-4826 | $130,215.22 | $50,000.00 |