HFA – North Yonkers
Single Loan Claims

# EXHIBIT A
EIGHTH OMNIBUS OBJECTION

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFA - North Yonkers Loan |
|---|---|---|---|---|
| **10725-00531** | George Cohan | 2048 Foxfire Court<br>Henderson, NV 89012-2190 | $200,000.00 | $200,000.00 |
| **10725-00045** | Rochelle Hornsby Trust Dated 1/92 | Rochelle Hornsby Trustee<br>3959 Pembridge Court<br>Las Vegas, NV 89121 | $50,000.00 | $50,000.00 |
| **10725-00878** | John M. and Linda S. Marston | 12441 Road 44<br>Mancos, CO 81328 | $1,104.07 | $1,104.07 |
| **10725-00883** | Marston Family Trust Dated 8/13/93 | E. Grace Marston Trustee<br>12441 Road 44<br>Mancos, CO 81328 | $1,069.98 | $1,069.98 |
| **10725-02244** | McQuerry Family Trust | William McQuerry<br>318 Singing Brook Circle<br>Santa Rosa, CA 95409-6483 | $100,000.00 | $100,000.00 |
| **10725-00046** | Patterson-Rogers Family 2001 Trust | Robert C. and Joyce Patterson-Rogers Trustees<br>P.O. Box 60175<br>Las Vegas, NV 89160 | $50,000.00 | $50,000.00 |
| **10725-02338** | Patterson-Rogers Family Trust Dated 09/05/01 | Robert C. and Joyce Patterson-Rogers Trustees<br>P.O. Box 60175<br>Las Vegas, NV 89160 | $50,768.46 | $50,768.46 |
| **10725-01011** | Preswick Corp. | 1400 Colorado Street, Suite C<br>Boulder City, NV 89005 | $15,670.22 | $15,670.22 |
| **10725-00110** | Louis H. and Shirley M. Turner Family Trust Dated 9/9/97 | Louis H. and Shirley M. Turner<br>9558 Mammoth Court<br>Reno, NV 89521 | $50,000.00 | $50,000.00 |
| **10725-00119** | Randy Sanchez IRA | 5713 N. White Sands Road<br>Reno, NV 89511 | $50,000.00 | $50,000.00 |
| **10725-01009** | Janie Tammadge | 1400 Colorado Street, Suite C<br>Boulder City, NV 89005 | $11,192.97 | $11,192.97 |

232887.1