**Entered on Docket
January 22, 2008**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, NV Bar No. 0399
Jeanette E. McPherson, NV Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br><br><br><br>**ORDER GRANTING USA CAPITAL REALTY ADVISORS, LLC'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(Affects USA Capital Realty Advisors, LLC)**<br><br>Date of Hearing: December 20, 2007<br>Time of Hearing: 9:30 a.m. |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☒ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | |

USA Capital Realty Advisors, LLC's ("USA Realty") Motion for Summary Judgment (the "Motion") having come before this Court on December 20, 2007 at 9:30 a.m.; Lenard E. Schwartzer, Esq. of Schwartzer & McPherson Law Firm appearing for USA Realty, there being no other appearances; the Court having found that proper notice was given to the parties in interest, there being no opposition; the Court finding there is no issue as to any material fact and the moving party is entitled to judgment as a matter of law and good cause appearing, it is

**ORDERED** that the Motion be, and hereby is, granted; and it is further

**ORDERED** that proofs of claim numbered 41 and 57 filed by the Margaret B. McGimsey Trust in the amount of $96,094.75 each; 42 and 56 filed by Sharon or Jerry McGimsey in the amount of $311,091.58 each; 43 and 55 filed by Johnny Clark in the amount of $99,467.90 each; and 44 and 54 filed by Bruce McGimsey in the amount of $86,171.22 each are hereby disallowed.

Submitted by:

_____
Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146
and

Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385


Approved / Disapproved

_____
William L. McGimsey, Esq.
McGimsey Law Offices
516 So. Sixth Street, #300
Las Vegas, Nevada 89101
*Attorneys for McGimsey claimaints*
///

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.
___ No parties appeared or filed written objections, and there is no trustee appointed in the case.
_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

###

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

P:\USA Commercial Mortgage\Pleadings\Summary Judgment\ORDER re MSJ.DOC

- 3 -