RECEIVED AND FILED

JAN 22   1 52 PM '08

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

1 | Name of Attorney NONE
Bar #
2 | Address

3 | Phone #
e-mail address

4

5

6 | UNITED STATES BANKRUPTCY COURT

7 | DISTRICT OF NEVADA

\* \* \* \* \* \*

8

9 | In re: USA COMMERCIAL MORTGAGE              )    Bankruptcy No.: 06-10725-lbr
       COMPANY fka USA CAPITAL                )    Chapter 11
10                                             )
                                              )    NOTICE OF INTENT TO REQUEST
11 |             Debtor(s)                    )    REDACTION
                                              )

12

13    Please take notice that a List of Items to be Redacted will be submitted to the

14 transcriber within 21 days from the filing of this Notice of Intent to Request Redaction.

15

16    The proceeding occurred on  12/19/2007   , and the transcript was filed on

17   1/3/2008   . The unredacted version of this transcript should not be made

18 electronically available to the public.

19

20

21

22 Date: 1/16/08

23                                                              /s/ JWade
                                                                Signature
24
                                                   John L. Wade, Trustee of the
25                                                 John L. Wade Trust dtd 5/8/01
                                                   881 Lake Country Drive
26                                                 Incline Village, NV 89451