To: United States Bankruptcy Court
District of Nevada.

RECEIVED 1/17/2008
AND FILED
Jan 22  1 33 PM 08
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK
25

Re: USA Commercial Mortgage Co.

CHANGE OF ADDRESS:

OLD ADDRESS:
Raymond J. Zurfluh, Jr. & Shirley J. Zurfluh
120 Danbury Dr.
Redding, CA. 96003-7517

→ NEW ADDRESS:
5719 Constitution Way
Redding, CA. 96003-7517

Phone: 530-244-7005
E-Mail: RAYZURSHIRLEY@SBCGLOBAL.NET

Please correct your records.
Thank you,

[signature]