HFA – North Yonkers
Multiple Loan Claims

# EXHIBIT A

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFA - North Yonkers Loan |
|---|---|---|---|---|
| **10725-02220** | James William Rogers | 78 Seal Rock Drive<br>San Francisco, CA 94121 | $306,519.06 | $100,000.00 |

232885.1