# EXHIBIT A

HFA – Riviera

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFA - Riviera Loan |
|---|---|---|---|---|
| 10725-02135 | Schoonover Family Trust DTD 2/23/04 | Edward L and Susan A Schoonover Co-Trustees 11044 East Nopal Avenue Mesa, AZ  85209 | 134,724.50 | 50,000.00 |

232481.1