

Entered on Docket
January 24, 2008

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | **ORDER: VACATING TRIAL DATE; SCHEDULING A MEDIATION; AND GRANTING THE USACM TRUST'S MOTION TO AMEND IN PART** |
| USA SECURITIES, LLC, Debtors. | Date: January 24, 2008<br>Time: 9:30 a.m. |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | New date: March 25, 2008<br>Time: 9:30 a.m. |

1895899.1

The stipulation by USACM Liquidating Trust ("USACM Trust") and Los Valles Land & Golf LLC ("Los Valles") [DE 5691] came before the Court for consideration, no notice being necessary, and good cause appearing, it is:

**ORDERED:**

- Approving the Stipulation by and between USACM Liquidating Trust ("USACM Trust") and Los Valles Land & Golf LLC ("Los Valles");
- Vacating the trial scheduled in this matter for March 27 and 28, 2008;
- Scheduling a mediation before the Honorable _Mike K. Nakagawa_____ at a date to be set in late February or early March, 2008;
- Granting the USACM Trust's Motion for Leave to File Second Amended Objection and Counterclaim ("Motion to Amend") as it pertains to the USACM Trust's counterclaim against Los Valles.  The Motion to Amend is withdrawn by USACM without prejudice to the extent it seeks to join Mr. Dan S. Palmer as a counter defendant and may be renewed at a later date.
- Vacating the January 24, 2008, 9:30 a.m. hearing on USACM Trust's Motion to Amend;
- Vacating the pre-trial conference scheduled for March 14, 2008 at 1:30 p.m. and the discovery deadlines set forth in the Order re:  Pre-Trial matters; Trial; and Settlement Conference on the Objection to Claim 1366 of Los Valles Land & Golf, LLC [DE 5383]; and
- Scheduling a status conference for March 25, 2008 at 9:30 a.m. at the U.S. Bankruptcy Court, 300 Las Vegas Blvd. South, Courtroom # 3,  Las Vegas, NV.

###

1895899.1

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By:  /s/ RC (#0006593)
       Susan M. Freeman
       Rob Charles
       John Hinderaker
*Attorneys for USACM Liquidating Trust*

APPROVED AS TO FORM AND CONTENT:

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By:  /s/ Bruce Jacobs
       Bruce Jacobs
2029 Century Park East, Suite 2400
Los Angeles, CA
Tel: 310-229-1000
Email: bjacobs@akingump.com
*Attorneys for Los Valles Land & Golf LLC*

1895899.1