| | |
|---|---|
| 1<br>2<br>3<br>4 | Edward S. Zusman (SBN 154366)<br>Kate O. McMonigle (SBN 252500)<br>MARKUN ZUSMAN & COMPTON LLP<br>465 California Street, 5th Floor<br>San Francisco, California 94104<br>Telephone: (415) 438-4515<br>Facsimile: (415) 434-4505 |

RECEIVED AND FILED

2008 JAN 24 PM 3:03

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

5  Attorneys for Interested Party

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>            Debtor. | Case No.: BK-S-06-10725 LBR<br>Case No.: BK-S-06-10726 LBR<br>Case No.: BK-S-06-10727 LBR<br>Case No.: BK-S-06-10728 LBR<br>Case No.: BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>            Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERISFIED TRUST DEED<br>FUND, LLC,<br>            Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>            Debtor. | **REQUEST FOR SPECIAL NOTICE OF COURT FILINGS IN CHAPTER 11 REORGANIZATION** |
| In re:<br>USA SECURITIES, LLC,<br>            Debtor. | |

## REQUEST FOR SPECIAL NOTICE

Pursuant to Rule 2002(g), the undersigned requests Special Notice of all hearings, actions, contested matters, together with copies of all notices, pleadings, motions, responses, and other related matters that are issued or filed in connection with these proceedings.

//

//

1

1 | Kate O. McMonigle
2 | Markun Zusman & Compton LLP
3 | 465 California Street, Suite 500
  | San Francisco, California 94104
4 |
5 |
6 | Dated: January 22, 2008
7 |                                                  Kate O. McMonigle

## PROOF OF SERVICE

I am employed in the County of San Francisco, State of California, over the age of eighteen years, and not a party to this action. My business address is Markun Zusman & Compton LLP, 465 California Street, 5th floor, San Francisco, California 94104.

On <u>January 22, 2008</u>, I served the within documents:

1. **Request for Special Notice of Court Filings in Chapter 11 Reorganization (Case No. BK-S-06-10725 LBR).**

in this action, by placing a true copy thereof enclosed in a sealed envelope as follows:

☐ (By Facsimile) by faxing the above document(s) to the fax number(s) set forth below on this date between the hours of 8:00 a.m. and 6:00 p.m. The facsimile machine I used complied with California Rules of Court, Rule 2004 and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a record of the transmission.

☒ (By U.S. Mail) by placing true and correct copies thereof in sealed envelopes, addressed to the person(s) listed below, for collection and mailing pursuant to the ordinary business practice of this office. I am readily familiar with Markun Zusman & Compton LLP's practice for collecting and processing correspondence for mailing with the United States Postal Service, which is that correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

☐ (By Federal Express) by placing true copies thereof in sealed envelopes, addressed to the person(s) listed below, for collection and delivery by Federal Express.

☐ (By Hand Delivery) by personally delivering true and correct copies thereof to the person(s) listed below.

Office of the Clerk
In re: USA Commercial Mortgage Company
Case No. BK-S-06-10725 LBR
Foley Federal Building
United States Bankruptcy Court
District of Nevada
300 Las Vegas Boulevard South
Las Vegas, NV 89101

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on <u>January 22, 2008</u>.

*/s/ Catherine Wong*
Catherine Wong

3

REQUEST FOR SPECIAL NOTICE OF COURT FILINGS IN CHAPTER 11 REORGANIZATION (Case No. BK-S-06-10725 LBR)