Aaron I. Osherow
8025 Maryland Avenue
Apartment 10 C
Clayton, Missouri 63105
Telephone (314) 727-0032

RECEIVED AND FILED
2008 JAN 24 PM 2: 00
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

JAN 20, 2008

U.S. BANKRUPTCY COURT
DISTRICT OF NEVADA

CASE No. 06-10725-lbr
Chapter 11    RE: USA COMMERCIAL MORTGAGE CO.
fka USA CAPITAL
4484 SOUTH PECOS RD
LAS VEGAS NV 89121

Please be advised of my change of address

OLD ADDRESS:    200 S. BRENTWOOD BLVD
APT 9-D
ST LOUIS MO 63105

NEW ADDRESS    8025 MARYLAND AVENUE
APT 10-C
ST. LOUIS MO 63105

Thank you,
Aaron I. Osherow
[signature]