HFA – North Yonkers
Single Loan Claims

# EXHIBIT A

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFA - North Yonkers Loan |
|---|---|---|---|---|
| **10725-00883** | Marston Family Trust Dated 8/13/93 | E. Grace Marston Trustee<br>1184 Camano Court<br>San Jose, CA  95122 | $1,069.98 | $1,069.98 |

232954.1