LEWIS
AND
ROCA
LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 1/25/08

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>      Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

**NOTICE OF ENTRY OF ORDER REQUIRING SUPPLEMENTAL BRIEFING ON THE USACM TRUST'S EIGHTH OMNIBUS OBJECTION TO CLAIMS ASSERTING SECURED STATUS AS IT PERTAINS TO THE CLAIM FILED BY JOHN DUTKIN**

**PLEASE TAKE NOTICE** that an Order Requiring Supplemental Briefing on the USACM Trust's Eighth Omnibus to Claims Asserting Secured Status as it Pertains to John Dutkin [DE 5711] was entered on the 22nd day of January, 2008, a true and correct copy of which is attached hereto as Exhibit A.

1898657.1

LEWIS
AND
ROCA
LLP

L A W Y E R S

RESPECTFULLY SUBMITTED January 25, 2008.

**LEWIS AND ROCA LLP**

By   /s/ RC (#006593)
　　　　Susan M. Freeman
　　　　Rob Charles
*Attorneys for USACM Liquidating Trust*

PROOF OF SERVICE

Copy of the foregoing mailed on January
25, 2008 by first class, postage prepaid
U.S. Mail to the following interested
party:

John Dutkin
c/o George D. Frame
George D. Frame, Ltd.
601 Greenway Road, Suite D
Henderson, NV 89002

  /s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca LLP

1898657.1