**Entered on Docket**
**January 23, 2008**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

* * * * * * * *

In re:                                            )     BK-S-06-10725-LBR
                                                  )     Chapter 11
USA COMMERCIAL MORTGAGE CO.        )     Settlement Conference
                                                  )     DATE:   February 26, 2008
          Debtor(s).                          )     TIME:    9:30 a.m.
_____ )

ORDER  SCHEDULING SETTLEMENT  CONFERENCE

A settlement conference on the objection to claim of Los Valles Land & Golf LLC (Docket #3076) is hereby ordered to commence on February 26, 2008 at 9:30 a.m. before U.S. Bankruptcy Judge Mike Nakagawa at the Foley Federal Building, 300 Las Vegas Blvd. South, 3rd Floor,  Las Vegas,  Nevada**.**

All counsel of record that will be participating in the trial of this case, all parties appearing pro se, if any, and all individual parties must be present.

In the case of non-individual parties, counsel shall arrange for a representative, with binding authority to settle, to be present in court for the duration of the settlement conference        A n y requested exception to the attendance requirements must be submitted to the settlement conference judge for approval in advance of the settlement conference.

**PREPARATION FOR  SETTLEMENT CONFERENCE**

***No later than six business days before the settlement conference, the parties shall exchange written settlement offers.***  No later than four business days before the settlement

conference each party shall submit a confidential settlement conference statement, ***which will include a copy of the last settlement offer,*** to the chambers of Judge Nakagawa for in camera review by the settlement conference judge. If not timely filed, sanctions may be imposed. The settlement conference statement shall be no longer than 5 double-spaced pages. The settlement conference statement shall contain the following:

1.  A brief statement of the nature of the action.

2.  A concise summary of the evidence that supports your theory of the case, including information documenting your damages claims. You may attach to your statement a limited number of documents or exhibits that are especially relevant to key factual or legal issues.

3.  A brief analysis of the key issues involved in the litigation.

4.  A discussion of the strongest points in your case, both legal and factual, and a frank discussion of the weakest points as well. The court expects you to present a candid evaluation of the merits of your case.

5.  A further discussion of the strongest and weakest points in your opponents' case, but only if they are more than simply the converse of the weakest and strongest points in your case.

6.  A history of settlement discussions, if any, which details the demands and offers which have been made, and the reasons they have been rejected.

7.  The settlement proposal that you believe would be fair.

8.  The settlement proposal that you would honestly be willing to make in order to conclude this matter and stop the expense of litigation.

The settlement conference statement should be delivered to chambers in an envelope clearly marked "Contains Confidential Settlement Brief" or faxed to the settlement conference judge.

The purpose of the settlement conference statement is to assist the judge in preparing for and conducting the settlement conference. In order to facilitate a meaningful conference, your utmost candor in responding to all of the above listed questions is required. The confidentiality of each statement will be strictly maintained and following the conference, the statements will be destroyed.

DO NOT SERVE A COPY ON OPPOSING COUNSEL. DO NOT DELIVER OR MAIL

1    THE STATEMENT TO THE CLERK'S OFFICE.

2        **The settlement conference shall not be continued or vacated without prior  approval**

3    **of the judge assigned to the case.**

4        FAILURE TO APPEAR WILL RESULT IN THE IMPOSITION OF SANCTIONS. IF THE

5    MATTER IS SETTLED BEFORE THE SETTLEMENT CONFERENCE DATE, THE PARTIES

6    MUST NOTIFY THE SETTLEMENT CONFERENCE   JUDGE'S CALENDAR CLERK SO

7    THAT THE MATTER CAN BE TAKEN OFF CALENDAR.

8
9    Copies noticed through ECF to:
         Rob Charles

10   Copies noticed through BNC to:
         Bruce Jacobs
11       2029 Century Park East, Suite 2400
         Los Angeles, CA 0067
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**BAE SYSTEMS**

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0978-2        User: lakaswm          Page 1 of 1              Date Rcvd: Jan 23, 2008
Case: 06-10725             Form ID: pdf805         Total Served: 2
```

```
The following entities were served by first class mail on Jan 25, 2008.
aty           +ROB CHARLES,   LEWIS AND ROCA LLP,   3993 HOWARD HUGHES PKWY, STE 600,   LAS VEGAS, NV 89169-5996
              +BRUCE JACOBS,   2029 CENTURY PARK EAST, SUITE 2400,   LOS ANGELES, CA 90067-3010

The following entities were served by electronic transmission.
NONE.                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 25, 2008**                    **Signature:**   *Joseph Speetjens*