**LEWIS AND ROCA LLP**
LAWYERS

E-filed on 1/28/08

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[1]<br><br>USA Securities, LLC,[2]<br>                                 Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Notice of Posting to Website** |

      The USACM Liquidating Trust ("USACM Trust"), posted the following document on the USACM Trust web site (http://usacmcucc.bmcgroup.com) maintained at BMC on January 25, 2008, which has remained on the website since that date:

---

[1] This bankruptcy case was closed on October 12, 2007.
[2] This bankruptcy case was closed on December 26, 2007.

1874216.1

**LEWIS AND ROCA LLP**
LAWYERS

| 1/25/2008 | 5730 | Post Confirmation Report/Chapter 11 *for Quarter Ending 12/31/2007* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (CHARLES, ROB) (Entered: 10/18/2007) |
|---|---|---|

RESPECTFULLY SUBMITTED on January 28, 2008.

**LEWIS AND ROCA LLP**


By   /s/ RC (#006593)
       Susan M. Freeman
       Rob Charles
*Attorneys for USACM Liquidating Trust*

2

1874216.1