# EXHIBIT A

HFA – Riviera

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFA - Riviera 2nd Loan |
|---|---|---|---|---|
| 10725-00690 | David Sterling | P.O. Box 1509<br>Pahrump, NV  89041 | 3,417.71 | N/A |

232481.1