LEWIS
AND
ROCA
LLP
L A W Y E R S

E-Filed on 1/30/08

1    3993 Howard Hughes Parkway, Suite 600
     Las Vegas, NV 89169-5996
     Facsimile (702) 949-8321
2    Telephone (702) 949-8320

3    40 North Central Avenue, Suite 1900
     Phoenix, Arizona  85004-4429
     Facsimile (602) 734-3824
     Telephone (602) 262-5756
4
     **Susan M. Freeman** AZ State Bar No. 004199
     Email: sfreeman@lrlaw.com
5    **Rob Charles** NV State Bar No. 006593
     Email:  rcharles@lrlaw.com

6    Attorneys for USACM Liquidating Trust

7                      **UNITED STATES BANKRUPTCY COURT**

8                            **DISTRICT OF NEVADA**

9    In re:                                    Case No. BK-S-06-10725-LBR
                                               Case No. BK-S-06-10726-LBR
10   USA Commercial Mortgage Company,          Case No. BK-S-06-10727-LBR
                                               Case No. BK-S-06-10728-LBR[1]
11   USA Capital Realty Advisors, LLC,         Case No. BK-S-06-10729-LBR[2]

12   USA Capital Diversified Trust Deed Fund,  CHAPTER 11
     LLC,
13                                             Jointly Administered Under Case No.
     USA Capital First Trust Deed Fund, LLC,[1] BK-S-06-10725 LBR
14
     USA Securities, LLC,[2]                   **NOTICE OF ENTRY OF ORDER
15                               Debtors.       RE: PRE-TRIAL MATTERS;
                                               TRIAL; AND SETTLEMENT
16       **Affects:**                          CONFERENCE**
         ☐ All Debtors
17       ☒ USA Commercial Mortgage Company
         ☐ USA Capital Realty Advisors, LLC
18       ☐ USA Capital Diversified Trust Deed Fund, LLC
         ☐ USA Capital First Trust Deed Fund, LLC
19       ☐ USA Securities, LLC

20

21       **PLEASE TAKE NOTICE** that an Order Re: Pre-Trial Matters; Trial; and
22
     Settlement Conference [DE 5737] was entered on the 28th day of January 2008, a true and
23
     correct copy of which is attached hereto as Exhibit A.
24

25   _____
     [1] This bankruptcy case was closed on October 12, 2007.
26   [2] This bankruptcy case was closed on December 26, 2007.

1900049.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

1

RESPECTFULLY SUBMITTED January 30, 2008.

2

**LEWIS AND ROCA LLP**

3

4

By    /s/ RC (#006593)

5

Susan M. Freeman
Rob Charles

6

*Attorneys for USACM Liquidating Trust*

7

8

PROOF OF SERVICE

9

Copy of the foregoing e-mailed on

10

January 30, 2008 to the following
interested party:

11

12

Rolland P. Weddell and Spectrum Financial Group
c/o Mark H. Gunderson, Esq.
Gunderson Law Firm

13

5345 Kietzke Lane, Suite 200
Reno, NV 89511

14

mgunderson@gundersonlaw.com

15

16

  /s/ Christine E. Laurel

17

Christine E. Laurel
Lewis and Roca

18

19

20

21

22

23

24

25

26

2

1900049.1