# EXHIBIT A

1688943.1

**Entered on Docket
January 28, 2008**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * * *

| | |
|---|---|
| In re ) | BK-06-10725-LBR |
| ) | Chapter 11 |
| USA COMMERCIAL MORTGAGE CO., ) | PRETRIAL |
| ) | DATE: April 17, 2008 |
| ) | TIME: 10:30 a.m. |
| ) | TRIAL |
| ) | DATE: April 29, 2008 |
| Debtor(s). ) | TIME: 10:00 a.m. |

**ORDER RE: PRE-TRIAL MATTERS; TRIAL;
AND SETTLEMENT CONFERENCE**

A hearing having been held on January 24, 2008 at 9:30 a.m. on the Objection to Claim of Spectrum Financial (Claim 819) and Rolland P. Weddell (Claim 821)[Docket #2021];

IT IS HEREBY ORDERED that the provisions checked below are hereby adopted by this court as its order.

____ The request for waiver is granted and no formal discovery plan is required to be filed.

____ The discovery plan filed by the parties shall govern the matters set forth therein.

____ Discovery shall be completed by the date shown in the Standard Discovery Plan.

____ The scheduling conference set with the issuance of the summons (or the continued scheduling conference) is hereby vacated.

____ The parties shall participate with their clients in a settlement conference in

1

1 accordance with the Settlement Conference Order (a copy of which will be sent by the court).

2 The court may at a later time, either upon its own motion or at the request of counsel,
3 order a settlement conference.

4 A pre-trial conference will be held on April 17, 2008 at 10:30 a.m.

5 **TRIAL STATEMENTS**

6 ___ No trial statement is required.

7 _X_ Each party shall file a trial statement (or counsel may meet and file a joint trial
8 statement). Trial statements are due by **April 11, 2008.**

9 ____ The parties shall file a joint trial statement.

10 Trial statements shall contain the information as shown on, and in the form of, Part "A"
11 attached hereto. Trial statements shall be filed on or before fourteen days before the pre-trial
12 conference, or if no pre-trial conference is set fourteen days before trial.

13 Any objections made pursuant to Fed. R. Civ. P. 26(a)(3) shall be made no later than five
14 days after the opposing party files its Trial Statement.

15 **PRETRIAL MOTIONS**

16 Motions in Limine must be filed 14 days prior to the pre-trial conference, or if no pre-
17 trial conference is set, _____ days before trial. Responses are due no later than five days
18 thereafter.

19 **EXHIBITS/WITNESS LISTS**

20 Each party shall lodge and meet with the Courtroom Deputy Clerk not later than the day
21 before the trial the following:

22 (1) The original and 1 copy of all exhibits, bound and tabbed. All exhibits shall
23 be marked with stickers on the lower right corner of the exhibit whenever possible.
24 Log forms may be obtained from the Court's web site at www.nvb.uscourts.gov or from the
25 Courtroom Deputy Clerk.

26 All exhibits to which there are no objection shall be admitted by stipulation.

27

28 2

1  Counsel may stipulate to an exhibit on one ground (e.g., foundation) while preserving an
2  objection on another ground (e.g., relevance).
3         (2) List of witnesses with correct spelling of the witnesses' full name.
4  **Counsel must make an appointment with the respective Courtroom Deputy to meet**
5  **with them to lodge the exhibits.**
6         Trial of this matter is set for <u>April 29, 2008</u> at <u>10:00 a.m.</u> at 300 Las Vegas Blvd. South,
7  Las Vegas, Nevada, before Judge Linda B. Riegle in Courtroom #1, located on the Third Floor.
8  **IT IS SO ORDERED.**

Copies sent through ECF to:
    Rob Charles
    Mark Gunderson

3

# PART "A"

### (Trial Statements)

The trial statement(s) shall contain the following items:

1. The disclosures required by Fed. R. Civ. P. 26(a)(3), as adopted by Fed. R. Bank. P. 7026 and LR 7026.
2. A concise statement of the nature of the action and contentions of the parties.
3. A statement as to the core or non-core jurisdiction of the Court, with legal citations.
4. Stipulated facts.
5. Contested issues of law with concise memorandum of authority.
6. Log of exhibits which may be offered in evidence, including any exhibits for impeachment or to refresh the memory of a witness.
7. Any special trial issue which requires the Court's attention.
8. The list of witnesses, with their addresses, expected to be called.