**Entered on Docket
January 30, 2008**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>　　　　　　　　　　　　Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>Date: December 20, 2007<br>Time: 9:30 a.m<br><br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |

1890727.1

**ORDER SUSTAINING FOURTH OMNIBUS OBJECTION
OF THE USACM LIQUIDATING TRUST TO CLAIMS FOR LACK OF
DOCUMENTATION EXCEPT AS TO PROOF OF CLAIM NO. 10725-00859
FILED BY DOWNEY BRAND LLP**

The USACM Liquidating Trust (the "USACM Trust") filed its Fourth Omnibus Objection to Claims for Lack of Documentation [DE 5363] (the "Objection") on November 19, 2007. Appropriate notice of the Objection was given. A Response to the Objection was raised as follows:

- On December 18, 2007, Downey Brand LLP (the "Responding Claimant") provided documentation supporting Proof of Claim No. 10725-00859. Accordingly, a Stipulation withdrawing the objection was filed with the Court on December 20, 2007 [DE 5533] as to that claim. That claim is not included in Exhibit A attached and is not affected by this Order.

No other responses were received by USACM Trust counsel or filed with this Court. The Objection came before the Court for hearing on December 20, 2007 at 9:30 a.m. Good cause appearing, it is

ORDERED:

- Sustaining the USACM Trust's Fourth Omnibus Objection to Claims for Lack of Documentation except to the extent the USACM Trust has withdrawn that objection; and

- Disallowing the Proofs of Claim listed on the attached Exhibit A without prejudice to any rights the claimants listed in Exhibit A may have as Direct Lenders in a particular loan.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By:   /s/ RC (#0006593)
     Susan M. Freeman
     Rob Charles
*Attorneys for USACM Liquidating Trust*

APPROVED:

OFFICE OF THE U.S. TRUSTEE

_____
August B. Landis, Esq.
Scott A. Farrow, Esq.
300 Las Vegas Boulevard, Suite 4300
Las Vegas, NV 89101

In accordance with Local Rule 9021, the undersigned certifies:

- ☐ The Court waived the requirements of LR 9021.

- ☒ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing regarding this matter and/or who filed a written objection and each has:

    - ☒ approved the form of this order;
    - ☐ waived the right to review the order;
    - ☐ failed to file and serve papers in accordance with LR 9021(c); and/or
    - ☐ failed to sign and return this proposed order within five (5) business days in accordance with LR 9021(b).

- ☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order.

- ☐ No opposition was filed and no other party or counsel appeared at the hearing.

LEWIS AND ROCA LLP

By:  /s/ RC (#0006593)
     Susan M. Freeman
     Rob Charles
*Attorneys for USACM Liquidating Trust*

3

1890727.1

# ORDER SUSTAINING FOURTH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO PROOFS OF CLAIM FOR LACK OF DOCUMENTATION
## BK-S-06-10725-LBR

| **Creditor Name** | **Claim No.** | **Date Filed.** | **Amount** |
|---|---|---|---|
| Margaret B. McGimsey Trust<br>c/o William L. McGimsey, Esq.<br>516 S. Sixth Street, Suite 300<br>Las Vegas, Nevada 89101 | 10725-00850 | 11/03/06 | $96,095.75 |
| McGimsey, Sharon or Jerry<br>c/o William L. McGimsey, Esq.<br>516 S. Sixth Street, Suite 300<br>Las Vegas, Nevada 89101 | 10725-00851 | 11/13/06 | $311,091.58 |
| Clark, Johnny<br>c/o William L. McGimsey, Esq.<br>516 S. Sixth Street, Suite 300<br>Las Vegas, Nevada 89101 | 10725-00852 | 11/13/06 | $99,467.908 |
| McGimsey, Bruce<br>c/o William L. McGimsey, Esq.<br>516 S. Sixth Street, Suite 300<br>Las Vegas, Nevada 89101 | 10725-00855 | 11/13/06 | $86,171.22 |
| Beverly Stiles Revocable Trust DTD 8/10/05<br>c/o Joe Laxague, Esq.<br>Cane Clark, LLP<br>3272 East Warn Springs<br>Las Vegas, Nevada 89120 | 10725-00856 | 11/13/06 | $12,500.00 |
| Drubin, Daniel & Laura<br>c/o Joe Laxague, Esq.<br>Cane Clark, LLP<br>3272 East Warn Springs<br>Las Vegas, Nevada 89120 | 10725-00858 | 11/13/06 | $270,000.00 |
| Thrower, Debbie<br>c/o Stephen R. Harris, Esq.<br>Belding, Harris & Petroni, Ltd.<br>417 West Plumb Lane<br>Reno, Nevada 89509 | 10725-00860 | 11/13/06 | $50,000.00 |
| Pirani, Ali<br>13174 North 100th Place<br>Scottsdale, Arizona 85260-7203 | 10725-00886 | 10/31/06 | $50,000.00 |

**EXHIBIT A**

1881850.2

| **ORDER SUSTAINING FOURTH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO PROOFS OF CLAIM FOR LACK OF DOCUMENTATION** <br> **BK-S-06-10725-LBR** | | | |
|---|---|---|---|
| **Creditor Name** | **Claim No.** | **Date Filed.** | **Amount** |
| Pirani, Ali & Anisha <br> 13174 North 100th Place <br> Scottsdale, Arizona 85260-7203 | 10725-00888 | 10/31/06 | $276,116.00 |

**EXHIBIT A**

1881850.2