BOISE/GOWEN
Multiple Loan Claim

# EXHIBIT A

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Boise-Gowen Loan |
|---|---|---|---|---|
| **10725-02013** | Scott Krusee Canepa | c/o Laurel E. Davis Lionel Sawyer & Collins 300 S. Fourth St., Ste. 1700 Las Vegas, NV 89101 | Unclear | Unclear |
| **10725-00386** | Thomas Sexton | 450 Waycliffe Avenue North Wayzata, MN 55391 | $271,000.00 | $121,000.00 |

233035.1