LEWIS AND ROCA LLP
LAWYERS

E-Filed on 1/30/08

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

**Susan M. Freeman** AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
**Rob Charles** NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[1]<br><br>USA Securities, LLC,[2]<br><br>                    Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**STATUS AND AGENDA FOR FEBRUARY 4, 2008 HEARINGS**<br><br>Date of Hearing: February 4, 2008<br>Time of Hearing: 9:30 a.m. |

**9:30 a.m.**

   1.   Adv. 06-01212, Binford Medical Developers, LLC v. Fidelity National Title Group et al, **STATUS HEARING RE: Amended Complaint** Filed by SUSAN WILLIAMS SCANN on behalf of BINFORD MEDICAL DEVELOPERS, LLC against COMPASS FINANCIAL PARTNERS LLC [DE 80]

---

[1] This bankruptcy case was closed on October 12, 2007.

[2] This bankruptcy case was closed on December 26, 2007.

| | 1/22/2008 | Order Tentatively Approving Settlement and Compromise of Claim [DE 114] |
|---|---|---|
| | **Status:** | The Court has asked Binford and Compass to advise on the status of direct lender acceptance of the proposed compromise, which would resolve the matter. |

2.   **Objection to Claim 784 of BINFORD MEDICAL DEVELOPERS in the amount of** filed by LENARD E. SCHWARTZER on behalf of USA COMMERCIAL MORTGAGE COMPANY [DE 2033]

| | | |
|---|---|---|
| | **Opposition Filed:** 12/29/2006 | Opposition with Certificate of Service Filed by SUSAN WILLIAMS SCANN on behalf of BINFORD MEDICAL DEVELOPERS, LLC [DE 2329] |
| | **Reply Filed** 1/08/2007 | Reply *In Support of Objection to Claim 784 of BINFORD MEDICAL DEVELOPERS* Filed by LENARD E. SCHWARTZER on behalf of USA COMMERCIAL MORTGAGE COMPANY [DE 2378] |
| | **Stipulation Filed:** 10/11/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Binford Medical Developers *Continuing Hearing on Objection to Claim 784 of Binford Medical Developers* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4977] |
| | **Related Filing:** 10/12/2007 | Order Approving Stipulation to Continue the Hearing on Objection to Claim 784 of BINDFORD MEDICAL DEVELOPERS LLC [DE 4988] |
| | **Stipulation Filed:** 12/11/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Binford Medical Developers *Continuing Hearing on Objection to Claim 784* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5464, 5474] |
| | **Related Filing:** 12/12/2007 | Order Approving Stipulation to Continue the Hearing on Objection to Claim 784 of BINFORD MEDICAL DEVELOPERS, LLC [DE 5479] |
| | 1/22/2008 | Order Tentatively Approving Settlement and Compromise of Claim [DE 114] |
| | **Status:** | Continued from 1/11/2008. The Court has asked Binford and Compass to advise on the status of direct lender acceptance of the proposed compromise, which would resolve the claim. |

1898414.1

LEWIS AND ROCA LLP LAWYERS

3. Adv. 06-1212, Binford Medical Developers, LLC et al. v. Fidelity National Title Group et al., **Motion to Approve Settlement** *And Compromise of Claim* Filed by GEORGANNE W. BRADLEY on behalf of COMPASS FINANCIAL PARTNERS LLC [DE 93]

| | |
|---|---|
| **Response Filed:** 12/17/2007 | Response with Certificate of Service *to Motion to Approve Settlement and Compromise of Claims* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 101] |
| 01/04/2008 | Response with Certificate of Service Filed by ARIEL E. STERN on behalf of BINFORD LENDERS, LLC [DE 109] |
| **Related Filing:** 12/11/2007 | *Ex Parte Application for Order Shortening Time to Hear Motion to Approve Settlement and Compromise of Claim* Filed by GEORGANNE W. BRADLEY on behalf of COMPASS FINANCIAL PARTNERS LLC [DE 94] |
| 12/18/2007 | Order Shortening Time to Hear Motion to Approve Settlement and Compromise of Claim and Notice Thereof [DE 103] |
| 1/22/2008 | Order Tentatively Approving Settlement and Compromise of Claim [DE 114] |
| **Status:** | Continued from 1/11/2008. The Court has asked Binford and Compass to advise on the status of direct lender acceptance of the proposed compromise. |

4. **Motion to File Amended Document** *Motion for Leave to File Second Amended Objection and Counterclaim* **(Los Valles)** Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5529]

| | |
|---|---|
| **Objection Filed:** 3/13/2007 | Objection to Claim 1366 of Los Valles Land & Golf LLC with Certificate of Service filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3076] |
| **Stipulation Filed:** 1/04/2008 | Stipulation By LOS VALLES LAND & GOLF, LLC and Between USACM Liquidating Trust *to Modify Briefing Schedule for Hearing With Certificate Of Service* Filed by SCOTT D. FLEMING on behalf of LOS VALLES LAND & GOLF, LLC [DE 5574] |
| **Related Filing:** 1/11/2008 | Order Approving Stipulated Motion to Modify Briefing Schedule for Hearing Regarding Motion for Leave to File Second Amended Objection and Counterclaim (#5529). The hearing will now be held on February 4, 2008 [DE 5630] |

1898414.1

LEWIS AND ROCA LLP
LAWYERS

1 | **Status:** Continued from 1/24/2008.

2 | **1/24/08** Order: Vacating Trial Date; Scheduling Mediation; and Granting the USACM Trust's Motion to Amend in Part  [DE 5722]

A Stipulated Order Vacating the February 4, 2008 Hearing on USACFM Trust's Motion for Leave to File Second Amended Objection and Counterclaim was uploaded on January 29, 2008.

DATED:  January 30, 2008.

**LEWIS AND ROCA LLP**

By:  /s/ Rob Charles (#6593)
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
*Counsel for USACM Liquidating Trust*

PROOF OF SERVICE

COPY of the aforementioned sent via e-mail or U.S. First Class Mail on January 30, 2008 to the parties listed on the Post-Effective Official Service List for Limited Notice No. 4 Dated January 8, 2008.

 /s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca LLP

4

1898414.1