LEWIS
AND
ROCA
LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona  85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

**Susan M. Freeman** AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
**Rob Charles** NV State Bar No. 006593
Email:  rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 1/30/08

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA Commercial Mortgage Company, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[1] |
| USA Capital Realty Advisors, LLC, | Case No. BK-S-06-10729-LBR[2] |
| USA Capital Diversified Trust Deed Fund, LLC, | CHAPTER 11 |
| USA Capital First Trust Deed Fund, LLC,[1] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA Securities, LLC,[2]                    Debtors. | **NOTICE OF ENTRY OF ORDER SCHEDULING SETTLEMENT CONFERENCE** |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

**PLEASE TAKE NOTICE** that an Order Scheduling Settlement Conference [DE 5720] was entered on the 23rd day of January 2008, a true and correct copy of which is attached hereto as Exhibit A.

---

[1] This bankruptcy case was closed on October 12, 2007.

[2] This bankruptcy case was closed on December 26, 2007.

1900045.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

1   RESPECTFULLY SUBMITTED January 30, 2008.

2                                              **LEWIS AND ROCA LLP**

3

4

5   By   /s/ RC (#006593)
               Susan M. Freeman
               Rob Charles
6              *Attorneys for USACM Liquidating Trust*

7

8   PROOF OF SERVICE

9   Copy of the foregoing e-mailed on
10  January 30, 2008 to the following
    interested party:

11

12  Akin Gump Strauss Hauer & Feld LLP
    Attn: Bruce Jacobs
    2029 Century Park E, Suite 2400
13  Los Angeles, CA 90067
    bjacobs@akingump.com
14  *Attorneys for Los Valles Land & Golf LLC*

15

16   /s/ Christine E. Laurel
    Christine E. Laurel
17  Lewis and Roca

18

19

20

21

22

23

24

25

26

1900045.1