# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number  06–10725–lbr**

**Chapter 11**

In re: (Name of Debtor)
   USA COMMERCIAL MORTGAGE COMPANY
   fka  USA CAPITAL
   4484 SOUTH PECOS ROAD
   LAS VEGAS, NV 89121

Social Security No.:

ORDER APPROVING APPOINTMENT OF NEVADA COUNSEL

The Designation of Local Counsel and Consent Thereto filed by JON MAXWELL BEATTY and the appointment of ROB CHARLES as designated Nevada Counsel in this case is approved.

Dated: 1/29/08

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0978-2           User: lakaswm              Page 1 of 1               Date Rcvd: Jan 29, 2008
Case: 06-10725                 Form ID: oaancbk           Total Served: 3

The following entities were served by first class mail on Jan 31, 2008.
aty          +ROB CHARLES,    LEWIS AND ROCA LLP,    3993 HOWARD HUGHES PKWY, STE 600,    LAS VEGAS, NV 89169-5996
             +JON MAXWELL BEATTY,    DIAMOND MCCARTHY LLP,    909 FANNIN STREET, SUITE 1500,
               HOUSTON, TX 77010-1026

The following entities were served by electronic transmission on Jan 30, 2008.
ust          +E-mail/PDF: USTPRegion17.LV.ECF@usdoj.gov Jan 30 2008 08:07:21     U.S. TRUSTEE - LV - 11,
               300 LAS VEGAS BOULEVARD S.,    SUITE 4300,    LAS VEGAS, NV 89101-5803
                                                                                                TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jan 31, 2008**                     **Signature:**    _Joseph Speetjens_