5252 ORANGE
Multiple Loan Claims

# EXHIBIT A
## FIRST OMNIBUS OBJECTION

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the 5252 Orange Loan |
|---|---|---|---|---|
| 10725-02178 | Marshal Brecht Trust Dated 2/5/86 | Marshall J. and Janet L. Brecht Trustees<br>640 Colonial Circle<br>Fullerton, CA 92835 | $1,709,011.00 | $100,000.00 |
| 10725-00092 | James Corison | P.O. Box 21214<br>Riverside, CA 92516 | $1,023,000.00 | $25,000.00 |
| 10725-00816 | Joseph and Ardee Daraskevius | 2761 Kiowa Boulevard S.<br>Lake Havasu City, AZ 86403 | $275,000.00 | $50,000.00 |
| 10725-00865 | Joseph and Ardee Daraskevius | 2761 Kiowa Boulevard. S.<br>Lake Havasu City, AZ 86403 | $275,000.00 | $50,000.00 |
| 10725-02286 | John A M Handal | 3575 Siskiyou Court<br>Hayward, CA 94542 | $711,472.73 | $25,000.00 |
| 10725-02187 | Melvin J. and Evelyn A. Ives Bypass Trust Dtd. 1/6/93 | Evelyn A. Ives Trustee<br>220 First Street #3<br>Seal Beach, CA 90740 | $447,246.00 | $75,000.00 |

233016.1