5252 ORANGE
Multiple Loan Claims

**EXHIBIT A**
BURR DECLARATION

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the 5252 Orange Loan |
|---|---|---|---|---|
| 10725-02178 | Marshal Brecht Trust Dated 2/5/86 | Marshall J. and Janet L. Brecht Trustees 640 Colonial Circle Fullerton, CA  92835 | $1,709,011.00 | $100,000.00 |
| 10725-00092 | James Corison | P.O. Box 21214 Riverside, CA  92516 | $1,023,000.00 | $25,000.00 |
| 10725-00816 | Joseph and Ardee Daraskevius | 2761 Kiowa Boulevard S. Lake Havasu City, AZ  86403 | $275,000.00 | $50,000.00 |
| 10725-00865 | Joseph and Ardee Daraskevius | 2761 Kiowa Boulevard. S. Lake Havasu City, AZ  86403 | $275,000.00 | $50,000.00 |
| 10725-02286 | John A M Handal | 3575 Siskiyou Court Hayward, CA  94542 | $711,472.73 | $25,000.00 |
| 10725-02187 | Melvin J. and Evelyn A. Ives Bypass Trust Dtd. 1/6/93 | Evelyn A. Ives Trustee 220 First Street #3 Seal Beach, CA  90740 | $447,246.00 | $75,000.00 |
| 10725-02305 | Erven J. Nelson and Frankie J Nelson Trust | Erven J. And Frankie J. Nelson Ttees 2023 W. Aspiration Point St. George, UT  84790 | $450,000.00 | $50,000.00 |
| 10725-00957 | Ovca Associates Inc. Defined Pension Plan | c/o William J. Ovca Jr. Trustee 16872 Baruna Lane Huntington Beach, CA  92649 | $275,000.00 | $50,000.00 |
| 10725-01574 | Ovca Associates Inc. Defined Pension Plan | c/o William J. Ovca Jr. Trustee 16872 Baruna Lane Huntington Beach, CA  92649-3020 | $275,000.00 | $50,000.00 |
| 10725-01083 | Robert W. Ulm Living Trust Dated 4/11/05 | c/o Robert W. Ulm Trustee 414 Morning Glory Road Saint Marys, GA  31558-4139 | Unliquidated | Unliquidated |
| 10725-02088 | Robert W. Ulm Living Trust Dtd. 4/11/05 | Robert W. Ulm Ttee. 414 Morning Glory Road St. Marys, GA  31558 | $688,165.00 | $25,000.00 |
| 10725-01365 | Richard G. Vrbancic | 103 Willow Brook Drive N.E. Warren, OH  44483-4630 | $270,000.00 | $25,000.00 |

233778.1