5252 ORANGE
Multiple Loan Claims

# EXHIBIT A
SECOND OMNIBUS OBJECTION

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the 5252 Orange Loan |
|---|---|---|---|---|
| **10725-02305** | Erven J. Nelson and Frankie J Nelson Trust | Erven J. And Frankie J. Nelson Ttees<br>2023 W. Aspiration Point<br>St. George, UT  84790 | $450,000.00 | $50,000.00 |
| **10725-00957** | Ovca Associates Inc. Defined Pension Plan | c/o William J. Ovca Jr. Trustee<br>16872 Baruna Lane<br>Huntington Beach, CA  92649 | $275,000.00 | $50,000.00 |
| **10725-01574** | Ovca Associates Inc. Defined Pension Plan | c/o William J. Ovca Jr. Trustee<br>16872 Baruna Lane<br>Huntington Beach, CA  92649-3020 | $275,000.00 | $50,000.00 |
| **10725-01083** | Robert W. Ulm Living Trust Dated 4/11/05 | c/o Robert W. Ulm Trustee<br>414 Morning Glory Road<br>Saint Marys, GA  31558-4139 | Unliquidated | Unliquidated |
| **10725-02088** | Robert W. Ulm Living Trust Dtd. 4/11/05 | Robert W. Ulm Ttee.<br>414 Morning Glory Road<br>St. Marys, GA  31558 | $688,165.00 | $25,000.00 |
| **10725-01365** | Richard G. Vrbancic | 103 Willow Brook Drive N.E.<br>Warren, OH  44483-4630 | $270,000.00 | $25,000.00 |

233774.1