LEWIS
AND
ROCA
——LLP——
L A W Y E R S

E-Filed on 2/1/08

1   3993 Howard Hughes Parkway, Suite 600
    Las Vegas, NV 89169-5996
    Facsimile (702) 949-8321
2   Telephone (702) 949-8320

3   Susan M. Freeman AZ State Bar No. 004199
    Email: sfreeman@lrlaw.com
    Rob Charles NV State Bar No. 006593
4   Email: rcharles@lrlaw.com
    John Hinderaker AZ State Bar No. 018024
    Email: jhinderaker@lrlaw.com

5   Attorneys for USACM Liquidating Trust

6               **UNITED STATES BANKRUPTCY COURT**

7                    **DISTRICT OF NEVADA**

8   In re:                              Case No. BK-S-06-10725-LBR
                                        Case No. BK-S-06-10726-LBR
9   USA COMMERCIAL MORTGAGE             Case No. BK-S-06-10727-LBR
    COMPANY,                            Case No. BK-S-06-10728-LBR[1]
10                                      Case No. BK-S-06-10729-LBR[2]
    USA CAPITAL REALTY ADVISORS,
11  LLC,                                CHAPTER 11

12  USA CAPITAL DIVERSIFIED TRUST       Jointly Administered Under Case No.
    DEED FUND, LLC,                     BK-S-06-10725 LBR
13
    USA CAPITAL FIRST TRUST DEED        **NOTICE OF HEARING REGARDING**
14  FUND, LLC,[1]                       **SECOND OMNIBUS OBJECTION OF**
                                        **USACM TRUST TO PROOFS OF**
15  USA SECURITIES, LLC,[2]             **CLAIM BASED UPON**
                            Debtors.    **INVESTMENT IN THE 5252**
16                                      **ORANGE, LLC LOAN; AND**
        **Affects:**                    **CERTIFICATE OF SERVICE**
17      ☐ All Debtors
        ☒ USA Commercial Mortgage Company   Date of Hearing:  March 25, 2008
18      ☐ USA Capital Realty Advisors, LLC   Time of Hearing:  9:30 a.m.
        ☐ USA Capital Diversified Trust Deed Fund, LLC
19      ☐ USA Capital First Trust Deed Fund, LLC
        ☐ USA Securities, LLC
20

21        **THE USACM LIQUIDATING TRUST IS OBJECTING TO THE CLAIM**

22  **THAT _YOU_ FILED.  THE USACM TRUST SEEKS TO DISALLOW YOUR**

23  **CLAIM TO THE EXTENT IT IS BASED UPON AN INVESTMENT IN THE 5252**

24  **ORANGE, LLC LOAN BECAUSE THE USACM TRUST CONTENDS THAT YOU**

25  ――――――――――――――――――
    [1] This bankruptcy case was closed on October 12, 2007.
26  [2] This bankruptcy case was closed on December 26, 2007.

233780.1

**LEWIS**
**AND**
**ROCA**
— LLP —
L A W Y E R S

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**HAVE BEEN PAID IN FULL FOR YOUR INVESTMENT IN THAT LOAN.  THIS OBJECTION WILL NOT IMPACT YOUR CLAIM TO THE EXTENT IT IS BASED UPON AN INVESTMENT IN A DIFFERENT LOAN.**

**PLEASE DO NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF YOUR CLAIM.  QUESTIONS REGARDING THE AMOUNT OF A CLAIM OR THE FILING OF A CLAIM SHOULD BE DIRECTED TO THE UNDERSIGNED COUNSEL .**

**NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust, by and through its counsel, has filed its  Omnibus Objection to Proofs of Claim Based Upon Investment in the 5252 Orange, LLC Loan (the "Objection").  Your Proof of Claim number and other information regarding your claim is provided in **Exhibit A**, attached. The USACM Liquidating Trust has requested that this Court enter an order, pursuant to section 502 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), disallowing your Proof of Claim to the extent it is based upon an investment in the 5252 Orange, LLC Loan. The Objection will not impact your Claim to the extent it is based upon an investment in a different loan.

**NOTICE IS FURTHER GIVEN** that the hearing on the Objection will be held before the Honorable Linda B. Riegle, United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada, on **March 25, 2008**, **at the hour of 9:30 a.m.**.

**NOTICE IS FURTHER GIVEN THAT THE HEARING SET ON MARCH 25, 2008, WILL BE HELD FOR THE PURPOSE OF STATUS CHECKS AND SCHEDULING EVIDENTIARY HEARINGS ONLY.  NO ARGUMENTS WILL BE HEARD ON THAT DATE.**

233780.1

LEWIS
AND
ROCA
—LLP—
L A W Y E R S

**NOTICE IS FURTHER GIVEN** that any response to the Objection must be filed by March 18, 2008 pursuant to Local Rule 3007(b), which states:

> If an objection to a claim is opposed, a written response must be filed and served on the objecting party at least 5 business days before the scheduled hearing.  A response is deemed sufficient if it states that written documentation in support of the proof of claim has already been provided to the objecting party and that the documentation will be provided at any evidentiary hearing or trial on the matter.

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the Court.  You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:

- The Court may *refuse to allow you to speak* at the scheduled hearing; and
- The Court may *rule against you* and sustain the objection without formally calling the matter at the hearing.

Dated: February 1, 2008

LEWIS AND ROCA LLP


By  /s/  Rob Charles (#6593)
　　Susan M. Freeman, AZ 4199 (*pro hac vice*)
　　Rob Charles, NV 6593
　　John C. Hinderaker, AZ 18024 (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169
Telephone:  (702) 949-8200
Facsimile:   (702) 949-8398
E-mail:  rcharles@lrlaw.com
*Attorneys for the USACM Liquidating Trust*

Copy of the foregoing mailed by first class
Postage prepaid U.S. Mail on
February 1, 2008 to:

Parties listed on Exhibit A attached.

s/Renee L. Creswell
　　Renee L. Creswell

3

233780.1