1

| E-Filed on 2/4/08 |

2

**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

3

4

Allan B. Diamond, TX State Bar No. 05801800
Email: adiamond@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
Email: emadden@diamondmccarthy.com

5

6

Special Litigation Counsel for USACM Liquidating Trust

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321

Susan M. Freeman, AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles, NV State Bar No. 006593
Email: rcharles@lrlaw.com

Counsel for USACM Liquidating Trust

7

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

8

9

In re:

10

USA COMMERCIAL MORTGAGE
COMPANY,

11

USA CAPITAL REALTY ADVISORS,
LLC,

12

13

USA CAPITAL DIVERSIFIED TRUST
DEED FUND, LLC,

14

USA CAPITAL FIRST TRUST DEED
FUND, LLC,

15

16

USA SECURITIES, LLC,
                                    Debtors.

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under Case No.
BK-S-06-10725 LBR

**DESIGNATION OF LOCAL COUNSEL
AND CONSENT THERETO**

17

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

18

19

20

21

22

        The undersigned, special litigation counsel for the USACM Liquidating Trust,

23

herein has submitted to the Court a "Verified Petition for Permission to Practice in this

24

Case Only." I am not admitted to the bar of this Court, but Lewis and Roca LLP does

25

maintain offices in the District of Nevada for the practice of law. I believe it to be in the

26

best interest of the client, the USACM Liquidating Trust, to designate Rob Charles,

attorney at law, member of the State Bar of Nevada and previously admitted to practice

DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO – PAGE 1

before the above-entitled Court, as associate local counsel in this action. The address of said designated Nevada Counsel is: Rob Charles (Bar Code #006593), 3993 Howard Hughes Parkway, Suite 600, Las Vegas, NV 89169, Telephone: (702) 949-8320, Facsimile (702) 949-8321, Email: rcharles@lrlaw.com.

By designation, the undersigned attorneys and parties agree that all documents and other papers issued out of this Court in the above-entitled case may be served on the designated local counsel. Further, said local counsel shall be responsible for providing copies of the same to the co-counsel. Further, this designation constitutes agreements and authorization by the undersigned for the designated local counsel to sign stipulations binding on all of us. The time for performing any act under applicable Rule shall run from the date of service on the local counsel.

_____ (TX#24059504)
Joshua J. Bruckerhoff
Diamond McCarthy LLP
6504 Bridgepoint Parkway, Suite 40
Austin, Texas 78730
Telephone: 512-617-5200
Facsimile: 512-617-5299

*Special Litigation Counsel for the*
*USACM Liquidating Trust*

DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO – PAGE 2

## CONSENT OF DESIGNATED NEVADA COUNSEL

The undersigned hereby consents to serve as associate Nevada counsel in this case and agrees that he is responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that he is responsible to transmit copies of all documents and other papers so served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

/s/ *RMC*                                   (#0006593)
Rob Charles
Lewis and Roca LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89109
Facsimile (702) 949-8321
Telephone (702) 949-8320
*Designated Nevada Counsel*

## APPOINTMENT OF DESIGNATED NEVADA COUNSEL

The undersigned party appoints Rob Charles as Designated Nevada Counsel in this case.

(TX#24059504)
Joshua J. Bruckerhoff
Diamond McCarthy LLP
6504 Bridgepoint Parkway, Suite 40
Austin, Texas 78730
Telephone: 512-617-5200
Facsimile: 512-617-5299

*Special Litigation Counsel for the
USACM Liquidating Trust*