GEORGE D. FRAME, LTD.
George D. Frame, Esq.
State Bar No. 000591
601 Greenway Rd., Ste. D
Henderson, NV 89002
(702) 598-4620 phone
(702) 598-4624 fax
Attorney for Defendant
John Dutkin, Trustee

RECEIVED & FILED
'08 JAN 31 P12:27
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                          Debtor.<br>In re:<br><br>USA CAPITAL RALTY ADVISORS, LLC.<br>                                          Debtor.<br>In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                          Debtor.<br>In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                          Debtor.<br>In re:<br><br>USA SECURITIES, LLC,<br>                                          Debtor.<br>Affects:<br><br>☐ All Debtors<br>■ USA Commercial Mortgage Co.<br>☐ USA Securities<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br><br><br><br><br><br>CLAIM NO. 10725-01395<br><br>SUPPLEMENTAL BRIEF OF JOHN DUTKIN, TRUSTEE, TO MOTION FOR SUMMARY JUDGMENT & OBJECTION OF USA COMMERCIAL MORTGAGE COMPANY TO CLAIM OF DUTKIN TRUST ASSERTING SECURED STATUS<br><br>Hearing date: February 21, 2008<br>Hearing time: 9:30 a.m. |

    Claimant, JOHN DUTKIN, TRUSTEE OF THE JOHN DUTKIN REVOCABLE LIVING TRUST DATED 1/17/00, hereinafter referred to as "DUTKIN", by and through

his undersigned counsel, responds to the additional briefing requested by the Court as follows:

**1) ARE THE FUNDS THAT JOHN DUTKIN SEEKS TO RECOVER AS PART OF HIS CLAIM AGAINS USACM ALREADY AT ISSUE AS PART OF THE PENDING INTERPLEADER ACTION?**

The Dutkin Trust was served with a copy of the Complaint in Interpleader and filed a response to such Complaint. To the best extent of counsel's knowledge the funds were deposited with the Court and counsel for USACM withdrew his representation. All attempts to seek recovery of funds through the interpleader were fruitless as there is no attorney to authorize release funds. Since the hearing in this case, counsel has filed a Stipulation for settlement of a portion of the Dutkin Trust claim for $6,120.90 and a Motion for Summary Judgment as to the remaining portion of the Dutkin Trust claim for $50,000.00 in the interpleader. The Motion is set for hearing on March 25, 2008, at 9:30 a.m.

**2) DID THE COURT ENTER AN ORDER UNDER WHICH USACM COULD HAVE AND/OR SHOULD HAVE HONORED THE CHECKS WRITTEN TO JOHN DUTKIN THAT WERE REJECTED BY USACM POST-PETITION?**

Counsel does not know of any such order.

**3) IS DUTKIN'S CLAIM ENTITLED TO SECURED STATUS BASED UPON A CONSTRUCTIVE TRUST THEORY, OR BECAUSE USACM MIGHT HAVE BEEN ACTING AS A FIDUCIARY?**

Counsel contends that USACM acted in the capacity of a Mortgage Broker and had the fiduciary duty of a mortgage broker. The money it collected from the sale of the Dutkin Trust's interest in the loan and deed of trust should have been deposited in a trust account and kept separate from money belonging to the mortgage broker. Under NRS 645B.175,

the sale handled by USACM as mortgage broker was completed, the funds should have been contained in an escrow or trust account which would not have been subject to this bankruptcy, and the checks issued to the Trust (and others) should have cleared.

As it now stands, the Dudkin Trust does not have the security of the deed nor does it have the funds represented by the checks which did not clear the account of USACM which was not maintained in the manner provided by statute for similar funds received by a mortgage broker.

The claim of the Dutkin Trust should be allowed to remain in its secured status until the Dutkin Trust receives payment of funds represented by the checks issued to it totaling $56,190.00.

Respectfully submitted this 31st day of January, 2008.

GEORGE D. FRAME, LTD.

By *[signature]*
George D. Frame, Esq.
601 Greenway Road, Ste. D
Henderson, NV 89002
Attorney for Successor
Trustees of John Dutkin Revoc.
Liv. Trust dated 1-17-00

CERTIFICATE OF MAILING

I hereby certify that I am an employee of GEORGE D. FRAME, LTD. and that on the 31 day of January, 2008, I did deposit in the United States Post Office at Henderson, Nevada, postage pre-paid, first class mail, in a sealed envelope, a true and correct copy of the foregoing document addressed to Susan M. Freeman, Esq. and Rob Charles, Esq. of Lewis & Roca LLP, 3993 Howard Hughes Parkway, Suite 600, Las Vegas, NV 89169-5996.

*[signature]*
Employee of GEORGE D. FRAME, LTD.