EXHIBIT A

1688943.1

Entered on Docket
January 31, 2008

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * * *

In re                                                     )    BK-06-10725-LBR
                                                          )    Chapter 11
USA COMMERCIAL MORTGAGE CO.,                               )    **Settlement Conference**
                                                          )    Date:   March 3, 2008
                                                          )    Time:   9:30 a.m.
                                                          )    **Status**
                                                          )    Date:   March 25, 2008
                                                          )    Time:   9:30 a.m.
_____ Debtor. _____   )

<u>AMENDED ORDER  SCHEDULING SETTLEMENT  CONFERENCE</u>

A settlement conference on the Objection to Claim #1366 of Los Valles Golf & Land, LLC

is hereby ordered to commence on March 3, 2008 at 9:30 a.m. before U.S. Bankruptcy Judge Bruce

Markell at the Foley Federal Building, 300 Las Vegas Blvd. South, 3rd Floor,  Las Vegas,  Nevada.

All counsel of record that will be participating in the trial of this case, all parties appearing

<u>pro se</u>, if any, and all individual parties must be present.

In the case of non-individual parties, counsel shall arrange for a representative, with binding

authority to settle, to be present in court for the duration of the settlement conference      **A n y**

**requested exception to the attendance requirements must be submitted to the settlement**

**conference judge for approval in advance of the settlement conference.**

<u>**PREPARATION FOR  SETTLEMENT CONFERENCE**</u>

***No later than seven business days before the settlement conference, the parties shall***

1

1  ***exchange written settlement offers.*** No later than four business days before the settlement

2  conference each  party shall submit a confidential settlement conference statement, ***which will***

3  ***include a copy of the last settlement offer,*** to the chambers of Judge Markell for in camera review

4  by the settlement conference judge.  If not timely filed, sanctions may be imposed.  The settlement

5  conference statement shall be no longer than 5 double-spaced pages.  The settlement conference

6  statement shall contain the following:

7        1.      A brief statement of the nature of the action.

8        2.      A concise summary of the evidence that supports your theory of the case, including

9  information documenting your damages claims.  You may attach to your statement a limited number

10  of  documents or exhibits that are especially relevant to key factual or legal issues.

11        3.      A brief analysis of the key issues involved in the litigation.

12        4.      A discussion of the strongest points in your case, both legal and factual, and a frank

13  discussion of the weakest points as well.  The court expects you to present a candid evaluation of

14  the merits of your case.

15        5.      A further discussion of the strongest and weakest points in your opponents' case, but

16  only if they are more than simply the converse of the weakest and strongest points in your case.

17        6.      A history of settlement discussions, if any, which details the demands and offers

18  which have been made, and the reasons they have been rejected.

19        7.      The settlement proposal that you believe would be fair.

20        8.      The settlement proposal that you would honestly be willing to make in order to

21  conclude this matter and stop the expense of litigation.

22  The settlement conference statement should be delivered to chambers in an envelope clearly

23  marked "Contains Confidential Settlement Brief" or faxed to the settlement conference judge.

24  The purpose of the settlement conference statement is to assist the judge in preparing for and

25  conducting the settlement conference.  In order to facilitate a meaningful conference, your utmost

26  candor in responding to all of the above listed questions is required.  The confidentiality of each

27

28        2

1    statement will be strictly maintained and following the conference, the statements will be destroyed.

2    DO NOT SERVE A COPY ON OPPOSING COUNSEL.  DO NOT DELIVER OR MAIL

3    THE STATEMENT TO THE CLERK'S OFFICE.

4    **The settlement conference shall not be continued or vacated without prior  approval**

5    **of the judge assigned to the case.**

6    FAILURE TO APPEAR WILL RESULT IN THE IMPOSITION OF SANCTIONS. IF THE

7    MATTER IS SETTLED BEFORE THE SETTLEMENT CONFERENCE DATE, THE PARTIES

8    MUST NOTIFY THE SETTLEMENT CONFERENCE  JUDGE'S CALENDAR CLERK SO

9    THAT THE MATTER CAN BE TAKEN OFF CALENDAR.

10    A status hearing will be held on March 25, 2008 at 9:30 a.m. before Judge Riegle in

11    Courtroom #1.

12

13    Copies sent through ECF to:
     Rob Charles
14    Scott Fleming
     Lenard Schwartzer
15
     Copies sent through BNC to:
16    Bruce Jacobs
     Akin Gump Strauss Hauer & Feld, LLP
17    2029 Century Park East, Suite 2400
     Los Angeses, CA 90067-3012
18
     John Hinderaker
19    Lewis & Roca LLP
     One S. Church Ave, Ste 700
20    Tucson, AZ 85701-1611

21

22

23

24

25

26

27

28                                            3