GOLDEN STATE
Multiple Loan Claims

# EXHIBIT A
## FIRST OMNIBUS OBJECTION

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Golden State Loan |
|---|---|---|---|---|
| **10725-02528** | Peter W. and Deidre D. Capone | P.O. Box 1470<br>Gardnerville, NV 89410-1470 | $61,660.26 | $2,015.44 |
| **10725-02364** | Eric C. Disbrow MD. Inc. Profit Sharing Plan | Eric C. Disbrow Ttee,<br>3840 Fairway Drive<br>Cameron Park, CA 95682 | $447,567.00 | $50,000.00 |
| **10725-00900** | Eric T. And Dolores Y. Erickson | 1455 Superior Avenue #342<br>Newport Beach, CA 92663-6125 | $390,000.00 | $100,000.00 |
| **10725-02382** | Essaff Family Trust Dtd 6/18/02 | Robert and Cindy H. Essaff Ttees<br>2860 Heybourne Road<br>Minden, NV 89423 | $1,599,184.01 | $100,000.00 |
| **10725-01212** | Jay E Henman Retirement Plan | c/o Jay E Henman Trustee<br>1023 Ridgeview Court<br>Carson City, NV 89705-8054 | $747,243.00 | $60,000.00 |
| **10725-02189** | Joseph B. and Catherine D. Lafayette | 9030 Junipero Avenue<br>Atascadero, CA 93422 | $205,185.87 | $50,000.00 |
| **10725-02233** | Eddie Mayo and Jocelyne Helzer Jt. Ten. | 115 South Deer Run Road<br>Carson City, NV 89701 | $255,953.23 | $50,000.00 |

233266.1