GOLDEN STATE
Multiple Loan Claims

## EXHIBIT A
## BURR DECLARATION

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Golden State Loan |
|---|---|---|---|---|
| 10725-02528 | Peter W. and Deidre D. Capone | P.O. Box 1470 Gardnerville, NV 89410-1470 | $61,660.26 | $2,015.44 |
| 10725-02364 | Eric C. Disbrow MD. Inc. Profit Sharing Plan | Eric C. Disbrow Ttee, 3840 Fairway Drive Cameron Park, CA 95682 | $447,567.00 | $50,000.00 |
| 10725-00900 | Eric T. And Dolores Y. Erickson | 1455 Superior Avenue #342 Newport Beach, CA 92663-6125 | $390,000.00 | $100,000.00 |
| 10725-02382 | Essaff Family Trust Dtd 6/18/02 | Robert and Cindy H. Essaff Ttees 2860 Heybourne Road Minden, NV 89423 | $1,599,184.01 | $100,000.00 |
| 10725-01212 | Jay E Henman Retirement Plan | c/o Jay E Henman Trustee 1023 Ridgeview Court Carson City, NV 89705-8054 | $747,243.00 | $60,000.00 |
| 10725-02189 | Joseph B. and Catherine D. Lafayette | 9030 Junipero Avenue Atascadero, CA 93422 | $205,185.87 | $50,000.00 |
| 10725-02233 | Eddie Mayo and Jocelyne Helzer Jt. Ten. | 115 South Deer Run Road Carson City, NV 89701 | $255,953.23 | $50,000.00 |
| 10725-01923 | John E. and Sonhild A. O'Riordan | 2745 Hartwick Pines Drive Henderson, NV 89052-7002 | $1,738,252.26 | $135,000.00 |
| 10725-00245 | Robert H. and Lynn R. Perlman Trust Dated 9/17/92 | c/o Robert H. and Lynn R. Perlman Ttees 2877 Paradise Road Unit 3501 Las Vegas, NV 89109-5278 | $1,187,000.00 | $50,000.00 |
| 10725-01878 | Dennis Raggi | P.O. Box 10475 Zephyr Cove, NV 89448 | 10,451.54 | unclear |
| 10725-01879 | Dennis Raggi | P.O. Box 10475 Zephyr Cove, NV 89448 | 27,304.06 | 1,623.49 |
| 10725-02226 | Dennis Raggi | P.O. Box 10475 Zephyr Cove, NV 89448 | 2,442,034.35 | 100,000.00 |
| 10725-02175 | Alan R. and Judith B. Simmons HWJTWROS | P.O. Box 13296 S. Lake Tahoe, CA 96151-3296 | $593,144.11 | $50,000.00 |
| 10725-01694 | David Wahl | P.O. Box 8012 Mammoth Lakes, CA 93546 | $289,414.18 | $50,000.00 |

232961.1