## GOLDEN STATE
Multiple Loan Claims

## EXHIBIT A
SECOND OMNIBUS OBJECTION

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Golden State Loan |
|---|---|---|---|---|
| **10725-01923** | John E. and Sonhild A. O'Riordan | 2745 Hartwick Pines Drive Henderson, NV 89052-7002 | $1,738,252.26 | $135,000.00 |
| **10725-00245** | Robert H. and Lynn R. Perlman Trust Dated 9/17/92 | c/o Robert H. and Lynn R. Perlman Ttees 2877 Paradise Road Unit 3501 Las Vegas, NV 89109-5278 | $1,187,000.00 | $50,000.00 |
| **10725-01878** | Dennis Raggi | P.O. Box 10475 Zephyr Cove, NV 89448 | $10,451.54 | unclear |
| **10725-01879** | Dennis Raggi | P.O. Box 10475 Zephyr Cove, NV 89448 | $27,304.06 | $1,623.49 |
| **10725-02226** | Dennis Raggi | P.O. Box 10475 Zephyr Cove, NV 89448 | $2,442,034.35 | $100,000.00 |
| **10725-02175** | Alan R. and Judith B. Simmons HWJTWROS | P.O. Box 13296 S. Lake Tahoe, CA 96151-3296 | $593,144.11 | $50,000.00 |
| **10725-01694** | David Wahl | P.O. Box 8012 Mammoth Lakes, CA 93546 | $289,414.18 | $50,000.00 |

233267.1