GLENDALE TOWER
Single Loan Claims

# EXHIBIT A
First Omnibus Objection

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Glendale Tower Loan |
|---|---|---|---|---|
| **10725-00132** | Larry and Nancy Anderson | 13250 Mahogany Drive<br>Reno, NV  89511 | $125,000.00 | $125,000.00 |
| **10725-01988** | Daniel Carlton | 4697 Hooktree Road<br>Twentynine Palms, CA  92277 | $55,000.00 | $55,000.00 |
| **10725-00018** | Brenda Falvai | 252 Paseo De Juan<br>Anaheim, CA  92807-2319 | $50,972.22 | $50,972.22 |
| **10725-00018-2** | Brenda Falvai | 252 Paseo De Juan<br>Anaheim, CA  92807-2319 | $50,972.22 | $50,972.22 |
| **10725-00286** | Patrick J. Horgan | Maupin Cox Legoy<br>Attn:  C. Jaime, Esq.<br>P.O. Box 30000<br>Reno, NV  89520 | $50,000.00 | $50,000.00 |
| **10725-02352** | JDL Trust Dtd 1/27/04 | Jack D. La Flesch Ttee.<br>6559 Water Crossing Avenue<br>Las Vegas, NV  89131 | $50,746.52 | $50,746.52 |
| **10725-00871** | John M. and Linda S. Marston | 12441 Road 44<br>Mancos, CO  81328-9213 | $51,913.56 | $51,913.56 |
| **10725-01193** | Ruby Simon | 8728 Castle View Avenue<br>Las Vegas, NV  89129-7680 | $184,000.00 | $184,000.00 |
| **10725-00511** | TDS Revocable Family Trust Dtd 9/29/98 | T. Dwight And Bonnie J. Sper Ttees<br>1005 Cypress Ridge Lane<br>Las Vegas, NV  89144-1425 | $100,000.00 | $100,000.00 |

233042.1