GLENDALE TOWER
Multiple Loan Claims

**EXHIBIT A**
Second Omnibus Objection

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Glendale Tower Loan |
|---|---|---|---|---|
| 10725-02126 | Ronald A. and Marilyn Johnson | 50 Snider Way<br>Sparks, NV  89431-6308 | $152,100.00 | $50,000.00 |
| 10725-01660 | Robert J. and Ruth Ann Kehl | Janet L. Chubb, Esq<br>Jones Vargas<br>P.O. Box 281<br>Reno, NV  89504-0281 | $12,841,680.13 | $400,000.00 |
| 10725-00800 | Gary A. Michelsen | c/o John F. Murtha, Esq.<br>P.O. Box 2311<br>Reno, NV  89505 | $543,373.00 | $50,732.00 |
| 10725-01312 | Gary A. Michelsen | John F. Murtha, Esq.<br>P.O. Box 2311<br>Reno, NV  89505 | $543,373.00 | $50,732.00 |
| 10725-00245 | Robert H. and Lynn R. Perlman Trust Dated 9/17/92 | c/o Robert H. and Lynn R. Perlman Ttees.<br>2877 Paradise Road, Unit 3501<br>Las Vegas, NV  89109-5278 | $1,187,000.00 | $50,000.00 |
| 10725-02423 | Donald H. Pinsker | 8650 West Verde Way<br>Las Vegas, NV  89149-4145 | $816,528.58 | $100,000.00 |
| 10725-01414 | Spectrum Capital LLC | 6167 Jarvis Avenue, # 304<br>Newark, CA 94560-1210 | $144,997.19 | $44,645.20 |
| 10725-02191 | TDS Revocable Family Trust Dtd 9/29/98 | T. Dwight and Bonnie J. Sper Ttees.<br>1005 Cypress Ridge Lane<br>Las Vegas, NV  89144-1425 | $889,337.00 | $100,000.00 |

233135.1