GLENDALE TOWER
Single and Multiple Loan Claims

# EXHIBIT A
## BURR DECLARATION

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Glendale Tower Loan |
|---|---|---|---|---|
| 10725-00132 | Larry and Nancy Anderson | 13250 Mahogany Drive<br>Reno, NV  89511 | $125,000.00 | $125,000.00 |
| 10725-01988 | Daniel Carlton | 4697 Hooktree Road<br>Twentynine Palms, CA  92277 | $55,000.00 | $55,000.00 |
| 10725-00018 | Brenda Falvai | 252 Paseo De Juan<br>Anaheim, CA  92807-2319 | $50,972.22 | $50,972.22 |
| 10725-00018-2 | Brenda Falvai | 252 Paseo De Juan<br>Anaheim, CA  92807-2319 | $50,972.22 | $50,972.22 |
| 10725-00286 | Patrick J. Horgan | Maupin Cox Legoy<br>Attn:  C. Jaime, Esq.<br>P.O. Box 30000<br>Reno, NV  89520 | $50,000.00 | $50,000.00 |
| 10725-02352 | JDL Trust Dtd 1/27/04 | Jack D. La Flesch Ttee.<br>6559 Water Crossing Avenue<br>Las Vegas, NV  89131 | $50,746.52 | $50,746.52 |
| 10725-02126 | Ronald A. and Marilyn Johnson | 50 Snider Way<br>Sparks, NV  89431-6308 | $152,100.00 | $50,000.00 |
| 10725-01660 | Robert J. and Ruth Ann Kehl | Janet L. Chubb, Esq<br>Jones Vargas<br>P.O. Box 281<br>Reno, NV  89504-0281 | $12,841,680.13 | $400,000.00 |
| 10725-00871 | John M. and Linda S. Marston | 12441 Road 44<br>Mancos, CO  81328-9213 | $51,913.56 | $51,913.56 |
| 10725-00800 | Gary A. Michelsen | c/o John F. Murtha, Esq.<br>P.O. Box 2311<br>Reno, NV  89505 | $543,373.00 | $50,732.00 |
| 10725-01312 | Gary A. Michelsen | John F. Murtha, Esq.<br>P.O. Box 2311<br>Reno, NV  89505 | $543,373.00 | $50,732.00 |
| 10725-00245 | Robert H. and Lynn R. Perlman Trust Dated 9/17/92 | c/o Robert H. and Lynn R. Perlman Ttees.<br>2877 Paradise Road, Unit 3501<br>Las Vegas, NV  89109-5278 | $1,187,000.00 | $50,000.00 |
| 10725-02423 | Donald H. Pinsker | 8650 West Verde Way<br>Las Vegas, NV  89149-4145 | $816,528.58 | $100,000.00 |
| 10725-01193 | Ruby Simon | 8728 Castle View Avenue<br>Las Vegas, NV  89129-7680 | $184,000.00 | $184,000.00 |
| 10725-01414 | Spectrum Capital LLC | 6167 Jarvis Avenue, # 304<br>Newark, CA 94560-1210 | $144,997.19 | $44,645.20 |

233313.1

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Glendale Tower Loan |
|---|---|---|---|---|
| **10725-00511** | TDS Revocable Family Trust Dtd 9/29/98 | T. Dwight And Bonnie J. Sper Ttees<br>1005 Cypress Ridge Lane<br>Las Vegas, NV  89144-1425 | $100,000.00 | $100,000.00 |
| **10725-02191** | TDS Revocable Family Trust Dtd 9/29/98 | T. Dwight and Bonnie J. Sper Ttees.<br>1005 Cypress Ridge Lane<br>Las Vegas, NV  89144-1425 | $889,337.00 | $100,000.00 |