E-Filed on 02/06/08

**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email: adiamond@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
Email: emadden@diamondmccarthy.com

Special Litigation Counsel for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>Debtor. | Judge Linda B. Riegle |
| In re:<br>USA SECURITIES, LLC,<br><br>Debtor. | Hearing Date: OST REQUESTED<br>for February 21, 2008 |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Hearing Time: OST REQUESTED<br>for 9:30 a.m. |

## CERTIFICATE OF SERVICE OF USACM LIQUIDATING TRUST'S
## MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY WELLS FARGO

I hereby certify that I am employee of the law firm of DIAMOND MCCARTHY LLP, and

that on the 6th day of February, 2008, a true and correct copy of the USACM LIQUIDATING

1    TRUST'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY WELLS FARGO

2    was hand-delivered to Toysha Martin at the following address: Wells Fargo Law Department,

3    S4101-142, Suite 1418, 100 W Washington, 14th Floor, Phoenix, AZ 85003.

4        I further certify that on the 6th day of February, 2008, Elisaveta Dolghih, an attorney of

5    DIAMOND MCCARTHY LLP, served a true and correct copy of the USACM LIQUIDATING

6    TRUST'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY WELLS FARGO on

7
Toysha Martin at toysha.r.martin@wellsfargo.com.

8

9

10    __/s/ Catherine A. Burrow_____
Catherine A. Burrow
Legal Assistant
11    Diamond McCarthy LLP

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26