E-Filed on 2/06/08

**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email: adiamond@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
Email: emadden@diamondmccarthy.com

Special Litigation Counsel for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>　　　　　　　　Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>　　　　　　　　Debtor. | BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>　　　　　　　　Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>　　　　　　　　Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br><br>　　　　　　　　Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

**ERRATA TO USACM LIQUIDATING TRUST'S EX PARTE MOTION FOR ORDER SHORTENING TIME TO HEAR USACM LIQUIDATING TRUST'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY WELLS FARGO**

The USACM Liquidating Trust (the "Trust"), as the successor to USA Commercial Mortgage Company ("USACM"), by and through its attorneys of record, hereby files this Errata to USACM Liquidating Trust's Ex Parte Motion for Order Shortening Time to Hear USACM Liquidating Trust's Motion to Compel Production of Documents by Wells Fargo (the "Motion") filed by the Trust on February 5, 2008 as Docket Entry 5788.

The Motion inaccurately reflects the law firm of Lewis and Roca LLP as joining in the request stated in the Motion. Lewis and Roca LLP will not pursue the relief requested in the Motion on behalf of the Trust, and all references to Lewis and Roca LLP in the Motion are removed. A corrected copy of the Motion is attached hereto.

DATED: February 6, 2008

**DIAMOND MCCARTHY LLP**

By: _____*/s/ Eric D. Madden*_____
Allan B. Diamond, TX 05801800 (pro hac vice)
Eric D. Madden, TX 24013079 (pro hac vice)
William T. Reid, IV, TX 00788817 (pro hac vice)
909 Fannin, Suite 1500
Houston, Texas 77010
(713) 333-5100 (telephone)
(713) 333-5199 (facsimile)

*Special Litigation Counsel for*
*USACM Liquidating Trust*

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of the law firm of DIAMOND MCCARTHY LLP, and that on the 6th day of February, 2008, I served a true and correct copy of the foregoing ERRATA TO USACM LIQUIDATING TRUST'S EX PARTE MOTION FOR ORDER SHORTENING TIME TO HEAR USACM LIQUIDATING TRUST'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY WELLS FARGO by electronic transmission to Wells Fargo, Attn: Toysha Martin at toysha.r.martin@wellsfargo.com.

I further certify that on the 6th day of February, 2008, a true and correct copy of the ERRATA TO USACM LIQUIDATING TRUST'S EX PARTE MOTION FOR ORDER SHORTENING TIME TO HEAR USACM LIQUIDATING TRUST'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY WELLS FARGO, with attachments, was hand-delivered to Toysha Martin at the following address: Wells Fargo Law Department, S4101-142, Suite 1418, 100 W Washington, 14th Floor, Phoenix, AZ 85003.

 /s/ Catherine A. Burrow
Catherine A. Burrow
Legal Assistant
Diamond McCarthy LLP