E-Filed on 02/05/08

**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email:  adiamond@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
Email:  emadden@diamondmccarthy.com

Special Litigation Counsel for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor. | BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br><br>Debtor. | **USACM LIQUIDATING TRUST'S EX PARTE MOTION FOR ORDER SHORTENING TIME TO HEAR USACM LIQUIDATING TRUST'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY WELLS FARGO** |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Hearing Date: OST REQUESTED for February 21, 2008<br><br>Hearing Time: OST REQUESTED for 9:30 a.m. |

The USACM Liquidating Trust (the "Trust") hereby files this Ex Parte Motion for Order Shortening Time to Hear USACM Liquidating Trust's Motion to Compel Production of Documents By Wells Fargo and in support thereof, respectfully states as following:

1. On February 5, 2008, the Trust has filed its Motion to Compel Production of Documents by Wells Fargo (the "Motion") (Docket No. 5782). The Motion is based on Wells Fargo's failure to produce all documents responsive to the Rule 2004 Subpoena for examination and production of documents (the "Subpoena") that the Trust served on Wells Fargo's on March 13, 2007.

2. Over the course of many months following the service of the Subpoena, Wells Fargo asked for numerous extensions and otherwise delayed the production while promising to cooperate and produce the documents. After producing only a fraction of the documents requested in the Subpoena, the Bank stopped the production at all.

3. The Trust now faces the deadline of April 14, 2008 – the date the statute of limitations for avoidance actions under 11 U.S.C. § 546 expires – without many key documents that Wells Fargo promised but has not produced.

4. As set forth more fully in the Motion, the documents requested in the Subpoena, include emails and correspondence that Wells Fargo's employees maintained with USACM and its related entities, as well as documents related to wires and ACH transfers. These documents, crucial to the Trust's analysis of its potential avoidance claims, and might take several weeks to collect.

5. On February 21, 2008, there is an omnibus hearing setting in front of this Court at 9:30 a.m.

6. In light of the facts described above, The Trust seeks an order from the Court shortening time to hear the Motion on February 21, 2008 at 9:30 a.m.

2. Wells Fargo will not be prejudiced by the relief requested herein because by its response to the Trust's Motion is due on February 20, 2008 – a day before the hearing. Thus,

USACM LIQUIDATING TRUST'S
EX PARTE MOTION FOR ORDER SHORTENING
TIME TO HEAR USACM LIQUIDATING TRUST'S
MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY
WELLS FARGO

127688-1

holding the hearing on February 21, 2007 will not shorten in any way the time that Wells Fargo has to respond to this Motion and brief the Court on relevant issues.

    3.    The Court can shorten notice pursuant to Federal Rule of Bankruptcy Procedure 9006(c)(1) and Bankruptcy Local Rule 9006(a).

Dated: February 6, 2008

**DIAMOND MCCARTHY LLP**

By: ___/s/ Eric D. Madden___
Allan B. Diamond, TX 05801800 (pro hac vice)
William T. Reid, IV, TX 00788817 (pro hac vice)
Eric D. Madden, TX 24013079 (pro hac vice)
909 Fannin, Suite 1500
Houston, Texas 77010
(713) 333-5100 (telephone)
(713) 333-5199 (facsimile)

*Special Counsel for USACM Liquidating Trust*

USACM LIQUIDATING TRUST'S
EX PARTE MOTION FOR ORDER SHORTENING
TIME TO HEAR USACM LIQUIDATING TRUST'S
MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY
WELLS FARGO

127688-1