E-Filed on 02/05/08

**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email: adiamond@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
Email: emadden@diamondmccarthy.com

Special Litigation Counsel for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                    Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>                    Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>                    Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>                    Debtor.<br>In re:<br>USA SECURITIES, LLC,<br><br>                    Debtor.<br>Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR<br><br>JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle<br><br><br><br>**ATTORNEY INFORMATION SHEET FOR EX PARTE MOTION FOR ORDER SHORTENING TIME TO HEAR USACM LIQUIDATING TRUST'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY WELLS FARGO**<br><br>Hearing Date: OST REQUESTED for February 21, 2008<br><br>Hearing Time: OST REQUESTED for 9:30 a.m. |

       As required by the Court under Local Bankruptcy Rule 9006, Elisaveta Dolghih, Esq., of Diamond McCarthy LLP, on behalf of Eric D. Madden, Esq., of Diamond McCarthy LLP attempted to contact the following parties, or their counsel, to advise them of the relief requested

in the Ex Parte Motion for Order Shortening Time to Hear USACM Liquidating Trust's Motion to Compel Production of Documents By Wells Fargo (the "Motion") and the proposed order. The parties agree or disagree to the time being shortened as follows:

| Name | How & When | Agree | Disagree |
|---|---|---|---|
| Ms. Toysha Martin | February 5, 2008<br>Telephone & E-mail | | Disagree |

Dated: February 6, 2008

**DIAMOND MCCARTHY LLP**

By: __/s/ Eric D. Madden_____
Allan B. Diamond, TX 05801800 (pro hac vice)
William T. Reid, IV, TX 00788817 (pro hac vice)
Eric D. Madden, TX 24013079 (pro hac vice)
909 Fannin, Suite 1500
Houston, Texas 77010
(713) 333-5100 (telephone)
(713) 333-5199 (facsimile)

*Special Litigation Counsel
for USACM Liquidating Trust*