

**Entered on Docket
February 07, 2008**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br><br>Debtor. | **ORDER SHORTENING TIME TO HEAR USACM LIQUIDATING TRUST'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY WELLS FARGO** |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Hearing Date: OST REQUESTED for February 21, 2008<br><br>Hearing Time: OST REQUESTED for 9:30 a.m. |

The Court having considered the Ex Parte Application for Order Shortening Time to Hear

USACM Liquidating Trust's Motion to Compel Production of Documents By Wells Fargo (the

"Motion") filed by the USACM Liquidating Trust (the "Trust") in the above-referenced proceeding, and good cause appearing from the motion:

IT IS HEREBY ORDERED that the Motion is granted and USACM Liquidating Trust's Motion to Compel Production of Documents By Wells Fargo shall be heard on _February 21, 2008_ at _9:30 AM._ at the United States Bankruptcy Court in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada, 89101. Following entry of this Order, counsel for the Trust shall serve a copy of this Order on all parties in interest by _February 11,_ 2008, and file a Certificate of Mailing with the Court.

IT IS FURTHER ORDERED that the deadline for parties to file and serve objections to the Motion is _February 15,_ 2008. The date for filing responses to any objections filed is _February 19,_ 2008.

130192-1

PREPARED AND SUBMITTED BY:

**DIAMOND MCCARTHY LLP**

By: ___/s/ Eric D. Madden___
Allan B. Diamond, TX 05801800 (pro hac vice)
Eric D. Madden, TX 24013079 (pro hac vice)
Erin E. Jones, TX 24032478 (pro hac vice)
909 Fannin, Suite 1500
Houston, Texas 77010
(713) 333-5100 (telephone)
(713) 333-5199 (facsimile)

*Special Litigation Counsel
for USACM Liquidating Trust*

###