**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 2/7/08

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[1]<br><br>USA SECURITIES, LLC,[2]<br>Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**WITHDRAWAL OF SEVENTH OMNIBUS OBJECTION TO PROOFS OF CLAIM BASED UPON INVESTMENT IN THE ONE POINT STREET, LLC – HFA NORTH YONKERS LOAN AS IT RELATES TO THE VOSS FAMILY TRUST CLAIM ONLY**<br><br>Date of Hearing: February 21, 2008<br>Time of Hearing: 9:30 a.m. |

The USACM Liquidating Trust ("USACM Trust") withdraws its Seventh Omnibus Objection to Proofs of Claim Based, in Whole or in Part, Upon Investment in the One Point Street, LLC - HFA North Yonkers Loan (the "North Yonkers Loan") (the "Objection") [DE 5698] as it relates to Proof of Claim No. 10725-01653 filed by the Voss

---

[1] This bankruptcy case was closed on October 12, 2007.
[2] This bankruptcy case was closed on December 26, 2007.

230065.1

LEWIS AND ROCA LLP
LAWYERS

1  Family Trust. The Voss Family Trust filed a response to the Objection [DE 5753], which
2  clarifies that the Voss Family Trust has "been paid back in full" for its investment in the
3  North Yonkers Loan and, therefore, the Voss Family Trust's claim is not based to any
4  extent upon an investment in the North Yonkers Loan. Accordingly, the USACM Trust
5  will adjust its records accordingly and withdraw the Objection to the Voss Family Trust's
6  Claim.

7  Dated: February 7, 2008.

LEWIS AND ROCA LLP

By /s/ Rob Charles (#6593)
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
John C. Hinderaker, AZ 18024 (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8398
E-mail: rcharles@lrlaw.com
*Attorneys for the USACM Liquidating Trust*

Copy of the foregoing mailed by first class
Postage prepaid U.S. mail
On February 7, 2008 to:

Voss Family Trust
Dated 10/4/99
Wolf D. and Claudia Voss, Trustees
14 Via Ambra
Newport Beach, CA 92657

/s/ Renee L. Creswell
Renee L. Creswell

230065.1

Miscellaneous:

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from CHARLES, ROB entered on 2/7/2008 at 4:10 PM PST and filed on 2/7/2008
**Case Name:** USA COMMERCIAL MORTGAGE COMPANY
**Case Number:** 06-10725-lbr
**Document Number:** 5800

**Docket Text:**
*Withdrawal of Seventh Omnibus Obejction to Proofs of Claim Based Upon Investment in the One Point Street, LLC -- HFA North Yonkers Loan as it Relates to the Voss Family Trust Claim Only* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (Related document(s)[5698] Objection to Claim, filed by Interested Party USACM LIQUIDATING TRUST, [5753] Objection, filed by Interested Party VOSS FAMILY TRUST) (CHARLES, ROB)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** H:\Make PDF\Rieger.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=2/7/2008] [FileNumber=9282500-0]
[f43141c490ddc8fa57c8e7487a793718789618a7f14f23b37d8b23637b5f4951c6a62
443fb4a275e3e5cab03ab0ea59b50282ff7a80a8997f5e9dc2897b52b4e]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, karen_lawrence@gshllp.com

NANCY L ALLF    nancy_allf@gshllp.com, karen_lawrence@gshllp.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

PETER C. BERNHARD    peter.bernhard@bullivant.com, michelle.diegel@bullivant.com

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;mjohn@bmcgroup.com