# EXHIBIT A

1688943.1



Entered on Docket
January 29, 2008

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>Debtors.<br><br>Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br><br>Date of Hearing: January 24, 2008<br>Time of Hearing: 9:30 a.m.<br><br>**ORDER SETTING DEADLINES; STATUS CONFERENCE AND TRIAL** |

1898519.1

The Objection of the USACM Liquidating Trust to Proofs of Claim filed by Spectrum Financial and Roland P. Weddell, came before the Court for consideration at the status hearing held on January 24, 2008. Good cause now appearing, it is

**ORDERED:**

- The Joint Pretrial statement of the parties shall be filed by April 11, 2008;
- Scheduling a status conference to be held on **April 17, 2008 at 10:30 a.m**. at the U.S. Bankruptcy Court, 300 Las Vegas Blvd., South, Courtroom #1, Las Vegas, Nevada.
- Setting the matter for bench trial before the Court with the first day scheduled on **April 29, 2008 at 10:00 a.m.** at the U.S. Bankruptcy Court, 300 Las Vegas Blvd., South, Courtroom #1, Las Vegas, Nevada on USA Commercial Mortgage Company's Objection to Proof of Claim No. 819 Filed by Spectrum Financial Group, LLC in the Amount of $49,581,000 and Claim No. 821 in the Amount of $13,081,000 Filed by Rolland P. Weddell [DE 2021].

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
   Susan M. Freeman
   Rob Charles
   John Hinderaker
*Attorneys for USACM Liquidating Trust*

APPROVED/DISAPPROVED:

**GUNDERSON LAW FIRM**

By: _____
Mark H. Gunderson
Laura M. Arnold
*Counsel for Spectrum Financial and Rolland P. Weddell*

1898519.1

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of approval under LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in the case.

☐ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

☒ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing, and any trustee appointed in the case, and each has approved or disapproved the order, or failed to respond, as indicated below:

Mark H. Gunderson (Approved)
*Counsel for Spectrum Financial and Rolland P. Weddell*

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
  Susan M. Freeman
  Rob Charles
*Attorneys for USACM Liquidating Trust*

1898519.1