**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 2/8/08

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[1]<br><br>USA SECURITIES, LLC,[2]<br><br>            Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**USACM TRUST'S SUPPLEMENTAL BRIEF IN SUPPORT OF EIGHTH OMNIBUS OBJECTION TO CLAIMS ASSERTING A SECURED STATUS AS THAT OBJECTION PERTAINS TO THE DUTKIN CLAIM**<br><br>Date of Hearing: February 21, 2008<br>Time of Hearing: 9:30 a.m. |
|---|---|

Still pending before the Court is the USACM Liquidating Trust's (the "USACM Trust") Eighth Omnibus Objection to Claims Asserting Secured Status (the "Objection") [DE 3147] as that Objection relates to Proof of Claim No. 10725-01395 filed by John Dutkin ("Dutkin Claim") and the USACM Trust's Motion for Summary Judgment on that

---

[1] This bankruptcy case was closed on October 12, 2007.
[2] This bankruptcy case was closed on December 26, 2007.

234246.1



Objection (the "Motion") [DE 4291].  The Court heard oral argument on the Objection and the Motion on December 20, 2007 and requested supplemental briefing on the following:

1) Are the funds that John Dutkin seeks to recover as part of his claim against USACM already at issue as part of the pending interpleader action;

2) Did the Court enter an order under which USACM could have and/or should have honored the checks written to John Dutkin that were rejected by USACM post-petition;

3) Is Dutkin's claim entitled to secured status based upon a constructive trust theory, or because USACM might have been acting as a fiduciary?

### A.    The Underlying Facts.

Shortly before USACM filed its petition, Dutkin executed three assignments that transferred his direct lender interests to third parties.  In return, he received three checks from USACM totaling $56,120.90.  Those checks bounced, however, because USACM had filed its petition by the time Dutkin deposited them.  Dutkin filed Proof of Claim 10725-01395, which asserted a secured claim for $56,120.90.

### B.    The Disputed Funds Are Already At Issue In the Interpleader.

The USACM Trust has determined that the $56,120.90 in which Dutkin claims an interest is deposited in the related interpleader action (Adv. No. 06-1146).  An excerpt from Exhibit C to the Status Report Re Disbursement of Funds In Interpleader Action e-filed on July 30, 2007 by USACM lists the three Dutkin assignments as "unresolved claims":



LEWIS AND ROCA LLP LAWYERS

[Adv. No. 06-1146, DE 139, p. 3] Also, the Status Report indicates that the funds related to these assignments and other claims totaling $323,021.51 were deposited to the Court's Registry Account. [*Id.*] Kathy Moore in the Clerk's Office has confirmed that the entire $323,021.51 is still deposited in the Court's Registry Account.

Dutkin, through his attorney George Frame, recently filed a stipulation that relates to the $6,120.90 assignment to First Trust Co. [Adv. No. 06-1167[3], DE 333] and a motion for summary judgment related to the other two assignments [Adv. No. 06-1167, DE 330]. On February 7, 2008, USACM filed a limited opposition to the motion for summary judgment, asserting only that the Court should order that the disputed funds be paid from the Registry Account and not by the Debtor. [Adv. No. 1167, DE 337].

Dutkin does not have a secured claim against USACM. If Dutkin prevails in the interpleader action, he will receive the disputed funds from the Registry Account and will have no claim against USACM. If the assignees prevail in the interpleader action, Dutkin will receive the return of his direct lender interests. In that case, he may have a general unsecured claim depending upon how the loans in which he is invested perform.

---

[3] Adv. No. 06-1167 and Adv. No. 06-1146 were consolidated by order dated September 22, 2006 [Adv. No. 06-1146, DE 30]. According to the Clerk's Office, the Registry Account relates to 06-1146.

234246.1

LEWIS AND ROCA LLP
LAWYERS

1  The Court should sustain the Objection and grant the Motion as they pertain to the
2  Dutkin Claim.
3  Dated: February 8, 2008.

LEWIS AND ROCA LLP

By /s/ Rob Charles (#6593)
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
John C. Hinderaker, AZ 18024 (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8398
E-mail: rcharles@lrlaw.com
*Attorneys for the USACM Liquidating Trust*

Copy of the foregoing mailed by first class
postage prepaid U.S. mail
on February 8, 2008 to:

George D. Frame, Esq.
Geroge D. Frame LTD.
601 Greenway Road, Suite D
Henderson, NV 89002

 /s/ Renee L. Creswell
Renee L. Creswell

234246.1