# United States Bankruptcy Court
## District of Nevada

Bankruptcy Case Number  06–10725–lbr

**Chapter 11**

In re: (Name of Debtor)
   USA COMMERCIAL MORTGAGE COMPANY
   fka USA CAPITAL
   4484 SOUTH PECOS ROAD
   LAS VEGAS, NV 89121

Social Security No.:

ORDER APPROVING VERIFIED PETITION

The Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court filed by JOSHUA J. BRUCKERHOFF is approved.

Dated: 2/8/08                                          BY THE COURT

                                                                        Mary A. Schott
                                                                        Clerk of the Bankruptcy Court

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0978-2              User: lakaswm              Page 1 of 1              Date Rcvd: Feb 08, 2008
Case: 06-10725                    Form ID: ovpbk             Total Served: 3

The following entities were served by first class mail on Feb 10, 2008.
aty          +ROB CHARLES,    LEWIS AND ROCA LLP,    3993 HOWARD HUGHES PKWY, STE 600,    LAS VEGAS, NV 89169-5996
             +JOSHUA J. BRUCKERHOFF,    DIAMOND MCCARTHY LLP,    6504 BRIDGEPOINT PARKWAY,    SUITE 400,
               AUSTIN, TX 78730-5095

The following entities were served by electronic transmission on Feb 09, 2008.
ust          +E-mail/PDF: USTPRegion17.LV.ECF@usdoj.gov Feb 09 2008 06:46:50      U.S. TRUSTEE - LV - 11,
               300 LAS VEGAS BOULEVARD S.,    SUITE 4300,    LAS VEGAS, NV 89101-5803
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 10, 2008**          **Signature:** _Joseph Speetjens_