ASHBY
Single Loan Claims

# EXHIBIT A
## FIRST OMNIBUS OBJECTION

| Claim | Name | Address | Total Claim Amount | Amount Subject to Objection Because it Relates to an Investment In the Ashby Loan |
|---|---|---|---|---|
| 10725-00283 | John J. Douglass | 1951 Quail Creek Court<br>Reno, NV  89509-0671 | $200,000.00 | $200,000.00 |
| 10725-00239 | Harold Epstein Revocable Living Trust Dtd. 2/14/91 | c/o Harold Epstein Trustee<br>40 West 3rd Avenue Apt. 703<br>San Mateo, CA  94402-7117 | $50,000.00 | $50,000.00 |
| 10725-00353 | John T. Mrasz Ent. Inc. Defined Benefit Plan Dtd. 5/86 | c/o John T. and Janet Mrasz Ttees.<br>10015 Barling Street<br>Shadow Hills, CA  91040-1512 | $200,000.00 | $200,000.00 |
| 10725-00232 | Gordon and Shirley Murray | 8100 Sunset Cove Drive<br>Las Vegas, NV  89128-7714 | $100,000.00 | $100,000.00 |
| 10725-00971 | Noxon Family Trust | c/o Arthur G. and Joan Noxon Ttees.<br>2657 Windmill Parkway #197<br>Henderson, NV  89074-3384 | $50,000.00 | $50,000.00 |
| 10725-00507 | TDS Revocable Family Trust Dtd. 9/29/98 | T. Dwight and Bonnie J. Sper Ttees.<br>1005 Cypress Ridge Lane<br>Las Vegas, NV  89144-1425 | $50,000.00 | $50,000.00 |

233503.1