ASHBY
Multiple Loan Claims

# EXHIBIT A
## SECOND OMNIBUS OBJECTION

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Ashby Loan |
|---|---|---|---|---|
| 10725-00594 | Amberway Equities LLC | 14400 Morning Mountain Way Alpharetta, GA  30004-4521 | $100,000.00 | $50,000.00 |
| 10725-00153 | APG Trust Dated 7/5/00 | c/o Alex G. Gassiot Ttee. 3710 Clover Way Reno, NV  89509 | $250,260.00 | $75,000.00 |
| 10725-02382 | Essaff Family Trust Dtd. 6/18/02 | Robert and Cindy H. Essaff Ttees. 2860 Heybourne Road Minden, NV  89423 | $1,599,184.01 | $100,000.00 |
| 10725-00801 | Freedom Properties Inc. | 1820 Star Pine Court Reno, NV  89523-4807 | $450,000.00 | $100,000.00 |
| 10725-01660 | Robert J. and Ruth Ann Kehl | Janet L. Chubb, Esq. Jones Vargas P.O. Box 281 Reno, NV  89504-0281 | $12,841,680.13 | $1,000,000.00 |
| 10725-02433 | Michaelian Holdings LLC | 413 Canyon Greens Drive Las Vegas, NV  89144-0829 | $1,267,075.50 | $75,000.00 |
| 10725-01208 | Pete Monighetti | 6515 Frankie Lane Prunedale, CA  93907 | $1,509,963.55 | $50,000.00 |
| 10725-00245 | Robert H. and Lynn R. Perlman Trust Dated 9/17/92 | c/o Robert H. and Lynn R. Perlman Ttees. 2877 Paradise Road, Unit 3501 Las Vegas, NV  89109-5278 | $1,187,000.00 | $50,000.00 |
| 10725-02071 | Robert R. Rodriguez | 2809 Easy Street Placerville, CA  95667-3906 | $329,977.39 | $100,000.00 |
| 10725-02191 | TDS Revocable Family Trust Dtd. 9/29/98 | T. Dwight and Bonnie J. Sper Ttees. 1005 Cypress Ridge Lane Las Vegas, NV  89144-1425 | $889,337.00 | $50,000.00 |

234082.1