ASHBY
Multiple Loan Claims

# EXHIBIT A
## THIRD OMNIBUS OBJECTION

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Ashby Loan |
|---|---|---|---|---|
| 10725-01169 | Donald S. Tomlin | Donald S. and Dorothy R. Tomlin Ttee. 7145 Beverly Glen Avenue Las Vegas, NV 89110-4228 | $2,779,806.00 | $100,000.00 |
| 10725-01083 | Robert W. Ulm Living Trust Dated 4/11/05 | c/o Robert W. Ulm Trustee 414 Morning Glory Road Saint Marys, GA 31558-4139 | Contingent/ Unliquidated | Contingent/ Unliquidated |
| 10725-02088 | Robert W. Ulm Living Trust Dtd. 4/11/05 | Robert W. Ulm Ttee. 414 Morning Glory Road St. Marys, GA 31558 | $688,165.00 | $50,000.00 |
| 10725-02089 | Robert W. Ulm | 414 Morning Glory Road St. Marys, GA 31558 | Contingent/ Unliquidated | Contingent/ Unliquidated |
| 10725-02163 | Marietta Voglis | 201 East 79th Street, Apt. 17A New York, NY 10021-0844 | $724,292.85 | $50,000.00 |
| 10725-01653 | Voss Family Trust Dtd. 10/4/ 99 | Voss, Wolf & Claudia Ttees 14 Via Ambra Newport Beach, CA 92657 | $346,662.00 | $32,500.00 |
| 10725-02559 | Voss Family Trust Dtd. 10/4/ 99 | Wolf and Claudia Voss Ttees. 14 Via Ambra Newport Beach, CA 92657 | $346,662.00 | $130,000.00 |

234083.1