ASHBY

# EXHIBIT A
BURR DECLARATION

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Ashby Loan |
|---|---|---|---|---|
| **10725-00594** | Amberway Equities LLC | 14400 Morning Mountain Way Alpharetta, GA 30004-4521 | $100,000.00 | $50,000.00 |
| **10725-00153** | APG Trust Dated 7/5/00 | c/o Alex G. Gassiot Ttee. 3710 Clover Way Reno, NV 89509 | $250,260.00 | $75,000.00 |
| **10725-00283** | John J. Douglass | 1951 Quail Creek Court Reno, NV 89509-0671 | $200,000.00 | $200,00.00 |
| **10725-00239** | Harold Epstein Revocable Living Trust Dtd. 2/14/91 | c/o Harold Epstein Trustee 40 West 3rd Avenue Apt. 703 San Mateo, CA 94402-7117 | $50,000.00 | $50,000.00 |
| **10725-02382** | Essaff Family Trust Dtd. 6/18/02 | Robert and Cindy H. Essaff Ttees. 2860 Heybourne Road Minden, NV 89423 | $1,599,184.01 | $100,000.00 |
| **10725-00801** | Freedom Properties Inc. | 1820 Star Pine Court Reno, NV 89523-4807 | $450,000.00 | $100,000.00 |
| **10725-01660** | Robert J. and Ruth Ann Kehl | Janet L. Chubb, Esq. Jones Vargas P.O. Box 281 Reno, NV 89504-0281 | $12,841,680.13 | $1,000,000.00 |
| **10725-02433** | Michaelian Holdings LLC | 413 Canyon Greens Drive Las Vegas, NV 89144-0829 | $1,267,075.50 | $75,000.00 |
| **10725-01208** | Pete Monighetti | 6515 Frankie Lane Prunedale, CA 93907 | $1,509,963.55 | $50,000.00 |
| **10725-00353** | John T. Mrasz Ent. Inc. Defined Benefit Plan Dtd. 5/86 | c/o John T. and Janet Mrasz Ttees. 10015 Barling Street Shadow Hills, CA 91040-1512 | $200,000.00 | $200,000.00 |
| **10725-00232** | Gordon and Shirley Murray | 8100 Sunset Cove Drive Las Vegas, NV 89128-7714 | $100,000.00 | $100,000.00 |
| **10725-00971** | Noxon Family Trust | c/o Arthur G. and Joan Noxon Ttees. 2657 Windmill Parkway #197 Henderson, NV 89074-3384 | $50,000.00 | $50,000.00 |
| **10725-00245** | Robert H. and Lynn R. Perlman Trust Dated 9/17/92 | c/o Robert H. and Lynn R. Perlman Ttees. 2877 Paradise Road, Unit 3501 Las Vegas, NV 89109-5278 | $1,187,000.00 | $50,000.00 |
| **10725-02071** | Robert R. Rodriguez | 2809 Easy Street Placerville, CA 95667-3906 | $329,977.39 | $100,000.00 |
| **10725-02191** | TDS Revocable Family Trust Dtd. 9/29/98 | T. Dwight and Bonnie J. Sper Ttees. 1005 Cypress Ridge Lane Las Vegas, NV 89144-1425 | $889,337.00 | $50,000.00 |

234074.1

ASHBY

# EXHIBIT A
BURR DECLARATION

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Ashby Loan |
|---|---|---|---|---|
| **10725-00507** | TDS Revocable Family Trust Dtd. 9/29/98 | T. Dwight and Bonnie J. Sper Ttees. 1005 Cypress Ridge Lane Las Vegas, NV 89144-1425 | $50,000.00 | $50,000.00 |
| **10725-01169** | Donald S. Tomlin | Donald S. and Dorothy R. Tomlin Ttee. 7145 Beverly Glen Avenue Las Vegas, NV 89110-4228 | $2,779,806.00 | $100,000.00 |
| **10725-01083** | Robert W. Ulm Living Trust Dated 4/11/05 | c/o Robert W. Ulm Trustee 414 Morning Glory Road Saint Marys, GA 31558-4139 | Contingent/ Unliquidated | Contingent/ Unliquidated |
| **10725-02088** | Robert W. Ulm Living Trust Dtd. 4/11/05 | Robert W. Ulm Ttee. 414 Morning Glory Road St. Marys, GA 31558 | $688,165.00 | $50,000.00 |
| **10725-02089** | Robert W. Ulm | 414 Morning Glory Road St. Marys, GA 31558 | Contingent/ Unliquidated | Contingent/ Unliquidated |
| **10725-02163** | Marietta Voglis | 201 East 79th Street, Apt. 17A New York, NY 10021-0844 | $724,292.85 | $50,000.00 |
| **10725-01653** | Voss Family Trust Dtd. 10/4/99 | Voss, Wolf & Claudia Ttees 14 Via Ambra Newport Beach, CA 92657 | $346,662.00 | $32,500.00 |
| **10725-02559** | Voss Family Trust Dtd. 10/4/99 | Wolf and Claudia Voss Ttees. 14 Via Ambra Newport Beach, CA 92657 | $346,662.00 | $130,000.00 |

2

234074.1