ORIGINAL

RECEIVED
AND FILED

2008 FEB 11 PM 3: 42

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

D.G. MENCHETTI, ESQ.
Nevada State Bar # 1675
D.G. MENCHETTI, LTD.
Post Office Box 7100
Incline Village, Nevada 89452
Telephone: 775-831-0326
Facsimile: 775-831-1404
Attorney for D.G. Menchetti Pension Plan

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725-LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC | **RESPONSE TO OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED UPON INVESTMENT IN THE ONE POINT STREET, LLC-HFA NORTH YONKERS LOAN; and CERTIFICATE OF SERVICE** |
| USA SECURITIES, LLC, | |
| Debtors. | |
| Affects: USA Commercial Mortgage Company | Date of Hearing: February 21, 2008 |
| | Time of Hearing: 9:30 a.m. |

In response to the Objection filed by USACM LIQUIDATION TRUST, attached are statements reflecting the sums due and owing of $204,379.00.

RESPECTFULLY SUBMITTED this ___ day of February, 2008.

D.G. MENCHETTI, LTD.

_____
D.G. MENCHETTI, ESQ./NVSB#1675
Attorney for D. G. MENCHETTI, LTD.
PENSION PLAN

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of D. G. MENCHETTI, LTD., and that on this date I caused a true and correct copy of the foregoing, via first-class postage prepaid U.S. Mail as follows:

> Susan M. Freeman, Esq.
> Rob Charles, Esq.
> John C. Hinderaker, Esq.
> 3993 Howard Hughes Parkway, Suite 600
> Las Vegas, Nevada 89169

DATED: February 8, 2008.



# USA Commerical Mortgage Company ("USA")
as Loan Servicing Agent for
## HFA- North Yonkers
as of June 30, 2006

| | |
|---|---|
| Vesting Name: | D. G. Menchetti Trustee of the D. G. Menchetti LTD Pension Plan |
| Address: | D G MENCHETTI LTD PENSION PLAN<br>C/O D G MENCHETTI TRUSTEE<br>PO BOX 7100<br>INCLINE VILLAGE, NV 89452-7100 |
| Client ID: | 713 |
| Performance Evaluation: | Non-Performing |

| | |
|---|---:|
| 1. Original Principal Investment | $200,000 |
| 2. Principal Investment Assigned Out | 0 |
| 3. Net Principal Investment | $200,000 |
| 4. Principal Payments Made by Borrower to USA | $200,000 |
| 5. Principal Payments Remitted by USA to Lender | 0 |
| 6. Principal Payments Unremitted by USA to Lender | $200,000 |
| 7. Interest Paid to USA by Borrower, net of service fee | $32,246 |
| 8. Interest Remitted or Advanced by USA to Lender | 27,867 |
| 9. Interest Due to (from) Lender | $4,379 |
| 10. Unremitted Principal held in Collection Account | $200,000 |
| 11. Interest Due to (from) Lender | 4,379 |
| 12. Net Amount Currently Due to (from) Lender | $204,379 |
| 13. Unremitted Principal not held in Collection Account | $0 |
| 14. Interest Unpaid to USA by Borrower, net of service fee | $0 |

This statement is provided for information purposes only and is intended for the sole benefit of the named vested party. This statement is not intended to represent a loan payoff quote. USA reserves the right to update and supplement this statement.

This statement is provided for information purposes only and is intended for the sole benefit of the named vested party. This statement is not intended to represent a loan payoff quote. USA reserves the right to update and supplement this statement.

Prepared by MFIM, LLC    THIS STATEMENT REFLECTS THE STATUS THROUGH JUNE 30, 2006.

**USA Commerical Mortgage Company**
as Loan Servicing Agent for Loans Listed Below
**Loan Summary for Client ID 713**

## Individual Investments

**Vesting Name:** D. G. Menchetti Trustee of the D. G. Menchetti LTD Pension Plan

**Address:** D G MENCHETTI LTD PENSION PLAN
C/O D G MENCHETTI TRUSTEE
PO BOX 7100
INCLINE VILLAGE, NV 89452-7100

| Loan Name | Dates | Performance Evaluation | Original Investment | Current Investment | Principal Due to (from Investor) USA CMC | Interest Due to (from Investor) USA CMC | Total Due to (from Investor) |
|---|---|---|---|---|---|---|---|
| IIFA- North Yonkers | 01/13/05 - 06/30/06 | Non-Performing | $200,000 | $0 | $200,000 | $4,379 | $204,379 |
| Eagle Meadows Development | 10/24/05 - 06/30/06 | Non-Performing | $125,000 | $125,000 | $0 | $2,733 | $2,733 |
| | | Totals: | $325,000 | $125,000 | $200,000 | $7,112 | $207,112 |

This statement is provided for information purposes only and is intended for the sole benefit of the named vested party. This statement is not intended to represent a loan payoff quote. USA reserves the right to update and supplement this statement.

Prepared by MFIM, LLC                    THIS STATEMENT REFLECTS THE STATUS THROUGH JUNE 30, 2006.