FIESTA/BEAUMONT
Single Loan Claims

# EXHIBIT A
FIRST OMNIBUS OBJECTION

| Claim | Name | Address | Total Claim Amount | Amount Subject to Objection Because it Relates to an Investment In the Fiesta - Beaumont Loan |
|---|---|---|---|---|
| 10725-02300 | Dewhurst Family Trust | P.O. Box 6836<br>Incline Village, NV  89450 | $100,000.00 | $100,000.00 |
| 10725-02242 | McQuerry Family Trust | William McQuerry<br>318 Singing Brook Circle<br>Santa Rose, CA  95409-6483 | $49,968.89 | $49,968.89 |

232976.1