E-Filed on 02/12/08

**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email: adiamond@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
Email: emadden@diamondmccarthy.com

Special Litigation Counsel for USACM Liquidating Trust

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Telephone (702) 949-8320
Facsimile  (702) 949-8321

Susan M. Freeman, AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles, NV State Bar No. 006593
Email: rcharles@lrlaw.com

Counsel for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor. | BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>Debtor. | **USACM LIQUIDATING TRUST'S EX PARTE MOTION FOR ORDER SHORTENING TIME TO HEAR MOTION TO COMPEL HOMES FOR AMERICA HOLDINGS, INC. ("HFAH"); ONE POINT STREET, INC.; COLT GATEWAY, LLC; HFAH CLEAR LAKE, LLC; ST. TROPEZ-HOMES FOR AMERICA HOLDINGS, LLC F/K/A RIVIERA-HFAH, LLC; ST. CHARLES TOWNHOMES PARTNERS, LP; BEAU RIVAGE HOMES FOR AMERICA, LLC; ST. CHARLES HOMES FOR AMERICA, INC.; RIVIERA-HOMES FOR AMERICA HOLDINGS, LLC F/K/A ST. RAPHEAL-HOMES FOR AMERICA, LLC; AND MEDITERRANEE-HFA, LLC** |
| In re:<br>USA SECURITIES, LLC,<br><br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

| | |
|---|---|
| | **F/K/A HFAH-MONACO, LLC TO COMPLY WITH SUBPOENAS FOR PRODUCTION OF DOCUMENTS**<br><br>Hearing Date: OST REQUESTED for February 21, 2008.<br><br>Hearing Time: OST REQUESTED for 9:30 AM |

The USACM Liquidating Trust (the "USACM Trust") hereby files this Ex Parte Motion for Order Shortening Time to Hear USACM Liquidating Trust's Motion to Compel Homes for America Holdings, Inc. ("HFAH"); One Point Street, Inc.; Colt Gateway, LLC; HFAH Clear Lake, LLC; St. Tropez-Homes for America Holdings, LLC f/k/a Riviera-HFAH, LLC; St. Charles Homes for America, Inc.; St. Charles Townhomes Partners, LP; Beau Rivage Homes for America, LLC; St. Charles Homes for America, Inc.; Riviera-Homes for America Holdings, LLC f/k/a St. Rapheal-Homes for America, LLC; and Mediterranee-HFA, LLC f/k/a/ HFAH-Monaco, LLC to Comply With Subpoenas for the Production of Documents and in support thereof, respectfully states as following:

1.     On February 12, 2008, the USACM Trust filed its Motion to Compel Homes for America Holdings, Inc. ("HFAH"); One Point Street, Inc.; Colt Gateway, LLC; HFAH Clear Lake, LLC; St. Tropez-Homes for America Holdings, LLC f/k/a Riviera-HFAH, LLC; St. Charles Homes for America, Inc.; St. Charles Townhomes Partners, LP; Beau Rivage Homes for America, LLC; St. Charles Homes for America, Inc.; Riviera-Homes for America Holdings, LLC f/k/a St. Rapheal-Homes for America, LLC; and Mediterranee-HFA, LLC f/k/a/ HFAH-Monaco, LLC to Comply With Subpoenas for the Production of Documents (the "Motion") (Docket No.5823). The Motion is based on HFAH and HFAH Affiliates failure to produce all documents responsive to the various subpoenas served on them in August 2007 (collectively, the "Subpoenas").

130751_1.DOC

2. Over the course of several months following the service of the Subpoenas, HFAH and HFAH Affiliates asked for numerous extensions and otherwise delayed the production. During this time period, HFAH and HFAH Affiliates have only produced a fraction of the responsive documents that they possess.

3. On April 13, 2008, the statutory tolling period of the statutes of limitations for the USACM Trusts' various potential claims, including avoidance actions, expires. The USACM Trust now faces this deadline without many key documents that HFAH and the HFAH Affiliates possess. In analyzing what claims to file before this deadline, the USACM Trust expects that it will require a significant amount of time to review the as of yet un-produced universe of documents evidencing the dozens of loans and other advances of millions of dollars from USACM and related entities to HFAH and the HFAH Affiliates.

4. As set forth more fully in the Motion, the documents requested in the Subpoenas, include accounting records, bank records, and other supporting documents that evidence the millions of dollars of loans and other advances from USACM and related entities to HFAH and the HFAH Affiliates. These documents are crucial to the USACM Trust's analysis of its potential avoidance claims and other causes of action.

5. On February 21, 2008, there is an omnibus hearing setting in front of this Court at 9:30 a.m.

6. In light of the facts described above, The Trust seeks an order from the Court shortening time to hear the Motion on February 21, 2008 at 9:30 a.m.

7. The Court can shorten notice pursuant to Federal Rule of Bankruptcy Procedure 9006(c)(1) and Bankruptcy Local Rule 9006(a).

130751_1.DOC

1 | Dated:  February 12, 2008

2 | **DIAMOND MCCARTHY LLP**  **LEWIS AND ROCA LLP**

By: ___*/s/ Michael J. Yoder*___   By: ___*/s/ Rob Charles*___
Allan B. Diamond, TX 05801800 (pro hac vice)   Susan M. Freeman, AZ 4199 (pro hac vice)
William T. Reid, IV, TX 00788817 (pro hac vice)   Rob Charles, NV 6593
Eric D. Madden, TX 24013079 (pro hac vice)   3993 Howard Hughes Parkway, Suite 600
Michael J. Yoder, TX 24056572 (pro hac vice)   Las Vegas, Nevada  89169-5996
909 Fannin, Suite 1500   (702) 949-8320(telephone)
Houston, Texas 77010   (702) 949-8321(facsimile)
(713) 333-5100 (telephone)
(713) 333-5199 (facsimile)

*Special Litigation Counsel for*   *Counsel for USACM Liquidating Trust*
*USACM Liquidating Trust*

130751_1.DOC

**CERTIFICATE OF SERVICE**

I hereby certify that I am employee of the law firm of DIAMOND MCCARTHY LLP, and that on the 12TH day of February 2008, a true and correct copy of the USACM LIQUIDATING TRUST'S EX PARTE MOTION FOR ORDER SHORTENING TIME TO HEAR MOTION TO COMPEL HOMES FOR AMERICA HOLDINGS, INC. ("HFAH"); ONE POINT STREET, INC.; COLT GATEWAY, LLC; HFAH CLEAR LAKE, LLC; ST. TROPEZ-HOMES FOR AMERICA HOLDINGS, LLC F/K/A RIVIERA-HFAH, LLC; ST. CHARLES TOWNHOMES PARTNERS, LP; BEAU RIVAGE HOMES FOR AMERICA, LLC; ST. CHARLES HOMES FOR AMERICA, INC.; RIVIERA- HOMES FOR AMERICA HOLDINGS, LLC F/K/A ST. RAPHEAL-HOMES FOR AMERICA, LLC; AND MEDITERRANEE-HFA, LLC F/K/A HFAH-MONACO, LLC TO COMPLY WITH SUBPOENAS FOR PRODUCTION OF DOCUMENTS was served by electronic and facsimile delivery to Marc N. Parry, counsel for HFAH and the HFA entities at 917-206-4376, .mparry@mosessinger.com.

  /s/  Catherine A. Burrow
Catherine A. Burrow
Legal Assistant
Diamond McCarthy LLP

130751_1.DOC