FIESTA/BEAUMONT

# EXHIBIT A
BURR DECLARATION

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Fiesta - Beaumont Loan |
|---|---|---|---|---|
| **10725-02212** | Jillian Campbell and Patsy Rieger Jt. Ten. | 2024 Douglas Road<br>Stockton, CA  95207 | $39,296.06 | $35,000.00 |
| **10725-02059** | Jack R. Clark and Linda C. Reid Jt. Ten. | 9900 Wilbur May Pkwy #4701<br>Reno, NV  89521-3089 | $891,016.03 | $50,000.00 |
| **10725-02300** | Dewhurst Family Trust | P.O. Box 6836<br>Incline Village, NV  89450 | $100,000.00 | $100,000.00 |
| **10725-02057** | Lindsey H. Kesler, Jr. IRA | First Savings Bank Custodian<br>4847 Damon Circle<br>Salt Lake City, UT  84117 | $258,784.59 | $50,000.00 |
| **10725-02060** | Charles R. and Jean Maraden Family Trust Dtd. 12/16/03 | Charles And Jean Maraden Ttees<br>12585 Creek Crest Drive<br>Reno, NV  89511 | $101,311.23 | $50,000.00 |
| **10725-02242** | McQuerry Family Trust | William McQuerry<br>318 Singing Brook Circle<br>Santa Rose, CA  95409-6483 | $49,968.89 | $49,968.89 |
| **10725-00245** | Robert H. and Lynn R. Perlman Trust Dated 9/17/92 | c/o Robert H. and Lynn R. Perlman Ttees<br>2877 Paradise Road Unit 3501<br>Las Vegas, NV  89109-5278 | $1,187,000.00 | $50,000.00 |
| **10725-01256** | Gary Topp | P.O. Box 3008<br>Grass Valley, CA  95945 | $425,000.00 | $50,000.00 |
| **10725-01258** | Gary Topp | P.O. Box 3008<br>Grass Valley, CA  95945 | $4394.44 | $466.67 |

234204.1