GREGORY A. BROWER
United States Attorney
District of Nevada
Nevada State Bar No. 5232

CARLOS A. GONZALEZ
Assistant United States Attorney
333 Las Vegas Blvd. So., #5000
Las Vegas, Nevada  89101
Ph: (702) 388-6336
Fax: (702) 388-6787
E-mail: Carlos.Gonzalez2@usdoj.gov

Attorneys for the United States.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                           Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                           Debtor. | Case No. BK-S-06-10729 LBR<br><br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST<br>DEED FUND, LLC,<br>                                                           Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                           Debtor. | **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY** |
| In re:<br>USA SECURITIES, LLC,<br>                                                           Debtor. | (No Hearing Required) |
| Affects:<br>☐ All Debtors<br>X USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

The United States of America, by and through the United States Attorney for the District of Nevada, and pursuant to LR 1A 10-3, respectfully requests that the Court permit Mr. James L. Eggeman to practice before the Court in all matters relating to the above-captioned case.

1   Mr. Eggeman, Assistant Chief Counsel, is an attorney with the Pension Benefit Guaranty
2 Corporation, an agency of the federal government, located at 1200 K Street, N.W., Washington,
3 D.C. 20005.
4   Mr. Eggeman is a member in good standing of the bar of Virginia (Bar No. 37101).
5   Accordingly, the United States respectfully requests that an order be issued allowing Mr.
6 Eggeman to practice before the Court in this case.
7   DATED this 12th day of February, 2008.

Respectfully submitted,

GREGORY A. BROWER
United States Attorney


"/s/" CARLOS A. GONZALEZ
Assistant United States Attorney