GREGORY A. BROWER
United States Attorney
District of Nevada
Nevada State Bar No. 5232

CARLOS A. GONZALEZ
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
E-mail: Carlos.Gonzalez2@usdoj.gov

Attorneys for the United States

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>X USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

## DECLARATION OF JAMES L. EGGEMAN

I, JAMES L. EGGEMAN, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an attorney with the Pension Benefit Guaranty Corporation ("PBGC"), an agency of the federal government. In this capacity, I am assigned to represent PBGC in these bankruptcy proceedings.

2. I am a member in good standing of the bar of Virginia (Bar No. 37101).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 12 day of February, 2008 at Washington, DC.

JAMES L. EGGEMAN
Attorney