GREGORY A. BROWER
United States Attorney
District of Nevada
Nevada State Bar No. 5232

CARLOS A. GONZALEZ
Assistant United States Attorney
333 Las Vegas Blvd. So., #5000
Las Vegas, Nevada 89101
Ph: (702) 388-6336
Fax: (702) 388-6787
E-mail: Carlos.Gonzalez2@usdoj.gov
Attorneys for the United States.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　　　　　　　　　　　　　Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　　　　　　　　　　　　Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST<br>DEED FUND, LLC,<br>　　　　　　　　　　　　　　　Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　　　　　　　　　　　　　Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>　　　　　　　　　　　　　　　Debtor. | |
| Affects:<br>☐ All Debtors<br>X USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

**ORDER GRANTING MOTION TO PERMIT APPEARANCE
OF GOVERNMENT ATTORNEYS**

This matter comes before the Court pursuant to LR 1A 10-3, and the United States' Motion to Permit Appearance of Government Attorney, which seeks an order allowing Mr. James L. Eggeman to appear before this Court representing the Pension Benefit Guaranty Corporation in the above-captioned case.

Mr. Eggeman, Assistant Chief Counsel, is an attorney with the Pension Benefit Guaranty Corporation, an agency of the federal government, located at 1200 K Street, N.W., Washington, D.C. 20005.

Mr. Eggeman is a member in good standing of the bar of Virginia (Bar No. 37101).

It is therefore ORDERED that Mr. Eggeman be admitted to appear before the Court for the purpose indicated in the United States' Motion.

IT IS SO ORDERED.

_____
UNITED STATES BANKRUPTCY JUDGE

DATED: _____

Prepared by:

GREGORY A. BROWER
United States Attorney

"/s/" CARLOS A. GONZALEZ
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, NV 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787