E-Filed on 02/13/08

**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email: adiamond@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
Email: emadden@diamondmccarthy.com

Special Litigation Counsel for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>          Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>          Debtor. | BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>          Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>          Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br><br>          Debtor. | **USACM LIQUIDATING TRUST'S MOTION TO APPEAR WITHOUT LOCAL COUNSEL AT THE HEARING ON THE MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY WELLS FARGO** |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | [No Hearing Required] |

On February 5, 2008, the USACM Liquidating Trust (the "Trust") filed a Motion to Compel Production of Documents by Wells Fargo (the "Motion") (Docket No. 5782). After the Motion was filed, the Trust was notified by its local counsel – Lewis and Roca LLP – that Wells Fargo was one of Lewis and Roca LLP's clients, and, therefore, the local

counsel had a conflict of interest that prevented it from joining in the request stated in the Motion.  As a result, on February 6, 2008, the Trust filed its Errata to USACM Liquidating Trust's Motion to Compel Production of Documents by Wells Fargo in which it removed any references to Lewis and Roca LLP as the counsel pursuing the relief requested in the Motion. (Docket No. 5792)   The Trust also filed an Errata to USACM's Liquidating Trust's Motion for Order Shortening Time removing any references to the local counsel with respect to that motion. (Docket No. 5793)  The notice of both Erratas has been provided to Wells Fargo.

Each of the Diamond McCarthy attorneys appearing in this case have obtained this Court's leave to appear pursuant to the Local District Court's rules and the rules of this Court.  Under those rules, this Court has discretion to waive the requirement that counsel appearing on a limited basis associate with local counsel as co-counsel.  Because of the breadth of the USA Commercial Mortgage Company related cases, it is literally impossible to find counsel that regularly appears before this Court, who do not have a conflict, to serve as local counsel.  Retaining local counsel unfamiliar with this Court and its Local Rules would not serve the purposes of the requirement of local counsel as envisioned by the Local Rules.  Accordingly, there is good cause here to waive the requirement of local counsel.

Currently, the Motion is scheduled for the hearing in front of this Court on February 21, 2008 at 9:30 a.m.  The Trust respectfully requests that the Court allow the Trust to proceed at the hearing without the presence of local counsel.  The Trust further believes that this is a matter that may be considered by the Court on an *ex parte* basis and accordingly has submitted a proposed form of order.

USACM LIQUIDATING TRUST'S
MOTION TO APPEAR WITHOUT LOCAL COUNSEL AT
THE HEARING ON THE MOTION TO COMPEL PRODUCTION
OF DOCUMENTS FROM WELLS FARGO

127688-1

Dated:  February 13, 2008

**DIAMOND MCCARTHY LLP**

By: __/s/ Eric D. Madden_____
Allan B. Diamond, TX 05801800 (pro hac vice)
William T. Reid, IV, TX 00788817 (pro hac vice)
Eric D. Madden, TX 24013079 (pro hac vice)
909 Fannin, Suite 1500
Houston, Texas 77010
(713) 333-5100 (telephone)
(713) 333-5199 (facsimile)

*Special Litigation Counsel
for USACM Liquidating Trust*

USACM LIQUIDATING TRUST'S
MOTION TO APPEAR WITHOUT LOCAL COUNSEL AT
THE HEARING ON THE MOTION TO COMPEL PRODUCTION
OF DOCUMENTS FROM WELLS FARGO

127688-1