J JIREH'S
Multiple Loan Claim

# EXHIBIT A
## FIRST OMNIBUS OBJECTION

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the J Jireh's Loan |
|---|---|---|---|---|
| 10725-00650 | Alamo Family Trust DTD 12/30/86 | c/o Antonio C. Alamo Trustee 85 Ventana Canyon Drive Las Vegas, NV  89113 | $1,500,000.00 | $200,000.00 |
| 10725-02130 | Suzanne L. Arbogast | 1005 West Buffinglon Street Upland, CA  91784 | $229,794.79 | $100,000.00 |
| 10725-02128 | Burgarello Inc. Profit Sharing Plan | c/o Ronald A Johnson TTEE 50 Snider Way Sparks,NV  89431-6308 | $202,800.00 | $50,000.00 |
| 10725-02263 | Burgarello Inc. Profit Sharing Plan | Ronald A. Johnson TTEE 50 Snider Way Sparks, NV  89431-6308 | $202,800.00 | $50,000.00 |
| 10725-02129 | Cibb Inc. Pension Plan | Ronald A.Johnson TTEE 50 Snider Way Sparks,NV  89431 | $202,800.00 | $50,000.00 |
| 10725-02261 | Cibb Inc. Pension Plan | Ronald A, Johnson TTEE 50 Snider Way Sparks, NV  89431 | $202,800.00 | $50,000.00 |
| 10725-00231 | Donald P. Clark Family Trust DTD 10/25/94 | c/o Donald P. Clark Trustee 305 West Moana Lane Reno, NV  89509-4924 | $709,011.56 | $50,000.00 |
| 10725-01601 | Donald Clark | 305 West Moana Lane Reno, NV  89509 | $775,918.76 | $54,708.90 |
| 10725-02059 | Jack R. Clark and Linda C. Reid JT TEN | 9900 Wilbur May Pkwy #4701 Reno, NV  89521-3089 | $891,016.03 | $100,000.00 |
| 10725-00092 | James Corison | P.O. Box 21214 Riverside, CA  92516 | $1,023,000.00 | $50,000.00 |

234135.1