J JIREH'S
Multiple Loan Claim

# EXHIBIT A
SECOND OMNIBUS OBJECTION

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the J Jireh's Loan |
|---|---|---|---|---|
| **10725-00297** | Michael Donahue | 1795 Newhall Avenue<br>Cambria, CA  93428-5507 | $250,000.00 | $50,000.00 |
| **10725-02144** | Michael S. Freedus DDS PC Defined Benefit Pension P | 2535 Lake Road<br>Delanson, NY  12053 | $251,370.92 | $50,000.00 |
| **10725-02404** | Eric B. and Linda P. Freedus JT TEN | 5008 Nighthawk Way<br>Oceanside, CA  92056 | $304,419.00 | $50,000.00 |
| **10725-02286** | John A. M. Handal | 3575 Siskiyou Court<br>Hayward, CA  94542 | $711,472.73 | $100,000.00 |
| **10725-02058** | Suze Harrington | 2131 Connor Park Cv<br>Salt Lake City, UT  84109-2468 | $304,534.25 | $50,000.00 |
| **10725-02042** | Herd Family Trust DTD 4/23/99 | c/o Allen and Marilyn Herd TTEES<br>598 Alawa Place<br>Angels Camp, CA  95222-9768 | $303,044.51 | $100,000.00 |
| **10725-00500** | Everett H. Johnston Family Trust DTD 1/24/90 | c/o Everett H. Johnston Trustee<br>P.O. Box 3605<br>Incline Village, NV  89450-3605 | $668,305.12 | $100,000.00 |
| **10725-02127** | Phyllis Johnson | c/o Ron Johnson<br>P.O. Box 27<br>Reno, NV  89504 | $101,400.00 | $50,000.00 |
| **10725-02262** | Phyllis Johnson | c/o Ron Johnson<br>P.O. Box 27<br>Reno, NV  89504 | $101,400.00 | $50,000.00 |
| **10725-01898** | Morris Massry | c/o Segel Goldman Mazzotta & Siegel PC<br>9 Washington Square<br>Albany, NY  12205 | $1,802,040.00 | $101,527.78 |

234136.1