J JIREH'S
Multiple Loan Claim

# EXHIBIT A
## THIRD OMNIBUS OBJECTION

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the J Jireh's Loan |
|---|---|---|---|---|
| 10725-02233 | Eddie Mayo and Jocelyne Helzer JT TEN | 115 South Deer Run Road Carson City, NV 89701 | $255,953.23 | $50,000.00 |
| 10725-00799 | John E. Michelsen Family Trust | c/o John F. Murtha Esq. P.O. Box 2311 Reno, NV 89505 | $236,764.00 | $50,382.00 |
| 10725-01314 | John E Michelsen Family Trust | John F. Murtha, Esq. P.O. Box 2311 Reno, NV 89505 | $236,764.00 | $50,382.00 |
| 10725-02037 | Miller Trust Dated 8/13/87 | Gary I. and Barbara Miller TTEES 2832 Tilden Avenue Los Angeles, CA 90064 | $555,683.00 | $50,000.00 |
| 10725-01208 | Pete Monighetti | 6515 Frankie Lane Prunedale, CA 93907 | $1,509,963.55 | $50,000.00 |
| 10725-02150 | Newman Family Trust DTD 9/30/97 | Larry J. and Elsie D. Newman TTEES 1775 Autumn Valley Way Reno, NV 89523 | $500,119.23 | $50,000.00 |
| 10725-02423 | Donald H. Pinsker | 8650 West Verde Way Las Vegas,NV 89149-4145 | $816,528.58 | $200,000.00 |
| 10725-01419 | S&P Davis Limited Partnership | 6816 Citrine Drive Carlsbad, CA 92009 | $419,981.00 | $25,000.00 |
| 10725-02326 | L. Earle Romak IRA | First Savings Bank Custodian L Earle Romak IRA P.O. Box 6185 Incline Village, NV 89450 | $1,000,000.00 | $100,000.00 |
| 10725-02369 | Patrick M. Skain and Saw Lim-Skain | 300 Crestlake Drive San Francisco, CA 94132-1321 | Unclear | Unclear |

234140.1