J JIREH'S
Multiple Loan Claim

# EXHIBIT A
FOURTH OMNIBUS OBJECTION

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the J Jireh's Loan |
|---|---|---|---|---|
| **10725-01169** | Donald S. Tomlin | Donald S. And Dorothy R. Tomlin TTEE<br>7145 Beverly Glen Avenue<br>Las Vegas, NV 89110-4228 | $2,779,806.00 | $260,184.00 |
| **10725-01256** | Gary E. Topp | P.O. Box 3008<br>Grass Valley, CA 95944 | $425,000.00 | $50,000.00 |
| **10725-01258** | Gary E. Topp | P.O. Box 3008<br>Grass Valley, CA 95945 | $4,394.44 | $486.11 |
| **10725-01694** | David Wahl | P.O. Box 8012<br>Mammoth Lakes, CA 93546 | $289,414.18 | $50,000.00 |
| **10725-00093** | Verusio Solutions LLC | 208 Clarence Way<br>Fremont, CA 94539 | $329,747.92 | $152,239.58 |

234141.1