# J JIREH'S
## Multiple Loan Claim

# EXHIBIT A
## BURR DECLARATION

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the J Jireh's Loan |
|---|---|---|---|---|
| 10725-00650 | Alamo Family Trust DTD 12/30/86 | c/o Antonio C. Alamo Trustee<br>85 Ventana Canyon Drive<br>Las Vegas, NV  89113 | $1,500,000.00 | $200,000.00 |
| 10725-02130 | Suzanne L. Arbogast | 1005 West Buffinglon Street<br>Upland, CA  91784 | $229,794.79 | $100,000.00 |
| 10725-02128 | Burgarello Inc. Profit Sharing Plan | c/o Ronald A Johnson TTEE<br>50 Snider Way<br>Sparks,NV  89431-6308 | $202,800.00 | $50,000.00 |
| 10725-02263 | Burgarello Inc. Profit Sharing Plan | Ronald A. Johnson TTEE<br>50 Snider Way<br>Sparks, NV  89431-6308 | $202,800.00 | $50,000.00 |
| 10725-02129 | Cibb Inc. Pension Plan | Ronald A.Johnson TTEE<br>50 Snider Way<br>Sparks,NV  89431 | $202,800.00 | $50,000.00 |
| 10725-02261 | Cibb Inc. Pension Plan | Ronald A, Johnson TTEE<br>50 Snider Way<br>Sparks, NV  89431 | $202,800.00 | $50,000.00 |
| 10725-00231 | Donald P. Clark Family Trust DTD 10/25/94 | c/o Donald P. Clark Trustee<br>305 West Moana Lane<br>Reno, NV  89509-4924 | $709,011.56 | $50,000.00 |
| 10725-01601 | Donald Clark | 305 West Moana Lane<br>Reno, NV  89509 | $775,918.76 | $54,708.90 |
| 10725-02059 | Jack R. Clark and Linda C. Reid JT TEN | 9900 Wilbur May Pkwy #4701<br>Reno, NV  89521-3089 | $891,016.03 | $100,000.00 |
| 10725-00092 | James Corison | P.O. Box 21214<br>Riverside, CA  92516 | $1,023,000.00 | $50,000.00 |
| 10725-00297 | Michael Donahue | 1795 NEWHALL Avenue<br>Cambria, CA  93428-5507 | $250,000.00 | $50,000.00 |
| 10725-02144 | Michael S. Freedus DDS PC Defined Benefit Pension P | 2535 Lake Road<br>Delanson, NY  12053 | $251,370.92 | $50,000.00 |
| 10725-02404 | Eric B. and Linda P. Freedus JT TEN | 5008 Nighthawk Way<br>Oceanside, CA  92056 | $304,419.00 | $50,000.00 |
| 10725-02286 | John A. M. Handal | 3575 Siskiyou Court<br>Hayward, CA  94542 | $711,472.73 | $100,000.00 |
| 10725-02058 | Suze Harrington | 2131 Connor Park Cv<br>Salt Lake City, UT  84109-2468 | $304,534.25 | $50,000.00 |

233462.1

J JIREH'S
Multiple Loan Claim

# EXHIBIT A
BURR DECLARATION

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the J Jireh's Loan |
|---|---|---|---|---|
| **10725-02042** | Herd Family Trust DTD 4/23/99 | c/o Allen and Marilyn Herd TTEES<br>598 Alawa Place<br>Angels Camp, CA  95222-9768 | $303,044.51 | $100,000.00 |
| **10725-00500** | Everett H. Johnston Family Trust DTD 1/24/90 | c/o Everett H. Johnston Trustee<br>P.O. Box 3605<br>Incline Village, NV  89450-3605 | $668,305.12 | $100,000.00 |
| **10725-02127** | Phyllis Johnson | c/o Ron Johnson<br>P.O. Box 27<br>Reno, NV  89504 | $101,400.00 | $50,000.00 |
| **10725-02262** | Phyllis Johnson | c/o Ron Johnson<br>P.O. Box 27<br>Reno, NV  89504 | $101,400.00 | $50,000.00 |
| **10725-01898** | Morris Massry | c/o Segel Goldman Mazzotta & Siegel PC<br>9 Washington Square<br>Albany, NY  12205 | $1,802,040.00 | $101,527.78 |
| **10725-02233** | Eddie Mayo and Jocelyne Helzer JT TEN | 115 South Deer Run Road<br>Carson City, NV  89701 | $255,953.23 | $50,000.00 |
| **10725-00799** | John E. Michelsen Family Trust | c/o John F. Murtha Esq.<br>P.O. Box 2311<br>Reno, NV  89505 | $236,764.00 | $50,382.00 |
| **10725-01314** | John E Michelsen Family Trust | John F. Murtha, Esq.<br>P.O. Box 2311<br>Reno, NV  89505 | $236,764.00 | $50,382.00 |
| **10725-02037** | Miller Trust Dated 8/13/87 | Gary I. and Barbara Miller TTEES<br>2832 Tilden Avenue<br>Los Angeles, CA  90064 | $555,683.00 | $50,000.00 |
| **10725-01208** | Pete Monighetti | 6515 Frankie Lane<br>Prunedale, CA  93907 | $1,509,963.55 | $50,000.00 |
| **10725-02150** | Newman Family Trust DTD 9/30/97 | Larry J. and Elsie D. Newman TTEES<br>1775 Autumn Valley Way<br>Reno, NV  89523 | $500,119.23 | $50,000.00 |
| **10725-02423** | Donald H. Pinsker | 8650 West Verde Way<br>Las Vegas,NV  89149-4145 | $816,528.58 | $200,000.00 |
| **10725-01419** | S&P Davis Limited Partnership | 6816 Citrine Drive<br>Carlsbad, CA  92009 | $419,981.00 | $25,000.00 |

233462.1

J JIREH'S
Multiple Loan Claim

# EXHIBIT A
BURR DECLARATION

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the J Jireh's Loan |
|---|---|---|---|---|
| **10725-02326** | L. Earle Romak IRA | First Savings Bank Custodian L Earle Romak IRA<br>P.O. Box 6185<br>Incline Village, NV  89450 | $1,000,000.00 | $100,000.00 |
| **10725-02369** | Patrick M. Skain and Saw Lim-Skain | 300 Crestlake Drive<br>San Francisco, CA  94132-1321 | Unclear | Unclear |
| **10725-01169** | Donald S. Tomlin | Donald S. And Dorothy R. Tomlin TTEE<br>7145 Beverly Glen Avenue<br>Las Vegas, NV  89110-4228 | $2,779,806.00 | $260,184.00 |
| **10725-01256** | Gary E. Topp | P.O. Box 3008<br>Grass Valley, CA  95944 | $425,000.00 | $50,000.00 |
| **10725-01258** | Gary E. Topp | P.O. Box 3008<br>Grass Valley, CA  95945 | $4,394.44 | $486.11 |
| **10725-01694** | David Wahl | P.O. Box 8012<br>Mammoth Lakes, CA  93546 | $289,414.18 | $50,000.00 |
| **10725-00093** | Verusio Solutions LLC | 208 Clarence Way<br>Fremont, CA  94539 | $329,747.92 | $152,239.58 |

233462.1