CHRISTINE A. ROBERTS, ESQ.
Nevada Bar No.: 6472
OLSON, CANNON, GORMLEY
& DESRUISSEAUX
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone (702) 384-4012
Facsimile (702) 383-0701
Email: bankruptcy@rocgd.com
Attorneys for Creditors,
Prospect High Income Fund,
ML CBO IV (Cayman) Ltd.,
PAMCO Cayman, Ltd.,
PAM Capital Funding, L.P.,
Highland Crusader Fund, Ltd.,
and PCMG Trading Partners XXII, L.P.

EFILED 2-13-08

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　　　　　　　　　　　Debtor. | CASE NO.: BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　　　　　　　　　　Debtor. | CASE NO.: BK-S-06-10726-LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>　　　　　　　　　　　　　Debtor. | CASE NO.: BK-S-06-10727-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　　　　　　　　　　　Debtor. | CASE NO.: BK-S-06-10728-LBR |
| In re:<br>USA SECURITIES, LLC,<br>　　　　　　　　　　　　　Debtor. | CASE NO.: BK-S-06-10729-LBR |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC, | Chapter 11<br><br>**HEARING:**<br>Date: N/A<br>Time: N/A |

### REQUEST FOR REMOVAL OF SPECIAL NOTICE AND REQUEST TO BE REMOVED FROM THE MASTER MAILING MATRIX

**TO:** THE CLERK OF THE ABOVE-ENTITLED COURT\DEBTORS' ATTORNEYS

**PLEASE TAKE NOTICE** that CHRISTINE A. ROBERTS, ESQ., and OLSON, CANNON, GORMLEY & DESRUISSEAUX, as attorney of record for Creditors, Prospect High Income Fund, ML CBO IV (Cayman) Ltd., PAMCO Cayman, Ltd., PAM Capital Funding, L.P., Highland Crusader Fund, Ltd., and PCMG Trading Partners XXII, L.P., in the above-entitled proceeding, does hereby

request that its address as listed below be removed from the Master Mailing Matrix in this case and, as said attorneys of record, that we are removed from receiving notices of all proceedings in this matter.

DATED this ____ day of February, 2008.

Respectfully Submitted By:

_____
CHRISTINE A. ROBERTS, ESQ.
Nevada Bar No.: 6472
OLSON, CANNON, GORMLEY & DESRUISSEAUX
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone (702) 384-4012
Facsimile (702) 383-0701
Email: bankruptcy@rocgd.com
Attorneys for Creditors,
Prospect High Income Fund,
ML CBO IV (Cayman) Ltd.,
PAMCO Cayman, Ltd.,
PAM Capital Funding, L.P.,
Highland Crusader Fund, Ltd.,
and PCMG Trading Partners XXII, L.P.

G:\Bankruptcy\Clients\USA Capital\Highland Capital\Pleadings\Misc\Removal RSN.wpd