LEWIS
AND
ROCA
LLP
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE
COMPANY,

USA CAPITAL REALTY ADVISORS,
LLC,

USA CAPITAL DIVERSIFIED TRUST
DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED
FUND, LLC,

USA SECURITIES, LLC,

                             Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under Case No.
BK-S-06-10725 LBR

**STIPULATION RE WITHDRAWAL
OF PROOF OF CLAIM NOS. 10725-
01051, 10725-01087, 10725-01262
FILED BY ALAN TEEGARDIN AND
PROOF OF CLAIM 10725-01261
FILED BY RESIDENT AGENTS OF
NEVADA, INC.**

     The USACM Liquidating Trust (the "USACM Trust"), by and through its

undersigned counsel Alan Teegardin ("Teegardin") and Resident Agents of Nevada, Inc.

("Resident Agents"), by and through its undersigned counsel, stipulate:

     1.    Teegardin filed Proof of Claim No. 10725-01051 on November 6, 2006, in

the amount of $54,535.00, Proof of Claim No. 10725-01087 on November 7, 2006, in the

1893405.1

LEWIS
AND
ROCA
LLP
LAWYERS

amount of $54,535.00 and Proof of Claim No. 10725-1262 on November 10, 2006

("Claims").

2.       Resident Agents filed Proof of Claim No. 10725-00988 on November 6,

2006 and Proof of Claim No. 10725-01261 on November 10, 2006, in the amount of

$54,535.00.

3.       On January 4, 2008, USACM Trust notified Teegardin and Resident Agents'

counsel that Teegardin and Resident Agents had filed five Proofs of Claim that appeared

to be duplicative.

4.       Accordingly, the parties agree and stipulate that Teegardin and Resident

Agents will withdraw the duplicate claims filed in this case as follows:

- Teegardin will withdraw Proof of Claim Nos. 10725-01051, 10725-01087 and 10725-1262;

- Resident Agents will withdraw Proof of Claim No. 10725-01261; and

- Teegardin and Resident Agents will receive no distribution from the USACM Trust on account of the above referenced claims, which are being withdrawn.

DATED:January 8, 2008

**LEWIS AND ROCA LLP**

By:  _/s/ RC (#6593)_
          Susan M. Freeman, AZ 4199 (*pro hac vice*)
          Rob Charles, NV 6593
          *Counsel for USACM Liquidating Trust*

                    -and-

1893405.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

DATED:  February 8, 2008.

Alan Teegardin, Esq.
*Counsel Alan Teegardin and for*
*Resident Agents of Nevada, Inc.*

3

1893405.1