**LEWIS AND ROCA LLP**
LAWYERS

E-Filed on 2/14/08

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-0961
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                       Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**STIPULATION CONTINUING HEARING ON OBJECTION TO CLAIM OF COPPER SAGE COMMERCIAL CENTER LLC (CLAIM N0. 792)**<br><br>Date of Hearing: February 21, 2008<br>Time of Hearing: 9:30 a.m.<br><br>New Date of Hearing: May 8, 2008<br>Time of Hearing: 9:30 a.m. |

     USACM Liquidating Trust (the "USACM Trust"), by and through its counsel, Lewis and Roca LLP, and Copper Sage Commercial Center LLC ("Copper Sage") by and through its counsel, Susan Williams Scann of Deaner, Deaner, Scann, Malan & Larsen stipulate:

221524.3

LEWIS AND ROCA LLP LAWYERS

1. USA Commercial Mortgage Company filed an objection to Claim No. 792 of Copper Sage [DE 3077] (the "Objection").

2. The Objection is set for status hearing on February 21, 2008 at 9:30 a.m.

3. Litigation in Nevada state court that will impact the value of Copper Sage's claim has been ongoing, but almost complete. Copper Sage anticipates that it will be in a position to value its claim and discuss settlement with the USACM Liquidating Trust in the next couple of months.

4. Accordingly, the parties agree to continue the status hearing on the Objection from December 14, 2007 at 9:30 a.m. to **May 8, 2008 at 9:30 a.m**.

5. The parties submit a stipulated order for the Court's convenience.

RESPECTFULLY SUBMITTED February 14, 2008.

**LEWIS AND ROCA LLP**

By:  /s/ RC (#6593)
   Susan M. Freeman, AZ 4199 (*pro hac vice*)
   Rob Charles, NV 6593
   John Hinderaker, AZ 18024 *(pro hac vice)*
*Counsel for USACM Liquidating Trust*

-and-

**DEANER, DEANER, SCANN, MALAN & LARSEN**

By:   /s/ SWS (#0776)
   Susan Williams Scann (NV 000776)
720 S Fourth Street, Suite 300
Las Vegas, NV 89101
Telephone: 702-382-6911
E-Mail: sscann@deanerlaw.com
*Attorneys for Copper Sage Commercial Center LLC*

221524.3