GILROY LOAN
Single Loan Claims

# EXHIBIT A
FIRST OMNIBUS OBJECTION

| Claim | Name | Address | Total Claim Amount | Amount Subject to Objection Because it Relates to an Investment In the Gilroy Loan |
|---|---|---|---|---|
| **10725-00681** | R&D Filkin Trust Dated 9/26/90 | c/o Roy and Dianna L. Filkin Trustees<br>2340 Watt Street<br>Reno, NV  89509-4248 | $100,000.00 | $100,000.00 |

232984.1