GILROY LOAN
Multiple Loan Claims

# EXHIBIT A
## SECOND OMNIBUS OBJECTION

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Gilroy Loan |
|---|---|---|---|---|
| **10725-01274** | Herman and Brian M. and Anthony G. Adams | 1341 Cashman Dr. Las Vegas, NV 89102 | $2,088,250.00 | $300,000.00 |
| **10725-01677** | Michael Goodwin | 555 Yellow Pine Rd. Reno, NV 89511 | $454,405.00 | unclear |
| **10725-02162** | Michael John Goodwin | 555 Yellow Pine Road Reno, NV 89511-3714 | $505,538.20 | $50,000.00 |
| **10725-02003** | Harrison Family Trust Dtd 7/27/99 | Thomas B. and Marguerite F. Harrison Ttees 930 Dorcey Drive Incline Village, NV 89451 | $307,175.18 | $75,000.00 |
| **10725-01915** | Edwin L. Hausler Jr. Living Trust Dtd 1/3/92 | c/o Edwin L. Hausler Ttee. 4617 Constitution Avenue NE Albuquerque, NM 87110 | $243,374.30 | $50,000.00 |
| **10725-01212** | Jay E. Henman Retirement Plan | c/o Jay E. Henman Trustee 1023 Ridgeview Ct. Carson City, NV 89705-8054 | $747,243.00 | $75,000.00 |
| **10725-01914** | Gilbert Manuel Living Trust Dtd 1/3/92 | c/o Gilbert Manuel Ttee. 4617 Constitution Avenue NE Albuquerque, NM 87110 | $243,374.30 | $50,000.00 |
| **10725-02304** | Erven J. Nelson Ltd. Psp Dtd 10/31/72 | c/o Erven J. Nelson Trustee 2023 W. Aspiration Point St. George, UT 84790 | $250,000.00 | $100,000.00 |
| **10725-01175** | John Nix | 836 Temple Rock Ct. Boulder City, NV 89005 | $710,937.34 | $75,000.00 |
| **10725-02220** | James William Rogers | 78 Seal Rock Drive San Francisco, CA 94121 | $306,520.06 | $100,000.00 |
| **10725-02090** | Robert William Ulm IRA | Pensco Trust Company Custodian 414 Morning Glory Road St. Marys, GA 31558 | $707,753.00 | $50,000.00 |

232992.1