GILROY LOAN

**EXHIBIT A**
BURR DECLARATION

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Gilroy Loan |
|---|---|---|---|---|
| 10725-01274 | Herman and Brian M. and Anthony G. Adams | 1341 Cashman Dr. Las Vegas, NV  89102 | $2,088,250.00 | $300,000.00 |
| 10725-01677 | Michael Goodwin | 555 Yellow Pine Rd. Reno, NV  89511 | $454,405.00 | unclear |
| 10725-02162 | Michael John Goodwin | 555 Yellow Pine Road Reno, NV  89511-3714 | $505,538.20 | $50,000.00 |
| 10725-02003 | Harrison Family Trust Dtd 7/27/99 | Thomas B. and Marguerite F. Harrison Trustees 930 Dorcey Drive Incline Village, NV  89451 | $307,175.18 | $75,000.00 |
| 10725-01915 | Edwin L. Hausler Jr. Living Trust Dtd 1/3/92 | c/o Edwin L. Hausler Trustee 4617 Constitution Avenue NE Albuquerque, NM  87110 | $243,374.30 | $50,000.00 |
| 10725-01212 | Jay E. Henman Retirement Plan | c/o Jay E. Henman Trustee 1023 Ridgeview Ct. Carson City, NV  89705-8054 | $747,243.00 | $75,000.00 |
| 10725-01914 | Gilbert Manuel Living Trust Dtd 1/3/92 | c/o Gilbert Manuel Trustee 4617 Constitution Avenue NE Albuquerque, NM  87110 | $243,374.30 | $50,000.00 |
| 10725-02304 | Erven J. Nelson Ltd. Psp Dtd 10/31/72 | c/o Erven J. Nelson Trustee 2023 W. Aspiration Point St. George, UT  84790 | $250,000.00 | $100,000.00 |
| 10725-01175 | John Nix | 836 Temple Rock Ct. Boulder City, NV  89005 | $710,937.34 | $75,000.00 |
| 10725-00681 | R&D Filkin Trust Dated 9/26/90 | c/o Roy and Dianna L. Filkin Trustees 2340 Watt Street Reno, NV  89509-4248 | $100,000.00 | $100,000.00 |
| 10725-02220 | James William Rogers | 78 Seal Rock Drive San Francisco, CA  94121 | $306520.06 | $100,000.00 |
| 10725-02090 | Robert William Ulm IRA | Pensco Trust Company Custodian 414 Morning Glory Road St. Marys, GA  31558 | $707,753.00 | $50,000.00 |

233437.1