Israel Goldowitz, Chief Counsel
Karen L. Morris, Deputy Chief Counsel
James L. Eggeman, Assistant Chief Counsel, VA Bar No. 37101[*]
Frank A. Anderson, Attorney, D.C. Bar No. 478234[**]
Erika E. Barnes, Attorney, Cal. Bar No. 197309[**]
PENSION BENEFIT GUARANTY CORPORATION
Office of the Chief Counsel
1200 K Street, NW, Suite 340
Washington, D.C. 20005-4026
Tel: (202) 326-4020, ext. 3759
Fax: (202) 326-4112
anderson.frank@pbgc.gov and efile@pbgc.gov

and

Gregory A. Brower
United States Attorney, District of Nevada, NV Bar No. 5232
Carlos A. Gonzalez
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Tel:  (702) 388-6336
Fax:  (702) 388-6787
Carlos.Gonzalez2@usdoj.gov

Attorneys for Pension Benefit Guaranty Corporation

Electronically Filed:
February 15, 2008

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: ) | Case No. BK-S-06-10725 LBR |
| USA COMMERCIAL MORTGAGE COMPANY, ) | Case No. BK-S-06-10726 LBR |
| Debtor.) | Case No. BK-S-06-10727 LBR |
| In re: ) | Case No. BK-S-06-10728 LBR |
| USA CAPITAL REALTY ADVISORS, LLC ) | Case No. BK-S-06-10729 LBR |
| Debtor.) | |
| In re: ) | Chapter 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, ) | Jointly Administered Under |
| Debtor.) | Case No. BK-S-06-10725 LBR |
| In re: ) | |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, ) | Hearing Date: February 21, 2008 |
| Debtor.) | Hearing Time: 9:30 am |
| In re: ) | |
| USA SECURITIES, LLC ) | New Hearing Date: April 29, 2008 |
| Debtor.) | New Hearing Time: 9:30 am |

---

[*] Motion to permit appearance of government attorneys pending.

[**] Admitted pro hac vice.

### REQUEST FOR SETTLEMENT CONFERENCE
### ON OBJECTIONS OF THE USACM LIQUIDATING TRUST
### TO PBGC PROOFS OF CLAIM

The Pension Benefit Guaranty Corporation ("PBGC"), pursuant to Local Rule 9019(a)(1), hereby requests that the Court set a settlement conference concerning the objections of the USACM Liquidating Trust (the "USACM Trust") to PBGC proofs of claim. PBGC respectfully requests that the Court arrange a mediation before one of the other judges of this Court in April of 2008. PBGC believes that a neutral third party may be of great assistance to the parties in reaching a settlement of these contested matters.

The contested matters at issue are the objections filed by the USACM Trust (docket # 4728) to PBGC proofs of claim (Claim Nos. 791, 793 and 794, as amended). The USACM Trust is the successor in interest with respect to the objections of USA Commercial Mortgage Company (docket # 2978) to the PBGC proofs of claim.

Pursuant to Local Rule 9019(a)(2), PBGC further requests that the hearing on the objections of the Liquidating Trust to PBGC proofs of claims, currently set for February 21, 2008, at 9:30 am (docket # 5678), be continued until April 29, 2008, at 9:30 am, or to a later date after the settlement conference, in order to facilitate the settlement conference. PBGC believes this continuance would permit the parties to mediate and potentially reach a consensual settlement before a substantive hearing before the Court.

PBGC and the USACM Trust have been attempting in good faith to reach a consensual settlement of the USACM Trust's objections to PBGC's claims. The current hearing date was set pursuant to a stipulation (docket # 5659) between the parties after the USACM Trust received information that might materially impact the calculation of PBGC's claims, and agreed to provide such information with PBGC. At the time of the stipulation, PBGC anticipated that the USACM Trust would be able to provide this information within a short period. However, this

process has been lengthened by delays on the part of the USACM Trust in confirming underlying data and obtaining actuarial calculations.  PBGC had hoped that such calculations would completed sufficiently in advance of the currently scheduled hearing to enable the parties to engage in detailed settlement discussions prior to the hearing.

As the parties continue to engage in good faith negotiations, PBGC believes that holding the hearing before the Court as currently scheduled would not be in the best interests of the parties or in the interests of judicial economy.

Dated: February 15, 2008

Respectfully Submitted,

/s/ Frank A. Anderson
Israel Goldowitz, Chief Counsel
Karen L. Morris, Deputy Chief Counsel
James Eggeman, Assistant Chief Counsel
Frank A. Anderson, Attorney, D.C. Bar No. 478234
Erika E. Barnes, Attorney, Cal. Bar No. 197309
PENSION BENEFIT GUARANTY CORPORATION
Office of the Chief Counsel
1200 K Street, NW, Suite 340
Washington, D.C.  20005-4026
Tel: (202) 326-4020, ext. 3759
Fax: (202) 326-4112

Local Counsel:
Gregory A. Brower,
United States Attorney, District of Nevada,
NV Bar No. 5232
Carlos A. Gonzalez,
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Tel:  (702) 388-6336
Fax:  (702) 388-6787
Carlos.Gonzalez2@usdoj.gov