Electronically filed Feb. 18, 2008

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email: malevinson@orrick.com
jhermann@orrick.com
*Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

Robert Kinas (Nevada Bar No. 6019)
Claire Y. Dossier (Nevada Bar No. 10030)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rkinas@swlaw.com
cdossier@swlaw.com

Snell & Wilmer L.L.P. LAW OFFICES 3883 HOWARD HUGHES PARKWAY, SUITE 1100 LAS VEGAS, NEVADA 89169 (702)784-5200

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: USA COMMERCIAL MORTGAGE COMPANY, Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re: USA CAPITAL REALTY ADVISORS, LLC, Debtor. | Chapter 11 |
| In re: USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Debtor. | Jointly Administered Under Case No. BK-S-06-10725-LBR |
| In re: USA CAPITAL FIRST TRUST DEED FUND, LLC, Debtor. | **STIPULATION FOR WITHDRAWAL OF PROOF OF CLAIM NO. 10727-00151-1** |
| In re: USA SECURITIES, LLC, Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

USA Capital Diversified Trust Deed Fund, LLC ("DTDF") hereby stipulates with Gaetano Ambrosino ("Claimant") as follows:

///

///

1. On or about December 6, 2007, Claimant filed Proof of Claim No. 10727-00151-1 against DTDF in the amount of $48,047.32 (the "Proof of Claim").

2. Claimant attached documentation to the Proof of Claim showing that Claim 10727-00151-1 is an investment in DTDF.

3. DTDF, upon reviewing DTDF's books and records, has determined that Claimant in fact hold an allowed equity interest in DTDF in the amount of $48,047.32, as of April 13, 2006 (the "Petition Date").

4. On December 18, 2008, DTDF's counsel contacted Claimant and explained that Claimant has an allowed equity interest in DTDF in the amount of $48,047.32, and Claimant agreed to stipulate to withdraw the Proof of Claim.

5. This stipulation shall not affect any other claims filed by Claimant in these jointly-administered bankruptcy cases.

6. This stipulation shall not affect either the amount or validity of Claimant's equity interest in DTF as reflected in DTDF's books and records as of the Petition Date.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

WHEREFORE, based on the stipulation set forth above, the parties hereby agree and request that the Court approve this stipulation as an order of the Court pursuant to Fed. R. Bankr. P. 3006, as follows:

1. Proof of Claim No. 10727-00151-1against DTDF is hereby withdrawn.

2. Claimant's equity interest in DTDF is allowed in the amount of $48,047.32, as reflected in DTDF's books and records as of the Petition Date.

SNELL & WILMER L.L.P.

1-17-08

By: [signature]
Robert Kinas (Nevada Bar No. 6019)
Claire Y. Dossier (Nevada Bar No. 10030)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
and
Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capital Mall, Suite 3000
Sacramento, CA 95814-4497

*Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

By: [signature]
Gaetano Ambrosino
4875 Knollwood Drive
Las Vegas, NV 89147
Phone: (702) 87-1040

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

164735.1