Electronically filed Feb. 18, 2008

| | |
|---|---|
| Marc A. Levinson (California Bar No. 57613)<br>Jeffery D. Hermann (California Bar No. 90445)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>400 Capitol Mall, Suite 3000<br>Sacramento, CA 95814-4497<br>Telephone: (916) 447-9200<br>Facsimile: (916) 329-4900<br>Email: malevinson@orrick.com<br>       jhermann@orrick.com<br>*Attorneys for USA Capital Diversified Trust Deed Fund, LLC* | Robert Kinas (Nevada Bar No. 6019)<br>Claire Y. Dossier (Nevada Bar No. 10030)<br>SNELL & WILMER L.L.P.<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>Telephone: (702) 784-5200<br>Facsimile: (702) 784-5252<br>Email: rkinas@swlaw.com<br>       cdossier@swlaw.com |

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                    Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                    Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                    Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                    Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>                                    Debtor.<br>Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR<br><br>**STIPULATION FOR WITHDRAWAL OF PROOF OF CLAIM NO. 10727-150-1 AND AMENDED PROOF OF CLAIM NO. 10727-150-2, AND PROOF OF CLAIM NO. 10727-152-1** |

USA Capital Diversified Trust Deed Fund, LLC ("DTDF") hereby stipulates with Jennifer Stalder ("Claimant") as follows:

/ / /

165037.1

1. On or about November 15, 2007, Claimant filed Proof of Claim No. 10727-150-1 (the "Original Proof of Claim") against DTDF in the amount of $55,862.89.

2. On or about December 4, 2007, Claimant filed Proof of Claim NO. 10727-152-1 (the "Second Proof of Claim") against DTDF in the amount of $55,862.89.

3. On or about December 10, 2007, Claimant amended the Original Proof of Claim when she filed Amended Proof of Claim No. 10727-150-2 against DTDF in the amount of $55,862.89 (the "Amended Proof of Claim"). Collectively, the Original Proof of Claim, the Second Proof of Claim, and the Amended Proof of Claim are referred to as the "Proofs of Claim."

4. Claimant attached documentation to the Proof of Claims showing that she is an investor in DTDF.

5. DTDF, upon reviewing DTDF's books and records, has determined that Claimant in fact holds an allowed equity interest in DTDF in the amount of $48,047.32, as of April 14, 2006 (the "Petition Date").

6. On or about January 18, 2008, DTDF's counsel contacted Claimant and explained that Claimant has an allowed equity interest in DTDF in the amount of $48,047.32, and Claimant agreed to stipulate to withdraw the Proof of Claims.

5. This stipulation shall not affect any other claims filed by Claimant in these jointly-administered bankruptcy cases.

6. This stipulation shall not affect either the amount or validity of Claimant's equity interest in DTF as reflected in DTDF's books and records as of the Petition Date.

///
///
///
///
///
///
///
///

165037.1

- 2 -

WHEREFORE, based on the stipulation set forth above, the parties hereby agree and request that the Court approve this stipulation as an order of the Court pursuant to Fed. R. Bankr. P. 3006, as follows:

1. Proof of Claim No. 10727-150-1 against DTDF is hereby withdrawn.
2. Amended Proof of Claim No. 10727-150-2 against DTDF is hereby withdrawn.
3. Proof of Claim No. 10727-152-1 against DTDF is hereby withdrawn.
3. Claimant's equity interest in DTDF is allowed in the amount of $48,047.32, as reflected in DTDF's books and records as of the Petition Date.

DATED this 30 day of January, 2008.

SNELL & WILMER L.L.P.

By: /s/ Claire Y. Dossier
Robert Kinas (Nevada Bar No. 6019)
Claire Y. Dossier (Nevada Bar No. 10030)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
and
Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capital Mall, Suite 3000
Sacramento, CA 95814-4497

*Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

By: /s/ Jennifer Stalder
Jennifer Stalder
4175 South Decatur Blvd. #157
Las Vegas, NV 89103
Phone: (702) 269-6688

165037.1

- 3 -