Electronically filed February 18, 2008

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email: malevinson@orrick.com
       jhermann@orrick.com

Robert Kinas (Nevada Bar No. 6019)
Claire Y. Dossier (Nevada Bar No. 10030)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rkinas@swlaw.com
       cdossier@swlaw.com

*Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>         Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>         Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>         Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>         Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>         Debtor. | **NOTICE OF ENTRY OF ORDER** |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

///

///

///

///

\DOSSIEC\SWDMS\8580408

PLEASE TAKE NOTICE that an Order Re Stipulation Regarding Proof of Claim No. 56 Filed By Beadle McBride & Reeves, LLP was entered in the Case No. 06-10725 on November 19, 2007. A copy of said Order is attached hereto as Exhibit A.

Dated this 18th day of February, 2008.

SNELL & WILMER LLP

By: _____/s/ Claire Y. Dossier_____
Robert Kinas (Nevada Bar No. 6019)
Claire Y. Dossier (Nevada Bar No. 10030)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 904445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capital Mall, Suite 3000
Sacramento, CA 95814-4497

*Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

\DOSSIEC\SWDMS\8580408

# EXHIBIT A

# EXHIBIT A

**Entered on Docket**
**November 19, 2007**

Hon. Linda B. Riegle
United States Bankruptcy Judge

---

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
Stacy E. Don (California Bar No. 226737)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email: malevinson@orrick.com
jhermann@orrick.com
sdon@orrick.com

Robert Kinas (Nevada Bar No. 6019)
Claire Dossier (Nevada Bar No. 10030)
SNELL & WILMER LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Fax: (702) 784-5252
Email: rkinas@swlaw.com
cdossier@swlaw.com

*ATTORNEYS FOR USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>USA CAPITAL REALTY ADVISORS, LLC,<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>USA SECURITIES, LLC,<br>Debtors | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter Number: 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | **ORDER RE STIPULATION REGARDING PROOF OF CLAIM NO. 56 FILED BY BEADLE MCBRIDE & REEVES, LLP**<br><br>Date of Hearing: October 15, 2007<br>Time of Hearing: 9:30 a.m. |

The Court having considered the Stipulation Regarding Proof of Claim No. 56 Filed by

155750.1

1 Beadle McBride & Reeves, LLP ("Stipulation"), and the Court being fully advised in the
2 premises and good cause appearing:
3    IT IS HEREBY ORDERED that:
4    1.   The Stipulation is approved;
5    2.   Proof of Claim No. 10727-00056 is hereby amended to $950.00;
6    3.   The Stipulation shall not affect any other claims filed by Claimant in these jointly-
7 administered bankruptcy proceedings; and
8    4.   The evidentiary hearing on Objection to Claim No. 10727-00056 is vacated.
9 Dated this 16th day of ~~October~~ November, 2007.
10 Respectfully submitted,
11
12 ORRICK, HERRINGTON & SUTCLIFFE LLP
13 By:  /s/ Marc A. Levinson
         Attorneys for USA Capital
14       Diversified Trust Deed Fund, LLC
15 SNELL & WILMER LLP
16
17 By: _____
        Attorneys for USA Capital
18      Diversified Trust Deed Fund, LLC
19
20 Dated this _____ day of October, 2007.
21 APPROVED:
22 BEADLE MCBRIDE & REEVES, LLP
23 By: _____
24    Thomas W. Davis II, Esq.
      Wells Fargo Tower, Suite 850
25    3880 Howard Hughes Parkway
      Las Vegas, NV 89169
26
27                    # # #
28

155750.1

- 2 -