Electronically filed February _18_, 2008

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email: malevinson@orrick.com
        jhermann@orrick.com
*Attorneys for USA Capital*
*Diversified Trust Deed Fund, LLC*

Robert Kinas (Nevada Bar No. 6019)
Claire Y. Dossier (Nevada Bar No. 10030)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rkinas@swlaw.com
        cdossier@swlaw.com

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **STIPULATION FOR<br>WITHDRAWAL OF PROOF OF<br>CLAIM NO. 10727-00149** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐  All Debtors<br>☐  USA Commercial Mortgage Company<br>☐  USA Securities, LLC<br>☐  USA Capital Realty Advisors, LLC<br>☒  USA Capital Diversified Trust Deed Fund, LLC<br>☐  USA First Trust Deed Fund, LLC | |

USA Capital Diversified Trust Deed Fund, LLC ("DTDF") hereby stipulates with

Florence and Audrey O'Sullivan ("Claimants") as follows:

/ / /

/ / /

158441.2

1.     On or about November 8, 2007, Claimants filed Proof of Claim No. 10727-00149 against DTDF in the amount of $96,094.65 (the "Proof of Claim").

2.     Claimants attached documentation to the Proof of Claim that Claim 10727-00149 is an investment in DTDF.

3.     DTDF, upon reviewing DTDF's books and records, has determined that Claimants in fact hold an allowed equity interest in DTDF in the amount of $96,094.65, as of April 13, 2006 (the "Petition Date").

4.     On November 8, 2007, DTDF's counsel  contacted Claimants' counsel and explained that Claimants have an allowed equity interest in DTDF in the amount of $96,094.65, and Claimants agreed to stipulate to withdraw the Proof of Claim.

5.     This stipulation shall not affect any other claims filed by Claimants in these jointly-administered bankruptcy cases.

6.     This stipulation shall not affect either the amount or validity of Claimants' equity interest in DTF as reflected in DTDF's books and records as of the Petition Date.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

158441.2

- 2 -

1    WHEREFORE, based on the stipulation set forth above, the parties hereby agree and

2    request that the Court approve this stipulation as an order of the Court pursuant to Fed. R. Bankr.

3    P. 3006, as follows:

4        1.    Proof of Claim No. 10727-00149 against DTDF is hereby withdrawn.

5        2.    Claimants' equity interest in DTDF is allowed in the amount of $96,094.65, as

6    reflected in DTDF's books and records as of the Petition Date.

7    DATED this __4th__ day of ___JANUARY___, 2008.

8    SNELL & WILMER L.L.P.                    LAW OFFICES OF JAMES M. SULLIVAN

9    By: _____           By: _____
10       Robert Kinas (Nevada Bar No. 6019)        James M. Sullivan, Esq.
11       Claire Y. Dossier (Nevada Bar No. 10030)  225 North Santa Cruz Avenue
         3883 Howard Hughes Parkway, Suite 1100    Los Gatos, CA 95030
12       Las Vegas, NV  89169                      Phone: (408) 395-3837
              and                                  Fax: (408) 354-8040
13       Marc A. Levinson (California Bar No. 57613)
         Jeffery D. Hermann (California Bar No. 90445)   *Attorney for Florence and Audrey O'Sullivan*
14       ORRICK, HERRINGTON & SUTCLIFFE LLP
         400 Capital Mall, Suite 3000
15       Sacramento, CA 95814-4497

16    *Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

17

18

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

158441.2