URBAN HOUSING LOAN
FIRST OMNIBUS OBJECTION

# EXHIBIT A
Single Loan Claims

| Claim | Name | Address | Total Claim Amount | Amount Subject to Objection Because it Relates to an Investment In the Urban Housing Loan |
|---|---|---|---|---|
| **10725-00903** | Ursula Greger and Stephanie Curran | 95703 Kittery Road Brookings, OR 97415 | $55,000.00 | $55,000.00 |
| **10725-00956** | Ursula R. Greger and Stephanie Curran | 95703 Kittery Road Brookings, OR 97415-8158 | $55,000.00 | $55,000.00 |
| **10725-02249** | McQuerry Family Trust | William L. McQuerry 318 Singing Brook Circle Santa Rosa, CA 95409 | $51,047.26 | $51,047.26 |
| **10725-00069** | Anthony and Nancy Prescia | 5475 West Teco Avenue Las Vegas, NV 89118 | $115,000.00 | $115,000.00 |
| **10725-00411** | John Weaver | 9225 Cordoba Boulevard Sparks, NV 89436 | $100,000.00 | $100,000.00 |
| **10725-00321** | SB Wright Family Trust Dtd. 12/28/94 | Melvin B. and Susan D. Wright Ttees 3983 South McCarran Boulevard Reno, NV 89502-7510 | $746.52 | $746.52 |

233497.1