URBAN HOUSING LOAN
SECOND OMNIBUS OBJECTION

# EXHIBIT A
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Urban Housing Loan |
|---|---|---|---|---|
| 10725-02038 | Collins Family Trust Dated 1/29/93 | c/o Shirley M. Collins Trustee 1975 Snowberry Court Carlsbad, CA 92009-8408 | $880,190.24 | $100,000.00 |
| 10725-02364 | Eric C. Disbrow M.D. Inc. Profit Sharing Plan | Eric C. Disbrow Ttee 3840 Fairway Drive Cameron Park, CA 95682 | $447,567.00 | $50,000.00 |
| 10725-02404 | Eric B. and Linda P. Freedus Jt. Ten. | 5008 Nighthawk Way Oceanside, CA 92056 | $304,419.00 | $50,000.00 |
| 10725-02099 | Janice Janis Living Trust Dtd 2/3/99 | c/o Janice Janis Ttee 406 Pearl Street Boulder,CO 80302-4931 | $202,956.24 | $50,000.00 |
| 10725-00500 | Everett H. Johnston Family Trust Dtd 1/24/90 | c/o Everett H. Johnston Trustee P.O. Box 3605 Incline Village, NV 89450-3605 | $668,305.12 | $100,000.00 |
| 10725-02256 | James H. Lidster Family Trust Datd 1/20/92 | James H. and Phyllis M. Lidster Ttees P.O. Box 2577 Minden, NV 89423 | $602,096.29 | $50,000.00 |
| 10725-02051 | Carol Mortensen Family Trust Dtd 9/9/90 | c/o Carol Mortense Ttee 4847 Damon Circle Salt Lake City, UT 84117 | $172,875.49 | $50,000.00 |
| 10725-01175 | John Nix | 836 Temple Rock Court Boulder City, NV 89005 | $710,937.34 | $80,000.00 |
| 10725-01923 | John E. and Sonhild A. O'Riordan | 2745 Hartwick Pines Drive Henderson, NV 89052-7002 | $1,738,252.26 | $270,000.00 |
| 10725-02149 | Schnitzer Living Trust Dtd 10/24/91 | Arthur F. and Linn S. Schnitzer Ttees 20155 N.E. 38th Court, #1604 Aventura, FL 33180 | $1,774,903.40 | $100,000.00 |

233498.1