URBAN HOUSING LOAN
THIRD OMNIBUS OBJECTION

# EXHIBIT A
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Urban Housing Loan |
|---|---|---|---|---|
| **10725-01581** | Louise Teeter IRA Rollover | 4201 Via Marina, Suite 300 Marina Del Ray, CA 90292 | $197,814.00 | $12,500.00 |
| **10725-01583** | Louise and Norman Teeter | 4202 Via Marina, Suite 300 Marina Del Ray, CA 90292 | $68,696.00 | $15,000.00 |
| **10725-02273** | Louise Teeter IRA Rollover | 4201 Via Marina, Suite 300 Marina Del Rey, CA 90292-5237 | $449,261.59 | $50,000.00 |
| **10725-02274** | Louise and Norman Teeter | 4201 Via Marina, Suite 300 Marina Del Rey, CA 90292 | $61,609.61 | $60,000.00 |
| **10725-01169** | Donald S. Tomlin | Donald S. and Dorothy R. Tomlin Ttee. 7145 Beverly Glen Avenue Las Vegas, NV 89110-4228 | $2,779,806.00 | $103,228.00 |
| **10725-01258** | Gary E. Topp | P.O. Box 3008 Grass Valley, CA 95945 | $4,394.44 | $486.11 |
| **10725-02402** | Weible 1981 Trust Dtd 6/30/81 | Ardis and Dean F. Weible Co. Ttees. 6314 Tara Avenue Las Vegas, NV 89146 | $157,596.55 | $50,000.00 |
| **10725-01645** | Winkler Family Trust Dated 3/13/86 | c/o Rudolf Winkler and Carmel Winkler Trustees 10000 Rossbury Place Los Angeles, CA 90064-4826 | $148,806.00 | $12,500.00 |
| **10725-02278** | Rudolf Winkler IRA | 10000 Rossbury Place Los Angeles, CA 90064-4826 | $325,900.11 | $74,000.00 |
| **10725-02279** | Winkler Family Trust Dtd 3/13/86 | Carmel and Rudolf Winkler Trustee 10000 Rossbury Place Los Angeles, CA 90064 | $605,317.99 | $50,000.00 |

234474.1