URBAN HOUSING LOAN
BURR DECLARATION

# EXHIBIT A

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Urban Housing Loan |
|---|---|---|---|---|
| **10725-02038** | Collins Family Trust Dated 1/29/93 | c/o Shirley M. Collins Trustee<br>1975 Snowberry Court<br>Carlsbad, CA  92009-8408 | $880,190.24 | $100,000.00 |
| **10725-02364** | Eric C. Disbrow M.D. Inc. Profit Sharing Plan | Eric C. Disbrow Ttee<br>3840 Fairway Drive<br>Cameron Park, CA  95682 | $447,567.00 | $50,000.00 |
| **10725-02404** | Eric B. and Linda P. Freedus Jt. Ten. | 5008 Nighthawk Way<br>Oceanside, CA  92056 | $304,419.00 | $50,000.00 |
| **10725-00903** | Ursula Greger and Stephanie Curran | 95703 Kittery Road<br>Brookings, OR  97415 | $55,000.00 | $55,000.00 |
| **10725-00956** | Ursula R. Greger and Stephanie Curran | 95703 Kittery Road<br>Brookings, OR  97415-8158 | $55,000.00 | $55,000.00 |
| **10725-02099** | Janice Janis Living Trust Dtd 2/3/99 | c/o Janice Janis Ttee<br>406 Pearl Street<br>Boulder,CO  80302-4931 | $202,956.24 | $50,000.00 |
| **10725-00500** | Everett H. Johnston Family Trust Dtd 1/24/90 | c/o Everett H. Johnston Trustee<br>P.O. Box 3605<br>Incline Village, NV  89450-3605 | $668,305.12 | $100,000.00 |
| **10725-02256** | James H. Lidster Family Trust Datd 1/20/92 | James H. and Phyllus M. Lidster Ttees<br>P.O. Box 2577<br>Minden, NV  89423 | $602,096.29 | $50,000.00 |
| **10725-02249** | McQuerry Family Trust | William L. McQuerry<br>318 Singing Brook Circle<br>Santa Rosa, CA  95409 | $51,047.26 | $51,047.26 |
| **10725-02051** | Carol Mortensen Family Trust Dtd 9/9/90 | c/o Carol Mortense Ttee<br>4847 Damon Circle<br>Salt Lake City, UT  84117 | $172,875.49 | $50,000.00 |
| **10725-01175** | John Nix | 836 Temple Rock Court<br>Boulder City, NV  89005 | $710,937.34 | $80,000.00 |
| **10725-01923** | John E. and Sonhild A. O'Riordan | 2745 Hartwick Pines Drive<br>Henderson, NV  89052-7002 | $1,738,252.26 | $270,000.00 |
| **10725-00069** | Anthony and Nancy Prescia | 5475 West Teco Avenue<br>Las Vegas, NV  89118 | $115,000.00 | $115,000.00 |
| **10725-02149** | Schnitzer Living Trust Dtd 10/24/91 | Arthur F. and Linn S. Schnitzer Ttees<br>20155 N.E. 38th Court, #1604<br>Aventura, FL  33180 | $1,774,903.40 | $100,000.00 |
| **10725-01581** | Louise Teeter IRA Rollover | 4201 Via Marina, Suite 300<br>Marina Del Ray, CA 90292 | $197,814.00 | $12,500.00 |
| **10725-01583** | Louise and Norman Teeter | 4202 Via Marina, Suite 300<br>Marina Del Ray, CA 90292 | $68,696.00 | $15,000.00 |

234471.1

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Urban Housing Loan |
|---|---|---|---|---|
| **10725-02273** | Louise Teeter IRA Rollover | 4201 Via Marina, Suite 300 Marina Del Rey, CA  90292-5237 | $449,261.59 | $50,000.00 |
| **10725-02274** | Louise and Norman Teeter | 4201 Via Marina, Suite 300 Marina Del Rey, CA  90292 | $61,609.61 | $60,000.00 |
| **10725-01169** | Donald S. Tomlin | Donald S. and Dorothy R. Tomlin Ttee. 7145 Beverly Glen Avenue Las Vegas, NV  89110-4228 | $2,779,806.00 | $103,228.00 |
| **10725-01258** | Gary E. Topp | P.O. Box 3008 Grass Valley, CA  95945 | $4,394.44 | $486.11 |
| **10725-00411** | John Weaver | 9225 Cordoba Boulevard Sparks, NV  89436 | $100,000.00 | $100,000.00 |
| **10725-02402** | Weible 1981 Trust Dtd 6/30/81 | Ardis and Dean F. Weible Co. Ttees. 6314 Tara Avenue Las Vegas, NV  89146 | $157,596.55 | $50,000.00 |
| **10725-01645** | Winkler Family Trust Dated 3/13/86 | c/o Rudolf Winkler and Carmel Winkler Trustees 10000 Rossbury Place Los Angeles, CA  90064-4826 | $148,806.00 | $12,500.00 |
| **10725-02278** | Rudolf Winkler IRA | 10000 Rossbury Place Los Angeles, CA  90064-4826 | $325,900.11 | $74,000.00 |
| **10725-02279** | Winkler Family Trust Dtd 3/13/86 | Carmel and Rudolf Winkler Trustee 10000 Rossbury Place Los Angeles, CA  90064 | $605,317.99 | $50,000.00 |
| **10725-00321** | SB Wright Family Trust Dtd. 12/28/94 | Melvin B. and Susan D. Wright Ttees 3983 South McCarran Boulevard Reno, NV  89502-7510 | $746.52 | $746.52 |

234471.1