# LEWIS
### AND
# ROCA
—— LLP ——
L A W Y E R S

E-Filed on 2/19/08

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

**Susan M. Freeman** AZ Bar No. 004199
Email: SFreeman@LRLaw.com
**Rob Charles** NV Bar No. 006593
Email: RCharles@LRLaw.com
**John Hinderaker** AZ Bar No. 18024
JHindera@lrlaw.com

Attorneys for USACM Liquidating Trust

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA Commercial Mortgage Company, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[1] |
| USA Capital Realty Advisors, LLC, | Case No. BK-S-06-10729-LBR[2] |
| | |
| USA Capital Diversified Trust Deed Fund, LLC, | CHAPTER 11 |
| | |
| USA Capital First Trust Deed Fund, LLC,[1] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| | |
| USA Securities, LLC,[2] | **STATUS AND AGENDA FOR FEBRUARY 21, 2008 HEARINGS** |
| Debtors. | |
| | Date of Hearing: February 21, 2008 |
| | Time of Hearing: 9:30 a.m. |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

**9:30 a.m.**

     1.     Adv. 06-01146, USA Commercial Mortgage Company v. Wells Fargo Bank, NA, et al, **Status Hearing Re: Amended Complaint for Interpleader** Filed by DAVID W. HUSTON on behalf of USA COMMERCIAL MORTGAGE COMPANY against all defendants (HUSTON, DAVID) [DE 54]

---

[1] This bankruptcy case was closed on October 12, 2007.

[2] This bankruptcy case was closed on December 26, 2007.

1903640.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

| | |
|---|---|
| **Answer Filed:**<br>11/30/2006 | Answer to Amended Complaint *by Tomlin Trust;* Cross claim by Tomlin Trust, Donald S and Dorothy Tomlin Trustees against JOHN ROBERT MALLIN, MARIE THERESA MALLIN, GEORGE J. MOTTO Filed by GEORGE C LAZAR on behalf of Tomlin Trust, Donald S and Dorothy Tomlin Trustees  [DE 75] |
| 12/04/2006 | Answer to Amended Complaint Filed by C RANDALL BUPP ESQ on behalf of PORTER A HURT [DE 79] |
| 2/6/2008 | Response with Certificate of Service of PLATINUM PROPERTIES 1, INC. Successor in Interest to Claims of Marietta S. Von Berg, Trustee, Re Status Report Filed February 6, 2008 and Request for Disbursement of Funds from Court Registry Filed by JAMES D. GREENE on behalf of PLATINUM PROPERTIES 1, INC. [DE 145] |
| 2/1/2008 | Adv. No. 06-01167. |
| | Notice of Hearing/Motion with Certificate of Service Hearing scheduled 3/25/2008 at 10:30 AM at LBR-Courtroom 1, Foley Federal Bldg.. Filed by GEORGE D FRAME on behalf of JOHN DUTKIN (Related document(s)[330] Motion for Summary Judgment [DE 331] |
| 2/1/2008 | Adv. No. 06-01167. |
| | Motion for Summary Judgment And For Order Of Directing Release Of Funds , Filed by GEORGE D FRAME on behalf of JOHN DUTKIN [DE 330] |
| 2/4/2008 | Adv. No. 06-01167. |
| | Stipulation and Order for Settlement as Between JOHN DUTKIN, TRUSTEE OF THE JOHN DUTKIN REVOCABLE LIVING TRUST DATED 1/17/00 and FIRST TRUST COMPANY OF ONAGA, CUSTODIAN OF KAREN S. MOBERLY IRA [DE 333] |
| 2/7/2008 | Adv. No. 06-01167. |
| | Request for Special Notice with Certificate of Service Filed by ZACHARIAH LARSON on behalf of JAMES FEENEY [DE 336] |

2

1903640.1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

| | |
|---|---|
| 2/7/2008 | Adv. No. 06-01167. |
| | Limited Opposition with Certificate of Service to JOHN DUTKIN's Motion For Summary Judgment and For Order Directing Release of Funds Filed by LENARD E. SCHWARTZER on behalf of USA CAPITAL FIRST TRUST DEED, USA COMMERCIAL MORTGAGE COMPANY [DE 337] |
| **Related Event:** 2/06/2008 | *Status Report* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST |
| **Status:** | Hearing continued from 12/15/2006; 2/15/2007; 3/15/2007; 3/27/2007; 7/27/2007; and 12/14/2007. |

2.    **Objection to Claim 792 of Copper Sage Commercial Center LLC in the Amount of $3,500,000.00 with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 3077]

| | |
|---|---|
| **Related Filing:** 3/13/2007 | Declaration Of: Edward M. Burr *in Support of USACM Liquidating Trust Objections to Proofs of Claim and Motions to Classify Claims* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 3082]. |
| **Opposition Filed:** 4/19/2007 | Opposition with Certificate of Service Filed by SUSAN WILLIAMS SCANN on behalf of COPPER SAGE COMMERCE CENTER [DE 3502] |
| **Stipulation Filed:** 4/24/2007 | Stipulation By USACM LIQUIDATING TRUST and Copper Sage Commercial Center LLC *to Continue Hearing on Objection* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 3537] |
| **Related Filing:** 4/24/2007 | Order Approving Stipulation to Continue the Hearing on Objection to Claim 792 of COPPER SAGE COMMERCIAL CENTER LLC  [DE 3543] |
| **Stipulation Filed:** 12/10/2007 | Stipulation By USACM LIQUIDATING TRUST and Copper Sage Commercial Center LLC *to Continue Hearing on Objection* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 5460] |
| **Related Filing:** 12/11/2007 | Order Approving Stipulation to Continue the Hearing on Objection to Claim 792 of COPPER SAGE COMMERCIAL CENTER LLC  [DE 5473] |

3

1903640.1

LEWIS
AND
ROCA
—LLP—
L A W Y E R S

| | |
|---|---|
| **Status:** | The Court approved a stipulation to continue the hearing to May 8, 2008 at 9:30 a.m. [DE 5849] with an Order entered on February 19, 2008 [DE 5872] |

     3.    **Objection to Claim 203 of Mountain West Mortgage Co./Lerin Hills in the amount of $2,048,000.00 with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 3078]

| | |
|---|---|
| **Related Filing:**<br>3/13/2007 | Declaration Of: Edward M. Burr *in Support of USACM Liquidating Trust Objections to Proofs of Claim and Motions to Classify Claims* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 3082]. |
| **Stipulation Filed:**<br>4/18/2007 | Stipulation By USACM LIQUIDATING TRUST and Mountain West Mortgage Co./Lerin Hills *Continuing Hearing on Objection* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3485] |
| **Related Filing:**<br>4/23/2007 | Order Approving Stipulation to Continue the Hearing on Objection to Claim 203 of MOUNTAIN WEST MORTGAGE CO./LERIN HILL [DE 3519] |
| **Reply Filed:**<br>6/06/2007 | Reply *to Objection of the USACM Liquidating Trust to Proof of Claim File by Lerin Hills LTD (Claim No. 203 & 1279)* Filed by MARJORIE A. GUYMON on behalf of MOUNTAIN WEST MORTGAGE, LLC [DE 3904] |
| **Stipulation Filed:**<br>10/11/2007 | Stipulation By USACM LIQUIDATING TRUST and Mountain West Mortgage Co./Lerin Hills *Continuing Hearing on Objection* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4962] |
| **Related Event:**<br>10/11/2007 | Order Approving Stipulation to Continue the Hearing on Objection to Claim 203 of MOUNTAIN WEST MORTGAGE CO./LERIN HILLS [DE 4965] |
| **Stipulation Filed:**<br>12/07/2007 | Stipulation By USACM LIQUIDATING TRUST and Mountain West Morgage Co./Lerin Hills *Continuing Hearing on Objection* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5448] |
| **Related Event:**<br>12/11/2007 | Order Approving Stipulation to Continue the Hearing on Objection to Claim 203 of MOUNTAIN WEST MORTGAGE CO./LERIN HILLS [DE 5467] |

1903640.1

LEWIS
AND
ROCA
——— LLP ———
L A W Y E R S

| **Status:** | The Court approved a stipulation to continue the hearing to May 8, 2008 at 9:30 a.m. [DE 5848] with an Order entered on February 19, 2008 [DE 5874] |

4.    **Status Hearing Re: Omnibus Objection to Claim of Claimants on Exhibit A in the amount of *(Second Omnibus Objection to Claims Asserting Priority Status Pertaining to Rieger Only – Claim No. 10725-01739)*** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3259]

| **Related Event:** 11/15/2007 | Order Scheduling Hearing on 12/20/2007 at 10:30 AM at LBR-Courtroom 1, Foley Federal Bldg [DE 5337] |
| **Status:** | Hearing continued from 4/26/2007; 6/15/2007; 10/15/2007; 12/14/2007; and 12/20/2007.  The USACM Trust believes that the court resolved the only outstanding item related to this objection when it denied the related motion for summary judgment as it pertained to Larry and Patsy Revocable Trust Dtd 8/14/91 [DE 5812] |

5.    **Objection to Claim 1279 of Lerin Hills Ltd** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3080]

| **Opposition Filed:** | None |
| **Related Filing:** 3/13/2007 | Declaration Of: Edward M. Burr *in Support of USACM Liquidating Trust Objections to Proofs of Claim and Motions to Classify Claims* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 3082]. |
| **Stipulation Filed:** 4/09/2007 | Stipulation By USACM LIQUIDATING TRUST and LERIN HILLS LTD *Continuing Hearing On Objection* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 3392] |
| **Related Filing:** 4/09/2007 | Order Approving Stipulation to Continue the Hearing on Objection to Claim 1279 of LERIN HILLS LTD.  [DE 3393] |
| **Reply Filed:** 6/06/2007 | Reply *to Objection of the USACM Liquidating Trust to Proof of Claim File by Lerin Hills LTD (Claim No. 203 & 1279)* Filed by MARJORIE A. GUYMON on behalf of MOUNTAIN WEST MORTGAGE, LLC [DE 3904] |

1903640.1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

| | |
|---|---|
| **Stipulation Filed:** 6/11/2007 | Second Stipulation By USACM LIQUIDATING TRUST and Lerin Hills Ltd. *Continuing Hearing on Objection* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3947] |
| **Related Filing:** 6/12/2007 | Order Approving Second Stipulation to Continue the Hearing on Objection to Claim 1279 of LERIN HILLS LTD. [DE 3955] |
| **Stipulation Filed:** 6/25/2007 | Stipulated Motion to Continue/Reschedule Hearing *on Second Omnibus Objection to Claims Asserting Priority Status re Claim 1279 of Lerin Hills* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4050] |
| 6/26/2007 | Stipulation Setting Hearing on Second Omnibus Objection to Claims Asserting Priority Status Re Claim 1279 of LERIN HILLS [DE 4060] |
| **Stipulation Filed:** 10/10/2007 | Stipulation By USACM LIQUIDATING TRUST and Lerin Hills Ltd. *to Continue Hearing on Objection* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4959] |
| **Related Event:** 10/11/2007 | Order Approving Stipulation to Continue the Hearing on Objections to Claim 1279 of LERIN HILLS LTD. [DE 4968] |
| **Stipulation Filed:** 12/06/2007 | Stipulation By USACM LIQUIDATING TRUST and Lerin Hills *to Continue Hearing on Objection* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5444] |
| **Related Event:** 12/10/2007 | Order Approving Stipulation to Continue the Hearing on Objections to Claim 1279 of LERIN HILLS LTD. [DE 5454] |
| **Status:** | The Court approved a stipulation to continue the hearing to May 8, 2008 at 9:30 a.m. [DE 5851] with an Order entered on February 19, 2008 [DE 5870] |

6.    **Motion for Summary Judgment** *Regarding (1)* **Responses** *To The USACM Trust's First Through Thirty-Third Omnibus Objections To Claims Asserting A Secured Status; (2) Responses to USACM Trust's First Through Third Omnibus Objections to Claims Asserting A Priority Status; and (3); Newly Alleged Secured And Priority Claims* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4291]

| | |
|---|---|
| **Related Filings:** | The only unresolved claims are those filed by the Dutkin Trust as follows: |

1903640.1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

| | |
|---|---|
| **Response Filed:** 8/17/07 | Response with Certificate of Service *& Objection of USA COMMERCIAL MORTGAGE COMPANY to Claim of DUTKIN TRUST Asserting Secured Status* Filed by GEORGE D FRAME on behalf of JOHN DUTKIN [DE 4628] |
| 9/14/2007 | Supplemental *Statement of Facts in Support of Motion for Summary Judgment Regarding (1) Responses to the USACM Trust's First through Thirty-Third Omnibus Objections to Claims Asserting a Secured Status; (2) Responses to USACM Trust's First through Third Omnibus Objections to Claims Asserting a Priority Status; and (3) Newly Alleged Secured and Priority Claims* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4811] |
| **Stipulation Filed:** 12/05/2007 | Stipulation By USACM LIQUIDATING TRUST and John Dutkin, Trustee *to Continue Hearing* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5443] |
| **Related Event:** 12/10/2007 | Order Approving Stipulation to Continue the Hearing on Motion for Summary Judgment Re DUTKIN's Claim [DE 5451] |
| **Related Event:** 1/22/2008 | Order Requiring Supplemental Briefing on the USACM TRUST's Eighth Omnibus Objection to Claims Asserting a Secured Status as it Pertains to the Claim Filed by JOHN DUTKIN [DE 5711] |
| 1/31/2008 | Supplemental Brief Filed by GEORGE D FRAME on behalf of JOHN DUTKIN [DE 5768] |
| 2/01/2008 | Deadline Set/Terminated Motion for Exceptional Circumstances due by 2/11/2008 [DE 5770] |
| 2/08/2008 | Supplemental Brief *in Support of Eighth Omnibus Objection to Claims Asserting a Secured Status as that Objection Pertains to the Dutkin Claim* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5804] |
| **Status:** | The sole remaining issue relates to the secured claim filed by Dutkin. That issue is fully briefed and ready to be argued to the Court |

7.    **Status Hearing Re: Eighth Omnibus Objection *(Pertaining to* Claim *filed by John Dutkin)*** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3147]

1903640.1

LEWIS
AND
ROCA
——— LLP ———
L A W Y E R S

| | |
|---|---|
| **Response Filed:** 4/19/2007 | Response with Certificate of Service Filed by GEORGE D FRAME on behalf of JOHN DUTKIN   [DE 3512] |
| **Related Event:** 6/29/2007 | Order Sustaining Eighth Omnibus Objection of the USACM LIQUIDATING TRUST to Claims Asserting Secured Status [DE 4079] |
| **Related Filings:** 7/30/2007 | Motion for Summary Judgment Regarding (1) Responses To The USACM Trust's First Through Thirty-Third Omnibus Objections To Claims Asserting A Secured Status; (2) Responses to USACM Trust's First Through Third Omnibus Objections to Claims Asserting A Priority Status; and (3); Newly Alleged Secured And Priority Claims Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4291] |
| **Response Filed:** 8/17/07 | Response with Certificate of Service *& Objection of USA COMMERCIAL MORTGAGE COMPANY to Claim of DUTKIN TRUST Asserting Secured Status* Filed by GEORGE D FRAME on behalf of JOHN DUTKIN [DE 4628] |
| **Related Event:** 1/22/2008 | Order Requiring Supplemental Briefing on the USACM TRUST's Eighth Omnibus Objection to Claims Asserting a Secured Status as it Pertains to the Claim Filed by JOHN DUTKIN [DE 5711] |
| 1/31/2008 | Supplemental Brief Filed by GEORGE D FRAME on behalf of JOHN DUTKIN [DE 5768] |
| 2/01/2008 | Deadline Set/Terminated Motion for Exceptional Circumstances due by 2/11/2008 [DE 5770] |
| 2/8/2008 | Supplemental Brief *in Support of Eighth Omnibus Objection to Claims Asserting a Secured Status as that Objection Pertains to the Dutkin Claim* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5804] |
| **Status:** | Hearing continued from 4/26/2007; 6/15/2007; 12/14/2007; and 12/20/2007.  The sole remaining issue relates to the secured claim filed by Dutkin.  That issue is fully briefed and ready to be argued to the Court |

8.    **Objection to Claim 791, 793, and 794 of PENSION BENEFIT GUARANTY CORPORATION** filed by LENARD E. SCHWARTZER on behalf of USA COMMERCIAL MORTGAGE COMPANY [DE 2978]

8

1903640.1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

| | |
|---|---|
| **Stipulation Filed:** 4/18/2007 | Stipulation By USACM LIQUIDATING TRUST and Pension Benefit Guaranty Corporation; USA Capital Realty Advisors, LLC; USA Securities, LLC; and USA Commercial Mortgage Company *Continuing Hearing on Objection* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 3486] |
| **Related Event:** 4/23/2007 | Order Approving Stipulation to Continue the Hearing on Objection to Proofs of Claim Filed by PENSION BENEFIT GUARANTY CORPORATION [DE 3521] |
| **Stipulation Filed:** 6/11/2007 | Stipulation By USACM LIQUIDATING TRUST and Pension Benefit Guaranty Corporation *Continuing Hearing on Objection* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 3944] |
| **Related Event:** 6/12/2007 | Order Approving Stipulation to Continue the Hearing on Objection to Proofs of Claim Filed by PENSION BENEFIT GUARANTY CORPORATION [DE 3962] |
| **Stipulation Filed:** 10/11/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Pension Benefit Guaranty Corporation *Continuing Hearing on Objections* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 4963] |
| **Related Event:** 10/12/2007 | Order Approving Stipulation to Continue the Hearing on Objections to Proofs of Claim and Amended Proofs of Claim Filed by PENSION BENEFIT GUARANTY CORPORATION [DE 4980] |
| **Stipulation Filed:** 11/30/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Pension Benefit Guaranty Corporation *Continuing Hearing on Objections* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 5420] |
| **Related Event:** 12/05/2007 | Order Approving Stipulation Continuing Hearing on Objections to Proofs of Claim and Amended Proofs of Claim Filed by PENSION BENEFIT GUARANTY CORPORATION [DE 5441] |
| 1/10/2008 | *Joint Statement of Issues on Objections to Proofs of Claim and Amended Proofs of Claim Filed by Pension Benefit Guaranty Corporation* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5629] |

1903640.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

| | |
|---|---|
| **Stipulation Filed:** 1/15/2008 | Agreed Stipulation By PENSION BENEFIT GUARANTY CORPORATION and USACM Liquidating Trust */Stipulation Continuing Hearing on Objections* Filed by FRANK A. ANDERSON on behalf of PENSION BENEFIT GUARANTY CORPORATION [DE 5659] |
| **Related Event:** 1/16/2008 | Order Approving Stipulation Continuing Hearing on Objections of the USACM LIQUIDATING TRUST to PBGC's Proofs of Claim [DE 5678] |
| **2/15/2008** | Request for Settlement Conference on Objections of the USACM Liquidating Trust to PBGC Proofs of Claim Filed by FRANK A. ANDERSON on behalf of PENSION BENEFIT GUARANTY CORPORATION [5857] |
| **2/19/2008** | Response by USACM Liquidating Trust to Request for Settlement Conference on Objections of the USACM Liquidating Trust to PBGC Proofs of Claim [filing today] |
| **Status:** | Hearing Continued from 4/26/2007; 6/15/2007; 10/15/2007; 12/14/2007; and 1/24/2008.  These matters are ready for decision by the Court unless the Court is inclined to consider the PBGC's request for a settlement conference. |

9.    **Objection of the USACM Liquidating Trust to Claim** *Amended* **10725-00791, 793, and 794 of Pension Benefit Guaranty Corporation** *Filed by the Pension Benefit Guaranty Corporation* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4728]

| | |
|---|---|
| **Opposition Filed:** | None |
| **Stipulation Filed:** 10/11/2007 | Stipulation Continuing hearing on Objections to Proofs of Claim and Amended Proofs of Claim filed by Pension Benefit Guaranty Corporation [DE 4963] |
| **Related Event:** 10/12/2007 | Order Approving Stipulation to Continue the Hearing on Objections to Proofs of Claim and Amended Proofs of Claim Filed by PENSION BENEFIT GUARANTY CORPORATION [DE 4980] |
| **Response Filed:** 11/01/2007 | Response *of the Pension Benefit Guaranty Corporatioin to Objections of the USACM Liquidating Trust to PBGC Proofs of Claim* Filed by FRANK A. ANDERSON on behalf of PENSION BENEFIT GUARANTY CORPORATION [DE 5213] |

1903640.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

| | |
|---|---|
| **Reply Filed:** 11/21/2007 | Reply with Certificate of Service *of the USACM Liquidating Trust in Support of Objections to Proofs of Claim Filed by the Pension Benefit Guaranty Corporation* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5404] |
| **Stipulation Filed:** 11/30/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Pension Benefit Guaranty Corporation *Continuing Hearing on Objections and Proofs of Claim and Amended Proofs of Claim filed by Pension Benefit Guaranty Corporation* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5420] |
| **Related Event:** 12/05/2007 | Order Approving Stipulation Continuing Hearing on Objections to Proofs of Claim and Amended Proofs of Claim Filed by PENSION BENEFIT GUARANTY CORPORATION [DE 5441] |
| 1/10/2008 | *Joint Statement of Issues on Objections to Proofs of Claim and Amended Proofs of Claim Filed by Pension Benefit Guaranty Corporation* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5629] |
| 1/15/2008 | Agreed Stipulation By PENSION BENEFIT GUARANTY CORPORATION and Between USACM Liquidating Trust *Stipulation Continuing Hearing on Objections of the USACM Liquidating Trust to PBGC's Proofs of Claim.* Filed by FRANK A. ANDERSON on behalf of PENSION BENEFIT GUARANTY CORPORATION [DE 5659] |
| 1/16/2008 | Order Approving Stipulation Continuing Hearing on Objections of the USACM LIQUIDATING TRUST to PBGC's Proofs of Claim [DE 5678] |
| **2/15/2008** | Request for Settlement Conference on Objections of the USACM Liquidating Trust to PBGC Proofs of Claim Filed by FRANK A. ANDERSON on behalf of PENSION BENEFIT GUARANTY CORPORATION [5857] |
| **2/19/2008** | Response by USACM Liquidating Trust to Request for Settlement Conference on Objections of the USACM Liquidating Trust to PBGC Proofs of Claim [filing today] |
| **Status:** | Hearing Continued from 10/15/2007; 12/14/2007; and 1/28/2008. These matters are ready for decision by the Court unless the Court is inclined to consider the PBGC's request for a settlement conference. |

1903640.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

10.     ***First Omnibus Objection to Proofs of Claim Based Upon Investment in the Riviera -- Homes for America Holding Loan*** **with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5618]

**Opposition Filed:**     None

**Related Event:**     Declaration Of: Edward M. Burr *in Support of Omnibus*
1/10/2008     *Objections to Proofs of Claim Based Upon Investment in the Riviera -- Homes for America Holding* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [ DE 5616]

**Status:**

11.     ***Second Omnibus Objection to proofs of Claim Based in Whole or In Part, Upon Investment in the Riviera--Homes for America Holding Loan*** **with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5621]

**Opposition Filed:**     None

**Related Event:**     Declaration Of: Edward M. Burr *in Support of Omnibus*
1/10/2008     *Objections to Proofs of Claim Based Upon Investment in the Riviera -- Homes for America Holding* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [ DE 5616]

**Status:**

12.     ***Third Omnibus Objection to Proofs of Claim Based, In Whole or In Part, Upon Investment in the Riviera--Homes for America Holding Loan*** **with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5626]

**Opposition Filed:**     None

**Related Event:**     Declaration Of: Edward M. Burr *in Support of Omnibus*
1/10/2008     *Objections to Proofs of Claim Based Upon Investment in the Riviera -- Homes for America Holding* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [ DE 5616]

**Status:**

1903640.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

13. ***First Omnibus Objection to Proofs of Claim Based Upon Investment in the Homes for America Holding, LLC--Riviera 2nd Deed of Trust Loan*** with Certificate of Service filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5637]

| | |
|---|---|
| **Opposition Filed:** | None |
| **Related Event:** 1/11/2008 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in the Homes for America Holding, LLC--Riviera 2nd Deed of Trust Loan* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [ DE 5636] |

**Status:**

14. ***Second Omnibus Objection to Proofs of Claim Based, In Whole or in Part, Upon Investment in the Homes for America Holding, LLC--Riviera 2nd Deed of Trust Loan*** with Certificate of Service filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5650]

| | |
|---|---|
| **Opposition Filed:** | None |
| **Related Event:** 1/11/2008 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in the Homes for America Holding, LLC--Riviera 2nd Deed of Trust Loan* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [ DE 5636] |

**Status:**

15. ***Third Omnibus Objection to Proofs of Claim Based, in Whole or in Part, Upon Investment in the Homes for America Holding, LLC--Riviera 2nd Deed of Trust Loan*** with Certificate of Service filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5653]

| | |
|---|---|
| **Opposition Filed:** | None |
| **Related Event:** 1/11/2008 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in the Homes for America Holding, LLC--Riviera 2nd Deed of Trust Loan* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [ DE 5636] |

**Status:**

1903640.1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

16.    *First Omnibus Objection Based, in Whole or in Part, Upon Investment in the One Point Street, LLC--HFA North Yonkers Loan* with **Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5685]

| **Opposition Filed:** | None |
|---|---|
| **Related Event:** 1/18/2008 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in the One Point Street, LLC -- HFA North Yonkers Loan; and Certificate of Service* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [ DE 5684] |

**Status:**

17.    *Second Omnibus Objection to Proofs of Claim Based, in Whole or in Part, Upon Investment in the One Point Street, LLC--HFA North Yonkers Loan* with **Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5687]

| **Opposition Filed:** | None |
|---|---|
| **Related Event:** 1/18/2008 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in the One Point Street, LLC -- HFA North Yonkers Loan; and Certificate of Service* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [ DE 5684] |

**Status:**

18.    *Third Omnibus Objection to Proofs of Claim Based, in Whole or in Part, Upon Investment in the One Point Street, LLC--HFA North Yonkers Loan* with **Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5689]

| **Opposition Filed:** | None |
|---|---|
| **Related Event:** 1/18/2008 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in the One Point Street, LLC -- HFA North Yonkers Loan; and Certificate of Service* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [ DE 5684] |
| **Response Filed:** 2/11/2008 | Response to Objection of USACM Trust to Proofs of Claim Based upon Investment in the One Point Street, LLC-HFA North Yonkers Loan, filed by D.G. Menchetti on behalf of D.G. Menchetti Pension Plan [DE 5821] |

1903640.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

**Status:**

19.    ***Fourth Omnibus Objection to Proofs of Claim Based, In Whole or In Part, Upon Investment in the One Point Street, LLC--HFA North Yonkers Loan*** with **Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5692]

| | |
|---|---|
| **Opposition Filed:** | None |
| **Related Event:** 1/18/2008 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in the One Point Street, LLC -- HFA North Yonkers Loan; and Certificate of Service* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [ DE 5684] |

**Status:**

20.    ***Fifth Omnibus Objection to Proofs of Claim Based, In Whole or In Part, Upon Investment in the One Point Street, LLC--HFA North Yonkers Loan*** with **Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5694]

| | |
|---|---|
| **Opposition Filed:** | None |
| **Related Event:** 1/18/2008 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in the One Point Street, LLC -- HFA North Yonkers Loan; and Certificate of Service* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [ DE 5684] |

**Status:**

21.    ***Sixth Omnibus Objection to Proofs of Claim Based, In Whole or In Part, Upon Investment in the One Point Street, LLC--HFA North Yonkers Loan*** with **Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5696]

| | |
|---|---|
| **Opposition Filed:** | None |

15

1903640.1

LEWIS
AND
ROCA
———LLP———
L A W Y E R S

**Related Event:**
1/18/2008

Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in the One Point Street, LLC -- HFA North Yonkers Loan; and Certificate of Service* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [ DE 5684]

**Status:**

22.    ***Seventh Omnibus Objection to Proofs of Claim Based, In Whole or In Part, Upon Investment in the One Point Street, LLC--HFA North Yonkers Loan* with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5698]

**Related Event:**
1/18/2008

Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in the One Point Street, LLC -- HFA North Yonkers Loan; and Certificate of Service* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [ DE 5684]

**Objection Filed:**
1/30/2008

Objection *of VOSS FAMILY TRUST to Reduce Claim (In Conjunction with Seventh Omnibus Objection of USACM TRUST to Proofs of Claim Based, in Whole or in Part, Upon Investment in the ONE POINT STREET, LLC - HFA NORTH YONKERS Loan* Filed by VOSS FAMILY TRUST [DE 5753]

**Related event:**
2/07/2008

*Withdrawal of Seventh Omnibus Objection to Proofs of Claim Based Upon Investment in the One Point Street, LLC -- HFA North Yonkers Loan as it Relates to the Voss Family Trust Claim Only* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5800]

**Status:**

23.    ***Eighth Omnibus Objection to Proofs of Claim Based Upon Investment in the One Point Street, LLC--HFA North Yonkers Loan* with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5700]

**Opposition Filed:**    None

16

1903640.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

| | |
|---|---|
| **Related Event:**<br>1/18/2008 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in the One Point Street, LLC -- HFA North Yonkers Loan; and Certificate of Service* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [ DE 5684] |

**Status:**

24.    **Motion to Compel *Production of* Documents *by WELLS FARGO*** Filed by ERIC D MADDEN on behalf of USACM LIQUIDATING TRUST [DE 5782]

| | |
|---|---|
| **Related Motion:**<br>2/05/2008 | Ex Parte Motion for Order Shortening Time *to Hear USACM LIQUIDATING TRUST'S Motion to Compel Production of Documents by Wells Fargo* Filed by ERIC D MADDEN on behalf of USACM LIQUIDATING TRUST [ DE 5788] |
| **Related Event:**<br>2/05/2008 | Attorney Information Sheet Filed by ERIC D MADDEN on behalf of USACM LIQUIDATING TRUST [DE 5789] |
| 2/07/2008 | Order Shortening Time to Hear USACM LIQUIDATING TURST'S Motion to Compel Production of Documents by WELLS FARGO [DE 5798] |
| **Opposition Filed:**<br>2/15/2008 | Opposition with Certificate of Service Filed by KENT F. LARSEN on behalf of WELLS FARGO BANK OF NEVADA AND WELLS FARGO BANK [DE 5858] |

**Status:**

25.    ***Thirteenth Omnibus Objection of the USACM Liquidating Trust to Proofs of Claim for Lack of Documentation*** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5580]

**Opposition Filed:**    None

**Status:**

26.    ***Fifteenth Omnibus Objection of the USACM Liquidating Trust to Proofs of Claim for Lack of Documentation*** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5582]

**Opposition Filed:**    None

**Status:**

1903640.1

27. ***Sixteenth Omnibus Objection of the USACM Liquidating Trust to Proofs of Claim for Lack of Documentation*** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5602]

**Opposition Filed:**    None

**Related Filing:**    Notice *of Errata Re Sixteenth Omnibus Objection of the USACM*
1/09/2008    *Liquidating Trust to Proofs of Claim for Lack of Documentation*
Filed by ROB CHARLES on behalf of USACM LIQUIDATING
TRUST [DE 6511]

**Status:**

28. ***Fourteenth Omnibus Objection of the USACM Liquidating Trust to Proofs of Claim for Lack of Documentation*** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5587]

**Opposition Filed:**    None

**Status:**

29. ***Seventeenth Omnibus Objection of the USACM Liquidating Trust to Proofs of Claim for Lack of Documentation*** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5589]

**Opposition Filed:**    None

**Status:**

30. ***Eighteenth Omnibus Objection of the USACM Liquidating Trust to Proofs of Claim for Lack of Documentation* filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST** [DE 5591]

**Opposition Filed:**    None

**Status:**

**[Non-USACM agenda items Nos. 31-37 heard]**

18



LEWIS
AND
ROCA
——LLP——
L A W Y E R S

38.    **Motion to Compel** *HOMES FOR AMERICA HOLDINGS, INC; ONE POINT STREET, INC.; COLT GATEWAY, LLC; HFAH CLEAR LAKE, LLC; ST. TROPEZ-HOMES FOR AMERICA HOLDINGS, LLC F/K/A RIVIERA-HFAH, LLC; ST. CHARLES TOWNHOMES PARTNERS, LP; BEAU RIVAGE HOMES FOR AMERICA, LLC; ST. CHARLES HOMES FOR AMERICA, INC.; RIVIERA-HOMES FOR AMERICA HOLDINGS, LLC F/K/A ST. RAPHAEL-HOMES FOR AMERICA, LLC; AND MEDITERRANEE-HFA, LLC F/K/A HFAH-MONACO, LLC to Comply with Subpoenas for Production of Documents* Filed by MICHAEL YODER on behalf of USACM LIQUIDATING TRUST [DE 5823]

| | |
|---|---|
| **Opposition Filed:** | None |
| **Related Events:** 2/12/2008 | Ex Parte Motion for Order Shortening Time *With Certificate Of Service* Filed by MICHAEL YODER on behalf of USACM LIQUIDATING TRUST[DE 5824] |
| 2/12/2008 | Attorney Information Sheet Filed by MICHAEL YODER on behalf of USACM LIQUIDATING TRUST [DE 5826] |
| 2/14/2008 | Order Shortening Time to hear USACM Liquidating Trust's Motion to Compel HOMES FOR AMERICA HOLDINGS, INC. ("HFAH"); ONE POINT STREET, INC.; COLT GATEWAY, LLC; HFAH CLEAR LAKE, LLC; ST. TROPEZ-HOMES FOR AMERICA HOLDINGS, LLC F/K/A RIVIERA-HFAH, LLC; ST. CHARLES TOWNHOMES PARTNERS, LP; BEAU RIVAGE HOMES FOR AMERICA, LLC; ST. CHARLES HOMES FOR AMERICA, INC.; RIVIERA-HOMES FOR AMERICA HOLDINGS, LLC F/K/A ST. RAPHAEL-HOMES FOR AMERICA, LLC; AND MEDITERRANEE-HFA, LLC F/K/A HFAH-MONACO, LLC to Comply with Subpoenas for Production of Documents. (Related document(s) [5824]). Hearing scheduled 2/21/2008 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg [DE 5846] |

**Status**

**1:30 p.m.**  [Non-USACM Agenda Items Nos. 1-2 heard]

3.    Adv. 07-01154-lbr, USACM Liquidating Trust v. JMK Investments, Ltd., et al., **Status Hearing Re: First Amended Complaint** *and Request for Declaratory Relief* Filed by ERIC D MADDEN on behalf of USACM LIQUIDATING TRUST against all defendants **[DE 50]**

| | |
|---|---|
| **Answer Filed:** 10/25/2007 | Answer to Amended Complaint Filed by DAVID A. COLVIN on behalf of ALABRUJ LIMITED PARTNERSHIP, et al. [ DE 55] |

19

LEWIS
AND
ROCA
——— LLP ———
L A W Y E R S

| | |
|---|---|
| **Status:** | The Court originally set this status conference to consider any renewed Motion to Dismiss JMK may have filed following the Court's order granting Plaintiff leave to file the second amended complaint.  JMK did not, however, file a motion to dismiss but instead filed a substantive answer to the Second Amended Complaint.  As a result, Plaintiffs intend to use this status conference to update the Court as to the status of discovery and preparations for mediation before Judge Markell on March 11, 2008. |

  4.   Adv. 07-01154-lbr, USACM Liquidating Trust v. JMK Investments, Ltd., et al., **Status Hearing Re: Order on Motion of J.M.K. INVESTMENTS to Dismiss Pursuant to Rule 12(B)(6)** [DE 79]

| | |
|---|---|
| **Related Motion:** 10/19/2007 | Motion to Dismiss *by JMK Investments pursuant to Rule 12(b)(6); Memorandum of Points and Authorities* Filed by GEORGE C LAZAR on behalf of J.M.K. INVESTMENTS, LTD [ DE 47] |
| **Response Filed:** 11/05/2007 | Response Filed by STEPHEN T LODEN on behalf of USACM LIQUIDATING TRUST (Related document(s)47 Motion to Dismiss filed by Defendant J.M.K. INVESTMENTS, LTD..) [DE 59] |
| **Stipulation Filed:** 11/09/2007 | Stipulation By J.M.K. INVESTMENTS, LTD. and Between Plaintiff USACM Liquidating Trust *Designating Pending Motion to Dismiss as Motion to Dismiss First Amended Complaint* Filed by GEORGE C LAZAR on behalf of J.M.K. INVESTMENTS, LTD. [DE 61] |
| **Related Event:** 11/13/2007 | Order on Stipulation Designating Pending Motion to Dismiss as Motion to Dismiss First Amended Complaint [DE 63] |
| **Reply Filed:** 11/28/2007 | Reply *Memorandum in Support of J.M.K.'s Motion to Dismiss* Filed by GEORGE C LAZAR on behalf of J.M.K. INVESTMENTS, LTD [DE 64] |
| **Related Event:** 2/07/2008 | Order on Motion of J.M.K. INVESTMENTS to Dismiss Pursuant to Rule 12(B)(6) [DE 115] |

1903640.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

1

2

3

4

5

6

**Status:**  The Court originally set this hearing to consider any renewed Motion to Dismiss JMK may have filed following the Court's order granting Plaintiff leave to file the second amended complaint. JMK did not, however, file a motion to dismiss but instead filed a substantive answer to the Second Amended Complaint. As a result, Plaintiffs intend to use this conference to update the Court as to the status of discovery and preparations for mediation before Judge Markell on March 11, 2008.

7

8

    5.    Adv. 07-01154-lbr, USACM Liquidating Trust v. JMK Investments, Ltd., et al., **Status Hearing Re: Motion to Amend *Motion for Leave to File Second Amended Complaint*** Filed by STEPHEN T LODEN on behalf of USACM LIQUIDATING TRUST [DE 75]

9

10

11

**Opposition Filed:**
1/03/2008

Opposition with Certificate of Service *to Plaintiff USACM LIQUIDATING TRUST'S Motion for Leave to File Second Amended Complaint* Filed by GEORGE C LAZAR on behalf of J.M.K. INVESTMENTS, LTD [ DE 81]

12

13

14

**Reply Filed:**
1/15/2008

Reply with Certificate of Service *Reply in Support of Plaintiff's Motion for Leave to File Second Amended Complaint* Filed by STEPHEN T LODEN on behalf of USACM LIQUIDATING TRUST [DE 92]

15

16

**Related Event:**
1/25/2008

Second Amended Complaint *and Request for Declaratory Relief* Filed by STEPHEN T LODEN on behalf of USACM LIQUIDATING TRUST against all defendants [DE 98]

17

18

**Answer Filed:**
2/04/2008

Answer to *Second* Amended Complaint *filed by J.M.K. INVESTMENTS with Certificate of Service* Filed by GEORGE C LAZAR on behalf of J.M.K. INVESTMENTS, LTD. [DE 112]

19

20

**Related Event:**
2/04/2008

Order on Plaintiff's Motion for Leave To File Second Amended Complaint [DE 113]

21

22

23

24

25

26

1903640.1

LEWIS
AND
ROCA
LLP
LAWYERS

| | |
|---|---|
| **Answer Filed:**<br>2/14/2008 | Answer to *Second* Amended Complaint (Related Doc # [98]) Filed by DAVID A. COLVIN on behalf of ALABRUJ LIMITED PARTNERSHIP, RONI AMID, AURORA INVESTMENTS LP, BROUWERS FAMILY LP, FIRST SAVINGS BANK FBO VALLIERA MCGUIRE, FRANCIS FAMILY TRUST, LINDA JANOVITCH, STEVEN JANOVITCH, LARRY C JOHNS, MARY L JOHNS, JWB INVESTMENTS, INC., JENNIFER MIDDLETON, LARRY J MIDDLETON, MORNINGSIDE HOMES, INC., PAUL BLOCH LIVING TRUST, ROBERT M PORTNOFF, SARAH PORTNOFF, STEVEN PORTNOFF, SIMON FAMILY TRUST, THE MARVIN & VALLIERA MYERS TRUST [DE 117] |
| **Status:** | The Court originally set this hearing to consider any renewed Motion to Dismiss JMK may have filed following the Court's order granting Plaintiff leave to file the second amended complaint.  JMK did not, however, file a motion to dismiss but instead filed a substantive answer to the Second Amended Complaint.  As a result, Plaintiffs intend to use this conference to update the Court as to the status of discovery and preparations for mediation before Judge Markell on March 11, 2008. |

DATED:  February 19, 2008.

**LEWIS AND ROCA LLP**

By:   /s/ RC (#6593)
       Rob Charles, NV 6593
       John Hinderaker, AZ 18024
       *Counsel for USACM Liquidating Trust*

PROOF OF SERVICE

COPY of the aforementioned sent via e-mail or U.S. First Class Mail on February 19, 2008 to the parties listed on Post-Effective Official Service List for Limited Notice No. 4 Dated January 8, 2008.

 /s/ Christine E Laurel
Christine E Laurel
Lewis and Roca LLP

1903640.1