**Entered on Docket**
**February 19, 2008**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email: malevinson@orrick.com
       jhermann@orrick.com
*Attorneys for USA Capital*
*Diversified Trust Deed Fund, LLC*

Robert Kinas (Nevada Bar No. 6019)
Claire Y. Dossier (Nevada Bar No. 10030)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rkinas@swlaw.com
      cdossier@swlaw.com

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>          Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>          Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>          Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>          Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>          Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR<br><br>**ORDER APPROVING STIPULATION FOR WITHDRAWAL OF PROOF OF CLAIM NO. 10727-00149** |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

158442.2

The Court having considered the Stipulation for Withdrawal of Proof of Claim No. 10727-00149 relating to the proof of claim filed by Florence and Audrey O'Sullivan (the "Stipulation), no further notice being necessary, and good cause appearing:

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved;

2. Proof of Claim No. 10727-00149 is hereby withdrawn against DTDF; and

3. The Claimant's equity interest in DTDF is allowed in the amount of $96,094.65, as reflected in DTDF's books and records as of the Petition Date.

PREPARED AND RESPECTFULLY SUBMITTED BY:

SNELL & WILMER L.L.P.

By: _____
Robert Kinas (Nevada Bar No. 6019)
Claire Y. Dossier (Nevada Bar No. 10030)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
    and
Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capital Mall, Suite 3000
Sacramento, CA 95814-4497

*Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

APPROVED:

LAW OFFICES OF JAMES M. SULLIVAN

By: _____
James M. Sullivan, Esq.
225 North Santa Cruz Avenue
Los Gatos, CA 95030
Phone: (408) 395-3837
Fax: (408) 354-8040

*Attorney for Florence and Audrey O'Sullivan*

### #