EXHIBIT A

1688943.1

Case 06-10725-lbr Doc #: 5870 Filed: 02/19/2008 Page 2 of 3



Entered on Docket
February 19, 2008

_____
**Hon. Linda B. Riegle**
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                           Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>Date of Hearing: February 21, 2008<br>Time of Hearing: 9:30 a.m.<br><br>New Date of Hearing: May 8, 2008<br>Time of Hearing: 9:30 a.m. |

230817.1

# ORDER APPROVING STIPULATION TO CONTINUE THE HEARING ON OBJECTIONS TO CLAIM 1279 OF LERIN HILLS LTD. IN THE AMOUNT OF $1,257,233.40 AS AN UNSECURED NON-PRIORITY CLAIM, AND AS A PRIORITY CLAIM OF $797,175.62

**IT IS HEREBY ORDERED:** approving the Stipulation [DE 5851] by and between USACM Liquidating Trust and Lerin Hills Ltd.; vacating the February 21, 2008 hearing and rescheduling the hearing to **May 8, 2008 at 9:30 a.m.** on the objections to Claim of 1279 of Lerin Hills Ltd. [DE 3080 and DE 3259] in the amount of $1,257,233.40 as an unsecured non-priority claim and a priority claim of $797,175.62.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
*Attorneys for USACM Liquidating Trust*

Approved/Disapproved:

**KEHOE & ASSOCIATES**

By: /s/ Kehoe
Ty E. Kehoe, Esq.
871 Coronado Center Drive, Suite 200
Henderson, NV 89052
*Attorney for Lerin Hills, Ltd.*