# EXHIBIT A

1688943.1



**Entered on Docket
February 19, 2008**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                    Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>Date of Hearing: February 21, 2008<br>Time of Hearing: 9:30 a.m.<br><br>New Date of Hearing: May 8, 2008<br>Time of Hearing: 9:30 a.m. |

234565.1

# ORDER APPROVING STIPULATION TO CONTINUE THE HEARING ON OBJECTION TO CLAIM 203 OF MOUNTAIN WEST MORTGAGE CO./LERIN HILLS

**IT IS HEREBY ORDERED:** approving the Stipulation by and between USACM Liquidating Trust and Mountain West Mortgage Co./Lerin Hills ("MWM") [DE 5848] continuing the hearing to **May 8, 2008 at 9:30 a.m.** on the objection to Claim of 203 of MWM [DE 3078].

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By:  /s/ RC (#0006593)
     Susan M. Freeman
     Rob Charles
*Attorneys for USACM Liquidating Trust*

APPROVED AS TO FORM AND CONTENT:

**GOLDSMITH & GUYMON P.C.**

By:  /s/ MAG (#04983)
     Marjorie A. Guymon
Goldsmith & Guymon
2055 N. Village Center Circle
Las Vegas, NV  89134
Tel:  702-873-9500
Email:  mguymon@goldguylaw.com
*Attorneys for Mountain West Mortgage Co./Lerin Hills.*

234565.1

| | |
|---|---|
| 1 | CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021 |
| 2 | In accordance with Local Rule 9021, the undersigned certifies: |
| 3 | ☐ The Court waived the requirements of approval under LR 9021. |
| 4 5 | ☐ No parties appeared or filed written objections, and there is no trustee appointed in the case. |
| 6 | ☐ No opposition was filed to the motion and no other party or counsel appeared at the hearing. |
| 7 8 9 | ☒ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing, and any trustee appointed in the case, and each has approved or disapproved the order, or failed to respond, as indicated below: |

Marjorie A. Guymon (Approved)
*Attorneys for Mountain West Mortgage Co./Lerin Hills.*


**LEWIS AND ROCA LLP**


By: /s/ RC (#0006593)
     Susan M. Freeman
     Rob Charles
     John Hinderaker
*Attorneys for USACM Liquidating Trust*

3

234565.1