LEWIS AND ROCA LLP
LAWYERS

E-Filed on 2/19/08

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

**Susan M. Freeman** AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
**Rob Charles** NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[1]<br><br>USA Securities, LLC,[2]<br>                                   Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER APPROVING STIPULATION TO CONTINUE THE HEARING ON OBJECTION TO CLAIM 792 OF COPPER SAGE COMMERCIAL CENTER LLC** |

   **PLEASE TAKE NOTICE** that an Order Approving Stipulation to Continue the Hearing on Objection to Claim 792 of Copper Sage Commercial Center LLC [DE 5872] was entered on the 19th day of February 2008, a true and correct copy of which is attached hereto as Exhibit A.

---

[1] This bankruptcy case was closed on October 12, 2007.

[2] This bankruptcy case was closed on December 26, 2007.

1906326.1

LEWIS AND ROCA LLP
LAWYERS

RESPECTFULLY SUBMITTED February 19, 2008.

**LEWIS AND ROCA LLP**

By  /s/ RC (#006593)
Susan M. Freeman
Rob Charles
*Attorneys for USACM Liquidating Trust*

PROOF OF SERVICE

Copy of the foregoing e-mailed on
February 19, 2008 to the following
interested party:

Susan Williams Scann
Deaner, Deaner, Scann, Malan & Larsen
720 S Fourth Street, Suite 300
Las Vegas, NV 89101
E-mail: sscann@deanerlaw.com
*Attorney for Copper Sage Commercial Center LLC*


 /s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca

1906326.1