**LEWIS AND ROCA LLP LAWYERS**

E-Filed on 2/19/08

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                            Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**WITHDRAWAL OF OBJECTION TO PROOF OF CLAIM FILED BY KAMI AND WILLIE BANOS FOR LACK OF DOCUMENTATION**<br><br>Hearing Date: February 21, 2008<br>Time: 9:30 a.m. |

**PLEASE TAKE NOTICE** that the USACM Liquidating Trust ("USACM Trust") filed its Fifteenth Omnibus Objection to Proof of Claim for Lack of Documentation ("Objection") on January 7, 2008 [DE 5582], which included an objection to Proof of Claim No. 10725-02400 in the amount of $100,000.00 ( the "Claim") filed by Kami and Willie Banos ("Claimants").

1

1906268.1

LEWIS AND ROCA LLP
LAWYERS

Claimants informally responded to the USACM Trust's Objection and provided documentation to support their Claim.

WHEREFORE, the USACM Trust withdraws its objection to the Claim. The USACM Trust reserves the right of any party in interest, including the USACM Trust, to further object to the Claimants' Claim.

DATED: February 19, 2008

                                        **LEWIS AND ROCA LLP**
                                        By:  /s/ RC (#6593)
                                              Susan M. Freeman, AZ 4199 (*pro hac vice*)
                                              Rob Charles, NV 6593
                                          *Counsel for USACM Liquidating Trust*

COPY of the foregoing mailed
February 19, 2008, to:

Banos, Kami & Willie
7431 Dorie Drive
West Hills, California 91307


  /s/  Christine E. Laurel
Christine E. Laurel

2

1906268.1