# EXHIBIT O

# Business Client Acceptance Checklist

**Specialized Bankers must use this checklist when opening each new deposit account for a business customer.[1]**



1) Complete the checklist *before* opening account.
2) Refer to the completed checklist for customer information when completing the new account profiling process (no need to ask customer a question twice).
3) Print a copy and have a manager or designate approve.[2]
4) Retain checklist in a secure local file for five years after the account closes.

## Section 1

| Account Name | Account Number | AU | COID |
|---|---|---|---|
| USA Commercial Mortgage (5627680486) | | 08045 | 825 |

| TIN | Account Type ONLY ONE SELECTION CAN BE MADE | Officer Code |
|---|---|---|
| 88-0244801 | ☒ Checking  ☐ Savings  ☐ Time Deposit | N0198 |

| Existing Customer? ONE BOX MUST BE CHECKED | Opening Deposit Amount | Source of Funds[3] |
|---|---|---|
| ☐ No  ☒ Yes  Since NOV 1987 | | (internal transfer or deposit) |

Purpose of Account[4] Collect funds from customers doing Refinance and pay other entities when due eg. appraisal fees

**What is the Physical Address of the business?[5]**

Address 4484 S. Pecos Rd.    City Las Vegas

| Province/Territory | State NV | Postal Code 89121 | Country USA |
|---|---|---|---|

## Section 2

1. Is the business a foreign entity or are any owners/signers non-US citizens?[6]
   ☐ Yes  ☒ No
   **Note:** If yes is answered to this question, the customer must be screened using the OFAC Account Screening Tool. Print and attach results.[7]

2. Are any of the owners or signers on the account a representative of a foreign government or a relative or a close associate of a representative of a foreign government?[8]
   ☐ Yes  ☒ No

3. Is the estimated monthly cash deposited expected to be greater than $100,000?[9]
   ☐ Yes  ☒ No    no cash
   If no, provide range of expected monthly cash activity: ☒ <$10,000  ☐ $10,000 - $100,000 IF NO SELECTED, ONE BOX MUST BE CHECKED

4. Is the estimated monthly cash withdrawn expected to be greater than $100,000?[9]
   ☐ Yes  ☒ No    no cash
   If no, provide range of expected monthly cash activity: ☒ <$10,000  ☐ $10,000 - $100,000 IF NO SELECTED, ONE BOX MUST BE CHECKED

5. Does the customer expect that the funds wire transferred to/from the account to exceed $100,000 per month?[10]
   ☐ Yes  ☒ N
   Provide range of expected monthly wire activity: ☐ <$10,000  ☐ $10,000 - $100,000  ☐ $100,001 - $1,000,000  ☐ >$1,000,000

6. Are you a banker with the Patrimonial or International Business Banking Group?
   ☐ Yes  ☒ No

**If yes is answered to any of the questions in Section 2, complete Sections 3 and 4 of the checklist.**
**If not, complete Section 4 only and retain in a secure customer or bank file.**

WFB0029

All footnotes are referenced in the Business Client Acceptance Checklist Instructions (DSG1379).

## Section 3

1.  Describe the business operations.

2.  If the account signers are not the owners of the account, list the beneficial owners and percentage ownership.[11]

    1. _____      _____%   4. _____      _____%
    2. _____      _____%   5. _____      _____%
    3. _____      _____%   6. _____      _____%

3.  List the following:
    - Gross Annual Revenue/Losses    $
    - Total Assets    $
    - Date Business Established
    - Number of Employees

4.  What are the Total Relationship Balances?[12]

| WF Deposit | WF Brokerage | WF Credit (excluding 1st mortgage) |
|---|---|---|
| Other Deposit | Other Brokerage | Other Credit (excluding 1st mortgage) |

5.  Are any transactions with or through closely affiliated or mutually controlled enterprises expected?

    ☐ Yes   ☐ No

    If yes, list companies:     IF YES

    List major customers/suppliers:     IF YES

6.  For customers expecting complex or numerous transactions between multiple related accounts or business, complete the following:[13]

| Type(s) of transactions | Reason(s) for transactions | Frequency of transactions |
|---|---|---|

7.  For wire activity, list expected sending and receiving countries, other than the United States and describe purpose of wires:[14]

| Country | Purpose |
|---|---|
| Country | Purpose |
| Country | Purpose |
| Country | Purpose |

8.  For senior foreign political figures, complete the following:
    - Indicate if the customer is a ☐ senior foreign political figure   ☐ family member   ☐ close associate
    - Provide name(s) of account holder(s) related to the above referenced customer:
    - Official salary and compensation $ [15]
    - Sources of income apart from official position:[15]
    - The reputation of the customer was verified as ☐ acceptable or ☐ unacceptable[16]

WFB0030

9. List the foreign countries to which the customer has ties.[17]

| Country | Country |
|---|---|
| Country | Country |
| Country | Country |

Remember, if any of these countries are NCCT countries, a Monthly Monitoring Log must be completed.
☐ Yes, a Monthly Monitoring Log is required.

10. Was a site visit completed?   ☐ Yes, Date: _____   ☐ No, Planned Date: _____
If a site visit was not completed, how was the existence of the business verified?

_____

(Examples: Requesting financial statements, referrals from banks, suppliers, and/or customers, third party references such as Dun & Bradstreet or Veritas reports.)

## Section 4

Additional Comments[18]

| Completed By (Print) Yeoman | Signature x Constence Yeoman | Date 3-3-05 |
|---|---|---|
| Approved By (Print) SUSAN NORTON | Signature x S Norton | Date 3/3/05 |

Use the information that you have recorded on the Business Client Acceptance Checklist (BCAC) as a tool for understanding your customer's financial needs and activity patterns now and in the future. If you determine at a future date that the customer's transactions do not meet normal activity expectations based on the information that was provided when the account was opened, consult the customer to better understand circumstances that may have changed their financial needs. Changes in circumstances can be updated on the location copy of the BCAC. Complete a Suspicious Activity Report referral if activity on the account is suspicious and cannot be satisfactorily explained.

WFB0031

All footnotes are referenced in the Business Client Acceptance Checklist Instructions (DSG1379).

DSG7777 (1-05 85180EO)     Confidential Information to be used on a need to know basis only.     3

# EXHIBIT P

E-Filed on 2/19/08

1 **DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
2 Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

3 Allan B. Diamond, TX State Bar No. 05801800
Email: adiamond@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
4 Email: emadden@diamondmccarthy.com

5 Special Litigation Counsel for USACM Liquidating Trust

6          **UNITED STATES BANKRUPTCY COURT**
                  **DISTRICT OF NEVADA**

7

8  In re:                                      Case Nos.:
   USA COMMERCIAL MORTGAGE COMPANY,             BK-S-06-10725-LBR
                                                BK-S-06-10726-LBR
9          Debtor.                              BK-S-06-10727-LBR
                                                BK-S-06-10728-LBR
10 In re:                                       BK-S-06-10729-LBR
   USA CAPITAL REALTY ADVISORS, LLC,

11         Debtor.

12 In re:                                       JOINTLY ADMINISTERED
   USA CAPITAL DIVERSIFIED TRUST DEED           Chapter 11 Cases
   FUND, LLC,
13
                                                Judge Linda B. Riegle
           Debtor.
14 In re:
   USA CAPITAL FIRST TRUST DEED FUND, LLC,
15
           Debtor.                              **DECLARATION OF CLARE
16 In re:                                       PIERCE IN SUPPORT OF USACM
   USA SECURITIES, LLC,                         LIQUIDATING TRUST'S MOTION
                                                TO COMPEL PRODUCTION OF
17                                              DOCUMENTS BY WELLS FARGO
           Debtor.
18 Affects:                                     Hearing Date:   February 21, 2008
   ☐ All Debtors                                Hearing Time:   9:30 a.m.
19 ☒ USA Commercial Mortgage Company
   ☐ USA Capital Realty Advisors, LLC
20 ☐ USA Capital Diversified Trust Deed Fund, LLC
   ☐ USA Capital First Trust Deed Fund, LLC
21 ☐ USA Securities, LLC

22

23 I, CLARE PIERCE, declare under penalty of perjury as follows:

24      1.      On April 13, 2006 (the "Petition Date"), USA Commercial Mortgage

25 Company ("USACM"); USA Capital Realty Advisors, LLC; USA Capital Diversified

26 Trust Deed Fund, LLC; USA Capital First Trust Deed Fund, LLC; and USA Securities,

112639.1

LLC (collectively, the "Debtors") filed petitions seeking relief under Chapter 11 of the Bankruptcy Code.

2.    When the Chapter 11 plan went into effect (the "Effective Date"), Development Specialists Inc. ("DSI") was employed as forensic and litigation support consultant to the USACM Liquidating Trust (the "Trust"). Mr. Geoff Berman, Vice President of DSI, became the Trustee of the Trust.

3.    I am employed by DSI as an accountant and financial consultant, and worked for the Debtors under Mr. Berman's direction from the Effective Date until the present time. Except where I state my knowledge on information or belief, I have personal knowledge of the facts stated herein and, if called to do so, could and would competently testify thereto.

4.    USACM, as loan servicer, paid interest and principal to lenders using a Wells Fargo bank account titled "USA Commercial Mortgage Collection Trust Account." The account number was 089-5737864. The payments made to the lenders occurred in one of two ways. The conventional method was by USACM issuing checks to the lenders for amounts due. The other method was by an electronic funds transfer called an Automated Clearing House or "ACH."

5.    It appears that USACM transmitted amounts due to lenders via the ACH system using what appears to be proprietary Wells Fargo software that initiated the transmission of all lender payment information to Wells Fargo and deducted the total amount of the lender payments as a *single* amount from the Collection Trust account for each session. From what I have observed, each session sometimes involved hundreds of

113023.1

separate payments to the lenders, which Wells Fargo would then electronically transmit to the lenders' individual bank accounts to transfer the amounts due. An example of how the ACH transfer from the account appears in a bank account statement is attached hereto as Exhibit A. As can be seen from Exhibit A, neither the beneficiary of the ACH transfer nor the beneficiary's bank account number appear on the bank account statement; only the amount of the transfer and various bank codes appear in the entry. Accordingly, it is impossible to determine from these statements *who* received these payments. An example of the document confirming the receipt of USACM's funds by Wells Fargo and the receipt of the file containing the lender payment information is attached hereto as Exhibit B.

6.      Although the Trust's accountants diligently searched all available boxes and computer files, they were unable to find any documents reflecting the underlying information about the identity of the lenders that received the ACH transfers and the amount of each individual ACH transfer. I believe that for each ACH session processed by the Bank, there should be a corresponding report of each lender's name, the bank account information where the funds were transferred, and the amount of the payment transmitted by Wells Fargo.

7.      It is imperative that we receive the documents that reflect this information regarding the ACH transfers in order to investigate any improper payments that might have been made using such transfers. Without these records, and the information about the lenders, their bank account numbers and the amount of the transfers, the propriety of the ACH transfers simply cannot be determined at this point of time. Wells Fargo, as the bank receiving and originating the ACH transfers, is the only source of this information.

3

113023.1

1

2

3

4

5

6

7

8

9

10

8.    Similarly, it is also imperative that we receive the same information about ACH transfers made in and out of the following accounts:  Investors Trust Account No. 046-5657146; Mountain Vista Account No. 552-5221536; 10-90 Inc. Account No. 552-5221528, and the USACM Choice IV Checking Account 0834610149.  The Trust cannot determine if the ACH payments out of these accounts were properly made without the information regarding the beneficiaries/senders of the ACH transfers, their bank account numbers, and the amounts of these transfers.  Wells Fargo is the only source of this information.

11

12    CLARE PIERCE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

113023.1

**WELLS FARGO**

WELLS FARGO BANK, N.A.
P.O. BOX 6995
PORTLAND, OR  97228-6995

Page 1 of 11
552                    (CO825)
Account Number:                089-5737864
Statement Start Date:          02/01/05
Statement End Date:            02/28/05
Number of Enclosures:               1431

USA COMMERCIAL MORTGAGE CO
COLLECTION TRUST ACCOUNT
4484 S PECOS RD
LAS VEGAS NV 89121-5030

**For Customer Assistance:**
**Call 800-225-5935 (1-800-CALL-WELLS).**

| Account Number | Beginning Balance | Total Credits | Total Debits | Ending Balance |
|---|---|---|---|---|
| Choice IV Commercial Checking 089-5737864 | 3,915,629.72 | 25,054,638.96 | - 13,513,669.19 | 15,456,599.49 |

**News from Wells Fargo**

**Credits**
**Deposits**

| Effective Date | Posted Date | Amount | Transaction Detail |
|---|---|---|---|
| | Feb 01 | 537,847.23 | Deposit |
| | Feb 03 | 481,291.24 | Deposit |
| | Feb 04 | 110,437.50 | Deposit |
| | Feb 09 | 168,830.04 | Deposit |
| | Feb 09 | 75,922.78 | Deposit |
| | Feb 14 | 22,576.39 | Deposit |
| | Feb 15 | 297,138.89 | Deposit |
| | Feb 15 | 56,543.45 | Deposit |
| | Feb 17 | 1,909,394.57 | Deposit |
| | Feb 17 | 14,552.78 | Deposit |
| | Feb 18 | 384,611.56 | Deposit |
| | Feb 23 | 45,500.00 | Deposit |
| | Feb 25 | 767,650.00 | Deposit |
| | Feb 28 | 761,845.27 | Deposit |
| | | 5,634,141.70 | Total Deposits |

**Electronic Deposits/ Bank Credits**

| Effective Date | Posted Date | Amount | Transaction Detail |
|---|---|---|---|
| | Feb 02 | 258,408.00 | WT Fed#00709 Wachovia Bank NA O /Org=first Palm Beach Title, L.L.C., Srf# 050202015826 Trn#050202016727 Rfb# 050202150158 |
| | Feb 02 | 256,414.50 | WT Fed#00702 Wachovia Bank NA O /Org=first Palm Beach Title, L.L.C., Srf# 050202015746 Trn#050202016646 Rfb# 050202150087 |
| | Feb 02 | 249,485.40 | WT Fed#00717 Wachovia Bank NA O /Org=first Palm Beach Title, L.L.C., Srf# 050202015962 Trn#050202016869 Rfb# 050202150166 |

Continued on next page

**EXHIBIT**
A



Page 2 of 11
553
Account Number:        089-5737864
Statement End Date:    02/28/05

USA Commercial Mortgage Co
Collection Trust Account

**Electronic Deposits/ Bank Credits**

| Effective Date | Posted Date | Amount | Transaction Detail |
|---|---|---|---|
| | Feb 03 | 294,323.40 | WT Fed#01202 Wachovia Bank NA O /Org=first Palm Beach Title, L.L.C., Srf# 050203026435 Trn#050203030617 Rfb# 050203150408 |
| | Feb 04 | 281,633.40 | WT Fed#01913 Wachovia Bank NA O /Org=first Palm Beach Title, L.L.C., Srf# 050204041115 Trn#050204045127 Rfb# 050204150697 |
| | Feb 04 | 211,954.50 | WT Fed#01847 Wachovia Bank NA O /Org=first Palm Beach Title, L.L.C., Srf# 050204039996 Trn#050204043876 Rfb# 050204150685 |
| | Feb 08 | 143,792.45 | WT Seq#51372 Lawyers Title Insurance /Org=lawyers Title Insurance Corp Srf# IN05020813570214 Trn#050208051372 Rfb# 000006627 |
| | Feb 09 | 350,000.00 | WT Fed#00944 Nevada State Bank /Org=stewart Title Co Of No Nevada Srf# 20050400339800 Trn#050209051342 Rfb# |
| | Feb 10 | 440.89 | ACH Returns - USA Commerical M - File 7777788888 Coid 1800013855 |
| | Feb 10 | 274,815.00 | WT Fed#01396 Wachovia Bank NA O /Org=first Palm Beach Title, L.L.C., Srf# 050210031259 Trn#050210009923 Rfb# 050210150487 |
| | Feb 11 | 3,552.08 | ACH Returns - USA Commerical M - File 7777788888 Coid 1800013855 |
| | Feb 11 | 728,982.64 | WT Seq#13600 Fidelity National Title /Org=fidelity Nat'L Title Ins Co Srf# IN05021107182209 Trn#050211013600 Rfb# 000041614 |
| | Feb 14 | 7,522.75 | ACH Returns - USA Commerical M - File 7777788888 Coid 1800013855 |
| | Feb 14 | 368,389.24 | WT Fed#00074 Citizens Bank Of R /Org=palmisano & Associates Srf# 050214001305 Trn#050214010020 Rfb# |
| | Feb 15 | 525,000.00 | WT Fed#00005 Bank Of Commerce /Org=usa Capital Srf# 1505 Trn#050215062526 Rfb# |
| | Feb 15 | 301,937.40 | WT Fed#01771 Wachovia Bank NA O /Org=first Palm Beach Title, L.L.C., Srf# 050215034153 Trn#050215040898 Rfb# 050215150643 |
| | Feb 15 | 236,795.40 | WT Fed#01760 Wachovia Bank NA O /Org=first Palm Beach Title, L.L.C., Srf# 050215033968 Trn#050215040704 Rfb# 050215150535 |
| | Feb 18 | 498,000.00 | WT Seq#29738 USA Commercial Mortgage /Org=usa Commercial Mortgage Co. Srf# IN05021809134359 Trn#050218029738 Rfb# 000000397 |
| | Feb 18 | 22,000.00 | WT Seq#29678 USA Commercial Mortgage /Org=usa Commercial Mortgage Co. Srf# IN05021809124351 Trn#050218029678 Rfb# 000000396 |
| | Feb 22 | 500,000.00 | WT Fed#00004 Bank Of Commerce /Org=usa Capital Realty Advisors Srf# 2204 Trn#050222042246 Rfb# |
| | Feb 23 | 750,000.00 | WT Fed#01008 First American Tru /Org=first American Title Insurance Comp Srf# 20050540430700 Trn#050223037694 Rfb# Ncs 128477A PHX1 |
| | Feb 24 | 12,442,005.51 | WT Fed#00679 Commonwealth Land /Org=commonwealth Land Title Srf# 050224033632 Trn#050224035688 Rfb# Noref |
| | Feb 24 | 715,044.70 | WT Fed#00680 Commonwealth Land /Org=commonwealth Land Title Srf# 050224033629 Trn#050224035684 Rfb# Noref |
| | | 19,420,497.26 | Total Electronic Deposits/ Bank Credits |

Continued on next page


**WELLS FARGO**

Page 3 of 11
554

USA Commercial Mortgage Co
Collection Trust Account

Account Number:  089-5737864
Statement End Date:  02/28/05

.............................................................................
25,054,638.96          *Total Credits*

---

## Debits
### Electronic Debits/ Bank Debits

| Effective Date | Posted Date | Amount | Transaction Detail |
|---|---|---|---|
| | Feb 08 | 4,753,574.50 | *ACH Prep Origintn – USA Commercial – File 7777788888 Coid 1800013855* |
| | Feb 08 | 10,096.18 | *ACH Prep Origintn – USA Commercial – File 7777788888 Coid 1800013855* |
| | Feb 08 | 694.82 | *ACH Prep Origintn – USA Commercial – File 7777788888 Coid 1800013855* |
| | Feb 08 | 271.41 | *ACH Prep Origintn – USA Commercial – File 7777788888 Coid 1800013855* |
| | Feb 09 | 946,034.49 | *ACH Prep Origintn – USA Commercial – File 7777788888 Coid 1800013855* |
| | Feb 11 | 7,522.75 | *ACH Prep Origintn – USA Commercial – File 7777788888 Coid 1800013855* |
| | Feb 11 | 875.00 | *ACH Prep Origintn – USA Commercial – File 7777788888 Coid 1800013855* |
| | Feb 11 | 416.67 | *ACH Prep Origintn – USA Commercial – File 7777788888 Coid 1800013855* |
| | Feb 14 | 122,062.50 | *WT Seq#38576 USA Commercial Mortgage /Bnf= Srf# IN05021411401771 Trn#050214038576 Rfb# 000000393* |

.............................................................................
5,841,548.32          *Total Electronic Debits/ Bank Debits*

### Checks Paid

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 6519 | Feb 17 | 16,096.10 | 65519* | Feb 08 | 8,739.84 | 66394* | Feb 07 | 559.72 |
| 52117* | Feb 14 | 69.48 | 65650* | Feb 07 | 5,663.46 | 66417* | Feb 07 | 3,628.19 |
| 53344* | Feb 14 | 65.00 | 65701* | Feb 09 | 6,813.31 | 66434* | Feb 16 | 775.00 |
| 59915* | Feb 14 | 69.48 | 65705* | Feb 25 | 1,033.33 | 66444* | Feb 03 | 1,119.44 |
| 60196* | Feb 02 | 495.14 | 65720* | Feb 07 | 4,137.80 | 66449* | Feb 16 | 3,111.52 |
| 60212* | Feb 03 | 1,436.74 | 65736* | Feb 18 | 413.78 | 66536* | Feb 07 | 538.19 |
| 60213 | Feb 01 | 541.67 | 65810* | Feb 07 | 269.10 | 66546* | Feb 01 | 295.14 |
| 60214 | Feb 01 | 774.04 | 65820* | Feb 28 | 566.35 | 66550* | Feb 07 | 516.67 |
| 60216* | Feb 10 | 33.33 | 65836* | Feb 03 | 269.10 | 66564* | Feb 03 | 188.89 |
| 60217 | Feb 03 | 1,167.85 | 65860* | Feb 02 | 1,119.44 | 66582* | Feb 02 | 590.28 |
| 60220* | Feb 02 | 258.33 | 65887* | Feb 07 | 414.19 | 66586* | Feb 17 | 590.28 |
| 60226* | Feb 03 | 25,719.03 | 65892* | Feb 02 | 2,250.04 | 66590* | Feb 15 | 516.67 |
| 60227 | Feb 08 | 295.14 | 65906* | Feb 03 | 9,501.36 | 66617* | Feb 10 | 295.14 |
| 60228 | Feb 16 | 520.83 | 65914* | Feb 09 | 3,134.44 | 66644* | Feb 08 | 2,593.20 |
| 60230* | Feb 10 | 7,994.99 | 65937* | Feb 22 | 538.19 | 66646* | Feb 02 | 5,186.40 |
| 60231 | Feb 10 | 115,000.00 | 65961* | Feb 02 | 226.81 | 66648* | Feb 11 | 2,593.20 |
| 60232 | Feb 22 | 440.89 | 65962 | Feb 14 | 754.93 | 66669* | Feb 10 | 15,559.21 |
| 60233 | Feb 23 | 645.83 | 66027* | Feb 08 | 538.19 | 66669* | Feb 02 | 2,593.20 |
| 60234 | Feb 24 | 1,614.58 | 66062* | Feb 17 | 215.28 | 66674* | Feb 02 | 10,372.81 |
| 60236* | Feb 28 | 2,246,494.70 | 66130* | Feb 01 | 1,076.39 | 66675* | Feb 02 | 8,382.50 |
| 61199* | Feb 07 | 67.24 | 66144* | Feb 01 | 1,076.38 | 66678* | Feb 09 | 5,186.40 |
| 64582* | Feb 02 | 479.17 | 66166* | Feb 09 | 723.33 | 66679 | Feb 03 | 2,593.20 |
| 64904* | Feb 16 | 520.83 | 66173* | Feb 04 | 247.88 | 66684* | Feb 15 | 2,593.20 |
| 65070* | Feb 03 | 1,083.33 | 66216* | Feb 02 | 2,585.57 | 66685 | Feb 03 | 10,372.81 |
| 65121* | Feb 11 | 1,364.11 | 66236* | Feb 14 | 3,663.74 | 66686 | Feb 09 | 5,186.40 |
| 65453* | Feb 04 | 508.07 | 66243* | Feb 14 | 69.48 | 66687 | Feb 16 | 2,593.20 |
| 65459* | Feb 10 | 250.00 | 66275* | Feb 07 | 516.67 | 66695* | Feb 01 | 2,593.20 |
| 65481* | Feb 23 | 1,314.31 | 66359* | Feb 02 | 1,024.31 | 66698* | Feb 22 | 5,373.39 |
| 65500* | Feb 11 | 6,022.08 | 66360 | Feb 22 | 50,630.25 | 66699 | Feb 10 | 2,593.20 |
| 65511* | Feb 17 | 26,313.20 | 66385* | Feb 03 | 2,810.31 | 66702* | Feb 10 | 2,593.20 |

---

*Continued on next page*



Page 4 of 11

555

*USA Commercial Mortgage Co*
*Collection Trust Account*

Account Number:                  089-5737864
Statement End Date:                 02/28/05

**Checks Paid**

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 66703 | Feb 03 | 5,186.40 | 66852* | Feb 16 | 1,033.33 | 66922 | Feb 18 | 3,583.60 |
| 66704 | Feb 02 | 5,373.39 | 66853 | Feb 14 | 1,076.38 | 66923 | Feb 11 | 620.00 |
| 66705 | Feb 10 | 5,373.39 | 66854 | Feb 16 | 4,705.97 | 66924 | Feb 16 | 2,782.16 |
| 66709* | Feb 02 | 10,746.78 | 66856* | Feb 15 | 559.72 | 66925 | Feb 17 | 133.33 |
| 66713* | Feb 10 | 5,373.39 | 66858* | Feb 15 | 954.86 | 66926 | Feb 22 | 516.67 |
| 66721* | Feb 02 | 5,373.39 | 66860* | Feb 14 | 143.31 | 66927 | Feb 16 | 107.82 |
| 66734* | Feb 02 | 7,779.61 | 66861 | Feb 15 | 800.00 | 66928 | Feb 15 | 6,926.21 |
| 66741* | Feb 04 | 2,593.20 | 66862 | Feb 14 | 1,356.34 | 66929 | Feb 11 | 538.19 |
| 66744* | Feb 04 | 2,593.20 | 66863 | Feb 16 | 2,152.94 | 66930 | Feb 11 | 387.50 |
| 66746* | Feb 01 | 38,043.63 | 66864 | Feb 11 | 630.33 | 66931 | Feb 11 | 516.67 |
| 66748* | Feb 17 | 2,593.20 | 66865 | Feb 14 | 2,163.54 | 66932 | Feb 14 | 312.50 |
| 66749 | Feb 03 | 3,889.80 | 66866 | Feb 16 | 1,593.05 | 66933 | Feb 15 | 620.00 |
| 66751* | Feb 08 | 2,593.20 | 66867 | Feb 10 | 1,550.00 | 66934 | Feb 11 | 1,550.01 |
| 66754* | Feb 10 | 2,593.20 | 66868 | Feb 14 | 217.14 | 66935 | Feb 22 | 3,875.18 |
| 66760* | Feb 02 | 5,186.40 | 66869 | Feb 14 | 1,076.39 | 66936 | Feb 11 | 1,633.46 |
| 66761 | Feb 03 | 5,373.39 | 66871* | Feb 18 | 75.00 | 66937 | Feb 22 | 619.71 |
| 66769* | Feb 08 | 5,186.40 | 66872 | Feb 15 | 305.06 | 66939* | Feb 14 | 516.67 |
| 66771* | Feb 07 | 2,593.20 | 66873 | Feb 15 | 538.19 | 66940 | Feb 14 | 130.28 |
| 66775* | Feb 01 | 2,593.20 | 66874 | Feb 16 | 433.33 | 66941 | Feb 16 | 559.72 |
| 66779* | Feb 24 | 5,186.40 | 66877* | Feb 16 | 416.67 | 66942 | Feb 11 | 10,705.63 |
| 66788* | Feb 22 | 2,593.20 | 66878 | Feb 24 | 162.85 | 66943 | Feb 14 | 335.83 |
| 66795* | Feb 01 | 2,593.20 | 66879 | Feb 15 | 4,836.15 | 66944 | Feb 15 | 378.98 |
| 66797* | Feb 02 | 10,372.81 | 66880 | Feb 14 | 796.53 | 66945 | Feb 09 | 462.85 |
| 66799* | Feb 16 | 2,593.20 | 66881 | Feb 16 | 796.52 | 66946 | Feb 17 | 538.19 |
| 66800 | Feb 03 | 2,593.20 | 66882 | Feb 17 | 4,836.15 | 66948* | Feb 14 | 1,076.39 |
| 66805* | Feb 01 | 2,593.20 | 66883 | Feb 14 | 1,399.67 | 66949 | Feb 17 | 1,054.86 |
| 66809* | Feb 28 | 559.72 | 66884 | Feb 14 | 416.67 | 66950 | Feb 14 | 2,595.08 |
| 66810 | Feb 15 | 1,162.50 | 66885 | Feb 25 | 138.96 | 66952* | Feb 14 | 516.67 |
| 66811 | Feb 23 | 215.65 | 66886 | Feb 14 | 538.19 | 66953 | Feb 15 | 942.92 |
| 66812 | Feb 23 | 107.82 | 66887 | Feb 14 | 5,511.10 | 66954 | Feb 15 | 12,626.47 |
| 66813 | Feb 14 | 271.41 | 66888 | Feb 11 | 4,836.15 | 66955 | Feb 25 | 189.49 |
| 66815* | Feb 18 | 538.19 | 66889 | Feb 15 | 538.19 | 66956 | Feb 24 | 226.04 |
| 66817* | Feb 15 | 5,293.71 | 66890 | Feb 15 | 293.13 | 66957 | Feb 10 | 416.67 |
| 66818 | Feb 11 | 1,231.39 | 66891 | Feb 11 | 271.41 | 66958 | Feb 11 | 4,530.63 |
| 66819 | Feb 15 | 559.72 | 66892 | Feb 18 | 271.41 | 66959 | Feb 11 | 444.33 |
| 66820 | Feb 14 | 723.24 | 66893 | Feb 16 | 2,690.98 | 66960 | Feb 11 | 1,054.86 |
| 66821 | Feb 14 | 4,423.96 | 66895* | Feb 10 | 732.93 | 66961 | Feb 14 | 2,884.72 |
| 66822 | Feb 16 | 8,240.47 | 66897* | Feb 11 | 1,679.17 | 66962 | Feb 11 | 2,325.00 |
| 66823 | Feb 11 | 538.19 | 66898 | Feb 14 | 538.19 | 66963 | Feb 11 | 129.39 |
| 66824 | Feb 15 | 9,672.30 | 66899 | Feb 14 | 258.33 | 66964 | Feb 11 | 344.44 |
| 66825 | Feb 14 | 2,179.69 | 66900 | Feb 14 | 1,522.01 | 66965 | Feb 11 | 783.61 |
| 66826 | Feb 15 | 1,033.34 | 66902* | Feb 10 | 516.67 | 66966 | Feb 17 | 516.67 |
| 66827 | Feb 22 | 271.41 | 66903 | Feb 11 | 162.85 | 66967 | Feb 11 | 1,494.03 |
| 66828 | Feb 17 | 271.41 | 66904 | Feb 22 | 10,748.69 | 66969* | Feb 15 | 189.58 |
| 66829 | Feb 18 | 2,003.66 | 66905 | Feb 10 | 703.45 | 66970 | Feb 16 | 10,965.36 |
| 66830 | Feb 16 | 325.70 | 66906 | Feb 15 | 4,836.15 | 66971 | Feb 17 | 53.82 |
| 66832* | Feb 22 | 645.83 | 66907 | Feb 11 | 37.90 | 66972 | Feb 14 | 1,143.05 |
| 66833 | Feb 22 | 538.19 | 66908 | Feb 14 | 15,086.52 | 66973 | Feb 14 | 516.67 |
| 66834 | Feb 14 | 826.28 | 66909 | Feb 24 | 538.19 | 66974 | Feb 15 | 1,054.86 |
| 66835 | Feb 14 | 541.67 | 66910 | Feb 18 | 516.67 | 66975 | Feb 14 | 2,321.25 |
| 66836 | Feb 11 | 3,186.10 | 66911 | Feb 14 | 279.86 | 66976 | Feb 22 | 107.82 |
| 66838* | Feb 17 | 279.86 | 66912 | Feb 11 | 7,254.22 | 66978* | Feb 15 | 66.67 |
| 66839 | Feb 14 | 107.82 | 66913 | Feb 16 | 416.67 | 66979 | Feb 10 | 775.00 |
| 66840 | Feb 15 | 387.50 | 66914 | Feb 11 | 538.19 | 66980 | Feb 18 | 138.96 |
| 66841 | Feb 17 | 516.67 | 66915 | Feb 16 | 971.52 | 66981 | Feb 14 | 2,201.28 |
| 66843* | Feb 14 | 8,001.02 | 66916 | Feb 11 | 322.92 | 66982 | Feb 11 | 688.89 |
| 66844 | Feb 16 | 3,638.19 | 66917 | Feb 22 | 217.13 | 66983 | Feb 10 | 215.65 |
| 66846* | Feb 14 | 234.84 | 66918 | Feb 23 | 7,424.41 | 66984 | Feb 15 | 376.74 |
| 66847 | Feb 16 | 799.84 | 66919 | Feb 10 | 1,722.22 | 66985 | Feb 11 | 968.75 |
| 66848 | Feb 18 | 1,614.58 | 66920 | Feb 14 | 559.72 | 66986 | Feb 16 | 97.18 |
| 66850* | Feb 09 | 1,787.14 | 66921 | Feb 24 | 542.83 | 66987 | Feb 25 | 516.67 |

*Continued on next page*



**WELLS FARGO**

Page 5 of 11
556

USA Commercial Mortgage Co
Collection Trust Account

Account Number:                089-5737864
Statement End Date:            02/28/05

**Checks Paid**

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 66988 | Feb 14 | 1,146.38 | 67057 | Feb 11 | 206.57 | 67121 | Feb 11 | 98.54 |
| 66989 | Feb 17 | 538.19 | 67058 | Feb 11 | 416.67 | 67122 | Feb 28 | 1,700.70 |
| 66990 | Feb 15 | 1,293.06 | 67059 | Feb 14 | 90.32 | 67123 | Feb 11 | 2,796.89 |
| 66992* | Feb 11 | 778.97 | 67060 | Feb 28 | 990.28 | 67124 | Feb 14 | 1,377.78 |
| 66993 | Feb 10 | 733.34 | 67062* | Feb 14 | 379.23 | 67125 | Feb 11 | 558.30 |
| 66994 | Feb 11 | 516.67 | 67063 | Feb 23 | 1,786.81 | 67127* | Feb 11 | 1,593.43 |
| 66995 | Feb 16 | 6,389.44 | 67064 | Feb 17 | 559.72 | 67128 | Feb 18 | 602.78 |
| 66997* | Feb 16 | 2,475.70 | 67065 | Feb 18 | 2,586.11 | 67129 | Feb 15 | 645.83 |
| 66998 | Feb 11 | 108.57 | 67066 | Feb 28 | 933.34 | 67130 | Feb 17 | 2,281.95 |
| 66999 | Feb 18 | 312.50 | 67067 | Feb 18 | 1,076.39 | 67132* | Feb 15 | 433.33 |
| 67000 | Feb 14 | 1,076.39 | 67068 | Feb 11 | 559.72 | 67133 | Feb 11 | 538.19 |
| 67001 | Feb 15 | 3,099.99 | 67069 | Feb 11 | 5,474.37 | 67134 | Feb 16 | 2,224.03 |
| 67002 | Feb 11 | 847.40 | 67070 | Feb 14 | 16,656.41 | 67135 | Feb 11 | 113.67 |
| 67003 | Feb 15 | 542.83 | 67071 | Feb 15 | 1,323.96 | 67136 | Feb 18 | 2,690.97 |
| 67004 | Feb 14 | 2,675.90 | 67072 | Feb 10 | 538.19 | 67137 | Feb 15 | 538.19 |
| 67005 | Feb 11 | 1,571.53 | 67073 | Feb 11 | 2,217.35 | 67138 | Feb 11 | 150.69 |
| 67006 | Feb 14 | 538.19 | 67074 | Feb 24 | 5,352.82 | 67139 | Feb 11 | 516.67 |
| 67007 | Feb 11 | 586.26 | 67075 | Feb 14 | 516.67 | 67140 | Feb 10 | 138.89 |
| 67008 | Feb 14 | 1,506.94 | 67076 | Feb 16 | 516.67 | 67141 | Feb 15 | 1,033.33 |
| 67010* | Feb 14 | 1,054.86 | 67077 | Feb 11 | 6,235.29 | 67142 | Feb 17 | 930.00 |
| 67012* | Feb 15 | 1,346.67 | 67078 | Feb 11 | 1,550.00 | 67143 | Feb 15 | 2,230.27 |
| 67013 | Feb 11 | 1,033.34 | 67080* | Feb 22 | 5,955.59 | 67144 | Feb 10 | 316.67 |
| 67015* | Feb 22 | 538.19 | 67081 | Feb 16 | 45,042.74 | 67145 | Feb 10 | 151.60 |
| 67016 | Feb 22 | 107.82 | 67082 | Feb 16 | 5,787.48 | 67146 | Feb 11 | 271.41 |
| 67017 | Feb 11 | 1,053.34 | 67083 | Feb 17 | 538.19 | 67147 | Feb 24 | 954.86 |
| 67018 | Feb 15 | 924.83 | 67084 | Feb 15 | 1,944.46 | 67148 | Feb 15 | 1,551.39 |
| 67020* | Feb 15 | 6,622.96 | 67085 | Feb 17 | 2,088.20 | 67149 | Feb 16 | 5,677.67 |
| 67021 | Feb 14 | 1,593.06 | 67086 | Feb 14 | 59.71 | 67150 | Feb 23 | 433.33 |
| 67022 | Feb 14 | 258.33 | 67087 | Feb 14 | 538.19 | 67151 | Feb 11 | 380.00 |
| 67023 | Feb 14 | 389.48 | 67088 | Feb 16 | 633.33 | 67152 | Feb 14 | 775.00 |
| 67024 | Feb 24 | 516.67 | 67089 | Feb 16 | 516.67 | 67153 | Feb 16 | 5,441.01 |
| 67025 | Feb 11 | 2,217.54 | 67090 | Feb 14 | 538.19 | 67154 | Feb 11 | 413.33 |
| 67026 | Feb 17 | 269.10 | 67091 | Feb 17 | 3,650.00 | 67155 | Feb 18 | 538.19 |
| 67027 | Feb 14 | 1,054.86 | 67092 | Feb 16 | 1,619.21 | 67156 | Feb 14 | 5,515.67 |
| 67028 | Feb 11 | 671.67 | 67093 | Feb 15 | 954.86 | 67157 | Feb 11 | 510.62 |
| 67029 | Feb 16 | 1,831.02 | 67094 | Feb 16 | 4,836.15 | 67158 | Feb 09 | 22,035.61 |
| 67031* | Feb 11 | 258.33 | 67095 | Feb 10 | 1,076.39 | 67159 | Feb 14 | 672.97 |
| 67032 | Feb 22 | 790.63 | 67096 | Feb 11 | 700.95 | 67160 | Feb 14 | 1,248.98 |
| 67033 | Feb 16 | 258.33 | 67097 | Feb 25 | 516.67 | 67161 | Feb 22 | 559.72 |
| 67034 | Feb 25 | 2,152.77 | 67098 | Feb 15 | 559.72 | 67162 | Feb 11 | 432.87 |
| 67035 | Feb 17 | 837.76 | 67099 | Feb 14 | 559.72 | 67163 | Feb 11 | 11,317.81 |
| 67036 | Feb 10 | 754.86 | 67100 | Feb 22 | 538.19 | 67164 | Feb 11 | 1,033.33 |
| 67037 | Feb 14 | 13,508.68 | 67102* | Feb 09 | 35,651.37 | 67165 | Feb 14 | 12,129.12 |
| 67038 | Feb 11 | 5,166.67 | 67103 | Feb 18 | 298.06 | 67166 | Feb 10 | 10,523.43 |
| 67039 | Feb 16 | 216.67 | 67104 | Feb 10 | 1,816.95 | 67167 | Feb 14 | 6,477.91 |
| 67040 | Feb 25 | 620.00 | 67105 | Feb 25 | 322.92 | 67169* | Feb 14 | 6,074.79 |
| 67041 | Feb 11 | 697.50 | 67106 | Feb 16 | 516.67 | 67170 | Feb 18 | 776.39 |
| 67042 | Feb 16 | 15,566.24 | 67107 | Feb 14 | 189.49 | 67171 | Feb 15 | 516.67 |
| 67043 | Feb 14 | 4,836.15 | 67108 | Feb 14 | 667.36 | 67172 | Feb 11 | 2,661.81 |
| 67044 | Feb 17 | 10,757.96 | 67109 | Feb 28 | 559.72 | 67173 | Feb 14 | 2,378.99 |
| 67045 | Feb 15 | 1,119.44 | 67110 | Feb 23 | 538.19 | 67174 | Feb 15 | 2,523.05 |
| 67046 | Feb 11 | 538.19 | 67111 | Feb 15 | 1,011.81 | 67175 | Feb 16 | 13,905.53 |
| 67047 | Feb 18 | 1,860.00 | 67112 | Feb 22 | 2,812.50 | 67176 | Feb 11 | 1,982.61 |
| 67048 | Feb 14 | 225.90 | 67113 | Feb 15 | 8,200.11 | 67177 | Feb 24 | 1,976.40 |
| 67049 | Feb 14 | 43.87 | 67114 | Feb 14 | 3,487.50 | 67178 | Feb 15 | 976.39 |
| 67050 | Feb 15 | 5,612.82 | 67115 | Feb 14 | 968.75 | 67179 | Feb 18 | 1,266.66 |
| 67051 | Feb 11 | 991.67 | 67116 | Feb 28 | 215.65 | 67180 | Feb 17 | 538.19 |
| 67052 | Feb 15 | 10,188.97 | 67117 | Feb 11 | 775.00 | 67183* | Feb 16 | 4,838.67 |
| 67053 | Feb 14 | 66.67 | 67118 | Feb 14 | 1,119.44 | 67184 | Feb 17 | 516.67 |
| 67054 | Feb 17 | 1,076.38 | 67119 | Feb 10 | 3,164.58 | 67185 | Feb 28 | 566.35 |
| 67056* | Feb 11 | 3,452.36 | 67120 | Feb 14 | 3,043.29 | 67186 | Feb 10 | 258.33 |

*Continued on next page*



USA Commercial Mortgage Co
Collection Trust Account

S57
Account Number: 089-5737864
Statement End Date: 02/28/05

**Checks Paid**

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 67187 | Feb 17 | 107.82 | 67253 | Feb 16 | 3,592.57 | 67319 | Feb 15 | 3,099.99 |
| 67188 | Feb 11 | 731.94 | 67254 | Feb 17 | 4,159.35 | 67320 | Feb 14 | 281.68 |
| 67189 | Feb 16 | 592.01 | 67255 | Feb 16 | 5,921.52 | 67321 | Feb 24 | 322.92 |
| 67190 | Feb 17 | 1,244.35 | 67256 | Feb 14 | 1,817.33 | 67322 | Feb 14 | 1,242.64 |
| 67192* | Feb 09 | 3,926.67 | 67257 | Feb 17 | 215.65 | 67323 | Feb 11 | 993.32 |
| 67193 | Feb 15 | 22,665.09 | 67258 | Feb 11 | 2,156.48 | 67324 | Feb 14 | 6,895.69 |
| 67195* | Feb 16 | 3,797.11 | 67259 | Feb 14 | 1,550.00 | 67325 | Feb 18 | 271.41 |
| 67196 | Feb 28 | 1,054.17 | 67262* | Feb 16 | 215.28 | 67328* | Feb 25 | 3,886.98 |
| 67197 | Feb 14 | 216.67 | 67263 | Feb 10 | 4,564.92 | 67329 | Feb 14 | 538.19 |
| 67198 | Feb 15 | 4,312.50 | 67264 | Feb 16 | 1,048.58 | 67330 | Feb 16 | 2,066.67 |
| 67199 | Feb 11 | 4,086.33 | 67265 | Feb 18 | 431.30 | 67332* | Feb 11 | 38,689.24 |
| 67200 | Feb 25 | 4,062.50 | 67266 | Feb 24 | 538.19 | 67333 | Feb 15 | 3,272.22 |
| 67201 | Feb 14 | 11,545.65 | 67267 | Feb 22 | 460.90 | 67334 | Feb 16 | 8,334.41 |
| 67202 | Feb 17 | 10,763.89 | 67268 | Feb 22 | 2,383.33 | 67335 | Feb 22 | 900.00 |
| 67203 | Feb 15 | 2,368.05 | 67269 | Feb 14 | 1,250.00 | 67336 | Feb 15 | 13,922.46 |
| 67204 | Feb 14 | 271.41 | 67270 | Feb 23 | 776.39 | 67337 | Feb 16 | 538.19 |
| 67205 | Feb 11 | 271.41 | 67271 | Feb 14 | 831.14 | 67338 | Feb 14 | 477.68 |
| 67206 | Feb 14 | 516.67 | 67272 | Feb 14 | 3,229.17 | 67339 | Feb 16 | 878.33 |
| 67207 | Feb 11 | 456.25 | 67273 | Feb 14 | 1,076.39 | 67340 | Feb 25 | 559.72 |
| 67208 | Feb 25 | 1,033.33 | 67275* | Feb 22 | 1,259.63 | 67341 | Feb 10 | 570,458.80 |
| 67209 | Feb 22 | 1,488.86 | 67276 | Feb 17 | 5,643.44 | 67342 | Feb 11 | 3,190.97 |
| 67210 | Feb 15 | 516.67 | 67277 | Feb 14 | 559.72 | 67343 | Feb 14 | 538.19 |
| 67211 | Feb 22 | 1,076.38 | 67278 | Feb 23 | 1,415.72 | 67344 | Feb 18 | 269.10 |
| 67212 | Feb 11 | 954.86 | 67279 | Feb 25 | 1,076.39 | 67345 | Feb 16 | 559.72 |
| 67213 | Feb 11 | 7,531.28 | 67280 | Feb 14 | 283.17 | 67346 | Feb 15 | 516.67 |
| 67214 | Feb 11 | 516.67 | 67281 | Feb 23 | 10,214.97 | 67347 | Feb 25 | 516.67 |
| 67215 | Feb 15 | 107.82 | 67282 | Feb 15 | 1,291.67 | 67348 | Feb 16 | 271.41 |
| 67216 | Feb 16 | 1,232.64 | 67283 | Feb 11 | 10,756.29 | 67349 | Feb 14 | 2,763.19 |
| 67217 | Feb 17 | 6,357.30 | 67284 | Feb 10 | 17,737.64 | 67350 | Feb 24 | 325.00 |
| 67218 | Feb 22 | 1,866.66 | 67285 | Feb 14 | 269.10 | 67351 | Feb 11 | 1,765.27 |
| 67219 | Feb 14 | 4,250.00 | 67286 | Feb 24 | 524.49 | 67352 | Feb 16 | 1,550.00 |
| 67220 | Feb 10 | 492.69 | 67287 | Feb 14 | 1,239.42 | 67353 | Feb 17 | 1,076.39 |
| 67221 | Feb 14 | 1,076.39 | 67288 | Feb 14 | 216.67 | 67354 | Feb 09 | 1,493.06 |
| 67222 | Feb 14 | 2,347.28 | 67289 | Feb 14 | 516.67 | 67355 | Feb 10 | 749.40 |
| 67223 | Feb 14 | 699.65 | 67290 | Feb 15 | 192.36 | 67356 | Feb 25 | 5,395.87 |
| 67224 | Feb 16 | 1,788.19 | 67292* | Feb 22 | 1,059.50 | 67357 | Feb 14 | 5,359.39 |
| 67225 | Feb 22 | 217.14 | 67293 | Feb 14 | 1,184.02 | 67358 | Feb 28 | 911.46 |
| 67226 | Feb 15 | 1,347.79 | 67294 | Feb 14 | 538.19 | 67359 | Feb 11 | 645.83 |
| 67227 | Feb 11 | 699.65 | 67295 | Feb 14 | 4,392.54 | 67360 | Feb 18 | 6,565.97 |
| 67228 | Feb 17 | 416.67 | 67296 | Feb 16 | 607.64 | 67361 | Feb 24 | 538.19 |
| 67229 | Feb 14 | 516.67 | 67297 | Feb 16 | 6,329.20 | 67362 | Feb 14 | 4,133.34 |
| 67230 | Feb 11 | 27,315.93 | 67298 | Feb 14 | 516.67 | 67363 | Feb 11 | 19,806.39 |
| 67231 | Feb 11 | 21.56 | 67299 | Feb 15 | 1,033.34 | 67364 | Feb 15 | 2,916.67 |
| 67232 | Feb 14 | 107.82 | 67300 | Feb 17 | 4,951.39 | 67365 | Feb 18 | 271.41 |
| 67233 | Feb 17 | 1,571.52 | 67301 | Feb 15 | 649.08 | 67366 | Feb 22 | 516.67 |
| 67235* | Feb 11 | 688.89 | 67302 | Feb 14 | 538.19 | 67368* | Feb 15 | 1,076.39 |
| 67236 | Feb 22 | 516.67 | 67303 | Feb 23 | 1,679.16 | 67369 | Feb 10 | 540,569.29 |
| 67237 | Feb 14 | 1,087.38 | 67304 | Feb 22 | 583.33 | 67370 | Feb 15 | 1,600.69 |
| 67238 | Feb 22 | 1,119.44 | 67306* | Feb 14 | 559.72 | 67371 | Feb 14 | 271.41 |
| 67239 | Feb 11 | 4,157.68 | 67307 | Feb 14 | 2,797.53 | 67372 | Feb 16 | 4,836.15 |
| 67240 | Feb 15 | 710.42 | 67308 | Feb 14 | 1,033.33 | 67373 | Feb 14 | 5,197.22 |
| 67241 | Feb 17 | 538.19 | 67309 | Feb 14 | 543.78 | 67374 | Feb 15 | 216.67 |
| 67242 | Feb 18 | 13,584.03 | 67310 | Feb 17 | 1,046.15 | 67375 | Feb 17 | 4,327.08 |
| 67243 | Feb 14 | 744.76 | 67311 | Feb 16 | 1,076.39 | 67376 | Feb 22 | 1,054.86 |
| 67244 | Feb 17 | 1,054.86 | 67312 | Feb 14 | 516.67 | 67377 | Feb 24 | 1,033.34 |
| 67246* | Feb 15 | 861.11 | 67313 | Feb 18 | 1,657.63 | 67378 | Feb 14 | 1,076.39 |
| 67247 | Feb 24 | 355.21 | 67314 | Feb 15 | 2,016.55 | 67379 | Feb 14 | 1,550.00 |
| 67249* | Feb 14 | 1,104.54 | 67315 | Feb 14 | 559.72 | 67380 | Feb 14 | 1,324.86 |
| 67250 | Feb 11 | 2,812.40 | 67316 | Feb 10 | 4,836.15 | 67381 | Feb 18 | 151.99 |
| 67251 | Feb 11 | 108.57 | 67317 | Feb 16 | 247.00 | 67382 | Feb 23 | 108.57 |
| 67252 | Feb 14 | 1,240.00 | 67318 | Feb 14 | 43.87 | 67384* | Feb 16 | 6,850.51 |

Continued on next page



Page 7 of 11

USA Commercial Mortgage Co
Collection Trust Account

558

Account Number:          089-5737864
Statement End Date:      02/28/05

**Checks Paid**

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 67385 | Feb 16 | 416.67 | 67450 | Feb 15 | 516.67 | 67518 | Feb 17 | 6,310.41 |
| 67386 | Feb 15 | 107.13 | 67451 | Feb 16 | 10,859.03 | 67521* | Feb 11 | 516.67 |
| 67387 | Feb 16 | 1,868.67 | 67453* | Feb 14 | 1,076.39 | 67522 | Feb 14 | 72.00 |
| 67388 | Feb 11 | 18,858.47 | 67454 | Feb 14 | 416.67 | 67523 | Feb 14 | 3,595.14 |
| 67389 | Feb 14 | 2,543.06 | 67455 | Feb 16 | 16.67 | 67524 | Feb 17 | 325.70 |
| 67390 | Feb 14 | 7,121.57 | 67456 | Feb 17 | 2,066.66 | 67525 | Feb 15 | 1,373.96 |
| 67391 | Feb 11 | 107.82 | 67457 | Feb 14 | 1,736.23 | 67526 | Feb 23 | 4,836.15 |
| 67392 | Feb 14 | 229.17 | 67458 | Feb 15 | 1,291.67 | 67527 | Feb 14 | 1,081.02 |
| 67393 | Feb 09 | 731.94 | 67459 | Feb 15 | 495.14 | 67528 | Feb 14 | 4,836.15 |
| 67394 | Feb 15 | 516.67 | 67461* | Feb 11 | 98.54 | 67529 | Feb 15 | 1,158.19 |
| 67395 | Feb 24 | 1,224.22 | 67462 | Feb 17 | 1,101.90 | 67530 | Feb 16 | 2,809.37 |
| 67396 | Feb 16 | 206.27 | 67463 | Feb 22 | 1,119.44 | 67531 | Feb 10 | 3,289.44 |
| 67397 | Feb 10 | 107.82 | 67464 | Feb 15 | 516.67 | 67532 | Feb 14 | 1,978.61 |
| 67399* | Feb 15 | 538.19 | 67465 | Feb 11 | 365.97 | 67533 | Feb 22 | 1,617.37 |
| 67401* | Feb 14 | 418.50 | 67466 | Feb 14 | 216.67 | 67534 | Feb 14 | 20,187.08 |
| 67402 | Feb 23 | 542.83 | 67467 | Feb 14 | 1,233.70 | 67535 | Feb 14 | 575.40 |
| 67403 | Feb 16 | 754.86 | 67468 | Feb 15 | 271.41 | 67536 | Feb 18 | 850.00 |
| 67404 | Feb 28 | 1,165.80 | 67469 | Feb 14 | 542.83 | 67537 | Feb 14 | 25,621.04 |
| 67405 | Feb 22 | 1,184.03 | 67470 | Feb 14 | 1,054.86 | 67538 | Feb 25 | 216.67 |
| 67406 | Feb 16 | 330.51 | 67471 | Feb 14 | 4,836.15 | 67539 | Feb 16 | 13,461.19 |
| 67407 | Feb 11 | 3,201.39 | 67472 | Feb 15 | 516.67 | 67540 | Feb 15 | 10,514.58 |
| 67408 | Feb 17 | 516.67 | 67473 | Feb 18 | 1,209.85 | 67541 | Feb 22 | 1,119.44 |
| 67409 | Feb 22 | 277.78 | 67474 | Feb 11 | 3,659.53 | 67542 | Feb 16 | 1,917.82 |
| 67410 | Feb 23 | 645.83 | 67475 | Feb 10 | 2,944.12 | 67543 | Feb 14 | 11,738.96 |
| 67411 | Feb 18 | 413.33 | 67476 | Feb 15 | 16,137.74 | 67544 | Feb 14 | 4,836.15 |
| 67412 | Feb 15 | 5,611.15 | 67477 | Feb 15 | 3,293.75 | 67545 | Feb 16 | 584.22 |
| 67413 | Feb 11 | 316.67 | 67479* | Feb 11 | 516.67 | 67547* | Feb 09 | 5,570.05 |
| 67414 | Feb 18 | 968.75 | 67480 | Feb 16 | 24,536.67 | 67548 | Feb 14 | 542.83 |
| 67415 | Feb 14 | 184.56 | 67481 | Feb 14 | 516.67 | 67549 | Feb 11 | 551.27 |
| 67416 | Feb 16 | 475.00 | 67482 | Feb 14 | 376.74 | 67550 | Feb 14 | 1,403.94 |
| 67417 | Feb 14 | 346.67 | 67483 | Feb 16 | 1,498.89 | 67551 | Feb 14 | 4,836.15 |
| 67418 | Feb 16 | 1,700.69 | 67484 | Feb 16 | 2,798.61 | 67552 | Feb 15 | 416.67 |
| 67419 | Feb 14 | 1,076.39 | 67485 | Feb 14 | 7,007.89 | 67553 | Feb 14 | 1,471.53 |
| 67420 | Feb 14 | 1,450.01 | 67486 | Feb 28 | 868.06 | 67555* | Feb 14 | 1,076.39 |
| 67421 | Feb 16 | 4,836.15 | 67487 | Feb 10 | 1,593.06 | 67556 | Feb 11 | 5,374.34 |
| 67423* | Feb 17 | 8,484.72 | 67488 | Feb 22 | 882.64 | 67557 | Feb 16 | 516.67 |
| 67424 | Feb 22 | 460.90 | 67489 | Feb 14 | 788.08 | 67558 | Feb 14 | 516.67 |
| 67425 | Feb 15 | 13,936.42 | 67490 | Feb 17 | 1,237.84 | 67559 | Feb 14 | 1,033.33 |
| 67426 | Feb 14 | 783.61 | 67491 | Feb 14 | 594.33 | 67560 | Feb 14 | 97.71 |
| 67427 | Feb 14 | 4,293.06 | 67492 | Feb 14 | 4,836.15 | 67561 | Feb 16 | 510.62 |
| 67428 | Feb 14 | 516.67 | 67493 | Feb 17 | 217.13 | 67564* | Feb 14 | 1,225.00 |
| 67429 | Feb 11 | 645.83 | 67494 | Feb 14 | 351.13 | 67565 | Feb 14 | 538.19 |
| 67430 | Feb 15 | 538.19 | 67495 | Feb 25 | 6,515.32 | 67566 | Feb 14 | 1,076.39 |
| 67431 | Feb 11 | 1,023.96 | 67496 | Feb 14 | 538.19 | 67567 | Feb 14 | 833.33 |
| 67433* | Feb 10 | 13,446.53 | 67497 | Feb 14 | 7,448.62 | 67568 | Feb 15 | 1,550.00 |
| 67434 | Feb 11 | 113.27 | 67498 | Feb 15 | 3,961.68 | 67569 | Feb 22 | 416.67 |
| 67435 | Feb 15 | 1,784.66 | 67502* | Feb 22 | 1,866.66 | 67570 | Feb 23 | 1,076.39 |
| 67436 | Feb 23 | 1,991.31 | 67504* | Feb 17 | 325.70 | 67571 | Feb 14 | 379.23 |
| 67437 | Feb 14 | 7,397.97 | 67505 | Feb 17 | 516.67 | 67572 | Feb 16 | 1,033.33 |
| 67438 | Feb 14 | 695.18 | 67506 | Feb 16 | 3,635.19 | 67573 | Feb 11 | 926.50 |
| 67439 | Feb 16 | 2,260.41 | 67507 | Feb 22 | 125.00 | 67574 | Feb 15 | 1,866.87 |
| 67440 | Feb 23 | 7,254.22 | 67508 | Feb 16 | 538.19 | 67575 | Feb 22 | 842.37 |
| 67441 | Feb 09 | 538.19 | 67509 | Feb 23 | 86.26 | 67577* | Feb 14 | 387.50 |
| 67442 | Feb 15 | 764.24 | 67510 | Feb 15 | 5,052.82 | 67578 | Feb 16 | 1,076.39 |
| 67443 | Feb 11 | 434.26 | 67511 | Feb 23 | 4,074.44 | 67579 | Feb 14 | 150.84 |
| 67444 | Feb 14 | 4,391.04 | 67512 | Feb 14 | 753.47 | 67580 | Feb 14 | 313.09 |
| 67445 | Feb 14 | 193.75 | 67513 | Feb 14 | 165.26 | 67581 | Feb 18 | 189.49 |
| 67446 | Feb 23 | 559.72 | 67514 | Feb 16 | 4,436.62 | 67582 | Feb 17 | 826.28 |
| 67447 | Feb 14 | 734.00 | 67515 | Feb 17 | 2,602.78 | 67583 | Feb 14 | 66.67 |
| 67448 | Feb 15 | 2,152.78 | 67516 | Feb 23 | 516.67 | 67584 | Feb 22 | 271.41 |
| 67449 | Feb 15 | 3,595.14 | 67517 | Feb 14 | 5,525.04 | 67585 | Feb 10 | 6,252.57 |

**Continued on next page**



Page 8 of 11

559

USA Commercial Mortgage Co
Collection Trust Account

Account Number:                089-5737864
Statement End Date:            02/28/05

**Checks Paid**

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 67586 | Feb 24 | 13,888.13 | 67651* | Feb 14 | 4,833.33 | 67720 | Feb 16 | 542.83 |
| 67587 | Feb 17 | 189.49 | 67652 | Feb 15 | 1,085.00 | 67721 | Feb 16 | 439.17 |
| 67588 | Feb 23 | 538.19 | 67653 | Feb 14 | 1,054.86 | 67722 | Feb 14 | 538.19 |
| 67589 | Feb 18 | 640.67 | 67654 | Feb 17 | 206.57 | 67723 | Feb 15 | 914.93 |
| 67590 | Feb 15 | 1,033.33 | 67655 | Feb 25 | 1,205.85 | 67724 | Feb 14 | 5,912.54 |
| 67591 | Feb 18 | 189.49 | 67657* | Feb 17 | 516.67 | 67725 | Feb 11 | 516.67 |
| 67592 | Feb 15 | 1,550.00 | 67658 | Feb 16 | 269.10 | 67727* | Feb 14 | 645.83 |
| 67593 | Feb 17 | 2,238.88 | 67659 | Feb 24 | 258.33 | 67728 | Feb 18 | 216.67 |
| 67594 | Feb 15 | 7,850.04 | 67660 | Feb 16 | 108.57 | 67729 | Feb 14 | 2,798.91 |
| 67595 | Feb 14 | 1,299.30 | 67661 | Feb 14 | 2,041.11 | 67730 | Feb 14 | 1,097.91 |
| 67596 | Feb 17 | 6,462.00 | 67664* | Feb 15 | 1,162.50 | 67731 | Feb 15 | 325.70 |
| 67597 | Feb 14 | 516.67 | 67665 | Feb 14 | 3,186.11 | 67732 | Feb 15 | 4,836.15 |
| 67598 | Feb 10 | 4,836.15 | 67666 | Feb 23 | 538.19 | 67733 | Feb 23 | 194.74 |
| 67599 | Feb 14 | 516.67 | 67667 | Feb 17 | 335.83 | 67735* | Feb 14 | 1,317.50 |
| 67600 | Feb 11 | 1,033.33 | 67668 | Feb 11 | 878.33 | 67736 | Feb 14 | 226.04 |
| 67601 | Feb 14 | 1,894.45 | 67670* | Feb 11 | 625.00 | 67737 | Feb 15 | 516.67 |
| 67602 | Feb 14 | 861.11 | 67672* | Feb 14 | 306.67 | 67738 | Feb 17 | 134.55 |
| 67603 | Feb 17 | 4,756.64 | 67674* | Feb 14 | 623.24 | 67740* | Feb 15 | 107.82 |
| 67604 | Feb 17 | 516.67 | 67675 | Feb 22 | 416.67 | 67741 | Feb 15 | 2,049.25 |
| 67605 | Feb 14 | 1,033.33 | 67676 | Feb 17 | 414.19 | 67742 | Feb 15 | 2,163.97 |
| 67606 | Feb 14 | 216.67 | 67677 | Feb 15 | 10,705.63 | 67743 | Feb 14 | 11,622.21 |
| 67607 | Feb 17 | 4,966.66 | 67678 | Feb 14 | 14,508.47 | 67744 | Feb 17 | 271.41 |
| 67608 | Feb 17 | 5,912.54 | 67679 | Feb 18 | 1,327.64 | 67745 | Feb 15 | 1,119.45 |
| 67609 | Feb 14 | 1,054.86 | 67680 | Feb 15 | 2,690.97 | 67746 | Feb 15 | 2,890.92 |
| 67610 | Feb 10 | 311.59 | 67681 | Feb 16 | 1,033.33 | 67747 | Feb 15 | 477.43 |
| 67611 | Feb 14 | 1,205.55 | 67682 | Feb 14 | 809.60 | 67748 | Feb 15 | 4,836.15 |
| 67612 | Feb 14 | 356.25 | 67683 | Feb 14 | 2,276.39 | 67750* | Feb 15 | 1,140.97 |
| 67613 | Feb 16 | 538.19 | 67684 | Feb 14 | 645.83 | 67751 | Feb 14 | 581.41 |
| 67614 | Feb 14 | 434.26 | 67685 | Feb 14 | 1,211.11 | 67752 | Feb 14 | 538.19 |
| 67615 | Feb 23 | 4,836.15 | 67686 | Feb 14 | 1,076.39 | 67753 | Feb 14 | 538.19 |
| 67616 | Feb 25 | 563.33 | 67687 | Feb 14 | 1,076.39 | 67754 | Feb 14 | 4,029.99 |
| 67617 | Feb 22 | 6,544.45 | 67688 | Feb 18 | 6,286.11 | 67756* | Feb 11 | 1,231.71 |
| 67618 | Feb 14 | 161.46 | 67689 | Feb 14 | 10,156.68 | 67757 | Feb 22 | 9,856.20 |
| 67619 | Feb 14 | 1,593.06 | 67690 | Feb 15 | 1,033.34 | 67758 | Feb 16 | 1,076.39 |
| 67620 | Feb 14 | 1,250.00 | 67691 | Feb 16 | 2,169.46 | 67759 | Feb 28 | 542.83 |
| 67621 | Feb 15 | 538.19 | 67693* | Feb 17 | 1,317.50 | 67760 | Feb 28 | 416.67 |
| 67622 | Feb 17 | 4,712.49 | 67694 | Feb 16 | 10,173.49 | 67761 | Feb 17 | 247.88 |
| 67623 | Feb 16 | 559.72 | 67696* | Feb 15 | 538.19 | 67762 | Feb 16 | 559.72 |
| 67624 | Feb 15 | 416.67 | 67697 | Feb 14 | 650.00 | 67763 | Feb 16 | 107.82 |
| 67625 | Feb 14 | 4,938.89 | 67698 | Feb 14 | 572.92 | 67764 | Feb 17 | 216.67 |
| 67626 | Feb 17 | 2,067.78 | 67699 | Feb 22 | 516.67 | 67765 | Feb 14 | 5,095.83 |
| 67627 | Feb 14 | 5,663.46 | 67700 | Feb 15 | 260.00 | 67766 | Feb 14 | 1,033.33 |
| 67628 | Feb 14 | 1,487.30 | 67701 | Feb 14 | 1,820.39 | 67767 | Feb 16 | 23,564.09 |
| 67629 | Feb 14 | 792.53 | 67702 | Feb 11 | 1,076.39 | 67768 | Feb 17 | 581.25 |
| 67631* | Feb 11 | 785.95 | 67703 | Feb 10 | 868.06 | 67769 | Feb 22 | 976.39 |
| 67632 | Feb 10 | 2,163.54 | 67704 | Feb 14 | 663.91 | 67770 | Feb 14 | 688.89 |
| 67633 | Feb 17 | 434.03 | 67705 | Feb 23 | 1,007.50 | 67772* | Feb 16 | 916.67 |
| 67634 | Feb 22 | 116.67 | 67706 | Feb 14 | 930.00 | 67773 | Feb 25 | 269.10 |
| 67635 | Feb 14 | 516.67 | 67707 | Feb 14 | 1,872.91 | 67775* | Feb 14 | 216.67 |
| 67637* | Feb 16 | 68.22 | 67708 | Feb 14 | 8,104.57 | 67776 | Feb 14 | 1,644.98 |
| 67638 | Feb 09 | 839.58 | 67709 | Feb 14 | 735.83 | 67777 | Feb 15 | 13,461.19 |
| 67639 | Feb 15 | 1,493.06 | 67710 | Feb 16 | 559.72 | 67780* | Feb 16 | 3,168.89 |
| 67640 | Feb 15 | 1,033.34 | 67711 | Feb 15 | 620.00 | 67781 | Feb 17 | 4,702.32 |
| 67641 | Feb 15 | 786.07 | 67712 | Feb 23 | 2,343.05 | 67782 | Feb 14 | 423.24 |
| 67642 | Feb 10 | 433.80 | 67713 | Feb 28 | 5,495.83 | 67783 | Feb 14 | 387.50 |
| 67643 | Feb 22 | 258.33 | 67714 | Feb 11 | 516.67 | 67784 | Feb 25 | 551.11 |
| 67644 | Feb 18 | 538.19 | 67715 | Feb 11 | 1,315.04 | 67785 | Feb 18 | 1,076.39 |
| 67645 | Feb 14 | 807.29 | 67716 | Feb 14 | 4,926.93 | 67786 | Feb 14 | 14,326.08 |
| 67646 | Feb 14 | 4,774.08 | 67717 | Feb 10 | 107.82 | 67787 | Feb 18 | 3,100.00 |
| 67648* | Feb 22 | 12,653.05 | 67718 | Feb 10 | 378.99 | 67788 | Feb 15 | 269.10 |
| 67649 | Feb 15 | 2,604.85 | 67719 | Feb 15 | 10,748.69 | 67789 | Feb 23 | 1,119.44 |

*Continued on next page*



*Page 9 of 11*

560

USA Commercial Mortgage Co
Collection Trust Account

Account Number:          089-5737864
Statement End Date:      02/28/05

## Checks Paid

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 67790 | Feb 15 | 2,351.24 | 67855 | Feb 11 | 12,781.32 | 67920 | Feb 15 | 351.39 |
| 67791 | Feb 14 | 439.17 | 67856 | Feb 24 | 1,593.37 | 67921 | Feb 16 | 358.22 |
| 67792 | Feb 14 | 1,033.33 | 67857 | Feb 17 | 785.77 | 67923* | Feb 17 | 516.67 |
| 67793 | Feb 25 | 516.67 | 67858 | Feb 17 | 113.70 | 67924 | Feb 28 | 5,438.93 |
| 67794 | Feb 09 | 2,418.19 | 67859 | Feb 14 | 2,368.06 | 67925 | Feb 15 | 723.33 |
| 67796* | Feb 23 | 1,033.33 | 67860 | Feb 22 | 559.72 | 67926 | Feb 15 | 2,066.67 |
| 67797 | Feb 22 | 559.72 | 67861 | Feb 18 | 1,291.67 | 67927 | Feb 14 | 336.55 |
| 67798 | Feb 14 | 516.67 | 67862 | Feb 14 | 22,071.33 | 67928 | Feb 14 | 559.72 |
| 67799 | Feb 15 | 3,315.28 | 67863 | Feb 18 | 216.67 | 67929 | Feb 14 | 1,550.00 |
| 67800 | Feb 22 | 542.83 | 67864 | Feb 14 | 1,485.42 | 67930 | Feb 25 | 9,672.30 |
| 67801 | Feb 10 | 2,152.78 | 67865 | Feb 15 | 4,809.96 | 67931 | Feb 10 | 4,477.69 |
| 67802 | Feb 22 | 895.56 | 67866 | Feb 22 | 5,426.28 | 67932 | Feb 16 | 10,777.82 |
| 67803 | Feb 18 | 6,526.08 | 67867 | Feb 15 | 512.36 | 67933 | Feb 11 | 1,033.33 |
| 67804 | Feb 22 | 1,968.20 | 67868 | Feb 10 | 1,076.39 | 67934 | Feb 16 | 64.78 |
| 67805 | Feb 14 | 3,865.73 | 67869 | Feb 22 | 500.00 | 67935 | Feb 22 | 413.33 |
| 67806 | Feb 15 | 1,652.56 | 67870 | Feb 16 | 269.10 | 67936 | Feb 15 | 968.75 |
| 67807 | Feb 15 | 583.25 | 67871 | Feb 11 | 5,727.79 | 67937 | Feb 10 | 155.00 |
| 67808 | Feb 16 | 107.82 | 67873* | Feb 14 | 2,583.33 | 67938 | Feb 14 | 731.94 |
| 67809 | Feb 11 | 2,690.97 | 67874 | Feb 24 | 1,076.39 | 67939 | Feb 23 | 2,956.94 |
| 67810 | Feb 14 | 1,054.86 | 67875 | Feb 18 | 1,851.39 | 67940 | Feb 24 | 5,934.80 |
| 67811 | Feb 14 | 833.33 | 67876 | Feb 24 | 538.19 | 67941 | Feb 15 | 14,032.80 |
| 67812 | Feb 18 | 595.14 | 67877 | Feb 17 | 7,876.20 | 67942 | Feb 16 | 1,033.33 |
| 67813 | Feb 22 | 145.83 | 67878 | Feb 15 | 516.67 | 67943 | Feb 15 | 1,571.53 |
| 67814 | Feb 17 | 2,774.35 | 67879 | Feb 15 | 559.72 | 67944 | Feb 15 | 2,374.31 |
| 67815 | Feb 15 | 9,023.22 | 67880 | Feb 14 | 5,769.49 | 67946* | Feb 15 | 559.72 |
| 67816 | Feb 11 | 6,622.95 | 67881 | Feb 14 | 749.21 | 67947 | Feb 17 | 2,343.05 |
| 67817 | Feb 16 | 684.55 | 67882 | Feb 15 | 138.96 | 67948 | Feb 14 | 516.67 |
| 67818 | Feb 15 | 3,100.00 | 67883 | Feb 15 | 1,105.91 | 67949 | Feb 10 | 1,033.33 |
| 67819 | Feb 16 | 996.47 | 67884 | Feb 14 | 387.50 | 67950 | Feb 16 | 559.72 |
| 67820 | Feb 17 | 3,724.29 | 67885 | Feb 15 | 206.57 | 67951 | Feb 23 | 538.19 |
| 67821 | Feb 15 | 592.01 | 67886 | Feb 14 | 559.72 | 67952 | Feb 17 | 8,399.09 |
| 67822 | Feb 15 | 950.00 | 67887 | Feb 11 | 1,059.49 | 67953 | Feb 16 | 8,539.59 |
| 67823 | Feb 28 | 821.36 | 67888 | Feb 22 | 1,195.69 | 67954 | Feb 28 | 3,229.17 |
| 67824 | Feb 15 | 393.33 | 67889 | Feb 11 | 2,066.67 | 67955 | Feb 11 | 13,927.67 |
| 67825 | Feb 11 | 10,576.60 | 67891* | Feb 17 | 1,076.39 | 67957* | Feb 14 | 1,686.38 |
| 67826 | Feb 15 | 322.92 | 67892 | Feb 16 | 4,836.15 | 67958 | Feb 15 | 882.64 |
| 67827 | Feb 23 | 1,666.67 | 67893 | Feb 16 | 2,458.46 | 67959 | Feb 18 | 215.65 |
| 67828 | Feb 14 | 542.83 | 67894 | Feb 14 | 2,830.12 | 67960 | Feb 10 | 465.00 |
| 67829 | Feb 28 | 206.57 | 67895 | Feb 15 | 538.19 | 67961 | Feb 15 | 1,343.33 |
| 67830 | Feb 14 | 1,076.39 | 67896 | Feb 22 | 878.47 | 67963* | Feb 15 | 615.69 |
| 67831 | Feb 22 | 2,914.47 | 67898* | Feb 15 | 1,087.15 | 67964 | Feb 24 | 433.33 |
| 67832 | Feb 23 | 7,414.58 | 67899 | Feb 23 | 2,721.25 | 67965 | Feb 10 | 5,346.77 |
| 67833 | Feb 15 | 1,488.89 | 67900 | Feb 15 | 1,550.00 | 67966 | Feb 15 | 5,352.82 |
| 67834 | Feb 14 | 495.14 | 67901 | Feb 11 | 258.33 | 67967 | Feb 22 | 215.65 |
| 67836* | Feb 15 | 413.14 | 67902 | Feb 11 | 4,836.15 | 67968 | Feb 11 | 731.94 |
| 67837 | Feb 14 | 161.46 | 67903 | Feb 15 | 516.67 | 67969 | Feb 17 | 2,415.28 |
| 67838 | Feb 15 | 1,860.00 | 67904 | Feb 15 | 516.67 | 67971* | Feb 24 | 542.83 |
| 67839 | Feb 23 | 2,807.91 | 67905 | Feb 14 | 1,033.33 | 67972 | Feb 11 | 36,594.71 |
| 67840 | Feb 14 | 247.88 | 67906 | Feb 15 | 1,256.25 | 67973 | Feb 10 | 4,116.94 |
| 67841 | Feb 23 | 495.14 | 67907 | Feb 23 | 1,241.44 | 67974 | Feb 17 | 1,209.86 |
| 67842 | Feb 15 | 6,665.75 | 67909* | Feb 10 | 538.19 | 67975 | Feb 17 | 1,097.91 |
| 67843 | Feb 15 | 2,109.72 | 67910 | Feb 15 | 694.06 | 67976 | Feb 11 | 797.52 |
| 67844 | Feb 16 | 775.00 | 67911 | Feb 15 | 766.29 | 67977 | Feb 15 | 538.19 |
| 67845 | Feb 14 | 43.87 | 67912 | Feb 15 | 1,291.67 | 67979* | Feb 14 | 4,327.08 |
| 67846 | Feb 18 | 560.54 | 67913 | Feb 14 | 516.67 | 67980 | Feb 17 | 206.57 |
| 67847 | Feb 17 | 538.19 | 67914 | Feb 24 | 9,672.30 | 67981 | Feb 11 | 904.17 |
| 67848 | Feb 14 | 8,665.37 | 67915 | Feb 16 | 3,201.40 | 67982 | Feb 15 | 913.13 |
| 67849 | Feb 11 | 140,281.14 | 67916 | Feb 16 | 1,519.22 | 67984* | Feb 23 | 1,059.50 |
| 67851* | Feb 14 | 1,450.01 | 67917 | Feb 16 | 6,458.33 | 67986* | Feb 18 | 133.33 |
| 67852 | Feb 17 | 1,604.17 | 67918 | Feb 17 | 1,466.66 | 67987 | Feb 24 | 107.82 |
| 67854* | Feb 16 | 1,377.78 | 67919 | Feb 28 | 559.72 | 67988 | Feb 15 | 128.86 |

*Continued on next page*



Page 10 of 11

S61

USA Commercial Mortgage Co
Collection Trust Account

Account Number: 089-5737864
Statement End Date: 02/28/05

**Checks Paid**

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 67989 | Feb 15 | 5,374.34 | 68058 | Feb 24 | 344.44 | 68190 | Feb 11 | 3,615.42 |
| 67990 | Feb 18 | 19,344.64 | 68059 | Feb 15 | 538.19 | 68191 | Feb 15 | 2,892.33 |
| 67992* | Feb 11 | 2,614.70 | 68060 | Feb 14 | 98.79 | 68192 | Feb 17 | 2,410.28 |
| 67993 | Feb 16 | 1,033.34 | 68061 | Feb 10 | 1,023.96 | 68193 | Feb 16 | 4,820.56 |
| 67994 | Feb 15 | 2,216.50 | 68062 | Feb 14 | 538.19 | 68194 | Feb 16 | 7,230.84 |
| 67995 | Feb 16 | 495.49 | 68063 | Feb 17 | 538.19 | 68195 | Feb 22 | 4,820.56 |
| 67996 | Feb 15 | 5,352.82 | 68064 | Feb 14 | 151.90 | 68196 | Feb 16 | 4,820.56 |
| 67997 | Feb 25 | 16.67 | 68065 | Feb 11 | 14,174.16 | 68197 | Feb 10 | 2,410.28 |
| 67998 | Feb 15 | 2,658.92 | 68066 | Feb 15 | 516.67 | 68198 | Feb 15 | 2,410.28 |
| 67999 | Feb 22 | 796.53 | 68068* | Feb 17 | 1,022.57 | 68199 | Feb 14 | 2,410.28 |
| 68000 | Feb 17 | 20,175.38 | 68069 | Feb 14 | 4,393.29 | 68200 | Feb 17 | 4,820.56 |
| 68002* | Feb 14 | 269.10 | 68070 | Feb 17 | 53.82 | 68201 | Feb 15 | 2,410.28 |
| 68003 | Feb 10 | 108.57 | 68071 | Feb 11 | 434.26 | 68202 | Feb 15 | 4,820.56 |
| 68004 | Feb 16 | 538.19 | 68072 | Feb 11 | 862.49 | 68203 | Feb 17 | 7,230.84 |
| 68005 | Feb 16 | 1,442.54 | 68073 | Feb 15 | 462.72 | 68204 | Feb 11 | 2,410.28 |
| 68006 | Feb 14 | 5,152.55 | 68074 | Feb 14 | 968.75 | 68205 | Feb 14 | 4,820.56 |
| 68007 | Feb 14 | 1,636.11 | 68075 | Feb 14 | 119.42 | 68206 | Feb 24 | 2,410.28 |
| 68008 | Feb 15 | 350.53 | 68076 | Feb 15 | 1,163.19 | 68207 | Feb 22 | 2,410.28 |
| 68009 | Feb 28 | 108.57 | 68078* | Feb 15 | 1,209.86 | 68208 | Feb 22 | 2,410.28 |
| 68010 | Feb 15 | 516.67 | 68079 | Feb 15 | 378.98 | 68209 | Feb 16 | 2,410.28 |
| 68011 | Feb 15 | 516.67 | 68115* | Feb 14 | 7,414.40 | 68210 | Feb 16 | 2,410.28 |
| 68012 | Feb 14 | 538.19 | 68116 | Feb 14 | 29,468.74 | 68211 | Feb 15 | 2,410.28 |
| 68013 | Feb 15 | 519.26 | 68117 | Feb 17 | 23,319.50 | 68212 | Feb 16 | 2,410.28 |
| 68014 | Feb 16 | 570.49 | 68118 | Feb 16 | 2,718.78 | 68213 | Feb 16 | 2,410.28 |
| 68015 | Feb 15 | 559.72 | 68119 | Feb 11 | 62,260.77 | 68214 | Feb 11 | 2,410.28 |
| 68016 | Feb 15 | 1,033.34 | 68120 | Feb 11 | 6,900.97 | 68215 | Feb 11 | 9,641.11 |
| 68017 | Feb 15 | 645.83 | 68121 | Feb 17 | 1,927.16 | 68216 | Feb 14 | 4,820.56 |
| 68018 | Feb 14 | 1,033.34 | 68122 | Feb 11 | 1,999.34 | 68217 | Feb 15 | 4,820.56 |
| 68019 | Feb 16 | 801.15 | 68123 | Feb 11 | 1,571.85 | 68218 | Feb 15 | 7,230.84 |
| 68020 | Feb 14 | 645.83 | 68124 | Feb 22 | 14,355.34 | 68219 | Feb 15 | 2,410.28 |
| 68021 | Feb 17 | 50.00 | 68125 | Feb 15 | 515.29 | 68220 | Feb 11 | 2,410.28 |
| 68022 | Feb 14 | 1,524.32 | 68126 | Feb 23 | 205.02 | 68221 | Feb 17 | 2,410.28 |
| 68023 | Feb 16 | 107.82 | 68127 | Feb 14 | 1,366.82 | 68222 | Feb 16 | 2,410.28 |
| 68024 | Feb 14 | 2,336.90 | 68128 | Feb 16 | 626.72 | 68223 | Feb 17 | 2,410.28 |
| 68025 | Feb 15 | 2,890.95 | 68129 | Feb 16 | 774.84 | 68224 | Feb 23 | 2,410.28 |
| 68026 | Feb 16 | 276.84 | 68130 | Feb 14 | 1,268.76 | 68225 | Feb 16 | 2,410.28 |
| 68027 | Feb 14 | 10,727.16 | 68131 | Feb 11 | 9,950.79 | 68226 | Feb 14 | 7,230.84 |
| 68028 | Feb 15 | 559.72 | 68132 | Feb 11 | 341.71 | 68227 | Feb 25 | 3,615.42 |
| 68031* | Feb 14 | 516.67 | 68133 | Feb 11 | 3,583.40 | 68228 | Feb 16 | 2,410.28 |
| 68032 | Feb 17 | 8,851.48 | 68134 | Feb 16 | 7,266.06 | 68229 | Feb 15 | 2,410.28 |
| 68034* | Feb 14 | 279.86 | 68135 | Feb 17 | 23,063.46 | 68230 | Feb 14 | 2,410.28 |
| 68035 | Feb 15 | 1,315.28 | 68136 | Feb 09 | 429.18 | 68231 | Feb 18 | 9,641.11 |
| 68036 | Feb 15 | 2,986.26 | 68137 | Feb 24 | 136.68 | 68233* | Feb 14 | 19,282.23 |
| 68037 | Feb 14 | 632.92 | 68138 | Feb 14 | 1,759.79 | 68234 | Feb 16 | 2,410.28 |
| 68038 | Feb 28 | 2,066.67 | 68139 | Feb 18 | 239.19 | 68235 | Feb 15 | 2,410.28 |
| 68039 | Feb 15 | 1,550.00 | 68141* | Feb 11 | 2,081.21 | 68236 | Feb 10 | 37,841.37 |
| 68040 | Feb 14 | 10,382.40 | 68142 | Feb 17 | 8,299.39 | 68237 | Feb 25 | 2,410.28 |
| 68041 | Feb 17 | 2,109.72 | 68143 | Feb 14 | 683.41 | 68238 | Feb 16 | 2,410.28 |
| 68042 | Feb 24 | 516.67 | 68144 | Feb 10 | 14,469.79 | 68239 | Feb 14 | 3,856.45 |
| 68043 | Feb 15 | 933.34 | 68145 | Feb 11 | 38,941.84 | 68240 | Feb 10 | 24,102.78 |
| 68045* | Feb 14 | 671.67 | 68146 | Feb 15 | 4,323.24 | 68241 | Feb 16 | 2,410.28 |
| 68046 | Feb 22 | 1,664.26 | 68147 | Feb 15 | 3,146.79 | 68242 | Feb 16 | 2,410.28 |
| 68047 | Feb 15 | 1,087.15 | 68181* | Feb 16 | 9,073.71 | 68243 | Feb 11 | 7,230.84 |
| 68048 | Feb 14 | 26,195.76 | 68182 | Feb 17 | 4,820.56 | 68244 | Feb 14 | 2,410.28 |
| 68049 | Feb 14 | 568.33 | 68183 | Feb 14 | 2,410.28 | 68245 | Feb 15 | 2,410.28 |
| 68050 | Feb 14 | 516.67 | 68184 | Feb 15 | 2,410.28 | 68246 | Feb 16 | 2,410.28 |
| 68051 | Feb 11 | 2,907.37 | 68185 | Feb 17 | 2,410.28 | 68248* | Feb 22 | 2,410.28 |
| 68052 | Feb 17 | 1,076.39 | 68186 | Feb 11 | 2,410.28 | 68249 | Feb 17 | 3,615.42 |
| 68054* | Feb 23 | 215.65 | 68187 | Feb 17 | 4,820.56 | 68250 | Feb 11 | 2,410.28 |
| 68055 | Feb 18 | 861.11 | 68188 | Feb 17 | 2,410.28 | 68251 | Feb 16 | 2,410.28 |
| 68057* | Feb 22 | 189.49 | 68189 | Feb 16 | 3,615.42 | 68252 | Feb 18 | 9,641.11 |

*Continued on next page*



**WELLS FARGO**

Page 11 of 11

USA Commercial Mortgage Co
Collection Trust Account

562
Account Number:                089-5737864
Statement End Date:            02/28/05

**Checks Paid**

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 68253 | Feb 16 | 2,410.28 | 68275 | Feb 24 | 4,820.56 | 68295 | Feb 11 | 2,410.28 |
| 68254 | Feb 25 | 2,410.28 | 68276 | Feb 14 | 12,051.39 | 68296 | Feb 14 | 7,712.89 |
| 68255 | Feb 15 | 2,410.28 | 68277 | Feb 15 | 4,820.56 | 68297 | Feb 17 | 2,410.28 |
| 68256 | Feb 15 | 2,410.28 | 68278 | Feb 16 | 7,230.84 | 68298 | Feb 11 | 2,410.28 |
| 68257 | Feb 17 | 6,266.72 | 68279 | Feb 14 | 4,820.56 | 68300* | Feb 11 | 2,410.28 |
| 68258 | Feb 23 | 2,410.28 | 68280 | Feb 16 | 2,410.28 | 68301 | Feb 24 | 4,820.56 |
| 68259 | Feb 11 | 2,410.28 | 68281 | Feb 16 | 3,615.42 | 68302 | Feb 28 | 2,410.28 |
| 68260 | Feb 14 | 9,641.11 | 68282 | Feb 24 | 4,820.56 | 68303 | Feb 25 | 4,820.56 |
| 68261 | Feb 14 | 12,051.39 | 68283 | Feb 14 | 2,410.28 | 68305* | Feb 15 | 5,302.61 |
| 68262 | Feb 25 | 4,820.56 | 68284 | Feb 28 | 2,410.28 | 68306 | Feb 17 | 2,410.28 |
| 68263 | Feb 16 | 4,820.56 | 68285 | Feb 15 | 3,615.42 | 68307 | Feb 11 | 2,410.28 |
| 68264 | Feb 11 | 2,410.28 | 68286 | Feb 15 | 2,410.28 | 68308 | Feb 15 | 2,410.28 |
| 68265 | Feb 11 | 2,410.28 | 68287 | Feb 15 | 2,410.28 | 68310* | Feb 15 | 2,410.28 |
| 68266 | Feb 14 | 2,410.28 | 68288 | Feb 16 | 9,641.11 | 68311 | Feb 18 | 9,641.11 |
| 68269* | Feb 24 | 4,820.56 | 68289 | Feb 15 | 4,820.56 | 68312 | Feb 11 | 2,410.28 |
| 68270 | Feb 15 | 2,410.28 | 68290 | Feb 11 | 16,871.95 | 68313 | Feb 14 | 4,820.56 |
| 68271 | Feb 17 | 2,410.28 | 68291 | Feb 22 | 3,615.42 | 68314 | Feb 17 | 2,410.28 |
| 68272 | Feb 15 | 2,410.28 | 68292 | Feb 28 | 2,410.28 | 68315 | Feb 14 | 2,410.28 |
| 68273 | Feb 17 | 2,410.28 | 68293 | Feb 15 | 2,410.28 | 68316 | Feb 16 | 12,051.39 |
| 68274 | Feb 23 | 2,410.28 | 68294 | Feb 14 | 2,410.28 | 68317 | Feb 10 | 2,410.28 |

*Gap in check sequence       7,672,120.87       Total Checks Paid

13,513,669.19       Total Debits

**Daily Ledger Balance Summary**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Jan 31 | 3,915,629.72 | Feb 09 | 1,277,764.26 | Feb 18 | 2,180,426.03 |
| Feb 01 | 4,401,296.90 | Feb 10 | 90,983.78 | Feb 22 | 2,485,922.63 |
| Feb 02 | 5,085,208.42 | Feb 11 | 57,119.04 | Feb 23 | 3,192,602.86 |
| Feb 03 | 5,787,518.21 | Feb 14 | -516,166.55 | Feb 24 | 16,269,434.07 |
| Feb 04 | 6,385,601.26 | Feb 15 | 358,062.30 | Feb 25 | 16,977,457.68 |
| Feb 07 | 6,366,764.07 | Feb 16 | -163,426.18 | Feb 28 | 15,456,599.49 |
| Feb 08 | 1,725,973.64 | Feb 17 | 1,397,729.86 | | |

**Average Daily Ledger Balance       5,078,518.06**

Wells Fargo has innovative solutions designed to meet your business needs:
- Credit Services
- Business Payroll Services
- Equipment Finance
- Treasury Management Services
- International Trade Services
- Corporate Finance

For more information on our products and services,
please contact your Wells Fargo representative or visit us online at **wellsfargo.com.**

*Thank you for banking with Wells Fargo.*                **Member FDIC**

# Wells Fargo ACH Services

**TO**
Name:        **VICTORIA LOOB**
Company:
Fax:         1-(702)734-0163
Date:        02/08/06   Page _1_  of _2_

**FROM**
Name:        Wells Fargo ACH
Phone:  1-800-745-2426

**MESSAGE:**

---

EXHIBIT

B

906-0364

```
Wells Fargo ACH        2/8/2008 3:44    PAGE 002/002    Fax Server

        REPORT R110-F              WELLS FARGO          SYS DATE - 02/08/08
                              ACH CONFIRMATION (CNOTE)      TIME (CT)- 15:43:29
  -     1ST COMPANY ID - Y1880244801A    MVS APPL   ID - 18802448
                                         FILE QUALIFIER - 154209
  -      ORIG FILE ID            NAME              IMMED DEST R/T         MODIFIER
       ------------------    ----------------    ------------------    ---------
        1880244801          USA Capital              09100001              A
  - COMPANY ID      NAME       DATE   # DB   AMT DEBITS    # CR   AMT CREDITS
    ----------  --------------- ------ ----- --------------- ------ ---------------
    1880244801 USA Capital     060208    0          .00    1883    8350744.97
  0 FILE TOTALS:                         0          .00    1883    8350744.97
  0     YOUR FILE HAS BEEN RECEIVED BY WELLS FARGO.  IT WILL BE PROCESSED SUBJECT
        TO STANDARD ACH VALIDATION. IF YOU HAVE ANY QUESTIONS, PLEASE CONTACT ACH
        SERVICES IMMEDIATELY AT 1-800-745-2426 (OPTION 1).
  0FAX1:  1-(702) 734-0163       ATTN: VICTORIA LOOB

  -                          **  END OF REPORT  **
```

906-0365

# EXHIBIT R



# Business Client Acceptance Checklist

**Specialized Bankers must use this checklist when opening each new deposit account for a business customer.**[1]

1) Complete the checklist *before* opening account.
2) Refer to the completed checklist for customer information when completing the new account profiling process (no need to ask customer a question twice).
3) Print a copy and have a manager or designate approve.[2]
4) Retain checklist in a secure local file for five years after the account closes.

---

### Section 1

Account Name **USA Commercial Mortgage** (5027608069) AU **08045**   COID **825**

TIN **88-0244801**   Account Type ONLY ONE SELECTION CAN BE MADE   Officer Code **10198**
[X] Checking  [ ] Savings  [ ] Time Deposit

Existing Customer? ONE BOX MUST BE CHECKED   Opening Deposit Amount   Source of Funds[3]
[ ] No  [X] Yes  Since **NOV 1987**   *(internal transfer or deposit)*

Purpose of Account[4] **Collect funds from customers doing Refinance and pay other entities when due. eg. Appraisal fees**

What is the Physical Address of the business?[5]

Address **4484 S. Pecos Rd**   City **Las Vegas**

Province/Territory   State **NV**   Postal Code **89121**   Country **USA**

---

### Section 2

1. Is the business a foreign entity or are any owners/signers non-US citizens?[6]
   [ ] Yes  [X] No
   **Note:** If yes is answered to this question, the customer must be screened using the OFAC Account Screening Tool. Print and attach results.[7]

2. Are any of the owners or signers on the account a representative of a foreign government or a relative or a close associate of a representative of a foreign government?[8]
   [ ] Yes  [X] No

3. Is the estimated monthly cash deposited expected to be greater than $100,000?[9]
   [ ] Yes  [X] No   **No Cash**
   If no, provide range of expected monthly cash activity: [X] <$10,000  [ ] $10,000 - $100,000 IF NO SELECTED, ONE BOX MUST BE CHECKED

4. Is the estimated monthly cash withdrawn expected to be greater than $100,000?[9]
   [ ] Yes  [X] No   **No cash**
   If no, provide range of expected monthly cash activity: [X] <$10,000  [ ] $10,000 - $100,000 IF NO SELECTED, ONE BOX MUST BE CHECKED

5. Does the customer expect that the funds wire transferred to/from the account to exceed $100,000 per month?[10]
   [ ] Yes  [X] N
   Provide range of expected monthly wire activity: [ ] <$10,000  [ ] $10,000 - $100,000  [ ] $100,001 - $1,000,000  [ ] >$1,000,000

6. Are you a banker with the Patrimonial or International Business Banking Group?
   [ ] Yes  [X] No

**If yes is answered to any of the questions in Section 2, complete Sections 3 and 4 of the checklist.**
**If not, complete Section 4 only and retain in a secure customer or bank file.**

WFB0029

All footnotes are referenced in the Business Client Acceptance Checklist Instructions (DSG1379).

## Section 3

1. Describe the business operations.

2. If the account signers are not the owners of the account, list the beneficial owners and percentage ownership.[11]

   1. _____          _____ %   4. _____          _____ %
   2. _____          _____ %   5. _____          _____ %
   3. _____          _____ %   6. _____          _____ %

3. List the following:
   - Gross Annual Revenue/Losses        $
   - Total Assets                                   $
   - Date Business Established
   - Number of Employees

4. What are the Total Relationship Balances?[12]

| WF Deposit | WF Brokerage | WF Credit (excluding 1st mortgage) |
|---|---|---|
| Other Deposit | Other Brokerage | Other Credit (excluding 1st mortgage) |

5. Are any transactions with or through closely affiliated or mutually controlled enterprises expected?
   ☐ Yes   ☐ No

   If yes, list companies:        IF YES

   List major customers/suppliers:        IF YES

6. For customers expecting complex or numerous transactions between multiple related accounts or business, complete the following:[13]

| Type(s) of transactions | Reason(s) for transactions | Frequency of transactions |
|---|---|---|

7. For wire activity, list expected sending and receiving countries, other than the United States and describe purpose of wires:[14]

| Country | Purpose |
|---|---|
| Country | Purpose |
| Country | Purpose |
| Country | Purpose |

8. For senior foreign political figures, complete the following:
   - Indicate if the customer is a ☐ senior foreign political figure    ☐ family member    ☐ close associate
   - Provide name(s) of account holder(s) related to the above referenced customer:[15]
   - Official salary and compensation $
   - Sources of income apart from official position:[15]
   - The reputation of the customer was verified as ☐ acceptable or ☐ unacceptable[16]

WFB0030

9.  List the foreign countries to which the customer has ties.[17]

| Country | Country |
|---|---|
| Country | Country |
| Country | Country |

Remember, if any of these countries are NCCT countries, a Monthly Monitoring Log must be completed.

☐ Yes, a Monthly Monitoring Log is required.

10. Was a site visit completed?     ☐ Yes, Date: _____     ☐ No, Planned Date: _____
    If a site visit was not completed, how was the existence of the business verified?

(Examples: Requesting financial statements, referrals from banks, suppliers, and/or customers, third party references such as Dun & Bradstreet or Veritas reports.)

## Section 4

Additional Comments[18]

| Completed By (Print) | Signature | Date |
|---|---|---|
| Yeoman | x Constance Yeoman | 3-3-05 |
| Approved By (Print) | Signature | Date |
| Susan Norton | x S Norton | 3/3/05 |

Use the information that you have recorded on the Business Client Acceptance Checklist (BCAC) as a tool for understanding your customer's financial needs and activity patterns now and in the future. If you determine at a future date that the customer's transactions do not meet normal activity expectations based on the information that was provided when the account was opened, consult the customer to better understand circumstances that may have changed their financial needs. Changes in circumstances can be updated on the location copy of the BCAC. Complete a Suspicious Activity Report referral if activity on the account is suspicious and cannot be satisfactorily explained.

WFB0031

# Addendum to Certificate of Authority
(Deposit Accounts Only)

Wells Fargo Bank
Business Banking Group

| Bank Name | COID | 825 | Date | 3-1-06 |
|---|---|---|---|---|
| Wells Fargo Bank | Branch # | 01879 | Cost Center | 08045 |
| Officer Name | Officer Number | N0198 | Phone # | 702-868-3407 |
| Rob Bulmer | | | | |

Use this document when new signers are being added or deleted to a Certificate of Authority currently on file and a new, signed Certificate of Authority has not been obtained. This addendum may not be used to add or delete those persons authorized to engage in credit transactions. A new Certificate of Authority, or other proper written notification, must be obtained for that purpose.

Addendum to Certificate of Authority Dated _____

Customer Name ____ USA Commercial Real Estate

Account Number(s) ____ 0834606261

**Authorized Signers currently on the account** (sample signature not required): Attach a separate sheet if necessary.

| Signer Name | | Signer Name | |
|---|---|---|---|
| Signer Name | Thomas A Hantges | Signer Name | Joseph D Milanowski |
| Signer Name | Robert A Hilson | Signer Name | |
| Signer Name | Linda S Howe | Signer Name | |
| Signer Name | Victoria S Loob | Signer Name | |

**Description of the Requested Change to Authorized Signers**

| Action Requested (Check One) | Print Name and Title | Sample Signature (Required only for persons being added as authorized signers) |
|---|---|---|
| ☐ Add ☒ Delete | Linda S. Howe | |
| ☒ Add ☐ Delete | LeAnn Weese Controller | LeAnn Weese |
| ☐ Add ☐ Delete | | |

**The person(s) signing below**

- direct the Bank to recognize the signature(s) and/or written, telephone, electronic and oral instructions of any person who has been added as an authorized signer;
- direct the Bank to discontinue acting on the instructions of any person who has been deleted as an authorized signer;
- acknowledge that these modifications become effective only after this addendum has been received by the Bank and the Bank has had a reasonable opportunity to act on instructions it contains;
- certifies that the account owner has taken all action under its organizational documents, if any, including passage of resolutions by its board of directors, trustees, or other governing body, required to make these modifications and to authorize the undersigned to execute and deliver this addendum;
- direct the Bank that the additional authorized signers identified above shall have all of the authority granted to the persons identified as authorized signers on the Certificate of Authority.

Accurate as of ____ 3-1-06 ____
(Date)

Certified / Agreed To By

Signature _____     Signature _____

Name ____ Joseph Milanowski     Name ____ Victoria Loob

Title _____     Title ____ Secretary

Documentation supporting the addendum is attached, if applicable.

**COMPLETE THIS SECTION FOR MINNESOTA APPLICATIONS ONLY**

Minnesota - Check Reporting Agency - Information on Individuals (For a Sole Proprietor, all authorized signers of an unincorporated association, and any partner of a Partnership of 3 or fewer partners who will have signing authority.)

| Name | TIN | Date of Birth | Check Reporting Agency Information |
|---|---|---|---|
| Name | TIN | Date of Birth | Check Reporting Agency Information |
| Name | TIN | Date of Birth | Check Reporting Agency Information |

W 16Q47 (9-00-26961-J)

# Business Account Application



*Seminole (Illegible) 12-16-04*

## Information About Your Accounts

To help the government fight the funding of terrorism and money laundering activities, U.S. Federal law requires financial institutions to obtain, verify, and record information that identifies each person (individuals and businesses) who opens an account. What this means for you: When you open an account, we will ask for your name, address, date of birth and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying documents.

| Bank Name | | | | Officer Number | Phone Number |
|---|---|---|---|---|---|
| Wells Fargo Bank , N.A. | | | | N0198 | 702/868-3403 |

| COID | Date | Location Number | AU | Officer Name | | |
|---|---|---|---|---|---|---|
| 00825 | 12/16/2004 | 01879 | 8045 | EILEEN SECHRIST | | |

| Type of Account(s) | Account Number(s) | Opening Deposit(s) | |
|---|---|---|---|
| ~~BASIC BUS CKG CHK~~ *Cy* | 5627688020 | $0.00 | INTX |
| Choice IV | | | |

## Information About Your Business

### Contact Information

| | |
|---|---|
| Business Name | Statement Mailing Address |
| USA COMMERCIAL MORTGAGE CO | 4484 S PECOS RD |
| Discretionary Account | LAS VEGAS, NV |
| Confidential | 89121-5030 |
| Attn: CFO, Robert Hilson | US |

| City | State | Zip | Country |
|---|---|---|---|
| LAS VEGAS | NV | 89121-5030 | US |

Street Address
4484 S PECOS RD

Directional Address (Document directional address for customers who do not have physical residence, business or alternate street address.)

| Web Site | |
|---|---|

| E-Mail Address | | |
|---|---|---|
| | Cellular | Pager |

| Phone | Fax |
|---|---|
| 702/734-2400 | 702/939-2131 |

### Business Information

| | | Non-Profit | Date Established |
|---|---|---|---|
| | | No | 12/31/1984 |

| Entity | Sub Type |
|---|---|
| Corporation Type C | Corporation |

| Current Ownership Since Date | # of Employees | Industry |
|---|---|---|
| | 26 | Finance and Insurance |

| Description of Business | | | | |
|---|---|---|---|---|
| Mortgage Company | | | | |

| Annual Gross Sales | Year Reported | Fiscal Year End | Country of Registration | Primary Financial Institution | # of Locations |
|---|---|---|---|---|---|
| $1 | 12/31/1984 | | US | | |

Major Suppliers/Customers

| Sales Market | Primary States |
|---|---|
| Local | |

### Bank Use

| Name/Entity Verification | Address Verification | Check Reporting |
|---|---|---|
| Existing Customer | | NORECORD |

| Previous Bank Reference | International Transactions | BACC Reference# |
|---|---|---|
| | | 604BAC0365351 |

## Information About Owners and Key Individuals

| Name | | Type | Number | State/Country | Issue Date | Expiration Date |
|---|---|---|---|---|---|---|
| | Primary ID | DL | NVDL 364128963361 | NV | 11/02/1999 | None |
| JOSEPH D MILANOWSKI | Secondary ID | Othe | EXISTING CUSTOMER | | None | None |
| | Primary ID | DL | 2000769814 | NV | 03/02/2001 | 09/08/2007 |
| VICTORIA S LOOB | Secondary ID | Know | EXISTING CUSTOMER | | | |
| | Primary ID | | | | | |
| | Secondary ID | | | | | |

WFB0011

**Information About Owners and Key Individuals**

| Name | | Type | Number | State/Country | Issue Date | Expiration Date |
|---|---|---|---|---|---|---|
| | Primary ID | | | | | |
| | Secondary ID | | | | | |
| | Primary ID | | | | | |
| | Secondary ID | | | | | |
| | Primary ID | | | | | |
| | Secondary ID | | | | | |
| | Primary ID | | | | | |
| | Secondary ID | | | | | |

**Overdraft Protection from Savings**

For the overdraft protection described below,

Savings account # _____ will be linked to checking account # _____

Savings account # _____ will be linked to checking account # _____

Savings account # _____ will be linked to checking account # _____

Savings account # _____ will be linked to checking account # _____

If an Item (as defined in the Bank's Business Account Agreement) overdraws a checking account designated above, the Bank will automatically transfer available funds in the linked savings account to the overdrawn checking account up to the amount of the overdraft. If the overdraft exceeds available funds in the linked savings account, the Bank may, at its sole option, pay the Item and create an overdraft in the checking account or return the Item unpaid.

**Certificate of Authority Cross Reference - Existing Customers - New Accounts**
For use when persons identified as authorized signers on the Customer's existing Certificate of Authority are identical to the persons designated as authorized signers for the accounts listed on this Business Account Application

Please refer to Certificate of Authority currently on file for account: _____

**Certificate of Authority Agreement**

Each person signing this Application certifies that:

A. The Customer's use of any Bank account, product or service will confirm its receipt of and agreement to be bound by the Bank's applicable account fee schedule and account agreement that includes the dispute resolution program under which any disputes between the Customer and the Bank relating to the Customer's use of any bank account, product or service will be decided in an arbitration proceeding before a neutral arbitrator and not by a jury or court trial.

B. Any one of the person(s) who signs this Application or whose name, any applicable title and specimen signature appear in the Signature Capture Section of this Application is authorized on such terms as the Bank may require to:

(1) Enter into, modify, terminate and otherwise in any manner act with respect to accounts at the Bank and agreements with the Bank or its affiliates for products and/or services offered by the Bank or its affiliates (other than letters of credit or loan agreements).
(2) Authorize (by signing or otherwise) endorse for deposit, cashing or collection items from the Customer's account(s) listed on this Business Account Application, including without limitation, any item payable to (a) the individual order of the person who authorized the item or (b) the Bank or any other person for the benefit of the person who authorized the item;
(3) Give instructions to the Bank in writing (whether signed manually or by a facsimile or mechanical device without regard to when or by whom or by what means it may have been made or affixed), orally, by telephone or by any electronic means in regard to any item and the transaction of any business relating to the Customer's account(s), agreements or services, and the Customers shall indemnify and hold the Bank harmless for acting in accordance with such instructions; and
(4) Delegate his or her authority to another person(s) or revoke such delegation, in a separate signed writing delivered to the Bank.

C. If a code must be communicated to the Bank in order to authorize an item, and the code is communicated, the item will be binding on the Customer regardless of who communicated the code.

D. The information provided in this Application is correct and complete, the person(s) who are signing this Application and the person(s) whose names appear in the Signature Capture section of this Application hold any positions indicated, and the signatures appearing opposite their names are authentic, official signatures.

WFB0012

DEC-16-2004 THU 12:03 PM 'LS FARGO COMM'L          FAX NO. 024079605          P. 04/05

E. The Bank is authorized to inquire at any time about any person whose name appears on this Application with check and/or credit reporting services and to share this information and information about the Customer and the Customer's account(s) with any affiliate of the Bank.

F. Each transaction described in this Certification conducted by or on behalf of the Customer prior to delivery of this Certification is in all respects ratified.

G. If the Customer is a tribal government or tribal government agency, the Customer waives sovereign immunity from suit with respect to the Customer's use of any Bank account, product or service directly or indirectly referred to in this Certificate.

H. The Customer has approved this Certificate of Authority or granted the person(s) signing this Application the authority to do so on the Customer's behalf by
(1) resolution, agreement or other legally sufficient action of the governing body of the Customer, if the Customer is not a trust or a sole proprietor;
(2) the signature on this Application of each of the Customer's trustee(s), if the Customer is a trust; or
(3) the signature on this Application of the Customer, if the Customer is a sole proprietor.

**Tax Reporting and Certification (Substitute IRS Form W-9)**

Tax ID and Number
EIN   88-0244801

**Certification:** Under penalties of perjury, I certify that:
1. The number shown on this form is my correct Taxpayer Identification Number, and
2. UNLESS I HAVE CHECKED ONE OF THE BOXES BELOW, I am not subject to backup withholding either because I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the IRS has notified me that I am no longer subject to backup withholding (does not apply to real estate transactions, mortgage interest paid, the acquisition or abandonment of secured property, contributions to an Individual Retirement Arrangement (IRA), and payments other than interest and dividends), and
3. I am a U.S. person (including a U.S. resident alien).

☐ I am subject to backup withholding      ☐ I am exempt from backup withholding

Note: The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| Certified/Agreed to by: | | Printed Name | Title/Position | Date |
|---|---|---|---|---|
| Signature | | Joseph D Milanowski | President | 12-16-04 |
| Signature | | Printed Name<br>Victoria Loob | Title/Position<br>Secretary | Date<br>12-16-04 |

| Authorized Signers | | Printed Name | Position/Title |
|---|---|---|---|
| Signature 1 | | JOSEPH D MILANOWSKI | Position/Title |
| Signature 2 | | Printed Name<br>VICTORIA S LOOB | Corp. Secretary |
| Signature 3 | | Printed Name<br>ROBERT HILSON | CFO |
| Signature 4 | | Printed Name | Position/Title |
| Signature 5 | | Printed Name | Position/Title |
| Signature 6 | | Printed Name | Position/Title |
| Signature 7 | | Printed Name | Position/Title |

WFB0013



December 29, 2005

Wells Fargo Bank
Attn: Te Manyvong
Fax: 702-868-3414

RE:  USA Commercial Mortgage

Please use this as our authorization to transfer $500,000 from our general account #
0834610149 to our Discretionary account # 5627688020.

Thank you for your assistance.


Sincerely,

*Victoria S. Loob / Vicki Loob*

Vicki Loob
Vice President
USA Commercial Mortgage Company

*880244801*
*Wire in for 600m*
*OK to transfer*
*Sharton*

*Suzie - 5627688020*

*Joe  M.*

*Vicky*

*734-2400*

*1062*

*EIN - 880244801*

. South Pecos Road · Las Vegas, Nevada 89121
c; 702-734-0163 · Toll Free: 888-921-8009 · www.TDInvestments.com

WFB0014

**USA**

December 17, 2004

Wells Fargo Bank
Attn: Connie Yeoman

RE: USA Commercial Mortgage

Please use this as our authorization to transfer $6,000.00 from our general account # 0834610149 to our Discretionary account # 5627688020.

Thank you for your assistance.

Sincerely,

Robert Hilson

Linda Howe

Constance Yeoman
702-868-3406
Wells Fargo Bank, N.A.
Business Banking Group
N1575

COMPLETED

WFB0016

AU 08045

# Addendum to Certificate of Authority

(Deposit Accounts Only)

**WELLS FARGO**

| Bank Name | COID | Date |
|---|---|---|
| | Branch # | Cost Center |
| Officer Name | Officer Number | Phone # |

Marc Maletta Oic #N6799
Sales Associate 702/407-9597
MAC S9724-012 COID 825 AU 08045
Wells Fargo Bank Nevada N.A.
Business Banking Group

Use this Addendum when authorized signers are being added or deleted to a Certificate of Authority currently on file and a new, signed Certificate of Authority is not available. This Addendum may not be used to add or delete those persons authorized to engage in credit transactions.
A new Certificate of Authority, or other proper written notification, must be obtained for that purpose.

*(handwritten top right)* USA Collection out
0895 737864

Addendum to Certificate of Authority Dated _____

Customer Name **USA Commercial Mortgage**

Account Number(s) **08 346 10149      08 95 737864**

Authorized Signers currently on the account (sample signature not required): Attach a separate sheet if necessary.

| Signer Name | | Signer Name | |
|---|---|---|---|
| Victoria Hessling | | | |
| Thomas Hantges | | | |
| Joseph Milanowski | | | |
| | | | |

Description of the Requested Change to Authorized Signers

| Action Requested (Check One) | Print Name and Title | Sample Signature (Required only for persons being added as authorized signers) |
|---|---|---|
| ☒ Add ☐ Delete | Robert Hilsen | *(signature)* Robert Hilsen |
| ☒ Add ☐ Delete | LINDA HOWE | *(signature)* Linda Howe |
| ☐ Add ☐ Delete | | |

The person(s) signing below

- direct the Bank to recognize the signature(s) and/or written, telephone, electronic and oral instructions of any person who has been added as an authorized signer;
- direct the Bank to discontinue acting on the instructions of any person who has been deleted as an authorized signer;
- acknowledge that these modifications become effective only after this addendum has been received by the Bank and the Bank has had a reasonable opportunity to act on instructions it contains;
- certifies that the account owner has taken all action under its organizational documents, if any, including passage of resolutions by its board of directors, trustees, or other governing body, required to make these modifications and to authorize the undersigned to execute and deliver this addendum;
- direct the Bank that the additional authorized signers identified above shall have all of the authority granted to the persons identified as authorized signers on the Certificate of Authority.

Accurate as of **8-30-06**
(Date)

Certified / Agreed To By

| Signature *(signature)* Victoria S. Loob | Signature *(signature)* |
|---|---|
| Name Victoria S. Loob | Name Joseph D. Milanowski |
| Title | Title |

Documentation supporting the addendum is attached, if applicable.

**COMPLETE THIS SECTION FOR MINNESOTA APPLICATIONS ONLY**

Minnesota - Check Reporting Agency - Information on Individuals (For a Sole Proprietor, all authorized signers of an unincorporated association, and any partner of a Partnership of 3 or fewer partners who will have signing authority.)

| Name | TIN | Date of Birth | Check Reporting Agency Information |
|---|---|---|---|
| Name | TIN | Date of Birth | Check Reporting Agency Information |
| Name | TIN | Date of Birth | Check Reporting Agency Information |

W 18047 (5-00-25861-8)

WFB0139

cm

# Outgoing Wire Transfer Request

A customer or team member, with the customer present, completes this form when requesting to send a wire. Outgoing wires can only be sent for Wells Fargo customers. Retain the original copy in the bank and provide a copy to the customer ensuring you give the customer the Agreement for Outgoing Wire Transfer Request (page 2 when form is accessed on-line & preprinted on the back of printed forms). Required information is noted with an asterisk. Note: Wells Fargo Wire Transfer Services will route wires based on correspondent banking relationships.

| *Today's Date | *Send Date (if next day submit wire after 3:30 CT. Store must hold if other than today or next day data.) |
|---|---|
| 7/13/2006 | |

## 1. Originator's Information

| *Customer's Name | *Phone Number |
|---|---|
| USA Commercial Mortgage | 702-734-2400 |

*Customer's Address, City, State, Zip Code
4484 South Pecos Road, Las Vegas NV 89121

| Tax ID Type – Type & No. are required when customer's account is not debited | Tax ID No. (if non-citizen provide Alien ID #, Passport # & Country) |
|---|---|
| ☐ Social Security  ☐ ITIN  ☐ Non-U.S. Citizen without TIN  ☐ Employer ID | |

*Name on ID used by customer

| *1st ID Type, number, Issued by State/Country, & Expiration Date | *2nd ID Type, number, Issued by State/Country, & Expiration Date |
|---|---|
| | |

| *Transfer from Wells Fargo Bank 10 digit Account No. (Must be checking, savings, market rate or wholesale checking account) | *U.S. Dollar Wire Amount |
|---|---|
| | |

| *International Wire only: Foreign Currency Type/Name (FX will be used unless specified otherwise) | *Currency Code (if known) | *Foreign Currency Amount |
|---|---|---|
| | | |

## 2. Beneficiary/Recipient Information (This is the ultimate recipient of the wire transfer funds.)

| *Beneficiary/Recipient Name | *Beneficiary Account Number (or Mexican CLABE # if applicable) |
|---|---|
| USA Commercial Mortgage | 3755532396. |

Beneficiary Address, City, State, Zip Code
4484 South Pecos Road, Las Vegas 89121

| Information for the Beneficiary (Invoice number, Purchase order number, etc.) | Beneficiary Phone Number |
|---|---|
| Bank of America Collections Acct | |

## 3. Beneficiary Bank Information (This is the financial institution or broker dealer (i.e., Merrill Lynch) where the beneficiary maintains their account.)

| *Beneficiary RTN or SWIFT Bank Identifier Code (BIC) | *International Sort/Routing/Clearing Code (if applicable) |
|---|---|
| 026009593. | |

*Beneficiary Bank Name
Bank of America Collections Account

Beneficiary Bank Address, City, State, Zip, Country (optional information)

Information for Beneficiary Bank (wires to Mexican beneficiary require the CLABE account number in the Beneficiary Account number field to ensure correct payment.)

## 4. Intermediary Bank Information (This is a financial institution that the wire must pass through before reaching the final beneficiary bank.) This section is optional and not required for all wires. Please note that routing may be altered depending on Wells Fargo Bank's correspondent relationships.

| Optional:  *Intermediary Beneficiary Bank RTN or SWIFT BIC | International Sort/Routing/Clearing Code (if applicable) |
|---|---|
| | |

| *Intermediary Bank Name | *Intermediary Bank Account No. |
|---|---|
| | |

Intermediary Bank Address City, State, Zip, Country (optional information)

Information for Intermediary Bank

## 5. Wire Fee & Customer Signature

| Wire Fee Amount (The Transfer From account will be charged the fee.) The region that houses the account being debited determines the fee amount. Use the fee information available through Teamworks and/or the Banker's Guide. Do not use SVT/SVP for fee when account is not in your region. | *AU where the Originator's account is located | *Fee Amount |
|---|---|---|
| | 8045 | $ 30.00 |

My signature here indicates agreement to all of the information on this Outgoing Wire Transfer Request and to the terms and conditions on the second page of this Request. Wells Fargo Bank is authorized to rely on the information on this Request in making the requested funds transfer.

| *X  See Letter Dated July 6, 2006 | *Date  6-6-2006 |
|---|---|

## 6. Bank Use Only -- Bank Approval & Exception Process -- Following MUST be completed for All outgoing wires

| International Wire Foreign Currency Information Rate | Contract # (required when >$15,000 or more U.S. $) | FX Trader Contact |
|---|---|---|
| | | |

*Wire Transaction/FAS Number
FW08045195452990    FW08045195204990

*When Customer's account not debited, the WIP Account is funded by
☐ Paid Cash  ☐ Paid by Check  ☐ Paid through account other than checking, savings, MRA, TRS or Hogan. Reference Acct.#

| Initiated by and AU#  Pat Cook  BBG 8045 | *First Approval  X  [signature] | Second Approval, if applicable  X |
|---|---|---|

## 7. Bank to Complete following as required/needed.

Verification of Originator (Telephone, Fax, written request or business account validate the originator is an authorized signer & document below or attach supporting documentation.)

| Method of identification to verify requester's authority to charge account for the wire  called 8 sis card. | Caller's immediate phone number:  702-734-2400 |
|---|---|

| Reason caller cannot come into the Bank  Restructuring Duties. | Caller's location  ☐ Company  ☐ Home  ☐ Other: |
|---|---|

Confirmation of Request (Banker calls customer for confirmation)

| Phone # to call to verify request  312-595-8550 | Time of call to customer  2:00 | Source used:  ☑ Bank Records  ☐ Telephone Directory  ☐ Other: |
|---|---|---|

| Name of person placing call  Pat Cook. | Customer Contact Name  Thomas Allison | ☑ Approved the transfer  ☐ Denied the transfer |
|---|---|---|

Telephone, Fax or Written Request Approvals

| Account Officer  Jane Fasten | Date  7/13/06 | Next level of approval if applicable | Date |
|---|---|---|---|
| Rob Bulmer | | | WFB0160 |

WTR6603 (11-05 95086FO)

June 15, 2006

Ms. Jane Justensen
Wells Fargo Bank
Jane.A.Justensen@WellsFargo.com

Regarding:    Transferring funds for USA Commercial Mortgage's account to Bank of America.

Dear Ms. Justensen;

Please wire $1,390,000.00 from our Wells Fargo Collections Trust account # 089 5737864 to Bank of America Collections account # 37555 32396.

The routing number for wires to Bank of America is 026 009593.

Thank you for your cooperation in advance!

Sincerely,

Thomas J. Allison
Chief Restructuring Officer

TA/rh

7. Bank to Complete following as required/needed.

| Verification of Originator (Telephone, Fax, written requests or business account validate the originator is an authorized signer & document supporting documentation.) | |
|---|---|
| Method of Identification to verify requestor's authority to change account for the wire | Caller's Immediate phone number |
| Called & sig card | 702-734-2400 |
| Reason caller cannot come into the Bank | Caller's location |
| Restructuring Duties | ☑ Company  ☐ Home  ☐ Other: |
| Confirmation of Request (Banker calls customer for confirmation)  Verify lost 15st | |
| Phone # to call to verify request | Source used: |
| returned my call  8:23am | ☑ Bank Records  ☐ Telephone Directory  ☐ Other: |
| Name of person placing call | Customer Contact Name | Customer |
| Yeoman | Thomas Allison | ☑ Approved the transfer  ☐ Denied the transfer |
| Telephone, Fax or Written Request Approvals | |
| Account Officer | Date | Next Level of Approval if applicable | Date |
| Jane Justensen | 6-20-06 | Corp | 6-20-06 |
| WTR0603 (11-05 95085FO) | Rob Bulmer | Verbal Approval 6-20-06 8:40am |

792-6531
8:20am

WFB0162



April 13, 2006                                                           Via Facsimile

Mr. Rob Bowman
Wells Fargo Bank
Fax 868-3415

Hi Rob,
As you requested I am listing the account information and special handling that we may require. USA
Commercial Mortgage Company will be filing for chapter-11 at the end of business today. We will be
requesting from the court that the USA Commercial Mortgage Collections Trust account remain open
for deposits and most likely swept into a different debtor in possession (DIP) account. In addition we
are requesting that the ACH payroll withdrawal by ADP from the general checking account be
allowed on April 18th or 19th. The effected accounts are:

| | | | |
|---|---|---|---|
| USA Commercial Mortgage | Close - open DIP allow ADP withdrawal only | 083-4610149 | Choice IV Commercial Checking |
| USA CM - Exclusive Account | Close - open DIP | 562-7688186 | Basic Business Checking |
| USA CM - Collections Trust | Keep open - allow deposits- open DIP | 089-5737864 | Commercial Checking |
| USA CM - Investors Trust | Close - open DIP | 046-5657146 | Commercial Checking |
| USA CM - discretionary | close | 562-7688020 | Commercial Checking |

We are requesting that disbursements cease with the exception of the ADP withdrawal at the end of
the business day of April 13, 2006.

We will provide you with the court order tomorrow as you have requested.

Thanks for your cooperation in advance!

Sincerely,

Rob Hilson
USA Capital

4484 South Pecos Road · Las Vegas, Nevada 89121
Phone: 702-734-2400 · Fax: 702-734-0163 · Toll Free: 888-921-8009 · wwwTDInvestme

WFB0164

# Business Account Application



| Bank name | | CCID | Date | | Branch number | Cost center |
|---|---|---|---|---|---|---|
| | | 119 | 02/13/2003 | | 02817 | 6080 |

| Officer name | Officer number | | Phone number |
|---|---|---|---|
| BRITTANY SMITH | U2489 | | |

## Information About Your Accounts

| Type of account | | Account number | Opening deposit | |
|---|---|---|---|---|
| BASIC BUS CKG | CHK | 9898394169 | ***.*$1,000.00 | CKS |
| BASIC BUS CKG | CHK | 9898108304 | ***.*$1,000.00 | CKS |

## Please Tell Us About Your Business

| Business name and address | | | |
|---|---|---|---|
| USA INVESTORS VI, LLC | 307 ADMIRAL BYRD RD | | |
| DBA SHERATON HOTEL | SALT LAKE CITY | UT 84116-3717 | |

| Business telephone number | Business Fax number | TIN | Organization type |
|---|---|---|---|
| 360/737-0442 | | 81-0593104 | |

| Mo./Yr. Business started | Annual sales | Number of employees |
|---|---|---|
| 02 2003 | | 50 |

### This Section Needed for New Customers Only

| Entity identification by | Assumed name verification by | Business located in the geographical area of bank? If no, state reason for selecting bank. |
|---|---|---|
| CALL SEC OF STATE | CALL SEC OF STATE | YES |

| Address verification by | Business type: Manufacturing, Service, Retail, Wholesale, Agriculture | Description of product or service sold |
|---|---|---|
| VISUAL | service | hotel/ hospitality |

| Primary trade area | Major Suppliers/Customers |
|---|---|
| Regional | |

| International transactions? If yes, list type of transactions | BACC Reference# |
|---|---|
| ☐ Yes  ☒ No | 603BAC0269044 |

## Customer Identification and Check Reporting Agency Information for the Entity

| Identification Type/Number | Check reporting status | Previous bank reference |
|---|---|---|
| SSN  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 | NORECORD | |

## Request for Taxpayer Identification Number and Certification (Substitute Form W-9)

Certification: Under penalties of perjury, I certify that:
1. The number shown on this form is my correct Taxpayer Identification Number, and
2. UNLESS I HAVE CHECKED ONE OF THE BOXES BELOW, I am not subject to backup withholding either because I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or the IRS has notified me that I am no longer subject to backup withholding (does not apply to real estate transactions, mortgage interest paid, the acquisition or abandonment of secured property, contributions to an Individual Retirement Arrangement (IRA), and payments other than interest and dividends), and
3. I am a U.S. person (including a U.S. resident alien).

☐ I am subject to backup withholding    ☐ I am exempt from backup withholding

Signature
X

## Maintenance Information
Maintenance description

## Agreement: Authorized Signer

By signing this application, I acknowledge that I have received a copy of the terms and conditions governing this account and agree to be bound by them. Also, for non-Bank products, I/we have received a prospectus and understand that the products I/we am purchasing are not deposits or other obligations of the Bank, are not issued, endorsed or guaranteed by the Bank, and are not insured by an Agency or instrumentality of the United States such as the Federal Deposit Insurance Corporation ("FDIC"), and involve investment risk, including possible loss of principal. I also certify that the information contained in my application is correct and I agree to be bound by the terms of agreements for any additional services requested with this application, including those contained on the back page of this application. In the event of any dispute arising under this Agreement, I agree to be bound by the terms of the dispute resolution program, including arbitration, as more fully described in the Business Account Agreement. I understand that, under this program, any request or the request of the Bank, disputes must be resolved by an arbitration proceeding before a neutral arbitrator. If arbitration is requested, I do not have the right to a jury or court trial to resolve the dispute.

| Name of authorized signer and title | Authorized signature |
|---|---|
| JULIE HAMES | *Julie Hames* |

W 14P15 (11-01-47925J)

1/2

WF002393

**Special Statement Handling for Your Convenience**

| Do you want your statements mailed to an address other than the address listed on the first page? | Do you want duplicate statement copies? |
|---|---|
| ☒ Yes  ☐ No | ☐ Yes  ☒ No |
| Mail to:<br>701 SE Columbia Shores Blvd.<br>VANCOUVER WA 98661<br>United States | What is the mailing address if different than the address specified in this application? |

**More Valuable Business Services**

Please indicate which services you would like to help your business save time or money.

☐ *Wells Fargo Membership℠ Banking*     ☐ *WellsTax ® Service*     ☐ *Business Express*

☐ *Wells Fargo Business Gateway® Service*     ☐ *Payroll Services*

**Additional Terms**

By signing this application, I acknowledge that I have received a copy of the terms and conditions governing this account and agree to be bound by them.

**Minnesota:** If the bank is located in Minnesota, by signing this application, I declare that I have not had a checking or similar account closed without my consent within 12 months and I have not been convicted of a crime involving a check or similar item within 24 months prior to my becoming a signer on this account.

**WellsTax:** If I have selected to receive WellsTax services, by signing this document I also certify that the information contained in my application is to the best of my knowledge correct, that I will receive and read a copy of the Agreement To Perform Automated Services (WellsTax), (the" Agreement"), and that I agree to be bound by the terms of the Agreement.

**Business Express:** If I have selected to receive Business Express services, by signing this document I also certify that the information contained in my application is to the best of my knowledge correct, that I will receive and read a copy of the Business Express Services Agreement, ("the Agreement"), and that I agree to be bound by the terms of the Agreement.

**Complete this section for Minnesota Applicants Only:**

Minnesota - Check Reporting Agency - Information on Individuals (For a Sole Proprietor, all authorized signers of an unincorporated association, and any partner of a Partnership of 3 or fewer partners who will have signing authority.)

| Name | TIN | Date of Birth | Check Reporting Agency Information |
|---|---|---|---|
| Name | TIN | Date of Birth | Check Reporting Agency Information |
| Name | TIN | Date of Birth | Check Reporting Agency Information |

side 2 page 1

26

WF002394

04/09/2004  03:05    8012461985    WELLS FARGO BBG TM    PAGE  02
360-644-7527

## Customer/Account Information Change Request

| | |
|---|---|
| Banker Name PILAR SCHMIDT | Officer Number U7917 / Date 04 / 09 / 2004 |
| Banker Phone Number ( 801 ) 246 - 1180 | AU Number 6595 / Location Number 2803 |

**Reason for Change**

### Deposit Accounts

- ☐ Business Legal Name Change
  (Completed account documents must be attached.
  Supporting documentation has been viewed.)

- ☐ Add Business TIN
- ☐ Change/Correct Business TIN
  (Completed and signed W9/W8 BEN attached.)

- ☐ Change owner
  (Consumer to Business)
  (Excluding Trust, Estate or other fiduciary changes)

- ☐ Add DBA
- ☒ Delete DBA

- ☐ Add Alias
- ☐ Delete Alias

- ☐ Error Correction/Conversion
  (current application on file attached)

- ☐ Statement mailing name change
- ☐ Other

### Credit Accounts

- ☐ Legal Name Change
  (Completed account documents must be attached.
  Supporting documentation has been viewed.)

- ☐ TIN Change
- ☐ Add TIN
  (Completed and signed W8/W8 BEN attached.)

- ☐ Error Correction
- ☐ Other

### Accounts to be Changed

| Account Number | COID # | Product | Account Number | COID # | Product |
|---|---|---|---|---|---|
| 2000279329 | 119 | dda | 2000279357 | 119 | dda |
| 9896108304 | 119 | dda | 9896108367 | 119 | dda |
| 9896383494 | 119 | dda | 9896394199 | 119 | dda |

### Existing Customer/Account Information

USA INVESTORS VI, LLC

DBA SHERATON HOTEL.

Customer number on file
453654241854

### New Customer/Account Information

USA INVESTORS VI, LLC

OBA Hampton Inn and Suites

Customer number on file

### Customer Signature

X _(signature)_

X

X

X

W43R85A (18-03)

WF002584

# EXHIBIT S

**Leanna Powers**

| | |
|---|---|
| **From:** | dave fogg [dave.fogg@verizon.net] |
| **Sent:** | Tuesday, February 17, 2004 2:27 PM |
| **To:** | Leanna Powers |
| **Subject:** | FW: Wells Fargo Self Administration and Wire Transfer Implementation - Mountain Vista, Inc.; Part 1 of 3 |

 

Mountain Vista    CEO Sign-OnTip
User.doc            Sheet.pdf

Dave Fogg
Builders Capital
28475 Front Street, Suite D
Temecula, CA 92590

ph: (909) 587-0070
fax: (909) 587-6470
cell: (909) 764-7813
dave.fogg@verizon.net

*WellsFargo.com*
*Commercial*
*Sign on*

*11:60*

*Common 72*
*childhood nickname: Dave*
*pets name: Goliath*

-----Original Message-----
From: Jon.Erickson@wellsfargo.com [mailto:Jon.Erickson@wellsfargo.com]
Sent: Tuesday, February 17, 2004 2:15 PM
To: dave.fogg@verizon.net
Subject: Wells Fargo Self Administration and Wire Transfer
Implementation - Mountain Vista, Inc.; Part 1 of 3


Hello David,

        Sorry for the multiple voice mails!!  As per the second
voice message, I have finished setting you up on Self Administration and
Wire Transfer.   We do have training that will take you through the sign-on
process; there are 2 levels, the first level you will use your CEO Company
ID (mounv925), User ID's and passwords; that I have provided in an
attachment below.  Then for the second level you will receive a package in
4-5 days that will provide you with the additional security needed to sign
into the Self Administration and Wire Transfer applications.

*CO [struck through] ID*
*user ID*
*FOGGD925*

        Once you have received the package with the additional
security, please give me a call at 701-281-4360 or reply to this e-mail to
schedule the training.

        Here is your user information and the quick reference guides.
        <<Mountain Vista User.doc>> ***Here is your user ID's and
Passwords.
        <<CEO Sign-OnTip Sheet.pdf>> Also see additional e-mails part 2 -

1

MV00129

3.
Go ahead and book mark this site in your favorites,
https://wellsoffice.wellsfargo.com/ceo/signon/index.jsp.

Please feel free to contact me at the number below if you have any
questions. Upon completion of the walkthrough and/or follow-up, regular
product support is available through our Client Services area at
1-800-832-8024 from 7:00 to 6:00 Central Time.

Please Note: For quality assurance purposes, incoming and outgoing calls
could be monitored or recorded.

Thanks,

Jon Erickson, AVP
Wells Fargo
Wholesale Services TM
Phone: 701-281-4360
Fax:    701-281-4008
jon.erickson@wellsfargo.com

MV00130

**Dolghih, Leiza**

| | |
|---|---|
| **From:** | Vicki Hessling [ CAPITAL CORP/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=VICKI] |
| **Sent:** | Thursday, August 07, 2003 11:22 AM |
| **To:** | Joe Milanowski |
| **Subject:** | FW: USA Capital |

reply from Wells Fargo.  Eileen is our business banker that has been here checking on our
satisfaction with the bank.

-----Original Message-----
From: Yvette.Sutton@wellsfargo.com [mailto:Yvette.Sutton@wellsfargo.com]
Sent: Thursday, August 07, 2003 9:14 AM
To: Vicki Hessling
Cc: M.J.Dolan@wellsfargo.com; Emilie.Pavon@wellsfargo.com; Teresa.A.Smith@wellsfargo.com
Subject: USA Capital


Good morning,

        Vicki,
                My name is Yvette Sutton and I will be working with you on this account.
I have spoken with a business banker in Las Vegas named Eileen Sechrist. We are working
together to achieve the best benefits for this account. I'm e-mailing her the accounts
needs and in turn, Eileen will be setting up the account. We are hoping to accomplish this
by the end of business tomorrow (Aug. 8th). She will notify me of the turnaround on the
deposit stamp and slips.

        Will you be the contact for our group to call? If not, please return an e-mail with
name numbers and e-mail addresses of the contacts

        Here are our contacts for you to reach us:

                Yvette M. Sutton
                yvette.m.sutton@wellsfargo.com    515.245.3414-voice

                Teresa A. Smith
                teresa.a.smith@wellsfargo.com    515.245.3245-voice

                Emilie Pavon
                emilie.pavon@wellsfargo.com        515.245.3348-voice

                Our fax is dedicated to our group: 515.245.3337


        Thanks and I look forward to hearing from you.


                Yvette M. Sutton

NONE

**Dolghih, Leiza**

| | |
|---|---|
| **From:** | Tim.Coker@WellsFargo.COM |
| **Sent:** | Wednesday, July 10, 2002 5:42 PM |
| **To:** | Joe Milanowski |
| **Cc:** | 'Eunice.B.Ortega@WellsFargo.COM' |
| **Subject:** | RE: Revised Escrow Agreement |

Changes to the Escrow agreement are Ok.  Please execute two originals and forward to
Eunice Ortega at our office.  Your account number is 12863700.
Please instruct subscribers to make checks payable to Wells Fargo Bank FBO USA Capital
Escrow Account.  Please let me know if you need wire instructions.

Tim Coker

-----Original Message-----
From: Joe Milanowski [mailto:jmilanowski@usacapitalcorp.com]
Sent: Tuesday, July 09, 2002 6:39 PM
To: tim.coker@WellsFargo.COM
Subject: FW: Revised Escrow Agreement


Tim,

Please see that this is okay, and we can execute.

Thanks.

Joe Milanowski

-----Original Message-----
From: Rob Kim [mailto:rkim@kkbr.com]
Sent: Tuesday, July 09, 2002 8:41 AM
To: Joseph Milanowski (E-mail)
Cc: Sherwood Cook; Kim Schroeder
Subject: Revised Escrow Agreement


Joe,

As requested, please find attached the following:

1.  Revised escrow agreement that should address the comments received from Wells Fargo;

2.  Redline version to show the changes made; and

3.  My comments (in .pdf form) to the Schedule of Fees and Due Diligence Checklist of
Wells Fargo (there were a few typos).

Please advise if you should have any questions or comments.  If none, please forward a
copy of the executed escrow agreement to our office for our files.

Thanks,
Rob


 <<Revised Escrow Agreement - USA Capital First Trust Deed Fund, LLC.DOC>> <<Redline of
Escrow Agreement (63815_2 v. 63815_3).DOC>>  <<usa.pdf>>

> Robert C. Kim
> Kummer Kaempfer Bonner & Renshaw
> Seventh Floor
> 3800 Howard Hughes Parkway
> Las Vegas, Nevada  89109

```
> Telephone:  702-792-7000
> Facsimile:   702-796-7181
> Email:  rkim@kkbr.com
> Website:  www.kkbr.com
>
> This e-mail communication is a confidential attorney-client
> communication intended only for the person named above.  If you are
> not the person named above, or the employee or agent responsible for
> delivery of the following information, you are hereby notified that
> any dissemination, distribution, or copying of this communication is
> strictly prohibited.  If you have received this communication in
> error, please notify us immediately by telephone 702/792-7000.  Also,
> please e-mail the sender that you have received the communication in
> error.  We will gladly reimburse your telephone expenses.  Thank you.
>
```



**Wells Fargo**

Wells Fargo Bank Iowa, N.A.
Corporate Trust Services
666 Walnut Street
PO Box 837
Des Moines, IA  50304-0837

DATE:  September 22, 2003

TO:  Vicki

COMPANY:  USA Capital

RECIPIENT'S PHONE NUMBER:

RECIPIENT'S FAX NUMBER:  1.702-734.0163

FROM:  Yvette M. Sutton          Wells Fargo

SENDER'S PHONE NUMBER:           1.515.245.3414

SENDER'S FAX NUMBER:             515.245.3337

TOTAL NUMBER OF PAGES (INCLUDING COVER PAGE)          7

COMMENTS:

668-0879

Confidential Treatment
Requested under FOIA

FTD.00015964

*065X527665914*

TRS 26084 (3-02-51856)

WELLS FARGO BANK, IOWA, N.A.
CORPORATE TRUST SERVICES
666 WALNUT STREET
DES MOINES, IA 50309



WELLS FARGO TRUST AS ESCROW AGENT
FOR USA CAPITAL FIRST TRUST DEED
4484 SOUTH PECOS ROAD
LAS VEGAS, NV 89121

# WELLS FARGO TRUST AS ESCROW AGENT
# FOR USA CAPITAL FIRST TRUST DEED
# FUND

ACCOUNT NUMBER 14959800
MONTHLY STATEMENT
OCTOBER 1, 2003 THROUGH OCTOBER 31, 2003

ACCOUNT MANAGER: TERESA A. SMITH
TELEPHONE NUMBER: 515-245-3245

ADMINISTRATOR: BRADFORD A. STEVENSON
TELEPHONE NUMBER: (602) 378-2339

30503    SK

*File Wells Fargo*

## Vicki Hessling

| | |
|---|---|
| From: | Jana.L.Lloyd@WellsFargo.COM |
| Sent: | Friday, April 11, 2003 12:33 PM |
| To: | Vicki Hessling |
| Subject: | USA Mortgage |

Please let me know if you have any questions.

Jana Lloyd
Business Banking Sales Associate
MAC S3724-012
770 E. Warm Springs Rd. Ste 160
Las Vegas, NV 89119
Ph: 702-407-9576
Fax: 702-407-9605

Wells Fargo - Internal Use - Confidential

> Sue went through and reanalyzed the accounts for the fees.  They are as
> follows:
>
>
> Month      Original ECR      New ECR      Billed      Due
> October    .61%   1.36%   $700.37      -0-
> November   .61%   1.36%   $3,159.15    $3,137.21      0465652039
> December   .25%   1.00%   $1,655.16    $1,633.04
> January    .20%   1.00%   $3,105.93    $3,048.66
> February   .17%   1.00%   $1,554.42    $1,505.56      0465652146
> March      .16%   1.00%   $2,362.82    $2,318.26      for fees.
> Total Due                  $11,624.73
>
> The reason for the fee going up in November thru March was because the
> average balance in all accounts decreased due to the sweep, pegs were not
> in place to mandate a cut off so that the Earnings Credit could offset all
> fees.  We would like to be able to debit the account for the fees today.
> If you approve, we need to the amount due for each month separately, not
> in one lump sum.
>

11,624.73 / 4 = 2,906.19



April 21, 2003

Wells Fargo Bank
Attn: Jana Lloyd

Per your email to Vicki Hessling in our office -- we agree to you debiting our account #
0834610149, for the analysis fees in the amount of $11,624.73.

  The fees cover November 2002 through March 2003.

Please advise when the debit will take place.

Thank you,

*Linda Howe*

Linda Howe
USA Commercial Mortgage
702/734-2400  x 273

4484 South Pecos Road · Las Vegas, Nevada 89121
Phone: 702-734-2400 · Fax: 702-734-0163 · Email: usacapital@accessnv.com

701-1094

# EXHIBIT T



Via Fax    868-3415

February 9, 2005

Wells Fargo Bank
Business Banking Services

Atm: Connie/Eileen

     RE:  Accounts # 5627688665 – South Meadows Apartments, LLC
             # 5627688038 – USA Capital Diversified Trust Deed Fund, LLC

Please accept this letter as your authorization to add the above referenced accounts to our current CEO on-line banking program.  You can set up the same capabilities for these accounts as our other accounts, except for the ACH capabilities.  All current users should be able to access these 2 accounts.

If there is anything else that you need, do not hesitate to contact me.

Thank you for your attention to this matter.

Sincerely,

Victoria S. Loob
Corporate Secretary
USA

WFB0247



February 24, 2005

Wells Fargo Bank
Attn: Connie Yeoman

Re: New bank account

Connie,
We need a new bank account:

USA Commercial Mortgage Co
Exclusive account

Federal ID is same as USA Commercial Mortgage
Fed Id # 88-0244801
Address also the same: 4484 S Pecos Rd
                        Las Vegas, NV 89121

The signers would be the regular 5 people.

Thomas A Hantges
Joseph D Milanowski
Victoria Loob
Robert Hilson
Linda Howe

We need on-line capabilities as we will be doing transfers between our other WFB
accounts to this one and out, as well as needing to view daily transactions. (add to CEO)

Thanks again for your help.

*Linda Howe*

Linda Howe

WFB0028

4484 South Pecos Road • Las Vegas, Nevada 89121
Phone: 702-734-2400 • Fax: 702-734-0163 • Toll Free 888-921-8009 • www.TDInvestments.com

WF02907

**Robert Hilson**

**From:**    Wells Fargo Event Messaging Admin [ofsrep.ceoemigw@wellsfargo.com]
**Sent:**    Tuesday, September 27, 2005 2:37 PM
**To:**      Robert Hilson
**Subject:**  CEO Event: Incoming Wire (Notification ID: 270-0677612)

**WELLS FARGO**

his email does not display properly please copy the following URL into your web browser to adjust your
settings:https://wellsoffice.wellsfargo.com/portal/events/index.jsp?ceoevent=08

**Event Messaging**

**Dear Linda Howe,**

The following incoming wire was received:

Date/Time Stamp: 09/27/05 02:32 PM PT

Credit Account Number: XXXXXX-864

Credit Account Name: Collection Trust

Wire Amount: $1,387,029.29

Fed/SWIFT Confirmation Number: N/A

Event URL: https://wellsoffice.wellsfargo.com/portal/events/index.jsp?ceoevent=00_INCOMINGWIRE_270-
1365900

Event Message ID: 270-1365900


This is an automated email. You received this notification because you subscribe to the CEO service, Event
Messaging. Please do not reply to this email. This mailbox is only for delivery of Event Messaging notifications a
is not a customer service mailbox.

**To change your message preferences,** click on the following URL or copy and paste it into your browser:
https://wellsoffice.wellsfargo.com/portal/events/index.jsp?ceoevent=03

**To sign on to the CEO portal** click on the following URL or copy and paste it into your browser:
https://wellsoffice.wellsfargo.com/portal/events/index.jsp

If you have questions, please contact your customer service officer directly, or call 1-877-505-6546 toll free, 6:00
a.m. to 6:00 p.m. Pacific Time, Monday through Friday. Please have the Event Messaging ID available when you

10/20/2005

842-0869

Initiate Freeform Wire - Confirmation                                      Page 1 of 1



## Wire Transfer

Initiate Freeform Wire - Confirmation

Wires Home
Reports

**Initiate Templated Wires**
Single Wire

**Initiate Freeform Wire**
Domestic
International
Book Transfer

**Pending Wires**
Awaiting Approval
Awaiting Repair
Unsuccessful
Future Dated

**Wire Templates**
Awaiting Approval
Awaiting Repair
Copy / Modify Templates
Create Template

**Your sequence number is 000119.**

You may want to print this page for your records.

Today's Date: 09/12/2003

Today's Time: 11:57 AM ET

Debit Account: 895737864[3212270742:Collection Trust]

Transfer Type: Domestic

Status: ENTRD

Beneficiary: Commonwealth Land Title

Value Date: 09/12/2003

Execution Date: 09/12/2003

Wire Amount: 966.64 USD

**Save Freeform Information as New Template (optional)**
To save you time in the future you may save the previously entered data as a template. Yc
be prompted to enter a name and description for the new template on a subsequent scree

[ Save As Template ]  [ Print Page ]

© Copyright 2002 Wells Fargo. All rights reserved.

https://wellssuite.wellsfargo.com/wires/FreeformConfirm/index.jsp                9/12/2003

765-2662

**Vicki Hessling**

$\mathcal{E}$

| | |
|---|---|
| From: | maiettm@WellsFargo.COM |
| Sent: | Wednesday, September 11, 2002 10:44 AM |
| To: | vhessling@usacapitalcorp.com |
| Subject: | RE: ACH Express |

*ellie 1*

Woooops!!!  actually if you call the Treasury Mgt customer service number at
800-832-8024..they can reset you..Let me know if you need anything else!

God Bless America
Marc Maietta
Business Banking Associate
Warm Springs Business Banking Group
MAC S3724-012   AU 8045
(702) 407-9597
(702) 407-9605 fax
maiettm@wellsfargo.com

Disclaimer: The views and opinions expressed in this document are expressly
those of
Marc Maietta and should in no way be interpreted to be the policy or opinion
of
Wells Fargo Bank, N.A. or any of its affiliates.

> -----Original Message-----
> From:     Vicki Hessling [SMTP:vhessling@usacapitalcorp.com]
> Sent:     Wednesday, September 11, 2002 10:26 AM
> To: maiettm@WellsFargo.COM
> Subject: RE:   ACH Express
>
>
> Marc
> I used the wrong passssword & have locked myself out from the Norwest ACH
> program!  Can you fix this for me????
>
> Vicki
>
> -----Original Message-----
> From: maiettm@WellsFargo.COM [mailto:maiettm@WellsFargo.COM]
> Sent: Thursday, September 05, 2002 8:22 AM
> To: vhessling@usacapitalcorp.com
> Subject: RE: deposit
>
>
> If the wire hit that account yesterday you should be fine...but youmight
> want to call Community Bank to ensure that the item will be
> paid.  Since it
> wasnt drawn off of our bank we cant authorize it to be paid.  Let me
> know
> if you need anything else
>
> Marc Maietta
> Business Banking Associate
> Warm Springs Business Banking Group
> MAC S3724-012   AU 8045
> (702) 407-9597

1

**Steve Lisook**

| | |
|---|---|
| From: | Wells Fargo Event Messaging Admin [ofsrep.ceoemigw@wellsfargo.com] |
| Sent: | Tuesday, December 13, 2005 1:02 PM |
| To: | Steve Lisook |
| Subject: | CEO Activity Summary (Notification ID: 347-1306452) |

Dear Steven Lisook,

This is a summary notification of the following activities. To act on the events listed
below, click on the corresponding event URL or copy and paste it into your browser.

TREASURY INFORMATION REPORTING EVENTS
-----------------------------------------------------------------------------
Event: Outgoing Wire
Message: The following outgoing wire was sent:

Date/Time Stamp: 12/13/2005 12:52 PM PT
Debit Account Number: XXXXXX-149
Debit Account Name: General
Wire Amount: $65,000.00
Beneficiary Name: Placer Title Company Branch #110
Fed/SWIFT Confirmation Number: 1791
Event URL: https://wellsoffice.wellsfargo.com/portal/events/index.jsp?ceoevent=00
_OUTGOINGWIRE_347-2360104
Event Message ID:347-2360104

This is an automated email. You received this notification because you subscribe to the
CEO service, Event
Messaging. Please do not reply to this email. This mailbox is only for delivery of Event
Messaging notifications
and is not a customer service mailbox.

To change your message preferences, click on the following URL or copy and paste it into
your browser:
https://wellsoffice.wellsfargo.com/portal/events/index.jsp?ceoevent=03

To sign on to the CEO portal, click on the following URL or copy and paste it into your
browser:
https://wellsoffice.wellsfargo.com/portal/events/index.jsp

If you have questions, please contact your customer service officer directly, or call
1-877-505-6546 toll free, 6:00
a.m. to 6:00 p.m. Pacific Time, Monday through Friday. Please have the Event Messaging ID
available when you
call.

1

737-2329

**Leanna Powers**

| | |
|---|---|
| From: | dave fogg [dave.fogg@verizon.net] |
| Sent: | Tuesday, February 17, 2004 2:27 PM |
| To: | Leanna Powers |
| Subject: | FW: Wells Fargo Self Administration and Wire Transfer Implementation - Mountain Vista, Inc.; Part 1 of 3 |


Mountain Vista User.doc


CEO Sign-OnTip Sheet.pdf

*WellsFargo.com*
*Commercial*
*Sign on*

*11:50*

*Common 72*
*childhood nickname: Dave*
*pets name: goliath*

Dave Fogg
Builders Capital
28475 Front Street, Suite D
Temecula, CA 92590

ph: (909) 587-0070
fax: (909) 587-6470
cell: (909) 764-7813
dave.fogg@verizon.net

-----Original Message-----
From: Jon.Erickson@wellsfargo.com [mailto:Jon.Erickson@wellsfargo.com]
Sent: Tuesday, February 17, 2004 2:15 PM
To: dave.fogg@verizon.net
Subject: Wells Fargo Self Administration and Wire Transfer Implementation - Mountain Vista, Inc.; Part 1 of 3

Hello David,

        Sorry for the multiple voice mails!!  As per the second voice message, I have finished setting you up on Self Administration and Wire Transfer.   We do have training that will take you through the sign-on process; there are 2 levels, the first level you will use your CEO Company ID (mounv925), User ID's and passwords; that I have provided in an attachment below.  Then for the second level you will receive a package in 4-5 days that will provide you with the additional security needed to sign into the Self Administration and Wire Transfer applications.

*CO ID*
*user ID*
*FOGGD925*

        Once you have received the package with the additional security please give me a call at 701-281-4360 or reply to this e-mail to schedule the training.

        Here is your user information and the quick reference guides.
        <<Mountain Vista User.doc>> ***Here is your user ID's and Passwords.
        <<CEO Sign-OnTip Sheet.pdf>> Also see additional e-mails part 2 -

1

MV00129

3.
Go ahead and book mark this site in your favorites,
https://wellsoffice.wellsfargo.com/ceo/signon/index.jsp.

Please feel free to contact me at the number below if you have any
questions. Upon completion of the walkthrough and/or follow-up, regular
product support is available through our Client Services area at
1-800-832-8024 from 7:00 to 6:00 Central Time.

Please Note: For quality assurance purposes, incoming and outgoing calls
could be monitored or recorded.

Thanks,


Jon Erickson, AVP
Wells Fargo
Wholesale Services TM
Phone: 701-281-4360
Fax:    701-281-4008
jon.erickson@wellsfargo.com

MV00130