**Entered on Docket**
**February 20, 2008**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

| | |
|---|---|
| Marc A. Levinson (California Bar No. 57613) | Robert Kinas (Nevada Bar No. 6019) |
| Jeffery D. Hermann (California Bar No. 90445) | Claire Y. Dossier (Nevada Bar No. 10030) |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | SNELL & WILMER L.L.P. |
| 400 Capitol Mall, Suite 3000 | 3883 Howard Hughes Parkway, Suite 1100 |
| Sacramento, CA 95814-4497 | Las Vegas, NV 89169 |
| Telephone: (916) 447-9200 | Telephone: (702) 784-5200 |
| Facsimile: (916) 329-4900 | Facsimile: (702) 784-5252 |
| Email: malevinson@orrick.com | Email: rkinas@swlaw.com |
| jhermann@orrick.com | cdossier@swlaw.com |

*Attorneys for USA Capital*
*Diversified Trust Deed Fund, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                          Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                          Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                          Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                          Debtor. | **ORDER APPROVING STIPULATION FOR WITHDRAWAL OF PROOF OF CLAIM NO. 10727-00151-1** |
| In re:<br>USA SECURITIES, LLC,<br>                          Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

164736.1

The Court having considered the Stipulation for Withdrawal of Proof of Claim No. 10727-00151-1 relating to the proof of claim filed by Gaetano Ambrosino (the "Stipulation), no further notice being necessary, and good cause appearing:

IT IS HEREBY ORDERED THAT:

1. The Stipulation is approved;

2. Proof of Claim No. 10727-00151-1 is hereby withdrawn against DTDF; and

3. The Claimant's equity interest in DTDF is allowed in the amount of $48,047.32, as reflected in DTDF's books and records as of the Petition Date.

PREPARED AND RESPECTFULLY SUBMITTED BY:

SNELL & WILMER L.L.P.

By: _____  1-17-08
Robert Kinas (Nevada Bar No. 6019)
Claire Y. Dossier (Nevada Bar No. 10030)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
    and
Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capital Mall, Suite 3000
Sacramento, CA 95814-4497

*Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

APPROVED:

By: _____
Gaetano Ambrosino
4875 Knollwood Drive
Las Vegas, NV 89147
Phone: (702) 87-1040

### 

164736.1

- 2 -