MIDVALE LOAN
FIRST OMNIBUS OBJECTION

# EXHIBIT A
Single Loan Claims

| Claim | Name | Address | Total Claim Amount | Amount Subject to Objection Because it Relates to an Investment In the Midvale Loan |
|---|---|---|---|---|
| 10725-00085 | John and Patricia Hoglund | 7574 E. Green Lake Dr. N. Seattle, WA  98103 | $51,533.44 | $51,533.44 |
| 10725-00880 | Marston Family Trust Dated 8/13/93 | 1184 Camaro Court San Jose, CA  95122 | $50,307.18 | $50,307.18 |
| 10725-00401 | Nevada Freedom Corp. | c/o Duane U. Deverill 774 Mays Blvd Ste 10 PMB 186 Incline Village, NV  89451-9613 | $228,186.82 | $228,186.82 |
| 10725-00680 | Richard A. Nielsen Inc. | 1305 Bonnie Cove Ave. Glendora, CA  91740-5204 | $100,000.00 | $100,000.00 |

233004.1