MIDVALE LOAN
SECOND OMNIBUS OBJECTION

# EXHIBIT A
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Midvale Loan |
|---|---|---|---|---|
| 10725-01964 | Gold Plated LLC | c/o Dwight W. Harouff Manager 5680 Ruffian Road Las Vegas, NV  89149-1261 | $752,859.27 | $300,000.00 |
| 10725-01992 | John M. and Gloria Luongo HW Jt Ten | 965 Leah Circle Reno, NV  89511 | $153,373.67 | $50,000.00 |
| 10725-01953 | Katrine Mirzaian | 708 Prospect Drive Glendale, CA  91205 | $344,011.56 | $70,000.00 |
| 10725-01691 | Mojave Canyon Inc. | Janet L. Chubb, Esq. Jones Vargas P.O. Box 281 Reno, NV  89504-0281 | $685,000.00 | $150,000.00 |
| 10725-01208 | Pete Monighetti | 6515 Frankie Ln. Prunedale, CA  93907 | $1,509,963.55 | $50,000.00 |
| 10725-01878 | Dennis Raggi | P.O. Box 10475 Zephyr Cove, NV  89448-2475 | $10,451.54 | Unclear |
| 10725-01879 | Dennis Raggi | P.O. Box 10475 Zephyr Cove, NV  89448-2475 | $27,304.00 | $6,110.01 |
| 10725-02226 | Dennis Raggi | P.O. Box 10475 Zephyr Cove, NV  89448-2475 | $2,442,034.35 | $50,000.00 |
| 10725-02070 | Robert R. Rodriguez Revocable Trust Dtd. 1/31/06 | c/o Robert R.Rodriguez Trustee 2809 Easy Street Placerville, CA  95667-3906 | $152,297.26 | $50,000.00 |

233010.1