MIDVALE LOAN
BURR DECLARATION

# EXHIBIT A

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Midvale Loan |
|---|---|---|---|---|
| 10725-01964 | Gold Plated LLC | c/o Dwight W. Harouff Manager<br>5680 Ruffian Road<br>Las Vegas, NV  89149-1261 | $752,859.27 | $300,000.00 |
| 10725-00085 | John and Patricia Hoglund | 7574 E. Green Lake Dr. N.<br>Seattle, WA  98103 | $51,533.44 | $51,533.44 |
| 10725-01992 | John M. and Gloria Luongo HW Jt Ten | 965 Leah Circle<br>Reno, NV  89511 | $153,373.67 | $50,000.00 |
| 10725-00880 | Marston Family Trust Dated 8/13/93 | E. Grace Marston Ttee<br>12441 Road #44<br>Manlos, CO  81328 | $50,307.18 | $50,307.18 |
| 10725-01953 | Katrine Mirzaian | 708 Prospect Drive<br>Glendale, CA  91205 | $344,011.56 | $70,000.00 |
| 10725-01691 | Mojave Canyon Inc. | Janet L. Chubb, Esq.<br>Jones Vargas<br>P.O. Box 281<br>Reno, NV  89504-0281 | $685,000.00 | $150,000.00 |
| 10725-01208 | Pete Monighetti | 6515 Frankie Ln.<br>Prunedale, CA  93907 | $1,509,963.55 | $50,000.00 |
| 10725-00401 | Nevada Freedom Corp. | c/o Duane U. Deverill<br>774 Mays Blvd Ste 10<br>PMB 186<br>Incline Village, NV  89451-9613 | $228,186.82 | $228,186.82 |
| 10725-00680 | Richard A. Nielsen Inc. | 1305 Bonnie Cove Ave.<br>Glendora, CA  91740-5204 | $100,000.00 | $100,000.00 |
| 10725-01878 | Dennis Raggi | P.O. Box 10475<br>Zephyr Cove, NV  89448-2475 | $10,451.54 | Unclear |
| 10725-01879 | Dennis Raggi | P.O. Box 10475<br>Zephyr Cove, NV  89448-2475 | $27,304.00 | $6,110.01 |
| 10725-02226 | Dennis Raggi | P.O. Box 10475<br>Zephyr Cove, NV  89448-2475 | $2,442,034.35 | $50,000.00 |
| 10725-02070 | Robert R. Rodriguez Revocable Trust Dtd. 1/31/06 | c/o Robert R.Rodriguez Trustee<br>2809 Easy Street<br>Placerville, CA  95667-3906 | $152,297.26 | $50,000.00 |

233433.1