D.G. MENCHETTI, ESQ.
Nevada State Bar # 1675
D.G. MENCHETTI, LTD.
Post Office Box 7100
Incline Village, Nevada 89452
Telephone: 775-831-0326
Facsimile: 775-831-1404
Attorney for D.G. Menchetti Pension Plan

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC<br><br>USA SECURITIES, LLC,<br><br>Debtors.<br><br>Affects: USA Commercial Mortgage Company | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR<br>**WITHDRAWAL OF RESPONSE TO OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED UPON INVESTMENT IN THE ONE POINT STREET, LLC-HFA NORTH YONKERS LOAN; and CERTIFICATE OF SERVICE**<br><br>Date of Hearing: February 21, 2008<br>Time of Hearing: 9:30 a.m. |

The Response to the Objection of USACM TRUST is withdrawn. The Objection is valid.

RESPECTFULLY SUBMITTED this 20 day of February, 2008.

D.G. MENCHETTI, LTD.

_____
D.G. MENCHETTI, ESQ./NVSB#1675
Attorney for D. G. MENCHETTI, LTD.
PENSION PLAN

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of D. G. MENCHETTI, LTD., and that on this date I caused a true and correct copy of the foregoing, via email as follows:

Susan M. Freeman, Esq.
Rob Charles, Esq.
John C. Hinderaker, Esq.
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
*rcreswell@lrlaw.com*

DATED: February 20, 2008.

_____