RECEIVED & FILED

'08 FEB 19 AM 11:26

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

06 - 10725

1 United States Bankruptcy Court
2 District of Nevada
3 Chapter 11
4 Jointly Administered
5 Under Case No. BK-S-06-01167-LBR
6 USA Commercial Mortgage Company
7
8 "NOTICE OF HEARING"
9 AND "MOTION FOR SUMMERY JUDGEMENT"

2/21/08
9:30

10
11 Dutkin Trust, Adversary Proc., No. 06-01167-LBR
12 Claim No. 10725-01395
13
14 February 18, 2008
15
16 **To:** George Frame, Esq., Attorney for Defendant John Dutkin, Trustee
17 601 Greenway Road, Suite D
18 Henderson, NV 89002
19 (702) 598-4620
20 (702) 598-4624 Fax
21
22 **From:** Howard and Lorene Connell, "Pro Se"
23 Referenced Purchaser of Fractional Beneficial Interest from "Dutkin Trust"
24 946 Roseberry Road
25 Las Vegas, NV 89138
26 (702) 340-3184, (702) 254-1501
27 Email; howlor5@aol.com

1  We (Howard and Lorene Connell) have received your certified mailing of "Notice of Hearing" and "Motion for Summary
2  Judgment" on behalf of your client "Dutkin Trust". However, obsolete contact information caused significant delay in (us)
3  receiving these documents in a timely manner.

4  Your signed, return "certified mailing" receipt, documents our receipt of your mailing, at our NEW mailing address,
5  February 14, 2008. (Included is a copy of your mailing envelope, showing our new forwarding address.)

6  <u>Please update you records accordingly!</u>

7  Additionally, a recent letter from Robert Lepome, our former counsel (included), wherein he states he retired from his law
8  practice, July 2007 and therefore can no longer represent us.

9  <u>Please update your records accordingly!</u>

10

11  We also received Notice, from Lewis and Roca, Attorneys for USACM Liquidating Trust, of their up and coming "STATUS
12  REPORT" hearing, regarding the yet to be resolved, "Dutkin / Connell, "Action."

13  <u>This hearing is scheduled for February 21, 2008, 9:30 am, in Judge Linda Riegel's Court.</u>

14

15  <u>Unfortunately, these time delays and lack of legal representation, now put the "Connell's" at a great disadvantage.</u>
16  <u>Therefore, we are imposing on your sense of fairness by requesting a stipulated 90 day continuance, on this matter.</u>

17  We DO NOT have the financial resources, at this time, to hire an attorney to represent our position. Therefore, we will be
18  represented, "Pro Se". Should it happen both parties are unable to come to a equitable solution, I will need time to educate
19  myself and get prepared for an "Adversary Hearing."

20  If you find that your clients are unwilling to stipulate to a "continuance", I will address the court on February 21, 2008 and
21  request one from the Court.

22

23  RESPECTFULLY SUBMITTED, February 18, 2008 (via Fax.)

24  *[signature]*

25  Howard Connell

1. cc;
2. Clerk of the United States Bankruptcy Court,
3. LBR Courtroom 1
4. Foley Federal Building
5. 300 Las Vegas Blvd, South
6. Las Vegas, NV 89101
7. (702) 388-6257
8. 
9. LEWIS and ROCA, LLP
10. 3993 Howard Hughes Parkway, Suite 600
11. Las Vegas, NV 89169-0961
12. Susan M. Freeman
13. Rob Charles
14. Attorney for USACM Liquidating Trust
15. (702) 949-8320
16. (702) 949-8321 Fax
17. 
18.

**Robert C. LePome, J.D.**
2040 May Valley Way
Henderson, NV 89052
Tel: (702) 492-9971
Fax: (702) 636-9971
rlepome@cox.net

Howard and Lorene Connell
1001 Jennis Silver St.
Las Vegas, NV 89145

Re: USA Capital Interpleader action

Dear Mr. and Mrs. Connell

As you may recall, I withdrew from representation of all USA Capital Clients in May, 2007 with three exceptions. Yours was one of them. Our understanding was that you would negotiate with George Frame and I would stay on only to prepare the Stipulation and Order implementing your eventual agreement with Mr. Frame.

In July, 2007 I retired from the practice of law and Susan's last day was August 31, 2007. She now works for another attorney who does bankruptcy work and noticed that Mr. Frame had filed a motion for summary judgment which is probably similar to the one that was filed by John J. Laxague, Esq. when he represented Beverly Stiles against you. I have not seen the Motion and since my status with the Nevada Bar is "INACTIVE - RETIRED", I cannot represent you in this matter.

I enclose the e-mail from Susan. She is probably incorrect in believing that you would "loose all their investment", but her bringing this to my attention on her own time was very thoughtful. It is probable that the Motion for Summary Judgment, if unopposed, would leave you with your investment in Fiesta Stoneridge. See enclosed Interpleader Summary from your file. In any event you should contact George Frame and tell him that I have retired and ask him to send you a copy of the Motion. Then either finalize a settlement or request a continuance so that you can obtain counsel. I am sure that he will stipulate to a continuance if you cannot reach a settlement.

Call me if you have any questions. I cannot give legal advice, but can at least give you your file and can supply my recollections of what transpired when I was in active practice.

Sincerely,

Robert C. LePome

Enclosure



# LEWIS AND ROCA
LLP
LAWYERS

40 North Central Avenue
Phoenix, Arizona 85004-4429

MLS 47419-1

LAS VEGAS NV 890

07 FEB 2008 PM 5 L

**Howard and Lorene Connell**

NOTIFY SENDER OF NEW ADDRESS
891 NFE 1 B07C 00 02/09/08
CONNELL
945 ROSEBERRY DR
LAS VEGAS NV 89138-7580

BC: 8913875804S    *0079-23599-07-35

Howard & Lorene Connelle
1001 Jennis Silver Street
Las Vegas, NV 89145-8686

NOTIFY SENDER OF NEW ADDRESS
891 N8E 1 B07C 39 02/09/0
CONNELL
945 ROSEBERRY DR
LAS VEGAS NV 89138-7580

BC: 8913875804S    *0794-00413-06-4

Robert Lepome
2040 May Valley Way
Henderson, NV 89052

049J8202
02/06/20

RETURN RECEIPT REQUESTED

**Law Offices**
**GEORGE D. FRAME, LTD.**
*A Professional Corporation*
601 Greenway Rd. #D, Henderson, NV 89002

TO: Howard Connell & Lorene Connell

CONN001   891452017 1B07 15 02/02/08
CONNELL
NOTIFY SENDER OF NEW ADDRESS
946 ROSEBERRY DR
LAS VEGAS NV 89138-7580

7007 3020 0002 6906 7971





2/5/08


UNITED STATES POSTAL SERVICE
0000    89145


U.S. POSTAGE PAID
HENDERSON, NV 89015
JAN 31, 08
AMOUNT
$6.45
00043407-07