2/18/2008

506 First Light St
Henderson, NV 89052

RECEIVED
AND FILED

FEB 22  1 54 PM '08

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

United States Bankruptcy Court
District of Nevada
300 Las Vegas Blvd South
Las Vegas, NV 89101

Ref: Case 06-10725-lbr  Chapter 11

Subject: Change of address

Please change our (Gerald and Judith Lewis) address of record FROM:

    10524 Courtney Cove
    Las Vegas, NV
    89144

TO:

506 First Light St
Henderson, NV.
89052.

This change is for all documents that originated from the Bankruptcy Court relative to the above noted Case and all cases originating from the USA Capital Debacle including the Diversified Fund and USA Capital Mortgage.

Thank You,

Gerald Lewis