**LEWIS AND ROCA LLP LAWYERS**

E-Filed on 2/26/08

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

**Susan M. Freeman** AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
**Rob Charles** NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA Commercial Mortgage Company, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[1] |
| USA Capital Realty Advisors, LLC, | Case No. BK-S-06-10729-LBR[2] |
| USA Capital Diversified Trust Deed Fund, LLC, | CHAPTER 11 |
| USA Capital First Trust Deed Fund, LLC,[1] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA Securities, LLC,[2] Debtors. | **NOTICE OF ENTRY OF ORDER APPROVING WITHDRAWAL OF PROOF OF CLAIM NOS. 10725-01051, 10725-01087, 10725-01262 FILED BY ALAN TEEGARDIN AND PROOF OF CLAIM 10725-01261 FILED BY RESIDENT AGENTS OF NEVADA, INC.** |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

**PLEASE TAKE NOTICE** that an Order Approving Withdrawal of Proof of Claim Nos. 10725-01051, 10725-01087, 10725-01262 filed by Alan Teegardin and Proof of Claim No. 10725-01261 filed by Resident Agents of Nevada, Inc. [DE 5876] was entered

---

[1] This bankruptcy case was closed on October 12, 2007.

[2] This bankruptcy case was closed on December 26, 2007.

1908557.1

**LEWIS AND ROCA LLP**
**LAWYERS**

1 | on the 19th day of February 2008, a true and correct copy of which is attached hereto as Exhibit A.

RESPECTFULLY SUBMITTED February 26, 2008.

**LEWIS AND ROCA LLP**

By /s/ RC (#006593)
Susan M. Freeman
Rob Charles
*Attorneys for USACM Liquidating Trust*

PROOF OF SERVICE

Copy of the foregoing e-mailed on February 26, 2008 to the following interested party:

Alan Teegardin
711 S. Carson Street #4
Carson City, NV 89701
*Counsel Alan Teegardin and for Resident Agents of Nevada, Inc.*

/s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca

1908557.1