EXHIBIT A



Entered on Docket
February 19, 2008

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |
|---|---|

1893449.1

### STIPULATED ORDER APPROVING WITHDRAWAL OF PROOF OF CLAIM NOS. 10725-01051, 10725-01087, 10725-01262 FILED BY ALAN TEEGARDIN AND PROOF OF CLAIM 10725-01261 FILED BY RESIDENT AGENTS OF NEVADA, INC.

The Stipulation to Withdraw Proof of Claim Nos. 10725-01051, 10725-01087, 10725-01262 filed by Alan Teegardin ("Teegardin") and Proof of Claim No. 10725-01261 filed by Resident Agents of Nevada, Inc. ("Resident Agents") [DE 5847] came before the Court for consideration. No notice being necessary and good cause appearing, it is

- ORDERED approving the Stipulation:
- Proof of Claim Nos. 10725-01051, 10725-01087 and 10725-01262, all in the amount of $54,535.00 and filed by Teegardin, are withdrawn;
- Proof of Claim No. 10725-01261 in the amount of $54,535.00 filed by Resident Agents is withdrawn; and
- Teegardin and Resident Agents will receive no distributions from the USACM Liquidating Trust on account of Proof of Claim Nos. 10725-01051, 10725-01087, 10725-01262 and 10725-01261.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
    John Hinderaker
*Attorneys for USACM Liquidating Trust*

APPROVED: February 8, 2008

/s/ Alan Teegardin, Attorney
Alan Teegardin
711 S Carson Street #4
Carson City, NV 89701
775 882-4641
*Counsel Alan Teegardin and for Resident Agents of Nevada, Inc.*

2

1893449.1