HASLEY CANYON
Single Loan Claims

# EXHIBIT A
## FIRST OMNIBUS OBJECTION

| Claim | Name | Address | Total Claim Amount | Amount Subject to Objection Because it Relates to an Investment In the Hasley Canyon Loan |
|---|---|---|---|---|
| **10725-00697** | Michael M. and Ellen M. Alldredge | 3270 Socrates Drive<br>Reno, NV  89512-4507 | $50,000.00 | $50,000.00 |
| **10725-01802** | Pedro Barroso | 3231 Cambridgeshire Street<br>Las Vegas, NV  89146-6223 | $50,000.00 | $50,000.00 |
| **10725-00940** | Richard English | 6727 East Swarthmore Drive<br>Anaheim, CA  92807 | $27,230.31 | $27,230.31 |
| **10725-01516** | Lily Markham and Irene Anne Markham-Tafoya Jt. Wros. | 7746 Foredawn Drive<br>Las Vegas, NV  89123-0756 | $30,000.00 | $30,000.00 |
| **10725-01148** | Robert W. Ulm Living Trust Dated 4/11/05 | Robert W. Ulm Trustee<br>414 Morning Glory Road<br>St. Marys, Ga  31558 | $50,000.00 | $50,000.00 |
| **10725-02385** | Marietta S. Von Berg | 24622 Rimrock Canyon Road<br>Salinas, CA  93908 | $54,276.03 | $54,276.03 |
| **10725-02386** | Marietta S. Von Berg | 24622 Rimrock Canyon Road<br>Salinas, CA  93908 | $54,276.03 | $54,276.03 |
| **10725-01000** | Gregory D. Yonai Trustee | 1982 Country Cove Court<br>Las Vegas, NV  89135-1552 | $28,200.00 | $28,200.00 |

234528.1