HASLEY CANYON
Multiple Loan Claims

# EXHIBIT A
## SECOND OMNIBUS OBJECTION

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Hasley Canyon Loan |
|---|---|---|---|---|
| **10725-02397** | William A. and Angel J. Banos | 7431 Dorie Drive<br>West Hills, CA 91307-5277 | $564,000.00 | $80,000.00 |
| **10725-00315** | Pedro Barroso | 3231 Cambridgeshire Street<br>Las Vegas, NV 89146 | $168,017.76 | $50,000.00 |
| **10725-00316** | Pedro Barroso | 3231 Cambridgeshire Street<br>Las Vegas, NV 89146 | $168,017.76 | $50,000.00 |
| **10725-00317** | Pedro L. and Carol A. Barroso Trust Dtd. 11/29/90 | Pedro Luis and Carol Ann Barroso Ttee<br>3231 Cambridgeshire Street<br>Las Vegas, NV 89146-6223 | $168,017.76 | $50,000.00 |
| **10725-00318** | Pedro L. and Carol A. Barroso Trust Dtd. 11/29/90 | Pedro Luis and Carol Ann Barroso Ttee<br>3231 Cambridgeshire Street<br>Las Vegas, NV 89146-6223 | $168,017.76 | $50,000.00 |
| **10725-00319** | Pedro L. and Carol A. Barroso Trust Dtd. 11/29/90 | Pedro Luis and Carol Ann Barroso Ttee<br>3231 Cambridgeshire Street<br>Las Vegas, NV 89146-6223 | $168,017.76 | $50,000.00 |
| **10725-02013** | Scott Krusee Canepa | c/o Laurel E. Davis<br>Lionel Sawyer & Collins<br>300 S. Fourth St., Suite 1700<br>Las Vegas, NV 89101 | Unclear | Unclear |
| **10725-02014** | Scott K. Canepa Defined Benefit Pension Plan | c/o Laurel E. Davis<br>Lionel Sawyer & Collins<br>300 S. Fourth St., Suite 1700<br>Las Vegas, NV 89101 | Unclear | Unclear |
| **10725-02018** | Evelyn G. Canepa Trust Dtd 9/19/00 | c/o Laurel E. Davis<br>Lionel Sawyer & Collins<br>300 S. Fourth St., Suite 1700<br>Las Vegas, NV 89101 | Unclear | unclear |
| **10725-02528** | Peter W. and Deidre D. Capone | P.O. Box 1470<br>Gardnerville, NV 89410-1470 | Unclear | Unclear |

234711.1