HASLEY CANYON
Multiple Loan Claims

# EXHIBIT A
## THIRD OMNIBUS OBJECTION

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Hasley Canyon Loan |
|---|---|---|---|---|
| **10725-00811** | Cohen Living Trust Dtd. 3/6/90 | c/o Scott D Fleming, Esq. Hale Lane Peek Dennison & Howard 3930 Howard Hughes Parkway, 4th Floor Las Vegas, NV  89169 | $404,317.00 | $55,000.00 |
| **10725-01218** | Cohen Living Trust Dtd 3/6/90 | c/o Scott D. Fleming, Esq. Hale Lane Peek Dennison & Howard 3930 Howard Hughes Parkway, 4th Floor Las Vegas, NV  89169 | $404,317.00 | $55,000.00 |
| **10725-01501** | Panagiotis Dovanidis and Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens, 16675 Greece | $30,000.00 | Unclear |
| **10725-01502** | Panagiotis Dovanidis and Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens, 16675 Greece | $50,000.00 | Unclear |
| **10725-01503** | Panagiotis Dovanidis and Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens, 16675 Greece | $50,000.00 | Unclear |
| **10725-01504** | Panagiotis Dovanidis and Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens, 16675 Greece | $50,000.00 | Unclear |
| **10725-01505** | Panagiotis Dovanidis and Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens, 16675 Greece | $50,000.00 | Unclear |
| **10725-01506** | Panagiotis Dovanidis and Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens, 16675 Greece | $50,000.00 | Unclear |
| **10725-01507** | Panagiotis Dovanidis and Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens, 16675 Greece | $30,000.00 | Unclear |
| **10725-01508** | Panagiotis Dovanidis and Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens, 16675 Greece | $30,000.00 | Unclear |

234707.1