# HASLEY CANYON
## Multiple Loan Claims

# EXHIBIT A
## FOURTH OMNIBUS OBJECTION

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Hasley Canyon Loan |
|---|---|---|---|---|
| 10725-01509 | Panagiotis Dovanidis and Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens, 16675 Greece | $50,000.00 | Unclear |
| 10725-01510 | Panagiotis Dovanidis and Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens, 16675 Greece | $50,000.00 | Unclear |
| 10725-02355 | Denise F. Fager Revocable Trust UAD 2/28/03 | Denise F. Fager Ttee. 5 Salvatore Ladera Ranch, CA 92694 | $663,782.03 | $50,000.00 |
| 10725-02356 | Denise F Fager Revocable Trust UAD 2/28/03 | Denise F. Fager Ttee. 5 Salvatore Ladera Ranch, CA 92694 | $663,782.03 | $50,000.00 |
| 10725-01212 | Jay E. Henman Retirement Plan | c/o Jay E. Henman Trustee 1023 Ridgeview Court Carson City, NV 89705-8054 | $747,243.00 | $35,000.00 |
| 10725-00503 | David Joyce | 7465 Silver King Drive Sparks, NV 89436 | $125,000.00 | $50,000.00 |
| 10725-02046 | Koerwitz Family Trust Dtd. 5/13/03 | Kenneth and Jan Case Koerwitz Ttees. 44 Winfield Lane Walnut Creek, CA 94595 | $764,002.88 | $450,000.00 |
| 10725-00094 | Jay Lim | 208 Clarence Way Fremont, CA 94539 | $213,816.25 | $137,741.25 |
| 10725-00854 | George J. Motto | Joe Laxague, Esq. Cane Clark LLP 3272 East Warm Springs Las Vegas, NV 89120 | $550,000.00 | $50,000.00 |
| 10725-02383 | Minter Family 1994 Trust | Douglas and Elizabeth F. Minter Ttees 5389 Conte Drive Carson City, NV 89701 | $622,044.87 | $50,000.00 |

234709.1