HASLEY CANYON
Multiple Loan Claims

# EXHIBIT A
## FIFTH OMNIBUS OBJECTION

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Hasley Canyon Loan |
|---|---|---|---|---|
| 10725-02353 | Musso Living Trust Dtd. 11/30/92 | Walter and Barbara Musso Ttees<br>P.O. Box 2566<br>Avila Beach, CA  93424 | $623,004.79 | $50,000.00 |
| 10725-02026 | Richard and Michele Nevins Jt. Ten. | 1547 Bob Goalby Lane<br>El Paso, TX  79935 | $1,399,379.81 | $525,000.00 |
| 10725-01175 | John Nix | 836 Temple Rock Court<br>Boulder City, NV  89005 | $710,937.34 | $50,000.00 |
| 10725-01736 | Olga O'Buch Trust Dtd 5/28/98 | c/o Olga O'Buch Trustee<br>140 Gazelle Road<br>Reno, NV  89511-6642 | $241,667.00 | $27,875.00 |
| 10725-00550 | Patti Page | 1225 Triumph Court<br>Las Vegas, NV  89117 | $200,000.00 | $100,000.00 |
| 10725-01878 | Dennis Raggi | P.O. Box 10475<br>Zephyr Cove, NV  89448 | $10,451.54 | Unclear |
| 10725-01880 | Dennis Raggi | P.O. Box 10475<br>Zephyr Cove, NV  89448-2475 | $15,819.84 | $8,302.63 |
| 10725-02226 | Dennis Raggi | P.O. Box 10475<br>Zephyr Cove, NV  89448 | $2,442,034.35 | $300,000.00 |
| 10725-01419 | S&P Davis Limited Partnership | 6816 Citrine Drive<br>Carlsbad, CA  92009 | $419,981.00 | $12,500.00 |
| 10725-02428 | Tiki Investment Enterprises LP | 2578 Highmore Avenue<br>Henderson, NV  89052 | $1,200,128.00 | $77,000.00 |

234715.1