HASLEY CANYON
Multiple Loan Claims

# EXHIBIT A
## SIXTH OMNIBUS OBJECTION

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Hasley Canyon Loan |
|---|---|---|---|---|
| **10725-02088** | Robert W. Ulm Living Trust Dtd. 4/11/05 | Robert W. Ulm Ttee 414 Morning Glory Road St. Marys, GA  31558 | $688,165.00 | $150,000.00 |
| **10725-02089** | Robert W. Ulm | 414 Morning Glory Road St. Marys, GA  31558 | Contingent | Contingent |
| **10725-02481** | Tobias Von Euw Revocable Trust Dated 11/23/04 | c/o Tobias Von Euw Trustee 2448 Lark Sparrow Street Las Vegas, NV  89084 | $1,468,967.93 | $25,000.00 |
| **10725-01365** | Richard G. Vrbancic | 103 Willow Brook Drive N.E. Warren, OH  44483-4630 | $270,000.00 | $25,000.00 |
| **10725-02015** | Mike Wagnon | c/o Laurel E. Davis Lionel Sawyer & Collins 300 S. Fourth St., Suite 1700 Las Vegas, NV  89101 | $450,000.00 | $300,000.00 |