## HASLEY CANYON

## EXHIBIT A
BURR DECLARATION

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Hasley Canyon Loan |
|---|---|---|---|---|
| **10725-00697** | Michael M. and Ellen M. Alldredge | 3270 Socrates Drive<br>Reno, NV  89512-4507 | $50,000.00 | $50,000.00 |
| **10725-02397** | William A. and Angel J. Banos | 7431 Dorie Drive<br>West Hills, CA  91307-5277 | $564,000.00 | $80,000.00 |
| **10725-00315** | Pedro Barroso | 3231 Cambridgeshire Street<br>Las Vegas, NV  89146 | $168,017.76 | $50,000.00 |
| **10725-00316** | Pedro Barroso | 3231 Cambridgeshire Street<br>Las Vegas, NV  89146 | $168,017.76 | $50,000.00 |
| **10725-01802** | Pedro Barroso | 3231 Cambridgeshire Street<br>Las Vegas, NV  89146-6223 | $50,000.00 | $50,000.00 |
| **10725-00317** | Pedro L. and Carol A. Barroso Trust Dtd. 11/29/90 | Pedro Luis and Carol Ann Barroso Ttee<br>3231 Cambridgeshire Street<br>Las Vegas, NV  89146-6223 | $168,017.76 | $50,000.00 |
| **10725-00318** | Pedro L. and Carol A. Barroso Trust Dtd. 11/29/90 | Pedro Luis and Carol Ann Barroso Ttee<br>3231 Cambridgeshire Street<br>Las Vegas, NV  89146-6223 | $168,017.76 | $50,000.00 |
| **10725-00319** | Pedro L. and Carol A. Barroso Trust Dtd. 11/29/90 | Pedro Luis and Carol Ann Barroso Ttee<br>3231 Cambridgeshire Street<br>Las Vegas, NV  89146-6223 | $168,017.76 | $50,000.00 |
| **10725-02013** | Scott Krusee Canepa | c/o Laurel E. Davis<br>Lionel Sawyer & Collins<br>300 S. Fourth St., Suite 1700<br>Las Vegas, NV  89101 | Unclear | Unclear |
| **10725-02014** | Scott K. Canepa Defined Benefit Pension Plan | c/o Laurel E. Davis<br>Lionel Sawyer & Collins<br>300 S. Fourth St., Suite 1700<br>Las Vegas, NV  89101 | Unclear | Unclear |
| **10725-02018** | Evelyn G. Canepa Trust Dtd 9/19/00 | c/o Laurel E. Davis<br>Lionel Sawyer & Collins<br>300 S. Fourth St., Suite 1700<br>Las Vegas, NV  89101 | Unclear | unclear |
| **10725-02528** | Peter W. and Deidre D. Capone | P.O. Box 1470<br>Gardnerville, NV  89410-1470 | Unclear | Unclear |
| **10725-00811** | Cohen Living Trust Dtd. 3/6/90 | c/o Scott D Fleming, Esq.<br>Hale Lane Peek Dennison & Howard<br>3930 Howard Hughes Parkway, 4th Floor<br>Las Vegas, NV  89169 | $404,317.00 | $55,000.00 |

235025.1

HASLEY CANYON

## EXHIBIT A
BURR DECLARATION

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Hasley Canyon Loan |
|---|---|---|---|---|
| 10725-01218 | Cohen Living Trust Dtd 3/6/90 | c/o Scott D. Fleming, Esq. Hale Lane Peek Dennison & Howard 3930 Howard Hughes Parkway, 4th Floor Las Vegas, NV 89169 | $404,317.00 | $55,000.00 |
| 10725-01501 | Panagiotis Dovanidis and Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens, 16675 Greece | $30,000.00 | Unclear |
| 10725-01502 | Panagiotis Dovanidis and Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens, 16675 Greece | $50,000.00 | Unclear |
| 10725-01503 | Panagiotis Dovanidis and Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens, 16675 Greece | $50,000.00 | Unclear |
| 10725-01504 | Panagiotis Dovanidis and Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens, 16675 Greece | $50,000.00 | Unclear |
| 10725-01505 | Panagiotis Dovanidis and Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens, 16675 Greece | $50,000.00 | Unclear |
| 10725-01506 | Panagiotis Dovanidis and Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens, 16675 Greece | $50,000.00 | Unclear |
| 10725-01507 | Panagiotis Dovanidis and Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens, 16675 Greece | $30,000.00 | Unclear |
| 10725-01508 | Panagiotis Dovanidis and Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens, 16675 Greece | $30,000.00 | Unclear |
| 10725-01509 | Panagiotis Dovanidis and Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens, 16675 Greece | $50,000.00 | Unclear |
| 10725-01510 | Panagiotis Dovanidis and Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens, 16675 Greece | $50,000.00 | Unclear |
| 10725-00940 | Richard English | 6727 East Swarthmore Drive Anaheim, CA 92807 | $27,230.31 | $27,230.31 |
| 10725-02355 | Denise F. Fager Revocable Trust UAD 2/28/03 | Denise F. Fager Ttee. 5 Salvatore Ladera Ranch, CA 92694 | $663,782.03 | $50,000.00 |
| 10725-02356 | Denise F Fager Revocable Trust | Denise F. Fager Ttee. 5 Salvatore | $663,782.03 | $50,000.00 |

2

235025.1

## HASLEY CANYON

## EXHIBIT A
BURR DECLARATION

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Hasley Canyon Loan |
|---|---|---|---|---|
| | UAD 2/28/03 | Ladera Ranch, CA 92694 | | |
| 10725-01212 | Jay E. Henman Retirement Plan | c/o Jay E. Henman Trustee 1023 Ridgeview Court Carson City, NV 89705-8054 | $747,243.00 | $35,000.00 |
| 10725-00503 | David Joyce | 7465 Silver King Drive Sparks, NV 89436 | $125,000.00 | $50,000.00 |
| 10725-02046 | Koerwitz Family Trust Dtd. 5/13/03 | Kenneth and Jan Case Koerwitz Ttees. 44 Winfield Lane Walnut Creek, CA 94595 | $764,002.88 | $450,000.00 |
| 10725-00094 | Jay Lim | 208 Clarence Way Fremont, CA 94539 | $213,816.25 | $137,741.25 |
| 10725-01516 | Lily Markham and Irene Anne Markham-Tafoya Jt. Wros. | 7746 Foredawn Drive Las Vegas, NV 89123-0756 | $30,000.00 | $30,000.00 |
| 10725-00854 | George J. Motto | Joe Laxague, Esq. Cane Clark LLP 3272 East Warm Springs Las Vegas, NV 89120 | $550,000.00 | $50,000.00 |
| 10725-02383 | Minter Family 1994 Trust | Douglas and Elizabeth F. Minter Ttees 5389 Conte Drive Carson City, NV 89701 | $622,044.87 | $50,000.00 |
| 10725-02353 | Musso Living Trust Dtd. 11/30/92 | Walter and Barbara Musso Ttees P.O. Box 2566 Avila Beach, CA 93424 | $623,004.79 | $50,000.00 |
| 10725-02026 | Richard and Michele Nevins Jt. Ten. | 1547 Bob Goalby Lane El Paso, TX 79935 | $1,399,379.81 | $525,000.00 |
| 10725-01175 | John Nix | 836 Temple Rock Court Boulder City, NV 89005 | $710,937.34 | $50,000.00 |
| 10725-01736 | Olga O'Buch Trust Dtd 5/28/98 | c/o Olga O'Buch Trustee 140 Gazelle Road Reno, NV 89511-6642 | $241,667.00 | $27,875.00 |
| 10725-00550 | Patti Page | 1225 Triumph Court Las Vegas, NV 89117 | $200,000.00 | $100,000.00 |
| 10725-01878 | Dennis Raggi | P.O. Box 10475 Zephyr Cove, NV 89448 | $10,451.54 | unclear |
| 10725-01880 | Dennis Raggi | P.O. Box 10475 Zephyr Cove, NV 89448-2475 | $15,819.84 | $8,302.63 |

3

235025.1

## HASLEY CANYON

## EXHIBIT A
## BURR DECLARATION

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Hasley Canyon Loan |
|---|---|---|---|---|
| **10725-02226** | Dennis Raggi | P.O. Box 10475<br>Zephyr Cove, NV 89448 | $2,442,034.35 | $300,000.00 |
| **10725-01419** | S&P Davis Limited Partnership | 6816 Citrine Drive<br>Carlsbad, CA 92009 | $419,981.00 | $12,500.00 |
| **10725-02428** | Tiki Investment Enterprises LP | 2578 Highmore Avenue<br>Henderson, NV 89052 | $1,200,128.00 | $77,000.00 |
| **10725-02088** | Robert W. Ulm Living Trust Dtd. 4/11/05 | Robert W. Ulm Ttee<br>414 Morning Glory Road<br>St. Marys, GA 31558 | $688,165.00 | $150,000.00 |
| **10725-02089** | Robert W. Ulm | 414 Morning Glory Road<br>St. Marys, GA 31558 | Contingent | Contingent |
| **10725-01148** | Robert W. Ulm Living Trust Dated 4/11/05 | Robert W. Ulm Trustee<br>414 Morning Glory Road<br>St. Marys, Ga 31558 | $30,000.00 | $30,000.00 |
| **10725-02385** | Marietta S. Von Berg | 24622 Rimrock Canyon Road<br>Salinas, CA 93908 | $54,276.03 | $54,276.03 |
| **10725-02386** | Marietta S. Von Berg | 24622 Rimrock Canyon Road<br>Salinas, CA 93908 | $54,276.03 | $54,276.03 |
| **10725-02481** | Tobias Von Euw Revocable Trust Dated 11/23/04 | c/o Tobias Von Euw Trustee<br>2448 Lark Sparrow Street<br>Las Vegas, NV 89084 | $1,468,967.93 | $25,000.00 |
| **10725-01365** | Richard G. Vrbancic | 103 Willow Brook Drive N.E.<br>Warren, OH 44483-4630 | $270,000.00 | $25,000.00 |
| **10725-02015** | Mike Wagnon | c/o Laurel E. Davis<br>Lionel Sawyer & Collins<br>300 S. Fourth St., Suite 1700<br>Las Vegas, NV 89101 | $450,000.00 | $300,000.00 |
| **10725-01000** | Gregory D. Yonai Trustee | 1982 Country Cove Court<br>Las Vegas, NV 89135-1552 | $28,200.00 | $28,200.00 |

235025.1