**LEWIS AND ROCA LLP LAWYERS**

E-Filed on 3/4/08

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[1]<br><br>USA SECURITIES, LLC,[2]<br>    Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**AMENDED CERTIFICATE OF SERVICE**<br><br>Date of Hearing: March 25, 2008<br>Time of Hearing: 9:30 a.m. |
|---|---|

I, Renee Creswell, an employee of Lewis and Roca LLP, attorneys for the USACM Liquidating Trust, served the following documents regarding the Proof of Claim identified in Exhibit A, attached, to the addressee listed in Exhibit A, attached.

---

[1] This bankruptcy case was closed on October 12, 2007.

[2] This bankruptcy case was closed on December 26, 2007.

235596.1

1. Third Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or In Part, Upon Investment in the Urban Housing Alliance – 435 Lofts Loan [DE 5867];

2. Notice of Hearing Regarding First Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Investment in the Urban Housing Alliance – 435 Lofts Loan [DE 5868]; and

3. Declaration of Edward M. Burr in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in the Urban Housing Alliance – 435 Lofts Loan [DE 5869].

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 4, 2008

                                        /s/ Renee L. Creswell
                                        Renee L. Creswell

235596.1