## URBAN HOUSING

## EXHIBIT A

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Urban Housing Loan |
|---|---|---|---|---|
| 10725-01583 | Louise and Norman Teeter | 4201 Via Marina, Suite 300 Marina Del Ray, CA 90292 | $68,696.00 | $15,000.00 |

234475.1