## MIDVALE

## EXHIBIT A

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Midvale Loan |
|---|---|---|---|---|
| **10725-00880** | Marston Family Trust Dated 8/13/93 | 1184 Camano Court San Jose, CA  95122 | $50,307.18 | $50,307.18 |

4