DEMETRAS & O'NEILL
J. Craig Demetras
State Bar No. 4246
Shelly T. O'Neill
State Bar No. 986
230 E. Liberty Street
Reno, Nevada 89501
(775) 348-4600

MARCH 6, 2008

Attorneys for Creditor
Paul Linney

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br>USA COMMERCIAL MORTGAGE<br>COMPANY<br>                    Debtor.<br>                                        / | Case No. 06-10725-LBR<br>              06-10726-LBR<br>              06-10727-LBR<br>              06-10728-LBR<br>              06-10729-LBR |
| USA CAPITAL REALTY ADVISORS,<br>LLC<br>                    Debtor.<br>                                        / | Chapter 11 |
| USA CAPITAL DIVERSIFIED TRUST<br>DEED FUND, LLC,<br>                    Debtor.<br>                                        / | Jointly Administered Under<br>Case No 06-10725-LBR |
| USA CAPITAL FIRST TRUST DEED<br>FUND, LLC<br>                    Debtor.<br>                                        / | **EX PARTE MOTION TO REMOVE<br>COUNSEL FROM CM/ECF SERVICE<br>LIST AND REQUEST FOR<br>DISCONTINUATION OF NOTICE<br>AND SPECIAL NOTICE** |
| USA SECURITIES, LLC<br>                    Debtor.<br>                                        / | NO HEARING REQUIRED |

     J. CRAIG DEMETRAS, ESQ., of DEMETRAS & O'NEILL, brings this Ex Parte

Motion to Remove Counsel from CM/ECF Service List and Request for Discontinuation

of Notice and Special Notice.

     Demetras & O'Neill represented Mr. Linney in the filing of a Proof of Claim. It is

no longer necessary that Demetras & O'Neill receive CM/ECF notice.

     Therefore, Demetras & O'Neill requests that it be removed from the CM/ECF

service list.

PLEASE TAKE NOTICE that Demetras & O'Neill:

1.      Requests discontinuation of notice in these proceedings, and

2.      Requests to be removed from the mailing matrix on all service lists in these

        proceedings and related adversary proceedings.

DATED this 6TH day of March, 2008.

Demetras & O'Neill
/s/ J. Craig Demetras
By: J. Craig Demetras
Attorney for Creditor