**Entered on Docket
March 07, 2008**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[1]<br><br>USA Securities, LLC,[2]<br><br>                                Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING SEVENTEENTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS FOR LACK OF DOCUMENTATION**<br><br>Date:    February 21, 2008<br>Time:   9:30 a.m. |

---

[1] This bankruptcy case was closed on October 12, 2007.
[2] This bankruptcy case was closed on December 26, 2007.

1908940.1

- The USACM Liquidating Trust (the "USACM Trust") filed its Seventeenth Omnibus Objection to Claims for Lack of Documentation [DE 5589] (the "Objection") on January 7, 2008. Appropriate notice of the Objection was given. No oppositions to the Objection were received by USACM Trust counsel or filed with this Court. The Objection came before the Court for hearing on February 21, 2008 at 9:30 a.m. Good cause appearing, it is

ORDERED:

- Sustaining the USACM Trust's Seventeenth Omnibus Objection to Claims for Lack of Documentation; and

- Disallowing the Proofs of Claim listed on the attached Exhibit A without prejudice to any rights the claimants listed in Exhibit A may have as Direct Lenders in a particular loan.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
    John Hinderaker
*Attorneys for USACM Liquidating Trust*

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐     The Court waived the requirements of approval under LR 9021.

☐     No parties appeared or filed written objections, and there is no trustee appointed in the case.

☒     No opposition was filed to the motion and no other party or counsel appeared at the hearing.

☐     I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing, and any trustee appointed in the case, and each has approved or disapproved the order, or failed to respond, as indicated below:

**LEWIS AND ROCA LLP**

By:    /s/ RC (#0006593)
       Susan M. Freeman
       Rob Charles
       John Hinderaker
*Attorneys for USACM Liquidating Trust*

1908940.1

| USACM Liquidating Trust<br>ORDER SUSTAINING SEVENTEENTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO PROOFS OF CLAIM FOR LACK OF DOCUMENTATION<br>BK-S-06-10725-LBR ||||
|---|---|---|---|
| **Creditor Name** | **Claim No.** | **Date Filed.** | **Amount** |
| Douglas Carson Trust<br>c/o Jeffrey L. Hartman, Esq.<br>510 West Plumb Lane<br>Suite B<br>Reno, Nevada 89509 | 10725-01320 | 11/10/06 | Amount Not Stated |
| Laurie Carson<br>c/o Jeffrey L. Hartman, Esq.<br>510 West Plumb Lane<br>Suite B<br>Reno, Nevada 89509 | 10725-01325 | 11/10/06 | Amount Not Stated |
| Douglas Carson<br>c/o Jeffrey L. Hartman, Esq.<br>510 West Plumb Lane<br>Suite B<br>Reno, Nevada 89509 | 10725-01326 | 11/10/06 | Amount Not Stated |
| MacDonald Center for the Arts and Humanties<br>c/o Jeffrey L. Hartman, Esq.<br>510 West Plumb Lane<br>Suite B<br>Reno, Nevada 89509 | 10725-01319 | 11/10/06 | Amount Not Stated |
| Doyle Family Trust 9/23/99<br>c/o Jeffrey L. Hartman, Esq.<br>510 West Plumb Lane<br>Suite B<br>Reno, Nevada 89509 | 10725-01327 | 11/10/06 | Amount Not Stated |
| 92173 Trust (1)<br>c/o Jeffrey L. Hartman, Esq.<br>510 West Plumb Lane<br>Suite B<br>Reno, Nevada 89509 | 10725-01328 | 11/10/06 | Amount Not Stated |
| 42145 Trust<br>c/o Jeffrey L. Hartman, Esq.<br>510 West Plumb Lane<br>Suite B<br>Reno, Nevada 89509 | 10725-01329 | 11/10/06 | Amount Not Stated |

**EXHIBIT A**

1909253.1

| USACM Liquidating Trust<br>ORDER SUSTAINING SEVENTEENTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO PROOFS OF CLAIM FOR LACK OF DOCUMENTATION<br>BK-S-06-10725-LBR ||||
|---|---|---|---|
| **Creditor Name** | **Claim No.** | **Date Filed.** | **Amount** |
| Thomas Rehn<br>15405 West Robertson Drive<br>Sun City, Arizona 85375-3036 | 10725-01337 | 11/13/06 | 136,645.00 |
| Thomas Rehn<br>15405 West Robertson Drive<br>Sun City, Arizona 85375-3036 | 10725-01338 | 11/13/06 | 136,645.00 |

**EXHIBIT A**

1909253.1