Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone:   (916) 447-9200
Facsimile:   (916) 329-4900
Email:       malevinson@orrick.com
             jhermann@orrick.com

Robert R. Kinas (Nevada Bar No. 6019)
Claire Y. Dossier (Nevada Bar No. 10030)
SNELL & WILMER LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone:   (702) 784-5200
Fax:         (702) 784-5252
Email:       rkinas@swlaw.com
             cdossier@swlaw.com

*ATTORNEYS FOR USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　　　　　　　　　　　　Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　　　　　　　　　　　Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>　　　　　　　　　　　　　　Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　　　　　　　　　　　　Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>　　　　　　　　　　　　　　Debtor.<br>Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR<br><br><br><br>**MOTION FOR ORDER REQUIRING STEIN & LUBIN LLP TO PRODUCE ONE OR MORE REPRESENTATIVES FOR EXAMINATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004** |

Pursuant to Federal Rule of Bankruptcy Procedure 2004, USA Capital Diversified Trust Deed Fund, LLC (the "Movant or "DTDF") hereby moves this Court for an order requiring Stein & Lubin LLP ("Stein Lubin") to produce one or more representatives, as set forth in the subpoena to be issued under Federal Rule of Bankruptcy Procedure 9016, to appear for examination at the

8625424.1

offices of Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, CA 94105-2669, on a business day no earlier than ten (10) business days after the filing of this Motion and no later than April 4, 2008 (or at such other mutually agreeable location, date, and time) and continuing from day to day thereafter until completed.

This Motion is further explained in the following Memorandum.

### Memorandum

DTDF seeks information concerning legal services performed by Stein Lubin on behalf of DTDF, the other debtors in the above-captioned cases (together with Movant, the "Debtors"), and the Debtors' affiliates, subsidiaries, parents, or otherwise related entities. DTDF seeks this information to assist in the collection of the assets and the investigation of the liabilities of the Debtors.

The requested discovery from Stein Lubin is well within the scope of examination permitted under Bankruptcy Rule 2004, which includes:

> [t]he acts, conduct, or property or . . . the liabilities and financial condition of the debtor, or ... any matter which may affect the administration of the debtor's estate, or to the debtor's right to a discharge. In a . . . reorganization case under chapter 11 of the Code, . . . the examination may also relate to the operation of any business and the desirability of its continuance, the source of any money or property acquired or to be acquired by the debtor for purposes of consummating a plan and the consideration given or offered therefore, and any other matter relevant to the case or to the formulation of a plan.[1]

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

---

[1] FED. R. BANKR. P. 2004(b).

8625424.1

## Conclusion

Accordingly, the Movant requests that this Court enter the form of order submitted with this Motion.

Dated this 7th day of March, 2008.

                              SNELL & WILMER LLP

                              By: /s/ Claire Y. Dossier
                              Robert R. Kinas (Nevada Bar No. 6019)
                              Claire Y. Dossier (Nevada Bar No. 10030)
                              3883 Howard Hughes Parkway, Suite 1100
                              Las Vegas, NV 89169
                              Telephone: (702) 784-5200

                              Marc A. Levinson (California Bar No. 57613)
                              Jeffery D. Hermann (California Bar No. 904445)
                              ORRICK, HERRINGTON & SUTCLIFFE LLP
                              400 Capital Mall, Suite 3000
                              Sacramento, CA 95814-4497

*Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

8625424.1