1   Marc A. Levinson (California Bar No. 57613)      Robert R. Kinas (Nevada Bar No. 6019)
    Jeffery D. Hermann (California Bar No. 90445)    Claire Y. Dossier (Nevada Bar No. 10030)
2   ORRICK, HERRINGTON & SUTCLIFFE LLP               SNELL & WILMER LLP
    400 Capitol Mall, Suite 3000                     3883 Howard Hughes Parkway, Suite 1100
3   Sacramento, California  95814-4497               Las Vegas, Nevada 89169
    Telephone:    (916) 447-9200                     Telephone:    (702) 784-5200
4   Facsimile:    (916) 329-4900                     Fax:          (702) 784-5252
    Email:        malevinson@orrick.com              Email:        rkinas@swlaw.com
5                 jhermann@orrick.com                              cdossier@swlaw.com

6   *ATTORNEYS FOR USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC*

7

8                       UNITED STATES BANKRUPTCY COURT

9                              DISTRICT OF NEVADA

10

11  In re:                                          Case No. BK-S-06-10725 LBR
    USA COMMERCIAL MORTGAGE COMPANY,                 Case No. BK-S-06-10726 LBR
12                                    Debtor.        Case No. BK-S-06-10727 LBR
                                                     Case No. BK-S-06-10728 LBR
13  In re:                                           Case No. BK-S-06-10729 LBR
    USA CAPITAL REALTY ADVISORS, LLC,
14                                    Debtor.        Chapter 11

15  In re:
    USA CAPITAL DIVERSIFIED TRUST DEED               Jointly Administered Under
16  FUND, LLC,                                       Case No. BK-S-06-10725-LBR
                                      Debtor.

17  In re:
    USA CAPITAL FIRST TRUST DEED FUND, LLC,
18                                    Debtor.

19  In re:
    USA SECURITIES, LLC,
20                                    Debtor.

    Affects:                                         **EX PARTE APPLICATION FOR**
21  ☐  All Debtors                                   **ORDER REQUIRING AD**
    ☐  USA Commercial Mortgage Company               **ALBUQUERQUE**
22  ☐  USA Securities, LLC                           **DEVELOPMENT, LLC TO**
    ☐  USA Capital Realty Advisors, LLC              **PRODUCE ONE OR MORE**
23  ☒  USA Capital Diversified Trust Deed Fund, LLC  **REPRESENTATIVES FOR**
    ☐  USA First Trust Deed Fund, LLC                **EXAMINATION PURSUANT TO**
24                                                   **FEDERAL RULE OF**
                                                     **BANKRUPTCY PROCEDURE 2004**

25          Pursuant to Federal Rule of Bankruptcy Procedure 2004, USA Capital Diversified Trust

26  Deed Fund, LLC ("DTDF") hereby applies to this Court for an order requiring AD Albuquerque

27  Development, LLC ("AD Albuquerque") to produce one or more representatives, as set forth in

28  the subpoena to be issued under Federal Rule of Bankruptcy Procedure 9016, for examination at

    4166192

1   the offices of Snell & Wilmer L.L.P., 1200 Seventeenth Street, Suite 1900, Tabor Center, Denver,

2   Colorado 80202, on a business day no earlier than ten (10) business days after the filing of this

3   Application and no later than April 7, 2008 (or at such other mutually agreeable location, date and

4   time) and continuing from day to day thereafter until completed.

5        This Application is further explained in the following Memorandum.

6                        **Memorandum**

7        DTDF seeks information concerning transactions and other dealings between

8   AD Albuquerque and DTDF, the other debtors in the above-captioned cases (together with

9   DTDF, the "Debtors"), and the Debtors' affiliates, subsidiaries, parents, or otherwise related

10   entities. DTDF seeks this information to assist in the collection of the assets and the investigation

11   of the liabilities of the Debtors.

12        The requested discovery from AD Albuquerque is well within the scope of examination

13   permitted under Bankruptcy Rule 2004(b), which includes:

14        [t]he acts, conduct, or property or … the liabilities and financial condition of the
           debtor, or … any matter which may affect the administration of the debtor's
15       estate, or to the debtor's right to a discharge. In a … reorganization case under
           chapter 11 of the Code, … the examination may also relate to the operation of any
16       business and the desirability of its continuance, the source of any money or
           property acquired or to be acquired by the debtor for purposes of consummating a
17       plan and the consideration given or offered therefore, and any other matter
           relevant to the case or to the formulation of a plan.
18

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

4166192

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

1

**Conclusion**

2       Accordingly, DTDF requests this Court to enter the form of order submitted with this

3    Application.

4       Dated this ___7th___ day of March, 2008.

5

6                                           SNELL & WILMER LLP

7

8                                    By: _____
                                         Robert R. Kinas (Nevada Bar No. 6019)
9                                        Claire Y. Dossier (Nevada Bar No. 10030)
                                         3883 Howard Hughes Parkway, Suite 1100
                                         Las Vegas, NV 89169
10                                       Telephone: (702) 784-5200

11                                       Marc A. Levinson (California Bar No. 57613)
                                         Jeffery D. Hermann (California Bar No. 904445)
12                                       ORRICK, HERRINGTON & SUTCLIFFE LLP
                                         400 Capital Mall, Suite 3000
13                                       Sacramento, CA 95814-4497

14                                       *Attorneys for USA Capital Diversified Trust Deed Fund,*
                                         *LLC*
15

16

17

18

19

20

21

22

23

24

25

26

27

28

4166192

- 3 -