Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email: malevinson@orrick.com
       jhermann@orrick.com

Robert R. Kinas (Nevada Bar No. 6019)
Claire Y. Dossier (Nevada Bar No. 10030)
SNELL & WILMER LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Fax: (702) 784-5252
Email: rkinas@swlaw.com
       cdossier@swlaw.com

*ATTORNEYS FOR USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | **EX PARTE APPLICATION FOR ORDER REQUIRING INTERSTATE COMMERCE CENTER, LLC TO PRODUCE ONE OR MORE REPRESENATTIVES FOR EXAMINATIN PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004** |

Pursuant to Federal Rule of Bankruptcy Procedure 2004, USA Capital Diversified Trust Deed Fund, LLC ("DTDF") hereby applies to this Court for an order requiring Interstate Commerce Center, LLC ("Interstate") to produce one or more representatives, as set forth in the subpoena to be issued under Federal Rule of Bankruptcy Procedure 9016, for examination at the

4166191

1  offices of Brazil Reporting, 110 2nd Street SW, Albuquerque, New Mexico 87154, on a business
2  day no earlier than ten (10) business days after the filing of this Application and no later than
3  March 31, 2008 (or at such other mutually agreeable location, date and time) and continuing from
4  day to day thereafter until completed.

5      This Application is further explained in the following Memorandum.

6  **<u>Memorandum</u>**

7      DTDF seeks information concerning transactions and other dealings between Interstate
8  and DTDF, the other debtors in the above-captioned cases (together with DTDF, the "Debtors"),
9  and the Debtors' affiliates, subsidiaries, parents, or otherwise related entities. DTDF seeks this
10 information to assist in the collection of the assets and the investigation of the liabilities of the
11 Debtors.

12     The requested discovery from Interstate is well within the scope of examination permitted
13 under Bankruptcy Rule 2004(b), which includes:

> [t]he acts, conduct, or property or … the liabilities and financial condition of the debtor, or … any matter which may affect the administration of the debtor's estate, or to the debtor's right to a discharge. In a … reorganization case under chapter 11 of the Code, … the examination may also relate to the operation of any business and the desirability of its continuance, the source of any money or property acquired or to be acquired by the debtor for purposes of consummating a plan and the consideration given or offered therefore, and any other matter relevant to the case or to the formulation of a plan.

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

4166191

## Conclusion

Accordingly, DTDF requests this Court to enter the form of order submitted with this Application.

Dated this 7th day of March, 2008.

SNELL & WILMER LLP

By: /s/ Robert R. Kinas
Robert R. Kinas (Nevada Bar No. 6019)
Claire Y. Dossier (Nevada Bar No. 10030)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 904445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capital Mall, Suite 3000
Sacramento, CA 95814-4497

*Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

4166191