1  Marc A. Levinson (California Bar No. 57613)        Robert R. Kinas (Nevada Bar No. 6019)
   Jeffery D. Hermann (California Bar No. 90445)      Claire Y. Dossier (Nevada Bar No. 10030)
2  ORRICK, HERRINGTON & SUTCLIFFE LLP                 SNELL & WILMER LLP
   400 Capitol Mall, Suite 3000                       3883 Howard Hughes Parkway, Suite 1100
3  Sacramento, California  95814-4497                 Las Vegas, Nevada 89169
   Telephone:    (916) 447-9200                       Telephone:    (702) 784-5200
4  Facsimile:    (916) 329-4900                       Fax:          (702) 784-5252
   Email:        malevinson@orrick.com                Email:        rkinas@swlaw.com
5                jhermann@orrick.com                                cdossier@swlaw.com

6  *ATTORNEYS FOR USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC*

7

8                      **UNITED STATES BANKRUPTCY COURT**

9                            **DISTRICT OF NEVADA**

10

11 | In re:                                          | Case No. BK-S-06-10725 LBR
   | USA COMMERCIAL MORTGAGE COMPANY,                | Case No. BK-S-06-10726 LBR
12 |                                    Debtor.       | Case No. BK-S-06-10727 LBR
   | In re:                                          | Case No. BK-S-06-10728 LBR
13 | USA CAPITAL REALTY ADVISORS, LLC,               | Case No. BK-S-06-10729 LBR
   |                                    Debtor.       |
14 | In re:                                          | Chapter 11
   | USA CAPITAL DIVERSIFIED TRUST DEED              |
15 | FUND, LLC,                                       | Jointly Administered Under
   |                                    Debtor.       | Case No. BK-S-06-10725-LBR
16 | In re:                                          |
   | USA CAPITAL FIRST TRUST DEED FUND, LLC,         |
17 |                                    Debtor.       |
   | In re:                                          |
18 | USA SECURITIES, LLC,                            |
   |                                    Debtor.       |
19 | Affects:                                        |
   |   ☐   All Debtors                               | **EX PARTE APPLICATION FOR**
20 |   ☐   USA Commercial Mortgage Company           | **ORDER REQUIRING RUSSELL**
   |   ☐   USA Securities, LLC                       | **A D DEVELOPMENT GROUP,**
21 |   ☐   USA Capital Realty Advisors, LLC          | **LLC TO PRODUCE ONE OR**
   |   ☒   USA Capital Diversified Trust Deed Fund, LLC | **MORE REPRESENTATIVES FOR**
22 |   ☐   USA First Trust Deed Fund, LLC            | **EXAMINATION PURSUANT TO**
   |                                                 | **FEDERAL RULE OF**
23 |                                                 | **BANKRUPTCY PROCEDURE 2004**

24

25         Pursuant to Federal Rule of Bankruptcy Procedure 2004, USA Capital Diversified Trust

26 Deed Fund, LLC ("DTDF") hereby applies to this Court for an order requiring Russell A D

27 Development Group, LLC ("Russell A D") to produce one or more representatives, as set forth in

28 the subpoena to be issued under Federal Rule of Bankruptcy Procedure 9016, for examination at

4166189

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

1   the offices of FTI Consulting, Inc., One Renaissance Square, Two North Central Avenue, Suite

2   1200, Phoenix, AZ 85004-2322, on a business day no earlier than ten (10) business days after the

3   filing of this Application and no later than April 4, 2008 (or at such other mutually agreeable

4   location, date and time) and continuing from day to day thereafter until completed.

5          This Application is further explained in the following Memorandum.

6                                                **Memorandum**

7          DTDF seeks information concerning transactions and other dealings between Russell A D

8   and DTDF, the other debtors in the above-captioned cases (together with DTDF, the "Debtors"),

9   and the Debtors' affiliates, subsidiaries, parents, or otherwise related entities.  DTDF seeks this

10  information to assist in the collection of the assets and the investigation of the liabilities of the

11  Debtors.

12         The requested discovery from Russell A D is well within the scope of examination

13  permitted under Bankruptcy Rule 2004(b), which includes:

14             [t]he acts, conduct, or property or … the liabilities and financial condition of the
               debtor, or … any matter which may affect the administration of the debtor's
15             estate, or to the debtor's right to a discharge.  In a … reorganization case under
               chapter 11 of the Code, … the examination may also relate to the operation of any
16             business and the desirability of its continuance, the source of any money or
               property acquired or to be acquired by the debtor for purposes of consummating a
17             plan and the consideration given or offered therefore, and any other matter
               relevant to the case or to the formulation of a plan.

18

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

4166189

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

## Conclusion

Accordingly, DTDF requests this Court to enter the form of order submitted with this Application.

Dated this _____7th_____ day of March, 2008.

SNELL & WILMER LLP

By: _____
Robert R. Kinas (Nevada Bar No. 6019)
Claire Y. Dossier (Nevada Bar No. 10030)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 904445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capital Mall, Suite 3000
Sacramento, CA 95814-4497

*Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

4166189

- 3 -