1  Marc A. Levinson (California Bar No. 57613)        Robert R. Kinas (Nevada Bar No. 6019)
2  Jeffery D. Hermann (California Bar No. 90445)      Claire Y. Dossier (Nevada Bar No. 10030)
   ORRICK, HERRINGTON & SUTCLIFFE LLP                 SNELL & WILMER LLP
3  400 Capitol Mall, Suite 3000                       3883 Howard Hughes Parkway, Suite 1100
   Sacramento, California 95814-4497                  Las Vegas, Nevada 89169
4  Telephone:    (916) 447-9200                       Telephone:    (702) 784-5200
   Facsimile:    (916) 329-4900                       Fax:          (702) 784-5252
5  Email:        malevinson@orrick.com                Email:        rkinas@swlaw.com
                 jhermann@orrick.com                                cdossier@swlaw.com

6  *ATTORNEYS FOR USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC*

7

8                       **UNITED STATES BANKRUPTCY COURT**

9                             **DISTRICT OF NEVADA**

10

11  In re:                                            Case No. BK-S-06-10725 LBR
    USA COMMERCIAL MORTGAGE COMPANY,                  Case No. BK-S-06-10726 LBR
12                                 Debtor.             Case No. BK-S-06-10727 LBR
                                                      Case No. BK-S-06-10728 LBR
    In re:                                            Case No. BK-S-06-10729 LBR
13  USA CAPITAL REALTY ADVISORS, LLC,
                                   Debtor.
14                                                    Chapter 11
    In re:
15  USA CAPITAL DIVERSIFIED TRUST DEED
    FUND, LLC,                                        Jointly Administered Under
                                   Debtor.            Case No. BK-S-06-10725-LBR
16
    In re:
17  USA CAPITAL FIRST TRUST DEED FUND, LLC,
                                   Debtor.
18  In re:
    USA SECURITIES, LLC,
19                                 Debtor.
    Affects:
20  ☐   All Debtors                                   **EX PARTE APPLICATION FOR**
    ☐   USA Commercial Mortgage Company              **ORDER REQUIRING**
21  ☐   USA Securities, LLC                            **UNSER/CENTRAL PARTNERS,**
    ☐   USA Capital Realty Advisors, LLC              **LLP TO PRODUCE ONE OR**
22  ☒   USA Capital Diversified Trust Deed Fund, LLC  **MORE REPRESENTATIVES FOR**
    ☐   USA First Trust Deed Fund, LLC               **EXAMINATION PURSUANT TO**
23                                                    **FEDERAL RULE OF**
                                                      **BANKRUPTCY PROCEDURE 2004**
24

25      Pursuant to Federal Rule of Bankruptcy Procedure 2004, USA Capital Diversified Trust

26  Deed Fund, LLC ("DTDF") hereby applies to this Court for an order requiring Unser/Central

27  Partners, LLP ("Unser") to produce one or more representatives, as set forth in the subpoena to be

28  issued under Federal Rule of Bankruptcy Procedure 9016, for examination at the offices of FTI

4166190

1   Consulting, Inc., One Renaissance Square, Two North Central Avenue, Suite 1200, Phoenix,

2   Arizona, 85004-2322 on a business day no earlier than ten (10) business days after the filing of

3   this Application and no later than April 4, 2008 (or at such other mutually agreeable location, date

4   and time) and continuing from day to day thereafter until completed.

5        This Application is further explained in the following Memorandum.

6                                        **Memorandum**

7        DTDF seeks information concerning transactions and other dealings between Unser and

8   DTDF, the other debtors in the above-captioned cases (together with DTDF, the "Debtors"), and

9   the Debtors' affiliates, subsidiaries, parents, or otherwise related entities.  DTDF seeks this

10  information to assist in the collection of the assets and the investigation of the liabilities of the

11  Debtors.

12       The requested discovery from Unser is well within the scope of examination permitted

13  under Bankruptcy Rule 2004(b), which includes:

14       [t]he acts, conduct, or property or … the liabilities and financial condition of the
         debtor, or … any matter which may affect the administration of the debtor's
15       estate, or to the debtor's right to a discharge.  In a … reorganization case under
         chapter 11 of the Code, … the examination may also relate to the operation of any
16       business and the desirability of its continuance, the source of any money or
         property acquired or to be acquired by the debtor for purposes of consummating a
17       plan and the consideration given or offered therefore, and any other matter
         relevant to the case or to the formulation of a plan.
18

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

4166190

- 2 -

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

1

## Conclusion

2      Accordingly, DTDF requests this Court to enter the form of order submitted with this

3  Application.

4      Dated this __7th__ day of March, 2008.

5

6                          SNELL & WILMER LLP

7

8                          By: _____
                              Robert R. Kinas (Nevada Bar No. 6019)

9                              Claire Y. Dossier (Nevada Bar No. 10030)
                              3883 Howard Hughes Parkway, Suite 1100

10                             Las Vegas, NV 89169
                              Telephone: (702) 784-5200

11                             Marc A. Levinson (California Bar No. 57613)
                              Jeffery D. Hermann (California Bar No. 904445)

12                             ORRICK, HERRINGTON & SUTCLIFFE LLP
                              400 Capital Mall, Suite 3000

13                             Sacramento, CA 95814-4497

14                             *Attorneys for USA Capital Diversified Trust Deed Fund,*
                              *LLC*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4166190