| | |
|---|---|
| Marc A. Levinson (California Bar No. 57613) | Robert R. Kinas (Nevada Bar No. 6019) |
| Jeffery D. Hermann (California Bar No. 90445) | Claire Y. Dossier (Nevada Bar No. 10030) |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | SNELL & WILMER LLP |
| 400 Capitol Mall, Suite 3000 | 3883 Howard Hughes Parkway, Suite 1100 |
| Sacramento, California 95814-4497 | Las Vegas, Nevada 89169 |
| Telephone:    (916) 447-9200 | Telephone:    (702) 784-5200 |
| Facsimile:    (916) 329-4900 | Fax:    (702) 784-5252 |
| Email:    malevinson@orrick.com | Email:    rkinas@swlaw.com |
|          jhermann@orrick.com |          cdossier@swlaw.com |

*ATTORNEYS FOR USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                              Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                              Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>                              Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                              Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                              Debtor. | **CERTIFICATE OF SERVICE** |
| Affects:<br>  ☐  All Debtors<br>  ☐  USA Commercial Mortgage Company<br>  ☐  USA Securities, LLC<br>  ☐  USA Capital Realty Advisors, LLC<br>  ☒  USA Capital Diversified Trust Deed Fund, LLC<br>  ☐  USA First Trust Deed Fund, LLC | |

On March 7, 2008, I served the **EX PARTE APPLICATION FOR ORDER REQUIRING UNSER/CENTRAL PARTNERS, LLP TO PRODUCE ONE OR MORE REPRESENTATIVES FOR EXAMINATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004** for Snell & Wilmer L.L.P. and Orrick, Herrington & Sutcliffe LLP, attorneys for USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, in the

8627274.1

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

1  above matter via the following means to the persons as listed below:

2  **VIA ECF SYSTEM**:

3  See attached ECF filing receipts.

4
5  **VIA FACSIMILE and U.S. MAIL (postage fully prepaid)**:

6  UNSER/CENTRAL PARTNERS LLP
   BY AND THROUGH ITS REGISTERED AGENT:
7  FRANK S TOMKINS
   ARENDT TOMKINS LAW GROUP PLC
8  5009 E WASHINGTON STE 125
   PHOENIX AZ  85034

9

10  I declare under penalty of perjury that the foregoing is true and correct.

11

12  Dated this 7th day of March, 2008.

13

14  _____
   Jill Math

15

16

17

18

19

20

21

22

23

24

25

26

27

28

8627274.1

- 2 -

## File a Motion:

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

Type: bk                      Chapter: 11 v               Office: 2 (Las Vegas)
Judge: lbr                    Assets: y                   Case Flag: EXHS, BAPCPA,
                                                          LEAD, JNTADMN, APPEAL

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from KINAS, ROBERT R. entered on 3/7/2008 at 4:23 PM PST
and filed on 3/7/2008
**Case Name:**      USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**    06-10725-lbr
**Document Number:** 5939

**Docket Text:**
Ex Parte Motion for 2004 Examination *Ex Parte Application for Order Requiring Unser/Central
Partners, LLP to Produce One or More Representatives for Examination Pursuant to Federal Rule of
Bankruptcy Procedure 2004* Filed by ROBERT R. KINAS on behalf of USA CAPITAL DIVERSIFIED
TRUST DEED FUND, LLC (KINAS, ROBERT)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\mathj\Desktop\dtdf ex parte app for 2004 exam
unser.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=3/7/2008] [FileNumber=9432511-0]
[e4ea1b2b9aa6b779c0e3dc34b849f5dd0b3d078624626b7a3a6b7c6a1c866f3e4b61e
b0568768cf5028a98340a37b5d3861a5ef475f083a0424adabf97ff9282]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS      mabrams@mabramslaw.com

FRANKLIN C. ADAMS      franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF      nallf@parsonsbehle.com, karen_lawrence@gshllp.com

NANCY L ALLF      nancy_allf@gshllp.com, karen_lawrence@gshllp.com

FRANK A. ANDERSON      anderson.frank@pbgc.gov, efile@pbgc.gov

PETER C. BERNHARD      peter.bernhard@bullivant.com, michelle.diegel@bullivant.com

BMC GROUP, INC.    evrato@bmcgroup.com,
ecf@bmcgroup.com;jmiller@bmcgroup.com;mjohn@bmcgroup.com

GEORGANNE W. BRADLEY    georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R. BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA    lbubala@jonesvargas.com, tbw@jonesvargas.com;aanthony@jonesvargas.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com;jrammos@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com,
ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;manthony@sheacarlyon.com

MICHAEL W. CARMEL    michael@mcarmellaw.com, nancy@mcarmellaw.com;ritkin@steptoe.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com

JANET L. CHUBB    tbw@jonesvargas.com

JANET L. CHUBB    tbw@jonesvargas.com

DAVID A. COLVIN    kjohnson@marquisaurbach.com,
dcolvin@marquisaurbach.com;kgallegos@MarquisAurbach.com

WILLIAM D COPE    cope_guerra@yahoo.com

LAUREL E. DAVIS    ldavis@fclaw.com, mhurtado@fclaw.com

THOMAS W. DAVIS    twd@h2law.com, emarchetti-harris@howardandhoward.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (aw)    awhatnall@daca4.com

J CRAIG DEMETRAS    JCD@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras-oneill.com

ALLAN B. DIAMOND    adiamond@diamondmccarthy.com

RICHARD I. DREITZER    rdreitzer@yahoo.com

THOMAS H. FELL
BANKRUPTCYNOTICES@GORDONSILVER.COM;bknotices@gordonsilver.com

SCOTT D. FLEMING    sfleming@halelane.com, dbergsing@halelane.com

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

DOUGLAS D. GERRARD    DGERRARD@GERRARD-COX.COM, ekaymedellin@gerrard-cox.com

WADE B. GOCHNOUR    WBG@h2law.com, bd@h2law.com

CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov,
Darlene.Ruckard@usdoj.gov:Mary.Booker@usdoj.gov

GERALD M GORDON    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

R. VAUGHN GOURLEY    vgourley@lvcm.com

TALITHA B. GRAY    bankruptcynotices@gordonsilver.com;bknotices@gordonsilver.com

JAMES D. GREENE    bknotice@bhfs.com

MARK H. GUNDERSON    kweaver@gundersonlaw.com

MARJORIE A. GUYMON    bankruptcy@goldguylaw.com,
ddias@goldguylaw.com;angelenal@goldguylaw.com

PETER W. GUYON    pguyon@yahoo.com

JEFFREY R. HALL    jhall@sheacarlyon.com, jusam@hutchlegal.com

XANNA R. HARDMAN    xanna.hardman@gmail.com

DEL L HARDY    bankruptcyinfo@hardyandassociates.com, del@hardyandassociates.com

STEPHEN R HARRIS    noticesbh&p@renolaw.biz

JEFFREY L HARTMAN    notices@bankruptcyreno.com, dle@bankruptcyreno.com

BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

RICHARD F. HOLLEY    rholley@nevadafirm.com,
paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com

RANDOLPH L. HOWARD    rhoward@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com

DAVID W. HUSTON    dwh@hustonlaw.net

JASON A. IMES    bkfilings@s-mlaw.com

ROBBIN L. ITKIN    ritkin@steptoe.com,
sgottlieb@steptoe.com;skopman@steptoe.com;keckert@steptoe.com;jgoldman@steptoe.com;kpiper@st

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES    ejameslv@gmail.com, kbchrislaw@aol.com

ERIN E. JONES    ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com

TY E. KEHOE    TyKehoeLaw@aol.com

ROBERT R. KINAS    rkinas@swlaw.com,
jmcbee@swlaw.com;jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;lvdocket@mindsprin

DEAN T. KIRBY    dkirby@kirbymac.com, gsparks@kirbymac.com;lackerman@kirbymac.com

KENT F. LARSEN    kfl@slwlaw.com, ev@slwlaw.com

ZACHARIAH LARSON    ecf@lslawnv.com, susans@lslawnv.com

JOHN J. LAXAGUE    jlaxague@caneclark.com

GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net

STEPHEN T LODEN    sloden@diamondmccarthy.com

TYSON M. LOMAZOW    tlomazow@milbank.com

ANNE M. LORADITCH    ecffilings@LRLaw.com, aloraditch@LRLaw.com;pkois@LRLaw.com

ERIC D MADDEN    emadden@diamondmccarthy.com, jsickels@diamondmccarthy.com

PATRICIA A. MARR    lvlaw03@yahoo.com

JAMES C. MCCARROLL    jmccarroll@reedsmith.com,
dturetsky@reedsmith.com;aleonard@reedsmith.com

REGINA M. MCCONNELL    rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;cburke@lawlasvegas.com;eseverino@lawlasvegas.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com;info@s-mlaw.com

BRECK E. MILDE    bmilde@terra-law.com

SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com,
smiller@sheacarlyon.com;ltreadway@sheacarlyon.com;mleavitt@sheacarlyon.com;manthony@sheacarl

DAVID MINCIN    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com;eseverino@lawlasveg

JOHN F MURTHA    jmurtha@woodburnandwedge.com

ERVEN T. NELSON    erv@rlbolick.com, susan@bolickboyer.com

VICTORIA L NELSON    bkecf@nevadafirm.com,
vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;sliberio@nevadafirm.co

JOHN F. O'REILLY    jor@oreillylawgroup.com,
tor@oreillylawgroup.com;bc@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com

TIMOTHY R. O'REILLY    tor@oreillylawgroup.com,
jor@oreillylawgroup.com;bc@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com

BOB L. OLSON    ecffilings@beckleylaw.com, bolson@beckleylaw.com;dgriffis@beckleylaw.com

DONNA M. OSBORN    mwalters@marquisaurbach.com,
dosborn@marquisaurbach.com;kgallegos@MarquisAurbach.com

ANDREW M. PARLEN    aparlen@stutman.com

DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY    info@johnpeterlee.com

THOMAS RICE    trice@coxsmith.com, jbrown@coxsmith.com;aseifert@coxsmith.com

GORDON C. RICHARDS    GCR@ClarkandRichards.com, ALM@ClarkandRichards.com

CHRISTINE A ROBERTS    bankruptcy@rocgd.com

STACY M. ROCHELEAU    stacy@arlawgroup.com, wendy@arlawgroup.com

SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

MICHAEL M. SCHMAHL    mschmahl@mcguirewoods.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

BRIAN D. SHAPIRO    ecf@brianshapirolaw.com,
tiffany@brianshapirolaw.com;brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com;marjorie@b

JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com,
ltreadway@sheacarlyon.com;jshea@sheacarlyon.com;manthony@sheacarlyon.com

SHLOMO S. SHERMAN    ssherman@sheacarlyon.com,
bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;mleavitt@

AMBRISH S. SIDHU    ecfnotices@sidhulawfirm.com

JEFFREY G. SLOANE    gjklepel@yahoo.com, rmcconnell@kssattorneys.com

ALAN R SMITH    mail@asmithlaw.com,
turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com

ADAM M. STARR    starra@gtlaw.com

DAVID A. STEPHENS    dstephens@lvcm.com

ARIEL E. STERN    sterna@ballardspahr.com,
jeromes@ballardspahr.com;mangundayaoc@ballardspahr.com;waltons@ballardspahr.com

PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

ERIC W. SWANIS    swanise@gtlaw.com,
barberc@gtlaw.com;boodtb@gtlaw.com;dittrichr@gtlaw.com;driverv@gtlaw.com;chaoa@gtlaw.com;le

JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com

KAARAN E. THOMAS    kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv)    mmorton@mcdonaldcarano.com

ROLLIN G. THORLEY    rollin.g.thorley@irscounsel.treas.gov

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

C. VAN    michael@nvanlaw.com

ERIC VAN    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

GREGORY J. WALCH    GWalch@Nevadafirm.com

RUSSELL S. WALKER    rwalker@wklawpc.com,
eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

GREGORY L. WILDE    bk@wildelaw.com

RYAN J. WORKS    rworks@mcdonaldcarano.com,
kbarrett@mcdonaldcarano.com;dsampson@mcdonaldcarano.com;aguenther@mcdonaldcarano.com;hve

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

**06-10725-lbr Notice will not be electronically mailed to:**

CELSO ACOSTA
,

ANTHONY G. ADAMS
,

THOMAS J. ALLISON
,

ANDREW K ALPER
6500 WILSHIRE BLVD 17TH FLR
LOS ANGELES, CA 90048

ALVAREZ & MARSAL, LLC
,

ARNOLD R. ALVES
9904 VILLA GRANITO LANE
GRANITE BAY, CA 95746

AMERICAN EXPRESS BANK FSB
PO BOX 3001
MALVERN, PA 19355-0701

ANGELO GORDON & CO
C/O JED HART
245 PARK AVE, 26TH FL
NEW YORK, NY 10167

MICHAEL W ANGLIN
FULBRIGHT & JAWORSKI LLP
2200 ROSS AVE, STE 2800
DALLAS, TX 75201

GUY ARCHER
,

KERIANN M. ATENCIO
PHOENIX, AZ 85016

BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
,

CLARK BARTKOWSKI
P.O. BOX 1180
DARBY, MT 59829

JEAN BARTKOWSKI
P.O. BOX 1180
DARBY, MT 59829

EVAN BEAVERS
1625 HIGHWAY 88, #304
MINDEN, NV 89423

BECKLEY SINGLETON, CHTD.

,

FLOCERFIDA BENINCASA
9359 ROPING COWBOY AVE
LAS VEGAS, NV 89178

JASPER BENINCASA
9359 ROPING COWBOY AVE.
LAS VEGAS, NV 89178

BLAKES HOUSE FLORAL & BALLOON CO
1204 CAMBALLERIA DR
CARSON CITY, NV 89701

BRIAN M. ADAMS, ESQ.

,

JOSHUA D BRYSK
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

DEL BUNCH

,

ERNESTINE BUNCH

,

C RANDALL BUPP
2000 CROW CANYON PL #330
SAN RAMON, CA 94583

C. NICHOLAS PEREOS, ESQ.

,

ELISSA F CADISH
3930 HOWARD HUGHS PKWY, 4TH FLR
LAS VEGAS, NV 89169

JAIRO CASTILLO
C/O ALAN R. SMITH
505 RIDGE
RENO, NV 89501

TITO CASTILLO

13390 PARKSIDE TERRACE
COOPER CITY, FL 33330

TITO CASTILLO
C/O ALAN R. SMITH
505 RIDGE ST
RENO, NV 89501

.

CDW COMPUTER CENTERS INC
C/O RECEIVABLE MANAGEMENT SERVICES
307 INTERNATIONAL CIRCLE, SUITE 270
HUNT VALLEY, MD 21030

A. WILLIAM CEGLIA
3720 POCOHENA COURT
WASHOE VALLEY, NV 89704

RANEE L. CEGLIA
3720 POCOHENA COURT
WASHOE VALLEY, NV 89704

CURTIS F CLARK

,

CLARK COUNTY ASSESSOR'S OFFICE
C/O M W SCHOFIELD
500 S GRAD CENTRAL PKWY
LAS VEGAS, NV 89155

CLARK COUNTY ASSESSOR'S OFFICE
DISTRICT ATTORNEY OFF / K. PHILIPS
500 GRAND CENTRAL PKWY, #5075
LAS VEGAS, NV 89155

HOWARD CONNELL
1001 JENNIS SILVER ST
LAS VEGAS, NV 89145

LORENE CONNELL
1001 JENNIS SILVER ST
LAS VEGAS, NV 89117

WILLIAM D COPE
595 HUMBOLDT ST
RENO, NV 89509

SAM COSTANZA
9809 CANTEBURY ROSE LANE
LAS VEGAS, NV 89134

ROBERT A. COWMAN

1525 WINTERWOOD AVENUE
SPARKS, NV 89434

SANDRA L. COWMAN
1525 WINTERWOOD AVENUE
SPARKS, NV 89434

CICI CUNNINGHAM
9950 WEST CHEYENNE AVENUE
LAS VEGAS, NV 89129
bankruptcy@rocgd.com

VINCE DANELIAN
P.O. BOX 97782
LAS VEGAS, NV 89193

DANIEL AND CLAIRE LISEK
,

GEORGE DAVIS
WEIL GOTHAL & MANGES LLP
767 FIFTH AVENUE
NEW YORK, NY 10153
george.davis@weil.com

DEBT ACQUISITION COMPANY OF AMERICA
,

JOSEPH H. DEUERLING
2602 W LAKE RIDGE SHRS
RENO, NV 89519-5780

DIAMOND MCCARTHY TAYLOR FINLEY & LEE, LLP
,

JOHN C. DUCKLEE
700 FLANDERS RD.
RENO, NV 89511

E. GRACE MARSTON TRUSTEE OF THE MARSTON FAMILY TRUST DATED 08/13/1993
E. MARSTON
1184 CAMANO COURT
SAN JOSE, CA 95122

FRANK A ELLIS
510 S 9TH ST
LAS VEGAS, NV 89101

BONNY K. ENRICO
2072 ALMYRA ROAD
SPARTA, TN 38583-5168

DAVID R. ENRICO
2072 ALMYRA ROAD
SPARTA, TN 38583-5168

ARLEY D FINLEY
DIAMOND MCCARTHY, LLP
6504 BRIDGEPOINT PKWY, STE 400
AUSTIN, TX 78730

FOLEY & LARDNER LLP
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60610

GEORGE D FRAME
601 GREENWAY ROAD, STE D
HENDERSON, NV 89015

FTI CONSULTING, INC.
2 NORTH CENTRAL AVENUE, STE 1200
PHOENIX, AZ 85004

ROBERT B. GEIGER
,

RUTH E. GEIGER
,

GERRARD COX & LARSEN
2450 SAINT ROSE PARKWAY, SUITE 200
HENDERSON, NV 89074

RICHARD D. GREEN
3773 HOWARD HUGHES PKWY, STE 500 NO
LAS VEGAS, NV 89169

GREEN VALLEY SECURE INVESTMENTS
2625 GREEN VALLEY PARKWAY
SUITE 125
HENDERSON, NV 89014

DAVID R. GRIFFITH
STEWRT, HUMPHERYS, TURCHETT, ET. AL.
3120 COHASSET ROAD, SUITE 6
POST OFFICE BOX 720
CHICO, CA 95927

ERNA D. GRUNDMAN
114 E YOLO STREET
ORLAND, CA 95963

JOANNE M. GRUNDMAN
1608 BROWN STREET
CARSON CITY, NV 89701

LORRAINE GUNDERSON
,

WYNN A. GUNDERSON
,

HAIN CAPITAL GROUP, LLC
MEADOWS OFFICE COMPLEX
301 ROUTE 17
16TH FLOOR
RUTHERFORD, NJ 07070

JOHN HANDAL
,

GAYLE HARKINS
,

JANE HENDLER
,

HERMAN M. ADAMS, ESQ.
,

HILCO REAL ESTATE LLC/HILCO REAL ESTATE APPRAISAL, LLC
,

JOHN HINDERAKER
LEWIS & ROCA LLP
ONE S CHURCH AVE, STE 700
TUCSON, AZ 85701-1611

JACK HOGGARD
7022 RUSHWOOD DR.
EL DORADO HILLS, CA 95762-5002

CHARLES HUFF
3426 PINO CIRCLE
LAS VEGAS, NV 89121

HUMPHRY 1999 TRUST
C/O JACK & ALICE HUMPHRY TTEES
3825 CHAMPAGNE WOOD DR
NORTH LAS VEGAS, NV 89031-2056

DAVID W. HUSTON

,

INTERIM COMMITTEE OF CONCERNED INVESTORS

,

PAUL A. JACQUES
810 SE 7TH ST A-103
DEERFIELD BEACH, FL 33441

ANNETTE W JARVIS
POB 45385
SALT LAKE CITY, UT 84145

HARRY JESSUP
2009 WESTLUND DR.
LAS VEGAS, NV 89102

HELEN B. JESSUP
2009 WESTLUND DR.
LAS VEGAS, NV 89102

JOHN L. WADE, TRUSTEE OF THE JOHN L. WADE TRUST DTD 5/8/01
881 LAKE COUNTRY DRIVE
INCLINE VILLAGE, NV 89451

RICHARD E KAMMERMAN
RICHARD KAMMERMAN PC
7200 N MOPAC, SUITE 150
AUSTIN, TX 78731

CONSTANTINE KARIDES
REED SMITH LLP
599 LEXINGTON AVENUE
NEW YORK, NY 10022

LINDA KETTERMAN
321 N. 19TH STREET
ENID, OK 73701

RAY KETTERMAN
321 N. 19TH STREET
ENID, OK 73701

EDWARD KLINE
9932 ARBUCKLE DRIVE
LAS VEGAS, NV 89134

MARCIA J. KNOX

,

BETTY KOLSTRUP

1830 BALBOA DRIVE
RENO, NV 89503

MATTHEW J. KREUTZER
HALE LANE PEEK DENNISON AND HOWARD
3930 HOWARD HUGHES PARKWAY
FOURTH FLOOR
LAS VEGAS, NV 89169

GERALD LABOSSIERE

,

LUCILLE LABOSSIERE

,

REID W. LAMBERT
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

JASON G LANDESS
7054 BIG SPRINGS COURT
LAS VEGAS, NV 89113

CYNTHIA J LARSEN
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 CAPITOL MALL, STE 3000
SACRAMENTO, CA 95814

MARC A. LEVINSON
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 CAPITOL MALL, STE 30000
SACRAMENTO, CA 95814-4497

GERALD LEWIS

,

JUDITH LEWIS

,

LEWIS AND ROCA LLP
3993 HOWARD HUGHES PKWY, #600
LAS VEGAS, NV 0

ELIZABETH R. LOVERIDGE
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

LEE D. MACKSON
SHUTTS & BOWEN LLP

1500 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131

STUART MADSEN
5843 VALLE VISTA COURT
GRANITE BAY, CA 95746

JERROLD T. MARITIN
8423 PASO ROBLES
NORTHRIDGE, CA 91325

TERRY MARKWELL
12765 SILVER WOLF ROAD
RENO, NV 89511

RICHARD J. MASON
130 PINETREE LANE
RIVERWOODS, IL 60015

JAMES E. MCKNIGHT
,

KATE O. MCMONIGLE
MARKUN ZUSMAN & COMPTON LLP
465 CALIFORNIA STREET, 5TH FLOOR
SAN FRANCISCO, CA 94104

CRAIG MEDOFF
3110 LARKWOOD CREEK
FALLBROOK, CA 92028

D G MENCHETTI
POB 7100
INCLINE VILLAGE, NV 89450

JAY L. MICHAELSON
7 W FIGUEROA ST., 2ND FLR
SANTA BARBARA, CA 93101

MMS
MEETING MANAGEMENT SERVICES, INC.
1201 NEW JERSEY AVE., NW
WASHINGTON, DC 20001

MICHAEL P. MOLLO
316 S. BROADWAY #B
REDONDO BEACH, CA 90277

DOUGLAS M MONSON
RAY QUINNEY & NEBEKER P.C.

36 SOUTH STATE STREET, STE 1400
PO BOX 45385
SALT LAKE CITY, UT 84145-0385

NASON,YEAGER, GERSON, WHITE & LIOCE, P.A.
,

HOWARD S. NEVINS
2150 RIVER PLAZA DR., #450
SACRAMENTO, CA 95833

STEVEN R ORR
RICHARDS WATSON & GERSHON
355 SOUTH GRAND AVENUE, 40TH FLOOR
LOS ANGELES, CA 90071

ORRICK HERRINGTON & SUTCLIFFE LLP
400 CAPITOL MALL #3000
SACRAMENTO, CA 95814-4497

ORRICK, HERRINGTON & SUTCLIFFE, LLP
,

CRAIG ORROCK
,

AARON I. OSHEROW
8025 MARYLAND AVENUE
APT 10-C
ST. LOUIS, MO 63105

RONALD H. PACHECO
,

CHRISTINE M PAJAK
STUTMAN TREISTER & GLATT
1901 AVENUE OF THE STARS, 12TH FLOOR
LOS ANGELES, CA 90067
, ekarasik@stutman.com

ANDREW M PARLEN
,

J STEPHEN PEEK
3930 HOWARD HUGHES PKWY, 4TH FLR
LAS VEGAS, NV 89109

NANCY A. PETERMAN
GREENBERG TRAURIG, LLP
77 W. WACKER DR., SUITE 2500
CHICAGO, IL 60601

PHILLIPS, CANTOR & BERLOWITZ, P.A.
4000 HOLLYWOOD BLVD., SUITE 375-SOUTH
HOLLYWOOD, FL 33021

KRIS PICKERING
ROSA SOLIS-RAINEY, ESQ.
300 SOUTH FOURTH STREET
LAS VEGAS, NV 89101

COLLEEN POINDEXTER
60 JOANN CT.
WALNUT CREEK, CA 94597

R&N REAL ESTATE INVESTMENTS
3990 VEGAS DRIVE
LAS VEGAS, NV 89108

RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, SUITE 1400
P.O. BOX 45385
SALT LAKE CITY, UT 84145

MICHAEL RICCI
,

LARRY L. RIEGER
,

PATSY R. RIEGER
,

ROBERT W. ULM, TRUSTEE OF THE ULM LIVING TRUST
,

R J ROCCO
12617 COTTAGEVILLE LANE
KELLER, TX 76248

NANCY E. ROMMEL
TRUSTEE OF ROMMEL FAMILY TRUST - 10/6/78
,

ROYAL VACATION SUITES, INC.
,

S & J ENTERPRISE INVESTMENTS, INC.
,

NICHOLAS J SANTORO
400 S FOURTH ST 3RD FLOOR

LAS VEGAS, NV 89101

SANTORO DRIGGS WALCH KEARNEY JOHNSON & THOMPSON
,

SCC ACQUISITION CORP.
,

JAMES G SCHWARTZ
7901 STONERIDGE DR #401
PLEASANTON, CA 94588

SCHWARTZER & MCPHERSON LAW FIRM
2850 S. JONES BLVD., #1
LAS VEGAS, NV 89146

LOIS MAE SCOTT
,

ROBERT J. SCOTT
,

JAMES E SHAPIRO
GERRARD, COX & LARSEN
2450 ST ROSE PKWY #200
LAS VEGAS, NV 89119

JAMES SHAW
14225 PRAIRIE FLOWER CT
RENO, NV 89511-6710

SHEA & CARLYON, LTD.
228 S 4TH ST 1ST FL
LAS VEGAS, NV 89101

SIERRA CONSULTING GROUP, LLC
,

SIERRA HEALTH SERVICES, INC.
ATTN: FRANK COLLINS, ESQ.
2724 N. TENAYA WAY
P.O. BOX 15645
LAS VEGAS, NV 89114-5645

CHARLES SMALL
12450 E. 38TH PLACE
YUMA, AZ 85367

ULRICH W SMITH
3990 VEGAS DR
LAS VEGAS, NV 89108

WENDY W. SMITH
BINDER & MALTER, LLP
2775 PARK AVENUE
SANTA CLARA, CA 95050

PATRICIA K. SMOOTS
318 N GROVE
OAK PARK, IL 60302

SNELL & WILMER LLP
3883 HOWARD HUGHES PKWY #1100
LAS VEGAS, NV 89101

DERRICK A. SPATORICO
PHETERSON, STEN, CALABRESE & NEILANS,
THE WILDER BLDG
ONE EAST MAIN ST # 150
ROCHESTER, NY 14614

BRADLEY J STEVENS
3300 N CENTRAL AVE
PHOENIX, AZ 85012

THOMAS W STILLEY
1000 SW BROADWAY #1400
PORTLAND, OR 97205

STEVEN C STRONG
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, STE 1400
SALT LAKE CITY, UT 84145-0385

STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
1901 AVENUE OF THE STARS, 12TH FLR
LOS ANGELES, CA 90067

ROBERT SUSSKIND
9900 WILBUR MAY PARKWAY #206
RENO, NV 89521

BEVERLY SWEZEY
,

DONALD SWEZEY
,

TANAMERA RESORT CONDOMINIUMS, LLC
,

EVALYN C TAYLOR

,

TECHNOLOGY INVESTMENT PARTNERS, L.L.C.
ATTN: STACEY L. FARMER
40950 WOODWARD AVENUE
SUITE 201
BLOOMFIELD HILLS, MI 48304-5128

THE COSTANZA 1987 DECEDENT'S TRUST
C/O SAM COSTANZA
9809 CANTEBURY ROSE LANE
LAS VEGAS, NV 89134

THE LARRY L. RIEGER AND PATSY R. RIEGER REVOCABLE TRUST DTD 8/14/91
C/O LARRY & PATSY RIEGER, TRUSTEES
2615 GLEN EAGLES DRIVE
RENO, NV 89523

JACK S. TIANO

,

U.S. BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
125 S GRAND AVE
PASADENA, CA 91105

U.S. BANKRUPTCY COURT

,

UNITED STATES DISTRICT COURT

,

PEGGY ANN VALLEY
4843 SOUTH POINT
DISCOVERY BAY, CA 94514

ROY R. VENTURA

,

ROBERT VERCHOTA
C/O JEFFREY A COGAN, ESQ
3990 VEGAS DRIVE
LAS VEGAS, NV 89108

WALLS FAMILY TRUST DTD 12/10/97
C/O JOSEPH P & ELLEN WALLS
2778 BEDFORD WAY
CARSON CITY, NV 89703

WANDA WRIGHT TRUSTEE FOR THE WANDA WRIGHT TRUST 6-14-99

,

JOYCE WATSON
10612 BLACK IRON ROAD
LOUISVILLE, KY 40291

STEVE WATSON
10612 BLACK IRON ROAD
LOUISVILLE, KY 40291

ROLLAND P. WEDDELL
C/O MATTHEW J. KREUTZER, ESQ.
3930 HOWARD HUGHES PKWY, 4TH FLR
LAS VEGAS, NV 89169

AUDREY WHIGHTSIL
12450 E. 38TH PLACE
YUMA, AZ 85367

GAIL WILCOX
PO BOX 1051
MINDEN, NV 89423

STEVE WILCOX
PO BOX 1051
MINDEN, NV 89423

WILLIAM E WINFIELD
POB 9100
OXNARD, CA 93031

MARION E. WYNNE
WILKINS, BANKESTER, BILES & WYNNE, P.A.
POST OFFICE BOX 1367
FAIRHOPE, AL 36533-1367

MICHAEL YODER
DIAMOND MCCARTHY, LLP
909 FANNIN, STE 1500
HOUSTON, TX 77010

OSVALDO LIVING TRUST ZUNINO
3575 TIOGA WAY
LAS VEGAS, NV 89109

RAYMOND J. ZURFLUH
5719 CONSTITUTION WAY
REDDING, CA 96003-7517

SHIRLEY J. ZURFLUH
5719 CONSTITUTION WAY
REDDING, CA 96003-7517