Entered on Docket
March 10, 2008

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA Commercial Mortgage Company, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[1] |
| USA Capital Realty Advisors, LLC, | Case No. BK-S-06-10729-LBR[2] |
| USA Capital Diversified Trust Deed Fund, LLC, | CHAPTER 11 |
| USA Capital First Trust Deed Fund, LLC,[1] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA Securities, LLC,[2] | |
| Debtors. | **ORDER SUSTAINING SEVENTH OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED, IN WHOLE OR IN PART, UPON INVESTMENT IN THE ONE POINT STREET, LLC – HFA NORTH YONKERS LOAN** |
| Affects: | |
| ☐ All Debtors | |
| ☒ USA Commercial Mortgage Company | |
| ☐ USA Capital Realty Advisors, LLC | |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | Date of Hearing: February 21, 2008 |
| ☐ USA Capital First Trust Deed Fund, LLC | Time of Hearing: 9:30 a.m. |
| ☐ USA Securities, LLC | |

---

[1] This bankruptcy case was closed on October 12, 2007.
[2] This bankruptcy case was closed on December 26, 2007.

235248.1

Pending before the Court is the USACM Liquidating Trust's Seventh Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in the One Point Street, LLC – HFA North Yonkers Loan (the "Objection") [DE 5698]. Adequate notice of the Objection was given. The Court heard the Objection on February 21, 2008. No responses were filed to the Objection and no opposition was raised at the hearing. Good cause appearing,

IT IS ORDERED:

- Sustaining the Objection;
- Disallowing the Proofs of Claim listed on Exhibit A attached to the extent they are based upon an investment in the One Point Street, LLC – HFA North Yonkers Loan. The Proofs of Claim listed in Exhibit A are not affected by this order to the extent they are based upon an investment in a loan(s) other than the One Point Street, LLC – HFA North Yonkers Loan; and
- Reserving the right of any party in interest, including the USACM Trust, to further object to the Proofs of Claim listed on Exhibit A attached.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
    John Hinderaker
*Attorneys for USACM Liquidating Trust*

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐   The Court waived the requirements of approval under LR 9021.

☐   No parties appeared or filed written objections, and there is no trustee appointed in the case.

☒   No opposition was filed to the motion and no other party or counsel appeared at the hearing.

☐   I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing, and any trustee appointed in the case, and each has approved or disapproved the order, or failed to respond, as indicated below:

**LEWIS AND ROCA LLP**


By:   /s/ RC (#0006593)
      Susan M. Freeman
      Rob Charles
      John Hinderaker
*Attorneys for USACM Liquidating Trust*

235248.1

HFA – North Yonkers
Multiple Loan Claims

# EXHIBIT A
Seventh Omnibus Objection

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFA - North Yonkers Loan |
|---|---|---|---|---|
| 10725-02090 | Robert William Ulm IRA | Pensco Trust Company Custodian<br>414 Morning Glory Road<br>St. Marys, GA  31558-4139 | $707,753.00 | $100,000.00 |
| 10725-02163 | Marietta Voglis | 201 E. 79th Street<br>New York, NY  10021-0844 | $724,292.85 | $65,000.00 |
| 10725-01643 | Carmel Winkler Trustee of Winkler Family Trust | Carmel and Rudolf Winkler Trustees<br>Louis and Norman Teeter<br>Robert Teeter<br>4201 Via Marina, Suite 300<br>Marina del Rey, CA  90292 | $32,254.00 | $12,500.00 |
| 10725-01645 | Winkler Family Trust Dated 3/13/86 | c/o Rudolf and Carmel Winkler Trustees<br>10000 Rossbury Place<br>Los Angeles, CA  90064-4826 | $148,806.00 | $12,500.00 |
| 10725-02279 | Winkler Family Trust Dated 3/13/86 | Carmel And Rudolf Winkler Trustee<br>10000 Rossbury Place<br>Los Angeles, CA  90064-4826 | 605,317.99 | $50,000.00 |
| 10725-02280 | Winkler Family Trust Dated 3/13/86 | Carmel Winkler Trustees<br>10000 Rossbury Place<br>Los Angeles, CA  90064-4826 | $130,215.22 | $50,000.00 |

232876.1