**Entered on Docket**
**March 11, 2008**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone:   (916) 447-9200
Facsimile:   (916) 329-4900
Email:       malevinson@orrick.com
             jhermann@orrick.com

Robert R. Kinas (Nevada Bar No. 6019)
Claire Y. Dossier (Nevada Bar No. 10030)
SNELL & WILMER LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone:   (702) 784-5200
Fax:         (702) 784-5252
Email:       rkinas@swlaw.com
             cdossier@swlaw.com

*ATTORNEYS FOR USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>           Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>           Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>           Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>           Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>           Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | **ORDER REQUIRING ROBERT A. RUSSELL TO APPEAR FOR EXAMINATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE RULE 2004** |

4166071

1    This Court having read and considered the Ex Parte Application For Order Requiring Robert A. Russell to Appear for Examination Pursuant to Federal Rule of Bankruptcy Procedure Rule 2004, filed by USA Capital Diversified Trust Deed Fund, LLC ("DTDF"), and for good cause appearing:

IT IS HEREBY ORDERED that Robert A. Russell appear for examination at the offices of FTI Consulting, Inc., One Renaissance Square, Two North Central Avenue, Suite 1200, Phoenix, AZ 85004-2322, on a business day no earlier than ten (10) days after the filing of the Application, and no later than April 4, 2008 (or at such other mutually agreeable location, date, and time).

IT IS FURTHER ORDERED that oral examination shall continue from day to day, as necessary.

PREPARED AND RESPECTFULLY SUBMITTED BY:

SNELL & WILMER L.L.P.

By: _____
Robert Kinas (Nevada Bar No. 6019)
Claire Y. Dossier (Nevada Bar No. 10030)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV  89169

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capital Mall, Suite 3000
Sacramento, CA 95814-4497

*Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

### #

4166071

- 2 -