**LEWIS** AND
**ROCA** LLP
L A W Y E R S

E-Filed on 3/11/08

1  3993 Howard Hughes Parkway, Suite 600
   Las Vegas, NV 89169-5996
   Facsimile (702) 949-8321
2  Telephone (702) 949-8320

3  40 North Central Avenue, Suite 1900
   Phoenix, Arizona  85004-4429
   Facsimile (602) 734-3824
4  Telephone (602) 262-5756

   **Susan M. Freeman** AZ State Bar No. 004199
   Email: sfreeman@lrlaw.com
5  **Rob Charles** NV State Bar No. 006593
   Email:  rcharles@lrlaw.com

6  Attorneys for USACM Liquidating Trust

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA Commercial Mortgage Company, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[1] |
| USA Capital Realty Advisors, LLC, | Case No. BK-S-06-10729-LBR[2] |
| USA Capital Diversified Trust Deed Fund, LLC, | CHAPTER 11 |
| USA Capital First Trust Deed Fund, LLC,[1] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA Securities, LLC,[2] | |
| Debtors. | **NOTICE OF ENTRY OF ORDER SUSTAINING SEVENTEENTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS FOR LACK OF DOCUMENTATION** |
| **Affects:** ☐ All Debtors ☒ USA Commercial Mortgage Company ☐ USA Capital Realty Advisors, LLC ☐ USA Capital Diversified Trust Deed Fund, LLC ☐ USA Capital First Trust Deed Fund, LLC ☐ USA Securities, LLC | |

**PLEASE TAKE NOTICE** that an Order Sustaining Seventeenth Omnibus Objection of the USACM Liquidating Trust to Claims for Lack of Documentation [DE 5932] was entered on the 7th day of March 2008, a true and correct copy of which is attached hereto as Exhibit 1.

---

[1] This bankruptcy case was closed on October 12, 2007.

[2] This bankruptcy case was closed on December 26, 2007.

1913654.1

LEWIS AND ROCA LLP
LAWYERS

RESPECTFULLY SUBMITTED March 11, 2008.

**LEWIS AND ROCA LLP**


By  /s/ RC (#006593)
    Susan M. Freeman
    Rob Charles
*Attorneys for USACM Liquidating Trust*

PROOF OF SERVICE

Copy of the foregoing mailed by First Class, US Mail, postage prepaid, on March 11, 2008 to the parties listed on Exhibit A to the attached order.

 /s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca

2

1913654.1