E-Filed on 03/11/08

1

2   **DIAMOND MCCARTHY LLP**              **LEWIS AND ROCA LLP**
    909 Fannin, Suite 1500                3993 Howard Hughes Parkway, Suite 600
3   Houston, Texas 77010                  Las Vegas, NV 89169-5996
    Telephone (713) 333-5100              Telephone (702) 949-8320
    Facsimile (713) 333-5199              Facsimile  (702) 949-8321

4   Allan B. Diamond, TX State Bar No. 05801800        Susan M. Freeman, AZ State Bar No. 004199
    Email: adiamond@diamondmccarthy.com                Email: sfreeman@lrlaw.com
    Eric D. Madden, TX State Bar No. 24013079          Rob Charles, NV State Bar No. 006593
5   Email: emadden@diamondmccarthy.com                 Email: rcharles@lrlaw.com

6   Special Litigation Counsel for USACM Liquidating Trust        Counsel for USACM Liquidating Trust

7             **UNITED STATES BANKRUPTCY COURT**
                     **DISTRICT OF NEVADA**
8

9   In re:

10  USA COMMERCIAL MORTGAGE             Case No. BK-S-06-10725-LBR
    COMPANY,                            Case No. BK-S-06-10726-LBR
                                        Case No. BK-S-06-10727-LBR
11  USA CAPITAL REALTY ADVISORS,        Case No. BK-S-06-10728-LBR
    LLC,                                Case No. BK-S-06-10729-LBR
12
    USA CAPITAL DIVERSIFIED TRUST       CHAPTER 11
13  DEED FUND, LLC,
                                        Jointly Administered Under Case No.
14  USA CAPITAL FIRST TRUST DEED        BK-S-06-10725 LBR
    FUND, LLC,
15                                      **MOTION FOR ORDER REQUIRING**
    USA SECURITIES, LLC,                **BRYAN CAVE LLP TO PRODUCE**
16                        Debtors.      **ONE OR MORE CORPORATE**
                                        **REPRESENTATIVES FOR**
17    **Affects:**                      **EXAMINATION PURSUANT TO**
        ☐ All Debtors                   **FEDERAL RULE OF**
18      ☒ USA Commercial Mortgage Company   **BANKRUPTCY PROCEDURE 2004**
        ☐ USA Capital Realty Advisors, LLC
19      ☐ USA Capital Diversified Trust Deed Fund, LLC   [No hearing required]
        ☐ USA Capital First Trust Deed Fund, LLC
20      ☐ USA Securities, LLC

21

22

23          Pursuant to Federal Rule of Bankruptcy Procedure 2004, the USACM Liquidating

24  Trust (the "Trust") hereby moves this Court for an order requiring Bryan Cave LLP

25  ("Bryan Cave") to produce one or more corporate representatives, as set forth in the

26  subpoena to be issued under Federal Rule of Bankruptcy Procedure 9016, to appear for

                                                                                    132980.1

1
2
3
4
5
6

examination at the office of Bryan Cave LLP, One Metropolitan Square, 211 North Broadway, Suite 3600, St. Louis, Missouri 63102-2750, on a business day no earlier than ten (10) business days after the filing of this Motion and no later than April 10, 2008 (or at such other mutually agreeable location, date, and time) and continuing from day to day thereafter until completed.

7
8
9

This Motion is further explained in the following Memorandum.

## Memorandum

10
11
12
13
14
15
16

On March 7, 2007, the Trust filed its original Motion for Order Requiring Bryan Cave LLP to Produce One or More Corporate Representatives for Examination Pursuant to Fed. R. Bankr. P. 2004 (the "Original Rule 2004 Motion") (Docket Entry 3010).   On March 9, 2007, the Court entered its Order Requiring Bryan Cave LLP to Produce One or More Corporate Representatives for Examination Pursuant to Fed. R. Bankr. P. 2004 (the "Original Rule 2004 Order") (Docket Entry 3033).

17
18
19
20
21
22
23
24
25

The Trust subsequently issued and served a Rule 2004 subpoena on Bryan Cave.  In response, Bryan Cave filed a Motion to Quash Subpoena or, in the Alternative, for Protective Order in the United States Bankruptcy Court for the Eastern District of Missouri (under Miscellaneous Action No. 07-00401-A659).   On November 8, 2007, following a series of negotiations, the Trust and Bryan Cave entered into a Stipulation and Order Regarding Motion to Quash Subpoena or, In the Alternative, for Protective Order (the "Stipulation") that was approved by the United States Bankruptcy Court for the

26

Eastern District of Missouri.  A true and correct copy of the Stipulation is attached hereto as <u>Exhibit A</u>.

Pursuant to the terms of the Stipulation, Bryan Cave is not required to produce a representative for examination pursuant to the subpoena that was issued under the Original Rule 2004 Order.  However, paragraph AA of the Stipulation expressly states that the Trust may seek leave of the Court to conduct an examination of a designated representative of Bryan Cave following the conclusion of a review of the documents produced to the Trust.  Representatives of the Trust recently conducted a review of documents at the offices of Bryan Cave on March 10 and 11, 2008.

The Trust therefore seeks authority from this Court to conduct an examination under Rule 2004 of a designated representative of Bryan Cave who can give information concerning various transactions and other dealings between USACM, the other debtors in the above-captioned cases (together with USACM, the "Debtors"), and the Debtors' affiliates, subsidiaries, parents, or otherwise related entities.[1]  The Trust seeks this information to assist in the collection of the assets and the investigation of the liabilities of the Debtors.

The requested discovery from Bryan Cave is well within the scope of examination permitted under Bankruptcy Rule 2004, which includes:

> [t]he acts, conduct, or property or . . . the liabilities and financial condition of the debtor, or … any matter which may affect the administration of the

---

[1] The Trust seeks a designated representative to testify on various matters, including the scope of Bryan Cave's representation the Debtors and related entities, the reasons why Bryan Cave terminated its relationship with the Debtors, the options that Bryan Cave considered or recommended in lieu of such termination, and other matters to be identified in a Rule 2004 subpoena.

debtor's estate, or to the debtor's right to a discharge. In a . . . reorganization case under chapter 11 of the Code, . . . the examination may also relate to the operation of any business and the desirability of its continuance, the source of any money or property acquired or to be acquired by the debtor for purposes of consummating a plan and the consideration given or offered therefore, and any other matter relevant to the case or to the formulation of a plan.[2]

## <u>Conclusion</u>

Accordingly, the Trust requests that this Court enter the form of order submitted with this Motion.

Dated:  March 11, 2008.

**DIAMOND MCCARTHY LLP**                              **LEWIS AND ROCA LLP**

By: ____*/s/ Eric D. Madden*_____        By: ____*/s/ Rob Charles*_____
Allan B. Diamond, TX 05801800 (pro hac vice)    Susan M. Freeman, AZ 4199 (pro hac vice)
William T. Reid, IV, TX 00788817 (pro hac vice)  Rob Charles, NV 6593
Eric D. Madden, TX 24013079 (pro hac vice)       3993 Howard Hughes Parkway, Suite 600
909 Fannin, Suite 1500                          Las Vegas, Nevada  89169-5996
Houston, Texas 77010                            (702) 949-8320(telephone)
(713) 333-5100 (telephone)                      (702) 949-8321(facsimile)
(713) 333-5199 (facsimile)

*Special Litigation Counsel for*
*USACM Liquidating Trust*                        *Counsel for USACM Liquidating Trust*

---

[2] FED. R. BANKR. P. 2004(b).