

Entered on Docket
March 12, 2008

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

---

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[1]<br><br>USA SECURITIES, LLC,[2]<br>                          Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING SECOND OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED, IN WHOLE OR IN PART, UPON INVESTMENT IN THE HOMES FOR AMERICA HOLDING, LLC – RIVIERA 2ND DEED OF TRUST LOAN**<br><br>Date of Hearing: February 21, 2008<br>Time of Hearing: 9:30 a.m. |

---

[1] This bankruptcy case was closed on October 12, 2007.
[2] This bankruptcy case was closed on December 26, 2007.

235251.1

Pending before the Court is the USACM Liquidating Trust's Second Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in the Homes for America Holding, LLC – Riviera 2nd Deed of Trust Loan (the "Objection") [DE 5650]. Adequate notice of the Objection was given. The Court heard the Objection on February 21, 2008. No responses were filed to the Objection and no opposition was raised at the hearing. Good cause appearing,

IT IS ORDERED:

- Sustaining the Objection;
- Disallowing the Proofs of Claim listed on Exhibit A attached to the extent they are based upon an investment in the Homes for America Holding, LLC – Riviera 2nd Deed of Trust Loan. The Proofs of Claim listed in Exhibit A are not affected by this order to the extent they are based upon an investment in a loan(s) other than the Homes for America Holding, LLC – Riviera 2nd Deed of Trust Loan; and
- Reserving the right of any party in interest, including the USACM Trust, to further object to the Proofs of Claim listed on Exhibit A attached.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
Susan M. Freeman
Rob Charles
John Hinderaker
*Attorneys for USACM Liquidating Trust*

235251.1

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

- ☐ The Court waived the requirements of LR 9021.

- ☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing regarding this matter and/or who filed a written objection and each has:

    - ☐ approved the form of this order;
    - ☐ waived the right to review the order;
    - ☐ failed to file and serve papers in accordance with LR 9021(c); and/or
    - ☐ failed to sign and return this proposed order within five (5) business days in accordance with LR 9021(b).

- ☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order.

- ☒ No opposition was filed and no other party or counsel appeared at the hearing.

**LEWIS AND ROCA LLP**

By:  /s/ RC (#0006593)
  Susan M. Freeman
  Rob Charles
  John Hinderaker
*Attorneys for USACM Liquidating Trust*

# EXHIBIT A

HFA – Riviera 2nd
Second Omnibus Objection
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFA - Riviera 2nd Loan |
|---|---|---|---|---|
| 10725-00153 | APG Trust Dated 7/5/00 | c/o Alex G. Gassiot Trustee<br>3710 Clover Way<br>Reno, NV 89509 | 250,260.00 | 50,000.00 |
| 10725-02397 | William A. and Angel J. Banos | 7431 Dorie Drive<br>West Hills, CA 91307-5277 | 564,000.00 | 50,000.00 |
| 10725-00900 | Eric T. and Dolores Y. Erickson | 1455 Superior Ave #342<br>Newport Beach, CA 92663-6125 | 390,000.00 | 50,000.00 |
| 10725-00154 | Joan B. Gassiot Trust 1987 Dated 8/7/87 | Joan B. Gassiot<br>4050 Bitter Creek Court<br>Reno, NV 89509-0609 | 152,000.00 | 50,000.00 |
| 10725-01687 | Homfeld II LLC | 2515 N. Atlantic Blvd.<br>Ft. Lauderdale, FL 33305-1911 | $2,861,221.63 | $1,031.91 |
| 10725-02233 | Eddie Mayo and Jocelyne Helzer Joint Tenants | 115 South Deer Run Road<br>Carson City, NV 89701 | 255,953.23 | 50,000.00 |
| 10725-02289 | 2001 Michael T. McGrath Revoc Trust Dated 12/11/01 | Michael T Mcgrath Trustee<br>66 Schanda Drive<br>Newmarket, NH 03857-2151 | 268,660.73 | 39,000.00 |
| 10725-00854 | George J. Motto | Joe Laxague, Esq.<br>Cane Clark LLP<br>3272 E. Warm Springs<br>Las Vegas, NV 89120 | 550,000.00 | 100,000.00 |
| 10725-02026 | Richard and Michele Nevins Joint Tenants | 1547 Bob Goalby Lane<br>El Paso, TX 79935 | 1,399,379.81 | 210,000.00 |

231657.1