Israel Goldowitz, Chief Counsel  
Karen L. Morris, Deputy Chief Counsel  
James L. Eggeman, Assistant Chief Counsel, VA Bar No. 37101[*]  
Frank A. Anderson, Attorney, D.C. Bar No. 478234[**]  
Erika E. Barnes, Attorney, Cal. Bar No. 197309[**]  
PENSION BENEFIT GUARANTY CORPORATION  
Office of the Chief Counsel  
1200 K Street, NW, Suite 340  
Washington, D.C.  20005-4026  
Tel: (202) 326-4020, ext. 3759  
Fax: (202) 326-4112  
anderson.frank@pbgc.gov and efile@pbgc.gov  

and  

Gregory A. Brower  
United States Attorney, District of Nevada, NV Bar No. 5232  
Carlos A. Gonzalez  
Assistant United States Attorney  
333 Las Vegas Blvd. South, Suite 5000  
Las Vegas, Nevada 89101  
Tel:  (702) 388-6336  
Fax:  (702) 388-6787  
Carlos.Gonzalez2@usdoj.gov  

Attorneys for Pension Benefit Guaranty Corporation

Electronically Filed:  
March 14, 2008

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725 LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10726 LBR |
| Debtor. | Case No. BK-S-06-10727 LBR |
| In re: | Case No. BK-S-06-10728 LBR |
| USA CAPITAL REALTY ADVISORS, LLC | Case No. BK-S-06-10729 LBR |
| Debtor. | |
| In re: | Chapter 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | |
| Debtor. | Jointly Administered Under |
| In re: | Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | |
| Debtor. | |
| In re: | Hearing Date: April 17, 2008 |
| USA SECURITIES, LLC | Hearing Time: 9:30 a.m. |
| Debtor. | |

---

[*]  Motion to permit appearance of government attorney pending.  
[**]  Admitted pro hac vice.

## CERTIFICATE OF SERVICE

I, Frank A. Anderson, served copies of the **PBGC'S RESPONSE TO THE SUPPLEMENTAL OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIM NO. 791 OF THE PBGC**, by the Courts ECF System (See attached Notice of Electronic Filing).

                                                /s/ Frank A. Anderson
                                                Frank A. Anderson