Electronically filed March \_\_14\_\_, 2008

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA  95814-4497
Telephone:  (916) 447-9200
Facsimile:  (916) 329-4900
Email:  malevinson@orrick.com
         jhermann@orrick.com
*Attorneys for USA Capital*
*Diversified Trust Deed Fund, LLC*

Robert Kinas (Nevada Bar No. 6019)
Claire Y. Dossier (Nevada Bar No. 10030)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV  89169
Telephone:  (702) 784-5200
Facsimile:  (702) 784-5252
Email: rkinas@swlaw.com
        cdossier@swlaw.com

*Snell & Wilmer*
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                        Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                        Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>                                        Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                        Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                                        Debtor. | **NOTICE OF ENTRY OF ORDER** |
| Affects:<br>  ☐   All Debtors<br>  ☐   USA Commercial Mortgage Company<br>  ☐   USA Securities, LLC<br>  ☐   USA Capital Realty Advisors, LLC<br>  ☒   USA Capital Diversified Trust Deed Fund, LLC<br>  ☐   USA First Trust Deed Fund, LLC | |

/ / /

/ / /

/ / /

/ / /

8639230.1

1    PLEASE TAKE NOTICE that an Order Requiring Russell A D Development Group, LLC

2   to Produce One or More Representatives for Examination Pursuant to Federal Rule of Bankruptcy

3   Procedure Rule 2004 was entered in Case No. 06-10725 [Docket No. 5959] on March 11, 2008.

4   A copy of said Order is attached hereto as Exhibit A.

5    Dated this 14ᵗʰ day of March, 2008.

6

7                                SNELL & WILMER LLP

8

9                        By: _____
                             Robert Kinas (Nevada Bar No. 6019)
10                           Claire Y. Dossier (Nevada Bar No. 10030)
                             3883 Howard Hughes Parkway, Suite 1100
11                           Las Vegas, NV  89169
                             Telephone:  (702) 784-5200
12
                             Marc A. Levinson (California Bar No. 57613)
13                           Jeffery D. Hermann (California Bar No. 904445)
                             ORRICK, HERRINGTON & SUTCLIFFE LLP
14                           400 Capital Mall, Suite 3000
                             Sacramento, CA 95814-4497
15
                             *Attorneys for USA Capital Diversified Trust Deed Fund,*
16                           *LLC*

17

18

19

20

21

22

23

24

25

26

27

28

8639230.1

- 2 -

# EXHIBIT A

# EXHIBIT A

Case: 06-10725-lbr    Doc #: 5959    Filed: 03/11/2008    Page: 1 of 2

**Entered on Docket**
**March 11, 2008**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone:    (916) 447-9200
Facsimile:    (916) 329-4900
Email:    malevinson@orrick.com
    jhermann@orrick.com

Robert R. Kinas (Nevada Bar No. 6019)
Claire Y. Dossier (Nevada Bar No. 10030)
SNELL & WILMER LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone:    (702) 784-5200
Fax:    (702) 784-5252
Email:    rkinas@swlaw.com
    cdossier@swlaw.com

*ATTORNEYS FOR USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC*

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐   All Debtors<br>☐   USA Commercial Mortgage Company<br>☐   USA Securities, LLC<br>☐   USA Capital Realty Advisors, LLC<br>☒   USA Capital Diversified Trust Deed Fund, LLC<br>☐   USA First Trust Deed Fund, LLC | **ORDER REQUIRING RUSSELL A D DEVELOPMENT GROUP, LLC TO PRODUCE ONE OR MORE REPRESENTATIVES FOR EXAMINATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE RULE 2004** |

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

4166197

1        This Court having read and considered the Ex Parte Application For Order Requiring

2    Russell A D Development Group, LLC to Produce One or More Representatives for Examination

3    Pursuant to Federal Rule of Bankruptcy Procedure 2004 (the "Application") filed by USA Capital

4    Diversified Trust Deed Fund, LLC ("DTDF"), and for good cause appearing:

5        IT IS HEREBY ORDERED that Russell A D Development Group, LLC produce one or

6    more representatives, as set forth in the subpoena to be issued under Federal Rule of Bankruptcy

7    Procedure 9016, to appear for examination at the offices of FTI Consulting, Inc., Two North

8    Central Avenue, Suite 1200, Phoenix, Arizona, 85004, on a business day no earlier than ten (10)

9    days after the filing of the Application, and no later than April 4, 2008 (or at such other mutually

10    agreeable location, date, and time), and continuing from day to day thereafter until completed.

11    PREPARED AND RESPECTFULLY SUBMITTED BY:

12    SNELL & WILMER L.L.P.

13

14    By: _____

    Robert Kinas (Nevada Bar No. 6019)
    Claire Y. Dossier (Nevada Bar No. 10030)

15        3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV 89169

16

17        Marc A. Levinson (California Bar No. 57613)
    Jeffery D. Hermann (California Bar No. 90445)

18        ORRICK, HERRINGTON & SUTCLIFFE LLP
    400 Capital Mall, Suite 3000

19        Sacramento, CA 95814-4497

20    *Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

21

22                          # # #

23

24

25

26

27

28

4166197

- 2 -

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200