LEWIS AND ROCA LLP
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 3/14/08

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[1]<br><br>USA SECURITIES, LLC,[2]<br><br>                    Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>Chapter 11 Cases<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>Judge Linda B. Riegle Presiding<br><br>**MOTION TO CONSOLIDATE USACM LIQUIDATING TRUST'S AMENDED OBJECTION TO THE ALLOWANCE OF LOS VALLES LAND & GOLF'S CLAIM WITH ADVERSARY CASE NO. 08-01058**<br><br>**Hearing Date:** May 8, 2008<br>**Hearing Time:** 10:30 a.m. |

Pursuant to the Federal Rules of Bankruptcy Procedure, Rules 3007 and 7001, the USACM Liquidating Trust (the "USACM Trust") moves to consolidate the resolution of

---

[1] This bankruptcy case was closed on October 12, 2007.

[2] This bankruptcy case was closed on December 26, 2007.

its Amended Objection to Claim No. 10725-01366 filed by Los Valles Land & Golf, LLC ("Los Valles") [DE 4820] with Adversary Case No. 08-01058.

**1.    Factual and Procedural Background.**

On March 3, 2004, USA Commercial Mortgage Company ("USACM") entered into a Loan Agreement and other agreements pursuant to which USACM arranged for an $11,700,000 loan to Defendant Los Valles to fund a 209 lot residential subdivision located in Los Angeles County, California. Los Valles secured the loan with a deed of trust and Defendant Dan S. Palmer, Jr. ("Palmer") guaranteed the loan.

In September 2006, disputes arose between Los Valles, Palmer and USACM over the payoff amount for the loan. By "Letter Agreement" dated October 6, 2006, Los Valles, Palmer and USACM reached a compromise. USACM agreed to release the deed of trust and waive the other fees due under the original Loan Agreement. Los Valles agreed to pay all principal and interest due on the loan, and to pay USACM a "deferred extension fee" of $586,045.83 by December 31, 2007 and an additional fee on each lot sold. Palmer personally guaranteed the Letter Agreement for Los Valles.

In November 2006, Los Valles filed Proof of Claim No. 10725-01366. On September 20, 2007, the USACM Trust filed its amended objection to Proof of Claim No. 10725-01366 [DE 4820]. In early November 2007, counsel for Los Valles indicated that, pending the outcome of Los Valles' claim against USACM, Los Valles did not intend to make the $586,045.83 payment due under the Letter Agreement or any of the other payments. By letter dated December 4, 2007, the USACM Trust's attorney inquired whether Palmer would make the $586,045.83 payment as the guarantor. Palmer's counsel refused to answer the inquiry and indicated that he was researching Mr. Palmer's defenses to the guarantee. When the payment came due on December 31, 2007, neither Los Valles nor Palmer made the payment.

LEWIS AND ROCA LLP
LAWYERS

On December 21, 2007, the USACM Trust moved to amend its claim objection to include a counterclaim against Los Valles and Palmer based upon their anticipatory repudiation of the Letter Agreement [DE 5529].  Before the Court heard the motion to amend, however, the parties stipulated that the Court grant the USACM Trust leave to file a counterclaim against Los Valles and that, pending the outcome of a settlement conference, the USACM Trust would withdraw the motion to amend as it pertained to Palmer [DE 5691].

Because Rule 3007(b), effective December 1, 2007, prohibits filing a counterclaim as part of an objection to a claim, the USACM Trust filed an adversary complaint against Los Valles on February 26, 2008, which was assigned Adv. Case No. 08-01058.  The parties did not reach a settlement at the March 3, 2008 settlement conference.  On March 13, 2008, USACM filed its amended adversary complaint, which included a claim against Palmer as the guarantor of the Letter Agreement.[3]

2.   **The Objection Should Be Consolidated With Adversary Case No. 08-01058.**

Bankruptcy Rule 3007(b) provides that an objection to the allowance of a claim may be included as part of an adversary proceeding.  The USACM Trust's objection and the adversary complaint should be litigated together.  The facts of the two underlying transactions are intertwined and the parties are the same.  Los Valles has already stipulated that the objection and the adversary proceeding should be consolidated [DE 5691].  That the USACM Trust has now made Palmer a defendant in the adversary proceeding should not make any difference.  The Court should grant this motion and order that the USACM Trust's first amended objection to Proof of Claim 10725-01366 be consolidated with and made part of Adv. Case No. 8-01058.

---

[3] Because Los Valles has not filed an answer to the complaint, the USACM Trust is entitled to amend its adversary complaint as a matter of right.  Fed. R. Civ. P. 15(a), made applicable here by Bankruptcy Rule 7015.

3

**LEWIS AND ROCA LLP**
LAWYERS

RESPECTFULLY SUBMITTED March 14, 2008.

**LEWIS AND ROCA LLP**

By  /s/ RC (#006593)
Susan M. Freeman *(pro hac vice)*
Rob Charles
John Hinderaker *(pro hac vice)*
*Attorneys for USACM Liquidating Trust*

Copy of the foregoing served by e-mail if an e-mail address was available or first class postage paid U.S. Mail on March 14, 2008 on the parties listed on Post-Effective Official Service List for Limited Notice No. 4 Dated January 8, 2008 and the following:

Bruce Jacobs
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3012
bjacobs@akingump.com
*Attorneys for Los Valles Land & Golf, LLC*

Los Valles Land & Golf, LLC
c/o Pauline Ng Lee, Esq.
Hale Lane Attorneys at Law
2930 Howard Hughes Parkway, 4th Floor
Las Vegas, NV 89169
plee@halelane.com
*Attorneys for Los Valles Land & Golf, LLC*

Dan S. Palmer, Jr.
c/o Palmer Investments, Inc.
233 Wilshire Boulevard, Suite 800
Santa Monica, CA 90401

By: s/ Christine Laurel

1908695.2