**LEWIS AND ROCA LLP LAWYERS**

E-Filed on 3/14/08

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[1]<br><br>USA SECURITIES, LLC,[2]<br><br>　　　　　　　　　　Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>Chapter 11 Cases<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>Judge Linda B. Riegle Presiding<br><br>Adv. No.   08-01058<br><br>**Notice of Hearing on Motion to Consolidate USACM Liquidating Trust's Amended Objection to the Allowance of Los Valles Land & Golf's Claim with Adversary Case**<br><br>**Hearing Date:**   May 8, 2008<br>**Hearing Time:**   10:30 a.m. |

**NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust has filed a

Motion to Consolidate USACM's Amended Objection to the Allowance of Los Valle's

Claim with Adversary Proceeding 08-01058 [DE 5991], requesting that the Court

---

[1] This bankruptcy case was closed on October 12, 2007.

[2] This bankruptcy case was closed on December 26, 2007.

LEWIS
AND
ROCA
LLP
LAWYERS

consolidate its Amended Objection to Claim No. 10725-01366 filed by Los Valles Land & Golf, LLC with Adversary Case No. 08-01058.

Any opposition must be filed pursuant to Local Rule 9014(d)(1).

> Local Rule 9014(d)(1): "Oppositions to a motion must be filed and service must be completed on the movant no later than fifteen (15) days after the motion is served except as provided by LR 3007(b) and LR 9006. If the hearing has been set on less than fifteen (15) days' notice, the opposition must be filed no later than five (5) business days before the hearing, unless the court orders otherwise. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule."

If you object to the relief requested, you must file a WRITTEN response to this pleading with the Court NO LATER THAN **APRIL 2, 2008.**. You must also serve your written response on the person who sent you this notice.

---

If you object to the relief requested in the Objection/Motion, you *must* file a **WRITTEN** response to this pleading with the Court. You *must* also serve your written response to the person who sent you this notice.

If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:

- The Court may *refuse to allow you to speak* at the scheduled hearing; and
- The Court may *rule against you* without formally calling the matter at the hearing.

---

**NOTICE IS FURTHER GIVEN** that the hearing on the Motion will be held before a U.S. Bankruptcy Judge on **May 8, 2008, at the hour of 10:30 a.m.** in the Foley Federal Building, 300 Las Vegas Blvd. South, 3rd Floor, Courtroom No. 1, Las Vegas, Nevada.

**LEWIS AND ROCA LLP**
LAWYERS

Dated: March 14, 2008.

**LEWIS AND ROCA LLP**

By    /s/ RC (#006593)
       Susan M. Freeman *(pro hac vice)*
       Rob Charles
       John Hinderaker *(pro hac vice)*
       *Attorneys for USACM Liquidating Trust*

Copy of the foregoing served on March 14, 2008, via e-mail to all parties listed on the Post Effective Date Service List on file with this Court and the following:

Bruce Jacobs
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067-3012
bjacobs@akingump.com
*Attorneys for Los Valles Land & Golf, LLC*

Los Valles Land & Golf, LLC
c/o Pauline Ng Lee, Esq.
Hale Lane Attorneys at Law
2930 Howard Hughes Parkway, 4th Floor
Las Vegas, NV 89169
plee@halelane.com
*Attorneys for Los Valles Land & Golf, LLC*

Dan S. Palmer, Jr.
c/o Palmer Investments, Inc.
233 Wilshire Boulevard, Suite 800
Santa Monica, CA 90401

 /s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca LLP

1914927.1