# EXHIBIT 1

1688943.1

Entered on Docket
March 10, 2008

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA Commercial Mortgage Company, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[1] |
| USA Capital Realty Advisors, LLC, | Case No. BK-S-06-10729-LBR[2] |
| USA Capital Diversified Trust Deed Fund, LLC, | CHAPTER 11 |
| USA Capital First Trust Deed Fund, LLC,[1] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA Securities, LLC,[2] | |
| Debtors. | **ORDER SUSTAINING THIRTEENTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS FOR LACK OF DOCUMENTATION** |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Hearing Date: February 21, 2008<br>Time: 9:30 a.m. |

---

[1] This bankruptcy case was closed on October 12, 2007.
[2] This bankruptcy case was closed on December 26, 2007.

1908717.1

1  The USACM Liquidating Trust (the "USACM Trust") filed its Thirteenth Omnibus
2  Objection to Claims for Lack of Documentation [DE 5580] (the "Objection") on January
3  7, 2008. Appropriate notice of the Objection was given. No responses were received by
4  USACM Trust counsel or filed with this Court. The Objection came before the Court for
5  hearing on February 21, 2008 at 9:30 a.m. Good cause appearing, it is
6  ORDERED:
7  • Sustaining the USACM Trust's Thirteenth Omnibus Objection to Claims for
8  Lack of Documentation; and
9  • Disallowing the Proofs of Claim listed on the attached Exhibit A without
10 prejudice to any rights the claimants listed in Exhibit A may have as Direct Lenders in a
11 particular loan.
12                                         ###
13 PREPARED AND SUBMITTED:
14 **LEWIS AND ROCA LLP**
15 By:  /s/ RC (#0006593)
       Susan M. Freeman
16     Rob Charles
       John Hinderaker
17 *Attorneys for USACM Liquidating Trust*

2

1908717.1

# CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of approval under LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in the case.

☒ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing, and any trustee appointed in the case, and each has approved or disapproved the order, or failed to respond, as indicated below:

**LEWIS AND ROCA LLP**


By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
    John Hinderaker
*Attorneys for USACM Liquidating Trust*

1908717.1

# USACM Liquidating Trust
# ORDER SUSTAINING THIRTEENTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO PROOFS OF CLAIM FOR LACK OF DOCUMENTATION
## BK-S-06-10725-LBR

| Creditor Name | Claim No. | Date Filed. | Amount |
|---|---|---|---|
| Auffert, Eugene A. & Maria T.<br>534 Lambeth Court<br>Henderson, Nevada 89014-3863 | 10725-01611 | 12/8/06 | $55,000.00 |
| McConnell Family Trust DTD 12/3/81<br>970 Fair Way Drive<br>Incline Village, Nevada 89451 | 10725-01667 | 12/8/06 | $54,500.00 |
| Peter E. Sprock 2001 Trust<br>c/o Peter E. Sprock, Trustee<br>P.O. Box 4517<br>Stateline, Nevada 89449-4517 | 10725-01669 | 12/11/06 | $177,528.21 |
| Burt Family Trust #1 & 2<br>c/o Donald E. Burt and Connie L. Cejmer, Trustees<br>P.O. Box 2018<br>Quartzite, Arizona 85345 | 10725-01674 | 12/11/06 | $213,338.00 |
| Kolbert, Carl<br>11200 Bonshire Drive<br>Reno, Nevada 89511 | 10725-01690 | 12/11/06 | $49,521.00 |
| Gordon, Marx<br>2620 Western Avenue<br>Las Vegas, Nevada 89109-1112 | 10725-01709 | 12/11/06 | $115,000.00 |
| Lim, Jay<br>208 Clarence Way<br>Fremont, California 94539 | 10725-01713 | 12/11/06 | $24,448.00 |
| Verusio Solutions LLC<br>c/o Lim, Jay<br>208 Clarence Way<br>Fremont, California 94539 | 10725-01714 | 12/11/06 | $10,315.00 |
| Asselin, Robert<br>10305 Big Horn Drive<br>Reno, Nevada 89506 | 10725-01733 | 12/11/06 | $110,000.00 |
| Horgan, Patrick J.<br>c/o Christopher D. Jaime, Esq.<br>Maupin, Cox & Legoy<br>4785 Caughlin Parkway<br>Reno, Nevada 89519 | 10725-02019 | 1/13/07 | $50,000.00 |

# EXHIBIT A

1909176.1