**LEWIS AND ROCA LLP**
LAWYERS

E-Filed on 3/14/08

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

**Susan M. Freeman** AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
**Rob Charles** NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[1]<br><br>USA Securities, LLC,[2]<br>                                         Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Notice of Entry of Order Sustaining First Omnibus Objection of the USACM Liquidating Trust to Proofs of Claim Based upon Investment in the Riviera – Homes for America Holding Loan** |

   **PLEASE TAKE NOTICE** that an Order Sustaining First Omnibus Objection of the USACM Liquidating Trust to Proofs of Claim Based upon Investment in the Riviera – Homes for America Holding Loan [DE 5948] was entered on the 10th day of March 2008, a true and correct copy of which is attached hereto as Exhibit 1.

---

[1] This bankruptcy case was closed on October 12, 2007.

[2] This bankruptcy case was closed on December 26, 2007.

1915122.1

LEWIS AND ROCA LLP
LAWYERS

1   RESPECTFULLY SUBMITTED March 14, 2008.

2   **LEWIS AND ROCA LLP**

4   By  /s/ RC (#006593)
    Susan M. Freeman
    Rob Charles
    *Attorneys for USACM Liquidating Trust*

8   PROOF OF SERVICE

9   Copy of the foregoing mailed by First Class, US Mail, postage prepaid, on March 14, 2008 to the parties listed on Exhibit A to the attached order.

12   /s/ Christine E. Laurel
    Christine E. Laurel
    Lewis and Roca

2

1915122.1