# EXHIBIT 1



**Entered on Docket
March 10, 2008**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

---

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[1]<br><br>USA SECURITIES, LLC,[2]<br>                      Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING SECOND OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED, IN WHOLE OR IN PART, UPON INVESTMENT IN THE RIVIERA – HOMES FOR AMERICA HOLDING LOAN**<br><br>Date of Hearing: February 21, 2008<br>Time of Hearing: 9:30 a.m. |

---

[1] This bankruptcy case was closed on October 12, 2007.
[2] This bankruptcy case was closed on December 26, 2007.

235249.1

1  Pending before the Court is the USACM Liquidating Trust's Second Omnibus
2  Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon
3  Investment in the Riviera – Homes for America Holding Loan (the "Objection") [DE
4  5621]. Adequate notice of the Objection was given. The Court heard the Objection on
5  February 21, 2008. No responses were filed to the Objection and no opposition was raised
6  at the hearing. Good cause appearing,
7  IT IS ORDERED:
8  • Sustaining the Objection;
9  • Disallowing the Proofs of Claim listed on Exhibit A attached to the extent they
10    are based upon an investment in the Riviera – Homes for America Holding
11    Loan. The Proofs of Claim listed in Exhibit A are not affected by this order to
12    the extent they are based upon an investment in a loan(s) other than the Riviera
13    – Homes for America Holding Loan; and
14  • Reserving the right of any party in interest, including the USACM Trust, to
15    further object to the Proofs of Claim listed on Exhibit A attached.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
    John Hinderaker
*Attorneys for USACM Liquidating Trust*

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing regarding this matter and/or who filed a written objection and each has:

    ☐ approved the form of this order;

    ☐ waived the right to review the order;

    ☐ failed to file and serve papers in accordance with LR 9021(c); and/or

    ☐ failed to sign and return this proposed order within five (5) business days in accordance with LR 9021(b).

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who appeared at the hearing regarding this matter and/or who filed a written objection and all have either approved the form of this order, waived the right to review the order, failed to file and serve papers in accordance with LR 9021(c) and the following have disapproved the form of the order.

☒ No opposition was filed and no other party or counsel appeared at the hearing.

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
    John Hinderaker
*Attorneys for USACM Liquidating Trust*

3

235249.1

# EXHIBIT A

HFA – Riviera
Second Omnibus Objection
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFA - Riviera Loan |
|---|---|---|---|---|
| **10725-01808** | Costanza 1987 Decendent's Trust | c/o Sam Costanza Trustee 9809 Cantebury Rose Lane Las Vegas, NV 89134-5913 | 575,000.00 | 50,000.00 |
| **10725-00377** | Andrew W. and Doreen W. Marchuk | 325 Marche Chase Drive Apt 138 Eugene, OR 97401-8894 | 75,000.00 | 25,000.00 |
| **10725-02305** | Erven J. and Frankie J. Nelson Trust | Erven J. and Frankie J. Nelson TTEES 2023 W. Aspiration Point St. George, UT 84790 | 450,000.00 | 25,000.00 |
| **10725-02121** | Olga O'Buch Trust DTD 5/28/98 | Olga O'Buch TTEE 140 Gazelle Rd Reno, NV 89511-6642 | 253,701.76 | 25,000.00 |
| **10725-02000** | Robert L. Ogren Trust Dtd. 6/30/92 | Robert L. Orgren Trustee 3768 Rick Stratton Drive Las Vegas, NV 89120 | 913,741.57 | 40,000.00 |
| **10725-01865** | Adrian Oosthuizen, Jr. | 5860 Lausanne Drive Reno, NV 89511 | 1,355,647.65 | 25,000.00 |
| **10725-00137** | Tim and Kathleen Partch | Joshua D. Brysk, Esq. Law Offices of James G. Schwartz 7901 Stoneridge Drive, Suite 401 Pleasanton, CA 94583 | 100,000.00 | 50,000.00 |

231570.1