# EXHIBIT 1

1688943.1



Entered on Docket
March 10, 2008

Hon. Linda B. Riegle
United States Bankruptcy Judge

---

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA Commercial Mortgage Company, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[1] |
| USA Capital Realty Advisors, LLC, | Case No. BK-S-06-10729-LBR[2] |
| USA Capital Diversified Trust Deed Fund, LLC, | CHAPTER 11 |
| USA Capital First Trust Deed Fund, LLC,[1] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA Securities, LLC,[2] | |
| Debtors. | **ORDER SUSTAINING SECOND OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED, IN WHOLE OR IN PART, UPON INVESTMENT IN THE ONE POINT STREET, LLC – HFA NORTH YONKERS LOAN** |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |
| | Date of Hearing: February 21, 2008<br>Time of Hearing: 9:30 a.m. |

---

[1] This bankruptcy case was closed on October 12, 2007.
[2] This bankruptcy case was closed on December 26, 2007.

235243.1

Pending before the Court is the USACM Liquidating Trust's Second Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in the One Point Street, LLC – HFA North Yonkers Loan (the "Objection") [DE 5687]. Adequate notice of the Objection was given. The Court heard the Objection on February 21, 2008. No responses were filed to the Objection and no opposition was raised at the hearing. Good cause appearing,

IT IS ORDERED:

- Sustaining the Objection;
- Disallowing the Proofs of Claim listed on Exhibit A attached to the extent they are based upon an investment in the One Point Street, LLC – HFA North Yonkers Loan. The Proofs of Claim listed in Exhibit A are not affected by this order to the extent they are based upon an investment in a loan(s) other than the One Point Street, LLC – HFA North Yonkers Loan; and
- Reserving the right of any party in interest, including the USACM Trust, to further object to the Proofs of Claim listed on Exhibit A attached.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
    John Hinderaker
*Attorneys for USACM Liquidating Trust*

2

235243.1

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of approval under LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in the case.

☒ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing, and any trustee appointed in the case, and each has approved or disapproved the order, or failed to respond, as indicated below:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
    John Hinderaker
*Attorneys for USACM Liquidating Trust*

3

235243.1

HFA – North Yonkers
Multiple Loan Claims

# EXHIBIT A
Second Omnibus Objection

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFA - North Yonkers Loan |
|---|---|---|---|---|
| 10725-00212 | Melanie Cowan | 10794 Grande Palladium Way<br>Boynton Beach, FL 33436 | $100,000.00 | $50,000.00 |
| 10725-01919 | Cynthia G. Davis Living Trust | c/o Cynthia G. Davis Trustee<br>2465 Telluride Drive<br>Reno, NV 89511-9155 | $101,493.06 | $50,000.00 |
| 10725-02063 | James D. and Ann R. Dery | 10 Longmeadow Lane<br>Beachwood, OH 44122 | $1,396,673.86 | $50,000.00 |
| 10725-00545 | Elias Family Trust Dated 5/19/04 | c/o Donna M. Elias Successor Trustee<br>9900 Wilbur May Parkwy, Apt. 502<br>Reno, NV 89521-4014 | $125,000.00 | $50,000.00 |
| 10725-02382 | Essaff Family Trust Dated 6/18/02 | Robert and Cindy H. Essaff Trustees<br>2860 Heybourne Road<br>Minden, NV 89423 | $1,599,184.01 | $100,000.00 |
| 10725-00801 | Freedom Properties Inc. | 1820 Star Pine Court<br>Reno, NV 89523-4807 | $450,000.00 | $50,000.00 |
| 10725-01541 | Graham Family Trust Dated 10/26/78 | c/o Robin B. Graham and Celia Allen-Graham Trustees<br>1460 Twinridge Road<br>Santa Barbara, CA 93111-1223 | $503,808.00 | $37,500.00 |
| 10725-01687 | Homfeld II LLC | 2515 North Atlantic Boulevard<br>Ft. Lauderdale, FL 33305-1911 | $2,861,221.63 | $2,738.55 |
| 10725-02296 | Jayem Family LP | 7 Paradise Valley Court<br>Henderson, NV 89052-6706 | $265,865.00 | $25,000.00 |
| 10725-02298 | Jayem Family LP Jacques Massa GP | 7 Paradise Valley Court<br>Henderson, NV 89052-6706 | $936,807.81 | $100,000.00 |

232869.1