LEWIS AND ROCA LLP
LAWYERS

E-Filed on 3/14/08

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

**Susan M. Freeman** AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
**Rob Charles** NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[1]<br><br>USA Securities, LLC,[2]<br>　　　　　　　　　　　　Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Notice of Entry of Order Sustaining Third Omnibus Objection of the USACM Liquidating Trust to Proofs of Claim Based, in Whole or in Part, upon Investment in the One Point Street, LLC – HFA North Yonkers Loan** |

　　　　**PLEASE TAKE NOTICE** that an Order Sustaining Third Omnibus Objection of the USACM Liquidating Trust to Proofs of Claim Based, in Whole or in Part, upon Investment in the One Point Street, LLC – HFA North Yonkers Loan [DE 5953] was

---

[1] This bankruptcy case was closed on October 12, 2007.

[2] This bankruptcy case was closed on December 26, 2007.

1915133.1

**LEWIS AND ROCA LLP**
LAWYERS

1 entered on the 10th day of March 2008, a true and correct copy of which is attached hereto
2 as Exhibit 1.
3       RESPECTFULLY SUBMITTED March 14, 2008.
4                                  **LEWIS AND ROCA LLP**
5
6
7              By   /s/ RC (#006593)
                   Susan M. Freeman
                   Rob Charles
8              *Attorneys for USACM Liquidating Trust*
9
10 PROOF OF SERVICE
11 Copy of the foregoing mailed by First
   Class, US Mail, postage prepaid, on
12 March 14, 2008 to the parties listed on
   Exhibit A to the attached order.
13
14   /s/ Christine E. Laurel
   Christine E. Laurel
15 Lewis and Roca

2

1915133.1