# EXHIBIT 1

1688943.1

**Entered on Docket
March 10, 2008**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA Commercial Mortgage Company, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[1] |
| USA Capital Realty Advisors, LLC, | Case No. BK-S-06-10729-LBR[2] |
| USA Capital Diversified Trust Deed Fund, LLC, | CHAPTER 11 |
| USA Capital First Trust Deed Fund, LLC,[1] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA Securities, LLC,[2] | |
| Debtors. | **ORDER SUSTAINING EIGHTH OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED UPON INVESTMENT IN THE ONE POINT STREET, LLC – HFA NORTH YONKERS LOAN** |
| **Affects:** | |
| ☐ All Debtors | |
| ☒ USA Commercial Mortgage Company | |
| ☐ USA Capital Realty Advisors, LLC | |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | Date of Hearing: February 21, 2008 |
| ☐ USA Capital First Trust Deed Fund, LLC | Time of Hearing: 9:30 a.m. |
| ☐ USA Securities, LLC | |

_____
[1] This bankruptcy case was closed on October 12, 2007.
[2] This bankruptcy case was closed on December 26, 2007.

235155.1

1   Pending before the Court is the USACM Liquidating Trust's Eighth Omnibus Objection to Proofs of Claim Based Upon Investment in the One Point Street, LLC – HFA North Yonkers Loan (the "Objection") [DE 5700]. Adequate notice of the Objection was given. No responses were filed to the Objection and no opposition was raised to the Objection at the hearing on February 21, 2008. Good cause appearing,

IT IS ORDERED that the Objection is sustained and the Proofs of Claim listed on Exhibit A attached are disallowed in their entirety because they were based entirely upon an investment in the One Point Street, LLC – HFA North Yonkers Loan.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**


By:  /s/ RC (#0006593)
     Susan M. Freeman
     Rob Charles
     John Hinderaker
*Attorneys for USACM Liquidating Trust*

2

235155.1

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐     The Court waived the requirements of approval under LR 9021.

☐     No parties appeared or filed written objections, and there is no trustee appointed in the case.

☒     No opposition was filed to the motion and no other party or counsel appeared at the hearing.

☐     I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing, and any trustee appointed in the case, and each has approved or disapproved the order, or failed to respond, as indicated below:

**LEWIS AND ROCA LLP**


By:   /s/ RC (#0006593)
      Susan M. Freeman
      Rob Charles
      John Hinderaker
*Attorneys for USACM Liquidating Trust*

235155.1

# EXHIBIT A
EIGHTH OMNIBUS OBJECTION
HFA – North Yonkers
Single Loan Claims

| Claim | Name | Address | Total Claim Amount | Amount Subject to Objection Because it Relates to an Investment In the HFA - North Yonkers Loan |
|---|---|---|---|---|
| 10725-00531 | George Cohan | 2048 Foxfire Court<br>Henderson, NV 89012-2190 | $200,000.00 | $200,000.00 |
| 10725-00045 | Rochelle Hornsby Trust Dated 1/92 | Rochelle Hornsby Trustee<br>3959 Pembridge Court<br>Las Vegas, NV 89121 | $50,000.00 | $50,000.00 |
| 10725-00878 | John M. and Linda S. Marston | 12441 Road 44<br>Mancos, CO 81328 | $1,104.07 | $1,104.07 |
| 10725-00883 | Marston Family Trust Dated 8/13/93 | E. Grace Marston Trustee<br>12441 Road 44<br>Mancos, CO 81328 | $1,069.98 | $1,069.98 |
| 10725-02244 | McQuerry Family Trust | William McQuerry<br>318 Singing Brook Circle<br>Santa Rosa, CA 95409-6483 | $100,000.00 | $100,000.00 |
| 10725-00046 | Patterson-Rogers Family 2001 Trust | Robert C. and Joyce Patterson-Rogers Trustees<br>P.O. Box 60175<br>Las Vegas, NV 89160 | $50,000.00 | $50,000.00 |
| 10725-02338 | Patterson-Rogers Family Trust Dated 09/05/01 | Robert C. and Joyce Patterson-Rogers Trustees<br>P.O. Box 60175<br>Las Vegas, NV 89160 | $50,768.46 | $50,768.46 |
| 10725-01011 | Preswick Corp. | 1400 Colorado Street, Suite C<br>Boulder City, NV 89005 | $15,670.22 | $15,670.22 |
| 10725-00110 | Louis H. and Shirley M. Turner<br>Family Trust Dated 9/9/97 | Louis H. and Shirley M. Turner<br>9558 Mammoth Court<br>Reno, NV 89521 | $50,000.00 | $50,000.00 |
| 10725-00119 | Randy Sanchez IRA | 5713 N. White Sands Road<br>Reno, NV 89511 | $50,000.00 | $50,000.00 |
| 10725-01009 | Janie Tammadge | 1400 Colorado Street, Suite C<br>Boulder City, NV 89005 | $11,192.97 | $11,192.97 |

232887.1