E-filed March 17, 2008

| | |
|---|---|
| Marc A. Levinson (California Bar No. 57613)<br>Jeffery D. Hermann (California Bar No. 90445)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>400 Capitol Mall, Suite 3000<br>Sacramento, California 95814-4497<br>Telephone: (916) 447-9200<br>Facsimile: (916) 329-4900<br>Email: malevinson@orrick.com<br>jhermann@orrick.com | Robert R. Kinas (Nevada Bar No. 6019)<br>Claire Y. Dossier (Nevada Bar No. 10030)<br>SNELL & WILMER LLP<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>Telephone: (702) 784-5200<br>Fax: (702) 784-5252<br>Email: rkinas@swlaw.com<br>cdossier@swlaw.com |

*ATTORNEYS FOR USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC*

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>Debtor.<br>Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR<br><br><br><br>**CERTIFICATE OF SERVICE** |

On March 14, 2008, I served the following:

(1) **NOTICE OF ENTRY OF ORDER REQUIRING AD ALBUQUERQUE DEVELOPMENT, LLC TO PRODUCE ONE OR MORE REPRESENTATIVES FOR EXAMINATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**

///

8639481.1

(2)  **NOTICE OF ENTRY OF ORDER REQUIRING INTERSTATE COMMERCE CENTER, LLC TO PRODUCE ONE OR MORE REPRESENTATIVES FOR EXAMINATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**

(3)  **NOTICE OF ENTRY OF ORDER REQUIRING ROBERT A. RUSSELL TO APPEAR FOR EXAMINATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**

(4)  **NOTICE OF ENTRY OF ORDER REQUIRING RUSSELL A D DEVELOPMENT GROUP, LLC TO PRODUCE ONE OR MORE REPRESENTATIVES FOR EXAMINATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE RULE 2004**

(5)  **NOTICE OF ENTRY OF ORDER REQUIRING UNSER/CENTRAL PARTNERS, LLP TO PRODUCE ONE OR MORE REPRESENTATIVES FOR EXAMINATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004**

for Snell & Wilmer L.L.P. and Orrick, Herrington & Sutcliffe LLP, attorneys for USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, in the above matter via the following means to the persons as listed below:

**VIA ECF SYSTEM**:

See attached ECF filing receipts attached as <u>Exhibit 1</u> (for AD Albuquerque Development, LLC), <u>Exhibit 2</u> (for Interstate Commerce Center, LLC, <u>Exhibit 3</u> (for Robert A. Russell), <u>Exhibit 4</u> (for Russell A D Development Group, LLC, and <u>Exhibit 5</u> (for Unser/Central Partners, LLP).

**VIA U.S. MAIL (certified mail, return receipt requested) (postage fully prepaid)**:

AD ALBUQUERQUE DEVELOPMENT LLC
BY AND THROUGH ITS REGISTERED AGENT:
ROBERT A. RUSSELL
8400 E CRESENT PKWY
ENGLEWOOD CO  80111

AD ALBUQUERQUE DEVELOPMENT LLC
BY AND THROUGH ITS REGISTERED AGENT:
ROBERT A. RUSSELL
27338 N 103RD ST
SCOTTSDALE AZ  85262-8315

INTERSTATE COMMERCE CENTER LLC
BY AND THROUGH ITS REGISTERED AGENT:
CHRISTOPHER M PACHECO
333 RIO RANCHO DRIVE, SUITE 401
RIO RANCHO NM  87124

/ / /

8639481.1

ROBERT A RUSSELL
INDUSTRIAL WEST GROUP
RUSSELL/AD DEVELOPMENT GROUP
8324 E HARTFORD DR - SUITE 110
SCOTTSDALE AZ  85255

ROBERT A RUSSELL
27338 N 103RD ST
SCOTTSDALE AZ  85262-8315

RUSSELL A D DEVELOPMENT GROUP LLC
BY AND THROUGH ITS REGISTERED AGENT:
FRANK S. TOMKINS
ARENDT TOMKINS LAW GROUP PLC
5009 E WASHINGTON STE 125
PHOENIX AZ  85034

UNSER/CENTRAL PARTNERS LLP
BY AND THROUGH ITS REGISTERED AGENT:
FRANK S TOMKINS
ARENDT TOMKINS LAW GROUP PLC
5009 E WASHINGTON STE 125
PHOENIX AZ  85034

**VIA FACSIMILE**:

AD ALBUQUERQUE DEVELOPMENT LLC
BY AND THROUGH ITS REGISTERED AGENT:
ROBERT A. RUSSELL
8400 E CRESENT PKWY
ENGLEWOOD CO  80111
FAX:  480-505-4049

ROBERT A RUSSELL
INDUSTRIAL WEST GROUP
RUSSELL/AD DEVELOPMENT GROUP
8324 E HARTFORD DR - SUITE 110
SCOTTSDALE AZ  85255
FAX:  480-505-4049

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 14th day of March, 2008.

*Jill Math*
Jill Math

8639481.1

- 3 -