FIESTA DEVELOPMENT
FIRST OMNIBUS OBJECTION

# EXHIBIT A
Single Loan Claims

| Claim | Name | Address | Total Claim Amount | Amount Subject to Objection Because it Relates to an Investment In the Meadow Creek Loan |
|---|---|---|---|---|
| **10725-00435** | Robert J Reiner, Roth IRA | 4643 Cordoba Way<br>Oceanside, CA 92056-5105 | $29,961.29 | $29,961.29 |

235492.1