COTTONWOOD HILLS
Single Loan Claims

# EXHIBIT A
FIRST OMNIBUS OBJECTION

| Claim | Name | Address | Total Claim Amount | Amount Subject to Objection Because it Relates to an Investment In the Cottonwood Hills Loan |
|---|---|---|---|---|
| **10725-00404** | Nevada Freedom Corp. | FTBO Duane U. Deverill<br>774 Mays Boulevard, Suite 10<br>PMB 186<br>Incline Village, NV  89451-9613 | $304,594.52 | $304,594.52 |
| **10725-01389** | Miklos Steuer | P.O. Box 60267<br>Las Vegas, NV  89160 | $723,559.36 | $723.559.36 |

234559.1