COTTONWOOD HILLS
Multiple Loan Claims

# EXHIBIT A
SECOND OMNIBUS OBJECTION

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Cottonwood Hills Loan |
|---|---|---|---|---|
| 10725-00650 | Alamo Family Trust Dtd 12/30/86 | c/o Antonio C. Alamo Trustee 85 Ventana Canyon Drive Las Vegas, NV  89113 | Unclear | Unclear |
| 10725-02038 | Collins Family Trust Dated 1/29/93 | c/o Shirley M. Collins Trustee 1975 Snowberry Court Carlsbad, CA  92009-8408 | $880,190.24 | $50,000.00 |
| 10725-00816 | Joseph and Ardee Daraskevius | 2761 Kiowa Boulevard South Lake Havasu City, AZ  86403 | $275,000.00 | $100,000.00 |
| 10725-00865 | Joseph and Ardee Daraskevius | 2761 Kiowa Boulevard South Lake Havasu City, AZ  86403 | $275,000.00 | $100,000.00 |
| 10725-02143 | Michael Freedus | 2535 Lake Road Delanson, NY  12053 | $355,812.10 | $50,000.00 |

234570.1