COTTONWOOD HILLS
BURR DECLARATION

# EXHIBIT A

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Cottonwood Hills Loan |
|---|---|---|---|---|
| **10725-00650** | Alamo Family Trust Dtd 12/30/86 | c/o Antonio C.Alamo Trustee<br>85 Ventana Canyon Drive<br>Las Vegas, NV  89113 | Unclear | Unclear |
| **10725-02038** | Collins Family Trust Dated 1/29/93 | c/o Shirley M. Collins Trustee<br>1975 Snowberry Court<br>Carlsbad, CA  92009-8408 | $880,190.24 | $50,000.00 |
| **10725-00816** | Joseph and Ardee Daraskevius | 2761 Kiowa Boulevard South<br>Lake Havasu City, AZ  86403 | $275,000.00 | $100,000.00 |
| **10725-00865** | Joseph and Ardee Daraskevius | 2761 Kiowa Boulevard South<br>Lake Havasu City, AZ  86403 | $275,000.00 | $100,000.00 |
| **10725-02143** | Michael Freedus | 2535 Lake Road<br>Delanson, NY  12053 | $355,812.10 | $50,000.00 |
| **10725-00404** | Nevada Freedom Corp. | FTBO Duane U. Deverill<br>774 Mays Boulevard, Suite 10<br>PMB 186<br>Incline Village, NV  89451-9613 | $304,594.52 | $304,594.52 |
| **10725-01389** | Miklos Steuer | P.O. Box 60267<br>Las Vegas, NV  89160 | $723,559.36 | $723.559.36 |

234987.1