# LEWIS
### AND
# ROCA
#### LLP
### L A W Y E R S

E-Filed on 3/19/08

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[1]<br><br>USA SECURITIES, LLC,[2]<br><br>                                        Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**WITHDRAWAL OF THIRD OMNIBUS OBJECTION TO PROOFS OF CLAIM BASED UPON INVESTMENT IN THE ASHBY FINANCIAL COMPANY $7,200,000 LOAN AS IT RELATES TO THE VOSS FAMILY TRUST CLAIM ONLY**<br><br>Date of Hearing: March 25, 2008<br>Time of Hearing: 9:30 a.m. |

The USACM Liquidating Trust ("USACM Trust") withdraws its Third Omnibus Objection to Proofs of Claim Based, in Whole or in Part, Upon Investment in the Ashby Financial Company $7,200,000 Loan (the "Ashby Loan") (the "Objection") [DE 5817] as it relates to Proof of Claim No. 10725-02559 filed by the Voss Family Trust. On

---

[1] This bankruptcy case was closed on October 12, 2007.

[2] This bankruptcy case was closed on December 26, 2007.

236366.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

1  March 14, 2008, the Voss Family Trust filed a response to the Objection [DE 6006], which

2  clarifies that the Voss Family Trust has "been paid back in full" for its investment in the

3  Ashby Loan and, therefore, the Voss Family Trust's claim is not based to any extent upon

4  an investment in the Ashby Loan.  Accordingly, the USACM Trust will adjust its records

5  and withdraw the Objection to extent it relates to the Voss Family Trust's Claim.

6          Dated: March 19, 2008.

7                                  LEWIS AND ROCA LLP

8

9                                  By  /s/  Rob Charles (#6593)
                                       Susan M. Freeman, AZ 4199 (*pro hac vice*)
10                                     Rob Charles, NV 6593
                                       John C. Hinderaker, AZ 18024 (*pro hac vice*)
11                                  3993 Howard Hughes Parkway, Suite 600
                                    Las Vegas, Nevada  89169
12                                  Telephone:  (702) 949-8200
                                    Facsimile:   (702) 949-8398
13                                  E-mail:  rcharles@lrlaw.com
                                    *Attorneys for the USACM Liquidating Trust*

14  COPY of the foregoing served via e-mail this
    19th day of March, 2008 addressed to:
15
    Voss Family Trust
16  Dated 10/4/ 99
    Wolf D. and Claudia Voss, Trustees
17  14 Via Ambra
    Newport Beach, CA  92657
18  cplusalii@cox.net

19

20   /s/ Renee L. Creswell
    Renee L. Creswell
21

22

23

24

25

26

2

236366.1