

CT
a Wolters Kluwer business

CT
1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
302 695 7813 fax
www.ctlegalsolutions.com

RECEIVED
AND FILED

Mar 18  1 50 PM '08

U.S. ...
MARY ...

March 12, 2008

Rob Charles
Lewis and Roca LLP
3993 Howard Hughes Parkway,
Suite 600,
Las Vegas, NV  89169

Re:  In re: USA Commercial Mortgage Company, et al., Debtors, USACM Liquidating Trust, Pltf. vs. Compass USA SPE, LLC, etc., et al. including Compass Partners, LLC, etc., Dfts.

Case No.  06-10725

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the agent for an entity by the name of Compass Partners, LLC. Currently, the state lists Inc. Plan (USA) as the agent for this entity.

Accordingly, we are returning the documents received from you.

Very truly yours,

Anna Stewart
Process Specialist

Log# 513183354

Fedex No.:  7926 6384 4322

cc:  Nevada District US Bankruptcy Court
     The Foley Federal Bldg.,
     300 Las Vegas Blvd. South,
     Las Vegas, NV  89101

SCANNED