## MIDVALE

## EXHIBIT A

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Midvale Loan |
|---|---|---|---|---|
| 10725-02070 | Robert R. Rodriguez Revocable Trust Dtd. 1/31/06 | c/o Robert R.Rodriguez Trustee 5748 Newberry Point Drive Flowery Branch, GA 30542 | $152,297.26 | $50,000.00 |

13