ASHBY

# EXHIBIT A

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Ashby Loan |
|---|---|---|---|---|
| 10725-02071 | Robert R. Rodriguez | 5748 Newberry Point Drive Flowery Branch, GA  30542 | $329,977.39 | $100,000.00 |

14

234076.1