Electronically filed March __20__, 2008

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA  95814-4497
Telephone:  (916) 447-9200
Facsimile:  (916) 329-4900
Email:  malevinson@orrick.com
             jhermann@orrick.com
*Attorneys for USA Capital*
*Diversified Trust Deed Fund, LLC*

Robert Kinas (Nevada Bar No. 6019)
Claire Y. Dossier (Nevada Bar No. 10030)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV  89169
Telephone:  (702) 784-5200
Facsimile:  (702) 784-5252
Email: rkinas@swlaw.com
             cdossier@swlaw.com

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                               Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                               Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>                               Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                               Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                               Debtor. | **NOTICE OF ENTRY OF ORDER** |
| Affects:<br>  ☐  All Debtors<br>  ☐  USA Commercial Mortgage Company<br>  ☐  USA Securities, LLC<br>  ☐  USA Capital Realty Advisors, LLC<br>  ☒  USA Capital Diversified Trust Deed Fund, LLC<br>  ☐  USA First Trust Deed Fund, LLC | |

/ / /

/ / /

/ / /

/ / /

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

8632219

1  PLEASE TAKE NOTICE that an Order Approving Stipulation For Withdrawal of Proof

2 of Claim No. 10727-00151-1 was entered in Case No. 06-10725 on February 20, 2008.  A copy of

3 said Order is attached hereto as Exhibit A.

4  Dated this ___20th___ day of March, 2008.

5

6        SNELL & WILMER LLP

7

8      By: _____
        Robert Kinas (Nevada Bar No. 6019)

9        Claire Y. Dossier (Nevada Bar No. 10030)
        3883 Howard Hughes Parkway, Suite 1100

10       Las Vegas, NV  89169
        Telephone:  (702) 784-5200

11

12       Marc A. Levinson (California Bar No. 57613)
        Jeffery D. Hermann (California Bar No. 904445)

13       ORRICK, HERRINGTON & SUTCLIFFE LLP
        400 Capital Mall, Suite 3000

14       Sacramento, CA 95814-4497

15       *Attorneys for USA Capital Diversified Trust Deed Fund,*

16       *LLC*

17

18

19

20

21

22

23

24

25

26

27

28

8632219

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

# EXHIBIT A

# EXHIBIT A

Case: 06-10725-lbr    Doc #: 5887    Filed: 02/20/2008    Page: 1 of 2

**Entered on Docket**
**February 20, 2008**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

| | |
|---|---|
| Marc A. Levinson (California Bar No. 57613) | Robert Kinas (Nevada Bar No. 6019) |
| Jeffery D. Hermann (California Bar No. 90445) | Claire Y. Dossier (Nevada Bar No. 10030) |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | SNELL & WILMER L.L.P. |
| 400 Capitol Mall, Suite 3000 | 3883 Howard Hughes Parkway, Suite 1100 |
| Sacramento, CA 95814-4497 | Las Vegas, NV 89169 |
| Telephone: (916) 447-9200 | Telephone: (702) 784-5200 |
| Facsimile: (916) 329-4900 | Facsimile: (702) 784-5252 |
| Email: malevinson@orrick.com | Email: rkinas@swlaw.com |
|      jhermann@orrick.com |      cdossier@swlaw.com |
| _Attorneys for USA Capital_ | |
| _Diversified Trust Deed Fund, LLC_ | |

*Snell & Wilmer*
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>     Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>     Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>     Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>     Debtor. | **ORDER APPROVING<br>STIPULATION FOR** |
| In re:<br>USA SECURITIES, LLC,<br>     Debtor. | **WITHDRAWAL OF PROOF OF<br>CLAIM NO. 10727-00151-1** |
| Affects:<br>☐  All Debtors<br>☐  USA Commercial Mortgage Company<br>☐  USA Securities, LLC<br>☐  USA Capital Realty Advisors, LLC<br>☒  USA Capital Diversified Trust Deed Fund, LLC<br>☐  USA First Trust Deed Fund, LLC | |

164736.1

1     The Court having considered the Stipulation for Withdrawal of Proof of Claim No.

2  10727-00151-1 relating to the proof of claim filed by Gaetano Ambrosino (the "Stipulation), no

3  further notice being necessary, and good cause appearing:

4          IT IS HEREBY ORDERED THAT:

5
6          1.      The Stipulation is approved;

7          2.      Proof of Claim No. 10727-00151-1 is hereby withdrawn against DTDF; and

8          3.      The Claimant's equity interest in DTDF is allowed in the amount of $48,047.32, as

9  reflected in DTDF's books and records as of the Petition Date.

10  PREPARED AND RESPECTFULLY SUBMITTED BY:

11  SNELL & WILMER L.L.P.                                    1-17-08

12
13  By: _____

14      Robert Kinas (Nevada Bar No. 6019)
        Claire Y. Dossier (Nevada Bar No. 10030)
15      3883 Howard Hughes Parkway, Suite 1100
        Las Vegas, NV 89169
16              and
        Marc A. Levinson (California Bar No. 57613)
17      Jeffery D. Hermann (California Bar No. 90445)
        ORRICK, HERRINGTON & SUTCLIFFE LLP
18      400 Capital Mall, Suite 3000
        Sacramento, CA 95814-4497

19  *Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

20  APPROVED:

21  By: _____
        Gaetano Ambrosino
22      4875 Knollwood Drive
        Las Vegas, NV 89147
23      Phone: (702) 87-1040

24

25                                              # # #

26

27

28

164736.1

- 2 -

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200