# EXHIBIT A



The hearing on March 25 will be an initial hearing with a further hearing to be set to permit adequate notice.

**Entered on Docket
March 17, 2008**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[1]<br><br>USA Securities, LLC,[2]<br>                       Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Order Granting Motion for an Order Shortening Time for Hearing on Motion to Approve DTDF Settlement**<br><br>Date:  OST Requested – March 25, 2008<br>Time:  OST Requested – 9:30 a.m. |

---

[1] This bankruptcy case was closed on October 12, 2007.
[2] This bankruptcy case was closed on December 26, 2007.

235893.1


1  The Court having considered the Motion for an Order Shortening Time for Hearing on Motion to Approve DTDF Settlement Agreement filed by the USACM Liquidating Trust [DE 5979], and good cause appearing:

IT IS ORDERED:

1. Granting the Motion.

2. Setting an expedited hearing and giving notice of the hearing on March 25, 2008 at 9:30 a.m. at U.S. Bankruptcy Court, Foley Federal Building, 300 Las Vegas Boulevard South, 3rd Floor, Courtroom No. 1, Las Vegas, Nevada.

3. Any objection to the Motion shall be filed with the Court on or before 1 business day before the hearing and a copy shall be served on the attorneys for the USACM Liquidating Trust and USA Capital Diversified Trust Deed Fund, LLC.

# # #

PREPARED AND SUBMITTED BY:

**LEWIS AND ROCA LLP**


By /s/ Rob Charles (#006593)
Rob Charles, NV 6593
RCharles@LRLaw.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Facsimile: (702) 949-8321
Telephone: (702) 949-8320
*Attorneys for the USACM Liquidating Trust*

235893.1