**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 18024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 3/21/08

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[1]<br><br>USA Securities, LLC,[2]<br>                     Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**STATUS AND AGENDA FOR MARCH 25, 2008 HEARINGS**<br><br>Date of Hearings: March 25, 2008<br>Time of Hearings: 9:30 a.m.<br>                          10:30 a.m. |

**9:30 a.m.**

    1.    **Motion for Summary Judgment** *to Classify Claim by Pecos Professional Park Limited Partnership in Plan Class A-7 With Certificate Of Service* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5122]

**Related Filing:**    *Statement of Facts in Support of Motion for Summary Judgment to*
10/29/2007           *Classify Claim by Pecos Professional Park Limited Partnership in*

---

[1] This bankruptcy case was closed on October 12, 2007.

[2] This bankruptcy case was closed on December 26, 2007.

1

1909329.1

| | | |
|---|---|---|
| | | *Plan Class A-7 With Certificate Of Service* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5123] |
| | **Opposition Filed:** 12/04/2007 | Opposition Filed by TY E. KEHOE on behalf of LUCIUS BLANCHARD [DE 5432] |
| | **Reply Filed:** 12/17/2007 | Reply with Certificate of Service *in Support of Motion for Summary Judgment to Classify Claim by Pecos Professional Park Limited Partnership in Plan Class A-7* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5493] |
| | **Related Filing:** 1/16/2008 | Order Postponing Hearing on Motion for Summary Judgment to Classify Claim by PECOS PROFESSIONAL PARK LIMITED PARTNERSHIP in Plan Class A-7 [DE 5677] |
| | **Stipulation filed:** 3/11/2008 | Stipulation By LUCIUS BLANCHARD and Between Hantges Bankruptcy Estate Trustee Filed by TY E. KEHOE on behalf of LUCIUS BLANCHARD [DE 5969] |
| | **Status:** | This is scheduled as a status conference only. The parties are prepared to discuss whether further briefing is appropriate or necessary and a new hearing date for the motion |

2. **Objection to Claim of Spectrum Capital 10725-01414 -- *Sixth Omnibus Objection to Proofs of Claim Based, In Whole or In Part, Upon Investment in the One Point Street, LLC--HFA North Yonkers Loan*** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5696]

| | | |
|---|---|---|
| | **Opposition Filed:** | None |
| | **Related Event:** 1/18/2008 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in the One Point Street, LLC -- HFA North Yonkers Loan; and Certificate of Service* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5684] |
| | 3/11/2008 | Notice *of Continued Hearing re Sixth Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in the One Point Street, LLC - HFA North Yonkers Loan and Certificate of Service* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5968] |
| | **Status:** | Hearing continued from 2/21/2008 and 3/25/08 |

1909329.1

3. **Objection to Claim 1366 of Los Valles Land & Golf LLC** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3076]

| | |
|---|---|
| **Related Event:** 3/13/2007 | Declaration Of: Edward M. Burr *in Support of USACM Liquidating Trust Objections to Proofs of Claim and Motions to Classify Claims* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3083] |
| **Stipulation Filed:** 4/18/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Los Valles Land & Golf LLC *Continuing Hearing on Objections to Claim 1366 of Los Valles Land & Golf LLC* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3484] |
| **Related Event:** 4/24/2007 | Order Approving Stipulation to Continue the Hearing on Objections to Claim 1366 of LOS VALLES LAND & GOLF LLC [DE 3529] |
| **Stipulation Filed:** 5/30/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Los Valles Land & Golf LLC *Stipulation Continuing Hearing on Objections to Claim 1366 of Los Valles Land & Golf LLC* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3838] |
| **Related Event:** 5/30/2007 | Order Approving Stipulation to Continue the Hearing on Objections to Claim 1366 of LOS VALLES LAND & GOLF LLC [DE 3846] |
| **Stipulation Filed:** 7/10/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Los Valles Land & Golf LLC *Continuing Hearing on Objections to Claim 1366 of Los Valles Land & Golf LLC* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4146] |
| **Related Event:** 7/12/2007 | Order Approving Stipulation to Continue the Hearing on Objections to Claim 1366 of LOS VALLES LAND & GOLF LLC [DE 4151] |
| **Stipulation Filed:** 10/04/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Los Valles Land & Golf LLC *Continuing Hearing on Objections to Claim 1366 of Los Valles Land & Golf LLC* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4933] |

1909329.1

| | | |
|---|---|---|
| **Related Event:** 10/11/2007 | Order Approving Stipulation to Continue the Hearing on Objections to Claim 1366 of LOS VALLES LAND & GOLF LLC [DE 4972] | |
| 1/31/2008 | Amended Order Scheduling Settlement Conference. Status hearing to be held on 3/25/2008 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg.. Settlement Conference scheduled for 3/3/2008 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg. [DE 5755] | |
| **Status:** | This objection has been superseded by the Amended Objection that is listed as item No. 4 below. | |

    4.    **Amended Objection to Claim 1366 of Los Valles Land & Golf LLC** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4820]

| | |
|---|---|
| **Stipulation Filed:** 10/04/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Los Valles Land & Golf LLC *Continuing Hearing on Objections to Claim 1366 of Los Valles Land & Golf LLC* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4933] |
| **Related Event:** 10/11/2007 | Order Approving Stipulation to Continue the Hearing on Objections to Claim 1366 of LOS VALLES LAND & GOLF LLC [DE 4972] |
| **Response Filed:** 10/15/2007 | Response with Certificate of Service Filed by SCOTT D. FLEMING on behalf of LOS VALLES LAND & GOLF, LLC [DE 5017] |
| **Stipulation Filed**: 11/01/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Los Valles Land & Golf LLC *Continuing Hearing on Objections to Claim 1366* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5235] |
| **Related Event**: 11/05/2007 | Hearing Scheduled/Rescheduled. Status hearing to be held on 11/16/2007 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg [DE 5271] |
| 12/21/2007 | Motion to File Amended Document *Motion for Leave to File Second Amended Objection and Counterclaim* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5529] |

LEWIS AND ROCA LLP — LAWYERS

| | | |
|---|---|---|
| | **Stipulation Filed:** 1/04/2008 | Stipulation By LOS VALLES LAND & GOLF, LLC and Between USACM Liquidating Trust *to Modify Briefing Schedule for Hearing With Certificate Of Service* Filed by SCOTT D. FLEMING on behalf of LOS VALLES LAND & GOLF, LLC [DE 5574] |
| | **Related Event:** 1/11/2008 | Order Approving Stipulated Motion to Modify Briefing Schedule for Hearing Regarding Motion for Leave to File Second Amended Objection and Counterclaim (#5529) The hearing will now be held on February 4, 2008 [DE 5630] |
| | 1/23/2008 | Order Scheduling Settlement Conference. Settlement Conference scheduled for 2/26/2008 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg. [DE 5720] |
| | 1/31/2008 | Amended Order Scheduling Settlement Conference. Status hearing to be held on 3/25/2008 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg.. Settlement Conference scheduled for 3/3/2008 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg. [DE 5755] |
| | 1/31/2008 | Stipulated Order Vacating February 4, 2008 on USACM TRUST's Motion to Amend Objection and File Counterclaim to Claim by LOS VALLES LAND AND GOLF LLC [DE 5756] |
| | **Status:** | There is now pending before this Court a related adversary complaint (Adv. No. 08-01058) filed by USACM against Los Valles and Mr. Dan Palmer, Jr. USACM has filed a motion to consolidate this action with the adversary proceeding. [DE 5991] Counsel for Mr. Palmer and Los Valles is considering whether to oppose the motion to consolidate and whether to answer the adversary complaint or to respond to it by filing a motion to strike and/or motion to consolidate. The parties will be prepared to discuss scheduling issues in light of these circumstances. |

    5.    ***Omnibus Objection to Proofs of Claim Based, in Whole or in Part, Upon Investment in Boise/Gowen 93, LLC Loan*** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5748]

| | | |
|---|---|---|
| | **Related Event:** 1/30/2008 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in Boise/Gowen 93, LLC Loan With Certificate Of Service* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5750] |

1909329.1

| | | |
|---|---|---|
| **Status:** | | No Response Filed |

6. ***First Omnibus Objection to Proofs of Claim Based, In Whole or In Part, Upon Investment in 5252 Orange, LLC Loan*** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 5759]

| | |
|---|---|
| **Related Event:** 2/01/2008 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in 5252 Orange, LLC Loan With Certificate Of Service* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5761] |
| **Status:** | No Response Filed |

7. ***Second Omnibus Objection to Proofs of Claim Based, In Whole or In Part, Upon Investment in 5252 Orange, LLC Loan*** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 5763]

| | |
|---|---|
| **Related Event:** 2/01/2008 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in 5252 Orange, LLC Loan With Certificate Of Service* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5761] |
| **Status:** | No Response Filed |

8. ***First Omnibus Objection to Proofs of Claim Based, in Whole or in Part, Upon Investment in Golden State Investments II Loan*** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 5775]

| | |
|---|---|
| **Related Event:** 2/05/2008 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in Golden State Investments II Loan; and Certificate of Service* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5777] |
| **Status:** | No Response Filed |

9. ***Second Omnibus Objection to Proofs of Claim Based, in Whole or in Part, Upon Investment in Golden State Investments II Loan*** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 5780]

1909329.1

| | | |
|---|---|---|
| **Related Event:** 2/05/2008 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in Golden State Investments II Loan; and Certificate of Service* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5777] | |
| **Status:** | No Response Filed | |

10. **First Omnibus Objection to Proofs of Claim Based Upon Investment in Glendale Tower Partners, LLC Loan** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5783]

| | |
|---|---|
| **Related Event:** 2/05/2008 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in Glendale Tower Partners, LLC Loan* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5787] |
| **Status:** | No Response Filed |

11. **Second Omnibus Objection to Proofs of Claim Based Upon Investment in Glendale Tower Partners, LLC Loan** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5785]

| | |
|---|---|
| **Related Event:** 2/05/2008 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in Glendale Tower Partners, LLC Loan* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5787] |
| **Status:** | No Response Filed |

12. **First Omnibus Objection to Proofs of Claim Based, in Whole or in Part, Upon Investment in Ashby Financial Company $7,200,000 Loan filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST** [DE 5813]

| | |
|---|---|
| **Related Event:** 2/12/2008 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in Ashby Financial Company $7,200,000 Loan* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5819] |
| **Status:** | No Response Filed |

1909329.1

13.  **Second Omnibus Objection to Proofs of Claim Based, in Whole or in Part, Upon Investment in Ashby Financial Company $7,200,000 Loan** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5815]

| | |
|---|---|
| **Related Event:** 2/12/2008 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in Ashby Financial Company $7,200,000 Loan* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5819] |
| **Status:** | No Response Filed |

14.  **Third Omnibus Objection to Proofs of Claim Based, in Whole or in Part, Upon Investment in Ashby Financial Company $7,200,000 Loan** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5817]

| | |
|---|---|
| **Related Event:** 2/12/2008 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in Ashby Financial Company $7,200,000 Loan* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5819] |
| **Response Filed:** 3/14/2008 | Objection [sic] *of VOSS FAMILY TRUST to Reduce Claim* Filed by VOSS FAMILY TRUST [DE 6006] |
| **Related Event:** 3/19/2008 | *Withdrawal of Third Omnibus Objection to Proofs of Claim Based Upon Investment in the Ashby Financial Company $7,200,000 Loan as it Relates to the Voss Family Trust Claim Only* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6022] |
| **Status:** | No responses filed except for the Voss Family Trust |

15.  **First Omnibus Objection to Proofs of Claim Based Upon Investments in Fiesta Beaumont $2.4M Loan with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5822]

| | |
|---|---|
| **Related Event:** 2/12/2008 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in Fiesta Beaumont $2.4M Loan* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [ DE 5829] |
| **Status:** | No Response Filed |

1909329.1

16. ***Second Omnibus Objection to Proofs of Claim Based Upon Investments in Fiesta Beaumont $2.4M Loan* with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5827]

**Related Event:** Declaration Of: Edward M. Burr *in Support of Omnibus*
2/12/2008         *Objections to Proofs of Claim Based Upon Investment in Fiesta Beaumont $2.4M Loan* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [ DE 5829]

**Status:** No Response Filed

17. ***First Omnibus Objection to Proofs of Claim Based, in Whole or in Part, Upon Investment in J Jireh's Corporation Loan* with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5833]

**Related Event:** Declaration Of: Edward M. Burr *in Support of Omnibus*
2/13/2008         *Objections to Proofs of Claim Based Upon Investment in J Jireh's Corporation Loan* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [ DE 5842]

**Status:** No Response Filed

18. ***Second Omnibus Objection to Proofs of Claim Based, in Whole or in Part, Upon Investment in J Jireh's Corporation Loan* with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5835]

**Related Event:** Declaration Of: Edward M. Burr *in Support of Omnibus*
2/13/2008         *Objections to Proofs of Claim Based Upon Investment in J Jireh's Corporation Loan* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [ DE 5842]

**Status:** No Response Filed

19. ***Third Omnibus Objection to Proofs of Claim Based, in Whole or in Part, Upon Investment in J Jireh's Corporation Loan* with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5838]

**Related Event:** Declaration Of: Edward M. Burr *in Support of Omnibus*
2/13/2008         *Objections to Proofs of Claim Based Upon Investment in J Jireh's Corporation Loan* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [ DE 5842]

**Status:** No Response Filed

1909329.1

20. **Fourth Omnibus Objection to Proofs of Claim Based, in Whole or in Part, Upon Investment in J Jireh's Corporation Loan with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5840]

| | |
|---|---|
| **Related Event:** 2/13/2008 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in J Jireh's Corporation Loan* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [ DE 5842] |
| **Status:** | No Response Filed |

21. **First Omnibus Objection to Proofs of Claim Based Upon Investment in LCG Gilroy, LLC Loan with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5850]

| | |
|---|---|
| **Related Event:** 2/15/2008 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections Based Upon Investment in LCG Gilroy, LLC Loan* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [ DE 5856] |
| **Status:** | No Response Filed |

22. **Second Omnibus Objection to Proofs of Claim Based Upon Investment in LCG Gilroy, LLC Loan with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5854]

| | |
|---|---|
| **Related Event:** 2/15/2008 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections Based Upon Investment in LCG Gilroy, LLC Loan* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [ DE 5856] |
| **Status:** | No Response Filed |

23. **First Omnibus Objection to Proofs of Claim Based Upon Investment in Urban Housing Alliance--435 Lofts Loan with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5863]

| | |
|---|---|
| **Related Event:** 2/19/2008 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in Urban Housing Alliance--435 Lofts Loan With Certificate Of Service* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [ DE 5869] |

1909329.1

**Status:** No Response Filed

24. **Second Omnibus Objection to Proofs of Claim Based Upon Investment in Urban Housing Alliance--435 Lofts Loan with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5865]

**Related Event:** 2/19/2008    Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in Urban Housing Alliance--435 Lofts Loan With Certificate Of Service* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [ DE 5869]

**Status:** No Response Filed

25. **Third Omnibus Objection to Proofs of Claim Based Upon Investment in Urban Housing Alliance--435 Lofts Loan with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5867]

**Related Event:** 2/19/2008    Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in Urban Housing Alliance--435 Lofts Loan With Certificate Of Service* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [ DE 5869]

**Status:** No Response Filed

26. **First Omnibus Objection to Proofs of Claim Based Upon Investment in Midvale Marketplace, LLC Loan with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5888]

**Related Event:** 2/20/2008    Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in Midvale Marketplace, LLC Loan With Certificate Of Service* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [ DE 5892]

**Status:** No Response Filed

1909329.1

27. **Second Omnibus Objection to Proofs of Claim Based Upon Investment in Midvale Marketplace, LLC Loan** with **Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5890]

| | |
|---|---|
| **Related Event:** 2/20/2008 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in Midvale Marketplace, LLC Loan With Certificate Of Service* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [ DE 5892] |
| **Status:** | No Response Filed |

28. Adv. 06-1256-lbr, USA Commercial Mortgage Company et al. v. Reale et al. **Motion to Release Escrow Funds/Property** *Motion for Order for Release and Return of Cash Deposit* Filed by ROBERT R. KINAS on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC [DE 384]

| | |
|---|---|
| **Opposition Filed:** | None |
| **Related Event:** 1/29/2008 | Declaration Of: Cynthia J. Larsen *in Support of Motion For Order For Release and Return of Cash Deposit* Filed by ROBERT R. KINAS on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC [DE 386] |
| **Status:** | Unopposed |

29. Adv. 07-01154-lbr, USACM Liquidating Trust v. JMK Investments, Ltd., et al., **Motion to Amend** *Motion for Leave to File Second Amended Complaint* Filed by STEPHEN T LODEN on behalf of USACM LIQUIDATING TRUST [DE 75]

| | |
|---|---|
| **Related Event:** 12/20/2007 | Hearing Scheduled/Rescheduled. Hearing scheduled 1/24/2008 at 01:30 PM at LBR-Courtroom 1, Foley Federal Bldg [DE 78] |
| **Opposition Filed:** 1/03/2008 | Opposition with Certificate of Service *to Plaintiff USACM LIQUIDATING TRUST'S Motion for Leave to File Second Amended Complaint* Filed by GEORGE C LAZAR on behalf of J.M.K. INVESTMENTS, LTD [De 81] |
| **Reply Filed:** **1/15/2008** | Reply with Certificate of Service *Reply in Support of Plaintiff's Motion for Leave to File Second Amended Complaint* Filed by STEPHEN T LODEN on behalf of USACM LIQUIDATING TRUST [DE 92] |
| **Status:** | No pending motion. Status conference only. |

1909329.1

30. Adv. 07-01154-lbr, USACM Liquidating Trust v. JMK Investments, Ltd., et al., **Second Amended Complaint** *and Request for Declaratory Relief* Filed by STEPHEN T LODEN on behalf of USACM LIQUIDATING TRUST against all defendants [DE 98]

| | |
|---|---|
| **Answer Filed:** 2/04/2008 | Answer to *Second* Amended Complaint *filed by J.M.K. INVESTMENTS with Certificate of Service* Filed by GEORGE C LAZAR on behalf of J.M.K. INVESTMENTS, LTD [DE 112] |
| 2/14/2008 | Answer to *Second* Amended Complaint *With Certificate of Service* (Related Doc # 98) Filed by DAVID A. COLVIN on behalf of ALABRUJ LIMITED PARTNERSHIP, RONI AMID, AURORA INVESTMENTS LP, BROUWERS FAMILY LP, FIRST SAVINGS BANK FBO VALLIERA MCGUIRE, FRANCIS FAMILY TRUST, LINDA JANOVITCH, STEVEN JANOVITCH, LARRY C JOHNS, MARY L JOHNS, JWB INVESTMENTS, INC., JENNIFER MIDDLETON, LARRY J MIDDLETON, MORNINGSIDE HOMES, INC., PAUL BLOCH LIVING TRUST, ROBERT M PORTNOFF, SARAH PORTNOFF, STEVEN PORTNOFF, SIMON FAMILY TRUST, THE MARVIN & VALLIERA MYERS TRUST [DE 117] |
| **Status:** | No pending motion. Status conference only. |

31. Adv. 07-01154-lbr, USACM Liquidating Trust v. JMK Investments, Ltd., et al., **Status Hearing Re: Amended Order on Motion of J.M.K. INVESTMENTS to Dismiss Pursuant to Rule 12(B)(6)** for Correction of Clerical Error [DE 116]

| | |
|---|---|
| **Related Motion:** 10/19/2007 | Motion to Dismiss *by JMK Investments pursuant to Rule 12(b)(6); Memorandum of Points and Authorities* Filed by GEORGE C LAZAR on behalf of J.M.K. INVESTMENTS, LTD [ DE 47] |
| **Status:** | No pending motion. Status conference only. |

32. **Motion to Approve Settlement** *Agreement with USA Capital Diversified Trust Deed Fund, LLC with Certificate of Service* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5979]

| | |
|---|---|
| **Related Event:** 3/14/2008 | Hearing Scheduled/Rescheduled.Hearing scheduled 3/25/2008 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg. [DE 5981] |

1909329.1

| | | |
|---|---|---|
| 3/14/2008 | | Motion for Order Shortening Time *for Hearing on Motion to Approve DTDF Settlement Agreement with Certificate of Service* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5982] |
| 3/17/2008 | | Order Granting Motion for Order Shortening Time for Hearing on Motion to Approve DTDF Settlement. The hearing on March 25 will be an initial hearing with a further hearing to be set to permit adequate notice [DE 6005] |

**Status:**

**10:30 a.m.**

    1.    Adv. 06-01167-lbr, USA Commercial Mortgage Company v. Robert J. Kehl, et al., **Motion for Summary Judgment And For Order Of Directing Release Of Funds,** Filed by GEORGE D FRAME on behalf of JOHN DUTKIN **[**DE 330]

| | |
|---|---|
| **Stipulation Filed:** 2/04/2008 | Stipulation and Order for Settlement as Between JOHN DUTKIN, TRUSTEE OF THE JOHN DUTKIN REVOCABLE LIVING TRUST DATED 1/17/00 and FIRST TRUST COMPANY OF ONAGA, CUSTODIAN OF KAREN S. MOBERLY IRA [DE 333] |
| **Limited Opposition Filed:** 2/07/2008 | Limited Opposition with Certificate of Service *to JOHN DUTKIN's Motion For Summary Judgment and For Order Directing Release of Funds* Filed by LENARD E. SCHWARTZER on behalf of USA CAPITAL FIRST TRUST DEED, USA COMMERCIAL MORTGAGE COMPANY  [ DE 337] |

**Status:**

    DATED:  March 21, 2008.

**LEWIS AND ROCA LLP**


By:  /s/ RC (#6593)
    Rob Charles, NV 6593
    John Hinderaker, AZ 18024
*Counsel for USACM Liquidating Trust*

14

1909329.1

PROOF OF SERVICE

COPY of the aforementioned sent via e-mail or U.S. First Class Mail on March 21, 2008 to the parties listed on Post-Effective Official Service List for Limited Notice No. 4 Dated January 8, 2008.

 /s/ Christine E Laurel
Christine E Laurel
Lewis and Roca LLP

1909329.1