HENRY G. RENDLER
[CA State Bar #83704]
Attorney at Law
1550 The Alameda, Suite 308
San Jose, California 95126
Telephone: (408) 293-5112
Facsimile: (408) 293-4939
henry@rendlerlaw.com
Attorney for Creditor
Spectrum Capital, LLC

RECEIVED AND FILED

2008 MAR 21 P 2:30

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

In re:

USA Commercial Mortgage Company, et al.,

Debtors.

Case No. BK-S-06-10725 LBR
(Jointly Administered)
Date: March 25, 2008
Time: 9:30 A.M.

**CERTIFICATE OF SERVICE**

I am a citizen of the United States and a resident of Santa Clara County, California. I am over the age of eighteen years and not a party to the within entitled action; my business address is 1550 The Alameda, Suite 308, San Jose, CA 95126, and am not a party to the within action. On the date set forth below, I served the **RESPONSE OF SPECTRUM CAPITAL, LLC TO SECOND OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED UPON INVESTMENT IN THE GLENDALE TOWER PARTNERS, LLC LOAN;** and this **CERTIFICATE OF SERVICE;** by mail on the following persons by placing a true copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at San Jose, California addressed as set forth below. I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on March 18, 2008 at San Jose, California.

Henry G. Rendler

**Trustee's Counsel:**
John Hinderaker, Esq.
Lewis and Roca, LLP, Lawyers
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996