E-Filed on 3/24/08

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[1]<br><br>USA SECURITIES, LLC,[2]<br>                             Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**WITHDRAWAL OF SECOND OMNIBUS OBJECTION TO PROOFS OF CLAIM BASED UPON INVESTMENT IN THE GLENDALE TOWER PARTNERS, LLC LOAN AS IT RELATES TO THE CLAIM OF SPECTRUM CAPITAL, LLC ONLY**<br><br>Date of Hearing: March 25, 2008<br>Time of Hearing: 9:30 a.m. |

      The USACM Liquidating Trust ("USACM Trust") withdraws its Second Omnibus Objection to Proofs of Claim Based, in Whole or in Part, Upon Investment in the Glendale Tower Partners, LLC Loan (the "Glendale Tower Loan") (the "Objection") [DE 5785] as it relates to Proof of Claim No. 10725-01414 filed by Spectrum Capital LLC. On

---

[1] This bankruptcy case was closed on October 12, 2007.

[2] This bankruptcy case was closed on December 26, 2007.

235810.1

LEWIS AND ROCA LLP
LAWYERS

March 19, 2008, Spectrum Capital LLC filed a response to the Objection [DE 6044], which clarifies that Spectrum Capital LLC has "been paid back in full" for its investment in the Glendale Tower Loan and, therefore, Spectrum Capital LLC's claim is not based to any extent upon an investment in the Glendale Tower Loan.  Accordingly, the USACM Trust will adjust its records and withdraw the Objection to the extent it relates to Spectrum Capital LLC's claim.

Dated: March 24, 2008.

LEWIS AND ROCA LLP

By /s/ Rob Charles (#6593)
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
John C. Hinderaker, AZ 18024 (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8398
E-mail: rcharles@lrlaw.com
*Attorneys for the USACM Liquidating Trust*

COPY of the foregoing served via e-mail this 24th day of March, 2008 addressed to:

Henry G. Rendler, Esq.
1550 The Alameda, Suite 308
San Jose, CA 95126
henry@rendlerlaw.com

/s/ Renee L. Creswell
Renee L. Creswell

235810.1