LEWIS
AND
ROCA
——LLP——
L A W Y E R S

E-Filed on 3/24/08

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[1] |
| | Case No. BK-S-06-10729-LBR[2] |
| USA CAPITAL REALTY ADVISORS, LLC, | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,[1] | **WITHDRAWAL OF SIXTH OMNIBUS OBJECTION TO PROOFS OF CLAIM BASED UPON INVESTMENT IN THE ONE POINT STREET, LLC – HFA NORTH YONKERS LOAN AS IT RELATES TO THE CLAIM OF SPECTRUM CAPITAL, LLC ONLY** |
| USA SECURITIES, LLC,[2]         Debtors. | |
| **Affects:** ☐ All Debtors ☒ USA Commercial Mortgage Company ☐ USA Capital Realty Advisors, LLC ☐ USA Capital Diversified Trust Deed Fund, LLC ☐ USA Capital First Trust Deed Fund, LLC ☐ USA Securities, LLC | Date of Hearing:  March 25, 2008 Time of Hearing: 9:30 a.m. |

The USACM Liquidating Trust ("USACM Trust") withdraws its Sixth Omnibus

Objection to Proofs of Claim Based, in Whole or in Part, Upon Investment in the One

Point Street, LLC – HFA North Yonkers Loan (the "North Yonkers Loan") (the

"Objection") [DE 5696] as it relates to Proof of Claim No. 10725-01414 filed by Spectrum

---

[1] This bankruptcy case was closed on October 12, 2007.

[2] This bankruptcy case was closed on December 26, 2007.

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

1  Capital LLC.  On March 19, 2008, Spectrum Capital LLC filed a response to the Objection

2  [DE 6042], which clarifies that Spectrum Capital LLC has "been paid back in full" for its

3  investment in the North Yonkers Loan and, therefore, Spectrum Capital LLC's claim is

4  not based to any extent upon an investment in the North Yonkers Loan.  Accordingly, the

5  USACM Trust will adjust its records and withdraw the Objection to the extent it relates to

6  Spectrum Capital LLC's claim.

7           Dated: March 24, 2008.

                                        LEWIS AND ROCA LLP
8

9

10          By  /s/  Rob Charles (#6593)
                 Susan M. Freeman, AZ 4199 (*pro hac vice*)
11               Rob Charles, NV 6593
                 John C. Hinderaker, AZ 18024 (*pro hac vice*)
12          3993 Howard Hughes Parkway, Suite 600
            Las Vegas, Nevada  89169
13          Telephone:  (702) 949-8200
            Facsimile:   (702) 949-8398
14          E-mail:  rcharles@lrlaw.com
            *Attorneys for the USACM Liquidating Trust*
15
   COPY of the foregoing served via e-mail this
16 24th day of March, 2008 addressed to:

17 Henry G. Rendler, Esq.
   1550 The Alameda, Suite 308
18 San Jose, CA  95126
   henry@rendlerlaw.com
19

20   /s/ Renee L. Creswell
   Renee L. Creswell

21

22

23

24

25

26

2

236417.1