E-Filed on 03/25/08

**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email: adiamond@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
Email: emadden@diamondmccarthy.com

Special Litigation Counsel for USACM Liquidating Trust

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321

Susan M. Freeman, AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles, NV State Bar No. 006593
Email: rcharles@lrlaw.com

Counsel for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED FUND, LLC,

USA SECURITIES, LLC,
                                    Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under Case No. BK-S-06-10725 LBR

**NOTICE OF 2004 EXAMINATIONS OF BRETT SEABERT AND KREG ROWE, SET BY AGREEMENT**

[No hearing required]

115139.1

The USACM Liquidating Trust (the "Trust") hereby gives notice that it will conduct the Rule 2004 examinations of Kreg Rowe and Brett Seabert as the designated representatives of the "Tanamera Parties."[1]  The examinations are being conducted pursuant to the July 20, 2007 Stipulation between the parties.  The examinations will take place on **April 8, 2008**.  The location will be the Reno offices of McDonald Carano Wilson, LLP, 100 West Liberty Street, 10th Floor, Reno, Nevada, 89505.  Mr. Rowe's examination will begin at 9:00 a.m.  Mr. Seabert's examination will begin at 1:00 p.m.  The examinations will be videotaped.

| | |
|---|---|
| **DIAMOND MCCARTHY LLP** | **LEWIS AND ROCA LLP** |
| By:  */s/ Eric D. Madden* | By:  */s/ Rob Charles* |
| Allan B. Diamond, TX 05801800 (pro hac vice) | Susan M. Freeman, AZ 4199 (pro hac vice) |
| William T. Reid, IV, TX 00788817 (pro hac vice) | Rob Charles, NV 6593 |
| Eric D. Madden, TX 24013079 (pro hac vice) | 3993 Howard Hughes Parkway, Suite 600 |
| 909 Fannin, Suite 1500 | Las Vegas, Nevada  89169-5996 |
| Houston, Texas 77010 | (702) 949-8320 (telephone) |
| (713) 333-5100 (telephone) | (702) 949-8321 (facsimile) |
| (713) 333-5199 (facsimile) | |
| *Special Litigation Counsel for* | |
| *USACM Liquidating Trust* | *Counsel for USACM Liquidating Trust* |

---

[1] The "Tanamera Parties" are defined in the July 20, 2007 Stipulation between the Trust and the Tanamera Parties as: Kreg Rowe, Brett Seabert, B & L Investments, Inc. Cabernet Highlands, LLC, Caughlin Club Management Partners, LLC, Caughlin Club Real Property Investors, LLC, CCRE Investors LLC, Chardonnay Village Investors, LLC, Classic Residences, LLC, Comstock Village Investors, LLC, DDH Financial Corp., Diamond Village Investors 11, LLC, Diamond Village Investors 1 & 12, LLC, Double Diamond Homes, LLC, Double Diamond Management Company, LLC, Emigh Investments, LLC, Equus Management Group, Inc., Foothill Commerce Center, LLC, Homewood Village Investors I, LLC, La Hacienda Land Investors, Inc., Longley Town Centre, LLC, Longley Professional Campus, LLC, The Meadows Investors, LLC, Miners Village Investors, LLC, Monticello Investors, LLC, Mountainview Campus Investors, LLC, MP Tanamera, LLC, Pioneer Village Investors, LLC, Preserve at Galleria, LLC, Reno Corporate Center, LLC, Reno Design Center, LLC, Rowe Family Trust, RTTC Communications, LLC, Sandhill Business Campus, LLC, Sierra Vista Investors, LLC, South Meadows Commercial Property, LLC, South Meadows Office Investors, LLC, Sparks Galleria Investors, LLC, Sparks Galleria Investors II, LLC, Tanamera Commercial Development, LLC, Tanamera Corporate Center, LLC, Tanamera Development, LLC, Tanamera Homes, LLC, Tanamera Resort Condominiums, LLC, Tanamera Resort Partners, LLC, TCD Financial Corp, TCD, Land Investments, LLC, Vineyard Highlands, LLC, The Vineyard Investors, LLC. Vineyard Professional Campus, LLC, Waterford Partners, LLC, Wyndgate Partners, II, LLC, Wyndgate Village Investors, LLC, Michael Efstratis, Kraig Knudsen and Joe Lopez.