**LEWIS AND ROCA LLP** — LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

**Susan M. Freeman, Esq.** AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
**Anne M. Loraditch, Esq.** NV State Bar No. 008164
Email: aloraditch@lrlaw.com

Attorneys for USACM Liquidating Trust

Electronically Filed on March 25, 2008

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY;<br>USA CAPITAL REALTY ADVISORS, LLC;<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC;<br>USA CAPITAL FIRST TRUST DEED FUND, LLC;<br>USA SECURITIES, LLC;<br>　　　　　　　　　　　Debtors.<br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**STIPULATION RE CLAIM OF RD VISUAL DESIGN, INC.** |

The USACM Liquidating Trust (the "USACM Trust"), and RD Visual Design, Inc., a Nevada corporation dba RD Advertising ("RD Advertising"), stipulate:

1. On June 15, 2006, USA Commercial Mortgage filed with the Court its bankruptcy schedules and statements, which included RD Advertising as having an unsecured nonpriority claim of $30,194.58 (the "Claim").

2. On February 12, 2008, after diligently reviewing the books and records of USA Commercial Mortgage, the USACM Trust made demand upon RD Advertising for the return of

payments totaling $17,205.02 (the "Payments") alleging that such Payments were preferential transfers pursuant to 11 U.S.C. § 547(a).

3. RD Advertising does not agree that the Payments were preferential and has articulated its reasons for its position to the trustee (the "Trustee") of the USACM Trust.

4. In view of the foregoing, the USACM Trust and RD Advertising hereby stipulate and agree that RD Advertising shall take nothing on its Claim and that, in full settlement and satisfaction of the Trustee's preference demand upon RD Advertising for the return of the Payments, RD Advertising finally and forever waives any and all of its right, title and interest in any distribution that may be forthcoming from the USACM Trust to the holders of allowed claims against the USA Commercial Mortgage bankruptcy estate.

5. Nothing in this stipulation or the Court's order approving this stipulation is a waiver or release by the USACM Liquidating Trust in favor of RD Advertising.

6. Nothing in this stipulation or the Court's order approving this stipulation is a waiver or release by Ron DeLelles or Ann DeLelles regarding any membership interest they may hold in USA Capital Diversified Trust Deed Fund, LLC.

Dated: March 25, 2008.

LEWIS AND ROCA LLP

/s/ Anne M. Loraditch
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Anne M. Loraditch, NV 8164
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
*Counsel for USACM Liquidating Trust*

STIPULATED AND AGREED to this ____ day of March 2008.

RD VISUAL DESIGN, INC., a Nevada corporation
*dba* RD ADVERTISING

_____
Ron DeLelles, President
3230 East Flamingo, #8-532
Las Vegas, Nevada 89121

404503.1


LEWIS AND ROCA LLP LAWYERS

1. payments totaling $17,205.02 (the "Payments") alleging that such Payments were preferential transfers pursuant to 11 U.S.C. § 547(a).

3. RD Advertising does not agree that the Payments were preferential and has articulated its reasons for its position to the trustee (the "Trustee") of the USACM Trust.

4. In view of the foregoing, the USACM Trust and RD Advertising hereby stipulate and agree that RD Advertising shall take nothing on its Claim and that, in full settlement and satisfaction of the Trustee's preference demand upon RD Advertising for the return of the Payments, RD Advertising finally and forever waives any and all of its right, title and interest in any distribution that may be forthcoming from the USACM Trust to the holders of allowed claims against the USA Commercial Mortgage bankruptcy estate.

5. Nothing in this stipulation or the Court's order approving this stipulation is a waiver or release by the USACM Liquidating Trust in favor of RD Advertising.

6. Nothing in this stipulation or the Court's order approving this stipulation is a waiver or release by Ron DeLelles or Ann DeLelles regarding any membership interest they may hold in USA Capital Diversified Trust Deed Fund, LLC.

Dated: March 24, 2008.

**LEWIS AND ROCA LLP**

_____
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Anne M. Loraditch, NV 8164
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
*Counsel for USACM Liquidating Trust*

STIPULATED AND AGREED to this 25 day of March 2008.

RD VISUAL DESIGN, INC., a Nevada corporation
*dba* RD ADVERTISING

_____
Ron DeLelles, President
3230 East Flamingo, #8-532
Las Vegas, Nevada 89121

2

404503.1