**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
Attorneys for USACM Liquidating Trust

E-Filed on March 25, 2008

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[1]<br><br>USA Securities, LLC,[2]<br>          Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF DEADLINE TO FILE OBJECTION TO SETTLEMENT AGREEMENT WITH USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC**<br><br>Date of Hearing: March 25, 2008<br>Time of Hearing: 9:30 a.m. |

**NOTICE IS HEREBY GIVEN** that on March 13, 1008, a Motion to Approve Settlement Agreement with USA Capital Diversified Trust Deed Fund, LLC [DE 5979] (*Motion*) was filed with this Court by the USACM Liquidating Trust (*Trust*) and came on for an expedited hearing on March 25, 2008 at 9:30 a.m. A copy of the Motion, the

---

[1] This bankruptcy case was closed on October 12, 2007.

[2] This bankruptcy case was closed on December 26, 2007.

1

**LEWIS AND ROCA LLP**
LAWYERS

Declaration of Geoffrey Berman and the letter agreement (the "Settlement Agreement"), are attached as Exhibit 1.

At the hearing, the Court extended the deadline to file objections to the Settlement Agreement. Any objection to the Settlement Agreement must be filed with the Court by **March 31, 2008** pursuant to this Court's local rules and a copy served on the undersigned counsel. If no objection to the Motion is timely filed, the Trust will lodge an order with the Court granting the Motion.

DATED: March 25, 2008.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Counsel for USACM Liquidating Trust

COPY of the foregoing sent via e-mail or mailed by first class postage prepaid U.S. Mail on March 25, 2008 to the parties listed on Post-Effective official Service List for Limited Notice No. 4, Dated January 8, 2008.

/s/ Christine E. Laurel
Christine E. Laurel
Lewis and Roca

1918997.1