Entered on Docket
March 27, 2008

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

SUSAN M. FREEMAN, ESQ.
Arizona Bar No. 004199
Email: sfreeman@lrlaw.com
ANNE M. LORADITCH, ESQ.
Nevada State Bar No. 008164
Email: aloraditch@lrlaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8398

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY;<br>USA CAPITAL REALTY ADVISORS, LLC;<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC;<br>USA CAPITAL FIRST TRUST DEED FUND, LLC;<br>USA SECURITIES, LLC;<br>　　　　　　　　　　　　Debtors.<br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER APPROVNG STIPULATION RE CLAIM OF RD VISUAL DESIGN, INC.** |

1



The Court having considered the Stipulation re Claim of RD Visual Design, Inc. (the "Stipulation"), and good cause appearing:

**IT IS HEREBY ORDERED** that:

1. The Stipulation is APPROVED.

2. RD Visual Advertising, Inc. dba RD Advertising ("RD Advertising") shall take nothing on its unsecured nonpriority claim of $30,194.58, as scheduled by USA Commercial Mortgage in the above-captioned bankruptcy case on June 15, 2006.

3. RD Advertising shall be deemed to have finally and forever waived any and all of its right, title and interest in any distribution that may be forthcoming from the USACM Trust to the holders of allowed claims against the USA Commercial Mortgage bankruptcy estate.

4. Nothing in this Order is a waiver or release by the USACM Liquidating Trust in favor of RD Advertising.

5. Nothing in this Order is a waiver or release by Ron DeLelles or Ann DeLelles regarding any membership interest they may hold in USA Capital Diversified Trust Deed Fund, LLC.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

Susan M. Freeman, AZ 4199 (*pro hac vice*)
Anne M. Loraditch, NV 8164
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
*Counsel for USACM Liquidating Trust*

**RD VISUAL DESIGN, INC.**, a Nevada corporation
*dba* RD ADVERTISING

Ron DeLelles, President
3230 East Flamingo, #8-532
Las Vegas, Nevada 89121

# # #

405799.1



1. The Court having considered the Stipulation re Claim of RD Visual Design, Inc. (the "Stipulation"), and good cause appearing:

**IT IS HEREBY ORDERED** that:

1. The Stipulation is APPROVED.

2. RD Visual Advertising, Inc. dba RD Advertising ("RD Advertising") shall take nothing on its unsecured nonpriority claim of $30,194.58, as scheduled by USA Commercial Mortgage in the above-captioned bankruptcy case on June 15, 2006.

3. RD Advertising shall be deemed to have finally and forever waived any and all of its right, title and interest in any distribution that may be forthcoming from the USACM Trust to the holders of allowed claims against the USA Commercial Mortgage bankruptcy estate.

4. Nothing in this Order is a waiver or release by the USACM Liquidating Trust in favor of RD Advertising.

5. Nothing in this Order is a waiver or release by Ron DeLelles or Ann DeLelles regarding any membership interest they may hold in USA Capital Diversified Trust Deed Fund, LLC.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

_____
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Anne M. Loraditch, NV 8164
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
*Counsel for USACM Liquidating Trust*

**RD VISUAL DESIGN, INC.**, a Nevada corporation dba RD ADVERTISING

_____
Ron DeLelles, President
3230 East Flamingo, #8-532
Las Vegas, Nevada 89121

### #

405799.1