E-filed March 28, 2008

1   Marc A. Levinson (California Bar No. 57613)       Robert R. Kinas (Nevada Bar No. 6019)
    Jeffery D. Hermann (California Bar No. 90445)     Claire Y. Dossier (Nevada Bar No. 10030)
2   ORRICK, HERRINGTON & SUTCLIFFE LLP               SNELL & WILMER LLP
    400 Capitol Mall, Suite 3000                      3883 Howard Hughes Parkway, Suite 1100
3   Sacramento, California 95814-4497                 Las Vegas, Nevada 89169
    Telephone:    (916) 447-9200                      Telephone:    (702) 784-5200
4   Facsimile:    (916) 329-4900                      Fax:          (702) 784-5252
    Email:        malevinson@orrick.com               Email:        rkinas@swlaw.com
5                 jhermann@orrick.com                               cdossier@swlaw.com

6   *ATTORNEYS FOR USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC*

8                        **UNITED STATES BANKRUPTCY COURT**

9                              **DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>          Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>          Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>          Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>          Debtor. | **NOTICE OF FILING PROOF OF<br>SERVICE OF SUBPOENA FOR<br>RULE 2004 EXAMINATION<br>(ROBERT A. RUSSELL)** |
| In re:<br>USA SECURITIES, LLC,<br>          Debtor. | |
| Affects:<br>☐   All Debtors<br>☐   USA Commercial Mortgage Company<br>☐   USA Securities, LLC<br>☐   USA Capital Realty Advisors, LLC<br>☒   USA Capital Diversified Trust Deed Fund, LLC<br>☐   USA First Trust Deed Fund, LLC | |

24   / / /

25   / / /

26   / / /

27   / / /

8673935.1

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

1    NOTICE IS HEREBY GIVEN that USA CAPITAL DIVERSIFIED TRUST DEED

2    FUND, LLC herewith files Proof of Service upon Robert A. Russell of Subpoena for Rule 2004

3    Examination, attached as Exhibit A and Exhibit B.

4    Dated this 27th day of March, 2008.

5

6                                        SNELL & WILMER LLP

7

8    By: _____
         Robert Kinas (Nevada Bar No. 6019)
9        Claire Y. Dossier (Nevada Bar No. 10030)
         3883 Howard Hughes Parkway, Suite 1100
10       Las Vegas, NV  89169
         Telephone:  (702) 784-5200

11       Marc A. Levinson (California Bar No. 57613)
         Jeffery D. Hermann (California Bar No. 904445)
12       ORRICK, HERRINGTON & SUTCLIFFE LLP
         400 Capital Mall, Suite 3000
13       Sacramento, CA 95814-4497

14       *Attorneys for USA Capital Diversified Trust Deed Fund,*
         *LLC*

15

16

17

18

19

20

21

22

23

24

25

26

27

28

8673935.1

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702) 784-5200

Form 254 - Subpoena for Rule 2004 Examination (12/06)

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| In re | **SUBPOENA FOR RULE 2004 EXAMINATION** |
|---|---|
| **USA COMMERCIAL MORTGAGE COMPANY**<br>**USA CAPITAL REALTY ADVISORS, LLC,**<br>**USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,**<br>**USA CAPITAL FIRST TRUST DEED FUND, LLC,**<br>**USA SECURITIES, LLC,** | Case Nos.  **BK-S-06-10725 LBR**<br>**BK-S-06-10726 LBR**<br>**BK-S-06-10727 LBR**<br>**BK-S-06-10728 LBR**<br>**BK-S-06-10729 LBR** |
| **Debtors.**<br><br>**AFFECTS: ALL DEBTORS** | **Chapter 11**<br>**Jointly Administered Under**<br>**Case No. BK-S-06-10725-LBR**<br>**PENDING IN THE DISTRICT OF NEVADA** |

TO:   Robert A Russell
      Industrial West Group
      Russell/AD Development Group
      8324 E Hartford Dr - Suite 110
      Scottsdale, AZ 85255

☒ **YOU ARE COMMANDED** to appear and testify at an examination under Rule 2004, Federal Rules of Bankruptcy Procedure, at the place, date, and time specified below. USA Capital Diversified Trust Deed Fund, LLC reserves the right to videotape all examinations.

### SEE ATTACHED EXHIBIT A FOR TOPICS OF EXAMINATION

| PLACE OF TESTIMONY<br>FTI Consulting, Inc.<br>One Renaissance Square<br>Two North Central Avenue<br>Suite 1200<br>Phoenix, AZ  85004-2322 | DATE AND TIME<br><br>April 4, 2008<br>10:00 a.m. |
|---|---|

☒ **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

### SEE ATTACHED EXHIBIT B FOR DOCUMENT TO BE PRODUCED

| PLACE<br>FTI Consulting, Inc.<br>One Renaissance Square<br>Two North Central Avenue<br>Suite 1200<br>Phoenix, AZ  85004-2322 | DATE AND TIME<br><br>March 21, 2008<br>10:00 a.m. |
|---|---|
| ISSUING OFFICER SIGNATURE AND TITLE<br><br>*Attorneys for USA Capital Diversified Trust Deed Fund, LLC* | DATE<br><br>March 11, 2008 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Claire Dossier (Nevada Bar. No. 10030), Snell & Wilmer L.L.P, 3883 Howard Hughes Parkway, Suite 1100, Las Vegas, NV 89169 (702) 784-5200.

**(See Rule 45, Federal Rules of Civil Procedure, Parts C & D)**

Form 254 - Subpoena for Rule 2004 Examination (12/06)

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained

in the Proof of Service is true and correct.

Executed on _____

　　　　　　　　DATE

SIGNATURE OF SERVER

ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c)    PROTECTION    OF    PERSONS    SUBJECT    TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction, which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;

(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person,

except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B)  If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d)    DUTIES    IN    RESPONDING    TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

## EXHIBIT A
### to Subpoena for
### ROBERT A. RUSSELL

The topics of examination under Federal Rule of Bankruptcy Procedure 2004 shall include:

1.    The organization and structure of the various entities under your control;

2.    Your policies, if any, regarding document destruction and retention, and how those policies were applied to the documents requested in Exhibit B (the "documents");

3.    How and where the documents are kept and filed;

4.    Whether the documents are kept in the ordinary and usual course of business;

5.    How the documents came to be created, including the identities (specifically or by category) of the persons creating them;

6.    Whether the persons creating the documents had personal knowledge of the matters stated in the documents, or created from them information transmitted by someone with such knowledge;

7.    Whether it was regular practice to create the documents (or keep a file of the documents, if created by others);

8.    The efforts made to locate and produce the documents;

9.    The identities of all persons assisting with the search for responsive documents;

10.   Whether any responsive documents were withheld on any ground;

11.   Whether any responsive documents have been destroyed, and if so, when and for what reason or pursuant to what policy or instruction;

12.   Whether any documents that should have been found were missing, and if so, the reasons that the documents were missing; and

13.   Whether any of the instructions provided in Exhibit B were not followed, and if so, which instructions were not followed and the reasons for any and all departures from the instructions.

14.   Your personal financial condition and circumstances, and the financial status of any company in which you have an interest.

**EXHIBIT B**
**to Subpoena for**
**ROBERT A. RUSSELL**

## I. DEFINITIONS

The following definition shall subscribe to the documents requested:

"Document", shall mean writings and any other similar materials in your custody, possession, control, whether printed, handwritten, recorded, on disk or other computer medium, or photocopied or otherwise reproduced, and whether claimed to be exempt from production pursuant to a properly asserted privilege or for any other reason, with this definition including, for illustrative purposes and without limitation, all of the following: letters, reports, agreements, communications, notes, correspondence, telegrams, memoranda, computer data and/or messages such as e-mails, summaries or records of conversations or meetings of any kind, diaries, forecasts, photographs, tape recordings, reports and/or summaries of investigations, opinions and/or reports, appraisals and/or other analyses of any kind, notations on any documents (as heretofore described), and all drafts (and revisions) of every such document.

As used herein, the term "communication" means any transmission or exchange of information, whether orally, in writing, electronically, or any other means or mode of transmission or exchange of information.

As used herein, the term "person" means any natural person, corporation, partnership, joint venture, or any other entity or form of organization or association.

As used herein, the term "you" and "your" refers to Robert A. Russell, and his agents, officers, directors, employees, attorneys, affiliates, corporations, entities, representatives, or any other persons acting or purporting to act on your behalf.

As used herein, the phrase "refer or relate" or "referring to or relating to" means constituting, comprising, containing, alluding to, responding to, commenting upon, discussing, showing, disclosing, explaining analyzing, construing, evidencing, setting forth, summarizing, or characterizing, either directly or indirectly, in whole or in part.

The singular form of a word shall be interpreted to include the plural, the masculine gender shall be deemed to include the feminine, and vice versa. If you should have any

questions regarding the production demanded hereunder, your counsel is invited to tact the undersigned in advance of the examination date.

## II.    INSTRUCTIONS

1.    The following document requests are to be responded to fully, by furnishing all information in your possession, custody, or control.  Your having possession, custody, or control of a document includes your having a right, superior to other parties, to compel the production of such document from a third party, such as your agent, employee, representative, or, unless privileged, attorney.

2.    If any document requested herein has been lost, discarded, or destroyed, the document so lost, discarded, or destroyed should be identified as completely as possible, including without limitation, the date the document was lost, discarded, or destroyed, the manner in which the document was lost, discarded, or destroyed, the reason(s) the document was lost, discarded, or destroyed, the person who authorized that the document be destroyed or discarded, and the person who lost, discarded, or destroyed the document.

3.    If you cannot produce a document because it no longer exists or is no longer in your possession, custody, or control, please identify that document by: (a) its title; (b) its nature (for example, a "letter" or "email"); (c) the date it was created or sent; (d) its author(s) and signator(y/ies); (e) any of its recipient(s); (f) the last place it was known to have been located; (g) the circumstances under which it ceased to exist or passed from your possession, custody, or control; and (h) the identity and last known residence and business address of any person who had knowledge of its existence and location.

4.    Produce all non-identical duplicates or copies and/or drafts, of all requested documents in your possession, in the possession of your agents, attorneys, accountants, or employees, or which are otherwise within your custody, control, or access, wherever located.  A document with handwritten notes, editing marks, etc. is not identical to one without such notes or marks and therefore must be produced if within the scope of documents requested.

5.    Produce each requested document in its entirety, including all attachments and enclosures, even if only a portion of the document is responsive to the request.

6.     If you withhold from production any document, or any portion of any document, that is otherwise responsive to a request on the basis of privilege, work product, or any other ground, you must provide sufficient information regarding the withheld document to permit the Court and the parties to evaluate the propriety of your objection.  Specifically, you must identify: (a) the name and title of the author(s) of the document; (b) the name and title of each person to whom the document was addressed; (c) the name and title of each person to whom the document was distributed; (d) the name and title of each person to whom the document was disclosed, in whole or in part; (e) the type of document (e.g. "memorandum" or "report"); (f) the subject matter of the document; (g) the purpose(s) of the document; (h) the date on the document, and, if different, the date on which the document was created and / or sent; (i) the specific request herein to which the document is responsive; (j) the nature of the privilege(s) asserted as to the document; and (k) a detailed, specific explanation as to why the document is privileged or otherwise immune from discovery, including a presentation of all factual grounds and legal analyses.

7.     If any requested document cannot be produced in full, produce it to the extent possible, indicating what is being withheld and the reason it is being withheld.

8.     Please produce each specified document either (a) in the original file or organization system in which it is regularly maintained or organized, or (b) designate which documents are being produced in response to which of the numbered specifications below. Produce the requested documents either in their original file folders or appended to a copy of any writing on the file folders from which the documents are taken.

9.     Identify each document produced by the paragraph number of this schedule to which it is responsive.  If a document is produced in response to more than one request, it is sufficient to identify only the first request to which the document is responsive.

10.     All electronically stored information must be produced in the same form or forms in which it is ordinarily maintained.  Specifically, all electronically stored information must be produced in its native format, so that the metadata can be assessed.

11.     Unless otherwise specified, the relevant time period for this request is from January 1, 1997 through and including the present.

12.     This request is a continuing one that calls for the supplemental or additional production of documents if you or your counsel obtains supplemental or additional documents.

13.     In responding to the requests below: (a) the disjunctive shall also be read to include the conjunctive and vice versa; (b) "including" shall be read to mean "including without limitation"; (c) the singular shall also be read to include the plural and vice versa; (d) the present shall also be read as if the past tense and vice versa; (e) "any" shall be read to include "all" and vice versa, and (f) "and" shall be read to include "or" and vice versa.

## III.   DOCUMENTS

**YOU ARE FURTHER COMMANDED** to produce at the above-stated time and place the Documents set forth below:

1) Current personal financial documents, including but not limited to the following:
   a. Federal and state tax returns for the past five (5) years, including all correspondence with any agency regarding these returns;
   b. Balance sheets;
   c. Income statements;
   d. Bank account statements, and
   e. Securities holdings;

2) Documents showing your involvement in and the organization of any company, joint venture, partnership, association, or other arrangement, including but not limited to the following: AD Albuquerque Development, LLC; Interstate Commerce Center, LLC; Unser/Central Partners LLP, and Russell A D Development Group, LLC (collectively, including the unnamed entities, the "Companies").

3) Copies of all documents and other items related to your bankruptcy proceeding, including but not limited to copies of all judgments, final reports, orders, and memorandums.

4) Debt-related Documents, including but not limited to the following:
   a. Documents showing your current outstanding debt;
   b. Documents showing your current outstanding leases;

    c.  Documents evidencing your either existing or prospective debt, including: loan and credit agreements, promissory notes, and other evidence of indebtedness and any guaranty arrangements;

    d.  Documents showing correspondence between you and/or the Companies with lenders regarding existing or prospective debt, including compliance reports submitted;

    e.  Copies of all indentures, mortgages, notes, security agreements, pledge agreements, or other agreements relating to loans made either to or by you or the Companies.

5) Documents related to litigation, including but not limited to the following:

    a.  Documents showing any actions, suits, proceedings, investigations, claims, or inquiries currently pending or threatened relative to Interstate or the Companies or their assets, including all pleadings;

    b.  All reports, notices, or correspondence relating to any violation or infringement by you or the Companies of government regulations;

    c.  Documents showing past litigation, suits, actions, administrative proceedings, or other governmental investigations, or inquiries, pending or threatened, affecting the businesses or operation of Interstate;

    d.  All liens, including tax liens, charges, security interests, pledges, easements, covenants, agreements, restrictions, and encumbrances, with respect to the property and other assets of Interstate, and

    e.  Copies of all UCC filings by or against Interstate.

6) Real property Documents, including but not limited to the following:

    a.  Schedules of all deeds, mortgages, deeds of trust, security agreements, title reports and policies, leases, subleases, assignments, and related agreements for all real property owned or occupied by you, and

    b.  Recent professional appraisals, if any, of real property owned or occupied by you.

# EXHIBIT A

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT    DISTRICT OF ARIZONA    STATE OF ARIZONA

CASE NO.: BK-S-06-10725    DEPT NO.:    DOCKET NO.: USA

3    Snell & Wilmer    ATTORNEYS FOR:

4    Claire Y. Dossier, Esq.    STATE BAR NO.: 10030

5    3883 Howard Hughes Pkwy, 11th Floor

6    Las Vegas , NV 89109

7    *USA Commercial Mortgage Company*    Plaintiff    Date: April 4, 2008

8    *vs*    Time: 10:00 am

9    *Robert A. Russell*    Defendant    AFFIDAVIT OF SERVICE

10    _____

11    Bryan Buair _____, being duly sworn deposes and says: That at all times herein affiant was

12    and is a citizen of the United States, over 18 years of age, licensed to serve civil process and not a party to or interested

13    in the proceeding in which this affidavit is made. The affiant received the

14    Subpoena For Rule 2004 Examination

15    Order Requiring Robert A. Russell to Produce One or More Representatives for Examination

16    Pursuant to Federal Rule of Bankruptcy Procedure 2004

17    Witness Fee Check $40.00

18

19    on the 17th day of March , 2008 and served the same on the 17th day of March , 2008

20    at 2:50 pm    by:

21    delivering a copy to the witness:   **Robert A. Russell**

22    at address: 8324 E. Hartford DR., Suite 110, Scottsdale, AZ 85382

23    (○) by personal service

24    (    ) by leaving copies with : _____

25

26

27

28    OFFICIAL SEAL
    JON MORRIS
29    Notary Public  State of Arizona
    MARICOPA COUNTY
30    My Comm. Expires Aug. 7, 2011

31

32    SUBSCRIBED AND SWORN to before me on this    _____

33    18th day of March    2008    Affiant

34    _____

35    _____    **Legal Process Service**
    626 S. Eighth Street
36    Notary Public    Las Vegas, Nevada 89101
    WorkOrderNo **0802706**

# EXHIBIT B

# EXHIBIT B

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone:    (916) 447-9200
Facsimile:    (916) 329-4900
Email:    malevinson@orrick.com
             jhermann@orrick.com

Robert R. Kinas (Nevada Bar No. 6019)
Claire Y. Dossier (Nevada Bar No. 10030)
SNELL & WILMER LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone:    (702) 784-5200
Fax:            (702) 784-5252
Email:    rkinas@swlaw.com
             cdossier@swlaw.com

*ATTORNEYS FOR USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **AFFIDAVIT OF SERVICE** |
| Affects:<br>☐   All Debtors<br>☐   USA Commercial Mortgage Company<br>☐   USA Securities, LLC<br>☐   USA Capital Realty Advisors, LLC<br>☒   USA Capital Diversified Trust Deed Fund, LLC<br>☐   USA First Trust Deed Fund, LLC | |

STATE OF NEVADA          )
                                    ) SS
COUNTY OF CLARK          )

I, Jill A. Math, being first duly sworn upon my oath, depose and state:

1.        I am a resident of Clark County, Nevada.  I am over 18 years of age, and am duly

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

8641023.1

1    authorized to make this affidavit.

2        2.        I am a legal secretary at the law firm of Snell & Wilmer L.L.P., 3883 Howard

3    Hughes Parkway, Suite 1100, Las Vegas, Nevada 89169.

4        3.        On March 14, 2008, I caused copies of the **SUBPOENAs** in connection with the

5    Orders issued for 2004 Exams [Docket Entries No. 5962 and 5960] issued to AD

6    ALBUQUERQUE DEVELOPMENT LLC, BY AND THROUGH ITS REGISTERED AGENT:

7    ROBERT A. RUSSELL and ROBERT A. RUSSELL, individually, respectively, to be served

8    upon Robert A. Russell, individually, and as Registered Agent for AD Albuquerque

9    Development, LLC, by mailing the Subpoenas via U.S. certified mail, return receipt requested to

10   the addresses listed below:

11       AD ALBUQUERQUE DEVELOPMENT LLC
         BY AND THROUGH ITS REGISTERED AGENT:
12       ROBERT A. RUSSELL
         8400 E CRESENT PKWY
13       ENGLEWOOD CO  80111

14       AD ALBUQUERQUE DEVELOPMENT LLC
         BY AND THROUGH ITS REGISTERED AGENT:
15       ROBERT A. RUSSELL
         27338 N 103RD ST
16       SCOTTSDALE AZ  85262-8315

17       ROBERT A RUSSELL
         INDUSTRIAL WEST GROUP
18       RUSSELL/AD DEVELOPMENT GROUP
         8324 E HARTFORD DR - SUITE 110
19       SCOTTSDALE AZ  85255

20       ROBERT A RUSSELL
         27338 N 103RD ST
21       SCOTTSDALE AZ  85262-8315

22       4.        On March 14, 2008, I caused copies of the same **SUBPOENAs** as described in

23   paragraph 3 above to be served upon Robert A. Russell, individually, and as Registered Agent for

24   AD Albuquerque Development, LLC, by faxing the Subpoenas to the following:

25   / / /

26   / / /

27   / / /

28

8641023.1

- 2 -

1   AD ALBUQUERQUE DEVELOPMENT LLC
    BY AND THROUGH ITS REGISTERED AGENT:
2   ROBERT A. RUSSELL
    8400 E CRESENT PKWY
3   ENGLEWOOD CO  80111
    FAX:  480-505-4049
4
    ROBERT A RUSSELL
5   INDUSTRIAL WEST GROUP
    RUSSELL/AD DEVELOPMENT GROUP
6   8324 E HARTFORD DR - SUITE 110
    SCOTTSDALE AZ  85255
7   FAX:  480-505-4049

8
    FURTHER YOUR AFFIANT SAYETH NOT.
9

10                                        _____
11                                        Jill A. Math

12
    Subscribed and sworn to before me this
13  18ᵗʰ day of March, 2008

14
    _____        
15  Notary Public

16

17

18

19

20

21

22

23

24

25

26

27

28

8641023.1

- 3 -

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200





**INSUFFICIENT ADDRESS**

## Snell & Wilmer

L.L.P.

LAW OFFICES

Claire Y. Dossier, Esq.

3883 Howard Hughes Parkway, Suite 1100

Las Vegas, Nevada 89169

*To:*

AD ALBUQUERQUE DEVELOPMENT LLC
BY AND THROUGH ITS REGISTERED AGENT:
ROBERT A. RUSSELL
8400 E CRESENT PKWY
ENGLEWOOD CO 80111

(CYD) 53634.0001

---

**U.S. Postal Service™**

**CERTIFIED MAIL™ RECEIPT**

*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.96 |

*Sent To* AD Albuquerque Development LLC
*Attn:* Resident Agent - Robert A. Russell
*Street, Apt. No.; or PO Box No.* 8400 East Cresent Pkwy
*City, State, ZIP+4* Englewood CO 80111

PS Form 3800, August 2006    See Reverse for Instructions

7006 2150 0000 3852 4319



U.S. POSTAGE 06.96
H METER700008

LAS VEGAS NV
MAR 14'08

3/24
4/3

**Snell & Wilmer**
L.L.P.
LAW OFFICES

Claire Y. Dossier, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

To:
AD ALBUQUERQUE DEVELOPMENT LLC
BY AND THROUGH ITS REGISTERED AGENT:
ROBERT A. RUSSELL
27338 N 103RD ST
SCOTTSDALE AZ 85262-8315

(CYD) 53634.0001

REASON CHECKED
☐ Moved, Left No Address
☐ Forwarding Order Expired
☒ Unable To Forward
☐ Attempted - Not Known
☐ No Such Street ☐ Refused
☐ No Such Number
☐ Insufficient Address

CERTIFIED MAIL™

7006 2150 0000 3852 4302

U.S. Postal Service™
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)

Postmark Here

Total Postage & Fees $ 6.96

Sent To AD Albuquerque Development LLC
Attn: Resident Agent: Robert A. Russell
Street, Apt. No.; or PO Box No. 27338 North 103 cd St.
City, State, ZIP+4 Scottsdale AZ 85262-8315

PS Form 3800, August 2006          See Reverse for Instructions

7006 2150 0000 3852 4302

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

# OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.96 |

Postmark Here

Sent To ROBERT A. RUSSELL - INDUSTRIAL WEST GROUP
Street, Apt. No.; or PO Box No. 8324 E HARTFORD DR. STE 110
City, State, ZIP+4 SCOTTSDALE, AZ 85255

7007 1490 0002 4064 4307

PS Form 3800, August 2006                     See Reverse for Instructions

---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ROBERT A. RUSSELL
INDUSTRIAL WEST GROUP
RUSSELL/AD DEVELOPMENT
         GROUP
8324 E. HARTFORD DRIVE
         SUITE 110
SCOTTSDALE, AZ 85255

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Stewart_          ☐ Agent
                              ☐ Addressee

B. Received by ( Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☑ Certified Mail      ☐ Express Mail
☐ Registered         ☒ Return Receipt for Merchandise
☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*          ☐ Yes

2. Article Number *(Transfer from service label)*      7007 1490 0002 4064 4307

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

U.S. POSTAGE
06.96
H METER7700000

LAS VEGAS NV
MAR 14'08

**Snell & Wilmer**
L.L.P.
LAW OFFICES
Claire Y. Dossier, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169



REASON CHECKED
☐ Moved, Left No Address
☐ Forwarding Order Expired
☐ Unable To Forward
☒ Attempted - Not Known
☐ Unclaimed - No Known
☐ No Such Street ☐ Refused
☐ Insufficient Address
☐ No Such Number

*To:*

ROBERT A RUSSELL
27338 N 103RD ST
SCOTTSDALE AZ 85262-8315

(CYD) 53634.0001

NOTARIZATAS ADDRESS

CERTIFIED MAIL

7007 1490 0002 4064 4284

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.96 |

Postmark Here

Sent To ROBERT A. RUSSELL
Street, Apt. No.; or PO Box No. 27388 N. 103RD ST
City, State, ZIP+4 SCOTTSDALE AZ 85262

PS Form 3800, August 2006    See Reverse for Instructions

7007 1490 0002 4064 4284

```
*********************
***   TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              0284
RECIPIENT ADDRESS     #25014805054049
DESTINATION ID
ST. TIME              03/14 16:16
TIME USE              06'06
PAGES SENT            33
RESULT               OK
```

# Snell & Wilmer
### ——— L.L.P. ———
### LAW OFFICES

3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
702.784.5200 P
702.784.5252 F
swlaw.com

DENVER

LAS VEGAS

ORANGE COUNTY

PHOENIX

SALT LAKE CITY

TUCSON

## FACSIMILE TRANSMISSION

DATE:     March 14, 2008

TIME IN:
TIME OUT:

TO:

| Name | Fax Number | Phone Number |
|---|---|---|
| Robert A. Russell | 480-505-4049 | 480-505-4048 |

FROM:   Claire Y. Dossier        PHONE:   702.784.5267

MESSAGE:

> Please find attached copies of (1) Notice of Entry of Order requiring (a) Robert A. Russell (individually) to Appear for Examination Pursuant to Federal Rule of Bankruptcy Procedure Rule 2004, and (b) AD Albuquerque Development, LLC to Produce One or More Representatives for Examination Pursuant to Federal Rule of Bankruptcy Procedure 2004, and (2) Subpoena issued to Robert A. Russell (individually), and (3) Subpoena for AD Albuquerque by and through its Registered Agent, Robert A. Russell.

ORIGINAL DOCUMENT:   Will not be sent         NUMBER OF PAGES (Including Cover):   *33*

CONFIRMATION NO.:                              CLIENT MATTER NO.:   53634.0001

PLEASE RETURN TO:    Claire Dossier           PERSONAL FAX:   No

REQUESTOR:           Jill Math                DIRECT LINE:   702.784.5335

**IF YOU HAVE NOT PROPERLY RECEIVED THIS TELECOPY, PLEASE CALL US AT 702.784.5200.
OUR FACSIMILE NUMBER IS 702.784.5252.**