**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 3/31/08

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[1]<br><br>USA SECURITIES, LLC,[2]<br>                                  Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**WITHDRAWAL OF FIRST OMNIBUS OBJECTION TO PROOFS OF CLAIM BASED UPON INVESTMENT IN FIESTA DEVELOPMENT $6.6 LOAN**<br><br>Date of Hearing: April 17, 2008<br>Time of Hearing: 10:30 a.m. |

      The USACM Liquidating Trust ("USACM Trust") withdraws its First Omnibus Objection to Proofs of Claim Based Upon Investment in Fiesta Development $6.6 Loan (the "Fiesta Development Loan") (the "Objection") [DE 6008] as it relates to Proof of Claim No. 10725-00435 filed by Robert J. Reiner, Roth IRA. Mr. Reiner's claim is not

---

[1] This bankruptcy case was closed on October 12, 2007.

[2] This bankruptcy case was closed on December 26, 2007.

237103.1

based to any extent upon an investment in the Fiesta Development Loan. Accordingly, the USACM Trust will adjust its records and withdraws its Objection. Because Proof of Claim No. 10725-00435 is the only claim impacted by the Objection, the Objection is withdrawn it its entirety and the Court should remove it from the agenda for the April 17, 2008 Omnibus Hearing.

Dated: March 31, 2008.

LEWIS AND ROCA LLP

By /s/ Rob Charles (#6593)
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
John C. Hinderaker, AZ 18024 (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8398
E-mail: rcharles@lrlaw.com
*Attorneys for the USACM Liquidating Trust*

COPY of the foregoing served via e-mail this 31st day of March, 2008 addressed to:

Robert J. Reiner, Roth IRA
4643 Cordoba Way
Oceanside, CA 92056-5105

/s/ Renee L. Creswell
Renee L. Creswell