RECEIVED AND FILED

2008 APR -1  P 1: 19

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re: USA Commercial Mortgage Company, et al.,

Debtor(s)

Case No. BK: 06-10725 LBR

Adv. #:

Chapter: 11

## MOTION TO FILE ON PAPER

*This motion must be accompanied by a supporting affidavit or declaration and a proposed order.*

1. Movant __Henry G. Rendler, Esq.__ *(name)* hereby declares an exemption or requests permission to file documents on paper because:

☑ a. Movant is not a regular filer as the term is defined in LR 5005(a)(1).

☐ b. Movant claims an exemption under LR 5005(a)(4) because *(state why)*:
_____
_____

☐ c. Exceptional circumstances exist pursuant to LR 5005(a)(5) which prevent filing by electronic means because:

☐ (1). Movant's Internet service is not available due to circumstances that cannot be prevented.

(i). Describe the nature and extent of the circumstances that have made the Internet service unavailable *(be specific)*:
_____
_____

1

(ii). Describe what steps will be taken to ensure that the Internet service will be operable for electronic filing in the future:

☐ (2). Other grounds exist for the exceptional circumstances motion *(be specific)*:

☐ (3). Movant has filed a prior exceptional circumstances motion.

    (i).   Number of prior motion(s): _____.

    (ii).  Date of the prior motion(s): _____.

    (iii). Reason for the prior motion(s): _____.

    (iv). Case number and disposition for each prior motion:

2. The document(s) that the movant wants to file on paper are *(list title of each document)*:

6045 Certificate of Service; 6042 Response; 6044 Response; 6043 Certificate of Service, on behalf of Interested Party Spectrum Capital, LLC

Based upon the foregoing, the movant asks the court to grant this motion.

*Movant's signature*

Date: March 31, 2008

May 1, 2006

2