HENRY G. RENDLER
[CA State Bar #83704]
Attorney at Law
1550 The Alameda, Suite 308
San Jose, California 95126
Telephone:  (408) 293-5112
Facsimile:   (408) 293-4939
henry@rendlerlaw.com
Attorney for Creditor
Spectrum Capital, LLC

RECEIVED AND FILED

2008 APR -1  P 1: 20

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

In re:

USA Commercial Mortgage Company, et al.,

　　　　　　Debtors.

Case No. BK-S-06-10725 LBR
(Jointly Administered)
Date:  No hearing required
Time:

### DECLARATION OF HENRY G. RENDLER IN SUPPORT OF MOTION TO FILE ON PAPER

I, Henry G. Rendler, declare:

1. I am an attorney at law duly licensed to practice in the State of California, State Bar # 83704. I am over the age of 18 years and in all respects competent to be a witness. If called as a witness herein, I could and would competently testify to the facts contained herein. This declaration is made of my personal knowledge, except as to those matters stated on information and belief, and, as to those matters, I believe it to be true. I have been a sole practicioner since 1983, and maintain my offices at 1550 The Alameda, Suite 308, San Jose, CA 95126. This declaration is submitted in support of the accompanying Motion to File on Paper, submitted by me with respect to papers filed on March 24, 2008, on behalf of my client, Creditor Spectrum Capital, LLC ("Spectrum").

2. I have read the accompanying Motion to File on Paper and know its contents. The same is true and correct.

Page 1

USA Commercial Mortgage Company, et al., Debtors | Declaration of Henry G. Rendler in Support of Motion to File on Paper | Case No. BK-S-06-10725 LBR

3. I believe that I am not a "regular filer" as that term is defined in Bankruptcy Local Rule 5005(a)(1), and Paragraph IA (1), (2), and (3) of the Court's Electronic Filing Procedures, revised May 1, 2006. as follows: I have not filed made more than 2 filings with the Clerk in any calendar year after 2002; I am not employed by a law firm, or have an interest as a partner, shareholder, or member of a law firm, that made more than 2 filings with the clerk in any calendar year after 2002; and I am not employed by a governmental unit (as that term is defined in 11 U.S.C. Section 101) that made more than 2 filings with the clerk in any calendar year after 2002.

4. Based on the foregoing, I believe that I am exempt from electronic filing at this time, and respectfully request that the Court grant the Motion to File On Paper.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on March 31, 2008, at San Jose, California.

*[signature]*

Henry G. Rendler

USA Commercial Mortgage Company, et al., Debtors | Declaration of Henry G. Rendler in Support of Motion to File on Paper | Case No. BK-S-06-10725 LBR