**Entered on Docket
April 01, 2008**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[1]<br><br>USA Securities, LLC,[2]<br> Debtors. <br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING FIRST OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED UPON INVESTMENT IN THE GLENDALE TOWER PARTNERS, LLC LOAN**<br><br>Hearing Date: March 25, 2008<br>Hearing Time: 9:30 a.m. |

[1] This bankruptcy case was closed on October 12, 2007.
[2] This bankruptcy case was closed on December 26, 2007.

237124.1

1    Pending before the Court is the USACM Liquidating Trust's First Omnibus

2    Objection to Proofs of Claim Based Upon Investment in the Glendale Tower Partners,

3    LLC Loan (the "Objection") [DE 5783]. Adequate notice of the Objection was given. No

4    responses were filed to the Objection and no opposition was raised to the Objection at the

5    hearing on March 25, 2008. Good cause appearing,

6    IT IS ORDERED that the Objection is sustained and the Proofs of Claim listed on

7    Exhibit A attached are disallowed in their entirety because they were based entirely upon

8    an investment in the Glendale Tower Partners, LLC Loan.

9    ###

10    PREPARED AND SUBMITTED:

11    **LEWIS AND ROCA LLP**

12

13    By:_____/s/ RC (#0006593)_____

14    Susan M. Freeman
     Rob Charles

15    John Hinderaker
     *Attorneys for USACM Liquidating Trust*

16

17

18

19

20

21

22

23

24

25

26

237124.1

1            CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

2 In accordance with Local Rule 9021, the undersigned certifies:

3     ☐       The Court waived the requirements of approval under LR 9021.

4     ☐       No parties appeared or filed written objections, and there is no trustee appointed in the case.

5

6     ☒       No opposition was filed to the motion and no other party or counsel appeared at the hearing.

7     ☐       I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing, and any trustee appointed in the case, and each has approved or disapproved the order, or failed to respond, as indicated below:

8

9

10

11 **LEWIS AND ROCA LLP**

12

13 By:    /s/ RC (#0006593)

14        Susan M. Freeman
       Rob Charles

15        John Hinderaker
*Attorneys for USACM Liquidating Trust*

16

17

18

19

20

21

22

23

24

25

26

237124.1

# GLENDALE TOWER
## Single Loan Claims

## EXHIBIT A
### First Omnibus Objection

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Glendale Tower Loan |
|---|---|---|---|---|
| 10725-00132 | Larry and Nancy Anderson | 13250 Mahogany Drive Reno, NV 89511 | $125,000.00 | $125,000.00 |
| 10725-01988 | Daniel Carlton | 4697 Hooktree Road Twentynine Palms, CA 92277 | $55,000.00 | $55,000.00 |
| 10725-00018 | Brenda Falvai | 252 Paseo De Juan Anaheim, CA 92807-2319 | $50,972.22 | $50,972.22 |
| 10725-00018-2 | Brenda Falvai | 252 Paseo De Juan Anaheim, CA 92807-2319 | $50,972.22 | $50,972.22 |
| 10725-00286 | Patrick J. Horgan | Maupin Cox Legoy Attn: C. Jaime, Esq. P.O. Box 30000 Reno, NV 89520 | $50,000.00 | $50,000.00 |
| 10725-02352 | JDL Trust Dtd 1/27/04 | Jack D. La Flesch Ttee. 6559 Water Crossing Avenue Las Vegas, NV 89131 | $50,746.52 | $50,746.52 |
| 10725-00871 | John M. and Linda S. Marston | 12441 Road 44 Mancos, CO 81328-9213 | $51,913.56 | $51,913.56 |
| 10725-01193 | Ruby Simon | 8728 Castle View Avenue Las Vegas, NV 89129-7680 | $184,000.00 | $184,000.00 |
| 10725-00511 | TDS Revocable Family Trust Dtd 9/29/98 | T. Dwight And Bonnie J. Sper Ttees 1005 Cypress Ridge Lane Las Vegas, NV 89144-1425 | $100,000.00 | $100,000.00 |

233042.1