

**Entered on Docket**
**April 01, 2008**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:
USA Commercial Mortgage Company, et al.,

Debtor(s)

Case No. BK: 06-10725 LBR

Adv. #:

Chapter: 11

## ORDER GRANTING PERMISSION TO FILE ON PAPER

The court hereby grants the motion filed by Henry Rendler. The clerk of the bankruptcy court is hereby directed to accept on paper the following document(s) as identified in the movant's "Motion To File On Paper" *(list title of each document)*:

6045 Certificate of Service filed by Interested Party Spectrum Capital, LLC;
6042 Response filed by Interested Party Spectrum Capital, LLC;
6044 Response filed by Interested Party Spectrum Capital, LLC; and
6043 Certificate of Service filed by Interested Party Spectrum Capital, LLC.

No other documents may be filed on paper without first seeking permission from the court.

**IT IS SO ORDERED.**

May 1, 2006

1