GOSS ROAD
FIRST OMNIBUS OBJECTION

# EXHIBIT A
Single Loan Claims

| Claim | Name | Address | Total Claim Amount | Amount Subject to Objection Because it Relates to an Investment In the Goss Road Loan |
|---|---|---|---|---|
| **10725-00894** | Joyce E Smith Trust Dated 11/3/99 | Joyce E Smith Trustee<br>3080 Red Springs Drive<br>Las Vegas, NV  89135-1548 | $50,419.73 | $50,419.73 |

235497.1