GOSS ROAD LOAN
SECOND OMNIBUS OBJECTION

# EXHIBIT A
Multiple Loan Claim

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Goss Road Loan |
|---|---|---|---|---|
| **10725-00893** | Joyce E Smith Trust DTD 11/3/99 | Joyce E Smith Trustee 3080 Red Springs Drive Las Vegas, NV  89135-1548 | $853,678.82 | $50,419.73 |
| **10725-02233** | Eddie Mayo and Jocelyne Helzer Joint Tennants | 115 South Deer Run Road Carson City, NV  89701 | $255,953.23 | $25,000.00 |
| **10726-00067** | Joseph D. Doucet | Trustee of Doucet Trust 3301 Skyline Boulevard Reno, NV  89509-6604 | $502,335.71 | Unclear |

235499.1