ELIZABETH MAY LOAN
FIRST OMNIBUS OBJECTION

# EXHIBIT A
Single Loan Claims

| Claim | Name | Address | Total Claim Amount | Amount Subject to Objection Because it Relates to an Investment In the Elizabeth May Loan |
|---|---|---|---|---|
| 10725-00527 | Allergy Consultants Medical Group Inc. | c/o Dionisio Fernandes Trustee, 401 K Profit Sharing 4001 Oak Manor Court Hayward, CA 94542-1445 | $58,071.84 | $58,071.84 |
| 10725-02131 | Suzanne Arbogast and Gregory R. Thompson Jt Ten | 1005 West Buffington Street Upland, CA 91784 | $50,706.85 | $50,706.85 |
| 10725-00129 | Donald M. and Janice I. Berman Trust | Donald M. and Janice I. Berman Trust Trustees 3775 Clover Way Reno, NV 89509 | $100,000.00 | $100,000.00 |
| 10725-01987 | Daniel Carlton | 4697 Hooktree Road Twentynine Palms, CA 92277 | $55,000.00 | $55,000.00 |
| 10728-00045 | Daniel O. and Takeko Carlton Revoc Trust Dtd 4/30/97 | c/o Daniel and Takeko Carlton Trustee 4697 Hooktree Road Twentynine Palms, CA 92277-6723 | $55,000.00 | $55,000.00 |
| 10725-01127 | Wayne Dotson CO | Peter Bogart CEO 3 Hidden Lake Court Bluffton, SC 29910 | $56,000.00 | $56,000.00 |
| 10725-00140 | Edward and Marge Fraser | Edward and Marge Fraser Trustees 14220 Sorrel Lane Reno, NV 89511 | $50,000.00 | $50,000.00 |
| 10725-01097 | David Goetsch | 1616 Jones Street Minden, NV 89423 | $50,000.00 | $50,000.00 |
| 10725-00450 | Marilyn Goldstein | 37 Linwood Road South Port Washington, NY 11050 | $50,542.70 | $50,542.70 |
| 10725-02194 | Nancy Guyer and Todd Barrett | 455 Enterprise Court Boulder City, NV 89005-1508 | $54,000.00 | $54,000.00 |

235782.1