ELIZABETH MAY LOAN
SECOND OMNIBUS OBJECTION

# EXHIBIT A
Single Loan Claims

| Claim | Name | Address | Total Claim Amount | Amount Subject to Objection Because it Relates to an Investment In the Elizabeth May Loan |
|---|---|---|---|---|
| **10725-02195** | Nancy Guyer | 455 Enterprise Court<br>Boulder City, NV 89005-1508 | $54,000.00 | $54,000.00 |
| **10725-01038** | Heller Trust DTD 4/30/90 | c/o Robert E. and Edna W. Heller Trustees<br>152 Avenue De La Bleu De Clair<br>Sparks, NV 89434-9558 | $53,457.30 | $53,457.30 |
| **10725-00747** | John J. and Diane M. Maguire Living Trust DTD 8/4/00 | John J. and Diane M. Maguire Trustees<br>5590 San Palazzo Court<br>Las Vegas, NV 89141-3913 | $53,616.90 | $53,616.90 |
| **10725-00542** | Carol A. Marconi | 3731 Sarasota Square Boulevard, Apt. 307<br>Sarasota, FL 34238-5462 | $50,724.00 | $50,724.00 |
| **10725-00772** | Geraldine E. Martin IRA | 4786 Village Green Parkway<br>Reno, NV 89509-8030 | $50,000.00 | $50,000.00 |
| **10725-00773** | Geraldine E. Martin | 2605 East Flamingo Road<br>Las Vegas, NV 89121 | $50,000.00 | $50,000.00 |

235784.1