# ELIZABETH MAY LOAN
# THIRD OMNIBUS OBJECTION

# EXHIBIT A
Single Loan Claims

| Claim | Name | Address | Total Claim Amount | Amount Subject to Objection Because it Relates to an Investment In the Elizabeth May Loan |
|---|---|---|---|---|
| **10725-01467** | Pasquale C. Mauro Family Trust DTD 4/19/95 | c/o Pasquale C. Mauro Trustee<br>7768 Painted Sunset Drive<br>Las Vegas, NV 89149-6453 | $85,000.00 | $85,000.00 |
| **10725-01612** | McConnell Family Trust DTD 12/3/81 | James M. and Maudrene F. McConnell Trustees<br>970 Fairway Boulevard<br>Incline Village, NV 89451 | $54,600.00 | $54,600.00 |
| **10725-01210** | Sergio and Irene Schmuker Molina | P.O. Box 859<br>12150 South Dart Road<br>Molalla, OR 97038 | $50,000.00 | $50,000.00 |
| **10725-00100** | Murphy Family Trust | Dr. James and Tracy Murphy Trustees<br>c/o Christopher D. Jaime Esq.<br>P.O. Box 30000<br>Reno, NV 89520 | $75,699.00 | $75,699.00 |
| **10725-00470** | Murphy Family Trust | Dr. James and Tracy Murphy Trustees<br>Christopher D. Jaime, Esq.<br>P.O. Box 30000<br>Reno, NV 89520 | $75,699.00 | $75,699.00 |
| **10725-00083** | Patricia O Hoglund, IRA | 7574 Green Lake Drive North<br>Seattle, WA 98103-7574 | $51,055.03 | $51,055.03 |
| **10725-00636** | Polacheck's Jeweler's PSP DTD 2/20/73 | Stephen Polacheck Trustee<br>4719 Commons Way, Suite E<br>Calabasas, CA 91302 | $135,000.00 | $135,000.00 |

235785.1