ELIZABETH MAY LOAN
THIRD OMNIBUS OBJECTION

# EXHIBIT A
Single Loan Claims

| Claim | Name | Address | Total Claim Amount | Amount Subject to Objection Because it Relates to an Investment In the Elizabeth May Loan |
|---|---|---|---|---|
| 10725-01467 | Pasquale C. Mauro Family Trust DTD 4/19/95 | c/o Pasquale C. Mauro Trustee 7768 Painted Sunset Drive Las Vegas, NV 89149-6453 | $85,000.00 | $85,000.00 |
| 10725-01612 | McConnell Family Trust DTD 12/3/81 | James M. and Maudrene F. McConnell Trustees 970 Fairway Boulevard Incline Village, NV 89451 | $54,600.00 | $54,600.00 |
| 10725-01210 | Sergio and Irene Schmuker Molina | P.O. Box 859 12150 South Dart Road Molalla, OR 97038 | $50,000.00 | $50,000.00 |
| 10725-00100 | Murphy Family Trust | Dr. James and Tracy Murphy Trustees c/o Christopher D. Jaime Esq. P.O. Box 30000 Reno, NV 89520 | $75,699.00 | $75,699.00 |
| 10725-00470 | Murphy Family Trust | Dr. James and Tracy Murphy Trustees Christopher D. Jaime, Esq. P.O. Box 30000 Reno, NV 89520 | $75,699.00 | $75,699.00 |
| 10725-00083 | Patricia O Hoglund, IRA | 7574 Green Lake Drive North Seattle, WA 98103-7574 | $51,055.03 | $51,055.03 |
| 10725-00636 | Polacheck's Jeweler's PSP DTD 2/20/73 | Stephen Polacheck Trustee 4719 Commons Way, Suite E Calabasas, CA 91302 | $135,000.00 | $135,000.00 |

235785.1