ELIZABETH MAY LOAN
FOURTH OMNIBUS OBJECTION

# EXHIBIT A
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Elizabeth May Loan |
|---|---|---|---|---|
| 10725-01903 | AIG Limited, a Nevada Limited Partnership | 9904 Villa Granito Lane<br>Granite Bay, CA  95746-6481 | $406,648.76 | $50,000.00 |
| 10725-02366 | Al-Awar Living Trust Dated 4/05/01 | Adib M. and Ellen A. Al-Awar Trustees<br>1330 Burro Court<br>Gardnerville, NV  89410 | $1,807,956.81 | $100,000.00 |
| 10725-01050 | Brooks Living Trust Dated 6/30/97 | c/o Howard D. and Doreen C. Brooks Trustees<br>1894 US Highway 50 E, Suite 4-344<br>Carson City, NV  89701-3202 | $300,000.00 | $50,000.00 |
| 10725-02263 | Burgarello Inc. Profit Sharing Plan | Ronald A. Johnson Trustee<br>50 Snider Way<br>Sparks, NV  89431-6308 | $202,800.00 | $50,000.00 |
| 10725-02128 | Burgarello Inc. Profit Sharing Plan | c/o Ronald A. Johnson Trustee<br>50 Snider Way<br>Sparks, NV  89431-6308 | $202,800.00 | $50,000.00 |
| 10725-02528 | Peter W. and Deidre D. Capone | P.O. Box 1470<br>Gardnerville, NV  89410-1470 | Unclear | Unclear |
| 10725-01094 | Carter Family Trust Dated 6/17/96 | c/o Jerry W. and Nancy L. Carter Trustees<br>4543 Northwind Court<br>Sparks, NV  89436-4657 | $75,000.00 | $50,000.00 |
| 10725-01555 | Tito Castillo | 13390 Parkside Terrace<br>Cooper City, FL  33330 | $423,845.13 | $117,464.15 |
| 10725-00811 | Cohen Living Trust Dated 3/6/90 | c/o Scott D. Fleming, Esq.<br>Hale Lane Peek Dennison & Howard<br>3930 Howard Hughes Parkway, 4th Floor<br>Las Vegas, NV  89169 | $404,317.00 | $150,000.00 |
| 10725-01218 | Cohen Living Trust 3/6/90 | c/o Scott D. Fleming, Esq.<br>Hale Lane Peek Dennison & Howard<br>3930 Howard Hughes Parkway, 4th Floor<br>Las Vegas, NV  89169 | $404,316.00 | $150,000.00 |

235786.1