ELIZABETH MAY LOAN
FIFTH OMNIBUS OBJECTION

## EXHIBIT A
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Elizabeth May Loan |
|-------|------|---------|--------------------|------------------------------------------------------|
| 10725-01089 | Robert Cockayne | 8501 Red Hook Plaza, Suite 201 St. Thomas, VI 00802 | $133,872.12 | $101,085.42 |
| 10725-01725 | Robert A. and Sandra L. Cowman | 1525 Winterwood Avenue Sparks, NV 89434-6730 | $162,950.00 | $75,000.00 |
| 10725-00720 | D&P Curtis Trust Dated 7/27/01 | Patricia M. and Dan L. Curtis Trustees 404 Club Court Las Vegas, NV 89144-0838 | $100,000.00 | $50,000.00 |
| 10725-00765 | D&P Curtis Trust Dated 7/27/01 | Patricia M. and Dan L. Curtis Trustees 404 Club Court Las Vegas, NV 89144-0838 | $100,000.00 | $50,000.00 |
| 10725-02035 | Deborah A. Daniel | 249 South Vista Del Monte Anaheim, CA 92807 | $202,376.95 | $50,000.00 |
| 10725-00900 | Eric T. and Dolores Y. Erickson | 1455 Superior Avenue #342 Newport Beach, CA 92663-6125 | $390,000.00 | $50,000.00 |
| 10725-02184 | John P. Everett | Heart Clinics Northwest 6002 North Mayfair Street 2nd Floor Spokane, WA 99208 | $211,569.00 | $120,000.00 |
| 10725-01994 | Elmer Eugene Gilbert, Jr. | 81590 Chenel Road Folsom, LA 70437-5414 | $227,620.28 | $50,000.00 |
| 10725-02058 | Suze Harrington | 2131 Connor Park Cv Salt Lake City, UT 84109-2468 | $304,534.25 | $50,000.00 |
| 10725-01862 | George W. Hubbard Roth IRA | 6340 North Calle Tregua Serena Tucson, AZ 85750 | $156,125.00 | $12,375.00 |

235787.1