ELIZABETH MAY LOAN
FIFTH OMNIBUS OBJECTION

# EXHIBIT A
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Elizabeth May Loan |
|---|---|---|---|---|
| **10725-01089** | Robert Cockayne | 8501 Red Hook Plaza, Suite 201<br>St. Thomas, VI  00802 | $133,872.12 | $101,085.42 |
| **10725-01725** | Robert A. and Sandra L. Cowman | 1525 Winterwood Avenue<br>Sparks, NV  89434-6730 | $162,950.00 | $75,000.00 |
| **10725-00720** | D&P Curtis Trust Dated 7/27/01 | Patricia M. and Dan L. Curtis Trustees<br>404 Club Court<br>Las Vegas, NV  89144-0838 | $100,000.00 | $50,000.00 |
| **10725-00765** | D&P Curtis Trust Dated 7/27/01 | Patricia M. and Dan L. Curtis Trustees<br>404 Club Court<br>Las Vegas, NV  89144-0838 | $100,000.00 | $50,000.00 |
| **10725-02035** | Deborah A. Daniel | 249 South Vista Del Monte<br>Anaheim, CA  92807 | $202,376.95 | $50,000.00 |
| **10725-00900** | Eric T. and Dolores Y. Erickson | 1455 Superior Avenue #342<br>Newport Beach, CA  92663-6125 | $390,000.00 | $50,000.00 |
| **10725-02184** | John P. Everett | Heart Clinics Northwest<br>6002 North Mayfair Street 2nd Floor<br>Spokane, WA  99208 | $211,569.00 | $120,000.00 |
| **10725-01994** | Elmer Eugene Gilbert, Jr. | 81590 Chenel Road<br>Folsom, LA  70437-5414 | $227,620.28 | $50,000.00 |
| **10725-02058** | Suze Harrington | 2131 Connor Park Cv<br>Salt Lake City, UT  84109-2468 | $304,534.25 | $50,000.00 |
| **10725-01862** | George W. Hubbard Roth IRA | 6340 North Calle Tregua Serena<br>Tucson, AZ  85750 | $156,125.00 | $12,375.00 |

235787.1