ELIZABETH MAY LOAN
SIXTH OMNIBUS OBJECTION

# EXHIBIT A
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Elizabeth May Loan |
|---|---|---|---|---|
| **10725-02375** | John J. and Diane M. Maguire Living Trust Dated 8/4/00 | John J. and Diane M. Maguire Trustees 5590 San Palazzo Court Las Vegas, NV 89141-3913 | $101,250.19 | $50,000.00 |
| **10725-01969** | Terry Markwell Profit Sharing Plan and Trust | Terry Markwell Trustee 12765 Silver Wolf Road Reno, NV 89511 | $403,853.21 | $100,000.00 |
| **10725-00846** | Max Mathews | c/o Scott D. Fleming, Esq. Hale Lane Peek Dennison & Howard 3930 Howard Hughes Parkway, 4th Floor Las Vegas, NV 89169 | $85,000.00 | $60,000.00 |
| **10725-01239** | Max Mathews | c/o Scott D. Fleming Esq. Hale Lane Peek Dennison & Howard 3930 Howard Hughes Parkway, 4th Floor Las Vegas, NV 89169 | $85,000.00 | $60,000.00 |
| **10725-02353** | Musso Living Trust Dated 11/30/92 | Walter and Barbara Musso Trustees P.O. Box 2566 Avila Beach, CA 93424 | $623,004.79 | $50,000.00 |
| **10725-02214** | Lynda L. Pinnell Living Trust Dated 7/24/00 | Lynda L Pinnell Trustee 9915 Saddleback Drive Lakeside, CA 92040 | $324,523.84 | $50,000.00 |
| **10725-00138** | Michael Raichbart | Joshua D.Brysk Law Offices of James G. Schwartz 7901 Stongeridge Drive, Suite 401 Pleasanton, CA 94583 | $150,000.00 | $50,000.00 |
| **10725-02188** | Richard M. Raker Living Trust Dated 3/18/98 | Richard M. Raker Trustee 982 Shoreline Drive San Mateo, CA 94404 | $262,420.15 | $50,000.00 |
| **10725-02326** | L. Earle Romak IRA | First Savings Bank Custodian L. Earle Romak IRA P.O. Box 6185 Incline Village, NV 89450 | $1,000,000.00 | $50,000.00 |
| **10725-00379** | William and Waltruud Schneider Family Trust dated 1995 | 135 Clearview Dr. Carson City, NV 89701-6698 | $250,000.00 | $50,000.00 |

235788.1