ELIZABETH MAY LOAN
SIXTH OMNIBUS OBJECTION

# EXHIBIT A
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Elizabeth May Loan |
|---|---|---|---|---|
| 10725-02375 | John J. and Diane M. Maguire Living Trust Dated 8/4/00 | John J. and Diane M. Maguire Trustees<br>5590 San Palazzo Court<br>Las Vegas, NV 89141-3913 | $101,250.19 | $50,000.00 |
| 10725-01969 | Terry Markwell Profit Sharing Plan and Trust | Terry Markwell Trustee<br>12765 Silver Wolf Road<br>Reno, NV 89511 | $403,853.21 | $100,000.00 |
| 10725-00846 | Max Mathews | c/o Scott D. Fleming, Esq.<br>Hale Lane Peek Dennison & Howard<br>3930 Howard Hughes Parkway, 4th Floor<br>Las Vegas, NV 89169 | $85,000.00 | $60,000.00 |
| 10725-01239 | Max Mathews | c/o Scott D. Fleming Esq.<br>Hale Lane Peek Dennison & Howard<br>3930 Howard Hughes Parkway, 4th Floor<br>Las Vegas, NV 89169 | $85,000.00 | $60,000.00 |
| 10725-02353 | Musso Living Trust Dated 11/30/92 | Walter and Barbara Musso Trustees<br>P.O. Box 2566<br>Avila Beach, CA 93424 | $623,004.79 | $50,000.00 |
| 10725-02214 | Lynda L. Pinnell Living Trust Dated 7/24/00 | Lynda L Pinnell Trustee<br>9915 Saddleback Drive<br>Lakeside, CA 92040 | $324,523.84 | $50,000.00 |
| 10725-00138 | Michael Raichbart | Joshua D. Brysk<br>Law Offices of James G. Schwartz<br>7901 Stongeridge Drive, Suite 401<br>Pleasanton, CA 94583 | $150,000.00 | $50,000.00 |
| 10725-02188 | Richard M. Raker Living Trust Dated 3/18/98 | Richard M. Raker Trustee<br>982 Shoreline Drive<br>San Mateo, CA 94404 | $262,420.15 | $50,000.00 |
| 10725-02326 | L. Earle Romak IRA | First Savings Bank Custodian<br>L. Earle Romak IRA<br>P.O. Box 6185<br>Incline Village, NV 89450 | $1,000,000.00 | $50,000.00 |
| 10725-00379 | William and Waltruud Schneider Family Trust dated 1995 | 135 Clearview Dr.<br>Carson City, NV 89701-6698 | $250,000.00 | $50,000.00 |

235788.1