ELIZABETH MAY LOAN
SEVENTH OMNIBUS OBJECTION

# EXHIBIT A
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Elizabeth May Loan |
|---|---|---|---|---|
| **10725-00840** | Dora R. Schutte | c/o Scott D. Fleming, Esq.<br>Hale Lane Peek Dennison & Howard<br>3930 Howard Hughes Parkway, 4th Floor<br>Las Vegas, NV 89169 | $100,000.00 | $50,000.00 |
| **10725-01291** | Dora R. Schutte | c/o Scott D. Fleming, Esq.<br>Hale Lane Peek Dennison & Howard<br>3930 Howard Hughes Parkway, 4th Floor<br>Las Vegas, NV 89169 | $100,000.00 | $50,000.00 |
| **10725-00548** | Michael Shuler | c/o Jay R. Eaton<br>Eaton and O'Leary, PLLC<br>P.O. Box 18<br>Fairbury, IL 61739 | $239,932.00 | $80,924.00 |
| **10725-01872** | Robert Susskind | 9900 Wilber May Parkwy #206<br>Reno, NV 89521 | $306,214.00 | $50,000.00 |
| **10725-00847** | Steven B. and Laura J. Tomac | c/o Scott D. Fleming Esq.<br>Hale Lane Peek Dennison & Howard<br>3930 Howard Hughes Parkway, 4th Floor<br>Las Vegas, NV 89169 | $200,000.00 | $100,000.00 |
| **10725-01169** | Donald S. Tomlin | Donald S. and Dorothy R. Tomlin Trustee<br>7145 Beverly Glen Avenue<br>Las Vegas, NV 89110-4228 | $2,779,806.00 | $101,155.00 |
| **10725-01234** | Steven B. and Laura J. Tomac | c/o Scott D. Fleming, Esq.<br>Hale Lane Peek Dennison & Howard<br>3930 Howard Hughes Parkway, 4th Floor<br>Las Vegas, NV 89169 | $200,000.00 | $100,000.00 |
| **10725-02403** | Weible 1981 Trust Dated 6/30/81 | Dean F. and Ardis Weible Co-Trustees<br>6314 Tara Avenue<br>Las Vegas, NV 89146 | $277,838.39 | $100,000.00 |
| **10725-00950** | Woody Contracting Inc. | 63210 McKenzie Lane<br>Summerville, OR 97876 | $330,750.00 | $215,000.00 |
| **10725-02040** | Joseph G. and Carol A. Zappulla | 3022 West Redwood Lane<br>Phoenix, AZ 85045 | $704,812.74 | $100,000.00 |
| **10728-00060** | Evo E. and Billie D. Zepponi Family Trust Agreement Dated 2/9/1993 | c/o Evo and Billie Zepponi Trustee<br>14385 West Morning Star Trail<br>Surprise, AZ 85374-3816 | $3,691.66 | $250.00 |

235791.1