ELIZABETH MAY LOAN
BURR DECLARATION

# EXHIBIT A

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Elizabeth May Loan |
|---|---|---|---|---|
| **10725-01903** | AIG Limited, a Nevada Limited Partnership | 9904 Villa Granito Lane<br>Granite Bay, CA  95746-6481 | $406,648.76 | $50,000.00 |
| **10725-02366** | Al-Awar Living Trust Dated 4/05/01 | Adib M. and Ellen A. Al-Awar Trustees<br>1330 Burro Court<br>Gardnerville, NV  89410 | $1,807,956.81 | $100,000.00 |
| **10725-00527** | Allergy Consultants Medical Group Inc. | c/o Dionisio Fernandes Trustee,<br>401 K Profit Sharing<br>4001 Oak Manor Court<br>Hayward, CA  94542-1445 | $58,071.84 | $58,071.84 |
| **10725-02131** | Suzanne Arbogast and Gregory R. Thompson Jt Ten | 1005 West Buffington Street<br>Upland, CA  91784 | $50,706.85 | $50,706.85 |
| **10725-00129** | Donald M. and Janice I. Berman Trust | Donald M. and Janice I. Berman Trust Trustees<br>3775 Clover Way<br>Reno, NV  89509 | $100,000.00 | $100,000.00 |
| **10725-01050** | Brooks Living Trust Dated 6/30/97 | c/o Howard D. and Doreen C. Brooks Trustees<br>1894 US Highway 50 E, Suite 4-344<br>Carson City, NV  89701-3202 | $300,000.00 | $50,000.00 |
| **10725-02263** | Burgarello Inc. Profit Sharing Plan | Ronald A. Johnson Trustee<br>50 Snider Way<br>Sparks, NV  89431-6308 | $202,800.00 | $50,000.00 |
| **10725-02128** | Burgarello Inc. Profit Sharing Plan | c/o Ronald A. Johnson Trustee<br>50 Snider Way<br>Sparks, NV  89431-6308 | $202,800.00 | $50,000.00 |
| **10725-01987** | Daniel Carlton | 4697 Hooktree Road<br>Twentynine Palms, CA  92277 | $55,000.00 | $55,000.00 |
| **10728-00045** | Daniel O. and Takeko Carlton Revoc Trust Dtd 4/30/97 | c/o Daniel and Takeko Carlton Trustee<br>4697 Hooktree Road<br>Twentynine Palms, CA  92277-6723 | $55,000.00 | $55,000.00 |
| **10725-02528** | Peter W. and Deidre D. Capone | P.O. Box 1470<br>Gardnerville, NV  89410-1470 | Unclear | Unclear |
| **10725-01094** | Carter Family Trust Dated 6/17/96 | c/o Jerry W. and Nancy L. Carter Trustees<br>4543 Northwind Court<br>Sparks, NV  89436-4657 | $75,000.00 | $50,000.00 |
| **10725-01555** | Tito Castillo | 13390 Parkside Terrace<br>Cooper City, FL  33330 | $423,845.13 | $117,464.15 |
| **10725-00811** | Cohen Living Trust Dated 3/6/90 | c/o Scott D. Fleming, Esq.<br>Hale Lane Peek Dennison & Howard<br>3930 Howard Hughes Parkway, 4th Floor<br>Las Vegas, NV  89169 | $404,317.00 | $150,000.00 |

235739.1

ELIZABETH MAY
BURR DECLARATION

## EXHIBIT A

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Elizabeth May Loan |
|---|---|---|---|---|
| **10725-01218** | Cohen Living Trust 3/6/90 | c/o Scott D. Fleming, Esq. Hale Lane Peek Dennison & Howard 3930 Howard Hughes Parkway, 4th Floor Las Vegas, NV 89169 | $404,316.00 | $150,000.00 |
| **10725-01089** | Robert Cockayne | 8501 Red Hook Plaza, Suite 201 St. Thomas, VI 00802 | $133,872.12 | $101,085.42 |
| **10725-01725** | Robert A. and Sandra L. Cowman | 1525 Winterwood Avenue Sparks, NV 89434-6730 | $162,950.00 | $75,000.00 |
| **10725-00720** | D&P Curtis Trust Dated 7/27/01 | Patricia M. and Dan L. Curtis Trustees 404 Club Court Las Vegas, NV 89144-0838 | $100,000.00 | $50,000.00 |
| **10725-00765** | D&P Curtis Trust Dated 7/27/01 | Patricia M. and Dan L. Curtis Trustees 404 Club Court Las Vegas, NV 89144-0838 | $100,000.00 | $50,000.00 |
| **10725-02035** | Deborah A. Daniel | 249 South Vista Del Monte Anaheim, CA 92807 | $202,376.95 | $50,000.00 |
| **10725-01127** | Wayne Dotson CO | Peter Bogart CEO 3 Hidden Lake Court Bluffton, SC 29910 | $56,000.00 | $56,000.00 |
| **10725-00900** | Eric T. and Dolores Y. Erickson | 1455 Superior Avenue #342 Newport Beach, CA 92663-6125 | $390,000.00 | $50,000.00 |
| **10725-02184** | John P. Everett | Heart Clinics Northwest 6002 North Mayfair Street 2nd Floor Spokane, WA 99208 | $211,569.00 | $120,000.00 |
| **10725-00140** | Edward and Marge Fraser | Edward and Marge Fraser Trustees 14220 Sorrel Lane Reno, NV 89511 | $50,000.00 | $50,000.00 |
| **10725-01994** | Elmer Eugene Gilbert, Jr. | 81590 Chenel Road Folsom, LA 70437-5414 | $227,620.28 | $50,000.00 |
| **10725-01097** | David Goetsch | 1616 Jones Street Minden, NV 89423 | $50,000.00 | $50,000.00 |
| **10725-00450** | Marilyn Goldstein | 37 Linwood Road South Port Washington, NY 11050 | $50,542.70 | $50,542.70 |
| **10725-02194** | Nancy Guyer and Todd Barrett | 455 Enterprise Court Boulder City, NV 89005-1508 | $54,000.00 | $54,000.00 |
| **10725-02195** | Nancy Guyer | 455 Enterprise Court Boulder City, NV 89005-1508 | $54,000.00 | $54,000.00 |
| **10725-02058** | Suze Harrington | 2131 Connor Park Cv Salt Lake City, UT 84109-2468 | $304,534.25 | $50,000.00 |
| **10725-01038** | Heller Trust DTD 4/30/90 | c/o Robert E. and Edna W. Heller Trustees 152 Avenue De La Bleu De Clair | $53,457.30 | $53,457.30 |

ELIZABETH MAY
BURR DECLARATION

## EXHIBIT A

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Elizabeth May Loan |
|---|---|---|---|---|
| | | Sparks, NV  89434-9558 | | |
| **10725-01862** | George W. Hubbard Roth IRA | 6340 North Calle Tregua Serena<br>Tucson, AZ  85750 | $156,125.00 | $12,375.00 |
| **10725-00747** | John J. and Diane M. Maguire Living Trust DTD 8/4/00 | John J. and Diane M. Maguire Trustees<br>5590 San Palazzo Court<br>Las Vegas, NV  89141-3913 | $53,616.90 | $53,616.90 |
| **10725-02375** | John J. and Diane M. Maguire Living Trust Dated 8/4/00 | John J. and Diane M. Maguire Trustees<br>5590 San Palazzo Court<br>Las Vegas, NV  89141-3913 | $101,250.19 | $50,000.00 |
| **10725-00542** | Carol A. Marconi | 3731 Sarasota Square Boulevard, Apt. 307<br>Sarasota, FL  34238-5462 | $50,724.00 | $50,724.00 |
| **10725-01969** | Terry Markwell Profit Sharing Plan and Trust | Terry Markwell Trustee<br>12765 Silver Wolf Road<br>Reno, NV  89511 | $403,853.21 | $100,000.00 |
| **10725-00772** | Geraldine E. Martin IRA | 4786 Village Green Parkway<br>Reno, NV  89509-8030 | $50,000.00 | $50,000.00 |
| **10725-00773** | Geraldine E. Martin | 2605 East Flamingo Road<br>Las Vegas, NV  89121 | $50,000.00 | $50,000.00 |
| **10725-00846** | Max Mathews | c/o Scott D. Fleming, Esq.<br>Hale Lane Peek Dennison & Howard<br>3930 Howard Hughes Parkway, 4th Floor<br>Las Vegas, NV  89169 | $85,000.00 | $60,000.00 |
| **10725-01239** | Max Mathews | c/o Scott D. Fleming Esq.<br>Hale Lane Peek Dennison & Howard<br>3930 Howard Hughes Parkway, 4th Floor<br>Las Vegas, NV  89169 | $85,000.00 | $60,000.00 |
| **10725-01467** | Pasquale C. Mauro Family Trust DTD 4/19/95 | c/o Pasquale C. Mauro Trustee<br>7768 Painted Sunset Drive<br>Las Vegas, NV  89149-6453 | $85,000.00 | $85,000.00 |
| **10725-01612** | McConnell Family Trust DTD 12/3/81 | James M. and Maudrene F. McConnell Trustees<br>970 Fairway Boulevard<br>Incline Village, NV  89451 | $54,600.00 | $54,600.00 |
| **10725-01210** | Sergio and Irene Schmuker Molina | P.O. Box 859<br>12150 South Dart Road<br>Molalla, OR  97038 | $50,000.00 | $50,000.00 |
| **10725-00100** | Murphy Family Trust | Dr. James and Tracy Murphy Trustees<br>c/o Christopher D. Jaime Esq.<br>P.O. Box 30000<br>Reno, NV  89520 | $75,699.00 | $75,699.00 |
| **10725-00470** | Murphy Family Trust | Dr. James and Tracy Murphy Trustees<br>Christopher D. Jaime, Esq. | $75,699.00 | $75,699.00 |

ELIZABETH MAY
BURR DECLARATION

## EXHIBIT A

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Elizabeth May Loan |
|---|---|---|---|---|
| | | P.O. Box 30000<br>Reno, NV 89520 | | |
| **10725-02353** | Musso Living Trust Dated 11/30/92 | Walter and Barbara Musso Trustees<br>P.O. Box 2566<br>Avila Beach, CA 93424 | $623,004.79 | $50,000.00 |
| **10725-00083** | Patricia O Hoglund, IRA | 7574 Green Lake Drive North<br>Seattle, WA 98103-7574 | $51,055.03 | $51,055.03 |
| **10725-02214** | Lynda L. Pinnell Living Trust Dated 7/24/00 | Lynda L Pinnell Trustee<br>9915 Saddleback Drive<br>Lakeside, CA 92040 | $324,523.84 | $50,000.00 |
| **10725-00636** | Polacheck's Jeweler's PSP DTD 2/20/73 | Stephen Polacheck Trustee<br>4719 Commons Way, Suite E<br>Calabasas, CA 91302 | $135,000.00 | $135,000.00 |
| **10725-00138** | Michael Raichbart | Joshua D.Brysk<br>Law Offices of James G. Schwartz<br>7901 Stongeridge Drive, Suite 401<br>Pleasanton, CA 94583 | $150,000.00 | $50,000.00 |
| **10725-02188** | Richard M. Raker Living Trust Dated 3/18/98 | Richard M. Raker Trustee<br>982 Shoreline Drive<br>San Mateo, CA 94404 | $262,420.15 | $50,000.00 |
| **10725-02326** | L. Earle Romak IRA | First Savings Bank Custodian<br>L. Earle Romak IRA<br>P.O. Box 6185<br>Incline Village, NV 89450 | $1,000,000.00 | $50,000.00 |
| **10725-00379** | William and Waltruud Schneider Family Trust dated 1995 | 135 Clearview Dr.<br>Carson City, NV 89701-6698 | $250,000.00 | $50,000.00 |
| **10725-00840** | Dora R. Schutte | c/o Scott D. Fleming, Esq.<br>Hale Lane Peek Dennison & Howard<br>3930 Howard Hughes Parkway, 4th Floor<br>Las Vegas, NV 89169 | $100,000.00 | $50,000.00 |
| **10725-01291** | Dora R. Schutte | c/o Scott D. Fleming, Esq.<br>Hale Lane Peek Dennison & Howard<br>3930 Howard Hughes Parkway, 4th Floor<br>Las Vegas, NV 89169 | $100,000.00 | $50,000.00 |
| **10725-00548** | Michael Shuler | c/o Jay R. Eaton<br>Eaton and O'Leary, PLLC<br>P.O. Box 18<br>Fairbury, IL 61739 | $239,932.00 | $80,924.00 |
| **10725-01872** | Robert Susskind | 9900 Wilber May Parkwy #206<br>Reno, NV 89521 | $306,214.00 | $50,000.00 |

ELIZABETH MAY
BURR DECLARATION

## EXHIBIT A

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Elizabeth May Loan |
|---|---|---|---|---|
| **10725-00847** | Steven B. and Laura J. Tomac | c/o Scott D. Fleming Esq.<br>Hale Lane Peek Dennison & Howard<br>3930 Howard Hughes Parkway, 4th Floor<br>Las Vegas, NV  89169 | $200,000.00 | $100,000.00 |
| **10725-01169** | Donald S. Tomlin | Donald S. and Dorothy R. Tomlin Trustee<br>7145 Beverly Glen Avenue<br>Las Vegas, NV  89110-4228 | $2,779,806.00 | $101,155.00 |
| **10725-01234** | Steven B. and Laura J. Tomac | c/o Scott D. Fleming, Esq.<br>Hale Lane Peek Dennison & Howard<br>3930 Howard Hughes Parkway, 4th Floor<br>Las Vegas, NV  89169 | $200,000.00 | $100,000.00 |
| **10725-02403** | Weible 1981 Trust Dated 6/30/81 | Dean F. and Ardis Weible Co-Trustees<br>6314 Tara Avenue<br>Las Vegas, NV  89146 | $277,838.39 | $100,000.00 |
| **10725-00950** | Woody Contracting Inc. | 63210 McKenzie Lane<br>Summerville, OR  97876 | $330,750.00 | $215,000.00 |
| **10725-02040** | Joseph G. and Carol A. Zappulla | 3022 West Redwood Lane<br>Phoenix, AZ  85045 | $704,812.74 | $100,000.00 |
| **10728-00060** | Evo E. and Billie D. Zepponi Family Trust Agreement Dated 2/9/1993 | c/o Evo and Billie Zepponi Trustee<br>14385 West Morning Star Trail<br>Surprise, AZ  85374-3816 | $3,691.66 | $250.00 |

235739.1