

**Entered on Docket
April 01, 2008**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:
USA Commercial Mortgage Company, et al.,

Debtor(s)

Case No. BK: 06-10725 LBR

Adv. #:

Chapter: 11

### ORDER GRANTING PERMISSION TO FILE ON PAPER

The court hereby grants the motion filed by Henry Rendler. The clerk of the bankruptcy court is hereby directed to accept on paper the following document(s) as identified in the movant's "Motion To File On Paper" *(list title of each document):*

6045 Certificate of Service filed by Interested Party Spectrum Capital, LLC;
6042 Response filed by Interested Party Spectrum Capital, LLC;
6044 Response filed by Interested Party Spectrum Capital, LLC; and
6043 Certificate of Service filed by Interested Party Spectrum Capital, LLC.

No other documents may be filed on paper without first seeking permission from the court.

**IT IS SO ORDERED.**

May 1, 2006

1

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0978-2           User: lakaswm              Page 1 of 1                Date Rcvd: Apr 01, 2008
Case: 06-10725                 Form ID: pdf937            Total Served: 2

The following entities were served by first class mail on Apr 03, 2008.
aty          +HENRY RENDLER,    1550 THE ALAMEDA #308,   SAN JOSE, CA 95126-2304
2991265      +SPECTRUM CAPITAL LLC,    6167 JARVIS AVE #304,    NEWARK CA 94560-1210

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 03, 2008**              **Signature:**    _Joseph Speetjens_