SLADE DEVELOPMENT LOAN
FIRST OMNIBUS OBJECTION

**EXHIBIT A**
Single Loan Claims

| Claim | Name | Address | Total Claim Amount | Amount Subject to Objection Because it Relates to an Investment In the Slade Development Loan |
|---|---|---|---|---|
| **10725-01765** | Acres Corporation PSP | A. Rehberger Trustee P.O. Box 3651 Incline Village, NV  89450 | $78,000.00 | $78,000.00 |
| **10725-01391** | Jeffrey L. and Kathleen M. Edwards | 1525 Cedar Court Southlake, TX  76092-4133 | $51,277.49 | $51,277.49 |
| **10725-00668** | Ronald G. Gardner Trust | c/o Ronald G. Gardner Trustee 430 Bavarian Drive Carson City, NV  89705-7010 | $100,000.00 | $100,000.00 |
| **10725-00705** | Rains Properties LP | Donna M. Osborn, Esq. Marquis & Aurbach 10001 Park Run Drive Las Vegas, NV  89145 | $250,000.00 | $250,000.00 |
| **10725-00328** | S J Meyer Co. | 2660 South Rainbow Boulevard, Suite H108 Las Vegas, NV  89146-5183 | $80,000.00 | $80,000.00 |
| **10725-00291** | Neil A. and Josephine E. Xavier | 2506 Libretto Avenue Henderson, NV  89052-6563 | $50,000.00 | $50,000.00 |
| **10725-02159** | Neil A. and Josephine E. Xavier | 2506 Libretto Avenue Henderson, NV  89052 | $51,545.13 | $51,545.13 |

236446.1