LEWIS
AND
ROCA
—LLP—
L A W Y E R S

E-Filed on 4/4/08

1  3993 Howard Hughes Parkway, Suite 600
   Las Vegas, NV 89169-5996
   Facsimile (702) 949-8321
2  Telephone (702) 949-8320

3  Susan M. Freeman AZ State Bar No. 004199
   Email: sfreeman@lrlaw.com
   Rob Charles NV State Bar No. 006593
4  Email: rcharles@lrlaw.com
   John Hinderaker AZ State Bar No. 018024
   Email: jhinderaker@lrlaw.com

5  Attorneys for USACM Liquidating Trust

6              **UNITED STATES BANKRUPTCY COURT**

7                  **DISTRICT OF NEVADA**

| | |
|---|---|
| 8  In re:<br><br>9  USA COMMERCIAL MORTGAGE<br>   COMPANY,<br>10<br>   USA CAPITAL REALTY ADVISORS,<br>11 LLC,<br><br>12 USA CAPITAL DIVERSIFIED TRUST<br>   DEED FUND, LLC,<br>13<br>   USA CAPITAL FIRST TRUST DEED<br>14 FUND, LLC,[1]<br><br>15 USA SECURITIES, LLC,[2]<br>                    Debtors.<br>16 | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No.<br>BK-S-06-10725 LBR<br><br>**NOTICE OF HEARING REGARDING<br>FIRST OMNIBUS OBJECTION OF<br>USACM TRUST TO PROOFS OF<br>CLAIM BASED UPON<br>INVESTMENT IN THE SLADE<br>DEVELOPMENT, INC. LOAN; AND<br>CERTIFICATE OF SERVICE** |

17     **Affects:**
       ☐All Debtors
       ☒ USA Commercial Mortgage Company
18     ☐ USA Capital Realty Advisors, LLC
       ☐ USA Capital Diversified Trust Deed Fund, LLC
19     ☐ USA Capital First Trust Deed Fund, LLC
       ☐ USA Securities, LLC
20

Date of Hearing: May 8, 2008
Time of Hearing: 10:30

21     **THE USACM LIQUIDATING TRUST IS OBJECTING TO THE CLAIM**

22 **THAT <u>YOU</u> FILED.  THE USACM TRUST SEEKS TO DISALLOW YOUR**

23 **CLAIM TO THE EXTENT IT IS BASED UPON AN INVESTMENT IN THE**

24 **SLADE DEVELOPMENT, INC. LOAN BECAUSE THE USACM TRUST**

25 ─────────────────────
   [1] This bankruptcy case was closed on October 12, 2007.
26 [2] This bankruptcy case was closed on December 26, 2007.

236663.1

LEWIS
AND
ROCA
—LLP—
L A W Y E R S

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

CONTENDS THAT YOU HAVE BEEN PAID IN FULL FOR YOUR INVESTMENT IN THAT LOAN.  THIS OBJECTION WILL NOT IMPACT YOUR CLAIM TO THE EXTENT IT IS BASED UPON AN INVESTMENT IN A DIFFERENT LOAN.

PLEASE DO NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF YOUR CLAIM.  QUESTIONS REGARDING THE AMOUNT OF A CLAIM OR THE FILING OF A CLAIM SHOULD BE DIRECTED TO BRANT FYLLING OF SIERRA CONSULTING GROUP, LLC ((602) 424-7009) OR THE UNDERSIGNED COUNSEL.

NOTICE IS HEREBY GIVEN that the USACM Liquidating Trust has filed its First Omnibus Objection to Proofs of Claim Based Upon Investment in the Slade Development, Inc. Loan (the "Objection").  Your Proof of Claim number and other information regarding your claim is provided in **Exhibit A**, attached.  The USACM Liquidating Trust has requested that this Court enter an order, pursuant to Bankruptcy Code § 502 and Bankruptcy Rule 3007, disallowing your Proof of Claim to the extent it is based upon an investment in the Slade Development, Inc. Loan.  The Objection will not impact your Claim to the extent it is based upon an investment in a different loan.

NOTICE IS FURTHER GIVEN that the hearing on the Objection will be held before the Honorable Linda B. Riegle, United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada, on **May 8, 2008**, **at the hour of 10:30**

NOTICE IS FURTHER GIVEN THAT THE HEARING SET ON MAY 8, 2008, WILL BE HELD FOR THE PURPOSE OF STATUS CHECKS AND SCHEDULING EVIDENTIARY HEARINGS ONLY.  NO ARGUMENTS WILL BE HEARD ON THAT DATE.

2

236663.1

LEWIS
AND
ROCA
— LLP —
L A W Y E R S

**NOTICE IS FURTHER GIVEN** that any response to the Objection must be filed by May 1, 2008 pursuant to Local Rule 3007(b), which states:

> If an objection to a claim is opposed, a written response must be filed and served on the objecting party at least 5 business days before the scheduled hearing.  A response is deemed sufficient if it states that written documentation in support of the proof of claim has already been provided to the objecting party and that the documentation will be provided at any evidentiary hearing or trial on the matter.

---

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the Court.  You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:

- The Court may *refuse to allow you to speak* at the scheduled hearing; and

- The Court may *rule against you* and sustain the objection without formally calling the matter at the hearing.

---

Dated: April 4, 2008.

LEWIS AND ROCA LLP

By /s/  Rob Charles (#6593)
     Susan M. Freeman, AZ 4199 (*pro hac vice*)
     Rob Charles, NV 6593
     John C. Hinderaker, AZ 18024 (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169
Telephone:  (702) 949-8320
Facsimile:   (702) 949-8321
E-mail:  rcharles@lrlaw.com
*Attorneys for the USACM Liquidating Trust*

Copy of the foregoing mailed by first class
postage prepaid U.S. Mail on
April 4, 2008 to:

Parties listed on Exhibit A attached.

s/Renee L. Creswell
     Renee L. Creswell
Lewis and Roca LLP

3

236663.1