SLADE DEVELOPMENT LOAN
BURR DECLARATION

# EXHIBIT A

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Slade Development Loan |
|---|---|---|---|---|
| **10725-01765** | Acres Corporation PSP | A. Rehberger Trustee P.O. Box 3651 Incline Village, NV 89450 | $78,000.00 | $78,000.00 |
| **10725-02069** | John H. Duberg | 4455 Vista Coronado Drive Chula Vista, CA 91910-3234 | $75,121.56 | $50,483.32 |
| **10725-02201** | John H. Duberg | 4455 Vista Coronado Drive Chula Vista, CA 91910-3234 | $75,121.56 | $50,483.32 |
| **10725-01391** | Jeffrey L. and Kathleen M. Edwards | 1525 Cedar Court Southlake, TX 76092-4133 | $51,277.49 | $51,277.49 |
| **10725-02067** | Falkenborg Family LLC | 727 3rd Avenue Chula Vista, CA 91910-5803 | $206,262.89 | $101,723.86 |
| **10725-02203** | Falkenborg Family LLC | 727 3rd Avenue Chula Vista, CA 91910-5803 | $206,262.89 | $101,723.86 |
| **10725-00668** | Ronald G. Gardner Trust | c/o Ronald G. Gardner Trustee 430 Bavarian Drive Carson City, NV 89705-7010 | $100,000.00 | $100,000.00 |
| **10725-01549** | Loughlin Family Trust | c/o Richard J. and Roberta L. Loughlin Trustees 50 Greenbriar Circle Napa, CA 94558-1587 | $27,000.00 | unspecified |
| **10725-01035** | Loughlin Family Trust | c/o Richard J. and Roberta L. Loughlin Trustees 50 Greenbriar Circle 94558-1587 | $1,116,400.00 | $300,000.00 |
| **10725-01967** | Markwell Family Trust | Terry and Christiane Markwell Trustees 12765 Silver Wolf Road Reno, NVv 89511 | $355,247.26 | $50,000.00 |
| **10725-00705** | Rains Properties LP | Donna M. Osborn, Esq. Marquis & Aurbach 10001 Park Run Drive Las Vegas, NV 89145 | $250,000.00 | $250,000.00 |
| **10725-00328** | S J Meyer Co. | 2660 South Rainbow Boulevard, Suite H108 Las Vegas, NV 89146-5183 | $80,000.00 | $80,000.00 |

236634.1

| | | | | |
|---|---|---|---|---|
| **10725-00089** | Augustine Tuffanelli Family Trust | Augustine Tuffanelli Trustee c/o Thomas R. Brooksbank 689 Sierra Rose Drive, Suite A2 Reno, NV 89511 | $250,000.00 | $50,000.00 |
| **10725-00795** | Karen Petersen Tyndall Trust Dated 3/9/94 | c/o Karen Petersen Tyndall Trustee 1012 Greystoke Acres Street Las Vegas, NV 89145-8659 | $1,115,915.59 | $101,492.96 |
| **10725-01183** | Karen Petersen Tyndall Trust Dated 3/9/94 | c/o Karen Petersen Tyndall Trustee 1012 Greystoke Acres Street Las Vegas, NV 89145-8659 | $1,115,915.59 | $101,492.96 |
| **10725-00291** | Neil A. and Josephine E. Xavier | 2506 Libretto Avenue Henderson, NV 89052-6563 | $50,000.00 | $50,000.00 |
| **10725-02159** | Neil A. and Josephine E. Xavier | 2506 Libretto Avenue Henderson, NV 89052 | $51,545.13 | $51,545.13 |

Case 06-10725-gwz    Doc 6120-1    Entered 04/04/08 09:28:39    Page 2 of 2