WASCO INVESTMENTS
FIRST OMNIBUS OBJECTION

# EXHIBIT A
Single Loan Claims

| Claim | Name | Address | Total Claim Amount | Amount Subject to Objection Because it Relates to an Investment In the Wasco Investments Loan |
|---|---|---|---|---|
| **10725-01859** | Broadwalk Investments Limited Partnership | Attn: James R. Bonfiglio 8635 West Sahara Avenue Pmb 220 Las Vegas, NV 89117 | $100,000.00 | $100,000.00 |
| **10725-02077** | Penny Brock | 355 Mugo Pine Circle Reno, NV 89511 | $62,010.00 | $62,010.00 |
| **10725-01135** | Lisa Christensen | 33252 Astoria Street Dana Point, CA 92629 | $50,000.00 | $50,000.00 |
| **10725-00682** | Roy Filkin | 2340 Watt Street Reno, NV 89509 | $175,000.00 | $175,000.00 |
| **10725-00825** | James F. and Elizabeth A. Huthert | 487 Sudden Valley Bellingham, WA 98229-4809 | $58,333.30 | $58,333.30 |
| **10725-00457** | Valda Kennedy | P.O. Box 2845 Reno, NV 89505 | $50,000.00 | $50,000.00 |
| **10725-01777** | Gary and Dolores Larson | 544 Rolling Hills Drive Mesquite, NV 89027 | $103,030.00 | $103,030.00 |
| **10725-02415** | Allen M. and Dorothy H. Nirenstein 1992 Rev. Trust | Dated 3/4/92 Allen and Dorothy Nirenstein Trustees 403 Woodland Road Kentfield, CA 94904-2635 | $92,700.00 | $92,700.00 |
| **10725-01778** | Rehberger Family Trust Dtd 6/17/92 | c/o Annemarie Rehberger P.O. Box 3651 Incline Village, NV 89450 | $50,000.00 | $50,000.00 |
| **10725-00728** | Louise G. Sherk, M.D. Employee Benefit Plan Trust | c/o Robert Di Bias and Louise G. Sherk, Trustees 3830 Ocean Birch Drive Corona Del Mar, CA 92625-1244 | $50,723.29 | $50,723.29 |
| **10725-00828** | Donald Spring | 3153 Canyon Oaks Terrace Chico, CA 95928 | $54,500.00 | $54,500.00 |

236323.1