WASCO INVESTMENTS
SECOND OMNIBUS OBJECTION

# EXHIBIT A
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Wasco Investments Loan |
|---|---|---|---|---|
| **10725-01274** | Herman and Brian M. and Anthony G. Adams | 1341 Cashman Drive<br>Las Vegas, NV 89102 | $2,088,250.00 | $350,000.00 |
| **10725-02128** | Burgarello Inc. Profit Sharing Plan | c/o Ronald A. Johnson Trustee<br>50 Snider Way<br>Sparks, NV 89431-6308 | $202,800.00 | $50,000.00 |
| **10725-02263** | Burgarello Inc. Profit Sharing Plan | Ronald A. Johnson Trustee<br>50 Snider Way<br>Sparks, NV 89431-6308 | $202,800.00 | $50,000.00 |
| **10725-01471** | Alan G. and Patty J. Dondero 1992 Revocable Trust | Alan and Patty Dondero Trustees<br>1930 Village Center Circle, 3-273<br>Las Vegas, NV 89134 | $130,800.00 | $70,000.00 |
| **10725-00718** | Jack Faradjollah | 10851 Furlong Drive<br>Santa Ana, CA 92705 | $79,003.38 | $50,000.00 |
| **10725-01925** | Nancy R. Gilmour IRA | c/o First Savings Bank Custodian<br>P.O. Box 1241<br>Camano Island, WA 98292-1241 | $203,004.11 | $50,000.00 |
| **10725-02380** | Nancy R. Gilmour IRA | First Savings Bank Custodian For<br>P.O. Box 1241<br>Camano Island, WA 98292-1241 | $203,004.11 | $50,000.00 |
| **10725-02058** | Suze Harrington | 2131 Connor Park Cove<br>Salt Lake City, UT 84109-2468 | $304,534.25 | $50,000.00 |
| **10725-02003** | Harrison Family Trust Dated 7/27/99 | Thomas B. and Marguerite F. Harrison Ttees<br>930 Dorcey Drive<br>Incline Village, NV 89451 | $307,175.18 | $85,000.00 |
| **10725-02125** | Marilyn Johnson Living Trust Dated 10/5/99 | Marilyn Johnson Trustee<br>1010 La Rue Avenue<br>Reno, NV 89509 | $101,400.00 | $50,000.00 |