WASCO INVESTMENTS
THIRD OMNIBUS OBJECTION

# EXHIBIT A
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Wasco Investments Loan |
|---|---|---|---|---|
| 10725-01843 | Craig Medhoff Trustee of M. Craig Medhoff Family Trust | 3110 Larkwood Creek Fallbrook, CA 92028 | $25,000.00 | $12,500.00 |
| 10725-02044 | Dominique Naylon | P.O. Box 2 Topaz, CA 96133 | $584,148.81 | $50,000.00 |
| 10725-01901 | Charles and Mary Parker | 14470 Emerald Path Apple Valley, MN 55124 | $236,840.31 | $52,470.68 |
| 10725-00245 | Robert H. and Lynn R. Perlman Trust Dated 9/17/92 | c/o Robert H. and Lynn R. Perlman Trustees 2877 Paradise Road, Unit 3501 Las Vegas, NV 89109-5278 | $1,187,000.00 | $50,000.00 |
| 10725-01646 | Phillips Family Trust Dated 10/24/89 | c/o A. Stephen Phillips & Frances E. Phillips, Trustees 2275 Schooner Cir. Reno, NV 89509-5743 | $37,500.00 | $12,500.00 |
| 10725-02149 | Schnitzer Living Trust Dtd 10/24/91 | Arthur F. and Linn S. Schnitzer Trustees 20155 NE 38th Court, #1604 Aventura, FL 33180 | $1,774,903.40 | $100,000.00 |
| 10725-00840 | Dora R. Schutte | c/o Scott D. Fleming Esq. Hale Lane Peek Dennison & Howard 3930 Howard Hughes Parkway, 4th Floor Las Vegas, NV 89169 | $100,000.00 | $50,000.00 |
| 10725-01291 | Dora R. Schutte | Scott D. Fleming, Esq. Hale Lane Peek Dennison & Howard 3930 Howard Hughes Parkway, 4th Floor Las Vegas, NV 89169 | $100,000.00 | $50,000.00 |
| 10725-01679 | Connie Westbrook | 14320 Ghost Rider Drive Reno, NV 89511 | $49,880.86 | $11,496.43 |
| 10725-01922 | Connie Westbrook | 14320 Ghost Rider Drive Reno, NV 89511 | $148,453.92 | $50,000.00 |
| 10725-02163 | Marietta Voglis | 333 Allen Parkway, Unit 1103 Houston, TX 77019 | $724,292.85 | $50,000.00 |

237386.1