WASCO INVESTMENTS
BURR DECLARATION

# EXHIBIT A

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Wasco Investments Loan |
|---|---|---|---|---|
| **10725-01274** | Herman and Brian M. and Anthony G. Adams | 1341 Cashman Drive<br>Las Vegas, NV  89102 | $2,088,250.00 | $350,000.00 |
| **10725-01859** | Broadwalk Investments Limited Partnership | Attn:  James R. Bonfiglio<br>8635 West Sahara Avenue Pmb 220<br>Las Vegas, NV  89117 | $100,000.00 | $100,000.00 |
| **10725-02077** | Penny Brock | 355 Mugo Pine Circle<br>Reno, NV  89511 | $62,010.00 | $62,010.00 |
| **10725-02128** | Burgarello Inc. Profit Sharing Plan | c/o Ronald A. Johnson Trustee<br>50 Snider Way<br>Sparks, NV  89431-6308 | $202,800.00 | $50,000.00 |
| **10725-02263** | Burgarello Inc. Profit Sharing Plan | Ronald A. Johnson Trustee<br>50 Snider Way<br>Sparks, NV  89431-6308 | $202,800.00 | $50,000.00 |
| **10725-01135** | Lisa Christensen | 33252 Astoria Street<br>Dana Point, CA  92629 | $50,000.00 | $50,000.00 |
| **10725-01471** | Alan G. and Patty J. Dondero 1992 Revocable Trust | Alan and Patty Dondero Trustees<br>1930 Village Center Circle, 3-273<br>Las Vegas, NV  89134 | $130,800.00 | $70,000.00 |
| **10725-00718** | Jack Faradjollah | 10851 Furlong Drive<br>Santa Ana, CA  92705 | $79,003.38 | $50,000.00 |
| **10725-00682** | Roy Filkin | 2340 Watt Street<br>Reno, NV  89509 | $175,000.00 | $175,000.00 |
| **10725-01925** | Nancy R. Gilmour IRA | c/o First Savings Bank Custodian<br>P.O. Box 1241<br>Camano Island, WA  98292-1241 | $203,004.11 | $50,000.00 |
| **10725-02380** | Nancy R. Gilmour IRA | First Savings Bank Custodian For<br>P.O. Box 1241<br>Camano Island, WA  98292-1241 | $203,004.11 | $50,000.00 |
| **10725-02058** | Suze Harrington | 2131 Connor Park Cove<br>Salt Lake City, UT  84109-2468 | $304,534.25 | $50,000.00 |
| **10725-02003** | Harrison Family Trust Dated 7/27/99 | Thomas B. and Marguerite F. Harrison Ttees<br>930 Dorcey Drive<br>Incline Village, NV  89451 | $307,175.18 | $85,000.00 |
| **10725-00825** | James F. and Elizabeth A. Huthert | 487 Sudden Valley<br>Bellingham, WA  98229-4809 | $58,333.30 | $58,333.30 |

237388.1

WASCO INVESTMENTS
BURR DECLARATION

## EXHIBIT A

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Wasco Investments Loan |
|---|---|---|---|---|
| **10725-02125** | Marilyn Johnson Living Trust Dated 10/5/99 | Marilyn Johnson Trustee 1010 La Rue Avenue Reno, NV 89509 | $101,400.00 | $50,000.00 |
| **10725-00457** | Valda Kennedy | P.O. Box 2845 Reno, NV 89505 | $50,000.00 | $50,000.00 |
| **10725-01777** | Gary and Dolores Larson | 544 Rolling Hills Drive Mesquite, NV 89027 | $103,030.00 | $103,030.00 |
| **10725-01843** | Craig Medhoff Trustee of M. Craig Medhoff Family Trust | 3110 Larkwood Creek Fallbrook, CA 92028 | $25,000.00 | $12,500.00 |
| **10725-02044** | Dominique Naylon | P.O. Box 2 Topaz, CA 96133 | $584,148.81 | $50,000.00 |
| **10725-02415** | Allen M. and Dorothy H. Nirenstein 1992 Rev. Trust | Dated 3/4/92 Allen and Dorothy Nirenstein Trustees 403 Woodland Road Kentfield, CA 94904-2635 | $92,700.00 | $92,700.00 |
| **10725-01901** | Charles and Mary Parker | 14470 Emerald Path Apple Valley, MN 55124 | $236,840.31 | $52,470.68 |
| **10725-00245** | Robert H. and Lynn R. Perlman Trust Dated 9/17/92 | c/o Robert H. and Lynn R. Perlman Trustees 2877 Paradise Road, Unit 3501 Las Vegas, NV 89109-5278 | $1,187,000.00 | $50,000.00 |
| **10725-01646** | Phillips Family Trust Dated 10/24/89 | c/o A. Stephen Phillips & Frances E. Phillips, Trustees 2275 Schooner Cir. Reno, NV 89509-5743 | $37,500.00 | $12,500.00 |
| **10725-01778** | Rehberger Family Trust Dtd 6/17/92 | c/o Annemarie Rehberger P.O. Box 3651 Incline Village, NV 89450 | $50,000.00 | $50,000.00 |
| **10725-02149** | Schnitzer Living Trust Dtd 10/24/91 | Arthur F. and Linn S. Schnitzer Trustees 20155 NE 38th Court, #1604 Aventura, FL 33180 | $1,774,903.40 | $100,000.00 |
| **10725-00840** | Dora R. Schutte | c/o Scott D. Fleming Esq. Hale Lane Peek Dennison & Howard 3930 Howard Hughes Parkway, 4th Floor Las Vegas, NV 89169 | $100,000.00 | $50,000.00 |
| **10725-01291** | Dora R. Schutte | Scott D. Fleming, Esq. Hale Lane Peek Dennison & Howard 3930 Howard Hughes Parkway, | $100,000.00 | $50,000.00 |

2

WASCO INVESTMENTS
BURR DECLARATION

# EXHIBIT A

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Wasco Investments Loan |
|---|---|---|---|---|
| | | 4th Floor Las Vegas, NV 89169 | | |
| 10725-00728 | Louise G. Sherk, M.D. Employee Benefit Plan Trust | c/o Robert Di Bias and Louise G. Sherk, Trustees 3830 Ocean Birch Drive Corona Del Mar, CA 92625-1244 | $50,723.29 | $50,723.29 |
| 10725-00828 | Donald Spring | 3153 Canyon Oaks Terrace Chico, CA 95928 | $54,500.00 | $54,500.00 |
| 10725-01679 | Connie Westbrook | 14320 Ghost Rider Drive Reno, NV 89511 | $49,880.86 | $11,496.43 |
| 10725-01922 | Connie Westbrook | 14320 Ghost Rider Drive Reno, NV 89511 | $148,453.92 | $50,000.00 |
| 10725-02163 | Marietta Voglis | 333 Allen Parkway, Unit 1103 Houston, TX 77019 | $724,292.85 | $50,000.00 |