I-40 GATEWAY WEST 2ND
FIRST OMNIBUS OBJECTION

# EXHIBIT A
Single Loan Claims

| Claim | Name | Address | Total Claim Amount | Amount Subject to Objection Because it Relates to an Investment In the I-40 Gateway West 2nd Loan |
|---|---|---|---|---|
| **10725-00104** | Edward and Marge Fraser | 14220 Sorrel Lane<br>Reno, NV 89511-6744 | $28,000.00 | $28,000.00 |
| **10725-01746** | Frank Snopko Trustee of the Charlotte Snopko Marital Trust Dated 8/31/04 | Stephen R. Harris, Esq.<br>Belding Harris & Petroni Ltd.<br>417 West Plumb Lane<br>Reno, NV 89509 | $35,000.00 | $35,000.00 |
| **10725-01747** | Frank Snopko Trustee of the Charlotte Snopko Residual Trust Dated 8/31/04 | Stephen R. Harris, Esq.<br>Belding Harris & Petroni Ltd.<br>417 West Plumb Lane<br>Reno, NV 89509 | $15,000.00 | $15,000.00 |
| **10725-01760** | Frank Snopko Trustee of the Charlotte Snopko Residual Trust Dated 8/31/04 | Stephen R. Harris, Esq.<br>Belding Harris & Petroni Ltd.<br>417 West Plumb Lane<br>Reno, NV 89509 | $15,000.00 | $15,000.00 |

236435.1