# I-40 GATEWAY WEST 2ND
# SECOND OMNIBUS OBJECTION

## EXHIBIT A
## Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the I-40 Gateway West 2nd Loan |
|---|---|---|---|---|
| 10725-00523 | Dionisio A. and Fiola Fernandes | 4001 Oak Manor Court Hayward, CA 94542-1445 | $244,646.92 | $35,215.70 |

236440.1