# EXHIBIT 1

1688943.1

Entered on Docket
April 01, 2008

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[1]<br><br>USA Securities, LLC,[2]<br>                              Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING FIRST OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED UPON INVESTMENT IN THE ASHBY FINANCIAL COMPANY $7,200,000 LOAN**<br><br>Hearing Date: March 25, 2008<br>Hearing Time: 9:30 a.m. |

---

[1] This bankruptcy case was closed on October 12, 2007.
[2] This bankruptcy case was closed on December 26, 2007.

237125.1

Pending before the Court is the USACM Liquidating Trust's First Omnibus Objection to Proofs of Claim Based Upon Investment in the Ashby Financial Company $7,200,000 Loan (the "Objection") [DE 5813]. Adequate notice of the Objection was given. No responses were filed to the Objection and no opposition was raised to the Objection at the hearing on March 25, 2008. Good cause appearing,

IT IS ORDERED that the Objection is sustained and the Proofs of Claim listed on Exhibit A attached are disallowed in their entirety because they were based entirely upon an investment in the Ashby Financial Company $7,200,000 Loan.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**


By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
    John Hinderaker
*Attorneys for USACM Liquidating Trust*

237125.1

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐     The Court waived the requirements of approval under LR 9021.

☐     No parties appeared or filed written objections, and there is no trustee appointed in the case.

☒     No opposition was filed to the motion and no other party or counsel appeared at the hearing.

☐     I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing, and any trustee appointed in the case, and each has approved or disapproved the order, or failed to respond, as indicated below:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
    John Hinderaker
*Attorneys for USACM Liquidating Trust*

# ASHBY
# Single Loan Claims

# EXHIBIT A
# FIRST OMNIBUS OBJECTION

| Claim | Name | Address | Total Claim Amount | Amount Subject to Objection Because it Relates to an Investment In the Ashby Loan |
|---|---|---|---|---|
| 10725-00283 | John J. Douglass | 1951 Quail Creek Court<br>Reno, NV 89509-0671 | $200,000.00 | $200,000.00 |
| 10725-00239 | Harold Epstein Revocable Living Trust Dtd. 2/14/91 | c/o Harold Epstein Trustee<br>40 West 3rd Avenue Apt. 703<br>San Mateo, CA 94402-7117 | $50,000.00 | $50,000.00 |
| 10725-00353 | John T. Mrasz Ent. Inc. Defined Benefit Plan Dtd. 5/86 | c/o John T. and Janet Mrasz Ttees.<br>10015 Barling Street<br>Shadow Hills, CA 91040-1512 | $200,000.00 | $200,000.00 |
| 10725-00232 | Gordon and Shirley Murray | 8100 Sunset Cove Drive<br>Las Vegas, NV 89128-7714 | $100,000.00 | $100,000.00 |
| 10725-00971 | Noxon Family Trust | c/o Arthur G. and Joan Noxon Ttees.<br>2657 Windmill Parkway #197<br>Henderson, NV 89074-3384 | $50,000.00 | $50,000.00 |
| 10725-00507 | TDS Revocable Family Trust Dtd. 9/29/98 | T. Dwight and Bonnie J. Sper Ttees.<br>1005 Cypress Ridge Lane<br>Las Vegas, NV 89144-1425 | $50,000.00 | $50,000.00 |

233503.1