**Entered on Docket
April 04, 2008**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

| | |
|---|---|
| **LEWIS AND ROCA LLP**<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169-5996<br>Facsimile (702) 949-8321<br>Telephone (702) 949-8320<br>Susan M. Freeman AZ State Bar No. 004199<br>Email: sfreeman@lrlaw.com<br>Rob Charles NV State Bar No. 006593<br>Email: rcharles@lrlaw.com<br>John Hinderaker AZ State Bar No. 018024<br>Email: jhinderaker@lrlaw.com | **FOLEY & LARNER LLP**<br>321 North Clark Street, Suite 2800<br>Chicago, IL 60610<br>Facsimile (312) 832-4700<br>Telephone (312) 832-4500<br>Edward J. Green IL State Bar No. 6225069<br>Email:<br>Geoffrey S. Goodman IL State Bar No. 6272297 |

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[1]<br><br>USA Securities, LLC,[2]<br>            Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**STIPULATED ORDER APPROVING STIPULATION RESOLVING PROOFS OF CLAIM FILED BY THE PENSION BENEFIT GUARANTY CORPORATION**<br><br>Date of Hearing: April 17, 2008<br>Time of Hearing: 9:30 a.m. |

---

[1] This bankruptcy case was closed on October 12, 2007.
[2] This bankruptcy case was closed on December 26, 2007.

235159.1
CHIC_2596683.1

The Stipulation by and between the USACM Liquidating Trust (the "USACM Trust") and the Pension Benefit Guaranty Corporation (the "PBGC") [DE    ] was filed with the Court on March 28, 2008.  Good cause now appearing,

IT IS ORDERED:

1. Approving the Stipulation;

2. PBGC's Amended Claim No. 794 is hereby allowed as an unsecured, non-priority claim against the estate of USA Commercial Mortgage ("USACM") in the amount of $1,000,000.00 (the "Allowed Unsecured Claim").  Other than the Allowed Unsecured Claim or as set forth in paragraph 4, the PBGC releases, waives and forever discharges any and all other unsecured claims that it may possess against USACM's estate.

3. PBGC's Amended Claim No. 793 is hereby allowed as an administrative claim, pursuant to § 503(b) of the Bankruptcy Code, in the amount of $100,000.00 (the "Allowed Administrative Claim").  Other than the Allowed Administrative Claim or as set forth in paragraph 4, the PBGC releases, waives and forever discharges any and all other administrative or priority claims that it may possess against (a) USACM's estate, (b) the estate of any of the other four jointly administered Debtors identified in the caption above, and (c) any other estates of businesses related to USACM including, but not limited to, USA Investors VI, LLC, HMA Sales, LLC, USA Investment Partners, LLC, and Tree Moss Partners, LLC (collectively, the "USA Capital Estates").

4. The parties are not resolving the claim pursuant to 29 U.S.C. § 1306(a)(7) (the "Termination Premium Claim"), which was included in PBGC's Amended Claim No. 791, pursuant to this Order.  The PBGC's rights with respect to the Termination Premium Claim, including its rights to argue that the Termination Premium Claim is entitled to administrative or priority treatment, and the Liquidating Trust's rights to oppose the amount or priority of the Termination Premium Claim are expressly preserved.  The Court is currently scheduled to hear argument on the Termination Premium Claim on April 17,

2008. Pursuant to the request of the Court and by agreement of the parties, all briefs on the issues on the Termination Premium Claim shall be submitted on or before March 31, 2008.

5. USACM shall maintain a reserve of $150,000 for the Termination Premium Claim pending this Court's decision on the allowance of disallowance of such claim. All other reserves for the Amended Claims will be released by USACM to the Liquidating Trust. Any of the USA Capital Estates may also release any reserves created for claims asserted by the PBGC against such estates.

6. This order approving the stipulation shall have no impact on any claims that the PBGC has asserted or may possess against Thomas Hantges or Joseph Milanowski in their respective individual capacities, whether in their personal bankruptcy cases or otherwise.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
    John Hinderaker

-and –

**FOLEY & LARDNER LLP**
Edward J. Green
Geoffrey S. Goodman

*Attorneys for USACM Liquidating Trust*

1
2
3  APPROVED AS TO FORM AND CONTENT
4  PENSION BENEFIT GUARANTY
5  CORPORATION
6  By: /s/ *Erika E. Barnes* (#197309)
       James Eggeman Assistant Chief Counsel (*pro
7      hac vice* pending)
       Frank A. Anderson, DC 478234 (*pro hac vice*)
8      Erika E. Barnes, CA 197309 (*pro hac vice*)
   Office of the Chief Counsel
9  1200 K. Street, NW Suite 340
   Washington, DC 20005-3759
10 Email: anderson.frank@pbgc.gov
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

1910703.1

CHIC_2596683.1