# EXHIBIT 1

1688943.1

Entered on Docket
April 01, 2008

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA Commercial Mortgage Company, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[1] |
| USA Capital Realty Advisors, LLC, | Case No. BK-S-06-10729-LBR[2] |
| USA Capital Diversified Trust Deed Fund, LLC, | CHAPTER 11 |
| USA Capital First Trust Deed Fund, LLC,[1] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA Securities, LLC,[2] | |
| Debtors. | **ORDER SUSTAINING SECOND OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED, IN WHOLE OR IN PART, UPON INVESTMENT IN THE LCG GILROY, LLC LOAN** |
| **Affects:** | |
| ☐ All Debtors | |
| ☒ USA Commercial Mortgage Company | |
| ☐ USA Capital Realty Advisors, LLC | |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | Hearing Date: March 25, 2008 |
| ☐ USA Capital First Trust Deed Fund, LLC | Hearing Time: 9:30 a.m. |
| ☐ USA Securities, LLC | |

---

[1] This bankruptcy case was closed on October 12, 2007.
[2] This bankruptcy case was closed on December 26, 2007.

237177.1

1  Pending before the Court is the USACM Liquidating Trust's Second Omnibus
2  Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon
3  Investment in the LCG Gilroy, LLC Loan (the "Objection") [DE 5854]. Adequate notice
4  of the Objection was given. The Court heard the Objection on March 25, 2008. No
5  responses were filed to the Objection and no opposition was raised at the hearing. Good
6  cause appearing,

7  IT IS ORDERED:

8  - Sustaining the Objection;
9  - Disallowing the Proofs of Claim listed on Exhibit A attached to the extent they
10    are based upon an investment in the LCG Gilroy, LLC Loan. The Proofs of
11    Claim listed in Exhibit A are not affected by this order to the extent they are
12    based upon an investment in a loan(s) other than the LCG Gilroy, LLC Loan;
13    and
14  - Reserving the right of any party in interest, including the USACM Trust, to
15    further object to the Proofs of Claim listed on Exhibit A attached.

16  ###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By:___/s/ RC (#0006593)___
     Susan M. Freeman
     Rob Charles
     John Hinderaker
*Attorneys for USACM Liquidating Trust*

2

237177.1

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of approval under LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in the case.

☒ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing, and any trustee appointed in the case, and each has approved or disapproved the order, or failed to respond, as indicated below:

**LEWIS AND ROCA LLP**


By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
    John Hinderaker
*Attorneys for USACM Liquidating Trust*

3

237177.1

# GILROY LOAN
Multiple Loan Claims

# EXHIBIT A
SECOND OMNIBUS OBJECTION

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Gilroy Loan |
|---|---|---|---|---|
| 10725-01274 | Herman and Brian M. and Anthony G. Adams | 1341 Cashman Dr. Las Vegas, NV 89102 | $2,088,250.00 | $300,000.00 |
| 10725-01677 | Michael Goodwin | 555 Yellow Pine Rd. Reno, NV 89511 | $454,405.00 | unclear |
| 10725-02162 | Michael John Goodwin | 555 Yellow Pine Road Reno, NV 89511-3714 | $505,538.20 | $50,000.00 |
| 10725-02003 | Harrison Family Trust Dtd 7/27/99 | Thomas B. and Marguerite F. Harrison Ttees 930 Dorcey Drive Incline Village, NV 89451 | $307,175.18 | $75,000.00 |
| 10725-01915 | Edwin L. Hausler Jr. Living Trust Dtd 1/3/92 | c/o Edwin L. Hausler Ttee. 4617 Constitution Avenue NE Albuquerque, NM 87110 | $243,374.30 | $50,000.00 |
| 10725-01212 | Jay E. Henman Retirement Plan | c/o Jay E. Henman Trustee 1023 Ridgeview Ct. Carson City, NV 89705-8054 | $747,243.00 | $75,000.00 |
| 10725-01914 | Gilbert Manuel Living Trust Dtd 1/3/92 | c/o Gilbert Manuel Ttee. 4617 Constitution Avenue NE Albuquerque, NM 87110 | $243,374.30 | $50,000.00 |
| 10725-02304 | Erven J. Nelson Ltd. Psp Dtd 10/31/72 | c/o Erven J. Nelson Trustee 2023 W. Aspiration Point St. George, UT 84790 | $250,000.00 | $100,000.00 |
| 10725-01175 | John Nix | 836 Temple Rock Ct. Boulder City, NV 89005 | $710,937.34 | $75,000.00 |
| 10725-02220 | James William Rogers | 78 Seal Rock Drive San Francisco, CA 94121 | $306,520.06 | $100,000.00 |
| 10725-02090 | Robert William Ulm IRA | Pensco Trust Company Custodian 414 Morning Glory Road St. Marys, GA 31558 | $707,753.00 | $50,000.00 |

232992.1