**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 4/4/08

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[1]<br><br>USA Securities, LLC,[2]<br>                                        Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Notice of Entry of Order Sustaining Third Omnibus Objection of The USACM Trust to Proofs of Claim Based Upon Investment in the Ashby Financial Company $7,200,000 Loan** |

**PLEASE TAKE NOTICE** that an Order Sustaining Third Omnibus Objection of the USACM Liquidating Trust to Proofs of Claim Based Upon Investment in the Ashby

---

[1] This bankruptcy case was closed on October 12, 2007.

[2] This bankruptcy case was closed on December 26, 2007.

237488.1

1  Financial Company $7,200,000 Loan [DE 6068] was entered on the 1st day of April 2008,
2  a true and correct copy of which is attached hereto as Exhibit 1.
3         RESPECTFULLY SUBMITTED April 4, 2008.
4
                                    **LEWIS AND ROCA LLP**
5
6
7                           By   /s/ RC (#006593)
                                Susan M. Freeman
8                                  Rob Charles
                                John Hinderaker
9                           *Attorneys for USACM Liquidating Trust*

10  PROOF OF SERVICE

11  Copy of the foregoing mailed by First
12  Class, U.S. Mail, postage prepaid, on
April 4, 2008 to the parties listed on
13  Exhibit A to the attached order.

14   /s/  Christine E Laurel
Christine E Laurel
15  Lewis and Roca

16

2

237471.1