EXHIBIT A

**Entered on Docket
April 01, 2008**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[1]<br><br>USA Securities, LLC,[2]<br>                        Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Order Granting Motion To Approve Settlement Agreement With USA Capital Diversified Trust Deed Fund, LLC**<br><br>Date:     March 25, 2008<br>Time     9:30 a.m. |

---

[1] This bankruptcy case was closed on October 12, 2007.
[2] This bankruptcy case was closed on December 26, 2007.

1919086.1

The Motion to Approve Settlement Agreement with USA Capital Diversified Trust Deed Fund, LLC [DE 5979], (the "Motion"), came before the Court for hearing on March 25, 2008. Due notice of the hearing having been given. At that hearing the Court requested that additional notice be given and extended the deadline for filing objections to the Settlement Agreement to March 31, 2008. Notice of the additional time to file objections was given [DE 6053], no objections having been filed, and good cause appearing, it is

**ORDERED:**

Granting the Motion to Approve Settlement Agreement With USA Capital Diversified Trust Deed Fund according to the terms set forth in the letter agreement signed by the parties and attached to the Motion.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**


By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
*Attorneys for USACM Liquidating Trust*


Approve/Disapproved:

**ORRICK, HERRINGTON & SUTCLIFFE, LLP**

By: _____
    Jeffery D. Hermann
    Attorneys for USA Capital Diversified Trust Deed Fund, LLC

2

1919086.1

Approved/Disapproved:

**OFFICE OF THE U.S. TRUSTEE**

By: /s/ August B. Landis
August B. Landis
Assistant United States Trustee
Suite 4300
300 Las Vegas Blvd., So.
Las Vegas, NV 89101

3

1919086.1

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of approval under LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in the case.

☐ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

☒ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing, and any trustee appointed in the case, and each has approved or disapproved the order, or failed to respond, as indicated below:

(Approved/Disapproved/Failed to Respond)
Jeffery D. Hermann
Attorneys for USA Capital Diversified Trust Deed Fund, LLC

(Approved/Disapproved/Failed to Respond)
August B. Landis
Assistant United States Trustee

**LEWIS AND ROCA LLP**


By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
*Attorneys for USACM Liquidating Trust*

4

1919086.1