# EXHIBIT 1

1688943.1

Entered on Docket
April 01, 2008

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[1]<br><br>USA Securities, LLC,[2]<br>                       Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING FIRST OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED, IN WHOLE OR IN PART, UPON INVESTMENT IN THE J JIREH'S CORPORATION LOAN**<br><br>Hearing Date: March 25, 2008<br>Hearing Time: 9:30 a.m. |

---

[1] This bankruptcy case was closed on October 12, 2007.
[2] This bankruptcy case was closed on December 26, 2007.

237171.1

1  Pending before the Court is the USACM Liquidating Trust's First Omnibus
2  Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon
3  Investment in the J Jireh's Corporation Loan (the "Objection") [DE 5833]. Adequate
4  notice of the Objection was given. The Court heard the Objection on March 25, 2008. No
5  responses were filed to the Objection and no opposition was raised at the hearing. Good
6  cause appearing,

7  IT IS ORDERED:

8  • Sustaining the Objection;

9  • Disallowing the Proofs of Claim listed on Exhibit A attached to the extent they
10    are based upon an investment in the J Jireh's Corporation Loan. The Proofs of
11    Claim listed in Exhibit A are not affected by this order to the extent they are
12    based upon an investment in a loan(s) other than the J Jireh's Corporation Loan;
13    and

14 • Reserving the right of any party in interest, including the USACM Trust, to
15    further object to the Proofs of Claim listed on Exhibit A attached.

16                                    ###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**


By:  /s/ RC (#0006593)
     Susan M. Freeman
     Rob Charles
     John Hinderaker
*Attorneys for USACM Liquidating Trust*

2

237171.1

# CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of approval under LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in the case.

☒ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing, and any trustee appointed in the case, and each has approved or disapproved the order, or failed to respond, as indicated below:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
    John Hinderaker
*Attorneys for USACM Liquidating Trust*

237171.1

# J JIREH'S
## Multiple Loan Claim

# EXHIBIT A
## FIRST OMNIBUS OBJECTION

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the J Jireh's Loan |
|---|---|---|---|---|
| 10725-00650 | Alamo Family Trust DTD 12/30/86 | c/o Antonio C. Alamo Trustee<br>85 Ventana Canyon Drive<br>Las Vegas, NV 89113 | $1,500,000.00 | $200,000.00 |
| 10725-02130 | Suzanne L. Arbogast | 1005 West Buffinglon Street<br>Upland, CA 91784 | $229,794.79 | $100,000.00 |
| 10725-02128 | Burgarello Inc. Profit Sharing Plan | c/o Ronald A Johnson TTEE<br>50 Snider Way<br>Sparks, NV 89431-6308 | $202,800.00 | $50,000.00 |
| 10725-02263 | Burgarello Inc. Profit Sharing Plan | Ronald A. Johnson TTEE<br>50 Snider Way<br>Sparks, NV 89431-6308 | $202,800.00 | $50,000.00 |
| 10725-02129 | Cibb Inc. Pension Plan | Ronald A. Johnson TTEE<br>50 Snider Way<br>Sparks, NV 89431 | $202,800.00 | $50,000.00 |
| 10725-02261 | Cibb Inc. Pension Plan | Ronald A, Johnson TTEE<br>50 Snider Way<br>Sparks, NV 89431 | $202,800.00 | $50,000.00 |
| 10725-00231 | Donald P. Clark Family Trust DTD 10/25/94 | c/o Donald P. Clark Trustee<br>305 West Moana Lane<br>Reno, NV 89509-4924 | $709,011.56 | $50,000.00 |
| 10725-01601 | Donald Clark | 305 West Moana Lane<br>Reno, NV 89509 | $775,918.76 | $54,708.90 |
| 10725-02059 | Jack R. Clark and Linda C. Reid JT TEN | 9900 Wilbur May Pkwy #4701<br>Reno, NV 89521-3089 | $891,016.03 | $100,000.00 |
| 10725-00092 | James Corison | P.O. Box 21214<br>Riverside, CA 92516 | $1,023,000.00 | $50,000.00 |

234135.1