# LEWIS
## AND
## ROCA
### LLP
L A W Y E R S

1    3993 Howard Hughes Parkway, Suite 600
     Las Vegas, NV 89169-5996
     Facsimile (702) 949-8321
2    Telephone (702) 949-8320

3    40 North Central Avenue, Suite 1900
     Phoenix, Arizona  85004-4429
     Facsimile (602) 734-3824
     Telephone (602) 262-5756
4
5    Susan M. Freeman AZ State Bar No. 004199
     Email: sfreeman@lrlaw.com
     Rob Charles NV State Bar No. 006593
     Email:  rcharles@lrlaw.com
6    John Hinderaker AZ State Bar No. 018024
     Email: jhinderaker@lrlaw.com

7    Attorneys for USACM Liquidating Trust

E-Filed on 4/7/08

8

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

9

10   In re:

11   USA Commercial Mortgage Company,

12   USA Capital Realty Advisors, LLC,

13   USA Capital Diversified Trust Deed Fund,
     LLC,

14   USA Capital First Trust Deed Fund, LLC,[1]

15   USA Securities, LLC,[2]
                                    Debtors.

16

17   **Affects:**
     ☐ All Debtors
     ☒ USA Commercial Mortgage Company
18   ☐ USA Capital Realty Advisors, LLC
     ☐ USA Capital Diversified Trust Deed Fund, LLC
19   ☐ USA Capital First Trust Deed Fund, LLC
     ☐ USA Securities, LLC

20

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR[1]
Case No. BK-S-06-10729-LBR[2]

CHAPTER 11

Jointly Administered Under Case No.
BK-S-06-10725 LBR

**Notice of Entry of Order Sustaining
Second Omnibus Objection of The
USACM Trust to Proofs of Claim
Based Upon Investment in the J
Jireh's Corporation Loan**

21

22       **PLEASE TAKE NOTICE** that an Order Sustaining Second Omnibus Objection of

23   the USACM Liquidating Trust to Proofs of Claim Based Upon Investment in the J Jireh's

24

25   ───────────────
     [1] This bankruptcy case was closed on October 12, 2007.
26   [2] This bankruptcy case was closed on December 26, 2007.

237491.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

Corporation Loan [DE 6088] was entered on the 1st day of April 2008, a true and correct

copy of which is attached hereto as Exhibit 1.

RESPECTFULLY SUBMITTED April 7, 2008.

**LEWIS AND ROCA LLP**

By  /s/ RC (#006593)
    Susan M. Freeman
    Rob Charles
    John Hinderaker
    *Attorneys for USACM Liquidating Trust*

PROOF OF SERVICE

Copy of the foregoing mailed by First
Class, U.S. Mail, postage prepaid, on
April 7, 2008 to the parties listed on
Exhibit A to the attached order.

  /s/  Christine E Laurel
Christine E Laurel
Lewis and Roca

2

237471.1