# LEWIS
### AND
## ROCA
#### LLP
### L A W Y E R S

1

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

2

3

40 North Central Avenue, Suite 1900
Phoenix, Arizona  85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

4

5

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email:  rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

6

7

Attorneys for USACM Liquidating Trust

| | E-Filed on 4/7/08 |
|---|---|

## UNITED STATES BANKRUPTCY COURT

8

## DISTRICT OF NEVADA

9

10

In re:

USA Commercial Mortgage Company,

USA Capital Realty Advisors, LLC,

USA Capital Diversified Trust Deed Fund, LLC,

USA Capital First Trust Deed Fund, LLC,[1]

USA Securities, LLC,[2]

Debtors.

11

12

13

14

15

16

17

18

19

20

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR[1]
Case No. BK-S-06-10729-LBR[2]

CHAPTER 11

Jointly Administered Under Case No.
BK-S-06-10725 LBR

**Notice of Entry of Order Sustaining
Second Omnibus Objection of The
USACM Trust to Proofs of Claim
Based Upon Investment in the Midvale
Marketplace, LLC Loan**

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

21

22

   **PLEASE TAKE NOTICE** that an Order Sustaining Second Omnibus Objection of

23

the USACM Liquidating Trust to Proofs of Claim Based Upon Investment in the Midvale

24

25

26

---

[1] This bankruptcy case was closed on October 12, 2007.

[2] This bankruptcy case was closed on December 26, 2007.

237497.1

LEWIS
AND
ROCA
—LLP—
L A W Y E R S

1

Marketplace, LLC Loan [DE 6079] was entered on the 1st day of April 2008, a true and

2

correct copy of which is attached hereto as Exhibit 1.

3

RESPECTFULLY SUBMITTED April 7, 2008.

4

**LEWIS AND ROCA LLP**

5

6

By   /s/ RC (#006593)

7

Susan M. Freeman
Rob Charles

8

John Hinderaker
*Attorneys for USACM Liquidating Trust*

9

10

PROOF OF SERVICE

11

Copy of the foregoing mailed by First

12

Class, U.S. Mail, postage prepaid, on
April 7, 2008 to the parties listed on

13

Exhibit A to the attached order.

14

 /s/  Christine E Laurel

15

Christine E Laurel
Lewis and Roca

16

17

18

19

20

21

22

23

24

25

26

2

237471.1