LEWIS
AND
ROCA
——LLP——
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

**Susan M. Freeman, Esq.** AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
**Anne M. Loraditch, Esq.** NV State Bar No. 008164
Email: aloraditch@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed April 7, 2008

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY;<br>USA CAPITAL REALTY ADVISORS, LLC;<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC;<br>USA CAPITAL FIRST TRUST DEED FUND, LLC;<br>USA SECURITIES, LLC;<br>      Debtors.<br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER APPROVNG STIPULATION RE CLAIM OF RD VISUAL DESIGN, INC.** |

408921.1

**LEWIS**
**AND**
**ROCA**
**—— LLP ——**
**L A W Y E R S**

1     PLEASE TAKE NOTICE that on the 27th day of March 2008, the Court entered

2    the Order Approving Stipulation re Claim of RD Visual Design, Inc.  A true and correct

3    copy of the Order is attached hereto.

4    Dated this __7th__ day of April 2008.

5

6                            **LEWIS AND ROCA LLP**

7

Susan M. Freeman, AZ 4199 (*pro hac vice*)

8                         Anne M. Loraditch, NV 8164
                             3993 Howard Hughes Parkway, Suite 600

9                         Las Vegas, Nevada  89169-5996
                           *Counsel for USACM Liquidating Trust*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

408921.1

Case: 06-10725-lbr    Doc #: 6054    Filed: 03/27/2008    Page: 1 of 3

**Entered on Docket**
**March 27, 2008**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

SUSAN M. FREEMAN, ESQ.
Arizona Bar No. 004199
Email: sfreeman@lrlaw.com
ANNE M. LORADITCH, ESQ.
Nevada State Bar No. 008164
Email: aloraditch@lrlaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8398

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY;<br>USA CAPITAL REALTY ADVISORS, LLC;<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC;<br>USA CAPITAL FIRST TRUST DEED FUND, LLC;<br>USA SECURITIES, LLC;<br>                                        Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | **ORDER APPROVNG STIPULATION**<br>**RE CLAIM OF RD VISUAL DESIGN, INC.** |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**LEWIS**
**AND**
**ROCA**
— LLP —
L A W Y E R S

1       The Court having considered the Stipulation re Claim of RD Visual Design, Inc.

2 (the "Stipulation"), and good cause appearing:

3       **IT IS HEREBY ORDERED** that:

4       1.      The Stipulation is APPROVED.

5       2.      RD Visual Advertising, Inc. dba RD Advertising ("RD Advertising") shall

6 take nothing on its unsecured nonpriority claim of $30,194.58, as scheduled by USA

7 Commercial Mortgage in the above-captioned bankruptcy case on June 15, 2006.

8       3.      RD Advertising shall be deemed to have finally and forever waived any and all

9 of its right, title and interest in any distribution that may be forthcoming from the USACM Trust

10 to the holders of allowed claims against the USA Commercial Mortgage bankruptcy estate.

11       4.      Nothing in this Order is a waiver or release by the USACM Liquidating Trust in

12 favor of RD Advertising.

13       5.      Nothing in this Order is a waiver or release by Ron DeLelles or Ann DeLelles

14 regarding any membership interest they may hold in USA Capital Diversified Trust Deed Fund,

15 LLC.

16 PREPARED AND RESPECTFULLY SUBMITTED BY:

17 **LEWIS AND ROCA LLP**

18 _[signature]_

      Susan M. Freeman, AZ 4199 (*pro hac vice*)

19       Anne M. Loraditch, NV 8164

      3993 Howard Hughes Parkway, Suite 600

20       Las Vegas, Nevada 89169-5996

      *Counsel for USACM Liquidating Trust*

21

22       **RD VISUAL DESIGN, INC.**, a Nevada corporation

      *dba* RD ADVERTISING

23

24       Ron DeLelles, President

      3230 East Flamingo, #8-532

25       Las Vegas, Nevada 89121

                       # # #

26

405799.1

LEWIS
AND
ROCA
—LLP—
LAWYERS

1      The Court having considered the Stipulation re Claim of RD Visual Design, Inc.

2  (the "Stipulation"), and good cause appearing:

3      **IT IS HEREBY ORDERED** that:

4      1.      The Stipulation is APPROVED.

5      2.      RD Visual Advertising, Inc. dba RD Advertising ("RD Advertising") shall

6  take nothing on its unsecured nonpriority claim of $30,194.58, as scheduled by USA

7  Commercial Mortgage in the above-captioned bankruptcy case on June 15, 2006.

8      3.      RD Advertising shall be deemed to have finally and forever waived any and all

9  of its right, title and interest in any distribution that may be forthcoming from the USACM Trust

10  to the holders of allowed claims against the USA Commercial Mortgage bankruptcy estate.

11      4.      Nothing in this Order is a waiver or release by the USACM Liquidating Trust in

12  favor of RD Advertising.

13      5.      Nothing in this Order is a waiver or release by Ron DeLelles or Ann DeLelles

14  regarding any membership interest they may hold in USA Capital Diversified Trust Deed Fund,

15  LLC.

16  PREPARED AND RESPECTFULLY SUBMITTED BY:

17  **LEWIS AND ROCA LLP**

18  _____
   Susan M. Freeman, AZ 4199 (*pro hac vice*)
19  Anne M. Loraditch, NV 8164
   3993 Howard Hughes Parkway, Suite 600
20  Las Vegas, Nevada 89169-5996
   *Counsel for USACM Liquidating Trust*
21

22  **RD VISUAL DESIGN, INC.**, a Nevada corporation
   *dba* RD ADVERTISING
23  _____
24  Ron DeLelles, President
   3230 East Flamingo, #8-532
25  Las Vegas, Nevada 89121

                                    # # #
26

2

405799.1