

Entered on Docket
April 09, 2008

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[1]<br><br>USA Securities, LLC,[2]<br><br>                                Debtors.<br><br>**Affects:**<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Order Approving Stipulation to Disallow Proofs of Claim Filed by Spectrum Financial and Rolland Weddell and Vacate Related Deadlines and Court Dates** |

---

[1] This bankruptcy case was closed on October 12, 2007.
[2] This bankruptcy case was closed on December 26, 2007.

The Stipulation to Disallow Proofs of Claim Filed by Spectrum Financial and Rolland Weddell and Vacate Related Deadlines and Court Dates [DE 6162] came before the Court for consideration, good cause now appearing,

**IT IS ORDERED:**

- Approving the Stipulation;
- Claim 10725-00819 filed by Spectrum Financial in the amount of $49,581,000 is hereby disallowed in its entirety;
- Claim 10725-01281 filed by Spectrum Financial in the amount of $49,581,000 is hereby disallowed in its entirety;
- Claim No. 10725-00821 filed by Rolland P. Weddell in the amount of $13,081,000 is hereby disallowed in its entirety;
- Claim No. 10725-01282 filed by Rolland P. Weddell in the amount of $13,081,000 is hereby disallowed in its entirety;
- The deadlines related to the above claims for filing trial statements, pre-trial motions and exhibit/witness lists are hereby vacated;
- The pre-trial conference scheduled for April 17, 2008 at 10:30 a.m. and the trial scheduled to begin on April 29, 2008 at 10:00 a.m. are hereby vacated.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By:   /s/ RC (#0006593)
     Susan M. Freeman
     Rob Charles
     John Hinderaker
*Attorneys for USACM Liquidating Trust*

Approved/Disapproved:

**GUNDERSON LAW FIRM**

By: *[signature]*
Mark H. Gunderson
Laura M. Arnold
*Counsel for Spectrum Financial and Rolland P. Weddell*

1900206.1