**LEWIS AND ROCA LLP**
LAWYERS

Susan M. Freeman (AZ Bar No. 4199) *pro hac vice*
Rob Charles (NV Bar No. 6593)
Anne M. Loraditch (NV Bar No. 8164)
**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Last Vegas, Nevada 89169
Telephone (702) 949-8200
Facsimile (702) 949-8398
Email: sfreeman@lralw.com
   rcharles@lrlaw.com
   aloraditch@lrlaw.com
*Attorneys for USACM Liquidating Trust*

Electronically Filed April 9, 2008

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>USA CAPITAL REALTY ADVISORS, LLC,<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USA CAPITAL FIRST TRUST DEED FUND, LLC, USA SECURITIES, LLC,<br>       Debtors.<br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE COMPLAINT TO AVOID AND RECOVER PRE-PETITION TRANSFERS PURSUANT TO 11 U.S.C. §§ 547, 548 AND 550** |

USACM Liquidating Trust (the "Trust"), Donald Granatstein ("Granatstein") and International Resort Management ("IRM," together with the Trust and Granatstein, the "Parties"), by and through their undersigned counsel, hereby stipulate to extend the

///

///

409564.1



deadline for the Trust to file a complaint to avoid and recover pre-petition transfers pursuant to 11 U.S.C. §§ 547, 548, and 550 (the "Stipulation") against Granatstein and IRM. In support of this Stipulation, the Parties state as follows:

1. The Trust asserts that it has claims against Granatstein and IRM for the avoidance and recovery of preferential and/or fraudulent pre-petition transfers (the "Transfers") received from USA Commercial Mortgage ("USACM") by Granatstein and IRM during the 90-day period preceding the filing of USACM's chapter 11 bankruptcy case on April 13, 2006 (the "Petition Date").

2. On February 12, 2008, in pursuit of its avoidance claims, the Trust made demand upon Granatstein and IRM for the return of the Transfers. Counsel for Granatstein and IRM responded to the Trust's demand indicating a further response would be forthcoming upon receipt of additional information from Granatstein and IRM.

3. The Trust has not yet received or analyzed the additional information from Granatstein and IRM regarding the Transfers and the services Granatstein and IRM provided to USACM pre-petition. The current deadline for the Trust to file a complaint to avoid and recover the Transfers, pursuant to 11 U.S.C. §§ 547, 548, and 550 (the "Complaint"), is April 12, 2008.

4. In order for Granatstein and IRM to provide the Trust with the requested information and so that the Trust should have sufficient time to analyze the information provided by Granatstein and IRM, the Parties have agreed that an extension of the deadline for filing a Complaint is warranted.

5. The Parties submit that an extension to Monday, May 12, 2008, of the deadline for filing a Complaint is reasonable and will effectively conserve the Court's valuable resources and serve the efficiencies of this matter by facilitating the exploration of a resolution of the Trust's avoidance claims against Granatstein and IRM.

///

409564.1

WHEREFORE, the Parties request that the Court enter an order approving this Stipulation and extending the deadline, to and including Monday, May 12, 2008, for the Trust to file a Complaint against Granatstein and IRM.

Respectfully submitted:

| **LEWIS AND ROCA LLP** | **SHUTTS & BOWEN LLP** |
|---|---|
| By  /s/Anne M. Loraditch<br>Susan Freeman, Esq., *pro hac vice*<br>Rob Charles, Esq.<br>Anne M. Loraditch, Esq.<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, Nevada 89169<br>Telephone: (702) 949-8200<br>*Attorneys for USACM Trust* | By  /s/Andrew M. Brumby<br>Andrew M. Brumby, Esq.<br>300 South Orange Avenue, Suite 1000<br>Orlando, Florida 32801<br>Telephone: (407) 835-6901<br>*Attorneys for Donald Granatstein and International Resorts Management* |
| DATED    4/9/2008 | DATED    4/9/2008 |

3

409564.1