ERVEN T. NELSON
Nevada Bar No. 2332
**BOLICK & BOYER**
10785 W. Twain Ave., Ste. 200
Las Vegas, NV 89135
(702) 870-6060
Attorneys for Leo G. Mantas and Others

*Electronically filed on*
**April 9, 2008**

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>**USA COMMERCIAL MORTGAGE COMPANY,**<br>                    Debtor. | **Case No. BK-S-06-10725 LBR**<br>**Case No. BK-S-06 10726 LBR**<br>**Case No. BK-S-06 10727 LBR**<br>**Case No. BK-S-06-10728 LBR**<br>**Case No. BK-S-06-10729 LBR** |
| In re:<br>**USA CAPITAL REALTY ADVISORS, LLC,**<br>                    Debtor. | |
| In re:<br>**USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,**<br>                    Debtor. | **Chapter 11**<br><br>**Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR** |
| In re:<br>**USA CAPITAL FIRST TRUST DEED FUND, LLC,**<br>                    Debtor. | |
| In re:<br>**USA SECURITIES, LLC,**<br>                    Debtor. | **EX PARTE MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND REQUEST FOR DISCONTINUATION OF NOTICE AND SPECIAL NOTICE.** |
| Affects:<br>**___   All Debtors**<br>**_x_  USA Commercial Mortgage Company**<br>**___  USA Securities, LLC**<br>**___  USA Capital Realty Advisors, LLC**<br>**___  USA Capital Diversified Trust Deed Fund, LLC**<br>**___  USA First Trust Deed Fund, LLC** | |

BOLICK &
BOYER
10785 W. Twain
Ave., Ste. 200
Las Vegas, NV
89135
(702) 870-6060

ERVEN T. NELSON of the law firm of BOLICK & BOYER, brings this Ex Parte Motion to Remove Counsel from CM/ECF Service List and Request for Discontinuation of Notice and Special Notice.

Bolick & Boyer represented the following Claimants:  Leo G. Mantas, Ellyson J. Galloway, World Links, LLC, Zawacki, LLC, Erven J. Nelson and Frankie J. Nelson, Trustees of the Erven J. Nelson & Frankie J. Nelson Trust, Erven J. Nelson, Trustee of the Erven J. Nelson LTD PSP dtd 10/31/72, David G. Menchetti, D.G. Menchetti, Ltd. Pension Plan, David G. Menchetti and Forrest Ladd, Evelyn D. Elliott, Surviving Trustee and Surviving Grantor of the Dean Elliott and Evelyn D. Elliott Family Trust, Elizabeth Rose Garibaldi, L. Earle Romak IRA and Zawacki, LLC (collectively, the "Mantas Group"), Nancy N. LaFleur, Gary B. and Barbara L. Anderson of the Anderson Family Trust dtd 8/21/92, Davis Investments, L.P., John L. Wade, Trustee of the John L. Wade Trust dtd 5/8/01, and Christopher Sharp and Terri Sharp, as joint tenants with right of survivorship, in the filing of their Proofs of Claim.  It is no longer necessary that Bolick & Boyer receive CM/ECF notice.

Therefore, Bolick & Boyer request that it be removed from the CM/ECF service list.

PLEASE TAKE NOTICE that Bolick & Boyer:

1.      Requests discontinuation of notice in these proceedings; and

2.      Requests to be removed from the mailing matrix on all service lists in these proceedings and related adversary proceedings.

DATED this _____ day of April, 2008.

Bolick & Boyer

/s/ Erven T. Nelson
Erven T. Nelson
Attorney No. 2332
Bolick & Boyer
10785 West Twain Avenue, Suite 200
Las Vegas, NV  89135

BOLICK &
BOYER
10785 W. Twain
Ave., Ste. 200
Las Vegas, NV
89135
(702) 870-6060