E-filed April 9, 2008

| | |
|---|---|
| Marc A. Levinson (California Bar No. 57613) | Robert R. Kinas (Nevada Bar No. 6019) |
| Jeffery D. Hermann (California Bar No. 90445) | Claire Y. Dossier (Nevada Bar No. 10030) |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | SNELL & WILMER LLP |
| 400 Capitol Mall, Suite 3000 | 3883 Howard Hughes Parkway, Suite 1100 |
| Sacramento, California 95814-4497 | Las Vegas, Nevada 89169 |
| Telephone: (916) 447-9200 | Telephone: (702) 784-5200 |
| Facsimile: (916) 329-4900 | Fax: (702) 784-5252 |
| Email: malevinson@orrick.com | Email: rkinas@swlaw.com |
| jhermann@orrick.com | cdossier@swlaw.com |

*ATTORNEYS FOR USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>        Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>        Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>        Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA SECURITIES, LLC,<br>        Debtor. | **NOTICE OF TAKING 2004 EXAMINATION OF (1) AD ALBUQUERQUE DEVELOPMENT, LLC; (2) INTERSTATE COMMERCE CENTER, LLC; (3) ROBERT A. RUSSELL; (4) RUSSELL A D DEVELOPMENT GROUP, LLC; AND (5) UNSER/CENTRAL PARTNERS, LLP** |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | **Date:** May 6, 2008<br><br>**Time:** 10:00 a.m.<br><br>**Location:** FTI Consulting, One Renaissance Square, Two North Central Avenue, Suite 1200, Phoenix, AZ 85004-2322 |

8686369.1

TO: (1) AD ALBUQUERQUE DEVELOPMENT, LLC; (2) INTERSTATE COMMERCE CENTER, LLC; (3) ROBERT A. RUSSELL; (4) RUSSELL A D DEVELOPMENT GROUP, LLC; and (5) UNSER/CENTRAL PARTNERS, LLP, and ALL OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that on or before **April 11, 2008** the following entities and/or individuals will produce documents to USA Capital Diversified Trust Deed Fund, LLC ("DTDF") pursuant to the respective subpoenas served upon them:

- AD Albuquerque Development, LLC, *see* Exhibit A;
- Interstate Commerce Center, LLC, *see* Exhibit B;
- Robert A. Russell, *see* Exhibit C;
- Russell A D Development Group, LLC, *see* Exhibit D, and
- Unser/Central Partners, LLP, *see* Exhibit E.

Notice is further given that the above-referenced entities and/or individuals have agreed to and will submit to examination pursuant to Federal Rule of Bankruptcy Procedure 2004 at the business offices of FTI Consulting, One Renaissance Square, Two North Central Avenue, Suite 1200, Phoenix, Arizona 85004-2322, upon oral examination, before a Notary Public or before some other officer authorized by law to administer oaths, at **10:00 a.m. on May 6, 2008.**

Notice is further given that the 2004 examinations may be recorded by any appropriate means, which shall include, without limitation, audio and video recording. In the event the examinations are recorded by means other than written transcription, at the time of introduction and/or filing of such recording, written transcriptions of the examinations shall be presented to the Court.

///
///
///
///
///
///
///

8686369.1

These 2004 examinations will continue from day to day until completed.

Dated this 9th day of April, 2008.

SNELL & WILMER LLP

By: /s/ Claire Y. Dossier
Robert R. Kinas (Nevada Bar No. 6019)
Claire Y. Dossier (Nevada Bar No. 10030)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 904445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capital Mall, Suite 3000
Sacramento, CA 95814-4497

*Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

8686369.1

- 3 -