Zachariah Larson, Bar No.: 007787
Kyle O. Stephens, Bar No.: 007928
**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, NV 89101
Tel: (702) 382-1170
Fax: (702) 382-1169
E-Mail: zlarson@lslawnv.com
Attorneys for Defendant James Feeney

E-Filed On:_____

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>USA COMMERCIAL MORTGAGE COMPANY<br><br>      Debtor, | Case No.: BK-S-06-10725-LBR<br>Chapter 11 |
| In Re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>      Debtor, | Case No.; BK-S-06-10726-LBR<br>Chapter 11 |
| In Re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC<br><br>      Debtor, | Case No.: BK-S-06-10727-LBR<br>Chapter 11 |
| In Re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>      Debtor, | Case No.: BK-S-0610728-LBR<br>Chapter 11 |
| In Re:<br><br>USA SECURITIES<br><br>      Debtor, | Case No.: BK-S-06-10729-LBR<br>Chapter 11 |
| Affects<br>[ ] All Debtors<br>[X] USA Commercial Mortgage Co.<br>[ ] USA Securities, LLC<br>[ ] USA Capital Realty Advisors, LLC<br>[ ] USA Capital Diversified Trust Deed<br>[X] USA First Trust Deed Fund, LLC | **Jointly Administered Under<br>Case No.: BK-S-06-10725-LBR** |

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

| | |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Adversary No. 06-01167-LBR |
| Plaintiff, | SUBSTITUTION OF ATTORNEYS |
| v. | |
| RONALD J. WITCO, EXECUTOR OF THE JOHN DUTKIN REVOCABLE LIVING TRUST; BEVERLY J. STILES, TRUSTEE OF THE BEVERLY STILES REVOCABLE TRUST DTD. 8/10/05; ROBERT J. & RUTH A. KEHL; ROCKLIN/REDDING, LLC; RETIREMENT ACCOUNS INC. CUSTODIAN FOR JUDD ROBBINS IRA; DANIEL & LAURA DRUBIN; GRABLE P. RONNING; GREGORY W. & CARRIE M. STIMPSON; CASTULO O. MARTINEZ; THE WILD WATER LP; CROSBIE B. RONNING; FIRST SAVINGS BANK, CUSTODIAN FOR GEORGE J. MOTTO IRA; JOHN ROBERT MALLIN JR. & MARIE THERESA MALLIN, TRUSTEE MALLIN FAMILY TRUST DATED 7-12-99; PHILLIP N. & BENITA M. RALSTON, TRUSTEE RALSTON FAMILY TRUST DATED 5-16-00; JAMES FEENEY, TRUSTEE E&M HARDWARE PROFIT SHARING PLAN; JANIS N. ROMO, CUSTODIAN FOR MARIO W. ROMO; MARIETTA S. VON BERG, TRUSTEE; ROBERT W. ULM, TRUSTEE, ROBERT W ULM LIVING TRUST DATED 4-11-05; PETER A. & FABIOLA A. BOLINO; HOWARD CONNELL AND LORENE CONNELL; JEAN JACQUES BERTHELOT, TRUSTEE OF THE BERTHELOT LIVING TRUST DATED 4-9-03; FIRST TRUST CO. OF ONAGA CUSTODIAN FOR KAREN MOBERLY IRA; BETTY KOLSTRUP; WILLIAM P. KENNY AND NANCY J. COSTELLO; GARETH A.R. CRANER TRUST DTD. 6-01-02; RONALD G. GARDNER TRUSTEE OF THE RONALD G. GARDNER TRUST; GEORGE W. HUBBARD AND CAROL N. HUBBARD; DONALD PINSKER; JEFF P. DILLENBURG AND KAREN A. DILLENBURG; PAUL D. GRAF AND MARGARET A. GRAF; BUNNY VREELAND; SCOTT A. KUSICH; DINA LADD; MARY AND DEAL; MONIGHETTI, INC.' JOHN G. SCHLICHTING AND ELIZABETH A. SCHLICHTING; DONALD S. TOMLIN AND DOROTY R. TOMLIN, TRUSTEE OF THE DONALD S. TOMLIN & DOROTHY R. TOMLIN REV. TRUST; MARK L. EAMES AND SANDRA K. EAMES; ROBERT L. OGREN, TRUSTEE FOR THE | |

2

|   |   |
|---|---|
| BENEFIT OF THE ROBERT L. OGREN TRUST DATED 6-30-92; JASPER BENINCASA, JR.; PAT A. DOLCE AND LORA DEAN DOLCE; DRS. STANLEY ALEXANDER AND FLORENCE ALEXANDER; M.W. GORTS AND COMPANY; EDWIN ARNOLD IRA; M. CRAIG MEDOFF TRUSTEE OF THE MEDOFF FAMILY TRUST DATED 9-1-88; USA CAPITAL FIRST TRUST DEED, ALAN A. BENNETT; A MARRIED MAN DEADLING WITH HIS SOLE AND SEPARATE PROPERTY; PORTER A. HURT, A SINGLE MAN DEALING WITH HIS SOLE AND SEPARATE PROPERTY,<br>                Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## SUBSTITUTION OF ATTORNEYS

ZACHARIAH LARSON, ESQ. of LARSON & STEPHENS, attorneys for JAMES FEENEY, Trustee of E & M HARDWARE PROFIT SHARING PLAN, in the above-captioned proceeding, hereby substitutes KIRBY R. WELLS, ESQ., of the law firm of WELLS & ASSOCIATES, as attorney in the above-captioned matter.

DATED this 27 day of March, 2008.

_____
ZACHARISH LARSON, ESQ.

KIRBY R. WELLS, ESQ., of the law firm of WELLS & ASSOCIATES, hereby agrees to be substituted as attorney for Defendant, JAMES FEENEY, Trustee of E & M HARDWARE PROFIT SHARING PLAN in the above-captioned proceeding in the place and stead of ZACHARIAH LARSON, ESQ., of LARSON & STEPHENS.

DATED this 28 day of March, 2008.

_____
KIRBY R. WELLS, ESQ., Nevada Bar #1666

Defendant, JAMES FEENEY, in the above-captioned matter hereby agrees to the

3

1  substitution of KIRBY R. WELLS, ESQ., of the law firm of WELLS AND ASSOCIATES, to be
2  attorney of record in the above-captioned proceeding.
3  DATED this 4 day of ~~March~~ April, 2008

E&M HARDWARE PROFIT SHARING PLAN

By _____
    JAMES FEENEY, Trustee

LARSON & STEPHENS
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169