Susan M. Freeman (AZ Bar No. 4199) *pro hac vice*
Rob Charles (NV Bar No. 6593)
Anne M. Loraditch (NV Bar No. 8164)
**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Last Vegas, Nevada 89169
Telephone (702) 949-8200
Facsimile (702) 949-8398
Email: sfreeman@lralw.com
         rcharles@lrlaw.com
         aloraditch@lrlaw.com
*Attorneys for USACM Liquidating Trust*

Electronically Filed April 10, 2008

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In Re: | Case No. BK-S-06-10725-LBR |
|---|---|
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10728-LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USA CAPITAL FIRST TRUST DEED FUND, LLC, USA SECURITIES, LLC, | Case No. BK-S-06-10729-LBR |
| | CHAPTER 11 |
| Debtors. | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | **STIPULATION TO EXTEND DEADLINE TO FILE COMPLAINT TO AVOID AND RECOVER PRE-PETITION TRANSFERS PURSUANT TO 11 U.S.C. §§ 547, 548 AND 550** |

USACM Liquidating Trust (the "Trust"), and Purdue Marion & Associates ("Purdue Marion," together with the Trust, the "Parties"), by and through their undersigned counsel, hereby stipulate to extend the deadline for the Trust to file a

///

///

409571.1

complaint to avoid and recover pre-petition transfers pursuant to 11 U.S.C. §§ 547, 548, and 550 (the "Stipulation") against Purdue Marion.  In support of this Stipulation, the Parties state as follows:

1. The Trust asserts that it has claims against Purdue Marion for the avoidance and recovery of preferential and/or fraudulent pre-petition transfers (the "Transfers") received from USA Commercial Mortgage ("USACM") by Purdue Marion during the 90-day period preceding the filing of USACM's chapter 11 bankruptcy case on April 13, 2006 (the "Petition Date").

2. On February 12, 2008, in pursuit of its avoidance claims, the Trust made demand upon Purdue Marion for the return of the Transfers.  Counsel for Purdue Marion responded to the Trust's demand detailing USACM's historical payments to Purdue Marion.  However, the Trust requires additional information.

3. The current deadline for the Trust to file a complaint to avoid and recover the Transfers, pursuant to 11 U.S.C. §§ 547, 548, and 550 (the "Complaint"), is April 12, 2008.

4. In order for Purdue Marion to provide the Trust with additional information and so that the Trust should have sufficient time to analyze the information provided by Purdue Marion, the Parties have agreed that an extension of the deadline for filing a Complaint is warranted.

5. The Parties submit that an extension to Monday, May 12, 2008, of the deadline for filing a Complaint is reasonable and will effectively conserve the Court's valuable resources and serve the efficiencies of this matter by facilitating the exploration of a resolution of the Trust's avoidance claims against Purdue Marion.

///

///

///

409571.1

**LEWIS AND ROCA LLP**
LAWYERS

WHEREFORE, the Parties request that the Court enter an order approving this Stipulation and extending the deadline, to and including Monday, May 12, 2008, for the Trust to file a Complaint against Purdue Marion.

Respectfully submitted:

| **LEWIS AND ROCA LLP** | **GONZALEZ SAGGIO & HARLAN LLP** |
|---|---|
| By /s/Susan Freeman<br>Susan Freeman, Esq., *pro hac vice*<br>Rob Charles, Esq.<br>Anne M. Loraditch, Esq.<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, Nevada 89169<br>Telephone: (702) 949-8200<br>*Attorneys for USACM Trust*<br><br>DATED 4/10/2008 | By /s/Nancy L. Allf<br>Nancy L. Allf, Esq.<br>411 East Bonneville Avenue, Suite 100<br>Las Vegas, Nevada 89101<br>Telephone: (702) 366-1866<br>*Attorneys for Purdue Marion & Associates*<br><br>DATED 4/10/2008 |

409571.1