**LEWIS AND ROCA LLP**
**LAWYERS**

Susan M. Freeman (AZ Bar No. 4199) *pro hac vice*
Rob Charles (NV Bar No. 6593)
Anne M. Loraditch (NV Bar No. 8164)
**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Last Vegas, Nevada 89169
Telephone (702) 949-8200
Facsimile (702) 949-8398
Email: sfreeman@lralw.com
       rcharles@lrlaw.com
       aloraditch@lrlaw.com
*Attorneys for USACM Liquidating Trust*

Electronically Filed April 10, 2008

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In Re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>USA CAPITAL REALTY ADVISORS, LLC,<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USA CAPITAL FIRST TRUST DEED FUND, LLC, USA SECURITIES, LLC,<br>                              Debtors.<br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE COMPLAINT TO AVOID AND RECOVER PRE-PETITION TRANSFERS PURSUANT TO 11 U.S.C. §§ 547, 548 AND 550** |
|---|---|

USACM Liquidating Trust (the "Trust"), and Scotsman Publishing, Inc. ("Scotsman," together with the Trust, the "Parties"), by and through their undersigned counsel, hereby stipulate to extend the deadline for the Trust to file a complaint to avoid

///

///

409562.1

LEWIS
AND
ROCA
LLP
LAWYERS

and recover pre-petition transfers pursuant to 11 U.S.C. §§ 547, 548, and 550 (the "Stipulation") against Scotsman. In support of this Stipulation, the Parties state as follows:

1. The Trust asserts that it has claims against Scotsman for the avoidance and recovery of preferential and/or fraudulent pre-petition transfers (the "Transfers") received from USA Commercial Mortgage ("USACM") by Scotsman during the 90-day period preceding the filing of USACM's chapter 11 bankruptcy case on April 13, 2006 (the "Petition Date").

2. On February 12, 2008, in pursuit of its avoidance claims, the Trust made demand upon Scotsman for the return of the Transfers. Counsel for Scotsman responded to the Trust's demand indicating a further response would be forthcoming upon receipt of additional information from Scotsman.

3. The Trust has not yet received or analyzed the additional information from Scotsman regarding the Transfers and the services Scotsman provided to USACM pre-petition. The current deadline for the Trust to file a complaint to avoid and recover the Transfers, pursuant to 11 U.S.C. §§ 547, 548, and 550 (the "Complaint"), is April 12, 2008.

4. In order for Scotsman to provide the Trust with the requested information and so that the Trust should have sufficient time to analyze the information provided by Scotsman, the Parties have agreed that an extension of the deadline for filing a Complaint is warranted.

5. The Parties submit that an extension to Monday, May 12, 2008, of the deadline for filing a Complaint is reasonable and will effectively conserve the Court's valuable resources and serve the efficiencies of this matter by facilitating the exploration of a resolution of the Trust's avoidance claims against Scotsman.

///

409562.1

**LEWIS AND ROCA LLP**
LAWYERS

WHEREFORE, the Parties request that the Court enter an order approving this Stipulation and extending the deadline, to and including Monday, May 12, 2008, for the Trust to file a Complaint against Scotsman.

Respectfully submitted:

| **LEWIS AND ROCA LLP** | **WILLIAMS, KASTNER & GIBBS PLLC** |
|---|---|
| By *s/ Anne M. Loraditch* <br> Susan Freeman, Esq., *pro hac vice* <br> Rob Charles, Esq. <br> Anne M. Loraditch, Esq. <br> 3993 Howard Hughes Pkwy, Suite 600 <br> Las Vegas, Nevada 89169 <br> Telephone: (702) 949-8200 <br> *Attorneys for USACM Trust* | By *s/ Sheena R. Aebig* <br> Sheena R. Aebig, Esq. <br> Two Union Square <br> 601 Union Street, Suite 4100 <br> Seattle, Washington 98101 <br> Telephone: (206) 628-6600 <br> *Attorneys for Scotsman Publishing, Inc.* |
| DATED   April 10, 2008 | DATED   April 10, 2008 |

409562.1