**NOTC**　　　　　　　　　　　　　　　　　　　　　　　　　EFILED ON 4/11/08
**SUSAN WILLIAMS SCANN, ESQ.**
Nevada Bar No. 000776
**DEANER, DEANER, SCANN,**
  **MALAN & LARSEN**
720 South Fourth Street, Suite #300
Las Vegas, Nevada 89101 (702) 382-6911
**ROBERT A RUSSELL, UNSER/CENTRALPARTNERS, LLP;**
**RUSSELL/AD DEVELOPMENT GROUP; INTERSTATE COMMERCE CENTER, LLC;**
**AD ALBURQUERQUE DEVELOPMENT, LLC**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br><br>Debtor | Case No.  BK-S-06-10725 LBR<br>Case No.  BK-S-06-10726 LBR<br>Case No.  BK-S-06-10727 LBR<br>Case No.  BK-S-06-10728 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC.<br><br>Debtor | Case No.  BK-S-06-10729 LBR<br>Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST<br>DEED FUND, LLC.<br><br>Debtor | Date of Hearing:  May 8, 2008<br>Time of Hearing: 10:30 a.m. |
| In re:<br>USA CAPITAL FIRST TRUST<br>DEED FUND, LLC.<br><br>Debtor | Affects:<br>☐USA Commercial Mortgage Company<br>■USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐USA Securities, LLC<br>☐USA Realty Advisors, LLC<br>☐All Debtors |
| In re:<br>USA SECURITIES, LLC.<br><br>Debtor | |

**NOTICE OF HEARING ON OBJECTION TO NOTICES OF 2004 EXAMINATIONS,
MOTION TO QUASH SUBPOENAS AND OR FOR PROTECTIVE ORDER
AND FOR LIMITATION OF RULE 2004 EXAMINATIONS**

NOTICE IS HEREBY GIVEN that an OBJECTION TO NOTICES OF 2004 EXAMINATIONS,

MOTION TO QUASH SUBPOENAS AND OR FOR PROTECTIVE ORDER AND MOTION FOR LIMITATION OF RULE 2004 EXAMINATIONS was filed on April 10, 2008 by ROBERT A RUSSELL, UNSER/CENTRALPARTNERS, LLP; RUSSELL/AD DEVELOPMENT GROUP; INTERSTATE COMMERCE CENTER, LLC; AD ALBURQUERQUE DEVELOPMENT, LLC

**Any Opposition must be filed pursuant to Local Rule 9014 (d)(1):**

NOTICE IS FURTHER GIVEN that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion no later than 15 days after the date of this Notice. If the hearing date has been set on less than 15 days' notice, then the opposition must be filed and served no later than 5 business days before the hearing. The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, of if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and
- The court may *rule against you* without formally calling the matter at the hearing

A copy of the Motion may be obtained by accessing PACER through the United States Bankruptcy Court website for Nevada at www.nvb.uscourts.gov.

NOTICE IS FURTHER GIVEN that the hearing on the Motion may be continued without further notice.

///

///

///

NOTICE IS FURTHER GIVEN that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Third Floor on May 8, 2008 at the hour of 10:30 a..m.

DATED: 4/10/08

Respectfully submitted

DEANER, DEANER, SCANN,
MALAN & LARSEN

SUSAN WILLIAMS SCANN, ESQ.
Nevada Bar No. 000776
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Attorneys for ROBERT A RUSSELL, individually and as agent for UNSER/CENTRAL PARTNERS, LLP; RUSSELL/AD DEVELOPMENT GROUP; INTERSTATE COMMERCE CENTER, LLC; AD ALBURQUERQUE DEVELOPMENT, LLC,

## CERTIFICATE OF MAILING

I hereby certify that on the 10th day of April, 2008, I served the foregoing **NOTICE OF HEARING ON OBJECTION TO NOTICES OF 2004 EXAMINATIONS, MOTION TO TO QUASH SUBPOENAS AND OR FOR PROTECTIVE ORDER AND FOR LIMITATION OF RULE 2004 EXAMINATIONS** by depositing copies of the same in the United States mails, postage prepaid, addressed to the following:

Robert Kinas, ESQ.
Claire Y. Dossier, ESQ.
Snell & Wilmer LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Attorneys for USA Capital Diversified Trust Deed Fund, LLC

Marc A Levinson
Jeffery D. Hermann
Orrick, Herringtron & Sutcliffe LLP
400 Capital Mall, Suite 3000
Sacramento, CA 95814-4497
Attorneys for USA Capital Diversified Trust Deed Fund, LLC

Office of the U.S. Trustee
600 Las Vegas Blvd., South,
Ste. 4300
Las Vegas, NV  89101

An Employee of DEANER, DEANER,
SCANN, MALAN & LARSEN

F:\OFFICE\CLIENTS\Robert Russell Entities\Robert A. Russell\Notice of Hearing.wpd

4