LEWIS
AND
ROCA
LLP
L A W Y E R S

1   Susan M. Freeman (AZ Bar No. 4199) *pro hac vice*
    Rob Charles (NV Bar No. 6593)
2   Anne M. Loraditch (NV Bar No. 8164)

3   **LEWIS AND ROCA LLP**
    3993 Howard Hughes Parkway, Suite 600
4   Last Vegas, Nevada 89169
    Telephone (702) 949-8200
5   Facsimile (702) 949-8398
    Email: sfreeman@lralaw.com
6          rcharles@lrlaw.com
           aloraditch@lrlaw.com
7   *Attorneys for USACM Liquidating Trust*

| | Electronically Filed April 11, 2008 |

8

9                    **UNITED STATES BANKRUPTCY COURT**

10                         **DISTRICT OF NEVADA**

11  In Re:                              Case No. BK-S-06-10725-LBR
                                        Case No. BK-S-06-10726-LBR
12  USA COMMERCIAL MORTGAGE             Case No. BK-S-06-10727-LBR
    COMPANY,                            Case No. BK-S-06-10728-LBR
13  USA CAPITAL REALTY ADVISORS, LLC,   Case No. BK-S-06-10729-LBR
    USA CAPITAL DIVERSIFIED TRUST DEED
14  FUND, LLC, USA CAPITAL FIRST TRUST  CHAPTER 11
    DEED FUND, LLC, USA SECURITIES, LLC,
15                            Debtors.   Jointly Administered Under
16  **Affects:**                        Case No. BK-S-06-10725 LBR
    ☐ All Debtors
17  ☒ USA Commercial Mortgage Company   **STIPULATION TO EXTEND**
    ☐ USA Capital Realty Advisors, LLC  **DEADLINE TO FILE COMPLAINT**
18  ☐ USA Capital Diversified Trust Deed Fund,  **TO AVOID AND RECOVER PRE-**
    LLC                                 **PETITION TRANSFERS PURSUANT**
19  ☐ USA Capital First Trust Deed Fund, LLC  **TO 11 U.S.C.  §§ 547, 548 AND 550**
20  ☐ USA Securities, LLC

21

22          USACM Liquidating Trust (the "Trust"), and Special Order Systems, Inc. ("Special

23  Order Systems," together with the Trust, the "Parties"), by and through their undersigned

24  counsel, hereby stipulate to extend the deadline for the Trust to file a complaint to avoid

25  ///

26  ///

LEWIS
AND
ROCA
LLP
L A W Y E R S

1  and recover pre-petition transfers pursuant to 11 U.S.C. §§ 547, 548, and 550 (the

2  "Stipulation") against Special Order Systems.  In support of this Stipulation, the Parties

3  state as follows:

4      1.      The Trust asserts that it has claims against Special Order Systems for the

5  avoidance and recovery of preferential and/or fraudulent pre-petition transfers (the

6  "Transfers") received from USA Commercial Mortgage ("USACM") by Special Order

7  Systems during the 90-day period preceding the filing of USACM's chapter 11 bankruptcy

8  case on April 13, 2006 (the "Petition Date").

9      2.      On February 12, 2008, in pursuit of its avoidance claims, the Trust made

10 demand upon Special Order Systems for the return of the Transfers.  Counsel for Special

11 Order Systems responded to the Trust's demand detailing USACM's historical payments

12 to Special Order Systems, and the Parties are currently engaged in settlement negotiations.

13     3.      The current deadline for the Trust to file a complaint to avoid and recover

14 the Transfers, pursuant to 11 U.S.C. §§ 547, 548, and 550 (the "Complaint"), is April 12,

15 2008.

16     4.      In order to finalize the ongoing settlement negotiations, the Parties have

17 agreed that an extension of the deadline for filing a Complaint is warranted.

18     5.      The Parties submit that an extension to Monday, May 12, 2008, of the

19 deadline for filing a Complaint is reasonable and will effectively conserve the Court's

20 valuable resources and serve the efficiencies of this matter by allowing additional time to

21 finalize a resolution of the Trust's avoidance claims against Special Order Systems.

22 ///

23 ///

24 ///

25 ///

26 ///

410521.1



1    WHEREFORE, the Parties request that the Court enter an order approving this

2  Stipulation and extending the deadline, to and including Monday, May 12, 2008, for the

3  Trust to file a Complaint against Special Order Systems.

4  Respectfully submitted this 11th day of April 2008:

5  **LEWIS AND ROCA LLP**                **SPECIAL ORDER SYSTEMS**

6

7  By___*s/ Anne M. Loraditch*_____      By___*s/ Lawrence McNutt*_____
        Susan Freeman, Esq., *pro hac vice*              Lawrence McNutt, President
8        Rob Charles, Esq.                                        3877 Sharon Way
         Anne M. Loraditch, Esq.                              Loomis, California 95650
9        3993 Howard Hughes Pkwy, Suite 600          Telephone:  (916) 577-1703
         Las Vegas, Nevada 89169
10       Telephone:  (702) 949-8200
     *Attorneys for USACM Trust*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3