

**Entered on Docket
April 11, 2008**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

Susan M. Freeman (AZ Bar No. 4199), *pro hac vice*
Rob Charles (NV Bar No. 6593)
Anne M. Loraditch (NV Bar No. 8164)
**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Last Vegas, Nevada 89169
Telephone (702) 949-8200
Facsimile (702) 949-8398
Email:  sfreeman@lralw.com
           rcharles@lrlaw.com
           aloraditch@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>USA CAPITAL REALTY ADVISORS, LLC,<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USA CAPITAL FIRST TRUST DEED FUND, LLC, USA SECURITIES, LLC,<br>               Debtors.<br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER APPROVING STIPULATION TO EXTEND DEADLINE TO FILE COMPLAINT TO AVOID AND RECOVER PRE-PETITION TRANSFERS PURSUANT TO 11 U.S.C. §§ 547, 548 AND 550** |

409530.1



Upon consideration of the Stipulation to Extend Deadline to File Complaint to Avoid and Recover Pre-Petition Transfers Pursuant to 11 U.S.C. §§ 547, 548, and 550 (the "Stipulation"), by and between USACM Liquidating Trust (the "Trust"), and Beadle McBride Evans & Reeves ("Beadle McBride"), and for good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is APPROVED.

2. The deadline for the Trust to file a complaint against Beadle McBride for the avoidance and recovery of pre-petition transfers, pursuant to 11 U.S.C. §§ 547, 548, and 550, is hereby extended to and includes Friday, May 30, 2008.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By /s/ Susan Freeman
   Susan Freeman, Esq., *pro hac vice*
   Arizona Bar No. 4199
   Rob Charles, Esq.
   Nevada Bar No. 6593
   Anne M. Loraditch, Esq.
   Nevada Bar No. 8164
   3993 Howard Hughes Pkwy, Suite 600
   Las Vegas, Nevada 89169
   Telephone: (702) 949-8200
*Attorneys for USACM Trust*

**HOWARD & HOWARD**

By /s/Thomas W. Davis
   Thomas W. Davis, Esq.
   Nevada Bar No. 2531
   3800 Howard Hughes Pkwy, Suite 1400
   Las Vegas, Nevada 89169
   Telephone: (702) 257-1483
*Attorneys for Beadle McBride Evans & Reeves*

# # #

409530.1