Susan M. Freeman (AZ Bar No. 4199) *pro hac vice*
Rob Charles (NV Bar No. 6593)
Anne M. Loraditch (NV Bar No. 8164)
**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Last Vegas, Nevada 89169
Telephone (702) 949-8200
Facsimile (702) 949-8398
Email: sfreeman@lralw.com
   rcharles@lrlaw.com
   aloraditch@lrlaw.com
*Attorneys for USACM Liquidating Trust*

Electronically Filed April 11, 2008

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In Re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, USA CAPITAL REALTY ADVISORS, LLC, USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USA CAPITAL FIRST TRUST DEED FUND, LLC, USA SECURITIES, LLC, Debtors. | Case No. BK-S-06-10726-LBR Case No. BK-S-06-10727-LBR Case No. BK-S-06-10728-LBR Case No. BK-S-06-10729-LBR CHAPTER 11 Jointly Administered Under Case No. BK-S-06-10725 LBR |
| **Affects:** ☐ All Debtors ☒ USA Commercial Mortgage Company ☐ USA Capital Realty Advisors, LLC ☐ USA Capital Diversified Trust Deed Fund, LLC ☐ USA Capital First Trust Deed Fund, LLC ☐ USA Securities, LLC | NOTICE OF ENTRY OF ORDER APPROVING STIPULATION TO EXTEND DEADLINE TO FILE COMPLAINT TO AVOID AND RECOVER PRE-PETITION TRANSFERS |

PLEASE TAKE NOTICE that on the 11th day of April 2008 the Court entered its

ORDER APPROVING STIPULATION TO EXTEND DEADLINE TO FILE COMPLAINT

///

///

///

///

///

410591_1.DOC

1

1  TO AVOID AND RECOVER PRE-PETITION TRANSFERS, a copy of which is
2  attached hereto.
3      DATED this 11th day of April 2008.
4                              **LEWIS AND ROCA LLP**
5
6      By:___/s/ Anne M. Loraditch_____
          ANNE M. LORADITCH, ESQ.
7         Nevada Bar No. 8164
          3993 Howard Hughes Parkway, Suite 600
8         Las Vegas, Nevada 89169
9      *Attorneys for USACM Liquidating Trust*

410591_1.DOC                                                              2

**Entered on Docket
April 11, 2008**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

Susan M. Freeman (AZ Bar No. 4199), *pro hac vice*
Rob Charles (NV Bar No. 6593)
Anne M. Loraditch (NV Bar No. 8164)
**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Last Vegas, Nevada 89169
Telephone (702) 949-8200
Facsimile (702) 949-8398
Email: sfreeman@lralw.com
       rcharles@lrlaw.com
       aloraditch@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>USA CAPITAL REALTY ADVISORS, LLC,<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USA CAPITAL FIRST TRUST DEED FUND, LLC, USA SECURITIES, LLC,<br>             Debtors.<br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER APPROVING STIPULATION TO EXTEND DEADLINE TO FILE COMPLAINT TO AVOID AND RECOVER PRE-PETITION TRANSFERS PURSUANT TO 11 U.S.C. §§ 547, 548 AND 550** |

409530.1

**LEWIS AND ROCA LLP**
LAWYERS

1  Upon consideration of the Stipulation to Extend Deadline to File Complaint to
2  Avoid and Recover Pre-Petition Transfers Pursuant to 11 U.S.C. §§ 547, 548, and 550 (the
3  "Stipulation"), by and between USACM Liquidating Trust (the "Trust"), and Beadle
4  McBride Evans & Reeves ("Beadle McBride"), and for good cause appearing therefor,
5  **IT IS HEREBY ORDERED THAT:**
6  1.  The Stipulation is APPROVED.
7  2.  The deadline for the Trust to file a complaint against Beadle McBride for the
8  avoidance and recovery of pre-petition transfers, pursuant to 11 U.S.C. §§ 547, 548, and
9  550, is hereby extended to and includes Friday, May 30, 2008.
10 PREPARED AND RESPECTFULLY SUBMITTED BY:

| **LEWIS AND ROCA LLP** | **HOWARD & HOWARD** |
|---|---|
| By /s/ Susan Freeman<br>Susan Freeman, Esq., *pro hac vice*<br>Arizona Bar No. 4199<br>Rob Charles, Esq.<br>Nevada Bar No. 6593<br>Anne M. Loraditch, Esq.<br>Nevada Bar No. 8164<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, Nevada 89169<br>Telephone: (702) 949-8200<br>*Attorneys for USACM Trust* | By /s/Thomas W. Davis<br>Thomas W. Davis, Esq.<br>Nevada Bar No. 2531<br>3800 Howard Hughes Pkwy, Suite 1400<br>Las Vegas, Nevada 89169<br>Telephone: (702) 257-1483<br>*Attorneys for Beadle McBride Evans & Reeves* |

### # #