Susan M. Freeman (AZ Bar No. 4199) *pro hac vice*
Rob Charles (NV Bar No. 6593)
Anne M. Loraditch (NV Bar No. 8164)
**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Last Vegas, Nevada 89169
Telephone (702) 949-8200
Facsimile (702) 949-8398
Email: sfreeman@lralw.com
     rcharles@lrlaw.com
     aloraditch@lrlaw.com
*Attorneys for USACM Liquidating Trust*

Electronically Filed April 11, 2008

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In Re:

USA COMMERCIAL MORTGAGE COMPANY,
USA CAPITAL REALTY ADVISORS, LLC,
USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USA CAPITAL FIRST TRUST DEED FUND, LLC, USA SECURITIES, LLC,
                      Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under
Case No. BK-S-06-10725 LBR

NOTICE OF ENTRY OF ORDER APPROVING STIPULATION TO EXTEND DEADLINE TO FILE COMPLAINT TO AVOID AND RECOVER PRE-PETITION TRANSFERS

     PLEASE TAKE NOTICE that on the 11th day of April 2008 the Court entered its ORDER APPROVING STIPULATION TO EXTEND DEADLINE TO FILE COMPLAINT

///
///
///
///
///

410594_1.DOC

1

1 TO AVOID AND RECOVER PRE-PETITION TRANSFERS, a copy of which is
2 attached hereto.

3 DATED this 11th day of April 2008.

4 **LEWIS AND ROCA LLP**

6 By: /s/ Anne M. Loraditch
ANNE M. LORADITCH, ESQ.
7 Nevada Bar No. 8164
3993 Howard Hughes Parkway, Suite 600
8 Las Vegas, Nevada 89169

9 *Attorneys for USACM Liquidating Trust*

410594_1.DOC                                                                 2

**Entered on Docket**
**April 11, 2008**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

Susan M. Freeman (AZ Bar No. 4199), *pro hac vice*
Rob Charles (NV Bar No. 6593)
Anne M. Loraditch (NV Bar No. 8164)
**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Last Vegas, Nevada 89169
Telephone (702) 949-8200
Facsimile (702) 949-8398
Email: sfreeman@lralw.com
       rcharles@lrlaw.com
       aloraditch@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In Re: | Case No. BK-S-06-10725-LBR |
|---|---|
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USA CAPITAL FIRST TRUST DEED FUND, LLC, USA SECURITIES, LLC, | CHAPTER 11 |
| Debtors. | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | **ORDER APPROVING STIPULATION TO EXTEND DEADLINE TO FILE COMPLAINT TO AVOID AND RECOVER PRE-PETITION TRANSFERS PURSUANT TO 11 U.S.C. §§ 547, 548 AND 550** |

409572.1

**LEWIS AND ROCA LLP**
LAWYERS

Upon consideration of the Stipulation to Extend Deadline to File Complaint to Avoid and Recover Pre-Petition Transfers Pursuant to 11 U.S.C. §§ 547, 548, and 550 (the "Stipulation"), by and between USACM Liquidating Trust (the "Trust"), and Purdue Marion & Associates ("Purdue Marion"), and for good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is APPROVED.

2. The deadline for the Trust to file a complaint against Purdue Marion for the avoidance and recovery of pre-petition transfers, pursuant to 11 U.S.C. §§ 547, 548, and 550, is hereby extended to and includes Monday, May 12, 2008.

PREPARED AND RESPECTFULLY SUBMITTED BY:

| **LEWIS AND ROCA LLP** | **GONZALEZ SAGGIO & HARLAN LLP** |
|---|---|
| By /s/ Susan Freeman<br>Susan Freeman, Esq., *pro hac vice*<br>Arizona Bar No. 4199<br>Rob Charles, Esq.<br>Nevada Bar No. 6593<br>Anne M. Loraditch, Esq.<br>Nevada Bar No. 8164<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, Nevada 89169<br>Telephone: (702) 949-8200<br>*Attorneys for USACM Trust* | By /s/ Nancy L. Allf<br>Nancy L. Allf, Esq.<br>411 East Bonneville Avenue, Suite 100<br>Las Vegas, Nevada 89101<br>Telephone: (702) 366-1866<br>*Attorneys for Purdue Marion & Associate* |

### # #

409572.1