Susan M. Freeman (AZ Bar No. 4199) *pro hac vice*
Rob Charles (NV Bar No. 6593)
Anne M. Loraditch (NV Bar No. 8164)
**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Last Vegas, Nevada 89169
Telephone (702) 949-8200
Facsimile (702) 949-8398
Email: sfreeman@lralw.com
       rcharles@lrlaw.com
       aloraditch@lrlaw.com
*Attorneys for USACM Liquidating Trust*

Electronically Filed April 11, 2008

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>USA CAPITAL REALTY ADVISORS, LLC,<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USA CAPITAL FIRST TRUST DEED FUND, LLC, USA SECURITIES, LLC,<br>                    Debtors.<br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>NOTICE OF ENTRY OF ORDER APPROVING STIPULATION TO EXTEND DEADLINE TO FILE COMPLAINT TO AVOID AND RECOVER PRE-PETITION TRANSFERS |

PLEASE TAKE NOTICE that on the 11th day of April 2008 the Court entered its ORDER APPROVING STIPULATION TO EXTEND DEADLINE TO FILE COMPLAINT

///

///

///

///

///

410595_1.DOC

1

TO AVOID AND RECOVER PRE-PETITION TRANSFERS, a copy of which is attached hereto.

DATED this 11th day of April 2008.

**LEWIS AND ROCA LLP**

By: /s/ Anne M. Loraditch
ANNE M. LORADITCH, ESQ.
Nevada Bar No. 8164
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169

*Attorneys for USACM Liquidating Trust*

**Entered on Docket
April 11, 2008**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

Susan M. Freeman (AZ Bar No. 4199), *pro hac vice*
Rob Charles (NV Bar No. 6593)
Anne M. Loraditch (NV Bar No. 8164)
**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Last Vegas, Nevada 89169
Telephone (702) 949-8200
Facsimile (702) 949-8398
Email: sfreeman@lralw.com
       rcharles@lrlaw.com
       aloraditch@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In Re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>USA CAPITAL REALTY ADVISORS, LLC,<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USA CAPITAL FIRST TRUST DEED FUND, LLC, USA SECURITIES, LLC,<br>Debtors.<br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER APPROVING STIPULATION TO EXTEND DEADLINE TO FILE COMPLAINT TO AVOID AND RECOVER PRE-PETITION TRANSFERS PURSUANT TO 11 U.S.C. §§ 547, 548 AND 550** |
|---|---|

409563.1

**LEWIS AND ROCA LLP**
**LAWYERS**

Upon consideration of the Stipulation to Extend Deadline to File Complaint to Avoid and Recover Pre-Petition Transfers Pursuant to 11 U.S.C. §§ 547, 548, and 550 (the "Stipulation"), by and between USACM Liquidating Trust (the "Trust"), and Scotsman Publishing, Inc. ("Scotsman"), and for good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is APPROVED.

2. The deadline for the Trust to file a complaint against Scotsman for the avoidance and recovery of pre-petition transfers, pursuant to 11 U.S.C. §§ 547, 548, and 550, is hereby extended to and includes Monday, May 12, 2008.

PREPARED AND RESPECTFULLY SUBMITTED BY:

| **LEWIS AND ROCA LLP** | **WILLIAMS, KASTNER & GIBBS PLLC** |
|---|---|
| By   *s/ Anne M. Loraditch* | By   *s/ Sheena R. Aebig* |
| Susan Freeman, Esq., *pro hac vice*<br>Arizona Bar No. 4199<br>Rob Charles, Esq.<br>Nevada Bar No. 6593<br>Anne M. Loraditch, Esq.<br>Nevada Bar No. 8164<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, Nevada 89169<br>Telephone: (702) 949-8200<br>*Attorneys for USACM Trust* | Sheena R. Aebig, Esq.<br>Two Union Square<br>601 Union Street, Suite 4100<br>Seattle, Washington 98101<br>Telephone: (206) 628-6600<br>*Attorneys for Scotsman Publishing, Inc.* |

###

409563.1