Susan M. Freeman (AZ Bar No. 4199) *pro hac vice*
Rob Charles (NV Bar No. 6593)
Anne M. Loraditch (NV Bar No. 8164)
**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Last Vegas, Nevada 89169
Telephone (702) 949-8200
Facsimile (702) 949-8398
Email: sfreeman@lralw.com
        rcharles@lrlaw.com
        aloraditch@lrlaw.com
*Attorneys for USACM Liquidating Trust*

Electronically Filed April 14, 2008

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>USA CAPITAL REALTY ADVISORS, LLC,<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USA CAPITAL FIRST TRUST DEED FUND, LLC, USA SECURITIES, LLC,<br>                    Debtors.<br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>CERTIFICATE OF SERVICE OF NOTICE OF ENTRY OF ORDER APPROVING STIPULATION TO EXTEND DEADLINE TO FILE COMPLAINT TO AVOID AND RECOVER PRE-PETITION TRANSFERS |

I hereby certify that on April 10, 2008, I caused to be served the Notice of Entry of Order Approving Stipulation To Extend Deadline To File Complaint To Avoid And Recover Pre-Petition Transfers (Donald Granatstein and International Resorts Management) and I further hereby certify that on April 11, 2008 I caused to be served the following documents: (1) Notice of Entry of Order Approving Stipulation To Extend Deadline To File Complaint To Avoid And Recover Pre-Petition Transfers (Beadle McBride Evans & Reeves); (2) Notice of Entry of Order

1

Approving Stipulation To Extend Deadline To File Complaint To Avoid And Recover Pre-Petition Transfers (Purdue Marion & Associates) and (3) Notice of Entry of Order Approving Stipulation To Extend Deadline To File Complaint To Avoid And Recover Pre-Petition Transfers (Scotsman Publishing, Inc.) to the following via:

☒ (ELECTRONIC SERVICE) Pursuant to Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced documents were electronically filed on the dates noted above and served through the Notice of Electronic Filing automatically generated by the Court. A true and correct copy of the first page of the filing receipts for each document mentioned above are attached hereto.

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced documents in the United States Mail, first class postage prepaid, addressed to all the parties listed on the mailing matrix, at their last known mailing addresses, on the date written above.

☐ (OVERNIGHT COURIER) By depositing a copy of the above-referenced document for priority overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address.

☐ (VIA FACSIMILE) By Facsimile Service transmission to the parties indicated on the attached matrix, on the date written above.

☐ (VIA EMAIL) By electronic mail transmission to the following parties as indicated below and on the attached email.

DATED April 14, 2008.

/s/ M. Jenkins
An employee of Lewis and Roca, LLP

2

# File a Notice:

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

## U.S. Bankruptcy Court

## District of Nevada

Notice of Electronic Filing

The following transaction was received from LORADITCH, ANNE M. entered on 4/10/2008 at 2:13 PM PDT and filed on 4/10/2008
**Case Name:** USA COMMERCIAL MORTGAGE COMPANY
**Case Number:** 06-10725-lbr
**Document Number:** 6173

**Docket Text:**
Notice of Entry of Order Filed by ANNE M. LORADITCH on behalf of USACM LIQUIDATING TRUST (Related document(s)[6172] Order Approving Stipulation, ) (LORADITCH, ANNE)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\MJenkins\Desktop\USA NOE.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/10/2008] [FileNumber=9625438-0]
[31c209ad1e7d586aa6ce130daa934b5d13d82450774b3d83ba3861877bd3d5126eb4
459c1e45d217cc3555064e837f50a8783217680ebeac0f8c5b3ccbada646]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, karen_lawrence@gshllp.com

NANCY L ALLF    nancy_allf@gshllp.com, karen_lawrence@gshllp.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

PETER C. BERNHARD    peter.bernhard@bullivant.com, michelle.diegel@bullivant.com

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;mjohn@bmcgroup.com

GEORGANNE W. BRADLEY    georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

# File a Notice:

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from LORADITCH, ANNE M. entered on 4/11/2008 at 2:14 PM PDT and filed on 4/11/2008
**Case Name:**     USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**   06-10725-lbr
**Document Number:** 6188

**Docket Text:**
Notice of Entry of Order *Approving Stipulation to Extend Deadline to File Complaint to Avoid and Recover Pre-Petition Transfers* Filed by ANNE M. LORADITCH on behalf of USACM LIQUIDATING TRUST (Related document(s)[6184] Order Approving Stipulation, ) (LORADITCH, ANNE)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\MJenkins\Desktop\USA Beadle McBride NOE.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/11/2008] [FileNumber=9633379-0]
[96945a7d11cc84399d1d230845abd60074db8b414682900fcbdae5c9e5f3c1b6bdb3
dbaae8d110baa8ba8a3c574fc0cbfc0d056198b140b14428b7ea1d1ba37e]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, karen_lawrence@gshllp.com

NANCY L ALLF    nancy_allf@gshllp.com, karen_lawrence@gshllp.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

PETER C. BERNHARD    peter.bernhard@bullivant.com, michelle.diegel@bullivant.com

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;mjohn@bmcgroup.com

GEORGANNE W. BRADLEY    georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

**File a Notice:**

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from LORADITCH, ANNE M. entered on 4/11/2008 at 2:16 PM PDT and filed on 4/11/2008
**Case Name:** USA COMMERCIAL MORTGAGE COMPANY
**Case Number:** 06-10725-lbr
**Document Number:** 6189

**Docket Text:**
Notice of Entry of Order *Approving Stipulation to Extend Deadline to File Complaint to Avoid and Recover Pre-Petition Transfers* Filed by ANNE M. LORADITCH on behalf of USACM LIQUIDATING TRUST (Related document(s)[6185] Order Approving Stipulation, ) (LORADITCH, ANNE)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\MJenkins\Desktop\USA Purdue NOE.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/11/2008] [FileNumber=9633400-0]
[abeefc45346010ec8173688e213cdc573e2c0fc3eaad923bcd22f663eab136156440
2827f54a56a07a26cf8999141dfa652ebcfd5561d2f17117246ac8506ef2]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, karen_lawrence@gshllp.com

NANCY L ALLF    nancy_allf@gshllp.com, karen_lawrence@gshllp.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

PETER C. BERNHARD    peter.bernhard@bullivant.com, michelle.diegel@bullivant.com

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;mjohn@bmcgroup.com

GEORGANNE W. BRADLEY    georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

**File a Notice:**

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

## U.S. Bankruptcy Court

## District of Nevada

Notice of Electronic Filing

The following transaction was received from LORADITCH, ANNE M. entered on 4/11/2008 at 2:18 PM PDT and filed on 4/11/2008
**Case Name:** USA COMMERCIAL MORTGAGE COMPANY
**Case Number:** 06-10725-lbr
**Document Number:** 6190

**Docket Text:**
Notice of Entry of Order *Approving Stipulation to Extend Deadline to File Complaint to Avoid and Recover Pre-Petition Transfers* Filed by ANNE M. LORADITCH on behalf of USACM LIQUIDATING TRUST (Related document(s)[6186] Order Approving Stipulation, ) (LORADITCH, ANNE)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\MJenkins\Desktop\USA Scotsman NOE.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/11/2008] [FileNumber=9633418-0]
[c24b1693a1a1dc72c53d852df6b1bc953e6b6d6ae49ce0b33bb14a6c9892f1d274a1
3fc601d4319682f812912f7a9a41adf3bbbb780137d3b09564712f1964e8]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, karen_lawrence@gshllp.com

NANCY L ALLF    nancy_allf@gshllp.com, karen_lawrence@gshllp.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

PETER C. BERNHARD    peter.bernhard@bullivant.com, michelle.diegel@bullivant.com

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;mjohn@bmcgroup.com

GEORGANNE W. BRADLEY    georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com