SLADE DEVELOPMENT LOAN

# EXHIBIT A

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Slade Development Loan |
|---|---|---|---|---|
| **10725-01391** | Jeffrey L. and Kathleen M. Edwards | 501 Oakcrest Drive Coppell, TX  75019-4029 | $51,277.49 | $51,277.49 |