**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 18024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 4/15/08

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[1]<br><br>USA Securities, LLC,[2]<br>         Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**STATUS AND AGENDA FOR APRIL 17, 2008 HEARINGS**<br><br>Date of Hearings: April 17, 2008<br>Time of Hearings: 9:30 a.m.<br>        10:30 a.m. |

**Agenda for 9:30 a.m.**

 1. Adv. 07-01165-lbr, USA Capital Diversified Trust Deed Fund LLC v. Margaret B. McGimsey Trust et al., **Pre-Trial Conference** [DE 19]

**Related Filing** Joint Trial Statement (including stipulated facts) [DE 20]
4/3/08

---

[1] This bankruptcy case was closed on October 12, 2007.

[2] This bankruptcy case was closed on December 26, 2007.

1

| | | |
|---|---|---|
| **Status:** | | The Court will conduct a hearing in preparation for the May 8th trial on Diversified's complaint for subordination of the various McGimsey claims |

2.  Adversary 06-01212-lbr Binford Medical Developers, LLC et al. v Fidelity National Title Group et al., Status Conference re: **Amended Complaint** Filed by SUSAN WILLIAMS SCANN on behalf of BINFORD MEDICAL DEVELOPERS, LLC against COMPASS FINANCIAL PARTNERS LLC [DE 80]

| | |
|---|---|
| **Answer Filed:** 10/05/2007 | Answer to Amended Complaint [DE 89] |
| **Counterclaim Filed:** 10/05/2007 | Counterclaim by COMPASS FINANCIAL PARTNERS LLC against BINFORD MEDICAL DEVELOPERS, LLC [DE 91] |
| **4/11/2008** | Stipulation and Order Dismissing FIDELITY NATIONAL TITLE COMPANY with Prejudice [DE 123] |

**Status:**

3.  **Objection to Claim 784 of BINFORD MEDICAL DEVELOPERS in the amount of** filed by LENARD E. SCHWARTZER on behalf of USA COMMERCIAL MORTGAGE COMPANY [DE 2033]

| | |
|---|---|
| **Opposition Filed:** 12/29/2006 | Opposition with Certificate of Service Filed by SUSAN WILLIAMS SCANN on behalf of BINFORD MEDICAL DEVELOPERS, LLC [DE 2329] |
| **Reply Filed** 1/08/2007 | Reply *In Support of Objection to Claim 784 of BINFORD MEDICAL DEVELOPERS* Filed by LENARD E. SCHWARTZER on behalf of USA COMMERCIAL MORTGAGE COMPANY [DE 2378] |
| **Stipulation Filed:** 10/11/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Binford Medical Developers *Continuing Hearing on Objection to Claim 784 of Binford Medical Developers* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4977] |
| **Related Filing:** 10/12/2007 | Order Approving Stipulation to Continue the Hearing on Objection to Claim 784 of BINFORD MEDICAL DEVELOPERS LLC [DE 4988] |

1921868.1

| | | |
|---|---|---|
| **Stipulation Filed:** 12/11/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Binford Medical Developers *Continuing Hearing on Objection to Claim 784* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 5464, 5474] | |
| **Related Filing:** 12/12/2007 | Order Approving Stipulation to Continue the Hearing on Objection to Claim 784 of BINFORD MEDICAL DEVELOPERS, LLC  [DE 5479] | |
| **1/22/2008** | Order Tentatively Approving Settlement and Compromise of Claim [DE 114] | |
| **Status:** | Hearing continued from 1/17/2008; 3/15/2007; 4/26/2007; 6/15/2007; 10/25/2007; 12/14/2007; 1/11/2008 and 2/04/2008. The parties stipulated to allow the Binford claim in the amount of $925,000 by stipulation and order filed in Adv. Case No. 06-1212 (LBR) [DE 114 and 121].  The Court approved that stipulation. The relevant order from the adversary proceeding was also entered in this bankruptcy matter.  [DE 5925.] | |

4. **Objection to Claim 791, 793, and 794 of PENSION BENEFIT GUARANTY CORPORATION** filed by LENARD E. SCHWARTZER on behalf of USA COMMERCIAL MORTGAGE COMPANY [DE 2978]

| | |
|---|---|
| **Stipulation Filed:** 4/18/2007 | Stipulation By USACM LIQUIDATING TRUST and Pension Benefit Guaranty Corporation; USA Capital Realty Advisors, LLC; USA Securities, LLC; and USA Commercial Mortgage Company *Continuing Hearing on Objection* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 3486] |
| **Related Event:** 4/23/2007 | Order Approving Stipulation to Continue the Hearing on Objection to Proofs of Claim Filed by PENSION BENEFIT GUARANTY CORPORATION [DE 3521] |
| **Stipulation Filed:** 6/11/2007 | Stipulation By USACM LIQUIDATING TRUST and Pension Benefit Guaranty Corporation *Continuing Hearing on Objection* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 3944] |
| **Related Event:** 6/12/2007 | Order Approving Stipulation to Continue the Hearing on Objection to Proofs of Claim Filed by PENSION BENEFIT GUARANTY CORPORATION [DE 3962] |

1921868.1

| | | |
|---|---|---|
| **Stipulation Filed:** 10/11/2007 | | Stipulation By USACM LIQUIDATING TRUST and Between Pension Benefit Guaranty Corporation *Continuing Hearing on Objections* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4963] |
| **Related Event:** 10/12/2007 | | Order Approving Stipulation to Continue the Hearing on Objections to Proofs of Claim and Amended Proofs of Claim Filed by PENSION BENEFIT GUARANTY CORPORATION [DE 4980] |
| **Stipulation Filed:** 11/30/2007 | | Stipulation By USACM LIQUIDATING TRUST and Between Pension Benefit Guaranty Corporation *Continuing Hearing on Objections* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5420] |
| **Related Event:** 12/05/2007 | | Order Approving Stipulation Continuing Hearing on Objections to Proofs of Claim and Amended Proofs of Claim Filed by PENSION BENEFIT GUARANTY CORPORATION [DE 5441] |
| 1/10/2008 | | *Joint Statement of Issues on Objections to Proofs of Claim and Amended Proofs of Claim Filed by Pension Benefit Guaranty Corporation* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5629] |
| **Stipulation Filed:** 1/15/2008 | | Agreed Stipulation By PENSION BENEFIT GUARANTY CORPORATION and USACM Liquidating Trust */Stipulation Continuing Hearing on Objections* Filed by FRANK A. ANDERSON on behalf of PENSION BENEFIT GUARANTY CORPORATION [DE 5659] |
| **Related Event:** 1/16/2008 | | Order Approving Stipulation Continuing Hearing on Objections of the USACM LIQUIDATING TRUST to PBGC's Proofs of Claim [DE 5678] |
| 2/15/2008 | | Request for Settlement Conference on Objections of the USACM Liquidating Trust to PBGC Proofs of Claim Filed by FRANK A. ANDERSON on behalf of PENSION BENEFIT GUARANTY CORPORATION [5857] |
| 2/19/2008 | | Response by USACM Liquidating Trust to Request for Settlement Conference on Objections of the USACM Liquidating Trust to PBGC Proofs of Claim [filing today] |
| **Status:** | | Hearing Continued from 4/26/2007; 6/15/2007; 10/15/2007; 12/14/2007; 1/24/2008, and 2/21/2008. The court will hear oral argument on the remaining unresolved issues. |

1921868.1

5. **Objection of the USACM Liquidating Trust to Claim *Amended* 10725-00791, 793, and 794 of Pension Benefit Guaranty Corporation *Filed by the Pension Benefit Guaranty Corporation*** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4728]

| | |
|---|---|
| **Opposition Filed:** | None |
| **Stipulation Filed:** 10/11/2007 | Stipulation Continuing hearing on Objections to Proofs of Claim and Amended Proofs of Claim filed by Pension Benefit Guaranty Corporation [DE 4963] |
| **Related Event:** 10/12/2007 | Order Approving Stipulation to Continue the Hearing on Objections to Proofs of Claim and Amended Proofs of Claim Filed by PENSION BENEFIT GUARANTY CORPORATION [DE 4980] |
| **Response Filed:** 11/01/2007 | Response *of the Pension Benefit Guaranty Corporation to Objections of the USACM Liquidating Trust to PBGC Proofs of Claim* Filed by FRANK A. ANDERSON on behalf of PENSION BENEFIT GUARANTY CORPORATION [DE 5213] |
| **Reply Filed:** 11/21/2007 | Reply with Certificate of Service *of the USACM Liquidating Trust in Support of Objections to Proofs of Claim Filed by the Pension Benefit Guaranty Corporation* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5404] |
| **Stipulation Filed:** 11/30/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Pension Benefit Guaranty Corporation *Continuing Hearing on Objections and Proofs of Claim and Amended Proofs of Claim filed by Pension Benefit Guaranty Corporation* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5420] |
| **Related Event:** 12/05/2007 | Order Approving Stipulation Continuing Hearing on Objections to Proofs of Claim and Amended Proofs of Claim Filed by PENSION BENEFIT GUARANTY CORPORATION [DE 5441] |
| 1/10/2008 | *Joint Statement of Issues on Objections to Proofs of Claim and Amended Proofs of Claim Filed by Pension Benefit Guaranty Corporation* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5629] |

1921868.1

LEWIS AND ROCA LLP LAWYERS

| Date | Description |
|---|---|
| 1/15/2008 | Agreed Stipulation By PENSION BENEFIT GUARANTY CORPORATION and Between USACM Liquidating Trust *Stipulation Continuing Hearing on Objections of the USACM Liquidating Trust to PBGC's Proofs of Claim.* Filed by FRANK A. ANDERSON on behalf of PENSION BENEFIT GUARANTY CORPORATION [DE 5659] |
| 1/16/2008 | Order Approving Stipulation Continuing Hearing on Objections of the USACM LIQUIDATING TRUST to PBGC's Proofs of Claim [DE 5678] |
| **2/15/2008** | Request for Settlement Conference on Objections of the USACM Liquidating Trust to PBGC Proofs of Claim Filed by FRANK A. ANDERSON on behalf of PENSION BENEFIT GUARANTY CORPORATION [5857] |
| **2/19/2008** | Response by USACM Liquidating Trust to Request for Settlement Conference on Objections of the USACM Liquidating Trust to PBGC Proofs of Claim [filing today] |
| **Stipulation Filed:** 4/02/2008 | Stipulation By USACM LIQUIDATING TRUST and Between Pension Benefit Guaranty Corporation *Resolving Proofs of Claim* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6114] |
| **Status:** | Hearing Continued from 10/15/2007; 12/14/2007; 1/28/2008; and 2/21/2008.   The court will hear oral argument on the remaining unresolved issues. |

6.    **Supplemental Objection to Claim 10725-00791 of PENSION BENEFIT GUARANTY CORPORATION in the amount of** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 5927]

| | |
|---|---|
| **Response Filed:** 3/14/2008 | Response with Certificate of Service *//PBGC's Response to the Supplemental Objection of the USACM Liquidating Trust to Claim No. 791 of the PBGC.* Filed by FRANK A. ANDERSON on behalf of PENSION BENEFIT GUARANTY CORPORATION  [DE 5984] |
| **Reply Filed:** 3/25/2008 | Reply with Certificate of Service *in Support of Supplemental Objection of the USACM Liquidating Trust to Claim No. 791 of the Pension Benefit Guaranty Corporation* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6049] |

1921868.1

| | | |
|---|---|---|
| **Reply Filed:** 3/31/2008 | | Reply with Certificate of Service *//PBGC's Sur-reply to the Supplemental Objection of the USCAM Liquidating Trust to Claim No. 791 of the PBGC* Filed by FRANK A. ANDERSON on behalf of PENSION BENEFIT GUARANTY CORPORATION [DE 6063] |
| **Status:** | | The court will hear oral argument on the remaining unresolved issues. |

7. Adv. 07-01154-lbr, USACM Liquidating Trust v. JMK Investments, Ltd., et al., **Motion to Compel** *Production of Documents by Lender Defendants with Certificate of Service* Filed by STEPHEN T LODEN on behalf of USACM LIQUIDATING TRUST [DE 121]

| | |
|---|---|
| **Status:** | Hearing continued from 3/11/2008. This matter will come before the Court at the hearing. |

8. **Application** *Motion to Consolidate USACM Liquidating Trust's Amended Objection to the Allowance of Los Valles Land & Golf's Claim with Adversary Case No. 08-01058* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5991]

| | |
|---|---|
| **Objection Filed:** 4/01/2008 | Objection *to USACM Liquidating Trust's Motion to Consolidate* Filed by TIMOTHY A LUKAS on behalf of LOS VALLES LAND & GOLF, LLC [DE 6093] |
| **Reply Filed:** 4/04/2008 | Reply with Certificate of Service *in Support of Motion to Consolidate* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6147] |
| **Status:** | The Court will hear oral argument on this matter. The parties were expecting that the Court would hear oral argument during its 10:30 calendar when it will take up other Los Valles related matters. |

7

1921868.1

**Agenda for 10:30 a.m.**

1.  Adversary 06-01146-lbr USA Commercial Mortgage Company v. Wells Fargo Bank, NA, et al, **STATUS HEARING RE: Amended Complaint *FOR INTERPLEADER* with Certificate of Service** Filed by DAVID W. HUSTON on behalf of USA COMMERCIAL MORTGAGE COMPANY against all defendants [DE 54]

| | |
|---|---|
| **Answer Filed:** 11/30/2006 | Answer to Amended Complaint *by Tomlin Trust* (Related Doc # 54), Crossclaim by Tomlin Trust, Donald S and Dorothy Tomlin Trustees against JOHN ROBERT MALLIN, MARIE THERESA MALLIN, GEORGE J. MOTTO Filed by GEORGE C LAZAR on behalf of Tomlin Trust, Donald S and Dorothy Tomlin Trustees [DE 75] |
| 12/04/2006 | Answer to Amended Complaint *with certificate of service* (Related Doc # 54) Filed by C RANDALL BUPP ESQ on behalf of PORTER A HURT [DE 79] |
| 3/20/08 | Order Setting Status Conference Regarding Outstanding Issues in InterpleaderAction |
| **Status:** | Hearing continued from 12/15/2006; 2/15/2007; 3/15/2007; 3/27/2007; 5/31/2007; 7/27/2007; 12/14/2007; and 2/21/2008.. |
| | We have been in contact with the following individuals who informed us that they will attempt to attend the status conference by telephone: Donald Pinsker, legal counsel for Judd Robbins IRA and Craig Medoff. We have been unable to reach Peter and Fabiola Bolina directly, but we have their contact information and we are continuing to try. Based upon our conversations with the parties, we believe they will resolve their disputes by stipulation because the disputed assignments relate to investments in loans that paid in full. Therefore, there is money in the Registry Account or elsewhere that is sufficient to fully compensate all parties. One issue that the Court may want to address at the status conference is how to divide up the interest that has accrued in the Court's Registry Account. |

1921868.1

2. **Motion for Summary Judgment** *Regarding (1) Responses* **To The USACM Trust's First Through Thirty-Third Omnibus Objections To Claims Asserting A Secured Status; (2) Responses to USACM Trust's First Through Third Omnibus Objections to Claims Asserting A Priority Status; and (3); Newly Alleged Secured And Priority Claims** Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4291]

| | |
|---|---|
| **Related Filings:** | The only unresolved claims are those filed by the Dutkin Trust |
| **Response Filed:** 8/17/07 | Response with Certificate of Service *& Objection of USA COMMERCIAL MORTGAGE COMPANY to Claim of DUTKIN TRUST Asserting Secured Status* Filed by GEORGE D FRAME on behalf of JOHN DUTKIN [DE 4628] |
| 9/14/2007 | Supplemental *Statement of Facts in Support of Motion for Summary Judgment Regarding (1) Responses to the USACM Trust's First through Thirty-Third Omnibus Objections to Claims Asserting a Secured Status; (2) Responses to USACM Trust's First through Third Omnibus Objections to Claims Asserting a Priority Status; and (3) Newly Alleged Secured and Priority Claims* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4811] |
| **Stipulation Filed:** 12/05/2007 | Stipulation By USACM LIQUIDATING TRUST and John Dutkin, Trustee *to Continue Hearing* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5443] |
| **Related Event:** 12/10/2007 | Order Approving Stipulation to Continue the Hearing on Motion for Summary Judgment Re DUTKIN's Claim [DE 5451] |
| **Related Event:** 1/22/2008 | Order Requiring Supplemental Briefing on the USACM TRUST's Eighth Omnibus Objection to Claims Asserting a Secured Status as it Pertains to the Claim Filed by JOHN DUTKIN [DE 5711] |
| 1/31/2008 | Supplemental Brief Filed by GEORGE D FRAME on behalf of JOHN DUTKIN [DE 5768] |
| 2/01/2008 | Deadline Set/Terminated Motion for Exceptional Circumstances due by 2/11/2008 [DE 5770] |
| 2/08/2008 | Supplemental Brief *in Support of Eighth Omnibus Objection to Claims Asserting a Secured Status as that Objection Pertains to the Dutkin Claim* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5804] |
| **Status:** | The only unresolved claims are those filed by the Dutkin Trust. |

1921868.1

The USACM Trust expects that when the Dutkin Trust's claims in the interpleader are resolved the Dutkin Trust will stipulate that the Court may grant summary judgment to USACM Trust. If not, the USACM Trust is prepared to argue the Motion for Summary Judgment.

3. **Status *Hearing* Re: Eighth Omnibus Objection *(Pertaining to* Claim *filed by John Dutkin)*** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3147]

| | |
|---|---|
| **Response Filed:** 4/19/2007 | Response with Certificate of Service Filed by GEORGE D FRAME on behalf of JOHN DUTKIN [DE 3512] |
| **Related Event:** 6/29/2007 | Order Sustaining Eighth Omnibus Objection of the USACM LIQUIDATING TRUST to Claims Asserting Secured Status [DE 4079] |
| **Related Filings:** 7/30/2007 | Motion for Summary Judgment Regarding (1) Responses To The USACM Trust's First Through Thirty-Third Omnibus Objections To Claims Asserting A Secured Status; (2) Responses to USACM Trust's First Through Third Omnibus Objections to Claims Asserting A Priority Status; and (3); Newly Alleged Secured And Priority Claims Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4291] |
| **Response Filed:** 8/17/07 | Response with Certificate of Service *& Objection of USA COMMERCIAL MORTGAGE COMPANY to Claim of DUTKIN TRUST Asserting Secured Status* Filed by GEORGE D FRAME on behalf of JOHN DUTKIN [DE 4628] |
| **Related Event:** 1/22/2008 | Order Requiring Supplemental Briefing on the USACM TRUST's Eighth Omnibus Objection to Claims Asserting a Secured Status as it Pertains to the Claim Filed by JOHN DUTKIN [DE 5711] |
| 1/31/2008 | Supplemental Brief Filed by GEORGE D FRAME on behalf of JOHN DUTKIN [DE 5768] |
| 2/01/2008 | Deadline Set/Terminated Motion for Exceptional Circumstances due by 2/11/2008 [DE 5770] |
| 2/8/2008 | Supplemental Brief *in Support of Eighth Omnibus Objection to Claims Asserting a Secured Status as that Objection Pertains to the Dutkin Claim* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5804] |

10

1921868.1

| | | |
|---|---|---|
| **Status:** | | Hearing continued from 4/26/2007; 6/15/2007; 12/14/2007; 12/20/2007; and 2/21/2008.  The USACM Trust expects that when the Dutkin Trust's claims in the interpleader are resolved the Dutkin Trust will stipulate that the Court may grant summary judgment to USACM Trust.  If not, the USACM Trust is prepared to argue the Objection along with the Motion for Summary Judgment. |

    4.    ***First** Omnibus **Objection to Proofs of Claim Based Upon Investment in Hasley Canyon Loan** with **Certificate of Service*** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST **[**DE 5912**]**

| | |
|---|---|
| **Related Event:** 2/28/2008 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in Hasley Canyon Loan* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 5924] |
| **Status:** | No Response Filed |

    5.    ***Second Omnibus Objection to Proofs of Claim Based Upon Investment in Hasley Canyon Loan** with **Certificate of Service*** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST **[**DE 5914**]**

| | |
|---|---|
| **Related Event:** 2/28/2008 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in Hasley Canyon Loan* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 5924] |
| **Status:** | No Response Filed |

    6.    ***Third Omnibus Objection to Proofs of Claim Based Upon Investment in Hasley Canyon Loan** with **Certificate of Service*** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST **[**DE 5916**]**

| | |
|---|---|
| **Related Event:** 2/28/2008 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in Hasley Canyon Loan* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 5924] |
| **Status:** | No Response Filed |

1921868.1

7.   **Fourth Omnibus Objection to Proofs of Claim Based Upon Investment in Hasley Canyon Loan with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST **[DE 5918]**

| | |
|---|---|
| **Related Event:** 2/28/2008 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in Hasley Canyon Loan* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5924] |
| **Status:** | No Response Filed |

8.   **Fifth Omnibus Objection to Proofs of Claim Based Upon Investment in Hasley Canyon Loan with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST **[DE 5920]**

| | |
|---|---|
| **Related Event:** 2/28/2008 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in Hasley Canyon Loan* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5924] |
| **Status:** | No Response Filed |

9.   **Sixth Omnibus Objection to Proofs of Claim Based Upon Investment in Hasley Canyon Loan with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST **[DE 5922]**

| | |
|---|---|
| **Related Event:** 2/28/2008 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in Hasley Canyon Loan* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5924] |
| **Status:** | No Response Filed |

10.   Adv. 06-01167-lbr, USA Commercial Mortgage Company v. Robert J. Kehl, et al., **Motion for Summary Judgment And For Order Of Directing Release Of Funds,** Filed by GEORGE D FRAME on behalf of JOHN DUTKIN **[DE 330]**

| | |
|---|---|
| **Stipulation Filed:** 2/04/2008 | Stipulation and Order for Settlement as Between JOHN DUTKIN, TRUSTEE OF THE JOHN DUTKIN REVOCABLE LIVING TRUST DATED 1/17/00 and FIRST TRUST COMPANY OF ONAGA, CUSTODIAN OF KAREN S. MOBERLY IRA [DE 333] |

1921868.1

| | | |
|---|---|---|
| **Limited Opposition Filed:** 2/07/2008 | Limited Opposition with Certificate of Service *to JOHN DUTKIN's Motion For Summary Judgment and For Order Directing Release of Funds* Filed by LENARD E. SCHWARTZER on behalf of USA CAPITAL FIRST TRUST DEED, USA COMMERCIAL MORTGAGE COMPANY  [ DE 337] | |
| **Status:** | Hearing continued from 3/25/2008. | |

11.   *First Omnibus Objection to Proofs of Claim Based Upon Investment in Cottonwood Hills LLC Loan* **with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6011]

| | |
|---|---|
| **Related Event:** 3/18/2008 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in Cottonwood Hills, LLC Loan* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6015] |
| **Status:** | No Response Filed |

12.   *Second Omnibus Objection to Proofs of Claim Based Upon Investment in Cottonwood Hills LLC Loan* **with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6013]

| | |
|---|---|
| **Related Event:** 3/18/2008 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in Cottonwood Hills, LLC Loan* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6015] |
| **Status:** | No Response Filed |

13.   Adversary 06-01146-lbr USA Commercial Mortgage Company v. Wells Fargo Bank, NA, et al, **Motion for Summary Judgment** *and Request for Disbursement of Funds from Court Registry* Filed by JAMES D. GREENE on behalf of PLATINUM PROPERTIES 1, INC. [DE 147]

**Status:**

1921868.1

14. Adversary 08-01058-lbr USACM Liquidating Trust v. Los Valles Land & Golf, LLC, **Motion to Strike** *Portions of Plaintiff's Amended Adversary Complaint* Filed by TIMOTHY A LUKAS on behalf of LOS VALLES LAND & GOLF, LLC [DE 11]

| | |
|---|---|
| **Stipulation Filed**: 4/03/2008 | Stipulation By USACM LIQUIDATING TRUST and Between Los Valles Land & Golf LLC *to Accelerate Hearing Date on Los Valles' Motion to Strike Portions of Plaintiff's Amended Adversary Complaint* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 13] |
| **Response Filed:** 4/04/2008 | Response with Certificate of Service *to Motion to Strike Portions of Amended Adversary Complaint* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 14] |
| **Related Event:** 4/07/2008 | Order Accelerating Hearing Date For Defendant LOS VALLES LAND & GOLF, LLC's Motion To Strike Portions Of Plaintiff's Amended Adversary Complaint Hearing scheduled 4/17/2008 at 10:30 AM at LBR-Courtroom 1, Foley Federal Bldg [DE 15] |
| **Reply Filed:** 4/11/2008 | Reply *in Support of Motion* Filed by TIMOTHY A LUKAS on behalf of LOS VALLES LAND & GOLF, LLC [DE 18] |
| **Status** | The Court will hear oral argument. |

15. **Adv. 06-01251-lbr USACM Liquidating Trust v. Reale et al, Application** *Motion to Supplement Findings of Fact and Conclusions of Law Pursuant to Federal Rule of Civil Procedure 52(b)* Filed by ERIC D MADDEN on behalf of USACM LIQUIDATING TRUST [DE 145]

| | |
|---|---|
| **Related Filings:** 4/03/2008 | Motion for Order Shortening Time Filed by ERIC D MADDEN on behalf of USACM LIQUIDATING TRUST [DE 146] |
| 4/08/08 | Order Shortening Time to Hear USACM LIQUIDATING TRUST'S Motion to Supplement Findings of Fact and Conclusions of Law Pursuant to Federal Rule of Civil Procedure 52(b) [DE 148] |
| Status | The Court will hear argument on the motion. |

1921868.1

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
Rob Charles, NV 6593
John Hinderaker, AZ 18024
*Counsel for USACM Liquidating Trust*

PROOF OF SERVICE

COPY of the aforementioned sent via e-mail or U.S. First Class Mail on April 15, 2008 to the parties listed on Post-Effective Official Service List for Limited Notice No. 4 Dated January 8, 2008.

/s/ Christine E Laurel
Christine E Laurel
Lewis and Roca LLP

1921868.1