Entered on Docket
April 21, 2008

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[1]<br><br>USA Securities, LLC,[2]<br>                        Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING FOURTH OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED, IN WHOLE OR IN PART, UPON INVESTMENT IN THE HASLEY CANYON LOAN**<br><br>Hearing Date: April 17, 2008<br>Hearing Time: 10:30 a.m. |

---

[1] This bankruptcy case was closed on October 12, 2007.
[2] This bankruptcy case was closed on December 26, 2007.

238130.1

Pending before the Court is the USACM Liquidating Trust's Fourth Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in the Hasley Canyon Loan (the "Objection") [DE 5918]. Adequate notice of the Objection was given. The Court heard the Objection on April 17, 2008. No responses were filed to the Objection and no opposition was raised at the hearing. Good cause appearing,

IT IS ORDERED:

- Sustaining the Objection;
- Disallowing the Proofs of Claim listed on Exhibit A attached to the extent they are based upon an investment in the Hasley Canyon Loan. The Proofs of Claim listed in Exhibit A are not affected by this order to the extent they are based upon an investment in a loan(s) other than the Hasley Canyon Loan; and
- Reserving the right of any party in interest, including the USACM Trust, to further object to the Proofs of Claim listed on Exhibit A attached.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
   Susan M. Freeman
   Rob Charles
   John Hinderaker
*Attorneys for USACM Liquidating Trust*

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

- ☐ The Court waived the requirements of approval under LR 9021.
- ☐ No parties appeared or filed written objections, and there is no trustee appointed in the case.
- ☒ No opposition was filed to the motion and no other party or counsel appeared at the hearing.
- ☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing, and any trustee appointed in the case, and each has approved or disapproved the order, or failed to respond, as indicated below:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
    John Hinderaker
*Attorneys for USACM Liquidating Trust*

# HASLEY CANYON
## Multiple Loan Claims

## EXHIBIT A
## FOURTH OMNIBUS OBJECTION

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Hasley Canyon Loan |
|---|---|---|---|---|
| 10725-01509 | Panagiotis Dovanidis and Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens, 16675 Greece | $50,000.00 | Unclear |
| 10725-01510 | Panagiotis Dovanidis and Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens, 16675 Greece | $50,000.00 | Unclear |
| 10725-02355 | Denise F. Fager Revocable Trust UAD 2/28/03 | Denise F. Fager Ttee. 5 Salvatore Ladera Ranch, CA 92694 | $663,782.03 | $50,000.00 |
| 10725-02356 | Denise F Fager Revocable Trust UAD 2/28/03 | Denise F. Fager Ttee. 5 Salvatore Ladera Ranch, CA 92694 | $663,782.03 | $50,000.00 |
| 10725-01212 | Jay E. Henman Retirement Plan | c/o Jay E. Henman Trustee 1023 Ridgeview Court Carson City, NV 89705-8054 | $747,243.00 | $35,000.00 |
| 10725-00503 | David Joyce | 7465 Silver King Drive Sparks, NV 89436 | $125,000.00 | $50,000.00 |
| 10725-02046 | Koerwitz Family Trust Dtd. 5/13/03 | Kenneth and Jan Case Koerwitz Ttees. 44 Winfield Lane Walnut Creek, CA 94595 | $764,002.88 | $450,000.00 |
| 10725-00094 | Jay Lim | 208 Clarence Way Fremont, CA 94539 | $213,816.25 | $137,741.25 |
| 10725-00854 | George J. Motto | Joe Laxague, Esq. Cane Clark LLP 3272 East Warm Springs Las Vegas, NV 89120 | $550,000.00 | $50,000.00 |
| 10725-02383 | Minter Family 1994 Trust | Douglas and Elizabeth F. Minter Ttees 5389 Conte Drive Carson City, NV 89701 | $622,044.87 | $50,000.00 |

234709.1