Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>**Jointly Administered Under<br>Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **MONTHLY OPERATING REPORT FOR MARCH 2008 (AFFECTS USA COMMERCIAL MORTGAGE COMPANY)** |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

- 1 –

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re: USA Commercial Mortgage Company

Case No. 06-10725-LBR

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(GENERAL BUSINESS CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** 03/31/08          **PETITION DATE:** 04/13/06

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in   $1

|   | | End of Current Month | End of Prior Month | As of April 13, 2006 |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
|   | a. Current Assets | $13,705,089 | $13,795,119 | |
|   | b. Total Assets | $13,705,089 | $13,795,119 | $122,468,825 |
|   | c. Current Liabilities | $5,112,057 | $5,208,891 | |
|   | d. Total Liabilities | $5,212,520 | $5,309,354 | $61,634,630 |
| 3. | **Statement of Cash Receipts & Disbursements for Month** | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
|   | a. Total Receipts | $10,741 | $11,685 | $40,558,703 |
|   | b. Total Disbursements | $100,771 | $7,562 | $31,330,299 |
|   | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($90,030) | $4,123 | $9,228,404 |
|   | d. Cash Balance Beginning of Month | $9,894,666 | $9,890,543 | $576,231 |
|   | e. Cash Balance End of Month (c + d) | $9,804,636 | $9,894,666 | $9,804,636 |
|   | | **Current Month** | **Prior Month** | **Cumulative (Case to Date)** |
| 4. | **Profit/(Loss) from the Statement of Operations** | $6,804 | $5,782 | ($30,515,324) |
| 5. | **Account Receivables (Pre and Post Petition)** | $3,900,453 | $3,900,453 | |
| 6. | **Post-Petition Liabilities** | $5,112,057 | $5,208,891 | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | $0 | $0 | |

**At the end of this reporting month:**                          **Yes**        **No**

8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee)                                                   x
9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee)                         x
10. If the answer is yes to 8 or 9, were all such payments approved by the court?      x
11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee)                                                                                                   x
12. Is the estate insured for replacement cost of assets and for general liability?                                      x
13. Are a plan and disclosure statement on file?         x
14. Was there any post-petition borrowing during this reporting period?                                                   x

15. Check if paid: Post-petition taxes __X__ ;     U.S. Trustee Quarterly Fees __X__ ; Check if filing is current for: Post-petition tax reporting and tax returns: __X__ .
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date:   4/21/2008 0:00

                                         Responsible Individual

## STATEMENT OF OPERATIONS
### (General Business Case)
For the Month Ended 03/31/08

| Current Month | | | | | Cumulative | Next Month |
| Actual | Forecast | Variance | | | (Case to Date) | Forecast |
|---|---|---|---|---|---|---|
| | | | | **Revenues:** | | |
| | | $0 | 1 | Gross Sales | $21,102,796 | |
| | | $0 | 2 | less: Sales Returns & Allowances | | |
| $0 | $0 | $0 | 3 | Net Sales | $21,102,796 | $0 |
| $0 | | $0 | 4 | less: Cost of Goods Sold  (Schedule 'B') | | |
| $0 | $0 | $0 | 5 | Gross Profit | $21,102,796 | $0 |
| $10,741 | | $10,741 | 6 | Interest | $355,538 | |
| | | $0 | 7 | Other Income: | $8,044 | |
| | | $0 | 8 | Intercompany allocations | $334,467 | |
| | | $0 | 9 | Gain on Sale of Assets | $1,609,428 | |
| $10,741 | $0 | $10,741 | 10 | **Total Revenues** | $23,410,273 | $0 |
| | | | | **Expenses:** | | |
| | | $0 | 11 | Compensation to Owner(s)/Officer(s) | | |
| | | $0 | 12 | Salaries | $1,774,342 | |
| | | $0 | 13 | Commissions | $140,833 | |
| | | $0 | 14 | Contract Labor | | |
| | | | | Rent/Lease: | | |
| | | $0 | 15 |   Personal Property | $8,861 | |
| | | $0 | 16 |   Real Property | $543,557 | |
| | | $0 | 17 | Insurance | $71,737 | |
| | | $0 | 18 | Management Fees | | |
| | | $0 | 19 | Depreciation | $176,590 | |
| | | | | Taxes: | | |
| | | $0 | 20 |   Employer Payroll Taxes | $98,105 | |
| | | $0 | 21 |   Real Property Taxes | | |
| | | $0 | 22 |   Other Taxes | $55,192 | |
| | | $0 | 23 | Other Selling | $51,187 | |
| $3,937 | | ($3,937) | 24 | Other Administrative | $1,022,581 | |
| | | $0 | 25 | Interest | $4,556 | |
| | | $0 | 26 | Other Expenses: | | |
| | | $0 | 27 | Loss on Tranfer to Trustee | $30,151,158 | |
| | | $0 | 28 | | | |
| | | $0 | 29 | | | |
| | | $0 | 30 | | | |
| | | $0 | 31 | | | |
| | | $0 | 32 | | | |
| | | $0 | 33 | | | |
| | | $0 | 34 | | | |
| $3,937 | $0 | ($3,937) | 35 | **Total Expenses** | $34,098,699 | $0 |
| $6,804 | $0 | $6,804 | 36 | **Subtotal** | ($10,688,426) | $0 |
| | | | | **Reorganization Items:** | | |
| | | $0 | 37 | Professional Fees | ($19,777,396) | |
| | | $0 | 38 | Provisions for Rejected Executory Contracts | | |
| | | $0 | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | |
| | | $0 | 40 | Gain or (Loss) from Sale of Equipment | | |
| | | $0 | 41 | U.S. Trustee Quarterly Fees | ($49,502) | |
| | | $0 | 42 | | | |
| $0 | $0 | $0 | 43 | **Total Reorganization Items** | ($19,826,898) | $0 |
| $6,804 | $0 | | 44 | **Net Profit (Loss) Before Federal & State Taxes** | ($30,515,324) | $0 |
| | | $0 | 45 | Federal & State Income Taxes | | |
| $6,804 | $0 | $0 | 46 | **Net Profit (Loss)** | ($30,515,324) | $0 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

# BALANCE SHEET
## (General Business Case)
**For the Month Ended** 03/31/08

**Assets**

| | | From Schedules | Market Value[1] |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $4,631,734 |
| 2 | Cash and cash equivalents - restricted | | $5,172,902 |
| 3 | Accounts receivable (net) | A | $3,900,453 |
| 4 | Inventory | B | $0 |
| 5 | Prepaid expenses | | |
| 6 | Professional retainers | | |
| 7 | Other: | | |
| 8 | | | |
| 9 | **Total Current Assets** | | $13,705,089 |
| | **Property and Equipment (Market Value)** | | |
| 10 | Real property | C | |
| 11 | Machinery and equipment | D | |
| 12 | Furniture and fixtures | D | |
| 13 | Office equipment | D | |
| 14 | Leasehold improvements | D | |
| 15 | Vehicles | D | |
| 16 | Other: | D | |
| 17 | | D | |
| 18 | | D | |
| 19 | | D | |
| 20 | | D | |
| 21 | **Total Property and Equipment** | | $0 |
| | **Other Assets** | | |
| 22 | Loans to shareholders | | |
| 23 | Loans to affiliates | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | **Total Other Assets** | | $0 |
| 29 | **Total Assets** | | $13,705,089 |

**NOTE:**
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

1 - The method used to estimate the market value of assets was net book value at the end of the current reporting period as market value has not been determined.

Revised 1/1/98

# Liabilities and Equity
**(General Business Case)**

**Liabilities From Schedules**

**Post-Petition**

**Current Liabilities**

| | | | |
|---|---|---|---:|
| 30 | Salaries and wages | | |
| 31 | Payroll taxes | | |
| 32 | Real and personal property taxes | | |
| 33 | Income taxes | | |
| 34 | Sales taxes | | |
| 35 | Notes payable (short term) | | |
| 36 | Accounts payable (trade) | A | $1,367 |
| 37 | Real property lease arrearage | | |
| 38 | Personal property lease arrearage | | |
| 39 | Accrued professional fees | | $87,182 |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | |
| 41 | Other:  Retirement plan | | $1,105,535 |
| 42 | Due to DTDF and other liabilities | | $3,917,973 |
| 43 | | | |
| 44 | **Total Current Liabilities** | | $5,112,057 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | |
| 46 | **Total Post-Petition Liabilities** | | $5,112,057 |

**Pre-Petition Liabilities (allowed amount)[1]**

| | | | |
|---|---|---|---:|
| 47 | Secured claims[1] | F | $0 |
| 48 | Priority unsecured claims[1] | F | $100,463 |
| 49 | General unsecured claims[1] | F | |
| 50 | **Total Pre-Petition Liabilities** | | $100,463 |
| 51 | **Total Liabilities** | | $5,212,520 |

**Equity (Deficit)**

| | | |
|---|---|---:|
| 52 | Retained Earnings/(Deficit) at time of filing | $38,932,893 |
| 53 | Capital Stock | $75,000 |
| 54 | Additional paid-in capital | |
| 55 | Cumulative profit/(loss) since filing of case | ($30,515,324) |
| 56 | Post-petition contributions/(distributions) or (draws) | |
| 57 | | |
| 58 | Market value adjustment | |
| 59 | **Total Equity (Deficit)** | $8,492,569 |
| 60 | **Total Liabilities and Equity (Deficit)** | $13,705,089 |

**NOTE:**

1 - Allowed Amounts have not yet been determined and are contigent upon approval from the Bankruptcy Court. The pre-petition liabilities' amounts above reflect the claimed amounts filed on Schedules.

Revised 1/1/98

## SCHEDULES TO THE BALANCE SHEET
**(General Business Case)**

### Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | | $1,367 | |
| 31-60 Days | | $0 | |
| 61-90 Days | | $0 | $0 |
| 91+ Days | | $0 | |
| Total accounts receivable/payable | $0 | $1,367 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $0 | | |

### Schedule B
### Inventory/Cost of Goods Sold

| Types and Amount of Inventory(ies) | Inventory(ies) Balance at End of Month | Cost of Goods Sold | |
|---|---|---|---|
| | | Inventory Beginning of Month | |
| | | Add - | |
| Retail/Restaurants - | |   Net purchase | |
|   Product for resale | |   Direct labor | |
| | |   Manufacturing overhead | |
| Distribution - | |   Freight in | |
|   Products for resale | |   Other: | |
| | | | |
| Manufacturer - | | | |
|   Raw Materials | | | |
|   Work-in-progress | | Less - | |
|   Finished goods | |   Inventory End of Month | |
| | |   Shrinkage | |
| Other - Explain | |   Personal Use | |
| | | | |
| | | Cost of Goods Sold | $0 |
| TOTAL | $0 | | |

**Method of Inventory Control**

Do you have a functioning perpetual inventory system?
    Yes _____   No _____

How often do you take a complete physical inventory?

  Weekly _____
  Monthly _____
  Quarterly _____
  Semi-annually _____
  Annually _____

Date of last physical inventory was _____

Date of next physical inventory is _____

**Inventory Valuation Methods**

Indicate by a checkmark method of inventory used.

Valuation methods -
  FIFO cost _____
  LIFO cost _____
  Lower of cost or market _____
  Retail method _____
  Other _____
   Explain _____

Revised 1/1/98

**Schedule C**
**Real Property**

| Description | Cost | Market Value |
|---|---|---|
| | | |
| Total | $0 | $0 |

**Schedule D**
**Other Depreciable Assets**

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| Total | $0 | $0 |
| Furniture & Fixtures - | | |
| Total | $0 | $0 |
| Office Equipment - | | |
| Total | $0 | $0 |
| Leasehold Improvements - | | |
| Total | $0 | $0 |
| Vehicles - | | |
| Total | $0 | $0 |

Revised 1/1/98

**Schedule E**
**Aging of Post-Petition Taxes**
**(As of End of the Current Reporting Period)**

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

**Schedule F**
**Pre-Petition Liabilities**

| List Total Claims For Each Classification - | Claimed[1] Amount | Allowed[2] Amount (b) |
|---|---|---|
| Secured claims (a) | | |
| Priority claims other than taxes | $48,580 | |
| Priority tax claims | $51,883 | |
| General unsecured claims | | |

(a) List total amount of claims even it under secured.
(b) Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

**Schedule G**
**Rental Income Information**
**Not applicable to General Business Cases**

**Schedule H**
**Recapitulation of Funds Held at End of Month**

| | Account 1 | Account 2 | Account 3 | Account 4 | Account 5 |
|---|---|---|---|---|---|
| Bank | Bank of America | Bank of America | Bank of America | | |
| Account Type | Analyzed Checking | Money Market | Money Market | | |
| Account No. | 3755532383 | 3755547323 | 3755547789 | | |
| Account Purpose | General | Escrow Account | Money Market | | |
| Balance, End of Month | $50,684 | $5,172,902 | $4,581,050 | | |
| Total Funds on Hand for all Accounts | $9,804,636 | | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

**NOTES:**
   1 - Claimed Amounts reflects amounts filed on schedules and is subject to change as proof of claims are filed and further pre-petition invoices are identified.
   2 - Allowed Amounts have not yet been determined and are contigent upon approval from the Bankruptcy Court.

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
**For the Month Ended** 03/31/08

|   |   | Actual Current Month | Cumulative (Case to Date) |
|---|---|---:|---:|
|   | **Cash Receipts** |   |   |
| 1 | Rent/Leases Collected |   |   |
| 2 | Cash Received from Sales |   | $7,861,555 |
| 3 | Interest Received | $10,741 | $545,136 |
| 4 | Borrowings |   |   |
| 5 | Funds from Shareholders, Partners, or Other Insiders |   | $5,000 |
| 6 | Capital Contributions |   |   |
| 7 | Management Fees from USA Capital Realty Advisors, LLC |   | $1,564,093 |
| 8 | Tax and Security Deposit Refund |   | $5,698 |
| 9 | Principal Received on Notes Receivable |   | $82,832 |
| 10 | Escrow Deposit/Sale Proceeds/Effective Date Transfer |   | $30,494,389 |
| 11 |   |   | $0 |
| 12 | **Total Cash Receipts** | $10,741 | $40,558,703 |
|   | **Cash Disbursements** |   |   |
| 13 | Payments for Inventory |   |   |
| 14 | Selling |   | $2,619 |
| 15 | Administrative | $4,453 | $925,340 |
| 16 | Capital Expenditures |   |   |
| 17 | Principal Payments on Debt |   | $150,645 |
| 18 | Interest Paid |   | $4,888 |
|   | Rent/Lease: |   |   |
| 19 | Personal Property |   | $9,963 |
| 20 | Real Property |   | $569,426 |
|   | Amount Paid to Owner(s)/Officer(s) |   |   |
| 21 | Salaries |   |   |
| 22 | Draws |   |   |
| 23 | Commissions/Royalties |   |   |
| 24 | Expense Reimbursements |   |   |
| 25 | Other |   |   |
| 26 | Salaries/Commissions (less employee withholding) |   | $1,740,393 |
| 27 | Management Fees |   |   |
|   | Taxes: |   |   |
| 28 | Employee Withholding |   | $213,091 |
| 29 | Employer Payroll Taxes |   | $94,063 |
| 30 | Real Property Taxes |   |   |
| 31 | Other Taxes |   | $27,086 |
| 32 | Other Cash Outflows: |   |   |
| 33 | Professional Fees Paid in Connection with Chapter 11 Case | $96,318 | $19,079,600 |
| 34 | U.S. Trustee Quarterly Fees |   | $49,250 |
| 35 | Escrow Deposit & Interpleader Settlement |   | $8,463,935 |
| 36 |   |   |   |
| 37 |   |   |   |
| 38 | **Total Cash Disbursements:** | $100,771 | $31,330,299 |
| 39 | **Net Increase (Decrease) in Cash** | ($90,030) | $9,228,404 |
| 40 | **Cash Balance, Beginning of Period** | $9,894,666 | $576,231 |
| 41 | **Cash Balance, End of Period** | $9,804,636 | $9,804,636 |

Revised 1/1/98

# STATEMENT OF CASH FLOWS
**(Optional) Increase/(Decrease) in Cash and Cash Equivalents**
**For the Month Ended** 03/31/08

| # | Cash Flows From Operating Activities | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| 1 | Cash Received from Sales | | $7,861,555 |
| 2 | Rent/Leases Collected | | |
| 3 | Interest Received | $10,741 | $545,136 |
| 4 | Cash Paid to Suppliers | | |
| 5 | Cash Paid for Selling Expenses | | $2,619 |
| 6 | Cash Paid for Administrative Expenses | $4,453 | $925,340 |
|   | Cash Paid for Rents/Leases: | | |
| 7 |     Personal Property | | $9,963 |
| 8 |     Real Property | | $569,426 |
| 9 | Cash Paid for Interest | | $4,888 |
| 10 | Cash Paid for Net Payroll and Benefits | | $1,740,393 |
|   | Cash Paid to Owner(s)/Officer(s) | | |
| 11 |     Salaries | | |
| 12 |     Draws | | |
| 13 |     Commissions/Royalties | | |
| 14 |     Expense Reimbursements | | |
| 15 |     Other | | |
|   | Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
| 16 |     Employer Payroll Tax | | $94,063 |
| 17 |     Employee Withholdings | | $213,091 |
| 18 |     Real Property Taxes | | |
| 19 |     Other Taxes | | $27,086 |
| 20 | Cash Paid for General Expenses | | |
| 21 | Management Fees from USA Capital Realty Advisors, LLC | | ($1,564,093) |
| 22 | Tax and Security Deposit Refund | | ($5,698) |
| 23 | Principal Received on Notes Receivable | | ($82,832) |
| 24 | | | $0 |
| 25 | | | |
| 26 | | | |
| 27 | **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | $6,288 | $6,472,445 |
|   | **Cash Flows From Reorganization Items** | | |
| 28 | Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| 29 | Professional Fees Paid for Services in Connection with Chp 11 Case | $96,318 | $19,079,600 |
| 30 | U.S. Trustee Quarterly Fees | | $49,250 |
| 31 | Escrow Deposit & Settlement/Sale Proceeds/Effective Date Transfer/Interpleader | | ($22,030,454) |
| 32 | **Net Cash Provided (Used) by Reorganization Items** | ($96,318) | $2,901,604 |
| 33 | **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | ($90,030) | $9,374,049 |
|   | **Cash Flows From Investing Activities** | | |
| 34 | Capital Expenditures | | |
| 35 | Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| 36 | | | |
| 37 | **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
|   | **Cash Flows From Financing Activities** | | |
| 38 | Net Borrowings (Except Insiders) | | |
| 39 | Net Borrowings from Shareholders, Partners, or Other Insiders | | $5,000 |
| 40 | Capital Contributions | | |
| 41 | Principal Payments | | $150,645 |
| 42 | | | |
| 43 | **Net Cash Provided (Used) by Financing Activities** | $0 | ($145,645) |
| 44 | **Net Increase (Decrease) in Cash and Cash Equivalents** | ($90,030) | $9,228,404 |
| 45 | **Cash and Cash Equivalents at Beginning of Month** | $9,894,666 | $576,231 |
| 46 | **Cash and Cash Equivalents at End of Month** | $9,804,636 | $9,804,636 |

Revised 1/1/98

**USA Commercial Mortgage Company**
**Question 9 - Payments to Professionals**
**March 1, 2008 - March 31, 2008**

|  | Total Paid During Month |
|---|---:|
| Mesirow Financial Interim Management, LLC | $ 84,825.47 |
| Ray, Quinney & Nebeker, PC | 11,492.45 |
| **Total Fees & Expenses** | **$ 96,317.92** |