# LEWIS
## AND
# ROCA
LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona  85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email:  rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 4/24/2008

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA Commercial Mortgage Company, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[1] |
| USA Capital Realty Advisors, LLC, | Case No. BK-S-06-10729-LBR[2] |
| USA Capital Diversified Trust Deed Fund, LLC, | CHAPTER 11 |
| USA Capital First Trust Deed Fund, LLC,[1] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA Securities, LLC,[2]                       Debtors. | **Notice of Entry of Order Sustaining Third Omnibus Objection of The USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in the Hasley Canyon Loan** |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

**PLEASE TAKE NOTICE** that an Order Sustaining Third Omnibus Objection of

the USACM Liquidating Trust to Proofs of Claim Based, in Whole or in Part, Upon

---

[1] This bankruptcy case was closed on October 12, 2007.

[2] This bankruptcy case was closed on December 26, 2007.

1929328.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

1

2

Investment in the Hasley Canyon Loan [DE 6224] was entered on the 21st day of April

2008, a true and correct copy of which is attached hereto as Exhibit 1.

3

4

RESPECTFULLY SUBMITTED April 24, 2008.

**LEWIS AND ROCA LLP**

5

6

7

8

9

By __/s/ RC (#006593)_____
          Susan M. Freeman
          Rob Charles
          John Hinderaker
          *Attorneys for USACM Liquidating Trust*

10

PROOF OF SERVICE

11

12

13

Copy of the foregoing mailed by First
Class, U.S. Mail, postage prepaid, on
April 24, 2008 to the parties listed on
Exhibit A to the attached order.

14

15

__/s/  Christine E Laurel_____
Christine E Laurel
Lewis and Roca

16

17

18

19

20

21

22

23

24

25

26

237471.1