LEWIS
AND
ROCA
——— LLP ———
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona  85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email:  rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

| | E-Filed on 4/24/2008 |

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA Commercial Mortgage Company, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[1] |
| USA Capital Realty Advisors, LLC, | Case No. BK-S-06-10729-LBR[2] |
| USA Capital Diversified Trust Deed Fund, LLC, | CHAPTER 11 |
| USA Capital First Trust Deed Fund, LLC,[1] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA Securities, LLC,[2] Debtors. | **Notice of Entry of Order Sustaining Fourth Omnibus Objection of The USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in the Hasley Canyon Loan** |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

    **PLEASE TAKE NOTICE** that an Order Sustaining Fourth Omnibus Objection of

the USACM Liquidating Trust to Proofs of Claim Based**,** in Whole or in Part, Upon

---

[1] This bankruptcy case was closed on October 12, 2007.

[2] This bankruptcy case was closed on December 26, 2007.

1929329.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

Investment in the Hasley Canyon Loan [DE 6225] was entered on the 21st day of April

2008, a true and correct copy of which is attached hereto as Exhibit 1.

RESPECTFULLY SUBMITTED April 24, 2008.

**LEWIS AND ROCA LLP**


By   /s/ RC (#006593)
        Susan M. Freeman
        Rob Charles
        John Hinderaker
        *Attorneys for USACM Liquidating Trust*

PROOF OF SERVICE

Copy of the foregoing mailed by First
Class, U.S. Mail, postage prepaid, on
April 24, 2008 to the parties listed on
Exhibit A to the attached order.

  /s/  Christine E Laurel
Christine E Laurel
Lewis and Roca

237471.1