LEWIS AND

ROCA LLP

L A W Y E R S

E-Filed on 4/25/08

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona  85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[1]<br><br>USA SECURITIES, LLC,[2]<br><br>                Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**STIPULATION CONTINUING STATUS HEARING ON USACM TRUST'S MOTION FOR SUMMARY JUDGMENT TO CLASSIFY CLAIM BY PECOS PROFESSIONAL PARK LIMITED PARTNERSHP IN PLAN CLASS A-7**<br><br>Date of Hearing:  April 29, 2008<br>Time of Hearing:  10:30 a.m.<br><br>New Date of Hearing:  May 8, 2008<br>Time of Hearing:  10:30 a.m. |

USACM Liquidating Trust (the "USACM Trust"), by and through its counsel, Lewis and Roca LLP; and Dr. Lucius Blanchard, by and through his counsel Kehoe & Associates hereby stipulate:

---

[1] This bankruptcy case was closed on October 12, 2007.

[2] This bankruptcy case was closed on December 26, 2007.

238541.1

**LEWIS**
AND
**ROCA**
LLP
L A W Y E R S

1.    Pending before the Court is the USACM Trust's Motion for Summary Judgment to Classify Claim by Pecos Professional Park Limited Partnership in Plan Class A-7 (the "Motion") [DE 5122].

2.    A status hearing on the Motion for Summary Judgment is scheduled for April 29, 2008 at 10:30 a.m..

3.    The status hearing is the only USA Commercial Mortgage Company ("USACM") matter on the Court's calendar for April 29, 2008.

4.    The Court has an omnibus hearing date scheduled for May 8, 2008 at 10:30 a.m. at which time it will hear several other USACM related matters.

5.    For efficiency's sake, the parties have entered into a stipulation continuing the status hearing on the Motion to May 8, 2008 at 10:30 a.m.

6.    The parties submit a proposed form of order for the Court's convenience.

DATED:  April 24, 2008.

**LEWIS AND ROCA LLP**

By:  /s/ RC (#6593)
    Susan M. Freeman, AZ 4199 (*pro hac vice*)
    Rob Charles, NV 6593
*Counsel for USACM Liquidating Trust*

-and-

**KEHOE & ASSOCIATES**

By: _____
    Ty E. Kehoe
Kehoe & Associates
871 Coronado Center Drive, Suite 200
Henderson, NV 89052
*Attorneys for Dr. Lucius Blanchard*

2

238541.1