MEADOW CREEK LOAN
FIRST OMNIBUS OBJECTION

# EXHIBIT A
## Single Loan Claims

| Claim | Name | Address | Total Claim Amount | Amount Subject to Objection Because it Relates to an Investment In the Meadow Creek Loan |
|---|---|---|---|---|
| **10725-00420** | Action Sports Alliance USA Inc. | 311 West Third Street Suite C<br>Carson City NV  89703-4215 | $150,000.00 | $150,000.00 |
| **10725-01453** | William and Penny Dupin | 545 Cole Circle<br>Incline Village, NV  89451 | $50,000.00 | $50,000.00 |
| **10725-02297** | Gentle Bay 1997 Trust | c/o Jacques M. Massa, Trustee<br>7 Paradise Valley Court<br>Henderson, NV  89052-6706 | $250,000.00 | $250,000.00 |
| **10725-00984** | Chai Miller LLC | P.O. Box 81191<br>Las Vegas, NV  89180-1191 | $78,000.00 | $78,000.00 |
| **10725-01108** | Christine A. Peterson Trust | Christine A. Peterson, Trustee<br>1829 Glenview Drive<br>Las Vegas, NV  89134-6101 | $50,000.00 | $50,000.00 |
| **10725-01260** | Gary Weicherding | 4960 Harrison Drive  #107<br>Las Vegas, NV  89120 | $53,500.00 | $53,500.00 |
| **10725-00460** | Whitehurst Fund LLC | c/o Linda Kelly Carson Manager<br>P.O. Box 8927<br>Aspen, CO  81612-8927 | $100,000.00 | $100,000.00 |

235489.1