MEADOW CREEK LOAN
SECOND OMNIBUS OBJECTION

# EXHIBIT A
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Meadow Creek Loan |
|---|---|---|---|---|
| **10725-00209** | ACS Properties | Peter Merrifield<br>4417 48TH Avenue South<br>St. Petersburg, FL 33701 | $406,019.44 | $101,600.00 |
| **10725-02176** | RL Allgeier Family Trust Dated 10/4/97 | Robert Allgeier<br>1767 Shamrock Circle<br>Minden, NV 89423 | $430,473.09 | $50,000.00 |
| **10725-02397** | William A. and Angel J. Banos | 7431 Dorie Drive<br>West Hills, CA 91307-5277 | $564,000.00 | $76,000.00 |
| **10725-01360** | William Chad Berry | 11136 Acama Street, Apt. 312<br>Studio City, CA 91602-3067 | $200,000.00 | $100,000.00 |
| **10725-01358** | William Berry | 11136 Acama Street, #312<br>Studio City, CA 91602 | $200,000.00 | $100,000.00 |
| **10725-01090** | Michael R. and Anne M. Carpenter | 687 W. Ella Drive<br>Corrales, NM 87048-7248 | $126,121.77 | $54,452.53 |
| **10725-01601** | Donald Clark | 305 W. Moana Lane<br>Reno, NV 89509 | $775,918.76 | $109,468.49 |
| **10725-00231** | Donald P. Clark Family Trust Dated 10/25/94 | c/o Donald P. Clark Trustee<br>305 West Moana Lane<br>Reno, NV 89509-4924 | $709,011.56 | $100,000.00 |

235490.1