# MEADOW CREEK LOAN
## THIRD OMNIBUS OBJECTION

## EXHIBIT A
### Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Meadow Creek Loan |
|---|---|---|---|---|
| 10725-02267 | Daniel Living Trust as Amended Dated 1/9/98 | Mark A. and Cathy A. Daniel Trustees 20 Redonda Irvine, CA 92620-1954 | $559,993.83 | $150,000.00 |
| 10725-00524 | Jason D. and Fiola Fernandes | 4001 Oak Manor Court Hayward, CA 94542-1445 | $151,359.38 | $58,071.84 |
| 10725-00720 | D&P Curtis Trust Dated 7/27/01 | Patricia M. and Dan L. Curtis Trustees 404 Club Court Las Vegas, NV 89144-0838 | $100,000.00 | $50,000.00 |
| 10725-00765 | D&P Curtis Trust Dated 7/27/01 | Patricia M. and Dan L. Curtis Trustees 404 Club Court Las Vegas, NV 89144 | $100,000.00 | $50,000.00 |
| 10725-01190 | Porter A. Hurt | Bardellini Straw & Cavin LLP Attn: C. Randall Bupp 2000 Crow Canyon Place, Suite 330 San Ramon, CA 94583 | $200,000.00 | $100,000.00 |
| 10725-01999 | KM Group, a Nevada General Partnership | Aime Kearns 5886 N. Bonita Vista Street Las Vegas, NV 89149 | $152,179.67 | $101,433.33 |
| 10725-02433 | Michaelian Holdings LLC | 413 Canyon Greens Drive Las Vegas, NV 89144-0829 | $1,267,075.50 | $100,000.00 |
| 10725-00693 | Vicky Nakashima | 1681 Fairburn Avenue Los Angeles, CA 90024 | $155,000.00 | $50,000.00 |

237729.1