MEADOW CREEK LOAN
FOURTH OMNIBUS OBJECTION

**EXHIBIT A**
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Meadow Creek Loan |
|---|---|---|---|---|
| 10725-01018 | Vicky Nakashima | 1681 Fairburn Avenue<br>Los Angeles, CA 90024 | $155,000.00 | $50,000.00 |
| 10725-02150 | Newman Family Trust Dated 9/30/97 | Larry J. And Elsie D. Newman Trustees<br>1775 Autumn Valley Way<br>Reno, NV 89523 | $500,119.23 | $50,000.00 |
| 10725-00774 | Barbara Sklar | 2429 Bryan Avenue<br>Venice Beach, CA 90291 | $200,000.00 | $50,000.00 |
| 10725-01169 | Donald S. Tomlin | Donald S. and Dorothy R. Tomlin Trustee<br>7145 Beverly Glen Avenue<br>Las Vegas, NV 89110-4228 | $2,779,806.00 | $102,783.00 |
| 10725-01043 | Robert W. Ulm IRA | Pensco Trust Co. Inc. FBO<br>414 Morning Glory Road<br>St. Marys, GA 31558 | Contingent | Contingent |
| 10725-02090 | Robert William Ulm IRA | Pensco Trust Company Custodian<br>414 Morning Glory Road<br>St. Marys, GA 31558 | $707,753.00 | $50,000.00 |
| 10725-01885 | Melody J. Violet | P.O. Box 2201<br>Vista, CA 92085 | $400,000.00 | $50,000.00 |

237730.1