MEADOW CREEK LOAN
BURR DECLARATION

# EXHIBIT A

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Meadow Creek Loan |
|---|---|---|---|---|
| 10725-00209 | ACS Properties | Peter Merrifield<br>4417 48th Avenue South<br>St. Petersburg, FL 33701 | $406,019.44 | $101,600.00 |
| 10725-00420 | Action Sports Alliance USA Inc. | 311 West Third Street Suite C<br>Carson City NV 89703-4215 | $150,000.00 | $150,000.00 |
| 10725-02176 | RL Allgeier Family Trust Dated 10/4/97 | Robert Allgeier<br>1767 Shamrock Circle<br>Minden, NV 89423 | $430,473.09 | $50,000.00 |
| 10725-02397 | William A. and Angel J. Banos | 7431 Dorie Drive<br>West Hills, CA 91307-5277 | $564,000.00 | $76,000.00 |
| 10725-01360 | William Chad Berry | 11136 Acama Street, Apt. 312<br>Studio City, CA 91602-3067 | $200,000.00 | $100,000.00 |
| 10725-01358 | William Berry | 11136 Acama Street, #312<br>Studio City, CA 91602 | $200,000.00 | $100,000.00 |
| 10725-01090 | Michael R. and Anne M. Carpenter | 687 W. Ella Drive<br>Corrales, NM 87048-7248 | $126,121.77 | $54,452.53 |
| 10725-01601 | Donald Clark | 305 W. Moana Lane<br>Reno, NV 89509 | $775,918.76 | $109,468.49 |
| 10725-00231 | Donald P. Clark Family Trust Dated 10/25/94 | c/o Donald P. Clark Trustee<br>305 West Moana Lane<br>Reno, NV 89509-4924 | $709,011.56 | $100,000.00 |
| 10725-02267 | Daniel Living Trust as Amended Dated 1/9/98 | Mark A. and Cathy A. Daniel Trustees<br>20 Redonda<br>Irvine, CA 92620-1954 | $559,993.83 | $150,000.00 |
| 10725-00720 | D&P Curtis Trust Dated 7/27/01 | Patricia M. and Dan L. Curtis Trustees<br>404 Club Court<br>Las Vegas, NV 89144-0838 | $100,000.00 | $50,000.00 |
| 10725-00765 | D&P Curtis Trust Dated 7/27/01 | Patricia M. and Dan L. Curtis Trustees<br>404 Club Court<br>Las Vegas, NV 89144 | $100,000.00 | $50,000.00 |
| 10725-01453 | William and Penny Dupin | 545 Cole Circle<br>Incline Village, NV 89451 | $50,000.00 | $50,000.00 |
| 10725-00524 | Jason D. and Fiola Fernandes | 4001 Oak Manor Court<br>Hayward, CA 94542-1445 | $151,359.38 | $58,071.84 |
| 10725-02297 | Gentle Bay 1997 Trust | c/o Jacques M. Massa, Trustee<br>7 Paradise Valley Court<br>Henderson, NV 89052-6706 | $250,000.00 | $250,000.00 |
| 10725-01190 | Porter A. Hurt | Bardellini Straw & Cavin LLP<br>Attn: C. Randall Bupp<br>2000 Crow Canyon Place, Suite | $200,000.00 | $100,000.00 |

237685.1

MEADOW CREEK LOAN
BURR DECLARATION

## EXHIBIT A

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | 330<br>San Ramon, CA  94583 |  |  |
| **10725-01999** | KM Group, a Nevada General Partnership | Aime Kearns<br>5886 N. Bonita Vista Street<br>Las Vegas, NV  89149 | $152,179.67 | $101,433.33 |
| **10725-02433** | Michaelian Holdings LLC | 413 Canyon Greens Drive<br>Las Vegas, NV  89144-0829 | $1,267,075.50 | $100,000.00 |
| **10725-00984** | Chai Miller LLC | P.O. Box 81191<br>Las Vegas, NV  89180-1191 | $78,000.00 | $78,000.00 |
| **10725-00693** | Vicky Nakashima | 1681 Fairburn Avenue<br>Los Angeles, CA  90024 | $155,000.00 | $50,000.00 |
| **10725-01018** | Vicky Nakashima | 1681 Fairburn Avenue<br>Los Angeles, CA  90024 | $155,000.00 | $50,000.00 |
| **10725-02150** | Newman Family Trust Dated 9/30/97 | Larry J. And Elsie D. Newman Trustees<br>1775 Autumn Valley Way<br>Reno, NV  89523 | $500,119.23 | $50,000.00 |
| **10725-01108** | Christine A. Peterson Trust | Christine A. Peterson, Trustee<br>1829 Glenview Drive<br>Las Vegas, NV  89134-6101 | $50,000.00 | $50,000.00 |
| **10725-00774** | Barbara Sklar | 2429 Bryan Avenue<br>Venice Beach, CA  90291 | $200,000.00 | $50,000.00 |
| **10725-01169** | Donald S. Tomlin | Donald S. and Dorothy R. Tomlin Trustee<br>7145 Beverly Glen Avenue<br>Las Vegas, NV  89110-4228 | $2,779,806.00 | $102,783.00 |
| **10725-01043** | Robert W. Ulm IRA | Pensco Trust Co. Inc. FBO<br>414 Morning Glory Road<br>St. Marys, GA  31558 | Contingent | Contingent |
| **10725-01260** | Gary Weicherding | 4960 Harrison Drive  #107<br>Las Vegas, NV  89120 | $53,500.00 | $53,500.00 |
| **10725-00460** | Whitehurst Fund LLC | c/o Linda Kelly Carson Manager<br>P.O. Box 8927<br>Aspen, CO  81612-8927 | $100,000.00 | $100,000.00 |
| **10725-02090** | Robert William Ulm IRA | Pensco Trust Company Custodian<br>414 Morning Glory Road<br>St. Marys, GA  31558 | $707,753.00 | $50,000.00 |
| **10725-01885** | Melody J. Violet | P.O. Box 2201<br>Vista, CA  92085 | $400,000.00 | $50,000.00 |

237685.1