# LEWIS
### AND
# ROCA
##### LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona  85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email:  rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

> E-Filed on 4/25/08

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA Commercial Mortgage Company, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[1] |
| USA Capital Realty Advisors, LLC, | Case No. BK-S-06-10729-LBR[2] |
| | |
| USA Capital Diversified Trust Deed Fund, LLC, | CHAPTER 11 |
| | |
| USA Capital First Trust Deed Fund, LLC,[1] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| | |
| USA Securities, LLC,[2] | **NOTICE OF ENTRY OF ORDER CONTINUING STATUS HEARING ON USACM TRUST'S MOTION FOR SUMMARY JUDGMENT TO CLASSIFY CLAIM BY PECOS PROFESSIONAL PARK LIMITED PARTNERSHIP IN PLAN CLASS A-7** |
| Debtors. | |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

**PLEASE TAKE NOTICE** that an Order Continuing Status Hearing on USACM

Trust's Motion for Summary Judgment to Classify Claim by Pecos Professional Park

---

[1] This bankruptcy case was closed on October 12, 2007.

[2] This bankruptcy case was closed on December 26, 2007.

238698.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

Limited Partnership in Plan Class A-7 [DE 6252] was entered on the 25th day of April

2008, a true and correct copy of which is attached hereto as Exhibit 1.

RESPECTFULLY SUBMITTED April 25, 2008.

**LEWIS AND ROCA LLP**

By   /s/ RC (#006593)
            Susan M. Freeman
            Rob Charles
            John Hinderaker
            *Attorneys for USACM Liquidating Trust*

PROOF OF SERVICE

Copy of the foregoing sent by Electronic
Mail on April 25, 2008 to:

Ty E. Kehoe, Esq.
871 Coronado Center Drive, Suite 200
Henderson, NV  89052

  /s/  Renee L. Creswell
Renee L. Creswell
Lewis and Roca

2

238698.1