# EXHIBIT 1

**Entered on Docket**
**April 25, 2008**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

---

| LEWIS AND ROCA LLP | |
|---|---|
| 3993 Howard Hughes Parkway, Suite 600 | Facsimile (702) 949-8321 |
| Las Vegas, NV 89169-5996 | Telephone (702) 949-8320 |
| Susan M. Freeman AZ State Bar No. 004199 | Email: sfreeman@lrlaw.com |
| Rob Charles NV State Bar No. 006593 | Email: rcharles@lrlaw.com |
| John Hinderaker AZ State Bar No. 018024 | Email: jhindera@lrlaw.com |

*Attorneys for USACM Liquidating Trust*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[1]<br><br>USA SECURITIES, LLC,[2]<br><br>Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>Chapter 11 Cases<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**ORDER CONTINUING STATUS HEARING ON USACM TRUST'S MOTION FOR SUMMARY JUDGMENT TO CLASSIFY CLAIM BY PECOS PROFESSIONAL PARK LIMITED PARTNERSHIP IN PLAN CLASS A-7**<br><br>Hearing Date:    April 29, 2008<br>Hearing Time:   10:30 a.m.<br><br>New Hearing Date: May 8, 2008<br>New Hearing Time: 10:30 a.m. |

---

[1] This bankruptcy case was closed on October 12, 2007.

[2] This bankruptcy case was closed on December 26, 2007.

238530.1

Pending before the Court is the USACM Liquidating Trust's ("USACM Trust") Motion for Summary Judgment to Classify Claim by Pecos Professional Park Limited Partnership ("Pecos") in Plan Class A-7 (the "Motion") [DE 5122]. A status hearing on the Motion is scheduled for hearing before this Court on April 29, 2008, at 10:30 a.m. This Motion is the only USA Commercial Mortgage Company("USACM') matter on the Court's calendar for April 29, 2008.

The Court has an omnibus hearing scheduled for May 8, 2008 at 10:30 a.m. at which time the Court is scheduled to hear several other USACM related matters.

The parties have entered into a Stipulation continuing the hearing on the Motion to May 8, 2008, [DE6240] and good cause appearing, it is:

ORDERED continuing the status hearing on the Motion to May 8, 2008, at 10:30 a.m.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
       Susan M. Freeman
       Rob Charles
*Attorneys for USACM Liquidating Trust*

APPROVED:

**KEHOE & ASSOCIATES**

By: /s/ Kehoe
       Ty E. Kehoe, Esq.
       871 Coronado Center Drive, Suite 200
       Henderson, NV 89052
       Attorneys for Dr. Lucius Blanchard

238530.1

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

- ☐ The Court waived the requirements of approval under LR 9021.

- ☐ No parties appeared or filed written objections, and there is no trustee appointed in the case.

- ☐ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

- ☒ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing, and any trustee appointed in the case, and each has approved or disapproved the order, or failed to respond, as indicated below:

Ty E. Kehoe (Approved)
*Attorney for Pecos Professional Park Limited Partnership*

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
*Attorneys for USACM Liquidating Trust*

238530.1