E-filed: April 25, 2008

| | |
|---|---|
| Marc A. Levinson (California Bar No. 57613) | Robert R. Kinas (Nevada Bar No. 6019) |
| Jeffery D. Hermann (California Bar No. 90445) | Claire Y. Dossier (Nevada Bar No. 10030) |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | SNELL & WILMER LLP |
| 400 Capitol Mall, Suite 3000 | 3883 Howard Hughes Parkway, Suite 1100 |
| Sacramento, California 95814-4497 | Las Vegas, Nevada 89169 |
| Telephone: (916) 447-9200 | Telephone: (702) 784-5200 |
| Facsimile: (916) 329-4900 | Fax: (702) 784-5252 |
| Email: malevinson@orrick.com | Email: rkinas@swlaw.com |
| jhermann@orrick.com | cdossier@swlaw.com |

*ATTORNEYS FOR USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | **RESPONSE TO OBJECTION TO NOTICES OF 2004 EXAMINATIONS, MOTION TO QUASH SUBPOENAS AND OR FOR PROTECTIVE ORDER AND MOTION FOR LIMITATION OF RULE 2004 EXAMINATIONS**<br><br>Hearing Date: May 8, 2008<br>Hearing Time: 10:30 a.m. |

USA Capital Diversified Trust Deed Fund, LLC ("Diversified") hereby files its Response to the *Objection to Notices of 2004 Examinations, Motion to Quash Subpoenas and or for Protective Order and Motion for Limitation of Rule 2004 Examinations* [Docket No. 6176] (the "Motion to Quash") filed by Robert A. Russell ("Russell"), Unser/Central Partners, LLP, Russell/AD Development Group, Interstate Commerce Center, LLC, and AD Albuquerque

8753834

1  Development, LLC (collectively, with Russell, the "Russell Entities").

2  This Response is based on the papers and pleadings on file herein, the Memorandum of

3  Points and Authorities attached hereto, and any oral argument the Court may entertain.

4  DATED this 25th day of April, 2008.

SNELL & WILMER LLP

By: /s/ Claire Y. Dossier
Robert R. Kinas (Nevada Bar No. 6019)
Claire Y. Dossier (Nevada Bar No. 10030)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 904445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capital Mall, Suite 3000
Sacramento, CA 95814-4497

*Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

8753834

- 2 -

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. INTRODUCTION

Diversified continues the uphill battle of collecting and monetizing its assets in order to repay the over $150 million invested by approximately 1,300 investors. One such asset is a promissory note, the current balance of which exceeds $825,000. In connection with such effort, Diversified informally sought information and documents from the maker and guarantors of such note. Some information was provided by Russell during a meeting, but the documents he promised to deliver were not. Diversified thereafter incurred the expense of seeking document production and an examination pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure ("Rule 2004"). Rather than produce documents, though, the Russell Entities produced the Motion to Quash. Diversified submits that it is seeking information well within the "unfettered and broad" scope of Rule 2004. *See In re GHR Energy Corp.*, 33 B.R. 451, 453 (Bankr. D. Mass. 1983). Specifically, Diversified seeks information related to the promissory note and guaranty, as well as information regarding any additional, currently unknown transactions between the Russell Entities and Diversified. The Court should deny the Motion to Quash, and order the Russell Entities to produce documents and appear for a Rule 2004 examination. Diversified is willing to agree that tax returns produced by the Russell Entities will held in confidence and not shared with others.

### II. BACKGROUND

#### A. Diversified Is Owed at least $826,507.47 Under the Note and Guaranty

Diversified entered into a "Promissory Note Secured by Deed of Trust" (the "Note") as lender, with Interstate Commerce Center, LLC as borrower. A copy of the Note is attached as Exhibit 1 to the Motion to Quash. Russell and Russell/AD Development Group guaranteed the Note. A copy of the "Unconditional Repayment and Completion Guaranty" (the "Guaranty"), executed by Russell individually and as Manager of Russell/AD Development Group, LLC, is attached as Exhibit 2 to the Motion to Quash. The Note is in default, and as of January 31, 2008, Interstate Commerce Center, LLC, Russell/AD Development, Mr. Russell owed Diversified

8753834

$826,507.47 pursuant to the Note and Guaranty. A copy of the January 31, 2008 Account Statement for the Note ("Account Statement") is attached hereto as Exhibit A.

### B. Russell Repeatedly Promised to Provide Diversified with the Requested Information

Six months ago, Russell agreed to provide Diversified with documents related to the Note and Guaranty. *See* October 23, 2007 email correspondence from Chas Harvick to Robert Russell, attached hereto as Exhibit B. The documents were not provided. Diversified attempted to convince Russell to honor his promise to produce documents, attempting to avoid the cost and bother of having to see the intervention of this Court. *See* Exhibit B; *see also* November 12, 2007 email correspondence from Chas Harvick to Robert Russell, attached hereto as Exhibit C. Russell responded to the November 12, 2007 letter immediately, stating that he would produce the requested documents **"within the week."** *See* November 12, 2007 email correspondence from Robert Russell to Chas Harvick (emphasis added), attached hereto as Exhibit D. Despite that promise made over five months ago, Russell never produced the documents.

On December 4, 2007, Diversified again asked Russell about the promised document production. A copy of the December 4, 2007 email correspondence from Chas Harvick to Robert Russell is attached as Exhibit E. Russell did not respond. On December 13, 2007, Diversified once more requested information about the promised documents. A copy of the December 13, 2007 email correspondence from Michael Tucker to Robert Russell is attached as Exhibit E. Again, Russell did not respond to such email. Accordingly, Diversified filed the multiple 2004 requests at issue, and issued the accompanying subpoenas.

### III. ARGUMENT

#### A. Rule 2004 Has an "Unfettered and Broad" Scope

Rule 2004's intended scope and use are "unfettered and broad." *In re GHR Energy Corp.*, 33 B.R. at 453. "The purpose of such a broad discovery tool is to assist the trustee in revealing the nature and extent of the estate, and to discover assets of the debtor which may have been intentionally or unintentionally concealed." *In re Bennett Funding Group, Inc.*, 203 B.R. 24, 28 (Bankr. N.D.N.Y. 1996). The Rule states, in pertinent part, as follows:

8753834

- 4 -

    **(a)    Examination on Motion.** On motion of any party in interest, the court may order the examination of any entity.

    **(b)    Scope of Examination.** The examination of an entity under this rule or of the debtor under § 343 of the Code may relate only to the **acts, conduct, or property or to the liabilities and financial condition of the debtor,** or to any matter which may affect the administration of the debtor's estate, or to the debtor's right to a discharge. . . . the examination may also relate to . . . the source of any money or property acquired or to be acquired by the debtor for purposes of consummating a plan . . . and any other matter relevant to the case or the formulation of the plan.

FED. R. BANKR. P. 2004 (emphasis added).

    **B.    The Broad Scope of Rule 2004 Encompasses the Approximately $825,000 Debt Owed to Diversified; Additionally, the Russell Entities May Have Knowledge Regarding Additional Diversified Assets**

The Rule 2004 examination of the Russell Entities will relate to "the acts, conduct, or property or to the liabilities and financial condition of [Diversified and its affiliates], or to any matter which may affect the administration of the debtor's estate" as required by Rule 2004. Interstate Commerce Center, LLC, Russell/AD Development Group and Mr. Russell owe Diversified no less than $826,507.47 under the Note and Guaranty. *See* Account Statement, Exhibit A. The status of Diversified's outstanding accounts receivable is central to Diversified's "property" and to its "financial condition."

Moreover, as the Court is aware, the jointly administered USA Commercial cases have often involved actors in repeat transactions with the various debtors. It is quite possible that Russell and/or other of the Russell Entities were involved in additional, currently unknown, transactions with Diversified. The Russell Entities thus "have knowledge of the debtor's acts, conduct or financial affairs which relate to the bankruptcy proceeding."

    **C.    Limitation on the Use of Tax Returns**

Diversified agrees with the Russell Entities that any tax returns produced by the Russell Entities ought to be kept private. Thus, Diversified is willing to insert into the order denying the Motion to Quash a requirement that the tax returns produced by the Russell Entities will held in confidence by Diversified and that the tax returns will not be shared with others.

///

///

8753834

- 5 -

## V. CONCLUSION

The Motion to Quash should be denied. Diversified requests that the Russell Entities be ordered to produce documents and appear for a Rule 2004 examination immediately, with the caveat that tax returns be held in confidence and not be shared with others.

DATED this 25th day of April, 2008.

SNELL & WILMER LLP

By: _____
Robert R. Kinas (Nevada Bar No. 6019)
Claire Y. Dossier (Nevada Bar No. 10030)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 904445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capital Mall, Suite 3000
Sacramento, CA 95814-4497

*Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

8753834

- 6 -

# EXHIBIT A

# EXHIBIT A

**USA CAPITAL**
**DIVERSIFIED TRUST DEED FUND**
c/o FTI Consulting, Inc.
Two North Central Avenue, Suite 1200
Phoenix, Arizona 85004

For questions regarding your statement
please contact us at 602.744.7100

**Interstate Commerce Center Loan**
Bob Russell
Fax: 480-505-4049

### Statement Information

| Page Count | 1 |
|---|---|
| Statement From – To | 1/1/2008 – 1/31/2008 |
| Bill Due Date | 02/01/2008 |
| Total Amount Due | $826,507.47 |

### Monthly Billing Summary

| Account: | | | | | |
|---|---|---|---|---|---|
| Current Interest Due | | Default Interest | $113,047.41 | | |
| 30 Day Late Interest Due | | Late Fees | | | |
| 60 Day Late Interest Due | | Legal Fees | | | |
| 90 Day Late Interest Due | | Other Fees | | | |

### Account Transaction Detail

| Transaction Date | Transaction Type | Beginning Balance | Ending Balance | Transaction Amount |
|---|---|---|---|---|
| Interest Transactions (Last 90 days) | | | | |
| 10/31/2007 | Loan Default Interest | | | $13,700.91 |
| 11/30/2007 | Loan Default Interest | | | $13,508.72 |
| 12/31/2007 | Loan Default Interest | | | $14,184.64 |
| 1/31/2008 | Loan Default Interest | | | $14,436.81 |
| Principal Transactions (last 90 days) | | | | |

### Full Account Summary

| Account: | | |
|---|---|---|
| Total Loan Balance | | Default IR% |
| $713,460.06 | | 20.00% |
| Account Notes: | | |

***Wiring Instructions***

USA Capital Diversified Trust Deed Fund
Bank of America

Routing No. 111000012                Account No. 3755532451

Reference Loan # 184

Page 1 of 1

# EXHIBIT B

# EXHIBIT B

**From:** Harvick, Chas
**Sent:** Tuesday, October 23, 2007 12:13 PM
**To:** Robert Russell
**Cc:** Tucker, Michael; Hermann, Jeffery
**Subject:** ICC - Document Request/Follow-up

Mr. Russell,

Thank you for taking the time to meet with Michael and me last week. As requested, provided below is a document request list:

**Unser Central Partners**
1. Financials from inception to date
2. Operating agreement and amendments, articles of incorporation, etc.
3. Tax returns from inception to date
4. Audits from inception to date
5. Additional documents to help us understand the business purpose, past operations and status of the business

**Interstate Commerce Center**
1. Financials from inception to date
2. Operating agreement and amendments, articles of incorporation, etc.
3. Tax returns from inception to date
4. Audits from inception to date
5. Closing documents from the sale of collateral

**Robert Russell**
1. current personal financials
2. Final report of personal bankruptcy including a copy of the $1m judgment
3. Organizational chart of related entities

**Russell/AD Development Group**
1. Financials from inception to date
2. Operating agreement and amendments, articles of incorporation, etc.
3. Tax returns from inception to date
4. Audits from inception to date
5. Additional documents to help us understand the business purpose, past operations and status of the business

**SVRB Investments LLC**
6. Financials from inception to date
7. Operating agreement and amendments, articles of incorporation, etc.
8. Tax returns from inception to date
9. Audits from inception to date
10. Additional documents to help us understand the business purpose, past operations and status of the business

I look forward to receiving the requested documents and resuming our discussion regarding payoff/settlement of the Interstate Commerce Center obligation.

Regards,

**Chas Harvick**
Corporate Finance
**F T I**
602.744.7186 direct
602.524.0069 cell
602.744.7110 fax
chas.harvick@fticonsulting.com

Two North Central Avenue
Suite 1200
Phoenix, AZ 85004
www.fticonsulting.com

Confidentiality Notice:
This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and then delete this copy and the reply from your system. Thank you for your cooperation.

# EXHIBIT C

EXHIBIT C

**From:** Harvick, Chas [mailto:Chas.Harvick@FTIConsulting.com]
**Sent:** Monday, November 12, 2007 8:35 AM
**To:** Robert Russell
**Cc:** Tucker, Michael; Hermann, Jeffery
**Subject:** RE: ICC - Document Request/Follow-up

Mr. Russell,

What is the status of producing documents in response to the request below?

Regards,

**Chas Harvick**
Corporate Finance
F T I
602.744.7186 direct
602.524.0069 cell
602.744.7110 fax
chas.harvick@fticonsulting.com

Two North Central Avenue
Suite 1200
Phoenix, AZ 85004
www.fticonsulting.com

Confidentiality Notice:
This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and then delete this copy and the reply from your system. Thank you for your cooperation.

# EXHIBIT D

# EXHIBIT D

**From:** Robert Russell [mailto:r.russell@industrialwest.com]
**Sent:** Monday, November 12, 2007 2:23 PM
**To:** Harvick, Chas
**Subject:** RE: ICC - Document Request/Follow-up

Within the week.

Bob

Robert A Russell
***Industrial West Group***
***Russell/AD Development Group***
8324 E Hartford Dr - Suite 110
Scottsdale, AZ 85255
480-505-4048 ext 203
480-505-4049 fax
480-747-5657 cell

# EXHIBIT E

# EXHIBIT E

**From:** Harvick, Chas
**Sent:** Tuesday, December 04, 2007 8:20 AM
**To:** 'Robert Russell'
**Cc:** Tucker, Michael; 'Hermann, Jeffery'
**Subject:** RE: ICC - Document Request/Follow-up

Mr. Russell,

Diversified has not received the requested documents you agreed to provide within two weeks after Michael and I met with you on October 19, 2007. Subsequently you indicated you would produce the requested documents within a week of November 12, 2007. During our meeting on October 19th we discussed exploring a resolution to the outstanding Interstate Commerce Center loan balance and your personal guarantee out of court to minimize your cost and time and Diversified's collection cost and time. Please produce the documents requested below to the address in my signature line by December 10, 2007. If the documents are not produced by December 10th Diversified will pursue other collection alternatives.

Regards,

**Chas Harvick**
Corporate Finance
**F T I**
602.744.7186 direct
602.524.0069 cell
602.744.7110 fax
chas.harvick@fticonsulting.com

Two North Central Avenue
Suite 1200
Phoenix, AZ 85004
www.fticonsulting.com

Confidentiality Notice:
This email and any attachments may be confidential and protected by legal privilege. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the e-mail or any attachment is prohibited. If you have received this email in error, please notify us immediately by replying to the sender and then delete this copy and the reply from your system. Thank you for your cooperation.

# EXHIBIT F

# EXHIBIT F

**From:** Tucker, Michael
**Sent:** Thursday, December 13, 2007 10:47 AM
**To:** 'Robert Russell'
**Cc:** 'Hermann, Jeffery'; Harvick, Chas
**Subject:** RE: ICC - Document Request/Follow-up

Bob: Your recent call to me stated that the documents would be in my possession already. I do not have any documents at this time. Please have them delivered to me today. You have our cards but my address again is below.

Michael Tucker
FTI Consulting, Inc.
Two North Central Ave. Suite 1200
Phoenix, AZ 85004
602 744 7144, Direct Dial
602 744 7110, Fax
602 619 7899, Cell
Email: michael.tucker@FTIConsulting.com