I-40 GATEWAY WEST LOAN
FIRST OMNIBUS OBJECTION

# EXHIBIT A
Single Loan Claims

| Claim | Name | Address | Total Claim Amount | Amount Subject to Objection Because it Relates to an Investment In the I-40 Gateway West Loan |
|---|---|---|---|---|
| **10725-02199** | Coxey Living Trust Dated 12/3/98 | Kenneth D. and Valerie Coxey, Trustees 1945 Hidden Meadows Drive Reno, NV 89502 | $50,733.30 | $50,733.30 |
| **10725-01271** | Wayne Dotson Co., Peter Bogart CEO | 3 Hidden Lake Court Bluffton, SC 29910 | $56,000.00 | $56,000.00 |
| **10725-01072** | Patrick Edward O'Sullivan and Soon Young O'Sullivan | 7328 Gentle Valley Street Las Vegas, NV 89149-1616 | $65,000.00 | $65,000.00 |

236442.1