# I-40 GATEWAY WEST LOAN
# SECOND OMNIBUS OBJECTION

# EXHIBIT A
## Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the I-40 Gateway West Loan |
|---|---|---|---|---|
| 10725-00153 | APG Trust Dated 7/5/00 | c/o Alex G. Gassiot Trustee<br>3710 Clover Way<br>Reno, NV  89509 | $250,260.00 | $25,000.00 |
| 10725-01396 | Cardwell Family Trust | c/o Michael J. Dawson, Esq.<br>515 South Third Street<br>Las Vegas, NV  89101 | $3,229,496.02 | $325,000.00 |
| 10725-01397 | Cardwell Family Trust | c/o Michael J. Dawson, Esq.<br>515 South Third Street<br>Las Vegas, NV  89101 | $3,331,718.07 | $325,000.00 |
| 10725-01401 | Cardwell Family Trust | c/o Michael J Dawson, Esq.<br>515 South Third Street<br>Las Vegas, NV  89101 | $3,226,795.82 | $325,000.00 |
| 10725-01407 | Cardwell Charitable Trust | c/o Michael J. Dawson, Esq.<br>515 South Third Street<br>Las Vegas, NV  89101 | $1,549,493.61 | $250,000.00 |
| 10725-00523 | Dionisio A. and Fiola Fernandes | 4001 Oak Manor Court<br>Hayward, CA  94542-1445 | $244,646.92 | $58,071.84 |
| 10725-00796 | KPT Irrevocable Trust Dated 7/16/99 | c/o Karen Petersen Tyndall Trustee<br>1012 Greystoke Acres Street<br>Las Vegas, NV  89145-8659 | $202,866.38 | $101,433.19 |
| 10725-01194 | KPT Irrevocable Trust Dated 7/16/99 | c/o Karen Petersen Tyndall Trustee<br>1012 Greystoke Acres Street<br>Las Vegas, NV  89145-8659 | $202,866.38 | $101,433.19 |
| 10725-01657 | Kevin Kehl | Janet L. Chubb, Esq.<br>Jones Vargas<br>P.O. Box 281<br>Reno, NV  89504-0281 | $961,017.34 | $150,000.00 |
| 10725-01661 | Christina M. Kehl | Janet L. Chubb, Esq.<br>P.O. Box 281<br>Jones Vargas<br>Reno, NV  89504-0281 | $1,023,023.12 | $100,000.00 |

236443.1