I-40 GATEWAY WEST LOAN
THIRD OMNIBUS OBJECTION

# EXHIBIT A
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the I-40 Gateway West Loan |
|---|---|---|---|---|
| **10725-00839** | Liem Family Trust | c/o Scott D. Fleming, Esq. Hale Lane Peek Dennison & Howard 3930 Howard Hughes Parkway, 4th Floor Las Vegas, NV 89169 | $106,164.59 | $50,000.00 |
| **10725-01280** | Liem Family Trust | c/o Scott D. Fleming Esq. Hale Lane Peek Dennison & Howard 3930 Howard Hughes Parkway, 4th Floor Las Vegas, NV 89169 | $106,164.59 | $50,000.00 |
| **10725-01205** | Randall and Allison Lococo | 3001 San Luis Court Fort Collins, CO 80525 | $100,000.00 | $50,000.00 |
| **10725-02383** | Minter Family 1994 Trust | Douglas and Elizabeth F. Minter Trustees 5389 Conte Drive Carson City, NV 89701 | $622,044.87 | $50,000.00 |
| **10725-02030** | Daniel D. Newman Trust Dated 11/1/92 | Daniel D. Newman Trustee 125 Elysian Drive Sedona, AZ 86336 | $714,018.67 | $70,000.00 |
| **10725-01923** | John E. and Sonhild A. O'Riordan | 2745 Hartwick Pines Drive Henderson, NV 89052-7002 | $1,738,252.26 | $100,000.00 |
| **10725-00795** | Karen Petersen Tyndall Trust Dated 3/9/94 | c/o Karen Petersen Tyndall Trustee 1012 Greystoke Acres Street Las Vegas, NV 89145-8659 | $1,115,915.59 | $228,225.00 |
| **10725-01183** | Karen Petersen Tyndall Trust Dated 3/9/94 | c/o Karen Petersen Tyndall Trustee 1012 Greystoke Acres Street Las Vegas, NV 89145-8659 | $1,115,915.59 | $228,225.00 |
| **10725-00844** | Premiere Holdings Inc Defined Benefit | c/o Scott D. Fleming, Esq. Hale Lane Peek Dennison & Howard 3930 Howard Hughes Parkway, 4th Floor Las Vegas, NV 89169 | $380,000.00 | $50,000.00 |
| **10725-02188** | Richard M. Raker Living Trust Dated 3/18/98 | Richard M. Raker Trustee 982 Shoreline Drive San Mateo, CA 94404 | $262,420.15 | $50,000.00 |

238058.1