I-40 GATEWAY WEST LOAN
FOURTH OMNIBUS OBJECTION

# EXHIBIT A
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the I-40 Gateway West Loan |
|---|---|---|---|---|
| **10725-01878** | Dennis Raggi | P.O. Box 10475<br>Zephyr Cove, NV  89448 | $10,451.54 | unclear |
| **10725-01879** | Dennis Raggi | P.O. Box 10475<br>Zephyr Cove, NV  89448-2475 | $27,304.06 | $13,919.06 |
| **10725-02226** | Dennis Raggi | P.O. Box 10475<br>Zephyr Cove, NV  89448 | $2,442,034.35 | $100,000.00 |
| **10725-02331** | Maury Romonoski | 4429 Peaceful Morning Lane<br>Las Vegas, NV  89129 | $125,000.00 | $50,000.00 |
| **10725-02303** | Chris and Terri Sharp Jt. Ten. | 29276 Whitegate Lane<br>Highland, CA  92346 | $100,000.00 | $50,000.00 |
| **10725-01419** | S&P Davis Limited Partnership | 6816 Citrine Drive<br>Carlsbad, CA  92009 | $419,981.00 | $12,500.00 |
| **10725-01043** | Robert W. Ulm IRA | Pensco Trust Co. Inc. FBO<br>414 Morning Glory Road<br>St. Marys, GA  31558 | Contingent | Contingent |
| **10725-02090** | Robert William Ulm IRA | Pensco Trust Company Custodian<br>414 Morning Glory Road<br>St. Marys, GA  31558 | $707,753.00 | $50,000.00 |
| **10725-01663** | Cynthia Winter | Janet L. Chubb, Esq.<br>Jones Vargas<br>P.O. Box 281<br>Reno, NV  89504-0281 | $866,666.67 | $200,000.00 |

238059.1