# I-40 GATEWAY WEST LOAN
# BURR DECLARATION

## EXHIBIT A

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the I-40 Gateway West Loan |
|---|---|---|---|---|
| **10725-00153** | APG Trust Dated 7/5/00 | c/o Alex G. Gassiot Trustee<br>3710 Clover Way<br>Reno, NV  89509 | $250,260.00 | $25,000.00 |
| **10725-01396** | Cardwell Family Trust | c/o Michael J. Dawson, Esq.<br>515 South Third Street<br>Las Vegas, NV  89101 | $3,229,496.02 | $325,000.00 |
| **10725-01397** | Cardwell Family Trust | c/o Michael J. Dawson, Esq.<br>515 South Third Street<br>Las Vegas, NV  89101 | $3,331,718.07 | $325,000.00 |
| **10725-01401** | Cardwell Family Trust | c/o Michael J Dawson, Esq.<br>515 South Third Street<br>Las Vegas, NV  89101 | $3,226,795.82 | $325,000.00 |
| **10725-01407** | Cardwell Charitable Trust | c/o Michael J. Dawson, Esq.<br>515 South Third Street<br>Las Vegas, NV  89101 | $1,549,493.61 | $250,000.00 |
| **10725-02199** | Coxey Living Trust Dated 12/3/98 | Kenneth D. and Valerie Coxey, Trustees<br>1945 Hidden Meadows Drive<br>Reno, NV  89502 | $50,733.30 | $50,733.30 |
| **10725-01271** | Wayne Dotson Co., Peter Bogart CEO | 3 Hidden Lake Court<br>Bluffton, SC  29910 | $56,000.00 | $56,000.00 |
| **10725-00523** | Dionisio A. and Fiola Fernandes | 4001 Oak Manor Court<br>Hayward, CA  94542-1445 | $244,646.92 | $58,071.84 |
| **10725-00796** | KPT Irrevocable Trust Dated 7/16/99 | c/o Karen Petersen Tyndall Trustee<br>1012 Greystoke Acres Street<br>Las Vegas, NV  89145-8659 | $202,866.38 | $101,433.19 |
| **10725-01194** | KPT Irrevocable Trust Dated 7/16/99 | c/o Karen Petersen Tyndall Trustee<br>1012 Greystoke Acres Street<br>Las Vegas, NV  89145-8659 | $202,866.38 | $101,433.19 |
| **10725-01657** | Kevin Kehl | Janet L. Chubb, Esq.<br>Jones Vargas<br>P.O. Box 281<br>Reno, NV  89504-0281 | $961,017.34 | $150,000.00 |
| **10725-01661** | Christina M. Kehl | Janet L. Chubb, Esq.<br>P.O. Box 281<br>Jones Vargas<br>Reno, NV  89504-0281 | $1,023,023.12 | $100,000.00 |

238054.1

# I-40 GATEWAY WEST LOAN
# BURR DECLARATION

## EXHIBIT A

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the I-40 Gateway West Loan |
|---|---|---|---|---|
| 10725-00839 | Liem Family Trust | c/o Scott D. Fleming, Esq. Hale Lane Peek Dennison & Howard 3930 Howard Hughes Parkway, 4th Floor Las Vegas, NV 89169 | $106,164.59 | $50,000.00 |
| 10725-01280 | Liem Family Trust | c/o Scott D. Fleming Esq. Hale Lane Peek Dennison & Howard 3930 Howard Hughes Parkway, 4th Floor Las Vegas, NV 89169 | $106,164.59 | $50,000.00 |
| 10725-01205 | Randall and Allison Lococo | 3001 San Luis Court Fort Collins, CO 80525 | $100,000.00 | $50,000.00 |
| 10725-02383 | Minter Family 1994 Trust | Douglas and Elizabeth F. Minter Trustees 5389 Conte Drive Carson City, NV 89701 | $622,044.87 | $50,000.00 |
| 10725-02030 | Daniel D. Newman Trust Dated 11/1/92 | c/o Daniel D. Newman Trustee 125 Elysian Drive Sedona, AZ 86336 | $714,018.67 | $70,000.00 |
| 10725-01923 | John E. and Sonhild A. O'Riordan | 2745 Hartwick Pines Drive Henderson, NV 89052-7002 | $1,738,252.26 | $100,000.00 |
| 10725-01072 | Patrick Edward O'Sullivan and Soon Young O'Sullivan | 7328 Gentle Valley Street Las Vegas, NV 89149-1616 | $65,000.00 | $65,000.00 |
| 10725-00795 | Karen Petersen Tyndall Trust Dated 3/9/94 | c/o Karen Petersen Tyndall Trustee 1012 Greystoke Acres Street Las Vegas, NV 89145-8659 | $1,115,915.59 | $228,225.00 |
| 10725-01183 | Karen Petersen Tyndall Trust Dated 3/9/94 | c/o Karen Petersen Tyndall Trustee 1012 Greystoke Acres Street Las Vegas, NV 89145-8659 | $1,115,915.59 | $228,225.00 |
| 10725-00844 | Premiere Holdings Inc Defined Benefit | c/o Scott D. Fleming, Esq. Hale Lane Peek Dennison & Howard 3930 Howard Hughes Parkway, 4th Floor Las Vegas, NV 89169 | $380,000.00 | $50,000.00 |

238054.1

# I-40 GATEWAY WEST LOAN
# BURR DECLARATION

## EXHIBIT A

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the I-40 Gateway West Loan |
|---|---|---|---|---|
| **10725-02188** | Richard M. Raker Living Trust Dated 3/18/98 | Richard M. Raker Trustee 982 Shoreline Drive San Mateo, CA 94404 | $262,420.15 | $50,000.00 |
| **10725-01878** | Dennis Raggi | P.O. Box 10475 Zephyr Cove, NV 89448 | $10,451.54 | unclear |
| **10725-01879** | Dennis Raggi | P.O. Box 10475 Zephyr Cove, NV 89448-2475 | $27,304.06 | $13,919.06 |
| **10725-02226** | Dennis Raggi | P.O. Box 10475 Zephyr Cove, NV 89448 | $2,442,034.35 | $100,000.00 |
| **10725-02331** | Maury Romonoski | 4429 Peaceful Morning Lane Las Vegas, NV 89129 | $125,000.00 | $50,000.00 |
| **10725-02303** | Chris and Terri Sharp Jt. Ten. | 29276 Whitegate Lane Highland, CA 92346 | $100,000.00 | $50,000.00 |
| **10725-01419** | S&P Davis Limited Partnership | 6816 Citrine Drive Carlsbad, CA 92009 | $419,981.00 | $12,500.00 |
| **10725-01043** | Robert W. Ulm IRA | Pensco Trust Co. Inc. FBO 414 Morning Glory Road St. Marys, GA 31558 | Contingent | Contingent |
| **10725-02090** | Robert William Ulm IRA | Pensco Trust Company Custodian 414 Morning Glory Road St. Marys, GA 31558 | $707,753.00 | $50,000.00 |
| **10725-01663** | Cynthia Winter | Janet L. Chubb, Esq. Jones Vargas P.O. Box 281 Reno, NV 89504-0281 | $866,666.67 | $200,000.00 |

3

238054.1