STANDARD PROPERTY LOAN
FIRST OMNIBUS OBJECTION

# EXHIBIT A
Single Loan Claims

| Claim | Name | Address | Total Claim Amount | Amount Subject to Objection Because it Relates to an Investment In the Slade Development Loan |
|---|---|---|---|---|
| 10725-01858 | Broadwalk Investments Limited Partnership | Attn: James R. Bonfiglio 8635 West Sahara Avenue Pmb 220 Las Vegas, NV 89117 | $100,000.00 | $100,000.00 |
| 10725-01402 | Rebba Jo Cardwell | c/o Michael J. Dawson, Esq. 515 South Third Street Las Vegas, NV 89101 | $100,010.00 | $100,010.00 |
| 10725-00670 | Doyle Family Trust Dated 9/23/99 | c/o Patrick J. and Jill M. Doyle Trustees 10770 Osage Road Reno, NV 89506-8516 | $50,000.00 | $50,000.00 |
| 10725-01458 | William and Penny Dupin | 545 Cole Circle Incline Village, NV 89451 | $50,000.00 | $50,000.00 |
| 10725-00665 | Ronald G. Gardner Trust | c/o Ronald G. Gardner Trustee 430 Bavarian Drive Carson City, NV 89705-7010 | $200,000.00 | $200,000.00 |
| 10725-00755 | Diane H. Higgins | 571 Alden Ln Incline Village, NV 89451-8333 | $100,000.00 | $100,000.00 |

236450.1