STANDARD PROPERTY LOAN
SECOND OMNIBUS OBJECTION

# EXHIBIT A
Single Loan Claims

| Claim | Name | Address | Total Claim Amount | Amount Subject to Objection Because it Relates to an Investment In the Slade Development Loan |
|---|---|---|---|---|
| 10725-00084 | John and Patricia Hoglund | 7574 East Green Lake Drive North Seattle, WA  98103 | $50,689.90 | $50,689.90 |
| 10725-01197 | Land Exchange Accommodators | 2775 South Rainbow Boulevard, Suite 150 Las Vegas, NV  89146-5192 | $304,241.10 | $304,241.10 |
| 10725-00789 | C. Nicholas Pereos IRA | 1610 Meadow Wood Lane Reno, NV  89502-6510 | $50,000.00 | $50,000.00 |
| 10725-01617 | James W. Shaw IRA | 14225 Prairie Flower Ct Reno, NV  89511-6710 | $60,000.00 | $60,000.00 |
| 10725-00068 | Bertha M. Strauss | 2099 West Glen Court Reno, NV  89523 | $71,084.16 | $71,084.16 |
| 10725-01831 | Jack S. Tiano Accountancy Corp. | 116 W El Portal   Ste 103 San Clemente, CA  92672 | $53,389.12 | $53,389.12 |
| 10725-02270 | Carol A. Tripp | 2185 Kinney Lane Reno, NV  89511-6553 | $50,736.30 | $50,736.30 |

237629.1