STANDARD PROPERTY LOAN
THIRD OMNIBUS OBJECTION

# EXHIBIT A
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Standard Property Loan |
|---|---|---|---|---|
| **10725-01050** | Brooks Living Trust Dated 6/30/97 | c/o Howard D. and Doreen C. Brooks Trustees<br>1894 US Highway 50 E., Ste. 4-344<br>Carson City, NV 89701-3202 | 300,000.00 | 50,000.00 |
| **10725-02528** | Peter W. and Deidre D. Capone | P.O. Box 1470<br>Gardnerville, NV 89410-1470 | Unspecified | Unspecified |
| **10725-01396** | Cardwell Family Trust | c/o Michael J. Dawson, Esq.<br>515 South Third Street<br>Las Vegas, NV 89101 | 3,229,496.02 | 495,000.00 |
| **10725-01397** | Cardwell Family Trust | c/o Michael J. Dawson, Esq.<br>515 South Third Street<br>Las Vegas, NV 89101 | 3,331,718.07 | 495,000.00 |
| **10725-01401** | Cardwell Family Trust | c/o Michael J. Dawson, Esq.<br>515 South Third Street<br>Las Vegas, NV 89101 | 3,226,795.82 | 495,000.00 |
| **10725-01407** | Cardwell Charitable Trust | c/o Michael J. Dawson, Esq.<br>515 South Third Street<br>Las Vegas, NV 89101 | 1,549,493.61 | 339,000.00 |
| **10725-00523** | Dionisio A. and Fiola Fernandes | 4001 Oak Manor Court<br>Hayward, CA 94542-1445 | 244,646.92 | 58,071.84 |
| **10725-02113** | Charles B. Dunn, IV Trust Dated 8/12/05 | c/o Charles B. Dunn, IV Trustee<br>17042 Norlene Way<br>Grass Valley, CA 95949-7161 | 345,498.04 | 50,000.00 |

236453.1