STANDARD PROPERTY LOAN
FOURTH OMNIBUS OBJECTION

# EXHIBIT A
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Standard Property Loan |
|---|---|---|---|---|
| **10725-01864** | Richard W. Gilmour IRA | c/o First Savings Bank Custodian<br>P.O. Box 1241<br>Camano Island, WA 98292-1241 | 160,697.26 | 50,000.00 |
| **10725-02407** | Dennis E. Hein and Don D. Meyer, Jt Wros | Don D. Meyer<br>3425 East Russell Road, Unit 247<br>Las Vegas, NV 89120 | 126,590.00 | 50,000.00 |
| **10725-02433** | Michaelian Holdings LLC | 413 Canyon Greens Drive<br>Las Vegas, NV 89144-0829 | 1,267,075.50 | 100,000.00 |
| **10725-01691** | Mojave Canyon Inc | Janet L. Chubb, Esq.<br>Jones Vargas<br>P.O. Box 281<br>Reno, NV 89504-0281 | 685,000.00 | 125,000.00 |
| **10725-01208** | Pete Monighetti | 6515 Frankie Lane<br>Prunedale, CA 93907 | 1,509,963.55 | 50,000.00 |
| **10725-02030** | Daniel D. Newman Trust Dated 11/1/92 | c/o Daniel D. Newman Trustee<br>125 Elysian Drive<br>Sedona, AZ 86336 | 714,018.67 | 50,000.00 |
| **10725-02000** | Robert L. Ogren Trust Dated 6/30/92 | Robert L. Orgren Trustee<br>3768 Rick Stratton Drive<br>Las Vegas, NV 89120 | 913,741.57 | 100,000.00 |
| **10725-00844** | Premiere Holdings Inc Defined Benefit | c/o Scott D. Fleming, Esq.<br>Hale Lane Peek Dennison & Howard<br>3930 Howard Hughes Parkway, 4th Floor<br>Las Vegas, NV 89169 | 380,000.00 | 50,000.00 |

237630.1