STANDARD PROPERTY LOAN
FIFTH OMNIBUS OBJECTION

# EXHIBIT A
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Standard Property Loan |
|---|---|---|---|---|
| **10725-02103** | Tripp Enterprises Inc., a Nevada Corp. | Warren W. Tripp<br>250 Greg Street<br>Sparks, NV  89431 | 490,267.92 | 100,000.00 |
| **10725-02104** | Warren W. Tripp | 250 Greg Street<br>Sparks, NV  89431 | 591,701.25 | 100,000.00 |
| **10725-02105** | Tripp Enterprises Inc. Restated Profit Sharing Plan | Warren W. Tripp Trustee<br>250 Greg St.<br>Sparks, NV  89431 | 437,835.06 | 50,000.00 |
| **10725-02106** | T-2 Enterprises LLC | Manager Warren W. Tripp<br>250 Greg Street<br>Sparks, NV  89431 | 405,856.76 | 75,000.00 |
| **10725-02107** | T-3 Enterprises LLC | Manager Warren W. Tripp<br>250 Greg Street<br>Sparks, NV  89431 | 304,220.38 | 50,000.00 |
| **10725-02314** | David C. and Margaret A. Wahl, Jt Ten Wros | P.O. Box 8012<br>Mammoth Lakes, CA  93546 | 201,149.92 | 50,000.00 |
| **10725-02299** | Zawacki, a California LLC | P.O. Box 5156<br>Bear Valley, CA  95223-5156 | 1,500,000.00 | 50,000.00 |

237631.1