STANDARD PROPERTY LOAN
BURR DECLARATION

# EXHIBIT A

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Standard Property Loan |
|---|---|---|---|---|
| **10725-01858** | Broadwalk Investments Limited Partnership | Attn: James R. Bonfiglio 8635 West Sahara Avenue Pmb 220 Las Vegas, NV 89117 | $100,000.00 | $100,000.00 |
| **10725-01050** | Brooks Living Trust Dated 6/30/97 | c/o Howard D. and Doreen C. Brooks Trustees 1894 US Highway 50 E., Ste. 4-344 Carson City, NV 89701-3202 | $300,000.00 | $50,000.00 |
| **10725-02528** | Peter W. and Deidre D. Capone | P.O. Box 1470 Gardnerville, NV 89410-1470 | Unspecified | Unspecified |
| **10725-01396** | Cardwell Family Trust | c/o Michael J. Dawson, Esq. 515 South Third Street Las Vegas, NV 89101 | 3,229,496.02 | $495,000.00 |
| **10725-01397** | Cardwell Family Trust | c/o Michael J. Dawson, Esq. 515 South Third Street Las Vegas, NV 89101 | 3,331,718.07 | $495,000.00 |
| **10725-01401** | Cardwell Family Trust | c/o Michael J. Dawson, Esq. 515 South Third Street Las Vegas, NV 89101 | 3,226,795.82 | $495,000.00 |
| **10725-01402** | Rebba Jo Cardwell | c/o Michael J. Dawson, Esq. 515 South Third Street Las Vegas, NV 89101 | $100,010.00 | $100,010.00 |
| **10725-01407** | Cardwell Charitable Trust | c/o Michael J. Dawson, Esq. 515 South Third Street Las Vegas, NV 89101 | 1,549,493.61 | $339,000.00 |
| **10725-00523** | Dionisio A. and Fiola Fernandes | 4001 Oak Manor Court Hayward, CA 94542-1445 | 244,646.92 | $58,071.84 |
| **10725-00670** | Doyle Family Trust Dated 9/23/99 | c/o Patrick J. and Jill M. Doyle Trustees 10770 Osage Road Reno, NV 89506-8516 | $50,000.00 | $50,000.00 |
| **10725-02113** | Charles B. Dunn, IV Trust Dated 8/12/05 | c/o Charles B. Dunn, IV Trustee 17042 Norlene Way Grass Valley, CA 95949-7161 | 345,498.04 | $50,000.00 |
| **10725-01458** | William and Penny Dupin | 545 Cole Circle Incline Village, NV 89451 | $50,000.00 | $50,000.00 |

237623.1

STANDARD PROPERTY LOAN
BURR DECLARATION

# EXHIBIT A

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Standard Property Loan |
|---|---|---|---|---|
| 10725-00665 | Ronald G. Gardner Trust | c/o Ronald G. Gardner Trustee 430 Bavarian Drive Carson City, NV  89705-7010 | $200,000.00 | $200,000.00 |
| 10725-01864 | Richard W. Gilmour IRA | c/o First Savings Bank Custodian P.O. Box 1241 Camano Island, WA  98292-1241 | $160,697.26 | $50,000.00 |
| 10725-00755 | Diane H. Higgins | 571 Alden Ln Incline Village, NV  89451-8333 | $100,000.00 | $100,000.00 |
| 10725-00084 | John and Patricia Hoglund | 7574 East Green Lake Drive North Seattle, WA  98103 | $50,689.90 | $50,689.90 |
| 10725-01197 | Land Exchange Accommodators | 2775 South Rainbow Boulevard, Suite 150 Las Vegas, NV  89146-5192 | $304,241.10 | $304,241.10 |
| 10725-02407 | Dennis E. Hein and Don D. Meyer, Jt Wros | Don D. Meyer 3425 East Russell Road, Unit 247 Las Vegas, NV  89120 | $126,590.00 | $50,000.00 |
| 10725-02433 | Michaelian Holdings LLC | 413 Canyon Greens Drive Las Vegas, NV  89144-0829 | $1,267,075.50 | $100,000.00 |
| 10725-01691 | Mojave Canyon Inc | Janet L. Chubb, Esq. Jones Vargas P.O. Box 281 Reno, NV 89504-0281 | $685,000.00 | $125,000.00 |
| 10725-01208 | Pete Monighetti | 6515 Frankie Lane Prunedale, CA  93907 | $1,509,963.55 | $50,000.00 |
| 10725-02030 | Daniel D. Newman Trust Dated 11/1/92 | c/o Daniel D. Newman Trustee 125 Elysian Drive Sedona, AZ  86336 | $714,018.67 | $50,000.00 |
| 10725-02000 | Robert L. Ogren Trust Dated 6/30/92 | Robert L. Orgren Trustee 3768 Rick Stratton Drive Las Vegas, NV  89120 | $913,741.57 | $100,000.00 |
| 10725-00789 | C. Nicholas Pereos IRA | 1610 Meadow Wood Lane Reno, NV  89502-6510 | $50,000.00 | $50,000.00 |

STANDARD PROPERTY LOAN
BURR DECLARATION

# EXHIBIT A

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Standard Property Loan |
|---|---|---|---|---|
| **10725-00844** | Premiere Holdings Inc Defined Benefit | c/o Scott D. Fleming, Esq. Hale Lane Peek Dennison & Howard 3930 Howard Hughes Parkway, 4th Floor Las Vegas, NV  89169 | $380,000.00 | $50,000.00 |
| **10725-01617** | James W. Shaw IRA | 14225 Prairie Flower Ct Reno, NV  89511-6710 | $60,000.00 | $60,000.00 |
| **10725-00068** | Bertha M. Strauss | 2099 West Glen Court Reno, NV  89523 | $71,084.16 | $71,084.16 |
| **10725-01831** | Jack S. Tiano Accountancy Corp. | 116 W El Portal   Ste 103 San Clemente, CA  92672 | $53,389.12 | $53,389.12 |
| **10725-02270** | Carol A. Tripp | 2185 Kinney Lane Reno, NV  89511-6553 | $50,736.30 | $50,736.30 |
| **10725-02103** | Tripp Enterprises Inc., a Nevada Corp. | Warren W. Tripp 250 Greg Street Sparks, NV  89431 | $490,267.92 | $100,000.00 |
| **10725-02104** | Warren W. Tripp | 250 Greg Street Sparks, NV  89431 | $591,701.25 | $100,000.00 |
| **10725-02105** | Tripp Enterprises Inc. Restated Profit Sharing Plan | Warren W. Tripp Trustee 250 Greg St. Sparks, NV  89431 | $437,835.06 | $50,000.00 |
| **10725-02106** | T-2 Enterprises LLC | Manager Warren W. Tripp 250 Greg Street Sparks, NV  89431 | $405,856.76 | $75,000.00 |
| **10725-02107** | T-3 Enterprises LLC | Manager Warren W. Tripp 250 Greg Street Sparks, NV  89431 | $304,220.38 | $50,000.00 |
| **10725-02314** | David C. and Margaret A. Wahl, Jt Ten Wros | P.O. Box 8012 Mammoth Lakes, CA  93546 | $201,149.92 | $50,000.00 |
| **10725-02299** | Zawacki, a California LLC | P.O. Box 5156 Bear Valley, CA  95223-5156 | $1,500,000.00 | $50,000.00 |

3