E-Filed On 4/29/08

PET
SCOTT A. MCGATH, ESQ.
OVERTURF MCGATH HULL & DOHERTY, P.C.,
625 E. 16th Ave., #100
Denver, Colorado 80230
telephone number (303) 860-2848
Fax number 303-866-9488.

SUSAN WILLIAMS SCANN, ESQ.
Nevada Bar No. 000776
DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite #300
Las Vegas, Nevada 89101 (702) 382-6911
ROBERT A RUSSELL, UNSER/CENTRALPARTNERS, LLP;
RUSSELL/AD DEVELOPMENT GROUP; INTERSTATE COMMERCE CENTER, LLC;
AD ALBURQUERQUE DEVELOPMENT, LLC

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br><br>Debtor | Case No.  BK-S-06-10725 LBR<br>Case No.  BK-S-06-10726 LBR<br>Case No.  BK-S-06-10727 LBR<br>Case No.  BK-S-06-10728 LBR |
|---|---|
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC.<br><br>Debtor | Case No.  BK-S-06-10729 LBR<br>Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST<br>DEED FUND, LLC.<br><br>Debtor | Date of Hearing:  N/A<br>Time of Hearing: N/A |
| In re:<br>USA CAPITAL FIRST TRUST<br>DEED FUND, LLC.<br><br>Debtor | Affects:<br>☐USA Commercial Mortgage Company<br>■USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐USA Securities, LLC<br>☐USA Realty Advisors, LLC<br>☐All Debtors |
| In re:<br>USA SECURITIES, LLC.<br><br>Debtor | **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT** |

Scott A. McGath, Petitioner, respectfully represents to the Court:

1. That Petitioner resides in Lafayette, Colorado telephone number (303) 860-2848.

2. That Petitioner is an attorney at law and a member of the law firm of Overturf McGath Hull & Doherty, P.C., with offices at 625 E. 16th Ave., #100, Denver, Colorado 80230 telephone number (303) 860-2848.

3. That Petitioner has been retained personally or as a member of the law firm by Robert A. Russell to provide legal representation in connection with the above entitled case now pending before this Court.

4. That since 1985 Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Colorado, where Petitioner practices law.

5. That Petitioner was admitted to practice before the following Courts and that Petitioner is presently a member of good standing of the bars of said Courts.

| **Lists of Courts** | **Date Admitted:** |
|---|---|
| **United States District Courts in Colorado** | **1985** |
| **United States District Courts in Wyoming** | **1985** |
| **United States Circuit Courts of Appeals for the 10th Circuit** | **1999** |
| **State Courts of Wyoming** | **1985** |

6. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below: None.

7. That Petitioner has never been denied admission to the State Bar of Nevada

8. The Petitioner is a member of good standing in the following Bar Associations: Colorado and Wyoming State Bar Associations, and the Denver County Bar Association.

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more that one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| N/A | | | |

10. Petitioner consents to the jurisdiction of the Courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this Court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

///

///

///

///

///

///

///

///

///

///

///

3

That Petitioner prays that Petitioner be admitted to practice before this Court **FOR THE PURPOSES OF THIS CASE ONLY.**

_____
Scott A. McGath

STATE OF COLORADO)
                 )
COUNTY OF DENVER)

Scott A. McGath, Petitioner, being first duly sworn, deposes and states: That the foregoing statements are true.

_____
Scott A. McGath

SUBSCRIBED and SWORN to before me this 5 day of April, 2008.

_____
NOTARY PUBLIC

[Notary Seal: THERESA SANDAHL, NOTARY PUBLIC, STATE OF COLORADO]

My Commission Expires May 20, 2008