E-Filed On 4/29/08

SCOTT A. MCGATH, ESQ.
OVERTURF MCGATH HULL & DOHERTY, P.C.,
625 E. 16th Ave., #100
Denver, Colorado 80230
telephone number (303) 860-2848
Fax number 303-866-9488.

SUSAN WILLIAMS SCANN, ESQ.
Nevada Bar No. 000776
DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite #300
Las Vegas, Nevada 89101 (702) 382-6911
ROBERT A RUSSELL, UNSER/CENTRALPARTNERS, LLP;
RUSSELL/AD DEVELOPMENT GROUP; INTERSTATE COMMERCE CENTER, LLC;
AD ALBURQUERQUE DEVELOPMENT, LLC

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br><br>Debtor | Case No.   BK-S-06-10725 LBR<br>Case No.   BK-S-06-10726 LBR<br>Case No.   BK-S-06-10727 LBR<br>Case No.   BK-S-06-10728 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC.<br><br>Debtor | Case No.   BK-S-06-10729 LBR<br>Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST<br>DEED FUND, LLC.<br><br>Debtor | Date of Hearing:<br>Time of Hearing: |
| In re:<br>USA CAPITAL FIRST TRUST<br>DEED FUND, LLC.<br><br>Debtor | Affects:<br>☐USA Commercial Mortgage Company<br>■USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐USA Securities, LLC<br>☐USA Realty Advisors, LLC<br>☐All Debtors |
| In re:<br>USA SECURITIES, LLC.<br><br>Debtor | **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO** |

The undersigned attorney of record for Robert A. Russell individually and as agent for Unser/Central Partners, LLP; Russell/AD Development Group; Interstate Commerce Center, LLC; and AD Albuquerque Development, LLC, herein has submitted to the Court a "Verified Petition for

C:\Documents and Settings\Candace\Local Settings\Temporary Internet Files\OLK4\Designation of REsident Attorney.wpd

| | |
|---|---|
| In re:<br>USA SECURITIES, LLC.<br><br>                                    Debtor | **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO** |

The undersigned attorney of record for Robert A. Russell individually and as agent for Unser/Central Partners, LLP; Russell/AD Development Group; Interstate Commerce Center, LLC; and AD Albuquerque Development, LLC, herein has submitted to the Court a "Verified Petition for Permission to Practice in this Case Only by Attorney Not Admitted to the Bar of This Court." Pursuant to the requirements of the Local Rules of Practice for this Court, he/she believes it to be in the best interests of the client to designate SUSAN WILLIAMS SCANN, ESQ. of the law firm of DEANER, DEANER, SCANN, MALAN & LARSEN, members of the State Bar of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address of said designated Nevada counsel is:

Susan Williams Scann, Esq.
Nevada Bar No. 0776
DEANER, DEANER, SCANN, MALAN & LARSEN
720 SOUTH FOURTH ST., SUITE 300
LAS VEGAS, NV 89101
702.382.6911/702.366.0854 Fax /E-mail: sscann@deanerlaw.com

By this designation the undersigned attorneys's and party(ies) agree that all documents and other papers issued out of this Court in the above-entitled case may be served on the designated local counsel. Further, said local counsel shall be responsible for providing copies of the same to the co-counsel. Further, this designation constitutes agreement and authorization by the undersigned for the designated local counsel to sign stipulations binding all of us. The time for performing any act under applicable Rule shall run from the date of service on the local counsel.

_____

Scott A. McGath, ESQ.
Attorney for Robert A. Russell

## CONSENT OF DESIGNATED NEVADA COUNSEL

The undersigned hereby consents to serve as associate resident Nevada counsel in this case and agrees that (s)he is responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that (s)he is responsible to transmit copies of all documents and other papers so served to the admitted out-of-state counsel of record and to keep such counsel informed as to the states of the case.

Susan Williams Scann, ESQ.
Nevada Bar No. 0776

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party appoints:

Susan Williams Scann, Esq.
Nevada Bar No. 0776
DEANER, DEANER, SCANN, MALAN & LARSEN
720 SOUTH FOURTH ST., SUITE 300
LAS VEGAS, NV 89101
702.382.6911
702.366.0854 Fax
E-mail: sscann@deanerlaw.com

as his/her/its Designated Resident Nevada Counsel in this case.

Susan Williams Scann, Esq.
Nevada Bar No. 0776
DEANER, DEANER, SCANN, MALAN & LARSEN
720 SOUTH FOURTH ST., SUITE 300
LAS VEGAS, NV 89101
702.382.6911
702.366.0854 Fax
E-mail: sscann@deanerlaw.com

as his/her/its Designated Resident Nevada Counsel in this case.

_____
Robert A. Russell individually

_____
Robert A. Russell, as agent for
Unser/Central Partners, LLP

_____
Robert A. Russell, as agent for Russell/AD
Development Group

_____
Robert A. Russell, as agent for Interstate
Commerce Center, LLC

_____
Robert A. Russell, as agent for AD
Albuquerque Development, LLC

Submitted by

_____
SCOTT A. MCGATH, ESQ.
OVERTURF MCGATH HULL & DOHERTY, P.C.,
625 E. 16th Ave., #100
Denver, Colorado 80230
telephone number (303) 860-2848
Fax number 303-866-9488

-3-

Designation of REsident Attorney (2)