**LEWIS AND ROCA LLP LAWYERS**

E-Filed on 4/30/08

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[1]<br><br>USA SECURITIES, LLC,[2]<br>                                 Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**USACM LIQUIDATING TRUST'S NOTICE OF ERRATA TO ITS SECOND OMNIBUS OBJECTION TO PROOFS OF CLAIM BASED UPON INVESTMENT IN THE I-40 GATEWAY WEST, LLC 2ND LOAN**<br><br>Date of Hearing: May 8, 2008<br>Time of Hearing: 10:30 a.m. |

The USACM Liquidating Trust ("USACM Trust") filed its Second Omnibus Objection to Proofs of Claim Based Upon Investment in the I-40 Gateway West, LLC 2nd Loan on April 4, 2008 (the "Objection") [DE 6130]. When the USACM Trust electronically filed the Objection, it inadvertently omitted Exhibit A, which lists the claims

---

[1] This bankruptcy case was closed on October 12, 2007.

[2] This bankruptcy case was closed on December 26, 2007.

238859.1

to which the USACM Trust objected. USACM Trust did, however, include a copy of Exhibit A with the Objections served on the affected claimants. Also, at the same time the Motion was filed, a Notice of Hearing Regarding Second Omnibus Objection to Proofs of Claim Based Upon Investment in I-40 Gateway West, LLC 2nd Loan [6131] was filed with the Court and served on the affected claimants. Exhibit A was attached to the notice of hearing.

     A copy of the Objection with Exhibit A included is attached hereto. The Objection is set for hearing on May 8, 2008 at 10:30 a.m.

     Dated: April 30, 2008.

LEWIS AND ROCA LLP

By /s/ Rob Charles (#6593)
   Susan M. Freeman, AZ 4199 (*pro hac vice*)
   Rob Charles, NV 6593
   John C. Hinderaker, AZ 18024 (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8320
Facsimile: (702) 949-8321
E-mail: rcharles@lrlaw.com
*Attorneys for the USACM Liquidating Trust*

Copy of the foregoing mailed by first class postage prepaid U.S. Mail on
April 30, 2008 to:

Parties listed on Exhibit A attached.

s/Renee L. Creswell
   Renee L. Creswell
Lewis and Roca LLP

2

238859.1