# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number  06–10725–lbr**
**Chapter 11**

In re: (Name of Debtor)
    USA COMMERCIAL MORTGAGE COMPANY
    fka USA CAPITAL
    4484 SOUTH PECOS ROAD
    LAS VEGAS, NV 89121

### ORDER APPROVING VERIFIED PETITION AND APPOINTMENT OF NEVADA COUNSEL

The Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court and the Designation of Local Counsel and Consent Thereto filed by SCOTT A. MCGATH with the appointment of SUSAN WILLIAMS SCANN as designated Nevada Counsel in this case are approved.

Dated: 5/1/08

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court