# LEWIS
### AND
# ROCA
#### LLP
L A W Y E R S

E-filed on 5/1/08

1

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

2

3

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

4

5

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

6

Attorneys for USACM Liquidating Trust

7

8

## UNITED STATES BANKRUPTCY COURT

9

## DISTRICT OF NEVADA

10

In re:

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR

11

USA Commercial Mortgage Company,

Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR[1]

12

USA Capital Realty Advisors, LLC,

Case No. BK-S-06-10729-LBR[2]

13

USA Capital Diversified Trust Deed Fund, LLC,

CHAPTER 11

14

USA Capital First Trust Deed Fund, LLC,[1]

Jointly Administered Under Case No. BK-S-06-10725 LBR

15

USA Securities, LLC,[2]
              Debtors.

**Notice of Posting to Website**

16

17

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company

18

☐ USA Capital Realty Advisors, LLC

19

☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

20

21

      The USACM Liquidating Trust ("USACM Trust"), posted the following document

22

on the USACM Trust web site (http://usacmcucc.bmcgroup.com) maintained at BMC on

23

April 30, 2008, which has remained on the website since that date:

24

25

[1] This bankruptcy case was closed on October 12, 2007.
[2] This bankruptcy case was closed on December 26, 2007.

26

1931818.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

| | | |
|---|---|---|
| 4/30/2008 | 6280 | Post Confirmation Report/Chapter 11 *USACM Liquidating Trust Quarterly Report for Period Ending March 2008 with Certificate of Service* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST (CHARLES, ROB) Modified on 4/30/2008 to Add with Certificate of Service (Lakas, WM). (Entered: 04/30/2008) |

RESPECTFULLY SUBMITTED on May 1, 2008.

**LEWIS AND ROCA LLP**

By __/s/ RC (#006593)_____
      Susan M. Freeman
      Rob Charles
      *Attorneys for USACM Liquidating Trust*

2

1931818.1