*Electronically filed on*
**May 1, 2008**

**Entered on Docket**
**May 02, 2008**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

..., Ste. 200
Las Vegas, NV ...
(702) 870-6060
Attorneys for Leo G. Mantas and Others

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>**USA COMMERCIAL MORTGAGE COMPANY,**<br>                                                    Debtor. | **Case No. BK-S-06-10725 LBR**<br>**Case No. BK-S-06 10726 LBR**<br>**Case No. BK-S-06 10727 LBR** |
| In re:<br>**USA CAPITAL REALTY ADVISORS, LLC,**<br>                                                    Debtor. | **Case No. BK-S-06-10728 LBR**<br>**Case No. BK-S-06-10729 LBR** |
| In re:<br>**USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,**<br>                                                    Debtor. | **Chapter 11** |
| In re:<br>**USA CAPITAL FIRST TRUST DEED FUND, LLC,**<br>                                                    Debtor. | **Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR** |
| In re:<br>**USA SECURITIES, LLC,**<br>                                                    Debtor. | |
| **Affects:**<br>___   All Debtors<br> _x_  USA Commercial Mortgage Company<br>___   USA Securities, LLC<br>___   USA Capital Realty Advisors, LLC<br>___   USA Capital Diversified Trust Deed Fund, LLC<br>___   USA First Trust Deed Fund, LLC | **ORDER GRANTING MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND REQUEST FOR DISCONTINUATION OF NOTICE AND SPECIAL NOTICE.** |

The Court hereby grants the Motion filed by Erven T. Nelson, Esq. The Clerk of the Court is hereby directed to discontinue notice in these proceedings by removing counsel from the CM/ECF service list and removing counsel from the mailing matrix on all service lists in these proceedings and related adversary proceedings.

**BOLICK & BOYER**
10785 W. Twain Ave., Ste. 200
Las Vegas, NV 89135
(702) 870-6060

**IT IS SO ORDERED.**

Dated: _____

_____
United States Bankruptcy Court Judge

Submitted by:

/s/Erven T. Nelson_____
ERVEN T. NELSON, Esq.
Attorney No. 2332
Bolick & Boyer
10785 West Twain Avenue, Suite 200
Las Vegas, NV  89135

///

**BOLICK & BOYER**
10785 W. Twain Ave., Ste. 200
Las Vegas, NV 89135
(702) 870-6060