MARQUIS HOTEL LOAN
FIRST OMNIBUS OBJECTION

# EXHIBIT A
Single Loan Claims

| Claim | Name | Address | Total Claim Amount | Amount Subject to Objection Because it Relates to an Investment In the Marquis Hotel Loan |
|---|---|---|---|---|
| 10725-01538 | Dunham Trust Company | Re: Fred Kewell IRA 4777 Caughlin Parkway Reno, NV 89519 | $75,000.00 | $75,000.00 |
| 10725-02111 | Donna Dunn Trust Dtd 8/12/05 | c/o Donna Dunn Trustee 17042 Norlene Way Grass Valley, CA 95949-7161 | $50,776.39 | $50,776.39 |
| 10725-01681 | Keeley N. and Nicolas S. Gasparro | 8919 Challis Hill Lane Charlotte, NC 28226-2687 | $57,423.52 | $57,423.52 |
| 10725-00236 | Lynne Keller | 1431 Mallard Drive Carson City, NV 89701 | $58,024.13 | $58,024.13 |
| 10725-01642 | Robert H. and Matthew S. Knobel II | 225 Riverton Road Weddington, NC 28104-6003 | $57,423.52 | $57,423.52 |
| 10725-01706 | Whitney H. Lauren Family Trust Dtd 3/5/98 | c/o Whitney H. Lauren Trustee 2581 Rampart Terrace Reno, NV 89519-8362 | $8,756.95 | $8,756.95 |
| 10725-02255 | Whitney H. Lauren Family Trust Dated 3/5/98 | Whitney H. Lauren Trustee 2581 Rampart Terrace Reno, NV 89519 | $50,776.39 | $50,776.39 |
| 10725-00294 | Gary L. and Virginia L. McDaniel 1991 Living Trust Dtd 5/1/91 | c/o Gary L. and Virginia L. McDaniel Trustees 2100 Lookout Point Circle Las Vegas, NV 89117-5805 | $100,000.00 | $100,000.00 |
| 10725-00706 | Rains Properties LP | Donna M. Osborn, Esq. Marquis & Aurbach 10001 Park Run Drive Las Vegas, NV 89145 | $250,000.00 | $250,000.00 |
| 10725-01757 | Rocklin/Redding LLC | Stephen R. Harris, Esq. Belding Harris & Petroni Ltd. 417 West Plumb Lane Reno, NV 89509 | $800,000.00 | $800,000.00 |

236479.1