MARQUIS HOTEL LOAN
SECOND OMNIBUS OBJECTION

# EXHIBIT A
Single Loan Claims

| Claim | Name | Address | Total Claim Amount | Amount Subject to Objection Because it Relates to an Investment In the Marquis Hotel Loan |
|---|---|---|---|---|
| 10725-01244 | Robert W. and Joan H. Scott Trust Dated 3/22/93 | c/o Robert W. and Joan H. Scott Trustees P.O. Box 33014 Las Vegas, NV 89133-3014 | $51,591.00 | $51,591.00 |
| 10725-00992 | Sterling Tom | 213 Royal Aberdeen Way Las Vegas, NV 89144 | $50,000.00 | $50,000.00 |
| 10725-01171 | Sterling Tom | 213 Royal Aberdeen Way Las Vegas, NV 89144 | $50,000.00 | $50,000.00 |
| 10725-01568 | Earl and Dorothy Wigert 1994 Revocable Trust | c/o Earl Wigert Trustee 3115 Merrill Drive Torrance, CA 90503-7128 | $1,119.44 | $1,119.44 |
| 10725-00544 | Lynn Wilkelis, Jewell Nowak and Dr. Jana Molvaney | P.O. Box 642 Buellton, CA 93427-0642 | $63,000.00 | $63,000.00 |
| 10725-02064 | Neil A. and Josephine E. Xavier | 2506 Libretto Avenue Henderson, NV 89052-6563 | $51,625.00 | $51,625.00 |
| 10725-00290 | Neil A. and Josephine E. Xavier | 2506 Libretto Avenue Henderson, NV 89052 | $50,000.00 | $50,000.00 |
| 10725-01007 | Gregory D. Yonai Trustee | 1982 Country Cove Court Las Vegas, NV 89135-1552 | $55,000.00 | $55,000.00 |

237769.1