LEWIS
AND
ROCA
LLP
L A W Y E R S

E-Filed on 5/2/08

1    3993 Howard Hughes Parkway, Suite 600
     Las Vegas, NV 89169-5996
     Facsimile (702) 949-8321
2    Telephone (702) 949-8320

3    Susan M. Freeman AZ State Bar No. 004199
     Email: sfreeman@lrlaw.com
     Rob Charles NV State Bar No. 006593
     Email: rcharles@lrlaw.com
4    John Hinderaker AZ State Bar No. 018024
     Email: jhinderaker@lrlaw.com

5    Attorneys for USACM Liquidating Trust

6              **UNITED STATES BANKRUPTCY COURT**

7                   **DISTRICT OF NEVADA**

8    In re:                                    Case No. BK-S-06-10725-LBR
                                               Case No. BK-S-06-10726-LBR
9    USA COMMERCIAL MORTGAGE                   Case No. BK-S-06-10727-LBR
     COMPANY,                                  Case No. BK-S-06-10728-LBR[1]
10                                             Case No. BK-S-06-10729-LBR[2]
     USA CAPITAL REALTY ADVISORS,
11   LLC,                                      CHAPTER 11

12   USA CAPITAL DIVERSIFIED TRUST             Jointly Administered Under Case No.
     DEED FUND, LLC,                           BK-S-06-10725 LBR
13
     USA CAPITAL FIRST TRUST DEED              **NOTICE OF HEARING REGARDING
14   FUND, LLC,[1]                             SECOND OMNIBUS OBJECTION OF
                                               USACM TRUST TO PROOFS OF
15   USA SECURITIES, LLC,[2]                   CLAIM BASED UPON
                               Debtors.        INVESTMENT IN THE PALM
                                               SPRINGS MARQUIS HOTEL LOAN;
16                                             AND CERTIFICATE OF SERVICE**
     **Affects:**
17   ☐ All Debtors                             Date of Hearing:  June 9, 2008
     ☒ USA Commercial Mortgage Company        Time of Hearing:  9:30 a.m.
18   ☐ USA Capital Realty Advisors, LLC
     ☐ USA Capital Diversified Trust Deed Fund, LLC
19   ☐ USA Capital First Trust Deed Fund, LLC
     ☐ USA Securities, LLC
20

21        **THE USACM LIQUIDATING TRUST IS OBJECTING TO THE CLAIM**

22   **THAT _YOU_ FILED.  THE USACM TRUST SEEKS TO DISALLOW YOUR**

23   **CLAIM TO THE EXTENT IT IS BASED UPON AN INVESTMENT IN THE**

24   **PALM SPRINGS MARQUIS HOTEL LOAN BECAUSE THE USACM TRUST**

25   ──────────────────
     [1] This bankruptcy case was closed on October 12, 2007.
26   [2] This bankruptcy case was closed on December 26, 2007.

237939.1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

**CONTENDS THAT YOU HAVE BEEN PAID IN FULL FOR YOUR INVESTMENT IN THAT LOAN.  THIS OBJECTION WILL NOT IMPACT YOUR CLAIM TO THE EXTENT IT IS BASED UPON AN INVESTMENT IN A DIFFERENT LOAN.**

<u>**PLEASE DO NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF YOUR CLAIM**</u>**.  QUESTIONS REGARDING THE AMOUNT OF A CLAIM OR THE FILING OF A CLAIM SHOULD BE DIRECTED TO BRANT FYLLING OF SIERRA CONSULTING GROUP, LLC ((602) 424-7009) OR THE UNDERSIGNED COUNSEL.**

**NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust has filed its Second Omnibus Objection to Proofs of Claim Based Upon Investment in the Palm Springs Marquis Hotel Loan (the "Objection").  Your Proof of Claim number and other information regarding your claim is provided in **Exhibit A**, attached.  The USACM Liquidating Trust has requested that this Court enter an order, pursuant to Bankruptcy Code § 502 and Bankruptcy Rule 3007, disallowing your Proof of Claim to the extent it is based upon an investment in the Palm Springs Marquis Hotel Loan.  The Objection will not impact your Claim to the extent it is based upon an investment in a different loan.

**NOTICE IS FURTHER GIVEN** that the hearing on the Objection will be held before the Honorable Linda B. Riegle, United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada, on **June 9, 2008**, at the hour of **9:30 a.m.**

**NOTICE IS FURTHER GIVEN THAT THE HEARING SET ON JUNE 9, 2008, WILL BE HELD FOR THE PURPOSE OF STATUS CHECKS AND SCHEDULING EVIDENTIARY HEARINGS ONLY.  NO ARGUMENTS WILL BE HEARD ON THAT DATE.**

237939.1

**NOTICE IS FURTHER GIVEN** that any response to the Objection must be filed by June 2, 2008 pursuant to Local Rule 3007(b), which states:

> If an objection to a claim is opposed, a written response must be filed and served on the objecting party at least 5 business days before the scheduled hearing. A response is deemed sufficient if it states that written documentation in support of the proof of claim has already been provided to the objecting party and that the documentation will be provided at any evidentiary hearing or trial on the matter.

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the Court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The Court may *refuse to allow you to speak* at the scheduled hearing; and
> - The Court may *rule against you* and sustain the objection without formally calling the matter at the hearing.

Dated: May 2, 2008.

LEWIS AND ROCA LLP

By /s/  Rob Charles (#6593)
   Susan M. Freeman, AZ 4199 (*pro hac vice*)
   Rob Charles, NV 6593
   John C. Hinderaker, AZ 18024 (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321
E-mail:  rcharles@lrlaw.com
*Attorneys for the USACM Liquidating Trust*

Copy of the foregoing mailed by first class postage prepaid U.S. Mail on May 2, 2008 to:

Parties listed on Exhibit A attached.

s/Renee L. Creswell
   Renee L. Creswell
Lewis and Roca LLP

237939.1