MARQUIS HOTEL LOAN
THIRD OMNIBUS OBJECTION

# EXHIBIT A
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marquis Hotel Loan |
|---|---|---|---|---|
| 10725-02445 | Ruth Acosta Wara LP | 2546 General Armistead Avenue Norristown, PA 19403 | $56,467.05 | Unclear |
| 10725-00810 | Ellen B. Adams | c/o Scott D. Fleming, Esq. Hale Lane Peek Dennison & Howard 3930 Howard Hughes Parkway, 4th Floor Las Vegas, NV 89169 | Unclear | Unclear |
| 10725-02207 | Daniel Barcia | 1600 Picket Court Reno, NV 89521 | $225,000.00 | $50,000.00 |
| 10725-02397 | William A. and Angel J. Banos | 7431 Dorie Drive West Hills, CA 91307-5277 | $564,000.00 | $83,000.00 |
| 10725-01227 | Nancy Brauer | 2222 Albion Street Denver, CO 80207 | $75,000.00 | $50,000.00 |
| 10725-00546 | Roger Bryan | Roger Marvin and Ann T. Bryan Family Trust Dated 8/19/92 1644 North Palo Verde Drive St. George, UT 84770 | $100,000.00 | $50,000.00 |
| 10725-02146 | Casebolt Revocable Trust Dated 2/30/94 | Josephine Casebolt Trustee 201 Ada Avenue, Apt. 46 Mountain View, CA 94043-4943 | $126,094.38 | $50,000.00 |
| 10725-02190 | Colborn Revocable Living Trust Dated 8/6/90 | Larry E. and Loretta A. Colborn Ttees 1127 Broken Wagon Trail Dewey, AZ 86327 | $244,204.06 | $50,000.00 |
| 10725-02038 | Collins Family Trust Dated 1/29/93 | c/o Shirley M. Collins Trustee 1975 Snowberry Court Carlsbad, CA 92009-8408 | $880,190.24 | $50,000.00 |

236493.1

MARQUIS HOTEL LOAN
THIRD OMNIBUS OBJECTION

# EXHIBIT A
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marquis Hotel Loan |
|---|---|---|---|---|
| **10725-01892** | Dalton Trust Dated 1/7/94 | c/o Bert A. Stevenson Trustee 500 North Estrella Parkway, Suite B2-405 Goodyear, AZ  85338-4135 | Unclear | Unclear |