MARQUIS HOTEL LOAN
FOURTH OMNIBUS OBJECTION

# EXHIBIT A
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marquis Hotel Loan |
|---|---|---|---|---|
| 10725-02063 | James D. and Ann R. Dery | Husband and Wife 10 Longmeadow Lane Beachwood, OH 44122 | $1,396,673.86 | $100,000.00 |
| 10726-00067[1] | D. Joseph Doucet | Trustee of Doucet Trust 3301 Skyline Boulevard Reno, NV 89509-6604 | $502,335.71 | $45,000.00 |
| 10725-01502 | Panagiotis Dovanidis and Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens, 16675 Greece | $50,000.00 | Unclear |
| 10725-01503 | Panagiotis Dovanidis and Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens, 16675 Greece | $50,000.00 | Unclear |
| 10725-01504 | Panagiotis Dovanidis and Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens, 16675 Greece | $50,000.00 | Unclear |
| 10725-01505 | Panagiotis Dovanidis and Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens, 16675 Greece | $50,000.00 | Unclear |
| 10725-01506 | Panagiotis Dovanidis and Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens, 16675 Greece | $50,000.00 | Unclear |
| 10725-01509 | Panagiotis Dovanidis and Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens, 16675 Greece | $50,000.00 | Unclear |
| 10725-01510 | Panagiotis Dovanidis and Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens, 16675 Greece | $50,000.00 | Unclear |
| 10725-01027 | Ernest W. and Eva M. Downing | 811 NE 157th Avenue Portland, OR 97230-5428 | $150,000.00 | $50,000.00 |

---

[1] Although this claim was filed in Case No. 10726, it was clearly intended to be a claim against USA Commercial Mortgage and so we are treating it as such.

237776.1