MARQUIS HOTEL LOAN
FIFTH OMNIBUS OBJECTION

# EXHIBIT A
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marquis Hotel Loan |
|---|---|---|---|---|
| **10725-02113** | Charles B. Dunn IV Trust Dated 8/12/05 | c/o Charles B. Dunn IV Trustee<br>17042 Norlene Way<br>Grass Valley, CA 95949-7161 | $345,498.04 | $50,000.00 |
| **10725-02382** | Essaff Family Trust Dated 6/18/02 | Robert and Cindy H. Essaff Trustees<br>2860 Heybourne Road<br>Minden, NV 89423 | $1,599,184.01 | $100,000.00 |
| **10725-00790** | Finnman Family Trust Dated 4/4/94 | Martha Ann Lutz Successor Ttee<br>2712 Eastern Parkway<br>Winterpark, FL 32789 | $350,000.00 | $100,000.00 |
| **10725-00578** | M. Evelyn Fisher Revocable Trust Dated 11/7/05 | c/o M. Evelyn Fisher and/or Successor(s) In Trust<br>12051 S. Cherokee Lane<br>Tucson, AZ 85736-1317 | $157,685.77 | $54,928.52 |
| **10725-02467** | Foxcroft Living Trust Dtd 1/10/02 | Fred J. and Roberta Foxcroft Ttees<br>P.O. Box 362<br>Carnelian Bay, CA 96140-0362 | $553,778.99 | $95,000.00 |
| **10725-00418** | Foxcroft Living Trust Dated 1/10/02 | Fred J. and Roberta Foxcroft Trustees<br>P.O. Box 362<br>Carnelian Bay, CA 96140-0362 | $553,778.99 | $95,000.00 |
| **10725-02277** | Gale Gladstone-Katz Revocable Trust | Gale Gladstone-Katz Trustee<br>1320 North Street, #29<br>Santa Rosa Ca 95404 | $677,059.05 | $50,000.00 |
| **10725-01971** | James Paul Goode | 95-977 Ukuwai St., Unit 3601<br>Mililani, HI 96789 | $708,761.49 | $50,000.00 |
| **10725-00373** | Hansen Family Trust Dated 6/6/89 | Kenneth L. and Donna J. Hansen Trustees<br>13287 Rattlesnake Rd.<br>Grass Valley, CA 95945-8814 | $260,000.00 | $50,000.00 |

237778.1

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marquis Hotel Loan |
|---|---|---|---|---|
| **10725-02187** | Melvin J. and Evelyn A. Ives Bypass Trust Dated 1/6/93 | Evelyn A. Ives Trustee 220 First Street, #3 Seal Beach, CA  90740 | $447,246.00 | $200,000.00 |

237778.1