MARQUIS HOTEL LOAN
SIXTH OMNIBUS OBJECTION

# EXHIBIT A
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marquis Hotel Loan |
|---|---|---|---|---|
| 10725-01631 | Janet P. Johnson Living Trust Dated 7/15/04 | Charles and Janet Johnson Trustees 17 Front Street Palm Coast, FL 32137-1453 | $550,000.00 | $50,000.00 |
| 10725-02117 | Janet P. Johnson Living Trust Dated 7/15/04 | Janet P. and Charles E. Johnson Trustees 17 Front Street Palm Coast, FL  32137 | $468,301.91 | $50,000.00 |
| 10725-02057 | Lindsey H. Kesler Jr IRA | First Savings Bank Custodian 4847 Damon Circle Salt Lake City, UT 84117 | $258,784.59 | $50,000.00 |
| 10725-01297 | Norman Kiven | Andrew J. Abrams, Esq. Sugar Friedberg & Felsenthal LLP 30 North LaSalle Street, Suite 3000 Chicago, IL  60602 | $1,040,000.00 | Unclear |
| 10725-01300 | Norman Kiven | Andrew J. Abrams, Esq. Sugar Friedberg & Felsenthal LLP 30 North LaSalle Street, Suite 3000 Chicago, IL  60602 | $48,248.00 | Unclear |
| 10725-01478 | Norman Kiven | Andrew J. Abrams, Esq. Sugar Friedberg & Felsenthal LLP 30 North LaSalle Street, Suite 3000 Chicago, IL  60602 | $48,248.00 | Unclear |
| 10725-02480 | Kwiatkowski Revocable Trust Dated 12/17/04 | c/o Paul L. Kwiatkowski and Colita Jo Kwiatkowski T 15380 Hamilton Street Omaha, NE 68154-3714 | $92,386.76 | $61,467.00 |

237782.1

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marquis Hotel Loan |
|---|---|---|---|---|
| 10725-00604 | Chester R. McDowell | 2715 E East Avenue Q-6 Palmdale, CA  93550-4147 | $527,702.18 | $100,000.00 |
| 10725-01843 | M. Craig Medhoff Trustee of M. Craig Medhoff Family Trust | 7815 Rush Rose Road, s219 Carlsbad, CA  92009 | $25,000.00 | $12,500.00 |
| 10725-02433 | Michaelian Holdings LLC | 413 Canyon Greens Drive Las Vegas, NV 89144-0829 | $1,267,075.50 | $100,000.00 |

237782.1