MARQUIS HOTEL LOAN
SEVENTH OMNIBUS OBJECTION

# EXHIBIT A
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marquis Hotel Loan |
|---|---|---|---|---|
| **10725-01208** | Pete Monighetti | 6515 Frankie Lane Prunedale, CA  93907 | $1,509,963.55 | $50,000.00 |
| **10725-02353** | Musso Living Trust Dtd 11/30/92 | Walter and Barbara Musso Trustees P.O. Box 2566 Avila Beach, CA 93424 | $623,004.79 | $65,000.00 |
| **10725-01721** | Peele Spousal Trust Dated 2/10/87 | c/o Jennefer C. Peele Trustee 2581 Rampart Terrace Reno, NV  89519-8362 | $12,959.78 | $8,756.95 |
| **10725-02254** | Peele Spousal Trust Dated 2/10/87 | Jennefer C. Peele Trustee 2581 Rampart Terrace Reno, NV  89519 | $253,712.01 | $50,000.00 |
| **10725-00245** | Robert H. and Lynn R. Perlman Trust Dated 9/17/92 | c/o Robert H. and Lynn R. Perlman Trustees 2877 Paradise Road, Unit 3501 Las Vegas, NV 89109-5278 | $1,187,000.00 | $50,000.00 |
| **10725-00863** | Rocklin/Redding LLC | Stephen R. Harris, Esq. Belding Harris & Petroni Ltd. 417 West Plumb Lane Reno, NV  89509 | $2,000,000.00 | Unclear |
| **10725-02071** | Robert R. Rodriguez | 5748 Newberry Point Drive Flowery Branch, GA 30542 | $329,977.39 | $50,000.00 |
| **10725-02326** | L. Earle Romak IRA | First Savings Bank Custodian L. Earle Romak IRA P.O. Box 6185 Incline Village, NV 89450 | $1,000,000.00 | $350,000.00 |
| **10725-00274** | Daniel and Virginia Salerno Family Trust Dated 8/9/89 | Daniel N. and Virginia P. Salerno Trutees P.O. Box 7869 Incline Village, NV 89452-7869 | $212,026.22 | $57,272.44 |

237804.1

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marquis Hotel Loan |
|---|---|---|---|---|
| 10725-00981 | Sterling Tom | 213 Royal Aberdeen Way<br>Las Vegas, NV  89134 | $150,000.00 | $50,000.00 |