MARQUIS HOTEL LOAN
EIGHTH OMNIBUS OBJECTION

# EXHIBIT A
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marquis Hotel Loan |
|---|---|---|---|---|
| **10725-00991** | Sterling Tom | 213 Royal Aberdeen Way<br>Las Vegas, NV  89144 | $150,000.00 | $50,000.00 |
| **10725-01894** | Bert Stevenson | 500 North Estrella Parkway, Suite B2-405<br>Goodyear, AZ  85338 | $1,101,205.82 | $554,166.70 |
| **10725-00271** | Cary and Carol Tuch | 11445 Gerald Avenue<br>Granada Hills, CA  91344-3623 | $100,000.00 | $50,000.00 |
| **10725-02211** | Ronda L. Threlfall | 240 Lilac Drive<br>El Cajon, CA  92921-4034 | $202,806.94 | $50,000.00 |
| **10725-02163** | Marietta Voglis | 333 Allen Parkway, Unit 1103<br>Houston, TX  77019 | $724,292.85 | $50,000.00 |
| **10725-00719** | Gregory D. Yonai Trustee | 1982 Country Cove Court<br>Las Vegas, NV  89135-1552 | $22,896.16 | $8,756.95 |
| **10725-00983** | Gregory D. Yonai Trustee | 1982 Country Cove Court<br>Las Vegas, NV  89135-1552 | $22,896.16 | $8,756.95 |
| **10725-02032** | Ruth Zimmerman and Moshe Kirsh Jtwros | 15721 Milbank Street<br>Encino, CA  91436 | $122,155.97 | $50,000.00 |
| **10725-02033** | Ruth Zimmerman and Moshe Kirsh Jtwros | 15721 Milbank Street<br>Encino, CA  91436 | $122,155.97 | $50,000.00 |

237805.1