1

2    **Entered on Docket**
     **May 02, 2008**

3    _____
     **Hon. Linda B. Riegle**
     **United States Bankruptcy Judge**

4

5

6    **LEWIS AND ROCA LLP**
     3993 Howard Hughes Parkway, Suite 600          Facsimile (702) 949-8321
7    Las Vegas, NV 89169-5996                       Telephone (702) 949-8320
     Susan M. Freeman AZ State Bar No. 004199        Email: sfreeman@lrlaw.com
     Rob Charles NV State Bar No. 006593             Email: rcharles@lrlaw.com
8    John Hinderaker AZ State Bar No. 018024         Email: jhindera@lrlaw.com
     *Attorneys for USACM Liquidating Trust*

9
                    **UNITED STATES BANKRUPTCY COURT**
10                       **DISTRICT OF NEVADA**

11   In re:                                          Case No. BK-S-06-10725-LBR
                                                      Case No. BK-S-06-10726-LBR
12   USA COMMERCIAL MORTGAGE                          Case No. BK-S-06-10727-LBR
     COMPANY,                                         Case No. BK-S-06-10728-LBR[1]
13                                                    Case No. BK-S-06-10729-LBR[2]
     USA CAPITAL REALTY ADVISORS, LLC,
14                                                    Chapter 11 Cases
     USA CAPITAL DIVERSIFIED TRUST DEED
15   FUND, LLC,                                       Jointly Administered Under Case No. BK-S-
                                                      06-10725 LBR
16   USA CAPITAL FIRST TRUST DEED FUND,
     LLC,[1]                                          **ORDER GRANTING MOTION TO**
17                                                    **CONSOLIDATE**
     USA SECURITIES, LLC,[2]
18                                                    Hearing Date:  April 17, 2008
                                      Debtors.        Hearing Time:  10:30 a.m.
19

20        Pending before the Court is the USACM Liquidating Trust's (USACM Trust)

21   Motion to Consolidate [DE 5991].  The Motion came before the Court for oral argument

22   on April 17, 2008.

23        The Motion seeks to consolidate the proceedings related to the USACM Trust's

24   Amended Objection to Claim No. 10725-01366 filed by Los Valles Land & Golf, LLC

25

26   _____
     [1] This bankruptcy case was closed on October 12, 2007.
     [2] This bankruptcy case was closed on December 26, 2007.

238407.1

("Los Valles") [DE 4820] with Adversary Case No. 08-01058 filed by the USACM Trust

against Los Valles and Dan S. Palmer, Jr.

Having considered the briefing provided by the parties and the oral arguments,

IT IS ORDERED that the Motion to Consolidate [DE 5991] is hereby granted.  All

further filings related to the USACM Trust's Amended Objection to Claim No. 10725-

01366 will be filed in Adversary Case No. 08-01058.

# # #

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**


By:   /s/ RC (#0006593)
        Susan M. Freeman
        Rob Charles
        John Hinderaker
*Attorneys for USACM Liquidating Trust*



APPROVED AS TO FORM AND CONTENT:

**AKIN GUMP STRAUSS HAUER & FELD LLP**


By:   /s/ Bruce Jacobs
        Bruce Jacobs
2029 Century Park East, Suite 2400
Los Angeles, CA
Tel: 310-229-1000
Email: bjacobs@akingump.com
*Attorneys for Los Valles Land & Golf LLC*

238407.1

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐      The Court waived the requirements of approval under LR 9021.

☐      No parties appeared or filed written objections, and there is no trustee appointed in the case.

☐      No opposition was filed to the motion and no other party or counsel appeared at the hearing.

☒      I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing, and any trustee appointed in the case, and each has approved or disapproved the order, or failed to respond, as indicated below:

**LEWIS AND ROCA LLP**

By:   /s/ RC (#0006593)
       Susan M. Freeman
       Rob Charles
       John Hinderaker
*Attorneys for USACM Liquidating Trust*

238407.1