E-Filed On __5|2|08__

1  **REPLY**
   **SUSAN WILLIAMS SCANN, ESQ.**
2  **Nevada Bar No. 000776**
   **PAUL R. CONNAGHAN, ESQ.**
3  **Nevada Bar No. 003229**
   **DEANER, DEANER, SCANN, MALAN & LARSEN**
4  **720 South Fourth Street, Suite #300**
   **Las Vegas, Nevada  89101 (702) 382-6911**
5  **ROBERT A RUSSELL, UNSER/CENTRALPARTNERS, LLP;**
   **RUSSELL/AD DEVELOPMENT GROUP; INTERSTATE COMMERCE CENTER, LLC;**
6  **AD ALBURQUERQUE DEVELOPMENT, LLC**

7                    UNITED STATES BANKRUPTCY COURT
                       FOR THE DISTRICT OF NEVADA
8

| 9 | In re:<br>USA COMMERCIAL MORTGAGE COMPANY | Case No.   BK-S-06-10725 LBR<br>Case No.   BK-S-06-10726 LBR |
|---|---|---|
| 10 | | Case No.   BK-S-06-10727 LBR<br>Case No.   BK-S-06-10728 LBR |
| 11 | Debtor | |
| 12 | In re:<br>USA CAPITAL REALTY ADVISORS, LLC. | Case No.   BK-S-06-10729 LBR<br>Chapter 11<br>Jointly Administered Under |
| 13 | Debtor | Case No. BK-S-06-10725 LBR |
| 14 | In re:<br>USA CAPITAL DIVERSIFIED TRUST | |
| 15 | DEED FUND, LLC. | Date of Hearing:  5|8|08<br>Time of Hearing:  10:30 a.m. |
| 16 | Debtor | |
| 17 | In re:<br>USA CAPITAL FIRST TRUST | Affects:<br>☐USA Commercial Mortgage Company |
| 18 | DEED FUND, LLC. | ■USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC |
| 19 | Debtor | ☐USA Securities, LLC<br>☐USA Realty Advisors, LLC |
| 20 | | ☐All Debtors |
| 21 | In re:<br>USA SECURITIES, LLC. | |
| 22 | Debtor | |
| 23 | | |

24           **REPLY TO RESPONSE TO OBJECTION TO NOTICES OF 2004 EXAMINATIONS,**
25        **MOTION TO QUASH SUBPOENAS AND OR FOR PROTECTIVE ORDER AND**
              **MOTION FOR LIMITATION OF RULE 2004 EXAMINATIONS**
26

27         COMES NOW, ROBERT A. RUSSELL ("Mr. Russell"), individually and as agent for

28  UNSER/CENTRAL PARTNERS, LLP; RUSSELL/AD DEVELOPMENT GROUP; INTERSTATE

COMMERCE CENTER, LLC; AD ALBUQUERQUE DEVELOPMENT, LLC; by and through his/their attorney(s), SUSAN WILLIAMS SCANN, ESQ. of the law firm of DEANER, DEANER, SCANN, MALAN & LARSEN and SCOTT A. McGATH, ESQ. of the law firm of OVERTURF MCGATH HULL & DOHERTY, PC, and hereby file this Reply to Response of USA Capital Diversified Trust Deed Fund, LLC ("Diversified") [Docket No. 6255] on this issue, as follows:

1.      In its response to the motion to quash, Diversified acknowledges that the proper purpose of a Rule 2004 exam and corresponding document subpoenas is to "to assist the trustee in revealing the nature and extend of the estate, and to discover assets of the debtor which may have been intentionally or unintentionally concealed." *In re Bennett Funding Group, Inc.,* 203 B.R. 24, 28 (Bankr. N.D.N.Y. 1996). (See, Diversified Response, at p.4).

2.      As set forth both in Russell's Motion to Quash, and Diversified's Response, there is no question that the potential asset (or assets) of the estate in question is a promissory note and the corresponding guarantee. As this asset has been readily identified and discussed, it cannot be fairly said to have been in anyway concealed, either intentionally or unintentionally. While this asset may be a contingent asset, it certainly can be readily identified - not only by the trustee, but also by Diversified. Therefore, an appropriate rationale for the proposed Rule 2004 exams does not exist.

3.      Diversified does not offer in its response, the specific factual basis for the proffered Rule 2004 exam of Mr. Russell, let alone attempt to legitimize the breadth of the scope of its document subpoenas.

4.      Instead of explaining the factual basis supporting the need for the 2004 exams Diversified recounts a history of discussions with Mr. Russell in which Mr. Russell had apparently agreed to produce certain documents to Diversified. The mere fact that Mr. Russell had voluntarily agreed to produce certain documents that he now realizes Diversified was not legally entitled to obtain, does not justify Diversified's efforts to use Rule 2004 to circumvent the procedural protections available under the Rules of Civil Procedure.

5.      In fact, almost immediately after Russell filed his Motion to Quash, another Debtor in this case, USA Commercial Mortgage Company, instituted an adversary action against Mr. Russell. On

or about April 28, 2008, when counsel for Russell (Scott A. McGath, ESQ.) Spoke with Diversified's

counsel (Marc A. Levinson, ESQ.) About whether Diversified would agree to a confidentiality order

with respect to any information Mr. Russell might voluntarily produce, counsel for Diversified indicated

that Diversified would not agree to such a confidentiality order.  This highlights the need for the

protection sought by Mr. Russell through this Motion and the need for confidentiality should this Court

grant any part of Diversified's requests.  (See Adversary No. 08-01119-LBR).

DATED this 2th day of _May_, 2008

Respectfully Submitted,

DEANER, DEANER, SCANN,
MALAN and LARSEN

By: _____
SUSAN WILLIAMS SCANN, ESQ.
Nevada Bar No. 000776
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Attorneys for ROBERT A RUSSELL, individually and
as agent for UNSER/CENTRAL PARTNERS, LLP;
RUSSELL/AD DEVELOPMENT GROUP;
INTERSTATE COMMERCE CENTER, LLC; AD
ALBURQUERQUE DEVELOPMENT, LLC,

F:\OFFICE\CLIENTS\Robert Russell Entities\Robert A. Russell\Reply to Response to Objection.wpd

CERTIFICATE OF MAILING

I hereby certify that on the 2th day of May, 2008, I served the foregoing REPLY TO

RESPONSE TO OBJECTION TO NOTICES OF 2004 EXAMINATIONS, MOTION TO QUASH

SUBPOENAS AND OR FOR PROTECTIVE ORDER AND MOTION FOR LIMITATION OF

RULE 2004 EXAMINATIONS by depositing copies of the same in the United States mails, postage

prepaid, addressed to the following:

Robert Kinas, ESQ.
Claire Y. Dossier, ESQ.
Snell & Wilmer LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Attorneys for USA Capital Diversified Trust
Deed Fund, LLC

Marc A Levinson
Jeffery D. Hermann
Orrick, Herringtron & Sutcliffe LLP
400 Capital Mall, Suite 3000
Sacramento, CA 95814-4497
Attorneys for USA Capital Diversified Trust
Deed Fund, LLC

Office of the U.S. Trustee
600 Las Vegas Blvd., South,
Ste. 4300
Las Vegas, NV  89101

USA Commercial Mortgage
4484 S. Pecos Road
Las Vegas, NV 89121

Lenard Schwartzer, ESQ.
Schwartzer & McPherson Law Firm
2850 S. Jones Blvd., #1
Las Vegas, NV 89146
Attorney for Debtor

Annette W. Jarvis, ESQ.
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Ste., 1400
P. O. Box 45385
Salt Lake City, UT 84145-0385

An Employee of DEANER, DEANER,
SCANN, MALAN & LARSEN

F:\OFFICE\CLIENTS\Robert Russell Entities\Robert A. Russell\Reply to Response to Objection.wpd