# EXHIBIT 1

**Entered on Docket**
**May 02, 2008**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

---

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Susan M. Freeman AZ State Bar No. 004199
Rob Charles NV State Bar No. 006593
John Hinderaker AZ State Bar No. 018024
*Attorneys for USACM Liquidating Trust*

Facsimile (702) 949-8321
Telephone (702) 949-8320
Email: sfreeman@lrlaw.com
Email: rcharles@lrlaw.com
Email: jhindera@lrlaw.com

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[1]<br><br>USA SECURITIES, LLC,[2]<br><br>Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>Chapter 11 Cases<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**ORDER GRANTING MOTION TO CONSOLIDATE**<br><br>Hearing Date: April 17, 2008<br>Hearing Time: 10:30 a.m. |

Pending before the Court is the USACM Liquidating Trust's (USACM Trust) Motion to Consolidate [DE 5991]. The Motion came before the Court for oral argument on April 17, 2008.

The Motion seeks to consolidate the proceedings related to the USACM Trust's Amended Objection to Claim No. 10725-01366 filed by Los Valles Land & Golf, LLC

---

[1] This bankruptcy case was closed on October 12, 2007.
[2] This bankruptcy case was closed on December 26, 2007.

238407.1

("Los Valles") [DE 4820] with Adversary Case No. 08-01058 filed by the USACM Trust against Los Valles and Dan S. Palmer, Jr.

Having considered the briefing provided by the parties and the oral arguments,

IT IS ORDERED that the Motion to Consolidate [DE 5991] is hereby granted. All further filings related to the USACM Trust's Amended Objection to Claim No. 10725-01366 will be filed in Adversary Case No. 08-01058.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
    John Hinderaker
*Attorneys for USACM Liquidating Trust*

APPROVED AS TO FORM AND CONTENT:

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By: /s/ Bruce Jacobs
    Bruce Jacobs
2029 Century Park East, Suite 2400
Los Angeles, CA
Tel: 310-229-1000
Email: bjacobs@akingump.com
*Attorneys for Los Valles Land & Golf LLC*

238407.1

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of approval under LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in the case.

☐ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

☒ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing, and any trustee appointed in the case, and each has approved or disapproved the order, or failed to respond, as indicated below:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
Susan M. Freeman
Rob Charles
John Hinderaker
*Attorneys for USACM Liquidating Trust*