NOEJ
SUSAN WILLIAMS SCANN, ESQ.
Nevada Bar No. 000776
PAUL R. CONNAGHAN, ESQ.
Nevada Bar No. 003229
DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite #300
Las Vegas, Nevada 89101 (702) 382-6911
ROBERT A RUSSELL, UNSER/CENTRALPARTNERS, LLP;
RUSSELL/AD DEVELOPMENT GROUP; INTERSTATE COMMERCE CENTER, LLC;
AD ALBURQUERQUE DEVELOPMENT, LLC

E-FILED: 5/6/08

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY<br>Debtor | Case No.  BK-S-06-10725 LBR<br>Case No.  BK-S-06-10726 LBR<br>Case No.  BK-S-06-10727 LBR<br>Case No.  BK-S-06-10728 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC.<br>Debtor | Case No.  BK-S-06-10729 LBR<br>Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.<br>Debtor | Date of Hearing:<br>Time of Hearing: |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC.<br>Debtor | Affects:<br>☐ USA Commercial Mortgage Company<br>■ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC<br>☐ USA Realty Advisors, LLC<br>☐ All Debtors |
| In re:<br>USA SECURITIES, LLC.<br>Debtor | |

**NOTICE OF ENTRY OF ORDER APPROVING VERIFIED PETITION
AND APPOINTMENT OF NEVADA COUNSEL**

PLEASE TAKE NOTICE that on the 1st day of May, 2008, the Order Granting Approving Verified Petition and Appointment of Nevada Counsel was entered upon the above

1  entitled Court's docket. A copy of said Order is attached hereto.
2       DATED this 7th day of May, 2008.

3                                   DEANER, DEANER, SCANN,
                                    MALAN and LARSEN
4
5                          By:  _____
                                    SUSAN WILLIAMS SCANN, ESQ.
6                                   Nevada Bar No. 000776
                                    720 South Fourth Street, Suite 300
7                                   Las Vegas, Nevada 89101
                                    Attorneys for ROBERT A RUSSELL,
8                                   UNSER/CENTRALPARTNERS, LLP;
                                    RUSSELL/AD DEVELOPMENT GROUP;
9                                   INTERSTATE COMMERCE CENTER, LLC;
                                    AD ALBURQUERQUE DEVELOPMENT, LLC

2

## **CERTIFICATE OF MAILING**

I hereby certify that on the ____6____ th day of May, 2008, I served the foregoing NOTICE OF ENTRY OF ORDER APPROVING VERIFIED PETITION AND APPOINTMENT OF NEVADA COUNSEL , PETITION AND APPOINTMENT OF NEVADA COUNSEL by depositing copies of the same in the United States mails, postage prepaid, addressed to the following:

Robert Kinas, ESQ.
Claire Y. Dossier, ESQ.
Snell & Wilmer LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Attorneys for USA Capital Diversified Trust Deed Fund, LLC

Marc A Levinson
Jeffery D. Hermann
Orrick, Herringtron & Sutcliffe LLP
400 Capital Mall, Suite 3000
Sacramento, CA 95814-4497
Attorneys for USA Capital Diversified Trust Deed Fund, LLC

Office of the U.S. Trustee
600 Las Vegas Blvd., South,
Ste. 4300
Las Vegas, NV  89101

An Employee of DEANER, DEANER, SCANN, MALAN & LARSEN

F:\OFFICE\CLIENTS\Robert  Russell Entities\Robert A. Russell\NOEJ Petition and Appointment.wpd

# United States Bankruptcy Court
## District of Nevada

Bankruptcy Case Number <u>06−10725−lbr</u>
Chapter 11

In re: (Name of Debtor)
    USA COMMERCIAL MORTGAGE COMPANY
    fka USA CAPITAL
    4484 SOUTH PECOS ROAD
    LAS VEGAS, NV 89121

ORDER APPROVING VERIFIED PETITION AND APPOINTMENT OF NEVADA COUNSEL

The Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court and the Designation of Local Counsel and Consent Thereto filed by SCOTT A. MCGATH with the appointment of SUSAN WILLIAMS SCANN as designated Nevada Counsel in this case are approved.

Dated: 5/1/08

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court