## MEADOW CREEK LOAN

# EXHIBIT A

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Meadow Creek Loan |
|---|---|---|---|---|
| 10725-01358 | William Berry | 5725 Daybreak Dr. Apt. D<br>Mira Loma, CA  91752-5687 | $200,000.00 | $100,000.00 |

238643.1