Douglas D. Gerrard, Esq.
Nevada Bar No. 4613
dgerrard@gerrard-cox.com
Michael J. Newman, Esq.
Nevada Bar No. 10697
mnewman@gerrard-cox.com
**GERRARD, COX & LARSEN**
2450 St. Rose Pkwy., Suite 200
Henderson, Nevada 89074
(702) 796-4000
Attorneys for Defendant Salvatore J. Reale

ELECTRONICALLY FILED ON
May 8, 2008

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　　　　　　　　　　　Debtor. | Bankruptcy Case No.<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　　　　　　　　　　Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>　　　　　　　　　　　　　Debtor. | Chapter 11<br><br>Jointly Administered Under<br>BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND,<br>LLC,<br>　　　　　　　　　　　　　Debtor. | **Adversary Case No. 06-01256-LBR** |
| In re:<br>USA SECURITIES, LLC,<br>　　　　　　　　　　　　　Debtor. | **NOTICE OF WITHDRAWAL AS<br>COUNSEL OF RECORD** |
| USA COMMERCIAL MORTGAGE COMPANY,<br>a chapter 11 debtor, and USA CAPITAL<br>DIVERSIFIED TRUST DEED FUND, LLC | |
| USA COMMERCIAL MORTGAGE COMPANY,<br>a Chapter 11 Debtor, and USA CAPITAL<br>DIVERSIFIED TRUST DEED FUND, LLC, a<br>Chapter 11 Debtor<br>　　　　　　　　　　　　　Plaintiffs, | |

/ / /

/ / /

**GERRARD, COX & LARSEN**
2450 St. Rose Parkway, Suite 200
Henderson, Nevada 89074
(702) 796-4000

vs.

HMA Sales, LLC, a Nevada limited liability company, and SALVATORE J. REALE, an individual; GREAT WHITE INVESTMENT NV INC., a Nevada corporation; USA COMMERCIAL REAL ESTATE GROUP, INC., a Nevada corporation; ALLEN ABOLAFIA, an individual; BOB ALUM, an individual; FRANK J. BELMONTE, JR., an individual; JEAN JACQUES BERTHELOT, an individual; GARYBRENNAN, an individual; PAUL BRUGGEMANS, an individual; WILLIAM F. ERRINGTON, an individual; HARV GASTALDI, an individual; JAYEM FAMILY LIMITED PARTNERSHIP, a Nevada limited partnership; JACQUES M. MASSA, an individual and general partner of Jayem Family Limited Partnership; AIMEE KEARNS, an individual; KLAUS KOPF, an individual; BERNARD KRAUS, an individual; ARLENE KRAUS, an individual; JOSEPH B. LAFAYETTE, an individual; GEORGES LAFORGE, an individual; JASON LANDESS, ESQ., an individual; SVEN LEVIN, an individual; R.G.T. MILLER (Trustee), an individual acting in the capacity of trustee; ANNEE NOUNNA, an individual; R&N REAL ESTATE INVESTMENTS LIMITED PARTNERSHIP, a Nevada limited partnership; ROBERT JOHN VERCHOTA, an individual and general partner of R&N Real Estate Investments Limited Partnership; PATSY R. RIEGER (TRUSTEE), a an individual acting in the capacity of trustee; DENNIS F. SIPIORSKI, an individual; DAVID STIBOR,  an individual; KENNETH TRECHT, an individual; STEVE WALTERS, an individual; and RUSSELL J. ZUARDO, an individual

Defendants.

Affects:
☐  All Debtors
☒  USA Commercial Mortgage Company
☐  USA Securities, LLC
☐  USA Capital Realty Advisors, LLC
☒  USA Capital Diversified Trust Deed Fund, LLC
☐  USA First Trust Deed Fund, LLC

**NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD**

/ / /

/ / /

2

GERRARD, COX & LARSEN
2450 St. Rose Parkway. Suite 200
Henderson, Nevada 89074
(702) 796-4000

1

## NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD

2    TO:    ALL PARTIES IN INTEREST, and their counsel:

3          PLEASE TAKE NOTICE that the law firm of GERRARD COX & LARSEN, has

4    withdrawn as counsel of record for SALVATORE J. REALE, in the case referenced above.

5          DATED this ___8th___ day of May, 2008.

6                        GERRARD COX & LARSEN

7

8                        /s/ Douglas D. Gerrard, Esq.
Douglas D. Gerrard, Esq.

9                        Nevada Bar No.4613
Michael J. Newman, Esq.

10                     Nevada Bar No. 10697
2450 St. Rose Pkwy., Suite 200

11                     Henderson, NV 89074
Attorneys for Defendant Salvatore J. Reale

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**GERRARD, COX & LARSEN**
2450 St. Rose Parkway, Suite 200
Henderson, Nevada 89074
(702) 796-4000