GATEWAY STONE LOAN
FIRST OMNIBUS OBJECTION

# EXHIBIT A
Single Loan Claims

| Claim | Name | Address | Total Claim Amount | Amount Subject to Objection Because it Relates to an Investment In the Gateway Stone Loan |
|---|---|---|---|---|
| **10725-02234** | Ronald M. and Priscilla K. Addy | P.O. Box 9550<br>Bend, OR 97708 | $50,000.00 | $50,000.00 |
| **10725-01916** | Sherry Archer | 2944 Pierce Street<br>San Francisco, CA 94123 | $51,896.51 | $51,896.51 |
| **10725-01444** | Chiappe Family Trust Dated 1/22/96 | Elio A. and Geraldine N. Chiappe, Trustees<br>P.O. Box 7288<br>Carmel, CA 93921-7288 | $100,000.00 | $100,000.00 |
| **10725-01034** | John A. Godfrey | Pinnacle Entertainment Inc.<br>3800 Howard Hughes Parkway, Suite 1800<br>Las Vegas, NV 89109-5921 | $50,000.00 | $50,000.00 |
| **10725-02004** | Marguerite F. Harrison IRA | 1st Savings Bank Custodian<br>930 Dorcey Drive<br>Incline Village, NV 89451 | $50,166.00 | $50,166.00 |
| **10725-02412** | Allen M. and Dorothy H. Nirenstein 1992 Rev. Trust | Dated 3/4/92 Allen and Dorothy Nirenstein Trustees<br>403 Woodland Road<br>Kentfield, CA 94904-2635 | $56,649.99 | $56,649.99 |
| **10725-00676** | Marcia J. Knox Living Trust Dated 8/16/04 | c/o Marcia J. Knox Trustee<br>1885 Vintners Place<br>Reno, NV 89519 | $50,000.00 | $50,000.00 |
| **10725-00699** | Marcia J. Knox Living Trust Dated 8/16/04 | c/o Marcia J. Knox Trustee<br>1885 Vintners Place<br>Reno, NV 89519 | $733.48 | $733.48 |
| **10725-00722** | Marcia J. Knox Living Trust Dated 8/16/04 | c/o Marcia J. Knox Trustee<br>1885 Vintners Place<br>Reno, NV 89519-8334 | $733.48 | $733.48 |
| **10725-00756** | Marcia J. Knox Living Trust Dated 8/16/04 | c/o Marcia J. Knox Trustee<br>Trust Dated 8/16/04<br>1885 Vintners Place<br>Reno, NV 89519-8334 | $50,000.00 | $50,000.00 |

235577.1