GATEWAY STONE LOAN
SECOND OMNIBUS OBJECTION

# EXHIBIT A
Single Loan Claims

| Claim | Name | Address | Total Claim Amount | Amount Subject to Objection Because it Relates to an Investment In the Gateway Stone Loan |
|---|---|---|---|---|
| **10725-01636** | Marcia J. Knox Living Trust Dated 8/16/04 | c/o Marcia J. Knox Trustee<br>1885 Vintners Place<br>Reno, NV 89519-8334 | $50,733.48 | $50,733.48 |
| **10725-01624** | Sydney Quinn | P.O. Box 340<br>Big Pine, CA 93513-0340 | $4,673.80 | $4,673.80 |
| **10725-02439** | Sydney Quinn | P.O. Box 340<br>Big Pine, CA 93513 | $50,542.67 | $50,542.67 |
| **10725-02425** | Nancy C. Serino IRA | 177 Rainbow Dr #7730<br>Livingston, TX 77399-0001 | $64,406.10 | $64,406.10 |
| **10725-00897** | Joyce E. Smith Trust Dated 11/3/99 | c/o Joyce E. Smith Trustee<br>3080 Red Springs Drive<br>Las Vegas, NV 89135-1548 | $84,914.53 | $84,914.53 |
| **10725-00514** | TDS Revocable Family Trust Dated 9/29/98 | T. Dwight and Bonnie J. Sper Trustees<br>1005 Cypress Ridge Lane<br>Las Vegas, NV 89144-1425 | $100,000.00 | $100,000.00 |
| **10725-00658** | Wimsatt Trust Dated 10/19/04 | c/o Linda J. Wimsatt Trustee<br>4920 Amador Drive<br>Oceanside, CA 92056-4971 | $81,750.00 | $81,750.00 |
| **10725-02389** | Juliet Wong | 2223 25th Avenue<br>San Francisco, CA 94116 | $50,716.38 | $50,716.38 |

238475.1