GATEWAY STONE LOAN
THIRD OMNIBUS OBJECTION

# EXHIBIT A
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Gateway Stone Loan |
|---|---|---|---|---|
| 10725-01274 | Herman and Brian M. and Anthony G. Adams | 1341 Cashman Drive<br>Las Vegas, NV 89102 | $2,088,250.00 | $1,000,000.00 |
| 10725-01619 | Kenneth Addes | 100 West Broadway, Apt. 7V<br>Long Beach, NY 11561 | $394,523.01 | $50,000.00 |
| 10725-02366 | Al-Awar Living Trust Dated 4/05/01 | Adib M. and Ellen A. Al-Awar Trustees<br>1330 Burro Court<br>Gardnerville, NV 89410 | $1,807,956.81 | $115,000.00 |
| 10725-02263 | Burgarello Inc. Profit Sharing Plan | Ronald A. Johnson Trustee<br>50 Snider Way<br>Sparks, NV 89431-6308 | $202,800.00 | $50,000.00 |
| 10725-02128 | Burgarello Inc. Profit Sharing Plan | c/o Ronald A. Johnson Trustee<br>50 Snider Way<br>Sparks, NV 89431-6308 | $202,800.00 | $50,000.00 |
| 10725-02528 | Peter W. and Deidre D. Capone | P.O. Box 1470<br>Gardnerville, NV 89410-1470 | Unspecified | Unspecified |
| 10725-00231 | Donald P. Clark Family Trust Dated 10/25/94 | c/o Donald P. Clark Trustee<br>305 W. Moana Lane<br>Reno, NV 89509-4924 | $709,011.56 | $100,000.00 |
| 10725-01601 | Donald Clark | 305 W Moana Lane<br>Reno, NV 89509 | $775,918.76 | $109,041.10 |
| 10725-02035 | Deborah A. Daniel | 249 S Vista Del Monte<br>Anaheim, CA 92807 | $202,376.95 | $50,000.00 |
| 10725-02333 | Davis Investments | 20 Leroy Terrace<br>New Haven, CT 06512 | $1,000,000.00 | $300,000.00 |

235580.1