GATEWAY STONE LOAN
FOURTH OMNIBUS OBJECTION
# EXHIBIT A
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Gateway Stone Loan |
|---|---|---|---|---|
| **10725-00220** | Glen and Carrie Donahue Living Trust Dated 4/30/94 | Glenn M. and Carrie Donahue Trustee<br>39 Bridgeport Road<br>Newport Beach, CA  92657-1015 | $1,908.08 | $722.92 |
| **10725-00297** | Michael Donahue | 1795 Newhall Avenue<br>Cambria, CA  93428-5507 | $250,000.00 | $50,000.00 |
| **10725-02382** | Essaff Family Trust Dated 6/18/02 | Robert and Cindy H. Essaff Trustees<br>2860 Heybourne Road<br>Minden, NV  89423 | $1,599,184.01 | $100,000.00 |
| **10725-02356** | Denise F. Fager Revocable Trust Uad 2/28/03 | Denise F. Fager Trustee<br>5 Salvatore<br>Ladera Ranch, CA  92694 | $663,782.03 | $50,000.00 |
| **10725-02355** | Denise F. Fager Revocable Trust Uad 2/28/03 | Denise F. Fager Trustee<br>5 Salvatore<br>Ladera Ranch, CA  92694 | $663,782.03 | $50,000.00 |
| **10725-02202** | Marguerite Falkenborg 2000 Trust Dated 6/20/00 | c/o Marguerite Falkenborg Trustee<br>727 3rd Avenue<br>Chula Vista, CA  91910-5803 | $794,366.81 | $101,653.99 |
| **10725-02068** | Marguerite Falkenborg 2000 Trust Dated 6/20/00 | c/o Marguerite Falkenborg Trustee<br>727 3rd Avenue<br>Chula Vista, CA  91910-5803 | $794,366.81 | $101,653.99 |
| **10725-00526** | Christopher Fernandes | 4001 Oak Manor Court<br>Hayward, CA  94542 | $93,287.54 | $58,071.84 |
| **10725-02181** | Fertitta Enterprises Inc | 2960 W. Sahara Ave., Ste. 200<br>Attn: William J. Bullard<br>Las Vegas, NV  89102-1709<br>and<br>Janet L. Chubb, Esq.<br>Jones Vargas<br>100 W. Liberty St., 12th Floor<br>P.O. Box 281<br>Reno, NV  89504-0281 | $12,214,670.00 | $3,367,741.00 |
| **10725-01925** | Nancy R. Gilmour IRA | c/o First Savings Bank Custodian<br>P.O. Box 1241<br>Camano Island, WA  98292-1241 | $203,004.11 | $50,000.00 |

238478.1