## GATEWAY STONE LOAN
## FIFTH OMNIBUS OBJECTION

# EXHIBIT A
## Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Gateway Stone Loan |
|-------|------|---------|--------------------|-------------------|
| 10725-02380 | Nancy R. Gilmour IRA | First Savings Bank Custodian For<br>P.O. Box 1241<br>Camano Island, WA 98292-1241 | $203,004.11 | $50,000.00 |
| 10725-02417 | Alan Groh IRA | 12613 Alcacer Del Sol<br>San Diego, CA 92128-4428 | $152,701.90 | $50,655.75 |
| 10725-01936 | Halseth Family Trust Totally Restated 4/21/00 | Daniel R. and Sandra K. Halseth Trustees<br>23 Molas Drive<br>Durango, CO 81301 | Unspecified | Unspecified |
| 10725-02286 | John A. M. Handal | 3575 Siskiyou Court<br>Hayward, CA 94542 | $711,472.73 | $50,000.00 |
| 10725-02285 | John A. M. Handal IRA | First Savings Bank Custodian For<br>3575 Siskiyou Court<br>Hayward, CA 94542 | $253,672.92 | $50,000.00 |
| 10725-01963 | Harouff Charitable Remainder Trust Dated 9/5/96 | Dwight W. and Mary Ann Harouff Trustees<br>5680 Ruffian Road<br>Las Vegas, NV 89149 | $284,090.98 | $50,000.00 |
| 10725-01966 | Skip and Mary Harouff Trust Dated 12/5/95 | Mary Ann and Dwight W. Harouff Trustees<br>5680 Ruffian Road<br>Las Vegas, NV 89149 | $313,278.39 | $260,000.00 |
| 10725-01862 | George W. Hubbard Roth IRA | 6340 North Calle Tregua Serena<br>Tucson, AZ 85750 | $156,125.00 | $33,750.00 |
| 10725-01177 | Arthur E. and Thelma Kebble Family Trust Dated 5/19/95 | c/o Arthur E. and Thelma M. Kebble Trustees<br>9512 Salem Hills Court<br>Las Vegas, NV 89134-7883 | $327,563.97 | $53,100.63 |
| 10725-01660 | Robert J. and Ruth Ann Kehl | Janet L Chubb Esq<br>Jones Vargas<br>P.O. Box 281<br>Reno NV 89504-0281 | $12,841,680.13 | $500,000.00 |

238480.1