GATEWAY STONE LOAN
SIXTH OMNIBUS OBJECTION
# EXHIBIT A
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Gateway Stone Loan |
|---|---|---|---|---|
| **10725-02057** | Lindsey H. Kesler Jr. IRA | First Savings Bank Custodian 4847 Damon Circle Salt Lake City, UT 84117 | $258,784.59 | $55,000.00 |
| **10725-01297** | Norman Kiven | Andrew J. Abrams, Esq. Sugar Friedberg & Felsenthal LLP 30 N. LaSalle Street, Ste 3000 Chicago, IL 60602 | $1,040,000.00 | Unspecified |
| **10725-01300** | Norman Kiven | Andrew J. Abrams, Esq. Sugar Friedberg & Felsenthal LLP 30 N. LaSalle St., Ste 3000 Chicago, IL 60602 | $48,248.00 | Unspecified |
| **10725-01478** | Norman Kiven | Andrew J. Abrams, Esq. Sugar Friedberg & Felsenthal LLP 30 N. LaSalle St., Ste 3000 Chicago, IL 60602 | $48,248.00 | Unspecified |
| **10725-01635** | Marcia J. Knox Living Trust Dated 8/16/04 | c/o Marcia J. Knox Trustee 1885 Vintners Place Reno, NV 89509-8334 | Contingent | Contingent |
| **10725-01898** | Morris Massry | c/o Segel Goldman Mazzotta & Siegel PC 9 Washington Square Albany, NY 12205 | $1,802,040.00 | $101,466.67 |
| **10725-01665** | Kevin McKee | Janet L Chubb, Esq. Jones Vargas P.O. Box 281 Reno, NV 89504-0281 | $500,000.00 | $100,000.00 |
| **10725-01684** | James E. McKnight | 233 Branch Avenue Freeport, NY 11520 | Contingent | Contingent |
| **10725-00834** | R G and Deaun Messersmith | c/o Scott D. Fleming, Esq. Hale Lane Peek Dennison & Howard 3930 Howard Hughes Pky 4th Fl Las Vegas, NV 89169 | $150,000.00 | $50,000.00 |
| **10725-00799** | John E. Michelsen Family Trust | c/o John F. Murtha, Esq. P.O. Box 2311 Reno, NV 89505 | $236,764.00 | $99,835.00 |
| **10725-00800** | Gary A. Michelsen | c/o John F. Murtha, Esq. P.O. Box 2311 Reno, NV 89505 | $543,373.00 | $49,918.00 |

238482.1