GATEWAY STONE LOAN
EIGHTH OMNIBUS OBJECTION

# EXHIBIT A
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Gateway Stone Loan |
|---|---|---|---|---|
| 10725-02281 | Roisentul Family Trust | Saul and Ilene Roisentul Trustees<br>74075 Kokopelli Circle<br>Palm Desert, CA  92211-2075 | $420,268.16 | $50,000.00 |
| 10725-00812 | Santoro Family Trust Dated 4/29/02 | c/o Nicholas J. and Juanita Santoro Trustees<br>2312 Pearl Crest Street<br>Las Vegas, NV  89134-6732 | $300,000.00 | $50,000.00 |
| 10725-01472 | Santoro Family Trust Utd 4/29/02 | c/o Nicholas J. and Juanita Santoro Trustees<br>2312 Pearl Crest Street<br>Las Vegas, NV  89134-6732 | $300,000.00 | $50,000.00 |
| 10725-00893 | Joyce E. Smith Trust Dated 11/3/99 | c/o Joyce E. Smith Trustee<br>3080 Red Springs Drive<br>Las Vegas, NV  89135-1548 | $853,678.02 | $84,914.53 |
| 10725-02191 | TDS Revocable Family Trust Dated 9/29/98 | T. Dwight and Bonnie J. Sper Trustees<br>1005 Cypress Ridge Lane<br>Las Vegas, NV  89144-1425 | $889,337.00 | $100,000.00 |
| 10725-01581 | Louise Teeter IRA Rollover | 4201 Via Marina, Suite 300<br>Marina Del Ray, CA  90292 | $197,814.00 | $12,500.00 |
| 10725-01582 | Norman Teeter | 4201 Via Marina, Suite 300<br>Marina Del Ray, CA  90292 | $136,246.00 | $12,500.00 |
| 10725-02273 | Louise Teeter IRA Rollover | 4201 Via Marina, Suite 300<br>Marina Del Rey, CA  90292-5237 | $449,261.59 | $50,000.00 |
| 10725-02275 | Norman Teeter | 4201 Via Marina #300<br>Marina Del Rey, CA  90292 | $299,663.64 | $50,000.00 |
| 10725-00437 | Patsy Toombes | P.O. Box 11665<br>Zephyr Cove, NV  89448 | $350,000.00 | $50,000.00 |

238485.1