GATEWAY STONE LOAN
NINTH OMNIBUS OBJECTION

# EXHIBIT A
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Gateway Stone Loan |
|---|---|---|---|---|
| **10725-00093** | Verusio Solutions LLC | 208 Clarence Way Fremont, CA  94539 | $329,747.92 | $101,433.33 |
| **10725-02314** | David C. and Margaret A. Wahl Joint Tenants Wros | P.O. Box 8012 Mammoth Lakes, CA  93546 | $201,149.92 | $50,000.00 |
| **10725-01694** | David Wahl | P.O. Box 8012 Mammoth Lakes, CA  93546 | $289,414.18 | $50,000.00 |

238487.1