GATEWAY STONE LOAN
DECLARATION OF BURR

# EXHIBIT A

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Gateway Stone Loan |
|---|---|---|---|---|
| 10725-01274 | Herman and Brian M. and Anthony G. Adams | 1341 Cashman Drive Las Vegas, NV 89102 | $2,088,250.00 | $1,000,000.00 |
| 10725-01619 | Kenneth Addes | 100 West Broadway, Apt. 7V Long Beach, NY 11561 | $394,523.01 | $50,000.00 |
| 10725-02234 | Ronald M. and Priscilla K. Addy | P.O. Box 9550 Bend, OR 97708 | $50,000.00 | $50,000.00 |
| 10725-01916 | Sherry Archer | 2944 Pierce Street San Francisco, CA 94123 | $51,896.51 | $51,896.51 |
| 10725-02366 | Al-Awar Living Trust Dated 4/05/01 | Adib M. and Ellen A. Al-Awar Trustees 1330 Burro Court Gardnerville, NV 89410 | $1,807,956.81 | $115,000.00 |
| 10725-02263 | Burgarello Inc. Profit Sharing Plan | Ronald A. Johnson Trustee 50 Snider Way Sparks, NV 89431-6308 | $202,800.00 | $50,000.00 |
| 10725-02128 | Burgarello Inc. Profit Sharing Plan | c/o Ronald A. Johnson Trustee 50 Snider Way Sparks, NV 89431-6308 | $202,800.00 | $50,000.00 |
| 10725-02528 | Peter W. and Deidre D. Capone | P.O. Box 1470 Gardnerville, NV 89410-1470 | Unspecified | Unspecified |
| 10725-01444 | Chiappe Family Trust Dated 1/22/96 | Elio A. and Geraldine N. Chiappe, Trustees P.O. Box 7288 Carmel, CA 93921-7288 | $100,000.00 | $100,000.00 |
| 10725-00231 | Donald P. Clark Family Trust Dated 10/25/94 | c/o Donald P. Clark Trustee 305 W. Moana Lane Reno, NV 89509-4924 | $709,011.56 | $100,000.00 |
| 10725-01601 | Donald Clark | 305 W Moana Lane Reno, NV 89509 | $775,918.76 | $109,041.10 |
| 10725-02035 | Deborah A. Daniel | 249 S Vista Del Monte Anaheim, CA 92807 | $202,376.95 | $50,000.00 |
| 10725-02333 | Davis Investments | 20 Leroy Terrace New Haven,CT 06512 | $1,000,000.00 | $300,000.00 |
| 10725-00220 | Glen and Carrie Donahue Living Trust Dated 4/30/94 | Glenn M. and Carrie Donahue Trustee 39 Bridgeport Road Newport Beach, CA 92657-1015 | $1,908.08 | $722.92 |

238473.1

GATEWAY STONE LOAN
DECLARATION OF BURR

# EXHIBIT A

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Gateway Stone Loan |
|---|---|---|---|---|
| 10725-00297 | Michael Donahue | 1795 Newhall Avenue Cambria, CA  93428-5507 | $250,000.00 | $50,000.00 |
| 10725-02382 | Essaff Family Trust Dated 6/18/02 | Robert and Cindy H. Essaff Trustees 2860 Heybourne Road Minden, NV  89423 | $1,599,184.01 | $100,000.00 |
| 10725-02356 | Denise F. Fager Revocable Trust Uad 2/28/03 | Denise F. Fager Trustee 5 Salvatore Ladera Ranch, CA  92694 | $663,782.03 | $50,000.00 |
| 10725-02355 | Denise F. Fager Revocable Trust Uad 2/28/03 | Denise F. Fager Trustee 5 Salvatore Ladera Ranch, CA  92694 | $663,782.03 | $50,000.00 |
| 10725-02202 | Marguerite Falkenborg 2000 Trust Dated 6/20/00 | c/o Marguerite Falkenborg Trustee 727 3rd Avenue Chula Vista, CA  91910-5803 | $794,366.81 | $101,653.99 |
| 10725-02068 | Marguerite Falkenborg 2000 Trust Dated 6/20/00 | c/o Marguerite Falkenborg Trustee 727 3rd Avenue Chula Vista, CA  91910-5803 | $794,366.81 | $101,653.99 |
| 10725-00526 | Christopher Fernandes | 4001 Oak Manor Court Hayward, CA  94542 | $93,287.54 | $58,071.84 |
| 10725-02181 | Fertitta Enterprises Inc | 2960 W. Sahara Ave., Ste. 200 Attn: William J. Bullard Las Vegas, NV  89102-1709 and Janet L. Chubb, Esq. Jones Vargas 100 W. Liberty St., 12th Floor P.O. Box 281 Reno, NV  89504-0281 | $12,214,670.00 | $3,367,741.00 |
| 10725-01925 | Nancy R. Gilmour IRA | c/o First Savings Bank Custodian P.O. Box 1241 Camano Island, WA  98292-1241 | $203,004.11 | $50,000.00 |
| 10725-02380 | Nancy R. Gilmour IRA | First Savings Bank Custodian For P.O. Box 1241 Camano Island, WA  98292-1241 | $203,004.11 | $50,000.00 |

238473.1

GATEWAY STONE LOAN
DECLARATION OF BURR

# EXHIBIT A

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Gateway Stone Loan |
|---|---|---|---|---|
| 10725-01034 | John A. Godfrey | Pinnacle Entertainment Inc. 3800 Howard Hughes Parkway, Suite 1800 Las Vegas, NV 89109-5921 | $50,000.00 | $50,000.00 |
| 10725-02417 | Alan Groh IRA | 12613 Alcacer Del Sol San Diego, CA 92128-4428 | $152,701.90 | $50,655.75 |
| 10725-01936 | Halseth Family Trust Totally Restated 4/21/00 | Daniel R. and Sandra K. Halseth Trustees 23 Molas Drive Durango, CO 81301 | Unspecified | Unspecified |
| 10725-02286 | John A. M. Handal | 3575 Siskiyou Court Hayward, CA 94542 | $711,472.73 | $50,000.00 |
| 10725-02285 | John A. M. Handal IRA | First Savings Bank Custodian For 3575 Siskiyou Court Hayward, CA 94542 | $253,672.92 | $50,000.00 |
| 10725-01963 | Harouff Charitable Remainder Trust Dated 9/5/96 | Dwight W. and Mary Ann Harouff Trustees 5680 Ruffian Road Las Vegas, NV 89149 | $284,090.98 | $50,000.00 |
| 10725-01966 | Skip and Mary Harouff Trust Dated 12/5/95 | Mary Ann and Dwight W. Harouff Trustees 5680 Ruffian Road Las Vegas, NV 89149 | $313,278.39 | $260,000.00 |
| 10725-02004 | Marguerite F. Harrison IRA | 1st Savings Bank Custodian 930 Dorcey Drive Incline Village, NV 89451 | $50,166.00 | $50,166.00 |
| 10725-01862 | George W. Hubbard Roth IRA | 6340 North Calle Tregua Serena Tucson, AZ 85750 | $156,125.00 | $33,750.00 |
| 10725-01177 | Arthur E. and Thelma Kebble Family Trust Dated 5/19/95 | c/o Arthur E. and Thelma M. Kebble Trustees 9512 Salem Hills Court Las Vegas, NV 89134-7883 | $327,563.97 | $53,100.63 |
| 10725-01660 | Robert J. and Ruth Ann Kehl | Janet L Chubb Esq Jones Vargas P.O. Box 281 Reno NV 89504-0281 | $12,841,680.13 | $500,000.00 |
| 10725-02057 | Lindsey H. Kesler Jr. IRA | First Savings Bank Custodian 4847 Damon Circle Salt Lake City, UT 84117 | $258,784.59 | $55,000.00 |

238473.1

GATEWAY STONE LOAN
DECLARATION OF BURR

# EXHIBIT A

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Gateway Stone Loan |
|---|---|---|---|---|
| 10725-01297 | Norman Kiven | Andrew J. Abrams, Esq. Sugar Friedberg & Felsenthal LLP 30 North LaSalle Street, Suite 3000 Chicago, IL 60602 | $1,040,000.00 | Unspecified |
| 10725-01300 | Norman Kiven | Andrew J. Abrams, Esq. Sugar Friedberg & Felsenthal LLP 30 North LaSalle Street, Ste 3000 Chicago, IL 60602 | $48,248.00 | Unspecified |
| 10725-01478 | Norman Kiven | Andrew J. Abrams, Esq. Sugar Friedberg & Felsenthal LLP 30 N LaSalle Street, Ste 3000 Chicago, IL 60602 | $48,248.00 | Unspecified |
| 10725-01635 | Marcia J. Knox Living Trust Dated 8/16/04 | c/o Marcia J. Knox Trustee 1885 Vintners Place Reno, NV 89509-8334 | Contingent | Contingent |
| 10725-01898 | Morris Massry | c/o Segel Goldman Mazzotta & Siegel PC 9 Washington Square Albany, NY 12205 | $1,802,040.00 | $101,466.67 |
| 10725-01665 | Kevin McKee | Janet L Chubb, Esq. Jones Vargas P.O. Box 281 Reno, NV 89504-0281 | $500,000.00 | $100,000.00 |
| 10725-01684 | James E. McKnight | 233 Branch Avenue Freeport, NY 11520 | Contingent | Contingent |
| 10725-00834 | R G and Deaun Messersmith | c/o Scott D. Fleming, Esq. Hale Lane Peek Dennison & Howard 3930 Howard Hughes Parkway, 4th Floor Las Vegas, NV 89169 | $150,000.00 | $50,000.00 |
| 10725-00799 | John E. Michelsen Family Trust | c/o John F. Murtha, Esq. P.O. Box 2311 Reno, NV 89505 | $236,764.00 | $99,835.00 |
| 10725-00800 | Gary A. Michelsen | c/o John F. Murtha, Esq. P.O. Box 2311 Reno, NV 89505 | $543,373.00 | $49,918.00 |

238473.1

GATEWAY STONE LOAN
DECLARATION OF BURR

## EXHIBIT A

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Gateway Stone Loan |
|---|---|---|---|---|
| **10725-01312** | Gary A. Michelsen | John F. Murtha, Esq. P.O. Box 2311 Reno, NV 89505 | $543,373.00 | $49,918.00 |
| **10725-01314** | John E. Michelsen Family Trust | John F. Murtha, Esq. P.O. Box 2311 Reno, NV 89505 | $236,764.00 | $99,835.00 |
| **10725-01208** | Pete Monighetti | 6515 Frankie Lane Prunedale, CA 93907 | $1,509,963.55 | $50,000.00 |
| **10725-02153** | Patrick Moore | c/o Muks Realty LLC 77-251 Iroquois Drive Indian Wells, CA 92210 | $304,258.34 | $200,000.00 |
| **10725-02030** | Daniel D. Newman Trust Dated 11/1/92 | c/o Daniel D. Newman Trustee 125 Elysian Drive Sedona, AZ 86336 | $714,018.67 | $50,000.00 |
| **10725-02412** | Allen M. and Dorothy H. Nirenstein 1992 Rev. Trust | Dated 3/4/92 Allen and Dorothy Nirenstein Trustees 403 Woodland Road Kentfield, CA 94904-2635 | $56,649.99 | $56,649.99 |
| **10725-00676** | Marcia J. Knox Living Trust Dated 8/16/04 | c/o Marcia J. Knox Trustee 1885 Vintners Place Reno, NV 89519 | $50,000.00 | $50,000.00 |
| **10725-00699** | Marcia J. Knox Living Trust Dated 8/16/04 | c/o Marcia J. Knox Trustee 1885 Vintners Place Reno, NV 89519 | $733.48 | $733.48 |
| **10725-00722** | Marcia J. Knox Living Trust Dated 8/16/04 | c/o Marcia J. Knox Trustee 1885 Vintners Place Reno, NV 89519-8334 | $733.48 | $733.48 |
| **10725-00756** | Marcia J. Knox Living Trust Dated 8/16/04 | c/o Marcia J. Knox Trustee Trust Dated 8/16/04 1885 Vintners Place Reno, NV 89519-8334 | $50,000.00 | $50,000.00 |
| **10725-01636** | Marcia J. Knox Living Trust Dated 8/16/04 | c/o Marcia J. Knox Trustee 1885 Vintners Place Reno, NV 89519-8334 | $50,733.48 | $50,733.48 |
| **10725-02001** | Robert L. Ogren Trust Dated 6/30/92 | Robert L. Ogren Trustee 3768 Rick Stratton Drive Las Vegas, NV 89120 | $162,245.56 | $100,000.00 |
| **10725-01923** | John E. and Sonhild A. O'Riordan | 2745 Hartwick Pines Drive Henderson, NV 89052-7002 | $1,738,252.26 | $100,000.00 |

238473.1

GATEWAY STONE LOAN
DECLARATION OF BURR

## EXHIBIT A

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Gateway Stone Loan |
|---|---|---|---|---|
| **10725-00245** | Robert H. and Lynn R. Perlman Trust Dated 9/17/92 | c/o Robert H. and Lynn R. Perlman Trustees 2877 Paradise Road, Unit 3501 Las Vegas, NV 89109-5278 | $1,187,000.00 | $50,000.00 |
| **10725-01624** | Sydney Quinn | P.O. Box 340 Big Pine, CA 93513-0340 | $4,673.80 | $4,673.80 |
| **10725-02439** | Sydney Quinn | P.O. Box 340 Big Pine, CA 93513 | $50,542.67 | $50,542.67 |
| **10725-01878** | Dennis Raggi | P.O. Box 10475 Zephyr Cove, NV 89448 | $10,451.54 | x |
| **10725-02226** | Dennis Raggi | P.O. Box 10475 Zephyr Cove, NV 89448 | $2,442,034.35 | $75,000.00 |
| **10725-02281** | Roisentul Family Trust | Saul and Ilene Roisentul Trustees 74075 Kokopelli Circle Palm Desert, CA 92211-2075 | $420,268.16 | $50,000.00 |
| **10725-00812** | Santoro Family Trust Dated 4/29/02 | c/o Nicholas J. and Juanita Santoro Trustees 2312 Pearl Crest Street Las Vegas, NV 89134-6732 | $300,000.00 | $50,000.00 |
| **10725-01472** | Santoro Family Trust Utd 4/29/02 | c/o Nicholas J. and Juanita Santoro Trustees 2312 Pearl Crest Street Las Vegas, NV 89134-6732 | $300,000.00 | $50,000.00 |
| **10725-02425** | Nancy C. Serino IRA | 177 Rainbow Dr #7730 Livingston, TX 77399-0001 | $64,406.10 | $64,406.10 |
| **10725-00897** | Joyce E. Smith Trust Dated 11/3/99 | c/o Joyce E. Smith Trustee 3080 Red Springs Drive Las Vegas, NV 89135-1548 | $84,914.53 | $84,914.53 |
| **10725-00893** | Joyce E. Smith Trust Dated 11/3/99 | c/o Joyce E. Smith Trustee 3080 Red Springs Drive Las Vegas, NV 89135-1548 | $853,678.02 | $84,914.53 |
| **10725-00514** | TDS Revocable Family Trust Dated 9/29/98 | T. Dwight and Bonnie J. Sper Trustees 1005 Cypress Ridge Lane Las Vegas, NV 89144-1425 | $100,000.00 | $100,000.00 |
| **10725-02191** | TDS Revocable Family Trust Dated 9/29/98 | T. Dwight and Bonnie J. Sper Trustees 1005 Cypress Ridge Lane Las Vegas, NV 89144-1425 | $889,337.00 | $100,000.00 |
| **10725-01581** | Louise Teeter IRA Rollover | 4201 Via Marina, Suite 300 Marina Del Ray, CA 90292 | $197,814.00 | $12,500.00 |

6

238473.1

GATEWAY STONE LOAN
DECLARATION OF BURR

# EXHIBIT A

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Gateway Stone Loan |
|---|---|---|---|---|
| **10725-01582** | Norman Teeter | 4201 Via Marina, Suite 300 Marina Del Ray, CA 90292 | $136,246.00 | $12,500.00 |
| **10725-02273** | Louise Teeter IRA Rollover | 4201 Via Marina, Suite 300 Marina Del Rey, CA 90292-5237 | $449,261.59 | $50,000.00 |
| **10725-02275** | Norman Teeter | 4201 Via Marina #300 Marina Del Rey, CA 90292 | $299,663.64 | $50,000.00 |
| **10725-00437** | Patsy Toombes | P.O. Box 11665 Zephyr Cove, NV 89448 | $350,000.00 | $50,000.00 |
| **10725-00093** | Verusio Solutions LLC | 208 Clarence Way Fremont, CA 94539 | $329,747.92 | $101,433.33 |
| **10725-02314** | David C. and Margaret A. Wahl Joint Tenants Wros | P.O. Box 8012 Mammoth Lakes, CA 93546 | $201,149.92 | $50,000.00 |
| **10725-01694** | David Wahl | P.O. Box 8012 Mammoth Lakes, CA 93546 | $289,414.18 | $50,000.00 |
| **10725-00658** | Wimsatt Trust Dated 10/19/04 | c/o Linda J. Wimsatt Trustee 4920 Amador Drive Oceanside, CA 92056-4971 | $81,750.00 | $81,750.00 |
| **10725-02389** | Juliet Wong | 2223 25th Avenue San Francisco, CA 94116 | $50,716.38 | $50,716.38 |

7

238473.1