**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

**Susan M. Freeman, Esq.** AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
**Anne M. Loraditch, Esq.** NV State Bar No. 008164
Email: aloraditch@lrlaw.com

Attorneys for USACM Liquidating Trust

Electronically filed on May 8, 2008

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY;<br>USA CAPITAL REALTY ADVISORS, LLC;<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC;<br>USA CAPITAL FIRST TRUST DEED FUND, LLC;<br>USA SECURITIES, LLC;<br>                            Debtors.<br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**STIPULATION RE CLAIM OF SPECIAL ORDER SYSTEMS, INC.** |

The USACM Liquidating Trust (the "Trust"), and Special Order Systems, Inc., a California corporation ("Special Order Systems"), hereby stipulate as follows:

1.    On October 16, 2006, Special Order Systems filed proof of claim no. 10725-00624 in the USA Commercial Mortgage ("USACM") chapter 11 bankruptcy case asserting an unsecured nonpriority claim of $32,168.69 (the "Claim").

2.    On February 12, 2008, after diligently reviewing the books and records of USA Commercial Mortgage, the Trust made demand upon Special Order Systems for the return of

payments totaling $20,292.94 (the "Payments") alleging that such Payments were preferential transfers pursuant to 11 U.S.C. § 547(a).

3. Special Order Systems does not agree that the Payments were preferential and has articulated its reasons for its position to the trustee (the "Trustee") of the Trust.

4. In view of the foregoing, the Trust and Special Order Systems (together, the "Parties") hereby stipulate and agree that Special Order Systems shall pay to the Trust the sum of Two Thousand Seven Hundred Fifty Dollars ($2,750.00) (the "Settlement Amount") within ten (10) days from the entry of an Order approving this Stipulation, that Special Order Systems shall take nothing on its Claim, and that Special Order Systems finally and forever waives any and all of its right, title and interest in any distribution that may be forthcoming from the USACM Trust to the holders of allowed claims against the USACM bankruptcy estate.

5. The Parties further stipulate and agree that Special Order Systems' timely payment in full of the Settlement Amount, withdrawal of the Claim and waiver of any distribution from the USACM estate constitute sufficient consideration for the full settlement and satisfaction of the Trustee's preference demand upon Special Order Systems for the return of the Payments.

6. Nothing in this stipulation or the Court's order approving this stipulation shall have any effect on Special Order Systems' participation or rights in any of the above-captioned bankruptcy cases, other than the instant case, or any bankruptcy cases related thereto.

Dated: May 8, 2008.

**LEWIS AND ROCA LLP**

　　*s/ Anne M. Loraditch*
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Anne M. Loraditch, NV 8164
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
*Counsel for USACM Liquidating Trust*

2

411640.2



STIPULATED AND AGREED TO this 7th day of May 2008.

         **SPECIAL ORDER SYSTEMS, INC.**,
a California corporation

         *s/ Lawrence McNutt*
Lawrence McNutt, President
3877 Sharon Way
Loomis, California 95650

411640.2