George F. Ogilvie III, Esq. (#3552)
Ryan J. Works, Esq. (#9224)
McDONALD CARANO WILSON, LLP
2300 West Sahara Avenue
No. 10, Suite 1000
La Vegas, Nevada 89102
Tel. No.: 702.873.4100
Fax No.: 702.873.9966
rworks@mcdonaldcarano.com
*Attorneys for Eugene Buckley*

**Electronically Filed on May 9, 2008**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re

USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,

USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC,

USA CAPITAL FIRST TRUST DEED FUND LLC,

USA SECURITIES, LLC,

    Debtors.

Affects:
☒ All Debtors
: USA Commercial Mortgage Company
: USA Capital Realty Advisors, LLC
: USA Capital Diversified Trust Deed Fund, LLC
: USA Capital First Trust Deed Fund, LLC
: USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under
Case No.: BK-S-06-10725-LBR

**REQUEST TO DISCONTINUE NOTICE**

**TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR, THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES OF INTEREST:**

    I request the discontinuance of all notices given in this case and all papers served or required to be served in this case. The undersigned no longer require notice, electronic or otherwise, relating to this case.

. . .

. . .

::ODMA\PCDOCS\LVDOCS\149000\1

Ryan J. Works, Esq.
MCDONALD CARANO WILSON LLP
2300 W. Sahara Avenue, Suite 1000
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com

Dated this 9th day of May, 2008.

MCDONALD CARANO WILSON LLP

*/s/ Ryan J. Works*

George F. Ogilvie III, Esq. (#3552)
Ryan J. Works, Esq. (#9224)
2300 West Sahara Avenue, Suite 1000
Las Vegas, Nevada 89102
*Attorneys for Eugene Buckley*