James D. Greene, Esq.  
Nevada Bar No. 2647  
BROWNSTEIN HYATT FARBER SCHRECK, P.C.  
100 City Parkway, Suite 1600  
Las Vegas, NV 89106-4614  
Ph: (702) 382-2101  
Fax: (702) 382-8135  
E-mail: jgreene@bhfs.com  

E-Filed May 8, 2008

Attorney for Platinum Properties 1, Inc.

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor. | **Adversary No.: 06-01146-LBR**<br><br>**NOTICE OF HEARING RE: MOTION FOR ORDER IN SUPPORT OF PLAN CONFIRMATION ORDER** |
| In re<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>Debtor. | DATE:  JUNE 9, 2008<br>TIME:   9:30 A.M. |
| In re<br><br>USA SECURITIES, LLC,<br><br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | |

**NOTICE IS HEREBY GIVEN** that a **MOTION FOR ORDER IN SUPPORT OF PLAN CONFIRMATION ORDER** ("Motion") was filed on May 8, 2008 by James D. Greene, Esq. of the law firm of Brownstein Hyatt Farber Schreck, LLP on behalf of Platinum Properties I, Inc. The Motion seeks entry of an order in support of the confirmed Chapter 11

bankruptcy plan in the above cases, which provides (a) that Compass Partners, LLC (or its designee) acquired all rights and claims with respect to a loan brokered by Debtor USACM referred to in the Debtor's Confirmed Plan as the "HFA-Windham Loan" and (b) that all parties in interest are barred from challenging the right of Compass (or its designee) to act as servicer for the loan and to collect the amounts due from the HFA Windham borrowers, including assertion of any "Surviving Section 3 Rights." Any opposition must be filed pursuant to Local Rule 9014(d)(1).

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion *no later than 15 days* after the date of this Notice. If the hearing date has been set on less than 15 days' notice, then the opposition must be filed and served *no later than 5 business days* before the hearing. The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and

- The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that a copy of the Motion may be obtained from the Bankruptcy Court website at www.nvb.uscourts.gov or by contacting the undersigned counsel.

///

///

///

///

11696\1\1153238.1

2

**NOTICE IS FURTHER GIVEN** that a hearing on the Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada, on June 9, 2008, at the hour of 9:30 a.m. The hearing may be adjourned from time to time without further notice.

DATED this 8th day of May 2008.

> BROWNSTEIN HYATT FARBER SCHRECK, P.C.
>
> By: /s/ James D. Greene
> James D. Greene, Esq.
> 300 South Fourth Street, #1200
> Las Vegas, Nevada 89101
>
> Attorneys for Platinum Properties 1, Inc.

11696\1\1153238.1

3