James D. Greene, Esq.                                    Filed May 9, 2008
Nevada Bar No. 2647
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 City Parkway. Suite 1600
Las Vegas, NV 89106-4614
Ph: (702) 382-2101
Fax: (702) 382-8135
E-mail: jgreene@bhfs.com

Attorney for Platinum Properties 1, Inc.

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>USA COMMERCIAL MORTGAGE COMPANY.<br><br>                                        Debtor. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re<br><br>USA CAPITAL REALTY ADVISORS. LLC,<br><br>                                        Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.<br><br>                                        Debtor. | **CERTIFICATE OF SERVICE OF MOTION FOR ORDER IN SUPPORT OF PLAN CONFIRMATION ORDER** |
| In re<br><br>USA CAPITAL FIRST TRUST DEED FUND. LLC.<br><br>                                        Debtor. | DATE:  JUNE 9, 2008<br>TIME:  9:30 A.M. |
| In re<br><br>USA SECURITIES, LLC,<br><br>                                        Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities. LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | |

I am employed by the law firm of Brownstein Hyatt Farber Schreck in Clark County.  I am over the age of 18 and not a party to this action. My business address is 100 City Parkway, Suite 1600. Las Vegas. Nevada 89106-4614.

On the May 9, 2008. I served the document(s), described as:

NOTICE OF HEARING RE MOTION FOR ORDER IN SUPPORT OF PLAN CONFIRMATION ORDER

☒    by placing the ☐ original ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

See Attachment A

☒ a.    **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

See Attachment B

☒ b.    **BY U.S. MAIL.** I deposited such envelope in the mail at Las Vegas. Nevada. The envelope(s) were mailed with postage thereon fully prepaid.

I am readily familiar with Brownstein Hyatt Farber Schreck, P.C. practice of collection and processing correspondence for mailing. Under that practice, documents are deposited with the U.S. Postal Service on the same day which is stated in the proof of service, with postage fully prepaid at Las Vegas, Nevada in the ordinary course of business. I am aware that on motion of party served. service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date stated in this proof of service.

☐ c.    **BY PERSONAL SERVICE.**

☐ d.    **BY DIRECT EMAIL**

☐ e.    **BY FACSIMILE TRANSMISSION**

☐ f.    **BY MESSENGER**

I declare under penalty of perjury that the foregoing is true and correct.

Date: May 9. 2008

            */s/ Jan Simon*
            An employee of Brownstein Hyatt Farber Schreck, P.C.

BROWNSTEIN HYATT FARBER SCHRECK
100 City Parkway, Suite 1600
Las Vegas, Nevada 89106
(702) 382-2101

## ATTACHMENT A

Rob Charles
Lewis & Roca. LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas. NV 89169-0961

Silver Point Capital
Attn:   Salman Khan
          Vick Sandhu. Esq.
Two Greenwich Plaza, 1st Fl.
Greenwich, CT 06830

Reed Smith
Attn:  James C. McCaroll. Esq.
599 Lexington Ave.
New York. NY 10022

Homes for America Holdings. Inc. and
HFA Asylum
Attn:  Daniel G. Hayes, Sr. Vice President
86 Main Street, 2nd Fl.
Yonkers, NY 10701-2738

Raymond R. Pring. Jr.. Esq.
The Law Office of Raymond R. Pring, Jr.
9050 Park Avenue
Manassas, VA 20110

Marc A. Levinson. Esq.
Orrick Herrington & Sutcliffe LLP
400 Capital Mall. Suite 3000
Sacramento, CA 95814-4497

Annette W. Jarvis, Esq.
Steven C. Strong. Esq.
Ray Quinney & Nebeker P.C.
36 South State Street. Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385

Lenard E. Schwartzer. Esq.
Jeanette E. McPherson, Esq.
Schwartzer & McPherson
2850 S. Jones Blvd., Suite 1
Las Vegas, NV 89146-5308

Office of United States Trustee
Attn:  August B. Landis
300 Las Vegas Boulevard South, 4th Fl.
Las Vegas, NV 89101

Elizabeth J Annin
2918 Sycamore Ave.
La Crescenta CA 91214

Hannah Brehmer & McAllister
188 Beacon Hill Dr
Ashland OR 97520

Clara M & Richard L Cadieux
1730 Terrace Heights Lane
Reno NV 89523

Eugene W & Sandra L Cady
20 Skyline Cir
Reno NV 89509

Delbert C Case
P O BOX 4639
Incline Village NV 89450

Paul G Chelew
205 Doolittle Ct.
Dayton NV 89403

Anthony Christian
9030 W. Sahara Ave. #233
Las Vegas NV 89117

Barbara M Chylak
261 Fredricksburg Rd
Garnerville NV 89460

James Cielen
2880 Bicentennial Pkwy Ste 100-223
Henderson NV 89044-4476

Devera Cline
1860 Papago Ln
Las Vegas NV 89109

BROWNSTEIN HYATT FARBER SCHRECK
100 City Parkway, Suite 1600
Las Vegas, Nevada 89106
(702) 382-2101

BROWNSTEIN HYATT FARBER SCHRECK
100 City Parkway, Suite 1600
Las Vegas, Nevada 89106
(702) 382-2101

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Larry & Lorette Colborn
1127 Broken Wagon Trail
Dewey AZ 86327

Byrne E Falke Sr
P O BOX 3774
Incline Village NV 89450

James A & Margaret G Coy
3333 Royal Glen Ct
Las Vegas NV 89117

David R & Monica D Fuller
955 Mullen Ave
Las Vegas NV 89044-9542

Rena DeHart
10405 Shoalhaven Dr.
Las Vegas NV 89134

Paul & Eve S Ggem
2682 Royal Crest Dr
Escondido CA 92025

DeHart/Hooks
10405 Shoalhaven Dr.
Las Vegas NV 89134

Jack & Sylvia Goldenthal
20155 NE 38th Ct
Aventura FL 33180

Gary Deppe
5961 CROSS RD
Seguin TX 78155

James Paul Goode
95-977 Ukuwai Street Unit 3106
Mililani HI 96789

James D & Ann R Dery
10 Longmeadow Lane
Beachwood OH 44122-7518

John A M Handal
3575 Siskiyou Court
Hayward CA 94542

Robert & Barbara Dollar
8 Tether Moon Ln
Ladera Ranch CA 92694-0714

Kenneth L & Donna J Hansen
13287 Rattlesnake Rd
Grass Valley CA 95945

Edward D Earl
121 W Highland Dr
Henderson NV 89015

Terry L Hansen
PO BOX 458
Sparks NV 89432-0458

Robert D Earp
609 North Laurel
El Paso TX 79903

Donald A & Nancy E Herrmann
15212 Stinson Dr
Grass Valley CA 95949

Harold Epstein
40 W Third Ave
San Mateo CA 94402

Maureen A & G Craig Hjelte
P O Box 1462
Tahoe City CA 96145

Frank J & Diana L Evangelho
867 Orange Ave
San Carlos CA 94070

Edward W Homfeld
2515 N Atlantic Blvd
Fort Lauderdale FL 33305

Sagrario T Evers
9101 Kings Town Ave
Las Vegas NV 89145

James F & Elizabeth A Huthert
487 Sudden Vly
Bellingham WA 98229

BROWNSTEIN HYATT FARBER SCHRECK
100 City Parkway, Suite 1600
Las Vegas, Nevada 89106
(702) 382-2101

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Delbert T & Rebecca J Johnston Jr
8027 E Williams Dr
Scottsdale AZ 85255

Charles Kastler III
9170 Heritage Ridge Ct
Reno NV 89523

Gregor & Otilla M Kloenne
P O Box 661
Kailua HI 96734

Anna L & Marie Lacertosa
49 Elm St
Valley Stream NY 11580

Emily P Lee
2223 25th Ave
San Francisco CA 94116

Robert S & Rose M Louis
5814 Engstrom Dr
Riverbank CA 95367-9524

Philip & Dora Lyons
2008 Marble Gorge Dr
Las Vegas NV 89117-5955

Susan M Mack & Cooper
PO Box 123
Underwood WA 98651-0123

Lou Maldonado
303 E Wildwood Dr
Phoenix AZ 85048-2015

Michael C & Haviva Maroko
25540 Prado De Oro
Calabasas CA 91302

Michael J McLaws
755 Keokuk Ln
Saint Paul MN 55120

Dale J McMullan
2605 Youngdale Dr
Las Vegas NV 89134

Wayne S Kathryn A Miller
1237 County Road TT
Roberts WI 54023

Angela G Mosinskis
7563 McConnell Ave
Los Angeles CA 90045

Carla D Neilan
6298 Canyon Park Ln
Reno NV 89523

Robert L Ogren
3768 Rick Stratton Dr
Las Vegas NV 89120

Jack Polen
3150 E Tropicana #234
Las Vegas NV 89121

Dennis Raggi
PO Box 10475
Zephyr Cove NV 89448

Thomas Rehn
15405 W Robertson Dr
Sun City West AZ 85375-3038

Marvin & Rosemary Rickling
3017 Haddon Dr
Las Vegas NV 89134

Duane B Roberts
3075 Briand Ave
San Diego CA 92122

Murlyn F & Penny Ronk
1413 Clover Hills Dr
Elko NV 89801

Lee Rotchy
338 Omni Dr
Spanish Springs NV 89436

Thalia N Routsis
P O Box 4311
Incline Village NV 89450

Charles Henry Small
12450 E. 38th Place
Yuma AZ 85367

Richard & Jacqueline Small
4801 N Calle Santa Cruz
Prescott Valley AZ 86314-5128

Bruce & Rosemary Sonnenberg
252 Chestnut Ridge Circle
Henderson NV 89012

David A & Elizabeth M Souza
542 Socorro Ct
Reno NV 89511

T Dwight & Bonnie J Sper
1005 Cypress Ridge Ln
Las Vegas NV 89144

Brian R & Amy M Stange
804 Valley West Circle
Bishop CA 93514-2323

John M Tripp
6550 Viewpoint Dr
Las Vegas NV 89156

William G & Virginia B Warwick
170 Dayton St
Danvers MA 1923

Albert & Debra Winemiller
P O Box 66157
Houston TX 77066

Rudolf Winkler
10000 Rossbury Pl
Los Angeles CA 90064

Carmel Winkler
10000 Rossbury Pl
Los Angeles CA 90064

Ruby Bell
9101 Kings Town Ave
Las Vegas NV 89415

Ronald R. & Leslie A. Carter
6508 Anasazi NE
Albuquerque NM 87111

Pete Monighetti
6515 Frankie Lane
Prunedale CA 93907

Ray Properties LLC
1782 Cypress Lake Ct.
Henderson NV 89012

BROWNSTEIN HYATT FARBER SCHRECK
100 City Parkway, Suite 1600
Las Vegas, Nevada 89106
(702) 382-2101

1

**ATTACHMENT B**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BROWNSTEIN HYATT FARBER SCHRECK
100 City Parkway, Suite 1600
Las Vegas, Nevada 89106
(702) 382-2101

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Judge: lbr | Assets: y | Case Flag: EXHS, BAPCPA, LEAD, JNTADMN, APPEAL |

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from GREENE, JAMES D. entered on 5/9/2008 at 11:26 AM PDT and filed on 5/9/2008

**Case Name:**        USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**      06-10725-lbr
**Document Number:** 6334

**Docket Text:**
Motion to Enforce *Motion for Order in Support of Plan Confirmation Order* Filed by JAMES D. GREENE on behalf of PLATINUM PROPERTIES 1, INC. (Attachments: # (1) Exhibit 1-6# (2) Exhibit 7 and 7A to 7C# (3) Exhibit 7D to 7E# (4) Exhibit 7F to 7H# (5) Exhibit 8 to 11)(GREENE, JAMES)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** T:\Jan\USA Mtn.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=5/9/2008] [FileNumber=9795533-0]
[a394ecaaea1cbc2ae39e70ee8121c5ac896ed1ac09a7bf1ef3a4d7ea6ec9790b2326f
a0885a3271b9976f3d5c5ec7fb202a52a7099e447159e8c22275ab3683d]]
**Document description:** Exhibit 1-6
**Original filename:** T:\Jan\USA Exhs 1-6.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=5/9/2008] [FileNumber=9795533-1]
[68bc3e8c6aba9fb7589aacefe0129f12b220c3a68229984dd3529f219b4d918f16676
ae8b7a7816a0c5b640c4a5924c2c9a708b2423cb2c8a37133a3e001ff0e]]
**Document description:** Exhibit 7 and 7A to 7C
**Original filename:** T:\Jan\USA Exh 7 A-C.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=5/9/2008] [FileNumber=9795533-2]
[c470a8d41c21e38bafe0a97a267426c0f0299adf83ec6db510f32d3680d5345cd9a30
a6d9cb10724380da3029b8a36b0e1f87a020c46a875c20d75284633048b]]
**Document description:** Exhibit 7D to 7E
**Original filename:** T:\Jan\USA Exh 7 D-E.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=5/9/2008] [FileNumber=9795533-3]
[6ee2e900f4dec9339fb30c98ae7a974a204d816aef9c00c6ebb1726a1c02e06ebdf52
7f006a92ff029426d1bea4594ac8c691fcbcccaba759bed4545ffa74816]]
**Document description:** Exhibit 7F to 7H
**Original filename:** T:\Jan\USA Exh 7 F-H.pdf

**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=5/9/2008] [FileNumber=9795533-4]
[c161020545d363aebf476aca94f2b2871e7b85d43a935fce88b6727364b8b93eb83fd
614a2359ee6a79a09d8c3caddd16986577421d984a3c2ca6592f239037d]]
**Document description:**Exhibit 8 to 11
**Original filename:**T:\Jan\USA Exh 8-11.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=5/9/2008] [FileNumber=9795533-5]
[2576854a2f754e032bac7cf54fd41463577170196f37492bc736efbe4890b68f3b67d
f23c2d1f63bb63f2038cf0ac187bba8d402664402a79fc88c908664cc97]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com. arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com. karen_lawrence@gshllp.com

NANCY L ALLF    nancy_allf@gshllp.com, karen_lawrence@gshllp.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

PETER C. BERNHARD    peter.bernhard@bullivant.com. michelle.diegel@bullivant.com

BMC GROUP, INC.    evrato@bmcgroup.com. ecf@bmcgroup.com;jmiller@bmcgroup.com;mjohn@bmcgroup.com

GEORGANNE W. BRADLEY    georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R. BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com. rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA    lbubala@jonesvargas.com. tbw@jonesvargas.com;aanthony@jonesvargas.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com;jrammos@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com.
ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com:manthony@sheacarlyon.com

MICHAEL W. CARMEL    michael@mcarmellaw.com. nancy@mcarmellaw.com;ritkin@steptoe.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com

JANET L. CHUBB    tbw@jonesvargas.com

JANET L. CHUBB    tbw@jonesvargas.com

DAVID A. COLVIN    kjohnson@marquisaurbach.com.
dcolvin@marquisaurbach.com;kgallegos@MarquisAurbach.com

WILLIAM D COPE    cope_guerra@yahoo.com

LAUREL E. DAVIS    ldavis@fclaw.com, mhurtado@fclaw.com

THOMAS W. DAVIS    twd@h2law.com, emarchetti-harris@howardandhoward.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (aw)    awhatnall@daca4.com

J CRAIG DEMETRAS    JCD@demetras-oneill.com. jar@demetras-oneill.com;mdh@demetras-oneill.com

ALLAN B. DIAMOND    adiamond@diamondmccarthy.com

RICHARD I. DREITZER    rdreitzer@yahoo.com

THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM;bknotices@gordonsilver.com

SCOTT D. FLEMING    sfleming@halelane.com. dbergsing@halelane.com

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

DOUGLAS D. GERRARD    DGERRARD@GERRARD-COX.COM, ekaymedellin@gerrard-cox.com

WADE B. GOCHNOUR    WBG@h2law.com, bd@h2law.com

CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov. Darlene.Ruckard@usdoj.gov:Mary.Booker@usdoj.gov

GERALD M GORDON    bankruptcynotices@gordonsilver.com. bknotices@gordonsilver.com

R. VAUGHN GOURLEY    vgourley@lvcm.com

TALITHA B. GRAY    bankruptcynotices@gordonsilver.com;bknotices@gordonsilver.com

JAMES D. GREENE    bknotice@bhfs.com

MARK H. GUNDERSON    kweaver@gundersonlaw.com

MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com:angelenal@goldguylaw.com

PETER W. GUYON    pguyon@yahoo.com

JEFFREY R. HALL    jhall@sheacarlyon.com, jusam@hutchlegal.com

XANNA R. HARDMAN    xanna.hardman@gmail.com

DEL L HARDY    bankruptcyinfo@hardyandassociates.com, del@hardyandassociates.com

STEPHEN R HARRIS    noticesbh&p@renolaw.biz

JEFFREY L HARTMAN    notices@bankruptcyreno.com, dle@bankruptcyreno.com

BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

RICHARD F. HOLLEY    rholley@nevadafirm.com,
paltstatt@nevadafirm.com:vnelson@nevadafirm.com:sliberio@nevadafirm.com:bkecf@nevadafirm.com

RANDOLPH L. HOWARD    rhoward@klnevada.com, ckishi@klnevada.com:bankruptcy@klnevada.com

DAVID W. HUSTON    dwh@hustonlaw.net

JASON A. IMES    bkfilings@s-mlaw.com

ROBBIN L. ITKIN    ritkin@steptoe.com,
sgottlieb@steptoe.com;skopman@steptoe.com;keckert@steptoe.com;jgoldman@steptoe.com;kpiper@steptoe.com

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES    ejameslv@gmail.com, kbchrislaw@aol.com

ERIN E. JONES    ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com

TY E. KEHOE    TyKehoeLaw@aol.com

ROBERT R. KINAS    rkinas@swlaw.com,
jmcbee@swlaw.com;jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com:lvdocket@mindspring.com

DEAN T. KIRBY    dkirby@kirbymac.com, gsparks@kirbymac.com:lackerman@kirbymac.com

KENT F. LARSEN    kfl@slwlaw.com, ev@slwlaw.com

ZACHARIAH LARSON    ecf@lslawnv.com, susans@lslawnv.com

JOHN J. LAXAGUE    jlaxague@caneclark.com

GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net

STEPHEN T LODEN    sloden@diamondmccarthy.com

TYSON M. LOMAZOW    tlomazow@milbank.com

ANNE M. LORADITCH    ecffilings@LRLaw.com,
aloraditch@LRLaw.com:pkois@LRLaw.com;mjenkins@LRLaw.com

TIMOTHY A LUKAS    ECFLukast@halelane.com

ERIC D. MADDEN    emadden@diamondmccarthy.com, jsickels@diamondmccarthy.com

PATRICIA A. MARR    lvlaw03@yahoo.com

JAMES C. MCCARROLL    jmccarroll@reedsmith.com, dturetsky@reedsmith.com;aleonard@reedsmith.com

REGINA M. MCCONNELL     rmcconnell@kssattorneys.com

WILLIAM L. MCGIMSEY     lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT     mcknightlaw@cox.net,
gkopang@lawlasvegas.com;cburke@lawlasvegas.com;eseverino@lawlasvegas.com

JEANETTE E. MCPHERSON     bkfilings@s-mlaw.com;info@s-mlaw.com

BRECK E. MILDE     bmilde@terra-law.com

SHAWN W MILLER     bankruptcyfilings@sheacarlyon.com,
smiller@sheacarlyon.com;ltreadway@sheacarlyon.com;mleavitt@sheacarlyon.com;manthony@sheacarlyon.com

DAVID MINCIN     mcknightlaw@cox.net,
gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com;eseverino@lawlasvegas.com

JOHN F MURTHA     jmurtha@woodburnandwedge.com

ERVEN T. NELSON     , susan@bolickboyer.com

VICTORIA L NELSON     bkecf@nevadafirm.com,
vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rholley@nevadafirm.com;rmoss@nevadafirm.com

JOHN F. O'REILLY     jor@oreillylawgroup.com,
tor@oreillylawgroup.com;bc@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com

TIMOTHY R. O'REILLY     tor@oreillylawgroup.com,
jor@oreillylawgroup.com;bc@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com

BOB L. OLSON     ecffilings@beckleylaw.com, bolson@lrlaw.com;mjenkins@lrlaw.com;pkois@lrlaw.com

DONNA M. OSBORN     mwalters@marquisaurbach.com,
dosborn@marquisaurbach.com;kgallegos@MarquisAurbach.com;tszostek@marquisaurbach.com

ANDREW M. PARLEN     aparlen@stutman.com

DONALD T. POLEDNAK     sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY     info@johnpeterlee.com

THOMAS RICE     trice@coxsmith.com, jbrown@coxsmith.com;aseifert@coxsmith.com

GORDON C. RICHARDS     GCR@ClarkandRichards.com, ALM@ClarkandRichards.com

CHRISTINE A ROBERTS     roberts@shlaw.com,
miller@shlaw.com;hill@shlaw.com;mcallister@shlaw.com;maenza@shlaw.com;jacka@shlaw.com

STACY M. ROCHELEAU     stacy@arlawgroup.com, wendy@arlawgroup.com

SUSAN WILLIAMS SCANN     sscann@deanerlaw.com, palexander@deanerlaw.com

MICHAEL M. SCHMAHL     mschmahl@mcguirewoods.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

BRIAN D. SHAPIRO    ecf@brianshapirolaw.com,
tiffany@brianshapirolaw.com;brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com;marjorie@brianshapirolaw

JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com,
ltreadway@sheacarlyon.com;jshea@sheacarlyon.com;manthony@sheacarlyon.com

SHLOMO S. SHERMAN    ssherman@sheacarlyon.com,
bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;mleavitt@sheacarlyon.co

AMBRISH S. SIDHU    ecfnotices@sidhulawfirm.com

JEFFREY SLOANE    lrost@kssattorneys.com, gmushmeche@kssattorneys.com

ALAN R SMITH    mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com

ADAM M. STARR    starra@gtlaw.com

DAVID A. STEPHENS    dstephens@lvcm.com

ARIEL E. STERN    sterna@ballardspahr.com,
jeromes@ballardspahr.com;mangundayaoc@ballardspahr.com;waltons@ballardspahr.com

PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

ERIC W. SWANIS    swanise@gtlaw.com,
barberc@gtlaw.com;boodtb@gtlaw.com;dittrichr@gtlaw.com;driverv@gtlaw.com;chaoa@gtlaw.com;lengemannc@gtl

JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com

KAARAN E. THOMAS    kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv)    mmorton@mcdonaldcarano.com

ROLLIN G. THORLEY    rollin.g.thorley@irscounsel.treas.gov

LISA TSAI    ltsai@diamondmccarthy.com, tstone@diamondmccarthy.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

C. VAN    michael@nvanlaw.com

ERIC VAN    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

GREGORY J. WALCH    GWalch@Nevadafirm.com

RUSSELL S. WALKER    rwalker@wklawpc.com,
eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

GREGORY L. WILDE    bk@wildelaw.com

RYAN J. WORKS    rworks@mcdonaldcarano.com,
kbarrett@mcdonaldcarano.com:dsampson@mcdonaldcarano.com:aguenther@mcdonaldcarano.com;hvenglik@mcdona

MICHAEL YODER    myoder@diamondmccarthy.com

MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

**06-10725-lbr Notice will not be electronically mailed to:**

CELSO ACOSTA
.

ANTHONY G. ADAMS
`

THOMAS J. ALLISON
`

ANDREW K ALPER
6500 WILSHIRE BLVD 17TH FLR
LOS ANGELES. CA 90048

ALVAREZ & MARSAL, LLC
,

ARNOLD R. ALVES
9904 VILLA GRANITO LANE
GRANITE BAY. CA 95746

AMERICAN EXPRESS BANK FSB
PO BOX 3001
MALVERN, PA 19355-0701

ANGELO GORDON & CO
C/O JED HART
245 PARK AVE. 26TH FL
NEW YORK, NY 10167

MICHAEL W ANGLIN
FULBRIGHT & JAWORSKI LLP
2200 ROSS AVE. STE 2800
DALLAS. TX 75201

GUY ARCHER
`

KERIANN M. ATENCIO
PHOENIX. AZ 85016

BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
`

CLARK BARTKOWSKI
P.O. BOX 1180

JEAN BARTKOWSKI
P.O. BOX 1180
DARBY. MT 59829

EVAN BEAVERS
1625 HIGHWAY 88. #304
MINDEN. NV 89423

BECKLEY SINGLETON, CHTD.

`

FLOCERFIDA BENINCASA
9359 ROPING COWBOY AVE
LAS VEGAS, NV 89178

JASPER BENINCASA
9359 ROPING COWBOY AVE.
LAS VEGAS, NV 89178

BLAKES HOUSE FLORAL & BALLOON CO
1204 CAMBALLERIA DR
CARSON CITY. NV 89701

BRIAN M. ADAMS, ESQ.

`

JOSHUA D BRYSK
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON. CA 94588

DEL BUNCH

`

ERNESTINE BUNCH

,

C RANDALL BUPP
2000 CROW CANYON PL #330
SAN RAMON, CA 94583

C. NICHOLAS PEREOS, ESQ.

`

ELISSA F CADISH
3930 HOWARD HUGHS PKWY. 4TH FLR
LAS VEGAS. NV 89169

JAIRO CASTILLO
C/O ALAN R. SMITH
505 RIDGE
RENO. NV 89501

TITO CASTILLO
13390 PARKSIDE TERRACE
COOPER CITY. FL 33330

TITO CASTILLO
C/O ALAN R. SMITH
505 RIDGE ST
RENO, NV 89501

CDW COMPUTER CENTERS INC
C/O RECEIVABLE MANAGEMENT SERVICES
307 INTERNATIONAL CIRCLE. SUITE 270
HUNT VALLEY, MD 21030

A. WILLIAM CEGLIA
3720 POCOHENA COURT
WASHOE VALLEY, NV 89704

RANEE L. CEGLIA
3720 POCOHENA COURT
WASHOE VALLEY. NV 89704

CURTIS F CLARK

CLARK COUNTY ASSESSOR'S OFFICE
C/O M W SCHOFIELD
500 S GRAD CENTRAL PKWY
LAS VEGAS. NV 89155

CLARK COUNTY ASSESSOR'S OFFICE
DISTRICT ATTORNEY OFF / K. PHILIPS
500 GRAND CENTRAL PKWY, #5075
LAS VEGAS, NV 89155

HOWARD CONNELL
1001 JENNIS SILVER ST
LAS VEGAS. NV 89145

LORENE CONNELL
1001 JENNIS SILVER ST
LAS VEGAS, NV 89117

WILLIAM D COPE
595 HUMBOLDT ST
RENO. NV 89509

SAM COSTANZA
9809 CANTEBURY ROSE LANE
LAS VEGAS. NV 89134

ROBERT A. COWMAN
1525 WINTERWOOD AVENUE

SPARKS. NV 89434

SANDRA L. COWMAN
1525 WINTERWOOD AVENUE
SPARKS. NV 89434

CT
a Wolters Kluwer Business
1209 ORANGE STREET
WILMINGTON. DE 19801

CICI CUNNINGHAM
9950 WEST CHEYENNE AVENUE
LAS VEGAS, NV 89129
bankruptcy@rocgd.com

VINCE DANELIAN
P.O. BOX 97782
LAS VEGAS, NV 89193

DANIEL AND CLAIRE LISEK
`

GEORGE DAVIS
WEIL GOTHAL & MANGES LLP
767 FIFTH AVENUE
NEW YORK, NY 10153
george.davis@weil.com

DEBT ACQUISITION COMPANY OF AMERICA
`

JOSEPH H. DEUERLING
2602 W LAKE RIDGE SHRS
RENO. NV 89519-5780

DIAMOND MCCARTHY TAYLOR FINLEY & LEE, LLP
`

JOHN C. DUCKLEE
700 FLANDERS RD.
RENO, NV 89511

E. GRACE MARSTON TRUSTEE OF THE MARSTON FAMILY TRUST DATED 08/13/1993
E. MARSTON
1184 CAMANO COURT
SAN JOSE. CA 95122

FRANK A ELLIS
510 S 9TH ST
LAS VEGAS, NV 89101

BONNY K. ENRICO
2072 ALMYRA ROAD

SPARTA, TN 38583-5168

DAVID R. ENRICO
2072 ALMYRA ROAD
SPARTA, TN 38583-5168

ARLEY D FINLEY
DIAMOND MCCARTHY, LLP
6504 BRIDGEPOINT PKWY, STE 400
AUSTIN, TX 78730

FOLEY & LARDNER LLP
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60610

GEORGE D FRAME
601 GREENWAY ROAD, STE D
HENDERSON, NV 89015

FTI CONSULTING, INC.
2 NORTH CENTRAL AVENUE, STE 1200
PHOENIX, AZ 85004

ROBERT B. GEIGER
,

RUTH E. GEIGER
,

GERRARD COX & LARSEN
2450 SAINT ROSE PARKWAY, SUITE 200
HENDERSON, NV 89074

RICHARD D. GREEN
3773 HOWARD HUGHES PKWY, STE 500 NO
LAS VEGAS, NV 89169

GREEN VALLEY SECURE INVESTMENTS
2625 GREEN VALLEY PARKWAY
SUITE 125
HENDERSON, NV 89014

DAVID R. GRIFFITH
STEWRT, HUMPHERYS, TURCHETT, ET. AL.
3120 COHASSET ROAD, SUITE 6
POST OFFICE BOX 720
CHICO, CA 95927

ERNA D. GRUNDMAN
114 E YOLO STREET
ORLAND, CA 95963

JOANNE M. GRUNDMAN

1608 BROWN STREET
CARSON CITY, NV 89701

LORRAINE GUNDERSON

'

WYNN A. GUNDERSON

'

HAIN CAPITAL GROUP, LLC
MEADOWS OFFICE COMPLEX
301 ROUTE 17
16TH FLOOR
RUTHERFORD, NJ 07070

JOHN HANDAL

'

GAYLE HARKINS

'

JANE HENDLER

'

HERMAN M. ADAMS, ESQ.

'

HILCO REAL ESTATE LLC/HILCO REAL ESTATE APPRAISAL, LLC

'

JOHN HINDERAKER
LEWIS & ROCA LLP
ONE S CHURCH AVE. STE 700
TUCSON, AZ 85701-1611

JACK HOGGARD
7022 RUSHWOOD DR.
EL DORADO HILLS, CA 95762-5002

CHARLES HUFF
3426 PINO CIRCLE
LAS VEGAS, NV 89121

HUMPHRY 1999 TRUST
C/O JACK & ALICE HUMPHRY TTEES
3825 CHAMPAGNE WOOD DR
NORTH LAS VEGAS, NV 89031-2056

DAVID W. HUSTON

'

INTERIM COMMITTEE OF CONCERNED INVESTORS

'

PAUL A. JACQUES
810 SE 7TH ST A-103
DEERFIELD BEACH, FL 33441

ANNETTE W JARVIS
POB 45385
SALT LAKE CITY, UT 84145

HARRY JESSUP
2009 WESTLUND DR.
LAS VEGAS, NV 89102

HELEN B. JESSUP
2009 WESTLUND DR.
LAS VEGAS, NV 89102

JOHN L. WADE, TRUSTEE OF THE JOHN L. WADE TRUST DTD 5/8/01
881 LAKE COUNTRY DRIVE
INCLINE VILLAGE, NV 89451

RICHARD E KAMMERMAN
RICHARD KAMMERMAN PC
7200 N MOPAC, SUITE 150
AUSTIN, TX 78731

CONSTANTINE KARIDES
REED SMITH LLP
599 LEXINGTON AVENUE
NEW YORK, NY 10022

LINDA KETTERMAN
321 N. 19TH STREET
ENID, OK 73701

RAY KETTERMAN
321 N. 19TH STREET
ENID, OK 73701

EDWARD KLINE
9932 ARBUCKLE DRIVE
LAS VEGAS, NV 89134

MARCIA J. KNOX

BETTY KOLSTRUP
1830 BALBOA DRIVE
RENO, NV 89503

MATTHEW J. KREUTZER
HALE LANE PEEK DENNISON AND HOWARD
3930 HOWARD HUGHES PARKWAY
FOURTH FLOOR
LAS VEGAS, NV 89169

GERALD LABOSSIERE

`

LUCILLE LABOSSIERE

`

REID W. LAMBERT
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH. SUITE 300
SALT LAKE CITY, UT 84111

JASON G LANDESS
7054 BIG SPRINGS COURT
LAS VEGAS. NV 89113

CYNTHIA J LARSEN
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 CAPITOL MALL. STE 3000
SACRAMENTO, CA 95814

MARC A. LEVINSON
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 CAPITOL MALL. STE 30000
SACRAMENTO, CA 95814-4497

GERALD LEWIS

`

JUDITH LEWIS

.

LEWIS AND ROCA LLP
3993 HOWARD HUGHES PKWY. #600
LAS VEGAS, NV 0

ELIZABETH R. LOVERIDGE
WOODBURY & KESLER. P.C.
265 EAST 100 SOUTH. SUITE 300
SALT LAKE CITY. UT 84111

LEE D. MACKSON
SHUTTS & BOWEN LLP
1500 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI. FL 33131

STUART MADSEN
5843 VALLE VISTA COURT
GRANITE BAY. CA 95746

JERROLD T. MARITIN
8423 PASO ROBLES
NORTHRIDGE. CA 91325

TERRY MARKWELL
12765 SILVER WOLF ROAD
RENO, NV 89511

RICHARD J. MASON
130 PINETREE LANE
RIVERWOODS, IL 60015

JAMES E. MCKNIGHT
'

KATE O. MCMONIGLE
MARKUN ZUSMAN & COMPTON LLP
465 CALIFORNIA STREET, 5TH FLOOR
SAN FRANCISCO, CA 94104

CRAIG MEDOFF
3110 LARKWOOD CREEK
FALLBROOK, CA 92028

D G MENCHETTI
POB 7100
INCLINE VILLAGE, NV 89450

JAY L. MICHAELSON
7 W FIGUEROA ST., 2ND FLR
SANTA BARBARA, CA 93101

MMS
MEETING MANAGEMENT SERVICES, INC.
1201 NEW JERSEY AVE., NW
WASHINGTON, DC 20001

MICHAEL P. MOLLO
316 S. BROADWAY #B
REDONDO BEACH, CA 90277

DOUGLAS M MONSON
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, STE 1400
PO BOX 45385
SALT LAKE CITY, UT 84145-0385

NASON,YEAGER, GERSON, WHITE & LIOCE, P.A.
'

HOWARD S. NEVINS
2150 RIVER PLAZA DR., #450
SACRAMENTO, CA 95833

STEVEN R ORR
RICHARDS WATSON & GERSHON
355 SOUTH GRAND AVENUE, 40TH FLOOR

LOS ANGELES. CA 90071

ORRICK HERRINGTON & SUTCLIFFE LLP
400 CAPITOL MALL #3000
SACRAMENTO. CA 95814-4497

ORRICK, HERRINGTON & SUTCLIFFE, LLP

,

CRAIG ORROCK

,

AARON I. OSHEROW
8025 MARYLAND AVENUE
APT 10-C
ST. LOUIS. MO 63105

RONALD H. PACHECO

,

CHRISTINE M PAJAK
STUTMAN TREISTER & GLATT
1901 AVENUE OF THE STARS, 12TH FLOOR
LOS ANGELES, CA 90067
, ekarasik@stutman.com

ANDREW M PARLEN

,

J STEPHEN PEEK
3930 HOWARD HUGHES PKWY, 4TH FLR
LAS VEGAS, NV 89109

NANCY A. PETERMAN
GREENBERG TRAURIG. LLP
77 W. WACKER DR., SUITE 2500
CHICAGO. IL 60601

PHILLIPS, CANTOR & BERLOWITZ, P.A.
4000 HOLLYWOOD BLVD.. SUITE 375-SOUTH
HOLLYWOOD. FL 33021

KRIS PICKERING
ROSA SOLIS-RAINEY. ESQ.
300 SOUTH FOURTH STREET
LAS VEGAS, NV 89101

COLLEEN POINDEXTER
60 JOANN CT.
WALNUT CREEK, CA 94597

R&N REAL ESTATE INVESTMENTS
3990 VEGAS DRIVE
LAS VEGAS. NV 89108

RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, SUITE 1400
P.O. BOX 45385
SALT LAKE CITY. UT 84145

SALVATORE J REALE

'

WILLIAM T REID
DIAMOND MCCARTHY LLP
6504 BRIDGEPOINT PKWY, #400
AUSTIN. TX 78730

HENRY RENDLER
1550 THE ALAMEDA #308
SAN JOSE. CA 95126

MICHAEL RICCI

'

LARRY L. RIEGER

'

PATSY R. RIEGER

'

ROBERT W. ULM, TRUSTEE OF THE ULM LIVING TRUST

'

R J ROCCO
12617 COTTAGEVILLE LANE
KELLER. TX 76248

NANCY E. ROMMEL
TRUSTEE OF ROMMEL FAMILY TRUST - 10/6/78

'

ROYAL VACATION SUITES. INC.

'

S & J ENTERPRISE INVESTMENTS, INC.

'

NICHOLAS J SANTORO
400 S FOURTH ST 3RD FLOOR
LAS VEGAS. NV 89101

SANTORO DRIGGS WALCH KEARNEY JOHNSON & THOMPSON

'

SCC ACQUISITION CORP.

'

JAMES G SCHWARTZ
7901 STONERIDGE DR #401
PLEASANTON. CA 94588

SCHWARTZER & MCPHERSON LAW FIRM
2850 S. JONES BLVD.. #1
LAS VEGAS. NV 89146

LOIS MAE SCOTT
`

ROBERT J. SCOTT
`

JAMES E SHAPIRO
GERRARD. COX & LARSEN
2450 ST ROSE PKWY #200
LAS VEGAS. NV 89119

JAMES SHAW
14225 PRAIRIE FLOWER CT
RENO, NV 89511-6710

SHEA & CARLYON. LTD.
228 S 4TH ST 1ST FL
LAS VEGAS. NV 89101

SIERRA CONSULTING GROUP, LLC
`

SIERRA HEALTH SERVICES. INC.
ATTN: FRANK COLLINS. ESQ.
2724 N. TENAYA WAY
P.O. BOX 15645
LAS VEGAS. NV 89114-5645

CHARLES SMALL
12450 E. 38TH PLACE
YUMA. AZ 85367

ULRICH W SMITH
3990 VEGAS DR
LAS VEGAS. NV 89108

WENDY W. SMITH
BINDER & MALTER, LLP
2775 PARK AVENUE
SANTA CLARA. CA 95050

PATRICIA K. SMOOTS
318 N GROVE
OAK PARK. IL 60302

SNELL & WILMER LLP

3883 HOWARD HUGHES PKWY #1100
LAS VEGAS, NV 89101

DERRICK A. SPATORICO
PHETERSON, STEN, CALABRESE & NEILANS,
THE WILDER BLDG
ONE EAST MAIN ST # 150
ROCHESTER, NY 14614

BRADLEY J STEVENS
3300 N CENTRAL AVE
PHOENIX, AZ 85012

THOMAS W STILLEY
1000 SW BROADWAY #1400
PORTLAND, OR 97205

STEVEN C STRONG
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, STE 1400
SALT LAKE CITY, UT 84145-0385

STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
1901 AVENUE OF THE STARS, 12TH FLR
LOS ANGELES, CA 90067

ROBERT SUSSKIND
9900 WILBUR MAY PARKWAY #206
RENO, NV 89521

BEVERLY SWEZEY
'

DONALD SWEZEY
'

TANAMERA RESORT CONDOMINIUMS, LLC
'

EVALYN C TAYLOR
'

TECHNOLOGY INVESTMENT PARTNERS, L.L.C.
ATTN: STACEY L. FARMER
40950 WOODWARD AVENUE
SUITE 201
BLOOMFIELD HILLS, MI 48304-5128

THE COSTANZA 1987 DECEDENT'S TRUST
C/O SAM COSTANZA
9809 CANTEBURY ROSE LANE
LAS VEGAS, NV 89134

THE LARRY L. RIEGER AND PATSY R. RIEGER REVOCABLE TRUST DTD 8/14/91

C/O LARRY & PATSY RIEGER, TRUSTEES
2615 GLEN EAGLES DRIVE
RENO, NV 89523

JACK S. TIANO
.

U.S. BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
125 S GRAND AVE
PASADENA, CA 91105

U.S. BANKRUPTCY COURT
,

UNITED STATES DISTRICT COURT
.

PEGGY ANN VALLEY
4843 SOUTH POINT
DISCOVERY BAY, CA 94514

ROY R. VENTURA
.

ROBERT VERCHOTA
C/O JEFFREY A COGAN, ESQ
3990 VEGAS DRIVE
LAS VEGAS, NV 89108

WALLS FAMILY TRUST DTD 12/10/97
C/O JOSEPH P & ELLEN WALLS
2778 BEDFORD WAY
CARSON CITY, NV 89703

WANDA WRIGHT TRUSTEE FOR THE WANDA WRIGHT TRUST 6-14-99
.

JOYCE WATSON
10612 BLACK IRON ROAD
LOUISVILLE, KY 40291

STEVE WATSON
10612 BLACK IRON ROAD
LOUISVILLE, KY 40291

ROLLAND P. WEDDELL
C/O MATTHEW J. KREUTZER, ESQ.
3930 HOWARD HUGHES PKWY, 4TH FLR
LAS VEGAS, NV 89169

KIRBY R WELLS
6900 WESTCLIFF DR #710
LAS VEGAS, NV 89128

AUDREY WHIGHTSIL
12450 E. 38TH PLACE
YUMA, AZ 85367

GAIL WILCOX
PO BOX 1051
MINDEN, NV 89423

STEVE WILCOX
PO BOX 1051
MINDEN, NV 89423

WILLIAM E WINFIELD
POB 9100
OXNARD, CA 93031

MARION E. WYNNE
WILKINS, BANKESTER, BILES & WYNNE, P.A.
POST OFFICE BOX 1367
FAIRHOPE, AL 36533-1367

OSVALDO LIVING TRUST ZUNINO
3575 TIOGA WAY
LAS VEGAS, NV 89109

RAYMOND J. ZURFLUH
5719 CONSTITUTION WAY
REDDING, CA 96003-7517

SHIRLEY J. ZURFLUH
5719 CONSTITUTION WAY
REDDING, CA 96003-7517