LEWIS
AND
ROCA
LLP
L A W Y E R S

1 | Susan M. Freeman (AZ Bar No. 4199) *pro hac vice*
Rob Charles (NV Bar No. 6593)
2 | Anne M. Loraditch (NV Bar No. 8164)
3 | **LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
4 | Last Vegas, Nevada 89169
Telephone (702) 949-8200
5 | Facsimile (702) 949-8398
Email: sfreeman@lralaw.com
6 |          rcharles@lrlaw.com
7 |          aloraditch@lrlaw.com
*Attorneys for USACM Liquidating Trust*

| Electronically filed May 9, 2008 |
|---|

8
9 |                    **UNITED STATES BANKRUPTCY COURT**
10 |                         **DISTRICT OF NEVADA**

11 | In Re:                                          Case No. BK-S-06-10725-LBR
                                                    Case No. BK-S-06-10726-LBR
12 | USA COMMERCIAL MORTGAGE            Case No. BK-S-06-10727-LBR
      COMPANY,                                      Case No. BK-S-06-10728-LBR
13 | USA CAPITAL REALTY ADVISORS, LLC,    Case No. BK-S-06-10729-LBR
14 | USA CAPITAL DIVERSIFIED TRUST DEED
      FUND, LLC, USA CAPITAL FIRST TRUST       CHAPTER 11
15 | DEED FUND, LLC, USA SECURITIES, LLC,
                                  Debtors.            Jointly Administered Under
16 | **Affects:**                                       Case No. BK-S-06-10725 LBR
17 | ☐ All Debtors
      ☒ USA Commercial Mortgage Company      **SECOND STIPULATION TO EXTEND**
18 | ☐ USA Capital Realty Advisors, LLC         **DEADLINE TO FILE COMPLAINT**
      ☐ USA Capital Diversified Trust Deed Fund,   **TO AVOID AND RECOVER PRE-**
19 | LLC                                                  **PETITION TRANSFERS PURSUANT**
      ☐ USA Capital First Trust Deed Fund, LLC   **TO 11 U.S.C.  §§ 547, 548 AND 550**
20 | ☐ USA Securities, LLC
21
22 |          USACM Liquidating Trust (the "Trust") and Scotsman Publishing, Inc.

23 | ("Scotsman," together with the Trust, the "Parties"), by and through their undersigned

24 | counsel, hereby stipulate to further extend the deadline for the Trust to file a complaint to

25 | ///

26 | ///

415203.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

1  avoid and recover pre-petition transfers pursuant to 11 U.S.C. §§ 547, 548, and 550 (the

2  "Stipulation") against Scotsman.   In support of this Stipulation, the Parties state as

3  follows:

4          1.      The Trust asserts that it has claims against Scotsman for the avoidance and

5  recovery of preferential and/or fraudulent pre-petition transfers (the "Transfers") received

6  from USA Commercial Mortgage ("USACM") by Scotsman during the 90-day period

7  preceding the filing of USACM's chapter 11 bankruptcy case on April 13, 2006 (the

8  "Petition Date").

9          2.      On February 12, 2008, in pursuit of its avoidance claims, the Trust made

10  demand upon Scotsman for the return of the Transfers.  Counsel for Scotsman responded

11  to the Trust's demand indicating a further response would be forthcoming upon receipt of

12  additional information from Scotsman.

13          3.      The Trust is continuing its dialogue with Scotsman regarding the Transfers

14  and the services Scotsman provided to USACM pre-petition.  The current deadline for the

15  Trust to file a complaint to avoid and recover the Transfers, pursuant to 11 U.S.C. §§ 547,

16  548, and 550 ("Complaint"), is May 12, 2008, pursuant to the Court's Order Approving

17  Stipulation To Extend Deadline To File Complaint To Avoid And Recover Pre-Petition Transfers

18  Pursuant To 11 U.S.C.  §§ 547, 548 and 550 [Docket No. 6186] entered April 11, 2008.

19          4.      In order to afford the Parties additional time to explore a possible resolution

20  to this matter, the Parties have agreed that a further extension of the deadline for filing a

21  Complaint is warranted.

22          5.      The Parties submit that an extension to Thursday, June 12, 2008, of the

23  deadline for filing a Complaint is reasonable and will effectively conserve the Court's

24  valuable resources and serve the efficiencies of this matter by facilitating the exploration

25  of a resolution of the Trust's avoidance claims against Scotsman.

26  ///

2

415203.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

1    WHEREFORE, the Parties request that the Court enter an order approving this

2    Stipulation and extending the deadline, to and including Thursday, June 12, 2008, for the

3    Trust to file a Complaint against Scotsman.

4    Respectfully submitted:

5    **LEWIS AND ROCA LLP**                      **WILLIAMS, KASTNER & GIBBS**
                                                  **PLLC**
6

7    By ___/s/Anne M. Loraditch___              By___s/ Sheena R. Aebig_____
8       Susan Freeman, Esq., *pro hac vice*        Sheena R. Aebig, Esq.
        Rob Charles, Esq.                          Two Union Square
9       Anne M. Loraditch, Esq.                    601 Union Street, Suite 4100
        3993 Howard Hughes Pkwy, Suite 600         Seattle, Washington 98101
10      Las Vegas, Nevada 89169                    Telephone: (206) 628-6600
        Telephone: (702) 949-8200               *Attorneys for Scotsman Publishing, Inc.*
11   *Attorneys for USACM Trust*

12   DATED:    May 9, 2008                       DATED:    May 9, 2008

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3

415203.1