Douglas D. Gerrard, Esq.
Nevada Bar No. 4613
dgerrard@gerrard-cox.com
Michael J. Newman, Esq.
Nevada Bar No. 10697
mnewman@gerrard-cox.com
**GERRARD, COX & LARSEN**
2450 St. Rose Pkwy., Suite 200
Henderson, Nevada 89074
(702) 796-4000
Attorneys for Defendant Salvatore J. Reale

ELECTRONICALLY FILED ON
May 12, 2008

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Bankruptcy Case No.<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | Adversary Case No. 06-01256-LBR |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **CERTIFICATE OF SERVICE OF NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD** |
| USA COMMERCIAL MORTGAGE COMPANY, a chapter 11 debtor, and USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC | |

USA COMMERCIAL MORTGAGE COMPANY, a Chapter 11 Debtor, and USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, a Chapter 11 Debtor
    Plaintiffs,
vs.

HMA Sales, LLC, a Nevada limited liability company, and SALVATORE J. REALE, an individual; GREAT WHITE INVESTMENT NV INC., a Nevada corporation; USA COMMERCIAL REAL ESTATE GROUP, INC., a Nevada corporation; ALLEN ABOLAFIA, an individual; BOB ALUM, an individual;

///

GERRARD, COX & LARSEN
2450 St. Rose Parkway, Suite 200
Henderson, Nevada 89074
(702) 796-4000

| | |
|---|---|
| FRANK J. BELMONTE, JR., an individual; JEAN JACQUES BERTHELOT, an individual; GARYBRENNAN, an individual; PAUL BRUGGEMANS, an individual; WILLIAM F. ERRINGTON, an individual; HARV GASTALDI, an individual; JAYEM FAMILY LIMITED PARTNERSHIP, a Nevada limited partnership; JACQUES M. MASSA, an individual and general partner of Jayem Family Limited Partnership; AIMEE KEARNS, an individual; KLAUS KOPF, an individual; BERNARD KRAUS, an individual; ARLENE KRAUS, an individual; JOSEPH B. LAFAYETTE, an individual; GEORGES LAFORGE, an individual; JASON LANDESS, ESQ., an individual; SVEN LEVIN, an individual; R.G.T. MILLER (Trustee), an individual acting in the capacity of trustee; ANNEE NOUNNA, an individual; R&N REAL ESTATE INVESTMENTS LIMITED PARTNERSHIP, a Nevada limited partnership; ROBERT JOHN VERCHOTA, an individual and general partner of R&N Real Estate Investments Limited Partnership; PATSY R. RIEGER (TRUSTEE), a an individual acting in the capacity of trustee; DENNIS F. SIPIORSKI, an individual; DAVID STIBOR, an individual; KENNETH TRECHT, an individual; STEVE WALTERS, an individual; and RUSSELL J. ZUARDO, an individual<br><br>Defendants. | **CERTIFICATE OF SERVICE OF NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD** |

Affects:
- ☐ All Debtors
- ☒ USA Commercial Mortgage Company
- ☐ USA Securities, LLC
- ☐ USA Capital Realty Advisors, LLC
- ☒ USA Capital Diversified Trust Deed Fund, LLC
- ☐ USA First Trust Deed Fund, LLC

## CERTIFICATE OF SERVICE OF NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD

I hereby certify that I am an employee of GERRARD, COX & LARSEN, and that on the __8th__ day of May, 2008, I served a copy of our **NOTICE OF WITHDRAWAL AS COUNSEL OF RECORD** (Bankruptcy Doc. #6311), as follows:

a.  Electronically Mailed By ECF System:

MICHELLE L. ABRAMS - mabrams@mabramslaw.com

FRANKLIN C. ADAMS - franklin.adams@bbklaw.com; arthur.johnston@bbklaw.com

NANCY L ALLF - nallf@parsonsbehle.com; karen_lawrence@gshllp.com

NANCY L ALLF - nancy_allf@gshllp.com; karen_lawrence@gshllp.com

FRANK A. ANDERSON - anderson.frank@pbgc.gov; efile@pbgc.gov

1. PETER C. BERNHARD - peter.bernhard@bullivant.com; michelle.diegel@bullivant.com
2. BMC GROUP, INC. - evrato@bmcgroup.com; ecf@bmcgroup.com; jmiller@bmcgroup.com; mjohn@bmcgroup.com
3. GEORGANNE W. BRADLEY - georganne.bradley@bullivant.com, mary.opatrny@bullivant.com
4. KELLY J. BRINKMAN - kbrinkman@gooldpatterson.com
5. THOMAS R. BROOKSBANK - tom@tombrooksbank.com; renee@tombrooksbank.com
6. ANDREW M. BRUMBY - abrumby@shutts-law.com; rhicks@shutts-law.com; lmackson@shutts-law.com
7. LOUIS M. BUBALA - lbubala@jonesvargas.com; tbw@jonesvargas.com; aanthony@jonesvargas.com
8. MATTHEW Q. CALLISTER - mqc@callister-reynolds.com; maggie@callister-reynolds.com; jrammos@callister-reynolds.com
9. CANDACE C CARLYON - ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com; bankruptcyfilings@sheacarlyon.com; manthony@sheacarlyon.com
10. MICHAEL W. CARMEL - michael@mcarmellaw.com; nancy@mcarmellaw.com; ritkin@steptoe.com
11. ROB CHARLES - rcharles@lrlaw.com; cjordan@lrlaw.com
12. MICHAEL W. CHEN - yvette@ccfirm.com
13. KEVIN B. CHRISTENSEN - kbchrislaw@aol.com
14. JANET L. CHUBB - tbw@jonesvargas.com
15. JANET L. CHUBB - tbw@jonesvargas.com
16. DAVID A. COLVIN - kjohnson@marquisaurbach.com; dcolvin@marquisaurbach.com; kgallegos@MarquisAurbach.com
17. WILLIAM D COPE - cope_guerra@yahoo.com
18. LAUREL E. DAVIS - ldavis@fclaw.com; mhurtado@fclaw.com
19. THOMAS W. DAVIS - twd@h2law.com; emarchetti-harris@howardandhoward.com
20. DEBT ACQUISITION COMPANY OF AMERICA V, LLC (aw) awhatnall@daca4.com
21. J CRAIG DEMETRAS - JCD@demetras-oneill.com; jar@demetras-oneill.com; mdh@demetras-oneill.com
22. ALLAN B. DIAMOND - adiamond@diamondmccarthy.com
23. RICHARD I. DREITZER - rdreitzer@yahoo.com
24. THOMAS H. FELL - BANKRUPTCYNOTICES@GORDONSILVER.COM; bknotices@gordonsilver.com
25. SCOTT D. FLEMING - sfleming@halelane.com; dbergsing@halelane.com
26. GREGORY E GARMAN - bankruptcynotices@gordonsilver.com; bknotices@gordonsilver.com
27. WADE B. GOCHNOUR - WBG@h2law.com; bd@h2law.com
28. CARLOS A. GONZALEZ - carlos.gonzalez2@usdoj.gov; Darlene.Ruckard@usdoj.gov; Mary.Booker@usdoj.gov

///

GERRARD, COX & LARSEN
2450 St. Rose Parkway, Suite 200
Henderson, Nevada 89074
(702) 796-4000

3

GERALD M GORDON - bankruptcynotices@gordonsilver.com; bknotices@gordonsilver.com
R. VAUGHN GOURLEY - vgourley@lvcm.com
TALITHA B. GRAY - bankruptcynotices@gordonsilver.com; bknotices@gordonsilver.com
JAMES D. GREENE - bknotice@bhfs.com
MARK H. GUNDERSON - kweaver@gundersonlaw.com
MARJORIE A. GUYMON - bankruptcy@goldguylaw.com; ddias@goldguylaw.com; angelenal@goldguylaw.com
PETER W. GUYON - pguyon@yahoo.com
JEFFREY R. HALL - jhall@shearcarlyon.com; jusam@hutchlegal.com
XANNA R. HARDMAN - xanna.hardman@gmail.com
DEL L HARDY - bankruptcyinfo@hardyandassociates.com; del@hardyandassociates.com
STEPHEN R HARRIS - noticesbh&p@renolaw.biz
JEFFREY L HARTMAN - notices@bankruptcyreno.com; dle@bankruptcyreno.com
BRIGID M. HIGGINS - bankruptcynotices@gordonsilver.com; bknotices@gordonsilver.com
RICHARD F. HOLLEY - rholley@nevadafirm.com; paltstatt@nevadafirm.com; vnelson@nevadafirm.com; sliberio@nevadafirm.com; bkecf@nevadafirm.com
RANDOLPH L. HOWARD - rhoward@klnevada.com; ckishi@klnevada.com; bankruptcy@klnevada.com
DAVID W. HUSTON - dwh@hustonlaw.net
JASON A. IMES - bkfilings@s-mlaw.com
ROBBIN L. ITKIN - ritkin@steptoe.com; sgottlieb@steptoe.com; skopman@steptoe.com; keckert@steptoe.com; jgoldman@steptoe.com; kpiper@steptoe.com
CHRISTOPHER D JAIME - cjaime@waltherkey.com; kbernhar@waltherkey.com
EVAN L. JAMES - ejameslv@gmail.com; kbchrislaw@aol.com
ERIN E. JONES - ejones@diamondmccarthy.com; cburrow@diamondmccarthy.com
TY E. KEHOE - TyKehoeLaw@aol.com
ROBERT R. KINAS - rkinas@swlaw.com; jmcbee@swlaw.com; jmath@swlaw.com; mfull@swlaw.com; cdossier@swlaw.com; lvdocket@mindspring.com
DEAN T. KIRBY - dkirby@kirbymac.com; gsparks@kirbymac.com; lackerman@kirbymac.com
KENT F. LARSEN - kfl@slwlaw.com; ev@slwlaw.com
ZACHARIAH LARSON - ecf@lslawnv.com; susans@lslawnv.com
JOHN J. LAXAGUE - jlaxague@caneclark.com
GEORGE C LAZAR - glazar@foxjohns.com; gclazar@sbcglobal.net
NILE LEATHAM - nleatham@klnevada.com; ckishi@klnevada.com; bankruptcy@klnevada.com
ROBERT C. LEPOME - rlepome@cox.net; smstanton@cox.net
STEPHEN T LODEN - sloden@diamondmccarthy.com
TYSON M. LOMAZOW - tlomazow@milbank.com
ANNE M. LORADITCH - ecffilings@LRLaw.com; aloraditch@LRLaw.com; pkois@LRLaw.com; mjenkins@LRLaw.com

4

TIMOTHY A LUKAS - ECFLukast@halelane.com
ERIC D MADDEN - emadden@diamondmccarthy.com; jsickels@diamondmccarthy.com
PATRICIA A. MARR - lvlaw03@yahoo.com
JAMES C. MCCARROLL - jmccarroll@reedsmith.com; dturetsky@reedsmith.com; aleonard@reedsmith.com
REGINA M. MCCONNELL - rmcconnell@kssattorneys.com
WILLIAM L. MCGIMSEY - lawoffices601@lvcoxmail.com
RICHARD MCKNIGHT - mcknightlaw@cox.net; gkopang@lawlasvegas.com; Ncburke@lawlasvegas.com; eseverino@lawlasvegas.com
JEANETTE E. MCPHERSON - bkfilings@s-mlaw.com; info@s-mlaw.com
BRECK E. MILDE - bmilde@terra-law.com
SHAWN W MILLER - bankruptcyfilings@sheacarlyon.com; smiller@sheacarlyon.com; ltreadway@sheacarlyon.com; mleavitt@sheacarlyon.com; manthony@sheacarlyon.com
DAVID MINCIN - mcknightlaw@cox.net; gkopang@lawlasvegas.com; dmincin@lawlasvegas.com; cburke@lawlasvegas.com; eseverino@lawlasvegas.com
JOHN F MURTHA - jmurtha@woodburnandwedge.com
ERVEN T. NELSON - susan@bolickboyer.com
VICTORIA L NELSON - bkecf@nevadafirm.com; vnelson@nevadafirm.com; paltstatt@nevadafirm.com; rholley@nevadafirm.com; rmoss@nevadafirm.com
JOHN F. O'REILLY - jor@oreillylawgroup.com; tor@oreillylawgroup.com; bc@oreillylawgroup.com; mg@oreillylawgroup.com; lc@oreillylawgroup.com
TIMOTHY R. O'REILLY - tor@oreillylawgroup.com; jor@oreillylawgroup.com; bc@oreillylawgroup.com; mg@oreillylawgroup.com; lc@oreillylawgroup.com
BOB L. OLSON - ecffilings@beckleylaw.com; bolson@lrlaw.com; mjenkins@lrlaw.com; pkois@lrlaw.com
DONNA M. OSBORN - mwalters@marquisaurbach.com; dosborn@marquisaurbach.com; kgallegos@MarquisAurbach.com; tszostek@marquisaurbach.com
ANDREW M. PARLEN - aparlen@stutman.com
DONALD T. POLEDNAK - sandplegal@yahoo.com; spbankruptcy@yahoo.com
PAUL C RAY - info@johnpeterlee.com
THOMAS RICE - trice@coxsmith.com; jbrown@coxsmith.com; aseifert@coxsmith.com
GORDON C. RICHARDS - GCR@ClarkandRichards.com; ALM@ClarkandRichards.com
CHRISTINE A ROBERTS - roberts@shlaw.com; miller@shlaw.com; hill@shlaw.com; mcallister@shlaw.com; maenza@shlaw.com; jacka@shlaw.com
STACY M. ROCHELEAU - stacy@arlawgroup.com; wendy@arlawgroup.com
SUSAN WILLIAMS SCANN - sscann@deanerlaw.com; palexander@deanerlaw.com
MICHAEL M. SCHMAHL - mschmahl@mcguirewoods.com
LENARD E. SCHWARTZER - bkfilings@s-mlaw.com
BRIAN D. SHAPIRO - ecf@brianshapirolaw.com; tiffany@brianshapirolaw.com; brianshapiroesq@yahoo.com; bshapiro@brianshapirolaw.com; marjorie@brianshapirolaw.com

5

JAMES PATRICK SHEA - bankruptcyfilings@sheacarlyon.com; ltreadway@sheacarlyon.com; jshea@sheacarlyon.com; manthony@sheacarlyon.com

SHLOMO S. SHERMAN - ssherman@sheacarlyon.com; bankruptcyfilings@sheacarlyon.com; ltreadway@sheacarlyon.com; rmsmith@sheacarlyon.com; mleavitt@sheacarlyon.com; manthony@sheacarlyon.com

AMBRISH S. SIDHU - ecfnotices@sidhulawfirm.com

JEFFREY SLOANE - lrost@kssattorneys.com; gmushmeche@kssattorneys.com

ALAN R SMITH - mail@asmithlaw.com; turk@asmithlaw.com; marsh@asmithlaw.com; darby@asmithlaw.com

ADAM M. STARR - starra@gtlaw.com

DAVID A. STEPHENS - dstephens@lvcm.com

ARIEL E. STERN - sterna@ballardspahr.com; jeromes@ballardspahr.com; mangundayaoc@ballardspahr.com; waltons@ballardspahr.com

PETER SUSI - cheryl@msmlaw.com; msm@msmlaw.com

ERIC W. SWANIS - swanise@gtlaw.com; barberc@gtlaw.com; boodtb@gtlaw.com; dittrichr@gtlaw.com; driverv@gtlaw.com; chaoa@gtlaw.com; lengemannc@gtlaw.com

JEFFREY R. SYLVESTER - jeff@sylvesterpolednak.com

KAARAN E. THOMAS - kthomas@mcdonaldcarano.com; mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv) - mmorton@mcdonaldcarano.com

ROLLIN G. THORLEY - rollin.g.thorley@irscounsel.treas.gov

LISA TSAI - ltsai@diamondmccarthy.com; tstone@diamondmccarthy.com

U.S. TRUSTEE - LV - ll USTPRegion17.lv.ecf@usdoj.gov

C. VAN - michael@nvanlaw.com

ERIC VAN - bankruptcynotices@gordonsilver.com; bknotices@gordonsilver.com

GREGORY J. WALCH - Gwalch@Nevadafirm.com

RUSSELL S. WALKER - rwalker@wklawpc.com; eloveridge@wklawpc.com; ckirk@wklawpc.com; tgrover@wklawpc.com

WHITNEY B. WARNICK - wbw@albrightstoddard.com; bstessel@albrightstoddard.com

GREGORY L. WILDE - bk@wildelaw.com

RYAN J. WORKS - rworks@mcdonaldcarano.com; kbarrett@mcdonaldcarano.com; dsampson@mcdonaldcarano.com; aguenther@mcdonaldcarano.com; hvenglik@mcdonaldcarano.com

MICHAEL YODER - myoder@diamondmccarthy.com

MATTHEW C. ZIRZOW - bankruptcynotices@gordonsilver.com; bknotices@gordonsilver.com

///
///
///
///

6

b.  Deposited in the United States mail on the 12th day of May, 2008, at Henderson, Nevada, to:

| | |
|---|---|
| Andrew K Alper<br>6500 Wilshire Blvd., 17th Fl.<br>Los Angeles, ca 90048 | Joshua D Brysk<br>Law Offices of James G Schwartz<br>7901 Stoneridge Drive, Suite 401<br>Pleasanton, CA 94588 |
| Arnold R. Alves<br>9904 Villa Granito Lane<br>Granite Bay, CA 95746 | Elissa F Cadish<br>3930 Howard Hughs Pkwy, 4th Flr<br>Las Vegas, NV 89169 |
| American Express Bank Fsb<br>Po Box 3001<br>Malvern, Pa 19355-0701 | Jairo Castillo<br>C/o Alan R. Smith<br>505 Ridge<br>Reno, NV 89501 |
| Angelo Gordon & Co<br>C/o Jed Hart<br>245 Park Ave, 26th Fl<br>New York, Ny 10167 | Tito Castillo<br>13390 Parkside Terrace<br>Cooper City, Fl 33330 |
| Michael W Anglin<br>Fulbright & Jaworski Llp<br>2200 Ross Ave, Ste 2800<br>Dallas, Tx 75201 | Tito Castillo<br>C/o Alan R. Smith<br>505 Ridge St<br>Reno, NV 89501 |
| Clark Bartkowski<br>P.o. Box 1180<br>Darby, Mt 59829 | Cdw Computer Centers Inc<br>C/o Receivable Management Services<br>307 International Circle, Suite 270<br>Hunt Valley, Md 21030 |
| Jean Bartkowski<br>P.o. Box 1180<br>Darby, Mt 59829 | A. William Ceglia<br>3720 Pocohena Court<br>Washoe Valley, NV 89704 |
| Evan Beavers<br>1625 Highway 88, #304<br>Minden, NV 89423 | Ranee L. Ceglia<br>3720 Pocohena Court<br>Washoe Valley, NV 89704 |
| Flocerfida Benincasa<br>9359 Roping Cowboy Ave<br>Las Vegas, NV 89178 | Clark County Assessor's Office<br>C/o M W Schofield<br>500 S Grad Central Pkwy<br>Las Vegas, NV 89155 |
| Jasper Benincasa<br>9359 Roping Cowboy Ave.<br>Las Vegas, NV 89178 | Clark County Assessor's Office<br>District Attorney off / K. Philips<br>500 Grand Central Pkwy, #5075<br>Las Vegas, NV 89155 |
| Blakes House Floral & Balloon Co<br>1204 Camballeria Dr<br>Carson City, NV 89701 | |
| /// | C Randall Bupp<br>2000 Crow Canyon Pl #330<br>San Ramon, CA 94583 |

GERRARD, COX & LARSEN
2450 St. Rose Parkway, Suite 200
Henderson, Nevada 89074
(702) 796-4000

GERRARD, COX & LARSEN
2450 St. Rose Parkway, Suite 200
Henderson, Nevada 89074
(702) 796-4000

| | |
|---|---|
| Howard Connell<br>1001 Jennis Silver St<br>Las Vegas, NV 89145 | E. Grace Marston Trustee of the Marston Family Trust Dated 08/13/1993 E. Marston<br>1184 Camano Court<br>San Jose, CA 95122 |
| Lorene Connell<br>1001 Jennis Silver St<br>Las Vegas, NV 89117 | Frank a Ellis<br>510 S 9th St<br>Las Vegas, NV 89101 |
| William D Cope<br>595 Humboldt St<br>Reno, NV 89509 | Bonny K. Enrico<br>2072 Almyra Road<br>Sparta, Tn 38583-5168 |
| Sam Costanza<br>9809 Cantebury Rose Lane<br>Las Vegas, NV 89134 | David R. Enrico<br>2072 Almyra Road<br>Sparta, Tn 38583-5168 |
| Robert A. Cowman<br>1525 Winterwood Avenue<br>Sparks, NV 89434 | Arley D Finley<br>Diamond Mccarthy, Llp<br>6504 Bridgepoint Pkwy, Ste 400<br>Austin, Tx 78730 |
| Sandra L. Cowman<br>1525 Winterwood Avenue<br>Sparks, NV 89434 | Foley & Lardner Llp<br>321 North Clark Street<br>Suite 2800<br>Chicago, Il 60610 |
| Ct a Wolters Kluwer Business<br>1209 Orange Street<br>Wilmington, De 19801 | George D Frame<br>601 Greenway Road, Ste D<br>Henderson, NV 89015 |
| Cici Cunningham<br>9950 West Cheyenne Avenue<br>Las Vegas, NV 89129 | Fti Consulting, Inc.<br>2 North Central Avenue, Ste 1200<br>Phoenix, Az 85004 |
| Vince Danelian<br>P.o. Box 97782<br>Las Vegas, NV 89193 | Richard D. Green<br>3773 Howard Hughes Pkwy, Ste 500 No<br>Las Vegas, NV 89169 |
| George Davis<br>Weil Gothal & Manges Llp<br>767 Fifth Avenue<br>New York, Ny 10153 | Green Valley Secure Investments<br>2625 Green Valley Pkwy., Suite 125<br>Henderson, NV 89014 |
| Joseph H. Deuerling<br>2602 W Lake Ridge Shrs<br>Reno, NV 89519-5780 | Erna D. Grundman<br>114 E Yolo Street<br>Orland, CA 95963 |
| John C. Ducklee<br>700 Flanders Rd.<br>Reno, NV 89511 | David R. Griffith<br>Stewrt, Humpherys, Turchett, Et. Al.<br>3120 Cohasset Road, Suite 6<br>Post Office Box 720<br>Chico, CA 95927 |
| /// | |

8

GERRARD, COX & LARSEN
2450 St. Rose Parkway, Suite 200
Henderson, Nevada 89074
(702) 796-4000

Joanne M. Grundman
1608 Brown Street
Carson City, NV 89701

Hain Capital Group, Llc
Meadows Office Complex
301 Route 17
16th Floor
Rutherford, NJ 07070

John Hinderaker
Lewis & Roca Llp
One S Church Ave, Ste 700
Tucson, Az 85701-1611

Jack Hoggard
7022 Rushwood Dr.
El Dorado Hills, CA 95762-5002

Charles Huff
3426 Pino Circle
Las Vegas, NV 89121

Humphry 1999 Trust
C/o Jack & Alice Humphry Ttees
3825 Champagne Wood Dr
North Las Vegas, NV 89031-2056

Paul A. Jacques
810 Se 7th St A-103
Deerfield Beach, Fl 33441

Annette W Jarvis
Pob 45385
Salt Lake City, Ut 84145

Harry Jessup
2009 Westlund Dr.
Las Vegas, NV 89102

Helen B. Jessup
2009 Westlund Dr.
Las Vegas, NV 89102

John L. Wade, Trustee of the
John L. Wade Trust Dtd 5/8/01
881 Lake Country Drive
Incline Village, NV 89451

///

Richard E Kammerman
Richard Kammerman Pc
7200 N Mopac, Suite 150
Austin, TX 78731

Constantine Karides
Reed Smith Llp
599 Lexington Avenue
New York, NY 10022

Linda Ketterman
321 N. 19th Street
Enid, OK 73701

Ray Ketterman
321 N. 19th Street
Enid, Ok 73701

Edward Kline
9932 Arbuckle Drive
Las Vegas, NV 89134

Betty Kolstrup
1830 Balboa Drive
Reno, NV 89503

Matthew J. Kreutzer
Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway
Fourth Floor
Las Vegas, NV 89169

Reid W. Lambert
Woodbury & Kesler, P.c.
265 East 100 South, Suite 300
Salt Lake City, Ut 84111

Jason G Landess
7054 Big Springs Court
Las Vegas, NV 89113

Cynthia J Larsen
Orrick, Herrington & Sutcliffe Llp
400 Capitol Mall, Ste 3000
Sacramento, CA 95814

Marc A. Levinson
Orrick, Herrington & Sutcliffe Llp
400 Capitol Mall, Ste 30000
Sacramento, CA 95814-4497

| | |
|---|---|
| Lewis and Roca Llp<br>3993 Howard Hughes Pkwy, #600<br>Las Vegas, NV 89169 | Michael P. Mollo<br>316 S. Broadway #B<br>Redondo Beach, CA 90277 |
| Elizabeth R. Loveridge<br>Woodbury & Kesler, P.c.<br>265 East 100 South, Suite 300<br>Salt Lake City, Ut 84111 | Douglas M Monson<br>Ray Quinney & Nebeker P.c.<br>36 South State Street, Ste 1400<br>Po Box 45385<br>Salt Lake City, Ut 84145-0385 |
| Lee D. Mackson<br>Shutts & Bowen Llp<br>1500 Miami Center<br>201 South Biscayne Boulevard<br>Miami, Fl 33131 | Howard S. Nevins<br>2150 River Plaza Dr., #450<br>Sacramento, CA 95833 |
| Stuart Madsen<br>5843 Valle Vista Court<br>Granite Bay, CA 95746 | Steven R Orr<br>Richards Watson & Gershon<br>355 South Grand Avenue, 40th Floor<br>Los Angeles, CA 90071 |
| Jerrold T. Maritin<br>8423 Paso Robles<br>Northridge, CA 91325 | Orrick Herrington & Sutcliffe Llp<br>400 Capitol Mall #3000<br>Sacramento, CA 95814-4497 |
| Terry Markwell<br>12765 Silver Wolf Road<br>Reno, NV 89511 | Aaron I. Osherow<br>8025 Maryland Avenue<br>Apt 10-c<br>St. Louis, Mo 63105 |
| Richard J. Mason<br>130 Pinetree Lane<br>Riverwoods, Il 60015 | Christine M Pajak<br>Stutman Treister & Glatt<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067 |
| Kate O. Mcmonigle<br>Markun Zusman & Compton Llp<br>465 California Street, 5th Floor<br>San Francisco, CA 94104 | J Stephen Peek<br>3930 Howard Hughes Pkwy, 4th Flr<br>Las Vegas, NV 89109 |
| Craig Medoff<br>3110 Larkwood Creek<br>Fallbrook, CA 92028 | Nancy A. Peterman<br>Greenberg Traurig, Llp<br>77 W. Wacker Dr., Suite 2500<br>Chicago, Il 60601 |
| D G Menchetti<br>Pob 7100<br>Incline Village, NV 89450 | Phillips, Cantor & Berlowitz, P.a.<br>4000 Hollywood Blvd., Suite 375-south<br>Hollywood, Fl 33021 |
| Jay L. Michaelson<br>7 W Figueroa St., 2nd Flr<br>Santa Barbara, CA 93101 | Kris Pickering<br>Rosa Solis-rainey, Esq.<br>300 South Fourth Street<br>Las Vegas, NV 89101 |
| Mms<br>Meeting Management Services, Inc.<br>1201 New Jersey Ave., Nw<br>Washington, Dc 20001 | |

GERRARD, COX & LARSEN
2450 St. Rose Parkway, Suite 200
Henderson, Nevada 89074
(702) 796-4000

10

| | |
|---|---|
| Colleen Poindexter<br>60 Joann Ct.<br>Walnut Creek, CA 94597 | Sierra Health Services, Inc.<br>Attn: Frank Collins, Esq.<br>2724 N. Tenaya Way<br>P.o. Box 15645<br>Las Vegas, NV 89114-5645 |
| R&n Real Estate INVestments<br>3990 Vegas Drive<br>Las Vegas, NV 89108 | Charles Small<br>12450 E. 38th Place<br>Yuma, Az 85367 |
| Ray Quinney & Nebeker P.c.<br>36 South State Street, Suite 1400<br>P.o. Box 45385<br>Salt Lake City, Ut 84145 | Ulrich W Smith<br>3990 Vegas Dr<br>Las Vegas, NV 89108 |
| William T Reid<br>Diamond McCarthy Llp<br>6504 Bridgepoint Pkwy, #400<br>Austin, Tx 78730 | Wendy W. Smith<br>Binder & Malter, Llp<br>2775 Park Avenue<br>Santa Clara, CA 95050 |
| Henry Rendler<br>1550 the Alameda #308<br>San Jose, CA 95126 | Patricia K. Smoots<br>318 N Grove<br>Oak Park, Il 60302 |
| R J Rocco<br>12617 Cottageville Lane<br>Keller, Tx 76248 | Snell & Wilmer Llp<br>3883 Howard Hughes Pkwy #1100<br>Las Vegas, NV 89101 |
| Nicholas J Santoro<br>400 S Fourth St 3rd Floor<br>Las Vegas, NV 89101 | Derrick A. Spatorico<br>Pheterson, Sten, Calabrese & Neilans,<br>the Wilder Bldg<br>One East Main St # 150<br>Rochester, Ny 14614 |
| James G Schwartz<br>7901 Stoneridge Dr #401<br>Pleasanton, CA 94588 | Bradley J Stevens<br>3300 N Central Ave<br>Phoenix, Az 85012 |
| Schwartzer & Mcpherson Law Firm<br>2850 S. Jones Blvd., #1<br>Las Vegas, NV 89146 | Thomas W Stilley<br>1000 Sw Broadway #1400<br>Portland, or 97205 |
| Joyce Watson<br>10612 Black Iron Road<br>Louisville, Ky 40291 | Steven C Strong<br>Ray Quinney & Nebeker P.c.<br>36 South State Street, Ste 1400<br>Salt Lake City, Ut 84145-0385 |
| James Shaw<br>14225 Prairie Flower Ct<br>Reno, NV 89511-6710 | |
| Shea & Carlyon, Ltd.<br>228 S 4th St 1st Fl<br>Las Vegas, NV 89101 | Stutman, Treister & Glatt Professional<br>Corporation<br>1901 Avenue of the Stars, 12th Flr<br>Los Angeles, CA 90067 |

///

GERRARD, COX & LARSEN
2450 St. Rose Parkway, Suite 200
Henderson, Nevada 89074
(702) 796-4000

GERRARD, COX & LARSEN
2450 St. Rose Parkway, Suite 200
Henderson, Nevada 89074
(702) 796-4000

Robert Susskind
9900 Wilbur May Parkway #206
Reno, NV 89521

Technology Investment Partners, L.l.c.
Attn: Stacey L. Farmer
40950 Woodward Avenue
Suite 201
Bloomfield Hills, Mi 48304-5128

the Costanza 1987 Decedent's Trust
C/o Sam Costanza
9809 Cantebury Rose Lane
Las Vegas, NV 89134

the Larry L. Rieger and Patsy R. Rieger Revocable Trust Dtd 8/14/91
C/o Larry & Patsy Rieger, Trustees
2615 Glen Eagles Drive
Reno, NV 89523

U.S. Bankruptcy Appellate Panel of the Ninth Circuit
125 S Grand Ave
Pasadena, CA 91105

Peggy Ann Valley
4843 South Point
Discovery Bay, CA 94514

Robert Verchota
C/o Jeffrey a Cogan, Esq
3990 Vegas Drive
Las Vegas, NV 89108

Walls Family Trust Dtd 12/10/97
C/o Joseph P & Ellen Walls
2778 Bedford Way
Carson City, NV 89703

Rolland P. Weddell
C/o Matthew J. Kreutzer, Esq.
3930 Howard Hughes Pkwy, 4th Flr
Las Vegas, NV 89169

Kirby R Wells
6900 Westcliff Dr #710
Las Vegas, NV 89128

Audrey Whightsil
12450 E. 38th Place
Yuma, Az 85367

Gail Wilcox
Po Box 1051
Minden, NV 89423

Steve Wilcox
Po Box 1051
Minden, NV 89423

William E Winfield
Pob 9100
Oxnard, CA 93031

Marion E. Wynne
Wilkins, Bankester, Biles & Wynne, P.a.
Post Office Box 1367
Fairhope, Al 36533-1367

Osvaldo Living Trust Zunino
3575 Tioga Way
Las Vegas, NV 89109

Raymond J. Zurfluh
5719 Constitution Way
Redding, CA 96003-7517

Shirley J. Zurfluh
5719 Constitution Way
Redding, CA 96003-7517

Steve Watson
10612 Black Iron Road
Louisville, Ky 40291

/s/ Esther K. Medellin
Esther K. Medellin, an employee of
GERRARD COX LARSEN

G:\06786\COS.Ntc.Withdrawal.Main.050908.wpd        12