1 | DEL HARDY, ESQ. (SBN # 1172)
HARDY LAW GROUP
2 | 96 & 98 Winter Street
Reno, Nevada 89503
3 | Tel: 775-786-5800
Fax: 775-329-8282
4 | Attorney for Creditors
Tim Burrus and Joann Ortiz-Burrus
5 |

6 |

**UNITED STATES BANKRUPTCY COURT**

7 | **DISTRICT OF NEVADA**

8 | In Re:

Case No.    BK-S-O6-10725-LBR
9 | USA COMMERCIAL MORTGAGE COMPANY,    Case No.    BK-S-O6-10726-LBR
Case No.    BK-S-O6-10727-LBR
10 | USA CAPITAL REALTY ADVISORS, LLC,    Case No.    BK-S-O6-10728-LBR
Case No.    BK-S-O6-10729-LBR
11 | USA CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC
12 | Chapter    11
USA CAPITAL FIRTS TRUST DEED FUND,
13 | LLC,    Jointly Administered Under Case
No. BK-S-06-10725 LBR
14 | USA SECURITIES, LLC,
Adversary Case No. 06-01256-LBR
15 |

16 | Debtors.    **NOTICE OF WITHDRAWAL AS**
**COUNSEL OF RECORD**
17 | Affects:
Hearing Date:
18 | USA COMMERCIAL MORTGAGE COMPANY    Hearing Time:

19 | _____/

20 |

21 | TO:    ALL PARTIES IN INTEREST, and their counsel of record:

22 | PLEASE TAKE NOTICE that the law firm of HARDY LAW GROUP, and  DEL

23 | HARDY, ESQ., has withdrawn as counsel of record for TIM BURRUS and JO ANN ORTIZ-

24 | BURRUS, in the above-captioned case(s), and that all future filings and correspondence of any

25 | kind shall be directed to:

26 | TIM BURRUS
JO ANN ORTIZ-BURRUS
27 | 3380 Hidden Valley Dr.
Reno, NV 89502
28 | / / /    Phone: 775-857-6583

**(Signature on following page)**

Electronically Filed 5-12-08-Mor

1

2  DATED this ___ day of May, 2008.          HARDY LAW GROUP

3

4                                          DEL HARDY, ESQ.

5

6                    **CERTIFICATE OF SERVICE**

7  Pursuant to FRCP 5(b), I certify that I am an employee of HARDY & ASSOCIATES, 96 &

8  98 Winter Street, Reno, Nevada 89503, and that on this date I served the foregoing document(s) on

9  all parties to this action by:

10  _____    placing an original or true copy thereof in a sealed envelope placed for collection and
             mailing in the United States Mail, at Reno, Nevada, postage paid, following ordinary
11           business practices.

12  _____    personal delivery

13  __XX___    Electronically (to below and all other counsel of record listed on the Certificate of
             Service so designated in the Court ECF system)

14  _____    Facsimile (FAX)

15  _____    Federal Express or other overnight delivery

16  _____    Messenger Service

17  _____    Certified Mail with Return Receipt Requested.

18  addressed as follows:

19  Susan M. Freeman, Esq.
    Rob Charles, Esq.
20  John Hinderaker
    LEWIS & ROCA, LLP
21  3993 Howard Hughes Pkwy., Ste. 600
    Las Vegas, Nevada 89169
22  Fax 702-949-8320

23
    DATED this ___ day of May, 2008.
24

25

26                                          An Employee of Hardy Law Group

27

28