1  DEL HARDY, ESQ. (SBN # 1172)
   HARDY LAW GROUP
2  96 & 98 Winter Street
   Reno, Nevada 89503
3  Tel: 775-786-5800
   Fax: 775-329-8282
4  Attorney for Creditors
   Tim Burrus and Joann Ortiz-Burrus
5

6              UNITED STATES BANKRUPTCY COURT

7                   DISTRICT OF NEVADA

8  In Re:                                    Case No.    BK-S-O6-10725-LBR
                                             Case No.    BK-S-O6-10726-LBR
9  USA COMMERCIAL MORTGAGE COMPANY,          Case No.    BK-S-O6-10727-LBR
                                             Case No.    BK-S-O6-10728-LBR
10 USA CAPITAL REALTY ADVISORS, LLC,         Case No.    BK-S-O6-10729-LBR

11 USA CAPITAL DIVERSIFIED TRUST DEED
   FUND, LLC                                 Chapter     11
12
   USA CAPITAL FIRTS TRUST DEED FUND,        Jointly Administered Under Case
13 LLC,                                      No. BK-S-06-10725 LBR

14                                           Adversary Case No. 06-01256-LBR
   USA SECURITIES, LLC,
15
                     Debtors.                **NOTICE OF WITHDRAWAL AS**
16                                           **COUNSEL OF RECORD**
   Affects:
17                                           Hearing Date:
   USA COMMERCIAL MORTGAGE COMPANY           Hearing Time:
18

19 _____/

20

21      TO:    ALL PARTIES IN INTEREST, and their counsel of record:

22      PLEASE TAKE NOTICE that the law firm of HARDY LAW GROUP, and DEL

23 HARDY, ESQ., has withdrawn as counsel of record for TIM BURRUS and JO ANN ORTIZ-

24 BURRUS, in the above-captioned case(s), and that all future filings and correspondence of any

25 kind shall be directed to:

26             TIM BURRUS
               JO ANN ORTIZ-BURRUS
27             3380 Hidden Valley Dr.
               Reno, NV 89502
28 / / /       Phone: 775-857-6583

               **(Signature on following page)**

                          1

DATED this 12 day of May, 2008.        HARDY LAW GROUP

DEL HARDY, ESQ.

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of HARDY & ASSOCIATES, 96 & 98 Winter Street, Reno, Nevada 89503, and that on this date I served the foregoing document(s) on all parties to this action by:

_____        placing an original or true copy thereof in a sealed envelope placed for collection and mailing in the United States Mail, at Reno, Nevada, postage paid, following ordinary business practices.

_____        personal delivery

__XX__        Electronically (to below and all other counsel of record listed on the Certificate of Service so designated in the Court ECF system)

_____        Facsimile (FAX)

_____        Federal Express or other overnight delivery

_____        Messenger Service

_____        Certified Mail with Return Receipt Requested.

addressed as follows:

Susan M. Freeman, Esq.
Rob Charles, Esq.
John Hinderaker
LEWIS & ROCA, LLP
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, Nevada 89169
Fax 702-949-8320

DATED this 12 day of May, 2008.

An Employee of Hardy Law Group

2