**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

**Susan M. Freeman, Esq.** AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
**Anne M. Loraditch, Esq.** NV State Bar No. 008164
Email: aloraditch@lrlaw.com

Attorneys for USACM Liquidating Trust

Electronically filed on May 12, 2008

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY;<br>USA CAPITAL REALTY ADVISORS, LLC;<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC;<br>USA CAPITAL FIRST TRUST DEED FUND, LLC;<br>USA SECURITIES, LLC;<br>　　　　　　　　　Debtors.<br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**STIPULATION RE PRE-PETITION TRANSFERS TO PURDUE MARION & ASSOCIATES** |

　　　　The USACM Liquidating Trust (the "Trust"), and Purdue Marion & Associates, ("Purdue Marion"), hereby stipulate as follows:

　　　　1.　　On February 12, 2008, after diligently reviewing the books and records of USA Commercial Mortgage, the Trust made demand upon Purdue Marion for the return of payments made pre-petition totaling $18,000.00 (the "Payments") alleging that such Payments were preferential transfers pursuant to 11 U.S.C. § 547(a).

///

2. Purdue Marion does not agree that the Payments were preferential and has articulated its reasons for its position to the trustee (the "Trustee") of the Trust.

3. In view of the foregoing, the Trust and Purdue Marion (together, the "Parties") hereby stipulate and agree that Purdue Marion shall pay to the Trust the sum of Five Thousand Dollars ($5,000.00) (the "Settlement Amount") on or before the close of business on Wednesday, June 11, 2008, provided the Court enters an Order approving this Stipulation before that date, and that Purdue Marion finally and forever waives whatever right, title and interest it may have to any distribution that may be forthcoming from the USACM Trust in the above-captioned USA Commercial Mortgage chapter 11 bankruptcy case.

4. The Parties further stipulate and agree that Purdue Marion's timely payment in full of the Settlement Amount and waiver of any distribution from the USACM estate constitute sufficient consideration for the full settlement and satisfaction of the Trustee's preference demand upon Purdue Marion for the return of the Payments.

5. The Trust reserves all of its rights with respect to any claim or cause of action other than as described in this Stipulation that the Trust may have against Purdue Marion.

6. Nothing in this stipulation or the Court's order approving this stipulation shall have any effect on Purdue Marion' participation or rights in any of the above-captioned bankruptcy cases, other than the instant case, or any bankruptcy cases related thereto.

Dated: May 12, 2008.

| **LEWIS AND ROCA LLP** | **GONZALEZ SAGGIO & HARLAN LLP** |
|---|---|
| By  *s/ Anne M. Loraditch* <br> Susan M. Freeman, AZ 4199 (*pro hac vice*) <br> Anne M. Loraditch, NV 8164 <br> 3993 Howard Hughes Parkway, Suite 600 <br> Las Vegas, Nevada 89169-5996 <br> Telephone: (702) 949-8200 <br> *Attorneys for USACM Liquidating Trust* | By  *s/ Nancy L. Allf* <br> Nancy L. Allf, Esq. <br> 411 East Bonneville Avenue, Suite 100 <br> Las Vegas, Nevada 89101 <br> Telephone: (702) 366-1866 <br> *Attorneys for Purdue Marion & Associates* |

415350.1