**Entered on Docket**
**May 13, 2008**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
_Attorneys for USACM Liquidating Trust_

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA Commercial Mortgage Company, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[1] |
| USA Capital Realty Advisors, LLC, | Case No. BK-S-06-10729-LBR[2] |
| USA Capital Diversified Trust Deed Fund, LLC, | CHAPTER 11 |
| USA Capital First Trust Deed Fund, LLC,[1] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA Securities, LLC,[2] | |
| Debtors. | **ORDER SUSTAINING THIRD OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED, IN WHOLE OR IN PART, UPON INVESTMENT IN THE WASCO INVESTMENTS, LLC LOAN** |
| **Affects:** | |
| ☐ All Debtors | |
| ☒ USA Commercial Mortgage Company | |
| ☐ USA Capital Realty Advisors, LLC | Hearing Date: May 8, 2008 |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | Hearing Time: 10:30 a.m. |
| ☐ USA Capital First Trust Deed Fund, LLC | |
| ☐ USA Securities, LLC | |

---

[1] This bankruptcy case was closed on October 12, 2007.
[2] This bankruptcy case was closed on December 26, 2007.

239488.1

Pending before the Court is the USACM Liquidating Trust's Third Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in the Wasco Investments, LLC Loan (the "Objection") [DE 6125]. Adequate notice of the Objection was given. The Court heard the Objection on May 8, 2008. No responses were filed to the Objection and no opposition was raised at the hearing. Good cause appearing,

IT IS ORDERED:

- Sustaining the Objection;
- Disallowing the Proofs of Claim listed on Exhibit A attached to the extent they are based upon an investment in the Wasco Investments, LLC Loan. The Proofs of Claim listed in Exhibit A are not affected by this order to the extent they are based upon an investment in a loan(s) other than the Wasco Investments, LLC Loan; and
- Reserving the right of any party in interest, including the USACM Trust, to further object to the Proofs of Claim listed on Exhibit A attached.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By:___/s/ RC (#0006593)_____
      Susan M. Freeman
      Rob Charles
      John Hinderaker
*Attorneys for USACM Liquidating Trust*

239488.1

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐    The Court waived the requirements of approval under LR 9021.

☐    No parties appeared or filed written objections, and there is no trustee appointed in the case.

☒    No opposition was filed to the motion and no other party or counsel appeared at the hearing.

☐    I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing, and any trustee appointed in the case, and each has approved or disapproved the order, or failed to respond, as indicated below:

**LEWIS AND ROCA LLP**

By:   /s/ RC (#0006593)
  Susan M. Freeman
  Rob Charles
  John Hinderaker
  *Attorneys for USACM Liquidating Trust*

239488.1

## WASCO INVESTMENTS
## THIRD OMNIBUS OBJECTION

# EXHIBIT A
## Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Wasco Investments Loan |
|---|---|---|---|---|
| 10725-01843 | Craig Medhoff Trustee of M. Craig Medhoff Family Trust | 3110 Larkwood Creek Fallbrook, CA 92028 | $25,000.00 | $12,500.00 |
| 10725-02044 | Dominique Naylon | P.O. Box 2 Topaz, CA 96133 | $584,148.81 | $50,000.00 |
| 10725-01901 | Charles and Mary Parker | 14470 Emerald Path Apple Valley, MN 55124 | $236,840.31 | $52,470.68 |
| 10725-00245 | Robert H. and Lynn R. Perlman Trust Dated 9/17/92 | c/o Robert H. and Lynn R. Perlman Trustees 2877 Paradise Road, Unit 3501 Las Vegas, NV 89109-5278 | $1,187,000.00 | $50,000.00 |
| 10725-01646 | Phillips Family Trust Dated 10/24/89 | c/o A. Stephen Phillips & Frances E. Phillips, Trustees 2275 Schooner Cir. Reno, NV 89509-5743 | $37,500.00 | $12,500.00 |
| 10725-02149 | Schnitzer Living Trust Dtd 10/24/91 | Arthur F. and Linn S. Schnitzer Trustees 20155 NE 38th Court, #1604 Aventura, FL 33180 | $1,774,903.40 | $100,000.00 |
| 10725-00840 | Dora R. Schutte | c/o Scott D. Fleming Esq. Hale Lane Peek Dennison & Howard 3930 Howard Hughes Parkway, 4th Floor Las Vegas, NV 89169 | $100,000.00 | $50,000.00 |
| 10725-01291 | Dora R. Schutte | Scott D. Fleming, Esq. Hale Lane Peek Dennison & Howard 3930 Howard Hughes Parkway, 4th Floor Las Vegas, NV 89169 | $100,000.00 | $50,000.00 |
| 10725-01679 | Connie Westbrook | 14320 Ghost Rider Drive Reno, NV 89511 | $49,880.86 | $11,496.43 |
| 10725-01922 | Connie Westbrook | 14320 Ghost Rider Drive Reno, NV 89511 | $148,453.92 | $50,000.00 |
| 10725-02163 | Marietta Voglis | 333 Allen Parkway, Unit 1103 Houston, TX 77019 | $724,292.85 | $50,000.00 |

237386.1