Entered on Docket
May 13, 2008

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA Commercial Mortgage Company, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[1] |
| USA Capital Realty Advisors, LLC, | Case No. BK-S-06-10729-LBR[2] |
| USA Capital Diversified Trust Deed Fund, LLC, | CHAPTER 11 |
| USA Capital First Trust Deed Fund, LLC,[1] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA Securities, LLC,[2] | |
| Debtors. | **ORDER SUSTAINING FOURTH OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED, IN WHOLE OR IN PART, UPON INVESTMENT IN THE ELIZABETH MAY REAL ESTATE LOAN** |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Hearing Date: May 8, 2008<br>Hearing Time: 10:30 a.m. |

---

[1] This bankruptcy case was closed on October 12, 2007.
[2] This bankruptcy case was closed on December 26, 2007.

239482.1

Pending before the Court is the USACM Liquidating Trust's Fourth Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in the Elizabeth May Real Estate Loan (the "Objection") [DE 6105]. Adequate notice of the Objection was given. The Court heard the Objection on May 8, 2008. No responses were filed to the Objection and no opposition was raised at the hearing. Good cause appearing,

IT IS ORDERED:

- Sustaining the Objection;
- Disallowing the Proofs of Claim listed on Exhibit A attached to the extent they are based upon an investment in the Elizabeth May Real Estate Loan. The Proofs of Claim listed in Exhibit A are not affected by this order to the extent they are based upon an investment in a loan(s) other than the Elizabeth May Real Estate Loan; and
- Reserving the right of any party in interest, including the USACM Trust, to further object to the Proofs of Claim listed on Exhibit A attached.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
    John Hinderaker
*Attorneys for USACM Liquidating Trust*

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

- ☐ The Court waived the requirements of approval under LR 9021.
- ☐ No parties appeared or filed written objections, and there is no trustee appointed in the case.
- ☒ No opposition was filed to the motion and no other party or counsel appeared at the hearing.
- ☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing, and any trustee appointed in the case, and each has approved or disapproved the order, or failed to respond, as indicated below:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
    John Hinderaker
*Attorneys for USACM Liquidating Trust*

239482.1

# ELIZABETH MAY LOAN
# FOURTH OMNIBUS OBJECTION

## EXHIBIT A
### Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Elizabeth May Loan |
|---|---|---|---|---|
| 10725-01903 | AIG Limited, a Nevada Limited Partnership | 9904 Villa Granito Lane<br>Granite Bay, CA 95746-6481 | $406,648.76 | $50,000.00 |
| 10725-02366 | Al-Awar Living Trust Dated 4/05/01 | Adib M. and Ellen A. Al-Awar Trustees<br>1330 Burro Court<br>Gardnerville, NV 89410 | $1,807,956.81 | $100,000.00 |
| 10725-01050 | Brooks Living Trust Dated 6/30/97 | c/o Howard D. and Doreen C. Brooks Trustees<br>1894 US Highway 50 E, Suite 4-344<br>Carson City, NV 89701-3202 | $300,000.00 | $50,000.00 |
| 10725-02263 | Burgarello Inc. Profit Sharing Plan | Ronald A. Johnson Trustee<br>50 Snider Way<br>Sparks, NV 89431-6308 | $202,800.00 | $50,000.00 |
| 10725-02128 | Burgarello Inc. Profit Sharing Plan | c/o Ronald A. Johnson Trustee<br>50 Snider Way<br>Sparks, NV 89431-6308 | $202,800.00 | $50,000.00 |
| 10725-02528 | Peter W. and Deidre D. Capone | P.O. Box 1470<br>Gardnerville, NV 89410-1470 | Unclear | Unclear |
| 10725-01094 | Carter Family Trust Dated 6/17/96 | c/o Jerry W. and Nancy L. Carter Trustees<br>4543 Northwind Court<br>Sparks, NV 89436-4657 | $75,000.00 | $50,000.00 |
| 10725-01555 | Tito Castillo | 13390 Parkside Terrace<br>Cooper City, FL 33330 | $423,845.13 | $117,464.15 |
| 10725-00811 | Cohen Living Trust Dated 3/6/90 | c/o Scott D. Fleming, Esq.<br>Hale Lane Peek Dennison & Howard<br>3930 Howard Hughes Parkway, 4th Floor<br>Las Vegas, NV 89169 | $404,317.00 | $150,000.00 |
| 10725-01218 | Cohen Living Trust 3/6/90 | c/o Scott D. Fleming, Esq.<br>Hale Lane Peek Dennison & Howard<br>3930 Howard Hughes Parkway, 4th Floor<br>Las Vegas, NV 89169 | $404,316.00 | $150,000.00 |

235786.1