Entered on Docket
May 13, 2008

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[1]<br><br>USA Securities, LLC,[2]<br><br>               Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING SECOND OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED UPON INVESTMENT IN THE ELIZABETH MAY REAL ESTATE LOAN**<br><br>Hearing Date: May 8, 2008<br>Hearing Time: 10:30 a.m. |

---

[1] This bankruptcy case was closed on October 12, 2007.
[2] This bankruptcy case was closed on December 26, 2007.

235155.1

1    Pending before the Court is the USACM Liquidating Trust's Second Omnibus

2    Objection to Proofs of Claim Based Upon Investment in the Elizabeth May Real Estate

3    Loan (the "Objection") [DE 6101]. Adequate notice of the Objection was given. No

4    responses were filed to the Objection and no opposition was raised to the Objection at the

5    hearing on May 8, 2008. Good cause appearing,

6    IT IS ORDERED that the Objection is sustained and the Proofs of Claim listed on

7    Exhibit A attached are disallowed in their entirety because they were based entirely upon

8    an investment in the Elizabeth May Real Estate Loan.

9                                        ###

10   PREPARED AND SUBMITTED:

11   **LEWIS AND ROCA LLP**

12

13
     By:___/s/ RC (#0006593)_____
14          Susan M. Freeman
            Rob Charles
15          John Hinderaker
     *Attorneys for USACM Liquidating Trust*
16

17

18

19

20

21

22

23

24

25

26

235155.1

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐      The Court waived the requirements of approval under LR 9021.

☐      No parties appeared or filed written objections, and there is no trustee appointed in the case.

☒      No opposition was filed to the motion and no other party or counsel appeared at the hearing.

☐      I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing, and any trustee appointed in the case, and each has approved or disapproved the order, or failed to respond, as indicated below:

**LEWIS AND ROCA LLP**


By:___/s/ RC (#0006593)_____
      Susan M. Freeman
      Rob Charles
      John Hinderaker
*Attorneys for USACM Liquidating Trust*

3

235155.1

# ELIZABETH MAY LOAN
## SECOND OMNIBUS OBJECTION

## EXHIBIT A
### Single Loan Claims

| Claim | Name | Address | Total Claim Amount | Amount Subject to Objection Because it Relates to an Investment In the Elizabeth May Loan |
|---|---|---|---|---|
| 10725-02195 | Nancy Guyer | 455 Enterprise Court Boulder City, NV 89005-1508 | $54,000.00 | $54,000.00 |
| 10725-01038 | Heller Trust DTD 4/30/90 | c/o Robert E. and Edna W. Heller Trustees 152 Avenue De La Bleu De Clair Sparks, NV 89434-9558 | $53,457.30 | $53,457.30 |
| 10725-00747 | John J. and Diane M. Maguire Living Trust DTD 8/4/00 | John J. and Diane M. Maguire Trustees 5590 San Palazzo Court Las Vegas, NV 89141-3913 | $53,616.90 | $53,616.90 |
| 10725-00542 | Carol A. Marconi | 3731 Sarasota Square Boulevard, Apt. 307 Sarasota, FL 34238-5462 | $50,724.00 | $50,724.00 |
| 10725-00772 | Geraldine E. Martin IRA | 4786 Village Green Parkway Reno, NV 89509-8030 | $50,000.00 | $50,000.00 |
| 10725-00773 | Geraldine E. Martin | 2605 East Flamingo Road Las Vegas, NV 89121 | $50,000.00 | $50,000.00 |

235784.1