**Entered on Docket
May 13, 2008**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA Commercial Mortgage Company, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[1] |
| USA Capital Realty Advisors, LLC, | Case No. BK-S-06-10729-LBR[2] |
| USA Capital Diversified Trust Deed Fund, LLC, | CHAPTER 11 |
| USA Capital First Trust Deed Fund, LLC,[1] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA Securities, LLC,[2] | |
| Debtors. | **ORDER SUSTAINING FIRST OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED UPON INVESTMENT IN THE ELIZABETH MAY REAL ESTATE LOAN** |
| **Affects:** | |
| ☐ All Debtors | |
| ☒ USA Commercial Mortgage Company | |
| ☐ USA Capital Realty Advisors, LLC | Hearing Date: May 8, 2008 |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | Hearing Time: 10:30 a.m. |
| ☐ USA Capital First Trust Deed Fund, LLC | |
| ☐ USA Securities, LLC | |

---

[1] This bankruptcy case was closed on October 12, 2007.
[2] This bankruptcy case was closed on December 26, 2007.

239455.1

1    Pending before the Court is the USACM Liquidating Trust's First Omnibus

2    Objection to Proofs of Claim Based Upon Investment in the Elizabeth May Real Estate

3    Loan (the "Objection") [DE 6099].  Adequate notice of the Objection was given.  No

4    responses were filed to the Objection and no opposition was raised to the Objection at the

5    hearing on May 8, 2008.  Good cause appearing,

6    IT IS ORDERED that the Objection is sustained and the Proofs of Claim listed on

7    Exhibit A attached are disallowed in their entirety because they were based entirely upon

8    an investment in the Elizabeth May Real Estate Loan.

9    ###

10    PREPARED AND SUBMITTED:

11    **LEWIS AND ROCA LLP**

12

13    By:___/s/ RC (#0006593)_____

14    Susan M. Freeman
     Rob Charles

15    John Hinderaker
     *Attorneys for USACM Liquidating Trust*

16

17

18

19

20

21

22

23

24

25

26

2

1    CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

2    In accordance with Local Rule 9021, the undersigned certifies:

3    ☐    The Court waived the requirements of approval under LR 9021.

4    ☐    No parties appeared or filed written objections, and there is no trustee appointed
5         in the case.

6    ☒    No opposition was filed to the motion and no other party or counsel appeared at
         the hearing.

7    ☐    I have delivered a copy of this proposed order to all attorneys and unrepresented
8         parties who have appeared at the hearing, and any trustee appointed in the case,
         and each has approved or disapproved the order, or failed to respond, as
9         indicated below:

10

11   **LEWIS AND ROCA LLP**

12

13   By:___/s/ RC (#0006593)_____
14        Susan M. Freeman
         Rob Charles
15        John Hinderaker
         *Attorneys for USACM Liquidating Trust*

16

17

18

19

20

21

22

23

24

25

26

3

239455.1

## ELIZABETH MAY LOAN
## FIRST OMNIBUS OBJECTION

## EXHIBIT A
Single Loan Claims

| Claim | Name | Address | Total Claim Amount | Amount Subject to Objection Because it Relates to an Investment In the Elizabeth May Loan |
|---|---|---|---|---|
| 10725-00527 | Allergy Consultants Medical Group Inc. | c/o Dionisio Fernandes Trustee, 401 K Profit Sharing 4001 Oak Manor Court Hayward, CA  94542-1445 | $58,071.84 | $58,071.84 |
| 10725-02131 | Suzanne Arbogast and Gregory R. Thompson Jt Ten | 1005 West Buffington Street Upland, CA  91784 | $50,706.85 | $50,706.85 |
| 10725-00129 | Donald M. and Janice I. Berman Trust | Donald M. and Janice I. Berman Trust Trustees 3775 Clover Way Reno, NV  89509 | $100,000.00 | $100,000.00 |
| 10725-01987 | Daniel Carlton | 4697 Hooktree Road Twentynine Palms, CA  92277 | $55,000.00 | $55,000.00 |
| 10728-00045 | Daniel O. and Takeko Carlton Revoc Trust Dtd 4/30/97 | c/o Daniel and Takeko Carlton Trustee 4697 Hooktree Road Twentynine Palms, CA  92277-6723 | $55,000.00 | $55,000.00 |
| 10725-01127 | Wayne Dotson CO | Peter Bogart CEO 3 Hidden Lake Court Bluffton, SC  29910 | $56,000.00 | $56,000.00 |
| 10725-00140 | Edward and Marge Fraser | Edward and Marge Fraser Trustees 14220 Sorrel Lane Reno, NV  89511 | $50,000.00 | $50,000.00 |
| 10725-01097 | David Goetsch | 1616 Jones Street Minden, NV  89423 | $50,000.00 | $50,000.00 |
| 10725-00450 | Marilyn Goldstein | 37 Linwood Road South Port Washington, NY  11050 | $50,542.70 | $50,542.70 |
| 10725-02194 | Nancy Guyer and Todd Barrett | 455 Enterprise Court Boulder City, NV  89005-1508 | $54,000.00 | $54,000.00 |

235782.1