# EXHIBIT B

Case 06-10725-gwz    Doc 6364-2    Entered 05/13/08 13:18:53    Page 1 of 6

Israel Goldowitz, Chief Counsel
Karen L. Morris, Deputy Chief Counsel
James L. Eggeman,
Assistant Chief Counsel, VA Bar No. 37101[*]
Frank A. Anderson, Attorney, D.C. Bar No. 478234[**]
Erika E. Barnes, Attorney, Cal. Bar No. 197309[**]
PENSION BENEFIT GUARANTY CORPORATION
Office of the Chief Counsel
1200 K Street, NW, Suite 340
Washington, D.C.  20005-4026
Tel: (202) 326-4020, ext. 3759
Fax: (202) 326-4112
anderson.frank@pbgc.gov and efile@pbgc.gov

Gregory A. Brower, United States Attorney,
District of Nevada, Nev. Bar No. 5232
Carlos A. Gonzalez, Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada  89101
Tel:  (702) 388-6336
Fax:  (702) 388-6787

Attorneys for Pension Benefit Guaranty Corporation

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| In re: ) | Case No. BK-S-06-10725 LBR |
| USA COMMERCIAL MORTGAGE COMPANY, ) | Case No. BK-S-06-10726 LBR |
| Debtor.) | Case No. BK-S-06-10727 LBR |
| In re: ) | Case No. BK-S-06-10728 LBR |
| USA CAPITAL REALTY ADVISORS, LLC ) | Case No. BK-S-06-10729 LBR |
| Debtor.) | |
| In re: ) | Chapter 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, ) | |
| Debtor.) | Jointly Administered Under |
| In re: ) | Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, ) | |
| Debtor.) | |
| In re: ) | Hearing Date:  April 17, 2008 |
| USA SECURITIES, LLC ) | Hearing Time:  9:30 a.m. |
| Debtor.) | |

**ORDER DISALLOWING AMENDED CLAIM NO. 791 FILED BY THE
PENSION BENEFIT GUARANTY CORPORATION**

---

[*] Motion to permit appearance of government attorney pending.
[**] Admitted pro hac vice.

235159.1

CHIC_2758019.2

This matter having come before the Court upon the supplemental objection (the "Objection") of the USACM Liquidating Trust (the "USACM Trust") [DE 5927], filed on March 4, 2008, to the termination premium claim under 29 U.S.C. § 1306(a)(7) included in Amended Claim No. 791 (the "Termination Premium Claim") filed by the Pension Benefit Guaranty Corporation (the "PBGC"); the PBGC having filed a response in opposition to the Objection on March 14, 2008 (the "Response") [DE 5984]; the USACM Trust having filed a reply in support of the Objection on March 25, 2008 (the "Reply") [DE 6049]; the PBGC having filed a sur-reply in opposition to the Objection on March 31, 2008 (the "Sur-reply") [DE 6063]; the Objection having come before the Court for hearing on April 17, 2008 (the "Hearing"); the Court having considered the Objection, the Response, the Reply, the Sur-reply, the arguments of counsel at the Hearing and other materials of which this Court may take judicial notice; and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED:

1. The Objection is sustained for the following reasons:

   a. The USA Commercial Mortgage Company Defined Benefit Pension Plan terminated "during the pendency of any bankruptcy reorganization proceeding under chapter 11," within the meaning of 29 U.S.C. Sec. 1306(a)(7)(B);

   b. The termination premium of 29 U.S.C. Sec. 1306(a)(7)(A) applies only upon discharge of the debtor or dismissal of the bankruptcy case;

   c. No bankruptcy claim within the meaning of Sec. 101(5) of the Bankruptcy Code for termination premiums arises in this case; and

   d. For the reasons set forth by this Court in its oral ruling at the Hearing; and

2. The Termination Premium Claim No. 10725-00791-2 is hereby disallowed in its entirety.

CHIC_2758019.2                                                              1910703.1

###

PREPARED AND SUBMITTED:

PENSION BENEFIT GUARANTY CORPORATION

By:   /s/ Frank A. Anderson
       James Eggeman, Assistant Chief Counsel, VA Bar No. 37101
       Frank A. Anderson, D.C. Bar No. 478234
       Erika E. Barnes, Cal. Bar No. 197309
       Office of the Chief Counsel
       1200 K. Street, NW Suite 340
       Washington, DC 20005-3759
       Email: anderson.frank@pbgc.gov

Margin annotations (tracked changes):
- Deleted: ———Page Break———
- Formatted: Font: 12 pt
- Deleted: LEWIS AND ROCA LLP¶
  By:   /s/ RC   (#0006593)   ¶
  Susan M. Freeman¶
  Rob Charles¶
  John Hinderaker¶
  ¶
  -and –¶
  ¶
  FOLEY & LARDNER LLP¶
  Edward J. Green¶
  Geoffrey S. Goodman¶
  ¶
  *Attorneys for USACM Liquidating Trust*¶
  ¶
  ¶
  ¶
  APPROVED/DISAPPROVED¶
- Formatted: Font: 12 pt
- Formatted: Right:  -0.01"
- Deleted: By: _____
- Formatted: Font: 12 pt
- Formatted: Font: 12 pt
- Deleted: (*pro hac vice* pending)¶
- Formatted: Font: 12 pt
- Formatted: Right:  -0.01"
- Formatted: Font: 12 pt
- Formatted: Font: 12 pt
- Deleted: (*pro hac vice*)
- Formatted: Font: 12 pt
- Deleted: CA
- Formatted: Font: 12 pt
- Deleted: (*pro hac vice*)
- Formatted: Font: 12 pt
- Formatted: Indent: First line: 0"
- Deleted: ¶
  APPROVED/DISAPPROVED¶
  ¶
  LISA POULIN, CHAPTER 11 TRUSTEE FOR ¶
  USA INVESTMENT PARTNERS, LLC¶
  ¶
  ¶
  By: _____¶
  Gregory Garman¶
  Gordon & Silver, Ltd.¶   ... [3]
- Formatted: Right:  0", Space After:  6 pt, Line spacing:  Exactly 12 pt
- Formatted: Font: 12 pt, Not Italic

| Page 1: [1] Deleted | Author |
|---|---|

| | |
|---|---|
| **LEWIS AND ROCA LLP**<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169-5996<br>Facsimile (702) 949-8321<br>Telephone (702) 949-8320<br>Susan M. Freeman AZ State Bar No. 004199<br>Email: sfreeman@lrlaw.com<br>Rob Charles NV State Bar No. 006593<br>Email: rcharles@lrlaw.com<br>John Hinderaker AZ State Bar No. 018024<br>Email: jhinderaker@lrlaw.com | **FOLEY & LARDNER LLP**<br>321 North Clark Street, Suite 2800<br>Chicago, IL 60610<br>Facsimile (312) 832-4700<br>Telephone (312) 832-4500<br>Edward J. Green IL State Bar No. 6225069<br>Email:<br>Geoffrey S. Goodman IL State Bar No. 6272297 |

*Attorneys for USACM Liquidating Trust*

| Page 1: [2] Deleted | Author |
|---|---|

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[1]<br><br>USA Securities, LLC,[2]<br>                        Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**ORDER DISALLOWING AMENDED CLAIM NO. 791 FILED BY THE PENSION BENEFIT GUARANTY CORPORATION**<br><br>Date of Hearing: April 17, 2008<br>Time of Hearing: 9:30 a.m. |

| Page 3: [3] Deleted | Author |
|---|---|

APPROVED/DISAPPROVED

LISA POULIN, CHAPTER 11 TRUSTEE FOR
USA INVESTMENT PARTNERS, LLC

---

[1] This bankruptcy case was closed on October 12, 2007.
[2] This bankruptcy case was closed on December 26, 2007.

By: _____

    Gregory Garman
    Gordon & Silver, Ltd.
    3960 Howard Hughes Pky., 9th Floor
    Las Vegas, NV 89109
    Email: geg@gordonsilver.com