Israel Goldowitz, Chief Counsel                                     Electronically Filed:
Karen L. Morris, Deputy Chief Counsel                                    May 13, 2008
James L. Eggeman, Assistant Chief Counsel, VA Bar No. 37101[*]
Frank A. Anderson, Attorney, D.C. Bar No. 478234[**]
Erika E. Barnes, Attorney, Cal. Bar No. 197309[**]
PENSION BENEFIT GUARANTY CORPORATION
Office of the Chief Counsel
1200 K Street, NW, Suite 340
Washington, D.C. 20005-4026
Tel: (202) 326-4020, ext. 3759
Fax: (202) 326-4112
anderson.frank@pbgc.gov and efile@pbgc.gov

and

Gregory A. Brower
United States Attorney, District of Nevada, NV Bar No. 5232
Carlos A. Gonzalez
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6787
Carlos.Gonzalez2@usdoj.gov

Attorneys for Pension Benefit Guaranty Corporation

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: ) | Case No. BK-S-06-10725 LBR |
| USA COMMERCIAL MORTGAGE COMPANY, ) | Case No. BK-S-06-10726 LBR |
| Debtor.) | Case No. BK-S-06-10727 LBR |
| In re: ) | Case No. BK-S-06-10728 LBR |
| USA CAPITAL REALTY ADVISORS, LLC ) | Case No. BK-S-06-10729 LBR |
| Debtor.) | |
| In re: ) | Chapter 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, ) | |
| Debtor.) | Jointly Administered Under |
| In re: ) | Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, ) | |
| Debtor.) | |
| In re: ) | Hearing Date: April 17, 2008 |
| USA SECURITIES, LLC ) | Hearing Time: 9:30 a.m. |
| Debtor.) | |

---

[*]  Motion to permit appearance of government attorney pending.
[**]  Admitted pro hac vice.

**CERTIFICATE OF SERVICE**

I, Frank A. Anderson, served copies of the PBGC's Objection To Proposed Order Disallowing Amended Claim No. 791 Filed By The Pension Benefit Guaranty Corporation, by the Courts ECF System (See attached Notice of Electronic Filing).

In addition, true and correct copies were served via e-mail on the following parties:

Geoffrey S. Goodman
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610
Email: ggoodman@foley.com

Rob Charles
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

                                              /s/ Frank A. Anderson
                                              Frank A. Anderson