**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

**Susan M. Freeman, Esq.** AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
**Anne M. Loraditch, Esq.** NV State Bar No. 008164
Email: aloraditch@lrlaw.com

Attorneys for USACM Liquidating Trust

Electronically filed May 13, 2008

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re:<br>USA COMMERCIAL MORTGAGE COMPANY;<br>USA CAPITAL REALTY ADVISORS, LLC;<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC;<br>USA CAPITAL FIRST TRUST DEED FUND, LLC;<br>USA SECURITIES, LLC;<br>                      Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER APPROVNG STIPULATION RE CLAIM OF SPECIAL ORDER SYSTEMS, INC.** |
|---|---|

1



1  **PLEASE TAKE NOTICE** that on the 12th day of May 2008, the Court entered the
2  Order Approving Stipulation Re Claim of Special Order Systems, Inc. A true and correct copy of
3  the Order is attached hereto.
4  Dated this 13th day of May 2008.

**LEWIS AND ROCA LLP**

/s/ Anne M. Loraditch
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Anne M. Loraditch, NV 8164
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
*Counsel for USACM Liquidating Trust*

415642.1

Entered on Docket
May 12, 2008

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

---

**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

**Susan M. Freeman, Esq.** AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
**Anne M. Loraditch, Esq.** NV State Bar No. 008164
Email: aloraditch@lrlaw.com

Attorneys for USACM Liquidating Trust

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY;<br>USA CAPITAL REALTY ADVISORS, LLC;<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC;<br>USA CAPITAL FIRST TRUST DEED FUND, LLC;<br>USA SECURITIES, LLC;<br>　　　　　Debtors.<br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER APPROVNG STIPULATION RE CLAIM OF SPECIAL ORDER SYSTEMS, INC.** |

1

411652.2

**LEWIS AND ROCA LLP**
LAWYERS

The Court having considered the Stipulation re Claim of Special Order Systems, Inc. (the "Stipulation"), and good cause appearing:

**IT IS HEREBY ORDERED** that:

1. The Stipulation is APPROVED.

2. Special Order Systems, Inc. ("Special Order Systems") shall pay to the Trust the sum of Two Thousand Seven Hundred Fifty Dollars ($2,750.00) (the "Settlement Amount") within ten (10) days from the entry of this Order.

3. Proof of claim no. 10725-00624, filed October 16, 2006, in the above-captioned USA Commercial Mortgage ("USACM") chapter 11 bankruptcy case, asserting an unsecured nonpriority claim of $32,168.69 (the "Claim") is hereby withdrawn, and Special Order Systems shall take nothing on the Claim.

4. Special Order Systems is deemed to have finally and forever waived any and all of its right, title and interest in any distribution that may be forthcoming from the USACM Liquidating Trust to the holders of allowed claims against the USACM bankruptcy estate.

5. Nothing in this Order is shall have any effect on Special Order Systems' participation or rights in any of the above-captioned bankruptcy cases, other than the instant case, or any bankruptcy cases related thereto.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

_s/ Anne M. Loraditch_
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Anne M. Loraditch, NV 8164
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
*Counsel for USACM Liquidating Trust*

**SPECIAL ORDER SYSTEMS, INC.,**
a California corporation

_s/ Lawrence McNutt_
Lawrence McNutt, President
3877 Sharon Way
Loomis, California 95650

### ###

2

411652.2