**LEWIS AND ROCA LLP LAWYERS**

Electronically filed on 5/13/08

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                   Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
|---|---|
| **Affects:**<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | **CERTIFICATE OF SERVICE OF (1) PRE-PETITION TRANSFERS TO PURDUE MARION & ASSOCIATES; AND NOTICE OF ENTRY OF ORDER APPROVING STIPULATION RE PRE-PETITION TRANSFERS TO PURDUE MARION & ASSOCIATES** |

I hereby certify that on the 13th day of May 2008, I caused to be served a true and correct copy of the Pre-Petition Transfers to Purdue Marion & Associates; And Notice of Entry of Order Approving Stipulation Re Pre-Petition Transfers To Purdue Marion & Associates, via:

☒ (ELECTRONIC SERVICE) Pursuant to Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced documents were electronically filed on May 12, 2008 and served through the Notice of Electronic Filing automatically generated by the Court.

1

415467.4

**LEWIS AND ROCA LLP**
LAWYERS

☐ (VIA EMAIL) By electronic mail transmission to the following parties as indicated below:

☒ (UNITED STATES MAIL) By causing a copy of the above-referenced document to be deposited in the United States Mail, first class postage prepaid, addressed to the parties indicated on that attached mailing matrix, at their last known mailing address, on the date written above.

DATED this 13th day of May 2008.

**LEWIS AND ROCA, LLP**

By  *s/ M. Jenkins*
An Employee of Lewis and Roca, LLP

415467.4

LEWIS AND ROCA LLP
LAWYERS

| Address | Role |
|---|---|
| Richard I. Dreitzer<br>Deputy Attorney General<br>State of Nevada Attorney General's Office<br>555 E Washington Avenue, Suite 3900<br>Las Vegas, NV 89101<br>ridreitz@ag.state.nv.us | Attorney General's Office |
| George A. Davis<br>CADWALADER, WICKERSHAM & TAFT LLP<br>One World Financial Center<br>New York, NY 10281<br>george.davis@cwt.com | Attorney for Compass Partners LLC |
| Michael W. Carmel<br>80 E Columbus Avenue<br>Phoenix, AZ 85012<br>Michael@mcarmellaw.com | Chapter 11 Trustee in Thomas A. Hantges Bankruptcy |
| Deborah D. Williamson<br>Thomas Rice<br>COX SMITH MATTHEWS INCORPORATED<br>112 E Pecan Street, Suite 1800<br>San Antonio, TX 75205<br>dwilliamson@coxsmith.com<br>trice@coxsmith.com | Attorneys for Ford Elsaesser, Chapter 11 Trustee in Joseph D. Milanowski Bankruptcy |
| Susan Williams Scann<br>DEANER, DEANER, SCANN, MALAN & LARSEN<br>720 S Fourth Street, Suite 300<br>Las Vegas, NV 89101<br>sscann@deanerlaw.com | Attorneys for Binford Medical Developers, LLC |
| Berman, Geoffrey L.<br>DEVELOPMENT SPECIALISTS, INC.<br>333 S. Grand Ave., Suite 4070<br>Los Angeles, CA 90071-1544<br>gberman@dsi.biz | Trustee for USACM Liquidating Trust |
| Allan B. Diamond<br>DIAMOND MCCARTHY TAYLOR FINLEY & LEE, LLP<br>Two Houston Center<br>909 Fannin Street, Suite 1500<br>Houston, TX 77010<br>adiamond@diamondmccarthy.com | Special Litigation Counsel for USACM Liquidating Trust |

3

415467.4

LEWIS AND ROCA LLP
LAWYERS

| Address | Role |
|---|---|
| Eric Madden<br>DIAMOND MCCARTHY TAYLOR FINLEY & LEE, LLP<br>1201 Elm Street, Suite 3400<br>Dallas, TX 75270<br>emadden@diamondmccarthy.com | Special Litigation Counsel for USACM Liquidating Trust |
| Michael Tucker<br>FTI CONSULTING<br>One Renaissance Square<br>Two N Central Ave., Ste. 1200<br>Phoenix, AZ 85004-2322<br>michael.tucker@fticonsulting.com | USA Capital Diversified Trust Deed Fund, LLC Administrator |
| Robert P. Goe<br>GOE & FORSYTHE<br>660 Newport Center Drive, Suite 320<br>Newport Beach, CA 92660<br>rgoe@goeforlaw.com | Attorneys for SCC Acquisition Corp |
| Gerald M. Gordon<br>Gregory E. Garman<br>GORDON & SILVER, LTD.<br>3960 Howard Hughes Parkway, 9th Floor<br>Las Vegas, NV 89109<br>gmg@gordonsilver.com<br>geg@gordonsilver.com | Attorneys for Lisa M. Poulin, Trustee, USA Investment Partners, LLC |
| Janet L. Chubb<br>JONES VARGAS<br>100 W. Liberty St, 12th Floor<br>POB 281<br>Reno, NV 89504-0281<br>jlc@jonesvargas.com<br>tbw@jonesvargas.com | Attorneys for Charles B. Anderson Trust; Rita P. Anderson Trust; Baltes Company; Robert J. Kehl, Ruth Ann Kehl, Daniel J. Kehl, Kehl Development, Keven Kehl, Kevin Kehl for Susan L. Kehl, Kevin Kehl for Andrew Kehl; Warren Hoffman Family Investments, LP; Judy A. Bonnet; Robert A. Kehl and Tina M. Kehl; Krystina L. Kehl; Christina M. Khel; Kevin McKee; Cynthia Winter; and Mojave Canyon, Inc. |

4

415467.4

**LEWIS AND ROCA LLP**
LAWYERS

| Address | Role |
|---|---|
| Dean T. Kirby, Jr.<br>John Hebert<br>KIRBY & McGUINN, A.P.C.<br>600 B Street, Suite 1950<br>San Diego, CA 92101<br>dkirby@kirbymac.com<br>jhebert@kirbymac.com | Attorneys for Debt Acquisition Company of America V |
| James Feeney<br>PO BOX 19122<br>Reno, NV 89511-0893 | |
| Susan M. Freeman<br>Rob Charles<br>LEWIS AND ROCA LLP<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, NV 89169-5996<br>SFreeman@LRLaw.com<br>RCharles@LRLaw.com | Attorneys for USACM Liquidating Trust |
| Edward S. Zusman<br>Kate O. McMonigle<br>MARKUN ZUSMAN & COMPTON LLP<br>465 California Street, 5th Floor<br>San Francisco, CA 94104<br>ezusman@mzclaw.com<br>kmcmonigle@mzclaw.com | Attorneys for Interested Party |
| Michelle Abrams<br>MICHELLE L. ABRAMS, LTD.<br>3085 S Jones Blvd., Suite C<br>Las Vegas, NV 89146<br>mabrams@mabramslaw.com | Attorney for Debt Acquisition Company of America V |
| Richard W. Esterkin<br>Asa S. Hami<br>MORGAN, LEWIS & BOCKIUS LLP<br>300 S Grand Avenue, 22nd Floor<br>Los Angeles, CA 90071-3132<br>resterkin@morganlewis.com<br>ahami@morganlewis.com | Attorneys for SCC Acquisition Corp |
| August B. Landis<br>OFFICE OF THE U.S. TRUSTEE<br>300 Las Vegas Blvd., S. Suite 4300<br>Las Vegas, NV 89101<br>USTPRegion17.lv.ecf@usdoj.gov | Office of U.S. Trustee |

415467.4

LEWIS AND ROCA LLP
LAWYERS

| Address | Role |
|---|---|
| Jeffrey D. Hermann<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>777 S Figueroa Street, Suite 3200<br>Los Angeles, CA 90017-5855<br>jhermann@orrick.com | Attorneys For USA Capital Diversified Trust Deed Fund, LLC |
| Marc A. Levinson<br>ORRICK, HERRINGTON & SUTCLIFFE, LLP<br>400 Capitol Mall, Suite 3000<br>Sacramento, CA 95814<br>malevinson@orrick.com | Attorneys For USA Capital Diversified Trust Deed Fund, LLC |
| William J. Ovca, Jr., Trustee<br>Defined Pension Plan<br>OVCA ASSOCIATES, INC.<br>16872 Baruna Lane<br>Huntington Beach, CA 92649<br>N1GL@aol.com<br>Facsimile: 714-840-6672 | Direct Lender |
| Brian D. Shapiro<br>LAW OFFICE OF BRIAN D SHAPIRO LLC<br>624 S 9th Street<br>Las Vegas, NV 89101<br>bshapiro@brianshapirolaw.com | Attorney for Michael W. Carmel, Chapter 11 Trustee in Thomas A. Hantges Bankruptcy |
| Robert R. Kinas<br>SNELL & WILMER, LLP<br>3883 Howard Hughes Parkway, #1100<br>Las Vegas, NV 89169<br>rkinas@swlaw.com | Attorneys for USA Capital Diversified Trust Deed Fund, LLC |
| Robbin L. Itkin<br>STEPTOE & JOHNSON LLP<br>2121 Avenue of the Stars, Suite 2800<br>Los Angeles, CA 90067<br>ritkin@steptoe.com | Attorneys for Michael W. Carmel, Chapter 11 Trustee in Thomas A. Hantges Bankruptcy |

415467.4