**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

**Susan M. Freeman, Esq.** AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
**Anne M. Loraditch, Esq.** NV State Bar No. 008164
Email: aloraditch@lrlaw.com

Attorneys for USACM Liquidating Trust

Electronically filed May 13, 2008

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY;<br>USA CAPITAL REALTY ADVISORS, LLC;<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC;<br>USA CAPITAL FIRST TRUST DEED FUND, LLC;<br>USA SECURITIES, LLC;<br>　　　　　　　　　　Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | **NOTICE OF ENTRY OF ORDER APPROVNG SECOND STIPULATION TO EXTEND DEADLINE TO FILE COMPLAINT TO AVOID AND RECOVER PRE-PETITION TRANSFERS PURSUANT TO 11 U.S.C. §§ 547, 548 AND 550** |

1

415725.1



**PLEASE TAKE NOTICE** that on the 13th day of May 2008, the Court entered the Order Approving Stipulation Second Stipulation To Extend Deadline To File Complaint To Avoid And Recover Pre-Petition Transfers Pursuant To 11 U.S.C. §§ 547, 548. A true and correct copy of the Order is attached hereto.

Dated this 13th day of May 2008.

                **LEWIS AND ROCA LLP**

                /s/ *Anne M. Loraditch*
                Susan M. Freeman, AZ 4199 (*pro hac vice*)
                Anne M. Loraditch, NV 8164
                3993 Howard Hughes Parkway, Suite 600
                Las Vegas, Nevada 89169-5996
                *Counsel for USACM Liquidating Trust*

415725.1

**Entered on Docket**
**May 13, 2008**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

Susan M. Freeman (AZ Bar No. 4199), *pro hac vice*
Rob Charles (NV Bar No. 6593)
Anne M. Loraditch (NV Bar No. 8164)
**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Last Vegas, Nevada 89169
Telephone (702) 949-8200
Facsimile (702) 949-8398
Email: sfreeman@lralw.com
    rcharles@lrlaw.com
    aloraditch@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>USA CAPITAL REALTY ADVISORS, LLC,<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USA CAPITAL FIRST TRUST DEED FUND, LLC, USA SECURITIES, LLC,<br>    Debtors.<br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER APPROVING SECOND STIPULATION TO EXTEND DEADLINE TO FILE COMPLAINT TO AVOID AND RECOVER PRE-PETITION TRANSFERS PURSUANT TO 11 U.S.C. §§ 547, 548 AND 550** |

414983.1

**LEWIS AND ROCA LLP LAWYERS**

Upon consideration of the Second Stipulation to Extend Deadline to File Complaint to Avoid and Recover Pre-Petition Transfers Pursuant to 11 U.S.C. §§ 547, 548, and 550 (the "Stipulation"), by and between USACM Liquidating Trust (the "Trust"), Donald Granatstein ("Granatstein") and International Resort Management ("IRM"), and for good cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is APPROVED.

2. The deadline for the Trust to file a complaint against Granatstein and IRM for the avoidance and recovery of pre-petition transfers, pursuant to 11 U.S.C. §§ 547, 548, and 550, is hereby extended to and includes Thursday, June 12, 2008.

PREPARED AND RESPECTFULLY SUBMITTED BY:

| **LEWIS AND ROCA LLP** | **SHUTTS & BOWEN LLP** |
|---|---|
| By   *s/ Anne M. Loraditch* | By   *s/ Andrew M. Brumby* |
| Susan Freeman, Esq., *pro hac vice*<br>Arizona Bar No. 4199<br>Rob Charles, Esq.<br>Nevada Bar No. 6593<br>Anne M. Loraditch, Esq.<br>Nevada Bar No. 8164<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, Nevada 89169<br>Telephone: (702) 949-8200<br>*Attorneys for USACM Trust* | Andrew M. Brumby, Esq.<br>300 South Orange Avenue, Suite 1000<br>Orlando, Florida 32801<br>Telephone: (407) 835-6901<br>*Attorneys for Donald Granatstein and International Resorts Management* |

###

2

414983.1