

**Entered on Docket
May 14, 2008**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

LEWIS AND ROCA LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

**Susan M. Freeman, Esq.** AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
**Anne M. Loraditch, Esq.** NV State Bar No. 008164
Email: aloraditch@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY;<br>USA CAPITAL REALTY ADVISORS, LLC;<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC;<br>USA CAPITAL FIRST TRUST DEED FUND, LLC;<br>USA SECURITIES, LLC;<br>                 Debtors.<br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER APPROVNG STIPULATION RE PRE-PETITION TRANSFERS TO PURDUE MARION & ASSOCIATES** |

1

415355.1

The Court having considered the Stipulation re Pre-Petition Transfers to Purdue Marion & Associates (the "Stipulation"), as filed by the USACM Liquidating Trust (the "Trust") and Purdue Marion & Associates ("Purdue Marion"), and good cause appearing:

**IT IS HEREBY ORDERED** that:

1. The Stipulation is APPROVED.

2. Purdue Marion shall pay to the Trust the sum of Five Thousand Dollars ($5,000.00) (the "Settlement Amount") on or before the close of business on June 11, 2008.

3. Purdue Marion is deemed to have finally and forever waived whatever right, title and interest it may have to any distribution that may be forthcoming from the USACM Liquidating Trust in the above-captioned USA Commercial Mortgage chapter 11 bankruptcy case.

4. Nothing in this Order is shall have any effect on Purdue Marion's participation or rights in any of the above-captioned bankruptcy cases, other than the instant case, or any bankruptcy cases related thereto.

PREPARED AND RESPECTFULLY SUBMITTED BY:

| **LEWIS AND ROCA LLP** | **GONZALEZ SAGGIO & HARLAN LLP** |
|---|---|
| By  *s/ Anne M. Loraditch* | By  *s/ Nancy L. Allf* |
| Susan M. Freeman, AZ 4199 (*pro hac vice*) | Nancy L. Allf, Esq. |
| Anne M. Loraditch, NV 8164 | 411 East Bonneville Avenue, Suite 100 |
| 3993 Howard Hughes Parkway, Suite 600 | Las Vegas, Nevada 89101 |
| Las Vegas, Nevada 89169-5996 | Telephone: (702) 366-1866 |
| Telephone: (702) 949-8200 | *Attorneys for Purdue Marion & Associates* |
| *Attorneys for USACM Liquidating Trust* | |

# # #

415355.1