1  DEL HARDY, ESQ. (SBN # 1172)
   HARDY LAW GROUP
2  96 & 98 Winter Street
   Reno, Nevada 89503
3  Tel: 775-786-5800
   Fax: 775-329-8282
4  Attorney for Creditors
   Tim Burrus and Joann Ortiz-Burrus

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Case No. BK-S-O6-10725-LBR |
| | Case No. BK-S-O6-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-O6-10727-LBR |
| | Case No. BK-S-O6-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-O6-10729-LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC | Chapter 11 |
| USA CAPITAL FIRTS TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC, | Adversary Case No. 06-01256-LBR |
| Debtors. | **REQUEST TO DISCONTINUE NOTICE** |
| Affects: | Hearing Date: |
| USA COMMERCIAL MORTGAGE COMPANY | Hearing Time: |
| _____/ | |

TO: THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR, THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES OF INTEREST:

The law firm of HARDY LAW GROUP, and DEL HARDY, ESQ., has withdrawn as counsel of record for TIM BURRUS and JO ANN ORTIZ-BURRUS, in the above-captioned case(s). The undersigned hereby requests the discontinuance of all notices given in the above-referenced matter(s) and all papers served or required to be served in the foregoing. The undersigned no longer requires notice, electronic or other wise, relating to the above-captioned matter(s).

/ / /

1

1  That any service, notice, pleadings or other filings requiring service of any kind shall be
2  directed to:

3  TIM BURRUS
   JO ANN ORTIZ-BURRUS
4  3380 Hidden Valley Dr.
   Reno, NV 89502
5  Phone: 775-857-6583

6  DATED this 14th day of May, 2008.          HARDY LAW GROUP

                                              DEL HARDY, ESQ.