George F. Ogilvie III, Esq. (#3552)
Ryan J. Works, Esq. (#9224)
McDONALD CARANO WILSON LLP
2300 W. Sahara Avenue, Suite 1000
Las Vegas, Nevada 89102
Telephone Number: (702) 873-4100
Facsimile Number: (702) 873-9966
rworks@mcdonaldcarano.com
*Attorneys for Eugene Buckley*

**Electronically Filed on May 14, 2008**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND LLC,<br><br>USA SECURITIES, LLC,<br><br>　　Debtors.<br><br>Affects:<br>☒ All Debtors<br>: USA Commercial Mortgage Company<br>: USA Capital Realty Advisors, LLC<br>: USA Capital Diversified Trust Deed Fund, LLC<br>: USA Capital First Trust Deed Fund, LLC<br>: USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No.: BK-S-06-10725-LBR<br><br>**EX PARTE MOTION FOR ORDER GRANTING REQUEST TO DISCONTINUE NOTICE** |

　　Ryan J. Works, Esq. of the law firm of McDonald Carano Wilson LLP (the "Firm") as counsel for Eugene Buckley ("Buckley"), a non-party to this action, hereby submits this Ex Parte Motion for Order Granting Request to Discontinue Notice (the "Motion"). This Motion is made and supported by the following Memorandum of Points and Authorities.

DATED this 14th day of May, 2008.

McDONALD CARANO WILSON, LLP

By: _____/s/ Ryan J. Works_____
George F. Ogilvie III, Esq. (#3552)
Ryan J. Works, Esq. (#9224)
McDonald Carano Wilson, LLP
2300 West Sahara Avenue, Suite 1000
Las Vegas, Nevada 89102
*Attorneys for Eugene Buckley*

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Ryan J. Works, Esq. of the law firm of McDonald Carano Wilson LLP (the "Firm") previously appeared for, and requested special notice on behalf of, Eugene Buckley ("Buckley"), a non-party to the above captioned matter.

2. Buckley is a non-party to this matter and no longer requires the assistance of counsel; therefore, the Firm hereby submits this Ex Parte Motion for Order Granting Request to Discontinue Notice (the "Motion").

DATED this 14th day of May, 2008.

McDONALD CARANO WILSON, LLP

By: _____/s/ Ryan J. Works_____
George F. Ogilvie III, Esq. (#3552)
Ryan J. Works, Esq. (#9224)
McDonald Carano Wilson, LLP
2300 West Sahara Avenue, Suite 1000
Las Vegas, Nevada 89102
*Attorneys for Eugene Buckley*