

**Entered on Docket**
**May 14, 2008**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

___

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | Case No.    BK-S-O6-10725-LBR |
| | Case No.    BK-S-O6-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No.    BK-S-O6-10727-LBR |
| | Case No.    BK-S-O6-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No.    BK-S-O6-10729-LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC | Chapter    11 |
| USA CAPITAL FIRTS TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC, | Adversary Case No. 06-01256-LBR |
| Debtors. | **ORDER FOR WITHDRAWAL AS COUNSEL OF RECORD** |
| Affects: | |
| USA COMMERCIAL MORTGAGE COMPANY | Hearing Date: |
| | Hearing Time: |

/

This matter having come on without hearing, and good cause appearing therefore,

IT IS HEREBY ORDERED that the law firm of HARDY LAW GROUP, and DEL HARDY, ESQ., is hereby withdrawn as counsel of record for TIM BURRUS and JO ANN ORTIZ-BURRUS, in the above-captioned case(s), and that all future filings and correspondence of any kind shall be directed to:

/ / /

```
 1    TIM BURRUS
      JO ANN ORTIZ-BURRUS
 2    3380 Hidden Valley Dr.
      Reno, NV 89502
 3    Phone: 775-857-6583

 4
         DATED this ____ day of May, 2008.
 5

 6

 7                                              _____
                                                BANKRUPTCY JUDGE
 8
```