LEWIS
AND
ROCA
——LLP——
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

**Susan M. Freeman, Esq.** AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
**Anne M. Loraditch, Esq.** NV State Bar No. 008164
Email: aloraditch@lrlaw.com

Attorneys for USACM Liquidating Trust

<div style="border:1px solid">Electronically filed May 13, 2008</div>

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY;<br>USA CAPITAL REALTY ADVISORS, LLC;<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC;<br>USA CAPITAL FIRST TRUST DEED FUND, LLC;<br>USA SECURITIES, LLC;<br>　　　　　　　　　　　　Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | **NOTICE OF ENTRY OF ORDER APPROVNG STIPULATION RE PRE-PETITION TRANSFERS TO PURDUE MARION & ASSOCIATES** |

1



**PLEASE TAKE NOTICE** that on the 14th day of May 2008, the Court entered the Order Approving Stipulation Re Pre-Petition Transfers to Purdue Marion & Associates. A true and correct copy of the Order is attached hereto.

Dated this 14th day of May 2008.

**LEWIS AND ROCA LLP**

_/s/ Anne M. Loraditch_
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Anne M. Loraditch, NV 8164
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
*Counsel for USACM Liquidating Trust*

416148.1

Case: 06-10725-lbr    Doc #: 6373    Filed: 05/14/2008    Page: 1 of 2

**Entered on Docket**
**May 14, 2008**

_____
Hon. Linda B. Riegle
**United States Bankruptcy Judge**

# LEWIS AND ROCA
L L P — LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

**Susan M. Freeman, Esq.** AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
**Anne M. Loraditch, Esq.** NV State Bar No. 008164
Email: aloraditch@lrlaw.com

Attorneys for USACM Liquidating Trust

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY;<br>USA CAPITAL REALTY ADVISORS, LLC;<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC;<br>USA CAPITAL FIRST TRUST DEED FUND, LLC;<br>USA SECURITIES, LLC;<br>　　　　　　　　　　　　Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | **ORDER APPROVNG STIPULATION RE PRE-PETITION TRANSFERS TO PURDUE MARION & ASSOCIATES** |

1

415355.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

1    The Court having considered the Stipulation re Pre-Petition Transfers to Purdue Marion &

2    Associates (the "Stipulation"), as filed by the USACM Liquidating Trust (the "Trust") and Purdue

3    Marion & Associates ("Purdue Marion"), and good cause appearing:

4        **IT IS HEREBY ORDERED** that:

5        1.      The Stipulation is APPROVED.

6        2.      Purdue Marion shall pay to the Trust the sum of Five Thousand Dollars

7    ($5,000.00) (the "Settlement Amount") on or before the close of business on June 11, 2008.

8        3.      Purdue Marion is deemed to have finally and forever waived whatever right, title

9    and interest it may have to any distribution that may be forthcoming from the USACM

10   Liquidating Trust in the above-captioned USA Commercial Mortgage chapter 11 bankruptcy case.

11       4.      Nothing in this Order is shall have any effect on Purdue Marion's participation or

12   rights in any of the above-captioned bankruptcy cases, other than the instant case,  or any

13   bankruptcy cases related thereto.

14   PREPARED AND RESPECTFULLY SUBMITTED BY:

15   **LEWIS AND ROCA LLP**              **GONZALEZ SAGGIO & HARLAN LLP**

16   By   *s/ Anne M. Loraditch*             By   *s/ Nancy L. Allf*

17       Susan M. Freeman, AZ 4199 (*pro hac vice*)     Nancy L. Allf, Esq.
         Anne M. Loraditch, NV 8164               411 East Bonneville Avenue, Suite 100

18       3993 Howard Hughes Parkway, Suite 600    Las Vegas, Nevada 89101
         Las Vegas, Nevada  89169-5996            Telephone: (702) 366-1866

19       Telephone: (702) 949-8200               *Attorneys for Purdue Marion & Associates*

20   *Attorneys for USACM Liquidating Trust*

21                                    # # #

22

23

24

25

26

415355.1