**Entered on Docket
May 15, 2008**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

---

George F. Ogilvie III, Esq. (#3552)
Ryan J. Works, Esq. (#9224)
McDONALD CARANO WILSON LLP
2300 W. Sahara Avenue, Suite 1000
Las Vegas, Nevada 89102
Telephone Number: (702) 873-4100
Facsimile Number: (702) 873-9966
rworks@mcdonaldcarano.com
*Attorneys for Eugene Buckley*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re

USA COMMERCIAL MORTGAGE
COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,

USA CAPITAL DIVERSIFIED TRUST
DEED FUND LLC,

USA CAPITAL FIRST TRUST DEED FUND
LLC,

USA SECURITIES, LLC,

    Debtors.

Affects:
☒ All Debtors
: USA Commercial Mortgage Company
: USA Capital Realty Advisors, LLC
: USA Capital Diversified Trust Deed Fund, LLC
: USA Capital First Trust Deed Fund, LLC
: USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under
Case No.: BK-S-06-10725-LBR

**ORDER GRANTING REQUEST TO
DISCONTINUE NOTICE**

1  THE COURT having considered the Ex Parte Motion (the "Motion") filed by Ryan J. Works, Esq., counsel for Eugene Buckley ("Buckley"), a non-party in this case, for an order granting Request to Discontinue Notice, now therefore, and good cause appearing,

IT IS HEREBY ORDERED that the Motion is GRANTED, counsel for McDonald Carano Wilson, LLP, whose names and electronic mail addresses appear in the Electronic Filing System, shall be removed and notice discontinued for purposes of this matter only.

Submitted by:

McDONALD CARANO WILSON, LLP

By: _____/s/ Ryan J. Works_____
George F. Ogilvie III, Esq. (#3552)
Ryan J. Works, Esq. (#9224)
McDonald Carano Wilson, LLP
2300 West Sahara Avenue, Suite 1000
Las Vegas, Nevada 89102
*Attorneys for Eugene Buckley*

\* \* \*