EXHIBIT A

1

2

3

4

5

6  **LEWIS AND ROCA LLP**                          **FOLEY & LARDNER LLP**
   3993 Howard Hughes Parkway, Suite 600          321 North Clark Street, Suite 2800
7  Las Vegas, NV 89169-5996                        Chicago, IL 60610
   Facsimile (702) 949-8321                        Facsimile (312) 832-4700
   Telephone (702) 949-8320                        Telephone (312) 832-4500
8  Susan M. Freeman AZ State Bar No. 004199        Edward J. Green IL State Bar No. 6225069
   Email: sfreeman@lrlaw.com                       Email:
9  Rob Charles NV State Bar No. 006593             Geoffrey S. Goodman IL State Bar No. 6272297
   Email: rcharles@lrlaw.com
10 John Hinderaker AZ State Bar No. 018024
   Email: jhinderaker@lrlaw.com
11                                       *Attorneys for USACM Liquidating Trust*

12                      **UNITED STATES BANKRUPTCY COURT**
                               **DISTRICT OF NEVADA**

13 In re:                                          Case No. BK-S-06-10725-LBR
                                                   Case No. BK-S-06-10726-LBR
14 USA Commercial Mortgage Company,                Case No. BK-S-06-10727-LBR
                                                   Case No. BK-S-06-10728-LBR[1]
15 USA Capital Realty Advisors, LLC,               Case No. BK-S-06-10729-LBR[2]

16 USA Capital Diversified Trust Deed Fund, LLC,   CHAPTER 11

17 USA Capital First Trust Deed Fund, LLC,[1]      Jointly Administered Under Case No. BK-S-
                                                   06-10725 LBR
18 USA Securities, LLC,[2]
                                      Debtors.     **ORDER DISALLOWING AMENDED**
19                                                 **CLAIM NO. 791 FILED BY THE**
   **Affects:**                                    **PENSION BENEFIT GUARANTY**
20 ☐All Debtors                                    **CORPORATION**
   ☒ USA Commercial Mortgage Company
21 ☐ USA Capital Realty Advisors, LLC              Date of Hearing:  April 17, 2008
   ☐ USA Capital Diversified Trust Deed Fund,      Time of Hearing:  9:30 a.m.
22    LLC
   ☐ USA Capital First Trust Deed Fund, LLC
23 ☐ USA Securities, LLC

24

25

26 _____
   [1] This bankruptcy case was closed on October 12, 2007.
   [2] This bankruptcy case was closed on December 26, 2007.

CHIC_2937149.1

This matter having come before the Court upon the supplemental objection (the "Objection") of the USACM Liquidating Trust (the "USACM Trust") [DE 5927], filed on March 4, 2008, to the termination premium claim under 29 U.S.C. § 1306(a)(7) included in Amended Claim No. 791 (the "Termination Premium Claim") filed by the Pension Benefit Guaranty Corporation (the "PBGC"); the PBGC having filed a response in opposition to the Objection on March 14, 2008 (the "Response") [DE 5984]; the USACM Trust having filed a reply in support of the Objection on March 25, 2008 (the "Reply") [DE 6049]; the PBGC having filed a sur-reply in opposition to the Objection on March 31, 2008 (the "Sur-reply") [DE 6063]; the Objection having come before the Court for hearing on April 17, 2008 (the "Hearing"); the Court having considered the Objection, the Response, the Reply, the Sur-reply, the arguments of counsel at the Hearing and other materials of which this Court may take judicial notice; and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED:

1. The Objection is sustained for the reasons set forth by this Court in its oral ruling at the Hearing; and

2. The Termination Premium Claim No. 10725-00791-2 is hereby disallowed in its entirety.

CHIC_2937149.1

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
     Susan M. Freeman
     Rob Charles
     John Hinderaker

     -and –

**FOLEY & LARDNER LLP**
Edward J. Green
Geoffrey S. Goodman

*Attorneys for USACM Liquidating Trust*

APPROVED/DISAPPROVED

PENSION BENEFIT GUARANTY
CORPORATION

By:
     James Eggeman, Assistant Chief Counsel (*pro
     hac vice* pending)
     Frank A. Anderson, DC 478234 (*pro hac vice*)
     Erika E. Barnes, CA 197309 (*pro hac vice*)
     Office of the Chief Counsel
     1200 K. Street, NW Suite 340
     Washington, DC 20005-3759
     Email: anderson.frank@pbgc.gov

APPROVED/DISAPPROVED

LISA POULIN, CHAPTER 11 TRUSTEE FOR
USA INVESTMENT PARTNERS, LLC

By:
     Gregory Garman
     Gordon & Silver, Ltd.
     3960 Howard Hughes Pky., 9th Floor
     Las Vegas, NV 89109
     Email: geg@gordonsilver.com

3

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)

Susan M. Freeman
Rob Charles
John Hinderaker

-and –

**FOLEY & LARDNER LLP**
Edward J. Green
Geoffrey S. Goodman

*Attorneys for USACM Liquidating Trust*


APPROVED/DISAPPROVED

PENSION BENEFIT GUARANTY
CORPORATION

By:

James Eggeman Assistant Chief Counsel (*pro hac vice* pending)
Frank A. Anderson, DC 478234 (*pro hac vice*)
Erika E. Barnes, CA 197309 (*pro hac vice*)
Office of the Chief Counsel
1200 K. Street, NW Suite 340
Washington, DC 20005-3759
Email: anderson.frank@pbgc.gov

APPROVED/DISAPPROVED

LISA POULIN, CHAPTER 11 TRUSTEE FOR
USA INVESTMENT PARTNERS, LLC

By: /s/ Gregory Garman

Gregory Garman
Gordon & Silver, Ltd.
3960 Howard Hughes Pky., 9th Floor
Las Vegas, NV 89109
Email: geg@gordonsilver.com

3

CHIC_2937149.1

1

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

2  In accordance with Local Rule 9021, the undersigned certifies:

3  ☐    The Court waived the requirements of approval under LR 9021.

4  ☐    No parties appeared or filed written objections, and there is no trustee appointed
5       in the case.

6  ☐    No opposition was filed to the motion and no other party or counsel appeared at
       the hearing.

7  ☒    I have delivered a copy of this proposed order to all attorneys and unrepresented
8       parties who have appeared at the hearing, and any trustee appointed in the case,
       and each has approved or disapproved the order, or failed to respond, as
9       indicated below:

10  PENSION BENEFIT GUARANTY CORPORATION (Approved/Disapproved/Failed to
11  Respond)
    [Claimant]

12  LISA POULIN, CHAPTER 11 TRUSTEE FOR USA INVESTMENT PARTNERS, LLC
    (Approved/Disapproved/Failed to Respond) [Interested Party]
13

14  **LEWIS AND ROCA LLP**

15

16  By:    /s/ RC (#0006593)
17         Susan M. Freeman
           Rob Charles
18  *Attorneys for USACM Liquidating Trust*

19

20

21

22

23

24

25

26

4