# EXHIBIT 1

1688943.1

Entered on Docket
May 13, 2008

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA Commercial Mortgage Company, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[1] |
| USA Capital Realty Advisors, LLC, | Case No. BK-S-06-10729-LBR[2] |
| USA Capital Diversified Trust Deed Fund, LLC, | CHAPTER 11 |
| USA Capital First Trust Deed Fund, LLC,[1] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA Securities, LLC,[2] | |
| Debtors. | **ORDER SUSTAINING FIRST OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED UPON INVESTMENT IN THE SLADE DEVELOPMENT, INC. LOAN** |
| **Affects:** | |
| ☐ All Debtors | |
| ☒ USA Commercial Mortgage Company | |
| ☐ USA Capital Realty Advisors, LLC | |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | Hearing Date: May 8, 2008 |
| ☐ USA Capital First Trust Deed Fund, LLC | Hearing Time: 10:30 a.m. |
| ☐ USA Securities, LLC | |

---

[1] This bankruptcy case was closed on October 12, 2007.
[2] This bankruptcy case was closed on December 26, 2007.

237292.1

1  Pending before the Court is the USACM Liquidating Trust's First Omnibus
2  Objection to Proofs of Claim Based Upon Investment in the Slade Development, Inc. Loan
3  (the "Objection") [DE 6116].  Adequate notice of the Objection was given.  No responses
4  were filed to the Objection and no opposition was raised to the Objection at the hearing on
5  May 8, 2008.  Good cause appearing,

6  IT IS ORDERED that the Objection is sustained and the Proofs of Claim listed on
7  Exhibit A attached are disallowed in their entirety because they were based entirely upon
8  an investment in the Slade Development, Inc. Loan.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**


By:   /s/ RC (#0006593)
      Susan M. Freeman
      Rob Charles
      John Hinderaker
*Attorneys for USACM Liquidating Trust*

2

237292.1

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐  The Court waived the requirements of approval under LR 9021.

☐  No parties appeared or filed written objections, and there is no trustee appointed in the case.

☒  No opposition was filed to the motion and no other party or counsel appeared at the hearing.

☐  I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing, and any trustee appointed in the case, and each has approved or disapproved the order, or failed to respond, as indicated below:

**LEWIS AND ROCA LLP**

By:  /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
    John Hinderaker
*Attorneys for USACM Liquidating Trust*

3

237292.1

# SLADE DEVELOPMENT LOAN
# FIRST OMNIBUS OBJECTION

## EXHIBIT A
### Single Loan Claims

| Claim | Name | Address | Total Claim Amount | Amount Subject to Objection Because it Relates to an Investment In the Slade Development Loan |
|---|---|---|---|---|
| 10725-01765 | Acres Corporation PSP | A. Rehberger Trustee P.O. Box 3651 Incline Village, NV 89450 | $78,000.00 | $78,000.00 |
| 10725-01391 | Jeffrey L. and Kathleen M. Edwards | 1525 Cedar Court Southlake, TX 76092-4133 | $51,277.49 | $51,277.49 |
| 10725-00668 | Ronald G. Gardner Trust | c/o Ronald G. Gardner Trustee 430 Bavarian Drive Carson City, NV 89705-7010 | $100,000.00 | $100,000.00 |
| 10725-00705 | Rains Properties LP | Donna M. Osborn, Esq. Marquis & Aurbach 10001 Park Run Drive Las Vegas, NV 89145 | $250,000.00 | $250,000.00 |
| 10725-00328 | S J Meyer Co. | 2660 South Rainbow Boulevard, Suite H108 Las Vegas, NV 89146-5183 | $80,000.00 | $80,000.00 |
| 10725-00291 | Neil A. and Josephine E. Xavier | 2506 Libretto Avenue Henderson, NV 89052-6563 | $50,000.00 | $50,000.00 |
| 10725-02159 | Neil A. and Josephine E. Xavier | 2506 Libretto Avenue Henderson, NV 89052 | $51,545.13 | $51,545.13 |

236446.1