# LEWIS
### AND
# ROCA
—— LLP ——
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

| E-Filed on 5/19/2008 |

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

USA Commercial Mortgage Company,

USA Capital Realty Advisors, LLC,

USA Capital Diversified Trust Deed Fund, LLC,

USA Capital First Trust Deed Fund, LLC,[1]

USA Securities, LLC,[2]

Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR[1]
Case No. BK-S-06-10729-LBR[2]

CHAPTER 11

Jointly Administered Under Case No.
BK-S-06-10725 LBR

**Notice of Entry of Order Sustaining
Second Omnibus Objection of the
USACM Trust to Proofs of Claim
Based, in Whole or in Part, Upon
Investment in the Slade Development,
Inc. Loan**

    **PLEASE TAKE NOTICE** that an Order Sustaining Second Omnibus Objection of

the USACM Liquidating Trust to Proofs of Claim Based, in Whole or in Part, upon

---

[1] This bankruptcy case was closed on October 12, 2007.

[2] This bankruptcy case was closed on December 26, 2007.

1936743.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

1    Investment in the Slade Development, Inc. Loan [DE 6353] was entered on the 13th day of

2    May 2008, a true and correct copy of which is attached hereto as Exhibit 1.

3         RESPECTFULLY SUBMITTED May 19, 2008.

4                                                          **LEWIS AND ROCA LLP**

5

6

7                                        By   /s/ RC (#006593)
                                              Susan M. Freeman
                                              Rob Charles
8                                             John Hinderaker
                                              *Attorneys for USACM Liquidating Trust*
9

10   PROOF OF SERVICE

11   Copy of the foregoing mailed by First
     Class, U.S. Mail, postage prepaid, on May
12   19, 2008 to the parties listed on Exhibit A
     to the attached order.
13

14    /s/  Christine E Laurel
      Christine E Laurel
15    Lewis and Roca

16

17

18

19

20

21

22

23

24

25

26

2

1936743.1