EXHIBIT 1

1688943.1

Entered on Docket
May 13, 2008

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[1]<br><br>USA Securities, LLC,[2]<br><br>                         Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING FOURTH OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED, IN WHOLE OR IN PART, UPON INVESTMENT IN THE ELIZABETH MAY REAL ESTATE LOAN**<br><br>Hearing Date: May 8, 2008<br>Hearing Time: 10:30 a.m. |

_____

[1] This bankruptcy case was closed on October 12, 2007.
[2] This bankruptcy case was closed on December 26, 2007.

239482.1

1    Pending before the Court is the USACM Liquidating Trust's Fourth Omnibus

2 Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon

3 Investment in the Elizabeth May Real Estate Loan (the "Objection") [DE 6105]. Adequate

4 notice of the Objection was given. The Court heard the Objection on May 8, 2008. No

5 responses were filed to the Objection and no opposition was raised at the hearing. Good

6 cause appearing,

7    IT IS ORDERED:

8    • Sustaining the Objection;

9    • Disallowing the Proofs of Claim listed on Exhibit A attached to the extent they

10    are based upon an investment in the Elizabeth May Real Estate Loan. The

11    Proofs of Claim listed in Exhibit A are not affected by this order to the extent

12    they are based upon an investment in a loan(s) other than the Elizabeth May

13    Real Estate Loan; and

14    • Reserving the right of any party in interest, including the USACM Trust, to

15    further object to the Proofs of Claim listed on Exhibit A attached.

16                                        ###

PREPARED AND SUBMITTED:
17

**LEWIS AND ROCA LLP**
18

19
By:___/s/ RC (#0006593)_____
20        Susan M. Freeman
         Rob Charles
21        John Hinderaker
    *Attorneys for USACM Liquidating Trust*
22

23

24

25

26

239482.1

1    CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

2    In accordance with Local Rule 9021, the undersigned certifies:

3    ☐    The Court waived the requirements of approval under LR 9021.

4    ☐    No parties appeared or filed written objections, and there is no trustee appointed
         in the case.

5
6    ☒    No opposition was filed to the motion and no other party or counsel appeared at
         the hearing.

7    ☐    I have delivered a copy of this proposed order to all attorneys and unrepresented
         parties who have appeared at the hearing, and any trustee appointed in the case,
8        and each has approved or disapproved the order, or failed to respond, as
         indicated below:
9

10

11   **LEWIS AND ROCA LLP**

12

13   By:___/s/ RC (#0006593)_____
14       Susan M. Freeman
         Rob Charles
15       John Hinderaker
         *Attorneys for USACM Liquidating Trust*

16

17

18

19

20

21

22

23

24

25

26

3

239482.1

# ELIZABETH MAY LOAN
## FOURTH OMNIBUS OBJECTION

## EXHIBIT A
### Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Elizabeth May Loan |
|---|---|---|---|---|
| 10725-01903 | AIG Limited, a Nevada Limited Partnership | 9904 Villa Granito Lane Granite Bay, CA 95746-6481 | $406,648.76 | $50,000.00 |
| 10725-02366 | Al-Awar Living Trust Dated 4/05/01 | Adib M. and Ellen A. Al-Awar Trustees 1330 Burro Court Gardnerville, NV 89410 | $1,807,956.81 | $100,000.00 |
| 10725-01050 | Brooks Living Trust Dated 6/30/97 | c/o Howard D. and Doreen C. Brooks Trustees 1894 US Highway 50 E, Suite 4-344 Carson City, NV 89701-3202 | $300,000.00 | $50,000.00 |
| 10725-02263 | Burgarello Inc. Profit Sharing Plan | Ronald A. Johnson Trustee 50 Snider Way Sparks, NV 89431-6308 | $202,800.00 | $50,000.00 |
| 10725-02128 | Burgarello Inc. Profit Sharing Plan | c/o Ronald A. Johnson Trustee 50 Snider Way Sparks, NV 89431-6308 | $202,800.00 | $50,000.00 |
| 10725-02528 | Peter W. and Deidre D. Capone | P.O. Box 1470 Gardnerville, NV 89410-1470 | Unclear | Unclear |
| 10725-01094 | Carter Family Trust Dated 6/17/96 | c/o Jerry W. and Nancy L. Carter Trustees 4543 Northwind Court Sparks, NV 89436-4657 | $75,000.00 | $50,000.00 |
| 10725-01555 | Tito Castillo | 13390 Parkside Terrace Cooper City, FL 33330 | $423,845.13 | $117,464.15 |
| 10725-00811 | Cohen Living Trust Dated 3/6/90 | c/o Scott D. Fleming, Esq. Hale Lane Peek Dennison & Howard 3930 Howard Hughes Parkway, 4th Floor Las Vegas, NV 89169 | $404,317.00 | $150,000.00 |
| 10725-01218 | Cohen Living Trust 3/6/90 | c/o Scott D. Fleming, Esq. Hale Lane Peek Dennison & Howard 3930 Howard Hughes Parkway, 4th Floor Las Vegas, NV 89169 | $404,316.00 | $150,000.00 |

235786.1