# EXHIBIT 1

**Entered on Docket**
**May 13, 2008**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[1]<br><br>USA Securities, LLC,[2]<br>         Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING SEVENTH OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED, IN WHOLE OR IN PART, UPON INVESTMENT IN THE ELIZABETH MAY REAL ESTATE LOAN**<br><br>Hearing Date: May 8, 2008<br>Hearing Time: 10:30 a.m. |

---

[1] This bankruptcy case was closed on October 12, 2007.
[2] This bankruptcy case was closed on December 26, 2007.

239485.1

Pending before the Court is the USACM Liquidating Trust's Seventh Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in the Elizabeth May Real Estate Loan (the "Objection") [DE 6111]. Adequate notice of the Objection was given. The Court heard the Objection on May 8, 2008. No responses were filed to the Objection and no opposition was raised at the hearing. Good cause appearing,

IT IS ORDERED:

- Sustaining the Objection;
- Disallowing the Proofs of Claim listed on Exhibit A attached to the extent they are based upon an investment in the Elizabeth May Real Estate Loan. The Proofs of Claim listed in Exhibit A are not affected by this order to the extent they are based upon an investment in a loan(s) other than the Elizabeth May Real Estate Loan; and
- Reserving the right of any party in interest, including the USACM Trust, to further object to the Proofs of Claim listed on Exhibit A attached.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
    John Hinderaker
*Attorneys for USACM Liquidating Trust*

239485.1

Case 06-10725-lbr Doc #: 6355 Filed: 05/15/2008 Page 3 of 4

# CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

- ☐ The Court waived the requirements of approval under LR 9021.

- ☐ No parties appeared or filed written objections, and there is no trustee appointed in the case.

- ☒ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

- ☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing, and any trustee appointed in the case, and each has approved or disapproved the order, or failed to respond, as indicated below:

**LEWIS AND ROCA LLP**


By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
    John Hinderaker
*Attorneys for USACM Liquidating Trust*

3

239485.1

# ELIZABETH MAY LOAN
# SEVENTH OMNIBUS OBJECTION

## EXHIBIT A
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Elizabeth May Loan |
|---|---|---|---|---|
| 10725-00840 | Dora R. Schutte | c/o Scott D. Fleming, Esq.<br>Hale Lane Peek Dennison & Howard<br>3930 Howard Hughes Parkway, 4th Floor<br>Las Vegas, NV 89169 | $100,000.00 | $50,000.00 |
| 10725-01291 | Dora R. Schutte | c/o Scott D. Fleming, Esq.<br>Hale Lane Peek Dennison & Howard<br>3930 Howard Hughes Parkway, 4th Floor<br>Las Vegas, NV 89169 | $100,000.00 | $50,000.00 |
| 10725-00548 | Michael Shuler | c/o Jay R. Eaton<br>Eaton and O'Leary, PLLC<br>P.O. Box 18<br>Fairbury, IL 61739 | $239,932.00 | $80,924.00 |
| 10725-01872 | Robert Susskind | 9900 Wilber May Parkwy #206<br>Reno, NV 89521 | $306,214.00 | $50,000.00 |
| 10725-00847 | Steven B. and Laura J. Tomac | c/o Scott D. Fleming Esq.<br>Hale Lane Peek Dennison & Howard<br>3930 Howard Hughes Parkway, 4th Floor<br>Las Vegas, NV 89169 | $200,000.00 | $100,000.00 |
| 10725-01169 | Donald S. Tomlin | Donald S. and Dorothy R. Tomlin Trustee<br>7145 Beverly Glen Avenue<br>Las Vegas, NV 89110-4228 | $2,779,806.00 | $101,155.00 |
| 10725-01234 | Steven B. and Laura J. Tomac | c/o Scott D. Fleming, Esq.<br>Hale Lane Peek Dennison & Howard<br>3930 Howard Hughes Parkway, 4th Floor<br>Las Vegas, NV 89169 | $200,000.00 | $100,000.00 |
| 10725-02403 | Weible 1981 Trust Dated 6/30/81 | Dean F. and Ardis Weible Co-Trustees<br>6314 Tara Avenue<br>Las Vegas, NV 89146 | $277,838.39 | $100,000.00 |
| 10725-00950 | Woody Contracting Inc. | 63210 McKenzie Lane<br>Summerville, OR 97876 | $330,750.00 | $215,000.00 |
| 10725-02040 | Joseph G. and Carol A. Zappulla | 3022 West Redwood Lane<br>Phoenix, AZ 85045 | $704,812.74 | $100,000.00 |
| 10728-00060 | Evo E. and Billie D. Zepponi Family Trust Agreement Dated 2/9/1993 | c/o Evo and Billie Zepponi Trustee<br>14385 West Morning Star Trail<br>Surprise, AZ 85374-3816 | $3,691.66 | $250.00 |

235791.1