| | |
|---|---|
| 1  Susan M. Freeman (AZ Bar No. 4199) *pro hac vice*<br>   Rob Charles (NV Bar No. 6593)<br>2  Anne M. Loraditch (NV Bar No. 8164)<br>   **LEWIS AND ROCA LLP**<br>3  3993 Howard Hughes Parkway, Suite 600<br>4  Last Vegas, Nevada 89169<br>   Telephone (702) 949-8200<br>5  Facsimile (702) 949-8398<br>   Email: sfreeman@lralw.com<br>6        rcharles@lrlaw.com<br>7        aloraditch@lrlaw.com<br>   *Attorneys for USACM Liquidating Trust* | Electronically Filed May 19, 2008 |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>USA CAPITAL REALTY ADVISORS, LLC,<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USA CAPITAL FIRST TRUST DEED FUND, LLC, USA SECURITIES, LLC,<br>    Debtors.<br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**CERTIFICATE OF SERVICE OF NOTICE OF ENTRY OF ORDER APPROVING SECOND STIPULATION TO EXTEND DEADLINE TO FILE COMPLAINT TO AVOID AND RECOVER PRE-PETITION TRANSFERS PURSUANT TO 11 U.S.C. §§547, 548 AND 550** |

I hereby certify that on the 19th day of May 2008, I caused to be served the document mentioned in the above caption to the following, via:

☒ (ELECTRONIC SERVICE) Pursuant to Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced documents were electronically filed on May 13, 2008, and served through the Notice of Electronic Filing automatically generated by the Court.

416791_1.DOC                                                                                           1

☒ (UNITED STATES MAIL) By depositing a copy of the above-referenced documents in the United States Mail, first class postage prepaid, addressed to all the parties listed on the mailing matrix, at their last known mailing addresses, on the date written above.

☐ (OVERNIGHT COURIER) By depositing a copy of the above-referenced document for priority overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address.

☐ (VIA FACSIMILE) By Facsimile Service transmission to the parties indicated on the attached matrix, on the date written above.

☐ (VIA EMAIL) By electronic mail transmission to the following parties as indicated below and on the attached email.

DATED this 19th day of May 2008.

/s/ M. Jenkins
An employee of Lewis and Roca, LLP

Richard I. Dreitzer
Deputy Attorney General
State of Nevada Attorney General's Office
555 E Washington Avenue, Suite 3900
Las Vegas, NV 89101

Deborah D. Williamson
Thomas Rice
COX SMITH MATTHEWS
INCORPORATED
112 E Pecan Street, Suite 1800
San Antonio, TX 75205

Allan B. Diamond
DIAMOND MCCARTHY TAYLOR
FINLEY & LEE, LLP
Two Houston Center
909 Fannin Street, Suite 1500
Houston, TX 77010

Robert P. Goe
GOE & FORSYTHE
660 Newport Center Drive, Suite 320
Newport Beach, CA 92660

Dean T. Kirby, Jr.
John Hebert
KIRBY & McGUINN, A.P.C.
600 B Street, Suite 1950
San Diego, CA 92101

Edward S. Zusman
Kate O. McMonigle
MARKUN ZUSMAN & COMPTON LLP
465 California Street, 5th Floor
San Francisco, CA 94104

August B. Landis
OFFICE OF THE U.S. TRUSTEE
300 Las Vegas Blvd., S. Suite 4300
Las Vegas, NV 89101

William J. Ovca, Jr., Trustee
Defined Pension Plan
OVCA ASSOCIATES, INC.
16872 Baruna Lane
Huntington Beach, CA 92649

Robbin L. Itkin
STEPTOE & JOHNSON LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067

George A. Davis
CADWALADER, WICKERSHAM &
TAFT LLP
One World Financial Center
New York, NY 10281

Susan Williams Scann
DEANER, DEANER, SCANN,
MALAN & LARSEN
720 S Fourth Street, Suite 300
Las Vegas, NV 89101

Eric Madden
DIAMOND MCCARTHY TAYLOR
FINLEY & LEE, LLP
1201 Elm Street, Suite 3400
Dallas, TX 75270

Gerald M. Gordon
Gregory E. Garman
GORDON & SILVER, LTD.
3960 Howard Hughes Parkway, 9th Floor
Las Vegas, NV 89109

James Feeney
PO BOX 19122
Reno, NV 89511-0893

Michelle Abrams
MICHELLE L. ABRAMS, LTD.
3085 S Jones Blvd., Suite C
Las Vegas, NV 89146

Jeffrey D. Hermann
ORRICK, HERRINGTON &
SUTCLIFFE LLP
777 S Figueroa Street, Suite 3200
Los Angeles, CA 90017-5855

Brian D. Shapiro
LAW OFFICE OF BRIAN D SHAPIRO
LLC
624 S 9th Street
Las Vegas, NV 89101

Michael W. Carmel
80 E Columbus Avenue
Phoenix, AZ 85012

Berman, Geoffrey L.
DEVELOPMENT SPECIALISTS,
INC.
333 S. Grand Ave., Suite 4070
Los Angeles, CA 90071-1544

Michael Tucker
FTI CONSULTING
One Renaissance Square
Two N Central Ave., Ste. 1200
Phoenix, AZ 85004-2322

Janet L. Chubb
JONES VARGAS
100 W. Liberty St, 12th Floor
POB 281
Reno, NV 89504-0281

Susan M. Freeman
Rob Charles
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169-5996

Richard W. Esterkin
Asa S. Hami
MORGAN, LEWIS & BOCKIUS LLP
300 S Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132

Marc A. Levinson
ORRICK, HERRINGTON &
SUTCLIFFE, LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814

Robert R. Kinas
SNELL & WILMER, LLP
3883 Howard Hughes Parkway, #1100
Las Vegas, NV 89169