# EXHIBIT 1

1688943.1



**Entered on Docket
May 13, 2008**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[1]<br><br>USA Securities, LLC,[2]<br>　　　　　　　　　　　　　Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING SECOND OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED, IN WHOLE OR IN PART, UPON INVESTMENT IN THE WASCO INVESTMENTS, LLC LOAN**<br><br>Hearing Date: May 8, 2008<br>Hearing Time: 10:30 a.m. |

---

[1] This bankruptcy case was closed on October 12, 2007.
[2] This bankruptcy case was closed on December 26, 2007.

239487.1

1  Pending before the Court is the USACM Liquidating Trust's Second Omnibus
2  Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon
3  Investment in the Wasco Investments, LLC Loan (the "Objection") [DE 6123]. Adequate
4  notice of the Objection was given. The Court heard the Objection on May 8, 2008. No
5  responses were filed to the Objection and no opposition was raised at the hearing. Good
6  cause appearing,
7  IT IS ORDERED:
8  • Sustaining the Objection;
9  • Disallowing the Proofs of Claim listed on Exhibit A attached to the extent they
10  are based upon an investment in the Wasco Investments, LLC Loan. The Proofs
11  of Claim listed in Exhibit A are not affected by this order to the extent they are
12  based upon an investment in a loan(s) other than the Wasco Investments, LLC
13  Loan; and
14  • Reserving the right of any party in interest, including the USACM Trust, to
15  further object to the Proofs of Claim listed on Exhibit A attached.
16  ###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By:  /s/ RC (#0006593)
     Susan M. Freeman
     Rob Charles
     John Hinderaker
*Attorneys for USACM Liquidating Trust*

239487.1

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of approval under LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in the case.

☒ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing, and any trustee appointed in the case, and each has approved or disapproved the order, or failed to respond, as indicated below:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
    John Hinderaker
*Attorneys for USACM Liquidating Trust*

3

239487.1

WASCO INVESTMENTS
SECOND OMNIBUS OBJECTION

# EXHIBIT A
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Wasco Investments Loan |
|---|---|---|---|---|
| 10725-01274 | Herman and Brian M. and Anthony G. Adams | 1341 Cashman Drive Las Vegas, NV 89102 | $2,088,250.00 | $350,000.00 |
| 10725-02128 | Burgarello Inc. Profit Sharing Plan | c/o Ronald A. Johnson Trustee 50 Snider Way Sparks, NV 89431-6308 | $202,800.00 | $50,000.00 |
| 10725-02263 | Burgarello Inc. Profit Sharing Plan | Ronald A. Johnson Trustee 50 Snider Way Sparks, NV 89431-6308 | $202,800.00 | $50,000.00 |
| 10725-01471 | Alan G. and Patty J. Dondero 1992 Revocable Trust | Alan and Patty Dondero Trustees 1930 Village Center Circle, 3-273 Las Vegas, NV 89134 | $130,800.00 | $70,000.00 |
| 10725-00718 | Jack Faradjollah | 10851 Furlong Drive Santa Ana, CA 92705 | $79,003.38 | $50,000.00 |
| 10725-01925 | Nancy R. Gilmour IRA | c/o First Savings Bank Custodian P.O. Box 1241 Camano Island, WA 98292-1241 | $203,004.11 | $50,000.00 |
| 10725-02380 | Nancy R. Gilmour IRA | First Savings Bank Custodian For P.O. Box 1241 Camano Island, WA 98292-1241 | $203,004.11 | $50,000.00 |
| 10725-02058 | Suze Harrington | 2131 Connor Park Cove Salt Lake City, UT 84109-2468 | $304,534.25 | $50,000.00 |
| 10725-02003 | Harrison Family Trust Dated 7/27/99 | Thomas B. and Marguerite F. Harrison Ttees 930 Dorcey Drive Incline Village, NV 89451 | $307,175.18 | $85,000.00 |
| 10725-02125 | Marilyn Johnson Living Trust Dated 10/5/99 | Marilyn Johnson Trustee 1010 La Rue Avenue Reno, NV 89509 | $101,400.00 | $50,000.00 |