LEWIS
AND
ROCA
——— LLP ———
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona  85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email:  rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

| E-Filed on 5/20/2008 |

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA Commercial Mortgage Company, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[1] |
| USA Capital Realty Advisors, LLC, | Case No. BK-S-06-10729-LBR[2] |
| | |
| USA Capital Diversified Trust Deed Fund, LLC, | CHAPTER 11 |
| | |
| USA Capital First Trust Deed Fund, LLC,[1] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| | |
| USA Securities, LLC,[2] | **Notice of Entry of Order Sustaining** |
|        Debtors. | **Second Omnibus Objection of the** |
| | **USACM Trust to Proofs of Claim** |
| **Affects:** | **Based, in Whole or in Part, Upon** |
| ☐ All Debtors | **Investment in the Goss Road Loan** |
| ☒ USA Commercial Mortgage Company | |
| ☐ USA Capital Realty Advisors, LLC | |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | |
| ☐ USA Capital First Trust Deed Fund, LLC | |
| ☐ USA Securities, LLC | |

**PLEASE TAKE NOTICE** that an Order Sustaining Second Omnibus Objection of

the USACM Liquidating Trust to Proofs of Claim Based, in Whole or in Part, Upon

---

[1] This bankruptcy case was closed on October 12, 2007.

[2] This bankruptcy case was closed on December 26, 2007.

1936769.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

1

Investment in the Goss Road Loan [DE 6362] was entered on the 13th day of May 2008, a

2

true and correct copy of which is attached hereto as Exhibit 1.

3

RESPECTFULLY SUBMITTED May 20, 2008.

4

**LEWIS AND ROCA LLP**

5

6

By   /s/ RC (#006593)

7

Susan M. Freeman
Rob Charles

8

John Hinderaker
*Attorneys for USACM Liquidating Trust*

9

10

PROOF OF SERVICE

11

Copy of the foregoing mailed by First

12

Class, U.S. Mail, postage prepaid, on May
20, 2008 to the parties listed on Exhibit A

13

to the attached order.

14

 /s/  Christine E Laurel

15

Christine E Laurel
Lewis and Roca

16

17

18

19

20

21

22

23

24

25

26

1936769.1