1

2

3

4

5

**Entered on Docket**
**May 21, 2008**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

6

7

8

9

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725 LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10726 LBR |
| | Case No. BK-S-06-10727 LBR |
| | Case No. BK-S-06-10728 LBR |
| Debtor. | Case No. BK-S-06-10729 LBR |

In re:

USA CAPITAL REALTY ADVISORS, LLC,

Debtor.

In re:

USA CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC,

Debtor.

In re:

USA CAPITAL FIRST TRUST DEED FUND,
LLC,

Debtor.

In re:

USA SECURITIES, LLC,

Debtor.

Affects:
- ☒ All Debtors
- ☐ USA Commercial Mortgage Company
- ☐ USA Securities, LLC
- ☐ USA Capital Realty Advisors, LLC
- ☐ USA Capital Diversified Trust Deed Fund, LLC
- ☐ USA First Trust Deed Fund, LL

Chapter 11

**Jointly Administered Under**
**Case No. BK-S-06-10725 LBR**

DATE:   June 24, 2008
TIME:   9:30 a.m.

## ORDER SETTING HEARING ON PBGC'S OBJECTION TO PROPOSED ORDER DISALLOWING AMENDED CLAIM NO. 791 FILED BY THE PENSION BENEFIT GUARANTY CORPORATION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

An Order Disallowing Amended Claim No. 791 Filed by the Pension Benefit Guaranty Corporation ("Order") was uploaded for signature of this court by attorneys for USACM Liquidating Trust.  This order was marked "disapproved" by the representative of the Pension Benefit Guaranty Corporation, who attached a proposed order to their objection.  Therefore, for good cause appearing;

IT IS HEREBY ORDERED THAT a hearing will be heard on June 24, 2008 at 9:30 a.m. before the Honorable Linda B. Riegle, U.S. Bankruptcy Court, 300 Las Vegas Blvd. South, Courtroom #1, Las Vegas, Nevada, to hear arguments concerning these competing orders.

Copies noticed through ECF to:
        Rob Charles
        Gregory Garman

Copies noticed through BNC to:
        Frank A. Anderson
        Erika Barnes
        Pension Benefit Guaranty Corporation
        Office of the Chief Counsel
        1200 K Street, N.W., Suite 340
        Washington, D.C. 20005-4026