**LEWIS AND ROCA LLP LAWYERS**

E-Filed on 5/21/08

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

**Susan M. Freeman** AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
**Rob Charles** NV State Bar No. 006593
Email: rcharles@lrlaw.com
**John Hinderaker** AZ State Bar No. 018024
Email: jhindera@lrlaw.com

Attorneys for USACM Liquidating Trust

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[1]<br><br>USA Securities, LLC,[2]<br>            Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA COMMERCIAL MORTGAGE COMPANY,<br><br>            Plaintiff,<br><br>    v.<br><br>JOHN DUTKIN, TRUSTEE, et al<br><br>            Defendants. | Adversary No. 06-01146<br><br>**NOTICE OF STATUS CONFERENCE REGARDING LERIN HILLS' CLAIM 1279**<br><br>Hearing:  February 3, 2009<br>Time:     9:30 a.m.<br>Place:    LBR-Courtroom 1<br>          Foley Federal Building |

**PLEASE TAKE NOTICE** that the Court has scheduled a status conference on February 3, 2009, at 9:30 a.m. at the U.S. Bankruptcy Court, Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada, regarding USACM

---

[1] This bankruptcy case was closed on October 12, 2007.
[2] This bankruptcy case was closed on December 26, 2007.

239958.1

Trust's objection to Claim 1279 of Lerin Hills Ltd. in the amount of $1,257,233.40 as an unsecured non-priority claim and a priority claim of $797,175.62 [DE 3080].

RESPECTFULLY SUBMITTED May 21, 2008.

**LEWIS AND ROCA LLP**

By /s/ RC (#006593)
Susan M. Freeman
Rob Charles
*Attorneys for USACM Liquidating Trust*

PROOF OF SERVICE

COPY of the aforementioned sent via electronic mail on May 21, 2008 to the following affected parties:

Ty E. Kehoe, Esq.
871 Coronado Center Drive, Suite 200
Henderson, NV 89052
TyKehoeLaw@aol.com

s/ Renee L. Creswell
Renee L. Creswell
Lewis and Roca

2

239958.1