**LEWIS AND ROCA LLP LAWYERS**

E-Filed on 5/22/08

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

**Susan M. Freeman** AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
**Rob Charles** NV State Bar No. 006593
Email: rcharles@lrlaw.com
**John Hinderaker** AZ State Bar No. 018024
Email: jhindera@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[1]<br><br>USA SECURITIES, LLC,[2]<br>                             Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF STATUS CONFERENCE REGARDING CLAIM 792 OF COPPER SAGE COMMERCIAL CENTER LLC**<br><br>Hearing:   February 3, 2009<br>Time:      9:30 a.m.<br>Place:     LBR-Courtroom 1<br>             Foley Federal Building |

**PLEASE TAKE NOTICE** that the Court has scheduled a status conference on February 3, 2009, at 9:30 a.m. at the U.S. Bankruptcy Court, Foley Federal Building,

---

[1] This bankruptcy case was closed on October 12, 2007.

[2] This bankruptcy case was closed on December 26, 2007.

300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada, regarding USACM Trust's objection to Claim 792 of Copper Sage Commercial Center LLC in the amount of $3,500,000.00 [DE 3077].

RESPECTFULLY SUBMITTED May 22, 2008.

**LEWIS AND ROCA LLP**

By  /s/ RC (#006593)
Susan M. Freeman
Rob Charles
*Attorneys for USACM Liquidating Trust*

PROOF OF SERVICE

COPY of the aforementioned sent via electronic mail on May 22, 2008 to the following affected parties:

Susan Williams Scann, Esq.
DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, NV  89101
sscann@deanerlaw.com

 s/ Renee L. Creswell
Renee L. Creswell
Lewis and Roca

239991.1