**LEWIS AND ROCA LLP LAWYERS**

E-Filed on 5/22/08

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

**Susan M. Freeman** AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
**Rob Charles** NV State Bar No. 006593
Email: rcharles@lrlaw.com
**John Hinderaker** AZ State Bar No. 018024
Email: jhindera@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
| --- | --- |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2] |
| USA CAPITAL REALTY ADVISORS, LLC, | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,[1] | **NOTICE OF STATUS CONFERENCE REGARDING MOUNTAIN WEST MORTGAGE CO./LERIN HILLS' CLAIM 203** |
| USA SECURITIES, LLC,[2]    Debtors. | Hearing: July 24, 2008<br>Time: 9:30 a.m.<br>Place: LBR-Courtroom 1<br>Foley Federal Building |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

**PLEASE TAKE NOTICE** that the Court has scheduled a status conference on July 24, 2008, at 9:30 a.m. at the U.S. Bankruptcy Court, Foley Federal Building, 300 Las

---

[1] This bankruptcy case was closed on October 12, 2007.

[2] This bankruptcy case was closed on December 26, 2007.

240021.1

Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada, regarding the Objection of the USACM Liquidating Trust to Proof of Claim Filed by Mountain West Mortgage Co./Lerin Hills (Claim No. 203) [DE 3078].

RESPECTFULLY SUBMITTED May 22, 2008.

**LEWIS AND ROCA LLP**

By   /s/ RC (#006593)
Susan M. Freeman
Rob Charles
*Attorneys for USACM Liquidating Trust*

PROOF OF SERVICE

COPY of the aforementioned sent via electronic mail on May 22, 2008 to the following affected parties:

Marjorie A. Guymon
Goldsmith & Guymon
2055 North Village Center Circle
Las Vegas, NV  89134
mguymon@goldguylaw.com

  s/ Renee L. Creswell
Renee L. Creswell
Lewis and Roca

240021.1