LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona  85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

**Susan M. Freeman** AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
**Rob Charles** NV State Bar No. 006593
Email:  rcharles@lrlaw.com
**John Hinderaker** AZ State Bar No. 018024
Email: jhindera@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 5/22/08

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[1]<br><br>USA SECURITIES, LLC,[2]<br><br><br>                                        Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF STATUS CONFERENCE REGARDING CLAIM 784 OF BINFORD MEDICAL DEVELOPERS**<br><br>Hearing:    July 24, 2008<br>Time:        9:30 a.m.<br>Place:       LBR-Courtroom 1<br>                 Foley Federal Building |

        **PLEASE TAKE NOTICE** that the Court has scheduled a status conference on

July 24, 2008, at 9:30 a.m. at the U.S. Bankruptcy Court, Foley Federal Building, 300 Las

---

[1] This bankruptcy case was closed on October 12, 2007.

[2] This bankruptcy case was closed on December 26, 2007.

240038.1

**LEWIS AND ROCA LLP LAWYERS**

Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada, regarding USA Commercial

Mortgage Company's Objection to Proof of Claim No. 784 Filed by Binford Medical

Developers LLC [DE 2033].

      RESPECTFULLY SUBMITTED May 22, 2008.

**LEWIS AND ROCA LLP**

By   /s/ RC (#006593)
          Susan M. Freeman
          Rob Charles
          *Attorneys for USACM Liquidating Trust*

PROOF OF SERVICE

COPY of the aforementioned sent via
electronic mail on May 22, 2008 to the
following affected parties:

Susan Williams Scann, Esq.
DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite 300
Las Vegas, NV 89101
sscann@deanerlaw.com

  s/ Renee L. Creswell
Renee L. Creswell
Lewis and Roca

2

240038.1