EFILED 5-23-08

1  SULLIVAN, HILL, LEWIN, REZ & ENGEL
   A Professional Law Corporation
2    Christine A. Roberts, NV SBN 6472
   228 South Fourth Street, First Floor
3  Las Vegas, NV 89101
   Telephone: (702) 382-6440
4  Fax Number: (702) 384-9102
   Email: roberts@shlaw.com
5
   Attorney for Creditors, Prospect High Income Fund,
6  ML CBO IV (Cayman) Ltd., PAMCO Cayman, Ltd.,
   PAM Capital Funding, L.P., Highland Crusader Fund, Ltd.,
7  and PCMG Trading Partners XXII, L.P.

8                    UNITED STATES BANKRUPTCY COURT

9                          DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                              Debtor. | CASE NO.: BK-S-06-10725-LBR<br>CASE NO.: BK-S-06-10726-LBR<br>CASE NO.: BK-S-06-10727-LBR<br>CASE NO.: BK-S-06-10728-LBR<br>CASE NO.: BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                              Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                              Debtor. | **Jointly Administered Under<br>Case No. BK-S-6-10725-LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                              Debtor. | ***DOCUMENT NAME [MUST INCLUDE DESIGNATION "AFFECTS ALL DEBTORS" OR AFFECTS NAME OF AFFECTED DEBTORS"*** |
| In re:<br>USA SECURITIES, LLC,<br>                              Debtor. | |
| Affects:<br>☐ All Debtors<br>■ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>■ USA Capital Diversified Trust Deed Fund, LLC<br>■ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC, | **HEARING:**<br>Date: N/A<br>Time: N/A |

## NOTICE OF WITHDRAWAL OF REQUEST FOR SERVICE OF PAPERS

**TO ALL PARTIES:**

**PLEASE TAKE NOTICE** that Christine A. Roberts, Esq., having appeared as counsel for Creditors, Prospect High Income Fund, ML CBO IV (Cayman) td., PAMCO Cayman, Ltd., PAM

1

1  Capital Funding, L.P., Highland Crusader Fund, Ltd., and PCMG Trading Partners XXII, L.P., in the
2  above-referenced bankruptcy case and requested to be served with all notices given or required to be
3  given, and all papers served or required to be served in this case.
4      **TAKE FURTHER NOTICE** that the below now withdraws their previous request for
5  service of notices and papers in this case and request that parties in interest remove our name from
6  the master mailing matrix in this case including all electronic mailing lists.

7  Dated:    May 21, 2008        SULLIVAN, HILL, LEWIN, REZ & ENGEL
                                                 A Professional Law Corporation

                                                 /s/ Christine A. Roberts
                                                 CHRISTINE ROBERTS, ESQ.
                                                 A Professional Law Corporation
                                                  Christine A. Roberts, NV SBN 6472
                                                228 South Fourth Street, First Floor
                                                Las Vegas, NV 89101
                                                Telephone: (702) 382-6440
                                                Fax Number: (702) 384-9102
                                                Email: roberts@shlaw.com