**Entered on Docket**
**May 21, 2008**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11<br>**Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | DATE: June 24, 2008<br>TIME: 9:30 a.m. |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LL | |

**ORDER SETTING HEARING ON PBGC'S OBJECTION TO PROPOSED ORDER DISALLOWING AMENDED CLAIM NO. 791 FILED BY THE PENSION BENEFIT GUARANTY CORPORATION**

An Order Disallowing Amended Claim No. 791 Filed by the Pension Benefit Guaranty Corporation ("Order") was uploaded for signature of this court by attorneys for USACM Liquidating Trust.  This order was marked "disapproved" by the representative of the Pension Benefit Guaranty Corporation, who attached a proposed order to their objection.  Therefore, for good cause appearing;

IT IS HEREBY ORDERED THAT a hearing will be heard on June 24, 2008 at 9:30 a.m. before the Honorable Linda B. Riegle, U.S. Bankruptcy Court, 300 Las Vegas Blvd. South, Courtroom #1, Las Vegas, Nevada, to hear arguments concerning these competing orders.

Copies noticed through ECF to:
    Rob Charles
    Gregory Garman

Copies noticed through BNC to:
    Frank A. Anderson
    Erika Barnes
    Pension Benefit Guaranty Corporation
    Office of the Chief Counsel
    1200 K Street, N.W., Suite 340
    Washington, D.C. 20005-4026

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0978-2           User: lakaswm              Page 1 of 1              Date Rcvd: May 21, 2008
Case: 06-10725                 Form ID: pdf805            Total Served: 2

The following entities were served by first class mail on May 23, 2008.
aty         +FRANK A. ANDERSON,    PENSION BENEFIT GUARANTY CORPORATION,    1200 K STREET, N.W., #340,
               WASHINGTON, DC 20005-4030
            +ERIKA BARNES,   PENSION BENEFIT GUARANTY CORPORATION,    OFFICE OF THE CHIEF COUNSEL,
              1200 K STREET, N.W., SUITE 340,    WASHINGTON, DC 20005-4030
The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 23, 2008**                    **Signature:** _Joseph Speetjens_