**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 18024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 6/4/08

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[1]<br><br>USA Securities, LLC,[2]<br><br>                                      Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**STATUS AND AGENDA FOR JUNE 9, 2008 HEARINGS**<br><br>Date of Hearings: June 9, 2008<br>Time of Hearings: 9:30 a.m. |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

**Agenda for 9:30 a.m.**

    1.    *First Omnibus Objection to Proofs of Claim Based Upon Investment in Meadow Creek Partners, LLC Loan* with **Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6241]

**Opposition Filed:**    None

---

[1] This bankruptcy case was closed on October 12, 2007.

[2] This bankruptcy case was closed on December 26, 2007.

1

1940117.1

| | | |
|---|---|---|
| **Related Filing** 4/25/08 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in Meadow Creek Partners, LLC Loan with Certificate of Service* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6249] | |

**Status**

    2.    ***Second Omnibus Objection to Proofs of Claim Based, in Whole or in Part, Upon Investment in Meadow Creek Partners, LLC Loan* with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6243]

**Opposition Filed:**   None

**Related Filing** 4/25/08   Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in Meadow Creek Partners, LLC Loan with Certificate of Service* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6249]

**Status**

    3.    ***Third Omnibus Objection to Proofs of Claim Based, in Whole or in Part, Upon Investment in Meadow Creek Partners, LLC Loan* with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6245]

**Opposition Filed:**   None

**Related Filing** 4/25/08   Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in Meadow Creek Partners, LLC Loan with Certificate of Service* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6249]

**Status**

    4.    ***Fourth Omnibus Objection to Proofs of Claim Based, in Whole or in Part, Upon Investment in Meadow Creek Partners, LLC Loan* with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6247]

**Opposition Filed:**   None

1940117.1

| | |
|---|---|
| **Related Filing** 4/25/08 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in Meadow Creek Partners, LLC Loan with Certificate of Service* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6249] |
| **Status** | |

5. ***First Omnibus Objection to Proofs of Claim Based Upon Investment in I-40 Gateway West Loan* with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6256]

| | |
|---|---|
| **Opposition Filed:** | None |
| **Related Filing** 4/28/08 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in I-40 Gateway West Loan with Certificate of Service* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6264] |
| **Status** | |

6. ***Second Omnibus Objection to Proofs of Claim Based, in Whole or in Part, Upon Investment in I-40 Gateway West Loan* with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6258]

| | |
|---|---|
| **Opposition Filed:** | None |
| **Related Filing** 4/28/08 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in I-40 Gateway West Loan with Certificate of Service* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6264] |
| **Status** | |

7. ***Third Omnibus Objection to Proofs of Claim Based, in Whole or in Part, Upon Investment in I-40 Gateway West Loan* with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6260]

| | |
|---|---|
| **Opposition Filed:** | None |

1940117.1

| | | |
|---|---|---|
| **Related Filing** 4/28/08 | | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in I-40 Gateway West Loan with Certificate of Service* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6264] |

**Status**

    8.    ***Fourth Omnibus Objection to Proofs of Claim Based, in Whole or in Part, Upon Investment in I-40 Gateway West Loan* with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6262]

**Opposition Filed:**    None

**Related Filing** 4/28/08    Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in I-40 Gateway West Loan with Certificate of Service* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6264]

**Status**

    9.    ***First Omnibus Objection to Proofs of Claim Based Upon Investment in Standard Property Development, LLC Loan* with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6266]

**Opposition Filed:**    None

**Related Filing** 4/29/08    Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in Standard Property Development, LLC Loan with Certificate of Service* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6276]

**Status**

    10.    ***Second Omnibus Objection to Proofs of Claim Based Upon Investment in Standard Property Development, LLC Loan* with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6268]

**Opposition Filed:**    None

1940117.1

| | |
|---|---|
| **Related Filing** 4/29/08 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in Standard Property Development, LLC Loan with Certificate of Service* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6276] |
| **Status** | |

11. ***Third Omnibus Objection to Proofs of Claim Based, in Whole or in Part, Upon Investment in Standard Property Development, LLC Loan* with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6270]

| | |
|---|---|
| **Opposition Filed:** | None |
| **Related Filing** 4/29/08 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in Standard Property Development, LLC Loan with Certificate of Service* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6276] |
| **Status** | |

12. ***Fourth Omnibus Objection to Proofs of Claim Based, in Whole or in Part, Upon Investment in Standard Property Development, LLC Loan* with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6272]

| | |
|---|---|
| **Opposition Filed:** | None |
| **Related Filing** 4/29/08 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in Standard Property Development, LLC Loan with Certificate of Service* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6276] |
| **Status** | |

13. ***Fifth Omnibus Objection to Proofs of Claim Based, in Whole or in Part, Upon Investment in Standard Property Development, LLC Loan* with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6274]

1940117.1

| | | |
|---|---|---|
| | **Opposition Filed:** | None |
| | **Related Filing** 4/29/08 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in Standard Property Development, LLC Loan with Certificate of Service* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6276] |
| | **Status** | |

      14.    ***First Omnibus Objection to Proofs of Claim Based Upon Investment in Palm Springs Marquis Hotel Loan* with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6285]

| | | |
|---|---|---|
| | **Opposition Filed:** | None |
| | **Related Filing** 5/02/08 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in Palm Springs Marquis Hotel Loan with Certificate of Service* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6301] |
| | **Status** | |

      15.    ***Second Omnibus Objection to Proofs of Claim Based Upon Investment in Palm Springs Marquis Hotel Loan* with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6287]

| | | |
|---|---|---|
| | **Opposition Filed:** | None |
| | **Related Filing** 5/02/08 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in Palm Springs Marquis Hotel Loan with Certificate of Service* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6301] |
| | **Status** | |

      16.    ***Third Omnibus Objection to Proofs of Claim Based, in Whole or in Part, Upon Investment in Palm Springs Marquis Hotel Loan* with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6289]

**Opposition Filed:**    None

1940117.1

| | |
|---|---|
| **Related Filing** 5/02/08 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in Palm Springs Marquis Hotel Loan with Certificate of Service* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6301] |

**Status**

17. ***Fourth Omnibus Objection to Proofs of Claim Based, in Whole or in Part, Upon Investment in Palm Springs Marquis Hotel Loan* with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6291]

| | |
|---|---|
| **Opposition Filed:** | None |
| **Related Filing** 5/02/08 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in Palm Springs Marquis Hotel Loan with Certificate of Service* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6301] |

**Status**

18. ***Fifth Omnibus Objection to Proofs of Claim Based, in Whole or in Part, Upon Investment in Palm Springs Marquis Hotel Loan* with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6293]

| | |
|---|---|
| **Opposition Filed:** | None |
| **Related Filing** 5/02/08 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in Palm Springs Marquis Hotel Loan with Certificate of Service* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6301] |

**Status**

19. ***Sixth Omnibus Objection to Proofs of Claim Based, in Whole or in Part, Upon Investment in Palm Springs Marquis Hotel Loan* with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6295]

**Opposition Filed:** None

1940117.1

| | | |
|---|---|---|
| | **Related Filing** 5/02/08 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in Palm Springs Marquis Hotel Loan with Certificate of Service* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6301] |
| | **Status** | |

20.  **Seventh Omnibus Objection to Proofs of Claim Based, in Whole or in Part, Upon Investment in Palm Springs Marquis Hotel Loan with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6297]

| | | |
|---|---|---|
| | **Opposition Filed:** | None |
| | **Related Filing** 5/02/08 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in Palm Springs Marquis Hotel Loan with Certificate of Service* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6301] |
| | **Status** | |

21.  **Eighth Omnibus Objection to Proofs of Claim Based, in Whole or in Part, Upon Investment in Palm Springs Marquis Hotel Loan with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6299]

| | | |
|---|---|---|
| | **Opposition Filed:** | None |
| | **Related Filing** 5/02/08 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in Palm Springs Marquis Hotel Loan with Certificate of Service* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6301] |
| | **Status** | |

22.  **First Omnibus Objection to Proofs of Claim Based Upon Investment in Gateway Stone Associates, LLC Loan with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6312]

**Opposition Filed:**   None

1940117.1

| | | |
|---|---|---|
| **Related Filing** 5/08/08 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in Gateway Stone Associates, LLC Loan* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6330] | |

**Status**

23. **Second Omnibus Objection to Proofs of Claim Based Upon Investment in Gateway Stone Associates, LLC Loan with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6314]

| | |
|---|---|
| **Opposition Filed:** | None |
| **Related Filing** 5/08/08 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in Gateway Stone Associates, LLC Loan* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6330] |

**Status**

24. **Third Omnibus Objection to Proofs of Claim Based, in Whole or in Part, Upon Investment in Gateway Stone Associates, LLC Loan with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6316]

| | |
|---|---|
| **Opposition Filed:** | None |
| **Related Filing** 5/08/08 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in Gateway Stone Associates, LLC Loan* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6330] |

**Status**

25. **Fourth Omnibus Objection to Proofs of Claim Based, in Whole or in Part, Upon Investment in Gateway Stone Associates, LLC Loan with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6318]

| | |
|---|---|
| **Opposition Filed:** | None |
| **Related Filing** 5/08/08 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in Gateway Stone Associates, LLC Loan* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6330] |

1940117.1

**Status**

26. ***Fifth Omnibus Objection to Proofs of Claim Based, in Whole or in Part, Upon Investment in Gateway Stone Associates, LLC Loan* with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6320]

| | |
|---|---|
| **Opposition Filed:** | None |
| **Related Filing** 5/08/08 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in Gateway Stone Associates, LLC Loan* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6330] |

**Status**

27. ***Sixth Omnibus Objection to Proofs of Claim Based, in Whole or in Part, Upon Investment in Gateway Stone Associates, LLC Loan* with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6322]

| | |
|---|---|
| **Opposition Filed:** | None |
| **Related Filing** 5/08/08 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in Gateway Stone Associates, LLC Loan* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6330] |

**Status**

28. ***Seventh Omnibus Objection to Proofs of Claim Based, in Whole or in Part, Upon Investment in Gateway Stone Associates, LLC Loan* with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6324]

| | |
|---|---|
| **Opposition Filed:** | None |
| **Related Filing** 5/08/08 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in Gateway Stone Associates, LLC Loan* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6330] |

**Status**

1940117.1

29. ***Eighth Omnibus Objection to Proofs of Claim Based, in Whole or in Part, Upon Investment in Gateway Stone Associates, LLC Loan*** with Certificate of Service filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6326]

**Opposition Filed:**   None

**Related Filing**   Declaration Of: Edward M. Burr *in Support of Omnibus*
5/08/08               *Objections to Proofs of Claim Based Upon Investment in Gateway Stone Associates, LLC Loan* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6330]

**Status**

30. ***Ninth Omnibus Objection to Proofs of Claim Based, in Whole or in Part, Upon Investment in Gateway Stone Associates, LLC Loan*** with Certificate of Service filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6328]

**Opposition Filed:**   None

**Related Filing**   Declaration Of: Edward M. Burr *in Support of Omnibus*
5/08/08               *Objections to Proofs of Claim Based Upon Investment in Gateway Stone Associates, LLC Loan* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6330]

**Status**

31. **Motion to Enforce** *Motion for Order in Support of Plan Confirmation Order* Filed by JAMES D. GREENE on behalf of PLATINUM PROPERTIES 1, INC [DE 6334]

**Status**

Dated June 4, 2008.

**LEWIS AND ROCA LLP**

By:  /s/ RC (#6593)
    Susan M. Freeman, AZ 4199 (*pro hac vice*)
    Rob Charles, NV 6593
    John Hinderaker, AZ 18024 (*pro hac vice*)
*Counsel for USACM Liquidating Trust*

11

1940117.1

PROOF OF SERVICE

COPY of the aforementioned sent via e-mail or U.S. First Class Mail on June 4, 2008 to the parties listed on Post-Effective Official Service List for Limited Notice No. 4 Dated January 8, 2008.

 /s/ Christine E Laurel
Christine E Laurel
Lewis and Roca LLP

1940117.1