**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on June 5, 2008

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re:

USA Commercial Mortgage Company,

USA Capital Realty Advisors, LLC,

USA Capital Diversified Trust Deed Fund, LLC,

USA Capital First Trust Deed Fund, LLC,[1]

USA Securities, LLC,[2]

Debtors.

Affects:
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR[1]
Case No. BK-S-06-10729-LBR[2]

CHAPTER 11

Jointly Administered Under Case No. BK-S-06-10725 LBR

**Stipulation Re Motion for Summary Judgment, and Objection to John Dutkin Proof of Claim**

Date of Hearing: May 8, 2008
Time of Hearing: 10:30 a.m.

USACM Liquidating Trust (the "USACM Trust"), by and through its counsel, Lewis and Roca LLP, and John Dutkin, Trustee, by and through his counsel, George D. Frame, Ltd., represent to the Court:

---

[1] This bankruptcy case was closed on October 12, 2007.
[2] This bankruptcy case was closed on December 26, 2007.

1

1937184.1

LEWIS AND ROCA LLP
LAWYERS

1. John Dutkin, Trustee filed proof of claim No. 10725-01395 on November 9, 2006, in the amount of $56,120.90.

2. On March 20, 2007, the USACM Trust filed its Objection to John Dutkin's Claim (the "Objection") [DE 3147], which objected to the secured status of Claim No. 10725-01395.

3. On July 30, 2007, the USACM Trust filed its Motion for Summary Judgment [DE 4291], which seeks summary judgment on the Objection.

4. On January 31, 2008, John Dutkin filed his Supplemental Brief to Motion for Summary Judgment & Objection of USA Commercial Mortgage Company to Claim of Dutkin Trust Asserting Secured Status [DE 5768].

5. On February 8, 2008, USACM Trust filed its Supplemental Brief in Support of Eighth Omnibus Objection to Claims Asserting a Secured Status as That Objection Pertains to the Dutkin Claim [DE 5804].

6. After investigation and discussion, the parties hereby stipulate and agree the Court may enter an order:

- Sustaining the Eighth Omnibus Objection of the USACM Liquidating Trust to Claims Asserting Secured Status [DE 3147] as it pertains to John Dutkin proof of claim No.10725-01395 on the ground that the creditor does not hold any security; and

- Granting the Motion for Summary Judgment Regarding (1) Responses to the USACM Trust's First Through Thirty-third Omnibus Objections to Claim Asserting A Secured Status; (2); Responses to USACM Trust's First Through Third Omnibus Objection to Claims Asserting a Priority Status; and (3) Newly Alleged Secured and Priority Claims [DE 4291] as it pertains to John Dutkin proof of claim No.10725-01395 and reclassifying the claim as unsecured.

1937184.1

LEWIS AND ROCA LLP
LAWYERS

DATED: May 16, 2008

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
Susan M. Freeman, AZ 4199 *(pro hac vice)*
Rob Charles, NV 6593
John Hinderaker, AZ 18024 *(pro hac vice)*
Anthony W. Austin, 10850
*Counsel for USACM Liquidating Trust*

-and-

**GEORGE D. FRAME, Ltd.**

By: [signature]
George D. Frame
*Counsel for John Dutkin, Trustee*