UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

RECEIVED AND FILED
2008 JUN -6  P 2: 13

| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
|---|---|
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Case No. BK-S-06-10725 LBR |
| In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br><br>USA SECURITIES, LLC,<br>Debtor. | NOTICE OF CHANGE OF ADDRESS (Affects All Debtors) |
| Affects:<br>■ All Debtors<br>□ USA Commercial Mortgage Company<br>□ USA Capital Realty Advisors, LLC<br>□ USA Capital Diversified Trust Deed Fund, LLC<br>□ USA Capital First Trust Deed Fund, LLC<br>□ USA Securities, LLC | |

**TO: THE CLERK OF COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE, that effective April 21, 2008, BMC Group, the Claims Agent in the above cases, has moved to its new location as follows:

BMC Group
444 N. Nash Street
El Segundo, CA 90245
Telephone: (310) 321-5555
Toll Free: (888) 909-0100
Fax: (310) 640-8071

**PLEASE TAKE FURTHER NOTICE** that all future correspondence, notices, pleadings and other documents should be directed to the address listed above.

DATED: June 4, 2008.

BY: _____
Jeffrey R. Miller, Senior Manager
BMC Group
444 N. Nash Street
El Segundo, CA 90245
Telephone: (310) 321-5555
Claims Agent