```
1  Name of Attorney                             RECEIVED
   Bar #                                        AND FILED
2  Address
                                                JUN  6  12 51 PM '08
3  Phone #
   e-mail address                               U.S. BANKRUPTCY COURT
4                                               MARY A. SCHOTT, CLERK

5
                    UNITED STATES BANKRUPTCY COURT
6
                         DISTRICT OF NEVADA
7
                              * * * * * *
8

9  In re:                              )
       USA Commercial Mortgage Company  )   Bankruptcy No.: 06-10725-lbr
10     fka USA Capital                  )   Chapter 11
       4484 South Pecos Road            )
11     Las Vegas, NV 89121              )   NOTICE OF INTENT TO REQUEST
                        Debtor(s)       )   REDACTION
12                                      )

13         Please take notice that a List of Items to be Redacted will be submitted to the

14  transcriber within 21 days from the filing of this Notice of Intent to Request Redaction.

15

16         The proceeding occurred on  04/17/2008       , and the transcript was filed on

17   05/23/2008      . The unredacted version of this transcript should not be made

18  electronically available to the public.

19

20                                              Karen S. Christianson
21                                              Karen S. Christianson

22
    Date: 06/03/2008
23                                              _____
                                                Signature
24                                              DEAN CHRISTIANSON

25

26
```

*Please redact my social security number to only show the last four digits. Also redact my birthdate to only show the year. Also financial account numbers redacted to the last 4 digits*

# United States Bankruptcy Court
## District of Nevada

RECEIVED AND FILED

Case No. <u>06-10725-lbr</u>

Chapter 11

JUN 6  12 51 PM '08

U.S. B...
MARY...

In re: (Name of Debtor)
USA COMMERCIAL MORTGAGE COMPANY
fka USA CAPITAL
4484 SOUTH PECOS ROAD
LAS VEGAS, NV 89121

Social Security No.: 5845
Date of birth - 22
Great Basin Bank - Elko - 5462

## NOTICE OF FILING OFFICIAL TRANSCRIPT

Please take notice that a transcript has been filed on 5/23/2008 for the proceeding held on 4/17/2008. Pursuant to the Judicial Conference Policy on electronic availability of transcripts, electronic access to this transcript is restricted to court users and case participants for 5 business days from the date of filing. Parties should review the transcript for any of the following items that should be redacted under the Judical Conference's privacy policy: Social Security numbers should be redacted to show only the last four digits; birth dates should contain only the year of birth; individuals known to be minors should be referred to with initials; and financial account numbers should be redacted to the last four digits. The parties have 5 business days to file a Notice of Intent to Request Redaction with the court to indicate their intent to redact such information from the transcript. This form is on the court's web site, located at: http://www.nvb.uscourts.gov/.

If a redaction is requested, the filing party has 21 calender days from the date the Notice of Intent to Request Redaction was filed to provide to the transcriber a list of items to be redacted, indicating the location of the identifiers within the transcript. During this time period, a party can, by motion, request that additional information be redacted. This time may be extended for good cause shown. All motions for extension should be filed before expiration of the deadline for which the extension is sought. The transcript company will file the redacted transcript with the court with the title "Redacted Transcript" 30 days after receiving the list of items to be redacted. If no Notice of Intent to Request Redaction is filed, the transcript will be made electronically available to the general public.

Attorneys representing a party in this case will have access through PACER (Public Access to Court Electronic Records). To electronically access transcripts, both a CM/ECF and PACER login is needed, and the Electronic Public Access Fee Schedule applies. A copy of the transcript may also be viewed by visiting the Office of the Clerk. In Las Vegas, the office is located at 300 Las Vegas Blvd. South, Las Vegas, Nevada 89101. In Reno, the office is located at 300 Booth Street, Reno, Nevada 89509.

Dated: 5/27/08

BY THE COURT

Mary A. Schott
Mary A. Schott
Clerk of the Bankruptcy Court

054278