RECEIVED
AND ...

JUN 9  3 29 PM '08

1  Name of Attorney
   Bar #
2  Address

3  Phone #
   e-mail address
4

5
                    UNITED STATES BANKRUPTCY COURT
6
                           DISTRICT OF NEVADA
7
                                * * * * * *
8
9  In re:  USA Commercial Mortgage Company    )   Bankruptcy No.: 06-10725-lbr
           fka USA Capital                    )   Chapter 11
10         4484 South Pecos Road              )
           Las Vegas, NV 89121                )   NOTICE OF INTENT TO REQUEST
11                          Debtor(s)         )   REDACTION
                                              )
12

13       Please take notice that a List of Items to be Redacted will be submitted to the

14  transcriber within 21 days from the filing of this Notice of Intent to Request Redaction.

15

16       The proceeding occurred on  04/17/2008       , and the transcript was filed on

17   05/23/2008       . The unredacted version of this transcript should not be made

18  electronically available to the public.

19
20
21
22
    Date: 06/03/2008
23                                              Signature
                                                ANGELINE CHRISTIANSON
24

25  Please redact my social security number to only
26  show the last four digits. Also redact my
    birthdate to only show the year. Also financial
    account numbers redacted to the last 4 digits