Entered on Docket
June 10, 2008

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[1]<br><br>USA Securities, LLC,[2]<br>                              Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Order Approving Stipulation Re Motion for Summary Judgment and Objection to John Dutkin Proof of Claim**<br><br>Date of Hearing: May 8, 2008<br>Time of Hearing: 10:30 a.m. |

---

[1] This bankruptcy case was closed on October 12, 2007.
[2] This bankruptcy case was closed on December 26, 2007.

1937205.2

Pursuant to the stipulation entered into by and between USACM Liquidating Trust and John Dutkin, Trustee, by and through their counsel, it is

ORDERED:

- Approving the Stipulation by and between USACM Liquidating Trust and John Dutkin, Trustee [DE 6426];
- Sustaining the Eighth Omnibus Objection of the USACM Liquidating Trust to claims Asserting Secured Status [DE 3147] as it pertains to John Dutkin proof of claim No. 10725-01395 on the ground that the creditor does not hold any security; and
- Sustaining the Motion for Summary Judgment Regarding (1) Responses to the USACM Trust's First Through Thirty-third Omnibus Objections to Claims Asserting a Secured Status; (2) Responses to USACM Trust's First Through Third Omnibus Objection to Claims Asserting a Priority Status; and (3) Newly Alleged Secured and Priority Claims [DE 4291] as it pertains to John Dutkin proof of claim No. 10725-01395 and reclassifying the claim as unsecured.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By:  /s/ RC (#0006593)
   Susan M. Freeman
   Rob Charles
   John Hinderaker
   Anthony W. Austin
*Attorneys for USACM Liquidating Trust*

APPROVED AS TO FORM AND CONTENT:

**GEORGE D. FRAME, Ltd.**

By: /s/ George D. Frame
George D. Frame
*Attorneys for John Dutkin, Trustee*