**Entered on Docket**
**June 11, 2008**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
_Attorneys for USACM Liquidating Trust_

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA Commercial Mortgage Company, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[1] |
| USA Capital Realty Advisors, LLC, | Case No. BK-S-06-10729-LBR[2] |
| USA Capital Diversified Trust Deed Fund, LLC, | CHAPTER 11 |
| USA Capital First Trust Deed Fund, LLC,[1] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA Securities, LLC,[2] | |
| Debtors. | **ORDER SUSTAINING FIRST OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED UPON INVESTMENT IN THE I-40 GATEWAY WEST LOAN** |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Hearing Date:  June 9, 2008
Hearing Time: 9:30 a.m.

---

[1] This bankruptcy case was closed on October 12, 2007.
[2] This bankruptcy case was closed on December 26, 2007.

240790.1

Pending before the Court is the USACM Liquidating Trust's First Omnibus Objection to Proofs of Claim Based Upon Investment in the I-40 Gateway West Loan (the "Objection") [DE 6256].  Adequate notice of the Objection was given.  No responses were filed to the Objection and no opposition was raised to the Objection at the hearing on June 9, 2008.  Good cause appearing,

IT IS ORDERED that the Objection is sustained and the Proofs of Claim listed on Exhibit A attached are disallowed in their entirety because they were based entirely upon an investment in the I-40 Gateway West Loan.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**


By:___/s/ RC (#0006593)_____
　　　Susan M. Freeman
　　　Rob Charles
　　　John Hinderaker
*Attorneys for USACM Liquidating Trust*

240790.1

1    CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

2  In accordance with Local Rule 9021, the undersigned certifies:

3    ☐    The Court waived the requirements of approval under LR 9021.

4    ☐    No parties appeared or filed written objections, and there is no trustee appointed
         in the case.

5
6    ☒    No opposition was filed to the motion and no other party or counsel appeared at
         the hearing.

7    ☐    I have delivered a copy of this proposed order to all attorneys and unrepresented
         parties who have appeared at the hearing, and any trustee appointed in the case,
8        and each has approved or disapproved the order, or failed to respond, as
         indicated below:
9

10

11  **LEWIS AND ROCA LLP**

12

13  By:    /s/ RC (#0006593)
           Susan M. Freeman
14         Rob Charles
           John Hinderaker
15  *Attorneys for USACM Liquidating Trust*

16

17

18

19

20

21

22

23

24

25

26

3