Pat and JoAnn Chiappetta
118 Bee Creek Court
Georgetown, TX 78633

RECEIVED AND FILED

2008 JUN 11  P 3: 09

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

June 9, 2008

Clerk of the Court
300 Las Vegas Blvd. South
Las Vegas, NV 89101

Re:     Case No. 06-10725-lbr
        Debtor:  USA Commercial Mortgage Company
                 Fka USA Capital

Dear Sir or Madam:

In regard to the above-referenced court case, please change our address from 7043
Cinnamon Dr., Sparks, NV 89436 to 118 Bee Creek Court, Georgetown, TX 78633-5320
(see copy of envelope enclosed for reference).

Thank you.

Sincerely,

JoAnn Chiappetta
Enclosure

THU-64905 0978-2 1script 06-10725
LENARD E. SCHWARTZER
2850 S. JONES BOULEVARD, SUITE 1
LAS VEGAS, NV 89146

## OFFICIAL BUSINESS

UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

## FIRST-CLASS MAIL

015964 159641 AT 0.346 89436 3 3 5979-0-15964

The Chiappetta Trust dated 4/1/03
c/o Pat M. Chiappetta & Joann Chiappetta
7045 Cinnamon Drive
Sparks, NV 89436-7401

NOTIFY SENDER OF NEW ADDRESS
CHIAPPETTA
118 BEE CREEK CT
GEORGETOWN TX 78633-5320

BC: 7863352610    *0841-00750-03-35

78633@5320