# EXHIBIT 1

1688943.1

Case 06-10725-gwz Doc 6465 Entered 06/12/08 11:09:28 Page 2 of 5
Case 06-10725-lbr Doc #: 6447 Filed: 06/11/2008 Page 1 of 3

Entered on Docket
June 11, 2008
_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[1]<br><br>USA Securities, LLC,[2]<br>                      Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING FIRST OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED UPON INVESTMENT IN THE MEADOW CREEK PARTNERS, LLC LOAN**<br><br>Hearing Date: June 9, 2008<br>Hearing Time: 9:30 a.m. |

---

[1] This bankruptcy case was closed on October 12, 2007.
[2] This bankruptcy case was closed on December 26, 2007.

240789.1

1   Pending before the Court is the USACM Liquidating Trust's First Omnibus Objection to Proofs of Claim Based Upon Investment in the Meadow Creek Partners, LLC Loan (the "Objection") [DE 6241].  Adequate notice of the Objection was given.  No responses were filed to the Objection and no opposition was raised to the Objection at the hearing on June 9, 2008.  Good cause appearing,

   IT IS ORDERED that the Objection is sustained and the Proofs of Claim listed on Exhibit A attached are disallowed in their entirety because they were based entirely upon an investment in the Meadow Creek Partners, LLC Loan.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**


By:    /s/ RC (#0006593)
       Susan M. Freeman
       Rob Charles
       John Hinderaker
*Attorneys for USACM Liquidating Trust*

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of approval under LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in the case.

☒ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing, and any trustee appointed in the case, and each has approved or disapproved the order, or failed to respond, as indicated below:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
    John Hinderaker
*Attorneys for USACM Liquidating Trust*

3

240789.1

MEADOW CREEK LOAN
FIRST OMNIBUS OBJECTION

# EXHIBIT A
## Single Loan Claims

| Claim | Name | Address | Total Claim Amount | Amount Subject to Objection Because it Relates to an Investment In the Meadow Creek Loan |
|---|---|---|---|---|
| **10725-00420** | Action Sports Alliance USA Inc. | 311 West Third Street Suite C Carson City NV 89703-4215 | $150,000.00 | $150,000.00 |
| **10725-01453** | William and Penny Dupin | 545 Cole Circle Incline Village, NV 89451 | $50,000.00 | $50,000.00 |
| **10725-02297** | Gentle Bay 1997 Trust | c/o Jacques M. Massa, Trustee 7 Paradise Valley Court Henderson, NV 89052-6706 | $250,000.00 | $250,000.00 |
| **10725-00984** | Chai Miller LLC | P.O. Box 81191 Las Vegas, NV 89180-1191 | $78,000.00 | $78,000.00 |
| **10725-01108** | Christine A. Peterson Trust | Christine A. Peterson, Trustee 1829 Glenview Drive Las Vegas, NV 89134-6101 | $50,000.00 | $50,000.00 |
| **10725-01260** | Gary Weicherding | 4960 Harrison Drive #107 Las Vegas, NV 89120 | $53,500.00 | $53,500.00 |
| **10725-00460** | Whitehurst Fund LLC | c/o Linda Kelly Carson Manager P.O. Box 8927 Aspen, CO 81612-8927 | $100,000.00 | $100,000.00 |

235489.1