EXHIBIT 1

1688943.1

**Entered on Docket**
**June 11, 2008**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
_Attorneys for USACM Liquidating Trust_

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA Commercial Mortgage Company, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[1] |
| USA Capital Realty Advisors, LLC, | Case No. BK-S-06-10729-LBR[2] |
| USA Capital Diversified Trust Deed Fund, LLC, | CHAPTER 11 |
| USA Capital First Trust Deed Fund, LLC,[1] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA Securities, LLC,[2] | |
| Debtors. | **ORDER SUSTAINING FIFTH OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED, IN WHOLE OR IN PART, UPON INVESTMENT IN THE GATEWAY STONE ASSOCIATES, LLC LOAN** |
| **Affects:** | |
| ☐ All Debtors | |
| ☒ USA Commercial Mortgage Company | |
| ☐ USA Capital Realty Advisors, LLC | Hearing Date:  June 9, 2008 |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | Hearing Time: 9:30 a.m. |
| ☐ USA Capital First Trust Deed Fund, LLC | |
| ☐ USA Securities, LLC | |

---

[1] This bankruptcy case was closed on October 12, 2007.
[2] This bankruptcy case was closed on December 26, 2007.

240817.1

Pending before the Court is the USACM Liquidating Trust's Fifth Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in the Gateway Stone Associates, LLC Loan (the "Objection") [DE 6320]. Adequate notice of the Objection was given.  The Court heard the Objection on June 9, 2008.  No responses were filed to the Objection and no opposition was raised at the hearing.  Good cause appearing,

IT IS ORDERED:

- Sustaining the Objection;
- Disallowing the Proofs of Claim listed on Exhibit A attached to the extent they are based upon an investment in the Gateway Stone Associates, LLC Loan.  The Proofs of Claim listed in Exhibit A are not affected by this order to the extent they are based upon an investment in a loan(s) other than the Gateway Stone Associates, LLC Loan; and
- Reserving the right of any party in interest, including the USACM Trust, to further object to the Proofs of Claim listed on Exhibit A attached.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**


By:___/s/ RC (#0006593)_____
          Susan M. Freeman
          Rob Charles
          John Hinderaker
*Attorneys for USACM Liquidating Trust*

240817.1

1            CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

2 In accordance with Local Rule 9021, the undersigned certifies:

3       ☐      The Court waived the requirements of approval under LR 9021.

4       ☐      No parties appeared or filed written objections, and there is no trustee appointed
5               in the case.

      ☒      No opposition was filed to the motion and no other party or counsel appeared at
6               the hearing.

7       ☐      I have delivered a copy of this proposed order to all attorneys and unrepresented
              parties who have appeared at the hearing, and any trustee appointed in the case,
8               and each has approved or disapproved the order, or failed to respond, as
              indicated below:

9

10

11 **LEWIS AND ROCA LLP**

12

13 By:___/s/ RC (#0006593)_____
14         Susan M. Freeman
        Rob Charles
15         John Hinderaker
      *Attorneys for USACM Liquidating Trust*

16

17

18

19

20

21

22

23

24

25

26

240817.1

GATEWAY STONE LOAN
FIFTH OMNIBUS OBJECTION

## EXHIBIT A
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Gateway Stone Loan |
|---|---|---|---|---|
| 10725-02380 | Nancy R. Gilmour IRA | First Savings Bank Custodian For P.O. Box 1241 Camano Island, WA 98292-1241 | $203,004.11 | $50,000.00 |
| 10725-02417 | Alan Groh IRA | 12613 Alcacer Del Sol San Diego, CA 92128-4428 | $152,701.90 | $50,655.75 |
| 10725-01936 | Halseth Family Trust Totally Restated 4/21/00 | Daniel R. and Sandra K. Halseth Trustees 23 Molas Drive Durango, CO 81301 | Unspecified | Unspecified |
| 10725-02286 | John A. M. Handal | 3575 Siskiyou Court Hayward, CA 94542 | $711,472.73 | $50,000.00 |
| 10725-02285 | John A. M. Handal IRA | First Savings Bank Custodian For 3575 Siskiyou Court Hayward, CA 94542 | $253,672.92 | $50,000.00 |
| 10725-01963 | Harouff Charitable Remainder Trust Dated 9/5/96 | Dwight W. and Mary Ann Harouff Trustees 5680 Ruffian Road Las Vegas, NV 89149 | $284,090.98 | $50,000.00 |
| 10725-01966 | Skip and Mary Harouff Trust Dated 12/5/95 | Mary Ann and Dwight W. Harouff Trustees 5680 Ruffian Road Las Vegas, NV 89149 | $313,278.39 | $260,000.00 |
| 10725-01862 | George W. Hubbard Roth IRA | 6340 North Calle Tregua Serena Tucson, AZ 85750 | $156,125.00 | $33,750.00 |
| 10725-01177 | Arthur E. and Thelma Kebble Family Trust Dated 5/19/95 | c/o Arthur E. and Thelma M. Kebble Trustees 9512 Salem Hills Court Las Vegas, NV 89134-7883 | $327,563.97 | $53,100.63 |
| 10725-01660 | Robert J. and Ruth Ann Kehl | Janet L Chubb Esq Jones Vargas P.O. Box 281 Reno NV 89504-0281 | $12,841,680.13 | $500,000.00 |