NORTH YONKERS LOAN
NINTH OMNIBUS OBJECTION

# EXHIBIT A
## Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Amount Subject to Objection |
|---|---|---|---|---|
| **10728-00052** | Buckwald Revocable Trust Dtd 2/11/92 | c/o Neil G. Buckwald Trustee<br>5000 N. Valadez St.<br>Las Vegas, NV  89149-5247 | 50,000.00 | 2,372 |

240519.1