# EXHIBIT 1

1688943.1

Case: 06-10725-lbr    Doc #: 6457    Filed: 06/12/2008    Page: 2 of 3

**Entered on Docket
June 12, 2008**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[1]<br><br>USA Securities, LLC,[2]<br>                                   Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING FIRST OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED UPON INVESTMENT IN THE PALM SPRINGS MARQUIS HOTEL LOAN**<br><br>Hearing Date: June 9, 2008<br>Hearing Time: 9:30 a.m. |

---

[1] This bankruptcy case was closed on October 12, 2007.
[2] This bankruptcy case was closed on December 26, 2007.

240784.1

1  Pending before the Court is the USACM Liquidating Trust's First Omnibus Objection to Proofs of Claim Based Upon Investment in the Palm Springs Marquis Hotel Loan (the "Objection") [DE 6285]. Adequate notice of the Objection was given. No responses were filed to the Objection and no opposition was raised to the Objection at the hearing on June 9, 2008. Good cause appearing,

IT IS ORDERED that the Objection is sustained and the Proofs of Claim listed on Exhibit A attached are disallowed in their entirety because they were based entirely upon an investment in the Palm Springs Marquis Hotel Loan.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**


By:   /s/ RC (#0006593)
     Susan M. Freeman
     Rob Charles
     John Hinderaker
*Attorneys for USACM Liquidating Trust*

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐     The Court waived the requirements of approval under LR 9021.

☐     No parties appeared or filed written objections, and there is no trustee appointed in the case.

☒     No opposition was filed to the motion and no other party or counsel appeared at the hearing.

☐     I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing, and any trustee appointed in the case, and each has approved or disapproved the order, or failed to respond, as indicated below:

**LEWIS AND ROCA LLP**

By:    /s/ RC (#0006593)
        Susan M. Freeman
        Rob Charles
        John Hinderaker
*Attorneys for USACM Liquidating Trust*

3

240784.1

MARQUIS HOTEL LOAN
FIRST OMNIBUS OBJECTION

# EXHIBIT A
Single Loan Claims

| Claim | Name | Address | Total Claim Amount | Amount Subject to Objection Because it Relates to an Investment In the Marquis Hotel Loan |
|---|---|---|---|---|
| 10725-01538 | Dunham Trust Company | Re: Fred Kewell IRA 4777 Caughlin Parkway Reno, NV 89519 | $75,000.00 | $75,000.00 |
| 10725-02111 | Donna Dunn Trust Dtd 8/12/05 | c/o Donna Dunn Trustee 17042 Norlene Way Grass Valley, CA 95949-7161 | $50,776.39 | $50,776.39 |
| 10725-01681 | Keeley N. and Nicolas S. Gasparro | 8919 Challis Hill Lane Charlotte, NC 28226-2687 | $57,423.52 | $57,423.52 |
| 10725-00236 | Lynne Keller | 1431 Mallard Drive Carson City, NV 89701 | $58,024.13 | $58,024.13 |
| 10725-01642 | Robert H. and Matthew S. Knobel II | 225 Riverton Road Weddington, NC 28104-6003 | $57,423.52 | $57,423.52 |
| 10725-01706 | Whitney H. Lauren Family Trust Dtd 3/5/98 | c/o Whitney H. Lauren Trustee 2581 Rampart Terrace Reno, NV 89519-8362 | $8,756.95 | $8,756.95 |
| 10725-02255 | Whitney H. Lauren Family Trust Dated 3/5/98 | Whitney H. Lauren Trustee 2581 Rampart Terrace Reno, NV 89519 | $50,776.39 | $50,776.39 |
| 10725-00294 | Gary L. and Virginia L. McDaniel 1991 Living Trust Dtd 5/1/91 | c/o Gary L. and Virginia L. McDaniel Trustees 2100 Lookout Point Circle Las Vegas, NV 89117-5805 | $100,000.00 | $100,000.00 |
| 10725-00706 | Rains Properties LP | Donna M. Osborn, Esq. Marquis & Aurbach 10001 Park Run Drive Las Vegas, NV 89145 | $250,000.00 | $250,000.00 |
| 10725-01757 | Rocklin/Redding LLC | Stephen R. Harris, Esq. Belding Harris & Petroni Ltd. 417 West Plumb Lane Reno, NV 89509 | $800,000.00 | $800,000.00 |

236479.1