# EXHIBIT 1

**Entered on Docket
June 12, 2008**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[1]<br><br>USA Securities, LLC,[2]<br>                            Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING THIRD OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED, IN WHOLE OR IN PART, UPON INVESTMENT IN THE PALM SPRINGS MARQUIS HOTEL LOAN**<br><br>Hearing Date: June 9, 2008<br>Hearing Time: 9:30 a.m. |

---

[1] This bankruptcy case was closed on October 12, 2007.
[2] This bankruptcy case was closed on December 26, 2007.

240794.1

1  Pending before the Court is the USACM Liquidating Trust's Third Omnibus
2  Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon
3  Investment in the Palm Springs Marquis Hotel Loan (the "Objection") [DE 6289].
4  Adequate notice of the Objection was given.  The Court heard the Objection on June 9,
5  2008.  No responses were filed to the Objection and no opposition was raised at the
6  hearing.  Good cause appearing,
7  IT IS ORDERED:
8  - Sustaining the Objection;
9  - Disallowing the Proofs of Claim listed on Exhibit A attached to the extent they
10   are based upon an investment in the Palm Springs Marquis Hotel Loan.  The
11   Proofs of Claim listed in Exhibit A are not affected by this order to the extent
12   they are based upon an investment in a loan(s) other than the Palm Springs
13   Marquis Hotel Loan; and
14  - Reserving the right of any party in interest, including the USACM Trust, to
15   further object to the Proofs of Claim listed on Exhibit A attached.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By:   /s/ RC (#0006593)
      Susan M. Freeman
      Rob Charles
      John Hinderaker
*Attorneys for USACM Liquidating Trust*

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of approval under LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in the case.

☒ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing, and any trustee appointed in the case, and each has approved or disapproved the order, or failed to respond, as indicated below:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
    John Hinderaker
*Attorneys for USACM Liquidating Trust*

3

240794.1

MARQUIS HOTEL LOAN
THIRD OMNIBUS OBJECTION

# EXHIBIT A
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marquis Hotel Loan |
|---|---|---|---|---|
| 10725-02445 | Ruth Acosta Wara LP | 2546 General Armistead Avenue Norristown, PA 19403 | $56,467.05 | Unclear |
| 10725-00810 | Ellen B. Adams | c/o Scott D. Fleming, Esq. Hale Lane Peek Dennison & Howard 3930 Howard Hughes Parkway, 4th Floor Las Vegas, NV 89169 | Unclear | Unclear |
| 10725-02207 | Daniel Barcia | 1600 Picket Court Reno, NV 89521 | $225,000.00 | $50,000.00 |
| 10725-02397 | William A. and Angel J. Banos | 7431 Dorie Drive West Hills, CA 91307-5277 | $564,000.00 | $83,000.00 |
| 10725-01227 | Nancy Brauer | 2222 Albion Street Denver, CO 80207 | $75,000.00 | $50,000.00 |
| 10725-00546 | Roger Bryan | Roger Marvin and Ann T. Bryan Family Trust Dated 8/19/92 1644 North Palo Verde Drive St. George, UT 84770 | $100,000.00 | $50,000.00 |
| 10725-02146 | Casebolt Revocable Trust Dated 2/30/94 | Josephine Casebolt Trustee 201 Ada Avenue, Apt. 46 Mountain View, CA 94043-4943 | $126,094.38 | $50,000.00 |
| 10725-02190 | Colborn Revocable Living Trust Dated 8/6/90 | Larry E. and Loretta A. Colborn Ttees 1127 Broken Wagon Trail Dewey, AZ 86327 | $244,204.06 | $50,000.00 |
| 10725-02038 | Collins Family Trust Dated 1/29/93 | c/o Shirley M. Collins Trustee 1975 Snowberry Court Carlsbad, CA 92009-8408 | $880,190.24 | $50,000.00 |

236493.1

MARQUIS HOTEL LOAN
THIRD OMNIBUS OBJECTION

# EXHIBIT A
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marquis Hotel Loan |
|---|---|---|---|---|
| **10725-01892** | Dalton Trust Dated 1/7/94 | c/o Bert A. Stevenson Trustee 500 North Estrella Parkway, Suite B2-405 Goodyear, AZ 85338-4135 | Unclear | Unclear |

2