# EXHIBIT 1

1688943.1

Entered on Docket
June 12, 2008

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[1]<br><br>USA Securities, LLC,[2]<br>                                    Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING SIXTH OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED, IN WHOLE OR IN PART, UPON INVESTMENT IN THE PALM SPRINGS MARQUIS HOTEL LOAN**<br><br>Hearing Date: June 9, 2008<br>Hearing Time: 9:30 a.m. |

---

[1] This bankruptcy case was closed on October 12, 2007.
[2] This bankruptcy case was closed on December 26, 2007.

240797.1

1  Pending before the Court is the USACM Liquidating Trust's Sixth Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in the Palm Springs Marquis Hotel Loan (the "Objection") [DE 6295]. Adequate notice of the Objection was given. The Court heard the Objection on June 9, 2008. No responses were filed to the Objection and no opposition was raised at the hearing. Good cause appearing,

IT IS ORDERED:

- Sustaining the Objection;
- Disallowing the Proofs of Claim listed on Exhibit A attached to the extent they are based upon an investment in the Palm Springs Marquis Hotel Loan. The Proofs of Claim listed in Exhibit A are not affected by this order to the extent they are based upon an investment in a loan(s) other than the Palm Springs Marquis Hotel Loan; and
- Reserving the right of any party in interest, including the USACM Trust, to further object to the Proofs of Claim listed on Exhibit A attached.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By:   /s/ RC (#0006593)
Susan M. Freeman
Rob Charles
John Hinderaker
*Attorneys for USACM Liquidating Trust*

2

240797.1

| | |
|---|---|
| 1 | CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021 |
| 2 | In accordance with Local Rule 9021, the undersigned certifies: |
| 3 | ☐ The Court waived the requirements of approval under LR 9021. |
| 4 | ☐ No parties appeared or filed written objections, and there is no trustee appointed in the case. |
| 5 | |
| 6 | ☒ No opposition was filed to the motion and no other party or counsel appeared at the hearing. |
| 7 | ☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing, and any trustee appointed in the case, and each has approved or disapproved the order, or failed to respond, as indicated below: |
| 8 | |
| 9 | |
| 10 | |
| 11 | **LEWIS AND ROCA LLP** |
| 12 | |
| 13 | By: /s/ RC (#0006593) |
| 14 | Susan M. Freeman<br>Rob Charles |
| 15 | John Hinderaker<br>*Attorneys for USACM Liquidating Trust* |

MARQUIS HOTEL LOAN
SIXTH OMNIBUS OBJECTION

# EXHIBIT A
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marquis Hotel Loan |
|---|---|---|---|---|
| 10725-01631 | Janet P. Johnson Living Trust Dated 7/15/04 | Charles and Janet Johnson Trustees 17 Front Street Palm Coast, FL 32137-1453 | $550,000.00 | $50,000.00 |
| 10725-02117 | Janet P. Johnson Living Trust Dated 7/15/04 | Janet P. and Charles E. Johnson Trustees 17 Front Street Palm Coast, FL  32137 | $468,301.91 | $50,000.00 |
| 10725-02057 | Lindsey H. Kesler Jr IRA | First Savings Bank Custodian 4847 Damon Circle Salt Lake City, UT 84117 | $258,784.59 | $50,000.00 |
| 10725-01297 | Norman Kiven | Andrew J. Abrams, Esq. Sugar Friedberg & Felsenthal LLP 30 North LaSalle Street, Suite 3000 Chicago, IL  60602 | $1,040,000.00 | Unclear |
| 10725-01300 | Norman Kiven | Andrew J. Abrams, Esq. Sugar Friedberg & Felsenthal LLP 30 North LaSalle Street, Suite 3000 Chicago, IL  60602 | $48,248.00 | Unclear |
| 10725-01478 | Norman Kiven | Andrew J. Abrams, Esq. Sugar Friedberg & Felsenthal LLP 30 North LaSalle Street, Suite 3000 Chicago, IL  60602 | $48,248.00 | Unclear |
| 10725-02480 | Kwiatkowski Revocable Trust Dated 12/17/04 | c/o Paul L. Kwiatkowski and Colita Jo Kwiatkowski T 15380 Hamilton Street Omaha, NE 68154-3714 | $92,386.76 | $61,467.00 |

237782.1

2

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marquis Hotel Loan |
|---|---|---|---|---|
| **10725-00604** | Chester R. McDowell | 2715 E East Avenue Q-6 Palmdale, CA 93550-4147 | $527,702.18 | $100,000.00 |
| **10725-01843** | M. Craig Medhoff Trustee of M. Craig Medhoff Family Trust | 7815 Rush Rose Road, s219 Carlsbad, CA 92009 | $25,000.00 | $12,500.00 |
| **10725-02433** | Michaelian Holdings LLC | 413 Canyon Greens Drive Las Vegas, NV 89144-0829 | $1,267,075.50 | $100,000.00 |

2

237782.1