LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona  85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email:  rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 6/13/2008

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA Commercial Mortgage Company, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[1] |
| USA Capital Realty Advisors, LLC, | Case No. BK-S-06-10729-LBR[2] |
| USA Capital Diversified Trust Deed Fund, LLC, | CHAPTER 11 |
| USA Capital First Trust Deed Fund, LLC,[1] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA Securities, LLC,[2] | **Notice of Entry of Order Sustaining First Omnibus Objection of the USACM Trust to Proofs of Claim Based Upon Investment in the Standard Property Development, LLC Loan** |
| Debtors. | |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

**PLEASE TAKE NOTICE** that an Order Sustaining First Omnibus Objection of

the USACM Liquidating Trust to Proofs of Claim Based Upon Investment in the Standard

---

[1] This bankruptcy case was closed on October 12, 2007.

[2] This bankruptcy case was closed on December 26, 2007.

1945896.1

**LEWIS**
AND
**ROCA**
LLP
L A W Y E R S

1

2
Property Development, LLC Loan [DE 6462] was entered on the 12th day of June 2008, a

true and correct copy of which is attached hereto as Exhibit 1.

3
     RESPECTFULLY SUBMITTED June 13, 2008.

4
               **LEWIS AND ROCA LLP**

5

6

7
        By   /s/ RC (#006593)
             Susan M. Freeman
             Rob Charles

8
             John Hinderaker
            *Attorneys for USACM Liquidating Trust*

9

10
PROOF OF SERVICE

11
Copy of the foregoing mailed by First

12
Class, U.S. Mail, postage prepaid, on June
13, 2008 to the parties listed on Exhibit A

13
to the attached order.

14
  /s/  Christine E Laurel

15
Christine E Laurel
Lewis and Roca

16

17

18

19

20

21

22

23

24

25

26

1945896.1