E-filed June 17th, 2008

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone:  (916) 447-9200
Facsimile:  (916) 329-4900
Email:       malevinson@orrick.com
             jhermann@orrick.com

Robert R. Kinas (Nevada Bar No. 6019)
Claire Y. Dossier (Nevada Bar No. 10030)
SNELL & WILMER LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone:  (702) 784-5200
Fax:        (702) 784-5252
Email:      rkinas@swlaw.com
            cdossier@swlaw.com

*ATTORNEYS FOR USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                        Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                        Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>                                        Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                        Debtor. | **AMENDED NOTICE OF TAKING 2004 EXAM OF ROBERT A. RUSSELL** |
| In re:<br>USA SECURITIES, LLC,<br>                                        Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date: June 25, 2008<br><br>Time: 2:00 p.m.<br><br>Location: FTI Consulting, Inc.,<br>One Renaissance Square, Two<br>North Central Avenue, Suite 1200,<br>Phoenix, AZ 85004-2322 |

TO:   ROBERT A. RUSSELL; and ALL OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that pursuant to Federal Rule of Bankruptcy Procedure 2004, USA Capital Diversified Trust Deed Fund, LLC ("DTDF") will take the 2004 examination of

8873357.1

1  Robert A. Russell on the **25th** day of **June, 2008**, at **2:00 p.m.**, at the business offices of FTI
2  Consulting, Inc., One Renaissance Square, Two North Central Avenue, Suite 1200, Phoenix,
3  Arizona 85004-2322, upon oral examination, before a Notary Public or before some other officer
4  authorized by law to administer oaths.

5  Notice is further given that the 2004 examination may be recorded by any appropriate
6  means, which shall include, without limitation, audio and video recording. In the event the
7  examination is recorded by means other than written transcription, at the time of introduction
8  and/or filing of such recording, a written transcription of the examination shall be presented to the
9  Court.

10  This 2004 examination will continue from day-to-day until completed.
11  Dated this 17th day of June, 2008.

SNELL & WILMER LLP

By: _____
Robert R. Kinas (Nevada Bar No. 6019)
Claire Y. Dossier (Nevada Bar No. 10030)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 904445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capital Mall, Suite 3000
Sacramento, CA 95814-4497

*Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

8873357.1