FIESTA BEAUMONT LOAN
THIRD OMNIBUS OBJECTION

# EXHIBIT A
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Amount Subject to Objection | Loan |
|---|---|---|---|---|---|
| **10725-01212** | Jay E. Henman Retirement Plan | c/o Jay E. Henman Trustee 1023 Ridgeview Ct. Carson City, NV 89705-8054 | $747,243.00 | $50,000.00 | Fiesta/ Beaumont |

240520.1