OPAQUE LOAN
THIRD OMNIBUS OBJECTION

# EXHIBIT A
## Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Amount Subject to Objection |
|---|---|---|---|---|
| **10725-01879** | Dennis Raggi | P.O. Box 10475<br>Zephyr Cove, NV  89448-2475 | 27,304.00 | 3,758.01 |
| **10725-02421** | Teri Melvin | 2704 Chokecherry Way<br>Henderson, NV  89014 | 613,561.41 | 66,136.58 |
| **10725-02226** | Dennis Raggi | P.O. Box 10475<br>Zephyr Cove, NV  89448 | 2,442,034.35 | 231,478.01 |
| **10725-01878** | Dennis Raggi | P.O. Box 10475<br>Zephyr Cove, NV  89448 | 10,451.54 | Unclear |
| **10725-02013** | Scott Krusee Canepa | c/o Laurel E.Davis<br>Lionel Sawyer & Collins<br>300 S. Fourth St., Ste. 1<br>Las Vegas, NV  89101 | Unknown | Contingent |
| **10725-02018** | Evelyn G. Canepa Trust Dtd 9/19/00 | c/o Laurel E. Davis<br>Lionel Sawyer & Collins<br>300 S. Fourth St., Ste. 1<br>Las Vegas, NV  89101 | Unknown | Contingent |
| **10725-02016** | Louis John Canepa Rev Tr Dtd 6/18/98 | c/o Laurel E. Davis<br>Lionel Sawyer & Collins<br>300 S. Fourth St., Ste. 1<br>Las Vegas, NV  89101 | Unknown | Contingent |
| **10725-02348** | Teri L. Melvin | 2704 Chokecherry Ave.<br>Henderson, NV  89074-1990 | 100,000.00 | Unclear |
| **10725-02349** | Teri L. Melvin | 2704 Chokecherry Ave.<br>Henderson, NV  89074-1990 | 100,000.00 | Unclear |
| **10725-02017** | Louis J. Canepa IRA | c/o Laurel E. Davis<br>Lionel Sawyer & Collins<br>300 S. Fourth St., Ste. 1<br>Las Vegas, NV  89101 | Unknown | Contingent |

240477.1