**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 18024
Email:jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 6/20/08

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[1]<br><br>USA Securities, LLC,[2]<br><br>　　　　　　　　　　　　Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**STATUS AND AGENDA FOR JUNE 24, 2008 HEARINGS**<br><br>Hearing Date: June 9, 2008<br>Hearing Time: 9:30 a.m. |

**Agenda for 9:30 a.m.**

　　　1.　　Adv. 06-01167-lbr, USA Commercial Mortgage Company v. Robert J. Kehl, et al., **Motion for Summary Judgment And For Order Of Directing Release Of Funds,** Filed by **GEORGE** D FRAME on behalf of JOHN DUTKIN **[**DE 330**]**

---

[1] This bankruptcy case was closed on October 12, 2007.

[2] This bankruptcy case was closed on December 26, 2007.

1

LEWIS AND ROCA LLP LAWYERS

| | | |
|---|---|---|
| 1 | **Stipulation Filed:** 2/04/2008 | Stipulation and Order for Settlement as Between JOHN DUTKIN, TRUSTEE OF THE JOHN DUTKIN REVOCABLE LIVING TRUST DATED 1/17/00 and FIRST TRUST COMPANY OF ONAGA, CUSTODIAN OF KAREN S. MOBERLY IRA [DE 333] |
| | **Limited Opposition Filed:** 2/07/2008 | Limited Opposition with Certificate of Service *to JOHN DUTKIN's Motion For Summary Judgment and For Order Directing Release of Funds* Filed by LENARD E. SCHWARTZER on behalf of USA CAPITAL FIRST TRUST DEED, USA COMMERCIAL MORTGAGE COMPANY [ DE 337] |
| | **Related Event:** 4/29/2008 | Order Directing Release of Funds to JOHN DUTKIN Revocable Trust [DE 346] |
| | **Status:** | Hearing continued from 3/25/2008, 4/17/2008 and 5/8/2008. |

   2.   **Motion for Summary Judgment** *Regarding (1)* **Responses** *To The USACM Trust's First Through Thirty-Third Omnibus Objections To Claims Asserting A Secured Status; (2) Responses to USACM Trust's First Through Third Omnibus Objections to Claims Asserting A Priority Status; and (3); Newly Alleged Secured And Priority Claims* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4291]

| | | |
|---|---|---|
| | **Related Filings:** | The only unresolved claims are those filed by the Dutkin Trust |
| | **Response Filed:** 8/17/07 | Response with Certificate of Service *& Objection of USA COMMERCIAL MORTGAGE COMPANY to Claim of DUTKIN TRUST Asserting Secured Status* Filed by GEORGE D FRAME on behalf of JOHN DUTKIN [DE 4628] |
| | 9/14/2007 | Supplemental *Statement of Facts in Support of Motion for Summary Judgment Regarding (1) Responses to the USACM Trust's First through Thirty-Third Omnibus Objections to Claims Asserting a Secured Status; (2) Responses to USACM Trust's First through Third Omnibus Objections to Claims Asserting a Priority Status; and (3) Newly Alleged Secured and Priority Claims* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4811] |
| | **Stipulation Filed:** 12/05/2007 | Stipulation By USACM LIQUIDATING TRUST and John Dutkin, Trustee *to Continue Hearing* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5443] |

1947151.1

LEWIS AND ROCA LLP LAWYERS

| | | |
|---|---|---|
| 1 2 | **Related Event:** 12/10/2007 | Order Approving Stipulation to Continue the Hearing on Motion for Summary Judgment Re DUTKIN's Claim [DE 5451] |
| 3 4 | **Related Event:** 1/22/2008 | Order Requiring Supplemental Briefing on the USACM TRUST's Eighth Omnibus Objection to Claims Asserting a Secured Status as it Pertains to the Claim Filed by JOHN DUTKIN [DE 5711] |
| 5 | 1/31/2008 | Supplemental Brief Filed by GEORGE D FRAME on behalf of JOHN DUTKIN [DE 5768] |
| 6 7 | 2/01/2008 | Deadline Set/Terminated Motion for Exceptional Circumstances due by 2/11/2008 [DE 5770] |
| 8 9 10 | 2/08/2008 | Supplemental Brief *in Support of Eighth Omnibus Objection to Claims Asserting a Secured Status as that Objection Pertains to the Dutkin Claim* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5804] |
| 11 12 | 2/12/2008 | Order (Related document(s)[4291] Motion for Summary Judgment, , filed by Interested Party USACM LIQUIDATING TRUST.) [DE 5812] |
| 13 14 15 | **Stipulation Filed:** 6/05/2008 | Stipulation By USACM LIQUIDATING TRUST and Between John Dutkin, Trustee *Re Motion for Summary Judgement, and Objection to John Dutkin Proof of Claim* Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [DE 6426] |
| 16 17 | **Related Event:** 6/10/2008 | Order Approving Stipulation Re Motion for Summary Judgment and Objection to JOHN DUTKIN Proof of Claim [DE 6432] |
| 18 | **Status:** | Matter is resolved by DE 6432. |

   3.   **Supplemental Objection to Claim 10725-00791 of PENSION BENEFIT GUARANTY CORPORATION in the amount of** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 5927]

| | | |
|---|---|---|
| 22 23 24 | **Response Filed:** 3/14/2008 | Response with Certificate of Service *PBGC's Response to the Supplemental Objection of the USACM Liquidating Trust to Claim No. 791 of the PBGC.* Filed by FRANK A. ANDERSON on behalf of PENSION BENEFIT GUARANTY CORPORATION  [DE 5984] |

1947151.1

| | | |
|---|---|---|
| **Reply Filed:** 3/25/2008 | | Reply with Certificate of Service *in Support of Supplemental Objection of the USACM Liquidating Trust to Claim No. 791 of the Pension Benefit Guaranty Corporation* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6049] |
| **Reply Filed:** 3/31/2008 | | Reply with Certificate of Service *PBGC's Sur-reply to the Supplemental Objection of the USCAM Liquidating Trust to Claim No. 791 of the PBGC* Filed by FRANK A. ANDERSON on behalf of PENSION BENEFIT GUARANTY CORPORATION [DE 6063] |
| **Objection Filed** 5/13/2008 | | Objection with Certificate of Service *PBGC's Objection to Proposed Order Disallowing Amended Claim No. 791 Filed By the PBGC*. Filed by FRANK A. ANDERSON on behalf of PENSION BENEFIT GUARANTY CORPORATION [DE 6364] |
| **Response Filed:** 5/16/2008 | | Response with Certificate of Service *to PBGC's Objection to Proposed Order Disallowing Amended Claim No. 791 Filed by the Pension Benefit Guaranty Corporation* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6387] |
| **Status:** | | A stipulation regarding order disallowing amended claim is being circulated. |

Dated June 20, 2008.

                                                      **LEWIS AND ROCA LLP**

                                    By:  /s/ RC (#6593)
                                            Susan M. Freeman, AZ 4199 (*pro hac vice*)
                                            Rob Charles, NV 6593
                                            John Hinderaker, AZ 18024 (*pro hac vice*)
                                       *Counsel for USACM Liquidating Trust*

1947151.1

1 PROOF OF SERVICE

2 COPY of the aforementioned sent via e-mail or U.S. First Class Mail on June 20,
3 2008 to the parties listed on Post-Effective Official Service List for Limited Notice
4 No. 4 Dated January 8, 2008.

5

6   /s/ Christine E Laurel
   Christine E Laurel
7  Lewis and Roca LLP

1947151.1