1  BOB L. OLSON, ESQ.
   Nevada Bar No. 3783

| Electronically Filed June 23, 2008 |

2  BRETT A. AXELROD, ESQ.
   Nevada Bar No. 5859

3  ANNE M. LORADITCH, ESQ.
   Nevada Bar No. 8164

4  GREENBERG TRAURIG, LLP
   3773 Howard Hughes Parkway

5  Suite 500 North
   Las Vegas, Nevada 89169

6  Telephone: (702) 792-3773
   Facsimile: (702) 792-9002

7

8                     **UNITED STATES BANKRUPTCY COURT**

9                            **DISTRICT OF NEVADA**

10  In re:
    USA COMMERCIAL MORTGAGE COMPANY,

11                              Debtor.

12  In re:
    USA CAPITAL REALTY ADVISORS, LLC,

13                              Debtor.

14  In re:
    USA CAPITAL DIVERSIFIED TRUST DEED

15  FUND, LLC,
                                Debtor.

16  In re:
    USA CAPITAL FIRST TRUST DEED FUND, LLC,

17                              Debtor.

18  In re:
    USA SECURITIES, LLC,

19                              Debtor.

    Affects:

20     ☒   All Debtors
       ☐   USA Commercial Mortgage Company

21     ☐   USA Securities, LLC
       ☐   USA Capital Realty Advisors, LLC

22     ☐   USA Capital Diversified Trust Deed Fund, LLC
       ☐   USA First Trust Deed Fund, LLC

Case No. BK-S-06-10725 LBR
Case No. BK-S-06-10726 LBR
Case No. BK-S-06-10727 LBR
Case No. BK-S-06-10728 LBR
Case No. BK-S-06-10729 LBR

Chapter 11

Jointly Administered Under
Case No. BK-S-06-10725-LBR

**EX PARTE MOTION TO
WITHDRAW AND REMOVE
COUNSEL FROM CM/ECF
SERVICE LIST AND MAILING
MATRIX**

Date:          N/A
Time:          N/A
Courtroom:

23

24      Bob L. Olson, Esq., Brett A. Axelrod, Esq., Anne M. Loraditch, Esq. and Micaela L. Rustia,

25  Esq., of the law firm of Greenberg Traurig, LLP ("Counsel"), brings this Ex Parte Motion to

26  Withdraw and Remove Counsel from the CM/ECF Service List and Mailing Matrix ("Motion").

27  ///

28  ///

*(left margin, vertical text)* Greenberg Traurig LLP
Suite 500 North, 3773 Howard Hughes Parkway
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

1        Counsel was previously with the law firm of Lewis and Roca, LLP, representing the

2  USACM Liquidating Trust.  Counsel is no longer with the law firm of Lewis and Roca, LLP and

3  Counsel has no need to receive CM/ECF notification in these cases.

4        Counsel requests that they be removed from the CM/ECF service list in these proceedings

5  and requests to be removed from the mailing matrix on all service lists in these proceedings and

6  related adversary proceedings.

7        DATED this 23rd day of June 2008.

                        GREENBERG TRAURIG LLP

8

9                         By:    /s/Anne M. Loraditch

10                              BOB L. OLSON, ESQ.
                             Nevada Bar No. 3783

11                              BRETT A. AXELROD, ESQ.
                             Nevada Bar No. 5859

12                              ANNE M. LORADITCH, ESQ.
                             Nevada Bar No. 8164

13                              3773 Howard Hughes Parkway
                             Suite 500 North

14                              Las Vegas, Nevada 89169

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Greenberg Traurig LLP
Suite 500 North, 3773 Howard Hughes Parkway
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)