

**Entered on Docket
June 24, 2008**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

BOB L. OLSON, ESQ.
Nevada Bar No. 3783
BRETT A. AXELROD, ESQ.
Nevada Bar No. 5859
ANNE M. LORADITCH, ESQ.
Nevada Bar No. 8164
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 500 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                     Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                     Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                     Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                     Debtor. | **ORDER GRANTING MOTION TO WITHDRAW AND REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND MAILING MATRIX** |
| In re:<br>USA SECURITIES, LLC,<br>                                                     Debtor. | |
| Affects:<br>☒  All Debtors<br>☐  USA Commercial Mortgage Company<br>☐  USA Securities, LLC<br>☐  USA Capital Realty Advisors, LLC<br>☐  USA Capital Diversified Trust Deed Fund, LLC<br>☐  USA First Trust Deed Fund, LLC | Date:         N/A<br>Time:         N/A<br>Courtroom: |

Greenberg Traurig LLP
Suite 500 North, 3773 Howard Hughes Parkway
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)

1  The Court hereby grants the Motion to Remove Counsel from the CM/ECF Service List and
2  Mailing Matrix filed by Bob L. Olson, Esq., Brett A. Axelrod, Esq., Anne M. Loraditch, Esq. and
3  Micaela L. Rustia, Esq., of the law firm of Greenberg Traurig, LLP ("Counsel").  The Clerk of the
4  Court is hereby directed to discontinue notice in the above-captioned cases by removing Counsel
5  from the CM/ECF service list and removing Counsel from the mailing matrix on all service lists in
6  these proceedings and related adversary proceedings.

Submitted By:

GREENBERG TRAURIG LLP


By:   /s/Anne M. Loraditch
    BOB L. OLSON, ESQ.
    Nevada Bar No. 3783
    BRETT A. AXELROD, ESQ.
    Nevada Bar No. 5859
    ANNE M. LORADITCH, ESQ.
    Nevada Bar No. 8164
    3773 Howard Hughes Parkway
    Suite 500 North
    Las Vegas, Nevada 89169


# # #

Greenberg Traurig LLP
Suite 500 North, 3773 Howard Hughes Parkway
Las Vegas, Nevada 89169
(702) 792-3773
(702) 792-9002 (fax)