E-filed June 24, 2008

| | |
|---|---|
| Marc A. Levinson (California Bar No. 57613)<br>Jeffery D. Hermann (California Bar No. 90445)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>400 Capitol Mall, Suite 3000<br>Sacramento, California 95814-4497<br>Telephone: (916) 447-9200<br>Facsimile: (916) 329-4900<br>Email: malevinson@orrick.com<br>jhermann@orrick.com | Robert R. Kinas (Nevada Bar No. 6019)<br>Claire Y. Dossier (Nevada Bar No. 10030)<br>SNELL & WILMER LLP<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>Telephone: (702) 784-5200<br>Fax: (702) 784-5252<br>Email: rkinas@swlaw.com<br>cdossier@swlaw.com |

*ATTORNEYS FOR USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>    Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>    Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>    Debtor.<br>Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR<br><br>**SECOND AMENDED<br>NOTICE OF TAKING 2004 EXAM<br>OF ROBERT A. RUSSELL**<br><br>Date: July 24, 2008<br><br>Time: 11:00 a.m.<br><br>Location: FTI Consulting, Inc.,<br>One Renaissance Square, Two<br>North Central Avenue, Suite 1200,<br>Phoenix, AZ 85004-2322 |

TO:    ROBERT A. RUSSELL; and ALL OTHER INTERESTED PARTIES:

PLEASE TAKE NOTICE that pursuant to Federal Rule of Bankruptcy Procedure 2004, USA Capital Diversified Trust Deed Fund, LLC ("DTDF") will take the 2004 examination of

8893506.1

Robert A. Russell on the **24th** day of **July, 2008**, at **11:00 a.m.**, at the business offices of FTI Consulting, Inc., One Renaissance Square, Two North Central Avenue, Suite 1200, Phoenix, Arizona 85004-2322, upon oral examination, before a Notary Public or some other officer authorized by law to administer oaths.

Notice is further given that the 2004 examination may be recorded by any appropriate means, which shall include, without limitation, audio and video recording. In the event the examination is recorded by means other than written transcription, at the time of introduction and/or filing of such recording, a written transcription of the examination shall be presented to the Court.

This 2004 examination will continue from day-to-day until completed.

Dated this 24th day of June, 2008.

SNELL & WILMER LLP

By: _____
Robert R. Kinas (Nevada Bar No. 6019)
Claire Y. Dossier (Nevada Bar No. 10030)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 904445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capital Mall, Suite 3000
Sacramento, CA 95814-4497

*Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

8893506.1

- 2 -