STIP
SUSAN WILLIAMS SCANN, ESQ.
Nevada Bar No. 000776
DEANER, DEANER, SCANN, MALAN & LARSEN
720 South Fourth Street, Suite #300
Las Vegas, Nevada 89101
(702) 382-6911
Attorneys for ROBERT A RUSSELL, UNSER/CENTRALPARTNERS, LLP; RUSSELL/AD DEVELOPMENT GROUP; INTERSTATE COMMERCE CENTER, LLC; AD ALBURQUERQUE DEVELOPMENT, LLC

E-Filed on: 7/11/08

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor, | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor, | Chapter 11<br>*Jointly Administered Under*<br>Case No. BK-S-06-10725 LBR<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION TO QUASH SUBPOENAS AND OR FOR PROTECTIVE ORDER AND MOTION FOR LIMITATION OF RULE 2004 EXAMINATION** |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor, | Date of Hearing: July 14, 2008<br>Time of Hearing: 10:00 a.m.<br><br>Affects: |
| In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>Debtor, | ☐ USA Commercial Mortgage Company<br>■ USA Capital First Trust Deed Fund, LLC<br>☐ USA Realty Advisors, LLC<br>☐ USA Securities, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC |
| In re:<br><br>USA SECURITIES, LLC,<br><br>Debtor. | ☐ All Debtors |

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, by and through its counsel, SNELL & WILMER LLP, and ROBERT A. RUSSELL, individually and as agent for UNSER/CENTRAL

PARTNERS, LLP; RUSSELL/AD DEVELOPMENT GROUP; INTERSTATE COMMERCE CENTER, LLC; AD ALBUQUERQUE DEVELOPMENT, LLC (collectively, with Russell, the "Russell Entities") by and through his/their attorney(s), SUSAN WILLIAMS SCANN, ESQ. of the law firm of DEANER, DEANER, SCANN, MALAN & LARSEN and SCOTT A. MCGATH, ESQ. of the law firm of OVERTURF MCGATH HULL & DOHERTY, PC, stipulate to continue the hearing on Russell Entities' Motion to Quash Subpoenas and For Limitation of Rule 2004 Exam from July 14, 2008 at 10:00 a.m. to August 26, 2008 at 9:30 a.m.

DATED: July 11, 2008

DEANER, DEANER, SCANN,
MALAN & LARSEN

SUSAN WILLIAMS SCANN, ESQ.
Nevada Bar No. 000776
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101

DATED: July 11, 2008

SNELL & WILMER LLP

CLAIRE Y. DOSSIER, ESQ.
Nevada Bar 10030
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Attorneys for USA Capital Diversified Trust Deed Fund, LLC

F:\OFFICE\CLIENTS\Robert Russell Entities\Stip to Continue Omnibus Hearing.wpd

2

## CERTIFICATE OF MAILING

I hereby certify that on the 11th day of July, 2008, I served the foregoing **STIPULATION TO CONTINUE HEARING ON MOTION TO QUASH SUBPOENAS AND OR FOR PROTECTIVE ORDER AND MOTION FOR LIMITATION OF RULE 2004 EXAMINATION** by depositing copies of the same in the United States mails, postage prepaid, addressed to the following:

Diamond McCarthy, LLP
Allan B. Diamond, ESQ.
William T. Reid, IV, ESQ.
Eric D. Madden, ESQ.
Michael J. Yoder, ESQ.
909 Fannin, Suite 1500
Houston, TX 77010

SNELL & WILMER LLP
CLAIRE Y. DOSSIER, ESQ.
Nevada Bar 10030
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Attorneys for USA Capital Diversified Trust Deed Fund, LLC

/s/ Christine Alexander
An Employee of DEANER, DEANER, SCANN, MALAN & LARSEN

F:\OFFICE\CLIENTS\Robert Russell Entities\Stip to Continue Omnibus Hearing.wpd

3