```
 1  ST                                               ~~~ Ri /08
    SU              NN, ESQ.
 2  Nevada Bar No. 0007     Entered on Docket
    DEANER, DEANER, SCANN, July 14, 2008 & LARSEN
 3  720 South Fourth Street, Suite #300              Hon. Linda B. Riegle
    Las Vegas, Nevada  89101                     United States Bankruptcy Judge
 4  (702) 382-6911
    Attorneys for ROBERT A RUSSELL, UNSER/CENTRALPARTNERS, LLP;
 5  RUSSELL/AD DEVELOPMENT GROUP; INTERSTATE COMMERCE CENTER, LLC;
    AD ALBURQUERQUE DEVELOPMENT, LLC
 6
 7                        UNITED STATES BANKRUPTCY COURT
                             FOR THE DISTRICT OF NEVADA
 8
 9  In re:                               Case No.  BK-S-06-10725 LBR
                                         Case No.  BK-S-06-10726 LBR
10  USA COMMERCIAL MORTGAGE              Case No.  BK-S-06-10727 LBR
    COMPANY,                             Case No.  BK-S-06-10728 LBR
11                                       Case No.  BK-S-06-10729 LBR
                    Debtor,
12  In re:                               Chapter 11
                                         Jointly Administered Under
13  USA CAPITAL REALTY ADVISORS, LLC,    Case No. BK-S-06-10725 LBR

14                  Debtor,              STIPULATION TO CONTINUE HEARING
                                         ON MOTION TO QUASH SUBPOENAS
15                                       AND OR FOR PROTECTIVE ORDER
                                         AND MOTION FOR LIMITATION OF
16                                       RULE 2004 EXAMINATION
17
    In re:
18                                       Date of Hearing:  July 14, 2008
    USA CAPITAL DIVERSIFIED TRUST DEED   Time of Hearing:  10:00 a.m.
19  FUND, LLC,
                    Debtor,              Affects:
20
    In re:                               ☐USA Commercial Mortgage Company
21                                       ■ USA Capital First Trust Deed Fund, LLC
    USA CAPITAL FIRST TRUST DEED FUND,   ☐USA Realty Advisors, LLC
22  LLC,                                 ☐USA Securities, LLC
                    Debtor,              ☐USA Capital Diversified Trust Deed Fund, LLC
23
    In re:                               ☐All Debtors
24
    USA SECURITIES, LLC,
25
                    Debtor.
26
         USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, by and through its counsel, SNELL &
27
    WILMER LLP, and ROBERT A. RUSSELL, individually and as agent for UNSER/CENTRAL
28
```

PARTNERS, LLP; RUSSELL/AD DEVELOPMENT GROUP; INTERSTATE COMMERCE CENTER, LLC; AD ALBUQUERQUE DEVELOPMENT, LLC (collectively, with Russell, the "Russell Entities") by and through his/their attorney(s), SUSAN WILLIAMS SCANN, ESQ. of the law firm of DEANER, DEANER, SCANN, MALAN & LARSEN and SCOTT A. MCGATH, ESQ. of the law firm of OVERTURF MCGATH HULL & DOHERTY, PC, stipulate to continue the hearing on Russell Entities' Motion to Quash Subpoenas and For Limitation of Rule 2004 Exam from July 14, 2008 at 10:00 a.m. to August 26, 2008 at 9:30 a.m.

DATED: July 11, 2008

DEANER, DEANER, SCANN,
MALAN & LARSEN

SUSAN WILLIAMS SCANN, ESQ.
Nevada Bar No. 000776
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101

DATED: July 11, 2008

SNELL & WILMER LLP

CLAIRE Y. DOSSIER, ESQ.
Nevada Bar 10030
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Attorneys for USA Capital Diversified Trust Deed Fund, LLC

F:\OFFICE\CLIENTS\Robert Russell Entities\Stip to Continue Omnibus Hearing.wpd

2

## CERTIFICATE OF MAILING

I hereby certify that on the 11th day of July, 2008, I served the foregoing **STIPULATION TO CONTINUE HEARING ON MOTION TO QUASH SUBPOENAS AND OR FOR PROTECTIVE ORDER AND MOTION FOR LIMITATION OF RULE 2004 EXAMINATION** by depositing copies of the same in the United States mails, postage prepaid, addressed to the following:

Diamond McCarthy, LLP
Allan B. Diamond, ESQ.
William T. Reid, IV, ESQ.
Eric D. Madden, ESQ.
Michael J. Yoder, ESQ.
909 Fannin, Suite 1500
Houston, TX 77010

SNELL & WILMER LLP
CLAIRE Y. DOSSIER, ESQ.
Nevada Bar 10030
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Attorneys for USA Capital Diversified
Trust Deed Fund, LLC

/s/ Christine Alexander
An Employee of DEANER, DEANER, SCANN, MALAN & LARSEN

F:\OFFICE\CLIENTS\Robert Russell Entities\Stip to Continue Omnibus Hearing.wpd