| | |
|---|---|
| **LEWIS AND ROCA LLP**<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, NV 89169-5996<br>Facsimile (702) 949-8321<br>Telephone (702) 949-8320<br>Susan M. Freeman AZ State Bar No. 004199<br>Email: sfreeman@lrlaw.com<br>Rob Charles NV State Bar No. 006593<br>Email: rcharles@lrlaw.com<br>John Hinderaker AZ State Bar No. 018024<br>Email: jhinderaker@lrlaw.com | **FOLEY & LARNER LLP**<br>321 North Clark Street, Suite 2800<br>Chicago, IL 60610<br>Facsimile (312) 832-4700<br>Telephone (312) 832-4500<br>Edward J. Green IL State Bar No. 6225069<br>Email:<br>Geoffrey S. Goodman IL State Bar No. 6272297 |

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[1]<br><br>USA Securities, LLC,[2]<br><br>                                   Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**STIPULATION REGARDING ORDER DISALLOWING AMENDED CLAIM NO. 791 FILED BY THE PENSION BENEFIT GUARANTY CORPORATION**<br><br>Date of Hearing: April 17, 2008<br>Time of Hearing: 9:30 a.m. |

USACM Liquidating Trust (the "Liquidating Trust"), by and through its counsel, and the Pension Benefit Guaranty Corporation ("PBGC"), by and through its counsel, hereby stipulate:

---

[1] This bankruptcy case was closed on October 12, 2007.
[2] This bankruptcy case was closed on December 26, 2007.

1

1910676.1

1. On March 4, 2008, the Liquidating Trust filed its supplemental objection (the "Objection") to the termination premium claim under 29 U.S.C. § 1306(a)(7) included in Amended Claim No. 791 (the "Termination Premium Claim") filed by the PBGC [DE 5927]. On March 14, 2008, the PBGC filed a response to the Objection [DE 5984]. On March 25, 2008, the Liquidating Trust filed a reply in support of the Objection [DE 6049]. On March 31, 2008, the PBGC filed a sur-reply in opposition to the Objection [DE 6063].

2. On April 17, 2008, this Court held a hearing on the Objection and indicated its intention to enter an order disallowing the Termination Premium Claim.

3. On May 12, 2008, the Liquidating Trust submitted to the Court a proposed order disallowing the Termination Premium Claim (the "Proposed Order").

4. On May 13, 2008, the PBGC filed an objection to the Proposed Order [DE 6364] (the "Proposed Order Objection").

5. On May 16, 2008, the Liquidating Trust filed a response to the Proposed Order Objection [DE 6387].

6. The Liquidating Trust and the PBGC now agree as to the form of proposed order, attached hereto as <u>Exhibit A</u>.

DATED: July 16, 2008.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
    Susan M. Freeman, AZ 4199 (*pro hac vice*)
    Rob Charles, NV 6593

  -and-

**FOLEY & LARDNER LLP**
Edward J. Green
Geoffrey S. Goodman

*Counsel for USACM Liquidating Trust*

1910676.1

**PENSION BENEFIT GUARANTY CORPORATION**

By: _____
James Eggeman Assistant Chief Counsel
Frank A. Anderson, DC 478234 (*pro hac vice*)
Erika E. Barnes, CA 197309 (*pro hac vice*)
Office of the Chief Counsel
1200 K Street, NW Suite 340
Washington, DC 20005-4026
Tel: 202-326-4020, ext. 3759
Email: anderson.frank@pbgc.gov

CHIC_3101457.2

3

1910676.1