

**Entered on Docket
July 18, 2008**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

**FOLEY & LARDNER LLP**
321 North Clark Street, Suite 2800
Chicago, IL 60610
Facsimile (312) 832-4700
Telephone (312) 832-4500
Edward J. Green IL State Bar No. 6225069
Email:
Geoffrey S. Goodman IL State Bar No. 6272297

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA Commercial Mortgage Company, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[1] |
| USA Capital Realty Advisors, LLC, | Case No. BK-S-06-10729-LBR[2] |
| USA Capital Diversified Trust Deed Fund, LLC, | CHAPTER 11 |
| USA Capital First Trust Deed Fund, LLC,[1] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA Securities, LLC,[2] | |
|         Debtors. | **ORDER DISALLOWING AMENDED CLAIM NO. 791 FILED BY THE PENSION BENEFIT GUARANTY CORPORATION** |
| **Affects:** | |
| ☐ All Debtors | |
| ☒ USA Commercial Mortgage Company | Date of Hearing: April 17, 2008 |
| ☐ USA Capital Realty Advisors, LLC | Time of Hearing: 9:30 a.m. |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | |
| ☐ USA Capital First Trust Deed Fund, LLC | |
| ☐ USA Securities, LLC | |

---

[1] This bankruptcy case was closed on October 12, 2007.
[2] This bankruptcy case was closed on December 26, 2007.

CHIC_2758019.3

235159.1

This matter having come before the Court upon the supplemental objection (the "Objection") of the USACM Liquidating Trust (the "USACM Trust") [DE 5927], filed on March 4, 2008, to the termination premium claim under 29 U.S.C. § 1306(a)(7) included in Amended Claim No. 791 (the "Termination Premium Claim") filed by the Pension Benefit Guaranty Corporation (the "PBGC"); the PBGC having filed a response in opposition to the Objection on March 14, 2008 (the "Response") [DE 5984]; the USACM Trust having filed a reply in support of the Objection on March 25, 2008 (the "Reply") [DE 6049]; the PBGC having filed a sur-reply in opposition to the Objection on March 31, 2008 (the "Sur-reply") [DE 6063]; the Objection having come before the Court for hearing on April 17, 2008 (the "Hearing"); the Court having considered the Objection, the Response, the Reply, the Sur-reply, the arguments of counsel at the Hearing and other materials of which this Court may take judicial notice; and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED:

1. The Objection is sustained for the reasons set forth by this Court in its oral ruling at the Hearing; and

2. The Termination Premium Claim No. 10725-00791-2 is hereby disallowed in its entirety.

1910703.1

CHIC_2758019.3

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
    John Hinderaker

    -and –

**FOLEY & LARDNER LLP**
Edward J. Green
Geoffrey S. Goodman

*Attorneys for USACM Liquidating Trust*


APPROVED

PENSION BENEFIT GUARANTY
CORPORATION

By: _____
    James Eggeman Assistant Chief Counsel (*pro hac vice* pending)
    Frank A. Anderson, DC 478234 (*pro hac vice*)
    Erika E. Barnes, CA 197309 (*pro hac vice*)
    Office of the Chief Counsel
    1200 K. Street, NW Suite 340
    Washington, DC 20005-3759
    Email: anderson.frank@pbgc.gov

APPROVED

LISA POULIN, CHAPTER 11 TRUSTEE FOR
USA INVESTMENT PARTNERS, LLC

By: /s/ Gregory Garman
    Gregory Garman
    Gordon & Silver, Ltd.
    3960 Howard Hughes Pky., 9th Floor
    Las Vegas, NV 89109
    Email: geg@gordonsilver.com

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of approval under LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in the case.

☐ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

☒ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing, and any trustee appointed in the case, and each has approved or disapproved the order, or failed to respond, as indicated below:

PENSION BENEFIT GUARANTY CORPORATION (Approved) [Claimant]

LISA POULIN, CHAPTER 11 TRUSTEE FOR USA INVESTMENT PARTNERS, LLC (Approved) [Interested Party]

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
*Attorneys for USACM Liquidating Trust*

4