

LEWIS AND ROCA
—LLP—
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 7/22/08

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA Commercial Mortgage Company,

USA Capital Realty Advisors, LLC,

USA Capital Diversified Trust Deed Fund, LLC,

USA Capital First Trust Deed Fund, LLC,[1]

USA Securities, LLC,[2]

                        Debtors.

Affects:
☒ All Debtors
☐ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR[1]
Case No. BK-S-06-10729-LBR[2]

CHAPTER 11

Jointly Administered Under Case No. BK-S-06-10725 LBR

**STIPULATION RE WITHDRAWAL OF PROOFS OF CLAIM FILED BY TERRY COFFING**

    The USACM Liquidating Trust (the "USACM Trust"), by and through its counsel, Lewis and Roca LLP, and David A. Colvin, Marquis & Aurbach, Attorneys for Terry Coffing represent to the Court as follows:

---

[1] This bankruptcy case was closed on October 12, 2007.
[2] This bankruptcy case was closed on December 26, 2007.

1919269.1

LEWIS AND ROCA LLP
LAWYERS

1. On September 26, 2006, Terry A. Coffing filed Proof of Claim No. 10725-00234 in the amount of $51,743.00.

2. On November 27, 2006, Terry A. Coffing, by and through his undersigned attorneys, filed Proof of Claim No. 10725-01394. However, the name of the claimant was mistakenly identified as Lerin Hills instead of Terry A. Coffing, the true name of the claimant. The proof of claim was for a direct lender investment in the Lerin Hills Loan.

3. On June 19, 2007, counsel for Terry A. Coffing filed an Amended Proof of Claim No. 10725-01394-2.

4. To resolve the duplicate proofs of claim, the parties stipulate:

- Terry Coffing hereby withdraws Proof of Claim 10725-00234;
- Terry Coffing hereby withdraws Proof of Claim 10725-01394-1; and
- Proof of Claim 10725-01394-2 remains of record and may be subject to further objections at a later date.

LEWIS AND ROCA LLP

By /s/ John Hinderaker
Rob Charles
Attorneys for USACM Liquidating Trust on Behalf of USA Commercial Mortgage

DATED: April July 22, 2008

MARQUIS & AURBACH

By /s/
David A. Colvin
Attorneys for Terry A. Coffing
1001 Park run Drive
Las Vegas, NV 89145
dcolvin@marquisaurbach.com

DATED: July 22, 2008

2

1919269.1