**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 18024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 7/22/08

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[1]<br><br>USA Securities, LLC,[2]<br>                           Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**STATUS AND AGENDA FOR JULY 24, 2008 HEARINGS**<br><br>Hearing Date: July 24, 2008<br>Hearing Time: 9:30 a.m.<br>                 10:30 a.m.<br>                 11:00 a.m. |

**Agenda for 9:30 a.m.**

    1.    Adv. 06-01146-lbr, USA Commercial Mortgage Company v. Wells Fargo Bank, N.A., et al., **Status conference re**: **Amended Complaint FOR INTERPLEADER with Certificate of Service** Filed by DAVID W. HUSTON on behalf of USA COMMERCIAL MORTGAGE COMPANY against all defendants [DE 54]

---

[1] This bankruptcy case was closed on October 12, 2007.

[2] This bankruptcy case was closed on December 26, 2007.

1

1954855.1

| | | |
|---|---|---|
| **Answer Filed:** 11/20/2006 | Answer to Amended Complaint *by Tomlin Trust,* Crossclaim by Tomlin Trust, Donald S and Dorothy Tomlin Trustees against JOHN ROBERT MALLIN, MARIE THERESA MALLIN, GEORGE J. MOTTO Filed by GEORGE C LAZAR on behalf of Tomlin Trust, Donald S and Dorothy Tomlin Trustees [DE 75] | |
| 12/04/2006 | Answer to Amended Complaint *with certificate of service* Filed by C RANDALL BUPP ESQ on behalf of PORTER A HURT [DE 79] | |
| **Status:** | Hearing continued from 12/15/2006, 2/15/2007, 3/15/2007, 3/27/2007, 5/31/2007, 12/14/2007, 2/21/2008, 4/17/2008, and 5/08/2008.  Counsel for USACM Trust will update the Court on the progress towards resolving the remaining items and ask that the Court set another status conference three months from now. | |

  2. **Objection to Claim 203 of Mountain West Mortgage Co./Lerin Hills in the amount of $2,048,000.00 with Certificate of Service** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 3078]

| | |
|---|---|
| **Related Filing:** 3/13/2007 | Declaration Of: Edward M. Burr *in Support of USACM Liquidating Trust Objections to Proofs of Claim and Motions to Classify Claims* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 3082]. |
| **Stipulation Filed:** 4/18/2007 | Stipulation By USACM LIQUIDATING TRUST and Mountain West Mortgage Co./Lerin Hills *Continuing Hearing on Objection* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3485] |
| **Related Filing:** 4/23/2007 | Order Approving Stipulation to Continue the Hearing on Objection to Claim 203 of MOUNTAIN WEST MORTGAGE CO./LERIN HILL [DE 3519] |
| **Reply Filed:** 6/06/2007 | Reply *to Objection of the USACM Liquidating Trust to Proof of Claim File by Lerin Hills LTD (Claim No. 203 & 1279)* Filed by MARJORIE A. GUYMON on behalf of MOUNTAIN WEST MORTGAGE, LLC [DE 3904] |
| **Stipulation Filed:** 10/11/2007 | Stipulation By USACM LIQUIDATING TRUST and Mountain West Mortgage Co./Lerin Hills *Continuing Hearing on Objection* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4962] |
| **Related Event:** | Order Approving Stipulation to Continue the Hearing on |

1954855.1

| | | |
|---|---|---|
| | 10/11/2007 | Objection to Claim 203 of MOUNTAIN WEST MORTGAGE CO./LERIN HILLS [DE 4965] |
| | **Stipulation Filed:** 12/07/2007 | Stipulation By USACM LIQUIDATING TRUST and Mountain West Morgage Co./Lerin Hills *Continuing Hearing on Objection* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5448] |
| | **Related Event:** 12/11/2007 | Order Approving Stipulation to Continue the Hearing on Objection to Claim 203 of MOUNTAIN WEST MORTGAGE CO./LERIN HILLS [DE 5467] |
| | **Stipulation Filed:** 2/14/2008 | Stipulation By USACM LIQUIDATING TRUST and Between Mountain West Mortgage Co./Lerin Hills Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5848] |
| | **Related Event:** 2/19/2008 | Order Approving Stipulation to Continue the Hearing on Objection to Claim 203 of MOUNTAIN WEST MORTGAGE CO/LERIN HILLS [DE 5874] |
| | **Status** | Continued from 5/08/2008. The parties will request that the Court continue this hearing to February 9, 2009 because Mountain West Mortgage is still not in a position to value its claim. |

3. **Second Omnibus Objection to Proofs of Claim Asserting a Priority Status (pertaining to Claim 1279 of Lerin Hills Ltd)** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3080]

| | | |
|---|---|---|
| | **Opposition Filed:** | None |
| | **Related Filing:** 3/13/2007 | Declaration Of: Edward M. Burr *in Support of USACM Liquidating Trust Objections to Proofs of Claim and Motions to Classify Claims* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3082]. |
| | **Stipulation Filed:** 4/09/2007 | Stipulation By USACM LIQUIDATING TRUST and LERIN HILLS LTD *Continuing Hearing On Objection* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3392] |
| | **Related Filing:** 4/09/2007 | Order Approving Stipulation to Continue the Hearing on Objection to Claim 1279 of LERIN HILLS LTD. [DE 3393] |

1954855.1

| | | |
|---|---|---|
| | **Reply Filed:** 6/06/2007 | Reply *to Objection of the USACM Liquidating Trust to Proof of Claim File by Lerin Hills LTD (Claim No. 203 & 1279)* Filed by MARJORIE A. GUYMON on behalf of MOUNTAIN WEST MORTGAGE, LLC [DE 3904] |
| | **Stipulation Filed:** 6/11/2007 | Second Stipulation By USACM LIQUIDATING TRUST and Lerin Hills Ltd. *Continuing Hearing on Objection* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3947] |
| | **Related Filing:** 6/12/2007 | Order Approving Second Stipulation to Continue the Hearing on Objection to Claim 1279 of LERIN HILLS LTD. [DE 3955] |
| | **Stipulation Filed:** 6/25/2007 | Stipulated Motion to Continue/Reschedule Hearing *on Second Omnibus Objection to Claims Asserting Priority Status re Claim 1279 of Lerin Hills* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4050] |
| | 6/26/2007 | Stipulation Setting Hearing on Second Omnibus Objection to Claims Asserting Priority Status Re Claim 1279 of LERIN HILLS [DE 4060] |
| | **Stipulation Filed:** 10/10/2007 | Stipulation By USACM LIQUIDATING TRUST and Lerin Hills Ltd. *to Continue Hearing on Objection* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4959] |
| | **Related Event:** 10/11/2007 | Order Approving Stipulation to Continue the Hearing on Objections to Claim 1279 of LERIN HILLS LTD. [DE 4968] |
| | **Stipulation Filed:** 12/06/2007 | Stipulation By USACM LIQUIDATING TRUST and Lerin Hills *to Continue Hearing on Objection* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5444] |
| | **Related Event:** 12/10/2007 | Order Approving Stipulation to Continue the Hearing on Objections to Claim 1279 of LERIN HILLS LTD. [DE 5454] |
| | **Stipulation Filed:** 2/15/2008 | Stipulation By USACM LIQUIDATING TRUST and Between Lerin Hills Ltd. *to Continue February 21, 2008 Hearing on Objection to Claim 1279* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5851] |
| | **Related Event:** 2/19/2008 | Order Approving Stipulation to Continue the Hearing on Objections to Claim 1279 of LERIN HILLS LTD in the Amount of $1257233.40 as an Unsecured Non-Priority Claim, and as a Priority Claim of $797175.62 [ DE 5870] |

1954855.1

| | | |
|---|---|---|
| **Status** | | Continued from 5/08/2008. Counsel for USACM Trust expects that the parties will submit a stipulation requesting that the Court sustain the objection and reclassify the priority claim as an unsecured nonpriority claim. If the parties are unable to finalize the stipulation, they will appear before the Court to present a status report. |

4. ***Ninth Omnibus Objection to Proofs of Claim Based in Part Upon Investment in One Point Street, LLC -- HFA North Yonkers Loan*** filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [DE 6481]

| | |
|---|---|
| **Opposition Filed:** | None |
| **Related Filings:** 6/12/08 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in One Point Street, LLC -- HFA North Yonkers Loan with Certificate of Service* Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [DE 6483] |
| **Status:** | No opposition filed. The objection is ready for the Court's ruling. |

5. ***Third Omnibus Objection to Proofs of Claim Based in Part Upon Investment in Fiesta Beaumont $2.4M Loan*** filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [DE 6504]

| | |
|---|---|
| **Opposition Filed:** | None |
| **Related Filing:** 6/18/2008 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in Fiesta Beaumont $2.4M Loan; and Certificate of Service* Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [DE 6506] |
| **Status:** | No opposition filed. The objection is ready for the Court's ruling. |

6. ***Third Omnibus Objection to Proofs of Claim Based in Part Upon Investment in Opaque/Mt. Edge $7,350,000 Loan*** filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [DE 6507]

| | |
|---|---|
| **Opposition Filed:** | None |

1954855.1

Case 06-10725-gwz    Doc 6526    Entered 07/22/08 18:17:13    Page 6 of 11

LEWIS AND ROCA LLP LAWYERS

| | |
|---|---|
| **Related Filing:** 6/18/2008 | Declaration Of: Edward M. Burr *in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in Opaque/Mt. Edge $7,350,000 Loan; and Certificate of Service* Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [DE 6509] |
| **Status:** | No opposition filed. The objection is ready for the Court's ruling. |

    7.    **Objection to Claim 784 of BINFORD MEDICAL DEVELOPERS in the *amount* of** filed by LENARD E. SCHWARTZER on behalf of USA COMMERCIAL MORTGAGE COMPANY [DE 2033]

| | |
|---|---|
| **Opposition Filed:** 12/29/2006 | Opposition with Certificate of Service Filed by SUSAN WILLIAMS SCANN on behalf of BINFORD MEDICAL DEVELOPERS, LLC [DE 2329] |
| **Reply Filed** 1/08/2007 | Reply *In Support of Objection to Claim 784 of BINFORD MEDICAL DEVELOPERS* Filed by LENARD E. SCHWARTZER on behalf of USA COMMERCIAL MORTGAGE COMPANY [DE 2378] |
| **Stipulation Filed:** 10/11/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Binford Medical Developers *Continuing Hearing on Objection to Claim 784 of Binford Medical Developers* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4977] |
| **Related Filing:** 10/12/2007 | Order Approving Stipulation to Continue the Hearing on Objection to Claim 784 of BINFORD MEDICAL DEVELOPERS LLC [DE 4988] |
| **Stipulation Filed:** 12/11/2007 | Stipulation By USACM LIQUIDATING TRUST and Between Binford Medical Developers *Continuing Hearing on Objection to Claim 784* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5464, 5474] |
| **Related Filing:** 12/12/2007 | Order Approving Stipulation to Continue the Hearing on Objection to Claim 784 of BINFORD MEDICAL DEVELOPERS, LLC [DE 5479] |
| **1/22/2008** | Order Tentatively Approving Settlement and Compromise of Claim [DE 114] |

6

1954855.1

| | | |
|---|---|---|
| **Status:** | | Hearing continued from 1/17/2008; 3/15/2007; 4/26/2007; 6/15/2007; 10/25/2007; 12/14/2007; 1/11/2008; 2/04/2008, 4/17/2008, and 5/08/2008. Binford is still attempting to settle its dispute with Compass, but has been unable to secure unanimous support from the direct lenders. The parties will appear and update the Court on the current status of the case. |

8.  Adv. 07-01154-lbr, USA Commercial Mortgage Company v. J.M.K. Investments, Ltd., et al., **Motion to Amend *Plaintiff's Motion for Leave to File Third Amended Complaint*** Filed by STEPHEN T LODEN on behalf of USACM LIQUIDATING TRUST [DE 134]

| | |
|---|---|
| **Opposition Filed:** 7/07/2008 | Opposition with Certificate of Service *by J.M.K. Investments Ltd to Plaintiff's Motion for Leave to File Third Amended Complaint* Filed by GEORGE C LAZAR on behalf of J.M.K. INVESTMENTS, LTD. [DE 138] |
| **Related Event:** 7/07/2008 | Declaration Of: George C. Lazar *in Support of Defendant J.M.K. Investments, Ltd's Opposition to Plaintiff's Motion for Leave to File Third Amended Complaint (with certificate of service)* Filed by GEORGE C LAZAR on behalf of J.M.K. INVESTMENTS, LTD. [DE 139] |
| **Joinder Filed:** 7/07/2008 | Joinder with Certificate of Service Filed by DAVID A. COLVIN on behalf of ALABRUJ LIMITED PARTNERSHIP, RONI AMID, AURORA INVESTMENTS LP, BROUWERS FAMILY LP, FIRST SAVINGS BANK FBO VALLIERA MCGUIRE, FRANCIS FAMILY TRUST, LINDA JANOVITCH, STEVEN JANOVITCH, JWB INVESTMENTS, INC., JENNIFER MIDDLETON, LARRY J MIDDLETON, MORNINGSIDE HOMES, INC., PAUL BLOCH LIVING TRUST, ROBERT M PORTNOFF, SARAH PORTNOFF, STEVEN PORTNOFF, SIMON FAMILY TRUST, THE MARVIN & VALLIERA MYERS TRUST [DE 140] |
| 7/07/2008 | Joinder with Certificate of Service *to Defendant J.M.K. Investment, Ltd.'s Opposition to Plantiff's Motion for Leave to File Third Amended Complaint* Filed by LARRY C. JOHNS on behalf of LARRY C JOHNS, MARY L JOHNS [DE 141] |
| **Status:** | The motion is briefed and will be argued to the Court. |

9. Adv. 08-01058-lbr, USACM Liquidating Trust v. Los Valles Land & Golf, et al., **Amended Complaint** *of USACM Liquidating Trust against Los Valles Land & Golf, LLC and Dan S. Palmer, Jr.* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST against Dan S. Palmer Jr., LOS VALLES LAND & GOLF, LLC [DE 6]

| | |
|---|---|
| **Answer Filed:** 5/19/2008 | Answer to Amended Complaint, Counterclaim by LOS VALLES LAND & GOLF, LLC, against USACM LIQUIDATING TRUST Filed by TIMOTHY A LUKAS on behalf of LOS VALLES LAND & GOLF, LLC, DAN S. PALMER Jr. [DE 25] |
| **Reply Filed:** 6/09/2008 | Reply with Certificate of Service *to Los Valles Land & Golf, LLC's Counterclaim for Recoupment* Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [DE 29] |
| **Status:** | The parties are prepared for a scheduling conference and will submit a proposed scheduling order before the hearing. |

**Agenda for 10:30 a.m.**

1. Adv. 08-01066-lbr, USACM Liquidating Trust v. Compass USA SPE, LLC., et al., **Scheduling Conference** [DE 7]

| | |
|---|---|
| **Status:** | This scheduling conference will proceed as scheduled. |

**Agenda for 11:00 a.m.**

1. **Second Omnibus Objection to Proofs of Claim Asserting a Priority Status (pertaining to Claim 1279 of Lerin Hills Ltd)** filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3080]

| | |
|---|---|
| **Opposition Filed:** | None |
| **Related Filing:** 3/13/2007 | Declaration Of: Edward M. Burr *in Support of USACM Liquidating Trust Objections to Proofs of Claim and Motions to Classify Claims* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3082]. |

1954855.1

| | | |
|---|---|---|
| | **Stipulation Filed:** 4/09/2007 | Stipulation By USACM LIQUIDATING TRUST and LERIN HILLS LTD *Continuing Hearing On Objection* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3392] |
| | **Related Filing:** 4/09/2007 | Order Approving Stipulation to Continue the Hearing on Objection to Claim 1279 of LERIN HILLS LTD. [DE 3393] |
| | **Reply Filed:** 6/06/2007 | Reply *to Objection of the USACM Liquidating Trust to Proof of Claim File by Lerin Hills LTD (Claim No. 203 & 1279)* Filed by MARJORIE A. GUYMON on behalf of MOUNTAIN WEST MORTGAGE, LLC [DE 3904] |
| | **Stipulation Filed:** 6/11/2007 | Second Stipulation By USACM LIQUIDATING TRUST and Lerin Hills Ltd. *Continuing Hearing on Objection* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3947] |
| | **Related Filing:** 6/12/2007 | Order Approving Second Stipulation to Continue the Hearing on Objection to Claim 1279 of LERIN HILLS LTD. [DE 3955] |
| | **Stipulation Filed:** 6/25/2007 | Stipulated Motion to Continue/Reschedule Hearing *on Second Omnibus Objection to Claims Asserting Priority Status re Claim 1279 of Lerin Hills* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4050] |
| | 6/26/2007 | Stipulation Setting Hearing on Second Omnibus Objection to Claims Asserting Priority Status Re Claim 1279 of LERIN HILLS [DE 4060] |
| | **Stipulation Filed:** 10/10/2007 | Stipulation By USACM LIQUIDATING TRUST and Lerin Hills Ltd. *to Continue Hearing on Objection* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 4959] |
| | **Related Event:** 10/11/2007 | Order Approving Stipulation to Continue the Hearing on Objections to Claim 1279 of LERIN HILLS LTD. [DE 4968] |
| | **Stipulation Filed:** 12/06/2007 | Stipulation By USACM LIQUIDATING TRUST and Lerin Hills *to Continue Hearing on Objection* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5444] |
| | **Related Event:** 12/10/2007 | Order Approving Stipulation to Continue the Hearing on Objections to Claim 1279 of LERIN HILLS LTD. [DE 5454] |
| | **Stipulation Filed:** 2/15/2008 | Stipulation By USACM LIQUIDATING TRUST and Between Lerin Hills Ltd. *to Continue February 21, 2008 Hearing on Objection to Claim 1279* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 5851] |

1954855.1

| | | |
|---|---|---|
| **Related Event:** 2/19/2008 | Order Approving Stipulation to Continue the Hearing on Objections to Claim 1279 of LERIN HILLS LTD in the Amount of $1257233.40 as an Unsecured Non-Priority Claim, and as a Priority Claim of $797175.62 [DE 5870] | |
| **Status** | Continued from 5/08/2008.  This matter appears to be a duplicate of Item No. 3 on the 9:30 a.m. calendar.  As stated above, counsel for USACM Trust expects that the parties will submit a stipulation requesting that the Court sustain the objection and reclassify the priority claim as an unsecured nonpriority claim.  If the parties are unable to finalize the stipulation, they will appear before the Court. | |

2.    Adv. 08-01058-lbr, USACM Liquidating Trust v. Los Valles Land & Golf, et al., **Motion to Dismiss** Filed by TIMOTHY A LUKAS on behalf of LOS VALLES LAND & GOLF, LLC, DAN S. PALMER Jr [DE 23]

| | |
|---|---|
| **Response Filed:** 6/06/2008 | Response with Certificate of Service *of USACM Trust to Los Valles and Dan Palmer's Motion to Dismiss* Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [DE 28] |
| **Reply Filed:** 7/07/2008 | Reply *in Support of Motion to Dismiss* Filed by TIMOTHY A LUKAS on behalf of LOS VALLES LAND & GOLF, LLC, DAN S. PALMER Jr. [DE 32] |
| **Status:** | The Court heard this Motion to Dismiss at a hearing on July 14, 2008.  The parties hope to be prepared to address with the Court whether to bifurcate the action such that the Court need not decide the Motion to Dismiss at this time. |

Dated July 22, 2008.

**LEWIS AND ROCA LLP**

By:  /s/ RC (#6593)
        Susan M. Freeman, AZ 4199 (*pro hac vice*)
        Rob Charles, NV 6593
        John Hinderaker, AZ 18024 (*pro hac vice*)
    *Counsel for USACM Liquidating Trust*

1954855.1

1  PROOF OF SERVICE

2  COPY of the aforementioned sent via e-mail or U.S. First Class Mail on July 22,
3  2008 to the parties listed on Post-Effective Official Service List for Limited Notice
4  No. 4 Dated January 8, 2008.

5

6   /s/ Christine E Laurel
    Christine E Laurel
7   Lewis and Roca LLP

1954855.1