**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 7/23/08

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                    Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**STIPULATION SUSTAINING SECOND OMNIBUS OBJECTION TO CLAIMS ASSERTING PRIORITY STATUS (RE CLAIM 1279 OF LERIN HILLS)** |

USACM Liquidating Trust (the "USACM Trust"), by and through its counsel, Lewis and Roca LLP, and Lerin Hills Ltd. by and through its counsel, Kehoe & Associates, hereby stipulate:

1

242504.1

LEWIS
AND
ROCA
—LLP—
LAWYERS

1. Lerin Hills filed Proof of Claim No. 10725-01279, which included an unsecured nonpriority claim in the amount of $1,257,233.40 and an unsecured priority claim in the amount of $797,175.62.

2. The USACM Trust filed Second Omnibus Objection to Claims Asserting Priority Status (the "Second Omnibus Objection") [DE 3259], which objects to the priority portion of the Claim No. 10725-01279.

3. The hearing on the Second Omnibus Objection as it relates to the priority portion of Claim No. 10725-01279 is scheduled for a hearing before this Court on July 24, 2008 at 9:30 a.m.

4. The parties stipulate and agree as follows:

- The Court shall sustain the Second Omnibus Objection as it relates to Claim No. 10725-01279;

- The priority claim in the amount of $797,175.62 made by Lerin Hills in Proof of Claim No. 10725-01279 shall be reclassified as an unsecured nonprioirty claim and subject to the objection of the USACM Trust [DE3080];

- Lerin Hill's unsecured claim in the amount of $1,257,233.40 is not affected by this order and remains subject to objection by the USACM Trust [DE 3080];

///
///
///
///
///
///

2

242504.1

- The hearing on the Second Omnibus Objection scheduled for July 24, 2008 at 9:30 a.m. should be vacated.

5. The parties submit a stipulated order for the Court's convenience.

DATED: July 22, 2008.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
    Susan M. Freeman, AZ 4199 (*pro hac vice*)
    Rob Charles, NV 6593
    John Hinderaker, AZ 018024 (*pro hac vice*)
    *Counsel for USACM Liquidating Trust*

-and-

**KEHOE & ASSOCIATES**

By: /s/ Kehoe
    Ty E. Kehoe, Esq.
    871 Coronado Center Drive, Suite 200
    Henderson, NV 89052
    *Attorney for Lerin Hills, Ltd.*

3

242504.1