**LEWIS AND ROCA LLP — LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 7/29/08

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[1]<br><br>USA Securities, LLC,[2]<br>            Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER WITHDRAWING PROOFS OF CLAIM FILED BY TERRY COFFING** |

     **PLEASE TAKE NOTICE** that an Order Approving Stipulation Re Withdrawal Proofs of Claim Filed by Terry Coffing [DE 6527] was entered on the 23rd day of July 2008, a true and correct copy of which is attached hereto as Exhibit 1.

---

[1] This bankruptcy case was closed on October 12, 2007.
[2] This bankruptcy case was closed on December 26, 2007.

242369.1

LEWIS AND ROCA LLP
LAWYERS

RESPECTFULLY SUBMITTED on July 29, 2008.

**LEWIS AND ROCA LLP**

By  /s/ JH (#018024)
　　Susan M. Freeman
　　Rob Charles
　　John Hinderaker
　　*Attorneys for USACM Liquidating Trust*

PROOF OF SERVICE

COPY of the foregoing sent by U.S. mail this 29th day of July, 2008, to:

David A. Colvin, Esq.
Marquis & Aurbach
1001 Park Run Drive
Las Vegas, NV  89145

/s/ Renee L. Creswell
Renee L. Creswell
Lewis and Roca

242714.1

# EXHIBIT 1



**Entered on Docket
July 23, 2008**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[1]<br><br>USA Securities, LLC,[2]<br>                   Debtors.<br><br>Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**ORDER APPROVING STIPULATION RE WITHDRAWAL PROOFS OF CLAIM FILED BY TERRY COFFING** |

_____
[1] This bankruptcy case was closed on October 12, 2007.
[2] This bankruptcy case was closed on December 26, 2007.

1

1920186.1

The Stipulation re Withdrawal of Proofs of Claim filed by Terry Coffing [DE6525] was filed with this Court on ~~April~~ July 22, 2008. No notice being necessary and good cause appearing, it is

ORDERED:

- Terry Coffing withdraws Proof of Claim 10725-00234;
- Terry Coffing withdraws Proof of Claim 10725-01394-1; and
- Proof of Claim 10725-01394-2 remains of record and may be subject to further objection at a later date.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
  Susan M. Freeman
  Rob Charles
  John Hinderaker
Attorneys for USACM Liquidating Trust

APPROVED/DISAPPROVED

_____
David A. Colvin,
Attorney for Terry Coffing

2

1920186.1

## File a Notice:

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Judge: lbr | Assets: y | Case Flag: EXHS, BAPCPA, LEAD, JNTADMN, APPEAL |

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from HINDERAKER, JOHN entered on 7/29/2008 at 11:11 AM PDT and filed on 7/29/2008
**Case Name:**     USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**     06-10725-lbr
**Document Number:** 6536

**Docket Text:**
Notice of Entry of Order with Certificate of Service *Withdrawing Proofs of Claim Filed by Terry Coffing* Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST (Related document(s)[6527] Order Approving Stipulation) (Attachments: # (1) Exhibit 1) (HINDERAKER, JOHN)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** H:\Make PDF\CoffingNOE.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=7/29/2008] [FileNumber=10308616-0
] [17b3c3cb646dedd91f69c9e814b2734ec418c60bdf6879303760536787ad732044b
d19fa2dd77ee9c37ed44429173ea3006a3f5524c92d55308e10d06ebe8def7]]
**Document description:** Exhibit 1
**Original filename:** H:\Make PDF\CoffingEx1.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=7/29/2008] [FileNumber=10308616-1
] [4584c1a1d6c625fc2f7fe1bbb9bbc1748b6bf9a6f26990f28e6dc5a58474e3967d0
bb548dd2b17817901ec0ee48197d41a52d8f1af70fd8dd6853d8cfd9c7796]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L. ALLF    nancy_allf@gshllp.com, karen_lawrence@gshllp.com;anne_pieroni@gshllp.com