**AUGUST J. AMARAL, INC.**
*August J. Amaral, President*

9644 Rolling Rock Way, Reno, NV 89521 • Tel & Fax: (775)851-1608 • Cell: (775)721-5968

RECEIVED AND FILED
JUL 28  2 31 PM '08
U.S. BANKRUPTCY
MAR...

New address

Case No. 06-10725 lbr

Old address
P.O. Bx 70097
Reno, NV, 89570-0097

address change

August J Amaral