**Entered on Docket
July 30, 2008**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
_Attorneys for USACM Liquidating Trust_

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[1]<br><br>USA Securities, LLC,[2]<br><br>       Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING THIRD OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED, IN WHOLE OR IN PART, UPON INVESTMENT IN THE OPAQUE/MT. EDGE $7,350,000 LOAN**<br><br>Hearing Date: July 24, 2008<br>Hearing Time: 9:30 a.m. |

[1] This bankruptcy case was closed on October 12, 2007.
[2] This bankruptcy case was closed on December 26, 2007.

242779.1

1    Pending before the Court is the USACM Liquidating Trust's Third Omnibus

2 Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon

3 Investment in the Opaque/Mt. Edge $7,350,000 Loan (the "Objection") [DE 6507].

4 Adequate notice of the Objection was given.  The Court heard the Objection on July 24,

5 2008.  No responses were filed to the Objection and no opposition was raised at the

6 hearing.  Good cause appearing,

7    IT IS ORDERED:

8    • Sustaining the Objection;

9    • Disallowing the Proofs of Claim listed on Exhibit A attached to the extent they

10    are based upon an investment in the Opaque/Mt. Edge $7,350,000 Loan.  The

11    Proofs of Claim listed in Exhibit A are not affected by this order to the extent

12    they are based upon an investment in a loan(s) other than the Opaque/Mt. Edge

13    $7,350,000 Loan; and

14    • Reserving the right of any party in interest, including the USACM Trust, to

15    further object to the Proofs of Claim listed on Exhibit A attached.

16    ###

17 PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

18

19 By:___/s/ RC (#0006593)_____

20    Susan M. Freeman
    Rob Charles

21    John Hinderaker
*Attorneys for USACM Liquidating Trust*

22

23

24

25

26

2

1    CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

2    In accordance with Local Rule 9021, the undersigned certifies:

3    ☐    The Court waived the requirements of approval under LR 9021.

4    ☐    No parties appeared or filed written objections, and there is no trustee appointed
         in the case.

5

6    ☒    No opposition was filed to the motion and no other party or counsel appeared at
         the hearing.

7    ☐    I have delivered a copy of this proposed order to all attorneys and unrepresented
         parties who have appeared at the hearing, and any trustee appointed in the case,
8        and each has approved or disapproved the order, or failed to respond, as
         indicated below:

9

10

11    **LEWIS AND ROCA LLP**

12

13    By:___/s/ RC (#0006593)_____

14        Susan M. Freeman
          Rob Charles
15        John Hinderaker
          *Attorneys for USACM Liquidating Trust*

16

17

18

19

20

21

22

23

24

25

26

3