**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 7/31/08

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[1]<br><br>USA SECURITIES, LLC,[2]<br>                        Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**STIPULATION RE PECOS PROFESSIONAL PARK LIMITED PARTNERSHP PROOF OF CLAIM NUMBER 10725-00752-2.** |

    USACM Liquidating Trust (the "USACM Trust"), by and through its counsel, Lewis and Roca LLP; and Dr. Lucius Blanchard, by and through his counsel Kehoe & Associates hereby stipulate:

---

[1] This bankruptcy case was closed on October 12, 2007.
[2] This bankruptcy case was closed on December 26, 2007.

1

1945986.1

**LEWIS AND ROCA LLP**
LAWYERS

1. Pecos Professional Park Limited Partnership filed proof of claim 10725-00752-1, which was amended by proof of claim 10725-00752-2.

2. On October 29, 2007, the USACM Trust filed a Motion for Summary Judgment to Classify Claim by Pecos Professional Park Limited Partnership in Plan Class A-7 (the "Motion") [DE 5122].

3. On May 8, 2008, the Motion came before the Court for hearing.

4. On June 9, 2008, the Court entered its Order Granting Motion for Summary Judgment to Classify Claim by Pecos Professional Park Limited Partnership in Plan Class A-7 (the "Order") [DE 6428].

5. The parties have since noticed that the USACM Trust incorrectly identified the Pecos proof of claim number as 10725-00751-1 and 10725-00751-2 in the Motion and the Order. Accordingly, the parties hereby stipulate that notwithstanding the error the Order [DE 6428] should be construed to apply to proof of claim numbers 10725-00752-1 and 10725-00752-2.

6. The parties submit a proposed form of order for the Court's convenience.

DATED: July 30, 2008.

| **LEWIS AND ROCA LLP** | **KEHOE & ASSOCIATES** |
|---|---|
| By: /s/ RC (#0006593)<br>Susan M. Freeman<br>Rob Charles<br><br>*Attorneys for USACM Liquidating Trust* | By: /s/ Kehoe<br>Ty E. Kehoe, Esq.<br>871 Coronado Center Drive, Suite 200<br>Henderson, NV 89052<br><br>*Attorneys for Dr. Lucius Blanchard* |