

**Entered on Docket
August 01, 2008**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

| | |
|---|---|
| **LEWIS AND ROCA LLP** | |
| 3993 Howard Hughes Parkway, Suite 600 | Facsimile (702) 949-8321 |
| Las Vegas, NV 89169-5996 | Telephone (702) 949-8320 |
| Susan M. Freeman AZ State Bar No. 004199 | Email: sfreeman@lrlaw.com |
| Rob Charles NV State Bar No. 006593 | Email: rcharles@lrlaw.com |
| John Hinderaker AZ State Bar No. 018024 | Email: jhindera@lrlaw.com |

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[1]<br><br>USA SECURITIES, LLC,[2]<br><br>Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>Chapter 11 Cases<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**ORDER APPROVING STIPULATION RE PECOS PROFESSIONAL PARK LIMITED PARTNERSHIP PROOF OF CLAIM NUMBER 10725-00752-2** |

---

[1] This bankruptcy case was closed on October 12, 2007.
[2] This bankruptcy case was closed on December 26, 2007.

1946024.1

USACM Liquidating Trust by and through its counsel, Lewis and Roca LLP, and Dr. Lucius Blanchard, by and through his counsel Kehoe & Associates entered into a Stipulation re Pecos Professional Park Limited Partnership Proof of Claim Number [DE 6542].[3]

The stipulation explains that the USACM Trust's Motion for Summary Judgment to Claim filed by Pecos Professional Park Limited Partnership in Plan Class A-7 [DE 5122] and the Order Granting Motion for Summary Judgment [DE 6428] incorrectly identified Pecos' Proof of Claim numbers as 10725-00751-1 and 10725-00751-2. The correct proof of claim numbers for Pecos Proofs of Claim are 10725-00752-1 and 10725-00752-2.

Good cause now appearing, it is ORDERED;

1) Approving the Stipulation; and

2) Clarifying that the Order Granting Motion for Summary Judgment [6428] applies to Pecos Professional Park Limited Partnership Proof of Claim Nos. 10725-00752-1 and 10725-00752-2, and does not affect any other proofs of claim.

### 

| PREPARED AND SUBMITTED: | APPROVED: |
|---|---|
| **LEWIS AND ROCA LLP** | **KEHOE & ASSOCIATES** |
| By: /s/ RC (#0006593)<br>Susan M. Freeman<br>Rob Charles<br><br>*Attorneys for USACM Liquidating Trust* | By: /s/ Ty Kehoe<br>Ty E. Kehoe, Esq.<br>871 Coronado Center Drive, Suite 200<br>Henderson, NV 89052<br><br>Attorneys for Dr. Lucius Blanchard |

---

[3] The Trustee for Pecos Professional Park Limited Partnership ("Pecos") gave Mr. Kehoe authority to represent Pecos in defending Pecos' assertion that its claim is entitled to priority status.

2

1946024.1

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

- ☐ The Court waived the requirements of approval under LR 9021.

- ☐ No parties appeared or filed written objections, and there is no trustee appointed in the case.

- ☐ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

- ☒ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing, and any trustee appointed in the case, and each has approved or disapproved the order, or failed to respond, as indicated below:

Ty E. Kehoe (Approved)
*Attorney for Pecos Professional Park Limited Partnership*

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
    Susan M. Freeman
    Rob Charles
*Attorneys for USACM Liquidating Trust*

1946024.1