**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 8/5/2008

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[1]<br><br>USA Securities, LLC,[2]<br>                                   Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Notice of Entry of Order Sustaining Ninth Omnibus Objection of the USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in the One Point Street, LLC – HFA North Yonkers Loan** |

**PLEASE TAKE NOTICE** that an Order Sustaining Ninth Omnibus Objection of the USACM Liquidating Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in the One Point Street, LLC – HFA North Yonkers Loan [DE 6539] was

---

[1] This bankruptcy case was closed on October 12, 2007.

[2] This bankruptcy case was closed on December 26, 2007.

1959917.1

1 | entered on the 30th day of July 2008, a true and correct copy of which is attached hereto as Exhibit 1.

RESPECTFULLY SUBMITTED June 13, 2008.

**LEWIS AND ROCA LLP**

By   /s/ RC (#006593)
      Susan M. Freeman
      Rob Charles
      John Hinderaker
*Attorneys for USACM Liquidating Trust*

PROOF OF SERVICE

Copy of the foregoing mailed by First Class, U.S. Mail, postage prepaid, on August 5, 2008 to the parties listed on Exhibit A to the attached order.

  /s/ Christine E Laurel
Christine E Laurel
Lewis and Roca

2

1959917.1