**LEWIS AND ROCA LLP LAWYERS**

E-Filed on 8/6/08

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

**Susan M. Freeman** AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
**Rob Charles** NV State Bar No. 006593
Email: rcharles@lrlaw.com
**John Hinderaker** AZ State bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[1]<br><br>USA Securities, LLC,[2]<br><br>                    Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Notice of Entry of Order Disallowing Amended Claim No. 791 Filed by the Pension Benefit Guaranty Corporation** |

     **PLEASE TAKE NOTICE** that an Order Disallowing Amended Claim No. 791 Filed by the Pension Benefit Guaranty Corporation [DE 6523] was entered on the 18th day of July 2008, a true and correct copy of which is attached hereto as Exhibit A.

---

[1] This bankruptcy case was closed on October 12, 2007.

[2] This bankruptcy case was closed on December 26, 2007.

**LEWIS AND ROCA LLP**
LAWYERS

RESPECTFULLY SUBMITTED August 6, 2008.

**LEWIS AND ROCA LLP**

By: /s/ JH (#018024)
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
John Hinderaker, AZ 018024 (*pro hac vice*)
*Counsel for USACM Liquidating Trust*

COPY of the foregoing e-mailed on
August 6, 2008 to the following parties:

Frank A. Anderson
Erika E. Barnes
Pension Benefit Guaranty Corporation
1200 K. Street, NW Suite 340
Washington, DC 20005-3759
Anderson.frank@pbgc.gov
efile@pbgc.gov

Gerald M. Gordon
Gregory E. Garman
GORDON & SILVER, LTD.
3960 Howard Hughes Parkway, 9th Floor
Las Vegas, NV 89109
gmg@gordonsilver.com
geg@gordonsilver.com

August B. Landis, Esq.
Assistant United States Trustee
Office of the U.S. Trustee
Las Vegas Field Office
300 Las Vegas Blvd., So., Suite 4300
Las Vegas, NV 89101
augie.landis@usdoj.gov


/s/ Christine E Laurel
Christine E Laurel
Lewis and Roca

2

1960539.1