# United States Bankruptcy Court
## District of Nevada

### Case No. <u>06–10725–lbr</u>
### Chapter 11

In re:
  USA COMMERCIAL MORTGAGE COMPANY
  fka USA CAPITAL

NOTICE OF ELECTRONIC FILING (NEF) DELIVERY FAILURE

The Clerk's Office received an undeliverable Notice of Electronic Filing (NEF) on 7/28 – 8/10/08 for THOMAS R BROOKSBANK at the following e–mail address: tom@tombrooksbank.com . Please contact the CM/ECF Help Desk at 1–866–232–1266 within ten (10) days of this notice with an alternative e–mail address. If the attorney listed above is no longer with the law firm , a Notice of Appearance and/or Substitution of Counsel must be filed in all cases associated with that attorney.

**PLEASE TAKE NOTICE** that failure to contact the Clerk's Office may result in the removal of this attorney's e–mail address from their CM/ECF account and case(s) in order to stop all subsequent bounced back NEF e–mails. The Clerk's Office may also disable the attorney's CM/ECF account requiring the attorney to contact the court for instructions to reactivate e–filing and e–mail service.

Dated: 8/11/08                                BY THE COURT


*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court