Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors

**E-FILED ON AUGUST 13, 2008**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**CERTIFICATE OF SERVICE**<br><br>**Date: September 8, 2008**<br>**Time: 9:30 a.m.** |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☒ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | |

1

1. On August 13, 2008 I served the following documents:

    a. USA CAPITAL REALTY ADVISORS, LLC'S MOTION TO CLOSE CASE AND REQUEST FOR FINAL DECREE

    b. USA CAPITAL REALTY ADVISORS, LLC'S FINAL REPORT OF ACTION TAKEN AND PROGRESS TOWARDS CONSUMMATION OF CONFIRMED PLAN OF REORGANIZATION

    c. NOTICE OF HEARING OF USA CAPITAL REALTY ADVISORS, LLC'S MOTION TO CLOSE CASE AND REQUEST FOR FINAL DECREE

    d. DECLARATION OF SUSAN M. SMITH IN SUPPORT OF USA CAPITAL REALTY ADVISORS, LLC'S MOTION TO CLOSE CASE AND REQUEST FOR FINAL DECREE

2. I served the above-named document(s) by the following means to the persons as listed below:

☒    a.    **By ECF System**:

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L. ALLF    nancy_allf@gshllp.com, karen_lawrence@gshllp.com;anne_pieroni@gshllp.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

PETER C. BERNHARD    peter.bernhard@bullivant.com, michelle.diegel@bullivant.com

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;mjohn@bmcgroup.com

GEORGANNE W. BRADLEY    georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R. BROOKSBANK    tom@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA    lbubala@jonesvargas.com, tbw@jonesvargas.com;aanthony@jonesvargas.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-

1  reynolds.com;jrammos@callister-reynolds.com

2  CANDACE C CARLYON    ltreadway@sheacarlyon.com,
3  ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;manthony@sheacarlyon.com;kyurchick@sheacarlyon.com

4
   MICHAEL W. CARMEL    michael@mcarmellaw.com,
5  nancy@mcarmellaw.com;ritkin@steptoe.com

6  ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

7  MICHAEL W. CHEN    yvette@ccfirm.com

8
   KEVIN B. CHRISTENSEN    kbchrislaw@aol.com
9

10 JANET L. CHUBB    tbw@jonesvargas.com

11 JANET L. CHUBB    tbw@jonesvargas.com

12 DAVID A. COLVIN    mwalters@marquisaurbach.com,
13 dcolvin@marquisaurbach.com;kgallegos@marquisaurbach.com

14 WILLIAM D COPE    cope_guerra@yahoo.com

15 LAUREL E. DAVIS    ldavis@fclaw.com, mhurtado@fclaw.com

16 THOMAS W. DAVIS    twd@h2law.com

17 DEBT ACQUISITION COMPANY OF AMERICA V, LLC (aw)    awhatnall@daca4.com

18
   J CRAIG DEMETRAS    JCD@demetras-oneill.com, jar@demetras-
19 oneill.com;mdh@demetras-oneill.com

20 ALLAN B. DIAMOND    adiamond@diamondmccarthy.com

21 RICHARD I. DREITZER    rdreitzer@yahoo.com

22
   THOMAS H. FELL
23 BANKRUPTCYNOTICES@GORDONSILVER.COM;bknotices@gordonsilver.com

24 SCOTT D. FLEMING    sfleming@halelane.com

25 GREGORY E GARMAN    bankruptcynotices@gordonsilver.com,
26 bknotices@gordonsilver.com

27 DOUGLAS D. GERRARD    DGERRARD@GERRARD-COX.COM,
28 ekaymedellin@gerrard-cox.com

   WADE B. GOCHNOUR    WBG@h2law.com, bd@h2law.com;grm@h2law.com

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

3

1. LEIGH T GODDARD    lgoddard@mcdonaldcarano.com, pmiller@mcdonaldcarano.com
2. CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov:Mary.Booker@usdoj.gov
3. GERALD M GORDON    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com
4. R. VAUGHN GOURLEY    vgourley@lvcm.com
5. TALITHA B. GRAY    bankruptcynotices@gordonsilver.com;bknotices@gordonsilver.com
6. JAMES D. GREENE    bknotice@bhfs.com
7. MARK H. GUNDERSON    creinebold@gundersonlaw.com
8. MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ddias@goldguylaw.com;tracyg@goldguylaw.com
9. PETER W. GUYON    pguyon@yahoo.com
10. XANNA R. HARDMAN    xanna.hardman@gmail.com
11. STEPHEN R HARRIS    noticesbh&p@renolaw.biz
12. JEFFREY L HARTMAN    notices@bankruptcyreno.com, dle@bankruptcyreno.com
13. WILLIAM H HEATON    will@nwhltd.com, denisse@nwhltd.com
14. BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com
15. JOHN HINDERAKER    JHinderaker@LRLaw.com, RCreswell@LRLaw.com
16. RICHARD F. HOLLEY    rholley@nevadafirm.com, paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com
17. RANDOLPH L. HOWARD    rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com
18. DAVID W. HUSTON    dwh@hustonlaw.net
19. JASON A. IMES    bkfilings@s-mlaw.com
20. ROBBIN L. ITKIN    ritkin@steptoe.com, khollingsworth@steptoe.com;skopman@steptoe.com;keckert@steptoe.com;jgoldman@steptoe.com;kpiper@steptoe.com
21. CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

EVAN L. JAMES    ejameslv@gmail.com, kbchrislaw@aol.com

ERIN E. JONES    ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com

TY E. KEHOE    TyKehoeLaw@aol.com

ROBERT R. KINAS    rkinas@swlaw.com, jmcbee@swlaw.com;jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring.com;vcampbell@swlaw.com

DEAN T. KIRBY    dkirby@kirbymac.com, gsparks@kirbymac.com;lackerman@kirbymac.com

KENT F. LARSEN    kfl@slwlaw.com

ZACHARIAH LARSON    ecf@lslawnv.com, susans@lslawnv.com

JOHN J. LAXAGUE    jlaxague@caneclark.com

GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com;kgregos@klnevada.com

ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net

STEPHEN T LODEN    sloden@diamondmccarthy.com

TYSON M. LOMAZOW    tlomazow@milbank.com

ANNE M. LORADITCH    lvecffilings@gtlaw.com, loraditcha@gtlaw.com;koisp@gtlaw.com;lvlitdock@gtlaw.com;jenkinsm@gtlaw.com

TIMOTHY A LUKAS    ECFLukast@halelane.com

ERIC D. MADDEN    emadden@diamondmccarthy.com, jsickels@diamondmccarthy.com

PATRICIA A. MARR    lvlaw03@yahoo.com

JAMES C. MCCARROLL    jmccarroll@reedsmith.com, dturetsky@reedsmith.com;aleonard@reedsmith.com

REGINA M. MCCONNELL    Regina@GinaLaw.com

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com;eseverino@lawlasvegas.com

5

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

BRECK E. MILDE    bmilde@terra-law.com

SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;ltreadway@sheacarlyon.com;mleavitt@sheacarlyon.com;manthony@sheacarlyon.com;kyurchick@sheacarlyon.com

DAVID MINCIN    mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com;eseverino@lawlasvegas.com

JOHN F MURTHA    jmurtha@woodburnandwedge.com

ERVEN T. NELSON    , susan@bolickboyer.com

VICTORIA L NELSON    bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rmoss@nevadafirm.com

JOHN F. O'REILLY    jor@oreillylawgroup.com, tor@oreillylawgroup.com;bc@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com

TIMOTHY R. O'REILLY    tor@oreillylawgroup.com, jor@oreillylawgroup.com;bc@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com

DONNA M. OSBORN    mwalters@marquisaurbach.com, kgallegos@marquisaurbach.com;dosborn@marquisaurbach.com

DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY    info@johnpeterlee.com

THOMAS RICE    trice@coxsmith.com, jbrown@coxsmith.com;aseifert@coxsmith.com

GORDON C. RICHARDS    GCR@ClarkandRichards.com, ALM@ClarkandRichards.com

CHRISTINE A ROBERTS    roberts@shlaw.com, miller@shlaw.com;hill@shlaw.com;mcallister@shlaw.com;maenza@shlaw.com;jacka@shlaw.com

STACY M. ROCHELEAU    stacy@arlawgroup.com, wendy@arlawgroup.com

SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

MICHAEL M. SCHMAHL    mschmahl@mcguirewoods.com
LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

BRIAN D. SHAPIRO    ecf@brianshapirolaw.com, tiffany@brianshapirolaw.com;brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com;marjorie@brianshapirolaw.com

JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;jshea@sheacarlyon.com;manthony@sheacarlyon.com;kyurchick@sheacarlyon.com

SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;mleavitt@sheacarlyon.com;manthony@sheacarlyon.com;kyurchick@sheacarlyon.com

AMBRISH S. SIDHU    ecfnotices@sidhulawfirm.com

JEFFREY SLOANE    lrost@kssattorneys.com

ALAN R SMITH    mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com

ADAM M. STARR    starra@gtlaw.com

DAVID A. STEPHENS    dstephens@lvcm.com

ARIEL E. STERN    sterna@ballardspahr.com, jeromes@ballardspahr.com;waltons@ballardspahr.com;gradyc@ballardspahr.com

PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

ERIC W. SWANIS    swanise@gtlaw.com, barberc@gtlaw.com;driverv@gtlaw.com;chaoa@gtlaw.com;lvlitdock@gtlaw.com

JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com

KAARAN E. THOMAS    kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv)    mmorton@mcdonaldcarano.com

ROLLIN G. THORLEY    rollin.g.thorley@irscounsel.treas.gov

LISA TSAI    ltsai@diamondmccarthy.com, tstone@diamondmccarthy.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

ERIC VAN    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

MICHAEL C. VAN    michael@mvanlaw.com
GREGORY J. WALCH    GWalch@Nevadafirm.com

7

1  RUSSELL S. WALKER    rwalker@wklawpc.com,
2  eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

3  WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

4  KIRBY R WELLS    SMartinez@wellsrawlings.com

5  GREGORY L. WILDE    bk@wildelaw.com

6  RYAN J. WORKS    , kbarrett@mcdonaldcarano.com;dsampson@mcdonaldcarano.com

7  RYAN J. WORKS    rworks@mcdonaldcarano.com,
8  kbarrett@mcdonaldcarano.com;dsampson@mcdonaldcarano.com

9  MICHAEL YODER    myoder@diamondmccarthy.com

10  MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com,
11  bknotices@gordonsilver.com

12  ☒    b.    **By United States mail, postage fully prepaid**:

Michael Tucker
FTI Consulting, Inc.
Two North Central Avenue
Suite 1200
Phoenix, AZ 85004

Marc A. Levinson
Jeffrey D. Hermann
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497

Robert Kinas
Claire Dossier
SNELL & WILMER LLP
3883 HOWARD HUGHES PKW #1100
LAS VEGAS, NV 89169

FORD ELSAESSER
123 S. THIRD, SECOND FLOOR
P. O. BOX 1049
SANDPOINT, ID 83864

DEBORAH D. WILLIAMSON
M. DAVID BRYANT, JR.
COX SMITH MATTHEWS INCORPORATED
112 E. PECAN #1800
SAN ANTONIO, TX 78205

JAMES MACDONALD
BRUCE A. ANDERSON
ELSAESSER JARZABEK ANDERSON MARKS
ELLIOT & MCHUGH, CHARTERED
102 SOUTH EUCLID AVENUE, SUITE 307
P.O BOX 1049
SANDPOINT, IDAHO 83864

MICHAEL W. CARMEL
80 E. COLUMBUS AVENUE
PHOENIX, AZ 85012

BRIAN D. SHAPIRO
LAW OFFICE OF BRIAN D. SHAPIRO
624 SOUTH 9TH STREET
LAS VEGAS, NV 89101

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

8

| | |
|---|---|
| ROBBIN L. ITKIN | Geoffrey L. Berman |
| FRANCIS J. BURKE, JR | Matthew P. Sorenson |
| STEPTOE & JOHNSON LLP | Development Specialists, Inc. |
| 2121 AVENUE OF THE STARS #2800 | 333 South Grand Avenue, Suite 4070 |
| LOS ANGELES, CA 90067 | Los Angeles, CA 90071-1544 |
| | |
| GERALD M GORDON | Rob Charles |
| GREGORY E GARMAN | Susan M. Freeman |
| TALITHA B. GRAY | Lewis and Roca LLP |
| GORDON & SILVER, LTD. | 3993 Howard Hughes Parkway, Suite 600 |
| 3960 HOWARD HUGHES PARKWAY | Las Vegas, NV 89169-5996 |
| LAS VEGAS, NV 89169 | |

☐   c.   **By Personal Service**
   I personally delivered the document(s) to the persons at these addresses:
   ☐   For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.
   ☐   For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐   d.   **By direct email (as opposed to through the ECF System)**
   Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐   e.   **By fax transmission**
   Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐   f.   **By messenger**
   I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:    August 13, 2008

LIA ALLEN                                                    /s/      LIA ALLEN
(Name of Declarant)                                    (Signature of Declarant)

9