# United States Bankruptcy Court
## District of Nevada

**Case No. 06−10725−lbr**
**Chapter 11**

In re:
    USA COMMERCIAL MORTGAGE COMPANY
    fka USA CAPITAL

NOTICE OF ELECTRONIC FILING (NEF) DELIVERY FAILURE

The Clerk's Office received an undeliverable Notice of Electronic Filing (NEF) on 7/28 − 8/10/08 for THOMAS R BROOKSBANK at the following e−mail address: tom@tombrooksbank.com . Please contact the CM/ECF Help Desk at 1−866−232−1266 within ten (10) days of this notice with an alternative e−mail address. If the attorney listed above is no longer with the law firm , a Notice of Appearance and/or Substitution of Counsel must be filed in all cases associated with that attorney.

**PLEASE TAKE NOTICE** that failure to contact the Clerk's Office may result in the removal of this attorney's e−mail address from their CM/ECF account and case(s) in order to stop all subsequent bounced back NEF e−mails. The Clerk's Office may also disable the attorney's CM/ECF account requiring the attorney to contact the court for instructions to reactivate e−filing and e−mail service.

Dated: 8/11/08

                                            BY THE COURT

                                            Mary A. Schott
                                            Clerk of the Bankruptcy Court

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0978-2            User: lgallaghe            Page 1 of 1              Date Rcvd: Aug 11, 2008
Case: 06-10725                  Form ID: bneffail          Total Served: 1

The following entities were served by first class mail on Aug 13, 2008.
aty          +THOMAS R. BROOKSBANK,    BROOKSBANK & ASSOCIATES,    689 SIERRA ROSE DR, STE A2,
               RENO, NV 89511-2076
The following entities were served by electronic transmission.
NONE.                                                                                         TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 13, 2008**                    **Signature:**    _Joseph Speetjens_