1  Annette W. Jarvis, Utah Bar No. 1649
   RAY QUINNEY & NEBEKER P.C.
2  36 South State Street, Suite 1400
   P.O. Box 45385
3  Salt Lake City, Utah 84145-0385
4  Telephone: (801) 532-1500
   Facsimile: (801) 532-7543
5  Email: ajarvis@rqn.com
6  and
7  Lenard E. Schwartzer
   Nevada Bar No. 0399
8  Jeanette E. McPherson
   Nevada Bar No. 5423
9  Schwartzer & McPherson Law Firm
10 2850 South Jones Boulevard, Suite 1
   Las Vegas, Nevada  89146-5308
11 Telephone:  (702) 228-7590
   Facsimile:  (702) 892-0122
12 E-Mail:  bkfilings@s-mlaw.com
   Attorneys for Debtors and Debtors-in-Possession

13
                    **UNITED STATES BANKRUPTCY COURT**
14                        **DISTRICT OF NEVADA**

15 | In re:                                    | Case No. BK-S-06-10725 LBR |
16 | USA COMMERCIAL MORTGAGE COMPANY,          | Case No. BK-S-06-10726 LBR |
   |                               Debtor.     | Case No. BK-S-06-10727 LBR |
17 | In re:                                    | Case No. BK-S-06-10728 LBR |
   | USA CAPITAL REALTY ADVISORS, LLC,         | Case No. BK-S-06-10729 LBR |
18 |                               Debtor.     |                            |
19 | In re:                                    | Chapter 11 |
   | USA CAPITAL DIVERSIFIED TRUST DEED        |            |
20 | FUND, LLC,                                | **Jointly Administered Under** |
   |                               Debtor.     | **Case No. BK-S-06-10725 LBR** |
21 | In re:                                    |            |
22 | USA CAPITAL FIRST TRUST DEED FUND, LLC,   |            |
   |                               Debtor.     |            |
23 | In re:                                    | **MONTHLY OPERATING REPORT** |
   | USA SECURITIES, LLC,                      | **FOR JULY 2008 (AFFECTS USA** |
24 |                               Debtor.     | **COMMERCIAL MORTGAGE** |
   | Affects:                                  | **COMPANY)** |
25 | ☐ All Debtors                             |            |
   | ☒ USA Commercial Mortgage Company         |            |
26 | ☐ USA Capital Realty Advisors, LLC        |            |
   | ☐ USA Capital Diversified Trust Deed Fund, LLC |       |
27 | ☐ USA Capital First Trust Deed Fund, LLC  |            |
28 | ☐ USA Securities, LLC                     |            |

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

P:\USA Commercial Mortgage\Pleadings\Monthly Operating Reports\MOR Coversheet USA Commercial Mortgage.doc

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:  USA Commercial Mortgage Company

Case No.              06-10725-LBR

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(GENERAL BUSINESS CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:**   07/31/08                **PETITION DATE:**        04/13/06

1.    Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___
      the the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
      Dollars reported in        $1

| | End of Current Month | End of Prior Month | As of April 13, 2006 |
|---|---|---|---|
| 2.   **Asset and Liability Structure** | | | |
| a.  Current Assets | $1,536,641 | $1,720,534 | |
| b.  Total Assets | $1,536,641 | $1,720,534 | $122,468,825 |
| c.  Current Liabilities | $13,741 | $182,401 | |
| d.  Total Liabilities | $114,204 | $282,864 | $61,634,630 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3.   **Statement of Cash Receipts & Disbursements for Month** | | | |
| a.  Total Receipts | $1,239 | $1,207 | $40,570,043 |
| b.  Total Disbursements | $185,132 | ($553) | $39,609,634 |
| c.  Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($183,893) | $1,760 | $960,409 |
| d.  Cash Balance Beginning of Month | $1,720,534 | $1,718,774 | $576,231 |
| e.  Cash Balance End of Month (c + d) | $1,536,641 | $1,720,534 | $1,536,641 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4.   **Profit/(Loss) from the Statement of Operations** | ($15,233) | $1,511 | ($37,585,456) |
| 5.   **Account Receivables (Pre and Post Petition)** | $0 | $0 | |
| 6.   **Post-Petition Liabilities** | $13,741 | $182,401 | |
| 7.   **Past Due Post-Petition Account Payables (over 30 days)** | $0 | $0 | |

**At the end of this reporting month:**

| | | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | x | |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | x | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | x |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | | x |
| 13. | Are a plan and disclosure statement on file? | x | |
| 14. | Was there any post-petition borrowing during this reporting period? | | x |

15.   Check if paid: Post-petition taxes   __X__ ;         U.S. Trustee Quarterly Fees   __X__ ; Check if filing is current for: Post-petition
      tax reporting and tax returns:     __X__ .
      (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax
      reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry
believe these documents are correct.

Date:      8/15/2008 0:00

_____
Responsible Individual

## STATEMENT OF OPERATIONS
### (General Business Case)
For the Month Ended 07/31/08

| Current Month Actual | Forecast | Variance | | | Cumulative (Case to Date) | Next Month Forecast |
|---|---|---|---|---|---|---|
| | | | | **Revenues:** | | |
| | | $0 | 1 | Gross Sales | $21,102,796 | |
| | | $0 | 2 | less: Sales Returns & Allowances | | |
| $0 | $0 | $0 | 3 | Net Sales | $21,102,796 | $0 |
| $0 | | $0 | 4 | less: Cost of Goods Sold        (Schedule 'B') | | |
| $0 | $0 | $0 | 5 | Gross Profit | $21,102,796 | $0 |
| $1,239 | | $1,239 | 6 | Interest | $363,648 | |
| | | $0 | 7 | Other Income: | $8,044 | |
| | | $0 | 8 | Intercompany allocations | $334,467 | |
| | | $0 | 9 | Gain on Sale of Assets | $1,609,428 | |
| | | | | | | |
| $1,239 | $0 | $1,239 | 10 | **Total Revenues** | $23,418,383 | $0 |
| | | | | **Expenses:** | | |
| | | $0 | 11 | Compensation to Owner(s)/Officer(s) | | |
| | | $0 | 12 | Salaries | $1,774,342 | |
| | | $0 | 13 | Commissions | $140,833 | |
| | | $0 | 14 | Contract Labor | | |
| | | | | Rent/Lease: | | |
| | | $0 | 15 | Personal Property | $8,861 | |
| | | $0 | 16 | Real Property | $543,557 | |
| | | $0 | 17 | Insurance | $71,737 | |
| | | $0 | 18 | Management Fees | | |
| | | $0 | 19 | Depreciation | $176,590 | |
| | | | | Taxes: | | |
| | | $0 | 20 | Employer Payroll Taxes | $98,105 | |
| | | $0 | 21 | Real Property Taxes | | |
| | | $0 | 22 | Other Taxes | $55,192 | |
| | | $0 | 23 | Other Selling | $51,187 | |
| $3,472 | | ($3,472) | 24 | Other Administrative | $1,028,110 | |
| | | $0 | 25 | Interest | $4,556 | |
| | | $0 | 26 | Other Expenses: | | |
| | | $0 | 27 | Loss on Tranfer to Trustee | $37,209,246 | |
| | | $0 | 28 | | | |
| | | $0 | 29 | | | |
| | | $0 | 30 | | | |
| | | $0 | 31 | | | |
| | | $0 | 32 | | | |
| | | $0 | 33 | | | |
| | | $0 | 34 | | | |
| | | | | | | |
| $3,472 | $0 | ($3,472) | 35 | **Total Expenses** | $41,162,316 | $0 |
| | | | | | | |
| ($2,233) | $0 | ($2,233) | 36 | **Subtotal** | ($17,743,933) | $0 |
| | | | | **Reorganization Items:** | | |
| | | $0 | 37 | Professional Fees | ($19,777,396) | |
| | | $0 | 38 | Provisions for Rejected Executory Contracts | | |
| | | $0 | 39 | Interest Earned on Accumulated Cash from | | |
| | | | | Resulting Chp 11 Case | | |
| | | $0 | 40 | Gain or (Loss) from Sale of Equipment | | |
| ($13,000) | | $13,000 | 41 | U.S. Trustee Quarterly Fees | ($64,127) | |
| | | $0 | 42 | | | |
| | | | | | | |
| ($13,000) | $0 | $13,000 | 43 | **Total Reorganization Items** | ($19,841,523) | $0 |
| | | | | | | |
| ($15,233) | $0 | | 44 | **Net Profit (Loss) Before Federal & State Taxes** | ($37,585,456) | $0 |
| | | $0 | 45 | Federal & State Income Taxes | | |
| | | | | | | |
| ($15,233) | $0 | $0 | 46 | **Net Profit (Loss)** | ($37,585,456) | $0 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

## BALANCE SHEET
### (General Business Case)
**For the Month Ended** <u>07/31/08</u>

**Assets**

|  |  | From Schedules | Market Value[1] |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $1,536,641 |
| 2 | Cash and cash equivalents - restricted | | |
| 3 | Accounts receivable (net) | A | |
| 4 | Inventory | B | |
| 5 | Prepaid expenses | | |
| 6 | Professional retainers | | |
| 7 | Other: | | |
| 8 | | | |
| 9 | **Total Current Assets** | | $1,536,641 |
| | **Property and Equipment (Market Value)** | | |
| 10 | Real property | C | |
| 11 | Machinery and equipment | D | |
| 12 | Furniture and fixtures | D | |
| 13 | Office equipment | D | |
| 14 | Leasehold improvements | D | |
| 15 | Vehicles | D | |
| 16 | Other: | D | |
| 17 | | D | |
| 18 | | D | |
| 19 | | D | |
| 20 | | D | |
| 21 | **Total Property and Equipment** | | $0 |
| | **Other Assets** | | |
| 22 | Loans to shareholders | | |
| 23 | Loans to affiliates | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | **Total Other Assets** | | $0 |
| 29 | **Total Assets** | | $1,536,641 |

**NOTE:**

Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

1 - The method used to estimate the market value of assets was net book value at the end of the current reporting period as market value has not been determined.

# Liabilities and Equity
### (General Business Case)

**Liabilities From Schedules**

    **Post-Petition**

        **Current Liabilities**

| | | | |
|---|---|---|---:|
| 30 | Salaries and wages | | |
| 31 | Payroll taxes | | |
| 32 | Real and personal property taxes | | |
| 33 | Income taxes | | |
| 34 | Sales taxes | | |
| 35 | Notes payable (short term) | | |
| 36 | Accounts payable (trade) | A | $1,355 |
| 37 | Real property lease arrearage | | |
| 38 | Personal property lease arrearage | | |
| 39 | Accrued professional fees | | $12,386 |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | |
| 41 | Other: | | |
| 42 | | | |
| 43 | | | |
| 44 | **Total Current Liabilities** | | $13,741 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | |
| 46 | **Total Post-Petition Liabilities** | | $13,741 |

    **Pre-Petition Liabilities (allowed amount)[1]**

| | | | |
|---|---|---|---:|
| 47 | Secured claims[1] | F | $0 |
| 48 | Priority unsecured claims[1] | F | $100,463 |
| 49 | General unsecured claims[1] | F | |
| 50 | **Total Pre-Petition Liabilities** | | $100,463 |
| 51 | **Total Liabilities** | | $114,204 |

**Equity (Deficit)**

| | | |
|---|---|---:|
| 52 | Retained Earnings/(Deficit) at time of filing | $38,932,893 |
| 53 | Capital Stock | $75,000 |
| 54 | Additional paid-in capital | |
| 55 | Cumulative profit/(loss) since filing of case | ($37,585,456) |
| 56 | Post-petition contributions/(distributions) or (draws) | |
| 57 | | |
| 58 | Market value adjustment | |
| 59 | **Total Equity (Deficit)** | $1,422,437 |
| 60 | **Total Liabilities and Equity (Deficit)** | $1,536,641 |

**NOTE:**

    1 - Allowed Amounts have not yet been determined and are contigent upon approval from the Bankruptcy Court.  The pre-petition liabilities' amounts above reflect the claimed amounts filed on Schedules.

# SCHEDULES TO THE BALANCE SHEET
### (General Business Case)

### Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | | $1,355 | |
| 31-60 Days | | $0 | |
| 61-90 Days | | $0 | $0 |
| 91+ Days | | $0 | |
| Total accounts receivable/payable | $0 | $1,355 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $0 | | |

### Schedule B
### Inventory/Cost of Goods Sold

| Types and Amount of Inventory(ies) | Inventory(ies) Balance at End of Month | Cost of Goods Sold | |
|---|---|---|---|
| | | **Inventory Beginning of Month** | |
| | | Add - | |
| Retail/Restaurants - | | Net purchase | |
|   Product for resale | | Direct labor | |
| | | Manufacturing overhead | |
| Distribution - | | Freight in | |
|   Products for resale | | Other: | |
| | | | |
| Manufacturer - | | | |
|   Raw Materials | | | |
|   Work-in-progress | | Less - | |
|   Finished goods | | Inventory End of Month | |
| | | Shrinkage | |
| Other - Explain | | Personal Use | |
| | | | |
| | | Cost of Goods Sold | $0 |
| TOTAL | $0 | | |

| Method of Inventory Control | Inventory Valuation Methods |
|---|---|
| Do you have a functioning perpetual inventory system? | Indicate by a checkmark method of inventory used. |
| Yes ___  No ___ | |
| How often do you take a complete physical inventory? | Valuation methods - |
| | FIFO cost ___ |
| Weekly ___ | LIFO cost ___ |
| Monthly ___ | Lower of cost or market ___ |
| Quarterly ___ | Retail method ___ |
| Semi-annually ___ | Other ___ |
| Annually ___ | Explain |
| Date of last physical inventory was ___ | |
| | |
| Date of next physical inventory is ___ | |

**Schedule C**
**Real Property**

| Description | Cost | Market Value |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |

**Schedule D**
**Other Depreciable Assets**

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |
| Furniture & Fixtures - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |
| Office Equipment - | | |
| | | |
| Total | $0 | $0 |
| Leasehold Improvements - | | |
| | | |
| | | |
| Total | $0 | $0 |
| Vehicles - | | |
| | | |
| | | |
| Total | $0 | $0 |

Revised 1/1/98

**Schedule E**
**Aging of Post-Petition Taxes**
**(As of End of the Current Reporting Period)**

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

**Schedule F**
**Pre-Petition Liabilities**

| List Total Claims For Each Classification - | Claimed[1] Amount | Allowed[2] Amount (b) |
|---|---|---|
| Secured claims  (a) | | |
| Priority claims other than taxes | $48,580 | |
| Priority tax claims | $51,883 | |
| General unsecured claims | | |

(a)   List total amount of claims even it under secured.

(b)   Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

**Schedule G**
**Rental Income Information**
**Not applicable to General Business Cases**

**Schedule H**
**Recapitulation of Funds Held at End of Month**

| | Account 1 | Account 2 | Account 3 | Account 4 | Account 5 |
|---|---|---|---|---|---|
| Bank | Bank of America | Bank of America | | | |
| Account Type | Analyzed Checking | Money Market | | | |
| Account No. | 3755532383 | 3755547789 | | | |
| Account Purpose | General | Money Market | | | |
| Balance, End of Month | $68,527 | $1,468,114 | | | |
| Total Funds on Hand for all Accounts | $1,536,641 | | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

**NOTES:**

1 - Claimed Amounts reflects amounts filed on schedules and is subject to change as proof of claims are filed and further pre-petition invoices are identified.

2 - Allowed Amounts have not yet been determined and are contingent upon approval from the Bankruptcy Court.

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
**For the Month Ended** 07/31/08

| | | Actual<br>Current Month | Cumulative<br>(Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | $7,861,555 |
| 3 | Interest Received | $1,239 | $553,245 |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | $5,000 |
| 6 | Capital Contributions | | |
| 7 | Management Fees from USA Capital Realty Advisors, LLC | | $1,564,093 |
| 8 | Tax, Security Deposit, and Other Refunds | | $8,929 |
| 9 | Principal Received on Notes Receivable | | $82,832 |
| 10 | Escrow Deposit/Sale Proceeds/Effective Date Transfer | | $30,494,389 |
| 11 | | | $0 |
| 12 | **Total Cash Receipts** | $1,239 | $40,570,043 |
| | **Cash Disbursements** | | |
| 13 | Payments for Inventory | | |
| 14 | Selling | | $2,619 |
| 15 | Administrative | $3,479 | $933,432 |
| 16 | Capital Expenditures | | |
| 17 | Principal Payments on Debt | | $150,645 |
| 18 | Interest Paid | | $4,888 |
| | Rent/Lease: | | |
| 19 | Personal Property | | $9,963 |
| 20 | Real Property | | $569,426 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 21 | Salaries | | |
| 22 | Draws | | |
| 23 | Commissions/Royalties | | |
| 24 | Expense Reimbursements | | |
| 25 | Other | | |
| 26 | Salaries/Commissions (less employee withholding) | | $1,740,393 |
| 27 | Management Fees | | |
| | Taxes: | | |
| 28 | Employee Withholding | | $213,091 |
| 29 | Employer Payroll Taxes | | $94,063 |
| 30 | Real Property Taxes | | |
| 31 | Other Taxes | | $27,086 |
| 32 | Other Cash Outflows: | | |
| 33 | Professional Fees Paid in Connection with Chapter 11 Case | $18,653 | $19,155,076 |
| 34 | U.S. Trustee Quarterly Fees | $13,000 | $63,875 |
| 35 | Escrow Deposit/Interpleader Settlement/Transfer to Trustee | $150,000 | $9,613,935 |
| 36 | DTDF & PBGC Settlement | | $7,031,142 |
| 37 | | | |
| 38 | **Total Cash Disbursements:** | $185,132 | $39,609,634 |
| 39 | **Net Increase (Decrease) in Cash** | ($183,893) | $960,409 |
| 40 | **Cash Balance, Beginning of Period** | $1,720,534 | $576,231 |
| 41 | **Cash Balance, End of Period** | $1,536,641 | $1,536,641 |

Revised 1/1/98

# STATEMENT OF CASH FLOWS
## (Optional) Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended  07/31/08

|  | | Actual<br>Current Month | Cumulative<br>(Case to Date) |
|---|---|---:|---:|
| | **Cash Flows From Operating Activities** | | |
| 1 | Cash Received from Sales | | $7,861,555 |
| 2 | Rent/Leases Collected | | |
| 3 | Interest Received | $1,239 | $553,245 |
| 4 | Cash Paid to Suppliers | | |
| 5 | Cash Paid for Selling Expenses | | $2,619 |
| 6 | Cash Paid for Administrative Expenses | $3,479 | $933,432 |
| | Cash Paid for Rents/Leases: | | |
| 7 | Personal Property | | $9,963 |
| 8 | Real Property | | $569,426 |
| 9 | Cash Paid for Interest | | $4,888 |
| 10 | Cash Paid for Net Payroll and Benefits | | $1,740,393 |
| | Cash Paid to Owner(s)/Officer(s) | | |
| 11 | Salaries | | |
| 12 | Draws | | |
| 13 | Commissions/Royalties | | |
| 14 | Expense Reimbursements | | |
| 15 | Other | | |
| | Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
| 16 | Employer Payroll Tax | | $94,063 |
| 17 | Employee Withholdings | | $213,091 |
| 18 | Real Property Taxes | | |
| 19 | Other Taxes | | $27,086 |
| 20 | Cash Paid for General Expenses | | |
| 21 | Management Fees from USA Capital Realty Advisors, LLC | | ($1,564,093) |
| 22 | Tax, Security Deposit, and Other Refunds | | ($8,929) |
| 23 | Principal Received on Notes Receivable | | ($82,832) |
| 24 | | | $0 |
| 25 | | | |
| 26 | | | |
| 27 | **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | ($2,240) | $6,475,693 |
| | **Cash Flows From Reorganization Items** | | |
| 28 | Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| 29 | Professional Fees Paid for Services in Connection with Chp 11 Case | $18,653 | $19,155,076 |
| 30 | U.S. Trustee Quarterly Fees | $13,000 | $63,875 |
| 31 | Escrow Deposit & Settlement/Sale Proceeds/Effective Date Transfer/Settlements | $150,000 | ($13,849,312) |
| 32 | **Net Cash Provided (Used) by Reorganization Items** | ($181,653) | ($5,369,639) |
| 33 | **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | ($183,893) | $1,106,054 |
| | **Cash Flows From Investing Activities** | | |
| 34 | Capital Expenditures | | |
| 35 | Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| 36 | | | |
| 37 | **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
| | **Cash Flows From Financing Activities** | | |
| 38 | Net Borrowings (Except Insiders) | | |
| 39 | Net Borrowings from Shareholders, Partners, or Other Insiders | | $5,000 |
| 40 | Capital Contributions | | |
| 41 | Principal Payments | | $150,645 |
| 42 | | | |
| 43 | **Net Cash Provided (Used) by Financing Activities** | $0 | ($145,645) |
| 44 | **Net Increase (Decrease) in Cash and Cash Equivalents** | ($183,893) | $960,409 |
| 45 | **Cash and Cash Equivalents at Beginning of Month** | $1,720,534 | $576,231 |
| 46 | **Cash and Cash Equivalents at End of Month** | $1,536,641 | $1,536,641 |

Revised 1/1/98

**USA Commercial Mortgage Company**
**Question 9 - Payments to Professionals**
**July 1 2008 - July 31, 2008**

|  | Total Paid During Month |
|---|---|
| Ray, Quinney & Nebeker, PC | $    18,653.23 |
| **Total Fees & Expenses** | **$    18,653.23** |