E-filed: August 20, 2008

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone:   (916) 447-9200
Facsimile:   (916) 329-4900
Email:         malevinson@orrick.com
                   jhermann@orrick.com
                   sdon@orrick.com

Robert Kinas (Nevada Bar No. 6019)
Claire Dossier (Nevada Bar No. 10030)
SNELL & WILMER LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone:   (702) 784-5200
Fax:              (702) 784-5252
Email:          rkinas@swlaw.com
                    cdossier@swlaw.com

*ATTORNEYS FOR USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                          Debtors | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter Number: 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| Affects:<br>☐  All Debtors<br>☐  USA Commercial Mortgage Company<br>☐  USA Securities, LLC<br>☐  USA Capital Realty Advisors, LLC<br>☒  USA Capital Diversified Trust Deed Fund, LLC<br>☐  USA First Trust Deed Fund, LLC | **CERTIFICATE OF SERVICE** |

On August 20, 2008, I served **USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC FIFTH QUARTERLY REPORT** for Snell & Wilmer L.L.P. and Orrick, Herrington & Sutcliffe LLP, attorneys for USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, in the above matter via the following means to the persons as listed below:

/ / /

/ / /

/ / /

/ / /

9036568.1

**VIA ECF SYSTEM**:

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L. ALLF    nancy_allf@gshllp.com, karen_lawrence@gshllp.com;anne_pieroni@gshllp.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

PETER C. BERNHARD    peter.bernhard@bullivant.com, michelle.diegel@bullivant.com

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;mjohn@bmcgroup.com

GEORGANNE W. BRADLEY    georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R. BROOKSBANK    tom@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA    lbubala@jonesvargas.com, tbw@jonesvargas.com;aanthony@jonesvargas.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com;jrammos@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;manthony@sheacarlyon.com;kyurchick@sheacarlyon.com

MICHAEL W. CARMEL    michael@mcarmellaw.com, nancy@mcarmellaw.com;ritkin@steptoe.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com

JANET L. CHUBB    tbw@jonesvargas.com

JANET L. CHUBB    tbw@jonesvargas.com

DAVID A. COLVIN    mwalters@marquisaurbach.com, dcolvin@marquisaurbach.com;kgallegos@marquisaurbach.com

WILLIAM D COPE    cope_guerra@yahoo.com

LAUREL E. DAVIS    ldavis@fclaw.com, mhurtado@fclaw.com

9036568.1

- 2 -

| | |
|---|---|
| THOMAS W. DAVIS | twd@h2law.com |
| DEBT ACQUISITION COMPANY OF AMERICA V, LLC (aw) | awhatnall@daca4.com |
| J CRAIG DEMETRAS | JCD@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras-oneill.com |
| ALLAN B. DIAMOND | adiamond@diamondmccarthy.com |
| RICHARD I. DREITZER | rdreitzer@yahoo.com |
| THOMAS H. FELL | BANKRUPTCYNOTICES@GORDONSILVER.COM;bknotices@gordonsilver.com |
| SCOTT D. FLEMING | sfleming@halelane.com |
| GREGORY E GARMAN | bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com |
| DOUGLAS D. GERRARD | DGERRARD@GERRARD-COX.COM, ekaymedellin@gerrard-cox.com |
| WADE B. GOCHNOUR | WBG@h2law.com, bd@h2law.com;grm@h2law.com |
| LEIGH T GODDARD | lgoddard@mcdonaldcarano.com, pmiller@mcdonaldcarano.com |
| CARLOS A. GONZALEZ | carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov:Mary.Booker@usdoj.gov |
| GERALD M GORDON | bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com |
| R. VAUGHN GOURLEY | vgourley@lvcm.com |
| TALITHA B. GRAY | bankruptcynotices@gordonsilver.com;bknotices@gordonsilver.com |
| JAMES D. GREENE | bknotice@bhfs.com |
| MARK H. GUNDERSON | creinebold@gundersonlaw.com |
| MARJORIE A. GUYMON | bankruptcy@goldguylaw.com, ddias@goldguylaw.com;tracyg@goldguylaw.com |
| PETER W. GUYON | pguyon@yahoo.com |
| XANNA R. HARDMAN | xanna.hardman@gmail.com |
| STEPHEN R HARRIS | noticesbh&p@renolaw.biz |
| JEFFREY L HARTMAN | notices@bankruptcyreno.com, dle@bankruptcyreno.com |
| WILLIAM H HEATON | will@nwhltd.com, denisse@nwhltd.com |
| BRIGID M. HIGGINS | bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com |
| JOHN HINDERAKER | JHinderaker@LRLaw.com, RCreswell@LRLaw.com |

9036568.1

- 3 -

| | |
|---|---|
| 1 | |
| 2 | RICHARD F. HOLLEY    rholley@nevadafirm.com, paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com |
| 3 | |
| 4 | RANDOLPH L. HOWARD    rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com |
| 5 | DAVID W. HUSTON    dwh@hustonlaw.net |
| 6 | JASON A. IMES    bkfilings@s-mlaw.com |
| 7 | ROBBIN L. ITKIN    ritkin@steptoe.com, khollingsworth@steptoe.com;skopman@steptoe.com;keckert@steptoe.com;jgoldman@steptoe.com;kpiper@steptoe.com |
| 8 | |
| 9 | CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com |
| 10 | EVAN L. JAMES    ejameslv@gmail.com, kbchrislaw@aol.com |
| 11 | LARRY C. JOHNS    lcjohns100@embarqmail.com |
| 12 | ERIN E. JONES    ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com |
| 13 | TY E. KEHOE    TyKehoeLaw@aol.com |
| 14 | ROBERT R. KINAS    rkinas@swlaw.com, jmcbee@swlaw.com;jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring.com;vcampbell@swlaw.com |
| 15 | |
| 16 | DEAN T. KIRBY    dkirby@kirbymac.com, gsparks@kirbymac.com;lackerman@kirbymac.com |
| 17 | KENT F. LARSEN    kfl@slwlaw.com |
| 18 | ZACHARIAH LARSON    ecf@lslawnv.com, susans@lslawnv.com |
| 19 | JOHN J. LAXAGUE    jlaxague@caneclark.com |
| 20 | GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net |
| 21 | NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com;kgregos@klnevada.com |
| 22 | |
| 23 | ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net |
| 24 | STEPHEN T LODEN    sloden@diamondmccarthy.com |
| 25 | TYSON M. LOMAZOW    tlomazow@milbank.com |
| 26 | ANNE M. LORADITCH    lvecffilings@gtlaw.com, loraditcha@gtlaw.com;koisp@gtlaw.com;lvlitdock@gtlaw.com;jenkinsm@gtlaw.com |
| 27 | TIMOTHY A LUKAS    ECFLukast@halelane.com |
| 28 | ERIC D. MADDEN    emadden@diamondmccarthy.com, jsickels@diamondmccarthy.com |

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

9036568.1

- 4 -

1. PATRICIA A. MARR    lvlaw03@yahoo.com

2. JAMES C. MCCARROLL    jmccarroll@reedsmith.com, dturetsky@reedsmith.com;aleonard@reedsmith.com

3. REGINA M. MCCONNELL    Regina@GinaLaw.com

4. WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

5. RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com;eseverino@lawlasvegas.com

6. JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

7. BRECK E. MILDE    bmilde@terra-law.com

8. SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;ltreadway@sheacarlyon.com;mleavitt@sheacarlyon.com;manthony@sheacarlyon.com;kyurchick@sheacarlyon.com

9. DAVID MINCIN    mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com;eseverino@lawlasvegas.com

10. JOHN F MURTHA    jmurtha@woodburnandwedge.com

11. ERVEN T. NELSON    , susan@bolickboyer.com

12. VICTORIA L NELSON    bkecf@nevadafirm.com, vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rmoss@nevadafirm.com

13. JOHN F. O'REILLY    jor@oreillylawgroup.com, tor@oreillylawgroup.com;bc@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com

14. TIMOTHY R. O'REILLY    tor@oreillylawgroup.com, jor@oreillylawgroup.com;bc@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com

15. DONNA M. OSBORN    mwalters@marquisaurbach.com, kgallegos@marquisaurbach.com;dosborn@marquisaurbach.com

16. DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

17. PAUL C RAY    info@johnpeterlee.com

18. THOMAS RICE    trice@coxsmith.com, jbrown@coxsmith.com;aseifert@coxsmith.com

19. GORDON C. RICHARDS    GCR@ClarkandRichards.com, ALM@ClarkandRichards.com

20. CHRISTINE A ROBERTS    roberts@shlaw.com, miller@shlaw.com;hill@shlaw.com;mcallister@shlaw.com;maenza@shlaw.com;jacka@shlaw.com

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

9036568.1

- 5 -

| | |
|---|---|
| 1 | STACY M. ROCHELEAU     stacy@arlawgroup.com, wendy@arlawgroup.com |
| 2 | SUSAN WILLIAMS SCANN     sscann@deanerlaw.com, palexander@deanerlaw.com |
| 3 | MICHAEL M. SCHMAHL     mschmahl@mcguirewoods.com |
| 4 | LENARD E. SCHWARTZER     bkfilings@s-mlaw.com |
| 5-6 | BRIAN D. SHAPIRO     ecf@brianshapirolaw.com, tiffany@brianshapirolaw.com;brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com;marjorie@brianshapirolaw.com |
| 7-8 | JAMES PATRICK SHEA     bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;jshea@sheacarlyon.com;manthony@sheacarlyon.com;kyurchick@sheacarlyon.com |
| 9-10 | SHLOMO S. SHERMAN     ssherman@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;mleavitt@sheacarlyon.com;manthony@sheacarlyon.com;kyurchick@sheacarlyon.com |
| 11 | AMBRISH S. SIDHU     ecfnotices@sidhulawfirm.com |
| 12 | JEFFREY SLOANE     lrost@kssattorneys.com |
| 13-14 | ALAN R SMITH     mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com |
| 15 | ADAM M. STARR     starra@gtlaw.com |
| 16 | DAVID A. STEPHENS     dstephens@lvcm.com |
| 17 | ARIEL E. STERN     sterna@ballardspahr.com, jeromes@ballardspahr.com;waltons@ballardspahr.com;gradyc@ballardspahr.com |
| 18 | PETER SUSI     cheryl@msmlaw.com, msm@msmlaw.com |
| 19-20 | ERIC W. SWANIS     swanise@gtlaw.com, barberc@gtlaw.com;driverv@gtlaw.com;chaoa@gtlaw.com;lvlitdock@gtlaw.com |
| 21 | JEFFREY R. SYLVESTER     jeff@sylvesterpolednak.com |
| 22 | KAARAN E. THOMAS     kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com |
| 23 | KAARAN E THOMAS (lv)     mmorton@mcdonaldcarano.com |
| 24 | ROLLIN G. THORLEY     rollin.g.thorley@irscounsel.treas.gov |
| 25 | LISA TSAI     ltsai@diamondmccarthy.com, tstone@diamondmccarthy.com |
| 26 | U.S. TRUSTEE - LV - 11     USTPRegion17.lv.ecf@usdoj.gov |
| 27 | ERIC VAN     bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com |
| 28 | MICHAEL C. VAN     michael@mvanlaw.com |

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

| | |
|---|---|
| 1 | GREGORY J. WALCH     GWalch@Nevadafirm.com |
| 2 | RUSSELL S. WALKER    rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com |
| 3 | |
| 4 | WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com |
| 5 | KIRBY R WELLS    SMartinez@wellsrawlings.com |
| 6 | GREGORY L. WILDE    bk@wildelaw.com |
| 7 | RYAN J. WORKS    , kbarrett@mcdonaldcarano.com;dsampson@mcdonaldcarano.com |
| 8 | RYAN J. WORKS    rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com;dsampson@mcdonaldcarano.com |
| 9 | MICHAEL YODER    myoder@diamondmccarthy.com |
| 10 | MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com |

**VIA E-MAIL**:

Richard I. Dreitzer    ridreitz@ag.state.nv.us

George A. Davis    george.davis@cwt.com

Deborah D. Williamson    dwilliamson@coxsmith.com

Geoffrey L. Berman    gberman@dsi.biz

Allan B. Diamond    adiamond@diamondmccarthy.com

Eric Madden    emadden@diamondmccarthy.com

Michael Tucker    Michael.tucker@fticonsulting.com

Robert P. Goe    rgoe@goeforlaw.com

Gerald M. Gordon    gmg@gordonsilver.com

Gregory E. Garman    geg@gordonsilver.com

Janet L. Chubb    jlc@jonesvargas.com; tbw@jonesvargas.com

Dean T. Kirby, Jr.    dkirby@kirbymac.com

John Hebert    jhebert@kirbymac.com

Susan M. Freeman    sfreeman@lrlaw.com

Rob Charles    rcharles@lrlaw.com

Michelle Abrams    mabrams@mabramslaw.com

9036568.1

- 7 -

1  Richard W. Esterkin    resterkin@morganlewis.com

2  Asa S. Hami    Ahami@morganlewis.com

3  Jeffrey D. Hermann    jhermann@orrick.com

4  Marc A. Levinson    malevinson@orrick.com

5  William J. Ovca, Jr., Trustee    N1GL@aol.com

6  Brian D. Shapiro    bshapiro@brianshapirolaw.com

7  Robbin L. Itkin    ritkin@steptoe.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 20th day of August, 2008.

*Jill Math*
Jill Math

9036568.1

- 8 -