**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 18024
Email: jhinderaker@lrlaw.com
Marvin Ruth, NV State Bar No. 10979

Attorneys for USACM Liquidating Trust

E-Filed on 8/22/08

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[1]<br><br>USA Securities, LLC,[2]<br>                                    Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[1]<br>Case No. BK-S-06-10729-LBR[2]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Status And Agenda For August 26, 2008 Hearings**<br><br>Hearing Date:  August 26, 2008<br>Hearing Time: 9:30 a.m.<br>                       10:30 a.m. |

**Agenda for 9:30 a.m.**

　　　1.　　**Motion to Quash** *Subpoenas and or for Protective Order; Objection to Notices of 2004 Examination with Certificate of Mailing* Filed by SUSAN WILLIAMS SCANN on behalf of ROBERT A. RUSSELL [DE 6176]

---

[1] This bankruptcy case was closed on October 12, 2007.

[2] This bankruptcy case was closed on December 26, 2007.

1

1963994.1

| | | |
|---|---|---|
| **Response Filed:**<br>4/25/2008 | | Response *to Objection to Notices of 2004 Examinations, Motion to Quash Subpoenas and or for Protective Order and Motion for Limitation of Rule 2004 Examinations* Filed by ROBERT R. KINAS on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC  [DE 6255]. |
| **Reply Filed:**<br>5/02/2008 | | Reply with Certificate of Service Filed by SUSAN WILLIAMS SCANN on behalf of ROBERT A RUSSELL [DE 6303] |
| **Stipulation Filed:**<br>7/11/2008 | | Stipulation By ROBERT A. RUSSELL and Between USA Capital Diversified Trust Deed Fund, LLC *with Certificate of Service* Filed by SUSAN WILLIAMS SCANN on behalf of ROBERT A. RUSSELL [DE 6517] |
| 7/14/2008 | | Stipulation to Continue Hearing on Motion to Quash Subpoenas and or for Protective Order and Motion for Limitation of Rule 2004 Examination [DE 6518] |
| **Status** | | Continued from 5/08/2008 and 7/14/2008. |

    2.    Adv. 06-01251-lbr, USACM Liquidating Trust v. Reale, et al., **Motion to Compel** *Motion to Compel Defendant to Respond to Post-Judgment Discovery* Filed by ERIC D. MADDEN on behalf of USACM LIQUIDATING TRUST [DE 159]

| | | |
|---|---|---|
| **Status:** | | The USACM Liquidating Trust is in settlement discussions with Mr. Reale, but needs his discovery responses in order to have a meaningful settlement discussion.  The parties may reach an agreement on these issues prior to the hearing.  If not, however, they will present any remaining disputes to the Court. |

**Agenda for 10:30 a.m.**

    1.    Adv. 08-01114-lbr, USACM Liquidating Trust v. Shober Consulting, Inc., **Scheduling Conference** [DE 8]

**Complaint Filed:**
**4/11/08**        USACM Liquidating Trust Complaint *To Avoid And Recover Pre-Petition Transfers* Filed by USACM Liquidating Trust vs. Shober Consulting, Inc. [DE 1]

1963994.1

| | | |
|---|---|---|
| **Answer Filed:** 8/8/08 | Answer to Complaint *With Certificate Of Service* (Related Doc # Filed by WILLIAM H. HEATON on behalf of SHOBER CONSULTING, INC. [DE 14] |
| **Status:** | Ready to commence discovery. Defendant's answer was filed on August 8, 2008. Parties have not yet met and conferred, which must occur before September 8, 2008. The Court may wish to continue this conference until a November omnibus calendar. |

    2.  Adv. 08-01115-lbr, USACM Liquidating Trust v. Stupak, **Scheduling Conference** [DE 4]

| | |
|---|---|
| **Complaint Filed:** 4/11/08 | Complaint *To Avoid And Recover Pre-Petition Transfers* Filed by USACM Liquidating Trust vs. Bob Stupak [DE 1] |
| **Answer Filed:** 7/9/08 | Amended Answer to Complaint (Second) and Counterclaim for Setoff filed by Richard M. McKnight on behalf of Bob Stupak [DE 16] |
| **Discovery Plan Filed:** 7/18/08 | Discovery Plan filed on behalf of USACM Liquidating Trust [DE 19] |
| **Status:** | A Settlement Agreement is being finalized. |

    3.  Adv. 08-01116-lbr, USACM Liquidating Trust v. Greenwald, Pauly Foster & Miller, **Scheduling Conference** [DE 4]

| | |
|---|---|
| **Complaint Filed:** 4/11/08 | Complaint to Avoid and Recover Pre-Petition Transfers filed by USACM Liquidating Trust v. Greenwald, Pauly Foster & Miller [DE 1] |
| **Status:** | A Settlement Agreement is being finalized. |

    4.  Adv. 08-01117-lbr, USACM Liquidating Trust v. Rentz, **Scheduling Conference** [DE 4]

| | |
|---|---|
| **Complaint Filed:** 4/11/08 | Complaint to Avoid and Recover Pre-Petition Transfers filed by USACM Liquidating Trust v. Rentz [DE 1] |
| **Answer Filed:** 5/30/08 | Answer to Complaint and Affirmative Defense filed by David Rentz [DE 10] |

| | | |
|---|---|---|
| **Status:** | | A Settlement Agreement is being finalized. |

     5.  Adv. 08-01118-lbr, USACM Liquidating Trust v. Cadeski, **Scheduling Conference** [DE 4]

| | |
|---|---|
| **Complaint Filed:** 4/11/08 | Complaint to Avoid and Recover Pre-Petition Transfers filed by USACM Liquidating Trust v. Cadeski [DE 1] |
| **Status:** | Service of the summons and complaint has not yet been accomplished on the Defendant, a resident of Canada. The Court may wish to continue this hearing to the November omnibus calendar. |

     6.  Adv. 08-01119-lbr, USACM Liquidating Trust v. Russell et al., **Scheduling Conference** [DE 14]

| | |
|---|---|
| **Complaint Filed:** 4/11/08 | *USACM LIQUIDATING TRUST'S ORIGINAL COMPLAINT, CLAIM OBJECTIONS, AND COUNTERCLAIMS* Filed by USACM Liquidating Trust vs. Robert A Russell, Deborah Russell, Russell A D Development Group, LLC, Freeway 101 USA Investors, LLC, Fwy 101 Loop RAR Investment, LLC, Boise/Gowen, LLC, BG/93 Investments, LLC, Copper Sage Commerce Center, LLC, DER NV Invesco, LLC, SVRB Investments, LLC [DE 1]. |
| **Answer Filed:** 6/30/08 | Answer to Complaint *Defendants' Answers to USACM Liquidating Trust's Original Complaint, Claim Objections, and Counterclaims with Certificate of Service* (Related Doc # 1) Filed by SUSAN WILLIAMS SCANN on behalf of BG/93 INVESTMENTS, LLC, BOISE/GOWEN 93, LLC, COPPER SAGE COMMERCE CENTER, LLC, DER NV INVESCO, LLC, FREEWAY 101 USA INVESTORS, LLC, FWY 101 LOOP RAR INVESTMENT, LLC, DEBORAH RUSSELL, ROBERT A RUSSELL, RUSSELL A D DEVELOPMENT GROUP, LLC, SVRB INVESTMENTS, LLC [DE 38] |
| **Joint Discovery Plan Filed:** 8/11/08 | *Joint Discovery Plan* Filed by ERIC D. MADDEN on behalf of USACM LIQUIDATING TRUST [DE 39] |

1963994.1

**Status:** Parties are ready to commence discovery immediately.

    7.  Adv. 08-01120-lbr, USACM Liquidating Trust v. Dominic P. Gentile, Ltd., **Scheduling Conference** [DE 3]

**Complaint Filed:** Complaint to Avoid and Recover Pre-Petition Transfers filed by
**4/11/08** USACM Liquidating Trust v. Dominic P. Gentile, Ltd. [DE 1]

**Amended Complaint**
**8/5/08** Amended Complaint to Avoid and Recover Pre-Petition Transfers filed by USACM Liquidating Trust [DE 6]

**Status:** The deadline to file an answer or response to the Amended Complaint is September 5, 2008.  The USACM Liquidating Trust requests that this hearing be continued to an omnibus calendar in November.

    9.  Adv. 08-01122-lbr, USACM Liquidating Trust v. J.M.K. Investments, Ltd. et al., **Scheduling Conference** [DE 6]

**Complaint Filed:** *Complaint* Filed by USACM Liquidating Trust vs. J.M.K.
**4/11/08** Investments, Ltd., John M. Keilly, Mountain West Mortgage LLC [DE 1].

**Answer Filed:** *Answer to Complaint* of Defendants J.M.K. INVESTMENTS and
**5/13/08** JOHN M. KEILLY with Certificate of Service  [DE 14]

**5/14/08** *Answer to Complaint* Filed by DAVID A. COLVIN on behalf of MOUNTAIN WEST MORTGAGE LLC [DE 15]

**Joint Discovery** *Joint Discovery Plan* Filed by ERIN E. JONES on behalf of
**Plan Filed:** J.M.K. INVESTMENTS, LTD., JOHN M KEILLY, MOUNTAIN
**6/26/08** WEST MORTGAGE LLC, USACM LIQUIDATING TRUST [DE 17]

**Status:** Parties are ready to commence discovery immediately.

10. Adv. 08-01123-lbr, USACM Liquidating Trust v. Fiesta Development, Inc. et al., **Scheduling Conference** [DE 7]

| | |
|---|---|
| **Complaint Filed:** 4/11/08 | *Complaint Filed* by USACM Liquidating Trust vs. Fiesta Development, Inc., Ashby USA, LLC, Random Developments, LLC, Richard K Ashby [DE 1]. |
| **Answer Filed:** 5/28/08 | *Answer to Complaint with Certificate of Service* Filed by RICHARD F. HOLLEY on behalf of RICHARD K ASHBY, ASHBY USA, LLC, FIESTA DEVELOPMENT, INC., RANDOM DEVELOPMENTS, LLC [DE 17] |
| **Joint Discovery Plan Filed:** 7/11/08 | *Joint Discovery Plan* Filed by ERIN E. JONES on behalf of USACM LIQUIDATING TRUST [DE 18] |
| **Status:** | Parties are ready to commence discovery immediately. |

11. Adv. 08-01124-lbr, USACM Liquidating Trust v. Homes for America Holdings, Inc. et al., **Scheduling Conference** [DE 7]

| | |
|---|---|
| **Complaint Filed:** 4/11/08 | *Complaint* Filed by USACM Liquidating Trust vs. Homes For America Holdings, Inc., HFAH Clear Lake, LLC, One Point Street, Inc., Mediterranee-HFAH, LLC [DE 1] |
| **Answer Filed:** 6/13/08 | *Answer to USACM Liquidating Trust's Original Complaint* Filed by VICTORIA L NELSON on behalf of HFAH CLEAR LAKE, LLC, HOMES FOR AMERICA HOLDINGS, INC., MEDITERRANEE-HFAH, LLC, ONE POINT STREET, INC. [DE 17] |
| **Joint Discovery Plan Filed:** 7/24/08 | *Joint Discovery Plan* Filed by ERIN E. JONES on behalf of USACM LIQUIDATING TRUST [DE 19] |
| **Status:** | Parties are ready to commence discovery immediately. |

1963994.1

12. Adv. 08-01125-lbr, USACM Liquidating Trust v. Eagle Ranch, LLC et al., **Scheduling Conference** [DE 10]

| | |
|---|---|
| **Complaint Filed:** 4/11/08 | *Complaint* Filed by USACM Liquidating Trust vs. Monaco Diversified Corporation, Anthony Monaco, Susan K Monaco, Eagle Ranch Residential, LLC, Eagle Ranch, LLC, Willowbrook Residential, LLC, Brentwood 128, LLC, Ravenswood Apple Valley, LLC  [DE 1] |
| **Answer Filed:** 6/30/08 | *Answer to USACM Liquidating Trust's Original Complaint; Request for Jury Trial with Certificate of Service* Filed by RICHARD F. HOLLEY on behalf of ANTHONY MONACO, SUSAN K MONACO, MONACO DIVERSIFIED CORPORATION [DE 31] |
| 7/01/08 | *Amended Answer to USACM Liquidating Trust's Original Complaint; Request for Jury Trial with Certificate of Service* Filed by RICHARD F. HOLLEY on behalf of ANTHONY MONACO, SUSAN K MONACO, MONACO DIVERSIFIED CORPORATION [DE 32] |
| **Joint Discovery Plan Filed:** 8/01/08 | *Joint Discovery Plan* Filed by ERIN E. JONES on behalf of USACM LIQUIDATING TRUST  [DE 43] |
| **Request for Entry of Default Filed:** 8/20/08 | *Request for Entry of Default* filed by ERIN E. JONES on behalf of USACM LIQUIDATING TRUST against EAGLE RANCH RESIDENTIAL, LLC, EAGLE RANCH, LLC, WILLOWBROOK RESIDENTIAL, LLC, BRENTWOOD 128, LLC, RAVENSWOOD APPLE VALLEY, LLC. [DE 44] |
| **Status:** | USACM Liquidating Trust, Anthony Monaco, Susan K. Monaco, and Monaco Diversified Corporation are ready to commence discovery immediately. |
| | Defendants, Eagle Ranch, LLC, Eagle Ranch Residential, LLC, Willowbrook Residential, LLC, Brentwood 128, LLC, and Ravenswood Apple Valley, LLC have failed to answer or file any responsive pleadings in this adversary proceeding.  The Trust intends seeks a default against these defendants [DE 44]. |

7

1963994.1

13. Adv. 08-01126-lbr, USACM Liquidating Trust v. James Cioffi Architect Corporation, **Scheduling Conference** [DE 4]

| | |
|---|---|
| **Complaint Filed:** 4/11/08 | *Complaint* Filed by USACM Liquidating Trust vs. James Cioffi Architect Corporation [DE 1] |
| **Status:** | Parties have reached a settlement of the Trust's claims. The Trust will seek to dismiss the claims in this adversary proceeding. |

14. Adv. 08-01127-lbr, USACM Liquidating Trust v. Amesburyport Corporation, **Scheduling Conference** [DE 4]

| | |
|---|---|
| **Complaint Filed:** 4/11/08 | Complaint Filed by USACM Liquidating Trust vs. Amesburyport Corporation [DE 1] |
| **Answer Filed:** 6/24/08 | Answer *of Defendant Amesburyport Corporation* [DE 8] |
| **Joint Discovery Plan Filed:** 8/19/08 | *Joint Discovery Plan* Filed by ERIN E. JONES on behalf of USACM LIQUIDATING TRUST [DE 9] |
| **Status:** | Parties are ready to commence discovery immediately. |

15. Adv. 08-01128-lbr, USACM Liquidating Trust v. K & S Properties, **Scheduling Conference** [DE 4]

| | |
|---|---|
| **Complaint Filed:** 4/11/08 | Complaint Filed by USACM Liquidating Trust vs. K & S Properties [DE 1] |
| **Stipulated Dismissal Filed:** 8/20/08 | *Stipulation of Dismissal* Filed by ERIN E. JONES on behalf of USACM LIQUIDATING TRUST [DE 8] |
| **Status:** | Upon receipt of the Complaint, Defendant immediately contacted counsel for the Trust and provided documentation which was previously unavailable to the Trust which evidenced a complete defense to the Trust's claims. This Court's order granting the stipulation for dismissal was filed on August 22, 2008 at DE 9. |

1963994.1

16. Adv. 08-01129-lbr, USACM Liquidating Trust v. Tanamera Resort Partners, LLC, **Scheduling Conference** [DE 4]

| | |
|---|---|
| **Complaint Filed:** 4/11/08 | *Complaint* Filed by USACM Liquidating Trust vs. Tanamera Resort Partners, LLC [DE 1] |
| **Answer Filed:** 5/13/08 | *Answer* to Complaint *(Jury Trial Demanded) With Certificate Of Service* Filed by LEIGH T GODDARD on behalf of TANAMERA RESORT PARTNERS, LLC [DE 8] |
| **Joint Discovery Plan Filed:** 6/26/08 | Amended *Joint Discovery Plan* Filed by ERIN E. JONES on behalf of TANAMERA RESORT PARTNERS, LLC, USACM LIQUIDATING TRUST [DE 14] |
| **Status:** | Parties exchanged Federal Rule of Civil Procedure 26(a)(1) disclosures on July 31, 2008. Parties are ready to commence discovery immediately. |

17. Adv. 08-01130-lbr, USACM Liquidating Trust v. Phillips USA LLC, **Scheduling Conference** [DE 4]

| | |
|---|---|
| **Complaint Filed:** 4/11/08 | Complaint Filed by USACM Liquidating Trust vs. Phillips USA LLC [DE 1] |
| **Request for Entry of Default Filed:** 8/20/08 | *Request for Entry of Default* filed by ERIN E. JONES on behalf of USACM LIQUIDATING TRUST against PHILLIPS USA, LLC [DE 8] |
| **Status:** | Defendant has failed to answer or file any responsive pleadings in this adversary proceeding. The Trust seeks a default against PHILLIPS USA LLC [DE 8]. |

18. Adv. 08-01131-lbr, USACM Liquidating Trust v. Bingham McCutchen, LLP, **Scheduling Conference** [DE 4]

| | |
|---|---|
| **Complaint Filed:** 4/11/08 | *Complaint* Filed by USACM Liquidating Trust vs. Bingham McCutchen, LLP [DE 1] |
| **Answer Filed:** 6/16/08 | *Answer* to Complaint Filed by RYAN J. WORKS on behalf of BINGHAM MCCUTCHEN, LLP [DE 8] |
| **Joint Discovery Plan Filed:** 8/04/08 | *Joint Discovery Plan* Filed by ERIN E. JONES on behalf of USACM LIQUIDATING TRUST [DE 16] |

1963994.1

| | | |
|---|---|---|
| **Status:** | | Parties are ready to commence discovery immediately. Defendant may seek to withdraw the reference to United States District Court, which the Trustee notes is not timely under this Court's Local Rule 5011. |

19. Adv. 08-01132-lbr, USACM Liquidating Trust v. Stanley Fulton, **Scheduling Conference** [DE 10]

| | |
|---|---|
| **Complaint Filed:** 4/12/08 | Complaint Filed by USA Capital Diversified Trust Deed Fund LLC vs. Stanley E Fulton [DE 1] |
| **Answer Filed:** 6/30/08 | *DEFENDANT STANLEY E. FULTON'S ANSWER TO USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC'S ORIGINAL COMPLAINT Certificate of Service* Filed by TIMOTHY R. O'REILLY on behalf of STANLEY E FULTON [DE 8] |
| **Joint Discovery Plan Filed:** 8/19/08 | *Joint Discovery Plan* Filed by ERIN E. JONES on behalf of USACM LIQUIDATING TRUST [DE 9] |
| **Status:** | Parties are ready to commence discovery immediately. |

20. Adv. 08-01133-lbr, USACM Liquidating Trust v. Kathryn Petersen et al., **Scheduling Conference** [DE 10]

| | |
|---|---|
| **Complaint Filed:** 4/12/08 | Complaint Filed by USA Capital Diversified Trust Deed Fund, LLC vs. Kathryn L Petersen, Kathryn L. Petersen Living Trust, KLP Trust dtd 7/15/99, Specialized Development Tahoe, LLC [DE 1] |
| **Answer Filed:** 6/30/08 | Answer to Complaint *DEFENDANT KATHRYN PETERSEN, INDIVIDUALLY AND AS TRUSTEE OF THE KATHRYN L. PETERSEN LIVING TRUST AND TRUSTEE OF THE KLP DTD 7/15/99 AND SPECIALIZED DEVELOPMENT TAHOE, LLC'S ANSWER TO USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC'S ORIGINAL COMPLAINT* Filed by KATHRYN L. PETERSEN LIVING TRUST, KLP TRUST DTD 7/15/99, KATHRYN L PETERSEN, SPECIALIZED DEVELOPMENT TAHOE, LLC [DE 17] |

1963994.1

LEWIS AND ROCA LLP LAWYERS

| | | |
|---|---|---|
| | **Joint Discovery Plan Filed: 8/19/08** | *Joint Discovery Plan* Filed by ERIN E. JONES on behalf of USACM LIQUIDATING TRUST [DE 23] |
| | **Status:** | Parties are ready to commence discovery immediately. |

21. Adv. 08-01134-lbr, USACM Liquidating Trust v. Petersen et al., **Scheduling Conference** [DE 10]

| | | |
|---|---|---|
| | **Complaint Filed: 4/12/08** | Complaint Filed by USACM Liquidating Trust, USA Capital Diversified Trust Deed Fund, LLC vs. Mary Petersen, Mary Petersen Family Trust dtd 8/12/98, Michael D. Petersen, Michael D. Petersen Family Trust dtd 8/12/98, Kathryn L. Petersen, Kathryn L. Petersen Living Trust, KLP Trust dtd 7/15/99 [DE 1] |
| | **Answer Filed: 6/30/08** | Answer to Complaint *DEFENDANT MICHAEL PETERSEN, INDIVIDUALLY AND AS TRUSTEE OF THE MICHAEL PETERSEN FAMILY TRUST ANSWER TO USACM LIQUIDATING TRUST'S AND DTDF'S ORIGINAL COMPLAINT AND CLAIM OBJECTION* Filed by MICHAEL D PETERSEN FAMILY TRUST DTD 8/12/98, MICHAEL D PETERSEN [DE 33] |
| | **6/30/08** | Answer to Complaint *DEFENDANT MARY PETERSEN, INDIVIDUALLY AND AS TRUSTEE OF THE MARY PETERSEN FAMILY TRUST ANSWER TO USACM LIQUIDATING TRUST'S AND DTDF'S ORIGINAL COMPLAINT AND CLAIM OBJECTION* Filed by MARY PETERSEN FAMILY TRUST DTD 8/12/98, MARY PETERSEN [DE 34] |
| | **6/30/08** | Answer to Complaint *DEFENDANT KATHRYN PETERSEN, INDIVIDUALLY AND AS TRUSTEE OF THE KATHRYN L. PETERSEN LIVING TRUST AND THE KLP TRUST ANSWER TO USACM LIQUIDATING TRUST'S AND DTDF'S ORIGINAL COMPLAINT AND CLAIM OBJECTION* Filed by KATHRYN L. PETERSEN LIVING TRUST, KLP TRUST DTD 7/15/99, KATHRYN L PETERSEN [DE 35] |
| | **Joint Discovery Plan Filed: 8/19/08** | *Joint Discovery Plan* Filed by ERIN E. JONES on behalf of USACM LIQUIDATING TRUST [DE 41] |
| | **Status:** | Parties are ready to commence discovery immediately. |

1963994.1

LEWIS AND ROCA LLP — LAWYERS

22. Adv. 08-01135-lbr, USACM Liquidating Trust v. Wells Fargo Bank, N.A., **Scheduling Conference** [DE 4]

| | |
|---|---|
| **Complaint Filed:** 4/12/08 | Complaint Filed by USACM Liquidating Trust, USA Capital Diversified Trust Deed Fund, LLC, USA Capital First Trust Deed Fund, LLC vs. Wells Fargo Bank, N.A. [DE 1] |
| **Motion to Dismiss Filed:** 5/28/08 | Motion to Dismiss Adversary Proceeding *For Lack of Subject Matter Jurisdiction with Certificate of Service* Filed by WELLS FARGO BANK, N.A. [DE 8] |
| **Status:** | No further action to be taken until ruling on Motion to Dismiss. |

23. Adv. 08-01135-lbr, USACM Liquidating Trust v. Wells Fargo Bank, N.A., **Motion to Dismiss Adversary Proceeding** *For Lack of Subject Matter Jurisdiction with Certificate of Service* Filed by KENT F. LARSEN on behalf of WELLS FARGO BANK, N.A [DE 8]

| | |
|---|---|
| **Stipulation Filed:** 6/16/2008 | Stipulation By USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USA CAPITAL FIRST TRUST DEED FUND, LLC, USACM LIQUIDATING TRUST and Between Defendant *WELLS FARGO BANK, N.A. and Proposed Order to Enlarge Time to File Response* Filed by LISA TSAI on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USA CAPITAL FIRST TRUST DEED FUND, LLC, USACM LIQUIDATING TRUST [DE 12] |
| 6/19/2008 | Stipulation and Order to Enlarge Time to File Response to Defendant's Motion to Dismiss (Related document(s)[12] Stipulation, , filed by Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Plaintiff USA CAPITAL FIRST TRUST DEED FUND, LLC, Plaintiff USACM LIQUIDATING TRUST.) [DE 13] |
| 6/25/2008 | Stipulation By USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USA CAPITAL FIRST TRUST DEED FUND, LLC, USACM LIQUIDATING TRUST and Between Defendant WELLS FARGO BANK, N.A. *and Proposed Order to Enlarge Briefing Schedule and Continue Hearing Date* Filed by LISA TSAI on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USA CAPITAL FIRST TRUST DEED FUND, LLC, USACM LIQUIDATING TRUST [DE 14] |

1963994.1

**LEWIS AND ROCA LLP LAWYERS**

| | | |
|---|---|---|
| 1-6 | 7/02/2008 | Amended Stipulation By USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USA CAPITAL FIRST TRUST DEED FUND, LLC, USACM LIQUIDATING TRUST and Between Defendant WELLS FARGO BANK, N.A. *and Proposed Order to Enlarge Briefing Schedule and Continue Hearing Date* Filed by LISA TSAI on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USA CAPITAL FIRST TRUST DEED FUND, LLC, USACM LIQUIDATING TRUST [DE 15] |
| 7-9 | 7/08/2008 | Amended Stipulation and Order to Enlarge Briefing Schedule and Continue Hearing Date on Defendant's Motion to Dismiss filed by Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Plaintiff USA CAPITAL FIRST TRUST DEED FUND, LLC, Plaintiff USACM LIQUIDATING TRUST [DE 16] |
| 10-12 | 7/21/2008 | Response *to Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction* Filed by ERIC D. MADDEN on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USA CAPITAL FIRST TRUST DEED FUND, LLC, USACM LIQUIDATING TRUST [DE 18] |
| 13-16 | 7/31/2008 | Stipulation and Proposed Order to Enlarge Time to File Reply to Response to Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction, filed by Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Plaintiff USA CAPITAL FIRST TRUST DEED FUND, LLC, Plaintiff USACM LIQUIDATING TRUST [DE 20] |
| 17-19 | 8/13/08 | Reply with Certificate of Service *to Response to Motion to Dismiss Plaintiffs' Original Complaint for Lack of Subject Matter Jurisdiction* Filed by KENT F. LARSEN on behalf of WELLS FARGO BANK, N.A. |
| 20 | **Status:** | Continued from 7/14/2008 – Oral argument to be commenced. |

Dated: August 22, 2008.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
    Susan M. Freeman, AZ 4199 (*pro hac vice*)
    Rob Charles, NV 6593
    John Hinderaker, AZ 18024 (*pro hac vice*)
    Marvin Ruth, NV 10979
*Counsel for USACM Liquidating Trust*

1963994.1

1  PROOF OF SERVICE

2  COPY of the aforementioned sent
   via e-mail or U.S. First Class Mail on
3  August 22, 2008 to the parties listed on
   Post-Effective Official Service List for
4  Limited Notice No. 4 Dated January 8,
5  2008.

6

7  /s/ Marilyn Schoenike
   Marilyn Schoenike
8  Lewis and Roca LLP

14

1963994.1