Entered on Docket
August 26, 2008

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

---

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email: malevinson@orrick.com
       jhermann@orrick.com
*Attorneys for USA Capital
Diversified Trust Deed Fund, LLC*

Robert Kinas (Nevada Bar No. 6019)
Claire Y. Dossier (Nevada Bar No. 10030)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rkinas@swlaw.com
       cdossier@swlaw.com

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>Debtor.<br>Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO QUASH SUBPOENAS**<br><br>Date of Hearing: October 28, 2008<br>Time of Hearing: 9:30 a.m. |

9047126.2
08/25/08

This stipulation is made by and between USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, by and through its counsel SNELL & WILMER L.L.P. and ROBERT A. RUSSELL, individually and as agent for UNSER/CENTRAL PARTNERS, LLP; RUSSELL/AD DEVELOPMENT GROUP; INTERSTATE COMMERCE CENTER, LLC; AD ALBUQUERQUE DEVELOPMENT, LLC (collectively, with Russell, the "Russell Entities") by and through his attorney, SUSAN WILLIAMS SCANN, ESQ. of the law firm of DEANER, DEANER, SCANN, MALAN & LARSEN, as follows:

1. On April 10, 2008, an Objection to Notices of 2004 Examinations, Motion to Quash Subpoenas and or for Protective Order and Motion for Limitation of Rule 2004 Examinations [Docket No. 6176] (the "Motion") was filed by the Russell Entities, with hearing initially scheduled for May 8, 2008.

2. The hearing on the Motion was initially continued to July 14, 2008. See May 8, 2008 minute order [Docket No. 6378].

3. The hearing on the Motion was again continued pursuant to a stipulation and order entered on July 14, 2008 [Docket No. 6518].

///

///

9047126.2
08/25/08

- 2 -

4.  The parties are attempting to resolve their dispute, and agree to continue the hearing on the Motion to October 28, 2008, at 9:30 a.m.

**IT IS SO ORDERED.**


SNELL & WILMER L.L.P.

By: _____
Robert Kinas (Nevada Bar No. 6019)
Claire Y. Dossier (Nevada Bar No. 10030)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
and
Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capital Mall, Suite 3000
Sacramento, CA 95814-4497

*Attorneys for USA Commercial Mortgage Company*

DEANER, DEANER, SCANN, MALAN & LARSEN

By: _____
Susan Scann (Nevada Bar No. 000776)
720 South Fourth St., Suite 300
Las Vegas, NV 89101
*Attorneys for Robert A. Russell*


PREPARED AND SUBMITTED BY:

SNELL & WILMER L.L.P.

By: _____
Robert Kinas (Nevada Bar No. 6019)
Claire Y. Dossier (NV Bar No. 10030)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
*Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

9047126.2
08/25/08

- 3 -