```
 1  BRADLEY PAUL ELLEY, ESQ.
    Nevada Bar No. 658
 2  120 Country Club Drive, Suite 5
    Incline Village, NV 89451
 3  Telephone: (775) 831-8800
    Facsimile: (775) 831-8807
 4  bpelleylawbk@sbcglobal.net
 5
    Attorney for RETIREMENT ACCOUNTS, INC.,
 6  CUSTODIAN FOR JUDD ROBBINS IRA and
    TESSARACT TRUST dated 3/31/04
 7
```

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
| --- | --- |
| | Case No. BK-S-06-10726-LBR |
| USA Commercial Mortgage Company, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[1] |
| USA Capital Realty Advisors, LLC, | Case No. BK-S-06-10729-LBR[2] |
| USA Capital Diversified Trust Deed Fund, LLC, | CHAPTER 11 |
| USA Capital First Trust Deed Fund, LLC,[1] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA Securities, LLC,[2] | |
| Debtors. | **NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS** |

PLEASE TAKE NOTICE, that the undersigned appears as attorney for **RETIREMENT ACCOUNTS, INC., Custodian for JUDD ROBBINS IRA and TESSARACT TRUST dated 3/31/04**. Pursuant to sections 342 and 1109(b) of the United States Bankruptcy Code and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure we hereby request that all notices given or required to be given in this case of in any proceeding herein, and all papers served in this case or in any proceeding herein to be given to and served upon the undersigned at the

---

[1] This bankruptcy case was closed on October 12, 2007.

[2] This bankruptcy case was closed on December 26, 2007.

office, and post office address set forth below.

PLEASE TAKE FURTHER NOTICE, that pursuant to section 1109(b) of the said Code, the foregoing demand includes not only notices and papers referred to in the rules specified above but also includes, without limitation, orders and notice of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, written or oral, transmitted or conveyed by mail, overnight mail or courier, hand delivery, e-mail, telephone, telecopies, telegraph, telex or otherwise, which affects **RETIREMENT ACCOUNTS, INC., Custodian for JUDD ROBBINS IRA,** and **TESSARACT TRUST dated 3/31/04**, the debtor or property of the debtor, or the estate.

Dated: August 28, 2008

/s/ *Bradley Paul Elley* (#658)
BRADLEY PAUL ELLEY, ESQ.
Nevada Bar No. 658
120 Country Club Drive, Suite 5
Incline Village, NV 89451
Telephone: (775) 831-8800
Facsimile: (775) 831-8807
bpelleylawbk@sbcglobal.net
Attorney for RETIREMENT ACCOUNTS, INC., Custodian for JUDD ROBBINS IRA, and TESSARACT TRUST dated 3/31/04