

**Entered on Docket
September 23, 2008**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

| | |
|---|---|
| Annette W. Jarvis, Utah Bar No. 1649 | Lenard E. Schwartzer, Nevada Bar No. 0399 |
| Steven C. Strong, Utah Bar No. 6340 | Jeanette E. McPherson, Nevada Bar No. 5423 |
| RAY QUINNEY & NEBEKER P.C. | SCHWARTZER & MCPHERSON LAW FIRM |
| 36 South State Street, Suite 1400 | 2850 South Jones Boulevard, Suite 1 |
| P.O. Box 45385 | Las Vegas, Nevada 89146-5308 |
| Salt Lake City, Utah 84145-0385 | Telephone: (702) 228-7590 |
| Telephone: (801) 532-1500 | Facsimile: (702) 892-0122 |
| Facsimile: (801) 532-7543 | E-Mail: bkfilings@s-mlaw.com |
| Email: ajarvis@rqn.com | |

Attorneys for USA Capital Realty Advisors, LLC

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10729 LBR<br><br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **ORDER GRANTING MOTION TO CLOSE CASE AND REQUEST FOR FINAL DECREE**<br>(Affects USA Capital Realty Advisors, LLC) |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☒ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | Date of Hearing:  September 8, 2008<br>Time of Hearing:  9:30 a.m. |

P:\USA Commercial Mortgage\Pleadings\Close Case\USA Realty Advisors\order close case 090808.doc       1

The Motion to Close Case and Request for Final Decree (the "Motion") (Docket No. 6552) filed by USA Capital Realty Advisors, LLC ("USA Realty") came before this Court on proper notice at the hearing held September 8, 2008, at 9:30 a.m. Jeanette E. McPherson of Schwartzer & McPherson Law Firm appeared on behalf of USA Realty and other appearances, if any, were noted on the record. No responses were filed to the Motion.

THE COURT, therefore, having noted that no responses were filed to the Motion, and having considered the Motion, the Final Report filed by USA Realty (Docket No. 6555), and the Declaration of Susan M. Smith filed in support of the Motion (Docket No. 6554), and having determined that good and sufficient cause exists for granting the Motion, HEREBY ORDERS THAT:

1. The estate of USA Realty is fully administered within the meaning of 11 U.S.C. § 350(a) and Rule 3022 of the Federal Rules of Bankruptcy Procedure.

2. The Motion is granted.

3. The USA Realty bankruptcy case (bankruptcy case no. 06-10726) is hereby closed effective September 8, 2008.

4. The Court shall enter a Final Decree in bankruptcy case no. 06-10726 hereafter.

5. This Order shall have no effect on the status of the bankruptcy cases filed by USA Commercial Mortgage Company, USA Capital Diversified Trust Deed Fund, LLC, USA Securities, LLC, or USA Capital First Trust Deed Fund, LLC.

Submitted by:
SCHWARTZER & MCPHERSON LAW FIRM
and RAY QUINNEY & NEBEKER P.C.

By: /s/ Jeanette E. McPherson
LENARD E. SCHWARTZER, ESQ.
JEANETTE E. MCPHERSON, ESQ.
ANNETTE W. JARVIS, ESQ.
STEVEN C. STRONG, ESQ.
*Attorneys for USA Capital Realty Advisors, LLC*

///

///

Approved by:
OFFICE OF THE U.S. TRUSTEE

By: _____
AUGUST B. LANDIS, ESQ., ASSISTANT UNITED STATES TRUSTEE
~~SCOTT A. FARROW, ESQ.~~

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

___ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated above.

###