Annette W. Jarvis, Utah Bar No. 1649
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

and

Lenard E. Schwartzer
Nevada Bar No. 0399
Jeanette E. McPherson
Nevada Bar No. 5423
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com
Attorneys for Debtors and Debtors-in-Possession

RECEIVED & FILED
'08 SEP 24 P12:57
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | **Jointly Administered Under Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **NOTICE OF UNCLAIMED FUNDS** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

#184152
$11,956.75

| | |
|---|---|
| TO: | Clerk, United States Bankruptcy Court |
| FROM: | Lenard E. Schwartzer, Esq., Attorneys for Debtors and Debtors-in-Possession |

Pursuant to Bankruptcy Rule 3010 and 3011, the following unclaimed funds, check no. 101445 in the amount of $11,956.75, is being forwarded to you to be deposited in the registry of the United States Bankruptcy Court, and shall be withdrawn as provided in Chapter 129 Title 28, 2042.

A list of the investors with uncashed checks and their address information, and the amount owed to each are listed in the attached **Exhibit "1."** In an attempt to locate the investors, unclaimed property letters were mailed to the last known address. If the letter was returned by the post office, calls were made to the investors if phone numbers were available and on-line white page directory searches were made in the city of their last known address.

Dated: September 23, 2008

_____
Lenard E. Schwartzer
Schwartzer & McPherson Law Firm
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Attorneys for Debtors and Debtors-in-Possession

P:\USA Commercial Mortgage\Pleadings\Notice of Unclaimed Funds.doc

# EXHIBIT "1"

**USA Commercial Mortgage**
**Collections Trust Account**
**Outstanding Checks - July 31, 2008**

| Check Date | Check Number | Check Amount | Client ID | Name | Address Line 1 | Address Line 2 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|---|
| 10/20/2006 | 92656 | 5.23 | 1850 | Desert Investors Group   Jane Falke General Partner | P O Box 3774 | | Incline Village | NV | 89450 |
| 10/20/2006 | 92941 | 433.77 | 3639 | Louis Piccinin | 5189 Silverheart Avenue | | Las Vegas | NV | 89142 |
| 10/20/2006 | 93303 | 64.92 | 6239 | Marcia J. Knox | 1885 Vinters Place | | Reno | NV | 89509-8334 |
| 11/30/2006 | 95957 | 6.42 | 4992 | Robert D. Phillips | 5382 Edinger Avenue | | Huntington Beach | CA | 92649-1503 |
| 12/19/2006 | 96417 | 436.58 | 870 | Gold Runner, LLC, David Krynzel | 357 Eveningside Avenue | | Henderson | NV | 89012-5487 |
| 12/19/2006 | 96601 | 2,922.20 | 2183 | Norman Kiven | C/O of Sugar, Friedberg & Felsenthal LLP | 30 North LaSalle Street, Suite 3000 | Chicago | IL | 60611 |
| 1/25/2007 | 98193 | 434.72 | 7740 | Corey J. Reed TTEE, Bushman-Elias Family Trust | 25 Francesca Avenue | | Somerville | MA | 02144-2001 |
| 2/12/2007 | 98724 | 597.97 | 6098 | Pat A Dolce and Lora Dean Dolce | 4410 W Jefferson Blvd | | Los Angeles | CA | 90016-4039 |
| 3/14/2007 | 99327 | 49.98 | 1558 | John W. Stewart | 11 Kobi Place | | Wagga Wagga, NSW | Australia | 2650 |
| 3/14/2007 | 99555 | 2,406.81 | 2280 | Unique Concept Design, Inc. | PO Box 379024 | | Las Vegas | NV | 89137 |
| 3/14/2007 | 99629 | 31.24 | 2533 | Lincoln Trust Company Trustee for the benefit of Jeffrey Janus | 8013 Glendale Drive | | Frederick | MD | 21702-2919 |
| 3/14/2007 | 99743 | 7.81 | 2952 | Richard K. Harrison | 5463 Sierra Brook Ct | | Las Vegas | NV | 89149-0902 |
| 3/14/2007 | 99781 | 1,808.86 | 3061 | Terrence Johnson | 8030 Lapis Harbor Avenue | | Las Vegas | NV | 89117 |
| 3/14/2007 | 99921 | 19.53 | 3518 | Michael D. Kelsey, Trustee | 4910 N Ellicott Hwy | | Calhan | CO | 80808-7894 |
| 3/14/2007 | 100019 | 237.11 | 3941 | Todd Davis | 322 W 57th Street, Apt 12R | | New York | NY | 10019-3720 |
| 3/14/2007 | 100110 | 7.81 | 4293 | Braden G. Dean (KWA-312487) | 71 E Silverado Ranch Blvd | | Las Vegas | NV | 89123-3418 |
| 3/14/2007 | 100460 | 1,444.09 | 6284 | Wendy E. Wolkenstein | 14669 Penmore Lane | | Charlotte | NC | 28269-6237 |
| 3/14/2007 | 100588 | 349.42 | 6604 | Gina M. Goehner | 255 Veronica Avenue | | Sparks | NV | 89436-8915 |
| 3/14/2007 | 100598 | 162.03 | 6616 | Stanley L Hunewill and Janet B Hunewill, Trustees | 200 Hunewill Lane | | Wellington | NV | 89444-9514 |
| 3/14/2007 | 100709 | 362.23 | 6901 | Jerroid B. Newman and Ruth C. Newman Trustees | 35 Buckingham Ct | | Hillsborough | CA | 94010-7303 |
| 3/14/2007 | 100834 | 14.01 | 7272 | National Investor Services Corp. Inc. C/F Leigh B. Pandaleon IRA | 55 Water St 32nd Floor LTD Dept | | New York | NY | 10041 |
| 10/16/2007 | 101443 | 104.49 | 6361 | Shawntelle Davis-Canepa | 9704 Highridge Drive | | Las Vegas | NV | 89134-6723 |
| 10/16/2007 | 101444 | 49.52 | 6361 | Shawntelle Davis-Canepa | 9704 Highridge Drive | | Las Vegas | NV | 89134-6723 |
| | | 11,956.75 | | | | | | | |