**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

E-Filed on 9/26/08

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 18024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re: <br><br> USA Commercial Mortgage Company, <br><br> USA Capital Realty Advisors, LLC, <br><br> USA Capital Diversified Trust Deed Fund, LLC, <br><br> USA Capital First Trust Deed Fund, LLC,[1] <br><br> USA Securities, LLC,[2] <br><br> Debtors. | Case No. BK-S-06-10725-LBR <br> Case No. BK-S-06-10726-LBR <br> Case No. BK-S-06-10727-LBR <br> Case No. BK-S-06-10728-LBR[1] <br> Case No. BK-S-06-10729-LBR[2] <br><br> CHAPTER 11 <br><br> Jointly Administered Under Case No. BK-S-06-10725 LBR <br><br> **STATUS AND AGENDA FOR SEPTEMBER 30, 2008 HEARINGS** <br><br> Hearing Date: September 30, 2008 <br> Hearing Time: 9:30 a.m. <br>                  10:30 a.m. |
| **Affects:** <br> ☐ All Debtors <br> ☒ USA Commercial Mortgage Company <br> ☐ USA Capital Realty Advisors, LLC <br> ☐ USA Capital Diversified Trust Deed Fund, LLC <br> ☐ USA Capital First Trust Deed Fund, LLC <br> ☐ USA Securities, LLC | |

**Agenda for 9:30 a.m.**

    1.    Adv. 06-01146-lbr, USA Commercial Mortgage Company v. Wells Fargo Bank, N.A., et al., **Status conference re**: **Amended Complaint FOR INTERPLEADER with Certificate of Service** Filed by DAVID W. HUSTON on behalf of USA COMMERCIAL MORTGAGE COMPANY against all defendants [DE 54]

---

[1] This bankruptcy case was closed on October 12, 2007.

[2] This bankruptcy case was closed on December 26, 2007.

1

1975097.1

| | | |
|---|---|---|
| **Answer Filed:** 11/20/2006 | Answer to Amended Complaint *by Tomlin Trust,* Crossclaim by Tomlin Trust, Donald S and Dorothy Tomlin Trustees against JOHN ROBERT MALLIN, MARIE THERESA MALLIN, GEORGE J. MOTTO Filed by GEORGE C LAZAR on behalf of Tomlin Trust, Donald S and Dorothy Tomlin Trustees [DE 75] |
| 12/04/2006 | Answer to Amended Complaint *with certificate of service* Filed by C RANDALL BUPP ESQ on behalf of PORTER A HURT [DE 79] |
| **Status:** | Hearing continued from 12/15/2006, 2/15/2007, 3/15/2007, 3/27/2007, 5/31/2007, 12/14/2007, 2/21/2008, 4/17/2008, 5/08/2008, and 7/24/2008. |

   2.   Adv. 06-01251-lbr, USACM Liquidating Trust v. Reale, et al., **Motion to Compel** *Motion to Compel Defendant to Respond to Post-Judgment Discovery* Filed by ERIC D. MADDEN on behalf of USACM LIQUIDATING TRUST [DE 159]

| | |
|---|---|
| **Status:** | Continued from 8/26/2008 |

**Agenda for 10:30 a.m.**

   1.   Adv. 08-01135-lbr, USACM Liquidating Trust v. Wells Fargo Bank, N.A., **Motion to Dismiss Adversary Proceeding** *For Lack of Subject Matter Jurisdiction with Certificate of Service* Filed by KENT F. LARSEN on behalf of WELLS FARGO BANK, N.A [DE 8]

| | |
|---|---|
| **Stipulation Filed:** 6/16/2008 | Stipulation By USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USA CAPITAL FIRST TRUST DEED FUND, LLC, USACM LIQUIDATING TRUST and Between Defendant *WELLS FARGO BANK, N.A. and Proposed Order to Enlarge Time to File Response* Filed by LISA TSAI on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USA CAPITAL FIRST TRUST DEED FUND, LLC, USACM LIQUIDATING TRUST [DE 12] |
| 6/19/2008 | Stipulation and Order to Enlarge Time to File Response to Defendant's Motion to Dismiss (Related document(s)[12] Stipulation, , filed by Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Plaintiff USA CAPITAL FIRST TRUST DEED FUND, LLC, Plaintiff USACM LIQUIDATING TRUST.) [DE 13] |

1975097.1

LEWIS AND ROCA LLP LAWYERS

| | | |
|---|---|---|
| | 6/25/2008 | Stipulation By USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USA CAPITAL FIRST TRUST DEED FUND, LLC, USACM LIQUIDATING TRUST and Between Defendant WELLS FARGO BANK, N.A. *and Proposed Order to Enlarge Briefing Schedule and Continue Hearing Date* Filed by LISA TSAI on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USA CAPITAL FIRST TRUST DEED FUND, LLC, USACM LIQUIDATING TRUST [DE 14] |
| | 7/02/2008 | Amended Stipulation By USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USA CAPITAL FIRST TRUST DEED FUND, LLC, USACM LIQUIDATING TRUST and Between Defendant WELLS FARGO BANK, N.A. *and Proposed Order to Enlarge Briefing Schedule and Continue Hearing Date* Filed by LISA TSAI on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USA CAPITAL FIRST TRUST DEED FUND, LLC, USACM LIQUIDATING TRUST [DE 15] |
| | 7/08/2008 | Amended Stipulation and Order to Enlarge Briefing Schedule and Continue Hearing Date on Defendant's Motion to Dismiss filed by Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Plaintiff USA CAPITAL FIRST TRUST DEED FUND, LLC, Plaintiff USACM LIQUIDATING TRUST [DE 16] |
| | 7/21/2008 | Response *to Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction* Filed by ERIC D. MADDEN on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USA CAPITAL FIRST TRUST DEED FUND, LLC, USACM LIQUIDATING TRUST [DE 18] |
| | 7/31/2008 | Stipulation and Proposed Order to Enlarge Time to File Reply to Response to Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction, filed by Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, Plaintiff USA CAPITAL FIRST TRUST DEED FUND, LLC, Plaintiff USACM LIQUIDATING TRUST [DE 20] |
| | **Reply to Motion to Dismiss Filed:** 8/13/08 | Reply with Certificate of Service *to Response to Motion to Dismiss Plaintiffs' Original Complaint for Lack of Subject Matter Jurisdiction* Filed by KENT F. LARSEN on behalf of WELLS FARGO BANK, N.A. |
| | **Advisory to the Court Filed:** 9/05/08 | *Advisory to the Court by Fulbright & Jaworski LLP with Certificate of Service* Filed by KENT F. LARSEN on behalf of WELLS FARGO BANK, N.A. |

1975097.1

| | | |
|---|---|---|
| **Sur-Reply to Motion to Dismiss Filed:** 9/15/08 | Limited Reply *Sur-Reply in Opposition to Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction* Filed by ERIC D. MADDEN on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USA CAPITAL FIRST TRUST DEED FUND, LLC, USACM LIQUIDATING TRUST | |
| **Response to Sur-Reply Filed:** 9/22/08 | Response with Certificate of Service *to Limited Sur-Reply in Opposition to Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction* Filed by KENT F. LARSEN on behalf of WELLS FARGO BANK, N.A. | |
| **Status:** | Continued from 7/14/2008 and 8/26/2008 | |

    2.    Adv. 08-01135-lbr, USACM Liquidating Trust v. Wells Fargo Bank, N.A., **Scheduling Conference** [DE 4]

| | |
|---|---|
| **Complaint Filed:** 4/12/08 | Complaint Filed by USACM Liquidating Trust, USA Capital Diversified Trust Deed Fund, LLC, USA Capital First Trust Deed Fund, LLC vs. Wells Fargo Bank, N.A. [DE 1] |
| **Motion to Dismiss Filed:** 5/28/08 | Motion to Dismiss Adversary Proceeding *For Lack of Subject Matter Jurisdiction with Certificate of Service* Filed by WELLS FARGO BANK, N.A. [DE 8] |
| **Status:** | No further action to be taken until ruling on Motion to Dismiss. |

    3.    Adv. 08-01121-lbr, USACM Liquidating Trust v. Fertitta Enterprises, Inc., **Complaint** Filed by USACM LIQUIDATING TRUST vs. FERTITTA ENTERPRISES, INC**.** [DE 1]

| | |
|---|---|
| **Status** | Continued from 8/26/2008 |

    4.    Adv. 08-01093-lbr, USACM Liquidating Trust v. Joseph D. Milanowski, **Complaint** Filed by USACM LIQUIDATING TRUST vs. JOSEPH D**.** MILANOWSKI [DE 1]

| | |
|---|---|
| **Status** | Continued from 8/26/2008 |

1975097.1

**LEWIS AND ROCA LLP LAWYERS**

5. Adv. 08-01042-lbr, USACM Liquidating Trust v. Thomas A. Hantges, **Complaint** Filed by USACM LIQUIDATING TRUST vs. THOMAS A. HANTGES [DE 1]

| | |
|---|---|
| **Stipulation for Continuance of Scheduling Conference Filed: 9/25/08** | *Stipulation and Order for Continuance of Scheduling Conference* By USACM LIQUIDATING TRUST and Between THOMAS HANTGES [DE 17] |
| **Status** | Continued from 8/26/2008 |

Dated September 26, 2008.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
John Hinderaker, AZ 18024 (*pro hac vice*)
*Counsel for USACM Liquidating Trust*

PROOF OF SERVICE

COPY of the aforementioned sent via e-mail or U.S. First Class Mail on September 26, 2008 to the parties listed on Post-Effective Official Service List for Limited Notice No. 4 Dated January 8, 2008.

/s/ Christine E Laurel
Christine E Laurel
Lewis and Roca LLP

1975097.1