E-filed on 10/20/08

**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email: adiamond@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
Email: emadden@diamondmccarthy.com

Special Litigation Counsel for USACM Liquidating Trust

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321

Rob Charles, NV State Bar No. 006593
Email: rcharles@lrlaw.com

Counsel for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>        Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>        Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>        Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>        Debtor. | Judge Linda B. Riegle |
| In re:<br>USA SECURITIES, LLC,<br><br>        Debtor. | **NOTICE OF APPLICATION TO COMPROMISE AND SETTLE CONTROVERSIES WITH BMER** |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |
| USACM LIQUIDATING TRUST; and<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC;<br><br>        Plaintiffs,<br><br>  v.<br><br>BEADLE, MCBRIDE, EVANS & REEVES, LLP, REEVES, EVANS, MCBRIDE & ZHANG, LLP, TG MCBRIDE CPA LTD., and T. GARTH MCBRIDE,<br><br>        Defendants. | Hearing Date: November 18, 2008<br>Hearing Time: 9:30 a.m. |

**NOTICE OF APPLICATION TO COMPROMISE AND SETTLE
CONTROVERSIES WITH BEADLE, MCBRIDE, EVANS & REEVES, LLP, ET AL.**

TO: DEBTORS, ALL CREDITORS, AND OTHER PARTIES IN INTEREST

PLEASE TAKE NOTICE that on or about October 20, 2008, Geoffrey Berman ("Berman" or the "Trustee"), Trustee of the USACM Liquidating Trust (the "USACM Trust") and Michael Tucker ("Tucker" or the "Manager"), Manager of the USA Capital Diversified Trust Deed Fund, LLC ("DTDF") filed an *Application to Compromise and Settle Controversies with Beadle, McBride, Evans & Reeves, LLP, et al.* (the "Motion") and move the Court for: (a) an order pursuant to Federal Rule of Bankruptcy Procedure 9019 ("Rule 9019") approving the Settlement Agreement, Mutual Release, and Covenants (the "Settlement Agreement") between the Trustee, the USACM Trust, the Manager, and DTDF, and the Defendants, Beadle, McBride, Evans & Reeves, LLP, Reeves, Evans, McBride & Zhang, LLP, TG McBride CPA Ltd., and T. Garth McBride (collectively, "BMER") (collectively the Trustee, USACM Trust, the Manager, DTDF, and BMER are referred to as the "Parties"), the former auditor of DTDF and USA Capital First Trust Deed Fund, LLC; and (b) an order pursuant to Nevada Revised Statute § 17.225, et seq. barring claims against BMER for indemnity and/or contribution.

As set forth in the Motion, the Trustee, the USACM Trust, the Manager, and DTDF seek authority to settle claims arising from a dispute with BMER.  The Parties have entered into an agreement to settle their respective claims pursuant to which BMER will pay to the USACM Trust $1,500,000.00 (the "Settlement Amount").  Consistent with the agreement between the USACM Trust and DTDF, DTDF will share in the settlement as a beneficiary of the USACM Trust and as otherwise described in the agreement between the USACM Trust and DTDF dated and filed with the Court on March 13, 2008.  Payment of the Settlement Amount is contingent upon the Court's approval of the Settlement Agreement under Rule 9019. Effective upon payment of the settlement amount, the Parties will exchange full mutual releases.  The

1  Parties believe the proposed settlement is fair and reasonable and in the best interests of the beneficiaries of

2  the USACM Trust and DTDF.

3  Objections, if any, to the proposed settlement described in the Motion must be filed *no

4  later than 15 days* after the date of this Notice with the Clerk of the United States Bankruptcy

5  Court, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101, with a copy to be served

6  concurrently upon both the Debtors' counsel and PBTK's counsel at the address set forth below.

7  If the hearing date has been set on less than 15 days' notice, then the opposition must be filed

8  and served *no later than 5 business days* before the hearing.

9  A hearing will be held to consider the Motion and objections, if any, on **Tuesday,**

10 **November 18, 2008, at 9:30 a.m** before the Honorable Linda B. Riegle, United States

11 Bankruptcy Judge in Courtroom 1 at 300 Las Vegas Boulevard South, Las Vegas, Nevada

12 89101, at which time you may, but need not appear.  If no objections to the Motion are made, the

13 Court may enter its order authorizing the Parties to enter into the settlement without further

14 hearing thereon.

15 Dated: October 20, 2008

16 **GEOFFREY BERMAN, AS THE TRUSTEE**
   **FOR THE USACM LIQUIDATING TRUST**

17

18 **MICHAEL TUCKER, AS THE MANAGER**
   **FOR USA CAPITAL DIVERSIFIED TRUST**
   **DEED FUND, LLC**

19

20 *COUNSEL FOR THE USACM LIQUIDATING TRUST:*
   **DIAMOND MCCARTHY, LLP**           **LEWIS AND ROCA, LLP**
   WILLIAM T. REID, IV                 ROB CHARLES
21 6504 BRIDE POINT PARKWAY            3993 HOWARD HUGHES PARKWAY
   SUITE 400                           SUITE 600
22 AUSTIN, TEXAS 78730                 LAS VEGAS, NEVADA 89169

23

1 | COUNSEL FOR BEADLE, MCBRIDE, EVANS & REEVES, LLP, ET AL.:

2 | **MAXIE, RHEINHEIMER, STEPHENS & VREVICH, LLP**
GARY P. SINKELDAM
618 SOUTH SEVENTH STREET
LAS VEGAS, NEVADA 89109

**HOWARD & HOWARD**
THOMAS W. DAVIS
3800 HOWARD HUGHES PARKWAY
SUITE 1400
LAS VEGAS, NEVADA 89169