E-filed on 10/21/08

**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email: adiamond@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
Email: emadden@diamondmccarthy.com

Special Litigation Counsel for USACM Liquidating Trust

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321

Rob Charles, NV State Bar No. 006593
Email: rcharles@lrlaw.com

Counsel for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                             Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>                             Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>                             Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>                             Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br><br>                             Debtor. | **ERRATA TO APPLICATION TO COMPROMISE AND SETTLE CONTROVERSIES WITH PIERCY, BOWLER, TAYLOR & KERN, PC** |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Hearing Date: November 18, 2008<br>Hearing Time: 9:30 a.m. |

Geoffrey Berman ("Berman" or the "Trustee"), Trustee of the USACM Liquidating Trust (the "USACM Trust") and Michael Tucker ("Tucker" or the "Manager"), Manager of the USA Capital Diversified Trust Deed Fund, LLC ("DTDF"), hereby file this Errata to the Application to Compromise and Settle Controversies With Piercy, Bowler, Taylor & Kern, PC

(the "PBTK Compromise Application") filed on October 20, 2008 as Docket Entry 6575. The PBTK Compromise Application contained a typographical error in the Certificate of Service.

The original Certificate of Service indicated that the PBTK Compromise Application had been served on October 20, 2008 to all parties listed; however the correct language should have been that <u>notice</u> of the Motion would be served on October 21, 2008 to all parties listed.

Dated: October 21, 2008

| **DIAMOND MCCARTHY LLP** <br><br> By: */s/ Allan B. Diamond* <br> Allan B. Diamond, TX 05801800 (pro hac vice) <br> J. Maxwell Beatty, TX 24051740 (pro hac vice) <br> 909 Fannin, Suite 1500 <br> Houston, Texas 77010 <br> (713) 333-5100 (telephone) <br> (713) 333-5199 (facsimile) <br><br> *Special Litigation Counsel for USACM Liquidating Trust* | **DIAMOND MCCARTHY LLP** <br><br> By: */s/ Eric D. Madden* <br> William T. Reid, IV, TX 00788817 (pro hac vice) <br> Eric D. Madden, TX 24013079 (pro hac vice) <br> P. Jason Collins, TX 24040711 (pro hac vice pending) <br> 6504 Bridge Point Parkway <br> Suite 400 <br> Austin, Texas 78730 <br> (512) 617-5200 (telephone) <br> (512) 617-5299 (facsimile) <br><br> *Special Litigation Counsel for USACM Liquidating Trust* |
|---|---|
| **LEWIS AND ROCA LLP** <br><br> By: */s/ Rob Charles* <br> Susan M. Freeman, AZ 4199 (pro hac vice) <br> Rob Charles, NV 6593 <br> 3993 Howard Hughes Parkway, Suite 600 <br> Las Vegas, Nevada 89169-5996 <br> (702) 949-8321 (telephone) <br> (702) 949-8320 (facsimile) <br><br> *Counsel for USACM Liquidating Trust* | |

140453.1