**LEWIS AND ROCA LLP — LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3829
Telephone (602) 262-53076

Rob Charles NV State Bar No. 006593
Email: RCharles@LRLaw.com
Marvin C. Ruth NV State Bar No. 10979
Email: MRuth@LRLaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 10/22/2008

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Chapter 11 Cases |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 lbr |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Judge Linda B. Riegle Presiding |
| USA SECURITIES, LLC, | **CERTIFICATE OF SERVICE** |
| Debtors. | |

1.  I, Marilyn Schoenike, an employee of Lewis and Roca LLP, served the following documents:

- **Application to Compromise and Settle Controversies with Beadle, McBride, Evans & Reeves, LLP, et al. [DE 6573];**
- **Notice of Application to Compromise and Settle Controversies with Beadle, McBride, Evans & Reeves, LLP et al [DE 6574];**
- **Application to Compromise and Settle Controversies with Piercy, Bowler, Taylor & Kern, PC [DE 6575]; and**
- **Notice of Application to Compromise and Settle Controversies with Piercy, Bowler, Taylor & Kern, P.C. [DE 6576].**

2.  I served the foregoing via electronic mail on October 22, 2008 to the parties listed on the Post Effective Date Official Service list for the combined Debtors.

1985741.1



I declare the foregoing is true and correct.

DATED: October 22, 2008.

_____
Marilyn Schoenike
Lewis and Roca LLP

1985741.1