LEWIS
AND
ROCA
LLP
L A W Y E R S

E-Filed on 10/23/08

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 0065934
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA Commercial Mortgage Company,

USA Capital Realty Advisors, LLC,[1]

USA Capital Diversified Trust Deed Fund, LLC,

USA Capital First Trust Deed Fund, LLC,[2]

USA Securities, LLC,[3]

Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR[1]
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR[2]
Case No. BK-S-06-10729-LBR[3]

CHAPTER 11

Jointly Administered Under Case No. BK-S-06-10725 LBR

**NOTICE OF HEARING ON MOTION TO FURTHER EXTEND DEADLINE TO OBJECT TO ALLOWANCE OF CLAIMS, NUNC PRO TUNC (with Certificate of Service)**

Date of Hearing:  November 18, 2008
Time of Hearing:  9:30 a.m.

**NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust has filed a

Motion to Further Extend the Deadline to File Objection to Allowance of Claims, Nunc

Pro Tunc  [DE 6582], requesting that the Court extend the deadline to file objections to

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 26, 2007.

1985513.1

LEWIS
AND

ROCA
LLP

L A W Y E R S

1

2

allowance of claims, and in particular unsecured claims, for approximately an additional

120 days, or until February 9, 2009.

3

Any opposition must be filed pursuant to Local Rule 9014(d)(1).

4

5

6

7

8

9

> Local Rule 9014(d)(1):  "Oppositions to a motion must be filed and service must be completed on the movant no later than fifteen (15) days after the motion is served except as provided by LR 3007(b) and LR 9006.  If the hearing has been set on less than fifteen (15) days' notice, the opposition must be filed no later than five (5) business days before the hearing, unless the court orders otherwise.  The opposition must set forth all relevant facts and any relevant legal authority.  An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule."

10

If you object to the relief requested, you must filed a WRITTEN response to this

11

pleading with the Court NO LATER THAN **November 10, 2008.**  You must also serve

12

your written response on the person who sent you this notice.

13

14

15

If you object to the relief requested in the Objection/Motion, you *must* file a **WRITTEN** response to this pleading with the Court.  You *must* also serve your written response to the person who sent you this notice.

16

17

If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:

18

- The Court may *refuse to allow you to speak* at the scheduled hearing; and

19

- The Court may *rule against you* without formally calling the matter at the hearing.

20

21

22

**NOTICE IS** FURTHER **GIV**EN that the hearing on the Motion will be held before

23

a U.S. Bankruptcy Judge on **November 18, 2008 at the hour of 9:30 a.m.** in the Foley

24

Federal Building, 300 Las Vegas Blvd. South, 3rd Floor, Courtroom No. 1, Las Vegas,

25

Nevada.

26

2

1985513.1

LEWIS
AND
ROCA
LLP

L A W Y E R S

Dated:  October 23, 2008.

**LEWIS AND ROCA LLP**


By:  /s/ JH (#18024)
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
John Hinderaker, AZ 18024 (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
*Counsel for USACM Liquidating Trust*


Copy of the foregoing served on October
23, 2008, via e-mail to all parties listed
on the Post Effective Date Service List
on file with this Court:


 /s/ Renee Creswell
Renee Creswell
Lewis and Roca LLP

3

1985513.1