**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 10/23/2008

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,[1]<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[2]<br><br>USA Securities, LLC,[3]<br>　　　　　　　　　　　　Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**DECLARATION OF JOHN HINDERAKER IN SUPPORT OF NUNC PRO TUNC MOTION TO FURTHER EXTEND DEADLINE TO FILE OBJECTION TO ALLOWANCE OF CLAIMS; AND CERTIFICATE OF SERVICE**<br><br>Date: November 18, 2008<br>Time: 9:30 a.m. |

I, John Hinderaker, hereby declare under penalty of perjury that:

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 26, 2007.

246745.1

LEWIS AND ROCA LLP
L A W Y E R S

1. I am a partner with Lewis and Roca LLP who represents the USACM Liquidating Trust in this matter.
2. I submit this declaration on behalf of the Nunc Pro Tunc Motion to Further Extend Deadline to File Objection to Allowance of Claims (the "Motion") [DE 3582] filed by the USACM Liquidating Trust (the "USACM Trust"), as successor to USA Commercial Mortgage Company ("USACM").
3. I make the following declaration based upon my personal knowledge,
4. I have been in charge of preparing objections to the allowance to claims in this case.
5. The failure to timely move to extend the deadline to file objections to the allowance of claims is due in part to a serious family medical emergency that arose for me.
6. I make this declaration under penalty of perjury of the laws of the United States of America on October 23, 2008.

By s/John Hinderaker
John Hinderaker

Copy of the foregoing served on October 23, 2008, via e-mail to all parties listed on the Post Effective Date Service List on file with this Court:

/s/ Renee Creswell
Renee Creswell
Lewis and Roca LLP