GREENBERG TRAURIG, LLP

Electronically filed on October 24, 2008.

GREENBERG TRAURIG, LLP
3773 Howard Hughes Pkwy., #500 North
Las Vegas, Nevada 89169
Eric W. Swanis, Nevada SBN 6840
e-mail: SwanisE@gtlaw.com

*Counsel for Nevada State Bank*

and

HOLLAND & HART LLP
Hughes Center
3800 Howard Hughes Pkwy., 10th Floor
Las Vegas, Nevada 89169
Bradley N. Boodt, Nevada SBN 5228
e-mail: bnboodt@hollandhart.com

*Proposed Substitute Counsel for Nevada State Bank*

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re | Chapter 11 |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10725-LBR |
| Debtor. | **EX PARTE MOTION TO WITHDRAW AS COUNSEL AND REQUEST TO SUBSTITUTE NEW COUNSEL** |

Nevada State Bank, a creditor and a party-in-interest in this case (the "Bank"), by and through its counsel, hereby files this *Ex Parte Motion to Withdraw as Counsel and Request to Substitute New Counsel*. The Bank respectfully states to the Court as follows:

LV 418,699,750v2

1.      The Bank has been represented in this case by Bradley N. Boodt and Eric W. Swanis of Greenberg Traurig, LLP.  Mr. Boodt has since joined the Las Vegas, Nevada office of the law firm of Holland & Hart LLP.

2.      Greenberg Traurig, LLP wishes to withdraw as counsel of record to the Bank in this case and the Bank wishes to substitute Mr. Boodt of Holland & Hart LLP as their counsel of record. Mr. Boodt is a member in good standing of the State Bar of Nevada and is admitted to practice before this Court.  His Nevada bar number and contact information are given below.  Mr. Boodt will represent the Bank going forward in this case and will be the attorney to receive all communications from the Court and from other parties.

3.      On April 9, 2008, Mr. Charles Hainsworth of Nevada State Bank spoke to Mr. Boodt and confirmed that Nevada State Bank desired to have the substitution requested herein take place.

4.      Counsel for the above-referenced debtor was informed of the substitution of counsel and does not object to the substitution.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LV 418,699,923v2

1    WHEREFORE, the Bank requests that this Court grant this unopposed Motion by

2  authorizing the withdrawal of Greenberg Traurig, LLP as counsel to the Bank and approving the

3  substitution of Holland & Hart LLP as counsel of record for the Bank, and grant all other relief to

4  which the Bank may be justly entitled.

5    Dated: September 16, 2008

6

7                                GREENBERG TRAURIG, LLP

8                                By: _____
                                     Eric W. Swanis, Nevada SBN 6840
9                                    e-mail: SwanisE@gtlaw.com
                                     3773 Howard Hughes Pkwy., #500 North
10                                   Las Vegas, Nevada 89169
                                     Telephone: (702) 792-3773
11                                   Facsimile: (702) 792-9002

12                                *Counsel for Nevada State Bank*

13                                and

14                                HOLLAND & HART LLP

15                                By: _____
16                                   Bradley N. Boodt, Nevada SBN 5228
                                     e-mail: bnboodt@hollandhart.com
17                                   Hughes Center
18                                   3800 Howard Hughes Pkwy., 10th Floor
                                     Las Vegas, Nevada 89169
19                                   Telephone: (702) 669-4600
                                     Facsimile: (866) 493-8370
20

21                                *Proposed Substitute Counsel for Nevada State Bank*

22

23

24

25

26

27

28

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 500 North
Las Vegas, Nevada 89169
Telephone (702) 792-3773
Facsimile (702) 792-9002

*LV 418,699,923v2*