**Former counsel must notice all status, scheduling and settlement conferences to new counsel.**

**Entered on Docket
October 28, 2008**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

1

2

3

4

5

6   GREENBERG TRAURIG, LLP
    3773 Howard Hughes Pkwy., #500 North
7   Las Vegas, Nevada  89169
    Eric W. Swanis, Nevada SBN 6840
8   e-mail:  SwanisE@gtlaw.com

9   *Counsel for Nevada State Bank*

10  and

11
    HOLLAND & HART LLP
12  Hughes Center
    3800 Howard Hughes Pkwy., 10th Floor
13  Las Vegas, Nevada  89169
    Bradley N. Boodt, Nevada SBN 5228
14  e-mail:  bnboodt@hollandhart.com

15
    *Proposed Substituted Counsel for Nevada State Bank*
16

Electronically filed on October 24, 2008.

17              **UNITED STATES BANKRUPTCY COURT
                DISTRICT OF NEVADA**
18

19  In re                           | Chapter 11

20  USA COMMERCIAL MORTGAGE          | Case No. BK-S-06-10725-LBR
    COMPANY,
21                                   | **ORDER GRANTING EX PARTE
                                       MOTION TO WITHDRAW AS
22          Debtor.                    COUNSEL AND REQUEST TO
                                       SUBSTITUTE NEW COUNSEL**
23

24

25      Upon consideration of the *Ex Parte Motion to Withdraw as Counsel and Request to*

26  *Substitute New Counsel* filed by Nevada State Bank (the "Bank"), it is ORDERED that the motion

27  is GRANTED.  Therefore, it is hereby ordered that the law firm of Greenberg Traurig, LLP is

28  / / /

LV 418,699,747v2

1  withdrawn as counsel for the Bank and the law firm of Holland & Hart LLP is substituted as

2  counsel of record for the Bank in this case.

3  ### End of Order ###

4  Submitted by:

5  GREENBERG TRAURIG, LLP

6  By: _____

7  Eric W. Swanis, Nevada SBN 6840
   e-mail: SwanisE@gtlaw.com

8  3773 Howard Hughes Pkwy., #500 North
   Las Vegas, Nevada 89169

9  Telephone: (702) 792-3773

10 Facsimile: (702) 792-9002

11 *Counsel for Nevada State Bank*

12 and

13 HOLLAND & HART LLP

14 By: _____

15 Bradley N. Boodt, Nevada SBN 5228
   e-mail: bnboodt@hollandhart.com

16 Hughes Center

17 3800 Howard Hughes Pkwy., 10th Floor
   Las Vegas, Nevada 89169

18 Telephone: (702) 669-4600
   Facsimile: (866) 493-8370

19

20 *Proposed Substituted Counsel for Nevada State Bank*

21

22

23

24

25

26

27

28

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 500 North
Las Vegas, Nevada 89169
Telephone (702) 792-3773
Facsimile (702) 792-9002

LV 418,699,747v2