# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:
USA COMMERCIAL MORTGAGE COMPANY,
                                    Debtor.

In re:
USA CAPITAL REALTY ADVISORS, LLC,
                                    Debtor.

In re:
USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,
                                    Debtor.

In re:
USA CAPITAL FIRST TRUST DEED FUND, LLC,
                                    Debtor.

In re:
USA SECURITIES, LLC,
                                    Debtor.

Affects:
☒ All Debtors
☐ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case Nos.

BK-S-06-10725 LBR
BK-S-06-10726 LBR
BK-S-06-10727 LBR
BK-S-06-10728 LBR
BK-S-06-10729 LBR

JOINTLY ADMINISTERED
Chapter 11 Cases

Judge Linda B. Riegle

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT**

Vincent O'Gara, Petitioner represents to the Court:

1. That Petitioner resides in the City and County of San Francisco, California.

2. That Petitioner is an attorney at law with the law firm of:

    Murphy, Pearson, Bradley & Feeney
    88 Kearny Street, 10th Floor,
    San Francisco, CA 94108,
    telephone number: (415) 788-1900,
    Fax number: (415) 393-8087,
    email address: vogara@mpbf.com.

3. That Petitioner has been retained personally or as a member of the law firm to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since December 18, 1974, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California, where Petitioner regularly practices law.

- 1 -

5. That Petitioner was admitted to practice before the following United States District Courts and United States Circuit Courts of Appeal on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| COURT | DATE ADMITTED |
|---|---|
| Court of Appeals for the Ninth Circuit | January 8, 1975 |
| USDC, Northern District of California | December 18, 1974 |
| USDC, Eastern District of California | May 28, 1981 |
| USDC, Central District of California | June 5, 1981 |
| USDC, Southern District of California | June 4, 1981 |

6. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below: None.

7. That Petitioner has never been denied admission to the State Bar of Nevada.

8. That Petitioner is a member of good standing in the following Bar Associations: California State Bar.

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Name of Petitioner/ Date of Application | Cause | Title of Court Administrative Body | Was Application Granted or Denied |
|---|---|---|---|
| NONE | N/A | N/A | N/A |

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

Dated: September 29, 2008

_____
Vincent O'Gara

Vincent O'Gara – 62304
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA  94108-5530
Tel:   (415) 788-1900
Fax:   (415) 393-8087

Prospective Attorneys for Settling Party
PIERCY BOWLER TAYLOR & KERN

## VERIFICATION

I, Vincent O'Gara, verify that the foregoing is true and correct.

This verification is made under the laws of the State of California at San Francisco, California this 29th Day of September 2008.

_____
Vincent O'Gara

- 3 -

**JURAT**

**State of :** California

**County of** SAN FRANCISCO

Subscribed and sworn to (or affirmed) before me

this __29__ day of __September__, 20 __08__ , by
    Date              Month         Year

(1) __VINCENT O'GARA__
     Name of Signer (s)

(2) _____
     Name of Signer (s)

Personally known to me proved to me on the basis of satisfactory evidence to be the person (s) who appeared before me.

_____
Signature of Notary Public

Place Notary Seal Above

1  ORDER

3  The verified petition of Vincent O'Gara to practice in THIS CASE ONLY is approved.

5  Dated: _____, 2008

11  VOG.10400960.doc