# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

RECEIVED

Oct 28  3 05

U.S. BANKRUPTCY
MARY A. SCHOTT, CLERK

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case Nos.<br><br>BK-S-06-10725 LBR<br>BK-S-06-10726 LBR<br>BK-S-06-10727 LBR<br>BK-S-06-10728 LBR<br>BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | Judge Linda B. Riegle |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | **DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO** |

The undersigned, prospective attorney of record for Defendant Piercy Bowler Taylor & Kern, P.C., herein, has submitted to the Court a "Verified Petition for Permission to Practice in this Case Only." Not being admitted to the bar of this Court, and not maintaining an office in the District of Nevada for the practice of law, he believes it to be in the best interests of the clients to designate <u>Paul Eisinger</u>, attorney at law, member of the State Bar of Nevada and previously admitted to practice before the above-entitled Court, as associate local counsel in this action.

The address of the said designated Nevada Counsel is:

> Paul Eisinger,
> Thorndal, Armstrong, Delk, Balkenbush & Eisinger,
> 1100 E. Bridger Avenue,
> Las Vegas, NV 89101,
> telephone: (702) 366-0622,
> email address: peisinger@thorndal.com

By this designation the undersigned attorneys and parties agree that all documents and other papers issued out of this Court in the above-entitled case may be served on the designated local

- 1 -

counsel. Further, said local counsel shall be responsible for providing copies of the same to the co-counsel. Further, this designation constitutes agreement and authorization by the undersigned for the designated local counsel to sign stipulations binding on all of us. The time for performing any act under applicable Rules shall run from the date of service on the local counsel.

Dated: September 29, 2008

_____
Vincent O'Gara
Proposed Attorney for Settling Party
PIERCY BOWLER TAYLOR & KERN, P.C.

Vincent O'Gara - 62304
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Tel:   (415) 788-1900
Fax:   (415) 393-8087

DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO

## CONSENT OF DESIGNATED COUNSEL

The undersigned hereby consents to serve as associate Nevada counsel in this case and agrees that he is responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that he is responsible to transmit copies of all documents and other papers so served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

*/s/ Paul Eisinger*

Paul Eisinger

## APPOINTMENT OF DESIGNATED NEVADA COUNSEL

The undersigned appoints Paul Eisinger as its Designated Nevada Counsel in this case.

Dated: October 1, 2008

Piercy, Bowler, Taylor & Kern

By */s/ Richard Bowler*
Richard Bowler,
Principal

VOG.10401017.doc

DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO