There will be no further continuances.

Entered on Docket
October 29, 2008

Hon. Linda B. Riegle
United States Bankruptcy Judge

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile:  (916) 329-4900
Email: malevinson@orrick.com
        jhermann@orrick.com
*Attorneys for USA Capital*
*Diversified Trust Deed Fund, LLC*

Robert Kinas (Nevada Bar No. 6019)
Claire Y. Dossier (Nevada Bar No. 10030)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: rkinas@swlaw.com
        cdossier@swlaw.com

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **STIPULATION AND ORDER TO<br>CONTINUE HEARING ON<br>MOTION TO QUASH<br>SUBPOENAS** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date of Hearing:  October 28, 2008<br><br>Time of Hearing:  9:30 a.m. |

Snell & Wilmer
—— L.L.P. ——
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702) 784-5200

9047126

1       This stipulation is made by and between USA CAPITAL DIVERSIFIED TRUST DEED

2   FUND, LLC, by and through its counsel SNELL & WILMER L.L.P., and ROBERT A.

3   RUSSELL, individually and as agent for UNSER/CENTRAL PARTNERS, LLP; RUSSELL/AD

4   DEVELOPMENT GROUP; INTERSTATE COMMERCE CENTER, LLC; AD

5   ALBUQUERQUE DEVELOPMENT, LLC (collectively, with Russell, the "Russell Entities"), by

6   and through his/their attorneys, SUSAN WILLIAMS SCANN, ESQ. of the law firm of

7   DEANER, DEANER, SCANN, MALAN & LARSEN, and SCOTT A. MCGATH, Esq. of the

8   law firm of OVERTURF MCGATH HULL & DOHERTY, PC, as follows:

9       1.    On April 10, 2008, the Russell Entities filed an Objection to Notices of 2004

10  Examinations, Motion to Quash Subpoenas and or for Protective Order and Motion for Limitation

11  of Rule 2004 Examinations [Docket No. 6176] (the "Motion"), with hearing initially scheduled

12  for May 8, 2008.

13      2.    The hearing on the Motion was initially continued to July 14, 2008. *See* May 8,

14  2008 Minute Order [Docket No. 6378].

15      3.    The hearing on the Motion was then continued to August 26, 2008 pursuant to a

16  stipulation and order entered on July 14, 2008. *See* July 14, 2008 Stipulation to Continue Hearing

17  on Motion to Quash Subpoenas and or For Protective Order and Motion for Limitation of Rule

18  2004 Examination [Docket No. 6518].

19      4.    The hearing on the Motion was again continued to October 28, 2008 pursuant to a

20  stipulation and order entered on August 26, 2008. *See* August 26, 2008 Stipulation to Continue

21  Hearing on Motion to Quash Subpoenas [Docket No. 6562].

22      5.    The parties are attempting to resolve their dispute and agree to continue the

23  hearing on the Motion to January 22, 2009 at 9:30 a.m..

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

1    **IT IS SO ORDERED.**

2

3    SNELL & WILMER L.L.P.                    DEANER, DEANER, SCANN, MALAN &
                                              LARSEN

4    By: /s/ Claire Y. Dossier               By: /s/ Susan W. Scann
        Robert Kinas (Nevada Bar No. 6019)       Susan W. Scann (Nevada Bar No. 000776)
5       Claire Y. Dossier (Nevada Bar No. 10030)  720 South Fourth Street, Suite 300
        3883 Howard Hughes Parkway, Suite 1100    Las Vegas, NV 89101
6       Las Vegas, NV 89169
             and                              *Attorneys for Robert A. Russell*
7       Marc A. Levinson (California Bar No. 57613)
        Jeffery D. Hermann (California Bar No. 90445)
8       ORRICK, HERRINGTON & SUTCLIFFE LLP
        400 Capital Mall, Suite 3000
9       Sacramento, CA 95814-4497

10      *Attorneys for USA Capital Diversified Trust*
        *Deed Fund, LLC*
11

12

13   RESPECTFULLY SUBMITTED BY:

14   SNELL & WILMER L.L.P.

15

16   By: /s/ Claire Y. Dossier
        Robert Kinas (Nevada Bar No. 6019)
17      Claire Y. Dossier (NV Bar No. 10030)
        3883 Howard Hughes Parkway, Suite 1100
18      Las Vegas, NV 89169
        Telephone: (702) 784-5200
19      Facsimile: (702) 784-5252
        *Attorneys for USA Capital Diversified Trust Deed Fund, LLC*
20

21

22                                    ###

23

24

25

26

27

28