# United States Bankruptcy Court
## District of Nevada

Bankruptcy Case Number  06–10725–lbr
### Chapter 11

In re: (Name of Debtor)
    USA COMMERCIAL MORTGAGE COMPANY
    fka  USA CAPITAL
    4484 SOUTH PECOS ROAD
    LAS VEGAS, NV 89121

### ORDER APPROVING VERIFIED PETITION AND APPOINTMENT OF NEVADA COUNSEL

The Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court and the Designation of Local Counsel and Consent Thereto filed by VINCENT O'GARA with the appointment of PAUL EISINGER as designated Nevada Counsel in this case are approved.

Dated: 10/29/08                                         BY THE COURT

*Mary A. Schott*

                                                      Mary A. Schott
                                                      Clerk of the Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 0978-2          User: lakaswm              Page 1 of 1           Date Rcvd: Oct 29, 2008
Case: 06-10725               Form ID: oavp              Total Served: 2
```

The following entities were served by first class mail on Oct 31, 2008.
```
aty          +PAUL EISINGER,   THORNDAL, ARMSTRONG, DELK, ET. AL.,   1100 E. BRIDGER AVENUE,
              LAS VEGAS, NV 89101-5315
aty          +VINCENT O'GARA,   MURPHY, PEARSON, BRADLEY & FEENEY,   88 KEARNY STREET, 10TH FLOOR,
              SAN FRANCISCO, CA 94108-5568
```

The following entities were served by electronic transmission.
NONE.                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 31, 2008**                    **Signature:**    _Joseph Speetjens_