E-filed November 3, 2008

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email: malevinson@orrick.com
       jhermann@orrick.com

Robert Kinas (Nevada Bar No. 6019)
Claire Y. Dossier (Nevada Bar No. 10030)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rkinas@swlaw.com
       cdossier@swlaw.com

*Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **NOTICE OF ENTRY OF ORDER** |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | |

/ / /

/ / /

/ / /

/ / /

9233085.1

1  PLEASE TAKE NOTICE that a Stipulation and Order to Continue Hearing on Motion to
2  Quash Subpoenas was entered in Case No. 06-10725 [Docket No. 6595] on October 29, 2008. A
3  copy of said Order is attached hereto as Exhibit A.
4  Dated this 3rd day of November, 2008.

SNELL & WILMER LLP

By: /s/ Claire Y. Dossier
Robert Kinas (Nevada Bar No. 6019)
Claire Y. Dossier (Nevada Bar No. 10030)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 904445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capital Mall, Suite 3000
Sacramento, CA 95814-4497

*Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

9233085.1

- 2 -

# EXHIBIT A

EXHIBIT A

Case: 06-10725-lbr    Doc #: 6595    Filed: 10/29/2008    Page: 1 of 3

**There will be no further continuances.**

Entered on Docket
October 29, 2008

Hon. Linda B. Riegle
United States Bankruptcy Judge

---

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email: malevinson@orrick.com
       jhermann@orrick.com
*Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

Robert Kinas (Nevada Bar No. 6019)
Claire Y. Dossier (Nevada Bar No. 10030)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rkinas@swlaw.com
       cdossier@swlaw.com

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO QUASH SUBPOENAS** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | Date of Hearing: October 28, 2008<br>Time of Hearing: 9:30 a.m. |

9047126

       This stipulation is made by and between USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, by and through its counsel SNELL & WILMER L.L.P., and ROBERT A. RUSSELL, individually and as agent for UNSER/CENTRAL PARTNERS, LLP; RUSSELL/AD DEVELOPMENT GROUP; INTERSTATE COMMERCE CENTER, LLC; AD ALBUQUERQUE DEVELOPMENT, LLC (collectively, with Russell, the "Russell Entities"), by and through his/their attorneys, SUSAN WILLIAMS SCANN, ESQ. of the law firm of DEANER, DEANER, SCANN, MALAN & LARSEN, and SCOTT A. MCGATH, Esq. of the law firm of OVERTURF MCGATH HULL & DOHERTY, PC, as follows:

    1.    On April 10, 2008, the Russell Entities filed an Objection to Notices of 2004 Examinations, Motion to Quash Subpoenas and or for Protective Order and Motion for Limitation of Rule 2004 Examinations [Docket No. 6176] (the "Motion"), with hearing initially scheduled for May 8, 2008.

    2.    The hearing on the Motion was initially continued to July 14, 2008. *See* May 8, 2008 Minute Order [Docket No. 6378].

    3.    The hearing on the Motion was then continued to August 26, 2008 pursuant to a stipulation and order entered on July 14, 2008. *See* July 14, 2008 Stipulation to Continue Hearing on Motion to Quash Subpoenas and or For Protective Order and Motion for Limitation of Rule 2004 Examination [Docket No. 6518].

    4.    The hearing on the Motion was again continued to October 28, 2008 pursuant to a stipulation and order entered on August 26, 2008. *See* August 26, 2008 Stipulation to Continue Hearing on Motion to Quash Subpoenas [Docket No. 6562].

    5.    The parties are attempting to resolve their dispute and agree to continue the hearing on the Motion to January 22, 2009 at 9:30 a.m..

///
///
///
///
///

1  **IT IS SO ORDERED.**

| | |
|---|---|
| SNELL & WILMER L.L.P. | DEANER, DEANER, SCANN, MALAN & LARSEN |
| By: /s/ *Claire Y. Dossier* <br> Robert Kinas (Nevada Bar No. 6019) <br> Claire Y. Dossier (Nevada Bar No. 10030) <br> 3883 Howard Hughes Parkway, Suite 1100 <br> Las Vegas, NV  89169 <br> and <br> Marc A. Levinson (California Bar No. 57613) <br> Jeffery D. Hermann (California Bar No. 90445) <br> ORRICK, HERRINGTON & SUTCLIFFE LLP <br> 400 Capital Mall, Suite 3000 <br> Sacramento, CA 95814-4497 <br><br> *Attorneys for USA Capital Diversified Trust Deed Fund, LLC* | By: /s/ *Susan W. Scann* <br> Susan W. Scann (Nevada Bar No. 000776) <br> 720 South Fourth Street, Suite 300 <br> Las Vegas, NV  89101 <br><br> *Attorneys for Robert A. Russell* |

RESPECTFULLY SUBMITTED BY:

SNELL & WILMER L.L.P.


By: /s/ *Claire Y. Dossier*
    Robert Kinas (Nevada Bar No. 6019)
    Claire Y. Dossier (NV Bar No. 10030)
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV  89169
    Telephone: (702) 784-5200
    Facsimile: (702) 784-5252
    *Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

###