Peter C. Bernhard, NV Bar No. 734
Georganne W. Bradley, NV Bar No. 1105
BULLIVANT HOUSER BAILEY PC
3883 Howard Hughes Parkway, Suite 550
Las Vegas, Nevada 89169
Telephone No.(702) 669-3600
Facsimile No. (702) 650-2995
E-Mail: peter.bernhard@bullivant.com
E-mail georganne.bradley@bullivant.com

Counsel for Compass Financial Partners LLC and
Compass USA SPE LLC

E-FILED November 3, 2008

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re:<br>USA COMMERCIAL MORTGAGE CMPANY,<br><br>Debtor. | Case No. BK-S-06-10725 LBR<br>Chapter 11 |
|---|---|
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor. | Case No. BK-S-06-10727<br>Chapter 11<br><br>JOINTLY ADMINISTERED |

### CERTIFICATE OF SERVICE

1. On November 3, 2008, the following documents were served:

    (a) **MOTION TO WITHDRAW AS COUNSEL FOR COMPASS FINANCIAL PARTNERS, LLC AND COMPASS USA SPE LLC**

    (b) **DECLARATION OF GEORGANNE W. BRADLEY IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL FOR COMPASS FINANCIAL PARTNERS, LLC AND COMPASS USA SPE LLC**

2. The above-named documents were served by the following means to the persons listed below: See

    ☐ a. **ECF System.**

    ☐ b. **United States mail, postage full prepaid to the following:**

    ☐ c. **Personal service.**

– 1 –

I personally delivered the documents to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the documents at the attorney's office with a clerk or other person in charge, or if no one is in charge, by leaving the documents in a conspicuous place in the office.

☐ For a party, delivery was made by handing the documents to the party or by leaving the documents at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☒ **d. By direct email.**

I caused the documents to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

lmezei@EGPS.com
ron@compass-partners.net

☐ **e. By fax transmission.**

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the documents to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f. By messenger.**

I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 3rd day of November, 2008.

            /s/ Mary A. Opatrny
Name: Mary A. Opatrny
        an employee of Bullivant Houser Bailey PC

# Opatrny, Mary

| | |
|---|---|
| **From:** | Opatrny, Mary |
| **Sent:** | Monday, November 03, 2008 3:57 PM |
| **To:** | 'lmezei@EGPS.com'; 'ron@compass-partners.net' |
| **Cc:** | Bradley, Georganne |
| **Subject:** | Compass Financial Partners, Inc. |

Attached please find file-stamped copies of the Motions to Withdraw and the Declarations of Georganne W. Bradley for each of the following cases:

1. USACM          —   BK Case. No.: 06-10725
2. Thomas Hantges  —   BK Case No.: 07-13163
3. Joseph Milanowski —   BK Case No.: 07-13162
4. USAIP          —   BK Case No.: 07-11821

5. Binford         —   Adv. Case No.: 06-1212
6. Liquid. Trust    —   Adv. Case No.: 08-1066
7. Revocation      —   Adv. Case No.: 07-1105

Thank you.

 06-10725 Motion.pdf
 06-10725 Declaration.pd
 06-13163 Motion.pdf
 06-13163 Declaration.pd
 06-13162 Motion.pdf
06-13162 Declaration.pd

 07-11821 Motion.pdf
 07-11821 Declaration.pd
 06-1212 Motion.pdf
 06-1212 Declaration.pd

 08-1066 Motion.pdf
 08-1066 Declaration.pd
 07-1105 Motion.pdf
 07-1105 Declaration.pd

**Mary A. Opatrny**
Assistant to: Georganne W. Bradley and Judah Zakalik
**Bullivant Houser Bailey PC**
3883 Howard Hughes Pkwy., Ste. 550
Las Vegas, NV 89169
mary.opatrny@bullivant.com
direct dial: 702.669.3636 - fax: 702.650.2995

1