EDWARD J GRYL
5605 SE MATOUSEK ST
STUART, FLORIDA 34997

RECEIVED
AND ~~~

Date 10-29-08

Nov 3  1 15 PM '08

CLERK
UNITED STATES BANKKRUPTCY COURT
300 LAS VEGAS BLVD SOUTH,
NEVADA, 89101

06-10725

TO WHOM IT MAY CONCERN;
I DO NOT APPROVE THE SELEMENT ' IT WAS PART OF MY IRA FOR RETIREMENT LOST FOR EVER. USA CAPITAL FIRST TRUST DEED FUND LLC. HAD ENOUGH EQUITY IN RESERVE IF THEY HAD INTO GO INTO BANKRUPTEY THEY TOLD US.

ENCLOSED FIND COPIES SENT ME

VERY TRULY YOURS
EDWARD J GRYL