# Curtis F. Clark

1403 Pueblo Drive
Boulder City, NV
89005

Phone: (702) 293-4603
FAX: (702) 293-7319

RECEIVED & FILED
'08 NOV -5 P1:55
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Tuesday　　　　　　　November 04, 2008

TO　　　　　US Bankruptcy Court
　　　　　　　% Geoffery Berman - Trustee

COPIES TO :　　Michael Tucker
　　　　　　　Diamond McCarthy
　　　　　　　Lewis & Roca
　　　　　　　Murphy, Pearson Bradley & Feeney

Reference :　　USA Capital Diversified Trust Fund
　　　　　　　BK-06-10725-LBR

　　Two and one half ( 2-1/2 ) years; and nothing for the Creditors.  Not ever hope.

　　The latest insult :
　　　　We the People ( Creditors ) have the opportunity to object to the settlement with PBTK,　BUT - the terms are CONFIDENTIAL !!!  How can we file an objection if the terms and conditions are unknown ?
　　　BUT - that is the primary goal of Judge Linda : keep the Creditors stupid, and do not permit them to organize and speak as a unified group.  All of the recovered assets will be devoured by her Court Appointed Parasites.

　　Suggestion for the Court :
　　In future Robert Worthen's Pollyanna Reports , initiate an up-to-date financial statement.

| | |
|---|---|
| Initial Value of USACM Defaulted Loans | $ 105 M |

Assets Recovered (as of October, 2008 )

| | | |
|---|---|---|
| Royal Hotel | $ 11 M | |
| Saladore Real | $  4 M | ???? |
| Hotel Zoso | $  0 M | |
| USA Liquidating Trust | $  2 M | |
| BMER | $  0.6 M | |
| Compass Financial Partners | $  0 M | |
| Other Recovery | | |
| Total Recovered    ( 16.7 % ) | | $ 17.6 M |

**Liabilities**

| | |
|---|---|
| Returned to Creditors  ( 2.8 % ) | $  3.0  M |
| Paid to  Michael Tucker | - ? - |
| Paid to  Mark Levison | - ? - |
| Paid to Others | - ? - |
| | - ? - |

**Held in Reserve**                                                      - ? -

We the People ( Creditors ) should know :

1 ) Our Court Appointed Parasites have failed to recover but a fraction of the defaulted assets  ( $ 105 M ) ; and have little/no hope to recover more.
2 ) Compass Financial Partners is doing little/nothing for the benefit of Diversified Fund.
3 ) These so-called settlements are being negotiated to merely to pay the ongoing Fees and Expenses.
4 ) There is nothing for the Creditors; not even hope.

*[signature: Curtis F Clark]*