O'REILLY LAW GROUP, LLC
John F. O'Reilly, Esq.
Nevada Bar No. 1761
Timothy R. O'Reilly, Esq.
Nevada Bar No. 8866
325 S. Maryland Parkway
Las Vegas, Nevada 89101
Tel: (702) 382-2500; Fax: (702) 384-6266
E-Mail: tor@oreillylawgroup.com

E-FILED 11/6/08

Attorney for Party-in-Interest STANLEY E. FULTON

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor.<br><br>In Re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor.<br><br>In Re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor.<br><br>In Re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor.<br><br>In Re:<br>USA SECURITIES, LLC,<br>Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR<br><br>JOINTLY ADMINSTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle<br><br>**DECLARATION OF TIMOTHY O'REILLY IN SUPPORT OF OPPOSITION TO THE APPLICATION OF THE USACM LIQUIDATING TRUST TO COMPROMISE AND SETTLE CONTROVERSIES WITH: PIERCY, BOWLER, TAYLOR & KERN, PC; AND BEADLE, MCBRIDE, EVANS & REEVES, LLP.** |

-1-
Declaration in Support of Opposition to Application to Compromise and Settle

| Affects: |
| --- |
| ☒ All Debtors |
| ☐ USA Commercial Mortgage Company |
| ☐ USA Capital Realty Advisors, LLC |
| ☐ USA Capital Diversified Trust Deed Fund, LLC |
| ☐ USA Commercial Mortgage Company |
| ☐ USA Commercial Mortgage Company |

I, Timothy O'Reilly, declare:

1. I am an attorney with the O'Reilly Law Group, LLC, (the "Firm") attorney of record for Party-in-Interest, Stanley E. Fulton ("Mr. Fulton"). I am licensed to practice before the courts of the State of Nevada, the United States District Court, and the Bankruptcy Court for the State of Nevada. I am submitting this Declaration in Support of the Oppositions of Mr. Fulton to the Application of Geoffrey Berman, Trustee ("Trustee") of the USACM Liquidating Trust (the "USACM Trust") and Michael Tucker, Manager ("Manager;" the Trustee and Manager are collectively referred to as the "Trustee/Manager"), of the USA Capital Diversified Trust Deed Fund, LLC ("DTDF") to Compromise and Settle Controversies (the "Motion") with: Piercy, Bowler, Taylor & Kern PC ("PBTK"); and Beadle, McBride, Evans & Reeves, LLP, et al. ("BMER"). I know each of the following facts to be true of my own personal knowledge and, except as therein stated, and if called as a witness, I could and would competently testify with respect thereto.

2. Mr. Fulton is a defendant in an adversary action brought by the Trustee for the alleged: avoidance of transfers; unjust enrichment, money had and received, and liability for treble damages for allegedly receiving $2 million, knowing that the funds were misappropriated by theft and/or other offense(s) that constitute a crime against property. See Adversary Actions USACM Liquidating Trust, et. al. v. Stanley E. Fulton, et al, Adversary Proceeding Number 08-01132-lbr; ("Adversary Action"). Copy of the Adversary Action is attached as Exhibit "1" respectively.

3. The Adversary Action is in the initial stages of litigation, with initial disclosures occurring on September 9, 2008, by the Defendants and September 26, 2008, by the Plaintiffs.

-2-
Declaration in Support of Opposition to Application to Compromise and Settle

Written discovery, specifically requests for production of documents, was recently propounded by Plaintiffs this week, and the discovery cutoff date is not scheduled until February 23, 2009.

4.    Mr. Fulton vehemently denies the allegations set forth in the Adversary Action. Nevertheless, to the extent they face any potential liability under the Adversary Action, Mr. Fulton wishes to preserve his claim to mitigate such damages including, but not limited to, any claims for indemnity or contribution.

5.    In an attempt to resolve this matter short of litigation, we attempted to obtain clarification of legal authority that the Trustee/Manager was relying upon for the Bar Order and, in response, was merely directed to the Motion. See e-mail correspondence dated October 28, 2008, a copy of which is attached as Exhibit "2."

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

Executed this 6th day of November, 2008, in Las Vegas, Nevada.

_____
TIMOTHY O'REILLY

-3-
Declaration in Support of Opposition to Application to Compromise and Settle