# EXHIBIT "2"

Timothy R. O'Reilly

| | |
|---|---|
| From: | Yoder, Michael [MYoder@diamondmccarthy.com] |
| Sent: | Tuesday, October 28, 2008 1:50 PM |
| To: | Timothy R. O'Reilly |
| Cc: | Madden, Eric; Steven J. Katzman; John F. O'Reilly |
| Subject: | RE: USACM Liquidating Trust, et al v. Mary Petersen, et al. |
| Attachments: | PBTK Confidentiality Agreement.pdf; #6575 - Application to Compromise Controversies with PBTK (2).PDF; #6573 - Application to Compromise Controversies with BMER.PDF |

Tim,

Pursuant to the terms of our settlement with Piercy, Bowler, Taylor, & Kern, PC, the terms of the settlement are deemed confidential. I have attached a confidentiality agreement for your signature. Once I have received a copy of the executed confidentiality agreement, I will forward you a copy of the settlement agreement for your review.

As to your request regarding the legal authority on which we rely in filing the motions, we refer you to the attached motions filed with the bankruptcy court.

Regards,

Michael Yoder


From: Timothy R. O'Reilly [mailto:tor@oreillylawgroup.com]
Sent: Tuesday, October 28, 2008 3:03 PM
To: Yoder, Michael
Cc: Madden, Eric; Steven J. Katzman; John F. O'Reilly
Subject: RE: USACM Liquidating Trust, et al v. Mary Petersen, et al.

Michael,

It has come to our attention that you have filed various motions requesting approval of settlement. This includes, but is not limited to, the Applications to Compromise and Settle Controversies with Piercy, Bowler, Taylor & Kern, PC ("Piercy') and with Beadle, McBride, Evans & Reeves, LLP, et al ("Beadle"). The applicable Motion indicates Piercy audited USACM's financial statements for fiscal years ending December 31, 2002 through December 31, 2004, and was in the process of conducting the audit for fiscal year 2005 at the time USACM filed for bankruptcy protection. This settlement is undisclosed but contingent upon the ". . . entry of a Bar Order under Nevada Revised Statutes § 17.225, et seq."

As to Beadle, the applicable Motion indicates Beadle audited DTDF's financial statements for fiscal years ending December 31, 2000 through December 31, 2003. This proposed settlement is for 1.5 million and similarly seeks a Bar Order.

We are currently reviewing such Motions and request any clarification and justification you may be able to provide regarding the basis for which you are seeking relief. Specifically, please provide any legal authority to which you rely upon to obtain bar orders before the bankruptcy court for parties not before the Court on the matter. Also, forward the terms of the Piercy settlement in order to permit an adequate evaluation of the reasonableness of the proposed settlement.

I look forward to receiving your response on or before the close of business on October 30, 2008.


11/6/2008

Timothy R. O'Reilly, Esq.
O'Reilly Law Group, LLC
325 S. Maryland Parkway
Las Vegas, Nevada 89101
Phone: 702-382-2500
Fax: 702-384-6266
E-Mail: tor@oreillylawgroup.com

Visit us online at www.oreillylawgroup.com

IRS CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. tax advice contained in this communication (or in any attachment) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication (or in any attachment).

CONFIDENTIALITY NOTICE: This electronic mail transmission has been sent by a lawyer or a law firm employee. It may contain information that is confidential, privileged, proprietary, or otherwise legally exempt from disclosure. If you are not the intended recipient, you are hereby notified that you are not authorized to read, print, retain, copy or disseminate this message, any part of it, or any attachments. If you have received this message in error, please delete this message and any attachments from your system without reading the content and notify the sender immediately of the inadvertent transmission. There is no intent on the part of the sender to waive any privilege, including the attorney-client privilege, that may attach to this communication. Thank you for your cooperation.

This message and all attachments are confidential and may be protected by the attorney-client or other privileges. Any unauthorized review, use, disclosure or distribution is prohibited. If you believe this message has been sent to you in error, please notify the sender by replying to this transmission and delete the message without disclosing it. Thank you.

Pursuant to recently-enacted US Treasury Department Regulations, we are now required to advise you that, unless otherwise expressly indicated, any federal tax advice contained in this communication, including attachments and enclosures, is not intended or written to be used, and may not be used, for the purposes of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter addressed herein.

11/6/2008