MORRIS, PICKERING & PETERSON
   Mary Kristina Pickering (Nev. Bar No. 992)
   Rosa Solis-Rainey (Nev. Bar No. 7129)
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422
kp@morrislawgroup.com
rsr@morrislawgroup.com

Attorneys for Defendant DELOITTE & TOUCHE LLP

**E-FILED November 7, 2008**

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>               Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>               Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>               Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>               Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>               Debtor.<br>Affects:<br>☒  All Debtors | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR<br><br>JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle<br><br>**STIPULATION REGARDING OPPOSITION TO APPLICATIONS TO COMPROMISE AND SETTLE CONTROVERSIES WITH PIERCY, BOWLER, TAYLOR & KERN, PC AND BEADLE, MCBRIDE, EVANS & REEVES, LLP,** *et al.* |

MORRIS PICKERING
& PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

LA\1915409.1

USACM Liquidating Trust and USA Capital Diversified Trust Deed Fund, LLC (collectively, the "USA Entities") and non-party Deloitte & Touche LLP ("D&T") hereby stipulate and agree as follows:

WHEREAS, on October 20, 2008, the USA Entities filed *Application to Compromise and Settle Controversies with Piercy, Bowler, Taylor & Kern PC* (Docket No. 6575) and *Application to Compromise and Settle Controversies with Beadle, McBride, Evans & Reeves, LLP, et al.* (Docket No. 6573) (collectively, the "Applications") with the Court and served notice of such Applications on D&T by mail;

WHEREAS, pursuant to Nevada Bankruptcy Local Rule 9014 and Bankruptcy Rule of Procedure 9006, any opposition to the Applications ordinarily would be due on November 10, 2008;

WHEREAS, D&T received the Applications on October 24, 2008;

WHEREAS, the Applications did not include a copy of the settlement agreement between the USA Entities and Piercy, Bowler, Taylor & Kern PC (the "PBTK settlement agreement"), without which D&T was unable to evaluate whether it had a basis to object to such settlement;

WHEREAS D&T requested a copy of the PBTK settlement agreement on October 24, 2008;

WHEREAS, following the negotiation and execution of a confidentiality agreement, the USA Entities provided D&T with a copy of the PBTK settlement agreement on October 30, 2008;

WHEREAS both Applications are set for hearing on November 18, 2008;

WHEREAS, USACM Liquidating Trust has a case pending against D&T in the United States District Court for the District of Nevada (Case No. 08-00461) that D&T believes may be affected by the Applications; and

MORRIS PICKERING
& PETERSON
ATTORNEYS AT LAW
300 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

LA\1915409.1

STIPULATION REGARDING OPPOSITION TO APPLICATIONS TO COMPROMISE AND SETTLE CONTROVERSIES

2

WHEREAS, the requested extension is necessary to provide D&T with sufficient time to evaluate the merits of the Applications, including the proposed bar order, and prepare an opposition, if necessary;

IT IS HEREBY STIPULATED that D&T will file any objections to the Applications by November 13, 2008.

Dated: November 6, 2008

MORRIS, PICKERING & PETERSON

By: /s/ Rosa Solis-Rainey
Mary Kristina Pickering (Nev. Bar No. 992)
Rosa Solis-Rainey (Nev. Bar No. 7129)
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422

Attorneys for Deloitte & Touche LLP

DIAMOND MCCARTHY LLP

By: /s/ P. Jason Collins
Allan B. Diamond, TX 05801800 (pro hac vice)
J. Maxwell Beatty, TX 24051740 (pro hac vice)
909 Fannin, Suite 1500
Houston, Texas 77010
(713) 333-5100 (telephone)
(713) 333-5199 (facsimile)

William T. Reid, IV, TX 00788817 (pro hac vice)
Eric D. Madden, TX 24013079 (pro hac vice)
P. Jason Collins, TX 24040711 (pro hac vice)
6504 Bridge Point Parkway
Suite 400
Austin, Texas 78730
(512) 617-5200 (telephone)
(512) 617-5299 (facsimile)

Special Litigation Counsel for USACM Liquidating Trust and USA Capital Diversified Trust Deed Fund, LLC

MORRIS PICKERING
& PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

LA\1915409.1

STIPULATION REGARDING OPPOSITION TO APPLICATIONS TO COMPROMISE AND SETTLE CONTROVERSIES