MORRIS, PICKERING & PETERSON

E-FILED  November 7, 2008

    Mary Kristina Pickering (Nev. Bar No. 992)
    Rosa Solis-Rainey (Nev. Bar No. 7129)
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422
kp@morrislawgroup.com
rsr@morrislawgroup.com

Attorneys for Defendant DELOITTE & TOUCHE LLP

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>                Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR<br><br>JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle<br><br>**CERTIFICATE OF SERVICE** |
| Affects:<br>☒  All Debtors | |

MORRIS PICKERING
& PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

Pursuant to Fed. R. Civ. P. 5(b) and Section IV of District of Nevada Electronic

Filing Procedures, I certify that I am an employee of MORRIS PICKERING &

PETERSON, and the following document was served via electronic service on the date

shown below as noted on the attached Notice of Electronic Filing:  **STIPULATION**

**REGARDING OPPOSITION TO APPLICATIONS TO COMPROMISE AND**

**SETTLE CONTROVERSIES WITH PIERCY, BOWLER, TAYLOR & KERN, PC AND**

**BEADLE, MCBRIDE, EVANS & REEVES, LLP, et al.**

To:

Alan B. Diamond
J. Maxwell Beatty
DIAMOND MCCARTHY LLP
909 Fannin, Suite 1500
Houston, Texas  77010

William T. Reid, IV
Eric D. Madden
P. Jason Collins
6504 Bridge Point Parkway, Suite 400
Austin, Texas  78730

Special Litigation Counsel for USACM
Liquidating Trust and USA Capital Diversified
Trust Deed Fund, LLC

I further certify that I am familiar with the firm's practice of collection and processing

documents for mailing; that in accordance therewith, I caused the above-named

document to be deposited with the U.S. Postal Service at Las Vegas, Nevada, in a sealed

envelope, with first class postage prepaid, on the date and to the addressee(s) shown on

the attached Notice of Electronic Filing except those individuals receiving electronic

notice.

DATED this _7th___ day of November, 2008.

By _Brenda Valdez_____

MORRIS PICKERING
& PETERSON
ATTORNEYS AT LAW
OO BANK OF AMERICA PLAZA
OO SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

## Miscellaneous:

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Judge: lbr | Assets: y | Case Flag: EXHS, BAPCPA, LEAD, JNTADMN, APPEA |

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from SOLIS-RAINEY, ROSA entered on 11/7/2008 at 4:15 PM PST and filed on 11/7/2008

**Case Name:**  USA COMMERCIAL MORTGAGE COMPANY

**Case Number:**  06-10725-lbr

**Document Number:** 6612

**Docket Text:**
Stipulation By DELOITTE & TOUCHE LLP and Between USACM Liquidating Trust and USA Capital Diversified Trust Deed Fund, LLC *Regarding Opposition to Applications to Compromise and Settle Controversies with Piercy, Bowler, Taylor & Kern, PC and Beadle, McBride, Evans & Reeves, LLP, et al.* Filed by ROSA SOLIS-RAINEY on behalf of DELOITTE & TOUCHE LLP (SOLIS-RAINEY, ROSA)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**G:\RSR\3159-001 Deloitte adv. USA Capital Trustee\E-Filing\Stip re Opposition to Applications.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=11/7/2008] [FileNumber=11006700-0
] [504f276e7c63451c1363cb167e374b2f0294498f2785300ecd6b37e575af0269b18
c84afa8d9359367074d0b1f5d774610eaa5c5cdbb99801059ba53398f5da7]]

### 06-10725-lbr Notice will be electronically mailed to:

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L. ALLF    nancy_allf@gshllp.com, karen_lawrence@gshllp.com;anne_pieroni@gshllp.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

PETER C. BERNHARD    peter.bernhard@bullivant.com, michelle.diegel@bullivant.com

BMC GROUP, INC.    evrato@bmcgroup.com,
ecf@bmcgroup.com;jmiller@bmcgroup.com;mjohn@bmcgroup.com

GEORGANNE W. BRADLEY    georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA    lbubala@jonesvargas.com, tbw@jonesvargas.com;aanthony@jonesvargas.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com;jrammos@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com,
ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;manthony@sheacarlyon.com;rmsmith@

MICHAEL W. CARMEL    michael@mcarmellaw.com, nancy@mcarmellaw.com;ritkin@steptoe.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com

JANET L. CHUBB    tbw@jonesvargas.com

JANET L. CHUBB    tbw@jonesvargas.com

DAVID A. COLVIN    mwalters@marquisaurbach.com,
dcolvin@marquisaurbach.com;kgallegos@marquisaurbach.com;tszostek@marquisaurbach.com

WILLIAM D COPE    cope_guerra@yahoo.com

LAUREL E. DAVIS    ldavis@fclaw.com, mhurtado@fclaw.com;mlafrena@fclaw.com

THOMAS W. DAVIS    twd@h2law.com

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (aw)    awhatnall@daca4.com

J CRAIG DEMETRAS    JCD@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras-oneill.com

ALLAN B. DIAMOND    adiamond@diamondmccarthy.com

RICHARD I. DREITZER    richard.dreitzer@bullivant.com, cheryl.mayer@bullivant.com

BRADLEY PAUL ELLEY    bpelleylawbk@sbcglobal.net, elnivnv@sbcglobal.net

THOMAS H. FELL

BANKRUPTCYNOTICES@GORDONSILVER.COM;bknotices@gordonsilver.com

SCOTT D. FLEMING    sfleming@halelane.com

GREGORY E GARMAN    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

DOUGLAS D. GERRARD    DGERRARD@GERRARD-COX.COM, ekaymedellin@gerrard-cox.com

WADE B. GOCHNOUR    WBG@h2law.com, bd@h2law.com;grm@h2law.com

LEIGH T GODDARD    lgoddard@mcdonaldcarano.com, pmiller@mcdonaldcarano.com

CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov,
Darlene.Ruckard@usdoj.gov:Mary.Booker@usdoj.gov

GERALD M GORDON    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

R. VAUGHN GOURLEY    vgourley@lvcm.com

TALITHA B. GRAY    bankruptcynotices@gordonsilver.com;bknotices@gordonsilver.com

JAMES D. GREENE    bknotice@bhfs.com

MARK H. GUNDERSON    creinebold@gundersonlaw.com

MARJORIE A. GUYMON    bankruptcy@goldguylaw.com,
ckennon@goldguylaw.com;tracyg@goldguylaw.com;ldeeter@goldguylaw.com

PETER W. GUYON    pguyon@yahoo.com

XANNA R. HARDMAN    xanna.hardman@gmail.com

STEPHEN R HARRIS    noticesbh&p@renolaw.biz

JEFFREY L HARTMAN    notices@bankruptcyreno.com, dle@bankruptcyreno.com

WILLIAM H HEATON    will@nwhltd.com, denisse@nwhltd.com

BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

JOHN HINDERAKER    JHinderaker@LRLaw.com, RCreswell@LRLaw.com

RICHARD F. HOLLEY    rholley@nevadafirm.com,
paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com

RANDOLPH L. HOWARD    rhoward@klnevada.com,
ckishi@klnevada.com;bankruptcy@klnevada.com

DAVID W. HUSTON    dwh@hustonlaw.net

JASON A. IMES    bkfilings@s-mlaw.com

ROBBIN L. ITKIN    ritkin@steptoe.com,
khollingsworth@steptoe.com;skopman@steptoe.com;keckert@steptoe.com;jgoldman@steptoe.com;kpir

CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

EVAN L. JAMES    ejameslv@gmail.com, kbchrislaw@aol.com

LARRY C. JOHNS    lcjohns100@embarqmail.com

ERIN E. JONES    ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com

TY E. KEHOE    TyKehoeLaw@aol.com

ROBERT R. KINAS    rkinas@swlaw.com,
jmcbee@swlaw.com;jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;lvdocket@mindsprin

DEAN T. KIRBY    dkirby@kirbymac.com, gsparks@kirbymac.com

KENT F. LARSEN    kfl@slwlaw.com,
ev@slwlaw.com;bspears@fulbright.com;speirce@fulbright.com;modonnell@fulbright.com;dfleming@f

ZACHARIAH LARSON    ecf@lslawnv.com, susans@lslawnv.com

JOHN J. LAXAGUE    jlaxague@caneclark.com

GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net

STEPHEN T LODEN    sloden@diamondmccarthy.com, cburrow@diamondmccarthy.com

TYSON M. LOMAZOW    tlomazow@milbank.com

ANNE M. LORADITCH    lvecffilings@gtlaw.com,
loraditcha@gtlaw.com;koisp@gtlaw.com;lvlitdock@gtlaw.com;jenkinsm@gtlaw.com

TIMOTHY A LUKAS    ecflukast@hollandhart.com

ERIC D. MADDEN    emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

PATRICIA A. MARR    lvlaw03@yahoo.com

JAMES C. MCCARROLL    jmccarroll@reedsmith.com,
dturetsky@reedsmith.com;aleonard@reedsmith.com

REGINA M. MCCONNELL    Regina@GinaLaw.com, Regina@Familylawcenters.com

WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;cburke@lawlasvegas.com

JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

BRECK E. MILDE    bmilde@terra-law.com

SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com,
smiller@sheacarlyon.com;ltreadway@sheacarlyon.com;mleavitt@sheacarlyon.com;manthony@sheacarl

DAVID MINCIN    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com

JOHN F MURTHA    jmurtha@woodburnandwedge.com

ERVEN T. NELSON    , susan@bolickboyer.com

VICTORIA L NELSON    bkecf@nevadafirm.com,
vnelson@nevadafirm.com;paltstatt@nevadafirm.com;rmoss@nevadafirm.com

JOHN F. O'REILLY    jor@oreillylawgroup.com,
tor@oreillylawgroup.com;bc@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com

TIMOTHY R. O'REILLY    tor@oreillylawgroup.com,
jor@oreillylawgroup.com;bc@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com

DONNA M. OSBORN    mwalters@marquisaurbach.com,
kgallegos@marquisaurbach.com;dosborn@marquisaurbach.com;tszostek@marquisaurbach.com

DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

PAUL C RAY    info@johnpeterlee.com

THOMAS RICE    trice@coxsmith.com, jbrown@coxsmith.com;aseifert@coxsmith.com

GORDON C. RICHARDS    GCR@ClarkandRichards.com, ALM@ClarkandRichards.com

CHRISTINE A ROBERTS    roberts@shlaw.com,
hill@shlaw.com;mcallister@shlaw.com;vidovich@shlaw.com;stephens@shlaw.com;avila@shlaw.com

STACY M. ROCHELEAU    stacy@arlawgroup.com

SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

MICHAEL M. SCHMAHL    mschmahl@mcguirewoods.com

LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

BRIAN D. SHAPIRO    ecf@brianshapirolaw.com,
tiffany@brianshapirolaw.com;brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com;wendy@bri

JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com,
ltreadway@sheacarlyon.com;jshea@sheacarlyon.com;manthony@sheacarlyon.com;rmsmith@sheacarly

SHLOMO S. SHERMAN    ssherman@sheacarlyon.com,
bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;mleavitt@

AMBRISH S. SIDHU    ecfnotices@sidhulawfirm.com

JEFFREY SLOANE    lrost@kssattorneys.com

ALAN R SMITH    mail@asmithlaw.com,
turk@asmithlaw.com;marsh@asmithlaw.com;darby@asmithlaw.com

ROSA SOLIS-RAINEY    rsr@morrislawgroup.com

ADAM M. STARR    starra@gtlaw.com

DAVID A. STEPHENS    dstephens@lvcm.com

ARIEL E. STERN    sterna@ballardspahr.com,
jeromes@ballardspahr.com;waltons@ballardspahr.com;gradyc@ballardspahr.com

PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

ERIC W. SWANIS    swanise@gtlaw.com,
barberc@gtlaw.com;driverv@gtlaw.com;chaoa@gtlaw.com;lvlitdock@gtlaw.com

JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com

KAARAN E. THOMAS    kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv)    mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

ROLLIN G. THORLEY    rollin.g.thorley@irscounsel.treas.gov

LISA TSAI    ltsai@diamondmccarthy.com, tstone@diamondmccarthy.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

ERIC VAN    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

MICHAEL C. VAN    michael@mvanlaw.com

GREGORY J. WALCH    GWalch@Nevadafirm.com

RUSSELL S. WALKER    rwalker@wklawpc.com,
eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

KIRBY R WELLS     SMartinez@wellsrawlings.com

GREGORY L. WILDE     bk@wildelaw.com

RYAN J. WORKS     , kbarrett@mcdonaldcarano.com;dsampson@mcdonaldcarano.com

RYAN J. WORKS     rworks@mcdonaldcarano.com,
kbarrett@mcdonaldcarano.com;dsampson@mcdonaldcarano.com

MICHAEL YODER     myoder@diamondmccarthy.com

MATTHEW C. ZIRZOW     bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

**06-10725-lbr Notice will not be electronically mailed to:**

CELSO ACOSTA
,

ANTHONY G. ADAMS
,

THOMAS J. ALLISON
,

ANDREW K ALPER
6500 WILSHIRE BLVD 17TH FLR
LOS ANGELES, CA 90048

ALVAREZ & MARSAL, LLC
,

ARNOLD R. ALVES
9904 VILLA GRANITO LANE
GRANITE BAY, CA 95746

AUGUST J. AMARAL, INC.
,

AMERICAN EXPRESS BANK FSB
PO BOX 3001
MALVERN, PA 19355-0701

ANGELO GORDON & CO
C/O JED HART
245 PARK AVE, 26TH FL
NEW YORK, NY 10167

MICHAEL W ANGLIN
FULBRIGHT & JAWORSKI LLP
2200 ROSS AVE, STE 2800
DALLAS, TX 75201

GUY ARCHER
,

KERIANN M. ATENCIO
PHOENIX, AZ 85016

BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
,

CLARK BARTKOWSKI
P.O. BOX 1180
DARBY, MT 59829

JEAN BARTKOWSKI
P.O. BOX 1180
DARBY, MT 59829

WILLIAM BATES
BINGHAM MCCUTCHEN LLP
1900 UNIVERSITY AVENUE
EAST PALO ALTO, CA 94303

EVAN BEAVERS
1625 HIGHWAY 88, #304
MINDEN, NV 89423

BECKLEY SINGLETON, CHTD.
,

FLOCERFIDA BENINCASA
9359 ROPING COWBOY AVE
LAS VEGAS, NV 89178

JASPER BENINCASA
9359 ROPING COWBOY AVE.
LAS VEGAS, NV 89178

BLAKES HOUSE FLORAL & BALLOON CO
1204 CAMBALLERIA DR
CARSON CITY, NV 89701

BRIAN M. ADAMS, ESQ.
,

THOMAS R. BROOKSBANK
BROOKSBANK & ASSOCIATES
689 SIERRA ROSE DR, STE A2
RENO, NV 89511

JOSHUA D BRYSK

LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

DEL BUNCH
,

ERNESTINE BUNCH
,

C RANDALL BUPP
2000 CROW CANYON PL #330
SAN RAMON, CA 94583

TIMOTHY AND JO ANN BURRUS
3880 W. HIDDEN VALEY DR.
RENO, NV 89502

C. NICHOLAS PEREOS, ESQ.
,

ELISSA F CADISH
3930 HOWARD HUGHS PKWY, 4TH FLR
LAS VEGAS, NV 89169

JAIRO CASTILLO
C/O ALAN R. SMITH
505 RIDGE
RENO, NV 89501

TITO CASTILLO
13390 PARKSIDE TERRACE
COOPER CITY, FL 33330

TITO CASTILLO
C/O ALAN R. SMITH
505 RIDGE ST
RENO, NV 89501

CDW COMPUTER CENTERS INC
C/O RECEIVABLE MANAGEMENT SERVICES
307 INTERNATIONAL CIRCLE, SUITE 270
HUNT VALLEY, MD 21030

A. WILLIAM CEGLIA
3720 POCOHENA COURT
WASHOE VALLEY, NV 89704

RANEE L. CEGLIA
3720 POCOHENA COURT
WASHOE VALLEY, NV 89704

ANGELINE CHRISTIANSON
,

DEAN CHRISTIANSON
,

KAREN S. CHRISTIANSON
,

CURTIS F CLARK
,

CLARK COUNTY ASSESSOR'S OFFICE
C/O M W SCHOFIELD
500 S GRAD CENTRAL PKWY
LAS VEGAS, NV 89155

CLARK COUNTY ASSESSOR'S OFFICE
DISTRICT ATTORNEY OFF / K. PHILIPS
500 GRAND CENTRAL PKWY, #5075
LAS VEGAS, NV 89155

HOWARD CONNELL
1001 JENNIS SILVER ST
LAS VEGAS, NV 89145

LORENE CONNELL
1001 JENNIS SILVER ST
LAS VEGAS, NV 89117

WILLIAM D COPE
595 HUMBOLDT ST
RENO, NV 89509

SAM COSTANZA
9809 CANTEBURY ROSE LANE
LAS VEGAS, NV 89134

ROBERT A. COWMAN
1525 WINTERWOOD AVENUE
SPARKS, NV 89434

SANDRA L. COWMAN
1525 WINTERWOOD AVENUE
SPARKS, NV 89434

CT
a Wolters Kluwer Business
1209 ORANGE STREET
WILMINGTON, DE 19801

CICI CUNNINGHAM
9950 WEST CHEYENNE AVENUE
LAS VEGAS, NV 89129
bankruptcy@rocgd.com

VINCE DANELIAN
P.O. BOX 97782
LAS VEGAS, NV 89193

DANIEL AND CLAIRE LISEK
,

GEORGE DAVIS
WEIL GOTHAL & MANGES LLP
767 FIFTH AVENUE
NEW YORK, NY 10153
george.davis@weil.com

DEBT ACQUISITION COMPANY OF AMERICA
,

JOSEPH H. DEUERLING
2602 W LAKE RIDGE SHRS
RENO, NV 89519-5780

DIAMOND MCCARTHY TAYLOR FINLEY & LEE, LLP
,

ROGER DOWD
600 WORCESTER ROAD, SUITE 501
FRAMINGHAM, MA 01702

JOHN C. DUCKLEE
700 FLANDERS RD.
RENO, NV 89511

E. GRACE MARSTON TRUSTEE OF THE MARSTON FAMILY TRUST DATED 08/13/1993
E. MARSTON
1184 CAMANO COURT
SAN JOSE, CA 95122

PAUL EISINGER
THORNDAL, ARMSTRONG, DELK, ET. AL.
1100 E. BRIDGER AVENUE
LAS VEGAS, NV 89101

FRANK A ELLIS
510 S 9TH ST
LAS VEGAS, NV 89101

BONNY K. ENRICO
2072 ALMYRA ROAD
SPARTA, TN 38583-5168

DAVID R. ENRICO
2072 ALMYRA ROAD
SPARTA, TN 38583-5168

ARLEY D FINLEY
DIAMOND MCCARTHY, LLP
6504 BRIDGEPOINT PKWY, STE 400
AUSTIN, TX 78730

FOLEY & LARDNER LLP
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60610

GEORGE D FRAME
601 GREENWAY ROAD, STE D
HENDERSON, NV 89015

FTI CONSULTING, INC.
2 NORTH CENTRAL AVENUE, STE 1200
PHOENIX, AZ 85004

Dean V. Fleming
Fulbright & Jaworski L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205-3792

ROBERT B. GEIGER
,

RUTH E. GEIGER
,

GERRARD COX & LARSEN
2450 SAINT ROSE PARKWAY, SUITE 200
HENDERSON, NV 89074

ANDREW P GORDON
2300 W SAHARA AVENUE
SUITE 1000
LAS VEGAS, NV 89102

RICHARD D. GREEN
3773 HOWARD HUGHES PKWY, STE 500 NO
LAS VEGAS, NV 89169

GREEN VALLEY SECURE INVESTMENTS

2625 GREEN VALLEY PARKWAY
SUITE 125
HENDERSON, NV 89014

DAVID R. GRIFFITH
STEWRT, HUMPHERYS, TURCHETT, ET. AL.
3120 COHASSET ROAD, SUITE 6
POST OFFICE BOX 720
CHICO, CA 95927

ERNA D. GRUNDMAN
114 E YOLO STREET
ORLAND, CA 95963

JOANNE M. GRUNDMAN
1608 BROWN STREET
CARSON CITY, NV 89701

EDWARD J. GRYL
5605 SE MATOUSEK ST
STUART, FL 34997

LORRAINE GUNDERSON
,

WYNN A. GUNDERSON
,

HAIN CAPITAL GROUP, LLC
MEADOWS OFFICE COMPLEX
301 ROUTE 17
16TH FLOOR
RUTHERFORD, NJ 07070

JOHN HANDAL
,

GAYLE HARKINS
,

JANE HENDLER
,

HERMAN M. ADAMS, ESQ.
,

HILCO REAL ESTATE LLC/HILCO REAL ESTATE APPRAISAL, LLC
,

JACK HOGGARD
7022 RUSHWOOD DR.

EL DORADO HILLS, CA 95762-5002

HOLLAND & HART LLP
HUGHES CENTER
3800 HOWARD HUGHES PKWY., 10TH FLOOR
LAS VEGAS, NV 89169

CHARLES HUFF
3426 PINO CIRCLE
LAS VEGAS, NV 89121

HUMPHRY 1999 TRUST
C/O JACK & ALICE HUMPHRY TTEES
3825 CHAMPAGNE WOOD DR
NORTH LAS VEGAS, NV 89031-2056

DAVID W. HUSTON
,

INTERIM COMMITTEE OF CONCERNED INVESTORS
,

PAUL A. JACQUES
810 SE 7TH ST A-103
DEERFIELD BEACH, FL 33441

ANNETTE W JARVIS
POB 45385
SALT LAKE CITY, UT 84145

HARRY JESSUP
2009 WESTLUND DR.
LAS VEGAS, NV 89102

HELEN B. JESSUP
2009 WESTLUND DR.
LAS VEGAS, NV 89102

JOHN L. WADE, TRUSTEE OF THE JOHN L. WADE TRUST DTD 5/8/01
881 LAKE COUNTRY DRIVE
INCLINE VILLAGE, NV 89451

RICHARD E KAMMERMAN
RICHARD KAMMERMAN PC
7200 N MOPAC, SUITE 150
AUSTIN, TX 78731

CONSTANTINE KARIDES
REED SMITH LLP
599 LEXINGTON AVENUE
NEW YORK, NY 10022

LINDA KETTERMAN
321 N. 19TH STREET
ENID, OK 73701

RAY KETTERMAN
321 N. 19TH STREET
ENID, OK 73701

EDWARD KLINE
9932 ARBUCKLE DRIVE
LAS VEGAS, NV 89134

MARCIA J. KNOX
,

BETTY KOLSTRUP
1830 BALBOA DRIVE
RENO, NV 89503

MATTHEW J. KREUTZER
HALE LANE PEEK DENNISON AND HOWARD
3930 HOWARD HUGHES PARKWAY
FOURTH FLOOR
LAS VEGAS, NV 89169

GERALD LABOSSIERE
,

LUCILLE LABOSSIERE
,

REID W. LAMBERT
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

JASON G LANDESS
7054 BIG SPRINGS COURT
LAS VEGAS, NV 89113

CYNTHIA J LARSEN
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 CAPITOL MALL, STE 3000
SACRAMENTO, CA 95814

MARC A. LEVINSON
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 CAPITOL MALL, STE 30000
SACRAMENTO, CA 95814-4497

GERALD LEWIS

,

JUDITH LEWIS
,

LEWIS AND ROCA LLP
3993 HOWARD HUGHES PKWY, #600
LAS VEGAS, NV 0

ELIZABETH R. LOVERIDGE
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

LEE D. MACKSON
SHUTTS & BOWEN LLP
1500 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131

STUART MADSEN
5843 VALLE VISTA COURT
GRANITE BAY, CA 95746

JERROLD T. MARITIN
8423 PASO ROBLES
NORTHRIDGE, CA 91325

TERRY MARKWELL
12765 SILVER WOLF ROAD
RENO, NV 89511

RICHARD J. MASON
130 PINETREE LANE
RIVERWOODS, IL 60015

JAMES E. MCKNIGHT
,

KATE O. MCMONIGLE
MARKUN ZUSMAN & COMPTON LLP
465 CALIFORNIA STREET, 5TH FLOOR
SAN FRANCISCO, CA 94104

CRAIG MEDOFF
3110 LARKWOOD CREEK
FALLBROOK, CA 92028

D G MENCHETTI
POB 7100
INCLINE VILLAGE, NV 89450

JAY L. MICHAELSON
7 W FIGUEROA ST., 2ND FLR
SANTA BARBARA, CA 93101

MMS
MEETING MANAGEMENT SERVICES, INC.
1201 NEW JERSEY AVE., NW
WASHINGTON, DC 20001

MICHAEL P. MOLLO
316 S. BROADWAY #B
REDONDO BEACH, CA 90277

DOUGLAS M MONSON
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, STE 1400
PO BOX 45385
SALT LAKE CITY, UT 84145-0385

NASON,YEAGER, GERSON, WHITE & LIOCE, P.A.
,

HOWARD S. NEVINS
2150 RIVER PLAZA DR., #450
SACRAMENTO, CA 95833

Michael W. O'Donnell
Fulbright & Jaworski L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205-3792

VINCENT O'GARA
MURPHY, PEARSON, BRADLEY & FEENEY
88 KEARNY STREET, 10TH FLOOR
SAN FRANCISCO, CA 94108

STEVEN R ORR
RICHARDS WATSON & GERSHON
355 SOUTH GRAND AVENUE, 40TH FLOOR
LOS ANGELES, CA 90071

ORRICK HERRINGTON & SUTCLIFFE LLP
400 CAPITOL MALL #3000
SACRAMENTO, CA 95814-4497

ORRICK, HERRINGTON & SUTCLIFFE, LLP
,

CRAIG ORROCK
,

AARON I. OSHEROW
8025 MARYLAND AVENUE
APT 10-C
ST. LOUIS, MO 63105

RONALD H. PACHECO
,

CHRISTINE M PAJAK
STUTMAN TREISTER & GLATT
1901 AVENUE OF THE STARS, 12TH FLOOR
LOS ANGELES, CA 90067
, ekarasik@stutman.com

ANDREW M PARLEN
,

ANDREW M. PARLEN
1901 AVENUE OF THE STARS 12th Floor
LOS ANGELES, CA 90067

MARK N PARRY
THE CHRYSLER BLDG
405 LEXINGTON AVE
NEW YORK, NY 10174-1299

J STEPHEN PEEK
3930 HOWARD HUGHES PKWY, 4TH FLR
LAS VEGAS, NV 89109

NANCY A. PETERMAN
GREENBERG TRAURIG, LLP
77 W. WACKER DR., SUITE 2500
CHICAGO, IL 60601

PHILLIPS, CANTOR & BERLOWITZ, P.A.
4000 HOLLYWOOD BLVD., SUITE 375-SOUTH
HOLLYWOOD, FL 33021

KRIS PICKERING
ROSA SOLIS-RAINEY, ESQ.
300 SOUTH FOURTH STREET
LAS VEGAS, NV 89101

COLLEEN POINDEXTER
60 JOANN CT.
WALNUT CREEK, CA 94597

Steve A. Peirce
Fulbright & Jaworski L.L.P.

300 Convent Street, Suite 2200
San Antonio, TX 78205-3792

R&N REAL ESTATE INVESTMENTS
3990 VEGAS DRIVE
LAS VEGAS, NV 89108

RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, SUITE 1400
P.O. BOX 45385
SALT LAKE CITY, UT 84145

SALVATORE J REALE
,

WILLIAM T. REID
6504 BRIDGEPOINT PKWY., SUITE 400
AUSTIN, TX 78730

WILLIAM T. REID
6504 BRIDGEPOINT PKWY., SUITE 400
AUSTIN, TX 78730

HENRY G. RENDLER
1550 THE ALAMEDA #308
SAN JOSE, CA 95126

MICHAEL RICCI
,

LARRY L. RIEGER
,

PATSY R. RIEGER
,

ROBERT W. ULM, TRUSTEE OF THE ULM LIVING TRUST
,

R J ROCCO
12617 COTTAGEVILLE LANE
KELLER, TX 76248

NANCY E. ROMMEL
TRUSTEE OF ROMMEL FAMILY TRUST - 10/6/78
,

ROYAL VACATION SUITES, INC.
,

MARVIN C. RUTH

LEWIS AND ROCA LLP
40 N. CENTRAL AVENUE, SUITE 1900
PHOENIX, AZ 85004

S & J ENTERPRISE INVESTMENTS, INC.
,

NICHOLAS J SANTORO
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

SANTORO DRIGGS WALCH KEARNEY JOHNSON & THOMPSON
,

SCC ACQUISITION CORP.
,

JAMES G SCHWARTZ
7901 STONERIDGE DR #401
PLEASANTON, CA 94588

SCHWARTZER & MCPHERSON LAW FIRM
2850 S. JONES BLVD., #1
LAS VEGAS, NV 89146

LOIS MAE SCOTT
,

ROBERT J. SCOTT
,

JAMES E SHAPIRO
GERRARD, COX & LARSEN
2450 ST ROSE PKWY #200
LAS VEGAS, NV 89119

JAMES SHAW
14225 PRAIRIE FLOWER CT
RENO, NV 89511-6710

SHEA & CARLYON, LTD.
228 S 4TH ST 1ST FL
LAS VEGAS, NV 89101

SIERRA CONSULTING GROUP, LLC
,

SIERRA HEALTH SERVICES, INC.
ATTN: FRANK COLLINS, ESQ.
2724 N. TENAYA WAY
P.O. BOX 15645

LAS VEGAS, NV 89114-5645

GARY P. SINKELDAM
618 S. SEVENTH STREET
LAS VEGAS, NV 89109

CHARLES SMALL
12450 E. 38TH PLACE
YUMA, AZ 85367

GARY R. SMITH
,

SHERRY R. SMITH
,

ULRICH W SMITH
3990 VEGAS DR
LAS VEGAS, NV 89108

WENDY W. SMITH
BINDER & MALTER, LLP
2775 PARK AVENUE
SANTA CLARA, CA 95050

PATRICIA K. SMOOTS
318 N GROVE
OAK PARK, IL 60302

SNELL & WILMER LLP
3883 HOWARD HUGHES PKWY #1100
LAS VEGAS, NV 89101

DERRICK A. SPATORICO
PHETERSON, STEN, CALABRESE & NEILANS,
THE WILDER BLDG
ONE EAST MAIN ST # 150
ROCHESTER, NY 14614

BRADLEY J STEVENS
3300 N CENTRAL AVE
PHOENIX, AZ 85012

THOMAS W STILLEY
1000 SW BROADWAY #1400
PORTLAND, OR 97205

STEVEN C STRONG
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, STE 1400
SALT LAKE CITY, UT 84145-0385

STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
1901 AVENUE OF THE STARS, 12TH FLR
LOS ANGELES, CA 90067

ROBERT SUSSKIND
9900 WILBUR MAY PARKWAY #206
RENO, NV 89521

BEVERLY SWEZEY
,

DONALD SWEZEY
,

Berry D. Spears
Fulbright & Jaworski L.L.P.
600 Congress Avenue, Suite 2400
Austin, TX 78701-2978

TANAMERA RESORT CONDOMINIUMS, LLC
,

EVALYN C TAYLOR
,

TECHNOLOGY INVESTMENT PARTNERS, L.L.C.
ATTN: STACEY L. FARMER
40950 WOODWARD AVENUE
SUITE 201
BLOOMFIELD HILLS, MI 48304-5128

THE CHIAPPETTA TRUST DATED 4/1/03
C/O PAT M & JOANN CHIAPPETTA
118 BEE CREEK COURT
GEORGETOWN, TX 78633-5320

THE COSTANZA 1987 DECEDENT'S TRUST
C/O SAM COSTANZA
9809 CANTEBURY ROSE LANE
LAS VEGAS, NV 89134

THE LARRY L. RIEGER AND PATSY R. RIEGER REVOCABLE TRUST DTD 8/14/91
C/O LARRY & PATSY RIEGER, TRUSTEES
2615 GLEN EAGLES DRIVE
RENO, NV 89523

JACK S. TIANO
,

U.S. BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT

125 S GRAND AVE
PASADENA, CA 91105

U.S. BANKRUPTCY COURT
,

UNITED STATES DISTRICT COURT
,

PEGGY ANN VALLEY
4843 SOUTH POINT
DISCOVERY BAY, CA 94514

DAVID VAN HATTEM
,

ROY R. VENTURA
,

ROBERT VERCHOTA
C/O JEFFREY A COGAN, ESQ
3990 VEGAS DRIVE
LAS VEGAS, NV 89108

WALLS FAMILY TRUST DTD 12/10/97
C/O JOSEPH P & ELLEN WALLS
2778 BEDFORD WAY
CARSON CITY, NV 89703

WANDA WRIGHT TRUSTEE FOR THE WANDA WRIGHT TRUST 6-14-99
,

JOYCE WATSON
10612 BLACK IRON ROAD
LOUISVILLE, KY 40291

STEVE WATSON
10612 BLACK IRON ROAD
LOUISVILLE, KY 40291

ROLLAND P. WEDDELL
C/O MATTHEW J. KREUTZER, ESQ.
3930 HOWARD HUGHES PKWY, 4TH FLR
LAS VEGAS, NV 89169

AUDREY WHIGHTSIL
12450 E. 38TH PLACE
YUMA, AZ 85367

GAIL WILCOX
PO BOX 1051

MINDEN, NV 89423

STEVE WILCOX
PO BOX 1051
MINDEN, NV 89423

WILLIAM E WINFIELD
POB 9100
OXNARD, CA 93031

MARION E. WYNNE
WILKINS, BANKESTER, BILES & WYNNE, P.A.
POST OFFICE BOX 1367
FAIRHOPE, AL 36533-1367

OSVALDO LIVING TRUST ZUNINO
3575 TIOGA WAY
LAS VEGAS, NV 89109

RAYMOND J. ZURFLUH
5719 CONSTITUTION WAY
REDDING, CA 96003-7517

SHIRLEY J. ZURFLUH
5719 CONSTITUTION WAY
REDDING, CA 96003-7517