LEWIS
AND
ROCA
LLP
L A W Y E R S

E-Filed on 11/10/08

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona  85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

**Susan M. Freeman** AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
**Rob Charles** NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR[1] |
| USA Commercial Mortgage Company, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[2] |
| USA Capital Realty Advisors, LLC,[1] | Case No. BK-S-06-10729-LBR[3] |
| USA Capital Diversified Trust Deed Fund, LLC, | CHAPTER 11 |
| USA Capital First Trust Deed Fund, LLC,[2] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA Securities, LLC,[3] | **USACM Liquidating Trust Quarterly Report for Period Ending September, 2008.** |
| Debtors. | |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

The USACM Liquidating Trust Quarterly Report by Geoffrey Berman, Trustee for period ending September 2008, is attached hereto.  For ease of reference, a copy of the report has been posted on the USACM Liquidating Trust's website:

http://usacmcucc.bmcgroup.com.

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 26, 2007.

1

1991712.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

1

DATED:  November 10, 2008.

2

**LEWIS AND ROCA LLP**

3

4

By:   /s/ RC (#6593)

5

Rob Charles, NV 6593

*Counsel for USACM Liquidating Trust*

6

7

Proof of Service

8

Copy of the foregoing served via email on
Monday, November 10, 2008 to all parties
listed on the Post Effective Date Official
Service List on file with this Court

9

10

11

 /s/  Carrie Lawrence

12

Carrie Lawrence
Lewis and Roca LLP

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1991712.1