**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email: adiamond@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
Email: emadden@diamondmccarthy.com

Special Litigation Counsel for USACM Liquidating Trust

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321

Rob Charles, NV State Bar No. 006593
Email: rcharles@lrlaw.com

Counsel for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>               Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>               Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>               Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>               Debtor. | **Certificate of Service for Omnibus Response To Objections To Applications To Compromise And Settle Controversies With Piercy, Bowler, Taylor & Kern, PC and Beadle, McBride, Evans & Reeves, LLP, et al.** |
| In re:<br>USA SECURITIES, LLC,<br><br>               Debtor. | |
| Affects:<br>☒All Debtors<br>☐USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date:   November 18, 2008<br>Time:  9:30 a.m. |

**CERTIFICATE OF SERVICE FOR OMNIBUS RESPONSE
TO OBJECTIONS TO APPLICATIONS
TO COMPROMISE AND SETTLE CONTROVERSIES WITH
PIERCY, BOWLER, TAYLOR & KERN, PC AND
<u>BEADLE, MCBRIDE, EVANS & REEVES, LLP, et al.</u>**

I hereby certify that I am employee of the law firm of DIAMOND MCCARTHY LLP, and that on the 11th day of November 2008, I served a true and correct copy of the OMNIBUS RESPONSE TO OBJECTIONS TO APPLICATIONS TO COMPROMISE AND SETTLE CONTROVERSIES WITH PIERCY, BOWLER, TAYLOR & KERN, PC AND BEADLE, MCBRIDE, EVANS & REEVES, LLP, ET AL. by electronic transmission to counsel for the Petersen Entities, Timothy R. O'Reilly at tor@oreillylawgroup.com and Steven J. Katzman at skatzman@bmwklaw.com; and counsel for Stanley Fulton, Timothy R. O'Reilly at tor@oreillylawgroup.com.

I further certify that on the 12th day of November, I served a true and correct copy of the OMNIBUS RESPONSE either electronically or via first class mail: to (a) all creditors, equity holders, and other parties in interest in the USA Capital Bankruptcy Case listed on the USACM Post-Effective Date Official Service List Dated October 1, 2008; and (b) all existing and prospective defendants to any suits brought or to be brought by the USACM Trust and/or DTDF as listed on Exhibit 1 hereto.

 /s/ Catherine A. Burrow
Catherine A. Burrow
Legal Assistant
Diamond McCarthy LLP

CERTIFICATE OF SERVICE           Page **2 of 2**

Scott A. McGath
Overturf McGath Hull & Doherty, PC
625 East 16th Ave., Suite 100
Dover, CO 80203

Larry C. Johns
Law Office of Larry C. Johns
3017 W. Charleston Blvd, Suite 30
Las Vegas, NV 89102

Victoria Nelson
Santoro Driggs Walch Kearney
Holley & Thompson
400 South Fourth St, 3rd Floor
Las Vegas, NV 89101

Roger Dowd
600 Worcester Road, Suite 501
Framingham, MA 01702

Tim "Reilly
O'Reilly Law Group, LLC
325 South Maryland Parkway
Las Vegas, NV 89101-5300

Edward Patrick Swan, Jr.
Luce, Forward, Hamilton & Scripps LLP
600 West Broadway, Suite 2600
San Diego, CA 92101-3372

Eric W. Swanis
Greenberg Taurig LLP
3773 Howard Hughes Pkwy
Ste 500 North
Las Vegas, NV 89169

Robert W. Perrin
Latham & Watkins, LLP
633 West Fifth Street, Suite 4000
Los Angeles, CA 90071

Steven J. Katzman, Esq
Bienert, Miller, Weitzel & Katzman
117 Avenida Miramar
San Clemente, CA 92672

K & S Properties
Kevin A. Coleman,
Agent and Managing Partner
1880 Maui Circle
Costa Mesa, CA 92626

Gerald Gordon, Gregory E. Garman
Lisa Poulin, Talitha B. Gray
Gordon & Silver, Ltd
3960 Howard Hughes Pkwy, 9th Floor
Las Vegas, NV 89169

David A. Colvin
Erik W. Fox
Marquis & Aurbach
10001 Park Run Drive
Las Vegas, NV 89145

Mark N. Parry
Moses & Singer, LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-1299

Kaaran Thomas
Leigh Goddard
McDonald Carano Wilson, LLP
100 W. Liberty Street, 10th Floor
Reno, NV 89501

Kent F. Larsen
Smith Larsen & Wixom
1935 Village Center Circle
Las Vegas, NV 89134

Mark B. Helm
Munger Toles & Olson, LLP
355 S. Grand Ave, 35th Floor
Los Angeles, CA 90071-1560


Timothy S. Cory
8831 W. Sahara Avenue
Ls Vegas, NV 89117

Susan Williams Scann, Esq.
Deaner, Deaner, Scann,
Malan & Larsen
720 South Fourth Sreet, Suite 300
Las Vegas, NV 89101

Marc J. Winthrop
Richard H. Golubow
Winthrop Couchot, PC
660 Newport Center Drive, 4th Floor
Newport Beach, CA 92660

Phillips USA, LLC
Kenneth V. Rose II, registered agent
28475 Front St. Suite D
Temecula, California 92590

George C. Lazar
525 "B" Street, Suite 1500
San Diego, CA 92101

Richard Holley
Santoro Driggs Walch Kearney
Holley & Thompson
400 South Fourth St, 3rd Floor
Las Vegas, NV 89101

David Baron
Slovak Baron & Empey LLP
1800 East Tahquitz Canyon Way
Palm Springs, CA 92262

William Bates III
Bingham McCutchen LLP
1900 University Avenue
East Palo Alto, CA 92303-2223

Thomas W. Davis
Howard & Howard, PC
3800 Howard Hughes Pkwy, Ste 1400
Las Vegas, NV 89169

Arthur V. Pearson
Murphy Pearson Bradley & Feeney
88 Kearny Street, 10th Floor
San Francisco, CA 94108

Russell S. Walker
Woodbury & Kesler, PC
265 East 100 South, Suite 300
PO Box 3358
Salt Lake City, UT 84110

Laurel E. Davis, Esq.
Fennemore Craig, PC
300 S. Fourth Street, #1400
Las Vegas, NV 89101

K & S Properties
Kevin A. Coleman,
Agent and Managing Partner
3130 Airway Ave.
Costa Mesa, California, 92626

Dean V. Fleming, Steve A. Peirce
Michael W. O'Donnell
Fulbright & Jaworski L.L.P.
300 Convent Street, Suite 2200
San Antonio, Texas 78205-3792

**EXHIBIT 1**

Berry D. Spears
Fulbright & Jaworski, L.L.P.
600 Congress Avenue, Suite 2400
Austin, Texas 78701

Andrew S. Pauly
Greenwald, Pauly, Foster & Miller, P.C.
1299 Ocean Avenue, Suite 400
Santa Monica, CA 90401

Richard McKnight
Law Offices of Richard McKnight, P.C.
330 South Third Street #900
Las Vegas, NV 89101

Pauline Ng Lee
Scott D. Fleming
Hale Lane Peek Dennison and Howard
3930 Howard Hughes Parkway, 4th Fl.
Las Vegas, NV 89169

Michael W. Carmel
80 E. Columbus Ave.
Phoenix, AZ 85012

Edward J. Green
321 N. Clark St, #2800
Chicago, IL 60610

Jeanette E. McPherson
Lenard E. Schwartzer
Schwartzer & McPherson Law Firm
2850 S. Jones Blvd. #1
Las Vegas, NV 89146

Deborah D. Williamson
Cox, Smith, Matthew, Inc.
112 E. Pecan St., #1800
San Antonio, TX 78205

Mary Kristina Pickering
Rosa Solis-Rainey
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV 89101

Law Offices of Alan F. Broidy, APC
1925 Century Park East, 17th Floor
Los Angeles, CA 90067

Dominic P. Gentile, Statutory Agent
Dominic P. Gentire, Ltd.
7480 Palmyra Avenue
Las Vegas, NV 89117

Brian D. Shapiro
Law Office of Brian D. Shapiro, LLC
624 S. 9th Street
Las Vegas, NV 89101

Salvatore Reale
421 Indigo Springs Street
Las Vegas, NV 89014

Lisowski Law Firm, Chartered
PO Box 95695
Las Vegas, NV 89193

Chas Harvick
FTI Consulting
One Renaissance Square
Two N. Central Ave., Suite 1200
Phoenix, AZ 85004-2322

Ford Elsaesser
123 S. Third, Second Floor
PO Box 1049
Sandpoint, ID 83864

Andrew M. Brumby
Shutts & Bowen, LLP
300 South Orange Ave, Suite 1000
Orlando, FL 32801

William Heaton
601 South Tenth Street, Suite 201
Las Vegas, NV 89101

Bruce Jacobs
Akin Gump Strauss Hauer & Field LLP
2029 Century Park East, Suite 2400
Los Angeles, CA 90067

Francis J. Burke, Jr.
Steptoe & Johnson LLP
2121 Avenue of the Stars, 28th Floor
Los Angeles, CA 90067

Robert R. Kinas
Claire Y. Dossier
Snell & Wilmer LLP
3833 Howard Hughes Pkwy, #1100
Las Vegas, NV 89169

Anthony A. Zmaila
400 S. Fourth St., 3rd Floor
Las Vegas, NV 89101

Georganne W. Bradley
Bullivant Houser Bailey
3883 Howard Hughes Pkwy, #550
Las Vegas, NV 89169