**Entered on Docket
November 13, 2008**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

_____

MORRIS, PICKERING & PETERSON
   Mary Kristina Pickering (Nev. Bar No. 992)
   Rosa Solis-Rainey (Nev. Bar No. 7129)
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422
kp@morrislawgroup.com
rsr@morrislawgroup.com

Attorneys for Defendant DELOITTE & TOUCHE LLP

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                  Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                  Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                  Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                  Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>                  Debtor.<br>Affects:<br>☒ All Debtors | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR<br><br>JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle<br><br>**ORDER** |

MORRIS PICKERING
& PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

Pursuant to Stipulation filed on November 7, 2008, Deloitte & Touche LLP ("D&T") will file any objections to the Applications to Compromise and Settle Controversies by November 13, 2008.

IT IS SO ORDERED

In accordance with LR 9021, counsel submitting this document certified as follows (check one):

__x__     The court waived the requirements of LR 9021.

_____    No parties appeared or filed written objection, and there is no trustee appointed in the case.

_____    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

###

MORRIS PICKERING
& PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422