**O'REILLY LAW GROUP, LLC**                                    **E-FILED 11/17/08**
John F. O'Reilly, Esq.
Nevada Bar No. 1761
Timothy R. O'Reilly, Esq.
Nevada Bar No. 8866
325 S. Maryland Parkway
Las Vegas, Nevada  89101
Tel:  (702) 382-2500
Fax:  (702) 384-6266
E-Mail: tor@oreillylawgroup.com

Attorney for Party-in Interest STANELY E. FULTON

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>    Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In Re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>    Debtor. | JOINTLY ADMINSTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle |
| In Re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>    Debtor. | **SUPPLEMENTAUTHORITY IN SUPPORT OF THE OPPOSITIONS TO THE APPLICATION OF THE USACM LIQUIDATING TRUST TO COMPROMISE AND SETTLE CONTROVERSIES WITH PIERCY, BOWLER, TAYLOR & KERN, PC; AND BEADLE, MCBRIDE, EVANS & REEVES, LLP, ET AL.** |
| In Re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>    Debtor. | **Hearing Date:  November 18, 2008<br>Hearing Time: 9:30 a.m.** |
| In Re:<br><br>USA SECURITIES, LLC,<br><br>    Debtor. | |

Law Offices
O'REILLY LAW GROUP, LLC
A NEVADA LIMITED LIABILITY COMPANY INCLUDING CORPORATIONS
325 South Maryland Parkway •Las Vegas, Nevada 89101
Telephone (702) 382-2500 •Facsimile (702) 384-6266

Affects:

☒ All Debtors
☐ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Commercial Mortgage Company
☐ USA Commercial Mortgage Company

Party-in-Interest Stanley E. Fulton ("Mr. Fulton") submits the following Supplemental Authority In Support of Oppositions to the Application of Geoffrey Berman, Trustee ("Trustee") of the USACM Liquidating Trust (the "USACM Trust") and Michael Tucker, Manager ("Manager;" the Trustee and Manager are collectively referred to as the "Trustee/Manager"), of the USA Capital Diversified Trust Deed Fund, LLC ("DTDF") to Compromise and Settle Controversies (the "Motion") with Piercy, Bowler, Taylor & Kern PC ("PBTK") and Beadle, McBride, Evans and Reeves, LLP ("BMER") filed with this court on November 6, 2008 (doc#6606) and (doc#6607) respectively.

Notwithstanding that the Trustee/Manager seek to impose the Bar Order on Mr. Fulton and hundreds of similarly situated parties, in their reply, the Trustee/Manager raises, for the first time, that Mr. Fulton lacks standing to oppose the Motion. See Response at 9-11 (doc#6616).

There are numerous basis for which the Trustee/Manager's argument is incorrect. However, in consideration of the same, Mr. Fulton would direct the Court's attention to *Smith v. Arthur Anderson*, 421 F3d 989, 998-1001 (9th Cir. 2005) where the Ninth Circuit held-

> The Settling Parties argue that the Non-Settling Defendants do not have standing to challenge the settlements because "a non-settling defendant, in general, lacks standing to object to a partial settlement." ….. there is "a recognized exception to the general principle barring objections by non-settling defendants to permit a nonsettling defendant to object where it can demonstrate that it will sustain some formal legal prejudice as a result of the settlement." It is well established that such prejudice exists where a settlement "purports to strip [a non-settling defendant] of a legal claim or cause of action for indemnity or contribution for example." …. That the Non-Settling Defendants have not articulated the precise nature of the "indemnity or other" claims they are barred from asserting does not demonstrate a lack of formal legal prejudice.

Law Offices
O'REILLY LAW GROUP, LLC
A NEVADA LIMITED LIABILITY COMPANY INCLUDING CORPORATIONS
325 South Maryland Parkway •Las Vegas, Nevada 89101
Telephone (702) 382-2500 •Facsimile (702) 384-6266

1. A copy of *Smith v. Author Anderson* is attached hereto as Exhibit "A".

2. DATED: November 17, 2008.    **O'REILLY LAW GROUP, LLC**

By:/s/ Timothy R. O'Reilly
John F. O'Reilly, Esq.
Nevada Bar No. 1761
Timothy R. O'Reilly, Esq.
Nevada Bar No. 8866
325 South Maryland Parkway
Las Vegas, Nevada 89101
Attorney for Parties-in-Interest
Mary Petersen, Individually and as Trustee of the Mary Petersen Family Trust DTD 8/12/98; Michael Petersen, Individually and as Trustee of the Michael D. Petersen Family Trust DTD 8/12/98; Kathryn Petersen, Individually and as Trustee of the Kathryn L. Petersen Living Trust and the KLP Trust DTD 7/15/99