LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

1    3993 Howard Hughes Parkway, Suite 600
     Las Vegas, NV 89169-5996
     Facsimile (702) 949-8321
2    Telephone (702) 949-8320

3    Susan M. Freeman AZ State Bar No. 004199
     Email: sfreeman@lrlaw.com
     Rob Charles NV State Bar No. 006593
     Email: rcharles@lrlaw.com
4    John C. Hinderaker AZ State Bar No. 18024
     Email:jhinderaker@lrlaw.com

5    Attorneys for USACM Liquidating Trust

|   | E-Filed on 11/17/08 |

6              **UNITED STATES BANKRUPTCY COURT**

7                     **DISTRICT OF NEVADA**

| | |
|---|---|
| 8   In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR[1] |
| 9   USA Commercial Mortgage Company, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[2] |
| 10   USA Capital Realty Advisors, LLC,[1] | Case No. BK-S-06-10729-LBR[3] |
| 11   USA Capital Diversified Trust Deed Fund, LLC, | CHAPTER 11 |
| 12   USA Capital First Trust Deed Fund, LLC,[2] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| 13   USA Securities, LLC,[3] | **STATUS AND AGENDA FOR** |
| 14                       Debtors. | **NOVEMBER 18, 2008 HEARINGS** |
| 15   **Affects:** | Hearing Date:  November 18, 2008 |
|       ☐ All Debtors | Hearing Time: 9:30 a.m. |
| 16   ☒ USA Commercial Mortgage Company | 10:30 a.m. |
|       ☐ USA Capital Realty Advisors, LLC | |
| 17   ☒ USA Capital Diversified Trust Deed Fund, LLC | |
| 18   ☐ USA Capital First Trust Deed Fund, LLC | |
| 19   ☐ USA Securities, LLC | |

20

21    **Agenda for 9:30 a.m.**

22

23        2.    **Motion to Approve Compromise under Rule 9019 re JMK Investment, Ltd.:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter: 11.

24

25    [1] This bankruptcy case was closed on September 23, 2008.

26    [2] This bankruptcy case was closed on October 12, 2007.

      [3] This bankruptcy case was closed on December 26, 2007.

1993393.1

LEWIS
AND
ROCA
—LLP—
L A W Y E R S

| | |
|---|---|
| **Motion Filed:** 10/16/08 | Motion to Approve Compromise under Rule 9019 Filed by STEPHEN T. LODEN on behalf of USACM LIQUIDATING TRUST [DE 6571] |
| **Opposition Filed:** 11/03/08 | Opposition Filed by EDWARD J. GRYL [DE 6604] |
| **Response Filed:** 11/05/08 | Response with Certificate of Service Filed by CURTIS F CLARK [DE 6605] |
| **Status** | The opposition and Responses docketed are not related to this Motion and relate to DE 6575, the motion to approve compromise with Piercy, Bowler, Taylor & Kern PC.  This motion is unopposed.  Counsel will proceed and request approval of the compromise. |

3.      **Motion to Approve Compromise under Rule 9019, *BEADLE, MCBRIDE, EVANS & REEVES, LLP, ET AL with Certificate of Service:*** 06-10725-lbr, USA Commercial Mortgage Company, Chapter: 11

| | |
|---|---|
| **Motion Filed:** 10/20/08 | *Application to Compromise and Settle Controversies with BEADLE, MCBRIDE, EVANS & REEVES, LLP ET AL with Certificate of Service* Filed by ERIC D. MADDEN on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USACM LIQUIDATING TRUST [DE 6573] |
| **Errata Filed:** 10/21/08 | Errata Filed by ERIC D. MADDEN on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USACM LIQUIDATING TRUST [DE 6577] |
| **Supplemental Errata Filed:** 10/21/08 | Supplemental Errata Filed by ERIC D. MADDEN on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USACM LIQUIDATING TRUST [DE 6578] |
| **Opposition Filed:** 11/06/08 | Opposition *TO THE APPLICATION OF THE USACM LIQUIDATING TRUST TO COMPROMISE AND SETTLE CONTROVERSIES WITH BEADLE, MCBRIDE, EVANS & REEVES, LLP; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEROF* Filed by TIMOTHY O'REILLY on behalf of MICHAEL PETERSEN [DE 6607] |

2

1993393.1

LEWIS
AND
ROCA
— LLP —
L A W Y E R S

| | | |
|---|---|---|
| 11/06/08 | | Opposition *to the Application of the USACM Liquidating Trust to Compromise and Settle Controversies with Beadle, McBride, Evans & Reeves, LLP.; Memorandum of Points and Authorities in Support thereof* Filed by TIMOTHY R. O'REILLY on behalf of MICHAEL PETERSEN [DE 6610] |
| | | Declaration of Timothy O'Reilly in Support of Opposition to the Application of the USACM Liquidating Trust to Compromise and Settle Controversies with: Piercy, Bowler, Taylor & Kern, PC: and Beadle, McBride, Evans & Reeves, LLP Filed by TIMOTHY R. O'REILLY [DE 6611] |
| **Reply Filed:** 11/11/08 | | Omnibus Response to *Objections to Applications to Compromise and Settle Controversies with PIERCY, BOWLER, TAYLOR & KERN, PC and BEADLE, MCBRIDE, EVANS & REEVES, LLP et al.* Filed by ERIC D. MADDEN on behalf of USACM LIQUIDATING TRUST [DE 6616] |
| **Status** | | Counsel will proceed and request approval of the compromise. |

4.      **Motion to Approve Compromise under Rule 9019, *PIERCY, BOWLER, TAYLOR & KERN, PC*:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter: 11

| | | |
|---|---|---|
| **Motion Filed:** 10/20/08 | | *Application to Compromise and Settle Controversies with PIERCY, BOWLER, TAYLOR & KERN, PC with Certificate of Service* Filed by ERIC D. MADDEN on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USACM LIQUIDATING TRUST [DE 6575] |
| **Errata Filed:** 10/21/08 | | Errata Filed by ERIC D. MADDEN on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USACM LIQUIDATING TRUST [DE 6579] |
| **Opposition Filed:** 11/06/08 | | Opposition *TO THE APPLICATION OF THE USACM LIQUIDATING TRUST TO COMPROMISE AND SETTLE CONTROVERSIES WITH PIERCY, BOWLER, TAYLOR & KERN, PC; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF* Filed by TIMOTHY R. O'REILLY on behalf of MICHAEL PETERSEN [DE 6606] |

3

1993393.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

| | |
|---|---|
| **Opposition Filed:** 11/06/08 | Opposition *to the Application of the USACM Liquidating Trust to Compromise and Settle Controversies with Piercy, Bowler, Taylor & Kern, PC; Memorandum of Points and Authorities in Support thereof* Filed by TIMOTHY R. O'REILLY on behalf of MICHAEL PETERSEN [DE 6609] |
| **Stipulation Filed:** 11/07/08 | Stipulation By DELOITTE & TOUCHE LLP and Between USACM Liquidating Trust and USA Capital Diversified Trust Deed Fund, LLC *Regarding Opposition to Applications to Compromise and Settle Controversies with Piercy, Bowler, Taylor & Kern, PC and Beadle, McBride, Evans & Reeves, LLP et al.* Filed by ROSA SOLIS-RAINEY on behalf of DELOITTE & TOUCHE LLP [DE 6612] |
| **Reply Filed:** 11/11/08 | Omnibus Response to *Objections to Applications to Compromise and Settle Controversies with PIERCY, BOWLER, TAYLOR & KERN, PC and BEADLE, MCBRIDE, EVANS & REEVES, LLP et al.* Filed by ERIC D. MADDEN on behalf of USACM LIQUIDATING TRUST [DE 6616] |
| **Status** | Counsel will proceed and request approval of the compromise. |

5.    ***Nunc Pro Tunc Motion to Further Extend Deadline to File Objection to Allowance of Claims:***  06-10725-lbr, USA Commercial Mortgage Company, Chapter: 11

| | |
|---|---|
| **Motion filed** 10/23/2008 | *Nunc Pro Tunc* Motion to Further Extend Deadline to file Objection to Allowance of Claims with Certificate of Service filed by JOHN HINDERAKER on behalf of USACM Liquidating Trustee [DE 6582] |
| **Status** | No objections filed.  Counsel will request entry of the Nunc Pro Tunc Order. |

9.    **Hearing on USACM Liquidating Trust's Motion for Leave to File First Amended Complaint:**  Adv. 08-01123-lbr, USACM Liquidating Trust v. Fiesta Development, Inc. et al, [DE 26]

| | |
|---|---|
| **Motion Filed:** 10/27/08 | Motion for Leave to File First Amended Complaint Filed by the USACM Liquidating Trust [DE 24] |

1993393.1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

| | |
|---|---|
| **Response Filed** 11/10/08 | Opposition with Certificate of Service *(Opposition to Plaintiff's Motion for Leave to File First Amended Complaint with Certificate of Service)* Filed by OGONNA M. ATAMOH on behalf of RICHARD K ASHBY, ASHBY USA, LLC, FIESTA DEVELOPMENT, INC., RANDOM DEVELOPMENTS, LLC [DE 25] |
| **Reply Filed** 11/12/08 | Reply with Certificate of Service *Reply in Support of Plaintiff's Motion for Leave to File First Amended Complaint* Filed by STEPHEN T LODEN on behalf of USACM LIQUIDATING TRUST (Related document(s)[24] Motion to File Amended Complaint, filed by Plaintiff USACM LIQUIDATING TRUST) (LODEN, STEPHEN) [DE 27] |
| **Status** | Parties are ready to proceed |

### Agenda for 10:30 a.m.

    1.    **Status Conference:**  Adv. 08-01058-lbr, USACM Liquidating Trust v. Los Valles Land & Golf, LLC et al

| | |
|---|---|
| **Amended Complaint Filed:** 3/13/08 | Amended Complaint *of USACM Liquidating Trust against Los Valles Land & Golf, LLC and Dan S. Palmer, Jr.* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST against Dan S. Palmer Jr., LOS VALLES LAND & GOLF, LLC [DE 6] |
| **Status** | Continued from 7/24/2008; USACM Trust deposed Dan Palmer on October 14, 2008 and is preparing a motion for summary judgment to be filed with the Court. |

    2.    **Scheduling Conference:**  Adv. 08-01114-lbr, USACM Liquidating Trust v. Shober Consulting, Inc.

| | |
|---|---|
| **Complaint Filed:** 4/11/08 | Complaint *To Avoid And Recover Pre-Petition Transfers* Filed by USACM LIQUIDATING TRUST vs. SHOBER CONSULTING, INC. [DE 1] |
| **Answer Filed** 8/8/08 | Answer to Complaint *With Certificate Of Service* (Filed by WILLIAM H. HEATON on behalf of SHOBER CONSULTING, INC. [DE 14] |

5

1993393.1

LEWIS
AND
ROCA
—LLP—
L A W Y E R S

| | |
|---|---|
| **Status** | Continued from 8/26/2008.  Discovery plan filed.  Settlement discussions are in process. |

     3.    **Scheduling Conference:**  Adv. 08-01116-lbr, USACM Liquidating Trust v. Greenwald, Pauly, Foster & Miller

| | |
|---|---|
| **Complaint Filed:** 4/11/08 | Complaint *To Avoid And Recover Pre-Petition Transfers* Filed by USACM LIQUIDATING TRUST vs. GREENWALD, PAULY, FOSTER & MILLER [DE 1] |
| **Status** | Continued from 8/26/2008.  Settlement agreed upon.  Counsel are finalizing the settlement agreement. |

     4.    **Scheduling Conference:**  Adv. 08-01120-lbr, USACM Liquidating Trust v. Gentile Palma Ltd., et al

| | |
|---|---|
| **Amended Complaint Filed:** 8/05/08 | Amended Complaint *to Avoid and Recover Pre-Petition Transfers Pursuant to 11 U.S.C. Sections 547, 548 and 550* Filed by MARVIN C. RUTH on behalf of USACM LIQUIDATING TRUST against DOMINIC P. GENTILE, LTD. [DE 6] |
| **Status** | Continued from 8/26/2008.  Defendant has not answered complaint.  USACM Trust will proceed with default. |

     5.    **Scheduling Conference:**  Adv. 08-01118-lbr, USACM Liquidating Trust v. Cadeski

| | |
|---|---|
| **Complaint Filed:** **4/11/08** | Complaint *To Avoid And Recover Pre-Petition Transfers* Filed by USACM LIQUIDATING TRUST vs. JERRY CADESKI, JERRY CADESKI [DE 1] |
| **Summons Service Filed:** **4/15/08** | Summons Service Executed on JERRY CADESKI 4/15/2008 Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 6] |
| **Errata  Filed:** **4/28/08** | Errata *to Complaint* Filed by ANNE M. LORADITCH on behalf of USACM LIQUIDATING TRUST [DE 7] |
| **Status** | USACM Trust has been unable to obtain valid service on Defendant. |

6

1993393.1

LEWIS
AND
ROCA
— LLP —
L A W Y E R S

6.     **Scheduling Conference:**  Adv. 08-01126-lbr, USACM Liquidating Trust v. James Cioffi Architect Corporation, **Complaint** Filed by USACM LIQUIDATING TRUST vs. JAMES CIOFFI ARCHITECT CORPORATION [DE 1]

| | |
|---|---|
| **Complaint Filed** 4/11/08 | Complaint Filed by USACM LIQUIDATING TRUST VS. JAMES CIOFFI ARCHITECH CORPORATION [DE 1] |
| **Status** | Continued from 8/26/2008.  Parties have reached a settlement of the Trust's claims.  All settlement payments have been made and the Trust will seek to dismiss the claims in this adversary proceeding. |

7.     **Scheduling Conference:**  Adv. 08-01130-lbr, USACM Liquidating Trust v. Phillips USA LLC, **Complaint** Filed by USACM LIQUIDATING TRUST vs. PHILLIPS USA LLC [DE 1]

| | |
|---|---|
| **Complaint Filed** 4/11/08 | Complaint Filed by USACM LIQUIDATING TRUST v. PHILLIPS USA LLC [DE 1] |
| **Request for Entry Of Default Filed** 8/20/08 | Request for Entry of Default filed by ERIN E. JONES on behalf of USACM LIQUIDATING TRUST against PHILLIPS USA, LLC [DE 8] |
| **Motion for Default Judgment Filed** 11/30/08 | Motion for Default Judgment Against:  PHILLIPS USA, LLC, Filed by STEPHEN T. LODEN on behalf of USACM LIQUIDATING TRUST [DE 15] |
| **Status** | Continued from 8/26/2008.  Motion for Default Judgment filed and awaiting entry by Court. |

8.     **Scheduling Conference:**  Adv. 08-01212-lbr, USACM Liquidating Trust v. Donald Granatstein et al, [DE 4]

| | |
|---|---|
| **Status** | The parties have entered into a settlement agreement. |

7

1993393.1

LEWIS
AND
ROCA
— LLP —
L A W Y E R S

1    9.    **Scheduling Conference:**  Adv. 08-01164-lbr, USACM Liquidating Trust et
2    al v. Beadle McBride Evans & Reeves, LLP et al, [DE 18]

| | |
|---|---|
| **Complaint Filed:** 5/16/08 | *Original Complaint, Claim Objections, and Counterclaims* Filed by USACM LIQUIDATING TRUST, USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC vs. BEADLE MCBRIDE EVANS & REEVES, LLP, REEVES, EVANS, MCBRIDE & ZHANG, LLP, TG MCBRIDE CPA LTD., T. GARTH MCBRIDE  [DE 1] |
| **Status** | Continued from 9/24/2008.  The motion to compromise is scheduled for hearing. |

9    10.    **Motion to Dismiss Case:**  Adv. 08-01121-lbr, USACM Liquidating Trust v.
10   Fertitta Enterprises, Inc., Filed by MATTHEW C. ZIRZOW on behalf of FERTITTA
     ENTERPRISES, INC. [DE 17]

| | |
|---|---|
| **Motion filed** 9/24/08 | Motion to Dismiss Case filed by Matthew C. Zirzow on Behalf of Fertitta Enterprises [DE 17] |
| **Response Filed** 10/23/08 | Response Filed by MICHAEL YODER on behalf of USACM LIQUIDATING TRUST [DE 30] |
| **Reply filed** 11/10/08 | Reply Filed by MATTHEW C. ZIRZOW on behalf of FERTITTA ENTERPRISES, INC. [DE 32] |
| **Motion Filed** 11/13/08 | Unopposed Motion for Leave For The USACM LIQUIDATING TRUST To File Limited Sur-Reply, With Certificate of Service [DE 34] |
| **Status:** | Continued from 8/26/2008.  Motion to Dismiss has been fully briefed.  Parties are ready to proceed. |

21   11.    **Scheduling Conference:**  Adv. 08-01121-lbr, USACM Liquidating Trust v.
22   Fertitta Enterprises, Inc., **Re: Amended Complaint** Filed By Michael Yoder On Behalf
     Of USACM Liquidating Trust Against Fertitta Enterprises, Inc. [DE 23]

| | |
|---|---|
| **Amended Complaint Filed:** 8/29/08 | First Amended Complaint Filed by USACM LIQUIDATING TRUST vs. FERTITTA ENTERPRISES, INC. [DE 15] |
| **Status** | Continued from 9/30/2008.  The Motion to dismiss this complaint is scheduled for hearing. |

1993393.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

1    12.    **Order Setting Status Hearing:**  Adv. 06-01247-lbr, Kehl et al v
2    Milanowski et al, **Status Hearing,** [DE 16]

3    **Status**                    Per Plaintiff's counsel, Judge Newsome has been assigned as the
                                    Settlement Judge.  There is some question as to whether there will
4                                   be a settlement conference because the bankruptcy trustee
                                    intends to reserve the right to object to discharge under Section
5                                   707.  If that is the case, it is not meaningful for those plaintiffs
                                    objecting to discharge in adversary cases to settle only to have
6                                   none of the debts discharged.  All parties are to submit offers to
                                    Judge Newsome on or about Monday, November 17th.  We
7                                   continue to negotiate to resolve this matter.
8

9    13.    **Order to Show Cause Hearing:**  Adv. 07-01105-lbr, Compass USA SPE
     LLC et al v. USA Capital Diversified Trust Deed Fund, LLC et al, [DE 19]
10

11   **Status**                    The following defendants have been dismissed: USA Commercial
                                    Mortgage  Co.; USA Securities, LLC; USA Capital Realty
12                                  Advisors, LLC; and USA Capital First Trust Deed Fund, LLC.
                                    USA Capital Diversified Trust Deed Fund, LLC has not been
13                                  served.  The individual defendants have not been served.  No
                                    response was filed to the Order to Show Cause.
14

15          Dated November 17, 2008.

16                                              **LEWIS AND ROCA LLP**

17

18                                  By:   /s/ RC (#6593)
                                          Susan M. Freeman, AZ 4199 (*pro hac vice*)
19                                        Rob Charles, NV 6593
                                          John Hinderaker, AZ 18024 (*pro hac vice*)
20                                  *Counsel for USACM Liquidating Trust*
21

22

23

24

25

26

9

1993393.1

LEWIS
AND
ROCA
— LLP —
L A W Y E R S

1  PROOF OF SERVICE

2  COPY of the aforementioned sent via e-
   mail or U.S. First Class Mail on
3  November 17, 2008 to the parties listed on
   Post-Effective Official Service List for
4  Limited Notice No. 4 Dated January 8,
   2008.
5

6

7   /s/ Carrie Lawrence
   Carrie Lawrence
8  Lewis and Roca LLP

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

10

1993393.1