06-10725

RECEIVED & FILED

'08 NOV 17 P3:22   Nov. 13, 2008

Gazella Peague Living Trust
c/o Gazella Peague Trustee
1183 NW Lanaias way
Roseburg Ore. 97478 1
USA capital
Mountain Haus Buiness Park
P3415

Please note change of zip code

Corect zip code is 97471