**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email: adiamond@diamondmccarthy.com
P. Jason Collins, TX State Bar No. 24040711
Email: jcollins@diamondmccarthy.com

Special Litigation Counsel for USACM Liquidating Trust

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321

Rob Charles, NV State Bar No. 006593
Email: rcharles@lrlaw.com

Counsel for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                          Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>                          Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>                          Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>                          Debtor.<br>In re:<br>USA SECURITIES, LLC,<br><br>                          Debtor.<br>Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR<br><br>JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle<br><br><br><br>**SUPPLEMENTAL FILING IN SUPPORT OF APPLICATION TO COMPROMISE AND SETTLE CONTROVERSIES WITH BEADLE, MCBRIDE, EVANS & REEVES, LLP, ET AL.** |

USACM LIQUIDATING TRUST; and
USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC;

                        Plaintiffs,

      v.

BEADLE, MCBRIDE, EVANS & REEVES, LLP, REEVES, EVANS, MCBRIDE & ZHANG, LLP, TG MCBRIDE CPA LTD., and T. GARTH MCBRIDE,

                        Defendants.

**SUPPLEMENTAL FILING IN SUPPORT OF APPLICATION
TO COMPROMISE AND SETTLE CONTROVERSIES WITH BEADLE,
MCBRIDE, EVANS & REEVES, LLP, ET AL.**

Geoffrey Berman ("Berman" or the "Trustee"), Trustee of the USACM Liquidating Trust (the "USACM Trust") and Michael Tucker ("Tucker" or the "Manager"), Manager of the USA Capital Diversified Trust Deed Fund, LLC ("DTDF") hereby file this supplement in support of their Application to Compromise and Settle Controversies with Beadle, McBride, Evans & Reeves, LLP, et al (the "Motion"). In accordance with the Court's requests made during the hearing dated November 18, 2008, the USACM Trust and DTDF have attached the following items for the Court's review and consideration:; (i) an amended declaration of Tucker (attached hereto as Exhibit "A."); (ii) a declaration of Garth McBride (attached hereto as Exhibit "B."); and (iii) amended proposed findings of fact and conclusions of law (attached hereto as Exhibit "C.").

Wherefore, premises considered, USACM Trust and DTDF respectfully requests this Court approve the settlement between the USACM Trust, DTDF, and Beadle, McBride, Evans & Reeves, LLP, et. al., and enter the amended proposed findings of fact and conclusions of law attached as Exhibit "C."

DATED this 24th day of November, 2008.

*{Remainder of Page Left Intentionally Blank}*

Respectfully Submitted:

| **DIAMOND McCARTHY LLP** | **LEWIS AND ROCA LLP** |
|---|---|
| By: /s/ *Eric D. Madden*<br>Eric D. Madden, TX 24013079 (pro hac vice)<br>P. Jason Collins, TX 24040711 (pro hac vice pending)<br>J. Maxwell Beatty, TX 24051740 (pro hac vice)<br>909 Fannin Street, Suite 1500<br>Houston, Texas 77010<br>(713) 333-5100 (telephone)<br>(713) 333-5195<br>*Special Litigation Counsel for Plaintiffs* | By: /s/ *Rob Charles*<br>Rob Charles, NB 6593<br>3993 Howard Hughes Parkway<br>Suite 600<br>Las Vegas, Nevada 89169-5996<br>(702) 949-8321 (telephone)<br>(702) 949-8320 (facsimile)<br><br>*Counsel for USACM Liquidating Trust* |

## CERTIFICATE OF SERVICE

I hereby certify that, on November 24, 2008, a copy of the foregoing was served either electronically or via first class mail to all existing and prospective defendants to any suits brought or to be brought by the USACM Trust and/or DTDF.

/s/ *Eric D. Madden*
Eric D. Madden