# EXHIBIT C

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br><br>Debtor. | **FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER APPROVING SETTLEMENT BEADLE, MCBRIDE, EVANS & REEVES, LLP, ET AL.** |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

**FINDINGS OF FACT & CONCLUSIONS OF LAW IN SUPPORT OF ORDER APPROVING SETTLEMENT**　　　　　　　　　　　**1 of 4**

| | |
|---|---|
| 1 | USACM LIQUIDATING TRUST; and |
| | USA CAPITAL DIVERSIFIED TRUST DEED FUND, |
| 2 | LLC; |
| |                 Plaintiffs, |
| 3 | |
| |   v. |
| 4 | |
| | BEADLE, MCBRIDE, EVANS & REEVES, LLP, |
| | REEVES, EVANS, MCBRIDE & ZHANG, LLP, TG |
| 5 | MCBRIDE CPA LTD., and T. GARTH MCBRIDE, |
| 6 |                 Defendants. |

7  This Court, having considered the *Application to Compromise and Settle Controversies with Beadle, McBride, Evans & Reeves, LLP, et al.* (the "Motion") and the Declarations of Geoffrey L. Berman and Michael Tucker in support thereof and the arguments of counsel made at the hearing on the Motion to Compromise held November 18, 2008; and

This Court having considered the Pleading in Support of the Motion to Compromise and the arguments of counsel, now therefore makes the following findings of fact and conclusions of law under Federal Rule of Civil Procedure 52 and Federal Rules of Bankruptcy Procedure 7052 and 9019.

1. Notice of the Motion ("Notice") was properly served on all creditors of the above-titled estates and all persons who may have claims for indemnification or contribution.

2. The claims being settled are assets of the USACM Liquidating Trust (the "USACM Trust"). Geoffrey L. Berman ("Berman" or the "Trustee") currently serves as a trustee of the USACM Liquidating Trust.

3. The claims being compromised also belong to USA Capital Diversified Trust Deed Fund, LLC ("DTDF"). Michael Tucker (the "Manager") is the manager of DTDF.

4. The beneficiaries of USACM Trust and DTDF are the creditors of USA Commercial Mortgage Company ("USACM") and the interest holders in DTDF.

**FINDINGS OF FACT & CONCLUSIONS OF LAW IN SUPPORT OF ORDER APPROVING SETTLEMENT**      2 of 4

5. The claims being compromised herein arise from professional services rendered by Beadle, McBride, Evans & Reeves, LLP, Reeves, Evans, McBride & Zhang, LLP, TG McBride CPA Ltd., and T. Garth McBride (collectively, "BMER") to DTDF and FTDF.

6. The USACM Trust and DTDF have investigated the merits of the claims against BMER and have conducted such investigation as they deemed reasonable into the merits of the claim. In addition, the USACM Trust and DTDF have inquired into the complexity of proving the potential claims, the expense of prosecuting such claims, the duration of litigation or other means for prosecuting the claims, and have evaluated the difficulties of collection and the assets available for satisfying any potential judgment.

7. Based upon this evaluation, the Trustee and the Manager have recommended this compromise as fair and equitable.

8. The Compromise is fair and equitable to the USACM Trust and its beneficiaries.

9. The Compromise is fair and equitable to DTDF and its interest holders.

10. At the present time, no claims for indemnification or contribution have been asserted, although the USACM Trust and DTDF have commenced litigation against persons and entities that may have such claims.

11. At the present time, no claims have been asserted by creditors of any of the above-titled estates against BMER.

12. No USACM Trust beneficiary or DTDF interest holder has objected to this compromise.

13. The amount paid in the settlement is fair and equitable in light of BMER's insurance policy limits and BMER's financial condition.

14. There was no collusion, fraud, or tortious conduct aimed to injure the interests of any

non-settling defendants in connection with the negotiation and execution of the Settlement Agreement.

15. The amount being paid by BMER pursuant to the Settlement Agreement is a material contribution to the USACM Trust and its beneficiaries and to DTDF and its interest holders.

## CONCLUSIONS OF LAW

1. Notice has been given to all parties to the above-titled estates, including to persons and entities who might reasonably be anticipated to have claims for indemnification and/or contribution.

2. USACM Trust and DTDF have standing to assert the claims being settled and have standing to bring this Motion.

3. In light of the complexity of the potential claims, the expense of litigating these claims, the duration of such litigation, and the difficulties of collection in the event the estates are successful, the settlement with BMER is fair and equitable and reasonable under the circumstances and therefore is approved under Federal Rule of Bankruptcy Procedure 9019.

# # #