**Entered on Docket**
**November 25, 2008**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                Debtor. | **Jointly Administered Under**<br>**Case No. BK-S-06-10725 LBR** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                                                Debtor. | DATE:  December 8, 2008<br>TIME:   1:30 p.m. |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LL | |

**ORDER RESCHEDULING HEARING ON APPLICATION TO COMPROMISE AND SETTLE CONTROVERSIES WITH BEADLE, MCBRIDE, EVANS & REEVES, LLP, ET. AL.**

1 | Upon this Court's own motion; IT IS HEREBY ORDERED THAT: The continued hearing on the Application to Compromise and Settle Controversies with Beadle, McBride, Evans & Reeves, LLP, et. al., originally continued to December 2, 2008 at 11:00 a.m., is rescheduled to **December 8, 2008 at 1:30 p.m.** before the Honorable Linda B. Riegle, U.S. Bankruptcy Court Judge, 300 Las Vegas Blvd. South, Courtroom #1, Las Vegas, Nevada.

Copies noticed through ECF to:
John Hindraker
Rob Charles
John O'Reilly