PRESERVE AT GALLERIA LOAN
FIRST OMNIBUS OBJECTION

**EXHIBIT A**
Single Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Preserve at Galleria Loan |
|---|---|---|---|---|
| 10725-00962 | Donald G. and Bette Coleen Bevan | 1553 Springwater Drive Orem, UT 84058-5868 | $43,000.00 | $43,000.00 |
| 10725-02456 | Cohn Family Living Trust Dated 1/15/96 | Jerry Cohn and Gloria L. Cohn Ttees 301 Bryant Street #103 San Francisco, CA 94107 | $200.10 | $200.10 |
| 10725-00265 | Esperance Family Trust Dtd 12/9/04 | Robert J. and Mary A. Esperance Ttees 904 Dolce Drive Sparks, NV 89434-6646 | $60,000.00 | $60,000.00 |
| 10725-00373 | Hansen Family Trust Dtd 6/6/89 | Kenneth L. and Donna J. Hansen Ttees 13287 Rattlesnake Road Grass Valley, CA 95945-8814 | $240.12 | $240.12 |
| 10725-00356 | Robert W. Hill | 4900 San Timoteo Avenue NW Albuquerque, NM 87114-3813 | $800.39 | $800.39 |
| 10725-01978 | John Manter | 1449 Tirol Drive Incline Village, NV 89451 | $24,800.00 | $24,800.00 |
| 10725-00912 | Joyce E Smith Trust Dated 11/3/99 | c/o Joyce E. Smith Trustee 3080 Red Springs Drive Las Vegas, NV 89135-1548 | $80,478.95 | $80,478.95 |
| 10725-01759 | Charlotte Snopko Marital Trust Dtd 8/31/04 | Frank Snopko Ttee Stephen R. Harris, Esq. Belding Harris & Petroni Ltd. 417 West Plumb Lane Reno, NV 89509 | $250,000.00 | $250,000.00 |
| 10725-00543 | Lynn Wilkelis | P.O. Box 642 Buellton, CA 93427 | $53,104.00 | $53,104.00 |
| 10725-00534 | Lynn Wilkelis and Ann Marsden | P.O. Box 642 Buellton, CA 93427-0642 | $400.19 | $400.19 |
| 10725-01013 | Gregory D. Yonai, Trustee | 1982 Country Cove Court Las Vegas, NV 89135-1552 | $39,292.00 | $39,292.00 |

242918.1