PRESERVE AT GALLERIA LOAN
SECOND OMNIBUS OBJECTION

# EXHIBIT A
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Preserve at Galleria Loan |
|---|---|---|---|---|
| 10726-00067 | D. Joseph Douchet | Trustee of Douchet Trust<br>3301 Skyline Boulevard<br>Reno, NV  89509-6604 | $502,335.71 | $30,000.00 |
| 10725-00144 | Foxcroft Living Trust Dtd 1/10/02 | Law Offices of James G. Schwartz<br>7901 Stoneridge Drive, Suite 401<br>Pleasanton, CA  94583 | $171,250.00 | $70,000.00 |
| 10725-00418 | Foxcroft Living Trust Dtd 1/10/02 | Fred J. and Roberta Foxcroft Ttees<br>P.O. Box 362<br>Carnelian Bay, CA  96140-0362 | $553,778.99 | $50,000.00 |
| 10725-02467 | Foxcroft Living Trust Dtd 1/10/02 | Fred J. and Roberta Foxcroft Ttees<br>P.O. Box 362<br>Carnelian Bay, CA  96140-0362 | $553,778.99 | $50,000.00 |
| 10725-00302 | Ruby M. Hill Family Trust Dtd 12/12/92 | c/o Ruby M. Hill Trustee<br>877 East March Lane, Apt. 377<br>Stockton, CA  95207-5880 | $4,005.00 | $1,361.00 |
| 10725-02122 | Huffman Family Trust Dated 5/28/98 | Hilary A. and Cynthia L Huffman Ttees<br>140 Gazelle Road<br>Reno, NV  89511 | $101,416.23 | $25,000.00 |
| 10725-02140 | Dr. Russell Millar | 923 Ceres Road<br>Palm Springs, CA  92262 | $12,285.97 | Unclear |
| 10725-01998 | Murray Trust | c/o Aimee E. Kearns Trustee<br>5886 North Bonita Vista Street<br>Las Vegas, NV  89149-3911 | $364,717.94 | $101,791.67 |
| 10725-02150 | Newman Family Trust Dtd 9/20/97 | Larry J. and Elsie D. Newman Ttees<br>1775 Autumn Valley Way<br>Reno, NV  89523 | $500,119.23 | $49,600.00 |
| 10725-02121 | Olga O'Buch Trust Dtd 5/28/98 | Olga O'Buch Ttee<br>140 Gazelle Road<br>Reno, NV  89511 | $253,701.76 | $25,000.00 |

242928.1