PRESERVE AT GALLERIA LOAN
SECOND OMNIBUS OBJECTION

# EXHIBIT A
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Preserve at Galleria Loan |
|---|---|---|---|---|
| 10726-00067 | D. Joseph Douchet | Trustee of Douchet Trust 3301 Skyline Boulevard Reno, NV 89509-6604 | $502,335.71 | $30,000.00 |
| 10725-00144 | Foxcroft Living Trust Dtd 1/10/02 | Law Offices of James G. Schwartz 7901 Stoneridge Drive, Suite 401 Pleasanton, CA 94583 | $171,250.00 | $70,000.00 |
| 10725-00418 | Foxcroft Living Trust Dtd 1/10/02 | Fred J. and Roberta Foxcroft Ttees P.O. Box 362 Carnelian Bay, CA 96140-0362 | $553,778.99 | $50,000.00 |
| 10725-02467 | Foxcroft Living Trust Dtd 1/10/02 | Fred J. and Roberta Foxcroft Ttees P.O. Box 362 Carnelian Bay, CA 96140-0362 | $553,778.99 | $50,000.00 |
| 10725-00302 | Ruby M. Hill Family Trust Dtd 12/12/92 | c/o Ruby M. Hill Trustee 877 East March Lane, Apt. 377 Stockton, CA 95207-5880 | $4,005.00 | $1,361.00 |
| 10725-02122 | Huffman Family Trust Dated 5/28/98 | Hilary A. and Cynthia L Huffman Ttees 140 Gazelle Road Reno, NV 89511 | $101,416.23 | $25,000.00 |
| 10725-02140 | Dr. Russell Millar | 923 Ceres Road Palm Springs, CA 92262 | $12,285.97 | Unclear |
| 10725-01998 | Murray Trust | c/o Aimee E. Kearns Trustee 5886 North Bonita Vista Street Las Vegas, NV 89149-3911 | $364,717.94 | $101,791.67 |
| 10725-02150 | Newman Family Trust Dtd 9/20/97 | Larry J. and Elsie D. Newman Ttees 1775 Autumn Valley Way Reno, NV 89523 | $500,119.23 | $49,600.00 |
| 10725-02121 | Olga O'Buch Trust Dtd 5/28/98 | Olga O'Buch Ttee 140 Gazelle Road Reno, NV 89511 | $253,701.76 | $25,000.00 |

242928.1