PRESERVE AT GALLERIA LOAN
THIRD OMNIBUS OBJECTION

# EXHIBIT A
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Preserve at Galleria Loan |
|---|---|---|---|---|
| **10725-02071** | Robert R. Rodriguez | 5748 Newberry Point Drive Flowery Branch, GA  30542 | $329,977.39 | $25,000.00 |
| **10725-01214** | Phillip Rulon | 2800A Wrondel Way Reno, NV  89502 | $503,479.62 | $82,332.41 |
| **10725-00893** | Joyce E. Smith Trust Dated 11/3/99 | c/o Joyce E. Smith Trustee 3080 Red Springs Drive Las Vegas, NV  89135-1548 | $853,678.82 | $80,478.95 |
| **10725-02428** | Tiki Investment Enterprises LP | 2578 Highmore Avenue Henderson, NV  89052 | $1,200,128.00 | $75,000.00 |
| **10725-02416** | Gerry Topp | 10745 West River Street Truckee, CA  96161 | $260,703.10 | $25,000.00 |
| **10725-02299** | Zawacki A. California LLC | P.O. Box 5156 Bear Valley, CA  95223-5156 | $1,500,000.00 | $50,000.00 |