PRESERVE AT GALLERIA LOAN

# EXHIBIT A
Burr Declaration

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Preserve at Galleria Loan |
|---|---|---|---|---|
| **10725-00962** | Donald G. and Bette Coleen Bevan | 1553 Springwater Drive Orem, UT  84058-5868 | $43,000.00 | $43,000.00 |
| **10725-02456** | Cohn Family Living Trust Dated 1/15/96 | Jerry Cohn and Gloria L. Cohn Ttees 301 Bryant Street #103 San Francisco, CA  94107 | $200.10 | $200.10 |
| **10726-00067** | D. Joseph Douchet | Trustee of Douchet Trust 3301 Skyline Boulevard Reno, NV  89509-6604 | $502,335.71 | $30,000.00 |
| **10725-00265** | Esperance Family Trust Dtd 12/9/04 | Robert J. and Mary A. Esperance Ttees 904 Dolce Drive Sparks, NV  89434-6646 | $60,000.00 | $60,000.00 |
| **10725-00144** | Foxcroft Living Trust Dtd 1/10/02 | Law Offices of James G. Schwartz 7901 Stoneridge Drive, Suite 401 Pleasanton, CA  94583 | $171,250.00 | $70,000.00 |
| **10725-00418** | Foxcroft Living Trust Dtd 1/10/02 | Fred J. and Roberta Foxcroft Ttees P.O. Box 362 Carnelian Bay, CA  96140-0362 | $553,778.99 | $50,000.00 |
| **10725-02467** | Foxcroft Living Trust Dtd 1/10/02 | Fred J. and Roberta Foxcroft Ttees P.O. Box 362 Carnelian Bay, CA  96140-0362 | $553,778.99 | $50,000.00 |
| **10725-00373** | Hansen Family Trust Dtd 6/6/89 | Kenneth L. and Donna J. Hansen Ttees 13287 Rattlesnake Road Grass Valley, CA  95945-8814 | $240.12 | $240.12 |
| **10725-00356** | Robert W. Hill | 4900 San Timoteo Avenue NW Albuquerque, NM  87114-3813 | $800.39 | $800.39 |
| **10725-00302** | Ruby M. Hill Family Trust Dtd 12/12/92 | c/o Ruby M. Hill Trustee 877 East March Lane, Apt. 377 Stockton, CA  95207-5880 | $4,005.00 | $1,361.00 |
| **10725-02122** | Huffman Family Trust Dated 5/28/98 | Hilary A. and Cynthia L Huffman Ttees 140 Gazelle Road Reno, NV  89511 | $101,416.23 | $25,000.00 |
| **10725-01978** | John Manter | 1449 Tirol Drive Incline Village, NV  89451 | $24,800.00 | $24,800.00 |
| **10725-02140** | Dr. Russell Millar | 923 Ceres Road Palm Springs, CA  92262 | $12,285.97 | Unclear |

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Preserve at Galleria Loan |
|---|---|---|---|---|
| 10725-01998 | Murray Trust | c/o Aimee E. Kearns Trustee 5886 North Bonita Vista Street Las Vegas, NV  89149-3911 | $364,717.94 | $101,791.67 |
| 10725-02150 | Newman Family Trust Dtd 9/20/97 | Larry J. and Elsie D. Newman Ttees 1775 Autumn Valley Way Reno, NV  89523 | $500,119.23 | $49,600.00 |
| 10725-02121 | Olga O'Buch Trust Dtd 5/28/98 | Olga O'Buch Ttee 140 Gazelle Road Reno, NV  89511 | $253,701.76 | $25,000.00 |
| 10725-02071 | Robert R. Rodriguez | 5748 Newberry Point Drive Flowery Branch, GA  30542 | $329,977.39 | $25,000.00 |
| 10725-01214 | Phillip Rulon | 2800A Wrondel Way Reno, NV  89502 | $503,479.62 | $82,332.41 |
| 10725-00912 | Joyce E Smith Trust Dated 11/3/99 | c/o Joyce E. Smith Trustee 3080 Red Springs Drive Las Vegas, NV  89135-1548 | $80,478.95 | $80,478.95 |
| 10725-00893 | Joyce E. Smith Trust Dated 11/3/99 | c/o Joyce E. Smith Trustee 3080 Red Springs Drive Las Vegas, NV  89135-1548 | $853,678.82 | $80,478.95 |
| 10725-01759 | Charlotte Snopko Marital Trust Dtd 8/31/04 | Frank Snopko Ttee Stephen R. Harris, Esq. Belding Harris & Petroni Ltd. 417 West Plumb Lane Reno, NV  89509 | $250,000.00 | $250,000.00 |
| 10725-02428 | Tiki Investment Enterprises LP | 2578 Highmore Avenue Henderson, NV  89052 | $1,200,128.00 | $75,000.00 |
| 10725-02416 | Gerry Topp | 10745 West River Street Truckee, CA  96161 | $260,703.10 | $25,000.00 |
| 10725-00543 | Lynn Wilkelis | P.O. Box 642 Buellton, CA  93427 | $53,104.00 | $53,104.00 |
| 10725-00534 | Lynn Wilkelis and Ann Marsden | P.O. Box 642 Buellton, CA  93427-0642 | $400.19 | $400.19 |
| 10725-01013 | Gregory D. Yonai, Trustee | 1982 Country Cove Court Las Vegas, NV  89135-1552 | $39,292.00 | $39,292.00 |
| 10725-02299 | Zawacki a California LLC | P.O. Box 5156 Bear Valley, CA  95223-5156 | $1,500,000.00 | $50,000.00 |

2