**LEWIS**
**AND**
**ROCA**
**LLP**
**L A W Y E R S**

E-Filed on 12/3/08

1

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

2

3

40 North Central Avenue, Suite 1900
Phoenix, Arizona  85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

4

**Susan M. Freeman** AZ State Bar No. 004199
Email: sfreeman@lrlaw.com

5

**Rob Charles** NV State Bar No. 006593
Email: rcharles@lrlaw.com

6

**John Hinderaker** AZ State bar No. 018024
Email: jhinderaker@lrlaw.com

7

Attorneys for USACM Liquidating Trust

8

9

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

10

In re:

11

USA Commercial Mortgage Company,
USA Capital Realty Advisors, LLC,[1]
USA Capital Diversified Trust Deed Fund,
LLC,
USA Capital First Trust Deed Fund, LLC,[2]
USA Securities, LLC,[3]

12

13

Debtors.

14

**Affects:**

15

☐ All Debtors
☒ USA Commercial Mortgage Company

16

☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund,
LLC

17

☐ USA Capital First Trust Deed Fund, LLC

18

☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR[1]
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR[2]
Case No. BK-S-06-10729-LBR[3]

CHAPTER 11

Jointly Administered Under
Case No. BK-S-06-10725 LBR

**NOTICE OF ENTRY OF ORDER
GRANTING *NUNC PRO TUNC*
MOTION TO FURTHER EXTEND
DEADLINE TO FILE OBJECTION
TO ALLOWANCE OF CLAIMS**

19

20

**PLEASE TAKE NOTICE** that an Order Granting *Nunc Pro Tunc* Motion to

21

Further Extend Deadline to File Objection to Allowance of Claims [DE 6636] was entered

22

23

24

[1] This bankruptcy case was closed on September 23, 2008

25

[2] This bankruptcy case was closed on October 12, 2007.

26

[3] This bankruptcy case was closed on December 26, 2007.

1998190.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

on the 2nd day of December, 2008, a true and correct copy of which is attached hereto as

Exhibit A.

RESPECTFULLY SUBMITTED December 3, 2008.

LEWIS AND ROCA, LLP

 /s/ *John Hinderaker* (#018024)
Susan M. Freeman, AZ 4199 (pro hac vice)
Rob Charles, NV 6593
John Hinderaker, AZ 18024 (pro hac vice)
*Attorneys for USACM Liquidating Trust*

COPY of the foregoing mailed on
December 3, 2008 to the following
parties:

August Landis
Assistant U.S. Trustee
300 Las Vegas Boulevard, S, Room 4300
Las Vegas, NV 89101

 /s/ Carrie Lawrence
Carrie Lawrence
Lewis and Roca

1998190.1