# EXHIBIT A

**Entered on Docket**
**December 02, 2008**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,[1]<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[2]<br><br>USA Securities, LLC,[3]<br>         Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Order Granting *Nunc Pro Tunc* Motion to Further Extend Deadline to File Objection to Allowance of Claims**<br><br>Date: November 18, 2008<br>Time: 9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 26, 2007.

1

1994972.1

The *Nunc Pro Tunc* Motion to Further Extend Deadline to File Objection to Allowance of Claims [DE 6582] (the "Motion"), filed by the USACM Liquidating Trust (the "Trust") came before the Court for consideration at the hearing held on November 18, 2008.

The Court being fully informed, adequate notice having been given, it is therefore ORDERED:

- Granting the Motion;
- Extending the deadline to file objections to allowance of claims until February 9, 2009, without prejudice to an additional extension; and
- Directing Counsel to Post this Order on the USACM Liquidating Trust website.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**


By:  /s/ JH (#018024)
      Susan M. Freeman, AZ 4199 (pro hac vice)
      Rob Charles, NV 6593
      John Hinderaker, AZ 18024 (pro hac vice)
*Attorneys for USACM Liquidating Trust*


APPROVED/DISAPPROVED
SARA L. KISTLER, ACTING UNITED
STATES TRUSTEE REGION 17

By: _____, AUST
     August Landis
*Office of the U. S. Trustee*
     Assistant

2

1994972.1

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: August Landis | | | |
|---|---|---|---|
| ☒ | approved the form of this order | ☐ | disapproved the form of this order |
| ☐ | waived the right to review the order and/or | ☐ | failed to respond to the document |
| Other Party: | | | |
| ☐ | approved the form of this order | ☐ | disapproved the form of this order |
| ☐ | waived the right to review the order and/or | ☐ | failed to respond to the document |

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
   Susan M. Freeman
   Rob Charles
*Attorneys for USACM Liquidating Trust*

1994972.1