RECEIVED & FILED

US Bankruptcy Court
Case 0610725
Chapter 11

'08 DEC -3 P12:23

Thomas M Ketelle and Mary Ketelle Family Trust
SSN 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      DoB 12-
3105 Lotus Hill Drive
Las Vegas, Nevada 89134

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

I was unable to get on the web site given to me in the letter.
U.S. diversified trust owes us $24,699.97 plus interest. You sent us the enclose Notice. We want the case settled ASAP without added legal actions.
Because of sight problem I don't know what to do with the enclosed notice.
Please advise if further action is required.

Thank You,
Sincerely,

Thomas M Ketelle