RECEIVED & FILED

'08 DEC -3 P12:23

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

1  Name of Attorney
   Bar #
2  Address

3  Phone #
   e-mail address

4

5

6               UNITED STATES BANKRUPTCY COURT

7                      DISTRICT OF NEVADA

                          * * * * * *

8

9  In re: USA Com'l Mtge       )    Bankruptcy No.: 06-10725-165
          USA CAPITAL          )    Chapter
10                             )
                               )    NOTICE OF INTENT TO REQUEST
11            Debtor(s)        )    REDACTION

12

13      Please take notice that a List of Items to be Redacted will be submitted to the

14 transcriber within 21 days from the filing of this Notice of Intent to Request Redaction.

15

16      The proceeding occurred on 11/18/2008 and the transcript was filed on

17 11/25/2008. The unredacted version of this transcript should not be made

18 electronically available to the public.

19

20

21

22 Date: 11/30/08                           William L. McQuery, TR
23                                          Signature

24  Redact these:
25    Soc Sec - 9334
26    B-DAY - 1925