

**Entered on Docket
December 04, 2008**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**
_____

**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email: adiamond@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
Email: emadden@diamondmccarthy.com

Special Litigation Counsel for USACM Liquidating Trust

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321

Rob Charles, NV State Bar No. 006593
Email: rcharles@lrlaw.com

Counsel for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>　　　　　　　　　　Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>　　　　　　　　　　Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>　　　　　　　　　　Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>　　　　　　　　　　Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br><br>　　　　　　　　　　Debtor. | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE SUPPLEMENTAL DOCUMENTS AND REQUEST FOR CONTINUANCE OF HEARING** |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

This Stipulation and Order for Extension of Time to File Supplemental Documents And Request for Continuance of Hearing is made upon the stipulation of counsel for USACM Liquidating Trust (the "USACM Trust"), as successor to USA Commercial Mortgage Company, USA Capital Diversified Trust Deed Fund, LLC ("DTDF"), and Piercy, Bowler, Taylor & Kern, PC ("PBTK") (collectively, the "Parties").

**WHEREAS** the USACM Trust and DTDF filed the Application to Compromise and Settle Controversies with Piercy, Bowler, Taylor & Kern, PC (the "Motion") on October 20, 2008;

**WHEREAS** the Court held a hearing on the Motion on November 18, 2008;

**WHEREAS** the Court continued that hearing until December 16, 2008 (the "Hearing");

**WHEREAS** the Court requested the Parties file supplemental documents and set a deadline for filing those supplemental documents for December 3, 2008;

**WHEREAS** counsel for the Parties have been diligently negotiating amendments to the Settlement Agreement and believe that additional time is necessary to reach a mutually acceptable agreement;

**NOW THEREFORE,** the Parties and their respective counsel agree as follows:

1. The Parties request a continuance of the Hearing to December 23, 2008 at 11:00 a.m.
2. The Parties request that the deadline for filing supplemental documents be moved to December 10, 2008, so that the Parties have sufficient time to conclude negotiations.

STIPULATED and AGREED to this 3rd day of December, 2008.

| | | |
|---|---|---|
| 1 | **DIAMOND MCCARTHY LLP** | **MURPHY, PEARSON, BRADLEY & FEENEY** |
| 2 | By: ___/s/ Eric D. Madden_____ | By: _____/s/ Vincent O'Gara_____ |
| | Allan B. Diamond, TX 05801800 (pro hac vice) | Vincent O'Gara |
| 3 | Eric D. Madden, TX 24013079 (pro hac vice) | 88 Kearny Street |
| | P. Jason Collins, TX 24040711 (pro hac vice pending) | 10th Floor |
| 4 | | San Francisco, California 94108-5330 |
| | J. Maxwell Beatty, TX 24051740 (pro hac vice) | |
| 5 | 909 Fannin, Suite 1500 | *Counsel for Piercy, Bowler, Taylor & Kern, PC* |
| | Houston, Texas 77010 | |
| 6 | (713) 333-5100 (telephone) | |
| | (713) 333-5199 (facsimile) | |
| 7 | | |
| | *Special Counsel for USACM Liquidating Trust and USA Capital Diversified Trust Deed Fund, LLC* | |
| 8 | | |
| 9 | | |
| 10 | **LEWIS AND ROCA LLP** | |
| 11 | By: ___/s/ Rob Charles_____ | |
| | Rob Charles, NV 6593 | |
| 12 | 3993 Howard Hughes Parkway, Suite 600 | |
| | Las Vegas, Nevada 89169-5996 | |
| 13 | (702) 949-8320 (telephone) | |
| | (702) 949-8321 (facsimile) | |
| 14 | *Counsel for USACM Liquidating Trust* | |

**<u>ORDER</u>**

Based upon the foregoing stipulation of the parties, and good cause appearing therefore, IT IS SO ORDERED.

###