E-filed on 12/04/08

**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email: adiamond@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
Email: emadden@diamondmccarthy.com

Special Litigation Counsel for USACM Liquidating Trust

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321

Rob Charles, NV State Bar No. 006593
Email: rcharles@lrlaw.com

Counsel for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>　　　　　　　　　　Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>　　　　　　　　　　Debtor. | BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>　　　　　　　　　　Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>　　　　　　　　　　Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br><br>　　　　　　　　　　Debtor. | **NOTICE OF CONTINUED HEARING ON MOTION TO APPROVE SETTLEMENT WITH PIERCY, BOWLER, TAYLOR & KERN, PC** |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Hearing Date: December 23, 2008<br>Hearing Time: 11:00 a.m. |

**NOTICE IS HEREBY GIVEN** that the hearing on the Motion to Approve Settlement with Piercy, Bowler, Taylor & Kern, P.C. filed on October 20, 2008, by the USACM Liquidating Trust and USA Capital Diversified Trust Ded Fund, LLC (the "Motion") (DE #6575) has been continued to **December 23, 2008, at 11:00 a.m.** before the Honorable Linda B. Riegle, United States Bankruptcy

Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Third Floor, Bankruptcy Courtroom No. 1, Las Vegas, Nevada 89101

**NOTICE IS FURTHER GIVEN** that the deadline for filing supplemental documents related to the Motion is **December 10, 2008.**

**DIAMOND MCCARTHY LLP**

By: _____*/s/ Eric D. Madden*_____
Allan B. Diamond, TX 05801800 (pro hac vice)
Eric D. Madden, TX 24013079 (pro hac vice)
P. Jason Collins, TX 24040711 (pro hac vice pending)
J. Maxwell Beatty, TX 24051740 (pro hac vice)
909 Fannin, Suite 1500
Houston, Texas 77010
(713) 333-5100 (telephone)
(713) 333-5199 (facsimile)

*Special Counsel for USACM Liquidating Trust and USA Capital Diversified Trust Deed Fund, LLC*

**LEWIS AND ROCA LLP**

By: _____*/s/ Rob Charles*_____
Rob Charles, NV 6593
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
(702) 949-8320 (telephone)
(702) 949-8321 (facsimile)

*Counsel for USACM Liquidating Trust*

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the law firm of DIAMOND MCCARTHY LLP, and that on the 4th day of December 2008, I served a true and correct copy of the foregoing **NOTICE OF CONTINUED HEARING ON MOTION TO APPROVE SETTLEMENT WITH PIERCY, BOWLER, TAYLOR & KERN, PC** (a) by electronic transmission to (i) all parties on the USACM Post-Effective Date Official Service List Dated October 1, 2008; (ii) Vincent O'Gara, counsel for Piercy, Bowler, Taylor & Kern, PC, at vogar@mpbf.com; and (iii) Robert W. Perrin, counsel for Deloitte & Touche LLP, at robertperrin@lw.com;  and (b) by United States Mail, first class postage prepaid to all parties on the Service List attached hereto representing existing and prospective defendants to any suits brought or to be brought by the USACM Trust and/or DTDF.

  */s/  Catherine A. Burrow, CLA*
Catherine A. Burrow, CLA
Diamond McCarthy LLP