LEWIS
AND
ROCA
LLP
LAWYERS

1

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
2    Telephone (702) 949-8320

3    Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
4

Attorneys for USACM Liquidating Trust

| | E-Filed on 12/4/08 |

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE | Case No. BK-S-06-10727-LBR |
| COMPANY, | Case No. BK-S-06-10728-LBR |
| | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | |
| | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED | |
| FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, | |
| LLC, | **NOTICE OF HEARING REGARDING** |
| | **OBJECTION OF THE USACM** |
| USA SECURITIES, LLC, | **LIQUIDATING TRUST TO PROOF OF** |
| Debtors. | **CLAIM FILED BY AUGUSTINE** |
| | **TUFFANELLI FAMILY TRUST,** |
| | **(CLAIM N0. 10725-02575)** |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Hearing Date: January 22, 2009
Hearing Time: 9:30 a.m.

**THE USACM LIQUIDATING TRUST IS OBJECTING TO THE CLAIM**

**THAT YOU FILED.  The USACM Trust seeks to disallow your claim because the**

**USACM Trust contends that your claim is untimely filed, not a claim against USA**

**Commercial Mortgage Company and that it is duplicative of your claim that was**

**previously disallowed as a claim against USA Commercial Mortgage Company.**

**PLEASE DO NOT CONTACT THE CLERK OF THE BANKRUPTCY**

**COURT TO DISCUSS THE MERITS OF YOUR CLAIM.  QUESTIONS**

LEWIS
AND
ROCA
LLP
L A W Y E R S

REGARDING THE AMOUNT OF A CLAIM OR THE FILING OF A CLAIM SHOULD BE DIRECTED TO BRANT FYLLING AT SIERRA GROUP CONSULTING, LLC (602-424-7009) OR TO THE UNDERSIGNED COUNSEL.

NOTICE IS HEREBY GIVEN that the USACM Liquidating Trust by and through its counsel, has filed an Objection to Proof of Claim No. 10725-02575 filed by Augustine Tuffanelli Family Trust (the "Objection"). The USACM Trust respectfully requests that the Court enter an order pursuant to § 502 of title 11 of the United States Code (the "Bankruptcy Code"). disallowing Claim No. 10725-02575 filed by Augustine Tuffanelli Family Trust in its entirety..

NOTICE IS FURTHER GIVEN that the hearing on the Objection will be held before the Honorable Linda B. Riegle, U.S. Bankruptcy Court Judge in the Foley Federal Building, 300 Las Vegas Blvd. South, 3rd Floor, Courtroom No. 1, Las Vegas, Nevada on **January 22, 2009, at the hour of 9:30 a.m.**

NOTICE IS FURTHER GIVEN THAT THE HEARING SET ON JANUARY 22, 2009, WILL BE HELD FOR THE PURPOSE OF STATUS CHECKS AND SCHEDULING EVIDENTIARY HEARINGS ONLY. NO ARGUMENTS WILL BE HEARD ON THAT DATE.

NOTICE IS FURTHER GIVEN that any response to the Objection must be filed by **January 15, 2009,** pursuant to Local Rule 3007(b), which states:

> If an objection to a claim is opposed, a written response must be filed and served on the objecting party at least 5 business days before the scheduled hearing. A response is deemed sufficient if it states that written documentation in support of the proof of claim has already been provided to the objecting party and that the documentation will be provided at any evidentiary hearing or trial on that matter.

2

LEWIS
AND
ROCA
LLP
L A W Y E R S

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the Court.  You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The Court may *refuse to allow you to speak* at the scheduled hearing; and
> - The Court may *rule against you* and sustain the objection without formally calling the matter at the hearing.

Dated:  December 4, 2008.

**LEWIS AND ROCA LLP**


By:  /s/ RC (#6593)
        Susan M. Freeman, AZ 4199 (*pro hac vice*)
        Rob Charles, NV 6593
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
*Counsel for USACM Liquidating Trust*

LEWIS
AND
ROCA
LLP

L A W Y E R S

1

Proof of Service

2

Copy of the foregoing e-mailed ,

3
or  mailed via First Class U.S. Mail to
the following parties on December 4, 2008 to: :

4

5
Augustine Tuffanelli Family Trust
Augustine Tuffanelli Trustee

6
c/o Thomas R Brooksbank
689 Sierra Rose Drive, Suite A2

7
Reno, NV  89511

8
Augustine Tuffanelli Family Trust

9
c/o Augustine Tuffanelli Trustee
2260 Mohigan Way

10
Las Vegas, NV 89109-3374

11

12

13
By  /s/ Carrie Lawrence
Carrie Lawrence,

14
Lewis and Roca LLP

15

16

17

18

19

20

21

22

23

24

25

26