|   |   |
|---|---|
| 1 | Name of Attorney _____ |
| 2 | Bar # _____<br>Address _____ |
| 3 | _____<br>Phone # _____ |
| 4 | e-mail address _____ |

RECEIVED AND FILED

2008 DEC -1  P 1: 26

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

In re:                                   )     Bankruptcy No.: 6-10725
                                         )
                                         )     Chapter
                                         )
              Debtor.                    )     Trustee:
                                         )
    USA                                  )     **CHANGE OF ADDRESS OF:**
                                         )     ( ) DEBTOR
                                         )     (X) CREDITOR
                                         )     ( ) OTHER

I request that notice be sent to the following address: (please print)

JOHN W. STEWART
Name
11 KOBI PLACE
Address
WAGGA WAGGA
NSW                    2650
City        State           Zip Code
AUSTRALIA

Please check one of the following:

☐ The change of address is applicable only in the above captioned case.

☐ The change of address is also applicable in the following related cases: (*please list the case numbers*) _____

DATE: _____

SIGNATURE _____

**NOTE**: Please submit an original and one copy for the record.