# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number  06–10725–lbr**
**Chapter 11**

In re: (Name of Debtor)
   USA COMMERCIAL MORTGAGE COMPANY
   fka  USA CAPITAL
   4484 SOUTH PECOS ROAD
   LAS VEGAS, NV 89121

ORDER APPROVING VERIFIED PETITION AND APPOINTMENT OF NEVADA COUNSEL

The Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court and the Designation of Local Counsel and Consent Thereto filed by P. JASON COLLINS with the appointment of ROB CHARLES as designated Nevada Counsel in this case are approved.

Dated: 12/5/08

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 0978-2          User: lakaswm              Page 1 of 1           Date Rcvd: Dec 05, 2008
Case: 06-10725               Form ID: oavp               Total Served: 2

The following entities were served by first class mail on Dec 07, 2008.
aty          +ROB CHARLES,   LEWIS AND ROCA LLP,   3993 HOWARD HUGHES PKWY, STE 600,   LAS VEGAS, NV 89169-5996
             +P. JASON COLLINS,   909 FANNIN STREET, SUITE 1500,   HOUSTON, TX 77010-1026
The following entities were served by electronic transmission.
NONE.                                                                                                  TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 07, 2008**        Signature:        _Joseph Speetjens_