E-filed on 12/08/08

**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email: adiamond@diamondmccarthy.com
P. Jason Collins, TX State Bar No. 24040711
Email: jcollins@diamondmccarthy.com

Special Litigation Counsel for USACM Liquidating Trust

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321

Rob Charles, NV State Bar No. 006593
Email: rcharles@lrlaw.com

Counsel for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>            Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>            Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>            Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>            Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br><br>            Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | **THIRD SUPPLEMENTAL FILING IN SUPPORT OF APPLICATION TO COMPROMISE AND SETTLE CONTROVERSIES WITH BEADLE, MCBRIDE, EVANS & REEVES, LLP, ET AL.** |
| USACM LIQUIDATING TRUST; and<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC;<br><br>            Plaintiffs,<br><br>    v.<br><br>BEADLE, MCBRIDE, EVANS & REEVES, LLP, REEVES, EVANS, MCBRIDE & ZHANG, LLP, TG MCBRIDE CPA LTD., and T. GARTH MCBRIDE,<br><br>            Defendants. | |

**THIRD SUPPLEMENTAL FILING IN SUPPORT OF APPLICATION
TO COMPROMISE AND SETTLE CONTROVERSIES WITH BEADLE,
<u>MCBRIDE, EVANS & REEVES, LLP, ET AL.</u>**

Geoffrey Berman ("Berman" or the "Trustee"), Trustee of the USACM Liquidating Trust (the "USACM Trust") and Michael Tucker ("Tucker" or the "Manager"), Manager of the USA Capital Diversified Trust Deed Fund, LLC ("DTDF") hereby file this third supplement in support of their Application to Compromise and Settle Controversies with Beadle, McBride, Evans & Reeves, LLP, et al (the "Motion").

Consistent with this Court's instructions during its December 8, 2008 hearing on the Motion, the USACM Trust and DTDF hereby attach the following documents: (i) the proposed findings of fact and conclusions of law (attached hereto as Exhibit "A"); and (ii) the proposed order (attached hereto as Exhibit "B").

Wherefore, premises considered, USACM Trust and DTDF respectfully requests this Court approve the settlement between the USACM Trust, DTDF, and Beadle, McBride, Evans & Reeves, LLP, et al., and enter the proposed findings of fact and conclusions of law attached as Exhibit "A."

DATED this 8th day of December, 2008.

*{Remainder of Page Left Intentionally Blank}*

Respectfully Submitted:

| **DIAMOND McCARTHY LLP** | **LEWIS AND ROCA LLP** |
|---|---|
| By:  /s/ *Eric D. Madden*  | By:  /s/ *Rob Charles*  |
| Eric D. Madden, TX 05801800 (pro hac vice) | Rob Charles, NB 6593 |
| P. Jason Collins, TX 24040711 (pro hac vice) | 3993 Howard Hughes Parkway |
| J. Maxwell Beatty, TX 24051740 (pro hac vice) | Suite 600 |
| 6504 Bridge Point Parkway | Las Vegas, Nevada 89169-5996 |
| Suite 400 | (702) 949-8321 (telephone) |
| Austin, Texas 78730 | (702) 949-8320 (facsimile) |
| (512) 617-5200 (telephone) | |
| (512) 617-5299 (facsimile) | *Counsel for USACM Liquidating Trust* |

*Special Litigation Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on December 9, 2008, a copy of the foregoing was served either electronically or via first class mail to all existing and prospective defendants to any suits brought or to be brought by the USACM Trust and/or DTDF.

 /s/ *P. Jason Collins* 
P. Jason Collins

# EXHIBIT A

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                    Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>                    Debtor. | BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>                    Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>                    Debtor. | **FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER APPROVING SETTLEMENT BEADLE, MCBRIDE, EVANS & REEVES, LLP, ET AL.** |
| In re:<br>USA SECURITIES, LLC,<br><br>                    Debtor. | |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

**FINDINGS OF FACT & CONCLUSIONS OF LAW IN SUPPORT OF ORDER APPROVING SETTLEMENT**      **1 of 4**

**EXHIBIT A**

1  USACM LIQUIDATING TRUST; and
    USA CAPITAL DIVERSIFIED TRUST DEED FUND,
2  LLC;

3                Plaintiffs,

         v.

4  BEADLE, MCBRIDE, EVANS & REEVES, LLP,
    REEVES, EVANS, MCBRIDE & ZHANG, LLP, TG
5  MCBRIDE CPA LTD., and T. GARTH MCBRIDE,

6                Defendants.

7    This Court, having considered the *Application to Compromise and Settle Controversies with*

8  *Beadle, McBride, Evans & Reeves, LLP, et al.* (the "Motion") and the Declarations of Geoffrey L.

9  Berman and Michael Tucker in support thereof and the arguments of counsel made at the hearing on

10  the Motion to Compromise held December 8, 2008; and

11    This Court having considered the Pleading in Support of the Motion to Compromise and the

12  arguments of counsel, now therefore makes the following findings of fact and conclusions of law under

13  Federal Rule of Civil Procedure 52 and Federal Rules of Bankruptcy Procedure 7052 and 9019.

14    1.    Notice of the Motion ("Notice") was properly served on all creditors of the above-titled

15  estates.

16    2.    The claims being settled are assets of the USACM Liquidating Trust (the "USACM

17  Trust"). Geoffrey L. Berman ("Berman" or the "Trustee") currently serves as a trustee of the USACM

18  Liquidating Trust.

19    3.    The claims being compromised also belong to USA Capital Diversified Trust Deed

20  Fund, LLC ("DTDF"). Michael Tucker (the "Manager") is the manager of DTDF.

21    4.    The beneficiaries of USACM Trust and DTDF are the creditors of USA Commercial

22  Mortgage Company ("USACM") and the interest holders in DTDF.

23

**FINDINGS OF FACT & CONCLUSIONS OF LAW IN SUPPORT OF ORDER APPROVING**  **2 of 4**
**SETTLEMENT**

5. The claims being compromised herein arise from professional services rendered by Beadle, McBride, Evans & Reeves, LLP, Reeves, Evans, McBride & Zhang, LLP, TG McBride CPA Ltd., and T. Garth McBride (collectively, "BMER") to DTDF and FTDF.

6. The USACM Trust and DTDF have investigated the merits of the claims against BMER and have conducted such investigation as they deemed reasonable into the merits of the claim. In addition, the USACM Trust and DTDF have inquired into the complexity of proving the potential claims, the expense of prosecuting such claims, the duration of litigation or other means for prosecuting the claims, and have evaluated the difficulties of collection and the assets available for satisfying any potential judgment.

7. Based upon this evaluation, the Trustee and the Manager have recommended this compromise as fair and equitable.

8. The Compromise is fair and equitable to the USACM Trust.

9. The Compromise is fair and equitable to DTDF.

10. At the present time, no claims for indemnification or contribution have been asserted, although the USACM Trust and DTDF have commenced litigation against persons and entities that may have such claims.

11. At the present time, no claims have been asserted by creditors of any of the above-titled estates against BMER.

12. No USACM Trust beneficiary or DTDF interest holder has objected to this compromise.

13. The amount paid in the settlement is fair and equitable in light of BMER's insurance policy limits and BMER's financial condition.

14. There was no collusion, fraud, or tortious conduct in connection with the negotiation

**FINDINGS OF FACT & CONCLUSIONS OF LAW IN SUPPORT OF ORDER APPROVING SETTLEMENT**    **3 of 4**

and execution of the Settlement Agreement. No evidence was presented to this Court that there was any collusion, fraud, or tortious conduct aimed to injure any non-settling defendants in connection with the negotiation and execution of the Settlement Agreement.

15. The Settlement Agreement is in the paramount interest of the creditors.

## CONCLUSIONS OF LAW

1. Notice has been given to all parties to the above-titled estates.

2. USACM Trust and DTDF have standing to assert the claims being settled and have standing to bring this Motion.

3. In light of the complexity of the potential claims, the expense of litigating these claims, the duration of such litigation, and the difficulties of collection in the event the estates are successful, the settlement with BMER is fair and equitable and reasonable under the circumstances and therefore is approved under Federal Rule of Bankruptcy Procedure 9019.

# # #

# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>　　　　　　　　　Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>　　　　　　　　　Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>　　　　　　　　　Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>　　　　　　　　　Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br><br>　　　　　　　　　Debtor. | **ORDER APPROVING SETTLEMENT WITH BEADLE, MCBRIDE, EVANS & REEVES, LLP, ET AL.** |
| Affects:<br>☒All Debtors<br>☐USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

ORDER TO APPROVE SETTLEMENT　　　　　　　　　　　　　　Page 1 of 3

**EXHIBIT B**

| | |
|---|---|
| 1 | USACM LIQUIDATING TRUST; and |
| 2 | USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC; |
| 3 | Plaintiffs, |
| 4 | v. |
| 5 | BEADLE, MCBRIDE, EVANS & REEVES, LLP, REEVES, EVANS, MCBRIDE & ZHANG, LLP, TG |
| 6 | MCBRIDE CPA LTD., and T. GARTH MCBRIDE, |
| 7 | Defendants. |

On December 8, 2008 this Court held a hearing on the *Application to Compromise and Settle Controversies with Beadle, McBride, Evans & Reeves, LLP, et al.* (the "Motion") filed by Geoffrey Berman ("Berman" or the "Trustee"), Trustee of the USACM Liquidating Trust (the "USACM Trust") and Michael Tucker ("Tucker" or the "Manager"), Manager of the USA Capital Diversified Trust Deed Fund, LLC ("DTDF"). The Motion requested: (1) an Order Approving Settlement, and (2) for an Order pursuant to Nevada Revised Statute §17.245, et seq. barring claims against Beadle, McBride, Evans & Reeves, LLP Reeves, Evans, McBride & Zhang, LLP, TG McBride CPA Ltd., and T. Garth McBride (collectively, "BMER") for indemnity and/or contribution. The relief requested is hereby GRANTED IN PART AND DENIED IN PART.

Pursuant to the Motion and as set forth in the separate Findings of Fact and Conclusions of Law entered pursuant to Bankruptcy Rules of Procedure 9014 and 7052, and Federal Rule of Civil Procedure 52, this Court GRANTS the following relief:

1. The Settlement Agreement, Mutual Release, and Covenants dated July 18, 2008 between the Trustee, the USACM Trust, the Manager, DTDF, and BMER (the "Settlement Agreement") is approved pursuant to Federal Rule of Bankruptcy Procedure 9019.

2. This Court shall retain jurisdiction to interpret and enforce the terms of the Settlement Agreement and this Order Approving Settlement.

All other relief requested, including the request for a bar order pursuant to NRS § 17.245, is DENIED.

###