December 8, 2008

Kathleen Moore
450 Opal Drive
Henderson, Nevada  89015
(702) 564-0950

United States Bankruptcy Court
300 Las Vegas Blvd – South
Suite 2605
Las Vegas, Nevada  89101

RE:  Case No:  06-10725-lbr
Debtor:        USA Commercial Mortgage Co
               Fka USA Capital
               4484 S. Pecos Rd
               Las Vegas, NV   89121

To Whom It May Concern,

Please be advised of my address change.   A recent notice was sent to an incorrect address of 1603 Lefty Garcia Way, Henderson, NV  89002.  This is no longer my address.

**The correct mailing address is as follows:**

   **Kathleen Moore**
   **450 Opal Drive**
   **Henderson, Nevada   89015**

Thank you and I appreciate your time.

Sincerely,

*Kathleen Moore*

Kathleen Moore