MIRIAM FRANKLIN 12/08/08

Dec 11  1 56 PM '08

RECEIVED

Re: Change of Address
of Creditor

Case # 06-10725-1BR

Please be advised of my new address:

The Levy Family Trust — 5/5/94
c/o Miriam Franklin Trustee
2431 Mariner Sq. Dr. Apt 317
Alameda, CA 94501

Thank You —

Miriam Franklin

---

062333  62333 1 MB 0.369  94704 1 3  6119-0-62333

The Levy Family Trust dated 5/5/94
c/o Miriam Franklin Trustee
2550 Dana Street Apt 8D     old address
Berkeley, CA 94704-2869

(crossed out)

**FIRST-CLASS MAIL**

945 NDE 1 608C 06 12/03/08
NOTIFY SENDER OF NEW ADDRESS
FRANKLIN'MIRIAM
2431 MARINER SQUARE DR APT 317
ALAMEDA CA 94501-1683

BC: 94501168392    *2905-01858-03-21

94501@1683