**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 18024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 12/12/2008

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,[1]<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[2]<br><br>USA Securities, LLC,[3]<br>        Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**STATUS AND AGENDA FOR DECEMBER 16, 2008 HEARINGS**<br><br>Hearing Date:  December 16, 2008<br>Hearing Time: 9:30 a.m.<br>                       10:30 a.m. |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

**Agenda for 9:30 a.m.**

   1.   **Amended Complaint:** 06-01212-lbr, Binford Medical Developers, LLC et al v. Compass Financial Partners LLC et al

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 26, 2007.

1

1999168.1

LEWIS AND ROCA LLP — LAWYERS

| | |
|---|---|
| **Amended Complaint Filed:** 9/12/07 | Amended Complaint Filed by SUSAN WILLIAMS SCANN on behalf of BINFORD MEDICAL DEVELOPERS, LLC against COMPASS FINANCIAL PARTNERS LLC [DE 80] |
| **Answer Filed:** 10/05/07 | Answer to Amended Complaint [DE 89] |
| **Counterclaim Filed:** 10/05/2007 | Counterclaim by COMPASS FINANCIAL PARTNERS LLC against BINFORD MEDICAL DEVELOPERS, LLC [DE 91] |
| **4/11/2008** | Stipulation and Order Dismissing FIDELITY NATIONAL TITLE COMPANY with Prejudice [DE 123] |
| **Status** | Continued from 12/14/07, 1/11/08, 2/4/08, 2/14/08, 4/17/08, and 5/8/08. |

2. **Objection to Claim 784 of BINFORD MEDICAL DEVELOPERS:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter: 11

| | |
|---|---|
| **Objection filed:** 12/11/2006 | Objection to Claim 784 of BINFORD MEDICAL DEVELOPERS in the amount of filed by LENARD E. SCHWARTZER on behalf of USA COMMERCIAL MORTGAGE COMPANY [DE 2033] |
| **Status** | Awaiting resolution of settlement with Compass Financial Partners |

3. **Motion to Release Funds from Court Registry *and Turnover to Rightful Owners*:** 06-01146-lbr, USA Commercial Mortgage Company v. Wells Fargo Bank, N.A. et al

| | |
|---|---|
| **Motion Filed:** 10/28/08 | Motion to Release Funds from Court Registry *and Turnover to Rightful Owners* Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [DE 166] |
| **Status** | No objections filed. Counsel will request entry of the order. |

4. **Motion to Release Funds from Court Registry *and Certificate of Service*:** 06-01146-lbr, USA Commercial Mortgage Company v. Wells Fargo Bank, N.A. et al

1999168.1

LEWIS AND ROCA LLP LAWYERS

| | | |
|---|---|---|
| **Motion Filed:** 11/12/08 | | Motion to Release Funds from Court Registry *and Certificate of Service* Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [DE 169] |
| **Declaration Filed:** 11/12/08 | | Declaration Of: John Hinderaker *in Support of Motion for Release of $100,000 Held in Court Registry* Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [DE 170] |
| **Status** | | No objections filed.  Counsel for USACM Trust has been contacted by attorneys for Compass Partners, LLC and Silar Advisors LP.  Compass and Silar may appear through counsel to make claim to the $100,000 or either may request a continuance. |

    5.    **Order to Show Cause:**  07-01105-lbr, Compass USA SPE LLC et al v. USA Capital Diversified Trust Deed Fund, LLC et al, [DE 23]

| | | |
|---|---|---|
| **Complaint Filed:** 07/07/07 | | Complaint *For Conditional Revocation of Confirmation Order Under 11 U.S.C. Sec. 1144 and Rescission of Asset Purchase Agreement* Filed by COMPASS USA SPE LLC, COMPASS FINANCIAL PARTNERS LLC, et al. [DE 1] |
| **Motion Filed:** 07/27/07 | | Motion to Dismiss Adversary Proceeding *Pursuant to Federal Rule of Civil Procedure 12(b)(6)* Filed by SHLOMO S. SHERMAN on behalf of OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC, the Authorized Representative of USA CAPITAL FIRST TRUST DEED FUND, LLC [DE 7] |
| **Order Filed:** 11/24/08 | | Order to Show Cause why this adversary should not be dismissed for failure to serve the defendants within 120 days of the filing of the complaint [DE 23] |
| **Status** | | The following defendants have been dismissed: USA Commercial Mortgage  Co.; USA Securities, LLC; USA Capital Realty Advisors, LLC; and USA Capital First Trust Deed Fund, LLC.  USA Capital Diversified Trust Deed Fund, LLC has not been served.  The individual defendants have not been served.  No response was filed to the Order to Show Cause. |

3

1999168.1

**Agenda for 10:30 a.m.**

    1.    **Scheduling Conference:**  Adv. 08-01119-lbr, USACM Liquidating Trust v. RUSSELL et al

| | |
|---|---|
| **Complaint Filed:** 4/11/08 | Adversary case 08-01119. Complaint *USACM LIQUIDATING TRUST'S ORIGINAL COMPLAINT, CLAIM OBJECTIONS, AND COUNTERCLAIMS* |
| **Answer Filed:** 6/30/08 | Answer to Complaint *Defendants' Answers to USACM Liquidating Trust's Original Complaint, Claim Objections, and Counterclaims with Certificate of Service* (Related Doc # 1) Filed by SUSAN WILLIAMS SCANN on behalf of BG/93 INVESTMENTS, LLC, BOISE/GOWEN 93, LLC et al. [DE 38] |
| **Joint Discovery Plan Filed:** 8/11/08 | *Joint Discovery Plan* Filed by ERIC D. MADDEN on behalf of USACM LIQUIDATING TRUST [DE 39] |
| **Order Filed:** 9/10/08 | Order Re Scheduling Conference. Scheduling Conference scheduled for 12/16/2008 at 10:30 AM at LBR-Courtroom 1, Foley Federal Bldg. [DE 41] |
| **Status** | Continued from 8/26/2008.  Counsel is ready to proceed with the scheduling conference. |

    2.    **Order Setting Status Hearing:**  Adv. 06-01256-lbr, USA Commercial Mortgage Company et al v. Reale et al

| | |
|---|---|
| **Complaint Filed:** 12/25/06 | Complaint *Under 11 U.S.C. Sections 544, 548, 550 and NRS 112.180* Filed by USA COMMERCIAL MORTGAGE COMPANY, USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC vs. HMA SALES, LLC, SALVATORE REALE [DE 1] |
| **Order Filed:** 11/17/08 | Order Setting Status Hearing. [DE 405] |
| **Status** | |

1999168.1

3. **Scheduling Conference:** Adv. 08-01120-lbr, USACM Liquidating Trust v. Gentile De Palma Ltd. et al

| | |
|---|---|
| **Complaint Filed:** 4/11/08 | Complaint *To Avoid And Recover Pre-Petition Transfers* Filed by USACM LIQUIDATING TRUST vs. GENTILE DE PALMA LTD. [DE 1] |
| **Order Filed:** 11/20/08 | Order Re Scheduling Conference. Scheduling Conference scheduled for 12/16/2008 at 10:30 AM at LBR-Courtroom 1, Foley Federal Bldg. [DE 14] |
| **Status** | Defendant has not filed an answer; USACM Trust will move to default |

5. **Order Setting Prove-Up Hearing:** Adv. 08-01130-lbr, USACM Liquidating Trust v. Phillips USA LLC

| | |
|---|---|
| **Complaint Filed:** 04/11/08 | Complaint Filed by USACM LIQUIDATING TRUST vs. PHILLIPS USA LLC [DE 1] |
| **Order Filed:** 11/20/08 | Order Setting Prove-Up Hearing. Hearing scheduled 12/16/2008 at 10:30 AM at LBR-Courtroom 1, Foley Federal Bldg. [DE 17] |
| **Status** | Counsel is ready to proceed. Geoff Berman will offer direct testimony via proffer and will be available in the Courtroom for any cross examination. |

Dated December 12, 2008.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
John Hinderaker, AZ 18024 (*pro hac vice*)
*Counsel for USACM Liquidating Trust*

1999168.1

LEWIS AND ROCA LLP LAWYERS

1  PROOF OF SERVICE

2  COPY of the aforementioned sent via e-mail or U.S. First Class Mail on
3  December 12, 2008 to the parties listed on Post-Effective Official Service List for
4  Limited Notice No. 4 Dated January 8, 2008.
5

6

7  /s/ Carrie Lawrence
   Carrie Lawrence
8  Lewis and Roca LLP

1999168.1