# SCHWARTZER & MCPHERSON LAW FIRM
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
2850 SOUTH JONES BOULEVARD, SUITE 1
LAS VEGAS, NEVADA 89146-5308
TELEPHONE: (702) 228-7590    FACSIMILE: (702) 892-0122
WEBSITE: WWW.S-MLAW.COM

Lenard E. Schwartzer*
Jeanette E. McPherson
Jason A. Imes*

Of counsel:
Gary B. Gelfand*

*Also admitted in California

California Office
161 S. Doheny Drive
Beverly Hills, CA 90210
Telephone: (323) 272-6361

December 10, 2008

Sydney Siemens
309 #2 Moreton Bay Lane
Goleta, CA 93117

Dear Ms. Siemens:

Please change your address with the U.S. Bankruptcy Court at:

U.S. Bankruptcy Court
300 Las Vegas Blvd.
Las Vegas, NV 89101

Sincerely,

Laura Kern, Legal Assistant to,
Lenard E. Schwartzer

:lak
Enclosure

From: Sis — please use my address for mailings. I have both Global & USA Capitol. What a mess. Thanks, Sydney Siemens

→ Sydney Siemens
**309** #2 Moreton Bay Lane
**Goleta**, CA 93117

U:\Laura\Cover Letter Re Sydney Siemens.doc