December 11th, 2008

US Bankruptcy Court
Clerk's Office
300 Las Vegas Boulevard South
Las Vegas, NV 89101

We are writing to you in reference to case 06-10725-lbr (USA Commercial Mortgage Company).

We have received several mailings from your office recently and would like to inform you of my new address. Additionally, we are invested under several names and, some have the correct address and some do not. You currently send notifications to:

S&P Davis Limited Partnership
6816 Citrine Drive
Carlsbad, CA 92009

Patrick & Susan Davis, Husband & Wife JTWROS
6816 Citrine Drive
Carlsbad, CA 92009

Patrick Davis, IRA and Susan Davis, IRA
6816 Citrine Drive
Carlsbad, CA 92009

Susan Davis IRA
6816 Citrine Drive
Carlsbad, CA 92009

Pat Davis IRA
6216 Citrine Drive   (Please note, this address is incorrect; it should have been 6816)
Carlsbad, CA 92009

The correct address for all of these entities should be changed to:

**737 Bannerman Lane**
**Fort Mill, SC 29715**

If you keep telephone number information, please update the telephone numbers to 803-280-7907.

Thank you in advance for your assistance. We have included the envelopes for reference. Please search your database for other reference to "Citrine"; any of those records should also be me.

Pat Davis

Susan Davis