December 10, 2008

To United States Bankruptcy Court,

Attention
Mary A Schott
Clerk of the Bankruptcy Court.
Ref Case No. 06-10725-lbr
Chapter 11


Dear Mrs. Schott.
I am writing to inform you of our change of address
From:
**Emilio J Angeli & Christine E Angeli**
**9675 Irvine Bay Ct.**
**Las Vegas, NV 89147**

To:
**Emilio J Angeli & Christine E Angeli**
**345 Luke Meadow Ln**
**Cary, NC 27519.**

Please send all future correspondence regarding our accounts
With Debtor:
**USA Commercial Mortgage Company**
**fka USA Capital**
**4484 South Pecos Blvd**
**Las Vegas NV  89121**

To our new address.
Thank You.
Emilio and Christine Angeli