# EXHIBIT B

**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
Anthony W. Austin NV Bar No. 010850
Email: AAustin@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR[1] |
| USA Commercial Mortgage Company, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[2] |
| USA Capital Realty Advisors, LLC,[1] | Case No. BK-S-06-10729-LBR[3] |
| USA Capital Diversified Trust Deed Fund, LLC, | CHAPTER 11 |
| USA Capital First Trust Deed Fund, LLC,[2] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA Securities, LLC,[3] | |
| Debtors. | |
| **Affects:** | |
| ☐ All Debtors | |
| ☒ USA Commercial Mortgage Company | |
| ☐ USA Capital Realty Advisors, LLC | |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | |
| ☐ USA Capital First Trust Deed Fund, LLC | |
| ☐ USA Securities, LLC | |
| USACM Liquidating Trust, | Adv. No. 08-01066-lbr |
| Plaintiff, | **Order Approving Joinder of Silar Advisors LP and Asset Resolution, LLC as Defendants and Approving the Settlement Agreement Between Silar Advisors LP and Asset Resolution, LLC** |
| v. | |
| Compass USA SPE, LLC, a Delaware limited liability company, and Compass Partners, LLC, a Delaware limited liability company, and Republic Title of Texas, Inc., | |
| Defendants. | |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2002547.1

LEWIS AND ROCA LLP LAWYERS

The Motion to Approve the Settlement Agreement Between the USACM Liquidating Trust and Silar Advisors, LP and Asset Resolution, LLC (the "Motion") [DE _____], was filed with the Court on December 17, 2008. Due notice of the Motion was given to the parties to the adversary and to the Office of the U.S. Trustee. Good cause appearing,

IT IS ORDERED:

1. Joining Silar Advisors LP and Asset Resolution, LLC as defendants in this adversary proceeding.

2. Approving the terms set forth in the Settlement Agreement attached to the Application and to this Order as Exhibit A, and incorporated herein by reference. The terms of the Settlement Agreement are to be given the same effect as an order of this Court.

DATED AND SIGNED ABOVE

0

249071.1