**O'REILLY LAW GROUP, LLC**
John F. O'Reilly, Esq.
Nevada Bar No. 1761
Timothy R. O'Reilly, Esq.
Nevada Bar No. 8866
325 S. Maryland Parkway
Las Vegas, Nevada 89101
Tel: (702) 382-2500; Fax: (702) 384-6266
E-Mail: tor@oreillylawgroup.com

**BIENERT, MILLER, WEITZEL & KATZMAN**
Steven J. Katzman, Esq.
California Bar No. 132755
117 Avenida Miramar
San Clemente, California 92672
Tel: (949) 369-3700; Fax: (949) 369-3701
E-Mail: skatzman@bmwklaw.com

Attorneys for Parties-in-Interest
MARY PETERSEN, INDIVIDUALLY AND AS TRUSTEE OF THE MARY PETERSEN FAMILY TRUST DTD 8/12/98; MICHAEL PETERSEN, INDIVIDUALLY AND AS TRUSTEE OF THE MICHALE D. PETERSEN FAMILY TRUST DTD 8/12/98; KATHRYN PETERSEN INDIVIDUALLY AND AS TRUSTEE OF THE KATHRYN L. PETERSEN LIVING TRUST AND THE KLP TRUST DTD 7/15/99

E-FILED 12/22/08

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In Re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor. | JOINTLY ADMINSTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle |
| In Re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor. | **DECLARATION OF TIMOTHY O'REILLY IN SUPPORT OF SUPPLEMENTAL RESPONSE TO THE APPLICATION OF THE USACM LIQUIDATING TRUST TO COMPROMISE AND SETTLE CONTROVERSIES WITH PIERCY, BOWLER, TAYLOR & KERN, PC; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** |
| In Re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC, | |

-1-
Declaration in Support of Supplemental Opposition to Application to Compromise and Settle

O'REILLY LAW GROUP, LLC
A NEVADA LIMITED LIABILITY COMPANY INCLUDING CORPORATIONS
325 South Maryland Parkway • Las Vegas, Nevada 89101
Telephone (702) 382-2500 • Facsimile (702) 384-6266

|  |
|---|
| Debtor. |
| In Re:<br>USA SECURITIES, LLC,<br>                                    Debtor. |
| Affects:<br>☒  All Debtors<br>☐  USA Commercial Mortgage Company<br>☐  USA Capital Realty Advisors, LLC<br>☐  USA Capital Diversified Trust Deed Fund, LLC<br>☐  USA Commercial Mortgage Company<br>☐  USA Commercial Mortgage Company |

I, Timothy O'Reilly, declare:

1. I am an attorney with the O'Reilly Law Group, LLC, (the "Firm") attorneys of record for Parties-in-Interest, Mary Petersen, Individually and as Trustee of the Mary Petersen Family Trust DTD 8/12/98; Michael Petersen, Individually and as Trustee of the Michael D. Petersen Family Trust DTD 8/12/98; Kathryn Petersen, Individually and as Trustee of the Kathryn L. Petersen Living Trust and the KLP Trust DTD 7/15/99  (collectively, the "Petersens").  I am licensed to practice before the courts of the State of Nevada, the United States District Court, and the Bankruptcy Court for the State of Nevada.  I am submitting this Declaration in Support of the supplemental response to the Application of Geoffrey Berman, Trustee ("Trustee") of the USACM Liquidating Trust (the "USACM Trust") and Michael Tucker, Manager ("Manager;" the Trustee and Manager are collectively referred to as the "Trustee/Manager"), of the USA Capital Diversified Trust Deed Fund, LLC ("DTDF") to Compromise and Settle Controversies (the "Motion") with Piercy, Bowler, Taylor & Kern PC ("PBTK").

2. I know each of the following facts to be true of my own personal knowledge and, except as therein stated, and if called as a witness, I could and would competently testify with respect thereto.

3. The Petersens are defendants in two separate adversary actions brought by the Trustee for the alleged:  avoidance of alleged fraudulent conveyances; aiding and abetting breaches

-2-
Declaration in Support of Supplemental Opposition to Application to Compromise and Settle

of fiduciary duty; and liability for treble damages for allegedly receiving $12.8 million, knowing that the funds were misappropriated by theft and/or other offense(s) that constitute a crime against property.  See Adversary Actions <u>USACM Liquidating Trust, et. al. v. Mary Petersen, et al</u>, Adversary Proceeding Number 08-01134-lbr; <u>USACM Liquidating Trust, et. al. v. Kathryn Petersen, et al</u>, Adversary Proceeding Number 08-01133-lbr (Collectively, the "Adversary Actions").  The Petersens vehemently deny the allegations set forth in the Adversary Actions.

4. On December 8, 2008, counsel for the Trustee/Manager filed their third supplemental filing in support of the Motion.  However, certain documentation were filed under seal, which appeared to include an amended settlement agreement and declaration of Richard Bowler.  Thereafter, commencing on December 13, 2008, I requested a copy of the sealed documents.  On December 17, 2008 I sent follow up correspondence requesting, again, a coy of the sealed documents.

5. Finally, on December 18, 2008, counsel for the Trustee/Manager asserted that they would only provide a copy of the Sealed Documents if the Petersen's agreed to execute a confidentiality agreement, which was then first presented with a version designed to address the Sealed Documents on December 18, 2008.  A copy of the proposed Confidentiality Agreement is attached as Exhibit 2 to the Supplemental Response to which this Declaration was filed in support of. Counsel for the Petersens, desirous to determine what was filed with the Court, executed the Confidentiality Agreement on December 19, 2008 but reserved the right to object to the terms of the Agreement, either at the settlement hearing currently scheduled for Tuesday, December 23 or in the future as deemed necessary.

6. Thereafter, on December 19, 2008, counsel for the Petersens were provided the Sealed Documents.

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

Executed this 22nd day of December 2008, in Las Vegas, Nevada.

/s/ Timothy O'Reilly
TIMOTHY O'REILLY

-3-
Declaration in Support of Supplemental Opposition to Application to Compromise and Settle