RECEIVED AND FILED

DEC 19 P 1: 16

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

U.S. Bankruptcy Court
300 Las Vegas Boulevard
Las Vegas, Nevada 89101

Re: Wed-83005 0978-2 tscript 06-10725
     Case No. 06-10725-lbr

USA COMMERCIAL MORTGAGE COMPANY
fka USA CAPITAL
4484 SOUTH PECOS ROAD
LAS VEGAS, NV 89121

Four (4) Notices Of Filing Official Transcript

We are enclosing 4 forwarded letters that have been forwarded to our new address.
Please make note and correct our address for future correspondence.

Thank you,

William & Jean Spangler
3460 Squaw Road
West Sacramento, CA. 95691
(916)  374-8664


_____
William M. Spangler


_____
Jean A. Spangler