**O'REILLY LAW GROUP, LLC**  
John F. O'Reilly, Esq.  
Nevada Bar No. 1761  
Timothy R. O'Reilly, Esq.  
Nevada Bar No. 8866  
325 S. Maryland Parkway  
Las Vegas, Nevada 89101  
Telephone: (702) 382-2500  
Facsimile: (702) 384-6266  

**E-FILED 12/22/08**

Attorneys for Party-in Interest STANELY E. FULTON

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>     Debtor.<br>_____<br>In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC<br><br>     Debtor.<br>_____<br>In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC<br><br>     Debtor.<br>_____<br>In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC<br><br>     Debtor.<br>_____<br>In re:<br><br>USA SECURITIES, LLC, | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR<br><br>JOINTLY ADMINSTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle<br><br>**DECLARATION OF TIMOTHY O'REILLY IN SUPPORT OF SUPPLEMENTAL RESPONSE TO THE APPLICATION OF THE USACM LIQUIDATING TRUST TO COMPROMISE AND SETTLE CONTROVERSIES WITH PIERCY, BOWLER, TAYLOR & KERN, PC; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** |

Law Offices
O'REILLY LAW GROUP, LLC
A NEVADA LIMITED LIABILITY COMPANY INCLUDING CORPORATIONS
325 South Maryland Parkway • Las Vegas, Nevada 89101
Telephone (702) 382-2500 • Facsimile (702) 384-6266

|   |   |
|---|---|
| Debtor. | ) ) ) |
| Affects: | ) ) |
| _X_ All Debtors<br>___ USA Commercial Mortgage Company<br>___ USA Capital Realty Advisors, LLC<br>___ USA Capital Diversified Trust Deed Fund, LLC<br>___ USA Capital First Trust Deed Fund, LLC<br>___ USA Securities, LLC | ) ) ) ) ) ) ) ) |

I, Timothy O'Reilly, declare:

1. I am an attorney with the O'Reilly Law Group, LLC, (the "Firm") attorneys of record for Party-in-Interest, Stanley E. Fulton ("Mr. Fulton"). I am licensed to practice before the courts of the State of Nevada, the United States District Court, and the Bankruptcy Court for the State of Nevada. I am submitting this Declaration in Support of the supplemental response to the Application of Geoffrey Berman, Trustee ("Trustee") of the USACM Liquidating Trust (the "USACM Trust") and Michael Tucker, Manager ("Manager;" the Trustee and Manager are collectively referred to as the "Trustee/Manager"), of the USA Capital Diversified Trust Deed Fund, LLC ("DTDF") to Compromise and Settle Controversies (the "Motion") with Piercy, Bowler, Taylor & Kern PC ("PBTK").

2. I know each of the following facts to be true of my own personal knowledge and, except as therein stated, and if called as a witness, I could and would competently testify with respect thereto.

3. Mr. Fulton is a defendant in a separate adversary action brought by the Trustee for the alleged: avoidance of transfers; unjust enrichment; money had and received, and liability for treble damages for allegedly receiving $2 million, knowing that the funds were misappropriated by theft and/or other offense(s) that constitute a crime against property. See Adversary Action USACM Liquidating Trust, et. al. v. Stanley E. Fulton ( "Fulton "Adversary Action"). Mr. Fulton vehemently denies the allegations set forth in the Adversary Action.

4.  On December 10, 2008, counsel for the Trustee/Manager filed their supplemental filing in support of the Motion. However, certain documentation were filed under seal, which appeared to include an amended settlement agreement and declaration of Richard Bowler. Thereafter, commencing on December 13, 2008, I requested a copy of the sealed documents. On December 17, 2008 I sent follow up correspondence requesting, again, a coy of the sealed documents.

5.  Finally, on December 18, 2008, counsel for the Trustee/Manager asserted that they would only provide a copy of the Sealed Documents if Mr. Fulton agreed to execute a confidentiality agreement, which was then first presented with a version designed to address the Sealed Documents on December 18, 2008. A copy of the proposed Confidentiality Agreement is attached as Exhibit 2 to the Supplemental Response to which this Declaration was filed in support of. Counsel for Mr. Fulton, desirous to determine what was filed with the Court, executed the Confidentiality Agreement on December 19, 2008 but reserved the right to object to the terms of the Agreement, either at the settlement hearing currently scheduled for Tuesday, December 23 or in the future as deemed necessary.

6.  Thereafter, on December 19, 2008, counsel for Mr. Fulton was provided the Sealed Documents.

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

Executed this 22nd day of December 2008, in Las Vegas, Nevada.

                                          /s/ Timothy O'Reilly
                                    TIMOTHY O'REILLY