**Entered on Docket**
**December 24, 2008**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

Peter C. Bernhard, NV Bar No. 734
Georganne W. Bradley, NV Bar No. 1105
BULLIVANT HOUSER BAILEY PC
3883 Howard Hughes Parkway, Suite 550
Las Vegas, Nevada 89169
Telephone No. (702) 669-3600
Facsimile No. (702) 650-2995
E-Mail: peter.bernhard@bullivant.com
E-mail georganne.bradley@bullivant.com

Former Counsel for Compass Financial Partners LLC and
Compass USA SPE LLC

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725 LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor. | Case No. BK-S-06-10727<br>Chapter 11<br><br>JOINTLY ADMINISTERED<br><br>ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR COMPASS FINANCIAL PARTNERS, LLC AND COMPASS USA SPE LLC<br><br>Date: December 16, 2008<br>Time: 9:30 a.m. |

    A hearing having been held on December 16, 2008 on the Motion to Withdraw as Counsel for Compass Financial Partners LLC and Compass USA SPE LLC (the "Motion") filed by the law firm of Bullivant Houser Bailey PC ("<u>Bullivant</u>"); the Court having found that

1  Bullivant served Compass Financial Partners LLC and Compass USA SPE LLC and all
2  interested parties of record with a copy of the Motion and the Declaration of Georganne W.
3  Bradley in support thereof, and having waived defective notice of the hearing on the Motion; the
4  Court having read and considered the Motion and the pleadings and papers filed in support
5  thereof, and having heard oral argument of counsel; the Court having noted that no opposition to
6  the Motion was filed or presented; and for good cause appearing,

7      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Motion be, and it
8  hereby is, GRANTED.

10  Prepared and submitted by:
11  BULLIVANT HOUSER BAILEY PC

13  By: /s/ Georganne W. Bradley
    Georganne W. Bradley (NV Bar No. 1105)
14  3883 Howard Hughes Pkwy., Ste. 550
    Las Vegas, Nevada 89169

15  Former Attorneys for Compass Financial Partners LLC
16  and Compass USA SPE LLC

Bullivant|Houser|Bailey PC
3883 Howard Hughes Parkway, Suite 550
Las Vegas, NV 89169
Telephone: (702) 669-3600
Facsimile: (702) 650-2995