E-Filed on 12/30/08

**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email: adiamond@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
Email: emadden@diamondmccarthy.com
Special Litigation Counsel for USACM Liquidating Trust

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321

Rob Charles, NV State Bar No. 006593
Email: rcharles@lrlaw.com

Counsel for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED FUND, LLC,

USA SECURITIES, LLC,
                    Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☒ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under Case No. BK-S-06-10725 LBR

**DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO**

The undersigned, special litigation counsel for the USACM Liquidating Trust and USA Capital Diversified Trust Deed Fund, LLC ("DTDF"), herein has submitted to the Court a "Verified Petition for Permission to Practice in this Case Only." I am not admitted to the bar of this Court, but Lewis and Roca LLP does maintain offices in the District of Nevada for the practice of law. I believe it to be in the best interest of the client, the USACM Liquidating Trust, to designate Rob Charles, attorney at law, member of the State

Bar of Nevada and previously admitted to practice before the above-entitled Court, as associate local counsel in this action. The address of said designated Nevada Counsel is: Rob Charles (Bar Code #006593), 3993 Howard Hughes Parkway, Suite 600, Las Vegas, NV 89169, Telephone: (702) 949-8320, Facsimile (702) 949-8321, Email: rcharles@lrlaw.com.

By designation, the undersigned attorneys and parties agree that all documents and other papers issued out of this Court in the above-entitled case may be served on the designated local counsel. Further, said local counsel shall be responsible for providing copies of the same to the co-counsel. Further, this designation constitutes agreements and authorization by the undersigned for the designated local counsel to sign stipulations binding on all of us. The time for performing any act under applicable Rule shall run from the date of service on the local counsel.

> */s/ Barbara Balliette*  (TX#00788660)
> Barbara Balliette
> Diamond McCarthy LLP
> 6504 Bridgepoint Parkway, Suite 40
> Austin, Texas 78730
> Telephone: 512-617-5200
> Facsimile:  512-617-5299
>
> *Special Litigation Counsel for the*
> *USACM Liquidating Trust and DTDF*

**CONSENT OF DESIGNATED NEVADA COUNSEL**

The undersigned hereby consents to serve as associate Nevada counsel in this case and agrees that he is responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that he is responsible to transmit copies of all documents and other papers so served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

/s/ *RMC*                            (#0006593)
Rob Charles
Lewis and Roca LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89109
Telephone (702) 949-8320
Facsimile (702) 949-8321
*Designated Nevada Counsel*

# APPOINTMENT OF DESIGNATED NEVADA COUNSEL

The undersigned party appoints Rob Charles as Designated Nevada Counsel in this case.

*/s/ Barbara Balliette*  (TX#00788660)
Barbara Balliette
Diamond McCarthy LLP
6504 Bridgepoint Parkway, Suite 40
Austin, Texas 78730
Telephone: 512-617-5200
Facsimile:  512-617-5299

*Special Litigation Counsel for the
USACM Liquidating Trust and DTDF*