**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 1/2/09

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                         Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF HEARING REGARDING OBJECTION OF THE USACM LIQUIDATING TRUST TO PROOF OF CLAIM OF LINDA MERIALDO LIVING TRUST DTD 8/6/02 FILED IN WRONG DEBTOR'S CASE; OBJECTION OF DTDF TO PROPOSED ALLOWANCE OF PROOF OF CLAIM**<br><br>Hearing Date: February 3, 2009<br>Hearing Time: 9:30 a.m. |

**THE USACM LIQUIDATING TRUST IS OBJECTING TO THE CLAIM THAT YOU FILED. PLEASE DO NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF YOUR CLAIM. QUESTIONS REGARDING THE AMOUNT OF A CLAIM OR THE FILING OF A**

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2004622.1

LEWIS AND ROCA LLP
LAWYERS

1  **CLAIM SHOULD BE DIRECTED TO BRANT FYLLING AT SIERRA GROUP**
2  **CONSULTING, LLC (602-424-7009) OR TO THE UNDERSIGNED COUNSEL.**
3       **NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust by and
4  through its counsel, has filed an Objection to Proof of Claim No. 10725-00532 filed by
5  Linda Merialdo Living Trust DTD 8/6/02 (the "Objection"). The USACM Trust
6  respectfully requests that the Court enter an order pursuant to § 502 of title 11 of the
7  United States Code (the "Bankruptcy Code"). disallowing Claim No. 10725-00532 filed
8  by Linda Merialdo Living Trust DTD 8/6/02 in its entirety on the ground that it a filed in
9  the wrong debtor case. USA Capital Diversified Trust Deed Fund ("DTDF") objects to
10 any allowance of Linda Merialdo Living Trust DTD 8/6/02's claim as a claim against the
11 DTDF estate, and appropriately allow Linda Merialdo Living Trust DTD 8/6/02 to retain
12 an equity interest in the amount as reflected in the books and records of DTDF as of April
13 13, 2006.
14      **NOTICE IS FURTHER GIVEN** that the hearing on the Objection will be held
15 before the Honorable Linda B. Riegle, U.S. Bankruptcy Court Judge in the Foley Federal
16 Building, 300 Las Vegas Blvd. South, 3rd Floor, Courtroom No. 1, Las Vegas, Nevada on
17 **February 3, 2009, at the hour of 9:30 a.m**.
18      **NOTICE IS FURTHER GIVEN THAT THE HEARING SET ON**
19 **FEBRUARY 3, 2009, WILL BE HELD FOR THE PURPOSE OF STATUS**
20 **CHECKS AND SCHEDULING EVIDENTIARY HEARINGS ONLY. NO**
21 **ARGUMENTS WILL BE HEARD ON THAT DATE.**
22      **NOTICE IS FURTHER GIVEN** that any response to the Objection must be filed
23 by **January 27, 2009,** pursuant to Local Rule 3007(b), which states:
24
25           If an objection to a claim is opposed, a written response must
             be filed and served on the objecting party at least 5 business
             days before the scheduled hearing. A response is deemed
26           sufficient if it states that written documentation in support of
             the proof of claim has already been provided to the objecting

2004622.1

party and that the documentation will be provided at any evidentiary hearing or trial on that matter.

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the Court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The Court may *refuse to allow you to speak* at the scheduled hearing; and
> - The Court may *rule against you* and sustain the objection without formally calling the matter at the hearing.

Dated: January 2, 2009.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
Rob Charles, NV 6593
John Hinderaker, AZ 18024
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Counsel for USACM Liquidating Trust

2004622.1

LEWIS AND ROCA LLP
LAWYERS

Copy of the foregoing e-mailed,
or mailed via First Class U.S. Mail to
the following party on January 2, 2009 to:

Linda Merialdo Living Trust DTD 8/6/02
c/o Linda Merialdo, Trustee
9550 W. Sahara Ave., Apt. 1044
Las Vegas, NV 89117


By /s/ Yvonne Garcia
    Yvonne Garcia,
    Lewis and Roca LLP

2004622.1