06-10725

RECEIVED AND FILED

12/6/08

Dec 31 | 55 PM '08

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Sir:

Please note our new permanent address

PO BOX 1524
3 MUSTANG DR.
DRIGGS, ID. 83422

Thanks

DR DAVID R. ENRICO
DR BONNY K. ENRICO

DR David R Enrico