ROAM DEVELOPMENT LOAN
FIRST OMNIBUS OBJECTION

# EXHIBIT A
Single Loan Claims

| Claim | Name | Address | Total Claim Amount | Unremitted Principal | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|
| **10725-01620** | Kenneth Addes IRA | 100 W. Broadway, Apt 7V Long Beach, NY 11561-4019 | $113,417.22 | $1,262.72 | $112,154.50 |
| **10725-01143** | Joseph J. and Janice G. Argier | 2166 Montana Pine Dr Henderson, NV 89052-5800 | $100,000.00 | $1,262.72 | $98,737.28 |
| **10725-00963** | Donald G. and Bette Coleen Bevan | 1553 Springwater Dr Orem, UT 84058-5868 | $57,000.00 | $719.50 | $56,280.50 |
| **10725-00519** | Robert E. and Candith Brooks | 1405 14th Ave SW Minot, ND 58701-5781 | $54,000.00 | $631.36 | $53,368.64 |
| **10725-02094** | Kay M. Cantrell and Donald L Hess Jt Ten | 1818 Madero Dr The Villages, FL 32159 | $99,103.40 | - | $99,103.40 |
| **10725-00042** | Ross Deller | 1469 Harmony Hill Henderson, NV 89014 | $120,000.00 | - | $120,000.00 |
| **10725-00627** | Mark Daniel Donnolo | 6413 Hillside Brook Ave Las Vegas, NV 89130-1836 | $600,000.00 | $7,576.32 | $592,423.68 |
| **10725-00628** | Donnolo Family Trust Dtd 8/24/88 | Joseph and Loretta Donnolo Ttees 3120 Highland Falls Dr Las Vegas, NV 89134-7422 | $1,200,000.00 | $15,152.64 | $1,184,847.36 |
| **10725-02531** | David M. and Marcy P. Edwards Family Trust | c/o David M. Edwards and Marcy P. Edwards Trustees 9528 Yucca Blossom Dr Las Vegas, NV 89134-8937 | $50,000.00 | $631.36 | $49,368.64 |
| **10725-01387** | Dan and Sandra M. Everett | 921 Crystal Ct Foster City, CA 94404 | $50,000.00 | $631.36 | $49,368.64 |

243089.1