ROAM DEVELOPMENT LOAN
SECOND OMNIBUS OBJECTION

# EXHIBIT A
Single Loan Claims

| Claim | Name | Address | Total Claim Amount | Unremitted Principal | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|
| 10725-00999 | Georges 1987 Trust Dtd 12/23/87 | c/o Leonard J. and Jean Georges Co-Ttees 701 Rancho Cir Las Vegas, NV 89107-4619 | $200,000.00 | $2,525.44 | $197,474.56 |
| 10725-01429 | Nancy Golden | 5524 Rainer St Ventura, CA 93003 | $65,000.00 | $631.36 | $64,368.64 |
| 10725-00446 | Jane Hendler | 4154 Saint Clair Ave. Studio City, CA 91604-1607 | $71,160.43 | - | $71,160.43 |
| 10725-00447 | Jane Hendler | 4154 St Clair Ave. Studio City, CA 91604 | $71,160.43 | $820.77 | $70,399.66 |
| 10725-01452 | Barbara J. Kewell Trust Dated 7/18/89 | Frederick W. Kewell Ttee 5426 Hidden Valley Ct Reno, NV 89502-9571 | $50,439.42 | $631.36 | $49,808.06 |
| 10725-02533 | The Thomas D Lynch 1995 | Revocable Living Trust c/o Thomas D. Lynch Trustee 1011 Armadillo Ct Henderson, NV 89015-9446 | $8,773.73 | $2,525.44 | $6,248.29 |
| 10725-00533 | Andrea T. Mancuso Family Limited Partnership | c/o Andra Mancuso General Partner P.O. Box 981840 Park City, UT 84098-1840 | $250,000.00 | $3,156.80 | $246,843.20 |
| 10725-00876 | John M. and Linda S. Marston | 12441 Road 44 Mancos, CO 81328 | $98,627.57 | $1,262.72 | $97,364.85 |
| 10725-01571 | Molitch 1997 Trust | 2251 N. Rampart Blvd. #185 Las Vegas, NV 89128 | $237,500.00 | $2,525.44 | $234,974.56 |
| 10725-02513 | NBNA Unique Properties LLC | 74478 Highway 111 # 342 Palm Desert, CA 92260-4112 | $180,000.00 | $1,894.08 | $178,105.92 |

243772.1