ROAM DEVELOPMENT LOAN
THIRD OMNIBUS OBJECTION

# EXHIBIT A
Single Loan Claims

| Claim | Name | Address | Total Claim Amount | Unremitted Principal | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|
| **10725-01330** | Daniel L & Sandra M Everett | 921 Crystal Ct Foster City, CA 94404-3517 | $1,164.97 | | $533.61 |
| **10725-01220** | Brian M Herman & Anthony G Adams | 1341 Cashman Dr. Las Vegas, NV 89102 | $4,543.39 | | $4,543.39 |
| **10725-00748** | Nielson Family Trust Dtd 3/9/78 | c/o Dell R. and Penny Nielson Ttees P.O. Box 281145 Dysart Ranch Lamoille, NV 89828-1145 | $48,835.02 | $631.36 | $48,203.66 |
| **10725-01883** | Dennis Raggi | P.O. Box 10475 Zephyr Cove, NV 89448-2475 | $4,659.87 | - | $4,659.87 |
| **10725-00112** | Sanchez Living Trust | Randy and Sharon Sanchez Ttees 5713 N. White Sands Rd. Reno, NV 89511 | $60,000.00 | - | $60,000.00 |
| **10725-00684** | Dennis & Donna Sipiorski | 1312 Jackie Ln Minden, NV 89423-9070 | $1,164.97 | | $1,164.97 |
| **10725-01815** | Raymond Troll Trust | c/o Raymond Troll Trustee 77420 Sky Mesa Ln Indian Wells, CA 92210-6103 | $29,794.30 | $14,521.28 | $15,273.02 |
| **10725-01316** | Ruth Acosta Wara LP | Valley Forge Business Ctr 2546 General Armistead Ave Norristown, PA 19403-5230 | $8,090.31 | $2,525.44 | $5,564.87 |
| **10725-01828** | Kenneth H. Wyatt IRA | P.O. Box 370400 Las Vegas, NV 89137-0400 | $53,983.35 | $631.36 | $53,351.99 |
| **10725-01829** | Phyllis P. Wyatt IRA | P.O. Box 370400 Las Vegas, NV 89137-0400 | $53,983.35 | $631.36 | $53,351.99 |

249313.1