ROAM DEVELOPMENT LOAN
FOURTH OMNIBUS OBJECTION

# EXHIBIT A
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Total Claim Amount Relating to Roam Development Loan | Unremitted Principal | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| **10725-02445** | Ruth Acosta | 2546 General Armistead Ave Norristown, PA 19403 | $56,467.05 | Proof of claim unclear | - | Total amount related to Roam Development Loan |
| **10725-01274** | Herman and Brian M. and Anthony G. Adams | 1341 Cashman Dr Las Vegas, NV 89102 | $2,088,250.00 | $195,000.00 | $2,462.30 | $192,537.70 |
| **10725-02178** | Marshal Brecht Trust Dtd 2/5/86 | Marshall J. and Janet L. Brecht Trustees 640 Colonial Cir Fullerton, CA 92835 | $3,418,022.00 | $100,000.00 | $631.36 | $99,368.64 |
| **10725-01918** | Michael R. and Cindy G. Brines Revocable Family Trust | U/A Dtd 11/5/94 c/o Michael R. and Cindy G. Brines Tt 4935 El Sereno La Crescenta, CA 91214-3018 | $771,119.58 | $136,000.00 | - | $136,000.00 |
| **10725-02431** | Michael and Cindy Brines Revoc Fam Trust Dtd 11/5/94 | Michael R. and Cindy G. Brines Ttees 4935 El Sereno Ave La Crescenta, CA 91214-3018 | $771,119.58 | $136,000.00 | $858.65 | $135,141.35 |
| **10725-01396** | Cardwell Family Trust | c/o Michael J. Dawson, Esq. 515 South Third Street Las Vegas, NV 89101 | $3,229,496.02 | $100,000.00 | - | $100,000.00 |
| **10725-01397** | Cardwell Family Trust | c/o Michael J. Dawson, Esq. 515 South Third Street Las Vegas, NV 89101 | $3,331,718.07 | $100,000.00 | - | $100,000.00 |
| **10725-01401** | Cardwell Family Trust | c/o Michael J. Dawson, Esq. 515 South Third St Las Vegas, NV 89101 | $3,226,795.82 | $100,000.00 | $1,262.72 | $98,737.28 |

243124.1