ROAM DEVELOPMENT LOAN
FIFTH OMNIBUS OBJECTION

# EXHIBIT A
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Total Claim Amount Relating to Roam Development Loan | Unremitted Principal | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| **10725-01649** | Church of the Movement of Spiritual Inner Awarness | P.O. Box 513935 Los Angeles, Ca 90051 | $125,000.00 | $25,000.00 | $1,262.72 | $23,737.28 |
| **10725-02129** | Cibb Inc. Pension Plan | Ronald A. Johnson Ttee 50 Snider Way Sparks, NV 89431 | $405,600.00 | $100,000.00 | - | $100,000.00 |
| **10725-02261** | Cibb Inc. Pension Plan | Ronald A. Johnson Ttee 50 Snider Way Sparks, NV 89431 | $405,600.00 | $100,000.00 | $631.36 | $99,368.64 |
| **10725-02484** | Ross Deller, Sr. | 5796 Ambassador Ave #102 Las Vegas, NV 89122 | $200,000.00 | $120,000.00 | $1,515.26 | $118,484.74 |
| **10725-02063** | James D. and Ann R. Dery | Husband and Wife 10 Longmeadow Ln Beachwood, OH 44122 | $2,793,347.72 | $100,000.00 | $631.36 | $99,368.64 |
| **10725-02068** | Marguerite Falkenborg 2000 Trust Dtd 6/20/00 | c/o Marguerite Falkenborg Ttee 727 3rd Ave. Chula Vista, CA 91910-5803 | $794,366.81 | $102,715.62 | - | $102,715.62 |
| **10725-02202** | Marguerite Falkenborg 2000 Trust Dtd 6/20/00 | c/o Marguerite Falkenborg Trustee 727 3rd Ave Chula Vista, CA 91910-5803 | $794,366.81 | $102,715.62 | $1,262.72 | $101,452.90 |
| **10725-00801** | Freedom Properties Inc. | 1820 Star Pine Ct. Reno, NV 89523-4807 | $450,000.00 | $50,000.00 | $631.36 | $49,368.64 |
| **10725-02143** | Michael Freedus | 2535 Lake Rd Delanson, NV 12053 | $711,624.20 | $100,000.00 | $631.36 | $99,368.64 |
| **10725-01541** | Graham Family Trust Dtd 10/26/78 | 1460 Twinridge Road Santa Barbara, CA 93111 | $503,808.00 | $25,000.00 | $1,262.72 | $23,737.28 |

243774.1