ROAM DEVELOPMENT LOAN
SIXTH OMNIBUS OBJECTION

# EXHIBIT A
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Total Claim Amount Relating to Roam Development Loan | Unremitted Principal | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| 10725-01936 | Halseth Family Trust Totally Restated 4/21/00 | Daniel R. and Sandra K. Halseth Ttees 23 Molas Dr. Durango, CO 81301 | Proof of claim unclear | Proof of claim unclear | $1,262.72 | Total amount related to Roam Development Loan |
| 10725-01966 | Skip and Mary Harouff Trust Dtd 12/5/95 | Mary Ann and Dwight W. Harouff Ttees 5680 Ruffian Rd Las Vegas, NV 89149 | $626,556.78 | $100,000.00 | $631.36 | $99,368.64 |
| 10725-02049 | Kay J. Hart | 455 Magnolia Ave Fairhope, AL 36532 | $606,211.16 | $100,000.00 | $631.36 | $99,368.64 |
| 10725-00063 | Michael and Carol Hedlund | Albright Stoddard Warnick & Albright 801 S. Rancho Dr, #D-4 Las Vegas, NV 89106 | $262,241.81 | $100,000.00 | $1,262.72 | $98,737.28 |
| 10725-01863 | Hubbard Trust Dtd 7/29/98 | 6340 N. Calle Tregua Serena Tucson, AZ 85750 | $162,500.00 | $12,500.00 | $631.36 | $11,868.64 |
| 10725-01870 | Jamie Kefalas Trust | c/o Francis Howard Trustee 7 Commerce Center Dr., Ste. A Henderson, NV 89014 | $125,000.00 | $50,000.00 | $631.36 | $49,368.64 |
| 10725-01657 | Kevin Kehl | Janet L. Chubb, Esq. Jones Vargas P.O. Box 281 Reno, NV 89504-0281 | $938,667.05 | $150,000.00 | $1,894.08 | $148,105.92 |
| 10725-02288 | Kerner Revocable Trust Dtd 3/16/81 | Melvin W. Kerner Ttee 15758 Sunset Dr Poway, CA 92064 | $101,493.04 | $100,000.00 | $631.36 | $99,368.64 |
| 10725-02054 | Lindsey H. Kesler Fam Revocable Tr. Dtd 10/15/80 | Mildred Kesler Ttee 4847 Damon Cir Salt Lake City, UT 84117 | $353,992.56 | $100,000.00 | - | $100,000.00 |
| 10725-01898 | Morris Massry | c/o Segel Goldman Mazzotta & Siegel PC 9 Washigton Sq Albany, NV 12205 | $1,802,040.00 | $101,466.67 | $1,262.72 | $100,203.95 |

243776.1