ROAM DEVELOPMENT LOAN
SEVENTH OMNIBUS OBJECTION

# EXHIBIT A
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Total Claim Amount Relating to Roam Development Loan | Unremitted Principal | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| 10725-00604 | Chester R. McDowell | 2715 E East Avenue Q-6 Palmdale, CA 93550-4147 | $527,702.18 | $100,000.00 | $1,262.72 | $98,737.28 |
| 10725-02348 | Teri L. Melvin | 2704 Chokecherry Ave Henderson, NV 89074-1990 | $99,999.94 | $2,329.94 | - | $1,067.22 |
| 10725-02349 | Teri L. Melvin | 2704 Chokecherry Ave Henderson, NV 89074-1990 | $100,000.00 | Proof of claim unclear | - | Total amount related to Roam Development Loan |
| 10725-02421 | Teri Melvin | 2704 Chokecherry Way Henderson, NV 89014 | $1,227,122.82 | $200,000.00 | $1,262.72 | $198.737.28 |
| 10725-00800 | Gary A. Michelsen | c/o John F. Martha, Esq. P.O. Box 2311 Reno, NV 89505 | $543,373.00 | $74,974.00 | $0 | $74,974.00 |
| 10725-01312 | Gary A. Michelsen | John F. Murtha, Esq. P.O. Box 2311 Reno, NV 89505 | $543,373.00 | $74,974.00 | $947.04 | $74,026.96 |
| 10725-01691 | Mojave Canyon Inc. | Janet L. Chubb, Esq. Jones Vargas P.O. Box 281 Reno, NV 89504-0281 | $685,000.00 | $100,000.00 | $1,262.72 | $98,737.28 |
| 10725-02353 | Musso Living Trust Dtd 11/30/92 | Walter and Barbara Musso Ttees P.O. Box 2566 Avila Beach, CA 93424 | $623,004.79 | $50,000.00 | $631.36 | $49,368.64 |
| 10725-02305 | Erven J. Nelson and Frankie J. Nelson Trust | Erven J. and Frankie J. Nelson Ttees 2023 W. Aspiration Point St. George, UT 84790 | $450,000.00 | $100,000.00 | $1,262.72 | $98,737.28 |
| 10725-01912 | Sheldon and Marion G. Portman Trust Dtd 11/1/85 | Sheldon and Marion G. Portman Ttees 9505 City Hill Ct Las Vegas, NV 89134-1171 | $2,721.699.28 | Proof of claim unclear | $2,525.44 | Total amount related to Roam Development Loan |

243777.1