## ROAM DEVELOPMENT LOAN
## EIGHTH OMNIBUS OBJECTION

## EXHIBIT A
### Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Total Claim Amount Relating to Roam Development Loan | Unremitted Principal to be Allowed as a Claim | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| 10725-01878 | Dennis Raggi | P.O. Box 10475 Zephyr Cove, NV 89448 | $10,451.54 | Proof of claim unclear | - | Total amount related to Roam Development Loan |
| 10725-02226 | Dennis Raggi | P.O. Box 10475 Zephyr Cove, NV 89448 | $4,884,068.70 | $400,000.00 | - | $400,000.00 |
| 10725-01910 | Rebecca A. Rogers Trust Dtd 9/18/96 | Rebecca A. Rogers Trustee 2309 Sierra Heights Dr. Las Vegas, NV 89134 | $274,442.59 | $50,000.00 | $631.36 | $49,368.64 |
| 10725-02401 | Jean G. Richards Trust Dtd 9/30/99 | Jean G. Richards Ttee 1160 Magnolia Ln Lincoln, CA 95648 | $156,596.03 | $50,000.00 | $631.36 | $49,368.64 |
| 10725-02281 | Roisentul Family Trust | Saul and Ilene Roisentul Trustees 74075 Kokopelli Cir Palm Desert, CA 92211-2075 | $420,268.16 | $50,000.00 | $631.36 | $49,368.64 |
| 10725-01419 | S&P Davis Limited Partnership | 6816 Citrine Dr. Carlsbad, CA 92009 | $419,981.00 | $25,000.00 | - | $25,000.00 |
| 10725-02218 | Sanchez Living Trust Dtd 10/13/03 | Randy M. and Sharon Sanchez Ttees 5713 N. White Sands Rd. Reno, NV 89511 | $277,066.49 | $60,000.00 | $757.63 | $59,242.37 |
| 10725-02149 | Schnitzer Living Trust Dtd 10/24/91 | Arthur F. and Linn S. Schnitzer Ttees 20155 NE 38th Ct, #1604 Aventura, FL 33180 | $1,774,903.40 | $100,000.00 | $1,262.72 | $98,737.28 |
| 10725-02329 | Marion C. Sharp Trust | c/o Marion C. Sharp Trustee 20 Leroy Ter New Haven, CT 06512-3114 | $7,500.00 | Proof of claim unclear | $947.04 | Total amount related to Roam Development Loan |
| 10725-00548 | Michael Shuler | 3095 Jenny Drive Prescott, AZ 86305-4189 | $239,932.00 | $69,309.00 | $883.90 | $68,425.10 |