ROAM DEVELOPMENT LOAN
NINTH OMNIBUS OBJECTION

## EXHIBIT A
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Total Claim Amount Relating to Roam Development Loan | Unremitted Principal | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| 10725-02175 | Alan R. and Judith B. Simmons Hwjtwros | P.O. Box 13296 South Lake Tahoe, CA 96151-3296 | $593,144.11 | $50,000.00 | $631.36 | $49,368.64 |
| 10725-02133 | Wilma Jean Thompson | 12 Brewster Way Redlands, CA 92373 | $100,268.37 | $50,000.00 | $631.36 | $49,368.64 |
| 10725-02163 | Marietta Voglis | 3333 Allen Prky. Unit 1103 Houston, TX 77019 | $724,292.85 | $50,000.00 | - | $50,000.00 |
| 10725-00868 | Gregory J. and Shauna M. Walch Family Trst Dtd 11/2/04 | c/o Gregory J. Walch Trustee 344 Doe Run Cir Henderson, NV 89012-2704 | $500,000.00 | $150,000.00 | $1,894.08 | $148,105.92 |
| 10725-01645 | Winkler Family Trust Dated 3/13/86 | c/o Rudolf Winkler & Carmel Winkler Trustees 10000 Rossbury Pl Los Angeles, CA 90064-4826 | $148,806.00 | $24,417.00 | - | $24,417.00 |
| 10725-02279 | Winkler Family Trust Dtd 3/13/86 | Carmel and Rudolf Winkler Trustee 10000 Rossbury Pl Los Angeles, CA 90064 | $605,317.99 | $100,000.00 | $1,262.72 | $98,737.28 |
| 10725-02299 | Zawacki, a California LLC | P.O. Box 5156 Bear Valley, CA 95223-5156 | $1,500,000.00 | $290,000.00 | $3,661.89 | $286,338.11 |

243779.1