ROAM DEVELOPMENT LOAN
TENTH OMNIBUS OBJECTION

# EXHIBIT A
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Total Claim Amount Relating to Roam Development Loan | Unremitted Principal | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| **10725-02215** | Charles B Anderson Trust | Jones Vargas, Attn: Janet L Chubb, Esq. P.O. Box 281 Reno, NV 89504 | $183,340.38 | $2,329.94 | $1,262.72 | $1,067.22 |
| **10725-01937** | Debt Acquisition Co Of America V LLC Assignee | Barbara J Vivero Revocable Trust, Barbara J Vivero 1565 Hotel Cir S Ste 310 San Diego, CA 92108 | $12,951.80 | $1,147.00 | $631.36 | $515.64 |
| **10725-01165** | Barry J & Patricia B Goldstein | c/o Jeffrey S Berlowitz Esq. 4000 Hollywood Blvd Ste 375-S Hollywood, FL 33021 | $14,699.00 | $1,747.45 | $947.04 | $800.41 |
| **10725-01687** | Homfeld II LLC | 2515 N. Atlantic Blvd Fort Lauderdale, FL 33305-1911 | $2,861,221.63 | $2,733.75 | $1,262.72 | $1,471.03 |
| **10725-01208** | Pete Monighetti | 6515 Frankie Ln Prunedale, CA 93907 | $1,509,963.55 | $2,193.43 | $631.36 | $1,562.07 |
| **10725-01409** | Grable B Ronning | PO Box 7804 Incline Village, NV 89452-7804 | $80,262.00 | $2,329.44 | $1,262.72 | $1,066.72 |
| **10725-01909** | Alan & Carol Simon Ttees Of Simon Family Tr 2000 | 1800 Waldman Ave Las Vegas, NV 89102-2437 | $202,866.68 | $1,164.97 | $631.36 | $533.61 |
| **10725-01412** | Wildwater Limited Partnership | c/o Eric Ronning PO Box 7804 Incline Village, NV 89452 | $42,884.61 | $1,164.97 | $631.36 | $533.61 |

249272.1