ROAM DEVELOPMENT LOAN

# EXHIBIT A
## DECLARATION OF EDWARD M. BURR

| Claim | Name | Address | Total Claim Amount | Total Claim Amount Relating to Roam Development Loan | Unremitted Principal | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| 10725-02445 | Ruth Acosta | 2546 General Armistead Ave<br>Norristown, PA 19403 | $56,467.05 | Proof of claim unclear | - | Total amount related to Roam Development Loan |
| 10725-01274 | Herman and Brian M. and Anthony G. Adams | 1341 Cashman Dr<br>Las Vegas, NV 89102 | $2,088,250.00 | $195,000.00 | $2,462.30 | $192,537.70 |
| 10725-01220 | Herman M., Brian M. and Anthony G Adams | 1341 Cashman Dr.<br>Las Vegas, NV 89102 | $4,543.39 | $4,543.39 | - | $4,543.39 |
| 10725-01620 | Kenneth Addes IRA | 100 W Broadway, Apt 7V<br>Long Beach, NY 11561-4019 | $113,417.22 | $113,417.22 | $1,262.72 | $112,154.50 |
| 10725-02215 | Charles B Anderson Trust | Jones Vargas<br>Attn: Janet L Chubb, Esq<br>P.O. Box 281<br>Reno, NV 89504 | $183,340.38 | $2,329.94 | $1,262.72 | $1,067.22 |
| 10725-01143 | Joseph J. and Janice G. Argier | 2166 Montana Pine Dr<br>Henderson, NV 89052-5800 | $100,000.00 | $100,000.00 | $1,262.72 | $98,737.28 |
| 10725-00963 | Donald G. and Bette Coleen Bevan | 1553 Springwater Dr<br>Orem, UT 84058-5868 | $57,000.00 | $57,000.00 | $719.50 | $56,280.50 |
| 10725-02178 | Marshal Brecht Trust Dtd 2/5/86 | Marshall J. and Janet L. Brecht Trustees<br>640 Colonial Cir<br>Fullerton, CA 92835 | $3,418,022.00 | $100,000.00 | $631.36 | $99,368.64 |
| 10725-01918 | Michael R. and Cindy G. Brines Revocable Family Trust | U/A Dtd 11/5/94<br>c/o Michael R. and Cindy G. Brines Tt<br>4935 El Sereno<br>La Crescenta, CA 91214-3018 | $771,119.58 | $136,000.00 | - | $136,000.00 |
| 10725-02431 | Michael and Cindy Brines Revoc Fam Trust Dtd 11/5/94 | Michael R. and Cindy G. Brines Ttees<br>4935 El Sereno Ave<br>La Crescenta, CA 91214-3018 | $771,119.58 | $136,000.00 | $858.65 | $135,141.35 |
| 10725-00519 | Robert E. and Candith Brooks | 1405 14th Ave SW<br>Minot, ND 58701-5781 | $54,000.00 | $54,000.00 | $631.36 | $53,368.64 |
| 10725-02094 | Kay M. Cantrell and Donald L Hess Jt Ten | 1818 Madero Dr<br>The Villages, FL 32159 | $99,103.40 | $99,103.40 | - | $99,103.40 |

249307.1

ROAM DEVELOPMENT LOAN

# EXHIBIT A
DECLARATION OF EDWARD M. BURR

| Claim | Name | Address | Total Claim Amount | Total Claim Amount Relating to Roam Development Loan | Unremitted Principal | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| 10725-01396 | Cardwell Family Trust | c/o Michael J. Dawson, Esq. 515 South Third Street Las Vegas, NV 89101 | $3,229,496.02 | $100,000.00 | - | $100,000.00 |
| 10725-01397 | Cardwell Family Trust | c/o Michael J. Dawson, Esq. 515 South Third Street Las Vegas, NV 89101 | $3,331,718.07 | $100,000.00 | - | $100,000.00 |
| 10725-01401 | Cardwell Family Trust | c/o Michael J. Dawson, Esq. 515 South Third St Las Vegas, NV 89101 | $3,226,795.82 | $100,000.00 | $1,262.72 | $98,737.28 |
| 10725-01649 | Church of the Movement of Spiritual Inner Awarness | P.O. Box 513935 Los Angeles, CA 90051 | $125,000.00 | $25,000.00 | $1,262.72 | $23,737.28 |
| 10725-02129 | Cibb Inc. Pension Plan | Ronald A. Johnson Ttee 50 Snider Way Sparks, NV 89431 | $405,600.00 | $100,000.00 | - | $100,000.00 |
| 10725-02261 | Cibb Inc. Pension Plan | Ronald A. Johnson Ttee 50 Snider Way Sparks, NV 89431 | $405,600.00 | $100,000.00 | $631.36 | $99,368.64 |
| 10725-01937 | Debt Acquisition Co Of America V LLC Assignee | Barbara J Vivero Revocable Trust, Barbara J Vivero 1565 Hotel Cir S Ste 310 San Diego, CA 92108 | $12,951.80 | $1,147.00 | $631.36 | $515.64 |
| 10725-00042 | Ross Deller | 1469 Harmony Hill Henderson, NV 89014 | $120,000.00 | $120,000.00 | - | $120,000.00 |
| 10725-02484 | Ross Deller, Sr. | 5796 Ambassador Ave #102 Las Vegas, NV 89122 | $200,000.00 | $120,000.00 | $1,515.26 | $118,484.74 |
| 10725-02063 | James D. and Ann R. Dery | Husband and Wife 10 Longmeadow Ln Beachwood, OH 44122 | $2,793,347.72 | $100,000.00 | $631.36 | $99,368.64 |
| 10725-00627 | Mark Daniel Donnolo | 6413 Hillside Brook Ave Las Vegas, NV 89130-1836 | $600,000.00 | $600,000.00 | $7,576.32 | $592,423.68 |
| 10725-00628 | Donnolo Family Trust Dtd 8/24/88 | Joseph and Loretta Donnolo Ttees 3120 Highland Falls Dr Las Vegas, NV 89134-7422 | $1,200,000.00 | $1,200,000.00 | $15,152.64 | $1,184,847.36 |

2

249307.1

ROAM DEVELOPMENT LOAN

# EXHIBIT A
## DECLARATION OF EDWARD M. BURR

| Claim | Name | Address | Total Claim Amount | Total Claim Amount Relating to Roam Development Loan | Unremitted Principal | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| 10725-02531 | David M. and Marcy P. Edwards Family Trust | c/o David M. Edwards and Marcy P. Edwards Trustees 9528 Yucca Blossom Dr Las Vegas, NV 89134-8937 | $50,000.00 | $50,000.00 | $631.36 | $49,368.64 |
| 10725-01387 | Dan and Sandra M. Everett | 921 Crystal Ct Foster City, CA 94404 | $50,000.00 | $50,000.00 | $631.36 | $49,368.64 |
| 10725-01330 | Daniel L & Sandra M Everett | 921 Crystal Ct Foster City, CA 94404-3517 | $1,164.97 | $1,164.97 | - | $533.61 |
| 10725-02068 | Marguerite Falkenborg 2000 Trust Dtd 6/20/00 | c/o Marguerite Falkenborg Ttee 727 3rd Ave. Chula Vista, CA 91910-5803 | $794,366.81 | $102,715.62 | - | $102,715.62 |
| 10725-02202 | Marguerite Falkenborg 2000 Trust Dtd 6/20/00 | c/o Marguerite Falkenborg Trustee 727 3rd Ave Chula Vista, CA 91910-5803 | $794,366.81 | $102,715.62 | $1,262.72 | $101,452.90 |
| 10725-00801 | Freedom Properties Inc. | 1820 Star Pine Ct. Reno, NV 89523-4807 | $450,000.00 | $50,000.00 | $631.36 | $49,368.64 |
| 10725-02143 | Michael Freedus | 2535 Lake Rd Delanson, NV 12053 | $711,624.20 | $100,000.00 | $631.36 | $99,368.64 |
| 10725-00999 | Georges 1987 Trust Dtd 12/23/87 | c/o Leonard J. and Jean Georges Co-Ttees 701 Rancho Cir Las Vegas, NV 89107-4619 | $200,000.00 | $200,000.00 | $2,525.44 | $197,474.56 |
| 10725-01429 | Nancy Golden | 5524 Rainer St Ventura, CA 93003 | $65,000.00 | $65,000.00 | $631.36 | $64,368.64 |
| 10725-01165 | Barry J & Patricia B Goldstein | C/O Jeffrey S Berlowitz Esq 4000 Hollywood Blvd Ste 375-S Hollywood, FL 33021 | $14,699.00 | $1,747.45 | $947.04 | $800.41 |
| 10725-01541 | Graham Family Trust Dtd 10/26/78 | 1460 Twinridge Road Santa Barbara, CA 93111 | $503,808.00 | $25,000.00 | $1,262.72 | $23,737.28 |

3

249307.1

ROAM DEVELOPMENT LOAN

# EXHIBIT A
## DECLARATION OF EDWARD M. BURR

| Claim | Name | Address | Total Claim Amount | Total Claim Amount Relating to Roam Development Loan | Unremitted Principal | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| 10725-01936 | Halseth Family Trust Totally Restated 4/21/00 | Daniel R. and Sandra K. Halseth Ttees<br>23 Molas Dr.<br>Durango, CO 81301 | Proof of claim unclear | Proof of claim unclear | $1,262.72 | Total amount related to Roam Development Loan |
| 10725-01966 | Skip and Mary Harouff Trust Dtd 12/5/95 | Mary Ann and Dwight W. Harouff Ttees<br>5680 Ruffian Rd<br>Las Vegas, NV 89149 | $626,556.78 | $100,000.00 | $631.36 | $99,368.64 |
| 10725-02049 | Kay J. Hart | 455 Magnolia Ave<br>Fairhope, AL 36532 | $606,211.16 | $100,000.00 | $631.36 | $99,368.64 |
| 10725-00063 | Michael and Carol Hedlund | Albright Stoddard Warnick & Albright<br>801 S. Rancho Dr, #D-4<br>Las Vegas, NV 89106 | $262,241.81 | $100,000.00 | $1,262.72 | $98,737.28 |
| 10725-00446 | Jane Hendler | 4154 Saint Clair Ave.<br>Studio City, CA 91604-1607 | $71,160.43 | $71,160.43 | - | $71,160.43 |
| 10725-00447 | Jane Hendler | 4154 St Clair Ave.<br>Studio City, CA 91604 | $71,160.43 | $71,160.43 | $820.77 | $70,399.66 |
| 10725-01687 | Homfeld II LLC | 2515 N Atlantic Blvd<br>Fort Lauderdale, FL 33305-1911 | $2,861,221.63 | $2,733.75 | $1,262.72 | $1,471.03 |
| 10725-01863 | Hubbard Trust Dtd 7/29/98 | 6340 N. Calle Tregua Serena<br>Tucson, AZ 85750 | $162,500.00 | $12,500.00 | $631.36 | $11,868.64 |
| 10725-01870 | Jamie Kefalas Trust | c/o Francis Howard Trustee<br>7 Commerce Ctr Dr, Ste A<br>Henderson, NV 89014 | $125,000.00 | $50,000.00 | $631.36 | $49,368.64 |
| 10725-01657 | Kevin Kehl | Janet L. Chubb, Esq.<br>Jones Vargas<br>P.O. Box 281<br>Reno, NV 89504-0281 | $938,667.05 | $150,000.00 | $1,894.08 | $148,105.92 |
| 10725-02288 | Kerner Revocable Trust Dtd 3/16/81 | Melvin W. Kerner Ttee<br>15758 Sunset Dr<br>Poway, CA 92064 | $101,493.04 | $100,000.00 | $631.36 | $99,368.64 |
| 10725-02054 | Lindsey H. Kesler Fam Revocable Tr. Dtd 10/15/80 | Mildred Kesler Ttee<br>4847 Damon Cir<br>Salt Lake City, UT 84117 | $353,992.56 | $100,000.00 | - | $100,000.00 |
| 10725-01452 | Barbara J. Kewell Trust Dated 7/18/89 | Frederick W. Kewell Ttee<br>5426 Hidden Valley Ct<br>Reno, NV 89502-9571 | $50,439.42 | $50,439.42 | $631.36 | $49,808.06 |

4

249307.1

ROAM DEVELOPMENT LOAN

# EXHIBIT A
## DECLARATION OF EDWARD M. BURR

| Claim | Name | Address | Total Claim Amount | Total Claim Amount Relating to Roam Development Loan | Unremitted Principal | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| 10725-02533 | The Thomas D Lynch 1995 | Revocable Living Trust c/o Thomas D. Lynch Trustee 1011 Armadillo Ct Henderson, NV 89015-9446 | $8,773.73 | $8,773.73 | $2,525.44 | $6,248.29 |
| 10725-00533 | Andrea T. Mancuso Family Limited Partnership | c/o Andra Mancuso General Partner P.O. Box 981840 Park City, UT 84098-1840 | $250,000.00 | $250,000.00 | $3,156.80 | $246,843.20 |
| 10725-00876 | John M. and Linda S. Marston | 12441 Road 44 Mancos, CO 81328 | $98,627.57 | $98,627.57 | $1,262.72 | $97,364.85 |
| 10725-01898 | Morris Massry | c/o Segel Goldman Mazzotta & Siegel PC 9 Washigton Sq Albany, NV 12205 | $1,802,040.00 | $101,466.67 | $1,262.72 | $100,203.95 |
| 10725-00604 | Chester R. McDowell | 2715 E East Avenue Q-6 Palmdale, CA 93550-4147 | $527,702.18 | $100,000.00 | $1,262.72 | $98,737.28 |
| 10725-02348 | Teri L. Melvin | 2704 Chokecherry Ave Henderson, NV 89074-1990 | $99,999.94 | $2,329.94 | - | $2,329.94 |
| 10725-02349 | Teri L. Melvin | 2704 Chokecherry Ave Henderson, NV 89074-1990 | $100,000.00 | Proof of claim unclear | - | Total amount related to Roam Development Loan |
| 10725-02421 | Teri Melvin | 2704 Chokecherry Way Henderson, NV 89014 | $1,227,122.82 | $200,000.00 | $1,262.72 | $198,737.28 |
| 10725-00800 | Gary A. Michelsen | c/o John F. Martha, Esq. P.O. Box 2311 Reno, NV 89505 | $543,373.00 | $74,974.00 | - | $74,974.00 |
| 10725-01312 | Gary A. Michelsen | John F. Murtha, Esq. P.O. Box 2311 Reno, NV 89505 | $543,373.00 | $74,974.00 | $947.04 | $74,026.96 |
| 10725-01691 | Mojave Canyon Inc. | Janet L. Chubb, Esq. Jones Vargas P.O. Box 281 Reno, NV 89504-0281 | $685,000.00 | $100,000.00 | $1,262.72 | $98,737.28 |
| 10725-01571 | Molitch 1997 Trust | 2251 N Rampart Blvd #185 Las Vegas, NV 89128 | $237,500.00 | $237,500.00 | $2,525.44 | $234,974.56 |
| 10725-01208 | Pete Monighetti | 6515 Frankie Ln Prunedale CA, 93907 | $1,509,963.55 | $2,193.43 | $631.36 | $1,562.07 |

5

249307.1

ROAM DEVELOPMENT LOAN

# EXHIBIT A
## DECLARATION OF EDWARD M. BURR

| Claim | Name | Address | Total Claim Amount | Total Claim Amount Relating to Roam Development Loan | Unremitted Principal | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| 10725-02353 | Musso Living Trust Dtd 11/30/92 | Walter and Barbara Musso Ttees P.O. Box 2566 Avila Beach, CA 93424 | $623,004.79 | $50,000.00 | $631.36 | $49,368.64 |
| 10725-02513 | NBNA Unique Properties LLC | 74478 Hwy 111 #342 Palm Desert, CA 92260-4112 | $180,000.00 | $180,000.00 | $1,894.08 | $178,105.92 |
| 10725-02305 | Erven J. Nelson and Frankie J. Nelson Trust | Erven J. and Frankie J. Nelson Ttees 2023 W Aspiration Point St. George, UT 84790 | $450,000.00 | $100,000.00 | $1,262.72 | $98,737.28 |
| 10725-00748 | Nielson Family Trust Dtd 3/9/78 | c/o Dell R. and Penny Nielson Ttees P.O. Box 281145 Dysart Ranch Lamoille, NV 89828-1145 | $48,835.02 | $48,835.02 | $631.36 | $48,203.66 |
| 10725-01912 | Sheldon and Marion G. Portman Trust Dtd 11/1/85 | Sheldon and Marion G. Portman Ttees 9505 City Hill Ct Las Vegas, NV 89134-1171 | $2,721,699.28 | Proof of claim unclear | $2,525.44 | Total amount related to Roam Development Loan |
| 10725-01878 | Dennis Raggi | P.O. Box 10475 Zephyr Cove, NV 89448 | $10,451.54 | Proof of claim unclear | - | Total amount related to Roam Development Loan |
| 10725-01883 | Dennis Raggi | P.O. Box 10475 Zephyr Cove, NV 89448-2475 | $4,659.87 | $4,659.87 | - | $4,659.87 |
| 10725-02226 | Dennis Raggi | P.O. Box 10475 Zephyr Cove, NV 89448 | $4,884,068.70 | $400,000.00 | - | $400,000.00 |
| 10725-02401 | Jean G. Richards Trust Dtd 9/30/99 | Jean G. Richards Ttee 1160 Magnolia Ln Lincoln, CA 95648 | $156,596.03 | $50,000.00 | $631.36 | $49,368.64 |
| 10725-01409 | Grable B Ronning | PO Box 7804 Incline Village, NV 89452-7804 | $80,262.00 | $2,329.44 | $1,262.72 | $1,066.72 |
| 10725-01910 | Rebecca A. Rogers Trust Dtd 9/18/96 | Rebecca A. Rogers Trustee 2309 Sierra Heights Dr. Las Vegas, NV 89134 | $274,442.59 | $50,000.00 | $631.36 | $49,368.64 |

6

249307.1

# ROAM DEVELOPMENT LOAN

## EXHIBIT A
### DECLARATION OF EDWARD M. BURR

| Claim | Name | Address | Total Claim Amount | Total Claim Amount Relating to Roam Development Loan | Unremitted Principal | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| **10725-02281** | Roisentul Family Trust | Saul and Ilene Roisentul Trustees<br>74075 Kokopelli Cir<br>Palm Desert, CA  92211-2075 | $420,268.16 | $50,000.00 | $631.36 | $49,368.64 |
| **10725-01419** | S&P Davis Limited Partnership | 6816 Citrine Dr.<br>Carlsbad, CA  92009 | $419,981.00 | $25,000.00 | - | $25,000.00 |
| **10725-00112** | Sanchez Living Trust | Randy and Sharon Sanchez Ttees<br>5713 N White Sands Rd.<br>Reno, NV  89511 | $60,000.00 | $60,000.00 | - | $60,000.00 |
| **10725-02218** | Sanchez Living Trust Dtd 10/13/03 | Randy M. and Sharon Sanchez Ttees<br>5713 N. White Sands Rd<br>Reno, NV  89511 | $277,066.49 | $60,000.00 | $757.63 | $59,242.37 |
| **10725-02149** | Schnitzer Living Trust Dtd 10/24/91 | Arthur F. and Linn S. Schnitzer Ttees<br>20155 NE 38th Ct, #1604<br>Aventura, FL  33180 | $1,774,903.40 | $100,000.00 | $1,262.72 | $98,737.28 |
| **10725-02329** | Marion C. Sharp Trust | c/o Marion C. Sharp Trustee<br>20 Leroy Ter<br>New Haven, CT  06512-3114 | $7,500.00 | Proof of claim unclear | $947.04 | Total amount related to Roam Development Loan |
| **10725-00548** | Michael Shuler | 3095 Jenny Drive<br>Prescott, AZ  86305-4189 | $239,932.00 | $69,309.00 | $883.90 | $68,425.10 |
| **10725-02175** | Alan R. and Judith B. Simmons Hwjtwros | P.O. Box 13296<br>South Lake Tahoe, CA  96151-3296 | $593,144.11 | $50,000.00 | $631.36 | $49,368.64 |
| **10725-01909** | Alan & Carol Simon Ttees Of Simon Family Tr 2000 | 1800 Waldman Ave<br>Las Vegas, NV  89102-2437 | $202,866.68 | $1,164.97 | $631.36 | $533.61 |
| **10725-00684** | Dennis & Donna Sipiorski | 1312 Jackie Ln<br>Minden, NV  89423-9070 | $1,164.97 | $1,164.97 | - | $1,164.97 |
| **10725-02133** | Wilma Jean Thompson | 12 Brewster Way<br>Redlands, CA  92373 | $100,268.37 | $50,000.00 | $631.36 | $49,368.64 |

7

249307.1

# ROAM DEVELOPMENT LOAN

## EXHIBIT A
### DECLARATION OF EDWARD M. BURR

| Claim | Name | Address | Total Claim Amount | Total Claim Amount Relating to Roam Development Loan | Unremitted Principal | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| 10725-01815 | Raymond Troll Trust | c/o Raymond Troll Trustee<br>77420 Sky Mesa Ln<br>Indian Wells, CA 92210-6103 | $29,794.30 | $29,794.30 | $14,521.28 | $15,273.02 |
| 10725-02163 | Marietta Voglis | 3333 Allen Prky. Unit 1103<br>Houston, TX  77019 | $724,292.85 | $50,000.00 | - | $50,000.00 |
| 10725-00868 | Gregory J. and Shauna M. Walch Family Trst Dtd 11/2/04 | c/o Gregory J. Walch Trustee<br>344 Doe Run Cir<br>Henderson, NV  89012-2704 | $500,000.00 | $150,000.00 | $1,894.08 | $148,105.92 |
| 10725-01316 | Ruth Acosta Wara LP | Valley Forge Business Ctr<br>2546 General Armistead Ave<br>Norristown, PA  19403-5230 | $8,090.31 | $8,090.31 | $2,525.44 | $5,564.87 |
| 10725-01412 | Wildwater Limited Partnership | c/o Eric Ronning<br>PO Box 7804<br>Incline Village, NV 89452 | $42,884.61 | $1,164.97 | $631.36 | $533.61 |
| 10725-01645 | Winkler Family Trust Dated 3/13/86 | c/o Rudolf Winkler & Carmel Winkler Trustees<br>10000 Rossbury Pl<br>Los Angeles, CA 90064-4826 | $148,806.00 | $24,417.00 | - | $24,417.00 |
| 10725-02279 | Winkler Family Trust Dtd 3/13/86 | Carmel and Rudolf Winkler Trustee<br>10000 Rossbury Pl<br>Los Angeles, CA  90064 | $605,317.99 | $100,000.00 | $1,262.72 | $98,737.28 |
| 10725-01828 | Kenneth H. Wyatt IRA | P.O. Box 370400<br>Las Vegas, NV  89137-0400 | $53,983.35 | $53,983.35 | $631.36 | $53,351.99 |
| 10725-01829 | Phyllis P. Wyatt IRA | P.O. Box 370400<br>Las Vegas, NV  89137-0400 | $53,983.35 | $53,983.35 | $631.36 | $53,351.99 |
| 10725-02299 | Zawacki, a California LLC | P.O. Box 5156<br>Bear Valley, CA  95223-5156 | $1,500,000.00 | $290,000.00 | $3,661.89 | $286,338.11 |

8

249307.1