Peter C. Bernhard, NV Bar No. 734
Georganne W. Bradley, NV Bar No. 1105
BULLIVANT HOUSER BAILEY PC
3883 Howard Hughes Parkway, Suite 550
Las Vegas, Nevada 89169
Telephone No. (702) 669-3600
Facsimile No. (702) 650-2995
E-Mail: peter.bernhard@bullivant.com
E-mail georganne.bradley@bullivant.com

Former Counsel for Compass Financial Partners LLC and Compass USA SPE LLC

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725 LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor. | Case No. BK-S-06-10727<br>Chapter 11<br><br>JOINTLY ADMINISTERED<br><br>**NOTICE OF ENTRY OF ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR COMPASS FINANCIAL PARTNERS, LLC AND COMPASS USA SPE LLC**<br><br>Date: December 16, 2008<br>Time: 9:30 a.m. |

///
///
///
///
///
///
///

– 1 –

**NOTICE OF ENTRY OF ORDER GRANTING MOTION TO WITHDRAW
AS COUNSEL FOR COMPASS FINANCIAL PARTNERS, LLC AND COMPASS USA SPE LLC**

PLEASE TAKE NOTICE that an Order Granting Motion To Withdraw As Nevada Counsel for Compass Financial Partners LLC and Compass USA SPE, LLC, was entered on the Court's docket on December 24, 2008. A copy of the Order is attached hereto as Exhibit "A".

Dated this 9th day of January, 2009.

Prepared and submitted by:

BULLIVANT HOUSER BAILEY PC


By: /s/ Georganne W. Bradley
Georganne W. Bradley (NV Bar No. 1105)
3883 Howard Hughes Pkwy., Ste. 550
Las Vegas, Nevada 89169

Former Attorneys for Compass Financial Partners LLC
and Compass USA SPE LLC

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## CERTIFICATE OF SERVICE

1. On January 9, 2009, the following documents were served:

   (a) **NOTICE OF ENTRY OF ORDER GRANTING MOTION TO WITHDRAW AS NEVADA COUNSEL FOR COMPASS FINANCIAL PARTNERS LLC AND COMPASS USA SPC LLC**

2. The above-named documents were served by the following means to the persons listed below:

   ☒ a. **ECF System.** See Notice of Electronic Filing.

   ☐ b. **United States mail, postage full prepaid to the following:**

   ☐ c. **Personal service.**

   I personally delivered the documents to the persons at these addresses:

   ☐ For a party represented by an attorney, delivery was made by handing the documents at the attorney's office with a clerk or other person in charge, or if no one is in charge, by leaving the documents in a conspicuous place in the office.

   ☐ For a party, delivery was made by handing the documents to the party or by leaving the documents at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

   ☒ d. **By direct email.**

   I caused the documents to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

   lmezei@EGPS.com
   ron@compass-partners.net

   ☐ e. **By fax transmission.**

   Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the documents to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record *of* the fax transmission is attached.

   ☐ f. **By messenger.**

   I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 9th day of January, 2009.

Name: _____/s/ Mary A. Opatrny_____
an employee of Bullivant Houser Bailey PC

— 3 —

EXHIBIT "A"

## Opatrny, Mary

**From:** Opatrny, Mary
**Sent:** Friday, January 09, 2009 2:51 PM
**To:** 'lmezei@EGPS.com'; 'ron@compass-partners.net'
**Subject:** Compass Notice of Entry of Order Granting Motion to Withdraw



06-10727.pdf

**Mary A. Opatrny**
Assistant to: Georganne W. Bradley, Richard Dreitzer & Lauren Pena
**Bullivant Houser Bailey** PC
3883 Howard Hughes Pkwy., Ste. 550
Las Vegas, NV 89169
mary.opatrny@bullivant.com
direct dial: 702.669.3636 - fax: 702.650.2995
http://www.bullivant.com
Seattle . Vancouver . Portland . Sacramento . San Francisco . **Las Vegas**

1

**Entered on Docket**
**December 24, 2008**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

Peter C. Bernhard, NV Bar No. 734
Georganne W. Bradley, NV Bar No. 1105
BULLIVANT HOUSER BAILEY PC
3883 Howard Hughes Parkway, Suite 550
Las Vegas, Nevada 89169
Telephone No. (702) 669-3600
Facsimile No. (702) 650-2995
E-Mail: peter.bernhard@bullivant.com
E-mail georganne.bradley@bullivant.com

Former Counsel for Compass Financial Partners LLC and
Compass USA SPE LLC

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725 LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor. | Case No. BK-S-06-10727<br>Chapter 11<br><br>JOINTLY ADMINISTERED<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR COMPASS FINANCIAL PARTNERS, LLC AND COMPASS USA SPE LLC**<br><br>Date: December 16, 2008<br>Time: 9:30 a.m. |

A hearing having been held on December 16, 2008 on the Motion to Withdraw as Counsel for Compass Financial Partners LLC and Compass USA SPE LLC (the "Motion") filed by the law firm of Bullivant Houser Bailey PC ("Bullivant"); the Court having found that

– 1 –

1  Bullivant served Compass Financial Partners LLC and Compass USA SPE LLC and all
2  interested parties of record with a copy of the Motion and the Declaration of Georganne W.
3  Bradley in support thereof, and having waived defective notice of the hearing on the Motion; the
4  Court having read and considered the Motion and the pleadings and papers filed in support
5  thereof, and having heard oral argument of counsel; the Court having noted that no opposition to
6  the Motion was filed or presented; and for good cause appearing,
7      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Motion be, and it
8  hereby is, GRANTED.

10  Prepared and submitted by:
11  BULLIVANT HOUSER BAILEY PC

13  By: /s/ Georganne W. Bradley
    Georganne W. Bradley (NV Bar No. 1105)
14  3883 Howard Hughes Pkwy., Ste. 550
    Las Vegas, Nevada 89169
15
    Former Attorneys for Compass Financial Partners LLC
16  and Compass USA SPE LLC