

**Entered on Docket
January 13, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br><br>Debtor. | **FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER APPROVING SETTLEMENT WITH PIERCY, BOWLER, TAYLOR & KERN PC** |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

**FINDINGS OF FACT & CONCLUSIONS OF LAW IN SUPPORT OF ORDER APPROVING SETTLEMENT**         1 of 5

This Court, having considered the *Application to Compromise and Settle Controversies with Piercy, Bowler, Taylor & Kern, PC* (the "Motion") and the Declarations of Geoffrey L. Berman and Michael Tucker in support thereof and the arguments of counsel made at the hearing on the Motion to Compromise held December 23, 2008; and

This Court having considered the Pleading in Support of the Motion to Compromise and the arguments of counsel, now therefore makes the following findings of fact and conclusions of law under Federal Rule of Civil Procedure 52 and Federal Rules of Bankruptcy Procedure 7052 and 9019.

1. Notice of the Motion ("Notice") was properly served on all creditors of the above-titled estates.

2. The claims being settled are assets of the USACM Liquidating Trust (the "USACM Trust"). Geoffrey L. Berman ("Berman" or the "Trustee") currently serves as a trustee of the USACM Liquidating Trust.

3. The claims being compromised also belong to USA Capital Diversified Trust Deed Fund, LLC ("DTDF"). Michael Tucker (the "Manager") is the manager of DTDF.

4. The beneficiaries of USACM Trust and DTDF are the creditors of USA Commercial Mortgage Company ("USACM") and the interest holders in DTDF.

5. The claims being compromised herein arise from professional services rendered by Piercy, Bowler, Taylor & Kern, PC ("PBTK") to USA Commercial Mortgage Company.

6. The USACM Trust and DTDF have investigated the merits of the claims against PBTK and have conducted such investigation as they deemed reasonable into the merits of the claim. In addition, the USACM Trust and DTDF have inquired into the complexity of proving the potential claims, the expense of prosecuting such claims, the duration of litigation or other means for prosecuting the claims, and have evaluated the difficulties of collection and the assets available for

1  satisfying any potential judgment.

2      7.    Based upon this evaluation, the Trustee and the Manager have recommended this
3  compromise as fair and equitable.

4      8.    The Compromise is fair and equitable to the USACM Trust.

5      9.    The Compromise is fair and equitable to DTDF.

6      10.    At the present time, no claims for indemnification or contribution have been asserted,
7  although the USACM Trust and DTDF have commenced litigation against persons and entities that
8  may have such claims.

9      11.    At the present time, no claims have been asserted by creditors of any of the above-titled
10 estates against PBTK.

11     12.    No USACM Trust beneficiary or DTDF interest holder has objected to this
12 compromise.

13     13.    The amount paid in the settlement is fair and equitable in light of PBTK's insurance
14 policy limits and PBTK's financial condition.

15     14.    There was no collusion, fraud, or tortious conduct in connection with the negotiation
16 and execution of the Settlement Agreement.  No evidence was presented to this Court that there was
17 any collusion, fraud, or tortious conduct aimed to injure any non-settling defendants in connection with
18 the negotiation and execution of the Settlement Agreement.

19     15.    The Settlement Agreement is in the paramount interest of the creditors.

20 **CONCLUSIONS OF LAW**

21     1.    Notice has been given to all parties to the above-titled estates.

22     2.    USACM Trust and DTDF have standing to assert the claims being settled and have
23 standing to bring this Motion.

3. In light of the complexity of the potential claims, the expense of litigating these claims, the duration of such litigation, and the difficulties of collection in the event the estates are successful, the settlement with PBTK is fair and equitable and reasonable under the circumstances and therefore is approved under Federal Rule of Bankruptcy Procedure 9019.

CERTIFICATION PURSUANT TO LOCAL RULE 9021

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

\_\_\_\_\_   The court has waived the requirement of approval under LR 9021

\_\_\_\_\_   No parties appeared or filed written objections, and there is no trustee appointed in the case.

__X__   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document.]

Approved    Timothy R. O'Reilly    _/s/ Timothy R. O'Reilly_

Approved    Vincent O'Gara    _/s/ Vincent O'Gara_

DATED: January 5, 2009

_/s/ P. Jason Collins_

P. Jason Collins

*Counsel for USACM Liquidating Trust and
USA Capital Diversified Trust Deed Fund, LLC*

# # #