# EXHIBIT A

**USA – DUPLICATE CLAIMS TABLE**

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Michelle Revocable Trust Dtd 05/03/02<br>Diana Forde Ttee<br>4956 Ridge Dr #83<br>Las Vegas, NV 89103 | 10725-00034 | $30,788.99 | The claim is based on investment in Amesbury/Hatters Point and is a duplicate of Claim #10725-02540. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00034 be disallowed in its entirety. | 10725-02540 | $30,788.99 |
| A-1 Security<br>917 South First<br>Las Vegas, NV 89101 | 10725-00096 | $ 3,997.77 | The claim is based on parts used and services performed on 3/15/06 and is a duplicate of Claim #10725-00432. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00096 be disallowed in its entirety. | 10725-00432 | $ 3,997.77 |
| Jwb Investments Inc Pension Plan<br>2333 Dolphin Ct<br>Henderson, NV 89052-5320 | 10725-00164<br>10725-00192 | $101,493.06<br>$101,493.06 | These claims are based on capital for Marlton Investment. They are exact duplicates and are both amended by Claim #10725-00815. The USACM Liquidating Trust requests claim #10725-00164 and 10725-00192 be disallowed in their entirety. | 10725-00815 | $108,506.96 |

2003399.1

**USA – DUPLICATE CLAIMS TABLE**

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Ramon L & Linda L Snyder Family Trust Dtd 10/14/98<br>Ramon L & Linda L Snyder Ttees<br>405 Grayeagle Ct<br>Lincoln, CA 95648-8676 | 10725-00343 | $125,000.00 | The claim is based on investment in Oak Shores II and is a duplicate of Claim #10725-00645. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00343 be disallowed in its entirety. | 10725-00645 | $125,000.00 |
| Valon R Bishop Trust Dtd 1/10/02<br>c/o Valon R Bishop Trustee<br>P.O. Box 50041<br>Reno, NV 89513-0041 | 10725-00412 | $30,131.00 | The claim is based on investment in Copper Sage Commerce Center, LLC and is a duplicate of Claim #10725-00504. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00412 be disallowed in its entirety. | 10725-00504 | $30,131.00 |
| Marrs, Bobbie<br>5753 Bedrock Springs Ave<br>Las Vegas, NV 89131 | 10725-00444 | $131,278.90 | The claim is based on investment in Oak Mesa Investors, LLC/Fiesta Oak Valley and is a duplicate of Claim #10725-00445. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00444 be disallowed in its entirety. | 10725-00445 | $126,278.90 |

2

**USA – DUPLICATE CLAIMS TABLE**

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Jane Hendler<br>4154 Saint Clair Ave<br>Studio City, CA 91604-1607 | 10725-00446 | $71,160.43 | The claim is based on investment in Roam Development Group and is a duplicate of Claim #10725-00447.  This claim was erroneously filed twice.  The USACM Liquidating Trust requests claim #10725-00446 be disallowed in its entirety. | 10725-00447 | $71,160.43 |
| Frank Davenport<br>3372 Narod St<br>Las Vegas, NV 89121-4218 | 10725-00475 | $5,404.37 | The claim is based on investment in Beau Rivage and is a duplicate of Claim #10725-02546.  This claim was erroneously filed twice.  The USACM Liquidating Trust requests claim #10725-00475 be disallowed in its entirety. | 10725-02546 | $5,404.37 |
| Russell, Robert A<br>8585 E Hartford Dr., Ste. 500<br>Scottsdale, AZ 85255 | 10725-00493 | $140,000.00 | The claim is based on consulting services and is a duplicate of Claim #10725-01088.  This claim was erroneously filed twice.  The USACM Liquidating Trust requests claim #10725-00493 be disallowed in its entirety. | 10725-01088 | $140,000.00 |

3

**USA – DUPLICATE CLAIMS TABLE**

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Alice Humphry & Valerie Jaeger<br>3825 Champagne Wood Dr North<br>Las Vegas, NV 89031-2056 | 10725-00587 | $84,726.00 | The claim is based on investment in Amesbury/Hatters Point and Margarita Annex and is a duplicate of Claim #10725-02451. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00587 be disallowed in its entirety. | 10725-02451 | $84,726.00 |