EXHIBIT A

1962760.1

**USA – DUPLICATE CLAIMS TABLE (2)**

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Lawrence Rausch<br>10708 Brinkwood Avenue<br>Las Vegas, NV 89134 | 10725-00620 | $91,467.00 | The claim is based on investment in Amesbury/Hatters Point and is a duplicate of Claim #10725-02477. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00620 be disallowed in its entirety. | 10725-02477 | $92,887.00 |
| Lawrence Rausch<br>10708 Brinkwood Avenue<br>Las Vegas, NV 89134 | 10725-00621 | $44,812.00 | The claim is based on investment in HFA-Clear Lake 2nd and is a duplicate of Claim #10725-02478. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00621 be disallowed in its entirety. | 10725-02478 | $44,922.00 |
| Lawrence Rausch<br>10708 Brinkwood Avenue<br>Las Vegas, NV 89134 | 10725-00622 | $50,599.83 | This claim is based on investment in Marlton Square 2nd and is a duplicate of Claim #10725-02476. The USACM Liquidating Trust requests claim #10725-00622 be disallowed in its entirety. | 10725-02476 | $49,936.00 |
| Donnolo Family Trust Dtd 8/24/88<br>3120 Highland Falls Drive<br>Las Vegas, NV 89134 | 10725-00629 | $100,000.00 | The claim is a duplicate of Claim #10725-02457. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00629 be disallowed in its entirety. | 10725-02457 | $100,000.00 |

## USA – DUPLICATE CLAIMS TABLE (2)

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Desert Commercial Sweeping Inc<br>Christopher D Jaime Esq<br>Maupin Cox & LeGoy<br>P.O. Box 30000<br>Reno, NV 89520 | 10725-00518<br>10725-00661 | $70,000.00<br>$70,000.00 | These claims are exact duplicates and are amended by Claim #10725-02024. The USACM Liquidating Trust requests claim #10725-00518 and 10725-00661 be disallowed in their entirety. | 10725-02024 | $70,000.00 |
| Nakashima, Vicky<br>1681 Fairburn Avenue<br>Los Angeles, CA 90024 | 10725-00693 | $155,000.00 | The claim is based on investment in Meadow Creek Partners LLC and is a duplicate of Claim #10725-01018. The USACM Liquidating Trust requests claim #10725-00693 be disallowed in its entirety. | 10725-01018 | $155,000.00 |
| Bonnema, Gary<br>P.O. Box 8649<br>Horseshoe Bay, TX 78657 | 10725-00694 | $50,516.67 | The claim is based on investment in Gramercy Court Condos and is a duplicate of Claim #10725-01474. The USACM Liquidating Trust requests claim #10725-00694 be disallowed in its entirety. | 10725-01474 | $50,516.67 |
| D&P Curtis Trust Dated 7/27/01<br>Patricia M & Dan L Curtis Ttees<br>404 Club Ct<br>Las Vegas, NV 89144-0838 | 10725-00720 | $100,000.00 | The claim is based on investment in Meadow Creek Partner, LLC and Elizabeth May Real Estate and is a duplicate of Claim #10725-00765. The USACM Liquidating Trust requests claim #10725-00720 be disallowed in its entirety. | 10725-00765 | $100,000.00 |

## USA – DUPLICATE CLAIMS TABLE (2)

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Kevin Higgins<br>10413 Mansion Hills Ave<br>Las Vegas, NV 89144 | 10725-00745 | $100,000.00 | The claim is based on investment in Oak Shores II.  This claim is a duplicate of Claim #10725-00757.  The USACM Liquidating Trust requests claim #10725-00745 be disallowed in its entirety. | 10725-00757 | $100,000.00 |
| William M Spangler<br>711 Gordon Ave<br>Reno, NV 89509 | 10725-00785 | $14,000.00 | The claim is based on investment in BarUSA, LLC and is a duplicate of Claim #10725-01370.  The USACM Liquidating Trust requests claim #10725-00785 be disallowed in its entirety. | 10725-01370 | $14,000.00 |