# EXHIBIT A

## USA – DUPLICATE CLAIMS TABLE (3)

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| John E Michelsen Family Trust<br>c/o John F Murtha Esq<br>P.O. Box 2311<br>Reno, NV 89505 | 10725-00799 | $236,764.00 | The claim is a duplicate of Claim #10725-01314. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00799 be disallowed in its entirety. | 10725-01314 | $236,764.00 |
| John E Michelsen Family Trust<br>c/o John F Murtha Esq<br>P.O. Box 2311<br>Reno, NV 89505 | 10725-00800 | $543,373.00 | The claim is a duplicate of Claim #10725-01312. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00800 be disallowed in its entirety. | 10725-01312 | $543,373.00 |
| Santoro Family Trust Dtd 4/29/02<br>c/o Nicholas J & Juanita Santoro Ttees<br>2312 Pearl Crest St<br>Las Vegas, NV 89134-6732 | 10725-00812 | $300,000.00 | This claim is a duplicate of Claim #10725-01472. The USACM Liquidating Trust requests claim #10725-00812 be disallowed in its entirety. | 10725-01472 | $300,000.00 |
| George Gage Trust Dtd 10/8/99<br>c/o Scott D Fleming Esq<br>Hale Lane Peek Dennison & Howard<br>3930 Howard Hughes Pkwy., 4th Fl.<br>Las Vegas, NV 89169 | 10725-00813 | $12,951.80 | The claim is based on investment in Bay Pompano Beach, Marlton Square, and Fiesta USA/Stoneridge and is a duplicate of Claim #10725-01215. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00813 be disallowed in its entirety. | 10725-01215 | $12,951.80 |

2004683.1

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Daraskevius, Joseph & Ardee<br>4191 Comstock Dr.<br>Lake Havasu City, AZ 86406 | 10725-00816 | $275,000.00 | The claim is a duplicate of Claim #10725-00865. The USACM Liquidating Trust requests claim #10725-00816 be disallowed in its entirety. | 10725-00865 | $275,000.00 |
| Max Mathews, Richard G Messersmith, Dale Patterson<br>c/o Scott D Fleming Esq<br>Hale Lane Peek Dennison & Howard<br>3930 Howard Hughes Pkwy., 4th Fl.<br>Las Vegas, NV 89169 | 10725-00817 | $815.70 | The claim is based on investment in Amesbury/Hatters Point and is a duplicate of Claim #10725-01284. The USACM Liquidating Trust requests claim #10725-00817 be disallowed in its entirety. | 10725-01284 | $815.70 |
| William M & Jean A Spangler<br>711 Gordon Ave<br>Reno, NV 89509 | 10725-00823 | $147,895.00 | The claim is a duplicate of Claim #10725-01371. The USACM Liquidating Trust requests claim #10725-00823 be disallowed in its entirety. | 10725-01371 | $147,895.00 |
| X Factor Inc<br>c/o Scott D Fleming Esq<br>Hale Lane Peek Dennison & Howard<br>3930 Howard Hughes Pkwy., 4th Fl.<br>Las Vegas, NV 89169 | 10725-00826 | Unknown | The claim is a duplicate of Claim #10725-01283. The USACM Liquidating Trust requests claim #10725-00826 be disallowed in its entirety. | 10725-01283 | Unknown |

## USA – DUPLICATE CLAIMS TABLE (3)

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Johnson Family Trust Dtd 2/17/98<br>c/o Scott D Fleming Esq.<br>Hale Lane Peek Dennison & Howard<br>3930 Howard Hughes Pkwy., 4th Fl.<br>Las Vegas, NV 89169 | 10725-00838 | Unknown | The claim is based on investment in Brookmere/Matteson, HFA-Clear Lake, and Mountain House Business Park and is a duplicate of Claim #10725-01242. The USACM Liquidating Trust requests claim #10725-00838 be disallowed in its entirety. | 10725-01242 | Unknown |
| Schutte, Dora R<br>c/o Scott D Fleming Esq<br>Hale Lane Peek Dennison & Howard<br>3930 Howard Hughes Pkwy., 4th Fl.<br>Las Vegas, NV 89169 | 10725-00840 | Unknown | The claim is based on investment in Wasco Investments and Elizabeth May Real Estate and is a duplicate of Claim #10725-01291. The USACM Liquidating Trust requests claim #10725-00840 be disallowed in its entirety. | 10725-01291 | Unknown |

2004683.1