EXHIBIT A

1962760.1

## USA – DUPLICATE CLAIMS TABLE (4)

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Timothy J Porter Ira<br>c/o Scott D Fleming Esq<br>Hale Lane Peek Dennison & Howard<br>3930 Howard Hughes Pkwy., 4th Fl.<br>Las Vegas, NV 89169 | 10725-00845 | $40,955.63 | The claim is based on investment in Anchor B, LLC and Oak Shores II and is a duplicate of Claim #10725-01294. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00845 be disallowed in its entirety. | 10725-01294 | $40,955.63 |
| Mathews, Max<br>c/o Scott D Fleming Esq<br>Hale Lane Peek Dennison & Howard<br>3930 Howard Hughes Pkwy., 4th Fl.<br>Las Vegas, NV 89169 | 10725-00846 | Unknown | The claim is based on BarUSA and Elizabeth May Real Estate and is a duplicate of Claim #10725-01239. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00846 be disallowed in its entirety. | 10725-01239 | Unknown |
| Tomac, Steven B & Laura J<br>c/o Scott D Fleming Esq<br>Hale Lane Peek Dennison & Howard<br>3930 Howard Hughes Pkwy., 4th Fl.<br>Las Vegas, NV 89169 | 10725-00847 | Unknown | This claim is based on investment in Elizabeth May Real Estate and Grammercy Court Condos and is a duplicate of Claim #10725-01234. The USACM Liquidating Trust requests claim #10725-00847 be disallowed in its entirety. | 10725-01234 | Unknown |

2004720.1

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Patricia A Herrin & Terry W Royder<br>9404 Mountainair Ave<br>Las Vegas, NV 89134-6215 | 10725-00913 | $150,000.00 | The claim is based on investment in Eagle Meadows Development and is a duplicate of Claim #10725-01388.  This claim was erroneously filed twice.  The USACM Liquidating Trust requests claim #10725-00913 be disallowed in its entirety. | 10725-01388 | $150,000.00 |
| Ovca Associates Inc Defined Pension Plan<br>c/o William J Ovca Jr Trustee<br>16872 Baruna Ln<br>Huntington Beach, CA 92649 | 10725-00957 | $275,000.00 | The claim is a duplicate of Claim #10725-01574.  The USACM Liquidating Trust requests claim #10725-00957 be disallowed in its entirety. | 10725-01574 | Unknown |
| Resident Agents Of Nevada<br>711 S Carson St #4<br>Carson City, NV 89701 | 10725-00988 | $54,535.00 | The claim is based on investment in Placer Vineyards 2nd and is a duplicate of Claim #10725-01261.  The USACM Liquidating Trust requests claim #10725-00988 be disallowed in its entirety. | 10725-01261 | $54,535.00 |
| Ciadella Living Trust Dtd 2/8/99<br>c/o Stella P Ciadella Trustee<br>650 S Town Center Dr Apt 1114<br>Bldg 29<br>Las Vegas, NV 89144-4419<br>And<br>Ciadella Living Trust Dtd 2/8/99<br>C/o Carl Ciadella<br>10012 Crescent Mesa Ln.<br>Las Vegas, NV 89148 | 10725-01040 | $250,000.00 | The claim is based on 6425 Gess, LTD and Harbor Georgetown and is a duplicate of Claim #10725-02450.  The USACM Liquidating Trust requests claim #10725-01040 be disallowed in its entirety. | 10725-02450 | $250,000.00 |

2

2004720.1

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Don P Marshall Trust Dtd 7/18/95 c/o Don P Marshall Trustee 221 Chiquita Rd Healdsburg, CA 95448-9055 | 10725-01044 | $200,000.00 | The claim is a duplicate of Claim #10725-02482. The USACM Liquidating Trust requests claim #10725-01044 be disallowed in its entirety. | 10725-02482 | $200,000.00 |
| Adams, Karen 15026 Starbuck St Whittier, CA 90603 | 10725-01075 | $53,900.08 | The claim is based on investment in Bundy Canyon Land Development, LLC and is a duplicate of Claim #10725-01076. The USACM Liquidating Trust requests claim #10725-01075 be disallowed in its entirety. | 10725-01076 | $53,900.08 |
| Wayne Dotson Co Peter Bogart Ceo 3 Hidden Lake Ct Bluffton, SC 29910 | 10725-01123 | $56,500.00 | This claim is based on investment in Rio Rancho Executive Plaza, LLC and is a duplicate of Claim #10725-1266. The USACM Liquidating Trust requests claim #107225-01123 be disallowed in its entirety. | 10725-01266 | $56,500.00 |

3

2004720.1