# EXHIBIT A

## USA – DUPLICATE CLAIMS TABLE (5)

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Ramsey, Aaron & Lara<br>7713 N 41st St<br>Niwot, CO 80503 | 10725-01132<br>10725-01133 | $37,005.78<br>$37,005.78 | These claims are based on investment in Bay Pompano Beach. They are exact duplicates and are amended by Claim #10725-02152. The USACM Liquidating Trust requests claim #10725-01132 and 10725-01133 be disallowed in their entirety. | 10725-02152 | $76,518.00 |
| Sterling, Tom<br>213 Royal Aberdeen Way<br>Las Vegas, NV 89144 | 10725-00981 | $150,000.00 | The claim is based on investment in Fiesta Oak Valley and is a duplicate of Claim #10725-01170. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00981 be disallowed in its entirety. | 10725-01170 | $50,000.00 |
| Albert Daniel Andrade<br>P.O. Box 2122<br>Oakdale, CA 95361-5122 | 10725-01189 | $100,912.00 | This claim is based on investment in Marlton Square and Cornman Totlec 160, LLC and is a duplicate of Claim #10725-01399. The USACM Liquidating Trust requests claim #10725-01189 be disallowed in its entirety. | 10725-01399 | $100,912.00 |

2004804.1

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Chavez, Roland<br>5 Falkner Dr<br>Ladera Ranch, CA 92694-0294 | 10725-01195 | $50,000.00 | The claim is based on investment in Marlton Square and is a duplicate of Claim #10725-02432. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-01195 be disallowed in its entirety. | 10725-02432 | $50,000.00 |
| Adams, Herman M Brian M & Anthony G<br>1341 Cashman Dr<br>Las Vegas, NV 89102 | 10725-01220 | $4,543.39 | The claim is a duplicate of Claim #10725-01274. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-01220 be disallowed in its entirety. | 10725-01274 | $2,088,250.00 |
| Rausch, Lawrence<br>10708 Brinkwood<br>Las Vegas, NV 89134 | 10725-01228 | $44,812.00 | This claim is based on investment in HFA Clear Lake 2nd and is a duplicate of Claim #10725-02478. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-01228 be disallowed in its entirety. | 10725-02478 | $44,922.00 |
| Rausch, Lawrence<br>10708 Brinkwood<br>Las Vegas, NV 89134 | 10725-01230 | $91,467.00 | This claim is based on investment in Amesbury/Hatters Point and is a duplicate of Claim #10725-02477. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-01230 be disallowed in its entirety. | 10725-02477 | $92,887.00 |

2004804.1

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Timothy J Porter IRA<br>8970 S Bank Dr<br>Roseburg, Or 97470-7993 | 10725-01294 | $40,955.63 | This claim is based on investment in Anchor B, LLC and Oak Shores II and is a duplicate of Claim #10725-02569. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-01294 be disallowed in its entirety. | 10725-02569 | $40,955.63 |
| Kiven, Norman<br>Andrew J Abrams Esq<br>Sugar Friedberg & Fel. LLP<br>30 N Lasalle St., Ste. 3000<br>Chicago, IL 60602 | 10725-01300 | $48,248.00 | This claim is a duplicate of Claim #10725-01478. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-01300 be disallowed in its entirety. | 10725-01478 | $96,496.00 |
| Sinett, Sheldon<br>239 Harbor View Dr<br>Port Washington, NY 11050 | 10725-01331 | $100,000.00 | The claim is based on investment in Bundy Canyon Land Development, LLC and Marlton Square and is a duplicate of claim #10725-01367. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-01331 be disallowed in its entirety. | 10725-01367 | $100,000.00 |

3

2004804.1