EXHIBIT A

1962760.1

## USA – DUPLICATE CLAIMS TABLE (6)

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Sinett, Todd & Wendy<br>11 Cedar Ln<br>Sands Point, NY 11050 | 10725-01354 | $100,000.00 | The claims is based on investment in Binford Medical Developers, LLC and Castaic Partners III, LLC and is duplicate of Claim #10725-01386.  The USACM Liquidating Trust requests claim #10725-01354 be disallowed in its entirety. | 10725-01386 | $100,000.00 |
| Berry, William<br>5725 Daybreak Dr., Apt. D<br>Mira Loma, CA  91752-5687 | 10725-01358 | $200,000.00 | The claim is a duplicate of Claim #10725-01360.  This claim was erroneously filed twice.  The USACM Liquidating Trust requests claim #10725-01358 be disallowed in its entirety. | 10725-01360 | $200,000.00 |
| Cardwell Family Trust<br>c/o Michael J. Dawson, Esq.<br>515 South Third Street<br>Las Vegas, NV 89101 | 10725-01396<br>10725-01397 | $3,229,496.02<br>$3,331,718.07 | These claims are exact duplicates and are amended by Claim #10725-01401.  The USACM Liquidating Trust requests claim #10725-01396 and 10725-01397 be disallowed in their entirety. | 10725-01401 | $3,226,795.82 |
| Bishop, Valon<br>P.O. Box 50041<br>Reno, NV 89513 | 10725-01671 | $50,000.00 | This claim is based on investment in Gramercy Court Condos and is a duplicate of Claim #10725-01745.  This claim was erroneously filed twice.  The USACM Liquidating Trust requests claim #10725-01671 be disallowed in its entirety. | 10725-01745 | $50,000.00 |

2006528.1

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Wahl, David C<br>P.O. Box 8012<br>Mammoth Lakes, CA 93546-8012 | 10725-01695 | $10,238.91 | The claim is a duplicate of Claim #10725-02313.  This claim was erroneously filed twice.  The USACM Liquidating Trust requests claim #10725-01695 be disallowed in its entirety. | 10725-02313 | $10,238.91 |
| Wahl, David C<br>P.O. Box 8012<br>Mammoth Lakes, CA 93546 | 10725-01704 | $15,542.15 | The claim is a duplicate of Claim #10725-02335.  This claim was erroneously filed twice.  The USACM Liquidating Trust requests claim #10725-01704 be disallowed in its entirety. | 10725-02335 | $15,542.15 |
| O'Neill, Charles E & Lois<br>3515 Southampton Dr.<br>Reno, NV 89509 | 10725-01730 | $75,311.86 | The claim is based on investment in 5055 Collwood LLC and Placer Vineyards and is a duplicate of Claim #10725-01731.  This claim was erroneously filed twice.  The USACM Liquidating Trust requests claim #10725-01730 be disallowed in its entirety. | 10725-01731 | $75,311.86 |
| Johansen Family Trst Dted 10/23/87 Amended 6/11/04<br>Leif & Roberta Johansen Ttees<br>P.O. Box 2773<br>Truckee, CA 96160-2773 | 10725-01794 | $100,447.47 | The claim is a duplicate of Claim #10725-02455.  This claim was erroneously filed twice.  The USACM Liquidating Trust requests claim #10725-01794 be disallowed in its entirety. | 10725-02455 | $100,447.47 |

2

2006528.1

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Swedelson Family Trust Dtd 12/23/92 c/o Robert Swedelson Ttee 2539 Jada Dr Henderson, NV 89044 | 10725-01896 | $1,351.09 | The claim is based on investment in Beau Rivage Homes and is a duplicate of Claim #10725-02198. This claim was erroneously filed twice.  The USACM Liquidating Trust requests claim #10725-01896 be disallowed in its entirety. | 10725-02198 | $1,351.09 |
| RBR Partnership P.O. Box 376 Indian Springs, NV 89018-0376 | 10725-01954 | $55,381.90 | The claim is based on investment in MS Acquisition Company, LLC and is a duplicate of claim #10725-02319.  This claim was erroneously filed twice.  The USACM Liquidating Trust requests claim #10725-01954 be disallowed in its entirety. | 10725-02319 | $55,381.90 |

3

2006528.1