EXHIBIT A

1962760.1

**USA – DUPLICATE CLAIMS TABLE (7)**

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Benjamin, Philip & Maureen<br>P.O. Box 376<br>Indian Springs, NV 89018-0376 | 10725-01956 | $55,381.90 | The claim is based on investment in MS Acquisition Company and is duplicate of Claim #10725-02320. The USACM Liquidating Trust requests claim #10725-01956 be disallowed in its entirety. | 10725-02320 | $55,381.90 |
| USA Commercial Real Estate Group<br>c/o Jeffrey R Sylvester Esq<br>Sylvester & Polednak Ltd<br>7371 Prairie Falcon Rd, Ste. 120<br>Las Vegas, NV 89128 | 10725-01982 | $10,719.49 | The claim is a duplicate of claim #10725-02318. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-01982 be disallowed in its entirety. | 10725-02318 | $10,719.49 |
| Cynthia Milanowski Trust<br>c/o Jeffrey R Sylvester Esq<br>Sylvester & Polednak Ltd<br>7371 Prairie Falcon Rd, Ste. 120<br>Las Vegas, NV 89128 | 10725-01984 | $26,891.23 | The claim is a duplicate of Claim #10725-02317. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-01984 be disallowed in its entirety. | 10725-02317 | $26,891.23 |
| Milanowski, Nv & J Marlene<br>1004 Haley Pl<br>Delta, CO 81416-2443 | 10725-01986 | $31.52 | The claim is based on investment in Brookmere/Matteson and is a duplicate of claim #10725-02316. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-01986 be disallowed in its entirety. | 10725-02316 | $31.52 |

2006543.1

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Wisch, Craig<br>210 Andrew Ave<br>Naugatuck, CT 06770 | 10725-02010 | $317,369.28 | The claim is a duplicate of claim #10725-02180. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-02010 be disallowed in its entirety. | 10725-02180 | $317,369.28 |
| Ruth Zimmerman & Moshe Kirsh Jtwros<br>15721 Milbank St<br>Encino, CA 91436 | 10725-02032 | $244,311.94 | The claim is based on investment in Marquis Hotel and Riviera-Homes for America Holdings LLC and is a duplicate of Claim #10725-02033. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-02032 be disallowed in its entirety. | 10725-02033 | $244,311.94 |
| Marguerite Falkenborg 2000 Trust Dtd 6/20/00<br>c/o Marguerite Falkenborg Ttee<br>727 3rd Ave<br>Chula Vista, CA 91910-5803 | 10725-02068 | $814,366.81 | The claim is a duplicate of claim #10725-02202. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-02068 be disallowed in its entirety. | 10725-02202 | $794,366.81 |
| Duberg, John H<br>4455 Vista Coronado Dr<br>Chula Vista, CA 91910-3234 | 10725-02069 | $87,877.81 | The claim is based on investment in Slade and Bay Pompano Beach and is a duplicate of Claim #10725-02201. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-02069 be disallowed in its entirety. | 10725-02201 | $87,877.81 |

2006543.1

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Doerr Family Trust Dated 9/12/02 Franz J Doerr Shelter Trust of the Doerr Family Linda Patrucco Doerr, Ttee 690 West Riverview Cir. Reno, NV 89509-1130 | 10725-02114 10725-02115 | $659,484.08 $659,484.08 | The claims are based on investment in Harbor Georgetown, Palm Harbor One, and Tabia Ranch. They are exact duplicates and are amended by claim #10725-02116. The USACM Liquidating Trust requests claim #10725-02114 and 10725-02115 be disallowed in their entirety. | 10725-02116 | $659,484.08 |
| Burgarello Inc Profit Sharing Plan c/o Ronald A Johnson Ttee 50 Snider Way Sparks, NV 89431-6308 | 10725-02128 | $405,600.00 | The claim is based on investment in Wasco Investments, J Jireh's Corporation, Gateway Stone, and Elizabeth May Real Estate and is a duplicate of claim #10725-02263. This claim was erroneously filed twice. The USACM Liquidating Trust request claim #10725-02128 be disallowed in its entirety. | 10725-02263 | $405,600.00 |

3

2006543.1