### USA – DUPLICATE CLAIMS TABLE (8)

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Cibb Inc Pension Plan<br>Ronald A Johnson Ttee<br>50 Snider Way<br>Sparks, NV 89431 | 10725-02129 | $405,600.00 | The claim is based on investment in Roam Development Group, J Jireh's Corporation, Eagle Meadows Development, and Palm Harbor One and is a duplicate of claim #10725-02261. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-02129 be disallowed in its entirety. | 10725-02261 | $405,600.00 |
| Graham, Nanci<br>240 Upper Terrace #3<br>San Francisco, CA 94117-4516 | 10725-02183 | $15,823.13 | The claim is based on investment in SVRB $4,500,000 and is a duplicate of claim #10725-02370. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-02183 be disallowed in its entirety. | 10725-02370 | $15,823.13 |
| Osvaldo Zunino Living Trust Dated 12/18/98<br>c/o Osvaldo Zunino Trustee<br>3575 Tioga Way<br>Las Vegas, NV 89109-3340 | 10725-02548 | $620,000.00 | The claim is a duplicate of claim #10725-02550. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-02548 be disallowed in its entirety. | 10725-02550 | $620,000.00 |

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Deller, Ross<br>1469 Harmony Hill<br>Henderson, NV 89014 | 10725-00042 | $120,000.00 | The claim is a duplicate of claim #10725-02484. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00042 be disallowed in its entirety. | 10725-02484 | $200,000.00 |
| Nevada Department of Taxation<br>Bankruptcy Section<br>555 E Washington Ave Ste 1300<br>Las Vegas, NV 89101-1041 | 10725-00056 | $18,540.30 | The claim is based on taxes not paid and is a duplicate of claim #10725-00134. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00056 be disallowed in its entirety. | 10725-00134 | $24,596.42 |
| Marcia J Knox Living Trust Dtd 8/16/04<br>c/o Marcia J Knox Trustee<br>1885 Vintners Pl<br>Reno, NV 89509-8334 | 10725-00766<br>10725-00797<br>10725-01029<br>10725-01037 | $1,527.68<br>$46,095.47<br>$1,527.68<br>$46,095.47 | The claims are based on investment in Bay Pompano Beach and are duplicates of claim #10725-01905. The USACM Liquidating Trust requests claim #10725-00766, 10725-00797, 10725-01029, and 10725-01037 be disallowed in their entirety. | 10725-01905 | $75,539.24 |
| Joyce E Smith Trust Dated 11/3/99<br>c/o Joyce E. Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV 89135-1548 | 10725-00908 | | The claim is based on investment in Barusa and is a duplicate of claim #10725-00909. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00908 be disallowed in its entirety. | 10725-00909 | $53,791.67 |

2006549.1

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Rausch, Lawrence<br>10708 Brinkwood Ave<br>Las Vegas, NV 89134-5245 | 10725-01223 | $50,599.83 | The claim is based on investment in Marlton Square 2nd and is a duplicate of claim #10725-02476. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-01223 be disallowed in its entirety. | 10725-02476 | $49,936.00 |
| Everett, Daniel L & Sandra M<br>921 Crystal Ct<br>Foster City, CA 94404-3517 | 10725-01330 | $1,164.97 | The claim is a duplicate of claim #10725-01387. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-01330 be disallowed in its entirety. | 10725-01387 | $50,000.00 |
| Winkler Family Trust Dated 3/13/86<br>c/o Rudolf Winkler & Carmel Winkler Trustees<br>10000 Rossbury Pl<br>Los Angeles, CA 90064-4826 | 10725-01645 | $1,210,635.98 | The claim is a duplicate of claim #10725-02279. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-01645 be disallowed in its entirety. | 10725-02279 | $605,317.99 |

2006549.1