LEWIS AND ROCA LLP
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona  85004-4429

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 1/15/09

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,[1]<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[2]<br><br>USA Securities, LLC,[3]<br>         Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**DECLARATION OF EDWARD M. BURR IN SUPPORT OF OMNIBUS OBJECTIONS TO DUPLICATE PROOFS OF CLAIM; AND CERTIFICATE OF SERVICE**<br><br>Date:  February 20, 2009<br>Time:  9:30 a.m. |

1. I Edward M. Burr, hereby declare under penalty of perjury that:

2. I am a principal with Sierra Consulting Group, LLC ("Sierra").

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2007389.1

LEWIS
AND
ROCA
LLP
LAWYERS

3. I submit this declaration on behalf of the Omnibus Objections to Duplicate Proofs of Claim (the "Objection") [DE 6728, 6730, 6732, 6734, 6736, 6738, 6740, and 6742] filed by the USACM Liquidating Trust (the "USACM Trust"), as successor to USA Commercial Mortgage Company ("USACM").

4. Sierra previously served as financial adviser to the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company ("Committee").

5. I assisted the Committee in analyzing facts concerning these jointly administered bankruptcy cases, including scheduled liabilities and proofs of claim. The Committee ceased to exist on March 12, 2007, the Effective Date of the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization ("Plan"), and I am now assisting the USACM Liquidating Trust ("USACM Trust") created under the Plan.

6. I make the following declaration based upon my personal knowledge, and upon the records of the Debtors and the USACM Trust described in this declaration.

7. On March 12, 2007, the Effective Date of the Plan, the USACM Liquidating Trust succeeded to USACM's rights with respect books and records

8. I understand that under the Plan as modified by the Confirmation Order, the deadline for interested parties to object to allowance of claims and equity interests was 90 days after the Effective Date, or June 10, 2007. That deadline was further extended to February 9, 2009 by Order of this Court.

9. Sierra has been working closely with both the Trustee for the USACM Liquidating Trust and Development Specialist Inc. ("DSI"), the Trustee's financial advisor, in evaluating all of the claims that were filed in the USACM estate.

10. The Trustee prepared the Omnibus Objections to the Duplicate Claims filed in the USA Commercial Mortgage Company Estate. The table attached hereto as Exhibit 1 identifies the proofs of claim that appear to be duplicates of one another. For each pair of duplicate claims, the table gives the name and address of the claimant who filed the

2007389.1

LEWIS AND ROCA LLP
LAWYERS

claims, the proof of claim number for the duplicate claim, the duplicate claim amount, the reason the Trust concluded the claims are duplicates and the basis for the objection, the surviving proof of claim number and the surviving claim amount. The "duplicate claim" is the claim that the Trust is objecting to and which will be disallowed if the Court grants the objection. The Trust is not objecting to the "surviving claim" at this time.

11. I make this declaration under penalty of perjury of the laws of the United States of America on January 15, 2009.

By /s/ *Edward M. Burr*
Edward M. Burr

Copy of the foregoing (without exhibit) served on January 15, 2009 via e-mail or first class postage prepaid U.S. Mail to all parties listed on the First through Eighth Omnibus Objection to Duplicate Claims.

 /s/ Carrie Lawrence
Carrie Lawrence
Lewis and Roca LLP

2007389.1