EXHIBIT A

1962760.1

## USA – DUPLICATE CLAIMS TABLE

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Michelle Revocable Trust Dtd 05/03/02 Diana Forde Ttee 4956 Ridge Dr #83 Las Vegas, NV 89103 | 10725-00034 | $30,788.99 | The claim is based on investment in Amesbury/Hatters Point and is a duplicate of Claim #10725-02540.  This claim was erroneously filed twice.  The USACM Liquidating Trust requests claim #10725-00034 be disallowed in its entirety. | 10725-02540 | $30,788.99 |
| A-1 Security 917 South First Las Vegas, NV 89101 | 10725-00096 | $ 3,997.77 | The claim is based on parts used and services performed on 3/15/06 and is a duplicate of Claim #10725-00432.  This claim was erroneously filed twice.  The USACM Liquidating Trust requests claim #10725-00096 be disallowed in its entirety. | 10725-00432 | $ 3,997.77 |
| Jwb Investments Inc Pension Plan 2333 Dolphin Ct Henderson, NV 89052-5320 | 10725-00164 10725-00192 | $101,493.06 $101,493.06 | These claims are based on capital for Marlton Investment.  They are exact duplicates and are both amended by Claim #10725-00815. The USACM Liquidating Trust requests claim #10725-00164 and 10725-00192 be disallowed in their entirety. | 10725-00815 | $108,506.96 |

2009838.1

## USA – DUPLICATE CLAIMS TABLE

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Ramon L & Linda L Snyder Family Trust Dtd 10/14/98 Ramon L & Linda L Snyder Ttees 405 Grayeagle Ct Lincoln, CA 95648-8676 | 10725-00343 | $125,000.00 | The claim is based on investment in Oak Shores II and is a duplicate of Claim #10725-00645. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00343 be disallowed in its entirety. | 10725-00645 | $125,000.00 |
| Valon R Bishop Trust Dtd 1/10/02 c/o Valon R Bishop Trustee P.O. Box 50041 Reno, NV 89513-0041 | 10725-00412 | $30,131.00 | The claim is based on investment in Copper Sage Commerce Center, LLC and is a duplicate of Claim #10725-00504. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00412 be disallowed in its entirety. | 10725-00504 | $30,131.00 |
| Marrs, Bobbie 5753 Bedrock Springs Ave Las Vegas, NV 89131 | 10725-00444 | $131,278.90 | The claim is based on investment in Oak Mesa Investors, LLC/Fiesta Oak Valley and is a duplicate of Claim #10725-00445. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00444 be disallowed in its entirety. | 10725-00445 | $126,278.90 |

## USA – DUPLICATE CLAIMS TABLE

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Jane Hendler<br>4154 Saint Clair Ave<br>Studio City, CA 91604-1607 | 10725-00446 | $71,160.43 | The claim is based on investment in Roam Development Group and is a duplicate of Claim #10725-00447. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00446 be disallowed in its entirety. | 10725-00447 | $71,160.43 |
| Frank Davenport<br>3372 Narod St<br>Las Vegas, NV 89121-4218 | 10725-00475 | $5,404.37 | The claim is based on investment in Beau Rivage and is a duplicate of Claim #10725-02546. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00475 be disallowed in its entirety. | 10725-02546 | $5,404.37 |
| Russell, Robert A<br>8585 E Hartford Dr., Ste. 500<br>Scottsdale, AZ 85255 | 10725-00493 | $140,000.00 | The claim is based on consulting services and is a duplicate of Claim #10725-01088. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00493 be disallowed in its entirety. | 10725-01088 | $140,000.00 |

3

**USA – DUPLICATE CLAIMS TABLE**

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Alice Humphry & Valerie Jaeger 3825 Champagne Wood Dr North Las Vegas, NV 89031-2056 | 10725-00587 | $84,726.00 | The claim is based on investment in Amesbury/Hatters Point and Margarita Annex and is a duplicate of Claim #10725-02451. This claim was erroneously filed twice.  The USACM Liquidating Trust requests claim #10725-00587 be disallowed in its entirety. | 10725-02451 | $84,726.00 |
| Lawrence Rausch 10708 Brinkwood Avenue Las Vegas, NV 89134 | 10725-00620 | $91,467.00 | The claim is based on investment in Amesbury/Hatters Point and is a duplicate of Claim #10725-02477.  This claim was erroneously filed twice.  The USACM Liquidating Trust requests claim #10725-00620 be disallowed in its entirety. | 10725-02477 | $92,887.00 |
| Lawrence Rausch 10708 Brinkwood Avenue Las Vegas, NV 89134 | 10725-00621 | $44,812.00 | The claim is based on investment in HFA-Clear Lake 2nd and is a duplicate of Claim #10725-02478. This claim was erroneously filed twice.  The USACM Liquidating Trust requests claim #10725-00621 be disallowed in its entirety. | 10725-02478 | $44,922.00 |

4

## USA – DUPLICATE CLAIMS TABLE

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Lawrence Rausch<br>10708 Brinkwood Avenue<br>Las Vegas, NV 89134 | 10725-00622 | $50,599.83 | This claim is based on investment in Marlton Square 2nd and is a duplicate of Claim #10725-02476. The USACM Liquidating Trust requests claim #10725-00622 be disallowed in its entirety. | 10725-02476 | $49,936.00 |
| Donnolo Family Trust Dtd 8/24/88<br>3120 Highland Falls Drive<br>Las Vegas, NV 89134 | 10725-00629 | $100,000.00 | The claim is a duplicate of Claim #10725-02457. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00629 be disallowed in its entirety. | 10725-02457 | $100,000.00 |
| Desert Commercial Sweeping Inc<br>Christopher D Jaime Esq<br>Maupin Cox & LeGoy<br>P.O. Box 30000<br>Reno, NV 89520 | 10725-00518<br>10725-00661 | $70,000.00<br>$70,000.00 | These claims are exact duplicates and are amended by Claim #10725-02024. The USACM Liquidating Trust requests claim #10725-00518 and 10725-00661 be disallowed in their entirety. | 10725-02024 | $70,000.00 |
| Nakashima, Vicky<br>1681 Fairburn Avenue<br>Los Angeles, CA 90024 | 10725-00693 | $155,000.00 | The claim is based on investment in Meadow Creek Partners LLC and is a duplicate of Claim #10725-01018. The USACM Liquidating Trust requests claim #10725-00693 be disallowed in its entirety. | 10725-01018 | $155,000.00 |

## USA – DUPLICATE CLAIMS TABLE

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Bonnema, Gary<br>P.O. Box 8649<br>Horseshoe Bay, TX 78657 | 10725-00694 | $50,516.67 | The claim is based on investment in Gramercy Court Condos and is a duplicate of Claim #10725-01474.  The USACM Liquidating Trust requests claim #10725-00694 be disallowed in its entirety. | 10725-01474 | $50,516.67 |
| D&P Curtis Trust Dated 7/27/01<br>Patricia M & Dan L Curtis Ttees<br>404 Club Ct<br>Las Vegas, NV 89144-0838 | 10725-00720 | $100,000.00 | The claim is based on investment in Meadow Creek Partner, LLC and Elizabeth May Real Estate and is a duplicate of Claim #10725-00765.  The USACM Liquidating Trust requests claim #10725-00720 be disallowed in its entirety. | 10725-00765 | $100,000.00 |
| Kevin Higgins<br>10413 Mansion Hills Ave<br>Las Vegas, NV 89144 | 10725-00745 | $100,000.00 | The claim is based on investment in Oak Shores II.  This claim is a duplicate of Claim #10725-00757.  The USACM Liquidating Trust requests claim #10725-00745 be disallowed in its entirety. | 10725-00757 | $100,000.00 |
| William M Spangler<br>711 Gordon Ave<br>Reno, NV 89509 | 10725-00785 | $14,000.00 | The claim is based on investment in BarUSA, LLC and is a duplicate of Claim #10725-01370.  The USACM Liquidating Trust requests claim #10725-00785 be disallowed in its entirety. | 10725-01370 | $14,000.00 |

## USA – DUPLICATE CLAIMS TABLE

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| John E Michelsen Family Trust c/o John F Murtha Esq P.O. Box 2311 Reno, NV 89505 | 10725-00799 | $236,764.00 | The claim is a duplicate of Claim #10725-01314. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00799 be disallowed in its entirety. | 10725-01314 | $236,764.00 |
| John E Michelsen Family Trust c/o John F Murtha Esq P.O. Box 2311 Reno, NV 89505 | 10725-00800 | $543,373.00 | The claim is a duplicate of Claim #10725-01312. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00800 be disallowed in its entirety. | 10725-01312 | $543,373.00 |
| Santoro Family Trust Dtd 4/29/02 c/o Nicholas J & Juanita Santoro Ttees 2312 Pearl Crest St Las Vegas, NV 89134-6732 | 10725-00812 | $300,000.00 | This claim is a duplicate of Claim #10725-01472. The USACM Liquidating Trust requests claim #10725-00812 be disallowed in its entirety. | 10725-01472 | $300,000.00 |
| George Gage Trust Dtd 10/8/99 c/o Scott D Fleming Esq Hale Lane Peek Dennison & Howard 3930 Howard Hughes Pkwy., 4th Fl. Las Vegas, NV 89169 | 10725-00813 | $12,951.80 | The claim is based on investment in Bay Pompano Beach, Marlton Square, and Fiesta USA/Stoneridge and is a duplicate of Claim #10725-01215. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00813 be disallowed in its entirety. | 10725-01215 | $12,951.80 |

7

**USA – DUPLICATE CLAIMS TABLE**

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Daraskevius, Joseph & Ardee<br>4191 Comstock Dr.<br>Lake Havasu City, AZ 86406 | 10725-00816 | $275,000.00 | The claim is a duplicate of Claim #10725-00865.  The USACM Liquidating Trust requests claim #10725-00816 be disallowed in its entirety. | 10725-00865 | $275,000.00 |
| Max Mathews, Richard G Messersmith, Dale Patterson<br>c/o Scott D Fleming Esq<br>Hale Lane Peek Dennison & Howard<br>3930 Howard Hughes Pkwy., 4th Fl.<br>Las Vegas, NV 89169 | 10725-00817 | $815.70 | The claim is based on investment in Amesbury/Hatters Point and is a duplicate of Claim #10725-01284.  The USACM Liquidating Trust requests claim #10725-00817 be disallowed in its entirety. | 10725-01284 | $815.70 |
| William M & Jean A Spangler<br>711 Gordon Ave<br>Reno, NV 89509 | 10725-00823 | $147,895.00 | The claim is a duplicate of Claim #10725-01371.  The USACM Liquidating Trust requests claim #10725-00823 be disallowed in its entirety. | 10725-01371 | $147,895.00 |
| X Factor Inc<br>c/o Scott D Fleming Esq<br>Hale Lane Peek Dennison & Howard<br>3930 Howard Hughes Pkwy., 4th Fl.<br>Las Vegas, NV 89169 | 10725-00826 | Unknown | The claim is a duplicate of Claim #10725-01283.  The USACM Liquidating Trust requests claim #10725-00826 be disallowed in its entirety. | 10725-01283 | Unknown |

8

**USA – DUPLICATE CLAIMS TABLE**

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Johnson Family Trust Dtd 2/17/98 c/o Scott D Fleming Esq. Hale Lane Peek Dennison & Howard 3930 Howard Hughes Pkwy., 4th Fl. Las Vegas, NV 89169 | 10725-00838 | Unknown | The claim is based on investment in Brookmere/Matteson, HFA-Clear Lake, and Mountain House Business Park and is a duplicate of Claim #10725-01242. The USACM Liquidating Trust requests claim #10725-00838 be disallowed in its entirety. | 10725-01242 | Unknown |
| Schutte, Dora R c/o Scott D Fleming Esq Hale Lane Peek Dennison & Howard 3930 Howard Hughes Pkwy., 4th Fl. Las Vegas, NV 89169 | 10725-00840 | Unknown | The claim is based on investment in Wasco Investments and Elizabeth May Real Estate and is a duplicate of Claim #10725-01291. The USACM Liquidating Trust requests claim #10725-00840 be disallowed in its entirety. | 10725-01291 | Unknown |
| Timothy J Porter Ira c/o Scott D Fleming Esq Hale Lane Peek Dennison & Howard 3930 Howard Hughes Pkwy., 4th Fl. Las Vegas, NV 89169 | 10725-00845 | $40,955.63 | The claim is based on investment in Anchor B, LLC and Oak Shores II and is a duplicate of Claim #10725-01294. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00845 be disallowed in its entirety. | 10725-01294 | $40,955.63 |

**USA – DUPLICATE CLAIMS TABLE**

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Mathews, Max<br>c/o Scott D Fleming Esq<br>Hale Lane Peek Dennison & Howard<br>3930 Howard Hughes Pkwy., 4th Fl.<br>Las Vegas, NV 89169 | 10725-00846 | Unknown | The claim is based on BarUSA and Elizabeth May Real Estate and is a duplicate of Claim #10725-01239. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00846 be disallowed in its entirety. | 10725-01239 | Unknown |
| Tomac, Steven B & Laura J<br>c/o Scott D Fleming Esq<br>Hale Lane Peek Dennison & Howard<br>3930 Howard Hughes Pkwy., 4th Fl.<br>Las Vegas, NV 89169 | 10725-00847 | Unknown | This claim is based on investment in Elizabeth May Real Estate and Grammercy Court Condos and is a duplicate of Claim #10725-01234. The USACM Liquidating Trust requests claim #10725-00847 be disallowed in its entirety. | 10725-01234 | Unknown |
| Patricia A Herrin & Terry W Royder<br>9404 Mountainair Ave<br>Las Vegas, NV 89134-6215 | 10725-00913 | $150,000.00 | The claim is based on investment in Eagle Meadows Development and is a duplicate of Claim #10725-01388. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00913 be disallowed in its entirety. | 10725-01388 | $150,000.00 |
| Ovca Associates Inc Defined Pension Plan<br>c/o William J Ovca Jr Trustee<br>16872 Baruna Ln<br>Huntington Beach, CA 92649 | 10725-00957 | $275,000.00 | The claim is a duplicate of Claim #10725-01574. The USACM Liquidating Trust requests claim #10725-00957 be disallowed in its entirety. | 10725-01574 | Unknown |

## USA – DUPLICATE CLAIMS TABLE

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Resident Agents Of Nevada<br>711 S Carson St #4<br>Carson City, NV 89701 | 10725-00988 | $54,535.00 | The claim is based on investment in Placer Vineyards 2nd and is a duplicate of Claim #10725-01261. The USACM Liquidating Trust requests claim #10725-00988 be disallowed in its entirety. | 10725-01261 | $54,535.00 |
| Ciadella Living Trust Dtd 2/8/99<br>c/o Stella P Ciadella Trustee<br>650 S Town Center Dr Apt 1114<br>Bldg 29<br>Las Vegas, NV 89144-4419<br>And<br>Ciadella Living Trust Dtd 2/8/99<br>C/o Carl Ciadella<br>10012 Crescent Mesa Ln.<br>Las Vegas, NV 89148 | 10725-01040 | $250,000.00 | The claim is based on 6425 Gess, LTD and Harbor Georgetown and is a duplicate of Claim #10725-02450. The USACM Liquidating Trust requests claim #10725-01040 be disallowed in its entirety. | 10725-02450 | $250,000.00 |
| Don P Marshall Trust Dtd 7/18/95<br>c/o Don P Marshall Trustee<br>221 Chiquita Rd<br>Healdsburg, CA 95448-9055 | 10725-01044 | $200,000.00 | The claim is a duplicate of Claim #10725-02482. The USACM Liquidating Trust requests claim #10725-01044 be disallowed in its entirety. | 10725-02482 | $200,000.00 |
| Adams, Karen<br>15026 Starbuck St<br>Whittier, CA 90603 | 10725-01075 | $53,900.08 | The claim is based on investment in Bundy Canyon Land Development, LLC and is a duplicate of Claim #10725-01076. The USACM Liquidating Trust requests claim #10725-01075 be disallowed in its entirety. | 10725-01076 | $53,900.08 |

11

## USA – DUPLICATE CLAIMS TABLE

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Wayne Dotson Co<br>Peter Bogart Ceo<br>3 Hidden Lake Ct<br>Bluffton, SC 29910 | 10725-01123 | $56,500.00 | This claim is based on investment in Rio Rancho Executive Plaza, LLC and is a duplicate of Claim #10725-1266. The USACM Liquidating Trust requests claim #107225-01123 be disallowed in its entirety. | 10725-01266 | $56,500.00 |
| Ramsey, Aaron & Lara<br>7713 N 41st St<br>Niwot, CO 80503 | 10725-01132<br>10725-01133 | $37,005.78<br>$37,005.78 | These claims are based on investment in Bay Pompano Beach. They are exact duplicates and are amended by Claim #10725-02152. The USACM Liquidating Trust requests claim #10725-01132 and 10725-01133 be disallowed in their entirety. | 10725-02152 | $76,518.00 |
| Sterling, Tom<br>213 Royal Aberdeen Way<br>Las Vegas, NV 89144 | 10725-00981 | $150,000.00 | The claim is based on investment in Fiesta Oak Valley and is a duplicate of Claim #10725-01170. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00981 be disallowed in its entirety. | 10725-01170 | $50,000.00 |
| Albert Daniel Andrade<br>P.O. Box 2122<br>Oakdale, CA 95361-5122 | 10725-01189 | $100,912.00 | This claim is based on investment in Marlton Square and Cornman Totlec 160, LLC and is a duplicate of Claim #10725-01399. The USACM Liquidating Trust requests claim #10725-01189 be disallowed in its entirety. | 10725-01399 | $100,912.00 |

12

**USA – DUPLICATE CLAIMS TABLE**

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Chavez, Roland<br>5 Falkner Dr<br>Ladera Ranch, CA 92694-0294 | 10725-01195 | $50,000.00 | The claim is based on investment in Marlton Square and is a duplicate of Claim #10725-02432. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-01195 be disallowed in its entirety. | 10725-02432 | $50,000.00 |
| Adams, Herman M Brian M & Anthony G<br>1341 Cashman Dr<br>Las Vegas, NV 89102 | 10725-01220 | $4,543.39 | The claim is a duplicate of Claim #10725-01274. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-01220 be disallowed in its entirety. | 10725-01274 | $2,088,250.00 |
| Rausch, Lawrence<br>10708 Brinkwood<br>Las Vegas, NV 89134 | 10725-01228 | $44,812.00 | This claim is based on investment in HFA Clear Lake 2nd and is a duplicate of Claim #10725-02478. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-01228 be disallowed in its entirety. | 10725-02478 | $44,922.00 |
| Rausch, Lawrence<br>10708 Brinkwood<br>Las Vegas, NV 89134 | 10725-01230 | $91,467.00 | This claim is based on investment in Amesbury/Hatters Point and is a duplicate of Claim #10725-02477. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-01230 be disallowed in its entirety. | 10725-02477 | $92,887.00 |

**USA – DUPLICATE CLAIMS TABLE**

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Timothy J Porter IRA<br>8970 S Bank Dr<br>Roseburg, Or 97470-7993 | 10725-01294 | $40,955.63 | This claim is based on investment in Anchor B, LLC and Oak Shores II and is a duplicate of Claim #10725-02569. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-01294 be disallowed in its entirety. | 10725-02569 | $40,955.63 |
| Kiven, Norman<br>Andrew J Abrams Esq<br>Sugar Friedberg & Fel. LLP<br>30 N Lasalle St., Ste. 3000<br>Chicago, IL 60602 | 10725-01300 | $48,248.00 | This claim is a duplicate of Claim #10725-01478. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-01300 be disallowed in its entirety. | 10725-01478 | $96,496.00 |
| Sinett, Sheldon<br>239 Harbor View Dr<br>Port Washington, NY 11050 | 10725-01331 | $100,000.00 | The claim is based on investment in Bundy Canyon Land Development, LLC and Marlton Square and is a duplicate of claim #10725-01367. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-01331 be disallowed in its entirety. | 10725-01367 | $100,000.00 |

14

**USA – DUPLICATE CLAIMS TABLE**

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Sinett, Todd & Wendy<br>11 Cedar Ln<br>Sands Point, NY 11050 | 10725-01354 | $100,000.00 | The claims is based on investment in Binford Medical Developers, LLC and Castaic Partners III, LLC and is duplicate of Claim #10725-01386.  The USACM Liquidating Trust requests claim #10725-01354 be disallowed in its entirety. | 10725-01386 | $100,000.00 |
| Berry, William<br>5725 Daybreak Dr., Apt. D<br>Mira Loma, CA  91752-5687 | 10725-01358 | $200,000.00 | The claim is a duplicate of Claim #10725-01360.  This claim was erroneously filed twice.  The USACM Liquidating Trust requests claim #10725-01358 be disallowed in its entirety. | 10725-01360 | $200,000.00 |
| Cardwell Family Trust<br>c/o Michael J. Dawson, Esq.<br>515 South Third Street<br>Las Vegas, NV 89101 | 10725-01396<br>10725-01397 | $3,229,496.02<br>$3,331,718.07 | These claims are exact duplicates and are amended by Claim #10725-01401.  The USACM Liquidating Trust requests claim #10725-01396 and 10725-01397 be disallowed in their entirety. | 10725-01401 | $3,226,795.82 |
| Bishop, Valon<br>P.O. Box 50041<br>Reno, NV 89513 | 10725-01671 | $50,000.00 | This claim is based on investment in Gramercy Court Condos and is a duplicate of Claim #10725-01745.  This claim was erroneously filed twice.  The USACM Liquidating Trust requests claim #10725-01671 be disallowed in its entirety. | 10725-01745 | $50,000.00 |

**USA – DUPLICATE CLAIMS TABLE**

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Wahl, David C<br>P.O. Box 8012<br>Mammoth Lakes, CA 93546-8012 | 10725-01695 | $10,238.91 | The claim is a duplicate of Claim #10725-02313. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-01695 be disallowed in its entirety. | 10725-02313 | $10,238.91 |
| Wahl, David C<br>P.O. Box 8012<br>Mammoth Lakes, CA 93546 | 10725-01704 | $15,542.15 | The claim is a duplicate of Claim #10725-02335. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-01704 be disallowed in its entirety. | 10725-02335 | $15,542.15 |
| O'Neill, Charles E & Lois<br>3515 Southampton Dr.<br>Reno, NV 89509 | 10725-01730 | $75,311.86 | The claim is based on investment in 5055 Collwood LLC and Placer Vineyards and is a duplicate of Claim #10725-01731. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-01730 be disallowed in its entirety. | 10725-01731 | $75,311.86 |
| Johansen Family Trst Dted 10/23/87 Amended 6/11/04<br>Leif & Roberta Johansen Ttees<br>P.O. Box 2773<br>Truckee, CA 96160-2773 | 10725-01794 | $100,447.47 | The claim is a duplicate of Claim #10725-02455. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-01794 be disallowed in its entirety. | 10725-02455 | $100,447.47 |

**USA – DUPLICATE CLAIMS TABLE**

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Swedelson Family Trust Dtd 12/23/92 c/o Robert Swedelson Ttee 2539 Jada Dr Henderson, NV 89044 | 10725-01896 | $1,351.09 | The claim is based on investment in Beau Rivage Homes and is a duplicate of Claim #10725-02198. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-01896 be disallowed in its entirety. | 10725-02198 | $1,351.09 |
| RBR Partnership P.O. Box 376 Indian Springs, NV 89018-0376 | 10725-01954 | $55,381.90 | The claim is based on investment in MS Acquisition Company, LLC and is a duplicate of claim #10725-02319. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-01954 be disallowed in its entirety. | 10725-02319 | $55,381.90 |
| Benjamin, Philip & Maureen P.O. Box 376 Indian Springs, NV 89018-0376 | 10725-01956 | $55,381.90 | The claim is based on investment in MS Acquisition Company and is duplicate of Claim #10725-02320. The USACM Liquidating Trust requests claim #10725-01956 be disallowed in its entirety. | 10725-02320 | $55,381.90 |
| USA Commercial Real Estate Group c/o Jeffrey R Sylvester Esq Sylvester & Polednak Ltd 7371 Prairie Falcon Rd, Ste. 120 Las Vegas, NV 89128 | 10725-01982 | $10,719.49 | The claim is a duplicate of claim #10725-02318. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-01982 be disallowed in its entirety. | 10725-02318 | $10,719.49 |

**USA – DUPLICATE CLAIMS TABLE**

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Cynthia Milanowski Trust c/o Jeffrey R Sylvester Esq Sylvester & Polednak Ltd 7371 Prairie Falcon Rd, Ste. 120 Las Vegas, NV 89128 | 10725-01984 | $26,891.23 | The claim is a duplicate of Claim #10725-02317. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-01984 be disallowed in its entirety. | 10725-02317 | $26,891.23 |
| Milanowski, Nv & J Marlene 1004 Haley Pl Delta, CO 81416-2443 | 10725-01986 | $31.52 | The claim is based on investment in Brookmere/Matteson and a duplicate of claim #10725-02316. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-01986 be disallowed in its entirety. | 10725-02316 | $31.52 |
| Wisch, Craig 210 Andrew Ave Naugatuck, CT 06770 | 10725-02010 | $317,369.28 | The claim is a duplicate of claim #10725-02180. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-02010 be disallowed in its entirety. | 10725-02180 | $317,369.28 |
| Ruth Zimmerman & Moshe Kirsh Jtwros 15721 Milbank St Encino, CA 91436 | 10725-02032 | $244,311.94 | The claim is based on investment in Marquis Hotel and Riviera-Homes for America Holdings LLC and is a duplicate of Claim #10725-02033. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-02032 be disallowed in its entirety. | 10725-02033 | $244,311.94 |

## USA – DUPLICATE CLAIMS TABLE

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Marguerite Falkenborg 2000 Trust Dtd 6/20/00 c/o Marguerite Falkenborg Ttee 727 3rd Ave Chula Vista, CA 91910-5803 | 10725-02068 | $814,366.81 | The claim is a duplicate of claim #10725-02202. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-02068 be disallowed in its entirety. | 10725-02202 | $794,366.81 |
| Duberg, John H 4455 Vista Coronado Dr Chula Vista, CA 91910-3234 | 10725-02069 | $87,877.81 | The claim is based on investment in Slade and Bay Pompano Beach and is a duplicate of Claim #10725-02201. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-02069 be disallowed in its entirety. | 10725-02201 | $87,877.81 |
| Doerr Family Trust Dated 9/12/02 Franz J Doerr Shelter Trust of the Doerr Family Linda Patrucco Doerr, Ttee 690 West Riverview Cir. Reno, NV 89509-1130 | 10725-02114 10725-02115 | $659,484.08 $659,484.08 | The claims are based on investment in Harbor Georgetown, Palm Harbor One, and Tabia Ranch. They are exact duplicates and are amended by claim #10725-02116. The USACM Liquidating Trust requests claim #10725-02114 and 10725-02115 be disallowed in their entirety. | 10725-02116 | $659,484.08 |

**USA – DUPLICATE CLAIMS TABLE**

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Burgarello Inc Profit Sharing Plan c/o Ronald A Johnson Ttee 50 Snider Way Sparks, NV 89431-6308 | 10725-02128 | $405,600.00 | The claim is based on investment in Wasco Investments, J Jireh's Corporation, Gateway Stone, and Elizabeth May Real Estate and is a duplicate of claim #10725-02263. This claim was erroneously filed twice. The USACM Liquidating Trust request claim #10725-02128 be disallowed in its entirety. | 10725-02263 | $405,600.00 |
| Cibb Inc Pension Plan Ronald A Johnson Ttee 50 Snider Way Sparks, NV 89431 | 10725-02129 | $405,600.00 | The claim is based on investment in Roam Development Group, J Jireh's Corporation, Eagle Meadows Development, and Palm Harbor One and is a duplicate of claim #10725-02261. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-02129 be disallowed in its entirety. | 10725-02261 | $405,600.00 |
| Graham, Nanci 240 Upper Terrace #3 San Francisco, CA 94117-4516 | 10725-02183 | $15,823.13 | The claim is based on investment in SVRB $4,500,000 and is a duplicate of claim #10725-02370. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-02183 be disallowed in its entirety. | 10725-02370 | $15,823.13 |

**USA – DUPLICATE CLAIMS TABLE**

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Osvaldo Zunino Living Trust Dated 12/18/98<br>c/o Osvaldo Zunino Trustee<br>3575 Tioga Way<br>Las Vegas, NV 89109-3340 | 10725-02548 | $620,000.00 | The claim is a duplicate of claim #10725-02550. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-02548 be disallowed in its entirety. | 10725-02550 | $620,000.00 |
| Deller, Ross<br>1469 Harmony Hill<br>Henderson, NV 89014 | 10725-00042 | $120,000.00 | The claim is a duplicate of claim #10725-02484. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00042 be disallowed in its entirety. | 10725-02484 | $200,000.00 |
| Nevada Department of Taxation Bankruptcy Section<br>555 E Washington Ave Ste 1300<br>Las Vegas, NV 89101-1041 | 10725-00056 | $18,540.30 | The claim is based on taxes not paid and is a duplicate of claim #10725-00134. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00056 be disallowed in its entirety. | 10725-00134 | $24,596.42 |
| Marcia J Knox Living Trust Dtd 8/16/04<br>c/o Marcia J Knox Trustee<br>1885 Vintners Pl<br>Reno, NV 89509-8334 | 10725-00766<br>10725-00797<br>10725-01029<br>10725-01037 | $1,527.68<br>$46,095.47<br>$1,527.68<br>$46,095.47 | The claims are based on investment in Bay Pompano Beach and are duplicates of claim #10725-01905. The USACM Liquidating Trust requests claim #10725-00766, 10725-00797, 10725-01029, and 10725-01037 be disallowed in their entirety. | 10725-01905 | $75,539.24 |

21

**USA – DUPLICATE CLAIMS TABLE**

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Joyce E Smith Trust Dated 11/3/99 c/o Joyce E. Smith Trustee 3080 Red Springs Dr Las Vegas, NV 89135-1548 | 10725-00908 | | The claim is based on investment in Barusa and is a duplicate of claim #10725-00909. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00908 be disallowed in its entirety. | 10725-00909 | $53,791.67 |
| Rausch, Lawrence 10708 Brinkwood Ave Las Vegas, NV 89134-5245 | 10725-01223 | $50,599.83 | The claim is based on investment in Marlton Square 2nd and is a duplicate of claim #10725-02476. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-01223 be disallowed in its entirety. | 10725-02476 | $49,936.00 |
| Everett, Daniel L & Sandra M 921 Crystal Ct Foster City, CA 94404-3517 | 10725-01330 | $1,164.97 | The claim is a duplicate of claim #10725-01387. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-01330 be disallowed in its entirety. | 10725-01387 | $50,000.00 |
| Winkler Family Trust Dated 3/13/86 c/o Rudolf Winkler & Carmel Winkler Trustees 10000 Rossbury Pl Los Angeles, CA 90064-4826 | 10725-01645 | $1,210,635.98 | The claim is a duplicate of claim #10725-02279. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-01645 be disallowed in its entirety. | 10725-02279 | $605,317.99 |