RECEIVED & FILED

**Phyllis P. Wyatt**
P. O. Box 370400
Las Vegas, NV 89137-0400
702.804.1832 - (Cell) 702.525.4343

'09 JAN 14 P1 :05

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

January 13, 2009

John C. Hinderaker, Esq.
Lewis and Roca, LLP
3993 Howard Hughes Parkway
Las Vegas, NV 89169

RE; USA Commercial Mortgage Company
    Case No. BK-S-06-10725 LBR

Dear Mr. Hinderaker:

I have reviewed my IRA records regarding the Roam Development Group payoff referred to in the United States Bankruptcy Court documents that I received on January 12, 2009. Based on my records I would like to have my claim dismissed.

I hope this is the information you need to clear up this matter, if not please advise.

Sincerely,

*Phyllis P. Wyatt*
Phyllis P. Wyatt

cc: United States Bankruptcy Court, District of Nevada