RECEIVED & FILED

**Kenneth H. Wyatt**
P. O. Box 370400
Las Vegas, NV 89137-0400
702.804.1832 - (Cell) 702.525.4343

09 JAN 14 P1 :05

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

January 13, 2009

John C. Hinderaker, Esq.
Lewis and Roca, LLP
3993 Howard Hughes Parkway
Las Vegas, NV 89169

RE; USA Commercial Mortgage Company
    Case No. BK-S-06-10725 LBR

Dear Mr. Hinderaker:

I have reviewed my IRA records regarding the Roam Development Group payoff referred to in the United States Bankruptcy Court documents that I received on January 12, 2009. Based on my records I would like to correct my claim to read $2025.04 as the outstanding balance due me as of January 13, 2007.
I received the following payments on my $50,000.00 loan to the Roam Development Group:

    Original amount of the loan:     $50,000.00
    10/24/06 received a payment of $46,488.05
        Leaving a balance of $ 3,411.95
    01/30/07 received a payment of $   853.30
        Leaving a balance of $ 2,558.65
    03/27/07 received a payment of $   533.61
        Leaving a balance of $ 2,025.04

    03/27/07 received a interest payment of $266.36

I have enclosed copies of my First Savings Bank statements as backup of the payments received on my loan to Roam Development Group.

I hope this is the information you need to clear up this matter, if not please advise.

Sincerely,

Kenneth H. Wyatt

cc: United States Bankruptcy Court, District of Nevada

Enclosures: First Savings Bank Statements

2



**FIRST SAVINGS BANK**

# Kenneth H. Wyatt

**Account #: 990▇▇▇**  **Transactions Listing: 10/01/2006 to 12/31/2006**

## Cash Receipts

| Posted | Dividend - Tax Free | Income Cash | Principal Cash |
|---|---|---|---|
| 10/02/2006 | Dividend - Tax Free of Money Market | 0.00 | 86.10 |
| 11/01/2006 | Dividend - Tax Free of Money Market | 0.00 | 99.25 |
| 12/01/2006 | Dividend - Tax Free of Money Market | 0.00 | 124.56 |
| 12/29/2006 | Dividend - Tax Free of Money Market | 0.00 | 120.69 |
|  | Dividend - Tax Free Total | 0.00 | 430.60 |

| Posted | Interest - Mortgage | Income Cash | Principal Cash |
|---|---|---|---|
| 11/20/2006 | Interest - Mortgage of $361.77 of Rio Bravo Industrial Development, LLC / SVRB | 0.00 | 361.77 |
|  | Cash Receipts Total | 0.00 | 792.37 |

## Cash Disbursements

| Posted | Fee payment | Income Cash | Principal Cash |
|---|---|---|---|
| 10/31/2006 | Fees paid from account of $116.47 | 0.00 | -116.47 |
| 11/30/2006 | Fees paid from account of $0.90 | 0.00 | -0.90 |
|  | Fee payment Total | 0.00 | -117.37 |

## Securities (Involving Cash)

| Posted | Sale | Income Cash | Principal Cash |
|---|---|---|---|
| 10/24/2006 | Paydown received of 46,588.05 of Roam Development Group, L.P. | 0.00 | 46,588.05 |
|  | Grand Total | 0.00 | 47,263.05 |

### Money Market Activity

|  | Income Cash | Principal Cash |
|---|---|---|
| Purchase | 0.00 | -47,380.42 |
| Sale | 0.00 | 117.37 |
| Money Market Activity Total | 0.00 | -47,263.05 |



# Kenneth H. Wyatt

**Account #: 990[redacted]**  **Account Detail On: 12/31/2006**

|  |  | Shares | Unit Price | Cost | Market Value |
|---|---|---:|---:|---:|---:|
| **Cash** | % of Portfolio: 0.00% |  |  |  |  |
| Cash |  |  |  | 0.00 | 0.00 |
| **Other** |  |  |  |  |  |
| **Real Estate** | % of Portfolio: 24.75% |  |  |  |  |
| 6425 Gess, LTD |  | 50,000.00 | 1.0000 | 50,000.00 | 50,000.00 |
| Rio Bravo Industrial Development, LLC / SVRB |  | 15,823.13 | 0.0000 | 15,823.13 | 0.00 |
| Roam Development Group, L.P. |  | 3,411.95 | 0.0000 | 3,411.95 | 0.00 |
|  | Real Estate Total | 69,235.08 |  | 69,235.08 | 50,000.00 |
| **Tax Free** |  |  |  |  |  |
| **Money Market - Tax Exempt** | % of Portfolio: 75.25% |  |  |  |  |
| ey Market |  | 152,020.81 | 1.0000 | 152,020.81 | 152,020.81 |
|  | Grand Total | 221,255.89 |  | 221,255.89 | 202,020.81 |

**INVESTMENT PRODUCTS: NOT FDIC INSURED * NO BANK GUARANTEE * MAY LOSE VALUE**



# Kenneth H. Wyatt

**Account #: 990****                        Transactions Listing:  01/01/2007 to 03/31/2007**

## Cash Receipts

| Posted | Dividend - Tax Free | Income Cash | Principal Cash |
|---|---|---|---|
| 02/01/2007 | Dividend - Tax Free of Money Market | 0.00 | 129.16 |
| 03/01/2007 | Dividend - Tax Free of Money Market | 0.00 | 117.37 |
|  | Dividend - Tax Free Total | 0.00 | 246.53 |

| Posted | Interest - Mortgage | Income Cash | Principal Cash |
|---|---|---|---|
| 03/27/2007 | Interest - Mortgage of $266.36 of Roam Development Group, L.P. | 0.00 | 266.36 |
| 03/27/2007 | Interest - Mortgage of $889.65 of Rio Bravo Industrial Development, LLC / SVRB | 0.00 | 889.65 |
|  | Interest - Mortgage Total | 0.00 | 1,156.01 |
|  | Cash Receipts Total | 0.00 | 1,402.54 |

## Cash Disbursements

| Posted | Fee payment | Income Cash | Principal Cash |
|---|---|---|---|
| 02/01/2007 | Fee paid from account of $2.14 | 0.00 | -2.14 |
| 03/05/2007 | 2007 Annual fee paid from account of $200.00 | 0.00 | -200.00 |
| 03/30/2007 | Fees paid from account of $4.22 | 0.00 | -4.22 |
|  | Fee payment Total | 0.00 | -206.36 |

## Securities (Involving Cash)

| Posted | Sale | Income Cash | Principal Cash |
|---|---|---|---|
| 01/30/2007 | Paydown received of 853.30 of Roam Development Group, L.P. | 0.00 | 853.30 |
| 03/27/2007 | Paydown received of 533.61 of Roam Development Group, L.P. | 0.00 | 533.61 |
|  | Sale Total | 0.00 | 1,386.91 |
|  | Grand Total | 0.00 | 2,583.09 |



## Kenneth H. Wyatt

**Account #: 990▉**  **Account Detail On: 03/31/2007**

|  |  | Shares | Unit Price | Cost | Market Value |
|---|---|---:|---:|---:|---:|
| **Cash** | % of Portfolio: 0.00% |  |  |  |  |
| Cash |  |  |  | 0.00 | 0.00 |
| **Other** |  |  |  |  |  |
| **Real Estate** | % of Portfolio: 24.44% |  |  |  |  |
| 6425 Gess, LTD |  | 50,000.00 | 1.0000 | 50,000.00 | 50,000.00 |
| Rio Bravo Industrial Development, LLC / SVRB |  | 15,823.13 | 0.0000 | 15,823.13 | 0.00 |
| Roam Development Group, L.P. |  | 2,025.04 | 0.0000 | 2,025.04 | 0.00 |
|  | Real Estate Total | 67,848.17 |  | 67,848.17 | 50,000.00 |
| **Tax Free** |  |  |  |  |  |
| **Money Market - Tax Exempt** | % of Portfolio: 75.56% |  |  |  |  |
| ey Market |  | 154,603.90 | 1.0000 | 154,603.90 | 154,603.90 |
|  | Grand Total | 222,452.07 |  | 222,452.07 | 204,603.90 |

**INVESTMENT PRODUCTS: NOT FDIC INSURED * NO BANK GUARANTEE * MAY LOSE VALUE**



# Kenneth H. Wyatt

**Account #: 990****                                    Account Detail On: 12/31/2008**

|  |  | Shares | Unit Price | Cost | Market Value |
|---|---|---:|---:|---:|---:|
| **Cash** | % of Portfolio: 0.00% |  |  |  |  |
| Cash |  |  |  | 0.00 | 0.00 |
| **Cash Equivalents** |  |  |  |  |  |
| **Money Market** | % of Portfolio: 65.47% |  |  |  |  |
| Money Market |  | 23,697.26 | 1.0000 | 23,697.26 | 23,697.26 |
| **Other** |  |  |  |  |  |
| **Real Estate** | % of Portfolio: 34.53% |  |  |  |  |
| 6425 Gess, LTD |  | 12,500.00 | 1.0000 | 50,000.00 | 12,500.00 |
| Roam Development Group, L.P. |  | 2,025.04 | 0.0000 | 2,025.04 | 0.00 |
|  | Real Estate Total | 14,525.04 |  | 52,025.04 | 12,500.00 |
|  | Grand Total | 38,222.30 |  | 75,722.30 | 36,197.26 |

**INVESTMENT PRODUCTS: NOT FDIC INSURED * NO BANK GUARANTEE * MAY LOSE VALUE**