Tobias & Patricia E. Von Euw
Sun City Aliante
7431 Lintwhite St.
North Las Vegas, NV 89084-~~3726~~ 2500

RECEIVED & FILED

'09 JAN 14 P12 :47

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Mr. Lenard Schwartzer
1850 S. Jones Blvd.
Las Veges, NV 89146

Ref: USA Capital Mortgage Co.
United States Bankruptcy Court

06-10725

Please Note our new and permanent Address:

Tobias VON Euw, Revocable Trust, dated, 11-23-04
Patricia E. VON Euw, Revocable Trust, dated, 11-23-04

Thank you:
Tobias Von Euw
Patricia E. Von Euw