# USA – PALM TERRACE CLAIMS

| Claimant's Name and Address | Claim # | Claim Amount |
|---|---|---|
| Osborne, John R<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-00922 | $2,000,000.00 |
| Robert Helms<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-00923 | $2,000,000.00 |
| Jim Thylin<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-00924 | $2,000,000.00 |
| Carol Gray<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-00925 | $2,000,000.00 |
| James Douglas<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-00926 | $2,000,000.00 |
| David N. Kang<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-00927 | $2,000,000.00 |
| Connie Finch<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-00928 | $2,000,000.00 |
| Cathi Ciardella<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-00929 | $2,000,000.00 |

2007701.1