E-filed: January ____, 2009

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email: malevinson@orrick.com
       jhermann@orrick.com

*Attorneys for USA Capital
Diversified Trust Deed Fund, LLC*

Robert Kinas (Nevada Bar No. 6019)
Claire Y. Dossier (Nevada Bar No. 10030)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rkinas@swlaw.com
       cdossier@swlaw.com

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | **STIPULATED WITHDRAWAL OF OBJECTION TO NOTICES OF 2004 EXAMINATIONS, MOTION TO QUASH SUBPOENAS AND OR FOR PROTECTIVE ORDER AND MOTION FOR LIMITATION OF RULE 2004 EXAMINATIONS WITHOUT PREJUDICE** |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |

Affects:
- ☐ All Debtors
- ☒ USA Commercial Mortgage Company
- ☐ USA Securities, LLC
- ☐ USA Capital Realty Advisors, LLC
- ☒ USA Capital Diversified Trust Deed Fund, LLC
- ☐ USA First Trust Deed Fund, LLC

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, by and through its counsel

SNELL & WILMER L.L.P., and ROBERT A. RUSSELL, individually and as agent for

9409632.1

UNSER/CENTRAL PARTNERS, LLP; RUSSELL/AD DEVELOPMENT GROUP, INTERSTATE COMMERCE CENTER, LLC; AD ALBUQUERQUE DEVELOPMENT, LLC (collectively, with Russell, the "Russell Entities"), by and through his/their attorneys, SUSAN WILLIAMS SCANN, ESQ. of the law firm of DEANER, DEANER, SCANN, MALAN & LARSEN, and SCOTT A. MCGATH, Esq. of the law firm of OVERTURF MCGATH HULL & DOHERTY, PC, hereby stipulate to withdraw the Russell Entities' *Objection to Notices of 2004 Examinations, Motion to Quash Subpoenas and or for Protective Order and Motion for Limitation of Rule 2004 Examinations* [DN #6176] without prejudice.

SNELL & WILMER L.L.P.

By: /s/ Claire Y. Dossier
Robert Kinas (Nevada Bar No. 6019)
Claire Y. Dossier (Nevada Bar No. 10030)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
and
Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capital Mall, Suite 3000
Sacramento, CA 95814-4497

*Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

DEANER, DEANER, SCANN, MALAN & LARSEN

By: [signature]
Susan W. Scann (Nevada Bar No. 000776)
720 South Fourth Street, Suite 300
Las Vegas, NV 89101

and

Scott A. McGath, Esq.
625 East 16th Avenue, Suite 100
Denver, CO 80203

*Attorneys for Robert A. Russell*