**Entered on Docket
January 20, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, CA 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email: malevinson@orrick.com
       jhermann@orrick.com
*Attorneys for USA Capital*
*Diversified Trust Deed Fund, LLC*

Robert Kinas (Nevada Bar No. 6019)
Claire Y. Dossier (Nevada Bar No. 10030)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rkinas@swlaw.com
       cdossier@swlaw.com

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **ORDER APPROVING<br>STIPULATED WITHDRAWAL<br>OF OBJECTION TO NOTICES** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | **OF 2004 EXAMINATIONS,<br>MOTION TO QUASH<br>SUBPOENAS AND OR FOR<br>PROTECTIVE ORDER AND<br>MOTION FOR LIMITATION OF<br>RULE 2004 EXAMINATIONS<br>WITHOUT PREJUDICE AND<br>VACATING JANUARY 22, 2009<br>HEARING** |

9420626.1
01/20/09

Affects:
- ☐ All Debtors
- ☒ USA Commercial Mortgage Company
- ☐ USA Securities, LLC
- ☐ USA Capital Realty Advisors, LLC
- ☒ USA Capital Diversified Trust Deed Fund, LLC
- ☐ USA First Trust Deed Fund, LLC

The Court having considered that certain *Stipulated Withdrawal of Objection to Notices of 2004 Examinations, Motion to Quash Subpoenas and or for Protective Order and Motion for Limitation of Rule 2004 Examinations* [DN # 6757],

IT IS HEREBY ORDERED that the *Stipulated Withdrawal of Objection to Notices of 2004 Examinations, Motion to Quash Subpoenas and or for Protective Order and Motion for Limitation of Rule 2004 Examinations* is APPROVED;

IT IS FURTHER ORDERED that the January 22, 2009, 9:30 a.m. hearing set for the *Objection to Notices of 2004 Examinations, Motion to Quash Subpoenas and or for Protective Order and Motion for Limitation of Rule 2004 Examinations* [DN #6176] is hereby VACATED.

IT IS SO ORDERED.

Respectfully submitted by:

SNELL & WILMER L.L.P.

By: /s/ Claire Y. Dossier
  Robert Kinas (Nevada Bar No. 6019)
  Claire Y. Dossier (Nevada Bar No. 10030)
  3883 Howard Hughes Parkway, Suite 1100
  Las Vegas, NV 89169
     and
  Marc A. Levinson (California Bar No. 57613)
  Jeffery D. Hermann (California Bar No. 90445)
  ORRICK, HERRINGTON & SUTCLIFFE LLP
  400 Capital Mall, Suite 3000
  Sacramento, CA 95814-4497

*Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

DEANER, DEANER, SCANN, MALAN & LARSEN

By: /s/ Susan W. Scann
  Susan W. Scann (Nevada Bar No. 000776)
  720 South Fourth Street, Suite 300
  Las Vegas, NV 89101

     and

  Scott A. McGath, Esq.
  625 East 16th Avenue, Suite 100
  Denver, CO 80203

*Attorneys for Robert A. Russell*

###

9420626.1
01/20/09

- 2 -