# EXHIBIT A

**USA – PALM TERRACE CLAIMS**

| **Claimant's Name and Address** | **Claim #** | **Claim Amount** |
|---|---|---|
| Palm Terrace Llc<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-00914 | $2,000,000.00 |
| First Interstate Resource Management Inc<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-00915 | $2,000,000.00 |
| Fidelity Mangement Alliance Inc<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-00916 | $2,000,000.00 |
| Global Property Network Inc<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-00917 | $2,000,000.00 |
| Wow Enterprises Inc<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-00918 | $2,000,000.00 |
| Catalyst Funding Corporation<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-00919 | $2,000,000.00 |
| Advisor Financial Alliance<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-00920 | $2,000,000.00 |
| Gray, Russell W<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-00921 | $2,000,000.00 |

| | | |
|---|---|---|
| Osborne, John R<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-00922 | $2,000,000.00 |
| Robert Helms<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-00923 | $2,000,000.00 |
| Jim Thylin<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-00924 | $2,000,000.00 |
| Carol Gray<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-00925 | $2,000,000.00 |
| James Douglas<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-00926 | $2,000,000.00 |
| David N. Kang<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-00927 | $2,000,000.00 |
| Connie Finch<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-00928 | $2,000,000.00 |
| Cathi Ciardella<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-00929 | $2,000,000.00 |
| Palm Terrace Llc<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-01052 | $2,000,000.00 |

2005725.1

| | | |
|---|---|---|
| First Interstate Resource Management Inc<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-01053 | $2,000,000.00 |
| Fidelity Management Alliance Inc<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-01054 | $2,000,000.00 |
| Global Property Network Inc<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-01055 | $2,000,000.00 |
| Wow Enterprises Inc<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-01056 | $2,000,000.00 |
| Catalyst Funding Corporation<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-01057 | $2,000,000.00 |
| Advisor Financial Alliance<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-01058 | $2,000,000.00 |
| Gray, Russell<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-01059 | $2,000,000.00 |
| Osborne, John R<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-01060 | $2,000,000.00 |
| Helms, Robert<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-01061 | $2,000,000.00 |

| | | |
|---|---|---|
| Thylin, Jim<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-01062 | $2,000,000.00 |
| Gray, Carol<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-01063 | $2,000,000.00 |
| Douglas, James<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-01064 | $2,000,000.00 |
| Kang, David N<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-01065 | $2,000,000.00 |
| Finch, Connie<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-01066 | $2,000,000.00 |
| Ciardella, Cathi<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-01067 | $2,000,000.00 |

2005725.1