

**Entered on Docket
January 27, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor. | BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br><br>Debtor. | **ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL** |
| Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

### ORDER GRANTING MOTION TO FILE DOCUMENTS UNDER SEAL

By oral motion, Geoffrey Berman, Trustee of the USACM Liquidating Trust (the "USACM Trust"), Michael Tucker, Manager of the USA Capital Diversified Trust Deed Fund, LLC ("DTDF"), and Piercy, Bowler, Taylor & Kern, PC ("PBTK") (collectively, the "Parties")

**ORDER GRANTING MOTION TO**                   Page 1 of 3
**FILE DOCUMENTS UNDER SEAL**

1  moved this Court to allow certain documents to be filed under seal, including: (a) the *Settlement*
2  *Agreement, Mutual Release, and Covenants* between the Parties (the "Settlement Agreement");
3  (b) the amendment thereto (the "Amendment"); and (c) the affidavit of Mr. Richard Bowler
4  discussing the financial condition and insurance coverage of PBTK (the "Affidavit").  After
5  considering the motion, evidence, and arguments of counsel, this Court is of the opinion that
6  good cause exists to grant the Motion under Federal Rule of Bankruptcy Procedure Rule 9018.  It
7  is therefore,
8      ORDERED that the USACM Trust and DTDF's Motion to File Documents Under Seal is
9  GRANTED; and it is further,
10     ORDERED that the USACM Trust and DTDF may file the Settlement Agreement, the
11 Amendment, and the Affidavit under seal; and it is further,
12     ORDERED that this Court will retain jurisdiction to interpret and enforce this Order.

CERTIFICATION PURSUANT TO LOCAL RULE 9021

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

_____   The court has waived the requirement of approval under LR 9021

_____   No parties appeared or filed written objections, and there is no trustee appointed in the case.

  X     I have delivered a copy of this proposed order to all counsel, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or filed to respond to the document.]

Vincent O'Gara          Approved

Tim O'Reilly            Failed to Respond

DATED:  January 22, 2009

/s/ J. Maxwell Beatty
J. Maxwell Beatty

# # #