RECEIVED & FILED

Office of the Clerk.
300 Las Vegas Blvd. S.
Las Vegas, NV 89101.

'09 JAN 28 P1 :08

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Clerk of the Bankruptcy Court

Mary A. Schott

My name is Rand Sullivan I am writing you because I wish to put in a change of address. I recently received a notice of filing transcript dated November 24, 2008, Case number 06-10725-lbr. And it went to my old address of two years ago, 215 Stags Leap Cir. Sparks NV 89441-7284. My tenant at that address felt the envelope must be important so he sent it to me.

It seems that there are so many entities involved in the USA Capital Case; it is difficult to keep up with the different entities and keep my address, up-to-date. I don't know if the Bankruptcy Court is the correct place to send this update. But I will also send one to the attorney on the envelope as well.

My current address is:
853 Old Quarry Rd. S.
Larkspur, CA 94939

I would appreciate your help in this matter.

Sincerely
Rand Sullivan