EXHIBIT B

| Investor Name | Legal Vesting Name | Address Line 1 | Address Line 2 | Address Line 3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| Albert  Montero | Albert Montero Trustee of the Albert Montero Family Trust U/A dated 11/3/94 | FAMILY TRUST U/A DATED 11/3/94 | C/O ALBERT MONTERO TRUSTEE | PO BOX 325 | GENOA | NV | 89411-0325 | United States |
| Alvin L Allen | Alvin L. Allen & Valerie Allen, husband & wife, as joint tenants with right of survivorship | 4798 DESERT VISTA RD | | | LAS VEGAS | NV | 89121-5627 | United States |
| Alvina A. Sedlak | Alvina Agatha Sedlak Trustee of the Alvina Agatha Sedlak Living Trust dated 6/23/04 | TRUST DATED 6/23/04 | C/O ALVINA AGATHA SEDLAK TRUSTEE | 7840 E CAMELBACK RD UNIT 203 | SCOTTSDALE | AZ | 85251-2250 | United States |
| Anita A. York | Anita A. York, a married woman dealing with her sole and separate property | 1237 GOLD RUSH LN | | | PLACERVILLE | CA | 95667-9640 | United States |
| Anna  Lieblein | Anna Lieblein, an unmarried woman & John Drakoules, an unmarried man | 1122 DOUGLAS DR | | | LAS VEGAS | NV | 89102-1814 | United States |
| Audrey A. Roe | Audrey A. Roe Trustee of The Roe Living Trust dated 2/14/95 | C/O AUDREY A ROE TRUSTEE OF | 2211 LOUSETOWN RD | | RENO | NV | 89521-7012 | United States |
| Barbara  Ram | Barbara Ram, a married woman dealing with her sole & separate property, & Ilana Yakuel, a married woman dealing with her sole & separate property | 8063 ALPINE FIR AVE | | | LAS VEGAS | NV | 89117-2561 | United States |
| Barbara Sue Luthi | Barbara Sue Luthi Trustee of the Barbara Sue Luthi Trust dated 7/9/97 | TRUST DATED 7/9/97 | C/O BARBARA SUE LUTHI TRUSTEE | 2418 FM 3092 | GAINESVILLE | TX | 76240 | United States |
| Barry D. McWaters | Barry D. McWaters Trustee of the McWaters Living Trust dated 9/03/2005 | 208 CAZARES CIR | | | SONOMA | CA | 95476-7308 | United States |

| Blair E. Roach | Blair E. Roach & Barbara K. Roach, husband & wife, as joint tenants with right of survivorship | PO BOX 1238 | | | ZEPHYR COVE | NV | 89448-1238 | United States |
|---|---|---|---|---|---|---|---|---|
| Brian K Gallagher | Brian K. Gallagher & Mariateresa Gallagher, husband & wife, as joint tenants with right of survivorship | 2761 W SHAUNA DR | | | GOLDEN VALLEY | AZ | 86413-8833 | United States |
| Christine E Miller | Christine E Miller Trustee of the Christine E Miller Revocable Trust dated 03/05/04 | C/O STEVE H. MILLER | 7527 E. PASARO DR | | SCOTTSDALE | AZ | 85262 | USA |
| Thomas Kewell | Clawiter Associates, LLC, a California limited liability company | 1620 COLCHESTER ST | | | DANVILLE | CA | 94506-2093 | United States |
| Crosbie Ronning | Crosbie B. Ronning, a single woman | PO BOX 7804 | | | INCLINE VILLAGE | NV | 89452-7804 | United States |
| Daniel Meyers | Daniel Meyers, a single man | 3800 S DECATUR BLVD SPC 71 | | | LAS VEGAS | NV | 89103-5817 | United States |
| Darlene Hammond | Darlene Hammond Trustee of the Dar Living Trust dated 2/12/03 | C/O DARLENE HAMMOND TRUSTEE | 308 LA RUE CT | | LAS VEGAS | NV | 89145-4170 | United States |
| David McDougall | David B. McDougall & Barbara K. McDougall, husband & wife, as joint tenants with the right of survivorship | 12390 FRANCIS DRIVE | | | GRASS VALLEY | CA | 95949 | United States |
| David R Fuller | David R. Fuller & Monica Fuller Trustees of the David R. Fuller & Monica D. Fuller Trust | C/O DAVID R FULLER & MONICA FULLER TRUSTEES | 955 MULLEN AVE | | LAS VEGAS | NV | 89044-9542 | United States |
| Dean Watson | Dean Watson, a married man dealing with his sole & separate property | P O Box 2690 | | | Fort Bragg | CA | 95437 | United States |

| Debt Acquisition Company | Debt Acquisition Company | Attn: Silvia Lukes | 1565 Hotel Circle South | Suite 310 | San Diego | CA | 92108 | USA |
|---|---|---|---|---|---|---|---|---|
| Dennis M. Greco | Dennis M. Greco & Gloria J. Greco, husband & wife, as joint tenants with right of survivorship | 2515 PERRYVILLE DR | | | RENO | NV | 89521-6244 | United States |
| Donald  Redmon | Donald E. Redmon & Jaylyle Redmon Trustees of the Donald E. Redmon & Jaylyle Redmon Family Trust dated 10/31/95 | TRUST DATED 10/31/95 | C/O DONALD E REDMON & JAYLYLE REDMON TRUSTEES | 51 SANLO LN | MOUNTAIN HOME | AR | 72653-6333 | United States |
| Donna  Denny | Donna Lou  Denny Trustee of The Denny 1983 Marital Trust dated 2/14/83 | TRUST DATED 2/14/83 | C/O DONNA LOU DENNY TRUSTEE | 4350 SLEEPY HOLLOW DR | RENO | NV | 89502-8623 | United States |
| Donna  Webb | Donna Webb, a single woman | 500 N. Estrella Pkwy | B2-405 | | Goodyear | AZ | 85338 | United States |
| Douglas W Carson | Douglas Carson Trustee of the Douglas W. Carson Trust | C/O DOUGLAS CARSON TRUSTEE | HC 34 BOX 34153 | | ELY | NV | 89301-9201 | United States |
| Douglas  O'Herron | Douglas O'Herron & Nancy O'Herron Trustees of the Douglas & Nancy O'Herron Revocable Trust dated 4/2/02 | TRUST DATED 4/2/02 | C/O DOUGLAS O`HERRON & NANCY O`HERRON TRUSTEES | 5316 BYRON NELSON LN | LAS VEGAS | NV | 89149-6492 | United States |
| Dr. Toya V. Russell | Dr. Toya V. Russell, a single woman | 26 RICHSTONE COVE | | | JACKSON | TN | 38305-1716 | United States |
| Edna  Wilson | Edna P. Wilson, a married woman dealing with her sole & separate property & Sloan D. Wilson, an unmarried man, as joint tenants with the right of survivorship | 78 Buchanan St | #203 | | San Francisco | CA | 94102 | United States |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Edward G Loughlin | Edward G. Loughlin, an unmarried man & Thelma E. Guevara, an unmarried woman, as joint tenants with right of survivorship | 2636 GOLDEN SANDS DR | | | LAS VEGAS | NV | 89128-6805 | United States |
| Edward H. Kim | Edward H. Kim, an unmarried man | 8324 W. Charleston Blvd | Unit #2008 | | LAS VEGAS | NV | 89117-9205 | United States |
| Edward S Debolt | Edward S. Debolt & Sharron DeBolt Trustees of the DeBolt Living Trust dated 7/30/01 | C/O EDWARD S DEBOLT & SHARRON DEBOLT TRUSTEES | 5650 FORET CIR | | RENO | NV | 89511-5043 | United States |
| Edwin Hausler | Edwin L. Hausler, Jr., Trustee for the Edwin Lowell Hausler, Jr. Living Trust dated 1/3/92 | TRUST DATED 1/3/92 | C/O EDWIN L HAUSLER JR TRUSTEE | 4617 CONSTITUTION AVE NE | ALBUQUERQUE | NM | 87110 | United States |
| Edwin Perez | Edwin Perez & Antonia Perez, husband & wife, as joint tenants with right of survivorship | 806 N HUDSON AVE | | | LOS ANGELES | CA | 90038-3610 | United States |
| Eric J. Schmitt | Eric J. Schmitt and Valerie L. Schmitt, Trustees of The Schmitt Trust | C/O ERIC J SCHMITT AND VALERIE L SCHMITT TRUSTEES | 5941 BRASSIE CIR | | HUNTINGTON BEACH | CA | 92649-2748 | United States |
| Evelyn Calhoun | Evelyn A. Calhoun, an unmarried woman transferable on death to Dale E. Calhoun | 369 FM 2848 | | | VALLEY VIEW | TX | 76272-5134 | United States |
| Evelyn A. Ives | Evelyn A. Ives Trustee of the Mevin J. Ives & Evelyn A. Ives QTIP Trust | C/O EVELYN A IVES TRUSTEE | 220 1ST ST APT 3 | | SEAL BEACH | CA | 90740-5908 | United States |
| Albert Blumenthal | First Savings Bank Custodian For Albert Blumenthal IRA | 6 HERITAGE COURT | | | ATHERTON | CA | 94027 | United States |
| Ann Gordon | First Savings Bank Custodian For Ann Gordon IRA | 2605 E Flamingo Road | | | Las Vegas | NV | 89121 | United States |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Edward C. Galvin | First Savings Bank Custodian For Edward Galvin IRA | 2605 E. Flamingo Road | | | Las Vegas | NV | 89121 | United States |
| Gerald J Caron | First Savings Bank Custodian For Gerald J. Caron IRA | 2605 E. Flamingo Road | | | Las Vegas | NV | 89121 | United States |
| Karen  Sass | First Savings Bank Custodian For Karen E. Sass IRA | 2605 E. Flamingo Road | | | Las Vegas | NV | 89121 | United States |
| Larry H. Anderson | First Savings Bank Custodian For Larry H. Anderson IRA | 2605 E Flamingo Rd | | | Las Vegas | NV | 89121 | United States |
| Peggy Ann Valley | First Savings Bank Custodian For Peggy Ann Valley IRA | 2605 E Flamingo Road | | | Las Vegas | NV | 89121 | United States |
| Allison  Sullivan | First Savings Bank Custodian For Robert Sullivan IRA | PO Box 685 | | | Tijeras | NM | 87059-0685 | United States |
| Frank  Wasko | First Trust Co. Of Onaga Custodian for Frank Wasko as Beneficiary of the Stephanie Wasko IRA | 214 W. 9th Street | P.O. Box 420 | | Onaga | KS | 66521-0420 | United States |
| Frank  Cerrone | Frank A. Cerrone & Shari L. Cerrone Trustees of The Cerrone Family Trust dated 1/26/96 | TRUST DATED 1/26/96 | C/O FRANK A CERRONE & SHARI L CERRONE TRUSTEES | 1502 BIG VALLEY WAY | RENO | NV | 89521-6141 | United States |
| Frank  Russell Jr | Frank Russell, Jr., a married man dealing with his sole & separate property | 3314 PACES FERRY RD SE | | | ATLANTA | GA | 30339-3716 | United States |
| Frederick W. Kewell | Frederick W. Kewell, II Trustee of the Kewell Living Trust dated 7/18/89 | C/O THOMAS KEWELL, TRUSTEE | 1620 COLCHESTER ST | | DANVILLE | CA | 94506 | United States |
| Fumiko  Beals | Fumiko Beals, a widow | 33 TIDWELL LN | | | HENDERSON | NV | 89074-3365 | United States |

| Gary J.  O'Hara | Gary J. O'Hara & Janice D. O'Hara Co-Trustees of the O'Hara Familly Trust dated 2/26/93 | C/O GARY J O`HARA & JANICE D O`HARA CO-TRUSTEES | 18310 CALLE LA SERRA | | RANCHO SANTA FE | CA | 92091-0103 | United States |
|---|---|---|---|---|---|---|---|---|
| Gary N Taylor | Gary N. Taylor Trustee of the Gary N. Taylor PSP | C/O GARY N TAYLOR TRUSTEE | 532 COLLEGE DR APT 313 | | HENDERSON | NV | 89015-7536 | United States |
| Gayle  Harkins | Gayle Harkins, a married woman dealing with her sole & separate property | 1204 CAMBALLERIA DR | | | CARSON CITY | NV | 89701-8655 | United States |
| Darrin D Badger | Gemini 5 Family Limited Partnership | 3455 Cliff Shadows Pkwy #220 | | | Las Vegas | NV | 89129 | United States |
| Gene  Smith | Gene Smith & Emily Smith, husband & wife, & Patricia Gunn, a married woman dealing with her sole & separate property, as joint tenants with right of survivorship | 419 SHIPLEY DR | | | YERINGTON | NV | 89447-2632 | United States |
| Gene  Smith | Gene Smith & Emily Smith, husband and wife, as joint tenants with right of survivorship | 419 SHIPLEY DR | | | YERINGTON | NV | 89447-2632 | United States |
| George J. Motto | George Motto & Jane R. Motto, husband & wife, as joint tenants with right of survivorship | 17212 SPATES HILL RD | | | POOLESVILLE | MD | 20837-2163 | United States |
| Gerald W Wickland | Gerald W. Wickland & Irene F. Wickland Co-Trustees of the Wickland Family Trust dated 2/10/81 | C/O GERALD W WICKLAND & IRENE F WICKLAND CO-TTEES | 6062 VIA POSADA DEL NORTE | PO BOX 8465 | RANCHO SANTA FE | CA | 92067-8465 | United States |
| Gilbert  Manuel | Gilbert Manuel, Trustee of the Gilbert Manuel Living Trust dated 1/3/92 | TRUST DATED 1/3/92 | C/O GILBERT MANUEL TRUSTEE | 4617 Constitution Ave. NE | Albuquerque | NM | 87110 | United States |

| Grable  Ronning | Grable B. Ronning Trustee of the Bosworth 1988 Family Trust for the benefit of Eric Ronning dated 11/4/88 | FBO ERIC RONNING DATED 11/4/88 | C/O GRABLE B RONNING TTEE | PO BOX 7804 | INCLINE VILLAGE | NV | 89452-7804 | United States |
|---|---|---|---|---|---|---|---|---|
| Hannah  Brehmer | Hannah Brehmer, an unmarried woman & Marti McAllister, a married woman dealing with her sole & separate property, as joint tenants with right of survivorship | 188 BEACON HILL DR | | | ASHLAND | OR | 97520-9701 | United States |
| Harold E. Pals | Harold E. Pals Trustee of the Claire H. Pals Revocable Living Trust U/A dated 12/11/02 | REVOCABLE LIVING TRUST U/A DATED 12/11/02 | C/O HAROLD PALS TRUSTEE | 226-2 Morgyn Ln. | Boulder City | NV | 89005 | United States |
| Harvey A. Kornhaber | Harvey A. Kornhaber, a single man | P.O. Box 10376 | | | Truckee | CA | 96162 | USA |
| William  Pile | Helen R. Pile, a widow & William E. Pile, a married man dealing with his sole & separate property, as joint tenants with right of survivorship | 5118 RANGE VIEW AVE | | | LOS ANGELES | CA | 90042-1738 | United States |
| Herbert  Lum | Herbert Lum Trustee of the Herbert Lum Trust dated 11/27/96 | C/O HERBERT LUM TRUSTEE | 5783 BALLINGER DR | | LAS VEGAS | NV | 89142-2656 | United States |
| Howard L. Craig | Howard L. Craig & Frankye D. Craig Trustees of the Craig Living Trust dated 08/10/00 | C/O HOWARD L CRAIG & FRANKYE D CRAIG TRUSTEES | 1735 CAUGHLIN CREEK RD | | RENO | NV | 89509-0687 | United States |
| J. Richard McMichael | J. Richard McMichael & Karen L. McMichael Trustees of the McMichael Living Trust dated 12/16/88 | DATED 12/16/88 | C/O J RICHARD & KAREN L MCMICHAEL TTEES | 13840 18TH AVE SW | BURIEN | WA | 98166-1049 | United States |

| Jack Humphry | Jack Humphry & Alice Humphry Trustees of the Humphry 1999 Trust | C/O JACK HUMPHRY & ALICE HUMPHRY TRUSTEES | 3825 CHAMPAGNE WOOD DR | | NORTH LAS VEGAS | NV | 89031-2056 | United States |
|---|---|---|---|---|---|---|---|---|
| James C Presswood | James Columbus Presswood & Sharon Elaine Presswood Trustees of the Presswood Living Trust dated 12/18/02 | 5900 GOODWIN AVE | | | DALLAS | TX | 75206-6108 | United States |
| James Michael Moore | James Michael Moore & Jody C. Moore, husband & wife, as joint tenants with right of survivorship | 2009 WILLOW TREE CT | | | THOUSAND OAKS | CA | 91362-1347 | United States |
| James R Simmons | James R. Simmons, Jr. & Patsy K. Simmons Trustees of the 1998 Simmons Family Revocable Trust Dated 10/2/1998 | DATED 10/2/1998 | C/O JAMES R SIMMONS JR & PATSY K SIMMONS TRUSTEES | 1805 N CARSON ST # 316 | CARSON CITY | NV | 89701-1216 | United States |
| Jason L. Holt | Jason L. Holt & Sally A. Holt, husband & wife, as joint tenants with right of survivorship | 806 BUCHANAN BLVD STE 115 PMB 248 | | | BOULDER CITY | NV | 89005-2144 | United States |
| Jeannine Gahring | Jeannine M. Gahring Trustee of the Jeannine M. Gahring Revocable Trust dated 6/27/97 | DATED 6/27/97 | C/O JEANNINE M GAHRING TRUSTEE | 17282 CANDLEBERRY | IRVINE | CA | 92612-2310 | United States |
| Jennefer Peele | Jennefer Cole Peele Trustee of the Peele Bypass Trust dated 2/10/87 | 2581 RAMPART TERRACE | | | RENO | NV | 89519 | United States |
| Robert M. Lampert | Jester, LP, a Nevada limited partnership | 2024 WINTER WIND ST | | | LAS VEGAS | NV | 89134-6697 | United States |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| John Austin Werthing, Sr. | John Austin Werthing, Sr. & Sallie Mae Werthing Trustees of The Werthing Senior Family Trust dated 10/22/01 | TRUST DATED 10/22/01 | C/O JOHN AUSTIN WERTHING SR & SALLIE MAE WERTHING | 56 COUNTRY CLUB CV | JACKSON | TN | 38305-3909 | United States |
| John D. Lane IV | John D. Lane, IV, an unmarried man | 9404 OLYMPIA FIELDS DR | | | SAN RAMON | CA | 94583-3943 | United States |
| John H Warner Jr | John H. Warner, Jr. & Linda M. Warner Trustees of The Warner Family Trust dated 3/17/00 | TRUST DATED 3/17/00 | C/O JOHN H WARNER JR & LINDA M WARNER TRUSTEES | 2048 CHETTRO TRL | ST GEORGE | UT | 84770-5345 | United States |
| John M Tripp | John M. Tripp Trustee of the Tripp Family Trust 1997 | C/O JOHN M TRIPP TRUSTEE | 6550 VIEWPOINT DR | | LAS VEGAS | NV | 89156-7004 | United States |
| John R. Fleiner | John R. Fleiner & Karen M. Fleiner, husband & wife, as joint tenants with right of survivorship | 7825 LAS PLUMAS DR | | | SPARKS | NV | 89436 | United States |
| Jor Law | Jor Law, a single man | 5196 PARKWAY CALABASAS | | | CALABASAS | CA | 91302-1480 | United States |
| Kenneth H. Wyatt | Kenneth H. Wyatt & Phyllis P. Wyatt Trustees of The Kenneth H. & Phyllis P. Wyatt Family Trust | C/O KENNETH H WYATT & PHYLLIS P WYATT TRUSTEES | PO BOX 370400 | | LAS VEGAS | NV | 89137-0400 | United States |
| Kip E. Virts | Kip E. Virts & Melissa A. Virts, husband & wife, as joint tenants with right of survivorship | 5925 BAR HARBOUR CT | | | ELK GROVE | CA | 95758-4230 | United States |
| Krystina L. Kehl | Krystina A. Kehl, a single woman | 9001 LINCOLN RD | | | FULTON | IL | 61252-9724 | United States |
| Larry Fernandez | Larry Fernandez Trustee of the Fernandez Family Trust dated 6/20/84 | TRUST DATED 6/20/84 | C/O LARRY FERNANDEZ TRUSTEE | 3312 PLAZA DEL PAZ | LAS VEGAS | NV | 89102-4032 | United States |

| Lawrence Reynolds | Lawrence H. Reynolds & Jayne L. Reynolds, husband & wife, as joint tenants with right of survivorship | 650 W NATIONAL AVE | | | WINNEMUCCA | NV | 89445-2633 | United States |
|---|---|---|---|---|---|---|---|---|
| Leland Swanson | Leland K. Swanson & Lena M. Swanson Trustees of the Swanson Family Trust dated 9/14/94 | C/O LELAND K SWANSON & LENA M SWANSON TRUSTEES | 212 GREENBRIAR LN | | BUFFALO | MN | 55313-9329 | United States |
| Leonard C Adams | Leonard C. Adams and Denise M. Adams, trustees of The Leonard Adams Revocable Trust Under Trust Agreement dated July 11, 1983 | UNDER TRUST AGREEMENT DATED 7/11/83 | C/O LEONARD C ADAMS AND DENISE M ADAMS TTEES | 9290 E THOMPSON PEAK PKWY UNIT 491 | SCOTTSDALE | AZ | 85255-4519 | United States |
| Linda Vlautin | Linda C. Vlautin Trustee of the Linda C. Vlautin Trust dated 10/31/01 | TRUST DATED 10/31/01 | C/O LINDA C VLAUTIN TRUSTEE | 6152 WYCLIFFE CIR | RENO | NV | 89509-7346 | United States |
| Richard C. MacDonald | MacDonald Center for the Arts and Humanities | FOR THE ARTS AND HUMANITIES | 1730 W HORIZON RIDGE PKWY | | HENDERSON | NV | 89012-1001 | United States |
| Marie A. Maki | Marie A. Maki & Raymond E. Maki, husband & wife, as joint tenants with right of survivorship | 9024 COLUMBIA ST | | | SAINT JOHN | IN | 46373-9345 | United States |
| Marion B. Dittman | Marion B. Dittman, an unmarried woman | 16505 S. E. 1st Street, Suite A, PMB 128 | | | Vancouver | WA | 98684 | United States |
| Marsha Kendall | Marsha Kendall Trustee of the David A. Gean Revocable Trust dated 4/3/92 | TRUST DATED 4/3/92 | C/O MARSHA KENDALL TRUSTEE | 6615 E PACIFIC COAST HWY STE 260 | LONG BEACH | CA | 90803-4228 | United States |
| Mary Dunlop | Mary E. Dunlop Trustee of the Mary E. Dunlop 1992 Trust dated 7/29/03 | TRUST DATED 7/29/03 | C/O MARY E DUNLOP TRUSTEE | 10969 LAS CASITAS | Atascadero | CA | 93422 | United States |

| Maureen A. Hjelte | Maureen A. Hjelte & G. Craig Hjelte, husband & wife, as joint tenants with right of survivorship | PO BOX 1462 | | | TAHOE CITY | CA | 96145-1462 | United States |
|---|---|---|---|---|---|---|---|---|
| Maurice Jones | Maurice Jones & Marlene Y. Jones Trustees of the Jones Family Trust dated 9/3/98 | C/O MAURICE JONES & MARLENE Y JONES TRUSTEES | PO BOX 14203 | | Palm Desert | CA | 92255-4203 | United States |
| Michael Tarr | Michael Tarr, a single man | 2812 TORONJA WAY | | | SACRAMENTO | CA | 95833-3746 | United States |
| Michael Cecil | Michael W. Cecil, a married man dealing with his sole & separate property | 899 TIMBERLAKE DR | | | ASHLAND | OR | 97520-9090 | United States |
| Nancy Rivard | Nancy K. Rivard & David L. Olden Trustees of the Nancy Kathryn Rivard & David Lee Olden Trust dated 7/20/83 | TRUST DATED 7/20/83 | C/O NANCY K RIVARD & DAVID L OLDEN TRUSTEES | PO BOX 31257 | LAS VEGAS | NV | 89173-1257 | United States |
| Neal J. Stehly | Neal J. Stehly & Kam E. Stehly Trustees of the Neal & Kam Stehly Family Trust dated 1/8/00 | DATED 1/8/00 | C/O NEAL J STEHLY & KAM E STEHLY TRUSTEES | 6586 WINDFLOWER DR | CARLSBAD | CA | 92011-2508 | United States |
| Noel S Gouveia | Noel S. Gouveia, a married man dealing with his sole & separate property | 1543 ALISAL AVE | | | SAN JOSE | CA | 95125-5034 | United States |
| Orban Reich | Alan Kent Reich, Trustee of the Orban H. Reich Trust dated 12/27/00 | PO BOX 1844 | | | RENO | NV | 89505-1844 | United States |
| Patricia A. Herrin | Patricia A. Herrin & Terry W. Royder, wife & husband, as joint tenants with right of survivorship | 9404 MOUNTAINAIR AVE | | | LAS VEGAS | NV | 89134-6215 | United States |

| Paul Fedrizzi | Paul Fedrizzi & Jane E. Fedrizzi, husband & wife, as joint tenants with right of survivorship | 11005 SE 18TH ST | | | VANCOUVER | WA | 98664-6196 | United States |
|---|---|---|---|---|---|---|---|---|
| Gary M. Hogan | Pensco Trust Company Custodian For Gary Hogan IRA H01BD | P O Box 26903 | | | San Francisco | CA | 94126 | United States |
| R Loughlin | R. Lance Loughlin, a married man | 12286 CLIPPER CREEK RD | | | NEVADA CITY | CA | 95959-9659 | United States |
| Alan Teegardin | Resident Agents of Nevada, Inc. | 711 S Carson St Ste #4 | | | Carson City | NV | 89701 | United States |
| Richard A Helmberger | Richard A. Helmberger & Genene M. Helmberger, joint tenants with right of survivorship | 3908 Moonshine Falls Ave | | | North Las Vegas | NV | 89085 | United States |
| Richard Woldorsky | Richard Woldorsky, a single man | 2517 LYNN AVE | | | ST LOUIS PARK | MN | 55416-3953 | United States |
| Robert Bennett | Robert Bennett, a married man dealing with his sole & separate property & Dorothy Bennett, a single woman, as joint tenants with right of survivorship | 426 W ENGLEWOOD AVE | | | CHICAGO | IL | 60621-3238 | United States |
| Robert D. Smith | Robert D. Smith, an unmarried man & Jane Feld, an unmarried woman, as joint tenants with right of survivorship | 1141 GRAND AVE. | | | OROVILLE | CA | 95965 | United States |
| Robert J. Moretto | Robert J. Moretto & Josephine Moretto Trustees of the Moretto Family Living Trust dated 9/19/94 | TRUST DATED 9/19/94 | C/O ROBERT J MORETTO & JOSEPHINE MORETTO TRUSTEES | 3211 BAKER ST | SAN FRANCISCO | CA | 94123-1806 | United States |

| Robert J. Rossetter | Robert J. Rossetter & Jane L. Rossetter, husband & wife, as joint tenants with right of survivorship | 21333 BACK ALLEY ST | | | BEND | OR | 97701-9687 | United States |
|---|---|---|---|---|---|---|---|---|
| Robert L Herpst | Robert L. Herpst Trustee of the Herpst Family Trust dated 8/16/90 | C/O ROBERT L HERPST TRUSTEE | 1805 ROYAL BIRKDALE DR | | BOULDER CITY | NV | 89005-3661 | United States |
| Rose M. Louis | Robert S. Louis and Rose M. Louis, Trustees of The Robert S. Louis and Rose M. Louis Family Revocable Living Trust dated 4/22/05 | REVOCABLE LIVING TRUST DATED 4/22/05 | C/O ROBERT S LOUIS AND ROSE M LOUIS TRUSTEES | 5814 ENGSTROM DR | RIVERBANK | CA | 95367-9524 | United States |
| Robert  Shapiro | Robert Shapiro & Betty Grant, husband & wife, as joint tenants with right of survivorship | 139 WEATHERSTONE DR | | | HENDERSON | NV | 89074-3302 | United States |
| Robert W. Roberts | Robert W. Roberts & Donna R. Roberts, husband & wife, as joint tenants with right of survivorship | 4708 NE 199TH AVE | | | VANCOUVER | WA | 98682-9162 | United States |
| Frank  Snopko | Rocklin/Redding LLC | C/O JACKIE ALLAIRE | 10 KAHUA KAI WAY | | LAHAINA | HI | 96761 | United States |
| Roger  Bruce | Roger C. Bruce, a single man | 7875 GEYSER HILL LN | | | LAS VEGAS | NV | 89147-5640 | United States |
| Heidi R Dixon | Ronald O. Dixon & Heidi R. Dixon, husband & wife, as joint tenants with right of survivorship | 210 N MALL DR APT 78 | | | ST GEORGE | UT | 84790-8194 | United States |
| Roy  H.  Hibdon | Roy H. Hibdon & Oma C. Hibdon, husband & wife, as joint tenants with right of survivorship | 4860 HILTON CT | | | RENO | NV | 89509-2925 | United States |

| Russell M Blood | Russell M. Blood & Judy A. Blood Trustees of the Blood Family Trust dated 5/18/99 | C/O RUSSELL M BLOOD & JUDY A BLOOD TRUSTEES | 140 BROWNSTONE DR | | MOORESVILLE | NC | 28117-3717 | United States |
|---|---|---|---|---|---|---|---|---|
| Scott K Canepa | Scott K. Canepa Charitable Supporting Organization | 9704 Highridge Dr | | | Las Vegas | NV | 89134 | United States |
| Shelley  Cranley | Shelley Wike Cranley Trustee of The S.W. Cranley Revocable Trust dated 2/20/03 | C/O SHELLEY WIKE CRANLEY TRUSTEE | 3801 Maurice Court | | LAS VEGAS | NV | 89108 | United States |
| Shirley J Tuffanelli | Shirley Jean Tuffanelli Trustee of the Shirley Jean Tuffanelli Trust dated 6/18/91 | TRUST DATED 6/18/91 | C/O SHIRLEY JEAN TUFFANELLI TRUSTEE | 2260 MOHIGAN WAY | LAS VEGAS | NV | 89109-3374 | United States |
| Stanley  Ferraro | Stanley Ferraro, a married man, Florence Ferraro, a married woman, and Mildred Fischermann, a single woman, all as joint tenants with the right of survivorship | AND MILDRED FISCHERMANN | 2300 AIRLANDS ST | | LAS VEGAS | NV | 89134-5317 | United States |
| Stanley  J.  Baldwin | Stanley J. Baldwin & Patricia A. Baldwin, husband & wife, as joint tenants with right of survivorship | 44 INNISBROOK AVE | | | LAS VEGAS | NV | 89113-1225 | United States |
| Steve   Wilcox | Stephen L. Wilcox and Gail M. Wilcox, husband and wife, as joint tenants with the right of survivorship | PO BOX 1051 | | | MINDEN | NV | 89423-1051 | United States |

| Tamara  Dias | Tamara Dias Trustee of the Helms Grandchildren Educational Trust For the Benefit of Jarod Dias dated 7/21/98 | FOR THE BENEFIT OF JAROD DIAS DATED 7/21/98 | C/O TAMARA DIAS TRUSTEE | 1316 SONIA CT | VISTA | CA | 92084-4237 | United States |
|---|---|---|---|---|---|---|---|---|
| Teresa A Bell | Teresa Anne Bell Trustee of the Teresa Anne Bell Living Trust | C/O TERESA ANNE BELL TRUSTEE | 1944 GREY EAGLE ST | | HENDERSON | NV | 89074-0670 | United States |
| Teresa G. Zeller | Teresa G. Zeller Trustee of the Teresa G. Zeller Trust | C/O TERESA G ZELLER TRUSTEE | 2920 WHALERS COVE CIR | | LAS VEGAS | NV | 89117-3696 | United States |
| Terry  Helms | Terry Helms Trustee of the Terry Helms Living Trust dated 11/11/94 | TRUST DATED 11/11/94 | C/O TERRY HELMS TRUSTEE | 809 UPLAND BLVD | LAS VEGAS | NV | 89107-3719 | United States |
| Travis L. Killebrew | Travis L. Killebrew & Lorna F. Killebrew, husband & wife, as joint tenants with right of survivorship | 1520 PALOMINO DR | | | HENDERSON | NV | 89015-8719 | United States |
| Christian F Turner | Turner Development, LLC, a California limited liability company | 461 N CARLISLE PL | | | ORANGE | CA | 92869-6020 | United States |
| William C. Eastland | William C. Eastland & Carol A. Eastland Trustees of the Eastland Family Joint Living Trust dated 1/18/00 | TRUST DATED 1/18/00 | C/O WILLIAM C EASTLAND & CAROL A EASTLAND TRUSTEES | 2100 MULBERRY LN | PLACERVILLE | CA | 95667-9361 | United States |
| William  D.  Wickland | William D. Wickland & Victoria R. Wickland, husband & wife, as joint tenants with right of survivorship | PO BOX 283 | | | TAHOE VISTA | CA | 96148-0283 | United States |
| William H. Lenhart | William H. Lenhart Trustee of the William H. Lenhart Living Trust | C/O WILLIAM H LENHART TRUSTEE | 1209 WILSHIRE ST | | LAS VEGAS | NV | 89146-1429 | United States |
| William  Kassel | William J. Kassel Trustee of the Kassel 1988 Trust | C/O WILLIAM J KASSEL TRUSTEE | 4533 PONY EXPRESS ST | | NORTH LAS VEGAS | NV | 89031-0114 | United States |

| William J. Weldon | William J. Weldon | PO Box 3161 | | | INCLINE VILLAGE | NV | 89450 | USA |
|---|---|---|---|---|---|---|---|---|
| William L. Hane | William L. Hane & Marcia L. Hane Trustees of the William L. Hane Family Trust dated 9/1/95 | TRUST DATED 9/1/95 | C/O WILLIAM L HANE & MARCIA L HANE TRUSTEES | PO BOX 31450 | MESA | AZ | 85275-1450 | United States |
| William P. Austin | William P. Austin & Mary Lee Austin, joint tenants with right of survivorship | 453 HEAD STREET | | | VICTORIA | BC | V9A 5S1 | CANADA |
| William  Long | William R. Long, a single man | 93 BROKEN ROCK DR | | | HENDERSON | NV | 89074-1041 | United States |
| William W Ogren | William W. Ogren & Betty R. Ogren, husband & wife, as joint tenants with  right of survivorship | 22102 SHANNONDELL DRIVE | | | AUDUBON | PA | 19403 | United States |
| Woodrow  Smith | Woodrow Smith & Mary Alyce Smith, as joint tenants with right of survivorship | 6847 TREE HAVEN CT | | | LAS VEGAS | NV | 89146-5174 | United States |