LEWIS
AND
ROCA
——LLP——
L A W Y E R S

1  3993 Howard Hughes Parkway, Suite 600
   Las Vegas, NV 89169-5996
   Facsimile (702) 949-8321
2  Telephone (702) 949-8320

3  40 North Central Avenue, Suite 1900
   Phoenix, Arizona  85004-4429
   Facsimile (602) 734-3824
   Telephone (602) 262-5756
4
5  Rob Charles NV State Bar No. 006593
   Email:  rcharles@lrlaw.com
   John Hinderaker AZ State Bar No. 018024
   Email: jhinderaker@lrlaw.com
6  Attorneys for USACM Liquidating Trust

| E-Filed on 2/4/09 |

7

8  ## UNITED STATES BANKRUPTCY COURT

9  ## DISTRICT OF NEVADA

10 In re:                                          Case No. BK-S-06-10725-LBR[1]
                                                   Case No. BK-S-06-10726-LBR[1]
11 USA Commercial Mortgage Company,                Case No. BK-S-06-10727-LBR
                                                   Case No. BK-S-06-10728-LBR[2]
12 USA Capital Realty Advisors, LLC,[1]            Case No. BK-S-06-10729-LBR[3]

13 USA Capital Diversified Trust Deed Fund,        CHAPTER 11
   LLC,
14                                                 Jointly Administered Under Case No.
   USA Capital First Trust Deed Fund, LLC,[2]      BK-S-06-10725 LBR

15 USA Securities, LLC,[3]                         **Notice of Entry of Order Sustaining
                                 Debtors.          Second Omnibus Objection of The
16                                                 USACM Trust to Proofs of Claim
   **Affects:**                                    Based Upon Investment in the
17 ☐ All Debtors                                   Preserve At Galleria, LLC Loan**
   ☒ USA Commercial Mortgage Company
18 ☐ USA Capital Realty Advisors, LLC
   ☐ USA Capital Diversified Trust Deed Fund, LLC
19 ☐ USA Capital First Trust Deed Fund, LLC
   ☐ USA Securities, LLC
20

21

22      **PLEASE TAKE NOTICE** that an Order Sustaining Second Omnibus Objection of

23 the USACM Liquidating Trust to Proofs of Claim Based Upon Investment in the Preserve

24 ————————————————

25 [1] This bankruptcy case was closed on September 23, 2008.

26 [2] This bankruptcy case was closed on October 12, 2007.

   [3] This bankruptcy case was closed on December 26, 2007.

                                                              250919.1

**LEWIS**
**AND**
**ROCA**
**LLP**
L A W Y E R S

At Galleria, LLC [DE 6777] was entered on the 30th day of January 2009, a true and correct copy of which is attached hereto as Exhibit 1.

RESPECTFULLY SUBMITTED February 4, 2009.

**LEWIS AND ROCA LLP**


By    s/ John Hinderaker (18024)
                Rob Charles
                John Hinderaker
*Attorneys for USACM Liquidating Trust*

PROOF OF SERVICE

Copy of the foregoing mailed by First Class, U.S. Mail, postage prepaid, on February 4, 2009 to the parties listed on Exhibit A to the attached order.

s/ Renee L. Creswell
Renee L. Creswell
Lewis and Roca

2

250919.1