Entered on Docket
January 30, 2009

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR[1] |
| USA Commercial Mortgage Company, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[2] |
| USA Capital Realty Advisors, LLC,[1] | Case No. BK-S-06-10729-LBR[3] |
| USA Capital Diversified Trust Deed Fund, LLC, | CHAPTER 11 |
| USA Capital First Trust Deed Fund, LLC,[2] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA Securities, LLC,[3] | |
| Debtors. | **ORDER SUSTAINING FIRST OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED UPON INVESTMENT IN THE PRESERVE AT GALLERIA, LLC LOAN** |
| **Affects:** | |
| ☐ All Debtors | |
| ☒ USA Commercial Mortgage Company | |
| ☐ USA Capital Realty Advisors, LLC | Hearing Date: January 22, 2009 |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | Hearing Time: 9:30 a.m. |
| ☐ USA Capital First Trust Deed Fund, LLC | |
| ☐ USA Securities, LLC | |

---

[1] This bankruptcy case was closed on October 12, 2007.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 26, 2007.

250680.1

1  Pending before the Court is the USACM Liquidating Trust's First Omnibus
2  Objection to Proofs of Claim Based Upon Investment in the Preserve At Galleria, LLC
3  Loan (the "Objection") [DE 6637]. Adequate notice of the Objection was given. No
4  responses were filed to the Objection and no opposition was raised to the Objection at the
5  hearing on January 22, 2009. Good cause appearing,
6  IT IS ORDERED that the Objection is sustained and the Proofs of Claim listed on
7  Exhibit A attached are disallowed in their entirety because they were based entirely upon
8  an investment in the Preserve At Galleria, LLC Loan.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**


By:___/s/ John Hinderaker (#18024)___
      Rob Charles
      John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

- ☐ The Court waived the requirements of approval under LR 9021.
- ☐ No parties appeared or filed written objections, and there is no trustee appointed in the case.
- ☒ No opposition was filed to the motion and no other party or counsel appeared at the hearing.
- ☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing, and any trustee appointed in the case, and each has approved or disapproved the order, or failed to respond, as indicated below:

**LEWIS AND ROCA LLP**

By: /s/ John Hinderaker (#18024)
Rob Charles
John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

250680.1

# PRESERVE AT GALLERIA LOAN
# FIRST OMNIBUS OBJECTION

## EXHIBIT A
### Single Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Preserve at Galleria Loan |
|---|---|---|---|---|
| 10725-00962 | Donald G. and Bette Coleen Bevan | 1553 Springwater Drive Orem, UT 84058-5868 | $43,000.00 | $43,000.00 |
| 10725-02456 | Cohn Family Living Trust Dated 1/15/96 | Jerry Cohn and Gloria L. Cohn Ttees 301 Bryant Street #103 San Francisco, CA 94107 | $200.10 | $200.10 |
| 10725-00265 | Esperance Family Trust Dtd 12/9/04 | Robert J. and Mary A. Esperance Ttees 904 Dolce Drive Sparks, NV 89434-6646 | $60,000.00 | $60,000.00 |
| 10725-00373 | Hansen Family Trust Dtd 6/6/89 | Kenneth L. and Donna J. Hansen Ttees 13287 Rattlesnake Road Grass Valley, CA 95945-8814 | $240.12 | $240.12 |
| 10725-00356 | Robert W. Hill | 4900 San Timoteo Avenue NW Albuquerque, NM 87114-3813 | $800.39 | $800.39 |
| 10725-01978 | John Manter | 1449 Tirol Drive Incline Village, NV 89451 | $24,800.00 | $24,800.00 |
| 10725-00912 | Joyce E Smith Trust Dated 11/3/99 | c/o Joyce E. Smith Trustee 3080 Red Springs Drive Las Vegas, NV 89135-1548 | $80,478.95 | $80,478.95 |
| 10725-01759 | Charlotte Snopko Marital Trust Dtd 8/31/04 | Frank Snopko Ttee Stephen R. Harris, Esq. Belding Harris & Petroni Ltd. 417 West Plumb Lane Reno, NV 89509 | $250,000.00 | $250,000.00 |
| 10725-00543 | Lynn Wilkelis | P.O. Box 642 Buellton, CA 93427 | $53,104.00 | $53,104.00 |
| 10725-00534 | Lynn Wilkelis and Ann Marsden | P.O. Box 642 Buellton, CA 93427-0642 | $400.19 | $400.19 |
| 10725-01013 | Gregory D. Yonai, Trustee | 1982 Country Cove Court Las Vegas, NV 89135-1552 | $39,292.00 | $39,292.00 |