

**Peggy Ann Valley**
**Jay C. McLaughlin**
**4843 South Point**
**Discovery Bay, CA 94505**

February 7, 2009

Judge Linda B. Riegle
Foley Federal Building
300 Las Vegas Blvd. South, Courtroom 1
Las Vegas, Nevada 89169

RE: USA Capital

Honorable Judge Riegle:

I have investments under the following names with USA Capital:

- Peggy Ann Valley, as her sole and separate property
- Jay C. McLaughlin & Peggy Ann Valley, as trustees under the McLaughlin-Valley Trust
- First Savings Bank, Custodian FBO Peggy Ann Valley

I object to the sale of the prepaid interest to the DACA on behalf of all three of the above direct lenders.

Sincerely,

Peggy Ann Valley, Trustee

Jay C. McLaughlin & Peggy Ann Valley, Trustee

Peggy Ann Valley, Beneficiary

Cc: Lewis & Roca
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, NV 89169-5969