E-filed on 02/10/09

**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email: adiamond@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
Email: emadden@diamondmccarthy.com

Special Litigation Counsel for USACM Liquidating Trust

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321

Rob Charles, NV State Bar No. 006593
Email: rcharles@lrlaw.com

Counsel for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br><br>Debtor. | **NOTICE OF HEARING ON MOTION FOR APPROVAL OF SETTLEMENT PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE** |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Hearing Date:   February 20, 2009<br>Hearing Time:   10:30 a.m. PST |

**NOTICE IS HEREBY GIVEN** that a Motion for Approval of Settlement Pursuant to

Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Motion") was filed on February

10, 2009 by the USACM Liquidating Trust (the "USACM Trust") [Dkt. No. 6794].  The Motion

seeks entry of an order approving the Proposed Settlement[1] between the USACM Trust, Fiesta Development, Inc. ("Fiesta"), Ashby USA, LLC ("Ashby USA"), Richard K. Ashby ("Ashby"), Random Developments, LLC ("Random"), and Ashby Development Company, Inc. ("Ashby Development")[2].

**NOTICE IS FURTHER GIVEN** that if you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then you must file an opposition with the Court, and serve a copy on the person making the Motion *no later than 15 days* after the date of this Notice.  If the hearing date has been set on less than 15 days' notice, then the opposition must be filed and served *no later than 5 business days* before the hearing.  The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

If you object to the relief requested in the Motion, you *must* file a **WRITTEN** response to the Motion with the Court.  You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:

- The Court may *refuse to allow you to speak* at the scheduled hearing; and

- The Court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held before the Honorable Linda B. Riegle, United States Bankruptcy Judge, in the Foley Federal Building,

---

[1]    Unless otherwise defined, capitalized terms are used as defined in the Motion.

[2]    Fiesta, Ashby, Ashby USA, Random, and Ashby Development are collectively referred to as the "Defendants."

146100.1

1    300 Las Vegas Boulevard South, Third Floor, Bankruptcy Courtroom No. 1, Las Vegas, Nevada

2    89101 on **Friday, February 20, 2009, at 10:30 a.m.**

3

4          Dated:  February 10, 2009

5    **DIAMOND MCCARTHY LLP**                    **LEWIS AND ROCA LLP**

6
     By:    */s/ Stephen T. Loden*                    By:    */s/ Rob Charles*
7    Allan B. Diamond, TX 05801800 (pro hac vice)    Rob Charles, NV 6593
     Stephen T. Loden, TX 24002489 (pro hac vice)    3993 Howard Hughes Parkway, Suite 600
8    J. Maxwell Beatty, TX 24051740 (pro hac vice)    Las Vegas, Nevada  89169-5996
     909 Fannin, Suite 1500                    (702) 949-8320 (telephone)
9    Houston, Texas 77010                    (702) 949-8321 (facsimile)
     (713) 333-5100 (telephone)
10   (713) 333-5199 (facsimile)                    *Counsel for USACM Liquidating Trust*

11   *Special Litigation Counsel*
     *for USACM Liquidating Trust*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

146100.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the law firm of DIAMOND MCCARTHY LLP, and that on the 10th day of February 2009, I served a true and correct copy of the foregoing **NOTICE OF HEARING ON MOTION FOR APPROVAL OF SETTLEMENT PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE** by electronic transmission to all parties on the Post Effective Date Service List and counsel for all Defendants as set forth below:

Richard F. Holley
Santoro, Driggs, Walch, Kearney, Holley & Thompson
400 South Fourth Street, Third Floor
Las Vegas, NV  89101
rholley@nevadafirm.com

   _/s/  Catherine A. Burrow, CLA_____
Catherine A. Burrow, CLA
Diamond McCarthy LLP

146100.1