COPPER SAGE LOAN
FIRST OMNIBUS OBJECTION

# EXHIBIT A
Single Loan Claims

| Claim | Name | Address | Total Claim Amount | Claim Amount Relating to Copper Sage Commerce | Amount Scheduled for Unremitted Principal in the Copper Sage Commerce Loan | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| 10725-00029 | Timothy F. Burrus and Joann Ortiz-Burrus | Del Hardy, Esq. Hardy Law Group 96-98 Winter St. Reno, NV  89503-5605 | $64,440.40 | $64,440.40 | $34,717.39 | $29,723.01 |
| 10725-00641 | Creating Moving Experiences | 503 Kiel St. Henderson, NV  89015-4729 | $100,000.00 | $100,000.00 | - | $100,000.00 |
| 10725-01203 | Joan M. Crittenden | P.O. Box 2577 Olympic Valley, CA 96146-2577 | $73,241.93 | $73,241.93 | $26,038.04 | $47,203.89 |
| 10725-01125 | Wayne Dotson Co. | Peter Bogart CEO 3 Hidden Lake Ct Bluffton, SC  29910 | $56,000.00 | $56,000.00 | - | $56,000.00 |
| 10725-00142 | Edward and Marge Fraser Ttees | 14220 Sorrel Lane Reno, NV  89511 | $200,000.00 | $200,000.00 | - | $200,000.00 |
| 10725-02361 | Paul L. Garcell and Pamela Hertz Rev Family Trust | Paul L. Garcell Trustee 2013 Grouse St Las Vegas, NV  89134 | $100,000.00 | $100,000.00 | - | $100,000.00 |
| 10725-02362 | Murray Hertz | 2013 Grouse St Las Vegas, NV  89134 | $100,000.00 | $100,000.00 | - | $100,000.00 |
| 10725-01344 | Loftfield Revocable Living Trust | c/o James Ronald Loftfield and Catherine Pauline Loftfield Tees 1532 Beech Grove Las Vegas, NV  89119-0367 | $44,191.84 | $44,191.84 | $38,189.12 | $6,002.72 |
| 10725-00406 | Nevada Freedom Corp. | Ftbo Duane U. Deverill 774 Mays Blvd., Ste. 10 Pmb 186 Incline Village, Nv  89451-9613 | $101,472.60 | $101,472.60 | - | $101,472.60 |

243048.1