COPPER SAGE LOAN
SECOND OMNIBUS OBJECTION

# EXHIBIT A
Single Loan Claims

| Claim | Name | Address | Total Claim Amount | Claim Amount Relating to Copper Sage Commerce | Amount Scheduled for Unremitted Principal in the Copper Sage Commerce Loan | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| **10725-00536** | Lee Novak | 503 Kiel St Henderson, NV 89015 | $100,000.00 | $100,000.00 | - | $100,000.00 |
| **10725-01882** | Dennis Raggi | P.O. Box 10475 Zephyr Cove, NV 89448-2475 | $26,813.05 | $26,813.05 | - | $26,813.05 |
| **10725-01495** | John H. and Anita Saunders | 3665 Brighton Way Reno, NV 89509 | $50,000.00 | $50,000.00 | - | $50,000.00 |
| **10725-00072** | Eldon N. Smith | 370 N. Pfeiffer Horn Dr . Alpine, UT 84004 | $40,174.40 | $40,174.40 | $34,717.39 | $5,457.01 |
| **10725-01390** | Miklos Steuer | P.O. Box 60267 Las Vegas, NV 89160 | $323,533.78 | $323,533.78 | $246,187.77 | $77,346.01 |
| **10725-02568** | Mazal Yerushalmi | 8904 Greensboro Ln Las Vegas, NV 89134-0502 | $40,174.40 | $40,174.40 | | $40,174.40 |

243065.1