COPPER SAGE LOAN
THIRD OMNIBUS OBJECTION

# EXHIBIT A
Multiple Loan Claim

| Claim | Name | Address | Total Claim Amount | Claim Amount Relating to Copper Sage Commerce | Amount Scheduled for Unremitted Principal in the Copper Sage Commerce Loan | Approximate Amount Subject to Objection Because it Relates to an Investment in the Copper Sage Commerce |
|---|---|---|---|---|---|---|
| 10725-02366 | Al-Awar Living Trust Dtd 4/05/01 | Adib M. and Ellen A. Al-Awar Ttees 1330 Burro Ct Gardnerville, NV 89410 | $3,615,913.62 | $400,000.00 | - | $400,000.00 |
| 10725-02215 | Charles B. Anderson Trust | Janet L. Chubb, Esq. Jones Vargas P.O. Box 281 Reno, NV 89504 | $185,281.09 | $35,750.73 | $34,717.39 | $1,033.34 |
| 10725-01396 | Cardwell Family Trust | c/o Michael J. Dawson, Esq. 515 S Third Street Las Vegas, NV 89101 | $3,229,496.02 | $193,321.21 | - | $193,321.21 |
| 10725-01397 | Cardwell Family Trust | c/o Michael J. Dawson, Esq. 515 S. Third Street Las Vegas, NV 89101 | $3,331,718.07 | $193,321.21 | - | $193,321.21 |
| 10725-01401 | Cardwell Family Trust | c/o Michael J. Dawson, Esq. 515 S. Third Street Las Vegas, NV 89101 | $3,226,795.82 | $300,000.00 | $104,152.17 | $195,847.83 |
| 10725-02068 | Marguerite Falkenborg 2000 Trust Dtd 6/20/00 | c/o Marguerite Falkenborg Ttee 727 3rd Ave Chula Vista, CA 91910-5803 | $794,366.81 | $47,387.68 | - | $47,387.68 |
| 10725-02202 | Marguerite Falkenborg 2000 Trust Dtd 6/20/00 | c/o Marguerite Falkenborg Trustee 727 3rd Ave Chula Vista, CA 91910-5803 | $794,366.81 | $47,387.68 | $34,717.39 | $12,670.29 |
| 10725-01212 | Jay E. Henman Retirement Plan | c/o Jay E. Henman Trustee 1023 Ridgeview Ct Carson City, NV 89705-8054 | $747,243.00 | $50,000.00 | - | $50,000.00 |
| 10725-01660 | Robert J. and Ruth Ann Kehl | Janet L.Chubb, Esq. Jones Vargas P.O. Box 281 Reno, NV 89504-0281 | $12,841,680.13 | $401,744.00 | $347,173.90 | $54,570.10 |
| 10725-02433 | Michaelian Holdings LLC | 413 Canyon Greens Dr Las Vegas, NV 89144-0829 | $1,267,075.50 | $100,000.00 | - | $100,000.00 |

243061.1