COPPER SAGE LOAN
FOURTH OMNIBUS OBJECTION

# EXHIBIT A
Multiple Loan Claim

| Claim | Name | Address | Total Claim Amount | Claim Amount Relating to Copper Sage Commerce | Amount Scheduled for Unremitted Principal in the Copper Sage Commerce Loan | Approximate Amount Subject to Objection Because it Relates to an Investment in the Copper Sage Commerce |
|---|---|---|---|---|---|---|
| 10725-01984 | Cynthia Milanowski Trust | c/o Jeffrey R. Sylvester, Esq. Sylvester & Plednak Ltd. 7371 Prairie Falcon Rd, Ste 120 Las Vegas, NV 89128 | $26,891.23 | $26,813.05 | - | $26,813.05 |
| 10725-02317 | Cynthia Milanowski Trust | c/o Jeffrey R. Sylvester, Esq Sylvester & Polednak 7371 Prairie Falcon Rd., Ste. 120 Las Vegas, NV 89128 | $26,891.23 | $26,813.05 | $26,038.04 | $775.01 |
| 10725-01208 | Pete Monighetti | 6515 Frankie Ln Prunedale, CA 93907 | $1,509,963.55 | $50,000.00 | - | $50,000.00 |
| 10725-02353 | Musso Living Trust Dtd 11/30/92 | Walter and Barbara Musso Ttees P.O. Box 2566 Avila Beach, CA 93424 | $623,004.79 | $50,000.00 | - | $50,000.00 |
| 10725-01878 | Dennis Raggi | P.O. Box 10475 Zephyr Cove, NV 89448 | $10,451.54 | Unclear From Proof of Claim | - | Unclear From Proof of Claim |

250717.1