COPPER SAGE LOAN
FIFTH OMNIBUS OBJECTION

# EXHIBIT A
Multiple Loan Claim

| Claim | Name | Address | Total Claim Amount | Claim Amount Relating to Copper Sage Commerce | Amount Scheduled for Unremitted Principal in the Copper Sage Commerce Loan | Approximate Amount Subject to Objection Because it Relates to an Investment in the Copper Sage Commerce |
|---|---|---|---|---|---|---|
| 10725-02226 | Dennis Raggi | P.O. Box 10475 Zephyr Cove, NV 89448 | $4,884,068.70 | $60,261.60 | - | $60,261.60 |
| 10725-02188 | Richard M. Raker Living Trust Dtd 3/18/98 | Richard M. Raker Ttee 982 Shoreline Dr San Mateo, CA 94404 | $524,840.30 | $121,894.00 | - | $121,894.00 |
| 10725-00812 | Santoro Family Trust Dtd 4/29/02 | c/o Nicholas J. and Juanita Santoro Ttees 2312 Pearl Crest St Las Vegas, NV 89134-6732 | $300,000.00 | $50,000.00 | - | $50,000.00 |
| 10725-01472 | Santoro Family Trust Dtd 4/29/02 | c/o Nicholas J. and Juanita Santoro Ttees 2312 Pearl Crest St Las Vegas, NV 89134-6732 | $300,000.00 | $50,000.00 | - | $50,000.00 |
| 10725-01982 | USA Commercial Real Estate Group | c/o Jeffrey R. Sylvester, Esq. Sylvester & Polednak Ltd. 7371 Prairie Falcon Rd, Ste 120 Las Vegas, NV 89128 | $10,719.49 | $8,937.69 | - | $8,937.69 |
| 10725-02318 | USA Commercial Real Estate Group | c/o Jeffrey R. Sylvester, Esq. Sylvester & Polednak Ltd 7371 Prairie Falcon Rd, Ste 120 Las Vegas, NV 89128 | $10,719.49 | $8,937.69 | $8,679.35 | $258.34 |
| 10725-01885 | Melody J. Violet | P.O. Box 2201 Vista, CA 92085 | Unclear From Proof of Claim | $50,000.00 | Unclear From Proof of Claim | $50,000.00 |
| 10725-02402 | Weible 1981 Trust Dtd 6/30/81 | Ardis and Dean F. Weible Co. Ttees. 6314 Tara Ave Las Vegas, NV 89146 | $315,193.10 | $80,348.80 | $34,717.39 | $45,631.41 |
| 10725-00961 | Mazal Yerushalmi | 8904 Greensboro Ln Las Vegas, NV 89134-0502 | $314,598.00 | $40,174.40 | $34,717.39 | $5,457.01 |

243066.1