COPPER SAGE LOAN

## EXHIBIT A
### DECLARATION OF EDWARD M. BURR

| Claim | Name | Address | Total Claim Amount | Claim Amount Relating to Copper Sage Commerce | Amount Scheduled for Unremitted Principal in the Copper Sage Commerce Loan | Approximate Amount Subject to Objection Because it Relates to an Investment in the Copper Sage Commerce |
|---|---|---|---|---|---|---|
| 10725-02366 | Al-Awar Living Trust Dtd 4/05/01 | Adib M. and Ellen A. Al-Awar Ttees 1330 Burro Ct Gardnerville, NV 89410 | $3,615,913.62 | $400,000.00 | - | $400,000.00 |
| 10725-02215 | Charles B. Anderson Trust | Jones Vargas Attn: Janet L. Chubb, Esq. P.O. Box 281 Reno, NV 89504 | $185,281.09 | $35,750.73 | $34,717.39 | $1,033.34 |
| 10725-00029 | Timothy F. Burrus and Joann Ortiz-Burrus | Del Hardy, Esq. Hardy Law Group 96-98 Winter St. Reno, NV 89503-5605 | $64,440.40 | $64,440.40 | $34,717.39 | $29,723.01 |
| 10725-01396 | Cardwell Family Trust | c/o Michael J. Dawson, Esq. 515 S Third Street Las Vegas, NV 89101 | $3,229,496.02 | $193,321.21 | - | $193,321.21 |
| 10725-01397 | Cardwell Family Trust | c/o Michael J. Dawson, Esq. 515 S. Third Street Las Vegas, NV 89101 | $3,331,718.07 | $193,321.21 | - | $193,321.21 |
| 10725-01401 | Cardwell Family Trust | c/o Michael J. Dawson, Esq. 515 S. Third Street Las Vegas, NV 89101 | $3,226,795.82 | $300,000.00 | $104,152.17 | $195,847.83 |
| 10725-00641 | Creating Moving Experiences | 503 Kiel St. Henderson, NV 89015-4729 | $100,000.00 | $100,000.00 | - | $100,000.00 |
| 10725-01203 | Joan M. Crittenden | P.O. Box 2577 Olympic Valley, CA 96146-2577 | $73,241.93 | $73,241.93 | $26,038.04 | $47,203.89 |
| 10725-01125 | Wayne Dotson Co. | Peter Bogart CEO 3 Hidden Lake Ct Bluffton, SC 29910 | $56,000.00 | $56,000.00 | - | $56,000.00 |
| 10725-02068 | Marguerite Falkenborg 2000 Trust Dtd 6/20/00 | c/o Marguerite Falkenborg Ttee 727 3rd Ave Chula Vista, CA 91910-5803 | $794,366.81 | $47,387.68 | - | $47,387.68 |

243063.1

COPPER SAGE LOAN

## EXHIBIT A
### DECLARATION OF EDWARD M. BURR

| Claim | Name | Address | Total Claim Amount | Claim Amount Relating to Copper Sage Commerce | Amount Scheduled for Unremitted Principal in the Copper Sage Commerce Loan | Approximate Amount Subject to Objection Because it Relates to an Investment in the Copper Sage Commerce |
|---|---|---|---|---|---|---|
| 10725-02202 | Marguerite Falkenborg 2000 Trust Dtd 6/20/00 | c/o Marguerite Falkenborg Trustee 727 3rd Ave Chula Vista, CA 91910-5803 | $794,366.81 | $47,387.68 | $34,717.39 | $12,670.29 |
| 10725-00142 | Edward and Marge Fraser Ttees | 14220 Sorrel Lane Reno, NV 89511 | $200,000.00 | $200,000.00 | - | $200,000.00 |
| 10725-02361 | Paul L. Garcell and Pamela Hertz Rev Family Trust | Paul L Garcell Trustee 2013 Grouse St Las Vegas, NV 89134 | $100,000.00 | $100,000.00 | - | $100,000.00 |
| 10725-01212 | Jay E. Henman Retirement Plan | c/o Jay E. Henman Trustee 1023 Ridgeview Ct Carson City, NV 89705-8054 | $747,243.00 | $50,000.00 | - | $50,000.00 |
| 10725-02362 | Murray Hertz | 2013 Grouse St Las Vegas, NV 89134 | $100,000.00 | $100,000.00 | - | $100,000.00 |
| 10725-01660 | Robert J. and Ruth Ann Kehl | Janet L.Chubb, Esq. Jones Vargas P.O. Box 281 Reno, NV 89504-0281 | $12,841,680.13 | $401,744.00 | $347,173.90 | $54,570.10 |
| 10725-01344 | Loftfield Revocable Living Trust | c/o James Ronald Loftfield and Catherine Pauline Loftfield Tees 1532 Beech Grove Las Vegas, NV 89119-0367 | $44,191.84 | $44,191.84 | $38,189.12 | $6,002.72 |
| 10725-02433 | Michaelian Holdings LLC | 413 Canyon Greens Dr Las Vegas, NV 89144-0829 | $1,267,075.50 | $100,000.00 | - | $100,000.00 |
| 10725-01984 | Cynthia Milanowski Trust | c/o Jeffrey R. Sylvester, Esq. Sylvester & Plednak Ltd. 7371 Prairie Falcon Rd, Ste 120 Las Vegas, NV 89128 | $26,891.23 | $26,813.05 | - | $26,813.05 |

243063.1

## COPPER SAGE LOAN

## EXHIBIT A
### DECLARATION OF EDWARD M. BURR

| Claim | Name | Address | Total Claim Amount | Claim Amount Relating to Copper Sage Commerce | Amount Scheduled for Unremitted Principal in the Copper Sage Commerce Loan | Approximate Amount Subject to Objection Because it Relates to an Investment in the Copper Sage Commerce |
|---|---|---|---|---|---|---|
| 10725-02317 | Cynthia Milanowski Trust | c/o Jeffrey R. Sylvester, Esq Sylvester & Polednak 7371 Prairie Falcon Rd., Ste. 120 Las Vegas, NV 89128 | $26,891.23 | $26,813.05 | $26,038.04 | $775.01 |
| 10725-01208 | Pete Monighetti | 6515 Frankie Ln Prunedale, CA 93907 | $1,509,963.55 | $50,000.00 | - | $50,000.00 |
| 10725-02353 | Musso Living Trust Dtd 11/30/92 | Walter and Barbara Musso Ttees P.O. Box 2566 Avila Beach, CA 93424 | $623,004.79 | $50,000.00 | - | $50,000.00 |
| 10725-00406 | Nevada Freedom Corp. | Ftbo Duane U. Deverill 774 Mays Blvd., Ste. 10 Pmb 186 Incline Village, Nv 89451-9613 | $101,472.60 | $101,472.60 | - | $101,472.60 |
| 10725-00536 | Lee Novak | 503 Kiel St Henderson, NV 89015 | $100,000.00 | $100,000.00 | - | $100,000.00 |
| 10725-01878 | Dennis Raggi | P.O. Box 10475 Zephyr Cove, NV 89448 | $10,451.54 | Unclear From Proof of Claim | - | Unclear From Proof of Claim |
| 10725-02226 | Dennis Raggi | P.O. Box 10475 Zephyr Cove, NV 89448 | $4,884,068.70 | $60,261.60 | - | $60,261.60 |
| 10725-01882 | Dennis Raggi | P.O. Box 10475 Zephyr Cove, NV 89448-2475 | $26,813.05 | $26,813.05 | - | $26,813.05 |
| 10725-02188 | Richard M. Raker Living Trust Dtd 3/18/98 | Richard M. Raker Ttee 982 Shoreline Dr San Mateo, CA 94404 | $524,840.30 | $121,894.00 | - | $121,894.00 |
| 10725-00812 | Santoro Family Trust Dtd 4/29/02 | c/o Nicholas J. and Juanita Santoro Ttees 2312 Pearl Crest St Las Vegas, NV 89134-6732 | $300,000.00 | $50,000.00 | - | $50,000.00 |

243063.1

## COPPER SAGE LOAN

## EXHIBIT A
### DECLARATION OF EDWARD M. BURR

| Claim | Name | Address | Total Claim Amount | Claim Amount Relating to Copper Sage Commerce | Amount Scheduled for Unremitted Principal in the Copper Sage Commerce Loan | Approximate Amount Subject to Objection Because it Relates to an Investment in the Copper Sage Commerce |
|---|---|---|---|---|---|---|
| 10725-01472 | Santoro Family Trust Dtd 4/29/02 | c/o Nicholas J. and Juanita Santoro Ttees 2312 Pearl Crest St Las Vegas, NV 89134-6732 | $300,000.00 | $50,000.00 | - | $50,000.00 |
| 10725-01495 | John H. and Anita Saunders | 3665 Brighton Way Reno, NV 89509 | $50,000.00 | $50,000.00 | - | $50,000.00 |
| 10725-00072 | Eldon N. Smith | 370 N Pfeiffer Horn Dr Alpine, UT 84004 | $40,174.40 | $40,174.40 | $34,717.39 | $5,457.01 |
| 10725-01390 | Miklos Steuer | P.O. Box 60267 Las Vegas, NV 89160 | $323,533.78 | $323,533.78 | $246,187.77 | $77,346.01 |
| 10725-01982 | USA Commercial Real Estate Group | c/o Jeffrey R. Sylvester, Esq. Sylvester & Polednak Ltd. 7371 Prairie Falcon Rd, Ste 120 Las Vegas, NV 89128 | $10,719.49 | $8,937.69 | - | $8,937.69 |
| 10725-02318 | USA Commercial Real Estate Group | c/o Jeffrey R. Sylvester, Esq. Sylvester & Polednak Ltd 7371 Prairie Falcon Rd, Ste 120 Las Vegas, NV 89128 | $10,719.49 | $8,937.69 | $8,679.35 | $258.34 |
| 10725-01885 | Melody J. Violet | P.O. Box 2201 Vista, CA 92085 | Unclear From Proof of Claim | $50,000.00 | Unclear From Proof of Claim | $50,000.00 |
| 10725-02402 | Weible 1981 Trust Dtd 6/30/81 | Ardis and Dean F. Weible Co. Ttees. 6314 Tara Ave Las Vegas, NV 89146 | $315,193.10 | $80,348.80 | $34,717.39 | $45,631.41 |
| 10725-00961 | Mazal Yerushalmi | 8904 Greensboro Ln Las Vegas, NV 89134-0502 | $314,598.00 | $40,174.40 | $34,717.39 | $5,457.01 |
| 10725-02568 | Mazal Yerushalmi | 8904 Greensboro Ln Las Vegas, NV 89134-0502 | $40,174.40 | $40,174.40 | - | $40,174.40 |

4

243063.1