ORIGINAL

RECEIVED & FILED

'09 FEB 12 AM 1:39

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

1  CURTIS R. TINGLEY (SBN 112322)
   ctingley@tingleyllp.com
2  BRUCE C. PIONTKOWSKI (SBN 152202)
   bpiontowski@tingleyllp.com
3  JONATHAN A. MCMAHON (SBN 239370)
   jmcmahon@tingleyllp.com
4  TINGLEY PIONTKOWSKI LLP
   10 Almaden Boulevard, Suite 430
5  San Jose, California 95113
   Telephone:  (408) 283-7000
6  Facsimile:   (408) 283-7010

7  Attorneys for Palm Terrace Claimants

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725-LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | **DECLARATION OF JONATHAN A. MCMAHON IN SUPPORT OF THE PALM TERRACE CLAIMANTS' OPPOSITION TO THE OMNIBUS OBJECTIONS OF USACM TRUST TO PROOFS OF CLAIM BASED ON PALM TERRACE LITIGATION** |
| USA SECURITIES, LLC, | |
| Debtors. | |
| | Date: February 20, 2009 |
| | Time: 9:30 a.m. |
| | Courtroom 1 |
| | Honorable Linda B. Riegle |
| **Affects:** | |
| All Debtors | |
| X  USA Commercial Mortgage Company | |
| USA Capital Realty Advisors, LLC | |
| USA Capital Diversified Trust Deed Fund, LLC | |
| USA Capital First Deed Fund, LLC | |
| USA Securities, LLC | |

TINGLEY
PIONTKOWSKI LLP
ATTORNEYS AT LAW
SAN JOSE

DECLARATION OF JONATHAN A. MCMAHON
BK-S-06-10725-LBR

I, Jonathan A. McMahon declare:

1. I am an attorney licensed to practice law in all the courts of the State of California, and an associate with the law firm of Tingley Piontkowski LLP, counsel for Claimants PALM TERRACE, LLC; FIRST INTERSTATE RESOURCE MANAGEMENT, INC.; FIDELITY MANAGEMENT ALLIANCE, INC.; GLOBAL PROPERTY NETWORK, INC.; WOW ENTERPRISES, INC.; CATALYST FUNDING CORPORATION; ADVISOR FINANCIAL ALLIANCE; RUSSELL W. GRAY; JOHN R. OSBORNE; ROBERT HELMS; JAMES THYLIN; CAROL GRAY; CONNIE FINCH; DAVID N. KANG; JAMES DOUGLAS; CATHI CIARDELLA; KEL SAITO; and BOBBY FRED HELMS (the "Palm Terrace Claimants") herein, on whose behalf I make this declaration. If called as a witness, I would competently testify to the following facts, all of which are within my personal knowledge, except those alleged on information and belief, and as to those facts, I believe them to be true.

2. Attached hereto as Exhibit A is true and correct copy of an invoice from the law firm of Adleson, Hess & Kelly for services rendered in connection with the defense of the Palm Terrace Claimants in the Palm Terrace Litigation (Superior Court of California, County of Santa Clara, Case No. 1-06-CV-057298).

3. The amount due for services rendered indicated on the invoice attached hereto as Exhibit A, $184,965.74, was not paid by any insurance carrier for any of the Palm Terrace Claimants. I am informed and believe that the $184,965.74 was incurred by WOW Enterprises, Inc. in connection with the joint defense of the Palm Terrace Claimants in the Palm Terrace Litigation and that the Palm Terrace Claimants have assigned their claims in these bankruptcy proceedings to claimant WOW Enterprises, Inc. (Claim # 10725-00918).

4. Attached hereto as Exhibit B is a true and correct copy of the transcript of the deposition of Andrew Hantges. Hantges gave this deposition testimony as a defendant in the Palm Terrace Litigation.

5. Beginning on page 9, line 12 of the Hantges transcript attached hereto as Exhibit B, Hantges testified that he was the mortgage broker for the Palm Terrace Apartments transaction.

6. Beginning on page 11, line 8 of the Hantges transcript attached hereto as Exhibit B,

TINGLEY
PIONTKOWSKI LLP
ATTORNEYS AT LAW
SAN JOSE

- 2 -

DECLARATION OF JONATHAN A. MCMAHON
BK-S-06-10725-LBR

Hantges testified that he was a mortgage broker for USA Capital, also known as USA Commercial Mortgage.

7. Exhibit 1 to the Hantges deposition are Multifamily Rent Rolls which, beginning on page 45, line 4 of the Hantges transcript, Hantges testified that he filled out and signed for the Palm Terrace Plaintiffs' lender, LaSalle Bank. The Palm Terrace Plaintiffs alleged in the Palm Terrace Litigation that the information contained in these Rent Rolls was false and formed the basis for their damages arising out of the Palm Terrace transaction.

8. Exhibits 5 and 6 to the Hantges deposition are emails from Hantges which, beginning on page 45, line 4 of the Hantges transcript, Hantges testified he sent to one of the Palm Terrace Claimants. The emails attach Rent Rolls which formed the basis of the Complaint in the Palm Terrance Litigation. The emails are from the email address ahantges@usacapitalcorp.com and contain the signature block "Andrew Hantges, CCIM, USA Commercial Mortgage."

9. Exhibit 9 to the Hantges deposition are Income and Expense Statements which, beginning on page 76, line 9 of the Hantges transcript, Hantges testified that he filled out and signed for the Palm Terrace Plaintiffs' lender, LaSalle Bank. The Palm Terrace Plaintiffs alleged in the Palm Terrace litigation that the information contained in these Income and Expense Statements was false and formed the basis for their damages arising out of the Palm Terrace transaction.

10. Exhibit 12 to the Hantges deposition are Collateral Information Questionnaires which, beginning on page 87, line 6 of the Hantges transcript, Hantges testified that he filled out and signed for the Palm Terrace Plaintiffs' lender, LaSalle Bank. The Palm Terrace Plaintiffs alleged in the Palm Terrace litigation that the information contained in these Questionnaires was false and formed the basis for their damages arising out of the Palm Terrace transaction.

11. Exhibit 32 to the Hantges deposition are Letters of Intent which, beginning on page 118, line 4 of the Hantges transcript, Hantges testified he drafted and sent to the Palm Terrace Plaintiffs regarding their loan for the Palm Terrace property. The Letters of Intent are on USA Commercial Mortgage letterhead and indicate that Andrew Hantges is a Vice President of USA Commercial Mortgage.

1  I declare under the penalty of perjury under the laws of the United States of America that
2  the foregoing is true.
3  Executed on February 11, 2009, at San Jose, California.

_____
JONATHAN A. MCMAHON

TINGLEY
PIONTKOWSKI LLP
ATTORNEYS AT LAW
San Jose

- 4 -

DECLARATION OF JONATHAN A. MCMAHON
BK-S-06-10725-LBR