# ADLESON, HESS & KELLY
## ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

577 SALMAR AVENUE
SECOND FLOOR
CAMPBELL CA 95008
TELEPHONE (408) 341-0234
FACSIMILE (408) 341-0250

February 04, 2009

Statement for February 04, 2009

Invoice # 50881/207279a

WOW Enterprises, Inc., et al.
PERSONAL & CONFIDENTIAL
Attn: George Gray
P.O. Box 23580
San Jose CA 95153

File Number: 207279a
File Name: Insurance Policy Review

## PROFESSIONAL SERVICES

|  |  | Hours | Amount |
|---|---|---|---|
| 2/4/2009 RMH | Professional Services Rendered - Balance due through February 4, 2009 | | |
| | TOTAL SERVICE RENDERED | 0.00 | $184,965.74 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Randy M. Hess | 0.00 | 0.00 | $184,965.74 |

| | |
|---|---|
| Balance due | $184,965.74 |

**(All payments received as of the end of this month have been credited)**

**(Please Note File Number On Check!!!)**

# EXHIBIT A

# ADLESON, HESS & KELLY
## ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION

February 04, 2009

577 SALMAR AVENUE
SECOND FLOOR
CAMPBELL CA 95008
TELEPHONE (408) 341-0234
FACSIMILE (408) 341-0250

Statement for February 04, 2009

Invoice # 50881/207279a

WOW Enterprises, Inc., et al.
PERSONAL & CONFIDENTIAL
Attn: George Gray
P.O. Box 23580
San Jose CA 95153

File Number: 207279a
File Name: Insurance Policy Review

PROFESSIONAL SERVICES

| | | Hours | Amount |
|---|---|---|---|
| 2/4/2009 RMH | Professional Services Rendered - Balance due through February 4, 2009 | | |
| TOTAL SERVICE RENDERED | | 0.00 | $184,965.74 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| | 0.00 | 0.00 | $184,965.74 |

due  $184,965.74

as of the end of this month have been credited)

ber On Check!!!)

Bal Due 2/4/09
(31,243.70+)
8/23/07 ·
Lopez pymt 3,722.04+
5/14/08 ·
Rapers 15,000.00+
5/14/08 ·
Tingley 15,000.00+
11/26/08 ·
Rapers 90,000.00+
11/28/08 ·
Tingley 30,000.00+
184,965.74*