Multifamily Finance Group

**EXHIBIT** 10/12/07 1 Hantges

## Multifamily Rent Roll

**BORROWER / GUARANTOR:** Lee
**PROPERTY ADDRESS:** 2401 Wengert Ave.
**CITY:** Las Vegas **STATE:** NV **ZIP CODE:** 89104
**TOTAL NUMBER OF UNITS:** 14
**NUMBER OF VACANT UNITS:** 0
**NUMBER OF FURNISHED UNITS:** 0
**NUMBER OF UNFURNISHED UNITS:** 14
**NUMBER SECTION 8 UNITS:** 0

| APT # | Address | TENANTS NAME | BDR / BATH | SQ. FEET (approx) | STATUS | CURRENT RENT IN PLACE | OCCUPANCY DATE | LEASE EXPIRATION or MTM | DATE LAST RENT INCREASE | FURNISHED UNIT (Y/N) | SEC 8 (Y/N) | ANY RENT CONCESSIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 2401 | BILL RODRIGUEZ | 2 / 1 | 740 | OCCUPIED | $550 | 2/16/04 | 10/31/04 | | No | No | No |
| 16 | 2401 | FLORES | 2 / 1 | 740 | OCCUPIED | $535 | 2/21/05 | 8/31/05 | | No | No | No |
| 17 | 2401 | GANN | 2 / 1 | 740 | OCCUPIED | $550 | 2/2/04 | 8/31/04 | | No | No | No |
| 18 | 2401 | SAFT | 2 / 1 | 740 | OCCUPIED | $485 | 2/29/04 | 10/31/04 | | No | No | No |
| 19 | 2401 | REYES | 2 / 1 | 740 | OCCUPIED | $535 | 3/1/05 | | | No | No | No |
| 20 | 2401 | OLIVER | 2 / 1 | 740 | OCCUPIED | $495 | 3/3/04 | 2/26/04 | | No | No | No |
| 21 | 2401 | ESTES | 2 / 1 | 740 | OCCUPIED | $535 | 5/1/05 | 10/31/05 | | No | No | No |
| 22 | 2401 | VILLALPANDO | 2 / 1 | 740 | OCCUPIED | $475 | 2/3/04 | 8/31/04 | | No | No | No |
| 23 | 2401 | SMITH | 2 / 1 | 740 | OCCUPIED | $625 | 10/13/04 | MTM | | No | No | No |
| 24 | 2401 | CABALLEROS | 2 / 1 | 740 | OCCUPIED | $535 | 2/1/05 | 8/31/05 | | No | No | No |
| 25 | 2401 | RAMIREZ | 2 / 1 | 740 | OCCUPIED | $535 | 2/1/05 | 8/31/05 | | No | No | No |
| 26 | 2401 | TURNER | 2 / 1 | 740 | OCCUPIED | $625 | 10/9/04 | MTM | | No | No | No |
| 27 | 2401 | HARVEY | 2 / 1 | 740 | OCCUPIED | $550 | 8/15/04 | MTM | | No | No | No |
| 28 | 2401 | RODRIGUEZ | 2 / 1 | 740 | OCCUPIED | $535 | 2/11/05 | 8/31/05 | | No | No | No |

**MONTHLY RENT SCHEDULE:** $7,565
**MONTHLY LAUNDRY INCOME:** (Must show on Income/Expenses) $140
**MONTHLY GARAGE INCOME:** $0
**OTHER:** $0
**TOTALS FROM ADDITIONAL PAGES (IF NEEDED):** $0
**TOTAL GROSS MONTHLY INCOME:** $7,705

ALL COLUMNS AND SECTIONS MUST BE COMPLETED

What utilities are included in rent? ☐ Electricity ☐ Cable TV ☐ Gas ☑ Garbage ☑ Water ☐ Heat

Is the property subject to rent control? ☐ Yes ☑ No
If Yes, what is the current allowable increase per year? _____ %

What has been your average monthly occupancy rate over the preceeding 12 months? 95 %

I certify, to the best of my knowledge, under penalty of perjury that the information herein is true and acurate as of:
**DATE:** 5/5/05

**BORROWER / GUARANTOR** [signature] **DATE:** 5/24/05
**BROKER** [signature] **DATE:** 5/21/05

Multifamily Finance Group

## Multifamily Rent Roll

**BORROWER / GUARANTOR:** Mollahan
**PROPERTY ADDRESS:** 2408 Clifford Ave
**CITY:** Las Vegas  **STATE:** NV  **ZIP CODE:** 89104
**TOTAL NUMBER OF UNITS:** 6
**NUMBER OF VACANT UNITS:** 1
**NUMBER OF FURNISHED UNITS:** 0
**NUMBER OF UNFURNISHED UNITS:** 6
**NUMBER SECTION 8 UNITS:** 0

| APT # | Address | TENANTS NAME | BDR / BATH | SQ. FEET | STATUS | CURRENT RENT IN PLACE | OCCUPANCY DATE | LEASE EXPIRATION or MTM | DATE LAST RENT INCREASE | FURNISHED UNIT (Y/N) | SEC 8 (Y/N) | ANY RENT CONCESSIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 103 | 2408 | KEMP | 2 / 1 | 740 | OCCUPIED | $625 | 10/5/04 | MTM | | No | No | No |
| 104 | 2408 | PRICE | 2 / 1 | 740 | OCCUPIED | $525 | 8/3/04 | MTM | | No | No | No |
| 105 | 2408 | WILSON | 1 / 1 | 740 | OCCUPIED | $545 | 7/12/04 | MTM | | No | No | No |
| 106 | 2408 | RAMIREZ | 2 / 1 | 740 | OCCUPIED | $535 | 2/4/05 | 8/31/05 | | No | No | No |
| 107 | 2408 | FELICIANO | 2 / 1 | 740 | OCCUPIED | $535 | 3/2/05 | 8/31/05 | | No | No | No |
| 108 | 2408 | | 2 / 1 | 620 | VACANT | $535 | | | | No | No | No |

**MONTHLY RENT SCHEDULE:** $3,300
**MONTHLY LAUNDRY INCOME:** (Must show on Income/Expenses) $60
**MONTHLY GARAGE INCOME:** $0
**OTHER:** _____ $0
**TOTALS FROM ADDITIONAL PAGES (IF NEEDED):** $0
**TOTAL GROSS MONTHLY INCOME:** $3,360

**ALL COLUMNS AND SECTIONS MUST BE COMPLETED**

What utilities are included in rent? ☐ Electricity ☐ Cable TV ☐ Gas
☑ Garbage ☑ Water ☐ Heat

Is the property subject to rent control? ☐ Yes ☑ No
If Yes, what is the current allowable increase per year? ____ %

What has been your average monthly occupancy rate over the preceeding 12 months? 95 %

I certify, to the best of my knowledge, under penalty of perjury that the information herein is true and acurate as of:

DATE 5/15/05
BORROWER / GUARANTOR  DATE 5/23/05
BROKER  DATE 5/21/05

LMFG - Multifamily Rent Roll Rev 4/1/05

USA 495

Multifamily Finance Group

## Multifamily Rent Roll

**BORROWER / GUARANTOR:** Cichon
**PROPERTY ADDRESS:** 2304 Clifford Ave.
**CITY:** Las Vegas  **STATE:** NV  **ZIP CODE:** 89104
**TOTAL NUMBER OF UNITS:** 6
**NUMBER OF VACANT UNITS:** 0
**NUMBER OF FURNISHED UNITS:** 0
**NUMBER OF UNFURNISHED UNITS:** 6
**NUMBER SECTION 8 UNITS:** 0

| APT # | Address | TENANTS NAME | BDR / BATH | SQ. FEET (approx) | STATUS | CURRENT RENT IN PLACE | OCCUPANCY DATE | LEASE EXPIRATION or MTM | DATE LAST RENT INCREASE | FURNISHED UNIT (Y/N) | SEC 8 (Y/N) | ANY RENT CONCESSIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 67 | 2304 | VASQUEZ | 2 / 1 | 740 | OCCUPIED | $535 | 2/11/05 | 8/31/05 | | No | No | No |
| 68 | 2304 | CARRLOAN | 1 / 1 | 620 | OCCUPIED | $525 | 8/1/04 | 7/31/04 | | No | No | No |
| 69 | 2304 | WILLIAMS | 2 / 1 | 740 | OCCUPIED | $595 | 10/1/04 | MTM | | No | No | No |
| 70 | 2304 | EVERETT | 2 / 1 | 740 | OCCUPIED | $625 | 10/1/04 | MTM | | No | No | No |
| 71 | 2304 | SUTTON | 2 / 1 | 740 | OCCUPIED | $535 | 4/11/05 | 9/30/05 | | No | No | No |
| 72 | 2304 | GUERRA | 2 / 1 | 740 | OCCUPIED | $500 | 7/20/04 | MTM | | No | No | No |

**MONTHLY RENT SCHEDULE:** $3,315
**MONTHLY LAUNDRY INCOME:** (Must show on Income/Expenses) $60
**MONTHLY GARAGE INCOME:** $0
**OTHER:** $0
**TOTALS FROM ADDITIONAL PAGES (IF NEEDED):** $0
**TOTAL GROSS MONTHLY INCOME:** $3,375

ALL COLUMNS AND SECTIONS MUST BE COMPLETED

What utilities are included in rent? ☐ Electricity ☐ Cable TV ☐ Gas ☑ Garbage ☑ Water ☐ Heat

Is the property subject to rent control? ☐ Yes ☑ No
If Yes, what is the current allowable increase per year? ____ %

What has been your average monthly occupancy rate over the preceeding 12 months? 95 %

I certify, to the best of my knowledge, under penalty of perjury that the information herein is true and acurate as of:  DATE 5/5/05

BORROWER / GUARANTOR [signature]  DATE 5/24/05   BROKER [signature]  DATE 5/21/05

[signature] 5/24/05

LMFG - Multifamily Rent Roll Rev. 4/1/05                USA 034

Multifamily Finance Group

## Multifamily Rent Roll

**BORROWER / GUARANTOR:** Gutierrez
**PROPERTY ADDRESS:** 2404 Clifford
**CITY:** Las Vegas
**STATE:** NV
**ZIP CODE:** 89104
**TOTAL NUMBER OF UNITS:** 6
**NUMBER OF VACANT UNITS:** 0
**NUMBER OF FURNISHED UNITS:** 0
**NUMBER OF UNFURNISHED UNITS:** 6
**NUMBER SECTION 8 UNITS:** 0

| APT # | Address | TENANTS NAME | BDR / BATH | SQ. FEET (approx) | STATUS | CURRENT RENT IN PLACE | OCCUPANCY DATE | LEASE EXPIRATION or MTM | DATE LAST RENT INCREASE | FURNISHED UNIT (Y/N) | SEC 8 (Y/N) | ANY RENT CONCESSIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 97 | 2404 | JOUBERT | 2 / 1 | 740 | OCCUPIED | $535 | 2/1/05 | 8/31/05 | | No | No | No |
| 98 | 2404 | GRIFFIN | 2 / 1 | 740 | OCCUPIED | $525 | 6/30/04 | 6/30/04 | | No | No | No |
| 99 | 2404 | CORTES | 1 / 1 | 620 | OCCUPIED | $475 | 2/21/05 | 8/31/05 | | No | No | No |
| 100 | 2404 | EVANA | 2 / 1 | 740 | OCCUPIED | $625 | 10/8/04 | MTM | | No | No | No |
| 101 | 2404 | MORANO | 2 / 1 | 740 | OCCUPIED | $595 | 9/1/04 | MTM | | No | No | No |
| 102 | 2404 | LEAL | 2 / 1 | 740 | OCCUPIED | $625 | 11/1/04 | MTM | | No | No | No |

| | |
|---|---|
| MONTHLY RENT SCHEDULE: | $3,380 |
| MONTHLY LAUNDRY INCOME: (Must show on Income/Expenses) | $60 |
| MONTHLY GARAGE INCOME: | $0 |
| OTHER: | $0 |
| TOTALS FROM ADDITIONAL PAGES (IF NEEDED) | $0 |
| TOTAL GROSS MONTHLY INCOME: | $3,440 |

**ALL COLUMNS AND SECTIONS MUST BE COMPLETED**

What utilities are included in rent? ☐ Electricity   ☐ Cable TV   ☐ Gas   ☑ Garbage   ☑ Water   ☐ Heat

Is the property subject to rent control?   ☐ Yes   ☑ No

If Yes, what is the current allowable increase per year? _____ %

What has been your average monthly occupancy rate over the preceeding 12 months? 95 %

I certify, to the best of my knowledge, under penalty of perjury that the information herein is true and acurate as of:

BORROWER / GUARANTOR _[signature]_   DATE 5/25/05   BROKER _[signature]_   DATE 5/15/05   DATE 5/21/05

LMFG - Multifamily Rent Roll Rev 4/1/05

USA 310

Multifamily Finance Group

## Multifamily Rent Roll

**BORROWER / GUARANTOR:** Westland
**PROPERTY ADDRESS:** 2416 Clifford Ave
**CITY:** Las Vegas  **STATE:** NV  **ZIP CODE:** 89104
**TOTAL NUMBER OF UNITS:** 8
**NUMBER OF VACANT UNITS:** 0
**NUMBER OF FURNISHED UNITS:** 0
**NUMBER OF UNFURNISHED UNITS:** 6
**NUMBER SECTION 8 UNITS:** 0

| APT # | Address | TENANTS NAME | BDR / BATH | SQ. FEET (approx) | STATUS | CURRENT RENT IN PLACE | OCCUPANCY DATE | LEASE EXPIRATION or MTM | DATE LAST RENT INCREASE | FURNISHED UNIT (Y/N) | SEC 8 (Y/N) | ANY RENT CONCESSIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 115 | 2416 | CARRASCO | 2 / 1 | 740 | OCCUPIED | $500 | 5/3/04 | 11/3/04 | | No | No | No |
| 116 | 2416 | GRANADOS | 2 / 1 | 740 | OCCUPIED | $535 | 4/14/05 | 9/30/05 | | No | No | No |
| 117 | 2416 | CURIEL | 1 / 1 | 620 | OCCUPIED | $475 | 2/2/05 | | | No | No | No |
| 118 | 2416 | CHRIS MAZZO | 2 / 1 | 740 | OCCUPIED | $525 | 7/1/04 | MTM | | No | No | No |
| 119 | 2416 | MARTINEZ | 2 / 1 | 740 | OCCUPIED | $550 | 9/1/04 | MTM | | No | No | No |
| 120 | 2416 | ONG | 2 / 1 | 740 | OCCUPIED | $500 | 8/1/04 | MTM | | No | No | No |

**MONTHLY RENT SCHEDULE:** $3,085
**MONTHLY LAUNDRY INCOME:** $60 (Must show on Income/Expenses)
**MONTHLY GARAGE INCOME:** $0
**OTHER:** $0
**TOTALS FROM ADDITIONAL PAGES (IF NEEDED):** $0
**TOTAL GROSS MONTHLY INCOME:** $3,145

**ALL COLUMNS AND SECTIONS MUST BE COMPLETED**

What utilities are included in rent?  ☐ Electricity  ☐ Cable TV  ☐ Gas  ☑ Garbage  ☑ Water  ☐ Heat

Is the property subject to rent control?  ☐ Yes  ☑ No

If Yes, what is the current allowable increase per year? _____ %

What has been your average monthly occupancy rate over the preceeding 12 months? 95 %

I certify, to the best of my knowledge, under penalty of perjury that the information herein is true and accurate as of:  **DATE:** 5/5/05

**BORROWER / GUARANTOR:** Christine Westland  **DATE:** 5-26-05
**BROKER:** [signature]  **DATE:** 5/21/05

LMFG - Multifamily Rent Roll Rev. 4/1/05

USA 756

**Multifamily Finance Group**

## Multifamily Rent Roll

| BORROWER / GUARANTOR | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Potts | | | | | | | | | | | |

| PROPERTY ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 2400 Clifford Ave | Las Vegas | NV | 89104 |

| TOTAL NUMBER OF UNITS: | NUMBER OF VACANT UNITS: | NUMBER OF FURNISHED UNITS: | NUMBER OF UNFURNISHED UNITS: | NUMBER SECTION 8 UNITS: |
|---|---|---|---|---|
| 6 | 0 | 0 | 6 | 0 |

| APT # | Address | TENANTS NAME | BDR / BATH | SQ. FEET (approx) | STATUS | CURRENT RENT IN PLACE | OCCUPANCY DATE | LEASE EXPIRATION or MTM | DATE LAST RENT INCREASE | FURNISHED UNIT (Y/N) | SEC 8 (Y/N) | ANY RENT CONCESSIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 91 | 2400 | OUTLAW | 2 / 1 | 740 | OCCUPIED | $535 | 4/1/05 | 9/30/05 | | No | No | No |
| 92 | 2400 | TAYLOR | 2 / 1 | 740 | OCCUPIED | $625 | 11/1/04 | MTM | | No | No | No |
| 93 | 2400 | MILLES | 2 / 1 | 740 | OCCUPIED | $595 | 11/1/04 | MTM | | No | No | No |
| 94 | 2400 | MARTINEZ | 2 / 1 | 740 | OCCUPIED | $535 | 3/24/05 | 9/30/05 | | No | No | No |
| 95 | 2400 | TALLEY | 1 / 1 | 620 | OCCUPIED | $535 | 3/7/05 | 8/31/05 | | No | No | No |
| 96 | 2400 | WASCAVAGE | 2 / 1 | 740 | OCCUPIED | $500 | 5/1/04 | 11/30/04 | | No | No | No |

| | |
|---|---|
| MONTHLY RENT SCHEDULE: | $3,325 |
| MONTHLY LAUNDRY INCOME: (Must show on Income/Expenses) | $60 |
| MONTHLY GARAGE INCOME: | $0 |
| OTHER: | $0 |
| TOTALS FROM ADDITIONAL PAGES (IF NEEDED) | $0 |
| TOTAL GROSS MONTHLY INCOME: | $3,385 |

**ALL COLUMNS AND SECTIONS MUST BE COMPLETED**

What utilities are included in rent? ☐ Electricity  ☐ Cable TV  ☐ Gas  ☑ Garbage  ☑ Water  ☐ Heat

Is the property subject to rent control? ☐ Yes  ☑ No

If Yes, what is the current allowable increase per year? _____ %

What has been your average monthly occupancy rate over the preceeding 12 months? __95__ %

I certify, to the best of my knowledge, under penalty of perjury that the information herein is true and acurate as of: DATE 5/15/05

BORROWER / GUARANTOR  [signature] Jim S. Potts  DATE 5/25/05  BROKER [signature]  DATE 5/21/05

LMFG - Multifamily Rent Roll Rev 4/1/05

USA 154

May 24 05 03:45p   Albert Lee                                   408 735 9389              p.10

## Multifamily Finance Group

## Multifamily Rent Roll

**BORROWER / GUARANTOR:** Albert Lee
**PROPERTY ADDRESS:** 2412 Clifford Ave
**CITY:** Las Vegas  **STATE:** NV  **ZIP CODE:** 89104
**TOTAL NUMBER OF UNITS:** 6
**NUMBER OF OCCUPIED UNITS:** 6
**NUMBER OF FURNISHED UNITS:** 0
**NUMBER OF UNFURNISHED UNITS:** 6
**NUMBER OF SECTION 8 UNITS:** 0

| APT # | Address | TENANT'S NAME | BDR / BATH | SQ. FEET (approx) | STATUS | CURRENT RENT IN PLACE | OCCUPANCY DATE | LEASE EXPIRATION or MTM | DATE LAST RENT INCREASE | FURNISHED UNIT (Y/N) | SEC 8 (Y/N) | ANY RENT CONCESSIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 109 | 2412 | WILLIAMS | 2/1 | 740 | occupied | $625 | 10/7/04 | MTM | | No | No | No |
| 110 | 2412 | | 2/1 | 620 | occupied | $535 | | | | No | No | No |
| 111 | 2412 | FLORES | 1/1 | 740 | occupied | $475 | 2/1/05 | 8/31/05 | | No | No | No |
| 112 | 2412 | GUADARAMA | 2/1 | 740 | occupied | $535 | 2/1/05 | 8/31/05 | | No | No | No |
| 113 | 2412 | PRECLADO | 2/1 | 740 | occupied | $535 | 5/1/05 | 10/31/05 | | No | No | No |
| 114 | 2412 | FANTROY | 2/1 | 740 | occupied | $535 | 5/31/05 | 10/31/05 | | No | No | No |

**MONTHLY RENT SCHEDULE:** $3,240
**MONTHLY LAUNDRY INCOME:** $60 (Must show on Income/Expenses)
**MONTHLY GARAGE INCOME:** $0
**OTHER:** $0
**TOTALS FROM ADDITIONAL PAGES (IF NEEDED):** $0
**TOTAL GROSS MONTHLY INCOME:** $3,300

### ALL COLUMNS AND SECTIONS MUST BE COMPLETED

What utilities are included in rent?  ☐ Electricity  ☐ Cable TV  ☐ Gas  ☑ Garbage  ☑ Water  ☐ Heat

Is the property subject to rent control?  ☐ Yes  ☑ No

If Yes, what is the current allowable increase per year? _____ %

What has been your average monthly occupancy rate over the preceding 12 months? 95 %

I certify, to the best of my knowledge, under penalty of perjury that the information herein is true and accurate as of: 5/15/05

BORROWER/GUARANTOR  /s/ Albert Lee   DATE 5/20/05    BROKER /s/   DATE 5/21/05

LMFG - Multifamily Rent Roll Rev #1/05

USA 634

Multifamily Finance Group

## Multifamily Rent Roll

**BORROWER / GUARANTOR:** Miller
**PROPERTY ADDRESS:** 2427 Clifford Ave.
**CITY:** Las Vegas **STATE:** NV **ZIP CODE:** 89104
**TOTAL NUMBER OF UNITS:** 15
**NUMBER OF VACANT UNITS:** 1
**NUMBER OF FURNISHED UNITS:** 0
**NUMBER OF UNFURNISHED UNITS:** 15
**NUMBER SECTION 8 UNITS:** 0

| APT # | Address | TENANTS NAME | BDR / BATH | SQ. FEET (approx) | STATUS | CURRENT RENT IN PLACE | OCCUPANCY DATE | LEASE EXPIRATION or MTM | DATE LAST RENT INCREASE | FURNISHED UNIT (Y/N) | SEC 8 (Y/N) | ANY RENT CONCESSIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-A | 2427 | BURNEO | 0 / 1 | 600 | OCCUPIED | $475 | 2/17/05 | 8/31/05 | | No | No | No |
| 2-A | 2427 | ORTIZ | 1 / 1 | 600 | OCCUPIED | $495 | 3/1/04 | MTM | | No | No | No |
| 3-A | 2427 | HATLLET | 2 / 1 | 600 | OCCUPIED | $500 | 2/1/04 | 8/31/04 | | No | No | No |
| 4-A | 2427 | AKHTAR-MCDONALD | 1 / 1 | 600 | OCCUPIED | $495 | 3/15/05 | 8/31/05 | | No | No | No |
| 5-A | 2427 | GALDAMES | 2 / 1 | 800 | OCCUPIED | $535 | 2/1/05 | 8/31/05 | | No | No | No |
| 6-A | 2427 | PEDRO | 1 / 1 | 800 | OCCUPIED | $475 | 2/11/05 | 8/31/05 | | No | No | No |
| 7-A | 2427 | AVENDO | 0 / 1 | 500 | OCCUPIED | $425 | 2/11/04 | 9/30/04 | | No | No | No |
| 8-A | 2427 | OCHOA | 0 / 1 | 800 | OCCUPIED | $475 | 4/1/05 | 9/30/05 | | No | No | No |
| 9-A | 2427 | MCDOWELL | 1 / 1 | 800 | OCCUPIED | $550 | 9/12/04 | MTM | | No | No | No |
| 10-A | 2427 | GARCIA | 2 / 1 | 800 | OCCUPIED | $535 | 3/4/05 | 8/31/05 | | No | No | No |
| 11-A | 2427 | COMPOS | 1 / 1 | 800 | OCCUPIED | $495 | 4/21/05 | 9/30/05 | | No | No | No |
| 12-A | 2427 | HENDRICKSON | 2 / 1 | 800 | OCCUPIED | $595 | 9/14/04 | MTM | | No | No | No |
| 13-A | 2427 | CASTRO | 1 / 1 | 500 | OCCUPIED | $425 | 3/24/04 | MTM | | No | No | No |
| 14-A | 2427 | JONES | 0 / 1 | 800 | OCCUPIED | $525 | 10/1/04 | MTM | | No | No | No |
| 15-A | 2427 | | 1 / 1 | 500 | VACANT | $425 | | | | No | No | No |

| | |
|---|---|
| MONTHLY RENT SCHEDULE: | $7,425 |
| MONTHLY LAUNDRY INCOME: (Must show on Income/Expenses) | $150 |
| MONTHLY GARAGE INCOME: | $0 |
| OTHER: _____ | $0 |
| TOTALS FROM ADDITIONAL PAGES (IF NEEDED) | $0 |
| TOTAL GROSS MONTHLY INCOME: | $7,575 |

**ALL COLUMNS AND SECTIONS MUST BE COMPLETED**

What utilities are included in rent? ☐ Electricity ☐ Cable TV ☐ Gas ☑ Garbage ☑ Water ☐ Heat

Is the property subject to rent control? ☐ Yes ☑ No

If Yes, what is the current allowable increase per year? _____ %

What has been your average monthly occupancy rate over the preceeding 12 months? ~~95~~ %

I certify, to the best of my knowledge, under penalty of perjury that the information herein is true and acurate as of: **DATE** 5/15/05

BORROWER / GUARANTOR [signature]    DATE    [signature] 5/21/05

LMFG - Multifamily Rent Roll Rev 4/1/05

USA 877

## Multifamily Rent Roll

**BORROWER / GUARANTOR:** Nash
**PROPERTY ADDRESS:** 2417 Wengert
**CITY:** Las Vegas  **STATE:** NV  **ZIP CODE:** 89104
**TOTAL NUMBER OF UNITS:** 14
**NUMBER OF VACANT UNITS:** 0
**NUMBER OF FURNISHED UNITS:** 0
**NUMBER OF UNFURNISHED UNITS:** 14
**NUMBER SECTION 8 UNITS:** 0

| APT # | Address | TENANTS NAME | BDR / BATH | SQ. FEET (approx) | STATUS | CURRENT RENT IN PLACE | OCCUPANCY DATE | LEASE EXPIRATION or MTM | DATE LAST RENT INCREASE | FURNISHED UNIT (Y/N) | SEC 8 (Y/N) | ANY RENT CONCESSIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2417 | OFFICE | 2 / 1 | 740 | OCCUPIED | $595 | | | | No | No | No |
| 2 | 2417 | RODRIGUEZ | 2 / 1 | 740 | OCCUPIED | $595 | 12/22/04 | 4/30/05 | | No | No | No |
| 3 | 2417 | PRESLEY | 2 / 1 | 740 | OCCUPIED | $500 | 4/20/04 | MTM | | No | No | No |
| 4 | 2417 | PINTO | 2 / 1 | 740 | OCCUPIED | $500 | 6/18/04 | MTM | | No | No | No |
| 5 | 2417 | WRIGHT | 2 / 1 | 740 | OCCUPIED | $525 | 11/1/04 | MTM | | No | No | No |
| 6 | 2417 | TYLER | 2 / 1 | 740 | OCCUPIED | $535 | 3/19/05 | 9/30/05 | | No | No | No |
| 7 | 2417 | MEZA | 2 / 1 | 740 | OCCUPIED | $535 | 2/3/04 | 9/30/04 | | No | No | No |
| 8 | 2417 | VIZCAINO/EMPLOYER | 2 / 1 | 740 | OCCUPIED | $535 | 12/1/04 | MTM | | No | No | No |
| 9 | 2417 | PEREZ | 2 / 1 | 740 | OCCUPIED | $400 | 2/1/05 | MTM | | No | No | No |
| 10 | 2417 | SCHUMAN | 2 / 1 | 740 | OCCUPIED | $500 | 8/9/04 | 2/28/05 | | No | No | No |
| 11 | 2417 | VACANT | 2 / 1 | 740 | VACANT | $535 | | | | No | No | No |
| 12 | 2417 | BALL | 2 / 1 | 740 | OCCUPIED | $595 | 8/16/04 | MTM | | No | No | No |
| 13 | 2417 | ESQUEDO | 2 / 1 | 740 | OCCUPIED | $535 | 6/4/04 | 5/1/05 | | No | No | No |
| 14 | 2417 | DEMITRO | 2 / 1 | 740 | OCCUPIED | $535 | 2/2/05 | MTM | | No | No | No |

| | |
|---|---|
| MONTHLY RENT SCHEDULE: | $7,520 |
| MONTHLY LAUNDRY INCOME: (Must show on Income/Expenses) | $140 |
| MONTHLY GARAGE INCOME: | $0 |
| OTHER: | $0 |
| TOTALS FROM ADDITIONAL PAGES (IF NEEDED) | $0 |
| TOTAL GROSS MONTHLY INCOME: | $7,660 |

**ALL COLUMNS AND SECTIONS MUST BE COMPLETED**

What utilities are included in rent? ☐ Electricity  ☐ Cable TV  ☐ Gas  ☑ Garbage  ☑ Water  ☐ Heat

Is the property subject to rent control? ☐ Yes  ☑ No
If Yes, what is the current allowable increase per year? _____ %
What has been your average monthly occupancy rate over the preceeding 12 months? 95 %

I certify, to the best of my knowledge, under penalty of perjury, that the information herein is true and accurate as of:

BORROWER / GUARANTOR: Maurey W. Nash / John B. Nash   DATE: 5.27.05 / 5/27/05
BROKER: (signature)   DATE: 5/27/05
DATE: 5/5/05

LMFG - Multifamily Rent Roll Rev 4/1/05