| | |
|---|---|
| From: | Andy Hantges [ahantges@usacapitalcorp.com] |
| Sent: | Wednesday, July 06, 2005 4:13 PM |
| To: | cathi.ciardella@catalystfunding.com |
| Subject: | Rent Rolls: |
| Attachments: | 2312 Clifford - Bilodeau.pdf; 2300 Clifford - Frederick.pdf; 2301 Wengert - Wilbur.pdf; 2304 Clifford - Cichon.pdf; 2308 Clifford - Raney.pdf |

    

2312 Clifford - Bilodeau.pdf (...  2300 Clifford - Frederick.pdf ...  2301 Wengert - Wilbur.pdf (116...  2304 Clifford - Cichon.pdf (96...  2308 Clifford - Raney.pdf (98 ...

3 separate emails with 5 rent rolls per email.

Please have all documents completed at earliest convenience and returned to me.

If I can help please let me know.

Andrew Hantges, CCIM
USA Commercial Mortgage
4484 South Pecos Road
Las Vegas, NV 89121
Phone 702-734-1549
Fax 702-939-2131
Toll Free 800-748-8664

1

EXHIBIT 5
Hantges 10/12/0
PENGAD 800-631-6989
PT000017388

Multifamily Finance Group

## Multifamily Rent Roll

BORROWER / GUARANTOR: Blodeau

PROPERTY ADDRESS: 2312 Clifford Ave
CITY: Las Vegas
STATE: NV
ZIP CODE: 89104

TOTAL NUMBER OF UNITS: 6
NUMBER OF VACANT UNITS: 1
NUMBER OF FURNISHED UNITS: 0
NUMBER OF UNFURNISHED UNITS: 6
NUMBER SECTION 8 UNITS: 0

| APT. # | Address | TENANTS NAME | BDR / BATH | SQ. FEET (approx) | STATUS | CURRENT RENT IN PLACE | OCCUPANCY DATE | LEASE EXPIRATION or MTM | DATE LAST RENT INCREASE | FURNISHED UNIT (Y/N) | SEC 8 (Y/N) | ANY RENT CONCESSIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 79 | 2312 | CHAPPLE | 2 / 1 | 740 | OCCUPIED | $525 | 8/2/04 | MTM | N/A | No | No | No |
| 80 | 2312 | VACANT | 2 / 1 | 740 | VACANT | $535 | | | | No | | No |
| 81 | 2312 | BLACK | 1 / 1 | 620 | OCCUPIED | $475 | 2/9/05 | MTM | N/A | No | No | No |
| 82 | 2312 | STRICKLAND | 2 / 1 | 740 | OCCUPIED | $525 | 10/15/04 | MTM | N/A | No | No | No |
| 83 | 2312 | COHETERO | 2 / 1 | 740 | OCCUPIED | $535 | 4/11/05 | MTM | N/A | No | No | No |
| 84 | 2312 | MAGNER | 2 / 1 | 740 | OCCUPIED | $525 | 11/5/04 | MTM | N/A | No | No | No |

MONTHLY RENT SCHEDULE: $3,220
MONTHLY LAUNDRY INCOME: $60 (Must show on Income/Expenses)
MONTHLY GARAGE INCOME: $0
OTHER: $0
TOTALS FROM ADDITIONAL PAGES (IF NEEDED): $0
TOTAL GROSS MONTHLY INCOME: $3,280

**ALL COLUMNS AND SECTIONS MUST BE COMPLETED**

What utilities are included in rent? ☐ Electricity ☐ Cable TV ☐ Gas ☑ Garbage ☑ Water ☐ Heat

Is the property subject to rent control? ☐ Yes ☑ No
If Yes, what is the current allowable increase per year? _____ %

What has been your average monthly occupancy rate over the preceeding 12 months? 95 %

I certify, to the best of my knowledge, under penalty of perjury that the information herein is true and acurate as of:

DATE: 7/6/2005

BORROWER / GUARANTOR: _____ DATE: _____
BROKER: [signature] DATE: 7/6/2005

MFG - Multifamily Rent Roll Rev. 4/1/05

Multifamily Finance Group

## Multifamily Rent Roll

**BORROWER / GUARANTOR:** Bunkerick
**PROPERTY ADDRESS:** 2300 Clifford Ave
**CITY:** Las Vegas  **STATE:** NV  **ZIP CODE:** 89104
**TOTAL NUMBER OF UNITS:** 6  **NUMBER OF VACANT UNITS:** 0  **NUMBER OF FURNISHED UNITS:** 0  **NUMBER OF UNFURNISHED UNITS:** 6  **NUMBER SECTION 8 UNITS:** 0

| Unit | Address | TENANT'S NAME | BDR / BATH | SQ. FEET (approx) | STATUS | CURRENT RENT IN PLACE | OCCUPANCY DATE | LEASE EXPIRATION or MTM | DATE LAST RENT INCREASE | FURNISHED UNIT (Y/N) | SEC 8 (Y/N) | ANY RENT CONCESSIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 61 | 2300 | MOORE | 2 / 1 | 740 | OCCUPIED | $500 | 3/18/04 | MTM | | No | No | No |
| 62 | 2300 | TYLER | 2 / 1 | 740 | OCCUPIED | $535 | 7/1/04 | MTM | | No | No | No |
| 63 | 2300 | CAUDILL | 1 / 1 | 620 | OCCUPIED | $435 | 5/11/04 | MTM | | No | No | No |
| 64 | 2300 | LAFFERTY | 2 / 1 | 740 | OCCUPIED | $535 | 4/1/05 | MTM | | No | No | No |
| 65 | 2300 | VILLALOBOS | 2 / 1 | 740 | OCCUPIED | $600 | 9/1/04 | MTM | | No | No | No |
| 66 | 2300 | ESCORCIA | 2 / 1 | 740 | OCCUPIED | $500 | 6/29/04 | MTM | | No | No | No |

| | |
|---|---|
| MONTHLY RENT SCHEDULE: | $3,105 |
| MONTHLY LAUNDRY INCOME: (Must show on Income/Expenses) | $60 |
| MONTHLY GARAGE INCOME: | $0 |
| OTHER: | $0 |
| TOTALS FROM ADDITIONAL PAGES (IF NEEDED) | $0 |
| TOTAL GROSS MONTHLY INCOME: | $3,165 |

**ALL COLUMNS AND SECTIONS MUST BE COMPLETED**

What utilities are included in rent? ☐ Electricity  ☐ Cable TV  ☐ Gas  ☑ Garbage  ☑ Water  ☐ Heat

Is the property subject to rent control? ☐ Yes  ☑ No

If Yes, what is the current allowable increase per year? _____ %

What has been your average monthly occupancy rate over the preceeding 12 months? __95__ %

I certify, to the best of my knowledge, under penalty of perjury that the information herein is true and acurate as of:

BORROWER / GUARANTOR _____ DATE _____  BROKER _____ (signed)  DATE 7/6/2005   DATE 7/6/2005

LMFG – Multifamily Rent Roll Rev 4/1/05

Multifamily Finance Group

## Multifamily Rent Roll

**[GUARANTOR]** LLC
**[Address]** Wengert Ave
**CITY:** Las Vegas  **STATE:** NV  **ZIP CODE:** 89104
**NUMBER OF UNITS:** 20  **NUMBER OF VACANT UNITS:** 2  **NUMBER OF FURNISHED UNITS:** 0  **NUMBER OF UNFURNISHED UNITS:** 20  **NUMBER SECTION 8 UNITS:** 0

| # | Address | TENANTS NAME | BDR / BATH | SQ. FEET (approx) | STATUS | CURRENT RENT IN PLACE | OCCUPANCY DATE | LEASE EXPIRATION or MTM | DATE LAST RENT INCREASE | FURNISHED UNIT (Y/N) | SEC 8 (Y/N) | ANY RENT CONCESSIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 41 | 2301 | WALKINS | / | | OCCUPIED | $550 | 3/3/04 | MTM | | No | No | No |
| 42 | 2301 | VACANT | / | | VACANT | $535 | | | | No | | No |
| 43 | 2301 | CEBALLOS | / | | OCCUPIED | $500 | 3/9/04 | MTM | | No | No | No |
| 44 | 2301 | ROLAND | / | | OCCUPIED | $595 | 9/18/04 | MTM | | No | No | No |
| 45 | 2301 | BROWN | / | | OCCUPIED | $595 | 9/7/04 | MTM | | No | No | No |
| 46 | 2301 | NVARRO | / | | OCCUPIED | $500 | 3/12/04 | MTM | | No | No | No |
| 47 | 2301 | VACANT | / | | VACANT | $500 | | | | No | | No |
| 48 | 2301 | BANKS | / | | OCCUPIED | $500 | 3/3/04 | MTM | | No | No | No |
| 49 | 2301 | LUMPKIN | / | | OCCUPIED | $625 | 10/1/04 | MTM | | No | No | No |
| 50 | 2301 | SMITH | / | | OCCUPIED | $550 | 2/28/04 | MTM | | No | No | No |
| 51 | 2301 | ALCAREZ | / | | OCCUPIED | $525 | 7/23/04 | MTM | | No | No | No |
| 52 | 2301 | BANEZ | / | | OCCUPIED | $535 | 2/11/05 | MTM | | No | No | No |
| 53 | 2301 | KALEY | / | | OCCUPIED | $560 | 8/1/04 | MTM | | No | No | No |
| 54 | 2301 | COLBERT | / | | OCCUPIED | $535 | 5/13/05 | MTM | | No | No | No |
| 55 | 2301 | RODRIGUEZ | / | | OCCUPIED | $535 | 2/2/06 | MTM | | No | No | No |
| 56 | 2301 | ALVEREZ | / | | OCCUPIED | $525 | 5/6/05 | MTM | | No | No | No |
| 57 | 2301 | COMFORT | / | | OCCUPIED | $550 | 9/1/04 | MTM | | No | No | No |
| 58 | 2301 | GAXLOLLA | / | | OCCUPIED | $535 | 2/1/05 | MTM | | No | No | No |
| 59 | 2301 | MIGUEL IBANEZ | / | | OCCUPIED | $535 | 3/2/05 | MTM | | No | No | No |
| 60 | 2301 | JONES | / | | OCCUPIED | $535 | 3/19/05 | MTM | | No | No | No |

| | |
|---|---|
| MONTHLY RENT SCHEDULE: | $10,820 |
| MONTHLY LAUNDRY INCOME: (Must show on Income/Expenses) | $200 |
| MONTHLY GARAGE INCOME: | $0 |
| OTHER: | $0 |
| TOTALS FROM ADDITIONAL PAGES (IF NEEDED) | $0 |
| TOTAL GROSS MONTHLY INCOME: | $11,020 |

**ALL COLUMNS AND SECTIONS MUST BE COMPLETED**

What utilities are included in rent?  ☐ Electricity  ☐ Cable TV  ☐ Gas  ☑ Garbage  ☑ Water  ☐ Heat

Is the property subject to rent control?  ☐ Yes  ☑ No

If Yes, what is the current allowable increase per year? _____ %

What has been your average monthly occupancy rate over the preceding 12 months? __95__ %

I certify, to the best of my knowledge, under penalty of perjury that the information herein is true and accurate as of:

**DATE:** 7/6/2005

CUSTOMER/GUARANTOR ____ DATE ____  BROKER [signature]  **DATE:** 7/6/2005

LMFG - Multifamily Rent Roll Rev. 4/1/05

Multifamily Finance Group

## Multifamily Rent Roll

**BORROWER / GUARANTOR:**
**PROJECT:**
**PROPERTY ADDRESS:** 2304 Clifford Ave.
**CITY:** Las Vegas
**STATE:** NV
**ZIP CODE:** 89104
**TOTAL NUMBER OF UNITS:** 6
**NUMBER OF VACANT UNITS:** 0
**NUMBER OF FURNISHED UNITS:** 0
**NUMBER OF UNFURNISHED UNITS:** 6
**NUMBER SECTION 8 UNITS:** 0

| UNIT # | Address | TENANTS NAME | BDR / BATH | SQ. FEET (approx) | STATUS | CURRENT RENT IN PLACE | OCCUPANCY DATE | LEASE EXPIRATION or MTM | DATE LAST RENT INCREASE | FURNISHED UNIT (Y/N) | SEC 8 (Y/N) | ANY RENT CONCESSIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 67 | 2304 | VASQUEZ | 2 / 1 | 740 | OCCUPIED | $535 | 2/11/05 | MTM | | No | No | No |
| 68 | 2304 | CARRLOAN | 1 / 1 | 620 | OCCUPIED | $525 | 8/1/04 | MTM | | No | No | No |
| 69 | 2304 | WILLIAMS | 2 / 1 | 740 | OCCUPIED | $595 | 10/1/04 | MTM | | No | No | No |
| 70 | 2304 | EVERETT | 2 / 1 | 740 | OCCUPIED | $625 | 10/1/04 | MTM | | No | No | No |
| 71 | 2304 | SUTTON | 2 / 1 | 740 | OCCUPIED | $535 | 4/11/05 | MTM | | No | No | No |
| 72 | 2304 | GUERRA | 2 / 1 | 740 | OCCUPIED | $500 | 7/20/04 | MTM | | No | No | No |

| | |
|---|---|
| MONTHLY RENT SCHEDULE: | $3,315 |
| MONTHLY LAUNDRY INCOME: (Must show on Income/Expenses) | $60 |
| MONTHLY GARAGE INCOME: | $0 |
| OTHER: | $0 |
| TOTALS FROM ADDITIONAL PAGES (IF NEEDED) | $0 |
| TOTAL GROSS MONTHLY INCOME: | $3,375 |

**ALL COLUMNS AND SECTIONS MUST BE COMPLETED**

What utilities are included in rent? ☐ Electricity ☐ Cable TV ☐ Gas ☑ Garbage ☑ Water ☐ Heat

Is the property subject to rent control? ☐ Yes ☑ No

If Yes, what is the current allowable increase per year? _____ %

What has been your average monthly occupancy rate over the preceeding 12 months? __95__ %

I certify, to the best of my knowledge, under penalty of perjury that the information herein is true and accurate as of:

| BORROWER / GUARANTOR: | DATE | BROKER | DATE |
|---|---|---|---|
| | | *[signature]* | |

LMFG - Multifamily Rent Roll Rev. 4/1/05

PT000017392