**From:** Andy Hantges [ahantges@usacapitalcorp.com]
**Sent:** Wednesday, July 06, 2005 4:14 PM
**To:** cathi.ciardella@catalystfunding.com
**Subject:** Rent Rolls II
**Attachments:** 2404 Clifford - Gutierrez.pdf; 2316 Clifford - Hill.pdf; 2317 Wengert - Fuller.pdf; 2400 Clifford - Potts.pdf; 2401 Wengert - Lee.pdf

   

2404 Clifford - Gutierrez.pdf ... 2316 Clifford - Hill.pdf (102... 2317 Wengert - Fuller.pdf (109... 2400 Clifford - Potts.pdf (99... 2401 Wengert - Lee.pdf (106 KB...

Andrew Hantges, CCIM
USA Commercial Mortgage
4484 South Pecos Road
Las Vegas, NV 89121
Phone 702-734-1549
Fax 702-939-2131
Toll Free 800-748-8664

1

EXHIBIT 6
Hantges 10/12/07

PT000017382

Multifamily Finance Group

## Multifamily Rent Roll

**BORROWER / GUARANTOR**
**PROPERTY**
**PROPERTY ADDRESS:** 2404 Clifford
**TOTAL NUMBER OF UNITS:** 6
**CITY:** Las Vegas
**STATE:** NV
**ZIP CODE:** 89104
**NUMBER OF VACANT UNITS:** 1
**NUMBER OF FURNISHED UNITS:** 0
**NUMBER OF UNFURNISHED UNITS:** 6
**NUMBER SECTION 8 UNITS:** 0

| APT # | Address | TENANT'S NAME | BDR / BATH | SQ. FEET (approx) | STATUS | CURRENT RENT IN PLACE | OCCUPANCY DATE | LEASE EXPIRATION or MTM | DATE LAST RENT INCREASE | FURNISHED UNIT (Y/N) | SEC 8 (Y/N) | ANY RENT CONCESSIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 97 | 2404 | JOUBERT | 2 / 1 | 740 | OCCUPIED | $535 | 2/1/05 | MTM | | No | No | No |
| 98 | 2404 | RICHARDSON | 2 / 1 | 740 | OCCUPIED | $535 | 7/1/05 | MTM | | No | No | No |
| 99 | 2404 | CORTES | 1 / 1 | 620 | OCCUPIED | $475 | 2/21/05 | MTM | | No | No | No |
| 100 | 2404 | EVANA | 2 / 1 | 740 | OCCUPIED | $625 | 10/8/04 | MTM | | No | No | No |
| 101 | 2404 | MORANO | 2 / 1 | 740 | OCCUPIED | $595 | 9/1/04 | MTM | | No | No | No |
| 102 | 2404 | VACANT | 2 / 1 | 740 | VACANT | $625 | | | | No | | No |

| | |
|---|---|
| MONTHLY RENT SCHEDULE: | $3,390 |
| MONTHLY LAUNDRY INCOME: (Must show on Income/Expenses) | $60 |
| MONTHLY GARAGE INCOME: | $0 |
| OTHER: | $0 |
| TOTALS FROM ADDITIONAL PAGES (IF NEEDED) | $0 |
| TOTAL GROSS MONTHLY INCOME: | $3,450 |

**ALL COLUMNS AND SECTIONS MUST BE COMPLETED**

What utilities are included in rent? ☐ Electricity  ☐ Cable TV  ☐ Gas  ☑ Garbage  ☑ Water  ☐ Heat

Is the property subject to rent control?  ☐ Yes  ☑ No

If Yes, what is the current allowable increase per year? _____ %

What has been your average monthly occupancy rate over the preceeding 12 months? __96__ %

I certify, to the best of my knowledge, under penalty of perjury that the information herein is true and acurate as of:

**DATE:** 7/6/2005

BORROWER / GUARANTOR    DATE    BROKER    DATE: 7/6/2005

LMFG - Multifamily Rent Roll Rev. 4/1/05

Multifamily Finance Group

## Multifamily Rent Roll

**BORROWER / GUARANTOR:**

**PROPERTY ADDRESS:** 2316 Clifford Ave.
**CITY:** Las Vegas
**STATE:** NV
**ZIP CODE:** 89104
**TOTAL NUMBER OF UNITS:** 6
**NUMBER OF VACANT UNITS:** 1
**NUMBER OF FURNISHED UNITS:** 0
**NUMBER OF UNFURNISHED UNITS:** 6
**NUMBER OF SECTION 8 UNITS:** 0

| APT # | Address | TENANTS NAME | BDR / BATH | SQ. FEET (approx) | STATUS | CURRENT RENT IN PLACE | OCCUPANCY DATE | LEASE EXPIRATION or MTM | DATE LAST RENT INCREASE | FURNISHED UNIT (Y/N) | SEC 8 (Y/N) | ANY RENT CONCESSIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 85 | 2316 | VACA | 2 / 1 | 740 | OCCUPIED | $625 | 10/1/04 | MTM | N/A | No | No | No |
| 86 | 2316 | MCLENDON | 2 / 1 | 740 | OCCUPIED | $535 | 4/20/05 | MTM | N/A | No | No | No |
| 87 | 2316 | PAZ | 1 / 1 | 820 | OCCUPIED | $485 | 4/1/04 | MTM | N/A | No | No | No |
| 88 | 2316 | | 2 / 1 | 740 | VACANT | $550 | | | | No | | No |
| 89 | 2316 | GILLIAN | 2 / 1 | 740 | OCCUPIED | $585 | 9/10/04 | MTM | N/A | No | No | No |
| 90 | 2316 | MORALES | 2 / 1 | 740 | OCCUPIED | $535 | 3/1/05 | MTM | N/A | No | No | No |

**MONTHLY RENT SCHEDULE:** $3,315
**MONTHLY LAUNDRY INCOME:** (Must show on Income/Expenses) $60
**MONTHLY GARAGE INCOME:** $0
**OTHER:** $0
**TOTALS FROM ADDITIONAL PAGES (IF NEEDED):** $0
**TOTAL GROSS MONTHLY INCOME:** $3,375

### ALL COLUMNS AND SECTIONS MUST BE COMPLETED

What utilities are included in rent? ☐ Electricity  ☐ Cable TV  ☐ Gas  ☑ Garbage  ☑ Water  ☐ Heat

Is the property subject to rent control? ☐ Yes  ☑ No

If Yes, what is the current allowable increase per year? _____ %

What has been your average monthly occupancy rate over the preceding 12 months? 95 %

I certify, to the best of my knowledge, under penalty of perjury that the information herein is true and accurate as of:

**DATE:** 7/6/2005

**BORROWER / GUARANTOR** _____ **DATE:** _____
**BROKER** _(signature)_ **DATE:** 7/6/2005

LMFG - Multifamily Rent Roll Rev. 4/1/05

Multifamily Finance Group

## Multifamily Rent Roll

| | | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| PROPERTY ADDRESS | | Las Vegas | NV | 89104 |
| 2317 Wengert Ave. | | | | |

| NUMBER OF UNITS | NUMBER OF VACANT UNITS | NUMBER OF FURNISHED UNITS | NUMBER OF UNFURNISHED UNITS | NUMBER OF SECTION 8 UNITS |
|---|---|---|---|---|
| 12 | 1 | 0 | 12 | 0 |

| UNIT # | Address | TENANTS NAME | BDR / BATH | SQ. FEET (approx) | STATUS | CURRENT RENT IN PLACE | OCCUPANCY DATE | LEASE EXPIRATION or MTM | DATE LAST RENT INCREASE | FURNISHED UNIT (Y/N) | SEC 8 (Y/N) | ANY RENT CONCESSIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | 2317 | GRIFFIN | 2 / 1 | 740 | OCCUPIED | $535 | 4/4/05 | MTM | N/A | No | No | No |
| 30 | 2317 | VACANT | 2 / 1 | 740 | VACANT | $535 | | | | No | | No |
| 31 | 2317 | THOMAS | 2 / 1 | 740 | OCCUPIED | $535 | 5/6/05 | MTM | N/A | No | No | No |
| 32 | 2317 | BURT | 2 / 1 | 740 | OCCUPIED | $460 | 4/23/04 | MTM | N/A | No | No | No |
| 33 | 2317 | BRAY | 2 / 1 | 740 | OCCUPIED | $550 | 2/16/04 | MTM | N/A | No | No | No |
| 34 | 2317 | ROSS | 2 / 1 | 740 | OCCUPIED | $595 | 9/21/04 | MTM | N/A | No | No | No |
| 35 | 2317 | WALKER | 2 / 1 | 740 | OCCUPIED | $550 | 9/1/04 | MTM | N/A | No | No | No |
| 36 | 2317 | VASQUEZ | 2 / 1 | 740 | OCCUPIED | $595 | 9/1/04 | MTM | N/A | No | No | No |
| 37 | 2317 | ANDERSON | 2 / 1 | 740 | OCCUPIED | $525 | 5/3/04 | MTM | N/A | No | No | No |
| 38 | 2317 | CHINN | 2 / 1 | 740 | OCCUPIED | $535 | 2/11/05 | MTM | N/A | No | No | No |
| 39 | 2317 | LIMA | 2 / 1 | 740 | OCCUPIED | $525 | 9/1/04 | MTM | N/A | No | No | No |
| 40 | 2317 | THOMPSON | 2 / 1 | 740 | OCCUPIED | $535 | 5/1/05 | MTM | N/A | No | No | No |

| MONTHLY RENT SCHEDULE: | $6,465 |
|---|---|
| MONTHLY LAUNDRY INCOME: (Must show on Income/Expenses) | $120 |
| MONTHLY GARAGE INCOME: | $0 |
| OTHER: | $0 |
| TOTALS FROM ADDITIONAL PAGES (IF NEEDED) | $0 |
| TOTAL GROSS MONTHLY INCOME: | $6,585 |

**ALL COLUMNS AND SECTIONS MUST BE COMPLETED**

What utilities are included in rent?  ☐ Electricity  ☐ Cable TV  ☐ Gas  ☑ Garbage  ☑ Water  ☐ Heat

Is the property subject to rent control?  ☐ Yes  ☑ No

If Yes, what is the current allowable increase per year? _____ %

What has been your average monthly occupancy rate over the preceeding 12 months? __95__ %

I certify, to the best of my knowledge, under penalty of perjury that the information herein is true and acurate as of:

| | DATE |
|---|---|
| OWNER / GUARANTOR | 7/6/2005 |
| BROKER | 7/6/2005 |

LMFG - Multifamily Rent Roll Rev. 4/1/05

Multifamily Finance Group

## Multifamily Rent Roll

**PROPERTY ADDRESS:** 2400 Clifford Ave  
**CITY:** Las Vegas  **STATE:** NV  **ZIP CODE:** 89104  
**NUMBER OF UNITS:** 6  **NUMBER OF VACANT UNITS:** 1  **NUMBER OF FURNISHED UNITS:** 0  **NUMBER OF UNFURNISHED UNITS:** 6  **NUMBER SECTION 8 UNITS:** 0

| APT # | Address | TENANT'S NAME | BDR / BATH | SQ. FEET (approx) | STATUS | CURRENT RENT IN PLACE | OCCUPANCY DATE | LEASE EXPIRATION or MTM | DATE LAST RENT INCREASE | FURNISHED UNIT (Y/N) | SEC 8 (Y/N) | ANY RENT CONCESSIONS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 91 | 2400 | OUTLAW | 2 / 1 | 740 | OCCUPIED | $535 | 4/1/05 | MTM | N/A | No | No | No |
| 92 | 2400 | TAYLOR | 2 / 1 | 740 | OCCUPIED | $625 | 11/1/04 | MTM | N/A | No | No | No |
| 93 | 2400 | VACANT | 2 / 1 | 740 | VACANT | $595 | | | | No | | No |
| 94 | 2400 | MARTINEZ | 2 / 1 | 740 | OCCUPIED | $535 | 3/24/05 | MTM | N/A | No | No | No |
| 95 | 2400 | TALLEY | 1 / 1 | 620 | OCCUPIED | $535 | 3/7/05 | MTM | N/A | No | No | No |
| 96 | 2400 | WASCAVAGE | 2 / 1 | 740 | OCCUPIED | $500 | 5/1/04 | MTM | N/A | No | No | No |

**MONTHLY RENT SCHEDULE:** $3,325  
**MONTHLY LAUNDRY INCOME:** (Must show on Income/Expenses) $60  
**MONTHLY GARAGE INCOME:** $0  
**OTHER:** $0  
**TOTALS FROM ADDITIONAL PAGES (IF NEEDED):** $0  
**TOTAL GROSS MONTHLY INCOME:** $3,385

### ALL COLUMNS AND SECTIONS MUST BE COMPLETED

What utilities are included in rent? ☐ Electricity  ☐ Cable TV  ☐ Gas  ☒ Garbage  ☒ Water  ☐ Heat

Is the property subject to rent control? ☐ Yes  ☒ No  
If Yes, what is the current allowable increase per year? _____ %

What has been your average monthly occupancy rate over the preceeding 12 months? __95__ %

I certify, to the best of my knowledge, under penalty of perjury that the information herein is true and accurate as of:  
**DATE:** 7/6/2005

BROKER: [signature] **DATE:** 7/6/2005

LMFG - Multifamily Rent Roll Rev. 4/1/05

Multifamily Finance Group

## Multifamily Rent Roll

**Property Address:** 2401 Wengert Ave.
**City:** Las Vegas **State:** NV **Zip Code:** 89104
**Total Number of Units:** 14
**Number of Vacant Units:** 1
**Number of Furnished Units:** 0
**Number of Unfurnished Units:** 14
**Number Section 8 Units:** 0

| Apt # | Address | Tenant's Name | BDR / BATH | Sq. Feet (approx) | Status | Current Rent In Place | Occupancy Date | Lease Expiration or MTM | Date Last Rent Increase | Furnished Unit (Y/N) | Sec 8 (Y/N) | Any Rent Concessions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | 2401 | VACANT | 2 / 1 | 740 | VACANT | $550 | | | | No | No | No |
| 16 | 2401 | FLORES | 2 / 1 | 740 | OCCUPIED | $535 | 2/21/05 | MTM | | No | No | No |
| 17 | 2401 | GANN | 2 / 1 | 740 | OCCUPIED | $550 | 2/2/04 | MTM | | No | No | No |
| 18 | 2401 | SAFT | 2 / 1 | 740 | OCCUPIED | $485 | 2/29/04 | MTM | | No | No | No |
| 19 | 2401 | REYES | 2 / 1 | 740 | OCCUPIED | $535 | 3/1/05 | MTM | | No | No | No |
| 20 | 2401 | OLIVER | 2 / 1 | 740 | OCCUPIED | $495 | 3/3/04 | MTM | | No | No | No |
| 21 | 2401 | ESTES | 2 / 1 | 740 | OCCUPIED | $535 | 5/1/05 | MTM | | No | No | No |
| 22 | 2401 | VILLALPANDO | 2 / 1 | 740 | OCCUPIED | $475 | 2/3/04 | MTM | | No | No | No |
| 23 | 2401 | SMITH | 2 / 1 | 740 | OCCUPIED | $625 | 10/13/04 | MTM | | No | No | No |
| 24 | 2401 | CABALLEROS | 2 / 1 | 740 | OCCUPIED | $535 | 2/1/05 | MTM | | No | No | No |
| 25 | 2401 | RAMIREZ | 2 / 1 | 740 | OCCUPIED | $535 | 2/1/05 | MTM | | No | No | No |
| 26 | 2401 | TURNER | 2 / 1 | 740 | OCCUPIED | $625 | 10/9/04 | MTM | | No | No | No |
| 27 | 2401 | HARVEY | 2 / 1 | 740 | OCCUPIED | $550 | 8/15/04 | MTM | | No | No | No |
| 28 | 2401 | RODRIGUEZ | 2 / 1 | 740 | OCCUPIED | $535 | 2/11/05 | MTM | | No | No | No |

**MONTHLY RENT SCHEDULE:** $7,565
**MONTHLY LAUNDRY INCOME:** (Must show on Income/Expenses) $140
**MONTHLY GARAGE INCOME:** $0
**OTHER:** $0
**TOTALS FROM ADDITIONAL PAGES (IF NEEDED)** $0
**TOTAL GROSS MONTHLY INCOME:** $7,705

### ALL COLUMNS AND SECTIONS MUST BE COMPLETED

What utilities are included in rent? ☐ Electricity ☐ Cable TV ☐ Gas ☑ Garbage ☑ Water ☐ Heat

Is the property subject to rent control? ☐ Yes ☑ No

If Yes, what is the current allowable increase per year? _____ %

What has been your average monthly occupancy rate over the preceeding 12 months? 95 %

I certify, to the best of my knowledge, under penalty of perjury that the information herein is true and acurate as of:

**BORROWER / GUARANTOR** _____ **DATE** _____
**BROKER** [signature] **DATE** 7/6/2005
**DATE** 7/6/2005

LMFG - Multifamily Rent Roll Rev. 4/1/05