## Multifamily Finance Group

## Income and Expense Statement

Guarantor: Jen-Shih Lee

Address: 2401 Wengert  Las Vegas, NV 89102

| | | 2003 INCOME & EXPENSES | 2004 INCOME & EXPENSES | 2005 Months YTD INCOME & EXPENSES | 2005 ANNUALIZED INCOME & EXPENSES | BROKER ANALYSIS BASED ON ACTUAL INCOME | FOOTNOTES - INSERT NUMBERS TO REFER TO CORRESPONDING COMMENTS IN NARRATIVE |
|---|---|---|---|---|---|---|---|
| 14 Years | Rate 6.000% | | | | | | |
| 30 | | | | | | | |
| INCOME & EXPENSE DATA | | | | | | 5% | |
| Collection Percentage: | | | | | | 90,780 | |
| Income (PGI): | | | | | | 1,500 | |
| Income: | | | | | | 92,280 | |
| ANNUAL GROSS INCOME: | | | | | | 4,614 | |
| Collection amount: | | | | | | 87,666 | |
| GROSS INCOME (EGI): | | | | | | 2,300 | |
| Taxes: | | | | | | 4,800 | |
| Insurance: | | | | | | | |
| (if applicable): | | | | | | 4,383 | |
| Management: | 5% | | | | | 6,500 | |
| Utilities: | | | | | | | |
| oval: | | | | | | 500 | |
| | | | | | | 1,400 | |
| | 100 | | | | | | |
| salary: | | | | | | 1,400 | |
| Maintenance: | 100 | | | | | 1,400 | |
| Exterior Dec: | 100 | | | | | 600 | |
| Expenses & supplies: | | | | | | | |
| Administrative: | | | | | | | |
| Fees: | | | | | | | |
| Fees (Legal & Audit): | | | | | | 1,000 | |
| Miscellaneous: | | | | | | | |
| | | | | | | 2,450 | |
| Reserves: | 175 | | | | | 26,733 | |
| EXPENSES: | | | | | | | |
| | | | | | | 60,933 | |
| OPERATING INCOME: | | | | | | | |
| | | 48,276 | 48,276 | n/a | 48,276 | 48,276 | |
| DEBT SERVICE: | | | | n/a | | 1:26 | |

COMMENTS REGARDING INCOME & EXPENSE STATEMENT:

..., to the best of my knowledge, under penalty of perjury that the information herein is true and accurate as of: 5/21/05

Borrower / Guarantor Signature

Broker Signature

EXHIBIT 9

LMFG - Income and Expense Statement Rev 4/05

USA 1014

16

**Multifamily Finance Group**

## Income and Expense Statement

Guarantor: **Scott Mollahan**

Address: **2408 Clifford   Las Vegas, NV 89102**

| 6 Years / Rate | | 2003 INCOME & EXPENSES | 2004 INCOME & EXPENSES | 2005 6 Months YTD INCOME & EXPENSES | 2005 ANNUALIZED INCOME & EXPENSES | BROKER ANALYSIS BASED ON ACTUAL INCOME | FOOTNOTES - INSERT NUMBERS TO REFER TO CORRESPONDING COMMENTS IN NARRATIVE |
|---|---|---|---|---|---|---|---|
| 30 | 6.000% | | | | | | |
| **INCOME & EXPENSE DATA** | | | | | | | |
| Collection Percentage: | | | | | | 5% | |
| Income (PGI): | | | | | | 39,600 | |
| Income: | | | | | | 700 | |
| TOTAL GROSS INCOME: | | | | | | 40,300 | |
| Collection amount: | | | | | | 2,015 | |
| GROSS INCOME (EGI): | | | | | | 38,285 | |
| Taxes: | | | | | | 1,500 | |
| Insurance: | | | | | | 2,500 | |
| Office (if applicable): | | | | | | | |
| Management: | 5% | | | | | 1,914 | |
| Utilities: | | | | | | 3,300 | |
| Trash: | | | | | | | |
| Pest: | | | | | | 150 | |
| Landscape: | 100 | | | | | 600 | |
| Security: | | | | | | | |
| Maintenance: | 100 | | | | | 600 | |
| Interior Dec: | 100 | | | | | 600 | |
| Expenses & supplies: | | | | | | 300 | |
| Administrative: | | | | | | | |
| Fees: | | | | | | | |
| Fees (Legal & Audit): | | | | | | | |
| Misc: | | | | | | 600 | |
| Reserves: | 175 | | | | | 1,050 | |
| EXPENSES: | | | | | | 13,114 | |
| | | | | | | | |
| OPERATING INCOME: | | | | | | 25,171 | |
| DEBT SERVICE: | | 20,433 | 20,433 | n/a | 20,433 | 20,433 | |
| | | | | n/a | | 1.23 | |

**COMMENTS REGARDING INCOME & EXPENSE STATEMENT:**

To the best of my knowledge, under penalty of perjury that the information herein is true and accurate as of:  5/21/05

Guarantor Signature                     Broker Signature

MFG - Income and Expense Statement Rev 4/05

USA 406

## Income and Expense Statement

Guarantor: John Nash
Address: 2417 Wengert  Las Vegas, NV 89102

| 14 Years 30 Rate 6.000% & EXPENSE DATA | 2003 INCOME & EXPENSES | 2004 INCOME & EXPENSES | 2005 Months YTD INCOME & EXPENSES | 2005 ANNUALIZED INCOME & EXPENSES | BROKER ANALYSIS BASED ON ACTUAL INCOME | FOOTNOTES - INSERT NUMBERS TO REFER TO CORRESPONDING COMMENTS IN NARRATIVE |
|---|---|---|---|---|---|---|
| ...ection Percentage: | | | | | 5% | |
| ...Income (PGI): | | | | | 90,240 | |
| ...Income: | | | | | 1,600 | |
| ...AL GROSS INCOME: | | | | | 91,840 | |
| ...ction amount: | | | | | 4,592 | |
| ...GROSS INCOME (EGI): | | | | | 87,248 | |
| ...xes: | | | | | 2,000 | |
| ...ance: | | | | | 4,500 | |
| ...ce (if applicable): | | | | | | |
| ...gement:  5% | | | | | 4,362 | |
| ...ties: | | | | | 7,000 | |
| ... | | | | | | |
| ... | | | | | 500 | |
| ...  100 | | | | | 1,400 | |
| ...ary: | | | | | | |
| ...intenance:  100 | | | | | 1,400 | |
| ...erior Dec:  100 | | | | | 1,400 | |
| ...penses & supplies: | | | | | 1,400 | |
| ...ministrative: | | | | | | |
| ...Fees: | | | | | | |
| ...Fees (Legal & Audit): | | | | | 1,500 | |
| ...ic: | | | | | 700 | |
| ...Reserves:  175 | | | | | 2,450 | |
| ...ENSES: | | | | | 28,612 | |
| ...TING INCOME: | | | | | 58,636 | |
| DEBT SERVICE: | 48,276 | 48,276 | n/a | 48,276 | 48,276 | |
| | | | n/a | | 1.21 | |

...TS REGARDING INCOME & EXPENSE STATEMENT:

To the best of my knowledge, under penalty of perjury that the information herein is true and accurate as of: 5/21/05

Guarantor Signature

Broker Signature

Multifamily Finance Group

## Income and Expense Statement

**Guarantor:** Steve Miller

**Address:** 2427 Clifford  Las Vegas, NV 89102

| INCOME & EXPENSE DATA | | | 2003 INCOME & EXPENSES | 2004 INCOME & EXPENSES | 2005 Months YTD INCOME & EXPENSES | 2005 ANNUALIZED INCOME & EXPENSES | BROKER ANALYSIS BASED ON ACTUAL INCOME | FOOTNOTES - INSERT NUMBERS TO REFER TO CORRESPONDING COMMENTS IN NARRATIVE |
|---|---|---|---|---|---|---|---|---|
| ...ts | 15 Years | Rate 6.000% | | | | | | |
| ... | 30 | | | | | | | |
| ... Collection Percentage: | | | | | | | 5% | |
| ...oss Income (PGI): | | | | | | | 89,100 | |
| ...nual Income: | | | | | | | 1,700 | |
| ANNUAL GROSS INCOME: | | | | | | | 90,800 | |
| ...& Collection amount: | | | | | | | 4,540 | |
| ...IVE GROSS INCOME (EGI): | | | | | | | 86,260 | |
| ...le Taxes: | | | | | | | 1,800 | |
| ...insurance: | | | | | | | 4,400 | |
| ...rance (if applicable): | | | | | | | | |
| ...anagement | 5% | | | | | | 4,313 | |
| ...d Utilities: | | | | | | | 7,000 | |
| ...moval: | | | | | | | | |
| ...rol: | | | | | | | 500 | |
| ... | 100 | | | | | | 1,500 | |
| ...r: salary: | | | | | | | | |
| ...& Maintenance: | 100 | | | | | | 1,500 | |
| ...& Exterior Dec: | 100 | | | | | | 1,500 | |
| ...g Expenses & supplies: | | | | | | | 2,000 | |
| ...& Administrative: | | | | | | | 2,000 | |
| ...tion Fees: | | | | | | | | |
| ...onal Fees (Legal & Audit): | | | | | | | | |
| ...aneous: | | | | | | | 750 | |
| ...ement Reserves: | 175 | | | | | | 2,625 | |
| ...EXPENSES: | | | | | | | 29,888 | |
| OPERATING INCOME: | | | | | | | 56,372 | |
| ...AL DEBT SERVICE: | | | 46,549 | 46,549 | n/a | 46,549 | 46,549 | |
| | | | | | n/a | | 1.21 | |

**COMMENTS REGARDING INCOME & EXPENSE STATEMENT:**

...rtify, to the best of my knowledge, under penalty of perjury that the information herein is true and accurate as of: 5/21/05

Date

Borrower Signature

Broker Signature

LMFG - Income and Expense Statement Rev 4/05

USA 878

Multifamily Finance Group

## Income and Expense Statement

Guarantor: **Christine Westland**

Address: **2416 Clifford  Las Vegas, NV 89102**

| | 6 Years / 30  Rate 6.000% | 2003 INCOME & EXPENSES | 2004 INCOME & EXPENSES | 2005 Months YTD INCOME & EXPENSES | 2005 ANNUALIZED INCOME & EXPENSES | BROKER ANALYSIS BASED ON ACTUAL INCOME | FOOTNOTES - INSERT NUMBERS TO REFER TO CORRESPONDING COMMENTS IN NARRATIVE |
|---|---|---|---|---|---|---|---|
| INCOME & EXPENSE DATA | | | | | | | |
| Collection Percentage: | | | | | | 5% | |
| Gross Income (PGI): | | | | | | 37,020 | |
| ... Income: | | | | | | 700 | |
| ... Income: | | | | | | 37,720 | |
| ANNUAL GROSS INCOME: | | | | | | 1,886 | |
| Collection amount: | | | | | | 35,834 | |
| ... GROSS INCOME (EGI): | | | | | | 1,500 | |
| Taxes: | | | | | | 2,500 | |
| Insurance: | | | | | | | |
| ...ance (if applicable): | | | | | | 1,792 | |
| Management: 5% | | | | | | 3,300 | |
| Utilities: | | | | | | | |
| ...moval: | | | | | | 150 | |
| ...trol: | 100 | | | | | 600 | |
| Salary: | | | | | | | |
| Maintenance: | 100 | | | | | 600 | |
| Exterior Dec: | 100 | | | | | 500 | |
| Expenses & supplies: | | | | | | 300 | |
| Administrative: | | | | | | | |
| ...ion Fees: | | | | | | | |
| ...nal Fees (Legal & Audit): | | | | | | 600 | |
| ...ous: | | | | | | | |
| | | | | | | 1,050 | |
| ...ent Reserves: | 175 | | | | | 12,992 | |
| EXPENSES: | | | | | | | |
| | | | | | | 22,842 | |
| OPERATING INCOME: | | | | | | | |
| DEBT SERVICE: | | 19,785 | 19,785 | n/a | 19,785 | 19,785 | |
| | | | | n/a | | 1.15 | |

COMMENTS REGARDING INCOME & EXPENSE STATEMENT:

..., to the best of my knowledge, under penalty of perjury that the information herein is true and accurate as of:  5/23/05

_Christine Westland_
Guarantor Signature

_[signature]_
Broker Signature

LMFG - Income and Expense Statement Rev 4/05

USA 757

**Multifamily Finance Group**

## Income and Expense Statement

Grantor: Albert & Linda Lee

Address: 2412 Clifford  Las Vegas, NV 89102

| 6 Years 30 & EXPENSE DATA | Rate 6.000% | 2003 INCOME & EXPENSES | 2004 INCOME & EXPENSES | 2005 Months YTD INCOME & EXPENSES | 2005 ANNUALIZED INCOME & EXPENSES | BROKER ANALYSIS BASED ON ACTUAL INCOME | FOOTNOTES - INSERT NUMBERS TO REFER TO CORRESPONDING COMMENTS IN NARRATIVE |
|---|---|---|---|---|---|---|---|
| ...tion Percentage: | | | | | | 5% | |
| Income (PGI): | | | | | | 38,880 | |
| Income: | | | | | | 700 | |
| TAL GROSS INCOME: | | | | | | 39,580 | |
| ...tion amount: | | | | | | 1,979 | |
| GROSS INCOME (EGI): | | | | | | 37,601 | |
| Taxes: | | | | | | 1,500 | |
| ...nce: | | | | | | 2,200 | |
| ...ce (if applicable): | | | | | | | |
| ...gement: | 5% | | | | | 1,880 | |
| ...ities: | | | | | | 3,300 | |
| | | | | | | | |
| | | | | | | 150 | |
| | 100 | | | | | 600 | |
| ...ary: | | | | | | | |
| Maintenance: | 100 | | | | | 600 | |
| ...rior Dec: | 100 | | | | | 600 | |
| ...penses & supplies: | | | | | | 300 | |
| Administrative: | | | | | | | |
| ...Fees: | | | | | | | |
| ...Fees (Legal & Audit): | | | | | | | |
| ...us: | | | | | | 600 | |
| ...t Reserves: | 175 | | | | | 1,050 | |
| ...ENSES: | | | | | | 12,780 | |
| ...ATING INCOME: | | | | | | 24,821 | |
| DEBT SERVICE: | | 20,433 | 20,433 | n/a | 20,433 | 20,433 | |
| | | | | n/a | | 1.21 | |

...TS REGARDING INCOME & EXPENSE STATEMENT:

...to the best of my knowledge, under penalty of perjury that the information herein is true and accurate as of:  5/21/05 /Date

Guarantor Signature          Broker Signature

LMFG - Income and Expense Statement Rev 4/05

USA 635

Multifamily Finance Group

## Income and Expense Statement

Guarantor: Jeff & Katie Gutierrez

Address: 2404 Clifford  Las Vegas, NV 89102

| 6 Years 30 | Rate 6.000% | 2003 INCOME & EXPENSES | 2004 INCOME & EXPENSES | 2005 Months YTD INCOME & EXPENSES | 2005 ANNUALIZED INCOME & EXPENSES | BROKER ANALYSIS BASED ON ACTUAL INCOME | FOOTNOTES - INSERT NUMBERS TO REFER TO CORRESPONDING COMMENTS IN NARRATIVE |
|---|---|---|---|---|---|---|---|
| INCOME & EXPENSE DATA | | | | | | | |
| Collection Percentage: | | | | | | 5% | |
| Income (PGI): | | | | | | 39,900 | |
| Income: | | | | | | 700 | |
| TOTAL GROSS INCOME: | | | | | | 40,600 | |
| Collection amount: | | | | | | 2,030 | |
| GROSS INCOME (EGI): | | | | | | 38,570 | |
| Taxes: | | | | | | 1,500 | |
| Insurance: | | | | | | 2,500 | |
| (if applicable): | | | | | | | |
| Management | 5% | | | | | 1,929 | |
| Utilities: | | | | | | 3,300 | |
| | | | | | | 150 | |
| | 100 | | | | | 600 | |
| Salary: | | | | | | | |
| Maintenance: | 100 | | | | | 600 | |
| for Dec | 100 | | | | | 600 | |
| Expenses & supplies: | | | | | | 300 | |
| Administrative: | | | | | | | |
| Fees: | | | | | | | |
| Fees (Legal & Audit): | | | | | | | |
| | | | | | | 600 | |
| Reserves: | 175 | | | | | 1,050 | |
| EXPENSES: | | | | | | 13,129 | |
| NET OPERATING INCOME: | | | | | | 25,442 | |
| DEBT SERVICE: | | 20,433 | 20,433 | n/a | 20,433 | 20,433 | |
| | | | | n/a | | 1.25 | |

NOTES REGARDING INCOME & EXPENSE STATEMENT:

best of my knowledge, under penalty of perjury that the information herein is true and accurate as of: 5/21/05

Guarantor Signature                    Broker Signature

Income and Expense Statement Rev 4/05

USA 320

Multifamily Finance Group

## Income and Expense Statement

Grantor: **Gary Potts**

Address: **2400 Clifford   Las Vegas, NV 89102**

| | | 2003 INCOME & EXPENSES | 2004 INCOME & EXPENSES | 2005 Months YTD INCOME & EXPENSES | 2005 ANNUALIZED INCOME & EXPENSES | BROKER ANALYSIS BASED ON ACTUAL INCOME | FOOTNOTES – INSERT NUMBERS TO REFER TO CORRESPONDING COMMENTS IN NARRATIVE |
|---|---|---|---|---|---|---|---|
| Years 6 | Rate 6.000% | | | | | | |
| 30 | | | | | | | |
| EXPENSE DATA | | | | | | | |
| ...tion Percentage: | | | | | | 5% | |
| ...ome (PGI): | | | | | | 39,900 | |
| ...ome: | | | | | | 700 | |
| GROSS INCOME: | | | | | | 40,600 | |
| ...tion amount: | | | | | | 2,030 | |
| ...OSS INCOME (EGI): | | | | | | 38,570 | |
| | | | | | | 1,500 | |
| | | | | | | 2,500 | |
| (if applicable): | | | | | | | |
| ...ment: | 5% | | | | | 1,929 | |
| ...es: | | | | | | 3,300 | |
| | | | | | | | |
| | | | | | | 150 | |
| | 100 | | | | | 600 | |
| | | | | | | | |
| ...tenance: | 100 | | | | | 600 | |
| ...Dec: | 100 | | | | | 600 | |
| ...es & supplies: | | | | | | 300 | |
| ...inistrative: | | | | | | | |
| | | | | | | | |
| ...es (Legal & Audit): | | | | | | | |
| | | | | | | 600 | |
| | | | | | | | |
| Reserves: | 175 | | | | | 1,050 | |
| ...SES: | | | | | | 13,129 | |
| | | | | | | | |
| ...G INCOME: | | | | | | 25,442 | |
| ...SERVICE: | | 20,433 | 20,433 | n/a | 20,433 | 20,433 | |
| | | | | n/a | | 1.25 | |

...REGARDING INCOME & EXPENSE STATEMENT:

...best of my knowledge, under penalty of perjury that the information herein is true and accurate as of:  5/21/05

Gary S. Potts   5/25/05
Broker Signature

USA 155

**Multifamily Finance Group**

## Income and Expense Statement

Michael & Marilee Cichon

2304 Clifford   Las Vegas, NV 89102

| | Rate 6.000% ENSE DATA | 2003 INCOME & EXPENSES | 2004 INCOME & EXPENSES | 2005 Months YTD INCOME & EXPENSES | 2005 ANNUALIZED INCOME & EXPENSES | BROKER ANALYSIS BASED ON ACTUAL INCOME | FOOTNOTES - INSERT NUMBERS TO REFER TO CORRESPONDING COMMENTS IN NARRATIVE |
|---|---|---|---|---|---|---|---|
| Percentage: | | | | | | 5% | |
| (PGI): | | | | | | 39,780 | |
| | | | | | | 700 | |
| SS INCOME: | | | | | | 40,480 | |
| mount | | | | | | 2,024 | |
| NCOME (EGI): | | | | | | 38,456 | |
| | | | | | | 1,500 | |
| | | | | | | 2,500 | |
| licable): | | | | | | | |
| | 5% | | | | | 1,923 | |
| | | | | | | 3,300 | |
| | | | | | | | |
| | | | | | | 150 | |
| | 100 | | | | | 600 | |
| | | | | | | | |
| | 100 | | | | | 600 | |
| | 100 | | | | | 600 | |
| supplies: | | | | | | 300 | |
| ive: | | | | | | | |
| | | | | | | | |
| gal & Audit): | | | | | | | |
| | | | | | | 600 | |
| | | | | | | | |
| | 175 | | | | | 1,050 | |
| | | | | | | 13,123 | |
| | | | | | | | |
| OME: | | | | | | 25,333 | |
| CE: | | 20,433 | 20,433 | n/a | 20,433 | 20,433 | |
| | | | | n/a | | 1.24 | |

RDING INCOME & EXPENSE STATEMENT:

of my knowledge, under penalty of perjury that the information herein is true and accurate as of:   5/21/05
Date

Broker Signature