Muk____ y Finance Group

## Collateral Information Questionnaire

Completed: 5/21/05
Property Address: 2408 Clifford Ave. LV, NV
Completed by: Andy Hantges

The purpose of this questionnaire is to provide additional factual information regarding physical attributes, occupancy trends and operational characteristics of the property for use in the appraisal and underwriting processes. The loan elements supported with the profile include:

**Please answer each question explaining any "Yes" answers below:**

No
1. ☒  Does the property contain commercial income that accounts for more than 25% of the annual gross potential income? If YES then please explain
2. ☒  Does the property rent space units where liquor, beer or wine is served to customers and consumed on-site? If YES then please explain
3. ☒  Does the property show evidence of having been converted from its initial intended and permitted use – such as from a house or from a motel? If YES then please explain
4. ☒  Does the property include land parcels that do not share a common lot line (that are not contiguous)? If YES then please explain
5. ☒  Does the property contain aluminum wiring?
    a) Is there aluminum wiring running from the electrical sub-panel to the major appliances (stove, refrigerator, air conditioner)?
    b) If answered "yes" to question (a), is the appliance plugged into a properly wired, code compliant 220 volt outlet?; If no, is the appliance plugged into a properly lugged standard 115 volt outlet?
    c) Is there aluminum wiring going to all other receptacles other than the major appliances?
    d) If answered "yes" to question (c), are the receptacles pigtailed with retrofitted copper and fastened with a lug-nut?
    e) Is there knob & tube wiring present?
6. ☒  Does the property operate with seasonal occupancy? If YES then please explain
7. ☒  Does the property operate as furnished housing (Furniture provided by the landlord)? If so, identify the units and their bedroom count mix. If YES then please explain
8. ☒  Is the property subject to rent control restrictions either by public law or under any other agreement? If YES then please explain
9. ☒  Does the property have subsidized rental (Section 8) occupancy? If so, all Section 8 leases & addenda are required with submission of loan package. If YES then please explain
10. ☒ Does the property have tenancy restrictions or conditions attached to the property based upon zoning, permit, HUD, municipality or other enablement agreements that set aside tenancy allocations? If YES then please explain
11. ☒ Does the property have rooming house tenancy (i.e. – where initial lease occupancy terms are less than six months and/or rent paid more frequently than monthly)? If YES then please explain
12. ☒ Has the property in the past 12 months offered: 1) rent concessions, or 2) other rent abatement techniques? If YES then please explain
13. ☒ Has the borrower been made aware of any prior testing of the property for any of the following: (A) radon; (B) asbestos; (C) lead hazards; (D) chemical contamination of the soil or ground water; (E) underground subsidence risk; or (F) performance of a Phase 1 Environmental Study? If YES then please explain
14. ☒ Is the property heated by oil supplied by an underground oil tank, or are any unused underground tanks present? If YES then please explain
15. ☒ Is the property within 1/8 mile of any facility that generates or handles materials that could be considered toxic or hazardous in nature: e.g. dry cleaner, service station, oil change facility, etc.? If YES then please explain
16. ☒ Is the property a Mobile Home Park with less than 15 pads and has more than 25% park owned models? If YES then please explain
17. ☐ Is the property within a Zone 3 or 4 as defined by the FEMA Seismic Zone Map?

   ☒ a) Is the property built on or next to a hill with a slope exceeding a 30 degree angle? If YES, then property is INELIGIBLE.
   ☒ b) Is the loan amount requested greater than $1,500,000 with a joint LTV greater than 55% with any one of the following characteristics: 1) Basic structural system other than wood frame, 2) Tuck-under parking greater than 30.00% of the footprint of the building, 3) Subterranean parking built prior to 1980 or having a solid/sheer wall equaling less than 30% of the perimeter, or 4) Soft Story where more than 50% of the structure is built above a retail store with a large store display? If YES, then a PL is needed. Complete attached Seismic Questionnaire.

Scott & Valene Mallahan    Signature _____    Date 5/23/05
Borrower/Guarantor

Andy Hantges    Signature _____    Date 5/21/05
Broker

Version 4/1/05

EXHIBIT 12
PENGAD 800-631-6989
Hantges 12/12/17

27, 2005 3:32:15 PM EDT                                    18668609291

M__ __nily Finance Group

## Collateral Information Questionnaire

Completed: 5/21/05
Property Address: 2417 Wengert Ave. LV, NV
Prepared by: Andy Hantges

The purpose of this questionnaire is to provide additional factual information regarding physical attributes, occupancy elements and operational characteristics of the property for use in the appraisal and underwriting processes. The primary elements supported with the profile include:

**Please answer each question explaining any "Yes" answers below:**

|   | No | Yes |   |
|---|----|----|---|
|   | ☒ | ☐ | 1. Does the property contain commercial income that accounts for more than 25% of the annual gross potential income? If YES then please explain |
|   | ☒ | ☐ | 2. Does the property rent space units where liquor, beer or wine is served to customers and consumed on-site? If YES then please explain |
|   | ☒ | ☐ | 3. Does the property show evidence of having been converted from its initial intended and permitted use – such as from a house or from a motel? If YES then please explain |
|   | ☒ | ☐ | 4. Does the property include land parcels that do not share a common lot line (that are not contiguous)? If YES then please explain |
|   | ☒ | ☐ | 5. Does the property contain aluminum wiring? |
|   | ☒ | ☐ | a) Is there aluminum wiring running from the electrical sub-panel to the major appliances (stove, refrigerator, air conditioner)? |
|   | ☒ | ☐ | b) If answered "yes" to question (a), is the appliance plugged into a properly wired, code compliant 220 volt outlet?; if no, is the appliance plugged into a properly lugged standard 115 volt outlet? |
|   | ☒ | ☐ | c) Is there aluminum wiring going to all other receptacles other than the major appliances? |
|   | ☒ | ☐ | d) If answered "yes" to question (c), are the receptacles pigtailed with retrofitted copper and fastened with a lug-nut? |
|   | ☒ | ☐ | e) Is there knob & tube wiring present? |
|   | ☒ | ☐ | 6. Does the property operate with seasonal occupancy? If YES then please explain |
|   | ☒ | ☐ | 7. Does the property operate as furnished housing (Furniture provided by the landlord)? If so, identify the units and their bedroom count mix. If YES then please explain |
|   | ☒ | ☐ | 8. Is the property subject to rent control restrictions either by public law or under any other agreement? If YES then please explain |
|   | ☒ | ☐ | 9. Does the property have subsidized rental (Section 8) occupancy? If so, all Section 8 leases & addenda are required with submission of loan package. If YES then please explain |
|   | ☒ | ☐ | 10. Does the property have tenancy restrictions or conditions attached to the property based upon zoning, permit, HUD, municipality or other enablement agreements that set aside tenancy allocations? If YES then please explain |
|   | ☒ | ☐ | 11. Does the property have rooming house tenancy (i.e. – where initial lease occupancy terms are less than six months and/or rent paid more frequently than monthly)? If YES then please explain |
|   | ☒ | ☐ | 12. Has the property in the past 12 months offered: 1) rent concessions, or 2) other rent abatement techniques? If YES then please explain |
|   | ☒ | ☐ | 13. Has the borrower been made aware of any prior testing of the property for any of the following: (A) radon; (B) asbestos; (C) lead hazards; (D) chemical contamination of the soil or ground water; (E) underground subsidence risk; or (F) performance of a Phase 1 Environmental Study? If YES then please explain |
|   | ☒ | ☐ | 14. Is the property heated by oil supplied by an underground oil tank, or are any unused underground tanks present? If YES then please explain |
|   | ☒ | ☐ | 15. Is the property within 1/8 mile of any facility that generates or handles materials that could be considered toxic or hazardous in nature: e.g. dry cleaner, service station, oil change facility, etc.? If YES then please explain |
|   | ☒ | ☐ | 16. Is the property a Mobile Home Park with less than 15 pads and has more than 25% park owned models? If YES then please explain |
|   | ☒ | ☐ | 17. Is the property within a Zone 3 or 4 as defined by the FEMA Seismic Zone Map? |
|   | ☒ | ☐ | a) Is the property built on or next to a hill with a slope exceeding a 30 degree angle? If YES, then property is INELIGIBLE. |
|   | ☒ | ☐ | b) Is the loan amount requested greater than $1,500,000 with a joint LTV greater than 55% with any one of the following characteristics: 1) Basic structural system other than wood frame, 2) Tuck-under parking greater than 30.00% of the footprint of the building, 3) Subterranean parking built prior to 1980 or having a solid/sheer wall equating less than 30% of the perimeter, or 4) Soft Story where more than 50% of the structure is built above a retail store with a large store display? If YES, then a PL is needed. Complete attached Seismic Questionnaire. |

John Nash
_____     _____     5/27/05
Borrower/Guarantor              Signature                         Date

Andy Hantges
_____     _____     5/21/05
Broker                          Signature                         Date

Multily Finance Group

## Collateral Information Questionnaire

Completed: 5/21/05
Property Address: 2401 Wengert Ave. LV, NV
Prepared by: Andy Hantges

The purpose of this questionnaire is to provide additional factual information regarding physical attributes, occupancy elements and operational characteristics of the property for use in the appraisal and underwriting processes. The key elements supported with the profile include:

Please answer each question explaining any "Yes" answers below:

| No | Yes | | Question |
|----|-----|---|----------|
| ☒ | ☐ | 1. | Does the property contain commercial income that accounts for more than 25% of the annual gross potential income? If YES then please explain |
| ☒ | ☐ | 2. | Does the property rent space units where liquor, beer or wine is served to customers and consumed on-site? If YES then please explain |
| ☒ | ☐ | 3. | Does the property show evidence of having been converted from its initial intended and permitted use – such as from a house or from a motel? If YES then please explain |
| ☒ | ☐ | 4. | Does the property include land parcels that do not share a common lot line (that are not contiguous)? If YES then please explain |
| ☒ | ☐ | 5. | Does the property contain aluminum wiring? |
| ☒ | ☐ | | a) Is there aluminum wiring running from the electrical sub-panel to the major appliances (stove, refrigerator, air conditioner)? |
| ☒ | ☐ | | b) If answered "yes" to question (a), is the appliance plugged into a properly wired, code compliant 220 volt outlet?; If no, is the appliance plugged into a properly lugged standard 115 volt outlet? |
| ☒ | ☐ | | c) Is there aluminum wiring going to all other receptacles other than the major appliances? |
| ☒ | ☐ | | d) If answered "yes" to question (c), are the receptacles pigtailed with retrofitted copper and fastened with a lug-nut? |
| ☒ | ☐ | | e) Is there knob & tube wiring present? |
| ☒ | ☐ | 6. | Does the property operate with seasonal occupancy? If YES then please explain |
| ☒ | ☐ | 7. | Does the property operate as furnished housing (Furniture provided by the landlord)? If so, Identify the units and their bedroom count mix. If YES then please explain |
| ☐ | ☒ | 8. | Is the property subject to rent control restrictions either by public law or under any other agreement? If YES then please explain |
| ☐ | ☒ | 9. | Does the property have subsidized rental (Section 8) occupancy? If so, all Section 8 leases & addenda are required with submission of loan package. If YES then please explain |
| ☐ | ☒ | 10. | Does the property have tenancy restrictions or conditions attached to the property based upon zoning, permit, HUD, municipality or other enablement agreements that set aside tenancy allocations? If YES then please explain |
| ☐ | ☒ | 11. | Does the property have rooming house tenancy (i.e. – where initial lease occupancy terms are less than six months and/or rent paid more frequently than monthly)? If YES then please explain |
| ☐ | ☒ | 12. | Has the property in the past 12 months offered: 1) rent concessions, or 2) other rent abatement techniques? If YES then please explain |
| ☐ | ☒ | 13. | Has the borrower been made aware of any prior testing of the property for any of the following: (A) radon; (B) asbestos; (C) lead hazards; (D) chemical contamination of the soil or ground water; (E) underground subsidence risk; or (F) performance of a Phase 1 Environmental Study? If YES then please explain |
| ☐ | ☒ | 14. | Is the property heated by oil supplied by an underground oil tank, or are any unused underground tanks present? If YES then please explain |
| ☐ | ☒ | 15. | Is the property within 1/8 mile of any facility that generates or handles materials that could be considered toxic or hazardous in nature: e.g. dry cleaner, service station, oil change facility, etc.? If YES then please explain |
| ☐ | ☒ | 16. | Is the property a Mobile Home Park with less than 15 pads and has more than 25% park owned models? If YES then please explain |
| ☒ | ☐ | 17. | Is the property within a Zone 3 or 4 as defined by the FEMA Seismic Zone Map? |
| ☐ | ☒ | | a) Is the property built on or next to a hill with a slope exceeding a 30 degree angle? If YES, then property is INELIGIBLE. |
| ☐ | ☒ | | b) Is the loan amount requested greater than $1,500,000 with a joint LTV greater than 55% with any one of the following characteristics: 1) Basic structural system other than wood frame, 2) Tuck-under parking greater than 30.00% of the footprint of the building, 3) Subterranean parking built prior to 1980 or having a solid/sheer wall equating less than 30% of the perimeter, or 4) Soft Story where more than 50% of the structure is built above a retail store with a large store display? If YES, then a PL is needed. Complete attached Seismic Questionnaire. |

_____ _____ 5/24/05
Borrower/Guarantor       Signature                Date

Andy Hantges          _____  5/21/05
Broker                 Signature                Date

9

Version 4/1/05                                              USA 1110

Multifamily Finance Group

Collateral Information Questionnaire

Date completed: 5/21/05
Property Address: 2427 Clifford Ave   LV, NV
Prepared by: Andy Hantges

The purpose of this questionnaire is to provide additional factual information regarding physical attributes, occupancy agreements and operational characteristics of the property for use in the appraisal and underwriting processes. The primary elements supported with the profile include:

Please answer each question explaining any "Yes" answers below:

| Yes | No | | |
|---|---|---|---|
| ☐ | ☒ | 1. | Does the property contain commercial income that accounts for more than 25% of the annual gross potential income? If YES then please explain |
| ☐ | ☒ | 2. | Does the property rent space units where liquor, beer or wine is served to customers and consumed on-site? If YES then please explain |
| ☐ | ☒ | 3. | Does the property show evidence of having been converted from its initial intended and permitted use – such as from a house or from a motel? If YES then please explain |
| ☐ | ☒ | 4. | Does the property include land parcels that do not share a common lot line (that are not contiguous)? If YES then please explain |
| ☐ | ☒ | 5. | Does the property contain aluminum wiring? |
| ☐ | ☒ | | a) Is there aluminum wiring running from the electrical sub-panel to the major appliances (stove, refrigerator, air conditioner)? |
| ☐ | — | | b) If answered "yes" to question (a), is the appliance plugged into a properly wired, code compliant 220 volt outlet?; if no, is the appliance plugged into a properly lugged standard 115 volt outlet? |
| ☐ | — | | c) Is there aluminum wiring going to all other receptacles other than the major appliances? |
| ☐ | — | | d) If answered "yes" to question (c), are the receptacles pigtailed with retrofitted copper and fastened with a lug-nut? |
| ☐ | — | | e) Is there knob & tube wiring present? |
| ☐ | ☒ | 6. | Does the property operate with seasonal occupancy? If YES then please explain |
| ☐ | ☒ | 7. | Does the property operate as furnished housing (Furniture provided by the landlord)? If so, identify the units and their bedroom count mix. If YES then please explain |
| ☐ | ☒ | 8. | Is the property subject to rent control restrictions either by public law or under any other agreement? If YES then please explain |
| ☐ | ☒ | 9. | Does the property have subsidized rental (Section 8) occupancy? If so, all Section 8 leases & addenda are required with submission of loan package. If YES then please explain |
| ☐ | ☒ | 10. | Does the property have tenancy restrictions or conditions attached to the property based upon zoning, permit, HUD, municipality or other enablement agreements that set aside tenancy allocations? If YES then please explain |
| ☐ | ☒ | 11. | Does the property have rooming house tenancy (i.e. – where initial lease occupancy terms are less than six months and/or rent paid more frequently than monthly)? If YES then please explain |
| ☐ | ☒ | 12. | Has the property in the past 12 months offered: 1) rent concessions; or 2) other rent abatement techniques? If YES then please explain |
| ☐ | ☒ | 13. | Has the borrower been made aware of any prior testing of the property for any of the following: (A) radon; (B) asbestos; (C) lead hazards; (D) chemical contamination of the soil or ground water; (E) underground subsidence risk; or (F) performance of a Phase 1 Environmental Study? If YES then please explain |
| ☐ | ☒ | 14. | Is the property heated by oil supplied by an underground oil tank, or are any unused underground tanks present? If YES then please explain |
| ☐ | ☒ | 15. | Is the property within 1/8 mile of any facility that generates or handles materials that could be considered toxic or hazardous in nature: e.g. dry cleaner, service station, oil change facility, etc.? If YES then please explain |
| ☐ | ☒ | 16. | Is the property a Mobile Home Park with less than 15 pads and has more than 25% park owned models? If YES then please explain |
| ☒ | ☐ | 17. | Is the property within a Zone 3 or 4 as defined by the FEMA Seismic Zone Map? |
| ☐ | ☒ | | a) Is the property built on or next to a hill with a slope exceeding a 30 degree angle? If YES, then property is INELIGIBLE. |
| ☐ | ☒ | | b) Is the loan amount requested greater than $1,500,000 with a joint LTV greater than 55% with any one of the following characteristics: 1) Basic structural system other than wood frame, 2) Tuck-under parking greater than 30.00% of the footprint of the building, 3) Subterranean parking built prior to 1980 or having a solid/sheer wall equating less than 30% of the perimeter, or 4) Soft Story where more than 50% of the structure is built above a retail store with a large store display? If YES, then a PL is needed. Complete attached Seismic Questionnaire. |

S. Miller _____  [signature]  5/24/05
Borrower/Guarantor        Signature    Date

Andy Hantges _____  [signature]  5/20/05
Broker                    Signature    Date

Version 4/1/05

USA 977

Mult___ily Finance Group

## Collateral Information Questionnaire

Date completed: 5/21/05
Property Address: 2416 Clifford Ave. LV, NV
Prepared by: Andy Hantges

The purpose of this questionnaire is to provide additional factual information regarding physical attributes, occupancy arrangements and operational characteristics of the property for use in the appraisal and underwriting processes. The primary elements supported with the profile include:

Please answer each question explaining any "Yes" answers below:

| Yes | No |    |
|---|---|---|
| ☐ | ☒ | 1. Does the property contain commercial income that accounts for more than 25% of the annual gross potential income? If YES then please explain |
| ☐ | ☒ | 2. Does the property rent space units where liquor, beer or wine is served to customers and consumed on-site? If YES then please explain |
| ☐ | ☒ | 3. Does the property show evidence of having been converted from its initial intended and permitted use – such as from a house or from a motel? If YES then please explain |
| ☐ | ☒ | 4. Does the property include land parcels that do not share a common lot line (that are not contiguous)? If YES then please explain |
| ☐ | ☒ | 5. Does the property contain aluminum wiring? |
| ☐ | ☒ | a) Is there aluminum wiring running from the electrical sub-panel to the major appliances (stove, refrigerator, air conditioner)? |
| ☐ | ☒ | b) If answered "yes" to question (a), is the appliance plugged into a properly wired, code compliant 220 volt outlet?; if no, is the appliance plugged into a properly lugged standard 115 volt outlet? |
| ☐ | ☒ | c) Is there aluminum wiring going to all other receptacles other than the major appliances? |
| ☐ | ☒ | d) If answered "yes" to question (c), are the receptacles pigtailed with retrofitted copper and fastened with a lug-nut? |
| ☐ | ☒ | e) Is there knob & tube wiring present? |
| ☐ | ☒ | 6. Does the property operate with seasonal occupancy? If YES then please explain |
| ☐ | ☒ | 7. Does the property operate as furnished housing (Furniture provided by the landlord)? If so, identify the units and their bedroom count mix. If YES then please explain |
| ☐ | ☒ | 8. Is the property subject to rent control restrictions either by public law or under any other agreement? If YES then please explain |
| ☐ | ☒ | 9. Does the property have subsidized rental (Section 8) occupancy? If so, all Section 8 leases & addenda are required with submission of loan package. If YES then please explain |
| ☐ | ☒ | 10. Does the property have tenancy restrictions or conditions attached to the property based upon zoning, permit, HUD, municipality or other enablement agreements that set aside tenancy allocations? If YES then please explain |
| ☐ | ☒ | 11. Does the property have rooming house tenancy (i.e. – where initial lease occupancy terms are less than six months and/or rent paid more frequently than monthly)? If YES then please explain |
| ☐ | ☒ | 12. Has the property in the past 12 months offered: 1) rent concessions, or 2) other rent abatement techniques? If YES then please explain |
| ☐ | ☒ | 13. Has the borrower been made aware of any prior testing of the property for any of the following: (A) radon; (B) asbestos; (C) lead hazards; (D) chemical contamination of the soil or ground water; (E) underground subsidence risk; or (F) performance of a Phase 1 Environmental Study? If YES then please explain |
| ☐ | ☒ | 14. Is the property heated by oil supplied by an underground oil tank, or are any unused underground tanks present? If YES then please explain |
| ☐ | ☒ | 15. Is the property within 1/8 mile of any facility that generates or handles materials that could be considered toxic or hazardous in nature: e.g. dry cleaner, service station, oil change facility, etc.? If YES then please explain |
| ☐ | ☒ | 16. Is the property a Mobile Home Park with less than 15 pads and has more than 25% park owned models? If YES then please explain |
| ☐ | ☐ | 17. Is the property within a Zone 3 or 4 as defined by the FEMA Seismic Zone Map? |
| ☐ | ☒ | a) Is the property built on or next to a hill with a slope exceeding a 30 degree angle? If YES, then property is INELIGIBLE. |
| ☐ | ☒ | b) Is the loan amount requested greater than $1,500,000 with a joint LTV greater than 55% with any one of the following characteristics: 1) Basic structural system other than wood frame, 2) Tuck-under parking greater than 30.00% of the footprint of the building, 3) Subterranean parking built prior to 1980 or having a solid/sheer wall equating less than 30% of the perimeter, or 4) Soft Story where more than 50% of the structure is built above a retail store with a large store display? If YES, then a PL is needed. Complete attached Seismic Questionnaire. |

Christine Westland                Christine Westland        5-26-05
Borrower/Guarantor                Signature                  Date

Andy Hantges                      Andy Hantges               5/21/05
                                  Signature                  Date

USA 852

Multily Finance Group

## Collateral Information Questionnaire

Date completed: 5/21/05
Property Address: 2412 Clifford Ave. LV, NV
Prepared by: Andy Hantges

The purpose of this questionnaire is to provide additional factual information regarding physical attributes, occupancy elements and operational characteristics of the property for use in the appraisal and underwriting processes. The inquiry elements supported with the profile include:

**Please answer each question explaining any "Yes" answers below:**

| Yes | No | # | Question |
|---|---|---|---|
| ☐ | ☒ | 1. | Does the property contain commercial income that accounts for more than 25% of the annual gross potential income? If YES then please explain |
| ☐ | ☒ | 2. | Does the property rent space units where liquor, beer or wine is served to customers and consumed on-site? If YES then please explain |
| ☐ | ☒ | 3. | Does the property show evidence of having been converted from its initial intended and permitted use – such as from a house or from a motel? If YES then please explain |
| ☐ | ☒ | 4. | Does the property include land parcels that do not share a common lot line (that are not contiguous)? If YES then please explain |
| ☐ | ☒ | 5. | Does the property contain aluminum wiring? |
| ☐ | ☒ | a) | Is there aluminum wiring running from the electrical sub-panel to the major appliances (stove, refrigerator, air conditioner)? |
| ☐ | ☒ | b) | If answered "yes" to question (a), is the appliance plugged into a properly wired, code compliant 220 volt outlet?; if no, is the appliance plugged into a properly lugged standard 115 volt outlet? |
| ☐ | ☒ | c) | Is there aluminum wiring going to all other receptacles other than the major appliances? |
| ☐ | ☒ | d) | If answered "yes" to question (c), are the receptacles pigtailed with retrofitted copper and fastened with a lug-nut? |
| ☐ | ☒ | e) | Is there knob & tube wiring present? |
| ☐ | ☒ | 6. | Does the property operate with seasonal occupancy? If YES then please explain |
| ☐ | ☒ | 7. | Does the property operate as furnished housing (Furniture provided by the landlord)? If so, identify the units and their bedroom count mix. If YES then please explain |
| ☐ | ☒ | 8. | Is the property subject to rent control restrictions either by public law or under any other agreement? If YES then please explain |
| ☐ | ☒ | 9. | Does the property have subsidized rental (Section 8) occupancy? If so, all Section 8 leases & addenda are required with submission of loan package. If YES then please explain |
| ☐ | ☒ | 10. | Does the property have tenancy restrictions or conditions attached to the property based upon zoning, permit, HUD, municipality or other enablement agreements that set aside tenancy allocations? If YES then please explain |
| ☐ | ☒ | 11. | Does the property have rooming house tenancy (i.e. – where initial lease occupancy terms are less than six months and/or rent paid more frequently than monthly)? If YES then please explain |
| ☐ | ☒ | 12. | Has the property in the past 12 months offered:  1) rent concessions, or 2) other rent abatement techniques? If YES then please explain |
| ☐ | ☒ | 13. | Has the borrower been made aware of any prior testing of the property for any of the following: (A) radon; (B) asbestos; (C) lead hazards; (D) chemical contamination of the soil or ground water; (E) underground subsidence risk; or (F) performance of a Phase 1 Environmental Study? If YES then please explain |
| ☐ | ☒ | 14. | Is the property heated by oil supplied by an underground oil tank, or are any unused underground tanks present? If YES then please explain |
| ☐ | ☒ | 15. | Is the property within 1/8 mile of any facility that generates or handles materials that could be considered toxic or hazardous in nature: e.g. dry cleaner, service station, oil change facility, etc.? If YES then please explain |
| ☐ | ☒ | 16. | Is the property a Mobile Home Park with less than 15 pads and has more than 25% park owned models? If YES then please explain |
| ☒ | ☐ | 17. | Is the property within a Zone 3 or 4 as defined by the FEMA Seismic Zone Map? |
| ☐ | ☒ | a) | Is the property built on or next to a hill with a slope exceeding a 30 degree angle? If YES, then property is INELIGIBLE. |
| ☐ | ☒ | b) | Is the loan amount requested greater than $1,500,000 with a joint LTV greater than 55% with any one of the following characteristics: 1) Basic structural system other than wood frame, 2) Tuck-under parking greater than 30.00% of the footprint of the building, 3) Subterranean parking built prior to 1980 or having a solid/sheer wall equating less than 30% of the perimeter, or 4) Soft Story where more than 50% of the structure is built above a retail store with a large store display? If YES, then a PL is needed. Complete attached Seismic Questionnaire. |

Albert Lo+

Borrower/Guarantor: _Albert L___    Signature: _Albert L___    Date: 5/24/05
Broker: Andy Hantges    Signature: Andy Hantges    Date: 5/21/05

Version 4/1/05

USA 725

Mult ily Finance Group

## Collateral Information Questionnaire

Completed: 5/21/05
Address: 2404 Clifford Avenue LV, NV
By: Andy Hantges

Purpose of this questionnaire is to provide additional factual information regarding physical attributes, occupancy elements and operational characteristics of the property for use in the appraisal and underwriting processes. The primary elements supported with the profile include:

Please answer each question explaining any "Yes" answers below:

| No | Yes | | |
|---|---|---|---|
| ☑ | ☐ | 1. | Does the property contain commercial income that accounts for more than 25% of the annual gross potential income? If YES then please explain |
| ☑ | ☐ | 2. | Does the property rent space units where liquor, beer or wine is served to customers and consumed on-site? If YES then please explain |
| ☑ | ☐ | 3. | Does the property show evidence of having been converted from its initial intended and permitted use – such as from a house or from a motel? If YES then please explain |
| ☑ | ☐ | 4. | Does the property include land parcels that do not share a common lot line (that are not contiguous)? If YES then please explain |
| ☑ | ☐ | 5. | Does the property contain aluminum wiring? |
| | | a) | Is there aluminum wiring running from the electrical sub-panel to the major appliances (stove, refrigerator, air conditioner)? |
| | | b) | If answered "yes" to question (a), is the appliance plugged into a properly wired, code compliant 220 volt outlet?; If no, is the appliance plugged into a properly lugged standard 115 volt outlet? |
| | | c) | Is there aluminum wiring going to all other receptacles other than the major appliances? |
| | | d) | If answered "yes" to question (c), are the receptacles pigtailed with retrofitted copper and fastened with a lug-nut? |
| | | e) | Is there knob & tube wiring present? |
| ☑ | ☐ | 6. | Does the property operate with seasonal occupancy? If YES then please explain |
| ☑ | ☐ | 7. | Does the property operate as furnished housing (Furniture provided by the landlord)? If so, identify the units and their bedroom count mix. If YES then please explain |
| ☑ | ☐ | 8. | Is the property subject to rent control restrictions either by public law or under any other agreement? If YES then please explain |
| ☑ | ☐ | 9. | Does the property have subsidized rental (Section 8) occupancy? If so, all Section 8 leases & addenda are required with submission of loan package. If YES then please explain |
| ☑ | ☐ | 10. | Does the property have tenancy restrictions or conditions attached to the property based upon zoning, permit, HUD, municipality or other enablement agreements that set aside tenancy allocations? If YES then please explain |
| ☑ | ☐ | 11. | Does the property have rooming house tenancy (i.e. – where initial lease occupancy terms are less than six months and/or rent paid more frequently than monthly)? If YES then please explain |
| ☑ | ☐ | 12. | Has the property in the past 12 months offered: 1) rent concessions, or 2) other rent abatement techniques? If YES then please explain |
| ☑ | ☐ | 13. | Has the borrower been made aware of any prior testing of the property for any of the following: (A) radon; (B) asbestos; (C) lead hazards; (D) chemical contamination of the soil or ground water; (E) underground subsidence risk; or (F) performance of a Phase 1 Environmental Study? If YES then please explain |
| ☑ | ☐ | 14. | Is the property heated by oil supplied by an underground oil tank, or are any unused underground tanks present? If YES then please explain |
| ☑ | ☐ | 15. | Is the property within 1/8 mile of any facility that generates or handles materials that could be considered toxic or hazardous in nature: e.g. dry cleaner, service station, oil change facility, etc.? If YES then please explain |
| ☑ | ☐ | 16. | Is the property a Mobile Home Park with less than 15 pads and has more than 25% park owned models? If YES then please explain |
| ☐ | ☑ | 17. | Is the property within a Zone 3 or 4 as defined by the FEMA Seismic Zone Map? |
| | | a) | Is the property built on or next to a hill with a slope exceeding a 30 degree angle? If YES, then property is INELIGIBLE. |
| | | b) | Is the loan amount requested greater than $1,500,000 with a joint LTV greater than 55% with any one of the following characteristics: 1) Basic structural system other than wood frame, 2) Tuck-under parking greater than 30.00% of the footprint of the building, 3) Subterranean parking built prior to 1980 or having a solid/sheer wall equating less than 30% of the perimeter, or 4) Soft Story where more than 50% of the structure is built above a retail store with a large store display? If YES, then a PL is needed. Complete attached Seismic Questionnaire. |

Katie Gutierrez     /s/ Katie          5/25/05
Borrower/Guarantor  Signature          Date

Andy Hantges       /s/ Andy Hantges   5/21/05
Broker             Signature          Date

Version 4/1/05

**Multifamily Finance Group**

## Collateral Information Questionnaire

Date Completed: 5/21/05
Property Address: 2400 Clifford Ave.  LV, NV
Completed by: Andy Hantges

The purpose of this questionnaire is to provide additional factual information regarding physical attributes, occupancy requirements and operational characteristics of the property for use in the appraisal and underwriting processes. The primary elements supported with the profile include:

**Please answer each question explaining any "Yes" answers below:**

| Yes | No | | |
|---|---|---|---|
| ☐ | ☑ | 1. | Does the property contain commercial income that accounts for more than 25% of the annual gross potential income? If YES then please explain |
| ☐ | ☑ | 2. | Does the property rent space units where liquor, beer or wine is served to customers and consumed on-site? If YES then please explain |
| ☐ | ☑ | 3. | Does the property show evidence of having been converted from its initial intended and permitted use – such as from a house or from a motel? If YES then please explain |
| ☐ | ☑ | 4. | Does the property include land parcels that do not share a common lot line (that are not contiguous)? If YES then please explain |
| ☐ | ☑ | 5. | Does the property contain aluminum wiring? |
| ☐ | ☑ | | a) Is there aluminum wiring running from the electrical sub-panel to the major appliances (stove, refrigerator, air conditioner)? |
| ☐ | ☑ | | b) If answered "yes" to question (a), is the appliance plugged into a properly wired, code compliant 220 volt outlet?; If no, is the appliance plugged into a properly lugged standard 115 volt outlet? |
| ☐ | ☑ | | c) Is there aluminum wiring going to all other receptacles other than the major appliances? |
| ☐ | ☑ | | d) If answered "yes" to question (c), are the receptacles pigtailed with retrofitted copper and fastened with a lug-nut? |
| ☐ | ☑ | | e) Is there knob & tube wiring present? |
| ☐ | ☑ | 6. | Does the property operate with seasonal occupancy? If YES then please explain |
| ☐ | ☑ | 7. | Does the property operate as furnished housing (Furniture provided by the landlord)? If so, identify the units and their bedroom count mix. If YES then please explain |
| ☐ | ☑ | 8. | Is the property subject to rent control restrictions either by public law or under any other agreement? If YES then please explain |
| ☐ | ☑ | 9. | Does the property have subsidized rental (Section 8) occupancy? If so, all Section 8 leases & addenda are required with submission of loan package. If YES then please explain |
| ☐ | ☑ | 10. | Does the property have tenancy restrictions or conditions attached to the property based upon zoning, permit, HUD, municipality or other enablement agreements that set aside tenancy allocations? If YES then please explain |
| ☐ | ☑ | 11. | Does the property have rooming house tenancy (i.e. – where initial lease occupancy terms are less than six months and/or rent paid more frequently than monthly)? If YES then please explain |
| ☐ | ☑ | 12. | Has the property in the past 12 months offered: 1) rent concessions, or 2) other rent abatement techniques? If YES then please explain |
| ☐ | ☑ | 13. | Has the borrower been made aware of any prior testing of the property for any of the following: (A) radon; (B) asbestos; (C) lead hazards; (D) chemical contamination of the soil or ground water; (E) underground subsidence risk; or (F) performance of a Phase 1 Environmental Study? If YES then please explain |
| ☐ | ☑ | 14. | Is the property heated by oil supplied by an underground oil tank, or are any unused underground tanks present? If YES then please explain |
| ☐ | ☑ | 15. | Is the property within 1/8 mile of any facility that generates or handles materials that could be considered toxic or hazardous in nature: e.g. dry cleaner, service station, oil change facility, etc.? If YES then please explain |
| ☐ | ☑ | 16. | Is the property a Mobile Home Park with less than 15 pads and has more than 25% park owned models? If YES then please explain |
| ☑ | ☐ | 17. | Is the property within a Zone 3 or 4 as defined by the FEMA Seismic Zone Map? |
| ☐ | ☑ | | a) Is the property built on or next to a hill with a slope exceeding a 30 degree angle? If YES, then property is INELIGIBLE. |
| ☐ | ☑ | | b) Is the loan amount requested greater than $1,500,000 with a joint LTV greater than 55% with any one of the following characteristics: 1) Basic structural system other than wood frame, 2) Tuck-under parking greater than 30.00% of the footprint of the building, 3) Subterranean parking built prior to 1980 or having a solid/sheer wall equating less than 30% of the perimeter, or 4) Soft Story where more than 50% of the structure is built above a retail store with a large store display? If YES, then a PL is needed. Complete attached Seismic Questionnaire. |

_____         _____         5-25-05
Borrower/Guarantor                Signature                         Date

Andy Hantges                      _____         5/21/05
Broker                            Signature                         Date

Version 1/1/05

USA 284

Mult____ Finance Group

## Collateral Information Questionnaire

Completed: 5/21/05
Address: 2304 Clifford Ave. LV, NV
By: Andy Hantges

Purpose of this questionnaire is to provide additional factual information regarding physical attributes, occupancy _____ and operational characteristics of the property for use in the appraisal and underwriting processes. The _____ supported with the profile include:

**Answer each question explaining any "Yes" answers below:**

| No | | |
|---|---|---|
| ☑ | 1. | Does the property contain commercial income that accounts for more than 25% of the annual gross potential income? If YES then please explain |
| ☑ | 2. | Does the property rent space units where liquor, beer or wine is served to customers and consumed on-site? If YES then please explain |
| ☑ | 3. | Does the property show evidence of having been converted from its initial intended and permitted use – such as from a house or from a motel? If YES then please explain |
| ☑ | 4. | Does the property include land parcels that do not share a common lot line (that are not contiguous)? If YES then please explain |
| ☑ | 5. | Does the property contain aluminum wiring? |
| ☐ | a) | Is there aluminum wiring running from the electrical sub-panel to the major appliances (stove, refrigerator, air conditioner)? |
| ☐ | b) | If answered "yes" to question (a), is the appliance plugged into a properly wired, code compliant 220 volt outlet?; If no, is the appliance plugged into a properly lugged standard 115 volt outlet? |
| ☐ | c) | Is there aluminum wiring going to all other receptacles other than the major appliances? |
| ☐ | d) | If answered "yes" to question (c), are the receptacles pigtailed with retrofitted copper and fastened with a lug-nut? |
| ☐ | e) | Is there knob & tube wiring present? |
| ☑ | 6. | Does the property operate with seasonal occupancy? If YES then please explain |
| ☑ | 7. | Does the property operate as furnished housing (Furniture provided by the landlord)? If so, identify the units and their bedroom count mix. If YES then please explain |
| ☑ | 8. | Is the property subject to rent control restrictions either by public law or under any other agreement? If YES then please explain |
| ☑ | 9. | Does the property have subsidized rental (Section 8) occupancy? If so, all Section 8 leases & addenda are required with submission of loan package. If YES then please explain |
| ☑ | 10. | Does the property have tenancy restrictions or conditions attached to the property based upon zoning, permit, HUD, municipality or other enablement agreements that set aside tenancy allocations? If YES then please explain |
| ☑ | 11. | Does the property have rooming house tenancy (i.e. – where initial lease occupancy terms are less than six months and/or rent paid more frequently than monthly)? If YES then please explain |
| ☑ | 12. | Has the property in the past 12 months offered: 1) rent concessions, or 2) other rent abatement techniques? If YES then please explain |
| ☑ | 13. | Has the borrower been made aware of any prior testing of the property for any of the following: (A) radon; (B) asbestos; (C) lead hazards; (D) chemical contamination of the soil or ground water; (E) underground subsidence risk; or (F) performance of a Phase 1 Environmental Study? If YES then please explain |
| ☑ | 14. | Is the property heated by oil supplied by an underground oil tank, or are any unused underground tanks present? If YES then please explain |
| ☑ | 15. | Is the property within 1/8 mile of any facility that generates or handles materials that could be considered toxic or hazardous in nature: e.g. dry cleaner, service station, oil change facility, etc.? If YES then please explain |
| ☐ | 16. | Is the property a Mobile Home Park with less than 15 pads and has more than 25% park owned models? If YES then please explain |
| ☐ | 17. | Is the property within a Zone 3 or 4 as defined by the FEMA Seismic Zone Map? |
| ☑ | | a) Is the property built on or next to a hill with a slope exceeding a 30 degree angle? If YES, then property is INELIGIBLE. |
| ☑ | | b) Is the loan amount requested greater than $1,500,000 with a joint LTV greater than 55% with any one of the following characteristics: 1) Basic structural system other than wood frame, 2) Tuck-under parking greater than 30.00% of the footprint of the building, 3) Subterranean parking built prior to 1980 or having a solid/sheer wall equating less than 30% of the perimeter, or 4) Soft Story where more than 50% of the structure is built above a retail store with a large store display? If YES, then a PL is needed. Complete attached Seismic Questionnaire. |

Borrower/Guarantor: _____   Signature: _____   Date: 5/24/05
Andy Hantges                                Signature: _____   Date: 5/21/05

USA 119

Multifamily Finance Group

## Collateral Information Questionnaire

Date completed: 5/21/05
Property Address: 2427 Clifford Ave. LV, NV
Prepared by: Andy Hantges

The purpose of this questionnaire is to provide additional factual information regarding physical attributes, occupancy agreements and operational characteristics of the property for use in the appraisal and underwriting processes. The primary elements supported with the profile include:

**Please answer each question explaining any "Yes" answers below:**

| Yes | No | | |
|---|---|---|---|
| ☐ | ☒ | 1. | Does the property contain commercial income that accounts for more than 25% of the annual gross potential income? If YES then please explain |
| ☐ | ☒ | 2. | Does the property rent space units where liquor, beer or wine is served to customers and consumed on-site? If YES then please explain |
| ☐ | ☒ | 3. | Does the property show evidence of having been converted from its initial intended and permitted use – such as from a house or from a motel? If YES then please explain |
| ☐ | ☒ | 4. | Does the property include land parcels that do not share a common lot line (that are not contiguous)? If YES then please explain |
| ☐ | ☒ | 5. | Does the property contain aluminum wiring? |
| ☐ | ☒ | | a) Is there aluminum wiring running from the electrical sub-panel to the major appliances (stove, refrigerator, air conditioner)? |
| ☐ | — | | b) If answered "yes" to question (a), is the appliance plugged into a properly wired, code compliant 220 volt outlet?; if no, is the appliance plugged into a properly lugged standard 115 volt outlet? |
| ☐ | — | | c) Is there aluminum wiring going to all other receptacles other than the major appliances? |
| ☐ | — | | d) If answered "yes" to question (c), are the receptacles pigtailed with retrofitted copper and fastened with a lug-nut? |
| ☐ | — | | e) Is there knob & tube wiring present? |
| ☐ | ☒ | 6. | Does the property operate with seasonal occupancy? If YES then please explain |
| ☐ | ☒ | 7. | Does the property operate as furnished housing (Furniture provided by the landlord)? If so, identify the units and their bedroom count mix. If YES then please explain |
| ☐ | ☒ | 8. | Is the property subject to rent control restrictions either by public law or under any other agreement? If YES then please explain |
| ☐ | ☒ | 9. | Does the property have subsidized rental (Section 8) occupancy? If so, all Section 8 leases & addenda are required with submission of loan package. If YES then please explain |
| ☐ | ☒ | 10. | Does the property have tenancy restrictions or conditions attached to the property based upon zoning, permit, HUD, municipality or other enablement agreements that set aside tenancy allocations? If YES then please explain |
| ☐ | ☒ | 11. | Does the property have rooming house tenancy (i.e. – where initial lease occupancy terms are less than six months and/or rent paid more frequently than monthly)? If YES then please explain |
| ☐ | ☒ | 12. | Has the property in the past 12 months offered:  1) rent concessions, or 2) other rent abatement techniques? If YES then please explain |
| ☐ | ☒ | 13. | Has the borrower been made aware of any prior testing of the property for any of the following: (A) radon; (B) asbestos; (C) lead hazards; (D) chemical contamination of the soil or ground water; (E) underground subsidence risk; or (F) performance of a Phase 1 Environmental Study? If YES then please explain |
| ☐ | ☒ | 14. | Is the property heated by oil supplied by an underground oil tank, or are any unused underground tanks present? If YES then please explain |
| ☐ | ☒ | 15. | Is the property within 1/8 mile of any facility that generates or handles materials that could be considered toxic or hazardous in nature: e.g. dry cleaner, service station, oil change facility, etc.? If YES then please explain |
| ☐ | ☒ | 16. | Is the property a Mobile Home Park with less than 15 pads and has more than 25% park owned models? If YES then please explain |
| ☒ | ☐ | 17. | Is the property within a Zone 3 or 4 as defined by the FEMA Seismic Zone Map? |
| ☐ | ☒ | | a) Is the property built on or next to a hill with a slope exceeding a 30 degree angle? If YES, then property is INELIGIBLE. |
| ☐ | ☒ | | b) Is the loan amount requested greater than $1,500,000 with a joint LTV greater than 55% with any one of the following characteristics: 1) Basic structural system other than wood frame, 2) Tuck-under parking greater than 30.00% of the footprint of the building, 3) Subterranean parking built prior to 1980 or having a solid/sheer wall equaling less than 30% of the perimeter, or 4) Soft Story where more than 50% of the structure is built above a retail store with a large store display? If YES, then a PL is needed. Complete attached Seismic Questionnaire. |

(1) S. Miller                    [signature]           5/24/05
Borrower/Guarantor   Signature                 Date

Andy Hantges     [signature]           5/20/05
Broker             Signature                   Date

Version 4/1/05

CONFIDENTIAL         PT0002676