**Curtis F. Clark**  1403 Pueblo Drive   Phone: (702) 293-4603
Boulder City, NV    FAX:   (702) 293-7319
89005

Saturday     February 07, 2009

TO:         Clerk of the Court
            300 So. Las Vegas Blvd.
            Las Vegas, Nevada   89101

Copy To;    Lewis & Roca - Rob Charles
            FTI Consultants - Mike Tucker

Reference:  USA Capital Mortgage
            BK-S-06-10725LBR
            Motion to Approve DCDA


We, the Investors, have been supporting 4 Trustees, a Receiver and a Manager. Each has their own team of so-called experts: attorneys, accountants, consultants and Court whores. They have achieved little value for the Investors. After 3 years, all we have is: 2 - 3 tons of legal documents. Which merely guarantees another 5 - 10 years of employment. Nothing for the Investors.

We need another parasite? What is DACA supposed to accomplish that our original Court Appointed Parasites (CAPs) have failed to accomplish?


Nevada Mortgage Lending Division
When UASCM filed for bankruptcy, the MLD was taken by complete surprise. They had failed to audit USACM in the previous 16 months. MLD showed gross negligence to uncover the fraud and criminal activity by Milanowski. It should have been exposed. It was ignored.

Sheridan Hotel
Prior to 4/13/06, the Sheridan Hotel loan ($ 6.5 Million) paid off. The principle disappeared into the USACM black hole. The Investors never received a dime. That is grand larceny!! Yet. our CAPs are unable to identify or prosecute the thieves.

Nor will they issue a credit to the defrauded Investors. But, they were able to spent a lot of time and effort to identify, and debit, those Investors who received illegal interest payments!!



Huntsville loan

This $ 10 Million loan was a Ponzi scheme. Prior to 4/13/06, USACM created an additional $ 1 Million loan to pay interest to the original Investors. Yet, our CAPs failed to identify the fraud. Ponzi schemes are illegal !!

Since 4/13/06, our CAPs have failed to market or sell the foreclosed property. In today's real estate market, this $ 11 Million loan has become worthless. Yet, our CAPs will never admit their incompetence.

Diversified Fund.

After 3 years, all we know : $105 Million simply disappeared and nobody was responsible. The DF Investors paid $ 8.5 Million to the CAPs and received a measly $ 3 Million ( 2 % ) in return. No more assets will be recovered. FTI Consultants has coupled with Roca & Lewis to guarantee payment of future fees and expenses. There is nothing for the Investors.

Every loan was marketed as FIRST Trust Deeds; yet every loan has a superior creditor. That is fraud !!

Compass Partners.

The Bankruptcy Court is a brothel. The John, Compass/Silar, paid $ 63 Million up front; to join the working girls. The madam, Judge Linda, pays the working girls and provides the condoms. This orgy is an all nighter.

The Caps are supposed to work for the Investors, yet completely ignored and/or covered up the Compass/Silar fraud. Judge Linda refused to acknowledge the Lenders Protection Group.

LPG have been forced to hired their own attorney to force Compass/Silar to provide an accounting of interest received, loans paid off, and/or the status of foreclosed property. Something the 4 Trustees, Receiver and Manager and all of their attorneys, accountants, consultants and Court whores should have done.

It is time to admit:

The USACM bankruptcy has proven to be a Judicial Farce. Its sole purpose is to provide long term employment for Court Appointed Parasites. The Investors have been screwed - twice.

Milanowski and Hantages committed a perfect crime.

*[signature]*