OPP
SUSAN WILLIAMS SCANN, ESQ.
Nevada Bar No. 000776
**DEANER, DEANER, SCANN, MALAN & LARSEN**
720 South Fourth Street, Suite #300
Las Vegas, Nevada 89101
(702) 382-6911
Attorneys for Robert Russell

E-Filed on: February 13, 2009

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>　　　　　　Debtor, | Case No.  BK-S-06-10725 LBR<br>Case No.  BK-S-06-10726 LBR<br>Case No.  BK-S-06-10727 LBR<br>Case No.  BK-S-06-10728 LBR<br>Case No.  BK-S-06-10729 LBR |
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>　　　　　　Debtor, | **Chapter 11**<br>*Jointly Administered Under*<br>**Case No. BK-S-06-10725 LBR** |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>　　　　　　Debtor, | **Date of Hearing:** 2/20/09<br>**Time of Hearing:** 9:30 a.m.<br><br>Affects: |
| In re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>　　　　　　Debtor, | ■USA Commercial Mortgage Company<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐USA Realty Advisors, LLC<br>☐USA Securities, LLC<br>☐USA Capital Diversified Trust Deed Fund, LLC |
| In re:<br><br>USA SECURITIES, LLC,<br><br>　　　　　　Debtor. | ☐All Debtors |

### OPPOSITION TO FIRST OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO DUPLICATE PROOFS OF CLAIM

　　COMES NOW ROBERT RUSSELL ("Russell") by and through his attorney, SUSAN WILLIAMS SCANN, ESQ. of the law firm of DEANER, DEANER, SCANN, MALAN & LARSEN, and files this Opposition to First Omnibus Objection of USACM Liquidating

Trust to Duplicate Proofs of Claim.

Russell agrees that he is entitled to only one claim. The later claim may be disallowed as a duplicate. USACM Liquidating Trust has already filed an Objection to Claim No. 10725-01088 as a duplicate and asked for its disallowance in Adversary Proceeding 08-01119LBR filed April 11, 2008. In that case, on page 21, line 6 through 15, of the Complaint, USACM Liquidating Trust objected to Claim No. 10725-10188 as duplicative. The present Objection requests that Claim No. 10725-00493 be disallowed. Russell requests that the later claim, which is apparently 01088, be the one that is disallowed as duplicative.

DATED: 2/13/09.

*Respectfully Submitted,*

DEANER, DEANER, SCANN, MALAN & LARSEN

_____
SUSAN WILLIAMS SCANN, ESQ.
Nevada Bar No. 000776
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Attorneys for Robert Russell

## CERTIFICATE OF MAILING

I hereby certify that service of the Opposition to First Omnibus Objection of Usacm Liquidating Trust to Duplicate Proofs of Claim was made on February 13, 2009, by depositing a copy of the same in the United States mail in Las Vegas, Nevada, postage-prepaid, addressed to the following:

USA Commercial Mortgage
4484 S. Pecos Rd.
Las Vegas, NV  89121
Debtor

Lenard Schwartzer, ESQ
Schwartzer & McPherson Law Firm
2850 S. Jones Blvd., #1
Las Vegas, NV  89146
Attorney for Debtor

U.S. Trustee
300 Las Vegas Blvd., S., Ste., 4300
Las Vegas, NV  89101

Lewis & Roca
John Hinderaker
3993 Howard Hughs Parkway, Suite 00
Las Vegas, NV 89169-5996
Atorneys for USACM Liquidating Trust

_____
Employee of DEANER, DEANER, SCANN, MALAN & LARSEN

F:\OFFICE\CLIENTS\Robert Russell Entities\Opposition to USACM Objection to POC.wpd

3