Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
DORSEY & WHITNEY LLP
136 South Main Street, Suite 1000
Salt Lake City, Utah 84101
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: jarvis.annette@dorsey.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for USA Commercial Mortgage Company

**E-FILED ON FEBRUARY 13, 2009**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **USACM'S STATEMENT RESPONDING TO MOTION TO APPROVE SETTLEMENT WITH DEBT ACQUISITION COMPANY OF AMERICA V, LLC** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | **Date:** February 20, 2009<br>**Time:** 9:30 a.m. |

USA Commercial Mortgage Company ("USACM"), by and through its counsel Dorsey & Whitney, LLP, provides the following statement responsive to the Motion to Approve Settlement with Debt Acquisition Company of America V, LLC [Docket No. 6770] (the "Motion"), filed by Geoffrey L. Berman as Trustee of the USACM Liquidating Trust (the "Trust").

1. On April 16, 2006, USACM filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. USACM continued to operate its business as debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. On January 8, 2007, this Court entered its Order Confirming the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization (the "Confirmation Order").

3. The Debt Acquisition Company of America V, LLC ("DACA") appealed the Confirmation Order (the "Appeal") and that Appeal remains pending before the United States Court of Appeals for the Ninth Circuit (the "Ninth Circuit").

4. Since the filing of the Appeal, USACM has been dissolved as a Nevada corporation, but USACM continues to wind down its operations in accordance with state law. As part of the winding-down, USACM was and remains a party to the Appeal. *See Asset Purchase Agreement*, pp. 1-2 (Exhibit 1 to the Motion).

5. The Asset Purchase Agreement attached as Exhibit 1 to the Motion anticipates that USACM will agree to dismissal of the Appeal, and to pay its own fees and costs associated with the Appeal. *Id*.

6. Although not provided formal notice of the present Motion, USACM discovered the Motion in its investigation of the status of the Appeal, which had been scheduled for oral argument by the Ninth Circuit on March 12, 2008. *See* Certificate of Service [Docket No. 6773]; Post Effective Date Official Service List [Docket No. 5599].[1]

---

[1] On February 11, 2009, the Ninth Circuit filed an Order vacating the submission of the Appeal pending the outcome of the hearing before this Court.

7. Based on the representations made by the Trust with respect of the Asset Purchase Agreement and USACM's agreement that appeal should be dismissed, USACM does not object to the Motion.

Respectfully submitted this 13th day of February, 2009.

   /s/   Annette W. Jarvis
Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
DORSEY & WHITNEY LLP
136 South Main Street, Suite 1000
Salt Lake City, Utah 84101

and

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146