Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
DORSEY & WHITNEY LLP
136 South Main Street, Suite 1000
Salt Lake City, Utah 84101
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: jarvis.annette@dorsey.com

**E-FILED ON FEBRUARY 13, 2009**

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for USA Commercial Mortgage Company

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　　　　　　　　　　　　　Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**EX PARTE MOTION FOR SUBSTITUTION OF COUNSEL** |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　　　　　　　　　　　　Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>　　　　　　　　　　　　　　　Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　　　　　　　　　　　　　Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>　　　　　　　　　　　　　　　Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | |

USA Commercial Mortgage Company ("USACM") hereby files this Ex Parte Motion for Substitution of Counsel (the "Motion") and requests that the Court enter the proposed Order filed contemporaneously herewith (the "Proposed Order") approving the substitution of Dorsey & Whitney LLP ("Dorsey") as USACM's counsel. In further support hereof, USACM states as follows:

1. On April 16, 2006, USACM filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. USACM continued to operate its business as debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. On January 8, 2007, this Court entered its Order Confirming the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization.

3. Throughout this bankruptcy proceeding, USACM has been represented by Ray Quinney & Nebeker P.C. ("Ray Quinney") with attorneys Annette W. Jarvis, Peggy Hunt, Steven C. Strong, Benjamin J. Kotter, and Scott A. Cummings performing the majority of the work on USACM's behalf.

4. These attorneys have recently left Ray Quinney and have joined Dorsey.

5. USACM desires that the above-mentioned attorneys continue to represent it and, therefore, has retained Dorsey as its counsel in this matter.

6. Dorsey is aware of the times and dates of all relevant hearings currently scheduled before the Court.

7. Upon the entry of the Proposed Order approving the substitution of Dorsey as counsel for USACM, Dorsey will cause a notice of the substitution to be served on all relevant parties.

//

//

WHEREFORE, USACM requests that the Court enter the Proposed Order filed contemporaneously herewith approving the substitution of Dorsey as counsel for USACM.

Respectfully submitted this 13th day of February, 2007.

   /s/   Annette W. Jarvis
Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
DORSEY & WHITNEY LLP
136 South Main Street, Suite 1000
Salt Lake City, Utah 84101

and

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146

APPROVED:



_____
Susan M. Susan
*On Behalf of USA Commercial Mortgage Company*