RECEIVED & FILED

FEB 13   1 05 PM '09

MARY A SCHOTT, CLERK

1  Janice A. Lucas
2  First Savings Bank Custodian For Janice A. Lucas
3  13210 Secret Lake Loop  Lincoln, CA 95648
4  916-645-0158
5  jan9888@sbcglobal.net

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In Re:
USA Commercial Mortgage Company

Case No.  BK S - 06 -10725 - LBR
Case No.  BK S - 06 - 10726 - LBR
Case No.  BK S - 06 - 10727 - LBR
Case No.  BK S - 06 - 10728 - LBR
Case No.  BK S - 06 - 10729 - LBR

**Joinder to Opposition to**

**Motion to Approve**

**Settlement With  Debt**

**Acquisition Company of**

**America V, LLC**

Date:  February 20, 2009

Time:  9:30 a.m.

Place:  Foley Federal Bldg  Ctrm 1

300 Las Vegas Blvd South

Las Vegas, NV

1

1 _____(Name), Unsecured Creditor of the USACM Liquidating Trust

2 appearing Pro Per, hereby joins the Opposition to Motion to Approve Settlement with

3 Debt Acquisition Company of America V, LLC, filed by movant Carol Mortensen.

4 Dated February 13, 2009

5 Name *Janice A. Luca*

6 Pro Per

7 _____

8 By:   Janice A. Lucas

9

10 This Opposition is filed according to Local Rules 9014(d) (1).  According to the

11 instruction in Docket # 6771, this Response/Opposition is required to be served on the

12 person who notified me of the Motion.   While I was not notified of the Motion,  I have

13 served this Opposition by US Mail or Email on this date to the Parties of Interest below.

14 All other parties of interest shall be notified via Pacer.

15

16 *Janice A. Lucas*                                2/13/2009

17        Name                                                     February 13, 2009

18

19 Lewis and Roca, Rob Charles: rcharles@lrlaw.com

20 Jones Vargas, Janet Chubb: tbw@jonesvargas.com

21

2