1  Insert Name, Connie Westbrook, pro per
2  Insert Vesting Name for POC Connie Westbrook
3  Address 14520 Ghost Rider Dr
4  Address Reno, NV 89511
5  Phone number 775-853-1678
6  Email address dallas-connie@charter.net

RECEIVED & FILED

FEB 13   1 05 PM '09

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In Re:
USA Commercial Mortgage Company

Case No. BK S - 06 - 10725 - LBR
Case No. BK S - 06 - 10726 - LBR
Case No. BK S - 06 - 10727 - LBR
Case No. BK S - 06 - 10728 - LBR
Case No. BK S - 06 - 10729 - LBR

**Joinder to Opposition to Motion to Approve Settlement With Debt Acquisition Company of America V, LLC**

Date: February 20, 2009

Time: 9:30 a.m.

Place: Foley Federal Bldg Ctrm 1
       300 Las Vegas Blvd South
       Las Vegas, NV

1

1  *Connie Westbrook* (Name), Unsecured Creditor of the USACM Liquidating Trust

2  appearing Pro Per, hereby joins the Opposition to Motion to Approve Settlement with

3  Debt Acquisition Company of America V, LLC, filed by movant Carol Mortensen.

4  Dated February 13, 2009

5  Name *Connie Westbrook*

6  Pro Per

7  *Connie Westbrook*

8  By: (Name)

9

10  This Opposition is filed according to Local Rules 9014(d) (1). According to the

11  instruction in Docket # 6771, this Response/Opposition is required to be served on the

12  person who notified me of the Motion. While I was not notified of the Motion, I have

13  served this Opposition by US Mail or Email on this date to the Parties of Interest below.

14  All other parties of interest shall be notified via Pacer.

15

16  *Connie Westbrook*                        2-13-2009

17  Name                                      February 13, 2009

18

19  Lewis and Roca, Rob Charles: rcharles@lrlaw.com

20  Jones Vargas, Janet Chubb: tbw@jonesvargas.com

21

2