RECEIVED & FILED

FEB 13   1 04 PM '09

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

1  Kenneth E. Zawacki
2  Zawacki, A California LLC
3  PO Box 5156
4  Bear Valley, CA 95223
5  (20-9) 753-2055
6  kennethzawacki@sbcglobal.net

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re:<br>USA Commercial Mortgage Company | Case No. BK S - 06 - 10725 - LBR<br>Case No. BK S - 06 - 10726 - LBR<br>Case No. BK S - 06 - 10727 - LBR<br>Case No. BK S - 06 - 10728 - LBR<br>Case No. BK S - 06 - 10729 - LBR |
|---|---|

**Joinder to Opposition to**

**Motion to Approve**

**Settlement With Debt**

**Acquisition Company of**

**America V, LLC**

Date:  February 20, 2009

Time:  9:30 a.m.

Place:  Foley Federal Bldg  Ctrm 1

300 Las Vegas Blvd South

Las Vegas, NV

1

1. Zawacki, A California LLC, Unsecured Creditor of the USACM Liquidating Trust
2. appearing Pro Per, hereby joins the Opposition to Motion to Approve Settlement with
3. Debt Acquisition Company of America V, LLC, filed by movant Carol Mortensen.
4. Dated February 13, 2009

   Name

   Pro Per

   _____

   By: Kenneth E. Zawacki, Manager,

   Zawacki A California LLC

11. This Opposition is filed according to Local Rules 9014(d) (1).  According to the
12. instruction in Docket # 6771, this Response/Opposition is required to be served on the
13. person who notified me of the Motion.  While I was not notified of the Motion, I have
14. served this Opposition by US Mail or Email on this date to the Parties of Interest below.
15. All other parties of interest shall be notified via Pacer.

16.
17. *Kenneth E. Zawacki*       Feb 13, 2009
18. Kenneth E. Zawacki, Manager, Zawacki A California LLC
19. February 13, 2009
20. Lewis and Roca, Rob Charles:
21. Jones Vargas, Janet Chubb: tbw@jonesvargas.com
22.