ORIGINAL

RECEIVED & FILED

FEB 13  1 04 PM '09

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Edward Schoonover, Co-Trustee, Pro-Per
Schoonover Family Trust
164 Shorett Dr.
Friday Harbor WA 98250
360-317-8466
Email address: 2eschoon@gmail.com

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In Re:
USA Commercial Mortgage Company

Case No. BK S - 06 -10725 - LBR
Case No. BK S - 06 - 10726 - LBR
Case No. BK S - 06 - 10727 - LBR
Case No. BK S - 06 - 10728 - LBR
Case No. BK S - 06 - 10729 - LBR

**Joinder to Opposition to Motion to Approve Settlement With Debt Acquisition Company of America V, LLC**

Date:   February 20, 2009

Time:  9:30 a.m.

Place: Foley Federal Bldg Ctrm 1

       300 Las Vegas Blvd South

       Las Vegas, NV

1

Edward Schoonover, Co-Trustee of the Schoonover Family Trust, Unsecured Creditor of the USACM Liquidating Trust appearing Pro Per, hereby joins the Opposition to Motion to Approve Settlement with Debt Acquisition Company of America V, LLC, filed by movant Carol Mortensen.

Dated February 13, 2009

Name

Pro Per

*/s/ Edward Schoonover, Co-Trustee*

By: Edward Schoonover, Co-Trustee

This Opposition is filed according to Local Rules 9014(d) (1). According to the instruction in Docket # 6771, this Response/Opposition is required to be served on the person who notified me of the Motion. While I was not notified of the Motion, I have served this Opposition by US Mail or Email on this date to the Parties of Interest below. All other parties of interest shall be notified via Pacer.

*/s/ Edward Schoonover, Co-Trustee*     2/13/09

Edward Schoonover, Co-Trustee            February 13, 2009

Lewis and Roca, Rob Charles: rcharles@lrlaw.com

Jones Vargas, Janet Chubb: tbw@jonesvargas.com