ORIGINAL

RECEIVED & FILED

FEB 13  1 04 PM '09

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

1  William R. Moreno
2  10016 Rolling Glen Ct.
3  Las Vegas NV, 89117
4  702-228-1175
5  rmoreno16@cox.net

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | |
|---|---|
| USA Commercial Mortgage Company | Case No. BK S - 06 -10725 - LBR |
| | Case No. BK S - 06 - 10726 - LBR |
| | Case No. BK S - 06 - 10727 - LBR |
| | Case No. BK S - 06 - 10728 - LBR |
| | Case No. BK S - 06 - 10729 - LBR |

**Joinder to Opposition to**

**Motion to Approve**

**Settlement With Debt**

**Acquisition Company of**

**America V, LLC**

Date: February 20, 2009

Time: 9:30 a.m.

Place: Foley Federal Bldg Ctrm 1

300 Las Vegas Blvd South

Las Vegas, NV

1

1 William R. Moreno, Unsecured Creditor of the USACM Liquidating Trust appearing Pro

2 Per, hereby joins the Opposition to Motion to Approve Settlement with Debt Acquisition

3 Company of America V, LLC, filed by movant Carol Mortensen.

4 Dated February 13, 2009

5           William R. Moreno

6           Pro Per

7           */s/ W R Moreno*

8           By: William R. Moreno

9

10 This Opposition is filed according to Local Rules 9014(d) (1). According to the

11 instruction in Docket # 6771, this Response/Opposition is required to be served on the

12 person who notified me of the Motion. While I was not notified of the Motion, I have

13 served this Opposition by US Mail or Email on this date to the Parties of Interest below.

14 All other parties of interest shall be notified via Pacer.

15

16 */s/ W R Moreno*

17 William R. Moreno           February 13, 2009

18

19 Lewis and Roca, Rob Charles: rcharles@lrlaw.com

20 Jones Vargas, Janet Chubb: tbw@jonesvargas.com

21