ORIGINAL

1  James W McCollum
2  915 Ocean Blvd.
3  Coronado, Ca. 92118
4  Phone number = 619 890 5125
5  Email address = jameswmccollum@aol.com
6
7
8                  **UNITED STATES BANKRUPTCY COURT**
9                      **DISTRICT OF NEVADA**
10
11  In Re:
12  USA Commercial Mortgage Company          Case No.  BK S - 06 -10725 - LBR
13                                           Case No.  BK S - 06 - 10726 - LBR
14                                           Case No.  BK S - 06 - 10727 - LBR
15                                           Case No.  BK S - 06 - 10728 - LBR
16                                           Case No.  BK S - 06 - 10729 - LBR
17                                           **Joinder to Opposition to**
18                                           **Motion to Approve**
19                                           **Settlement With   Debt**
20                                           **Acquisition Company of**
21                                           **America V, LLC**
22                                           Date:   February 20, 2009
23                                           Time:   9:30 a.m.
24                                           Place:  Foley Federal Bldg  Ctrm 1
25                                                   300 Las Vegas Blvd South
26                                                   Las Vegas, NV
27
28
29
30

1

1    James W McCollum,  Unsecured Creditor of the USACM Liquidating Trust appearing

2    Pro Per, hereby joins the Opposition to Motion to Approve Settlement with Debt

3    Acquisition Company of America V, LLC, filed by movant Carol Mortensen.

4    Dated February 13, 2009

5                                      Name

6                                      Pro Per

7                                      *James W. McCollum*

8                                      By:   James W McCollum

9

10          This Opposition is filed according to Local Rules 9014(d) (1).   According to the

11    instruction in Docket # 6771, this Response/Opposition is required to be served on the

12    person who notified me of the Motion.   While I was not notified of the Motion, I have

13    served this Opposition by US Mail or Email on this date to the Parties of Interest below.

14    All other parties of interest shall be notified via Pacer.

15

16    *James W. McCollum*

17        James W McCollum                              February 13, 2009

18

19    Lewis and Roca, Rob Charles:  rcharles@lrlaw.com

20    Jones Vargas, Janet Chubb:  tbw@jonesvargas.com

21

2