ORIGINAL

RECEIVE & FILED

FEB 13   1 04 PM '09

1   Arthur I. Kriss, Sr.
2   First Savings Bank FBO Arthur I. Kriss, IRA
3   2398 West 1050 North
4   Hurricane, UT 84730
5   435-635-5466
6   akrisssr@msn.com

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In Re:
USA Commercial Mortgage Company

Case No. BK S - 06 -10725 - LBR
Case No. BK S - 06 - 10726 - LBR
Case No. BK S - 06 - 10727 - LBR
Case No. BK S - 06 - 10728 - LBR
Case No. BK S - 06 - 10729 - LBR

**Joinder to Opposition to**

**Motion to Approve**

**Settlement With  Debt**

**Acquisition Company of**

**America V, LLC**

Date:   February 20, 2009

Time:   9:30 a.m.

Place:  Foley Federal Bldg Ctrm 1

        300 Las Vegas Blvd South

        Las Vegas, NV

1

1   Arthur I. Kriss, Sr., Unsecured Creditor of the USACM Liquidating Trust appearing Pro

2   Per, hereby joins the Opposition to Motion to Approve Settlement with Debt Acquisition

3   Company of America V, LLC, filed by movant Carol Mortensen.

4   Dated February 13, 2009

5                                       Arthur I. Kriss

6                                       Pro Per

7                                       *[signature]*

8                                       By:

9

10   This Opposition is filed according to Local Rules 9014(d) (1). According to the

11   instruction in Docket # 6771, this Response/Opposition is required to be served on the

12   person who notified me of the Motion. While I was not notified of the Motion, I have

13   served this Opposition by US Mail or Email on this date to the Parties of Interest below.

14   All other parties of interest shall be notified via Pacer.

15

16   *[signature]*

17   Arthur I. Kriss                                    February 13, 2009

18

19   Lewis and Roca, Rob Charles: rcharles@lrlaw.com

20   Jones Vargas, Janet Chubb: tbw@jonesvargas.com

21