ORIGINAL

RECEIVED & FILED

FEB 13  1 04 PM '09

1  Daniel D. Newman
2  Daniel D. Newman, trustee The Daniel D. Newman Trust dated 11/1/92
3  125 Elysian Drive
4  Sedona, AZ 86336
5  928 282 5466
6  Daniel@esedona.net

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | |
|---|---|
| USA Commercial Mortgage Company | Case No. BK S - 06 -10725 - LBR |
| | Case No. BK S - 06 - 10726 - LBR |
| | Case No. BK S - 06 - 10727 - LBR |
| | Case No. BK S - 06 - 10728 - LBR |
| | Case No. BK S - 06 - 10729 - LBR |

**Joinder to Opposition to Motion to Approve Settlement With Debt Acquisition Company of America V, LLC**

Date:  February 20, 2009

Time:  9:30 a.m.

Place:  Foley Federal Bldg Ctrm 1
        300 Las Vegas Blvd South
        Las Vegas, NV

1

1  Daniel D. Newman, Unsecured Creditor of the USACM Liquidating Trust appearing Pro
2  Per, hereby joins the Opposition to Motion to Approve Settlement with Debt Acquisition
3  Company of America V, LLC, filed by movant Carol Mortensen.
4  Dated February 13, 2009

Daniel D. Newman

Pro-Per

By: Daniel D. Newman

10  This Opposition is filed according to Local Rules 9014(d) (1). According to the
11  instruction in Docket # 6771, this Response/Opposition is required to be served on the
12  person who notified me of the Motion. While I was not notified of the Motion, I have
13  served this Opposition by US Mail or Email on this date to the Parties of Interest below.
14  All other parties of interest shall be notified via Pacer.

Daniel D. Newman        February 13, 2009

19  Lewis and Roca, Rob Charles: rcharles@lrlaw.com
20  Jones Vargas, Janet Chubb: tbw@jonesvargas.com

2