Donald L. Hess,
Kay M. Cantrell, an unmarried woman, and Donald L. Hess, an unmarried man, as joint tenants with the right of survivorship.
1818 Madero Drive
The Villages, FL 32159
352-391-1990
dhmarina@msn.com

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | |
|---|---|
| USA Commercial Mortgage Company | Case No. BK S - 06 -10725 - LBR |
| | Case No. BK S - 06 - 10726 - LBR |
| | Case No. BK S - 06 - 10727 - LBR |
| | Case No. BK S - 06 - 10728 - LBR |
| | Case No. BK S - 06 - 10729 - LBR |

**Joinder to Opposition to Motion to Approve Settlement With Debt Acquisition Company of America V, LLC**

Date: February 20, 2009

Time: 9:30 a.m.

Place: Foley Federal Bldg, Ctrm 1

300 Las Vegas Blvd South

Las Vegas, NV

1

1  Donald L. Hess, Unsecured Creditor of the USACM Liquidating Trust appearing Pro

2  Per, hereby joins the Opposition to Motion to Approve Settlement with Debt Acquisition

3  Company of America V, LLC, filed by movant Carol Mortensen.

4  Dated February 13, 2009

5                                          Donald L. Hess

6                                          Pro Per

7

8                                          By:   Donald L. Hess

9

10  This Opposition is filed according to Local Rules 9014(d) (1).   According to the

11  instruction in Docket # 6771, this Response/Opposition is required to be served on the

12  person who notified me of the Motion.   While I was not notified of the Motion

13  , I have served this Opposition by US Mail or Email on this date to the Parties of Interest

14  below. All other parties of interest shall be notified via Pacer.

15

16  [signature]   2/13/09

17  Donald L. Hess   February 13, 2009

18

19  Lewis and Roca, Rob Charles: rcharles@lrlaw.com

20  Jones Vargas, Janet Chubb: tbw@jonesvargas.com

21

DECLARATION of Donald Hess                    Wednesday, February 11th, 2009

I hereby declare pursuant to 28 USC Section 1746 that the following is true and correct, to the best of my knowledge and belief:

My name is Donald L. Hess.

I am more than 18 years old, and fully able and willing to testify if called to do so.

I swear, under penalty of perjury, that the following statements are true.

I am a Direct Lender in the USACM portfolio. At the time of the bankruptcy confirmation, I owed the USACM "Liquidation Trust" $8215.28 in "prepaid" interest, as indicated in a statement from Compass Partners, dated August 1st, 2008.

On or about September 23rd, 2008, I sold my $50,000 interest, jointly held with rights of survivorship with my deceased partner Kay J. Hart, in the loan Fiesta Oak Valley, to Debt Acquisition Corp of America (DACA) for $35000, or $.70 on the dollar.

From my total payment for my interest, DACA deducted $8215.00. My understanding is that they were collecting that sum on behalf of the Liquidation Trust. On September 30th, 2008, I received two checks; one for $24,285.00 and one for $2500.00, totaling $26,785.00

Today, February 11th, 2009, Geoff Berman, Trustee of the Liquidation Trust, sent me an e-mail telling me I still owe $ 8215.28; a true and correct copy is hereby attached.

I have to conclude that DACA has failed, in the intervening four months, to remit the prepaid interest they collected from me to the Liquidating Trust.

Further, I am OUTRAGED that the Court would consider permitting DACA to use the prepaid interest they collected from ME at 100%, and WITHELD from the Liquidating Trust, as payment at 17 cents on the dollar for assets they intend to purchase through the Asset Purchase Agreement they have set before the court as a Motion.

*[signature]*

Donald L. Hess

# COMPASS

P-5016
Donald Hess
1818 Madero Drive
The Villages, FL 32159

8/1/2008

## Investor Remittance Statement
For the period 7/1/2008 through 8/1/2008

| Loan Name<br>Loan ID | —Beginning—<br>Principal Bal<br>Net Int Bal | Svc Fee Rate<br>Net Rate | Int Accrued<br>This Period | Principal Paid<br>Interest Paid | —Ending—<br>Principal Bal<br>Net Int Bal | Subtotal of<br>Prin & Int | Servicer<br>Advances | Prepaid<br>Interest | Total<br>Prin & Int |
|---|---|---|---|---|---|---|---|---|---|
| Fiesta Oak Valley<br>L-195 | $50,000.00<br>$24,715.65 | 3.00000%<br>10.00000% | $688.10 | $0.00<br>$0.00 | $50,000.00<br>$25,403.75 | $75,403.75 | $355.32 | $8,215.28 | $66,833.15 |

This statement is provided for informational purposes only and is intended for the sole benefit of the named vested party.
This statement is not intended to represent a loan payoff quote. Compass reserves the right to update and supplement this statement.

DEBT ACQUISITION COMPANY OF AMERICA V, LLC  
1565 Hotel Circle South, #310  
San Diego, California 92108  
Telephone (800) 400-5033

50342

IN RE: USA - Fiesta Oak Mesa  
CASE NO:

Donald L. Hess,  
ATTN:  
1818 Marina Drive  
The Villages, FL 32159

$24,285.00

This check, in the amount of $24,285.00, represents the settlement payment for the purchase of your claim in the above referred to bankruptcy case. The individual named above approved this settlement on your company's behalf.

We appreciate being of assistance in helping you liquidate your receivable in this particular bankruptcy case. If you have other receivables held against other entities that are also in bankruptcy, please do not hesitate to contact our office to discuss the possible sale of these receivables.

Visit our website at: www.daca4.com

---

DEBT ACQUISITION COMPANY OF AMERICA V, L.L.C.

18865

| 093008 | 9/30/08 | 2,500.00 | 2,500.00 |

9/30/08    18865    DONALD L HESS                                    $2,500.00

**RE: Balance of "Pre-paid" interest.**
From: **Geoffrey Berman** (gberman@dsi.biz)
Sent: Wed 2/11/09 4:29 PM
To: Don Hess (dhmarina@msn.com)

Mr. Hess:

I am showing the unpaid "prepaid interest" as being $8,215.28. Please let me know if you need anything else.

Geoff Berman

**From:** Don Hess [mailto:dhmarina@msn.com]
**Sent:** Tuesday, February 10, 2009 9:21 AM
**To:** Geoffrey Berman
**Subject:** Balance of "Pre-paid" interest.

Geoff,

Per my phone message to you Tuesday Feb.10th, I need a figure for the amount of "pre-paid" interest I still owe the estate. Would you mind forwarding that figure to me by e-mail ASAP.

Many thanks,

Don Hess, lender

Fox Hills 216
Fiesta Oak Valley
Charlevoix Homes

Windows Live™: E-mail. Chat. Share. Get more ways to connect. Check it out.