ORIGINAL

1 Tariq Chaudhry
2 Joy Investment Inc,
3 8080 Harborview Road
4 Blaine
5 (360) 961-4463
6 Email address: tonychaudhry@aol.com
7

RECEIVED & FILED

FEB 13   1 03 PM '09

MARY A. SCHOTT, CLERK

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In Re:
USA Commercial Mortgage Company

Case No. BK S - 06 -10725 - LBR
Case No. BK S - 06 - 10726 - LBR
Case No. BK S - 06 - 10727 - LBR
Case No. BK S - 06 - 10728 - LBR
Case No. BK S - 06 - 10729 - LBR

**Joinder to Opposition to**

**Motion to Approve**

**Settlement With Debt**

**Acquisition Company of**

**America V, LLC**

Date:  February 20, 2009

Time:  9:30 a.m.

Place:  Foley Federal Bldg Ctrm 1

300 Las Vegas Blvd South

Las Vegas, NV

1

1   Joy Investment inc, Unsecured Creditor of the USACM Liquidating Trust appearing

2   Pro Per, hereby joins the Opposition to Motion to Approve Settlement with Debt

3   Acquisition Company of America V, LLC, filed by movant Carol Mortensen.

4   Dated February 13, 2009

5                                           Joy Investment Inc,

6                                           Pro Per: Tariq Chaudhry

7                                           _____

8                                           By:   Tariq Chaudhry

9

10      This Opposition is filed according to Local Rules 9014(d) (1).  According to the

11  instruction in Docket # 6771, this Response/Opposition is required to be served on the

12  person who notified me of the Motion.  While I was not notified of the Motion, I have

13  served this Opposition by US Mail or Email on this date to the Parties of Interest below.

14  All other parties of interest shall be notified via Pacer.

15

16  /s/ Chaudhry                          2-13-2009

17

18

19  Lewis and Roca, Rob Charles: rcharles@lrlaw.com

20  Jones Vargas, Janet Chubb: tbw@jonesvargas.com

21

2