E-Filed on 2/17/09

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br><br>                      Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**REPLY IN SUPPORT OF OMNIBUS OBJECTIONS OF USACM TRUST TO PROOFS OF CLAIM BASED UPON PALM TERRACE LITIGATION; AND CERTIFICATE OF SERVICE**<br><br>Date of Hearing: February 20, 2009<br>Time of Hearing: 9:30 a.m. |

      The USACM Liquidating Trust (the "USACM Trust") by and through its Counsel, hereby files its reply in support of the First, Second, Third and Fourth Omnibus Objections of the USACM Trust to Proofs of Claim Based Upon Palm Terrace Litigation [DE 6752, 6753, 6754, and 6755], the "Omnibus Objections"), for an order disallowing Proofs of

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2019394.1

Claim filed by individual defendants in the Palm Terrace, LLC *et al* litigation. In support thereof, the USACM Trust states as follows:

1. The Palm Terrace Claimants filed Responses to the Omnibus Objection of USACM Trust to Proofs of Claim Based On Palm Terrace Litigation [DE 6807, 6808, 6809, and 6810] on February 12, 2009 and the Declaration of Jonathan A. McMahon filed concurrently therewith [DE 6811].

2. The responses make clear that the Palm Terrace Claims were duplicative both because the individual claimants filed claims that were duplicative of one another and because each claimant filed two separate claims for $ 2 million.

3. The response clarifies that WOW Enterprises, Inc., (Claim # 10725-00918) is making a claim for $184,965.74 for legal fees incurred to defend Palm Terrace Litigation and that the remaining Palm Terrace Claimants have assigned their claims in these proceedings to Claimant WOW Enterprises, Inc. The claim for attorneys' fees was not asserted as part of the original claim.

4. The USACM Trust disputes WOW Enterprises' claim for $184,965.14 for the reasons set forth in the Omnibus Objection.

5. The USACM Trust requests that the Court enter an Order that disallows in full all of the Palm Terrace Litigation Claims set forth on the Exhibits to the First, Second, Third and Fourth Omnibus Objections <u>except for</u> claim no. 10725-00918 filed by WOW Enterprises, Inc. As to the WOW Enterprises claim, which is for $ 2 million, the USACM Trust ask that the Court disallow it to the extent it exceeds the $184,965.14 claimed in the response and set a scheduling conference for the parties on what remains of the claim.

## I. CONCLUSION

1. The USACM Trust respectfully requests that the Court disallow the Palm Terrace Claims in full, except for Claim No. 10725-00918 filed by WOW Enterprises,

2019394.1

which should be disallowed to the extent it exceeds $184,965.14, and set a scheduling conference for what remains of the WOW Enterprises claim.

Dated: February 17, 2009.

LEWIS AND ROCA LLP

By /s/ John Hinderaker (#18024)
Rob Charles, NV 6593
John C. Hinderaker, AZ 18024 (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8398
E-mail: jhinderaker@rlaw.com
*Attorneys for the USACM Liquidating Trust*

Copy of the foregoing e-mailed on February 17, 2009 to:

Curtis R. Tingley
Bruce Piontkowski
Tingley Piontkowski, LLP
10 Almaden Blvd.
Suite # 430
San Jose, CA 95113
ctingley@tingleyllp.com
bpiontowski@gingleyllp.com

LEWIS AND ROCA LLP

 /s/ Carrie Lawrence
Carrie Lawrence

3

2019394.1