Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**CERTIFICATE OF SERVICE**<br><br>**Date: February 20, 2009**<br>**Time: 9:30 a.m.** |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | |

1

1. On February 13, 2009 I served the following documents:

   a. USACM'S Statement Responding to Motion to Approve Settlement with Debt Acquisition Company of America V, LLC

2. I served the above-named document(s) by the following means to the persons as listed below:

☒ a. **By ECF System**:

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L. ALLF    nancy_allf@gshllp.com, karen_lawrence@gshllp.com;angela_nakamura@gshllp.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com;rmoss@nevadafirm.com

BMC GROUP, INC.    ecf@bmcgroup.com, mjohn@bmcgroup.com

GEORGANNE W. BRADLEY    georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA    lbubala@jonesvargas.com, tbw@jonesvargas.com;ldaley@jonesvargas.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com;jrammos@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;manthony@sheacarlyon.com;rmsmith@sheacarlyon.com;swinder@sheacarlyon.com;dclimer@sheacarlyon.com;cmuniz@sheacarlyon.com

MICHAEL W. CARMEL    michael@mcarmellaw.com, nancy@mcarmellaw.com;ritkin@steptoe.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

| | |
|---|---|
| 1 | MICHAEL W. CHEN    yvette@ccfirm.com |
| 2 | KEVIN B. CHRISTENSEN    kbchrislaw@aol.com |
| 3 | JANET L. CHUBB    tbw@jonesvargas.com |
| 4 | JANET L. CHUBB    tbw@jonesvargas.com |
| 5-6 | DAVID A. COLVIN    mwalters@marquisaurbach.com, dcolvin@marquisaurbach.com;kgallegos@marquisaurbach.com;tszostek@marquisaurbach.com |
| 7 | WILLIAM D COPE    cope_guerra@yahoo.com |
| 8 | LAUREL E. DAVIS    ldavis@fclaw.com, mhurtado@fclaw.com;mlafrena@fclaw.com |
| 9 | THOMAS W. DAVIS    twd@h2law.com |
| 10 | DEBT ACQUISITION COMPANY OF AMERICA V, LLC (aw)    awhatnall@daca4.com |
| 11-12 | J CRAIG DEMETRAS    JCD@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras-oneill.com |
| 13 | ALLAN B. DIAMOND    adiamond@diamondmccarthy.com |
| 14 | RICHARD I. DREITZER    richard.dreitzer@bullivant.com |
| 15-16 | BRIAN P. EAGAN    beagan@sdfnvlaw.com, brian9397@aol.com |
| 17 | BRADLEY PAUL ELLEY    bpelleylawbk@sbcglobal.net, elnivnv@sbcglobal.net |
| 18 | THOMAS H. FELL BANKRUPTCYNOTICES@GORDONSILVER.COM;bknotices@gordonsilver.com |
| 19-20 | DEAN V. FLEMING    dfleming@fulbright.com, tflores@fulbright.com |
| 21 | SCOTT D. FLEMING    CArnold@hollandhart.com |
| 22 | GREGORY E GARMAN    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com |
| 23-24 | DOUGLAS D. GERRARD    DGERRARD@GERRARD-COX.COM, ekaymedellin@gerrard-cox.com;dwolford@gerrard-cox.com |
| 25 | WADE B. GOCHNOUR    WBG@h2law.com, bd@h2law.com;grm@h2law.com |
| 26 | LEIGH T GODDARD    lgoddard@mcdonaldcarano.com, pmiller@mcdonaldcarano.com |
| 27-28 | CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov:Mary.Booker@usdoj.gov |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

3

1  GERALD M GORDON    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

2  R. VAUGHN GOURLEY    vgourley@lvcm.com

3  TALITHA B. GRAY    bankruptcynotices@gordonsilver.com;bknotices@gordonsilver.com

4  JAMES D. GREENE    jgreene@rsrslaw.com, mkemple@rsrslaw.com;jstarley@rsrslaw.com

5  MARK H. GUNDERSON    creinebold@gundersonlaw.com

6  MARJORIE A. GUYMON    bankruptcy@goldguylaw.com,
7  ckennon@goldguylaw.com;tracyg@goldguylaw.com;ldeeter@goldguylaw.com

8  PETER W. GUYON    pguyon@yahoo.com

9  XANNA R. HARDMAN    xanna.hardman@gmail.com

10 STEPHEN R HARRIS    noticesbh&p@renolaw.biz

11 JEFFREY L HARTMAN    notices@bankruptcyreno.com, dle@bankruptcyreno.com

12 WILLIAM H HEATON    will@nwhltd.com, denisse@nwhltd.com

13
14 BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

15 JOHN HINDERAKER    JHinderaker@LRLaw.com, RCreswell@LRLaw.com

16 RICHARD F. HOLLEY    rholley@nevadafirm.com,
17 paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com

18 RANDOLPH L. HOWARD    rhoward@klnevada.com,
19 ckishi@klnevada.com;bankruptcy@klnevada.com

20 DAVID W. HUSTON    dwh@hustonlaw.net

21 JASON A. IMES    bkfilings@s-mlaw.com

22 ROBBIN L. ITKIN    ritkin@steptoe.com,
23 khollingsworth@steptoe.com;keckert@steptoe.com;jgoldman@steptoe.com;kpiper@steptoe.com

24 CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com

25 EVAN L. JAMES    ejameslv@gmail.com, kbchrislaw@aol.com

26 LARRY C. JOHNS    lcjohns100@embarqmail.com

27
28 ERIN E. JONES    ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1   TY E. KEHOE    TyKehoeLaw@aol.com

2   ROBERT R. KINAS    rkinas@swlaw.com, jmcbee@swlaw.com;jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring.com;vcampbell@swlaw.com;nbaig@swlaw.com

4   DEAN T. KIRBY    dkirby@kirbymac.com, gsparks@kirbymac.com

5   KENT F. LARSEN    kfl@slwlaw.com, ev@slwlaw.com

6   ZACHARIAH LARSON    ecf@lslawnv.com, susans@lslawnv.com

7   JOHN J. LAXAGUE    jlaxague@caneclark.com

9   GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net

10   NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

11   ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net

12   STEPHEN T LODEN    sloden@diamondmccarthy.com, cburrow@diamondmccarthy.com

13   TYSON M. LOMAZOW    tlomazow@milbank.com

15   ANNE M. LORADITCH    lvecffilings@gtlaw.com, loraditcha@gtlaw.com;koisp@gtlaw.com;lvlitdock@gtlaw.com;jenkinsm@gtlaw.com

16   TIMOTHY A LUKAS    ecflukast@hollandhart.com

17   ERIC D. MADDEN    emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

19   PATRICIA A. MARR    lvlaw03@yahoo.com

20   JAMES C. MCCARROLL    jmccarroll@reedsmith.com, dturetsky@reedsmith.com;aleonard@reedsmith.com

22   REGINA M. MCCONNELL    Regina@GinaLaw.com, Regina@Familylawcenters.com

23   WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

24   RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com;mmcalonis@lawlasvegas.com

26   JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

27   BRECK E. MILDE    bmilde@terra-law.com

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1. SHAWN W MILLER   bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;ltreadway@sheacarlyon.com;manthony@sheacarlyon.com;rmsmith@sheacarlyon.com;swinder@sheacarlyon.com;dclimer@sheacarlyon.com;cmuniz@sheacarlyon.com

2. DAVID MINCIN   mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com;mmcalonis@lawlasvegas.com

3. JOHN F MURTHA   jmurtha@woodburnandwedge.com

4. ERVEN T. NELSON   , susan@bolickboyer.com

5. VICTORIA L NELSON   vnelson@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;rmoss@nevadafirm.com

6. MICHAEL W. O'DONNELL   modonnell@fulbright.com, kdecker@fulbright.com

7. VINCENT O'GARA   vogara@mpbf.com

8. JOHN F. O'REILLY   jor@oreillylawgroup.com, tor@oreillylawgroup.com;bc@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com

9. TIMOTHY R. O'REILLY   tor@oreillylawgroup.com, jor@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com

10. DONNA M. OSBORN   mwalters@marquisaurbach.com, kgallegos@marquisaurbach.com;dosborn@marquisaurbach.com;tszostek@marquisaurbach.com

11. STEVE A. PEIRCE   speirce@fulbright.com

12. DONALD T. POLEDNAK   sandplegal@yahoo.com, spbankruptcy@yahoo.com

13. PAUL C RAY   info@johnpeterlee.com

14. THOMAS RICE   trice@coxsmith.com, jbrown@coxsmith.com;aseifert@coxsmith.com

15. GORDON C. RICHARDS   GCR@ClarkandRichards.com, ALM@ClarkandRichards.com

16. CHRISTINE A ROBERTS   roberts@shlaw.com, hill@shlaw.com;mcallister@shlaw.com;vidovich@shlaw.com;stephens@shlaw.com;france@shlaw.com;friddle@shlaw.com

17. STACY M. ROCHELEAU   stacy@rocheleaulaw.com

18. SUSAN WILLIAMS SCANN   sscann@deanerlaw.com, palexander@deanerlaw.com

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| | |
|---|---|
| 1 | MICHAEL M. SCHMAHL    mschmahl@mcguirewoods.com |
| 2 | LENARD E. SCHWARTZER    bkfilings@s-mlaw.com |
| 3-4 | BRIAN D. SHAPIRO    ecf@brianshapirolaw.com, brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com;wendy@brianshapirolaw.com |
| 5-6 | JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;jshea@sheacarlyon.com;manthony@sheacarlyon.com;rmsmith@sheacarlyon.com;swinder@sheacarlyon.com;dclimer@sheacarlyon.com;cmuniz@sheacarlyon.com |
| 7-9 | SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;manthony@sheacarlyon.com;swinder@sheacarlyon.com;dclimer@sheacarlyon.com;cmuniz@sheacarlyon.com |
| 10 | AMBRISH S. SIDHU    ecfnotices@sidhulawfirm.com |
| 11 | JEFFREY SLOANE    lrost@kssattorneys.com |
| 12 | ALAN R SMITH    mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com |
| 13 | ROSA SOLIS-RAINEY    rsr@morrislawgroup.com |
| 14 | ADAM M. STARR    starra@gtlaw.com |
| 15-16 | DAVID A. STEPHENS    dstephens@lvcm.com |
| 17-18 | ARIEL E. STERN    sterna@ballardspahr.com, jeromes@ballardspahr.com;sedillom@ballardspahr.com |
| 19 | PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com |
| 20 | ERIC W. SWANIS    swanise@gtlaw.com, barberc@gtlaw.com;ayonl@gtlaw.com;chaoa@gtlaw.com;lvlitdock@gtlaw.com |
| 21-22 | JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com |
| 23 | KAARAN E. THOMAS    kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com |
| 24 | KAARAN E THOMAS (lv)    mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com |
| 25 | ROLLIN G. THORLEY    rollin.g.thorley@irscounsel.treas.gov |
| 26-28 | LISA TSAI    ltsai@diamondmccarthy.com, tstone@diamondmccarthy.com;jbruckerhoff@diamondmccarthy.com;cboneau@diamondmccarthy.com |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

2  ERIC VAN    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

3  MICHAEL C. VAN    michael@mvanlaw.com, lynn@shumwayvan.com

4  GREGORY J. WALCH    GWalch@Nevadafirm.com

5  RUSSELL S. WALKER    rwalker@wklawpc.com,
6  eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

7  WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

8  KIRBY R WELLS    SMartinez@wellsrawlings.com

9  GREGORY L. WILDE    bk@wildelaw.com

10  RYAN J. WORKS    , kbarrett@mcdonaldcarano.com;dsampson@mcdonaldcarano.com
11
12  RYAN J. WORKS    rworks@mcdonaldcarano.com,
kbarrett@mcdonaldcarano.com;dsampson@mcdonaldcarano.com

13  MICHAEL YODER    myoder@diamondmccarthy.com
14
15  MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com,
bknotices@gordonsilver.com

16  ☐    b.    **By United States mail, postage fully prepare:**

17
18  ☐    c.    **By Personal Service**
         I personally delivered the document(s) to the persons at these addresses:
19       ☐    For a party represented by an attorney, delivery was made by handing the
document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or
20  other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place
in the office.
21       ☐    For a party, delivery was made by handing the document(s) to the party or by
leaving the document(s) at the person's dwelling house or usual place of abode with someone of
22  suitable age and discretion residing there.

23
24  ☐    d.    **By direct email (as opposed to through the ECF System)**
         Based upon the written agreement to accept service by email or a court order, I
25  caused the document(s) to be sent to the persons at the email addresses listed below.  I did not
receive, within a reasonable time after the transmission, any electronic message or other indication
26  that the transmission was unsuccessful.

27  ☐    e.    **By fax transmission**
         Based upon the written agreement of the parties to accept service by fax
28  transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed

below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐     f.    **By messenger**
I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:     February 17, 2009

LAURA KERN                           /s/       LAURA KERN
(Name of Declarant)                    (Signature of Declarant)