**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 18024
Email:jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 2/17/2009

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,[1]<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[2]<br><br>USA Securities, LLC,[3]<br>  Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Status And Agenda For February 20, 2009 Hearings**<br><br>Hearing Date: February 20, 2009<br>Hearing Time: 9:30 a.m.<br>           10:30 a.m. |

**Agenda for 9:30 a.m.**

    1.    **First Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Investment in Roam Development Group, LP Loan Except for Amounts Designated as "Unremitted Principal":** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

1

2018528.1

| | | |
|---|---|---|
| **Objection Filed:** 1/09/09 | | *First Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Investment in Roam Development Group, LP Loan Except for Amounts Designated as "Unremitted Principal"* filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [DE 6702] |
| **Status** | | No response filed. |

    2.    **Second Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Investment in Roam Development Group, LP Loan Except for Amounts Designated as "Unremitted Principal":** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Objection Filed:** 1/09/09 | *Second Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Investment in the Roam Development Group, LP Loan Except for Amounts Designated as "Unremitted Principal"* filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [DE 6704] |
| **Status** | No response filed. |

    3.    **Third Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Investment in Roam Development Group, LP Loan Except for Amounts Designated as "Unremitted Principal":** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Objection Filed:** 1/09/09 | *Third Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Investment in the Roam Development Group, LP Loan Except for Amounts Designated as "Unremitted Principal"* filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [DE 6706] |
| **Status** | No response filed. |

    4.    **Fourth Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in Roam Development Group, LP Loan Except for Amounts Designated as "Unremitted Principal":** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

2

2018528.1

| | |
|---|---|
| **Objection Filed:** 1/09/09 | *Fourth Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in Roam Development Group, LP Loan Except for Amounts Designated as "Unremitted Principal"* filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [DE 6708] |
| **Status** | No response filed. |

5. **Fifth Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in Roam Development Group, LP Loan Except for Amounts Designated as "Unremitted Principal":** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Objection Filed:** 1/09/09 | *Fifth Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in Roam Development Group, LP Loan Except for Amounts Designated as "Unremitted Principal"* filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [DE 6710] |
| **Status** | No response filed. |

6. **Sixth Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in Roam Development Group, LP Loan Except for Amounts Designated as "Unremitted Principal":** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Objection Filed:** 1/09/09 | *Sixth Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in Roam Development Group, LP Loan Except for Amounts Designated as "Unremitted Principal"* filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [DE 6712] |
| **Status** | No response filed. |

7. **Seventh Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in Roam Development Group, LP Loan Except for Amounts Designated as "Unremitted Principal":** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

2018528.1

| | |
|---|---|
| **Objection Filed:** 1/09/09 | *Seventh Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in Roam Development Group, LP Loan Except for Amounts Designated as "Unremitted Principal"* filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [DE 6714] |
| **Status** | No response filed. |

    8.    **Eighth Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in Roam Development Group, LP Loan Except for Amounts Designated as "Unremitted Principal":** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Objection Filed:** 1/09/09 | *Eighth Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in Roam Development Group, LP Loan Except for Amounts Designated as "Unremitted Principal"* filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [DE 6716] |
| **Status** | No response filed. |

    9.    **Ninth Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in Roam Development Group, LP Loan Except for Amounts Designated as "Unremitted Principal":** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Objection Filed:** 1/09/09 | *Ninth Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in Roam Development Group, LP Loan Except for Amounts Designated as "Unremitted Principal"* filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [DE 6718] |
| **Status** | No response filed. |

    10.    **Tenth Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in Roam Development Group, LP Loan Except for Amounts Designated as "Unremitted Principal":** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

2018528.1

| | | |
|---|---|---|
| **Objection Filed:** 1/09/09 | | *Tenth Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in Roam Development Group, LP Loan Except for Amounts Designated as "Unremitted Principal"* filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [DE 6720] |
| **Status** | | No response filed. |

11. **Motion to Approve Settlement Agreement By and Between the USACM LIQUIDATING TRUST, USA INVESTMENT PARTNERS, LLC, TOBLAK, LLC, DDH FINANCIAL CORP., AND TANAMERA COMMERCIAL DEVELOPMENT, LLC:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Motion Filed:** 1/15/09 | Motion to Approve Settlement *Agreement By and Between the USACM LIQUIDATING TRUST, USA INVESTMENT PARTNERS, LLC, TOBLAK, LLC, DDH FINANCIAL CORP., AND TANAMERA COMMERCIAL DEVELOPMENT, LLC* Filed by ERIC D. MADDEN on behalf of USACM LIQUIDATING TRUST [DE 6745] |
| **Status** | No response filed. |

12. **First Omnibus Objection of USACM Liquidating Trust to Duplicate Proofs of Claim; and Certificate of Service:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Objection Filed:** 1/15/09 | *First Omnibus Objection of USACM Liquidating Trust to Duplicate Proofs of Claim; and Certificate of Service* filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [DE 6728] |
| **Status** | No response filed. |

13. **Second Omnibus Objection of USACM Liquidating Trust to Duplicate Proofs of Claim; and Certificate of Service:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Objection Filed:** 1/15/09 | *Second Omnibus Objection of USACM Liquidating Trust to Duplicate Proofs of Claim; and Certificate of Service* filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [DE 6730] |

2018528.1

| | | |
|---|---|---|
| **Status** | No response filed. | |

14. **Third Omnibus Objection of USACM Liquidating Trust to Duplicate Proofs of Claim:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

**Objection Filed:** 1/15/09 — *Third Omnibus Objection of USACM Liquidating Trust to Duplicate Proofs of Claim* filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [DE 6732]

**Status**  No response filed.

15. **Fourth Omnibus Objection of USACM Liquidating Trust to Duplicate Proofs of Claim:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

**Objection Filed:** 1/15/09 — *Fourth Omnibus Objection of USACM Liquidating Trust to Duplicate Proofs of Claim* filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [DE 6734]

**Status**  No response filed.

16. **Fifth Omnibus Objection of USACM Liquidating Trust to Duplicate Proofs of Claim:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

**Objection Filed:** 1/15/09 — *Fifth Omnibus Objection of USACM Liquidating Trust to Duplicate Proofs of Claim* filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [DE 6736]

**Status**  No response filed.

17. **Sixth Omnibus Objection of USACM Liquidating Trust to Duplicate Proofs of Claim:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

**Objection Filed:** 1/15/09 — *Sixth Omnibus Objection of USACM Liquidating Trust to Duplicate Proofs of Claim* filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [DE 6738]

**Status**  No response filed.

18. **Seventh Omnibus Objection of USACM Liquidating Trust to Duplicate Proofs of Claim:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

2018528.1

| | | |
|---|---|---|
| **Objection Filed:** 1/15/09 | | *Seventh Omnibus Objection of USACM Liquidating Trust to Duplicate Proofs of Claim* filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST  [DE 6740] |
| **Status** | | No response filed. |

19. **Eighth Omnibus Objection of USACM Liquidating Trust to Duplicate Proofs of Claim:**  06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | | |
|---|---|---|
| **Objection Filed:** 1/15/09 | | *Eighth Omnibus Objection of USACM Liquidating Trust to Duplicate Proofs of Claim* filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST  [DE 6742] |
| **Status** | | No response filed. |

20. **First Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Palm Terrace Litigation:**  06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | | |
|---|---|---|
| **Objection Filed:** 1/16/09 | | *First Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Palm Terrace Litigation* filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [DE 6752] |
| **Response Filed:** 2/12/09 | | Response Filed by JONATHAN A. MCMAHON on behalf of PALM TERRACE CLAIMANTS [DE 6807] |
| **Reply Filed:** 2/17/09 | | Reply in Support of Omnibus Objections of USACM Trust to Proofs of Claim Based Upon Palm Terrace Litigation filed by JOHN HINDERAKER on behalf of USACM Trust [DE 6830] |
| **Status** | | The USACM Trust will ask that the Court grant the objection to the extent it is not opposed and set a scheduling conference on the portion of the WOW Enterprises claim that is disputed. |

21. **Second Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Palm Terrace Litigation:**  06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | | |
|---|---|---|
| **Objection Filed:** 1/16/09 | | *Second Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Palm Terrace Litigation* filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [DE 6753] |

2018528.1

| | | |
|---|---|---|
| **Response Filed:** 2/12/09 | Response Filed by JONATHAN A. MCMAHON on behalf of PALM TERRACE CLAIMANTS [DE 6808] | |
| **Reply Filed:** 2/17/09 | Reply in Support of Omnibus Objections of USACM Trust to Proofs of Claim Based Upon Palm Terrace Litigation filed by JOHN HINDERAKER on behalf of USACM Trust [DE 6830] | |
| **Status** | The USACM Trust will ask that the Court grant the objection to the extent it is not opposed and set a scheduling conference on the portion of the WOW Enterprises claim that is disputed. | |

22.   **Third Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Palm Terrace Litigation:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Objection Filed:** 1/16/09 | *Third Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Palm Terrace Litigation* filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [DE 6754] |
| **Response Filed:** 2/12/08 | Response Filed by JONATHAN A. MCMAHON on behalf of PALM TERRACE CLAIMANTS [DE 6809] |
| **Reply Filed:** 2/17/09 | Reply in Support of Omnibus Objections of USACM Trust to Proofs of Claim Based Upon Palm Terrace Litigation filed by JOHN HINDERAKER on behalf of USACM Trust [DE 6830] |
| **Status** | The USACM Trust will ask that the Court grant the objection to the extent it is not opposed and set a scheduling conference on the portion of the WOW Enterprises claim that is disputed. |

23.   **Fourth Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Palm Terrace Litigation:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Objection Filed:** 1/16/09 | *Fourth Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Palm Terrace Litigation* filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [DE 6755] |
| **Response Filed:** 2/12/09 | Response Filed by JONATHAN A. MCMAHON on behalf of PALM TERRACE CLAIMANTS [DE 6810] |

2018528.1

| | | |
|---|---|---|
| **Reply Filed:** 2/17/09 | | Reply in Support of Omnibus Objections of USACM Trust to Proofs of Claim Based Upon Palm Terrace Litigation filed by JOHN HINDERAKER on behalf of USACM Trust [DE 6830] |
| **Status** | | The USACM Trust will ask that the Court grant the objection to the extent it is not opposed and set a scheduling conference on the portion of the WOW Enterprises claim that is disputed. |

24. **Motion to Approve Settlement With Debt Acquisition Company Of America V, LLC:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Motion Filed:** 1/27/09 | Motion to Approve Settlement *With Debt Acquisition Company Of America V, LLC* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 6770] |
| **Objection Filed:** | Objection to Motion to Approve Settlement filed by Jay C. McLaughlin, Peggy Ann Valley [DE 6793] |
| **Response filed:** 2/12/09 | Response to Motion to Approve Settlement filed by Curtis F. Clark [DE 6813] |
| **Opposition filed:** 2/13/09 | Opposition with Certificate of Service Filed by CAROL MORTENSEN [DE 6818] |
| **Joinder filed:** 2/13/09 | Joinder Filed by JANICE LUCAS [DE 6819] |
| **Joinder filed:** 2/13/09 | Joinder Filed by CONNIE WESTBROOK [DE 6820] |
| **Joinder filed:** 2/13/09 | Joinder Filed by KENNETH ZAWACKI [DE 6821] |
| **Joinder filed:** 2/13/09 | Joinder Filed by EDWARD SCHOONOVER [DE 6822] |
| **Joinder filed:** 2/13/09 | Joinder Filed by WILLIAM R. MORENO [DE 6823] |
| **Joinder filed:** 2/13/09 | Joinder Filed by JAMES W. MCCOLLUM [DE 6824] |
| **Joinder filed:** 2/13/09 | Joinder Filed by ARTHUR I. KRISS [DE 6825] |
| **Joinder filed:** 2/13/09 | Joinder Filed by DANIEL D NEWMAN [DE 6826] |

2018528.1

| | | |
|---|---|---|
| **Joinder filed:** 2/13/09 | Joinder Filed by DONALD L HESS [DE 6827] | |
| **Joinder filed:** 2/13/09 | Joinder Filed by TARIQ CHAUDHRY [DE 6828] | |
| **Status** | The USACM Liquidating Trust requests that the Court overrule the objection/response(s) and approve the agreement. | |

25.  **Status Hearing Re:  Objection to Claim 1279 of Lerin Hills Ltd in the amount of with Certificate of Service:**  06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Objection Filed:** 3/13/07 | Objection to Claim 1279 of Lerin Hills Ltd in the amount of with Certificate of Service filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 3080] |
| **Reply Filed:** 6/06/07 | Reply to Objection of the USACM Liquidating Trust to Proof of Claim File by Lerin Hills Ltd. (Claim No. 203 & 1279) Filed by MARJORIE A. GUYMON on behalf of MOUNTAIN WEST MORTGAGE, LLC [DE 3904] |
| **Status** | Continued from 4/26/07, 6/15/07, 12/20/07, 2/21/08, 5/8/08, 2/3/09.  We are told that Lerin Hill's council will file a motion withdraw before the status hearing. |

26.  **Status Hearing Re:  Objection to Claim 792 of Copper Sage Commercial Center LLC in the amount of $3,500,000.00 with Certificate of Service:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Objection Filed:** 3/13/07 | Objection to Claim 792 of Copper Sage Commercial Center LLC in the amount of $3,500,000.00 with Certificate of Service filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3077] |
| **Opposition Filed:** 4/19/07 | Opposition with Certificate of Service Filed by SUSAN WILLIAMS SCANN on behalf of COPPER SAGE COMMERCE CENTER [DE 3502] |
| **Status** | Continued from 4/26/07, 6/15/07, 10/15/07, 12/14/07, 2/21/08, 5/8/08, 2/3/09.  The parties will submit a joint discovery plan in advance of the hearing. |

2018528.1

27. **Status Hearing Re: Objection to Claim 203 of Mountain West Mortgage Co./Lerin Hills in the amount of $2,048,000.00 with Certificate of Service:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Objection Filed:** 3/13/07 | Objection to Claim 203 of Mountain West Mortgage Co./Lerin Hills in the amount of $2,048,000.00 with Certificate of Service filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3078] |
| **Reply Filed:** 6/06/07 | Reply to Objection of the USACM Liquidating Trust to Proof of Claim File by Lerin Hills LTD (Claim No. 203 & 1279) Filed by MARJORIE A. GUYMON on behalf of MOUNTAIN WEST MORTGAGE, LLC [DE 3904] |
| **Status** | Continued from 4/26/07, 6/15/07, 10/15/07, 2/21/08, 5/8/08, 7/24/08, 2/3/09. We are told that Lerin Hill's council will file a motion to withdraw before the status hearing. |

28. **Objection to Claim 10725-00532 of Linda Merialdo Living Trust DTD 8/6/05 in the amount of Unknown with Certificate of Service Filed in Wrong Debtor's Case; Objection of DTDF to Proposed Allowance of Proof of Claim:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Objection Filed:** 1/02/09 | Objection to Claim 10725-00532 of Linda Merialdo Living Trust DTD 8/6/02 in the amount of Unknown with Certificate of Service *Filed in Wrong Debtor's Case; Objection of DTDF to Proposed Allowance of Proof of Claim* filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [DE 6688] |
| **Status** | Continued from 2/3/09 – No response filed. |

**Agenda for 10:30 a.m.**

1. **Scheduling Conference:** Adv. 08-01114-lbr, USACM Liquidating Trust v. Shober Consulting, Inc.

| | |
|---|---|
| **Order filed:** 11/20/08 | Order Re Scheduling Conference. Scheduling Conference scheduled for 2/20/2009 at 10:30 AM at LBR-Courtroom 1, Foley Federal Bldg. [DE 19] |
| **Status** | Discovery is proceeding. Discovery cutoff is Feb. 25, 2009. |

2018528.1

|   |   |   |
|---|---|---|
| | 2. | **Continued Status Hearing:** Adv. 06-01256-lbr, USA Commercial Mortgage Company et al v. Reale et al |

| | |
|---|---|
| **Order filed:** 1/26/09 | Order Continuing Status Hearing re Second Amended Complaint. Continued Status hearing to be held on 2/20/2009 at 10:30 AM at LBR-Courtroom 1, Foley Federal Bldg. [DE 420] |
| **Status** | Continued from Jan. 22, 2009. |

| | | |
|---|---|---|
| | 3. | **Scheduling Conference:** Adv. 08-01120-lbr, USACM Liquidating Trust v. Gentile De Palma Ltd. et al |

| | |
|---|---|
| **Order filed:** 1/26/09 | Order Re Scheduling Conference. Continued Scheduling Conference scheduled for 2/20/2009 at 10:30 AM at LBR-Courtroom 1, Foley Federal Bldg. [DE 18] |
| **Status** | Counsel has filed a notice of settlement and a motion to stay for the Court's consideration. The parties ask that the Court stay the case for 15 months to allow the parties to complete the terms of the settlement agreement. |

| | | |
|---|---|---|
| | 4. | **Motion to Withdraw as Attorney of Record FROM RONI AMID:** Adv. 07-01154-lbr, USACM Liquidating Trust v. J.M.K. Investments, Ltd. et al |

| | |
|---|---|
| **Motion filed:** 1/16/09 | Motion to Withdraw as Attorney of Record *FROM RONI AMID* Filed by DAVID A. COLVIN on behalf of ALABRUJ LIMITED PARTNERSHIP, RONI AMID, AURORA INVESTMENTS LP, BROUWERS FAMILY LP, FIRST SAVINGS BANK FBO VALLIERA MCGUIRE, FRANCIS FAMILY TRUST, LINDA JANOVITCH, STEVEN JANOVITCH, JWB INVESTMENTS, INC., JENNIFER MIDDLETON, LARRY J MIDDLETON, MORNINGSIDE HOMES, INC., PAUL BLOCH LIVING TRUST, ROBERT M PORTNOFF, SARAH PORTNOFF, STEVEN PORTNOFF, SIMON FAMILY TRUST, THE MARVIN & VALLIERA MYERS TRUST [DE 190] |

2018528.1

LEWIS AND ROCA LLP — LAWYERS

| | | |
|---|---|---|
| **Affidavit filed:** 1/16/09 | | Affidavit Of: DAVID A. COLVIN *OF MARQUIS & AURBACH'S MOTION TO WITHDRAW FROM RONI AMID* Filed by DAVID A. COLVIN on behalf of ALABRUJ LIMITED PARTNERSHIP, RONI AMID, AURORA INVESTMENTS LP, BROUWERS FAMILY LP, FIRST SAVINGS BANK FBO VALLIERA MCGUIRE, FRANCIS FAMILY TRUST, LINDA JANOVITCH, STEVEN JANOVITCH, JWB INVESTMENTS, INC., JENNIFER MIDDLETON, LARRY J MIDDLETON, MORNINGSIDE HOMES, INC., PAUL BLOCH LIVING TRUST, ROBERT M PORTNOFF, SARAH PORTNOFF, STEVEN PORTNOFF, SIMON FAMILY TRUST, THE MARVIN & VALLIERA MYERS TRUST. [DE 191] |
| **Response Filed:** 1/30/09 | | Response with Certificate of Service Filed by STEPHEN T LODEN on behalf of USACM LIQUIDATING TRUST [DE 194] |
| **Status** | | Counsel are ready to proceed. No witnesses are expected to testify. |

   5.   **Hearing Re: Stipulation and Order to Enlarge Briefing Schedule on Defendant's Motion to Compel Arbitration and Dismiss, or Alternatively, Stay Proceedings Pending Arbitration:** Adv. 08-01135-lbr, USACM Liquidating Trust et al v. Wells Fargo Bank, N.A.

| | |
|---|---|
| **Motion filed:** 11/25/08 | Motion to Compel *Arbitration and Dismiss, or Alternatively, Stay Proceedings Pending Arbitration* Filed by MICHAEL W. O'DONNELL on behalf of WELLS FARGO BANK, N.A. [DE 79] |
| **Stipulation filed:** 12/18/08 | Stipulation and Order to Enlarge Briefing Schedule on Defendant's Motion to Compel Arbitration and Dismiss, or Alternatively, Stay Proceedings Pending Arbitration. Hearing scheduled 2/20/2009 at 10:30 AM at LBR-Courtroom 1, Foley Federal Bldg. [DE 86] |
| **Stipulation and Order filed:** 1/21/09 | Stipulation and Order Concerning Items at Docket Nos. 79 and 89 [DE 93] |
| **Status** | Defendant's Motion was withdrawn. |

2018528.1

6. **Order Shortening Time Re: Motion to Compel:** Adv. 08-01134-lbr, USACM Liquidating Trust et al v. Petersen et al

| | |
|---|---|
| **Motion filed:** 1/30/09 | Motion to Compel *(1) Plaintiff's Responses To Defendants Request For Production Of Documents And; (2) To Amend Discovery Plan; Memorandum Of Points And Authorities; Declarations Of Timothy O'Reilly And Steven J. Katzman In Support Thereof* Filed By Timothy R. O'Reilly On Behalf Of Kathryn L. Petersen Living Trust, KLP Trust Dtd 7/15/99, Mary Petersen Family Trust Dtd 8/12/98, Michael D Petersen Family Trust Dtd 8/12/98, Kathryn L Petersen, Mary Petersen, Michael D Petersen  [DE 51] |
| **Motion filed:** 1/30/09 | Motion for Order Shortening Time *For Hearing And Procedurally Consolidating The Filing On The Three Captioned Adversary Proceedings For Hearing On Motion To: (1) Compel Plaintiffs' Responses To Defendants' Request For Production Of Documents; And (2) To Amend Discovery Plan; Memorandum Of Points And Authorities; Declaration Of Timothy O'Reilly In Support Thereof* Filed By Timothy R. O'Reilly On Behalf Of Kathryn L. Petersen Living Trust, KLP Trust DTD 7/15/99, Mary Petersen Family Trust DTD 8/12/98, Michael D Petersen Family Trust DTD 8/12/98, Kathryn L Petersen, Mary Petersen, Michael D Petersen [DE 57] |
| **Renewed Declaration filed:** 2/02/09 | Renewed Declaration Of: Steven Jay Katzman *In Support Of Defendants' Motion To: (1) Compel Plaintiffs' Responses To Defendants Request For Production Of Documents And; (2) To Amend Discovery Plan; Memorandum Of Points And Authorities* Filed by TIMOTHY R. O'REILLY on behalf of MARY PETERSEN FAMILY TRUST DTD 8/12/98, MICHAEL D PETERSEN FAMILY TRUST DTD 8/12/98, KATHRYN L PETERSEN, MARY PETERSEN, MICHAEL D PETERSEN [DE 58] |
| **Notice filed:** 2/02/09 | Notice *Of Bankruptcy Filings On Behalf Of Defendants In Adversary Proceedings No. 08-01132 LBR, No. 08-01133 LBR, And No. 08-01134 LBR* Filed by TIMOTHY R. O'REILLY on behalf of MARY PETERSEN FAMILY TRUST DTD 8/12/98, MICHAEL D PETERSEN FAMILY TRUST DTD 8/12/98, KATHRYN L PETERSEN, MARY PETERSEN, MICHAEL D PETERSEN [DE 59] |

2018528.1

| | | |
|---|---|---|
| **Order filed:** 2/04/09 | Order Shortening Time on Defendants' Application for Order Shortening Time for Hearing on Motion to: (1) Compel Plaintiffs' Responses to Defendants' Request for Production of Documents; and (2) to Amend Discovery Plan; Memorandum of Points and Authorities; Declaration of TIMOTHY O'REILLY in Support Thereof [DE 61] | |
| **Stipulation filed:** 2/11/09 | Stipulation By USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USACM LIQUIDATING TRUST and Between MARY PETERSEN, MICHAEL PETERSEN AND KATHRYN PETERSEN *Stipulation and Proposed Order for Continuance of Hearing and Extension of Time to Submit Defendants' Expert Report* Filed by MICHAEL YODER on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USACM LIQUIDATING TRUST [DE 73] | |
| **Status** | Counsel has filed a stipulation and order to reschedule this hearing for February 23, 2009 at 1:30 p.m. or such other time that the Court has available on that date. In the event that the hearing is not rescheduled, then counsel will be ready to proceed. | |

      7.    **Status Hearing:**  Adv. 08-01119-lbr, USACM Liquidating Trust v. Russell et al

| | |
|---|---|
| **Order filed:** 2/05/09 | Order Setting Hearing. Status hearing to be held on 2/20/2009 at 10:30 AM at LBR-Courtroom 1, Foley Federal Bldg. [DE 45] |
| **Status** | Counsel is ready to proceed. Counsel has conferred with Geoff Berman, the Trustee of the USACM Trust, regarding his availability for a settlement conference the week of March 30. Mr. Berman is available on Monday, March 30. For the remainder of the week, however, Mr. Berman is required to attend the American Bankruptcy Institute Board Meeting and spring meeting in Washington, D.C. and is not able to schedule settlement conference. He is available for settlement conferences the following week, April 6-9. |

      8.    **Status Hearing:**  Adv. 08-01125-lbr, USACM Liquidating Trust v. Eagle Ranch, LLC et al

| | |
|---|---|
| **Order filed:** 2/05/09 | Order Setting Hearing. Status hearing to be held on 2/20/2009 at 10:30 AM at LBR-Courtroom 1, Foley Federal Bldg. [DE 77] |

15

2018528.1

LEWIS AND ROCA LLP LAWYERS

| | | |
|---|---|---|
| **Notice of Withdrawal filed:** 2/13/09 | Notice of Withdrawal of Entry of Default Against EAGLE RANCH with Certificate of Service Filed by MICHAEL YODER on behalf of USACM LIQUIDATING TRUST [DE 82] | |
| **Status** | Counsel is ready to proceed. No witnesses will testify. | |

    9.    **Status Hearing:** Adv. 08-01129-lbr, USACM Liquidating Trust v. Tanamera Resort Partners, LLC

| | |
|---|---|
| **Order filed:** 2/05/09 | Order Setting Hearing. Status hearing to be held on 2/20/2009 at 10:30 AM at LBR-Courtroom 1, Foley Federal Bldg. [DE 21] |
| **Status** | Counsel is ready to proceed. Counsel has conferred with Geoff Berman, the Trustee of the USACM Trust, regarding his availability for a settlement conference the week of March 30. Mr. Berman is available on Monday, March 30. For the remainder of the week, however, Mr. Berman is required to attend the American Bankruptcy Institute Board Meeting and spring meeting in Washington, D.C. and is not able to schedule settlement conference. He is available for settlement conferences the following week, April 6-9. |

    10.    **Status Hearing:** Adv. 08-01131-lbr, USACM Liquidating Trust v. Bingham McCutchen, LLP

| | |
|---|---|
| **Order filed:** 2/05/09 | Order Setting Hearing. Status hearing to be held on 2/20/2009 at 10:30 AM at LBR-Courtroom 1, Foley Federal Bldg. [DE 26] |
| **Status** | Counsel is ready to proceed. Counsel has conferred with Geoff Berman, the Trustee of the USACM Trust, regarding his availability for a settlement conference the week of March 30. Mr. Berman is available on Monday, March 30. For the remainder of the week, however, Mr. Berman is required to attend the American Bankruptcy Institute Board Meeting and spring meeting in Washington, D.C. and is not able to schedule settlement conference. He is available for settlement conferences the following week, April 6-9. |

16

2018528.1

LEWIS AND ROCA LLP — LAWYERS

11. **Status Hearing:** Adv. 08-01135-lbr, USACM Liquidating Trust et al v. Wells Fargo Bank, N.A.

| | |
|---|---|
| **Complaint filed:** 4/12/08 | Adversary case 08-01135. Complaint Filed by USACM LIQUIDATING TRUST, USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USA CAPITAL FIRST TRUST DEED FUND, LLC vs. WELLS FARGO BANK, N.A. [DE 1] |
| **Answer filed:** 10/10/08 | Answer to Complaint *with Certificate of Service* Filed by KENT F. LARSEN on behalf of WELLS FARGO BANK, N.A. [DE 66] |
| **Order filed:** 2/05/09 | Order Setting Hearing. Status hearing to be held on 2/20/2009 at 10:30 AM at LBR-Courtroom 1, Foley Federal Bldg. [DE 99] |
| **Status** | Counsel is ready to proceed. Counsel has conferred with Geoff Berman, the Trustee of the USACM Trust, regarding his availability for a settlement conference the week of March 30. Mr. Berman is available on Monday, March 30. For the remainder of the week, however, Mr. Berman is required to attend the American Bankruptcy Institute Board Meeting and spring meeting in Washington, D.C. and is not able to schedule settlement conference. He is available for settlement conferences the following week, April 6-9. |

12. **Status Hearing:** Adv. 08-01209-lbr, USACM Liquidating Trust et al v. Fogg

| | |
|---|---|
| **Complaint filed:** 7/15/08 | Adversary case 08-01209. Complaint Filed by USACM LIQUIDATING TRUST, USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC vs. DAVID A FOGG [DE 1] |
| **Answer filed:** 9/02/08 | Answer to Complaint *; Request for Jury Trial with Certificate of Service* Filed by RYAN J. WORKS on behalf of DAVID A FOGG [DE 10] |
| **Order filed:** 2/05/09 | Order Setting Hearing. Status hearing to be held on 2/20/2009 at 10:30 AM at LBR-Courtroom 1, Foley Federal Bldg. [DE 27] |

2018528.1

LEWIS AND ROCA LLP LAWYERS

| | |
|---|---|
| **Status** | Counsel is ready to proceed. Counsel has conferred with Geoff Berman, the Trustee of the USACM Trust, regarding his availability for a settlement conference the week of March 30. Mr. Berman is available on Monday, March 30. For the remainder of the week, however, Mr. Berman is required to attend the American Bankruptcy Institute Board Meeting and spring meeting in Washington, D.C. and is not able to schedule settlement conference. He is available for settlement conferences the following week, April 6-9. |

13. **Motion to Approve Compromise Under Rule 9019 Between USACM Liquidating Trust and Fiesta Development, Inc., Ashby USA, LLC, Richard K. Ashby, Random Developments, LLC, and Ashby Development Company, Inc.:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Motion filed:** 2/10/09 | Motion to Approve Compromise under Rule 9019 *between USACM LIQUIDATING TRUST and FIESTA DEVELOPMENT, INC., ASHBY USA, LLC, RICHARD K. ASHBY, RANDOM DEVELOPMENTS, LLC, AND ASHBY DEVELOPMENT COMPANY, INC. with Certificate of Service* Filed by STEPHEN T LODEN on behalf of USACM LIQUIDATING TRUST [DE 6794] |
| **Status** | No response filed. |

14. **Status Hearing:** Adv. 08-01066-lbr, USACM Liquidating Trust v. Compass USA SPE, LLC et al

| | |
|---|---|
| **Order filed:** 2/06/09 | Order Setting Hearing. Status hearing to be held on 2/20/2009 at 10:30 AM at LBR-Courtroom 1, Foley Federal Bldg. [DE 48] |
| **Status** | Counsel has conferred with Geoff Berman, the Trustee of the USACM Trust, regarding his availability for a settlement conference the week of March 30. Mr. Berman is available on Monday, March 30. For the remainder of the week, however, Mr. Berman is required to attend the American Bankruptcy Institute Board Meeting and spring meeting in Washington, D.C. and is not able to schedule settlement conferences. He is available for settlement conferences the following week, April 6-9. |

2018528.1

15. **Motion to Compel Arbitration and Dismiss, or Alternatively, Stay Proceedings Pending Arbitration:** Adv. 08-01135-lbr, USACM Liquidating Trust v. Wells Fargo Bank, N.A.

| | |
|---|---|
| **Motion to Compel filed:** 11/25/08 | Motion to Compel *Arbitration and Dismiss, or Alternatively, Stay Proceedings Pending Arbitration* Filed by MICHAEL W. O'DONNELL on behalf of WELLS FARGO BANK, N.A. [DE 79] |
| **Agreed Stipulation filed:** 12/30/08 | Agreed Stipulation By WELLS FARGO BANK, N.A. and Between *USACM LIQUIDATING TRUST, USA CAPITAL FIRST TRUST DEED FUND, LLC AND USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC to Enlarge Briefing Schedule on Plaintiffs' Motion for Leave to File First Amended Complaint and Proposed Order* Filed by STEVE A. PEIRCE on behalf of WELLS FARGO BANK, N.A. [DE 91] |
| **Stipulation and Order filed:** 1/21/09 | Stipulation and Order Concerning Items at Docket Nos. 79 and 89 [DE 93] |
| **Status** | Defendant's Motion was withdrawn. |

16. **Motion to File Amended Complaint:** Adv. 08-01135-lbr, USACM Liquidating Trust v. Wells Fargo Bank, N.A.

| | |
|---|---|
| **Motion filed:** | Motion to File Amended Complaint Filed by LISA TSAI on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USA CAPITAL FIRST TRUST DEED FUND, LLC, USACM LIQUIDATING TRUST [DE 89] |
| **Agreed Stipulation filed:** 12/30/08 | Agreed Stipulation By WELLS FARGO BANK, N.A. and Between *USACM LIQUIDATING TRUST, USA CAPITAL FIRST TRUST DEED FUND, LLC AND USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC to Enlarge Briefing Schedule on Plaintiffs' Motion for Leave to File First Amended Complaint and Proposed Order* Filed by STEVE A. PEIRCE on behalf of WELLS FARGO BANK, N.A. [DE 91] |
| **Stipulation and Order filed:** 1/21/09 | Stipulation and Order Concerning Items at Docket Nos. 79 and 89 [DE 93] |
| **Status** | Order has been entered. |

2018528.1

Dated February 17, 2009.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
John Hinderaker, AZ 18024 (*pro hac vice*)
*Counsel for USACM Liquidating Trust*

PROOF OF SERVICE

COPY of the aforementioned sent via e-mail or U.S. First Class Mail on February 17, 2009 to the parties listed on Post-Effective Official Service List for Limited Notice No. 4 Dated January 8, 2008.

/s/ Carrie Lawrence
Carrie Lawrence
Lewis and Roca LLP

20

2018528.1