| Loan Name | Legal Vesting | Total Owed to (from) Investor |
|---|---|---|
| 6425 Gess, LTD | 1 | (3,157.87) |
| Ten-Ninety, Ltd./$4,150,000 | 2 | (14,299.96) |
| Gramercy Court Condos | 3 | (542.47) |
| Fiesta Oak Valley | 4 | (1,101.39) |
| Amesbury/Hatters Point | 5 | (136.94) |
| Castaic Partners II, LLC | 6 | (649.97) |
| HFA- Clear Lake | 7 | (5,904.51) |
| 6425 Gess, LTD | 8 | (1,105.38) |
| Placer Vineyards 1st | 8 | (1,371.72) |
| Marquis Hotel | 9 | (0.01) |
| HFA- Windham | 10 | (11,750.00) |
| Copper Sage Commerce Center Phase II | 11 | (931.85) |
| Marlton Square 2nd | 12 | (316.93) |
| 6425 Gess, LTD | 13 | (1,203.07) |
| Huntsville | 14 | (1,617.88) |
| Amesbury/Hatters Point | 15 | (37.02) |
| HFA- Clear Lake | 15 | (6,650.03) |
| Fiesta Oak Valley | 16 | (16,430.48) |
| 6425 Gess, LTD | 16 | (3,157.87) |
| Tapia Ranch | 17 | (849.20) |
| Huntsville | 18 | (2,588.59) |
| 6425 Gess, LTD | 19 | (3,789.41) |
| Marlton Square | 20 | (310.16) |
| HFA- Windham | 21 | (692.31) |
| Marlton Square | 22 | (4.43) |
| Ten-Ninety, Ltd./$4,150,000 | 23 | (9,993.70) |
| Placer Vineyards 1st | 24 | (826.01) |
| Placer Vineyards 1st | 25 | (1,959.31) |
| Mountain House Business Park | 26 | (316.53) |
| Lake Helen Partners | 27 | (110.91) |
| HFA- Clear Lake | 28 | (2,086.99) |
| Shamrock Tower, LP | 29 | (2,133.47) |
| Fiesta USA/Stoneridge | 30 | - |
| Marlton Square | 31 | (77.51) |
| Del Valle - Livingston | 32 | (203.41) |
| Placer Vineyards 1st | 33 | (1,589.28) |
| Huntsville | 34 | (1,620.76) |
| Marquis Hotel | 35 | (17,421.51) |
| Huntsville | 36 | (1,617.88) |
| Marquis Hotel | 37 | (17,421.51) |
| HFA- Windham | 38 | (7,833.37) |
| 6425 Gess, LTD | 39 | (3,157.87) |

| | | |
|---|---|---|
| Tapia Ranch | 40 | (3,017.98) |
| Placer Vineyards 1st | 40 | (3,918.74) |
| Tapia Ranch | 41 | (0.00) |
| HFA- Clear Lake | 41 | - |
| Marquis Hotel | 41 | (0.00) |
| HFA- Clear Lake | 42 | (2,824.54) |
| Anchor B, LLC | 43 | (9,066.65) |
| Fiesta Oak Valley | 44 | - |
| Placer Vineyards 1st | 44 | - |
| Marquis Hotel | 44 | (15,129.83) |
| Standard Property Development | 45 | - |
| HFA- Clear Lake | 46 | (8,339.03) |
| Mountain House Business Park | 47 | (287.83) |
| Marlton Square 2nd | 48 | (153.19) |
| 6425 Gess, LTD | 49 | (4,276.41) |
| Ten-Ninety, Ltd./$4,150,000 | 50 | (42,866.66) |
| Marquis Hotel | 51 | (17,331.24) |
| Fiesta Oak Valley | 52 | (6,357.55) |
| HFA-Clear Lake 2nd | 53 | (99.87) |
| Fiesta Oak Valley | 54 | (1.53) |
| Harbor Georgetown | 55 | (5.09) |
| Placer Vineyards 2nd | 55 | (12.04) |
| Harbor Georgetown | 56 | (843.29) |
| Fiesta Oak Valley | 57 | - |
| Lerin Hills | 58 | (167.96) |
| Fiesta Oak Valley | 59 | (5,846.54) |
| Placer Vineyards 1st | 60 | (5,878.06) |
| Fiesta USA/Stoneridge | 61 | (8,738.28) |
| Fiesta Oak Valley | 61 | (6,059.06) |
| Shamrock Tower, LP | 62 | (8,793.39) |
| Fiesta Oak Valley | 63 | (9,858.38) |
| Placer Vineyards 1st | 63 | (1,959.31) |
| Mountain House Business Park | 64 | (863.14) |
| Shamrock Tower, LP | 65 | (3,908.63) |
| Placer Vineyards 2nd | 66 | (1,011.10) |
| HFA- Clear Lake | 67 | (5,554.10) |
| 6425 Gess, LTD | 67 | (1,851.43) |
| Tapia Ranch | 68 | (754.43) |
| Fiesta Oak Valley | 69 | (8,122.49) |
| Shamrock Tower, LP | 70 | (4,822.68) |
| Harbor Georgetown | 71 | (27.88) |
| 6425 Gess, LTD | 71 | (156.38) |
| HFA- Clear Lake | 72 | (6,633.36) |
| HFA- Clear Lake | 73 | (5,660.00) |

| | | |
|---|---|---|
| HFA- Clear Lake | 73 | (1,381.00) |
| Gramercy Court Condos | 74 | (38.06) |
| Fiesta Oak Valley | 75 | - |
| HFA- Clear Lake | 75 | - |
| Marquis Hotel | 75 | (209,429.10) |
| Amesbury/Hatters Point | 76 | (132.54) |
| Standard Property Development | 77 | - |
| 6425 Gess, LTD | 78 | (5,368.31) |
| Mountain House Business Park | 79 | (287.83) |
| Fiesta Oak Valley | 80 | (14,294.64) |
| Anchor B, LLC | 80 | (6,346.65) |
| Placer Vineyards 1st | 81 | (2,862.97) |
| Fiesta USA/Stoneridge | 82 | (17,929.19) |
| HFA- Clear Lake | 83 | (333.33) |
| Bay Pompano Beach | 84 | (82.73) |
| Oak Shores II | 84 | (140.72) |
| Del Valle - Livingston | 84 | (138.12) |
| Bay Pompano Beach | 84 | (12,141.50) |
| Placer Vineyards 1st | 85 | (1,922.42) |
| Placer Vineyards 2nd | 85 | (1,962.24) |
| Fiesta USA/Stoneridge | 86 | (5,562.98) |
| Lerin Hills | 87 | (16.79) |
| Lerin Hills | 88 | (8.40) |
| Mountain House Business Park | 89 | (243.54) |
| Marquis Hotel | 90 | (0.00) |
| 6425 Gess, LTD | 91 | (7,112.40) |
| Gramercy Court Condos | 92 | (1,802.96) |
| Fiesta USA/Stoneridge | 93 | (473,917.87) |
| Shamrock Tower, LP | 94 | (28,234.51) |
| HFA- Windham | 95 | (9,400.00) |
| 6425 Gess, LTD | 96 | (3,157.87) |
| Marquis Hotel | 97 | (19,690.50) |
| Standard Property Development | 98 | - |
| Marquis Hotel | 99 | (18,911.19) |
| Amesbury/Hatters Point | 100 | (132.66) |
| Gramercy Court Condos | 101 | (34.61) |
| HFA- Clear Lake | 102 | (6,766.70) |
| Marquis Hotel | 103 | (18,861.07) |
| HFA- Clear Lake | 104 | (13,533.30) |
| 6425 Gess, LTD | 105 | (6,315.66) |
| Marquis Hotel | 106 | (20,012.85) |
| 6425 Gess, LTD | 107 | - |
| Marquis Hotel | 107 | (24,191.24) |
| 6425 Gess, LTD | 108 | (6,315.66) |

| | | |
|---|---|---|
| HFA- Clear Lake | 109 | (13,533.30) |
| 6425 Gess, LTD | 109 | (3,157.87) |
| Fiesta Oak Valley | 110 | (16,430.48) |
| Shamrock Tower, LP | 110 | (6,825.31) |
| HFA- Windham | 111 | (4,676.50) |
| Mountain House Business Park | 112 | (560.32) |
| Harbor Georgetown | 113 | (844.71) |
| HFA- Clear Lake | 113 | (6,766.70) |
| Marquis Hotel | 114 | (18,196.14) |
| Marlton Square | 115 | (424.66) |
| Fiesta Oak Valley | 116 | (9,746.98) |
| Lerin Hills | 117 | (33.60) |
| Tapia Ranch | 118 | (280.07) |
| HFA- Clear Lake | 118 | (1,932.86) |
| Marlton Square | 118 | (11.51) |
| Marlton Square 2nd | 119 | (77.76) |
| Placer Vineyards 2nd | 120 | (2,000.02) |
| Huntsville | 121 | (1,617.88) |
| 6425 Gess, LTD | 121 | (3,157.87) |
| 6425 Gess, LTD | 122 | (3,157.87) |
| Gramercy Court Condos | 123 | (1,573.97) |
| Fiesta Oak Valley | 124 | (6,161.97) |
| Castaic Partners II, LLC | 124 | (487.52) |
| Placer Vineyards 1st | 124 | (1,469.60) |
| Amesbury/Hatters Point | 125 | (116.56) |
| Fiesta USA/Stoneridge | 125 | (8,750.98) |
| Marquis Hotel | 125 | 0.00 |
| Fiesta Oak Valley | 126 | (8,215.28) |
| Gramercy Court Condos | 127 | - |
| Huntsville | 127 | - |
| Shamrock Tower, LP | 127 | - |
| 6425 Gess, LTD | 127 | - |
| Anchor B, LLC | 127 | - |
| Placer Vineyards 1st | 127 | - |
| Marquis Hotel | 127 | (37,023.29) |
| Amesbury/Hatters Point | 128 | (183.34) |
| Gramercy Court Condos | 129 | (34.61) |
| Marquis Hotel | 130 | (145.58) |
| Fiesta Oak Valley | 131 | (7,619.44) |
| 6425 Gess, LTD | 132 | (1,083.56) |
| Wasco Investments | 133 | (46.46) |
| Placer Vineyards 1st | 133 | (1,276.99) |
| 6425 Gess, LTD | 134 | (3,789.41) |
| 6425 Gess, LTD | 135 | (6,315.66) |

| | | |
|---|---|---|
| Fiesta USA/Stoneridge | 136 | (13,014.02) |
| Brookmere/Matteson $27,050,000 | 136 | (1,125.00) |
| Tapia Ranch | 137 | (603.66) |
| Fiesta Oak Valley | 138 | (714.00) |
| Eagle Meadows Development | 139 | (1,045.81) |
| HFA- Clear Lake | 140 | - |
| Marquis Hotel | 140 | (15,984.22) |
| Placer Vineyards 2nd | 141 | (1,800.00) |
| 6425 Gess, LTD | 142 | (2,407.74) |
| Placer Vineyards 1st | 142 | (1,493.89) |
| Ten-Ninety, Ltd./$4,150,000 | 143 | (83,561.16) |
| Fiesta Oak Valley | 143 | (90,367.99) |
| Tapia Ranch | 143 | (7,167.77) |
| Margarita Annex | 144 | (2,067.13) |
| Gramercy Court Condos | 145 | (596.85) |
| Fiesta Oak Valley | 146 | (14,119.44) |
| Bay Pompano Beach | 147 | (18.19) |
| Tapia Ranch | 147 | (829.92) |
| Margarita Annex | 148 | (1,102.14) |
| Marlton Square | 149 | (77.51) |
| 6425 Gess, LTD | 150 | (3,157.87) |
| Placer Vineyards 1st | 151 | (1,696.23) |
| Marlton Square | 152 | (305.55) |
| Eagle Meadows Development | 153 | (298.99) |
| Amesbury/Hatters Point | 154 | (263.07) |
| Ten-Ninety, Ltd./$4,150,000 | 155 | (41,780.41) |
| Fiesta Oak Valley | 156 | (16,430.48) |
| Shamrock Tower, LP | 157 | (1,538.64) |
| HFA- Clear Lake | 157 | (1,475.00) |
| 6425 Gess, LTD | 157 | (688.35) |
| Fiesta Oak Valley | 158 | - |
| Marquis Hotel | 158 | (20,375.68) |
| HFA- Windham | 159 | (15,585.94) |
| Placer Vineyards 1st | 159 | (2,339.09) |
| Marlton Square | 160 | (135.28) |
| HFA- Clear Lake | 161 | (6,766.70) |
| HFA- Clear Lake | 162 | (6,673.89) |
| Fiesta Oak Valley | 163 | (6,898.58) |
| Standard Property Development | 164 | - |
| Fiesta Oak Valley | 165 | (4,537.81) |
| HFA- Clear Lake | 166 | (6,766.70) |
| Marlton Square | 167 | (77.51) |
| HFA- Windham | 168 | (15,139.28) |
| Marlton Square | 169 | (77.51) |

| | | |
|---|---|---|
| Marquis Hotel | 170 | (357.97) |
| Placer Vineyards 1st | 171 | (1,231.47) |
| Bundy Canyon $7,500,000 | 172 | (15.67) |
| Fiesta USA/Stoneridge | 173 | (135,235.76) |
| Fiesta Oak Valley | 173 | (243,204.77) |
| Placer Vineyards 1st | 173 | (3,205.55) |
| HFA- Windham | 174 | - |
| Castaic Partners II, LLC | 174 | - |
| Fiesta Oak Valley | 175 | (6,781.48) |
| Marlton Square | 176 | (155.08) |
| Marquis Hotel | 177 | (17,331.24) |
| Huntsville | 178 | (1,617.88) |
| Fiesta Oak Valley | 179 | (21,883.38) |
| Wasco Investments | 179 | (100.49) |
| 6425 Gess, LTD | 180 | (4,736.77) |
| Marquis Hotel | 181 | (95.47) |
| Placer Vineyards 2nd | 182 | (999.95) |
| Amesbury/Hatters Point | 183 | (168.47) |
| Tapia Ranch | 184 | (390.08) |
| Standard Property Development | 185 | - |
| Tapia Ranch | 186 | (754.43) |
| BarUSA/$15,300,000 | 187 | (1,034.64) |
| HFA- Clear Lake | 188 | (6,700.03) |
| Binford Medical Developers | 189 | (11.40) |
| Anchor B, LLC | 190 | (2,058.09) |
| Fiesta Oak Valley | 191 | (8,125.33) |
| Placer Vineyards 1st | 191 | (1,937.86) |
| 6425 Gess, LTD | 192 | (1,723.65) |
| Fiesta Oak Valley | 193 | (8,215.28) |
| Gramercy Court Condos | 194 | (105.66) |
| Gramercy Court Condos | 195 | (341.84) |
| Fiesta Oak Valley | 196 | - |
| 6425 Gess, LTD | 197 | - |
| Marquis Hotel | 197 | (17,489.80) |
| Marquis Hotel | 198 | (17,421.51) |
| Placer Vineyards 1st | 199 | (3,785.06) |
| Wasco Investments | 199 | (536.86) |
| Placer Vineyards 1st | 200 | (1,959.31) |
| Marquis Hotel | 201 | (17,421.51) |
| Placer Vineyards 1st | 202 | (3,918.74) |
| HFA- Clear Lake | 203 | (10,826.70) |
| Marlton Square | 203 | (232.60) |
| Marlton Square | 204 | (222.75) |
| Placer Vineyards 1st | 204 | (1,876.34) |

| | | |
|---|---|---|
| Slade Development | 205 | (30.90) |
| HFA- Clear Lake | 206 | (8,721.41) |
| 6425 Gess, LTD | 206 | (4,284.26) |
| Marlton Square | 207 | (2,898.28) |
| Marlton Square | 207 | (707.87) |
| Marlton Square | 208 | (775.36) |
| Gramercy Court Condos | 209 | (320.01) |
| Shamrock Tower, LP | 210 | (35,293.05) |
| Marlton Square 2nd | 211 | (155.56) |
| HFA-Clear Lake 2nd | 212 | (32,896.62) |
| Placer Vineyards 1st | 213 | (1,245.13) |
| Marlton Square | 214 | (424.66) |
| HFA- Windham | 215 | (15,666.63) |
| 6425 Gess, LTD | 216 | - |
| Placer Vineyards 1st | 216 | - |
| Marquis Hotel | 216 | (18,772.33) |
| Gramercy Court Condos | 217 | (326.64) |
| Marquis Hotel | 218 | (17,421.51) |
| Amesbury/Hatters Point | 219 | (132.54) |
| Marlton Square | 220 | (0.68) |
| HFA-Clear Lake 2nd | 220 | (112.94) |
| Foxhill 216, LLC | 221 | (267.73) |
| Placer Vineyards 1st | 222 | (1,621.29) |
| Placer Vineyards 1st | 223 | (3,918.74) |
| Fiesta Oak Valley | 224 | (8,215.28) |
| Placer Vineyards 1st | 224 | (1,959.31) |
| Mountain House Business Park | 225 | (169.63) |
| Placer Vineyards 1st | 225 | (1,842.26) |
| HFA- Clear Lake | 226 | (17,593.30) |
| Marlton Square | 227 | (77.51) |
| HFA- Clear Lake | 228 | (369.69) |
| Placer Vineyards 1st | 228 | (107.05) |
| Fiesta Oak Valley | 229 | (8,215.28) |
| Placer Vineyards 1st | 230 | (1,959.31) |
| Marquis Hotel | 231 | (17,421.52) |
| 6425 Gess, LTD | 232 | (597.26) |
| HFA- Clear Lake | 233 | (27,066.70) |
| Marlton Square | 233 | (155.09) |
| Brookmere/Matteson $27,050,000 | 234 | (15.88) |
| Fiesta Oak Valley | 235 | (7,002.72) |
| HFA- Windham | 235 | (6,677.18) |
| Marlton Square | 236 | (155.08) |
| Marlton Square 2nd | 237 | (77.76) |
| Gramercy Court Condos | 238 | (558.28) |

| | | |
|---|---|---|
| Margarita Annex | 238 | (477.05) |
| HFA- Clear Lake | 239 | (6,391.49) |
| HFA- Windham | 240 | (7,833.37) |
| HFA- Clear Lake | 241 | (6,613.92) |
| Amesbury/Hatters Point | 242 | (373.22) |
| Placer Vineyards 1st | 243 | (1,652.08) |
| Tapia Ranch | 244 | (151.03) |
| Tapia Ranch | 245 | (120.44) |
| Huntsville | 246 | (1,617.88) |
| Fiesta Oak Valley | 247 | (7,872.22) |
| Tapia Ranch | 248 | (2,562.73) |
| Amesbury/Hatters Point | 249 | (159.05) |
| 6425 Gess, LTD | 250 | (3,157.87) |
| Placer Vineyards 1st | 251 | (1,959.31) |
| Ten-Ninety, Ltd./$4,150,000 | 252 | (751.73) |
| Tapia Ranch | 252 | (418.80) |
| Placer Vineyards 1st | 252 | (3,263.03) |
| Marlton Square | 253 | (424.66) |
| Marlton Square | 253 | (424.66) |
| Harbor Georgetown | 254 | (229.99) |
| Amesbury/Hatters Point | 255 | (903.89) |
| Amesbury/Hatters Point | 256 | (197.70) |
| 6425 Gess, LTD | 257 | (3,157.87) |
| Tapia Ranch | 258 | - |
| Marquis Hotel | 258 | (16,606.65) |
| Placer Vineyards 1st | 259 | (939.07) |
| Lake Helen Partners | 260 | (254.39) |
| Placer Vineyards 2nd | 261 | (2,000.02) |
| Tapia Ranch | 262 | (754.43) |
| HFA- Windham | 263 | (15,025.71) |
| Binford Medical Developers | 264 | (15.95) |
| Brookmere/Matteson $27,050,000 | 265 | (39.11) |
| Fiesta Oak Valley | 266 | (8,215.28) |
| 6425 Gess, LTD | 267 | (4,736.77) |
| Fiesta Oak Valley | 268 | (10,187.02) |
| HFA- Windham | 269 | (7,833.37) |
| Marlton Square 2nd | 269 | (108.89) |
| Harbor Georgetown | 270 | (1,689.29) |
| Harbor Georgetown | 271 | (1,267.00) |
| Marlton Square | 272 | (85.28) |
| Amesbury/Hatters Point | 273 | (397.49) |
| Placer Vineyards 2nd | 274 | (4,000.00) |
| Gramercy Court Condos | 275 | (105.66) |
| Amesbury/Hatters Point | 276 | (25.31) |

| | | |
|---|---|---|
| Fiesta Oak Valley | 277 | (11,501.36) |
| Marlton Square | 278 | (116.31) |
| Gramercy Court Condos | 279 | (185.55) |
| Marlton Square | 279 | (77.51) |
| Placer Vineyards 2nd | 280 | (1,199.97) |
| Marlton Square | 281 | (77.51) |
| Fiesta Oak Valley | 282 | (4,757.15) |
| HFA- Clear Lake | 283 | (6,766.70) |
| Marlton Square | 284 | (77.51) |
| 6425 Gess, LTD | 285 | (1,575.86) |
| Eagle Meadows Development | 286 | (132.29) |
| Harbor Georgetown | 287 | (2,534.00) |
| Marlton Square | 288 | (155.08) |
| Fiesta Oak Valley | 289 | (30,620.84) |
| Placer Vineyards 1st | 290 | (1,959.31) |
| Marlton Square 2nd | 291 | (316.93) |
| Huntsville | 292 | (3,205.07) |
| Fiesta Oak Valley | 293 | (16,275.32) |
| Oak Shores II | 294 | (451.44) |
| Placer Vineyards 1st | 295 | (11,756.19) |
| Huntsville | 296 | (5,824.21) |
| 6425 Gess, LTD | 297 | (2,077.89) |
| Brookmere/Matteson $27,050,000 | 298 | (2,113.26) |
| Fiesta Oak Valley | 299 | (15,820.03) |
| HFA- Clear Lake | 299 | (7,297.01) |
| Fiesta Oak Valley | 300 | (9,036.73) |
| 6425 Gess, LTD | 301 | (3,055.73) |
| Castaic Partners II, LLC | 302 | (649.97) |
| 6425 Gess, LTD | 303 | (789.13) |
| 6425 Gess, LTD | 304 | (3,536.81) |
| Lerin Hills | 305 | (25.20) |
| 6425 Gess, LTD | 306 | (4,294.69) |
| Placer Vineyards 1st | 306 | (3,526.85) |
| HFA- Clear Lake | 307 | (8,120.00) |
| HFA- Clear Lake | 308 | (265.42) |
| HFA- Windham | 309 | - |
| 6425 Gess, LTD | 309 | - |
| Marquis Hotel | 309 | (10,570.02) |
| 6425 Gess, LTD | 310 | (2,124.04) |
| Fiesta Oak Valley | 311 | - |
| Marquis Hotel | 311 | (11,858.68) |
| 6425 Gess, LTD | 312 | (3,151.52) |
| Placer Vineyards 1st | 312 | (1,759.90) |
| Tapia Ranch | 313 | (1,360.71) |

| | | |
|---|---|---|
| Amesbury/Hatters Point | 314 | (158.56) |
| HFA- Clear Lake | 314 | (66.67) |
| HFA-Clear Lake 2nd | 315 | (3,106.65) |
| Anchor B, LLC | 316 | (16,908.32) |
| Harbor Georgetown | 317 | (613.03) |
| Marquis Hotel | 318 | (0.01) |
| Tapia Ranch | 319 | (754.43) |
| 6425 Gess, LTD | 320 | (3,157.87) |
| Fiesta Oak Valley | 321 | (13,088.70) |
| HFA- Clear Lake | 321 | (9,334.64) |
| Amesbury/Hatters Point | 322 | (75.11) |
| Huntsville | 323 | (1,620.76) |
| Amesbury/Hatters Point | 324 | (101.68) |
| Placer Vineyards 1st | 325 | (2,429.59) |
| Fiesta Oak Valley | 326 | (7,899.87) |
| HFA- Clear Lake | 326 | (8,589.07) |
| Gramercy Court Condos | 327 | (396.52) |
| Gramercy Court Condos | 328 | (437.53) |
| Tapia Ranch | 329 | (2,112.53) |
| Marlton Square | 330 | (80.69) |
| Castaic Partners II, LLC | 330 | (676.00) |
| Harbor Georgetown | 331 | (1,270.91) |
| Amesbury/Hatters Point | 332 | (341.21) |
| Harbor Georgetown | 333 | (1,397.73) |
| Tapia Ranch | 334 | (1,285.89) |
| Anchor B, LLC | 335 | (4,533.35) |
| Amesbury/Hatters Point | 336 | (131.32) |
| Fiesta USA/Stoneridge | 337 | (2,370.47) |
| Gramercy Court Condos | 338 | (211.35) |
| HFA- Clear Lake | 339 | (6,239.35) |
| Mountain House Business Park | 340 | (195.03) |
| 6425 Gess, LTD | 341 | (3,157.87) |
| Placer Vineyards 1st | 342 | (1,959.31) |
| Amesbury/Hatters Point | 343 | (52.01) |
| Ten-Ninety, Ltd./$4,150,000 | 344 | (1,014.59) |
| HFA- Windham | 345 | (7,833.37) |
| Bundy Canyon $5,725,000 | 346 | (343.79) |
| Placer Vineyards 1st | 347 | (2,905.92) |
| Marlton Square | 348 | - |
| Marquis Hotel | 348 | (22,457.44) |
| Fiesta Oak Valley | 349 | (6,140.97) |
| HFA-Clear Lake 2nd | 350 | (2,588.86) |
| Fiesta USA/Stoneridge | 351 | (1,756.08) |
| Lake Helen Partners | 352 | (5.35) |

| | | |
|---|---|---|
| Amesbury/Hatters Point | 353 | (131.44) |
| Placer Vineyards 1st | 354 | (989.85) |
| Fiesta USA/Stoneridge | 355 | (5,779.49) |
| 6425 Gess, LTD | 356 | (3,157.87) |
| HFA- Clear Lake | 357 | (617.87) |
| HFA- Clear Lake | 357 | (300.00) |
| Placer Vineyards 2nd | 358 | (2,000.02) |
| Fiesta USA/Stoneridge | 359 | (31,515.50) |
| Marlton Square | 360 | (424.66) |
| Lerin Hills | 360 | (6.71) |
| Lerin Hills | 361 | (5.04) |
| Harbor Georgetown | 362 | - |
| HFA- Clear Lake | 362 | - |
| Placer Vineyards 1st | 362 | - |
| Marquis Hotel | 362 | (16,954.01) |
| Amesbury/Hatters Point | 363 | (346.96) |
| Fiesta Oak Valley | 364 | - |
| Placer Vineyards 1st | 365 | (2,743.10) |
| Huntsville | 366 | (1,617.88) |
| Marquis Hotel | 367 | (34,843.13) |
| Fiesta USA/Stoneridge | 368 | (2,358.65) |
| Shamrock Tower, LP | 369 | (2,350.01) |
| Tapia Ranch | 370 | (1,219.05) |
| Marlton Square | 370 | (13.06) |
| Placer Vineyards 1st | 370 | (3,159.93) |
| Gramercy Court Condos | 371 | (34.61) |
| Placer Vineyards 2nd | 372 | (106.26) |
| Eagle Meadows Development | 373 | (1,196.00) |
| Placer Vineyards 1st | 374 | (13,326.19) |
| Placer Vineyards 1st | 375 | (1,959.31) |
| Placer Vineyards 1st | 376 | (874.52) |
| Del Valle - Livingston | 377 | (263.73) |
| Fiesta Oak Valley | 378 | (65,722.23) |
| Ten-Ninety, Ltd./$4,150,000 | 379 | (1,700.16) |
| Fiesta USA/Stoneridge | 380 | (35,543.90) |
| Fiesta Oak Valley | 380 | (25,340.97) |
| Fiesta USA/Stoneridge | 381 | (23,695.78) |
| Marlton Square | 381 | (36.84) |
| Placer Vineyards 2nd | 382 | (4,000.00) |
| Ten-Ninety, Ltd./$4,150,000 | 383 | (1,693.75) |
| Standard Property Development | 384 | - |
| Eagle Meadows Development | 385 | (65.16) |
| HFA- Clear Lake | 386 | (10,150.00) |
| Placer Vineyards 1st | 387 | (2,743.10) |

| | | |
|---|---|---|
| HFA- Clear Lake | 388 | (369.69) |
| Placer Vineyards 1st | 388 | (107.05) |
| Fiesta USA/Stoneridge | 389 | (8,767.37) |
| Marlton Square | 390 | (203.73) |
| Fiesta Oak Valley | 391 | (492.07) |
| Fiesta Oak Valley | 392 | (2,858.01) |
| HFA- Clear Lake | 392 | (2,354.06) |
| 6425 Gess, LTD | 392 | (1,098.59) |
| Fiesta Oak Valley | 393 | (9,016.51) |
| Wasco Investments | 394 | (23.07) |
| Placer Vineyards 1st | 394 | (1,876.77) |
| Marlton Square 2nd | 395 | (108.89) |
| Binford Medical Developers | 396 | (11.40) |
| Fiesta Oak Valley | 397 | (1,664.19) |
| HFA- Clear Lake | 397 | (3,655.33) |
| 6425 Gess, LTD | 397 | (1,279.39) |
| Anchor B, LLC | 398 | (4,466.69) |
| 6425 Gess, LTD | 399 | (6,315.66) |
| Fiesta Oak Valley | 400 | (2,990.03) |
| HFA- Windham | 401 | (10,249.39) |
| Placer Vineyards 1st | 401 | (3,418.27) |
| Harbor Georgetown | 402 | (424.21) |
| Lerin Hills | 403 | (5.04) |
| Marquis Hotel | 404 | (20,008.07) |
| Placer Vineyards 1st | 405 | (3,849.30) |
| Tapia Ranch | 406 | (754.43) |
| HFA- Clear Lake | 407 | (6,671.23) |
| Ten-Ninety, Ltd./$4,150,000 | 408 | (479.50) |
| Huntsville | 409 | (263.22) |
| Gramercy Court Condos | 410 | (96.70) |
| Placer Vineyards 1st | 410 | (290.71) |
| HFA- Clear Lake | 411 | (5,123.86) |
| Amesbury/Hatters Point | 412 | (10.00) |
| Gramercy Court Condos | 413 | (192.01) |
| HFA- Clear Lake | 414 | (20,300.00) |
| Fiesta USA/Stoneridge | 415 | (6,190.20) |
| Anchor B, LLC | 416 | (4,533.35) |
| Placer Vineyards 2nd | 417 | (999.95) |
| Fiesta Oak Valley | 418 | (16,430.48) |
| Placer Vineyards 2nd | 419 | (1,199.97) |
| Anchor B, LLC | 420 | (2,149.35) |
| Marlton Square | 420 | (36.75) |
| Tapia Ranch | 421 | (754.43) |
| Eagle Meadows Development | 422 | (418.50) |

| | | |
|---|---|---|
| Marquis Hotel | 423 | (15,569.79) |
| Gramercy Court Condos | 424 | (470.20) |
| Fiesta Oak Valley | 425 | - |
| Marquis Hotel | 425 | (18,903.99) |
| Castaic Partners III, LLC | 426 | (333.96) |
| Placer Vineyards 1st | 427 | (2,864.06) |
| Lerin Hills | 428 | (8.40) |
| HFA- Clear Lake | 429 | (6,766.70) |
| Harbor Georgetown | 430 | (977.66) |
| Fiesta USA/Stoneridge | 431 | (118,200.96) |
| Bay Pompano Beach | 432 | (7.73) |
| Marquis Hotel | 433 | (18,878.83) |
| Placer Vineyards 1st | 434 | (1,959.31) |
| Placer Vineyards 1st | 435 | (1,569.73) |
| 6425 Gess, LTD | 436 | (12,631.40) |
| Harbor Georgetown | 437 | (844.71) |
| Mountain House Business Park | 438 | (152.50) |
| Lake Helen Partners | 439 | (5.35) |
| Huntsville | 440 | - |
| Marquis Hotel | 440 | (31,607.50) |
| Placer Vineyards 2nd | 441 | (999.95) |
| Amesbury/Hatters Point | 442 | (46.94) |
| Fiesta Oak Valley | 443 | (3,520.86) |
| HFA- Windham | 444 | - |
| Tapia Ranch | 445 | (756.55) |
| Ten-Ninety, Ltd./$4,150,000 | 446 | (9,677.75) |
| Placer Vineyards 1st | 447 | (1,959.31) |
| HFA- Clear Lake | 448 | (2,172.31) |
| Fiesta Oak Valley | 449 | (14,480.49) |
| Placer Vineyards 1st | 450 | (3,602.76) |
| Placer Vineyards 2nd | 451 | - |
| Marquis Hotel | 451 | (46,405.92) |
| Fiesta Oak Valley | 452 | (3,391.64) |
| Harbor Georgetown | 452 | (348.73) |
| HFA-Clear Lake 2nd | 453 | - |
| Mountain House Business Park | 454 | (287.83) |
| Tapia Ranch | 455 | (532.90) |
| Shamrock Tower, LP | 456 | (7,058.65) |
| 6425 Gess, LTD | 456 | (3,157.87) |
| Lerin Hills | 457 | (8.40) |
| Huntsville | 458 | (1,617.88) |
| Fiesta USA/Stoneridge | 459 | (11,396.02) |
| Mountain House Business Park | 460 | (418.09) |
| Shamrock Tower, LP | 461 | (14,117.20) |

| | | |
|---|---|---|
| Huntsville | 462 | (1,472.52) |
| 6425 Gess, LTD | 462 | (2,874.23) |
| Harbor Georgetown | 463 | (2,534.00) |
| Marlton Square 2nd | 463 | (34.23) |
| Placer Vineyards 1st | 463 | (2,547.12) |
| Placer Vineyards 1st | 464 | - |
| Marquis Hotel | 464 | (30,924.36) |
| Shamrock Tower, LP | 465 | (121.05) |
| Fiesta Oak Valley | 466 | (8,215.28) |
| Brookmere/Matteson $27,050,000 | 467 | (295.12) |
| Fiesta Oak Valley | 467 | (18,506.93) |
| Tapia Ranch | 468 | (754.43) |
| Placer Vineyards 2nd | 468 | (999.95) |
| Standard Property Development | 469 | - |
| HFA- Clear Lake | 470 | (6,683.36) |
| Tapia Ranch | 471 | - |
| Placer Vineyards 2nd | 471 | - |
| Marquis Hotel | 471 | (25,307.17) |
| Placer Vineyards 1st | 472 | (1,959.31) |
| The Gardens, LLC Timeshare | 473 | (24.44) |
| Tapia Ranch | 474 | (698.84) |
| Shamrock Tower, LP | 475 | (6,533.44) |
| 6425 Gess, LTD | 475 | (2,922.90) |
| Tapia Ranch | 476 | (28.49) |
| Placer Vineyards 1st | 476 | (73.98) |
| Fiesta USA/Stoneridge | 477 | (8,236.37) |
| HFA- Clear Lake | 478 | (18,270.01) |
| Amesbury/Hatters Point | 479 | (123.17) |
| Marlton Square | 480 | (77.51) |
| Standard Property Development | 481 | - |
| Fiesta Oak Valley | 482 | (349.12) |
| Placer Vineyards 1st | 483 | (1,959.31) |
| Marlton Square 2nd | 484 | (177.26) |
| HFA-Clear Lake 2nd | 484 | (19,665.88) |
| Placer Vineyards 2nd | 485 | (1,199.97) |
| Fiesta USA/Stoneridge | 486 | (11,847.95) |
| Fiesta USA/Stoneridge | 487 | (11,805.64) |
| Bundy Canyon $7,500,000 | 488 | (15.67) |
| Marlton Square | 489 | (77.51) |
| Placer Vineyards 1st | 490 | (2,939.03) |
| Marquis Hotel | 491 | (17,421.52) |
| 6425 Gess, LTD | 492 | (531.98) |
| Castaic Partners II, LLC | 492 | (273.75) |
| Standard Property Development | 493 | - |

| | | |
|---|---|---|
| HFA- Windham | 494 | (5,707.66) |
| Placer Vineyards 1st | 494 | (1,427.62) |
| Placer Vineyards 1st | 495 | (1,695.80) |
| Lerin Hills | 496 | (8.40) |
| Harbor Georgetown | 497 | (844.71) |
| Castaic Partners II, LLC | 497 | (909.99) |
| Marlton Square | 498 | (77.51) |
| Placer Vineyards 1st | 498 | (1,959.31) |
| Ten-Ninety, Ltd./$4,150,000 | 499 | (1,085.94) |
| Huntsville | 500 | (3,076.17) |
| HFA- Clear Lake | 500 | (26.67) |
| Fiesta Oak Valley | 501 | (5,977.49) |
| Harbor Georgetown | 501 | (384.13) |
| Tapia Ranch | 501 | (686.23) |
| 6425 Gess, LTD | 501 | (2,872.06) |
| Standard Property Development | 502 | - |
| 6425 Gess, LTD | 503 | (6,315.66) |
| Amesbury/Hatters Point | 504 | (303.74) |
| BarUSA/$15,300,000 | 504 | (8.19) |
| Fiesta Oak Valley | 505 | (8,215.28) |
| Marlton Square | 505 | (77.51) |
| Marquis Hotel | 506 | (21,864.57) |
| 6425 Gess, LTD | 507 | (6,315.66) |
| Ten-Ninety, Ltd./$4,150,000 | 508 | (13,785.35) |
| Marlton Square | 509 | (424.66) |
| Fiesta Oak Valley | 510 | (41,076.36) |
| Fiesta Oak Valley | 511 | (10,666.66) |
| Harbor Georgetown | 512 | (1,174.19) |
| Fiesta Oak Valley | 513 | (16,430.48) |
| HFA- Clear Lake | 514 | (6,766.70) |
| Marlton Square | 515 | (16.20) |
| 6425 Gess, LTD | 516 | (2,664.98) |
| Bundy Canyon $7,500,000 | 517 | (15.67) |
| Marlton Square 2nd | 518 | (932.57) |
| Tapia Ranch | 519 | (205.37) |
| Fiesta USA/Stoneridge | 520 | (21,353.51) |
| Marquis Hotel | 521 | (25,885.73) |
| Shamrock Tower, LP | 522 | (7,058.65) |
| Marquis Hotel | 523 | (14,297.21) |
| Huntsville | 524 | (1,617.88) |
| 6425 Gess, LTD | 525 | (6,315.66) |
| Tapia Ranch | 526 | (756.55) |
| Gramercy Court Condos | 527 | (222.70) |
| Shamrock Tower, LP | 528 | (11,686.01) |

| | | |
|---|---|---|
| HFA- Clear Lake | 528 | (5,601.37) |
| Placer Vineyards 1st | 528 | (1,621.89) |
| Marquis Hotel | 529 | (17,421.51) |
| HFA- Clear Lake | 530 | (5,325.97) |
| Anchor B, LLC | 530 | (3,568.13) |
| Marlton Square 2nd | 531 | (52.64) |
| Placer Vineyards 1st | 531 | (1,326.36) |
| 6425 Gess, LTD | 532 | (6,782.33) |
| Ten-Ninety, Ltd./$4,150,000 | 533 | (3,462.50) |
| 6425 Gess, LTD | 534 | (789.13) |
| Marlton Square | 535 | (77.51) |
| Lerin Hills | 536 | (8.40) |
| BarUSA/$15,300,000 | 537 | (53.43) |
| Placer Vineyards 1st | 537 | (19,593.55) |
| Standard Property Development | 538 | - |
| 6425 Gess, LTD | 539 | (3,157.87) |
| HFA- Clear Lake | 540 | (3,603.68) |
| 6425 Gess, LTD | 540 | (1,681.76) |
| Marlton Square | 540 | (41.31) |
| Ten-Ninety, Ltd./$4,150,000 | 541 | (1,712.50) |
| HFA-Clear Lake 2nd | 542 | (10,355.55) |
| Shamrock Tower, LP | 543 | (12,633.31) |
| Huntsville | 544 | (2,713.49) |
| HFA- Clear Lake | 545 | (13,533.30) |
| Fiesta Oak Valley | 546 | - |
| HFA- Windham | 547 | - |
| Marquis Hotel | 547 | (2,238.23) |
| Fiesta USA/Stoneridge | 548 | - |
| Fiesta Oak Valley | 548 | - |
| HFA- Clear Lake | 548 | - |
| Placer Vineyards 1st | 548 | (1,125.89) |
| Marlton Square | 549 | (775.36) |
| Fiesta Oak Valley | 550 | (28,753.47) |
| HFA- Clear Lake | 551 | (6,766.70) |
| Fiesta Oak Valley | 552 | (7,240.28) |
| Shamrock Tower, LP | 553 | (7,058.65) |
| Placer Vineyards 1st | 554 | (2,351.20) |
| Tapia Ranch | 555 | (454.48) |
| Placer Vineyards 1st | 555 | (472.10) |
| Fiesta Oak Valley | 555 | (21,995.09) |
| Shamrock Tower, LP | 556 | (5,058.64) |
| 6425 Gess, LTD | 557 | (6,315.66) |
| 6425 Gess, LTD | 558 | (3,157.87) |
| Placer Vineyards 2nd | 559 | (1,300.14) |

| | | |
|---|---|---|
| Fiesta USA/Stoneridge | 560 | (7,108.71) |
| Amesbury/Hatters Point | 561 | (8.01) |
| Amesbury/Hatters Point | 562 | (25.58) |
| Marquis Hotel | 563 | (232.95) |
| HFA- Clear Lake | 564 | - |
| Shamrock Tower, LP | 565 | (1,993.07) |
| Placer Vineyards 1st | 565 | (1,154.01) |
| Tapia Ranch | 566 | (3,017.98) |
| Marquis Hotel | 567 | (17,421.51) |
| Tapia Ranch | 568 | - |
| HFA- Clear Lake | 568 | - |
| Marquis Hotel | 568 | (13,094.00) |
| Marquis Hotel | 569 | (20,034.19) |
| Shamrock Tower, LP | 570 | (7,058.65) |
| 6425 Gess, LTD | 571 | (3,157.87) |
| Marquis Hotel | 572 | (21,583.08) |
| 6425 Gess, LTD | 573 | (789.13) |
| Shamrock Tower, LP | 574 | (14,117.20) |
| HFA- Clear Lake | 575 | (6,766.70) |
| 6425 Gess, LTD | 575 | (3,157.87) |
| Ten-Ninety, Ltd./$4,150,000 | 576 | (2,062.50) |
| Marquis Hotel | 577 | (27,874.34) |
| Standard Property Development | 578 | - |
| Amesbury/Hatters Point | 579 | (60.69) |
| Marlton Square | 580 | (77.51) |
| Lake Helen Partners | 581 | (5.35) |
| Huntsville | 582 | - |
| Marquis Hotel | 582 | (18,228.12) |
| Fiesta Oak Valley | 583 | (1,516.66) |
| Marlton Square | 584 | (100.77) |
| Ten-Ninety, Ltd./$4,150,000 | 585 | (1,353.70) |
| Marquis Hotel | 586 | (21,951.12) |
| Marquis Hotel | 587 | (17,331.24) |
| Huntsville | 588 | - |
| Marquis Hotel | 588 | (15,803.63) |
| Marlton Square | 589 | (155.09) |
| Castaic Partners II, LLC | 590 | (6,294.03) |
| Placer Vineyards 1st | 590 | (18,973.02) |
| Tapia Ranch | 591 | (1,509.02) |
| Fiesta USA/Stoneridge | 592 | (11,847.95) |
| Bundy Canyon $2,500,000 | 593 | (3.15) |
| Fiesta Oak Valley | 594 | (8,215.28) |
| Placer Vineyards 2nd | 594 | (999.95) |
| Marlton Square | 595 | (77.51) |

| | | |
|---|---|---|
| Placer Vineyards 1st | 595 | (1,959.34) |
| Bundy Canyon $2,500,000 | 596 | (3.15) |
| Fiesta USA/Stoneridge | 597 | (5,923.93) |
| Amesbury/Hatters Point | 598 | (134.99) |
| Castaic Partners II, LLC | 599 | (122.62) |
| Harbor Georgetown | 600 | (1,689.29) |
| Placer Vineyards 1st | 600 | (5,878.05) |
| 6425 Gess, LTD | 601 | - |
| Marquis Hotel | 601 | (25,786.26) |
| 6425 Gess, LTD | 602 | (3,024.18) |
| HFA- Clear Lake | 603 | (6,633.36) |
| Shamrock Tower, LP | 604 | (8,470.34) |
| Lerin Hills | 605 | (5.89) |
| Huntsville | 606 | (1,622.02) |
| Shamrock Tower, LP | 607 | (6,753.88) |
| HFA- Clear Lake | 607 | (7,769.40) |
| Mountain House Business Park | 608 | (575.52) |
| Brookmere/Matteson $27,050,000 | 608 | (44.68) |
| Mountain House Business Park | 609 | (287.83) |
| Placer Vineyards 1st | 610 | (1,231.47) |
| Bundy Canyon $2,500,000 | 611 | (25.41) |
| HFA- Windham | 612 | (7,833.37) |
| Placer Vineyards 1st | 612 | (1,959.31) |
| Shamrock Tower, LP | 613 | (7,058.65) |
| Placer Vineyards 1st | 613 | (1,959.31) |
| Fiesta Murrieta | 614 | (701.39) |
| Fiesta USA/Stoneridge | 615 | (13,515.68) |
| Lerin Hills | 616 | (4.21) |
| SVRB $4,500,000 | 617 | (151.20) |
| Fiesta Oak Valley | 618 | (12,200.17) |
| Gramercy Court Condos | 619 | (60.75) |
| Anchor B, LLC | 620 | (4,234.01) |
| Ten-Ninety, Ltd./$4,150,000 | 621 | (107,608.46) |
| HFA- Clear Lake | 621 | (6,703.09) |
| HFA- Clear Lake | 622 | (5,091.93) |
| Marlton Square | 622 | (58.33) |
| 6425 Gess, LTD | 623 | (3,157.87) |
| HFA- Clear Lake | 624 | (10,150.00) |
| 6425 Gess, LTD | 624 | (6,315.66) |
| Fiesta Oak Valley | 625 | (7,240.28) |
| Fiesta Oak Valley | 626 | (22,441.10) |
| Tapia Ranch | 627 | (754.43) |
| Marlton Square | 628 | (424.66) |
| Tapia Ranch | 629 | (754.43) |

| | | |
|---|---|---:|
| Lerin Hills | 630 | (8.40) |
| Shamrock Tower, LP | 631 | (4,557.76) |
| HFA- Clear Lake | 631 | (2,912.82) |
| Placer Vineyards 1st | 632 | (1,959.31) |
| Placer Vineyards 1st | 633 | (2,155.27) |
| HFA- Clear Lake | 634 | (13,533.30) |
| Marlton Square | 634 | (77.56) |
| HFA- Clear Lake | 635 | (5,445.32) |
| Huntsville | 636 | (1,279.87) |
| HFA- Clear Lake | 637 | (4,664.60) |
| 6425 Gess, LTD | 637 | (2,176.87) |
| HFA- Windham | 638 | (7,462.91) |
| 6425 Gess, LTD | 639 | (3,157.87) |
| Huntsville | 640 | (1,617.88) |
| Placer Vineyards 1st | 640 | (1,959.31) |
| HFA-Clear Lake 2nd | 641 | - |
| Marquis Hotel | 641 | (16,732.27) |
| Fiesta Oak Valley | 642 | (1,950.00) |
| Placer Vineyards 1st | 643 | (3,918.74) |
| Marquis Hotel | 644 | (18,596.71) |
| 6425 Gess, LTD | 645 | (2,855.94) |
| Marlton Square 2nd | 645 | (123.88) |
| Ten-Ninety, Ltd./$4,150,000 | 646 | (20,628.70) |
| Amesbury/Hatters Point | 647 | (106.60) |
| Fiesta USA/Stoneridge | 648 | (3,954.13) |
| Placer Vineyards 1st | 648 | (1,307.81) |
| Fiesta USA/Stoneridge | 649 | (9,331.76) |
| Fiesta USA/Stoneridge | 650 | (7,108.71) |
| Shamrock Tower, LP | 651 | (3,633.34) |
| Anchor B, LLC | 652 | (9,066.65) |
| Gramercy Court Condos | 653 | (558.28) |
| Placer Vineyards 1st | 654 | (1,958.77) |
| Fiesta Oak Valley | 655 | (2,555.48) |
| Standard Property Development | 656 | - |
| Marlton Square | 657 | (124.23) |
| Placer Vineyards 1st | 658 | (3,391.39) |
| Lerin Hills | 659 | (16.79) |
| Tapia Ranch | 660 | (754.43) |
| Marlton Square | 661 | (567.18) |
| Amesbury/Hatters Point | 662 | (44.81) |
| Fiesta USA/Stoneridge | 662 | (9,302.14) |
| Brookmere/Matteson $27,050,000 | 662 | (5.84) |
| Marquis Hotel | 662 | - |
| Lerin Hills | 663 | (16.79) |

| | | |
|---|---|---|
| Marlton Square | 664 | (229.23) |
| Fiesta Oak Valley | 665 | (20,194.53) |
| SVRB $4,500,000 | 666 | (3,961.68) |
| Castaic Partners II, LLC | 666 | (612.97) |
| Bundy Canyon $7,500,000 | 666 | (49.41) |
| Fiesta Oak Valley | 667 | (0.00) |
| Placer Vineyards 1st | 667 | (1,730.98) |
| HFA- Windham | 668 | (2,841.28) |
| Harbor Georgetown | 669 | (241.69) |
| Marlton Square | 669 | (22.18) |
| Huntsville | 670 | - |
| Marquis Hotel | 670 | (15,803.74) |
| Placer Vineyards 1st | 671 | (1,595.70) |
| Huntsville | 672 | (1,617.88) |
| Tapia Ranch | 673 | (1,358.09) |
| Mountain House Business Park | 674 | (2,443.04) |
| Fiesta Oak Valley | 674 | (987.57) |
| Marquis Hotel | 675 | (6,571.97) |
| Amesbury/Hatters Point | 676 | (549.79) |
| Castaic Partners III, LLC | 677 | (214.71) |
| Binford Medical Developers | 678 | (11.40) |
| Mountain House Business Park | 679 | (703.23) |
| Lerin Hills | 680 | (8.40) |
| 6425 Gess, LTD | 681 | (4,736.77) |
| Huntsville | 682 | (3,235.63) |
| Marlton Square | 683 | (77.51) |
| Shamrock Tower, LP | 684 | (6,000.00) |
| Fiesta Murrieta | 685 | (415.40) |
| 6425 Gess, LTD | 686 | (1,144.58) |
| Marlton Square | 686 | (28.09) |
| Fiesta Murrieta | 687 | (634.74) |
| Oak Shores II | 688 | (30.00) |
| Marlton Square | 688 | (16.20) |
| Marlton Square | 689 | (116.30) |
| Harbor Georgetown | 690 | (976.69) |
| Marlton Square 2nd | 691 | (147.18) |
| Gramercy Court Condos | 692 | (633.51) |
| HFA- Clear Lake | 693 | - |
| Placer Vineyards 1st | 694 | (3,918.74) |
| HFA-Clear Lake 2nd | 695 | (10,355.55) |
| Castaic Partners II, LLC | 695 | (649.97) |
| Lerin Hills | 696 | (4.21) |
| Ten-Ninety, Ltd./$4,150,000 | 697 | - |
| Fiesta USA/Stoneridge | 697 | - |

| | | |
|---|---|---|
| Harbor Georgetown | 697 | - |
| Marlton Square | 697 | - |
| Placer Vineyards 1st | 697 | - |
| Marquis Hotel | 697 | (75,652.95) |
| Huntsville | 698 | - |
| Marquis Hotel | 698 | (476.20) |
| Marlton Square 2nd | 699 | (633.85) |
| Fiesta Oak Valley | 700 | (8,215.29) |
| Gramercy Court Condos | 701 | (219.23) |
| Marlton Square | 702 | (424.66) |
| Tapia Ranch | 703 | (665.35) |
| HFA- Clear Lake | 703 | (11,935.29) |
| Fiesta USA/Stoneridge | 704 | (150.77) |
| Marlton Square | 704 | (2.47) |
| Marlton Square | 705 | (77.51) |
| HFA- Clear Lake | 706 | (13,533.30) |
| HFA- Clear Lake | 706 | (6,766.70) |
| Placer Vineyards 2nd | 707 | (2,000.02) |
| 6425 Gess, LTD | 708 | (2,666.98) |
| Fiesta USA/Stoneridge | 709 | (17,676.39) |
| Huntsville | 710 | (1,617.88) |
| Placer Vineyards 2nd | 711 | (695.39) |
| HFA- Clear Lake | 712 | (13,533.30) |
| Castaic Partners II, LLC | 713 | (3,249.96) |
| Castaic Partners II, LLC | 714 | (3,249.96) |
| Anchor B, LLC | 715 | (3,806.46) |
| 6425 Gess, LTD | 716 | (15,789.19) |
| Bundy Canyon $7,500,000 | 717 | (143.71) |
| Shamrock Tower, LP | 718 | (4,617.22) |
| Marquis Hotel | 718 | (0.02) |
| Harbor Georgetown | 719 | (1,267.00) |
| Fiesta USA/Stoneridge | 720 | (14,217.59) |
| HFA- Clear Lake | 721 | (1,921.12) |
| HFA- Clear Lake | 722 | (9,239.82) |
| Anchor B, LLC | 722 | (4,126.83) |
| Marlton Square 2nd | 723 | (155.56) |
| 6425 Gess, LTD | 724 | (2,499.52) |
| 6425 Gess, LTD | 725 | (3,157.87) |
| Placer Vineyards 1st | 726 | (1,959.31) |
| Shamrock Tower, LP | 727 | (3,117.22) |
| Ten-Ninety, Ltd./$4,150,000 | 728 | (129,897.41) |
| Gramercy Court Condos | 729 | (615.61) |
| Ten-Ninety, Ltd./$4,150,000 | 730 | (66,125.84) |
| 6425 Gess, LTD | 731 | (2,374.91) |

| | | |
|---|---|---|
| SVRB $4,500,000 | 732 | (411.20) |
| Huntsville | 733 | (1,617.88) |
| Lerin Hills | 734 | (4.21) |
| Marlton Square | 735 | (93.03) |
| Placer Vineyards 1st | 736 | (1,959.31) |
| Fiesta USA/Stoneridge | 737 | (767.36) |
| Fiesta USA/Stoneridge | 738 | (2,186.45) |
| Shamrock Tower, LP | 739 | (1,308.62) |
| Fiesta USA/Stoneridge | 740 | (11,847.95) |
| Harbor Georgetown | 740 | (844.71) |
| Marquis Hotel | 741 | (17,421.51) |
| Mountain House Business Park | 742 | (597.02) |
| Placer Vineyards 1st | 743 | (1,959.31) |
| Anchor B, LLC | 744 | (6,697.95) |
| Ten-Ninety, Ltd./$4,150,000 | 745 | (3,182.19) |
| Mountain House Business Park | 746 | (287.83) |
| Lerin Hills | 746 | (4.21) |
| Anchor B, LLC | 747 | (669.02) |
| Tapia Ranch | 748 | (1,659.89) |
| Fiesta Oak Valley | 749 | (9,762.91) |
| Ten-Ninety, Ltd./$4,150,000 | 750 | (1,731.25) |
| HFA- Clear Lake | 750 | (6,766.70) |
| Marquis Hotel | 751 | (14,279.16) |
| 6425 Gess, LTD | 752 | (1,696.09) |
| Placer Vineyards 1st | 752 | (1,052.34) |
| HFA- Windham | 753 | (15,233.40) |
| Placer Vineyards 1st | 753 | (3,918.74) |
| HFA- Clear Lake | 754 | (4,050.11) |
| 6425 Gess, LTD | 754 | (1,988.03) |
| Mountain House Business Park | 755 | (188.48) |
| Ten-Ninety, Ltd./$4,150,000 | 756 | (5,947.89) |
| 6425 Gess, LTD | 757 | (3,157.87) |
| Tapia Ranch | 758 | (1,509.02) |
| Placer Vineyards 2nd | 758 | (5,600.02) |
| Marlton Square | 759 | (155.08) |
| Fiesta Oak Valley | 760 | (833.25) |
| Tapia Ranch | 761 | (754.43) |
| Ten-Ninety, Ltd./$4,150,000 | 762 | (8,070.84) |
| Fiesta USA/Stoneridge | 763 | (2,873.30) |
| Fiesta USA/Stoneridge | 764 | (8,128.35) |
| Fiesta Oak Valley | 765 | (7,411.66) |
| HFA- Windham | 765 | (7,067.11) |
| Placer Vineyards 2nd | 765 | (3,608.72) |
| Placer Vineyards 2nd | 766 | (382.63) |

| | | |
|---|---|---|
| Fiesta Oak Valley | 767 | (6,956.72) |
| Huntsville | 768 | (726.87) |
| 6425 Gess, LTD | 768 | (1,414.88) |
| Placer Vineyards 1st | 768 | (877.87) |
| Marquis Hotel | 769 | (17,421.51) |
| Fiesta Oak Valley | 770 | (2,557.99) |
| Shamrock Tower, LP | 770 | (1,868.93) |
| Shamrock Tower, LP | 771 | (4,735.23) |
| Ten-Ninety, Ltd./$4,150,000 | 772 | 0.00 |
| Tapia Ranch | 772 | (0.00) |
| Marlton Square 2nd | 772 | 0.00 |
| Placer Vineyards 2nd | 772 | (6,234.70) |
| 6425 Gess, LTD | 773 | (3,157.87) |
| Marlton Square | 773 | (77.51) |
| Placer Vineyards 1st | 774 | (1,768.38) |
| Brookmere/Matteson $27,050,000 | 775 | (14.52) |
| Marquis Hotel | 776 | (17,097.76) |
| Binford Medical Developers | 777 | (22.77) |
| Fiesta Oak Valley | 778 | (6,951.39) |
| HFA- Clear Lake | 779 | (2,791.93) |
| Marquis Hotel | 780 | (0.01) |
| Amesbury/Hatters Point | 781 | (133.40) |
| Gramercy Court Condos | 782 | (300.43) |
| Binford Medical Developers | 782 | (6.32) |
| Tapia Ranch | 783 | (423.39) |
| Fiesta Oak Valley | 784 | (7,468.04) |
| Harbor Georgetown | 784 | (767.87) |
| HFA- Clear Lake | 784 | (6,151.21) |
| Lerin Hills | 785 | (10.08) |
| Bundy Canyon $2,500,000 | 786 | (3.15) |
| Placer Vineyards 1st | 787 | (1,959.31) |
| Mountain House Business Park | 788 | (287.83) |
| Fiesta USA/Stoneridge | 789 | (5,784.68) |
| Gramercy Court Condos | 790 | (558.28) |
| Margarita Annex | 791 | (1,033.56) |
| Huntsville | 792 | (1,617.88) |
| HFA- Clear Lake | 793 | (6,766.70) |
| Placer Vineyards 1st | 794 | (1,959.31) |
| Fiesta Oak Valley | 795 | (7,134.35) |
| HFA- Windham | 796 | (7,833.37) |
| 6425 Gess, LTD | 797 | (109.20) |
| Marlton Square | 797 | (2.68) |
| Gramercy Court Condos | 798 | (160.00) |
| 6425 Gess, LTD | 799 | (142.72) |

| | | |
|---|---|---|
| Fiesta Oak Valley | 800 | (7,633.10) |
| Placer Vineyards 1st | 800 | (1,820.47) |
| Mountain House Business Park | 801 | (193.22) |
| Fiesta Oak Valley | 802 | (18,462.45) |
| Marquis Hotel | 803 | (0.00) |
| Gramercy Court Condos | 804 | (558.28) |
| Marlton Square | 804 | (849.28) |
| Huntsville | 805 | (1,617.88) |
| Placer Vineyards 1st | 806 | (7,104.50) |
| Standard Property Development | 807 | - |
| Marlton Square | 808 | (77.51) |
| Marquis Hotel | 809 | (17,421.51) |
| Fiesta Oak Valley | 810 | (7,077.78) |
| 6425 Gess, LTD | 811 | (4,420.96) |
| Marlton Square | 812 | (212.39) |
| Placer Vineyards 1st | 812 | (2,681.92) |
| Mountain House Business Park | 813 | (573.98) |
| Huntsville | 814 | (1,617.88) |
| 6425 Gess, LTD | 815 | (3,663.07) |
| Fiesta Oak Valley | 816 | (8,215.28) |
| Placer Vineyards 1st | 816 | (1,959.31) |
| Brookmere/Matteson $27,050,000 | 817 | (7,508.29) |
| HFA- Clear Lake | 818 | (12,435.24) |
| Castaic Partners II, LLC | 819 | (649.97) |
| Fiesta Oak Valley | 820 | (2,064.30) |
| Fiesta Oak Valley | 821 | (16,430.48) |
| Gramercy Court Condos | 822 | (3,732.63) |
| Gramercy Court Condos | 823 | - |
| Margarita Annex | 823 | - |
| Placer Vineyards 1st | 823 | - |
| Marquis Hotel | 823 | (490,309.88) |
| Placer Vineyards 1st | 823 | - |
| Placer Vineyards 1st | 823 | - |
| Gramercy Court Condos | 824 | (759.46) |
| Ten-Ninety, Ltd./$4,150,000 | 825 | (72.22) |
| 6425 Gess, LTD | 826 | (3,157.87) |
| Lerin Hills | 827 | (16.79) |
| Placer Vineyards 1st | 828 | (2,351.22) |
| Placer Vineyards 1st | 829 | (7,837.44) |
| Fiesta Oak Valley | 830 | (3,954.17) |
| Marlton Square | 831 | (203.73) |
| Fiesta Oak Valley | 832 | (4,531.94) |
| 6425 Gess, LTD | 833 | (2,727.08) |
| Placer Vineyards 1st | 834 | (1,735.68) |

| | | |
|---|---|---|
| Marlton Square | 835 | (155.08) |
| Fiesta Oak Valley | 836 | - |
| Placer Vineyards 2nd | 836 | - |
| Marquis Hotel | 836 | (9,695.95) |
| Marlton Square | 837 | (325.94) |
| Marquis Hotel | 838 | (17,331.24) |
| Marlton Square | 839 | (24.92) |
| Harbor Georgetown | 840 | (844.71) |
| Marquis Hotel | 841 | (17,853.99) |
| Amesbury/Hatters Point | 842 | (105.70) |
| Huntsville | 843 | (90.12) |
| HFA- Windham | 844 | (7,570.31) |
| 3685 San Fernando Road Partners | 845 | (16.99) |
| Fiesta USA/Stoneridge | 846 | (1,920.46) |
| HFA- Clear Lake | 847 | (6,766.70) |
| BarUSA/$15,300,000 | 848 | (104.13) |
| Fiesta Oak Valley | 848 | (8,215.28) |
| Placer Vineyards 1st | 849 | (3,918.74) |
| Marlton Square 2nd | 850 | (124.44) |
| HFA- Clear Lake | 851 | (66.67) |
| HFA- Clear Lake | 852 | (5,096.99) |
| Fiesta USA/Stoneridge | 853 | (11,847.95) |
| Placer Vineyards 1st | 853 | (1,959.31) |
| Marlton Square | 854 | (116.31) |
| 6425 Gess, LTD | 855 | (3,073.95) |
| Placer Vineyards 1st | 855 | (1,907.24) |
| Shamrock Tower, LP | 856 | - |
| Ocean Atlantic $9,425,000 | 856 | - |
| Tapia Ranch | 857 | (578.39) |
| Lerin Hills | 858 | (8.40) |
| HFA- Clear Lake | 859 | (9,576.67) |
| 6425 Gess, LTD | 859 | (44,692.17) |
| Marlton Square | 859 | (1,097.40) |
| Placer Vineyards 1st | 859 | (16,638.21) |
| HFA- Windham | 860 | (7,253.29) |
| 6425 Gess, LTD | 861 | (4,420.96) |
| Huntsville | 862 | - |
| Ocean Atlantic $9,425,000 | 862 | - |
| Ten-Ninety, Ltd./$4,150,000 | 863 | (2,753.46) |
| Marlton Square | 864 | (424.66) |
| Gramercy Court Condos | 865 | (96.24) |
| Shamrock Tower, LP | 866 | (3,433.01) |
| Marlton Square | 867 | (55.11) |
| Wasco Investments | 868 | (54.40) |

| | | |
|---|---|---|
| Castaic Partners II, LLC | 869 | (650.28) |
| HFA-Clear Lake 2nd | 870 | (2,444.44) |
| Binford Medical Developers | 871 | (11.40) |
| Binford Medical Developers | 872 | (3.07) |
| Fiesta Oak Valley | 873 | (9,858.37) |
| Standard Property Development | 874 | - |
| HFA- Clear Lake | 875 | (4,314.61) |
| Placer Vineyards 1st | 876 | (3,918.74) |
| 6425 Gess, LTD | 877 | (3,789.41) |
| Marlton Square | 878 | (77.51) |
| Huntsville | 879 | - |
| Marquis Hotel | 879 | (18,498.05) |
| Placer Vineyards 1st | 880 | (3,918.74) |
| Ten-Ninety, Ltd./$4,150,000 | 881 | (5,661.61) |
| Fiesta Oak Valley | 881 | (763.60) |
| Marlton Square | 881 | (10.69) |
| HFA-Clear Lake 2nd | 881 | (405.26) |
| Fiesta Oak Valley | 882 | (6,248.36) |
| 6425 Gess, LTD | 883 | (15,451.18) |
| Tapia Ranch | 884 | - |
| Marquis Hotel | 884 | (16,955.74) |
| Marquis Hotel | 885 | (17,421.51) |
| Gramercy Court Condos | 886 | (220.20) |
| Amesbury/Hatters Point | 887 | (11.01) |
| Binford Medical Developers | 888 | (11.40) |
| Marlton Square | 889 | (203.73) |
| Castaic Partners II, LLC | 890 | (557.15) |
| 6425 Gess, LTD | 891 | (3,157.87) |
| Fiesta Oak Valley | 892 | (16,430.48) |
| Shamrock Tower, LP | 893 | - |
| Harbor Georgetown | 893 | - |
| 6425 Gess, LTD | 893 | - |
| Harbor Georgetown | 894 | (844.71) |
| Tapia Ranch | 894 | (754.43) |
| HFA- Windham | 895 | (4,730.56) |
| Marlton Square | 896 | (203.73) |
| Marlton Square | 897 | (155.08) |
| Marquis Hotel | 898 | (17,421.52) |
| Marlton Square | 899 | (849.28) |
| Fiesta USA/Stoneridge | 900 | (16,500.98) |
| Anchor B, LLC | 901 | (4,533.35) |
| 6425 Gess, LTD | 902 | (3,157.87) |
| Fiesta Oak Valley | 903 | (6,885.68) |
| HFA- Clear Lake | 903 | (5,671.54) |

| | | |
|---|---|---|
| Placer Vineyards 1st | 904 | (1,132.22) |
| Harbor Georgetown | 905 | (844.71) |
| Fiesta Oak Valley | 906 | (32,861.15) |
| Placer Vineyards 1st | 906 | (2,351.20) |
| Fiesta Oak Valley | 907 | (7,047.71) |
| HFA- Windham | 908 | (7,833.37) |
| Tapia Ranch | 909 | (1,286.19) |
| Placer Vineyards 1st | 909 | (1,959.31) |
| Shamrock Tower, LP | 910 | (4,258.64) |
| Placer Vineyards 1st | 910 | (1,959.31) |
| Fiesta USA/Stoneridge | 911 | (14,663.79) |
| Marlton Square | 911 | (44.35) |
| Placer Vineyards 1st | 912 | (11,364.28) |
| Gramercy Court Condos | 913 | (558.28) |
| Placer Vineyards 1st | 914 | (1,959.34) |
| Fiesta Oak Valley | 915 | (5,067.77) |
| Placer Vineyards 1st | 916 | (1,934.11) |
| Marquis Hotel | 916 | - |
| Mountain House Business Park | 917 | (1,267.21) |
| Bay Pompano Beach | 917 | (385.08) |
| Amesbury/Hatters Point | 918 | - |
| Huntsville | 918 | - |
| Tapia Ranch | 918 | - |
| Marquis Hotel | 918 | (14,993.54) |
| Placer Vineyards 2nd | 919 | (1,199.97) |
| Marlton Square | 920 | (77.51) |
| Shamrock Tower, LP | 921 | (7,058.65) |
| Fiesta Oak Valley | 922 | (31,218.00) |
| Placer Vineyards 1st | 923 | (1,431.48) |
| Placer Vineyards 1st | 924 | (1,959.31) |
| Bundy Canyon $7,500,000 | 925 | (6.68) |
| Eagle Meadows Development | 925 | (6.80) |
| 6425 Gess, LTD | 926 | (11,984.71) |
| Gramercy Court Condos | 927 | (574.68) |
| Bundy Canyon $7,500,000 | 927 | (143.40) |
| Marquis Hotel | 928 | (0.05) |
| Fiesta Oak Valley | 929 | (14,446.97) |
| Marlton Square | 930 | (8.07) |