Entered on Docket
February 19, 2009

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC, and<br><br>USA SECURITIES, LLC,<br><br>              Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR (closed)<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR (closed)<br>Case No. BK-S-06-10729-LBR (closed<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR |

**ORDER TRANSFERRING CERTAIN LIMITED MATTERS**

On February 12, 2009, Curtis F. Clark filed a response to a settlement filed by USACM Liquidating Trust (dkt. #6813) (the "Clark Response"). The court orders that all matters relating to the propriety and form of the Clark Response, including any possible contempt of court or other similar violation, and only those matters, shall be transferred to Judge Bruce A. Markell.

**IT IS SO ORDERED.**

**Copy sent via ECF to:**
Rob Charles at rcharles@lrlaw.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

1 **Copy mailed by BNC to:**
Curtis F. Clark
2 1403 Pueblo Drive
Boulder City, NV 89005