Marjorie A. Guymon, Esq.
Nevada Bar No. 4983
Email: mguymon@goldguylaw.com
Nedda Ghandi, Esq.
Nevada Bar No. 11137
Email: nghandi@goldguylaw.com
**GOLDSMITH & GUYMON, P.C.**
2055 Village Center Circle
Las Vegas, Nevada 89134
Phone:    (702) 873-9500
Facsimile: (702) 873-9600
Attorneys for Mountain West Mortgage Company

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br><br>Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Date:   April 10, 2009<br>Time:   9:30 AM |

### NOTICE OF WITHDRAWAL OF ATTORNEY OF RECORD

Pursuant to D. Nev. LR IA 10-6, the law firm of Goldsmith & Guymon, P.C. (hereinafter "G&G") and its attorney of record, Marjorie A. Guymon, Esq., file this Notice of Withdrawal of Attorney of Record for LERIN HILLS, LTD. and, in support thereof, would respectfully show the Court the following:

Withdrawing as attorney of record is necessary because it has become increasingly difficult to communicate with Lerin Hills, Ltd., there remains a substantial balance of fees and costs due G&G for services rendered, attorney's fees will continue, and Lerin Hills, Ltd. has refused and continues to refuse to timely pay even a portion of these fees. Allowing G&G to withdraw creates no undue burden on the client, as Lerin Hills, Ltd. currently refuses to keep in contact and there shall be no recognizable delay in the prosecution of the case by allowing G&G to withdraw, as G&G is unaware of pending

issues where its services are needed by Lerin Hills, Ltd. Therefore, there is good cause to permit G&G's withdrawal.

The last known address for Lerin Hills, Ltd. is:

> Lerin Hills, Ltd.
> 630 Trade Center Drive
> Las Vegas, Nevada 89119

Dated this 19 day of February, 2009.

**GOLDSMITH & GUYMON, P.C.**

Marjorie A. Guymon, Esq.
Nevada Bar No.: 004983
Nedda Ghandi, Esq.
Nevada Bar No. 11137
2055 Village Center Circle
Las Vegas, NV 89134
Attorneys for Debtor