Marjorie A. Guymon, Esq.  
Nevada Bar No. 4983  
Email: mguymon@goldguylaw.com  
Nedda Ghandi, Esq.  
Nevada Bar No. 11137  
Email: nghandi@goldguylaw.com  
**GOLDSMITH & GUYMON, P.C.**  
2055 Village Center Circle  
Las Vegas, Nevada 89134  
Phone: (702) 873-9500  
Facsimile: (702) 873-9600  
Attorneys for Mountain West Mortgage Company

E-Filed February 19, 2009

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br><br>Debtors. | ) Case No. BK-S-06-10725-LBR<br>) Case No. BK-S-06-10726-LBR<br>) Case No. BK-S-06-10727-LBR<br>) Case No. BK-S-06-10728-LBR<br>) Case No. BK-S-06-10729-LBR<br>)<br>) CHAPTER 11<br>)<br>) Date:    April 10, 2009<br>) Time:    9:30 AM |

### NOTICE OF HEARING ON MOTION FOR LEAVE OF COURT TO WITHDRAW AS ATTORNEY OF RECORD

**TO: ALL INTERESTED PARTIES:**

**YOU ARE HEREBY NOTICED** that the above-referenced Motion for Leave of Court to Withdraw as Attorney of Record was filed in the above-captioned court case on or about March 3, 2006.

Any Opposition must be filed pursuant to Local Rule 9014(d)(1).

> Local Rule 9014(d)(1): "Oppositions to a motion must be filed and service must be completed on the movant no later than fifteen (15) days after the motion is served except as provided by LR 3007(b) and LR 9006. If the hearing has been set on less than fifteen (15) days' notice, the opposition must be filed no later than five (5) business days prior to the hearing, unless the court orders otherwise. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule."

> If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if of do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that hearing on said Motion for Leave of Court to Withdraw as Attorney of Record will be held before a United States Bankruptcy Court Judge, at the Foley Federal Building, 300 Las Vegas Blvd. South, Third Floor, Las Vegas, Nevada on April 10, 2009, at the hour of 9:30 AM.

**NOTICE IS FURTHER GIVEN** that the hearing on this matter may be continued from time to time without further notice.

DATED: February 19, 2009.

**GOLDSMITH & GUYMON, P.C.**

Marjorie A. Guymon, Esq.
Nevada Bar No. 4983
2055 N. Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Debtor

W:\MAG\Client Matters\BK Clients\Mountain West Mortgage, LLC\USACMC NOH withdrawal.wpd