ORIGINAL RECEIVED & FILED

'09 FEB 17 P2:23

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

AFFT
CURTIS R. TINGLEY (SBN 112322)
ctingley@tingleyllp.com
BRUCE C. PIONTKOWSKI (SBN 152202)
bpiontowski@tingleyllp.com
JONATHAN A. MCMAHON (SBN 239370)
jmcmahon@tingleyllp.com
TINGLEY PIONTKOWSKI LLP
10 Almaden Boulevard, Ste. 430
San Jose, Ca. 95113
(408) 283-7000-Fax(408)283-7010
Attorneys for Palm Terrace Claimants

# UNITED STATE BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:
USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED FUND LLC,

USA SECURITIES, LLC,

Debtors.

Affects:
   All Debtors
X USA Commercial Mortgage Company
   USA Capital Realty Advisors, LLC
   USA Capital Diversified Trust Deed Fund, LLC
   USA Capital First Deed Fund, LLC
   USA Securities, LLC

CASE NO. BK-S-06-10725-LBR
CASE NO. BK-S-06-10726-LBR
CASE NO. BK-S-06-10727-LBR
CASE NO. BK-S-06-10728-LBR
CASE NO. BK-S-06-10729-LBR

CHAPTER 11

Jointly Administered Under Case No.
BK-S-06-10725-LBR

## AFFIDAVIT OF SERVICE

SEE ATTACHED

1

# AFFIDAVIT OF SERVICE

STATE OF NEVADA   )
                  )
COUNTY OF CLARK   )

KEVIN R. SMITH, being duly sworn deposes and says: that at all times herein affiant was and is a citizen of the United States, over 18 years of age, licensed to serve civil process in the state of Nevada under license #389, and not a party to or interested in the proceeding in which this affidavit is made. The affiant received on Thursday February 12 2009; 1 copy(ies) of the:

> **RESPONSE TO FIRST OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED ON PALM TERRACE LITIGATION, RESPONSE TO SECOND OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED ON PALM TERRACE LITIGATION, RESPONSE TO THIRD OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED ON PALM TERRACE LITIGATION, RESPONSE TO FOURTH OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED ON PALM TERRACE LITIGATION, DECLARATION OF JONATHAN A. MCMAHON IN SUPPORT OF THE PALM TERRACE CLAIMANTS OPPOSITION TO THE OMNIBUS OBJECTIONS OF USACM TRUST TO PROOFS OF CLAIM BASED ON PALM TERRACE LITIGATION**

I served the same on Thursday February 12 2009 at 02:35PM by:

> **Serving the Respondent, USACM LIQUIDATING TRUST, BY SERVING SEAN MCGINNESS, ATTORNEY OF RECORD**

Substituted Service, by leaving the copies with or in the presence of: MARIAN KAMALANI, RECEPTIONIST Authorized Agent. at the Respondent's Business located at 3993 HOWARD HUGHES PKWY, STE 600, Las Vegas, NV 89169.



CATHLEEN V. HOLMES
Notary Public State of Nevada
No. 07-3770-1
My appt. exp. June 21, 2011

SUBSCRIBED AND SWORN to before me on this
Friday February 13 2009

_____
Notary Public

_____
Affiant: KEVIN R. SMITH
LEGAL WINGS, INC. - NV LIC #389
1118 FREMONT STREET
Las Vegas, NV 89101
(702) 384-0305, FAX (702) 384-8638

2837000.248003