**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

E-Filed on 2/19/2009

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>　　　　　　　　　Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Certificate of Service** |

　　　1.　　I, Rob Charles, a partner of Lewis and Roca LLP, caused the following document to be served:

- **Reply in Support of Motion To Approve Settlement With Debt Acquisition Company Of America V, LLC [DE 6836].**

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

251786.1

2. On February 19, 2009 all parties with e-mail addresses on the Post Effective Date Official Service List on file with this Court were served via e-mail.

3. And by first class mail on the same day, postage prepaid, to the following objectors:

| | |
|---|---|
| Carol Mortensen<br>Carol Mortensen Family Trust<br>4847 Damon Circle<br>Salt Lake city, UT 84117 | Janice A. Lucas<br>First Savings Bank Custodian for J. Lucas<br>13210 Secret Lake Loop<br>Lincoln, CA 95648 |
| Kenneth E. Zawacki<br>Zawacki, A California LLC<br>PO Box 5156<br>Bear Valley, CA 95223 | Edward Schoonover, Co-Trustee<br>Schoonover Family Trust<br>164 Shorett Dr.<br>Friday Harbor, WA 98250 |
| William R. Moreno<br>10016 Rolling Glen Ct.<br>Las Vegas, NV 89117 | James w. McCollum<br>915 Ocean Blvd.<br>Coronado, CA 92118 |
| Arthur I. Kriss, Sr.<br>First Savings Bank FBO Arthur Kriss<br>2398 West 1050 North<br>Hurricane, UT 84730 | Daniel D. Newman<br>Daniel D. Newman Trust<br>125 Elysian Drive<br>Sedona, AZ 86336 |
| Donald L. Hess<br>Kay M. Cantrell<br>1818 Madero Drive<br>The Villages, FL 32159 | Tariq Chaudhry<br>Joy Investment, Inc.<br>8080 Harborview Road<br>Blaine, Washington 98230 |
| Connie Westbrook<br>14320 Ghost Rider Dr.<br>Reno, NV 89511 | |

I declare the foregoing is true and correct.

DATED: February 19, 2009.

/s/  RC (#6593)
Rob Charles
Lewis and Roca LLP

251786.1