# EXHIBIT A

**USA Commercial Mortgage**
**Prepaid Interest Recap**
**As of 9/30/08**

|  | Total | Serviced by Compass | USACM |
|---|---|---|---|
| Prepaid interest due as of the Effective Date (March 12. 2007) | $ 8,806,255.11 | 5,292,567.59 | 3,513,687.52 |
| Prepaid Interest collected and remitted from Compass to the USACM estate: | | | |
| March-07 | 156,471.33 | 156,471.33 | |
| April-07 | 47,707.07 | 47,707.07 | |
| April-08 (Note 1) | 205,972.85 | 205,972.85 | |
| Marquis prepaid interest recouped from the Marquis payoff | 1,234,459.72 | 162,278.20 | 1,072,181.52 |
| Compass loans where interest was recouped from investors | 210.67 | 210.67 | |
| Placer I & II prepaid interest recouped from the Marquis payoff | - | | |
|  | $ 1,644,821.64 | 572,640.12 | 1,072,181.52 |
| Total by Servicer | $ 7,161,433.47 | $ 4,719,927.47 | $ 2,441,506.01 |
| Shamrock loan recoupment shortfall | $ 64,233.70 | 64,233.70 | |
| Net prepaid interest due | $ 7,225,667.17 | $ 4,784,161.16 | $ 2,441,506.01 |
|  | | 4,741,000.00 | |
|  | | 43,161.16 | |

Note 1: Compass remitted $205,972.85 on the Shamrock payoff, however the total amount that was due USACM was $299,729.67