1

2
LISA A. RASMUSSEN, ESQ.
Nevada Bar No. 7491
**LAW OFFICE OF LISA RASMUSSEN, PC**
3
616 South 8th Street
Las Vegas, NV 89101
4
Telephone: (702) 471-1436
Facsimile: (702) 471-6540
5
Email: LISA@LRASMUSSENLAW.COM

6
Attorneys for Carol Mortensen

7

8

9
**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**
10

11

| In Re: | CASE NO.  BK S- 06-10725- LBR |
| --- | --- |
| USA Commercial Mortgage Company | CASE NO. BK S- 06- 10726-LBR |
| | CASE NO. BK S- 06- 10727-LBR |
| | CASE NO. BK S- 06- 10728-LBR |
| | CASE NO. BK S- 06- 10729-LBR |
| | **NOTICE OF APPEARANCE** |

18

19        PLEASE TAKE NOTICE that the undersigned hereby enters her appearance on

20  behalf of CAROL KESLER, AKA CAROL MORTENSEN, Trustee to the Carol Mortensen

21  Family Trust.

22        The undersigned's contact information is as follows:

LISA A. RASMUSSEN, ESQ.
NV Bar No.  7491
**LAW OFFICES OF LISA RASMUSSEN**
616 South 8th Street
Las Vegas, NV. 89101
Tel.  (702) 471-1436
Fax. (702) 471-6540
Email:  LISA@LRASMUSSENLAW.COM

23

24

25

26

27

28

1

2  I,  LISA A. RASMUSSEN, ESQ., hereby affirm that the foregoing document does not contain

3  the social security number of any person pursuant to NRS 239B.030.

4            Dated this 19TH day of February, 2009.

5

6                                        Respectfully submitted,

7                                    **LAW OFFICE OF LISA RASMUSSEN, PC**

8                                        */s/ Lisa A. Rasmussen*

9                                 _____

10                                       LISA A. RASMUSSEN, ESQ.
                                        Nevada Bar No. 7491
11                                       Attorneys for Carol Mortensen

12

13                          **<u>CERTIFICATE OF SERVICE</u>**

14

15         I HEREBY CERTIFY that I on the 19th day of February 2009, I sent a true and

16  correct copy of the Notice of Appearance to all of the parties listed below via electronic

17  delivery(CM/ECF) addressed as follows:

18  Lewis & Roca, Rob Charles rcharles@lrlaw.com

19  Jones Vargas, Janet Chubb tbw@jonesvargas.com

20

21                                        */s/ Lisa A. Rasmussen* /s/

22                                 _____
                                        LISA A. RASMUSSEN, ESQ.

23

24

25

26

27

28