**Entered on Docket
February 20, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,[1]

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]

USA SECURITIES, LLC,[3]
                                    Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR[1]
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR[2]
Case No. BK-S-06-10729-LBR[3]

CHAPTER 11

Jointly Administered Under Case No. BK-S-06-10725 LBR

**Order Granting Ex Parte Motion For An Order to Replace Exhibit A to Reply in Support of Motion To Approve Settlement With Debt Acquisition Company Of America V, LLC**

Date:   February 20, 2009
Time:   9:30 a.m.
Place:  Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2021205.1

1  THE COURT having considered the Ex Parte Motion For An Order to
2  Replace Exhibit A to Reply in Support of Motion to Approve Settlement With Debt
3  Acquisition Company of America V, LLC [DE 6846] filed by USACM Liquidating Trust
4  (the "Trust"), no notice or hearing being required, and good cause appearing from the
5  motion,

6  IT IS HEREBY ORDERED that the version of Exhibit A inadvertently filed be
7  removed and replaced with the one page document entitled "USA Commercial Mortgage
8  Prepaid Interest Recap as of 9/30/08".

9  Submitted by:

**LEWIS AND ROCA LLP**

By /s/ Rob Charles (#006593)
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Counsel for USACM Liquidating Trust

2021205.1