**Entered on Docket
February 19, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC, and<br><br>USA SECURITIES, LLC,<br><br>Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR (closed)<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR (closed)<br>Case No. BK-S-06-10729-LBR (closed<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No.<br>BK-S-06-10725 LBR |

**ORDER TRANSFERRING CERTAIN LIMITED MATTERS**

On February 12, 2009, Curtis F. Clark filed a response to a settlement filed by USACM Liquidating Trust (dkt. #6813) (the "Clark Response"). The court orders that all matters relating to the propriety and form of the Clark Response, including any possible contempt of court or other similar violation, and only those matters, shall be transferred to Judge Bruce A. Markell.

**IT IS SO ORDERED.**

**Copy sent via ECF to:**
Rob Charles at rcharles@lrlaw.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

1 **Copy mailed by BNC to:**
Curtis F. Clark
2 1403 Pueblo Drive
Boulder City, NV 89005
3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# CERTIFICATE OF NOTICE

```
District/off: 0978-2           User: lakaswm              Page 1 of 1              Date Rcvd: Feb 19, 2009
Case: 06-10725                 Form ID: pdf805            Total Served: 1
```

The following entities were served by first class mail on Feb 21, 2009.
        +CURTIS F. CLARK,   1403 PUEBLO DRIVE,   BOULDER CITY, NV 89005-3203

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
intp         CURTIS F CLARK
                                                                                                                                                                    TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Feb 21, 2009**            **Signature:**     *Joseph Speetjens*