

Entered on Docket
February 25, 2009

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:
USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC

USA CAPITAL DIVERSIFIED TRUST DEEF FUND, LLC

USA CAPITAL FIRST TRUST DEED FUND, LLC,

USA SECURITIES, LLC

Debtors

**Affects:**
USA Commercial Mortgage Company

Case No.: BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

Chapter 11

Jointly Administered Under Case No.
BK-S-06-10725-LBR

Judge Linda B. Riegle

**ORDER GRANTING MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT BY AND BETWEEN THE USACM LIQUIDATING TRUST, USA INVESTMENT PARTNERS, LLC, TOBLAK, LLC, DDH FINANCIAL CORP., AND TANAMERA COMMERCIAL DEVELOPMENT, LLC**

Upon consideration of the Motion Seeking The Approval Of The Settlement Agreement By And Between The USACM Liquidating Trust, USA Investment Partners, LLC, Toblak, LLC, DDH Financial Corp., And Tanamera Commercial Development, LLC, dated January 15, 2009 (the "Motion to Approve Settlement"), filed by the USACM Liquidating Trust (the "USACM Trust"), seeking approval of the Settlement Agreement And Release Of Claims (the "Settlement Agreement") between the USACM Trust, USA Investment Partners, LLC, Toblak LLC, DDH Financial Corp., and Tanamera Commercial Development pursuant to Rule 9019 of the

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Federal Rules of Bankruptcy Procedure; and it appearing that the Court has jurisdiction to consider the Motion and the relief requested therein; and due notice of the Motion and the hearing to be held thereon having been served to all parties entitled thereto in accordance with the Bankruptcy Rules and this Court's Local Rules, and no other or further notice need be given; and a hearing having been held before this Court; and the Court having concluded that the Settlement Agreement is the result of good faith arm's-length bargaining and not the product of fraud or collusion; and it appearing that the relief requested in the Motion is in the best interest of the estates and the beneficiaries of the USACM Trust, and upon the proceedings before the Court; and good and sufficient cause appearing therefore, it is

ORDERED that the Motion to Approve Settlement is granted; and it is further

ORDERED that the Settlement Agreement is authorized and approved pursuant to Bankruptcy Rule 9019; and it is further

ORDERED that pursuant to the Terms of the Settlement Agreement, Ticor Title Company is ordered to release the funds held in escrow account 0040042460 to the USACM Trust; and it is further

ORDERED that Geoffrey L. Berman, in his capacity as the Court-appointed trustee of the USACM Trust, is authorized to execute, deliver, implement, and fully perform any and all obligations, instruments, documents and papers and to take any and all actions reasonably necessary to consummate the Settlement Agreement and perform any and all obligations contemplated therein on behalf of the USACM Trust.

150339-2

PREPARED AND SUBMITTED:

DIAMOND MCCARTHY LLP

By: ____/s/  Barbara Whiten Balliette_____
Allan B. Diamond, TX 05801800 (pro hac vice)
Email: adiamond@diamondmccarthy.com
Eric D. Madden, TX 24013079 (pro hac vice)
Email: emadden@diamondmccarthy.com
909 Fannin, Suite 1500
Houston, Texas 77010
(713) 333-5100 (telephone)
(713) 333-5199 (facsimile)

Barbara Whiten Balliette, TX 00788660 (pro hac vice)
Email:  bballiette@diamondmccarthy.com
6504 Bridgepoint Pkwy
Suite 400
Austin, Texas 78730
(512) 617-5200 (telephone)
(512) 617-5299 (facsimile)

Special Litigation Counsel for
USACM Liquidating Trust

AGREED:

GORDON SILVER

By: ____/s/  Talitha B. Gray_____
GERALD M. GORDON, ESQ.
Nevada Bar No. 229
E-mail:  ggordon@gordonsilver.com
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail:  ggarman@gordonsilver.com
TALITHA B. GRAY, ESQ.
Nevada Bar No. 9040
E-mail:  tgray@gordonsilver.com
3960 Howard Hughes Pkwy., 9th Floor
Las Vegas, Nevada 89169
Telephone (702) 796-5555
Facsimile (702) 369-2666

Attorneys for Lisa Poulin, Trustee for
USA Investment Partners, LLC

150339-2

1

McDONALD CARANO WILSON, LLP

2

By:     /s/  Kaaran Thomas

3

Kaaran Thomas
Nevada Bar No. 7193

4

Ryan J. Works
Nevada Bar No. 9224

5

100 West Liberty Street

6

10th Floor
P.O. Box 2670

7

Reno, Nevada 89505-2670
Telephone: (775) 788-2000

8

Fax: (775) 788-2020

9

Attorneys for DDH Financial Corp., and

10

Tanamera Commercial Development

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

150339-2

## CERTIFICATION PURSUANT TO LOCAL RULE 9021

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

   \_\_\_\_\_           The court has waived the requirement of approval under LR 9021

   \_\_\_\_\_           No parties appeared or filed written objections, and there is no trustee appointed in the case.

   _X_           I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved of the order as indicated by the signatures above.

### #

150339-2