# LEWIS AND ROCA LLP
## L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

*Attorneys for USACM Liquidating Trust*

E-Filed on 2/25/09

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA Commercial Mortgage Company,
USA Capital Realty Advisors, LLC,[1]
USA Capital Diversified Trust Deed Fund, LLC,
USA Capital First Trust Deed Fund, LLC,[2]
USA Securities, LLC,[3]

                                        Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR[1]
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR[2]
Case No. BK-S-06-10729-LBR[3]

CHAPTER 11

Jointly Administered Under
Case No. BK-S-06-10725 LBR

**NOTICE OF ENTRY OF ORDER GRANTING MOTION TO FURTHER EXTEND DEADLINE TO FILE OBJECTION TO ALLOWANCE OF CLAIMS**

    **PLEASE TAKE NOTICE** that an Order Granting Motion to Further Extend Deadline to File Objection to Allowance of Claims[DE 6843] was entered on the 19th day of February, 2009, a true and correct copy of which is attached hereto as Exhibit A.

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2022806.1

LEWIS
AND
ROCA
LLP

L A W Y E R S

1           RESPECTFULLY SUBMITTED February 25, 2009.

2

3                              LEWIS AND ROCA LLP

4

5                        By  /s/ *John Hinderaker*  (#18024)
                        Rob Charles

6                         John Hinderaker
                       *Attorneys for USACM Liquidating Trust*

7                        3993 Howard Hughes Parkway, Suite 600
                       Las Vegas, Nevada 89169

8                        702-949-8320

9

10 Copy of the foregoing served via first class mail, postage prepaid,
on February 25, 2009, addressed to:

11

12 August Landis
Office of the U.S. Trustee

13 300 Las Vegas Blvd., So.
Suite 4300

14 Las Vegas, NV 89101

15

16 /s/ Carrie Lawrence
Lewis and Roca LLP

17

18

19

20

21

22

23

24

25

26

2022806.1