**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 2/25/09

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br><br>　　　　　　　　　　　Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>Chapter 11 Cases<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USACM Liquidating Trust,<br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>Los Valles Land & Golf, LLC, a Delaware Limited Liability Company, and Dan S. Palmer, Jr., a married man residing in California,<br><br>　　　　　　　　Defendant. | Adv. No. 08-01058 LBR<br><br>**SECOND STIPULATED MOTION TO MODIFY BRIEFING SCHEDULE REGARDING USACM LIQUIDATING TRUST'S MOTION FOR SUMMARY JUDGMENT AND LOS VALLES LAND & GOLF'S COUNTERMOTION FOR SUMMARY JUDGMENT**<br><br>Hearing Date: April 10, 2009<br>Hearing Time: 10:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2022054.1

USACM Liquidating Trust (the "Trust") and Los Valles Land & Golf LLC ("Los Valles") jointly move the Court to modify the briefing schedule on the Trust's December 22, 2008 Motion for Summary Judgment (Dk 40) (the "Motion") and Los Valles' February 12, 2009 Countermotion for Summary Judgment (Dk 51) (the "Countermotion"). Both the Motion and the Countermotion are currently set for hearing on April 10, 2009 at 10:30 a.m., and the Parties are not requesting that the Court reschedule the hearing.

The Court previously approved a modified briefing schedule on the Motion and Countermotion (Dk 43). Counsel believes, however, that additional reasonable time is necessary to allow each side to fully and effectively address the issues raised in the Motion and Countermotion. Therefore, the parties have agreed upon a modified briefing schedule, which provides a ten day extension to each party from the dates previously stipulated to. The parties respectfully request that the Court approve the following schedule for the briefing of the Motion and Countermotion:

    a.    The Trust's Reply in Support of the Motion will be due on March 11, 2009.

    b.    The Trust's Response to the Countermotion will be due on March 11, 2009.

    c.    Los Valles' Reply in Support of the Countermotion will be due on March 25, 2009.

DATED: February 25, 2009

**LEWIS AND ROCA LLP**

By /s/ John Hinderaker
    Susan M. Freeman
    Rob Charles
    John Hinderaker
*Attorneys for USACM Liquidating Trust*

2022054.1

- and -

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By   /s/ Bruce Jacobs
      Bruce Jacobs
*Attorneys for Los Valles Land & Golf LLC*

2022054.1