Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
DORSEY & WHITNEY LLP
136 South Main Street, Suite 1000
Salt Lake City, Utah 84101
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: jarvis.annette@dorsey.com
       strong.steven@dorsey.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for USA Commercial Mortgage Company

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                    Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
|---|---|
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                    Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                    Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                    Debtor. | **SUBSTITUTION OF COUNSEL** |
| In re:<br>USA SECURITIES, LLC,<br>                                    Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | |

Debtor USA Commercial Mortgage Company ("USACM") hereby substitutes the law firm of Dorsey & Whitney, LLP as USACM's attorneys of record in the above captioned jointly-administered bankruptcy cases, in the place and stead of the law firm of Ray Quinney & Nebeker P.C.

Copies of all future pleadings, orders, notices and records should be served upon

Annette W. Jarvis
Steven C. Strong
DORSEY & WHITNEY LLP
136 South Main Street, Suite 1000
Salt Lake City, Utah 84101
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
ECF Notification Email: jarvis.annette@dorsey.com
strong.steven@dorsey.com

The Schwartzer & McPherson Law Firm will continue as USACM's local Nevada counsel in the above-captioned jointly administered cases.

Dated this ___ day of February, 2009.

_____
Susan M. Smith
USACM Acting Chief Financial Officer

Ray Quinney & Nebeker P.C. consents to the above substitution.

Dated this 20th day of February, 2009.

_____
Paul C. Burke, Esq.
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111

//

//

Debtor USA Commercial Mortgage Company ("USACM") hereby substitutes the law firm of Dorsey & Whitney, LLP as USACM's attorneys of record in the above captioned jointly-administered bankruptcy cases, in the place and stead of the law firm of Ray Quinney & Nebeker P.C.

Copies of all future pleadings, orders, notices and records should be served upon

Annette W. Jarvis
Steven C. Strong
DORSEY & WHITNEY LLP
136 South Main Street, Suite 1000
Salt Lake City, Utah 84101
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
ECF Notification Email: jarvis.annette@dorsey.com
strong.steven@dorsey.com

The Schwartzer & McPherson Law Firm will continue as USACM's local Nevada counsel in the above-captioned jointly administered cases.

Dated this 23 day of February, 2009.

_____
Susan M. Smith
USACM Acting Chief Financial Officer

Ray Quinney & Nebeker P.C. consents to the above substitution.

Dated this ____ day of February, 2009.

_____
Paul C. Burke, Esq.
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
Salt Lake City, Utah 84111

//

//

1  Dorsey & Whitney, LLP accepts the above substitution.

2  Dated this ____ day of February, 2009.

3
4  /s/ Annette W. Jarvis
   Annette W. Jarvis
   Dorsey & Whitney, LLP
5  136 South Main Street, Suite 1000
   Salt Lake City, Utah 84101

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Blvd., Suite 1
Las Vegas, Nevada 89146
Tel: (702) 228-7590 · Fax: (702) 892-0122

C:\Documents and Settings\smsmith\Local Settings\Temporary Internet Files\OLK267\Substitution of Counsel.doc    Page 3 of 3

4831-5160-5251\1  2/20/2009 5:11 PM

| | |
|---|---|
| 1 | Annette W. Jarvis, Utah Bar No. 1649 |
| 2 | Steven C. Strong, Utah Bar No. 6340<br>RAY QUINNEY & NEBEKER P.C. |
| 3 | 36 South State Street, Suite 1400<br>P.O. Box 45385 |
| 4 | Salt Lake City, Utah 84145-0385 |
| 5 | Telephone: (801) 532-1500<br>Facsimile: (801) 532-7543 |
| 6 | Email: ajarvis@rqn.com |
| 7 | Lenard E. Schwartzer, Nevada Bar No. 0399 |
| 8 | Jeanette E. McPherson, Nevada Bar No. 5423<br>SCHWARTZER & MCPHERSON LAW FIRM |
| 9 | 2850 South Jones Boulevard, Suite 1<br>Las Vegas, Nevada 89146-5308 |
| 10 | Telephone: (702) 228-7590<br>Facsimile: (702) 892-0122 |
| 11 | E-Mail: bkfilings@s-mlaw.com |
| 12 | Attorneys for Debtors |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR |
|---|---|
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | **CERTIFICATE OF SERVICE** |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | |

1

1. On February 26, 2009 I served the following documents:

   a. **Substitution of Counsel**

2. I served the above-named document(s) by the following means to the persons as listed below:

☒ a. **By ECF System**:

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L. ALLF    nancy_allf@gshllp.com, karen_lawrence@gshllp.com;angela_nakamura@gshllp.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com;rmoss@nevadafirm.com

BMC GROUP, INC.    ecf@bmcgroup.com, mjohn@bmcgroup.com

GEORGANNE W. BRADLEY    georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA    lbubala@jonesvargas.com, tbw@jonesvargas.com;ldaley@jonesvargas.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com;jrammos@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;manthony@sheacarlyon.com;rmsmith@sheacarlyon.com;swinder@sheacarlyon.com;dclimer@sheacarlyon.com;cmuniz@sheacarlyon.com

MICHAEL W. CARMEL    michael@mcarmellaw.com, nancy@mcarmellaw.com;ritkin@steptoe.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

2

| | |
|---|---|
| 1 | KEVIN B. CHRISTENSEN    kbchrislaw@aol.com |
| 2 | JANET L. CHUBB    tbw@jonesvargas.com |
| 3 | JANET L. CHUBB    tbw@jonesvargas.com |
| 4 | DAVID A. COLVIN    mwalters@marquisaurbach.com, |
| 5 | dcolvin@marquisaurbach.com;kgallegos@marquisaurbach.com;tszostek@marquisaurbach.com |
| 6 | WILLIAM D COPE    cope_guerra@yahoo.com |
| 7 | LAUREL E. DAVIS    ldavis@fclaw.com, mhurtado@fclaw.com;mlafrena@fclaw.com |
| 8 | THOMAS W. DAVIS    twd@h2law.com |
| 9 | DEBT ACQUISITION COMPANY OF AMERICA V, LLC (aw)    awhatnall@daca4.com |
| 10 | J CRAIG DEMETRAS    JCD@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras- |
| 11 | oneill.com |
| 12 | ALLAN B. DIAMOND    adiamond@diamondmccarthy.com |
| 13 | RICHARD I. DREITZER    richard.dreitzer@bullivant.com |
| 14 | BRIAN P. EAGAN    beagan@sdfnvlaw.com, brian9397@aol.com |
| 15 | BRADLEY PAUL ELLEY    bpelleylawbk@sbcglobal.net, elnivnv@sbcglobal.net |
| 16 | |
| 17 | THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM;bknotices@gordonsilver.com |
| 18 | DEAN V. FLEMING    dfleming@fulbright.com, tflores@fulbright.com |
| 19 | |
| 20 | SCOTT D. FLEMING    CArnold@hollandhart.com |
| 21 | GREGORY E GARMAN    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com |
| 22 | DOUGLAS D. GERRARD    DGERRARD@GERRARD-COX.COM, ekaymedellin@gerrard-cox.com;dwolford@gerrard-cox.com |
| 23 | |
| 24 | WADE B. GOCHNOUR    WBG@h2law.com, bd@h2law.com;grm@h2law.com |
| 25 | LEIGH T GODDARD    lgoddard@mcdonaldcarano.com, pmiller@mcdonaldcarano.com |
| 26 | CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, |
| 27 | Darlene.Ruckard@usdoj.gov:Mary.Booker@usdoj.gov |
| 28 | GERALD M GORDON    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com |

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 • Fax: (702) 892-0122

| | |
|---|---|
| 1 | R. VAUGHN GOURLEY    vgourley@lvcm.com |
| 2 | TALITHA B. GRAY    bankruptcynotices@gordonsilver.com;bknotices@gordonsilver.com |
| 3 | JAMES D. GREENE    jgreene@rsrslaw.com, mkemple@rsrslaw.com;jstarley@rsrslaw.com |
| 4 | MARK H. GUNDERSON    creinebold@gundersonlaw.com |
| 5 6 | MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ckennon@goldguylaw.com;tracyg@goldguylaw.com;ldeeter@goldguylaw.com |
| 7 | PETER W. GUYON    pguyon@yahoo.com |
| 8 | XANNA R. HARDMAN    xanna.hardman@gmail.com |
| 9 | STEPHEN R HARRIS    noticesbh&p@renolaw.biz |
| 10 | JEFFREY L HARTMAN    notices@bankruptcyreno.com, dle@bankruptcyreno.com |
| 11 | WILLIAM H HEATON    will@nwhltd.com, denisse@nwhltd.com |
| 12 13 | BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com |
| 14 | JOHN HINDERAKER    JHinderaker@LRLaw.com, RCreswell@LRLaw.com |
| 15 16 | RICHARD F. HOLLEY    rholley@nevadafirm.com, paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com |
| 17 18 | RANDOLPH L. HOWARD    rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com |
| 19 | DAVID W. HUSTON    dwh@hustonlaw.net |
| 20 | JASON A. IMES    bkfilings@s-mlaw.com |
| 21 22 | ROBBIN L. ITKIN    ritkin@steptoe.com, khollingsworth@steptoe.com;keckert@steptoe.com;jgoldman@steptoe.com;kpiper@steptoe.com |
| 23 | CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com |
| 24 | EVAN L. JAMES    ejameslv@gmail.com, kbchrislaw@aol.com |
| 25 | LARRY C. JOHNS    lcjohns100@embarqmail.com |
| 26 27 | ERIN E. JONES    ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com |
| 28 | TY E. KEHOE    TyKehoeLaw@aol.com |

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

4

| | |
|---|---|
| 1 | ROBERT R. KINAS    rkinas@swlaw.com, jmcbee@swlaw.com;jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring.com;vcampbell@swlaw.com;nbaig@swlaw.com |
| 3 | DEAN T. KIRBY    dkirby@kirbymac.com, gsparks@kirbymac.com |
| 4 | KENT F. LARSEN    kfl@slwlaw.com, ev@slwlaw.com |
| 5 | ZACHARIAH LARSON    ecf@lslawnv.com, susans@lslawnv.com |
| 6 7 | JOHN J. LAXAGUE    jlaxague@caneclark.com |
| 8 | GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net |
| 9 | NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com |
| 10 | ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net |
| 11 | STEPHEN T LODEN    sloden@diamondmccarthy.com, cburrow@diamondmccarthy.com |
| 12 | TYSON M. LOMAZOW    tlomazow@milbank.com |
| 13 14 | ANNE M. LORADITCH    lvecffilings@gtlaw.com, loraditcha@gtlaw.com;koisp@gtlaw.com;lvlitdock@gtlaw.com;jenkinsm@gtlaw.com |
| 15 | TIMOTHY A LUKAS    ecflukast@hollandhart.com |
| 16 17 | ERIC D. MADDEN    emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com |
| 18 | PATRICIA A. MARR    lvlaw03@yahoo.com |
| 19 | JAMES C. MCCARROLL    jmccarroll@reedsmith.com, dturetsky@reedsmith.com;aleonard@reedsmith.com |
| 20 21 | REGINA M. MCCONNELL    Regina@GinaLaw.com, Regina@Familylawcenters.com |
| 22 | WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com |
| 23 | RICHARD MCKNIGHT    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com;mmcalonis@lawlasvegas.com |
| 24 25 | JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com |
| 26 | BRECK E. MILDE    bmilde@terra-law.com |
| 27 28 | SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;ltreadway@sheacarlyon.com;manthony@sheacarlyon.com;rmsmith@sheacarlyon.com;swinder@sheacarlyon.com;dclimer@sheacarlyon.com;cmuniz@sheacarlyon.com |

SCHWARTZER & McPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

5

| | |
|---|---|
| 1 | DAVID MINCIN    mcknightlaw@cox.net, gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com;mmcalonis@lawlasvegas.com |
| 3 | JOHN F MURTHA    jmurtha@woodburnandwedge.com |
| 4 | ERVEN T. NELSON    , susan@bolickboyer.com |
| 5 | VICTORIA L NELSON    vnelson@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;rmoss@nevadafirm.com |
| 7 | MICHAEL W. O'DONNELL    modonnell@fulbright.com, kdecker@fulbright.com |
| 8 | VINCENT O'GARA    vogara@mpbf.com |
| 10 | JOHN F. O'REILLY    jor@oreillylawgroup.com, tor@oreillylawgroup.com;bc@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com |
| 12 | TIMOTHY R. O'REILLY    tor@oreillylawgroup.com, jor@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com |
| 14 | DONNA M. OSBORN    mwalters@marquisaurbach.com, kgallegos@marquisaurbach.com;dosborn@marquisaurbach.com;tszostek@marquisaurbach.com |
| 16 | STEVE A. PEIRCE    speirce@fulbright.com |
| 17 | DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com |
| 18 | PAUL C RAY    info@johnpeterlee.com |
| 19 | THOMAS RICE    trice@coxsmith.com, jbrown@coxsmith.com;aseifert@coxsmith.com |
| 21 | GORDON C. RICHARDS    GCR@ClarkandRichards.com, ALM@ClarkandRichards.com |
| 22 | CHRISTINE A ROBERTS    roberts@shlaw.com, hill@shlaw.com;mcallister@shlaw.com;vidovich@shlaw.com;stephens@shlaw.com;france@shlaw.com;friddle@shlaw.com |
| 24 | STACY M. ROCHELEAU    stacy@rocheleaulaw.com |
| 25 | SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com |
| 27 | MICHAEL M. SCHMAHL    mschmahl@mcguirewoods.com |
| 28 | LENARD E. SCHWARTZER    bkfilings@s-mlaw.com |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

6

BRIAN D. SHAPIRO    ecf@brianshapirolaw.com, brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com;wendy@brianshapirolaw.com

JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;jshea@sheacarlyon.com;manthony@sheacarlyon.com;rmsmith@sheacarlyon.com;swinder@sheacarlyon.com;dclimer@sheacarlyon.com;cmuniz@sheacarlyon.com

SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;manthony@sheacarlyon.com;swinder@sheacarlyon.com;dclimer@sheacarlyon.com;cmuniz@sheacarlyon.com

AMBRISH S. SIDHU    ecfnotices@sidhulawfirm.com

JEFFREY SLOANE    lrost@kssattorneys.com

ALAN R SMITH    mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com

ROSA SOLIS-RAINEY    rsr@morrislawgroup.com

ADAM M. STARR    starra@gtlaw.com

DAVID A. STEPHENS    dstephens@lvcm.com

ARIEL E. STERN    sterna@ballardspahr.com, jeromes@ballardspahr.com;sedillom@ballardspahr.com

PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

ERIC W. SWANIS    swanise@gtlaw.com, barberc@gtlaw.com;ayonl@gtlaw.com;chaoa@gtlaw.com;lvlitdock@gtlaw.com

JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com

KAARAN E. THOMAS    kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv)    mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

ROLLIN G. THORLEY    rollin.g.thorley@irscounsel.treas.gov

LISA TSAI    ltsai@diamondmccarthy.com, tstone@diamondmccarthy.com;jbruckerhoff@diamondmccarthy.com;cboneau@diamondmccarthy.com

U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov

ERIC VAN    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1 | MICHAEL C. VAN    michael@mvanlaw.com, lynn@shumwayvan.com

2 | GREGORY J. WALCH    GWalch@Nevadafirm.com

3 | RUSSELL S. WALKER    rwalker@wklawpc.com,
4 | eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

5 | WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com

6 | KIRBY R WELLS    SMartinez@wellsrawlings.com

7 | GREGORY L. WILDE    bk@wildelaw.com

8 | RYAN J. WORKS    , kbarrett@mcdonaldcarano.com;dsampson@mcdonaldcarano.com

9 | RYAN J. WORKS    rworks@mcdonaldcarano.com,
10 | kbarrett@mcdonaldcarano.com;dsampson@mcdonaldcarano.com

11 | MICHAEL YODER    myoder@diamondmccarthy.com

12 | MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com,
13 | bknotices@gordonsilver.com

14 | ☐    b.    **By United States mail, postage fully prepare:**

15 |
16 | ☐    c.    **By Personal Service**
     I personally delivered the document(s) to the persons at these addresses:
17 | ☐    For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or
18 | other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.
19 | ☐    For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of
20 | suitable age and discretion residing there.

21 |
22 | ☐    d.    **By direct email (as opposed to through the ECF System)**
     Based upon the written agreement to accept service by email or a court order, I
23 | caused the document(s) to be sent to the persons at the email addresses listed below. I did not
     receive, within a reasonable time after the transmission, any electronic message or other indication
24 | that the transmission was unsuccessful.

25 | ☐    e.    **By fax transmission**
     Based upon the written agreement of the parties to accept service by fax
26 | transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed
     below. No error was reported by the fax machine that I used. A copy of the record of the fax
27 | transmission is attached.

28 | ☐    f.    **By messenger**

8

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:    February 26, 2009

LAURA KERN                                          /s/        LAURA KERN
(Name of Declarant)                             (Signature of Declarant)