**Entered on Docket**
**February 26, 2009**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## District of Nevada (Las Vegas)

|  |  |
|---|---|
| USA Commercial Mortgage Company, | Case No. 06-10725-LBR<br>Chapter 11 |
| Debtor. | Settlement Conference<br>DATE:   April 23, 2009<br>TIME:   9:30 a.m. |

### ORDER ESTABLISHING PROCEDURES FOR JUDICIAL SETTLEMENT CONFERENCE

Pursuant to the request of the parties, a settlement conference on the *Objection to Claim No. 792 of Copper Sage Commercial Center LLC* (docket # 3077) is hereby scheduled for **April 23, 2009 at 9:30 a.m.** before the Honorable Randall J. Newsome, at the United States Bankruptcy Court for the District of Nevada, Foley Federal Bldg, 2nd Floor, Courtroom 4, 300 Las Vegas Boulevard South, Las Vegas, Nevada.

**Each party shall serve upon the other parties and by no later than 2:00 p.m. on April 9, 2009 LODGE with chambers, DO NOT FILE WITH THE CLERK'S OFFICE, a Settlement Conference Statement of no longer than 10 pages in length, excluding exhibits.  Chambers is located at 1300 Clay Street, Courtroom 220, Oakland, California.**

Subject to restrictions on document size, the Settlement Conference Statement may be **LODGED** via an e-mail attachment in a PDF, WordPerfect or MS Word format sent to laura_lee@canb.uscourts.gov or to ron_mastroianni@canb.uscourts.gov.  Such e-mail address may be utilized only to **LODGE** a Settlement Conference Statement and may **NOT** be utilized to communicate with the Court regarding this or any other matter.  Contact chambers at 510-879-3530 or 510-879-3532 **at least one day in advance of the lodging deadline** to make arrangements to **LODGE** a Settlement

Conference Statement.

## Contents of Settlement Conference Statement

The Settlement Conference Statement shall set forth in the upper right hand corner: **"CONFIDENTIAL - NOT TO BE FILED PURSUANT TO ORDER OF THE COURT - LODGE WITH THE CHAMBERS OF JUDGE NEWSOME."**

The Settlement Conference Statement shall contain information which would be helpful to the settlement judge, including:

(a)  A brief statement of the facts specifying those facts upon which the parties agree and the major facts in dispute;

(b)  A brief statement of the claims and defenses, with citation of particular statutory or other authority which is controlling in the matter;

(c)  The specific relief sought;

(d)  An estimate of the cost and time to be expended for further discovery, pretrial and trial;

(e)  The history of past settlement discussions, including disclosure of prior and any presently outstanding offers and demands;

(f)  Any presently scheduled dates for a further status conference, pretrial conference or for trial; and

(g)  Copies of any governing contracts or other documents which are central to the case.

Counsel should be prepared to present orally to the settlement judge a forthright evaluation of the likelihood of prevailing on claims and defenses.  Counsel who will participate in the trial of the matter must be present at the settlement conference.

## Appearance and Participation in the Settlement Conference

The person or persons having **FULL AND UNLIMITED** authority to settle the matter on behalf of each party shall appear in person at the settlement conference unless excused for good cause shown on written application received by the settlement judge no later than **March 26,  2009**, and  such application is granted.

Participation in the settlement conference by or on behalf of a person or entity other than a party

2

as stated on the service list attached hereto, is within the sole discretion of the settlement judge. A request for such non-party participation must be served upon the other parties and a copy lodged with Judge Newsome's chambers by no later than **March 26, 2009.** Any opposition to such request must be served upon the other parties and lodged with chambers by **April 2, 2009.** Contact chambers at 510-879-3530 or 510-879-3532 to make arrangements to lodge such pleadings. **Such additional participants shall fully comply with this *Order*.**

<b>Exchange of Settlement Offers</b>

By no later than **March 12, 2009**, the Plaintiff(s) shall, in good faith, provide the Defendant(s) with a written offer of settlement. By no later than **March 26, 2009**, the Defendant(s) shall, in good faith, provide the Plaintiff(s) with a written counter-offer. By no later than **April 2, 2009**, the parties shall provide the settlement judge with copies of the Plaintiff(s) settlement offer and the Defendant(s) counter-offer.

<b>Conclusion of Settlement Conference</b>

The settlement conference will not conclude absent leave of the settlement judge, who may continue the conference from time to time at the judge's discretion. The settlement judge may issue any order deemed appropriate to facilitate settlement or the expeditious resolution of the dispute. The parties must make a good faith attempt to settle the matter before the settlement conference. Failure to comply with the terms and spirit of this order may lead to the imposition of sanctions under Bankruptcy Rule 70l6 and Fed.R.Civ.P. 16(f).

**NOTE:** The parties shall have two weeks from the date of entry of this order to notify Judge Riegle's courtroom deputy, Darla Sharp, if the participants are not available on the scheduled date of the settlement conference. However, the date given will be the only available date for the parties to meet with Judge Newsome in Las Vegas. **If the parties do not notify Ms. Sharp of their unavailability for the scheduled date, no continuance of the settlement conference will be granted.**

**IT IS SO ORDERED**.

**END OF ORDER**

3

COURT SERVICE LIST

Copies noticed through ECF to:
    John Hinderaker
    Rob Charles
    Susan Scann

Copies noticed through BNC to:
    Geoffrey Berman
    Development Specialists, Inc.
    333 South Grand Avenue, Suite 4070
    Los Angeles, CA 90071-1544

4

# CERTIFICATE OF NOTICE

```
District/off: 0978-2        User: lakaswm         Page 1 of 1          Date Rcvd: Feb 26, 2009
Case: 06-10725             Form ID: pdf956        Total Served: 2
```

The following entities were served by first class mail on Feb 28, 2009.
               GEOFFREY BERMAN,   DEVELOPMENT SPECIALISTS, INC.,   333 SOUTH GRAND AVENUE, SUITE 4070,
               LOS ANGELES, CA  90071-1544
cr          +R J ROCCO,  12617 COTTAGEVILLE LANE,   KELLER, TX 76248-1711

The following entities were served by electronic transmission.
NONE.                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 28, 2009**                       **Signature:**