**Entered on Docket
March 02, 2009**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR[1] |
| USA Commercial Mortgage Company, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[2] |
| USA Capital Realty Advisors, LLC,[1] | Case No. BK-S-06-10729-LBR[3] |
| USA Capital Diversified Trust Deed Fund, LLC, | CHAPTER 11 |
| USA Capital First Trust Deed Fund, LLC,[2] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA Securities, LLC,[3] | |
| Debtors. | **ORDER SUSTAINING SECOND OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED UPON INVESTMENT IN THE ROAM DEVELOPMENT GROUP, LP LOAN** |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Hearing Date: February 20, 2009<br>Hearing Time: 9:30 a.m. |

---

[1] This bankruptcy case was closed on October 12, 2007.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 26, 2007.

251843.1

Pending before the Court is the USACM Liquidating Trust's Second Omnibus Objection to Proofs of Claim Based Upon Investment in the Roam Development Group, LP Loan (the "Objection") [DE 6704]. Adequate notice of the Objection was given. No responses were filed to the Objection and no opposition was raised to the Objection at the hearing on February 20, 2009. Good cause appearing,

IT IS ORDERED that the Objection is sustained and the Proofs of Claim listed on Exhibit A attached are allowed to the extent Exhibit A shows there was "unremitted principal" owed to the claimant. The remainder of the claims listed on Exhibit A are disallowed.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ John Hinderaker (#18024)
Rob Charles
John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

251843.1

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of approval under LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in the case.

☒ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing, and any trustee appointed in the case, and each has approved or disapproved the order, or failed to respond, as indicated below:

**LEWIS AND ROCA LLP**

By: /s/ John Hinderaker (#18024)
  Rob Charles
  John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

251843.1

ROAM DEVELOPMENT LOAN
SECOND OMNIBUS OBJECTION

## EXHIBIT A
Single Loan Claims

| Claim | Name | Address | Total Claim Amount | Unremitted Principal | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|
| 10725-00999 | Georges 1987 Trust Dtd 12/23/87 | c/o Leonard J. and Jean Georges Co-Ttees 701 Rancho Cir Las Vegas, NV 89107-4619 | $200,000.00 | $2,525.44 | $197,474.56 |
| 10725-01429 | Nancy Golden | 5524 Rainer St Ventura, CA 93003 | $65,000.00 | $631.36 | $64,368.64 |
| 10725-00446 | Jane Hendler | 4154 Saint Clair Ave. Studio City, CA 91604-1607 | $71,160.43 | $0 | $71,160.43 |
| 10725-00447 | Jane Hendler | 4154 St Clair Ave. Studio City, CA 91604 | $71,160.43 | $820.77 | $70,399.66 |
| 10725-01452 | Barbara J. Kewell Trust Dated 7/18/89 | c/o Thomas Kewell 1620 Colchester St. Danville, CA 94506 | $50,439.42 | $631.36 | $49,808.06 |
| 10725-02533 | The Thomas D Lynch 1995 | Revocable Living Trust c/o Thomas D. Lynch Trustee 1011 Armadillo Ct Henderson, NV 89015-9446 | $8,773.73 | $2,525.44 | $6,248.29 |
| 10725-00533 | Andrea T. Mancuso Family Limited Partnership | c/o Andra Mancuso General Partner P.O. Box 981840 Park City, UT 84098-1840 | $250,000.00 | $3,156.80 | $246,843.20 |
| 10725-00876 | John M. and Linda S. Marston | 12441 Road 44 Mancos, CO 81328 | $98,627.57 | $1,262.72 | $97,364.85 |
| 10725-01571 | Molitch 1997 Trust | 2251 N. Rampart Blvd. #185 Las Vegas, NV 89128 | $237,500.00 | $2,525.44 | $234,974.56 |
| 10725-02513 | NBNA Unique Properties LLC | 74478 Highway 111 # 342 Palm Desert, CA 92260-4112 | $180,000.00 | $1,894.08 | $178,105.92 |

243772.1