DEL VALLE – ISLETON LOAN
FIRST OMNIBUS OBJECTION

# EXHIBIT A
Single Loan Claim

| Claim | Name | Address | Total Claim Amount | Unremitted Principal to be Allowed as Claim | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|
| **10725-00074** | William A. Downey | 3637 Lanch Avenue, #3 So. Lake Tahoe, CA 96150 | $51,866.68 | $0 | $51,866.68 |
| **10725-01897** | Floyd M. Spindle | 706 NE 22nd Street Grand Prairie, TX 75050-4001 | $52,753.62 | $2,463.77 | $50,289.85 |