DEL VALLE – ISLETON LOAN
SECOND OMNIBUS OBJECTION

# EXHIBIT A
Multiple Loan Claim

| Claim | Name | Address | Total Claim Amount | Total Claim Amount Relating to Del Valle – Isleton Loan | Unremitted Principal | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| 10725-02215 | Charles B Anderson Trust | Jones Vargas Attn: Janet L Chubb, Esq. P.O. Box 281 Reno, NV 89504 | $183,340.38 | $16,714.49 | $14,955.07 | $1,759.42 |
| 10725-02178 | Marshal Brecht Trust Dtd 2/5/86 | Marshall J. and Janet L. Brecht Trustees 640 Colonial Circle Fullerton, CA 92835 | $3,418,022.00 | $100,000.00 | $2,463.77 | $97,536.23 |
| 10725-01649 | Church of the Movement of Spiritual Inner Awarness | P.O. Box 513935 Los Angeles, CA 90051 | $125,000.00 | $25,000.00 | $4,927.54 | $20,072.46 |
| 10725-01892 | Dalton Trust Dtd 1/7/94 | c/o Bert A. Stevenson Trustee 500 N. Estrella Pkwy., Suite B2 405 Goodyear, AZ 85338-4135 | Prof of Claim Unclear | Proof of Claim Unclear | $2,956.52 | Total amount related to Del Valle-Isleton |
| 10725-02085 | Nancy R. Davis Defined Benefit Plan | c/o Nancy R. Davis Trustee 12291 Prosser Dam Rd Truckee, CA 96161 | $279,063.50 | $177,972.00 | $4,927.54 | $173,044.46 |
| 10725-02368 | William Downey | 3637 Larch Ave, Ste 3 S. Tahoe, CA 96150 | $800,328.86 | $100,000.00 | $2,463.77 | $97,536.23 |
| 10725-02166 | Robert G. Fuller IRA | First Savings Bank Custodian 5172 English Daisy Way Las Vegas, NV 89142 | $216,544.66 | $120,000.00 | $2,956.52 | $117,043.48 |
| 10725-02096 | Robert G. Fuller IRA | First Savings Bank Custodian 5172 English Daisy Way Las Vegas, NV 89142-2740 | $216,544.66 | $120,000.00 | $0 | $120,000.00 |
| 10725-01677 | Michael Goodwin | 555 Yellow Pine Rd Reno, NV 89511 | $454,405.00 | Proof of Claim Unclear | $0 | Total Amount related to Del Valle-Isleton |

242999.1

DEL VALLE – ISLETON LOAN
SECOND OMNIBUS OBJECTION

# EXHIBIT A
Multiple Loan Claim

| Claim | Name | Address | Total Claim Amount | Total Claim Amount Relating to Del Valle – Isleton Loan | Unremitted Principal | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| **10725-02162** | Michael John Goodwin | 555 Yellow Pine Rd Reno, NV 89511-3714 | $1,011.076.40 | $100,000.00 | $2,463.77 | $97,536.23 |
| **10725-01541** | Graham Family Trust Dtd 10/26/78 | Robin B. and Celia Allen Graham Ttees 1460 Twinridge Rd Santa Barbara, CA 93111-1223 | $503,808.00 | $50,000.00 | $9,855.07 | $40,144.93 |

2

242999.1