DEL VALLE – ISLETON LOAN
THIRD OMNIBUS OBJECTION

# EXHIBIT A
Multiple Loan Claim

| Claim | Name | Address | Total Claim Amount | Total Claim Amount Relating to Del Valle – Isleton Loan | Unremitted Principal | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| 10725-01687 | Homfeld II LLC | 2515 N Atlantic Blvd. Fort Lauderdale, FL 33305-1911 | $2,861,221.63 | $5,507.25 | $4,927.54 | $579.71 |
| 10725-02187 | Melvin J. and Evelyn A. Ives Bypass Trust Dtd 1/6/93 | Evelyn A. Ives Trustee 220 First Street #3 Seal Beach, CA 90740 | $450,000.00 | $47,246.00 | $2,463.77 | $44,782.23 |
| 10725-02124 | Joy Investment Inc., a Nevada Corporation | 8080 Harborview Rd Blaine, WA 98230 | $1,818,940.00 | $507,000.00 | $12,491.30 | $494,508.70 |
| 10725-01660 | Robert J. and Ruth Ann Kehl | Janet L. Chubb, Esq. Jones Vargas P.O. Box 281 Reno, NV 89504-0281 | $12,841,680.13 | $600,000.00 | $0 | $600,000.00 |
| 10725-02044 | Dominique Naylon | P.O. Box 2 Topaz, CA 96133 | $1,168,297.62 | $100,000.00 | $0 | $100,000.00 |
| 10725-02304 | Erven J. Nelson Ltd Psp Dtd 10/31/72 | c/o Erven J. Nelson Trustee 2023 West Aspiration Point St George, UT 84790 | $500,000.00 | $200,000.00 | $4,927.54 | $195,072.46 |
| 10725-02150 | Newman Family Trust Dtd 9/30/97 | Larry J. and Elsie D. Newman Ttees 1775 Autumn Valley Way Reno, NV 89523 | $1,000,238.46 | $127,972.00 | $0 | $127,972.00 |
| 10725-02423 | Donald H. Pinsker | 8650 W. Verde Way Las Vegas, NV 89149-4145 | $1,633,057.16 | $200,000.00 | $0 | $200,000.00 |
| 10725-01912 | Sheldon and Marion G. Portman Trust Dtd 11/1/85 | Sheldon and Marion G. Portman Ttees 9505 City Hill Court Las Vegas, NV 89134-1171 | $2,721,699.28 | Proof of Claim Unclear | $4,927.54 | Total amount related to Del Valle-Isleton |
| 10725-01419 | S&P Davis Limited Partnership | 737 Bannerman Lane Ft. Mill, SC 29715 | $419,981.00 | $25,000.00 | $0 | $25,000.00 |
| 10725-01894 | Bert Stevenson | 500 N Estrella Pkwy. Suite B2-405 Goodyear, AZ 85338 | $1,101,205.82 | $66,250.00 | $0 | $66,250.00 |

243034.1