DEL VALLE – ISLETON LOAN
FOURTH OMNIBUS OBJECTION

# EXHIBIT A
Multiple Loan Claim

| Claim | Name | Address | Total Claim Amount | Total Claim Amount Relating to Del Valle – Isleton Loan | Unremitted Principal | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| **10725-01412** | Wildwater Limited Partnership | c/o Eric Ronning P.O. Box 7804 Incline Village, NV 89452 | $42,884.61 | $2,753.62 | $0 | $2,753.62 |
| **10725-02123** | Universal Management Inc., a Nevada Corp. | 8080 Harborview Rd Blaine, WA  98230 | $1,438,118.00 | $400,000.00 | $9,855.07 | $390,144.93 |
| **10725-02040** | Joseph G. and Carol A. Zappulla | 3022 West Redwood Lane Phoenix, AZ  85045 | $1,409,625.48 | $200,000.00 | $4,927.54 | $195,072.46 |
| **10725-01412** | Wildwater Limited Partnership | c/o Eric Ronning P.O. Box 7804 Incline Village, NV 89452 | $42,884.61 | $2,753.62 | $0 | $2,753.62 |
| **10725-02123** | Universal Management Inc., a Nevada Corp. | 8080 Harborview Rd Blaine, WA  98230 | $1,438,118.00 | $400,000.00 | $9,855.07 | $390,144.93 |
| **10725-02040** | Joseph G. and Carol A. Zappulla | 3022 West Redwood Lane Phoenix, AZ  85045 | $1,409,625.48 | $200,000.00 | $4,927.54 | $195,072.46 |

243036.1