# DEL VALLE – ISLETON LOAN

## EXHIBIT A
### DECLARATION OF EDWARD M. BURR

| Claim | Name | Address | Total Claim Amount | Total Claim Amount Relating to Del Valle – Isleton Loan | Unremitted Principal to be Allowed as a Claim | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| 10725-02215 | Charles B Anderson Trust | Jones Vargas Attn: Janet L Chubb, Esq. P.O. Box 281 Reno, NV 89504 | $183,340.38 | $16,714.49 | $14,955.07 | $1,759.42 |
| 10725-02178 | Marshal Brecht Trust Dtd 2/5/86 | Marshall J. and Janet L. Brecht Trustees 640 Colonial Circle Fullerton, CA 92835 | $3,418,022.00 | $100,000.00 | $2,463.77 | $97,536.23 |
| 10725-01649 | Church of the Movement of Spiritual Inner Awarness | P.O. Box 513935 Los Angeles, CA 90051 | $125,000.00 | $25,000.00 | $4,927.54 | $20,072.46 |
| 10725-01892 | Dalton Trust Dtd 1/7/94 | c/o Bert A. Stevenson Trustee 500 N. Estrella Pkwy., Suite B2 405 Goodyear, AZ 85338-4135 | Proof of Claim Unclear | Proof of Claim Unclear | $2,956.52 | Total amount related to Del Valle-Isleton |
| 10725-02085 | Nancy R. Davis Defined Benefit Plan | c/o Nancy R. Davis Trustee 12291 Prosser Dam Rd Truckee, CA 96161 | $279,063.50 | $177,972.00 | $4,927.54 | $173,044.46 |
| 10725-02368 | William Downey | 3637 Larch Ave, Ste. 3 S. Tahoe, CA 96150 | $800,328.86 | $100,000.00 | $2,463.77 | $97,536.23 |
| 10725-00074 | William A. Downey | 3637 Lanch Ave, #3 S Lake Tahoe, CA 96150 | $51,866.68 | $51,866.68 | $0 | $51,866.68 |
| 10725-02096 | Robert G. Fuller IRA | First Savings Bank Custodian 5172 English Daisy Way Las Vegas, NV 89142-2740 | $216,544.66 | $120,000.00 | $0 | $120,000.00 |
| 10725-02166 | Robert G. Fuller IRA | First Savings Bank Custodian 5172 English Daisy Way Las Vegas, NV 89142 | $216,544.66 | $120,000.00 | $2,956.52 | $117,043.48 |
| 10725-01677 | Michael Goodwin | 555 Yellow Pine Rd Reno, NV 89511 | $454,405.00 | Proof of Claim Unclear | $0 | Total amount related to Del Valle-Isleton |

243037.1

DEL VALLE – ISLETON LOAN

# EXHIBIT A
DECLARATION OF EDWARD M. BURR

| Claim | Name | Address | Total Claim Amount | Total Claim Amount Relating to Del Valle – Isleton Loan | Unremitted Principal to be Allowed as a Claim | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| 10725-02162 | Michael John Goodwin | 555 Yellow Pine Rd Reno, NV 89511 | $1,011,076.40 | $100,000.00 | $2,463.77 | $97,536.23 |
| 10725-01541 | Graham Family Trust Dtd 10/26/78 | Robin B. and Celia Allen Graham Ttees 1460 Twinridge Rd Santa Barbara, CA 93111-1223 | $503,808.00 | $50,000.00 | $9,855.07 | $40,144.93 |
| 10725-01687 | Homfeld II LLC | 2515 N Atlantic Blvd. Fort Lauderdale, FL 33305-1911 | $2,861,221.63 | $5,507.25 | $4,927.54 | $579.71 |
| 10725-02187 | Melvin J. and Evelyn A. Ives Bypass Trust Dtd 1/6/93 | Evelyn A. Ives Trustee 220 First Street #3 Seal Beach, CA 90740 | $450,000.00 | $47,246.00 | $2,463.77 | $44,782.23 |
| 10725-02124 | Joy Investment Inc., a Nevada Corporation | 8080 Harborview Rd Blaine, WA 98230 | $1,818,940.00 | $507,000.00 | $12,491.30 | $494,508.70 |
| 10725-01660 | Robert J. and Ruth Ann Kehl | Janet L. Chubb, Esq. Jones Vargas P.O. Box 281 Reno, NV 89504-0281 | $12,841,680.13 | $600,000.00 | $0 | $600,000.00 |
| 10725-02044 | Dominique Naylon | P.O. Box 2 Topaz, CA 96133 | $1,168,297.62 | $100,000.00 | $0 | $100,000.00 |
| 10725-02304 | Erven J. Nelson Ltd Psp Dtd 10/31/72 | c/o Erven J. Nelson Trustee 2023 West Aspiration Point St George, UT 84790 | $500,000.00 | $200,000.00 | $4,927.54 | $195,072.46 |
| 10725-02150 | Newman Family Trust Dtd 9/30/97 | Larry J. and Elsie D. Newman Ttees 1775 Autumn Valley Way Reno, NV 89523 | $1,000,238.46 | $127,972.00 | $0 | $127,972.00 |
| 10725-02423 | Donald H. Pinsker | 8650 W. Verde Way Las Vegas, NV 89149-4145 | $1,633,057.16 | $200,000.00 | $0 | $200,000.00 |

243037.1

DEL VALLE – ISLETON LOAN

# EXHIBIT A
## DECLARATION OF EDWARD M. BURR

| Claim | Name | Address | Total Claim Amount | Total Claim Amount Relating to Del Valle – Isleton Loan | Unremitted Principal to be Allowed as a Claim | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| **10725-01912** | Sheldon and Marion G. Portman Trust Dtd 11/1/85 | Sheldon and Marion G. Portman Ttees 9505 City Hill Court Las Vegas, NV 89134-1171 | $2,721.699.28 | Proof of Claim Unclear | $4,927.54 | Total Amount Releated to Del Valle-Isleton |
| **10725-01419** | S&P Davis Limited Partnership | 737 Bannerman Lane Ft. Mill, SC 29715 | $419,981.00 | $25,000.00 | $0 | $25,000.00 |
| **10725-01897** | Floyd M. Spindle | 706 NE 22nd Street Grand Prairie, TX 75050-4001 | $52,753.62 | $52,753.62 | $2,463.77 | $50,289.85 |
| **10725-01894** | Bert Stevenson | 500 N Estrella Pkwy. Suite B2-405 Goodyear, AZ 85338 | $1,101,205.82 | $66,250.00 | $0 | $66,250.00 |
| **10725-02123** | Universal Management Inc., a Nevada Corp. | 8080 Harborview Rd Blaine, WA 98230 | $1,438,118.00 | $400,000.00 | $9,855.07 | $390,144.93 |
| **10725-01412** | Wildwater Limited Partnership | c/o Eric Ronning P.O. Box 7804 Incline Village, NV 89452 | $42,884.61 | $2,753.62 | $0 | $2,753.62 |
| **10725-02040** | Joseph G. and Carol A. Zappulla | 3022 W Redwood Ln Phoenix, AZ 85045 | $1,409,625.48 | $200,000.00 | $4,927.54 | $195,072.46 |

243037.1