**LEWIS AND ROCA LLP — LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 0065934
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 3/3/09

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                             Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Withdrawal of First, Second, Third, Fourth and Fifth Omnibus Objection to Proof of Claim Based Upon Investment in Copper Sage Commerce Center LLC Loan Except for Amounts Designated as "Unremitted Principal", Notice of Withdrawal and Notice of Vacated April 10, 2009 Hearing**<br><br>Date:    April 10, 2009<br>Time:   9:30 a.m.<br>Place:   Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada |

The USACM Liquidating Trust (the "Trust") withdraws the First, Second, Third, Fourth, and Fifth Omnibus Objection to Proof of Claim Based Upon Investment in Copper Sage Commerce Center LLC Loan Except for Amounts Designated as "Unremitted

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2023531.1

Principal" [DE 6796, 6798, 6800, 6802 and 6804], (the "Objections"). The objections erroneously combined two loans and some of the objections were therefore improper.

The hearing scheduled for April 10, 2009 at 9:30 a.m. has been vacated. No response to the objection is required and no one is required to appear at the hearing.

Dated: March 3, 2009.

**LEWIS AND ROCA LLP**

By: /s/ JH (#018024)
 Rob Charles, NV 6593
 John Hinderaker (*pro hac vice*)
 3993 Howard Hughes Parkway, Suite 600
 Las Vegas, Nevada  89169-5996
 Facsimile (702) 949-8321
 Telephone (702) 949-8320
 *Counsel for USACM Liquidating Trust*

Copy of the foregoing mailed
On March 3, 2009 to
All parties listed on the Objections

Lewis and Roca LLP

/s/Carrie Lawrence
 Carrie Lawrence

2023531.1