**Entered on Docket**
**March 02, 2009**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,[1]<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[2]<br><br>USA Securities, LLC,[3]<br>　　　　　　　　　　　　　Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING FIRST OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED UPON INVESTMENT IN THE ROAM DEVELOPMENT GROUP, LP LOAN**<br><br>Hearing Date: February 20, 2009<br>Hearing Time: 9:30 a.m. |

---

[1] This bankruptcy case was closed on October 12, 2007.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 26, 2007.

251842.1

251842.1

1  Pending before the Court is the USACM Liquidating Trust's First Omnibus
2  Objection to Proofs of Claim Based Upon Investment in the Roam Development Group,
3  LP Loan (the "Objection") [DE 6702]. Adequate notice of the Objection was given. No
4  responses were filed to the Objection and no opposition was raised to the Objection at the
5  hearing on February 20, 2009. Good cause appearing,

6  IT IS ORDERED that the Objection is sustained. The Proofs of Claim listed on
7  Exhibit A attached are allowed to the extent Exhibit A shows there was "unremitted
8  principal" owed to the claimant. The remainder of the claims listed on Exhibit A are
9  disallowed.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**


By: /s/ John Hinderaker (#18024)
    Rob Charles
    John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

- ☐ The Court waived the requirements of approval under LR 9021.
- ☐ No parties appeared or filed written objections, and there is no trustee appointed in the case.
- ☒ No opposition was filed to the motion and no other party or counsel appeared at the hearing.
- ☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing, and any trustee appointed in the case, and each has approved or disapproved the order, or failed to respond, as indicated below:

**LEWIS AND ROCA LLP**

By:   /s/ John Hinderaker (#18024)
        Rob Charles
        John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

ROAM DEVELOPMENT LOAN
FIRST OMNIBUS OBJECTION

## EXHIBIT A
### Single Loan Claims

| Claim | Name | Address | Total Claim Amount | Unremitted Principal | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|
| 10725-01620 | Kenneth Addes IRA | 100 W. Broadway, Apt 7V Long Beach, NY 11561-4019 | $113,417.22 | $1,262.72 | $112,154.50 |
| 10725-01143 | Joseph J. and Janice G. Argier | 2166 Montana Pine Dr Henderson, NV 89052-5800 | $100,000.00 | $1,262.72 | $98,737.28 |
| 10725-00963 | Donald G. and Bette Coleen Bevan | 1553 Springwater Dr Orem, UT 84058-5868 | $57,000.00 | $719.50 | $56,280.50 |
| 10725-00519 | Robert E. and Candith Brooks | 1405 14th Ave SW Minot, ND 58701-5781 | $54,000.00 | $631.36 | $53,368.64 |
| 10725-02094 | Kay M. Cantrell and Donald L Hess Jt Ten | 1818 Madero Dr The Villages, FL 32159 | $99,103.40 | $0 | $99,103.40 |
| 10725-00042 | Ross Deller | 1469 Harmony Hill Henderson, NV 89014 | $120,000.00 | $0 | $120,000.00 |
| 10725-00627 | Mark Daniel Donnolo | 6413 Hillside Brook Ave Las Vegas, NV 89130-1836 | $600,000.00 | $7,576.32 | $592,423.68 |
| 10725-00628 | Donnolo Family Trust Dtd 8/24/88 | Joseph and Loretta Donnolo Ttees 3120 Highland Falls Dr Las Vegas, NV 89134-7422 | $1,200,000.00 | $15,152.64 | $1,184,847.36 |
| 10725-02531 | David M. and Marcy P. Edwards Family Trust | c/o David M. Edwards and Marcy P. Edwards Trustees 9528 Yucca Blossom Dr Las Vegas, NV 89134-8937 | $50,000.00 | $631.36 | $49,368.64 |
| 10725-01387 | Dan and Sandra M. Everett | 921 Crystal Ct Foster City, CA 94404 | $50,000.00 | $631.36 | $49,368.64 |

243089.1