**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 18024
Email:jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 3/4/2009

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,[1]<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[2]<br><br>USA Securities, LLC,[3]<br>         Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Status And Agenda For March 6, 2009 Hearings**<br><br>Hearing Date:  March 6, 2009<br>Hearing Time: 9:30 a.m.<br>        10:30 a.m. |

**Agenda for 9:30 a.m.**

  1. **Motion to Strike USACM LIQUIDATING TRUST'S Motion to Strike Defendant MICHAEL PETERSEN'S Jury Demand:** Adv. 08-01134-lbr, USACM Liquidating Trust et al v. Petersen et al

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

1

2021924.1

| | | |
|---|---|---|
| **Motion Filed:** 2/06/09 | Motion to Strike *USACM LIQUIDATING TRUST'S Motion to Strike Defendant MICHAEL. PETERSEN'S Jury Demand with Certificate of Service* Filed by ERIC D. MADDEN on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USACM LIQUIDATING TRUST   [DE 71] | |
| **Status** | Continued to March 20, 2009 at 9:30 a.m. at February 23, 2009 hearing | |

### Agenda for 10:30 a.m.

   1.   **Status Hearing:**  Adv. 06-01247-lbr, Kehl et al v. Milanowski et al

| | |
|---|---|
| **Complaint filed:** 12/11/06 | Adversary case 06-01247. Complaint Filed by Robert J. Kehl, Ruth Ann Kehl, Robert A. Kehl, Christina "Tina" M. Kehl, Krystina L. Kehl, Daniel J. Kehl, Kevin A. Kehl, Susan L. Kehl, Christina M. Kehl, Patrick J. Anglin, Cynthia A. Winter, Kehl Development Corporation, Judy A. Bonnet, Kevin A. McKee, Pamela J. McKee, Warren Hoffman Family Investments, LP, Andrew R. Kehl vs. USA COMMERCIAL MORTGAGE COMPANY, A NEVADA CORPORATION, JOSEPH MILANOWSKI, THOMAS A HANTGES  [DE 1] |
| **Virtual Minute Entry filed:** 11/18/08 | **Virtual Minute Entry in reference to hearing On: 11/18/2008**  CONTINUED Status hearing to be held on 03/06/2009 at 10:30 AM at LBR-Courtroom 1, Foley Federal Bldg.  [DE 17] |
| **Status** | |

   2.   **Status Hearing:**  Adv. 08-01127-lbr, USACM Liquidating Trust v. Amesburyport Corporation

| | |
|---|---|
| **Order filed:** 2/05/09 | Order Setting Status Hearing. Status hearing to be held on 3/6/2009 at 10:30 AM at LBR-Courtroom 1, Foley Federal Bldg.  [DE 22] |
| **Status** | Trust is ready to proceed |

2021924.1

LEWIS AND ROCA LLP LAWYERS

3.  **Status Hearing Re: Complaint:** Adv. 08-01131-lbr, USACM Liquidating Trust v. Bingham McCutchen, LLP

| | |
|---|---|
| **Complaint filed:** 4/11/08 | Adversary case 08-01131. Complaint Filed by USACM LIQUIDATING TRUST vs. BINGHAM MCCUTCHEN, LLP [DE 1] |
| **Order filed:** 2/05/09 | Order Setting Hearing. Status hearing to be held on 2/20/2009 at 10:30 AM at LBR-Courtroom 1, Foley Federal Bldg. [DE 26] |
| **Status** | Trust is ready to proceed |

4.  **Motion to Exclude Plaintiff's Untimely Amended Expert Report, or in the Alternative, for 30 Days From Entry of Order to Serve a Rebuttal Expert Report, Plus Sanctions:** Adv. 08-01131-lbr, USACM Liquidating Trust v. Bingham McCutchen, LLP

| | |
|---|---|
| **Motion filed:** 2/9/09 | Motion to Exclude *Plaintiff's Untimely Amended Expert Report, or in the Alternative, for 30 Days From Entry of Order to Serve a Rebuttal Expert Report, Plus Sanctions* Filed by RYAN J. WORKS on behalf of BINGHAM MCCUTCHEN, LLP [DE 28] |
| **Opposition filed:** 2/17/09 | Opposition *USACM LIQUIDATING TRUST's Opposition to Defendant's Motion to Exclude With Certificate Of Service* Filed by JON MAXWELL BEATTY on behalf of USACM LIQUIDATING TRUST [DE 32] |
| **Stipulation filed:** 2/26/09 | Stipulation By BINGHAM MCCUTCHEN, LLP and Between USACM LIQUIDATING TRUST *and Proposed Order* Filed by RYAN J. WORKS on behalf of BINGHAM MCCUTCHEN, LLP [DE 36] |
| **Reply filed:** 3/3/09 | Reply *in Support of Motion to Exclude Plaintiff's Untimely Amended Expert Report, or in the Alternative, for 30 Days From Entry of Order to Serve a Rebuttal Expert Report, Plus Sanctions* Filed by RYAN J. WORKS on behalf of BINGHAM MCCUTCHEN, LLP [DE 39] |
| **Status** | Trust is ready to proceed |

2021924.1

5. **Amended Motion to Stay Pending Determination of Arbitrability, or Alternatively, to Dismiss or Stay Proceedings Pending Arbitration:** Adv. 08-01135-lbr, USACM Liquidating Trust et al v. Wells Fargo Bank, N.A.

| | |
|---|---|
| **Amended Motion filed:** 2/20/09 | Amended Motion To Stay *Pending Determination of Arbitrability, or Alternatively, to Dismiss or Stay Proceedings Pending Arbitration* with Certificate of Service Filed by MICHAEL W. O'DONNELL on behalf of WELLS FARGO BANK, N.A.  [DE 104] |

**Status**

Dated March 4, 2009.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
John Hinderaker, AZ 18024 (*pro hac vice*)
*Counsel for USACM Liquidating Trust*

PROOF OF SERVICE

COPY of the aforementioned sent via e-mail or U.S. First Class Mail on March 4, 2009 to the parties listed on Post-Effective Official Service List for Limited Notice No. 4 Dated January 8, 2008.

/s/ Carrie Lawrence
Carrie Lawrence
Lewis and Roca LLP

2021924.1