# LEWIS
### AND
# ROCA
—— LLP ——
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email:  RCharles@LRLaw.com

*Attorneys for USACM Liquidating Trust*

E-Filed on 3/4/09

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br>USA Capital Realty Advisors, LLC,[1]<br>USA Capital Diversified Trust Deed Fund, LLC,<br>USA Capital First Trust Deed Fund, LLC,[2]<br>USA Securities, LLC,[3]<br>                 Debtors.<br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER GRANTING MOTION TO APPROVE SETTLEMENT WITH DEBT ACQUISITION COMPANY OF AMERICA V, LLC** |

     **PLEASE TAKE NOTICE** that an Order Granting Motion to Approve Settlement With Debt Acquisition Company of America V, LLC [DE 6893] was entered on the 4th day of March, 2009, a true and correct copy of which is attached hereto as Exhibit A.

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

1

2025311.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

RESPECTFULLY SUBMITTED March 4, 2009.

LEWIS AND ROCA LLP

By  /s/ *Rob Charles*  (#006593)
Rob Charles
*Attorneys for USACM Liquidating Trust*
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
702-949-8320

Copy of the foregoing served via e-mail,
on March 4, 2009, addressed to:

**LISA A. RASMUSSEN**
LAW OFFICE OF LISA RASMUSSEN
616 SO 8TH STREET
LAS VEGAS, NV 89101
lisa@lrasmussenlaw.com

**JEANETTE E. McPHERSON**
SCHWARTZER & MCPHERSON LAW FIRM
2850 S. JONES BOULEVARD, SUITE 1
LAS VEGAS, NV 89146
jmcpherson@s-mlaw.com

**DEAN T. KIRBY, JR.**
KIRBY & McGUINN, A P.C.
707 BROADWAY, SUITE 1750
SAN DIEGO, CA 92101-5393
dkirby@kirbymac.com

/s/ Carrie Lawrence
Lewis and Roca LLP

2

2025311.1