Jeffrey A. Cogan, Esq.      **E-filed on March 5, 2009**
Nevada Bar No. 4569
3990 Vegas Drive
Las Vegas, NV 89108
Telephone: (702) 474-4220
Facsimile:  (702) 474-4228
E-mail: jeffrey@jeffreycogan.com
Attorney for Creditor, ALFRED OLSEN, JR.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>    Debtor.<br>_____ | **Case No.: BK-S-06-10725-LBR**<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>    Debtor.<br>_____ | Chapter 11<br><br>**Jointly Administered Under**<br>**Case No. BK-S-06-10725-LBR** |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br><br>    Debtor.<br>_____ | Date: April 10, 2009<br>Time: 9:30 a.m. |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND,<br>LLC,<br><br>    Debtor.<br>_____ | |
| In re:<br>USA SECURITIES, LLC,<br><br>    Debtor.<br>_____ | **NOTICE OF**<br>**MOTION TO INTERPRET THE**<br>**USA CAPITAL**<br>**REORGANIZATION**<br>**PLAN WITH RESPECT TO**<br>**PROFESSIONALS LIABILITY** |
| Affects:<br>☒  All Debtors<br>_____ | |

NOTICE IS HEREBY GIVEN that a MOTION TO INTERPRET THE USA

CAPITAL REORGANIZATION PLAN WITH RESPECT TO PROFESSIONALS

LIABILITY was filed on the 5th day of March, 2009, by Jeffrey A. Cogan, Esq.

Any opposing memorandum must be filed pursuant to Local Rule 9013(e)(1).   Local Rule 9013(e)(1): "Except for motions made pursuant to Fed.R.Bank.P. 7056 and LR 7056, an opposition to a motion must be filed and service completed upon the movant not more than fifteen (15) days after service of the motion, (eighteen (18) days if service of the motion is by mail pursuant to FRBP 9006(e) and (f), but in no event later than five (5) business days before the date set for the hearing so that the movant receives the opposition no less than five (5) business days before the hearing date or within the time otherwise fixed by the court.   The opposition must set forth all relevant facts and must contain a legal memorandum.   An opposition may be supported by affidavits or declarations that conform to the provisions of subsection (d) of this rule."

If an objection is not timely filed and served, the relief requested may be granted without a hearing.   LR 9013(a)(1) and LR 9013(c)(1)(E).

If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the court.   You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and

- The court may *rule against you* without formally calling the matter at the hearing.

NOTICE IS FURTHER GIVEN that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building located at 300 Las

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  Vegas Boulevard South, Las Vegas, Nevada, 3rd Floor, Courtroom 1, on the 10th day of April,

2  2009, at the hour of 9:30 a.m.

3          Dated this 5th day of March, 2009.

4                          **JEFFREY A. COGAN, ESQ., LTD.**

5

6                          By: _/s/ Jeffrey A. Cogan, Esq._
                                Jeffrey A. Cogan, Esq.
7                               Nevada Bar No. 4569
                                3990 Vegas Drive
8                               Las Vegas, Nevada  89108
                                Attorney for Creditor, ALFRED OLSEN, JR.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

1.    On March 5, 2009, I served the following document(s): **NOTICE OF MOTION TO INTERPRET THE USA CAPITAL REORGANIZATION PLAN WITH RESPECT TO PROFESSIONALS LIABILITY and Certificate of Service**

2.    I served the above-named document(s) by the following means to the persons as listed below:

*(Check all that apply)*

☒    **a.  ECF System** (*you must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)

MICHELLE L. ABRAMS on behalf of Cross Defendant ROCKLIN/REDDING LLC

mabrams@mabramslaw.com

FRANKLIN C. ADAMS on behalf of Creditor JAMES CORISON

franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L. ALLF on behalf of Creditor SHARON JUNO

nancy_allf@gshllp.com, karen_lawrence@gshllp.com;angela_nakamura@gshllp.com

FRANK A. ANDERSON on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION

anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH on behalf of Defendant ASHBY USA, LLC

oatamoh@nevadafirm.com,

bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com;rmoss@nevadafirm.com

JON MAXWELL BEATTY on behalf of Plaintiff USACM LIQUIDATING TRUST

mbeatty@diamondmccarthy.com

BMC GROUP, INC.

ecf@bmcgroup.com, mjohn@bmcgroup.com


GEORGANNE W. BRADLEY on behalf of Defendant COMPASS PARTNERS LLC

georganne.bradley@bullivant.com, mary.opatrny@bullivant.com


KELLY J. BRINKMAN on behalf of Creditor GOOLD PATTERSON ALES ROADHOUSE, & DAY

kbrinkman@gooldpatterson.com


ANDREW M. BRUMBY on behalf of Creditor STANDARD PROPERTY DEVELOPMENT, LLC

abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com


LOUIS M. BUBALA on behalf of Creditor BALTES COMPANY

lbubala@jonesvargas.com, tbw@jonesvargas.com;bcopeland@jonesvargas.com


MATTHEW Q. CALLISTER on behalf of Interested Party PROJECT DISBURSEMENT GROUP,

INC.

mqc@callister-reynolds.com, maggie@callister-reynolds.com;jrammos@callister-reynolds.com


CANDACE C CARLYON on behalf of Creditor WELLS FARGO BANK OF NEVADA AND

WELLS FARGO BANK

ltreadway@sheacarlyon.com,

ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;manthony@sheacarlyon.com;rmsmith

@sheacarlyon.com;swinder@sheacarlyon.com;dclimer@sheacarlyon.com;cmuniz@sheacarlyon.com


MICHAEL W. CARMEL

michael@mcarmellaw.com, nancy@mcarmellaw.com;ritkin@steptoe.com

ROB CHARLES on behalf of Attorney LEWIS AND ROCA LLP

rcharles@lrlaw.com, cjordan@lrlaw.com


MICHAEL W. CHEN on behalf of Creditor HSBC AUTO FINANCE

yvette@ccfirm.com


KEVIN B. CHRISTENSEN on behalf of Creditor ROSEBERRY FAMILY LP

kbchrislaw@aol.com


JANET L. CHUBB on behalf of Creditor BALTES COMPANY

tbw@jonesvargas.com


JANET L. CHUBB on behalf of Plaintiff KEVIN KEHL

tbw@jonesvargas.com


JEFFREY A. COGAN on behalf of Creditor Alfred Olsen, Jr.

jeffrey@jeffreycogan.com, beau@jeffreycogan.com,beaudocs@cox.net


DAVID A. COLVIN on behalf of Defendant ALABRUJ LIMITED PARTNERSHIP

mwalters@marquisaurbach.com,

dcolvin@marquisaurbach.com;kgallegos@marquisaurbach.com;tszostek@marquisaurbach.com


WILLIAM D COPE on behalf of Creditor COPE & GUERRA

cope_guerra@yahoo.com


THOMAS W. DAVIS on behalf of Creditor BEADLE, MCBRIDE & REEVES, LLP

twd@h2law.com

LAUREL E. DAVIS on behalf of Interested Party CANEPA GROUP

ldavis@fclaw.com, mhurtado@fclaw.com;mlafrena@fclaw.com


DEBT ACQUISITION COMPANY OF AMERICA V, LLC (aw)

awhatnall@daca4.com


J CRAIG DEMETRAS on behalf of Creditor PAUL LINNEY

JCD@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras-oneill.com


ALLAN B. DIAMOND on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED

CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY

adiamond@diamondmccarthy.com


RICHARD I. DREITZER on behalf of Interested Party STATE OF NEVADA DEPARTMENT OF

BUSINESS AND INDUSTRY

richard.dreitzer@bullivant.com


BRIAN P. EAGAN on behalf of Defendant EAGLE RANCH RESIDENTIAL, LLC

beagan@sdfnvlaw.com, brian9397@aol.com


BRADLEY PAUL ELLEY on behalf of Creditor RETIREMENT ACCOUNTS, INC.

bpelleylawbk@sbcglobal.net, elnivnv@sbcglobal.net


THOMAS H. FELL on behalf of Attorney GORDON & SILVER, LTD.

BANKRUPTCYNOTICES@GORDONSILVER.COM;bknotices@gordonsilver.com


SCOTT D. FLEMING on behalf of Creditor GEORGE GAGE TRUST DATED 10-8-99

CArnold@hollandhart.com

DEAN V. FLEMING on behalf of Defendant WELLS FARGO BANK, N.A.

dfleming@fulbright.com, tflores@fulbright.com


GREGORY E GARMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF EQUITY

SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC

bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com


DOUGLAS D. GERRARD on behalf of Counter-Claimant SALVATORE REALE

DGERRARD@GERRARD-COX.COM, ekaymedellin@gerrard-cox.com;dwolford@gerrard-cox.com


WADE B. GOCHNOUR on behalf of Creditor LIBERTY BANK

WBG@h2law.com, bd@h2law.com;grm@h2law.com


LEIGH T GODDARD on behalf of Defendant TANAMERA RESORT PARTNERS, LLC

lgoddard@mcdonaldcarano.com, pmiller@mcdonaldcarano.com


CARLOS A. GONZALEZ on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION

carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Mary.Booker@usdoj.gov


GERALD M GORDON on behalf of Creditor Committee OFFICIAL COMMITTEE OF

EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY

bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com


R. VAUGHN GOURLEY on behalf of Creditor GATEWAY STONE ASSOCIATES, LLC

vgourley@lvcm.com

TALITHA B. GRAY on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY

CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY

bankruptcynotices@gordonsilver.com;bknotices@gordonsilver.com


JAMES D. GREENE on behalf of Creditor CAPITAL CROSSING BANK

jgreene@rsrslaw.com, mkemple@rsrslaw.com;jstarley@rsrslaw.com


MARK H. GUNDERSON on behalf of Creditor SPECTRUM FINANCIAL GROUP

creinebold@gundersonlaw.com


MARJORIE A. GUYMON on behalf of Creditor MOUNTAIN WEST MORTGAGE, LLC

bankruptcy@goldguylaw.com,

ckennon@goldguylaw.com;tracyg@goldguylaw.com;ldeeter@goldguylaw.com


PETER W. GUYON on behalf of Cross Defendant GREAT WHITE INVESTMENTS, NV, INC.

pguyon@yahoo.com


XANNA R. HARDMAN on behalf of Creditor ROSEBERRY FAMILY LP

xanna.hardman@gmail.com


STEPHEN R HARRIS on behalf of Creditor FRANK SNOPKO

noticesbh&p@renolaw.biz


JEFFREY L HARTMAN on behalf of Creditor DOUGLAS CARSON

notices@bankruptcyreno.com, dle@bankruptcyreno.com


WILLIAM H HEATON on behalf of Defendant SHOBER CONSULTING, INC.

will@nwhltd.com, denisse@nwhltd.com

1  BRIGID M. HIGGINS on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY

2  CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY

3  bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

4

5  JOHN HINDERAKER on behalf of Counter-Defendant USACM LIQUIDATING TRUST

6  JHinderaker@LRLaw.com, RCreswell@LRLaw.com

7

8  RICHARD F. HOLLEY on behalf of Creditor HALL FINANCIAL GROUP, LTD

9  rholley@nevadafirm.com,

10  paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.co

11  m

12

13  RANDOLPH L. HOWARD on behalf of Interested Party DAYCO FUNDING CORPORATION

14  rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

15

16  DAVID W. HUSTON on behalf of Defendant HOWARD CONNELL

17  dwh@hustonlaw.net

18

19  JASON A. IMES on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY

20  bkfilings@s-mlaw.com

21

22  ROBBIN L. ITKIN on behalf of Interested Party MICHAEL CARMEL

23  ritkin@steptoe.com,

24  khollingsworth@steptoe.com;keckert@steptoe.com;jgoldman@steptoe.com;kpiper@steptoe.com

25

26  CHRISTOPHER D JAIME on behalf of Creditor DR. JAMES & TRACY MURPHY

27  cjaime@waltherkey.com, kbernhar@waltherkey.com

28

EVAN L. JAMES on behalf of Creditor ROSEBERRY FAMILY LP

ejameslv@gmail.com, kbchrislaw@aol.com


LARRY C. JOHNS on behalf of Defendant LARRY JOHNS

lcjohns100@embarqmail.com


ERIN E. JONES on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED

CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY

ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com


TY E. KEHOE on behalf of Creditor LERIN HILLS, LTD

TyKehoeLaw@aol.com


ROBERT R. KINAS on behalf of Creditor JAYEM FAMILY LIMITED PARTNERSHIP

rkinas@swlaw.com,

jmcbee@swlaw.com;jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;lvdocket@mindspri

ng.com;vcampbell@swlaw.com;nbaig@swlaw.com


DEAN T. KIRBY on behalf of Creditor DEBT ACQUISITION COMPANY OF AMERICA

dkirby@kirbymac.com, gsparks@kirbymac.com


KENT F. LARSEN on behalf of Creditor WELLS FARGO BANK OF NEVADA AND WELLS

FARGO BANK

kfl@slwlaw.com, cld@slwlaw.com


ZACHARIAH LARSON on behalf of Attorney ZACHARIAH LARSON

ecf@lslawnv.com, susans@lslawnv.com

1    JOHN J. LAXAGUE on behalf of Defendant JOHN ROBERT MALLIN & MARIE THERESA

2    MALLIN

3    jlaxague@caneclark.com

4

5    GEORGE C LAZAR on behalf of Cross-Claimant DONALD S. TOMLIN AND DOROTHY R.

6    TOMLIN

7    glazar@foxjohns.com, gclazar@sbcglobal.net

8

9    NILE LEATHAM on behalf of Creditor JEFFREY EDWARDS

10    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

11

12    ROBERT C. LEPOME on behalf of Creditor JAYEM FAMILY LIMITED PARTNERSHIP

13    rlepome@cox.net, smstanton@cox.net

14

15    STEPHEN T LODEN on behalf of Attorney DIAMOND MCCARTHY LLP

16    sloden@diamondmccarthy.com, cburrow@diamondmccarthy.com

17

18    TYSON M. LOMAZOW on behalf of Interested Party COMPASS PARTNERS LLC

19    tlomazow@milbank.com

20

21    ANNE M. LORADITCH on behalf of Counter-Defendant USA CAPITAL DIVERSIFIED TRUST

22    DEED FUND, LLC

23    lvecffilings@gtlaw.com,

24    loraditcha@gtlaw.com;koisp@gtlaw.com;lvlitdock@gtlaw.com;jenkinsm@gtlaw.com

25

26    TIMOTHY A LUKAS on behalf of Counter-Claimant LOS VALLES LAND & GOLF, LLC

27    ecflukast@hollandhart.com

28

ERIC D. MADDEN on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED

CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY

emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

PATRICIA A. MARR on behalf of Creditor LAW OFFICES OF JAMES J. LEE

lvlaw03@yahoo.com

JAMES C. MCCARROLL on behalf of Interested Party SPCP GROUP, LLC

jmccarroll@reedsmith.com, dturetsky@reedsmith.com;aleonard@reedsmith.com

REGINA M. MCCONNELL on behalf of Creditor 401(K) PROFIT SHARING PLAN, LYNN

KANTOR

Regina@GinaLaw.com, Regina@Familylawcenters.com

WILLIAM L. MCGIMSEY on behalf of Defendant MARGARET B. MCGIMSEY TRUST

lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT on behalf of Creditor RICHARD MCKNIGHT

mcknightlaw@cox.net,

gkopang@lawlasvegas.com;cburke@lawlasvegas.com;mmcalonis@lawlasvegas.com

JEANETTE E. MCPHERSON on behalf of Attorney RAY, QUINNEY & NEBEKER P.C.

bkfilings@s-mlaw.com

BRECK E. MILDE on behalf of Creditor ALBERT LEE

bmilde@terra-law.com

SHAWN W MILLER on behalf of Creditor Committee OFFICIAL COMMITEEE OF EQUITY
SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC
bankruptcyfilings@sheacarlyon.com,
smiller@sheacarlyon.com;ltreadway@sheacarlyon.com;manthony@sheacarlyon.com;rmsmith@sheaca
rlyon.com;swinder@sheacarlyon.com;dclimer@sheacarlyon.com;cmuniz@sheacarlyon.com


DAVID MINCIN on behalf of Creditor RICHARD MCKNIGHT
mcknightlaw@cox.net,
gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com;mmcalonis@lawlas
vegas.com


JOHN F MURTHA on behalf of Creditor GARY MICHELSEN
jmurtha@woodburnandwedge.com


ERVEN T. NELSON on behalf of Attorney BOLICK & BOYER
, susan@bolickboyer.com


VICTORIA L NELSON on behalf of Creditor HOMES FOR AMERICA HOLDINGS, INC.
vnelson@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;rmoss@nevadafirm.com


MICHAEL W. O'DONNELL on behalf of Defendant WELLS FARGO BANK, N.A.
modonnell@fulbright.com, kdecker@fulbright.com


VINCENT O'GARA on behalf of Creditor PIERCY BOWLER TAYLOR & KERN
vogara@mpbf.com

JOHN F. O'REILLY on behalf of Creditor MICHAEL PETERSEN

jor@oreillylawgroup.com,

tor@oreillylawgroup.com;bc@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Creditor MICHAEL PETERSEN

tor@oreillylawgroup.com,

jor@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com

DONNA M. OSBORN on behalf of Creditor HARVEY FAMILY TRUST DATE APRIL 13, 1987

mwalters@marquisaurbach.com,

kgallegos@marquisaurbach.com;dosborn@marquisaurbach.com;tszostek@marquisaurbach.com

STEVE A. PEIRCE on behalf of Defendant WELLS FARGO BANK, N.A.

speirce@fulbright.com

DONALD T. POLEDNAK on behalf of Creditor COMMUNITY BANK OF NEVADA

sandplegal@yahoo.com, spbankruptcy@yahoo.com

LISA A. RASMUSSEN on behalf of Creditor CAROL MORTENSEN

lisa@lrasmussenlaw.com, secretary@lrasmussenlaw.com

PAUL C RAY on behalf of Interested Party JOHN PETER LEE, LTD.

info@johnpeterlee.com

THOMAS RICE on behalf of Interested Party FORD ELSAESSER

trice@coxsmith.com, jbrown@coxsmith.com;aseifert@coxsmith.com

GORDON C. RICHARDS on behalf of Creditor CHRISTINE SPINDEL

GCR@ClarkandRichards.com, ALM@ClarkandRichards.com


CHRISTINE A ROBERTS on behalf of Creditor HIGHLAND CRUSADER FUND, LTD.

roberts@shlaw.com,

hill@shlaw.com;vidovich@shlaw.com;mcallister@shlaw.com;stephens@shlaw.com;friddle@shlaw.co

m;stein@shlaw.com


STACY M. ROCHELEAU on behalf of Defendant NATIONAL REAL ESTATE HOLDINGS, INC.

stacy@rocheleaulaw.com


SUSAN WILLIAMS SCANN on behalf of Counter-Defendant BINFORD MEDICAL DEVELOPERS,

LLC

sscann@deanerlaw.com, palexander@deanerlaw.com


MICHAEL M. SCHMAHL on behalf of Creditor G KANTOR

mschmahl@mcguirewoods.com


LENARD E. SCHWARTZER on behalf of Attorney SCHWARTZER & MCPHERSON LAW FIRM

bkfilings@s-mlaw.com


BRIAN D. SHAPIRO on behalf of Interested Party MICHAEL CARMEL

ecf@brianshapirolaw.com,

brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com;wendy@brianshapirolaw.com;marjan@b

rianshapirolaw.com

1   JAMES PATRICK SHEA on behalf of Creditor Committee OFFICIAL COMMITEEE OF EQUITY

2   SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC

3   bankruptcyfilings@sheacarlyon.com,

4   ltreadway@sheacarlyon.com;jshea@sheacarlyon.com;manthony@sheacarlyon.com;rmsmith@sheacarl

5   yon.com;swinder@sheacarlyon.com;dclimer@sheacarlyon.com;cmuniz@sheacarlyon.com

6

7   SHLOMO S. SHERMAN on behalf of Creditor Committee OFFICIAL COMMITEEE OF EQUITY

8   SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC

9   ssherman@sheacarlyon.com,

10  bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;manthon

11  y@sheacarlyon.com;swinder@sheacarlyon.com;dclimer@sheacarlyon.com;cmuniz@sheacarlyon.com

12

13  AMBRISH S. SIDHU on behalf of Cross Defendant JAMES FEENEY

14  ecfnotices@sidhulawfirm.com

15

16  JEFFREY SLOANE on behalf of Creditor 401(K) PROFIT SHARING PLAN, LYNN KANTOR

17  lrost@kssattorneys.com

18

19  ALAN R SMITH on behalf of Creditor LENDERS PROTECTION GROUP

20  mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com

21

22  ROSA SOLIS-RAINEY on behalf of Interested Party DELOITTE & TOUCHE LLP

23  rsr@morrislawgroup.com

24

25  ADAM M. STARR on behalf of Creditor MESIROW FINANCIAL INTERIM MANAGEMENT, LLC

26  starra@gtlaw.com

27

28

DAVID A. STEPHENS on behalf of Creditor GATEWAY STONE ASSOCIATES, LLC

dstephens@lvcm.com


ARIEL E. STERN on behalf of Interested Party BINFORD LENDERS, LLC

sterna@ballardspahr.com, jeromes@ballardspahr.com;sedillom@ballardspahr.com


PETER SUSI on behalf of Creditor BERNARD SANDLER

cheryl@msmlaw.com, msm@msmlaw.com


ERIC W. SWANIS on behalf of Creditor MESIROW FINANCIAL INTERIM MANAGEMENT, LLC

swanise@gtlaw.com, barberc@gtlaw.com;ayonl@gtlaw.com;chaoa@gtlaw.com;lvlitdock@gtlaw.com


JEFFREY R. SYLVESTER on behalf of Counter-Claimant USA COMMERCIAL REAL ESTATE

GROUP

jeff@sylvesterpolednak.com


KAARAN E THOMAS (lv) on behalf of Interested Party B & L INVESTMENTS, INC.

mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com


KAARAN E. THOMAS on behalf of Defendant BINGHAM MCCUTCHEN, LLP

kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com


ROLLIN G. THORLEY on behalf of Creditor IRS

rollin.g.thorley@irscounsel.treas.gov


LISA TSAI on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC

ltsai@diamondmccarthy.com,

tstone@diamondmccarthy.com;jbruckerhoff@diamondmccarthy.com;cboneau@diamondmccarthy.com

1   U.S. TRUSTEE - LV - 11

2   USTPRegion17.lv.ecf@usdoj.gov

3

4   MICHAEL C. VAN on behalf of Creditor DEAN SHACKLEY

5   michael@mvanlaw.com, lynn@shumwayvan.com

6

7   ERIC VAN on behalf of Defendant HMA SALES LLC

8   bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

9

10   GREGORY J. WALCH on behalf of Creditor GREGORY WALCH

11   GWalch@Nevadafirm.com

12

13   RUSSELL S. WALKER on behalf of Creditor USA INVESTMENT PARTNERS, LLC

14   rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

15

16   WHITNEY B. WARNICK on behalf of Creditor MICHAEL and CAROL HEDLUND

17   wbw@albrightstoddard.com, bstessel@albrightstoddard.com

18

19   KIRBY R WELLS on behalf of Defendant JAMES FEENEY

20   SMartinez@wellsrawlings.com

21

22   GREGORY L. WILDE on behalf of Creditor SIERRA LIQUIDITY FUND, LLC

23   bk@wildelaw.com

24

25   RYAN J. WORKS on behalf of Defendant BINGHAM MCCUTCHEN, LLP

26   rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com;dsampson@mcdonaldcarano.com

27

28

RYAN J. WORKS on behalf of Other Prof. Eugene Buckley

, kbarrett@mcdonaldcarano.com;dsampson@mcdonaldcarano.com


MICHAEL YODER on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED

CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY

myoder@diamondmccarthy.com


MATTHEW C. ZIRZOW on behalf of Creditor BUCKALEW TRUST

bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com


☐        **b.  United States mail, postage fully prepaid** *(List persons and addresses. Attach additional paper if necessary)*


☐        **c. Personal Service** *(List persons and addresses.  Attach additional paper if necessary)*

I personally delivered the document(s) to the persons at these addresses:

☐  For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐  For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.


☐        **d. By direct email (as opposed to through the ECF System)**
      *(List persons and email  addresses.  Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below.   I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐       **e. By fax transmission** *(List persons and fax numbers.  Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below.   No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: March 5, 2009

Jeffrey A. Cogan                                      /s/ Jeffrey A. Cogan, Esq.

(Name of Declarant)                              (Signature of Declarant)