Entered on Docket
March 02, 2009

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,[1]<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[2]<br><br>USA Securities, LLC,[3]<br>        Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING THIRD OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED UPON INVESTMENT IN THE ROAM DEVELOPMENT GROUP, LP LOAN**<br><br>Hearing Date: February 20, 2009<br>Hearing Time: 9:30 a.m. |

---

[1] This bankruptcy case was closed on October 12, 2007.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 26, 2007.

251844.1

Pending before the Court is the USACM Liquidating Trust's Third Omnibus Objection to Proofs of Claim Based Upon Investment in the Roam Development Group, LP Loan (the "Objection") [DE 6706]. Adequate notice of the Objection was given. Two responses were filed to the Objection: 1) Kenneth H. Wyatt IRA, Proof of Claim No. 10725-01828, asserted that $2,025.04 of the claim should be allowed; 2) Phyllis Wyatt IRA, Proof of Claim No. 10725-01829, indicated that the Trust's assertions were correct. The Trust will not dispute the assertions. No opposition was raised to the Objection at the hearing on February 20, 2009. Good cause appearing,

IT IS ORDERED that the Objection is sustained and the Proofs of Claim listed on Exhibit A attached are allowed to the extent Exhibit A shows there was "unremitted principal" owed to the claimant. The remainder of the claims listed on Exhibit A are disallowed.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**


By:  /s/ John Hinderaker (#18024)
     Rob Charles
     John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

- ☐ The Court waived the requirements of approval under LR 9021.
- ☐ No parties appeared or filed written objections, and there is no trustee appointed in the case.
- ☐ No opposition was filed to the motion and no other party or counsel appeared at the hearing.
- ☒ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing, and any trustee appointed in the case, and each has approved or disapproved the order, or failed to respond, as indicated below:

**LEWIS AND ROCA LLP**

By: /s/ John Hinderaker (#18024)
Rob Charles
John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

APPROVED AS TO FORM:

By: *Kenneth H. Wyatt*
Kenneth H. Wyatt, on behalf of the
Kenneth H. Wyatt IRA

By: *Phyllis P. Wyatt*
Phyllis P. Wyatt, on behalf of the
Phyllis P. Wyatt IRA

3

251844.1

ROAM DEVELOPMENT LOAN
THIRD OMNIBUS OBJECTION

## EXHIBIT A
Single Loan Claims

| Claim | Name | Address | Total Claim Amount | Unremitted Principal | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|
| 10725-01330 | Daniel L & Sandra M Everett | 921 Crystal Ct<br>Foster City, CA  94404-3517 | $1,164.97 | $0 | $533.61 |
| 10725-01220 | Brian M Herman & Anthony G Adams | 1341 Cashman Dr.<br>Las Vegas, NV  89102 | $4,543.39 | $0 | $4,543.39 |
| 10725-00748 | Nielson Family Trust Dtd 3/9/78 | c/o Dell R. and Penny Nielson Ttees<br>P.O. Box 281145<br>Dysart Ranch<br>Lamoille, NV  89828-1145 | $48,835.02 | $631.36 | $48,203.66 |
| 10725-01883 | Dennis Raggi | P.O. Box 10475<br>Zephyr Cove, NV  89448-2475 | $4,659.87 | $0 | $4,659.87 |
| 10725-00112 | Sanchez Living Trust | Randy and Sharon Sanchez Ttees<br>5713 N. White Sands Rd.<br>Reno, NV  89511 | $60,000.00 | $0 | $60,000.00 |
| 10725-00684 | Dennis & Donna Sipiorski | 1312 Jackie Ln<br>Minden, NV  89423-9070 | $1,164.97 | $0 | $1,164.97 |
| 10725-01815 | Raymond Troll Trust | c/o Raymond Troll Trustee<br>77420 Sky Mesa Ln<br>Indian Wells, CA  92210-6103 | $29,794.30 | $14,521.28 | $15,273.02 |
| 10725-01316 | Ruth Acosta Wara LP | Valley Forge Business Ctr<br>2546 General Armistead Ave<br>Norristown, PA  19403-5230 | $8,090.31 | $2,525.44 | $5,564.87 |
| 10725-01828 | Kenneth H. Wyatt IRA | P.O. Box 370400<br>Las Vegas, NV  89137-0400 | $53,983.35 | $2,025.04 | $53,351.99 |
| 10725-01829 | Phyllis P. Wyatt IRA | P.O. Box 370400<br>Las Vegas, NV  89137-0400 | $53,983.35 | $631.36 | $53,351.99 |

243773.1