E-filed on 03/05/09

**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email: adiamond@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
Email: emadden@diamondmccarthy.com

Special Litigation Counsel for USACM Liquidating Trust

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321

Rob Charles, NV State Bar No. 006593
Email: rcharles@lrlaw.com

Counsel for USACM Liquidating Trust

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>Debtor. | **NOTICE OF ENTRY OF ORDER APPROVING MOTION FOR APPROVAL OF SETTLEMENT PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE** |
| In re:<br>USA SECURITIES, LLC,<br><br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |
| USACM LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>FIESTA DEVELOPMENT, INC., ASHBY USA, LLC, RICHARD K. ASHBY, and RANDOM DEVELOPMENTS, LLC,<br><br>Defendants. | Adv. No. 08-01123-lbr<br><br>**NOTICE OF ENTRY OF ORDER APPROVING MOTION FOR APPROVAL OF SETTLEMENT PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE** |

154755-1

**PLEASE TAKE NOTICE** that an Order Approving Motion for Approval of Settlement Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (DE #6899) was entered on the 5th day of March 2009, a true and correct copy of which is attached hereto as Exhibit "A."

Dated: March 5, 2009.

| | |
|---|---|
| **DIAMOND MCCARTHY LLP** | **LEWIS AND ROCA LLP** |
| By: */s/ J. Maxwell Beatty* | By: */s/ Rob Charles* |
| Allan B. Diamond, TX 05801800 (pro hac vice) | Rob Charles, NV 6593 |
| Stephen T. Loden, TX 24002489 (pro hac vice) | 3993 Howard Hughes Parkway, Suite 600 |
| J. Maxwell Beatty, TX 24051740 (pro hac vice) | Las Vegas, Nevada 89169-5996 |
| 909 Fannin, Suite 1500 | (702) 949-8320 (telephone) |
| Houston, TX 77010 | (702) 949-8321 (facsimile) |
| (713) 333-5100 (telephone) | |
| (713) 333-5199 (facsimile) | |
| | |
| *Special Litigation Counsel for Plaintiff USACM Liquidating Trust* | *Counsel for USACM Liquidating Trust* |

CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the law firm of DIAMOND MCCARTHY LLP, and that on the 5th day of March 2009, a true and correct copy of the **NOTICE OF ENTRY OF ORDER APPROVING MOTION FOR APPROVAL OF SETTLEMENT PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE** was served by electronic transmission to all parties on the Post Effective Date Service List and counsel for parties to the settlement as set forth below:

> Richard F. Holley, Esq.
> Ogonna M. Atamoh, Esq.
> Santoro, Driggs, Walch, Kearney, Holey & Thompson
> 400 South Fourth Street, Third Floor
> Las Vegas, NV 89101
> rholley@nevadafirm.com
> oatamoh@nevadafirm.com

　/s/  Catherine A. Burrow, CLA
Catherine A. Burrow, CLA
Diamond McCarthy LLP

# EXHIBIT A



Entered on Docket
March 05, 2009

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

| DIAMOND MCCARTHY LLP | LEWIS AND ROCA, LLP |
|---|---|
| 9096 Fannin, Suite 1500 | 3993 Howard Hughes Parkway, Suite 600 |
| Houston, TX 77010 | Las Vegas, NV 89169-5996 |
| Telephone (713) 333-5100 | Telephone – (702) 949-8320 |
| Facsimile (713) 333-5199 | Facsimile – (702) 949-8321 |
| | |
| Allan B. Diamond, TX State Bar No. 05801800 | Rob Charles, NV State Bar No. 006593 |
| E-mail: adiamond@diamondmccarthy.com | E-mail: rcharles@lrlaw.com |
| Eric D. Madden, TX State Bar No. 24013079 | |
| E-mail: emadden@diamondmccarthy.com | |
| | |
| Special Litigation Counsel for USACM Liquidating Trust | Counsel for USACM Liquidating Trust |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>           Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>           Debtor. | BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>           Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>           Debtor. | **ORDER APPROVING MOTION FOR APPROVAL OF SETTLEMENT PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE** |
| In re:<br>USA SECURITIES, LLC,<br><br>           Debtor. | |

|   |   |
|---|---|
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |   |
| USACM LIQUIDATING TRUST,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FIESTA DEVELOPMENT, INC., ASHBY USA, LLC, RICHARD K. ASHBY, and RANDOM DEVELOPMENTS, LLC,<br><br>　　　　　Defendants. | Adv. No. 08-01123-lbr<br><br>**ORDER APPROVING MOTION FOR APPROVAL OF SETTLEMENT PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE** |

On February 20, 2009, this Court held a hearing on the Motion for Approval of Settlement Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure filed by Geoffrey Berman, Trustee of the USACM Liquidating Trust (the "USACM Trust"). The Motion requested this court enter an order approving the Settlement Agreement and Release dated February 5, 2009 between the USACM Trust, Fiesta Development, Inc., Ashby USA, LLC, Richard K. Ashby, Random Developments, LLC, and Ashby Development Company, Inc. (the "Proposed Settlement"). The relief requested is hereby GRANTED.

Pursuant to the Motion this Court hereby GRANTS the following relief:

1. The Proposed Settlement is approved pursuant to Federal Rule of Bankruptcy Procedure 9019.

. . .

. . .

. . .

. . .

. . .

. . .

2. This Court shall retain jurisdiction to interpret and enforce the terms of the Settlement Agreement and this Order Approving Settlement.

IT IS SO ORDERED.

APPROVED / ~~DISAPPROVED~~

Dated this 26th day of February, 2009.

**SANTORO, DRIGGS, WALCH,
KEARNEY, HOLEY & THOMPSON**

_____
Richard F. Holley, Esq.
Ogonna M. Atamoh, Esq.
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
*Attorneys for Fiesta Development, Inc., Ashby USA, LLC, Richard K. Ashby, Random Developments, LLC and Ashby Development Company, Inc*

**PREPARED AND SUBMITTED BY:**

**DIAMOND MCCARTHY LLP**

_____/s/ Stephen T. Loden_____
Allan B. Diamond, TX 05801800 (pro hac vice)
Stephen T. Loden, TX 24002489 (pro hac vice)
J. Maxwell Beatty, TX 24051740 (pro hac vice)
909 Fannin, Suite 1500
Houston, TX 77010
*Special Litigation Counsel for Plaintiff USACM Liquidating Trust*

CERTIFICATION PURSUANT TO LOCAL RULE 9021

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

\_\_\_\_\_  The court has waived the requirement of approval under LR 9021

\_\_\_\_\_  No parties appeared or filed written objections, and there is no trustee appointed in the case.

__X__  I have delivered a copy of this proposed order to all counsel, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or filed to respond to the document.]

Ogonna M. Atamoh    Approved

DATED: February 24, 2009

/s/ J. Maxwell Beatty
J. Maxwell Beatty

###