**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: RCharles@LRLaw.com

*Attorneys for USACM Liquidating Trust*

E-Filed on 3/10/09

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br>USA Capital Realty Advisors, LLC,[1]<br>USA Capital Diversified Trust Deed Fund, LLC,<br>USA Capital First Trust Deed Fund, LLC,[2]<br>USA Securities, LLC,[3]<br>                    Debtors.<br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER SUSTAINING OBJECTION OF USACM TRUST TO PROOF OF CLAIM OF WILLIAM H. LENHART LIVING TRUST FILED IN WRONG DEBTOR'S CASE; AND SUSTAINING OBJECTION OF DTDF TO PROPOSED ALLOWANCE OF CLAIM** |

**PLEASE TAKE NOTICE** that an Order Sustaining Objection of USACM Trust to Proof of Claim of William H. Lenhart Living Trust Filed in Wrong Debtor's Case; and Sustaining Objection of DTDF to Proposed Allowance of Claim [DE 6911] was entered on the 9th day of March, 2009, a true and correct copy of which is attached hereto as Exhibit A.

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2027248.1

LEWIS AND ROCA LLP
LAWYERS

RESPECTFULLY SUBMITTED March 10, 2009.

LEWIS AND ROCA LLP

By /s/ *Rob Charles*  (#006593)
Rob Charles
*Attorneys for USACM Liquidating Trust*
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
702-949-8320

Copy of the foregoing served via e-mail
or postage prepaid U.S. Mail,
on March 10, 2009, addressed to:

ORRICK, HERRINGTON & SUTCLIFFE LLP
Marc A. Levinson
Jeffery D. Hermann
400 Capitol Mall
Sacramento, California 95814
malevinson@orrick.com
jhermann@orrick.com

SNELL & WILMER, LLP
Robert R. Kinas
Claire Dossier
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
rkinas@swlaw.com
cdossier@swlaw.com

William H. Lenhart Living Trust
c/o William H. Lenhart Trustee
1209 Wilshire St.
Las Vegas, NV 89146

August Landis
Assistant United States Trustee
Office of the U.S. Trustee
300 Las Vegas Blvd., So.
Suite 4300
Las Vegas, NV 89101

/s/ Carrie Lawrence
Lewis and Roca LLP

2

2027248.1