EXHIBIT A



Entered on Docket
March 09, 2009

Hon. Linda B. Riegle
United States Bankruptcy Judge


**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (520) 629-4427
Facsimile (520) 879-4705
Email: rcharles@lrlaw.com
jhinderaker@lrlaw.com

*Attorneys for USACM Liquidating Trust*

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Marc A. Levinson (CA 57613)
*pro hac vice*
Jeffery D. Hermann (CA 90445)
*pro hac vice*
400 Capitol Mall
Sacramento, California 95814
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email: malevinson@orrick.com
jhermann@orrick.com

**SNELL & WILMER, LLP**
Robert R. Kinas (NV 06019)
Claire Dossier (NV 10030)
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: rkinas@swlaw.com
cdossier@swlaw.com

*Attorneys for USA Capital Diversified Trust Deed Fund, LLC*


## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,[1]

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]

USA SECURITIES, LLC,[3]

Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☒ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR[1]
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR[2]
Case No. BK-S-06-10729-LBR[3]

CHAPTER 11

Jointly Administered Under
Case No. BK-S-06-10725 LBR

**ORDER SUSTAINING OBJECTION OF USACM TRUST TO PROOF OF CLAIM OF WILLIAM H. LENHART LIVING TRUST FILED IN WRONG DEBTOR'S CASE; AND SUSTAINING OBJECTION OF DTDF TO PROPOSED ALLOWANCE OF CLAIM**

Hearing Date: February 3, 2009
Hearing Time: 9:30 a.m.

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.



The Court having considered the "Objection of USACM Trust to Proof of Claim of William H. Lenhart Living Trust Filed in Wrong Debtor's Case; Objection of DTDF to Proposed Allowance of Claim" [Docket No. 6692] (the "Objection"); with appearances as set forth in the record at the hearing noted above; appropriate notice of the Objection having been given; no written response to the Objection having been filed; however Claimant contacted counsel for USACM Trust; and good cause appearing:

**IT IS HEREBY ORDERED** that:

1. The Objection is sustained;

2. Proof of Claim No. 10725-01572 is disallowed as against USA Commercial Mortgage and USA Capital Diversified Trust Deed Fund, LLC ("DTDF"). The order does not affect any claims of William Lenhart, or William H. Lenhart Living Trust related to direct lender investments in the Placer Vineyards Loan or Tapia Ranch; and

3. The William H. Lenhart Living Trust, William Lenhart, Trustee's equity interests in DTDF are allowed in the amounts of $167,649.51, in account no. 3149; Patrick Lenhart or William Lenhart, $24,821.42, in account no. 3127; and William Lenhart FBO Patrick Lenhart, $60,144.76, in account no. 11571, totaling $252,615.69 as reflected in the books and records of DTDF as of April 13, 2006.



PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By /s/ John Hinderaker (018024)
Rob Charles
John Hinderaker
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (520) 629-4427
Facsimile: (520) 879-4705

*Attorneys for USACM Liquidating Trust*

**SNELL & WILMER, LLP**

By /s/ Claire Dossier (010030)
Robert R. Kinas
Claire Dossier
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone (702) 784-5200
Facsimile (702) 784-5252

and

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Marc A. Levinson
Jeffery D. Hermann
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900

*Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

APPROVED/DISAPPROVED

By: [signature]
William H. Lenhart

APPROVED/DISAPPROVED

By:____________________
August Landis
Assistant United States Trustee

LEWIS AND ROCA LLP LAWYERS

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| Debtor's Counsel: | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |
| U.S. Trustee: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☒ failed to respond to the document |
| Other Party: William H. Lenhart | |
| ☒ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**

By: /s/ John Hinderaker
Rob Charles
John Hinderaker
*Attorneys for USACM Liquidating Trust*