

**Entered on Docket
March 03, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR[1] |
| USA Commercial Mortgage Company, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[2] |
| USA Capital Realty Advisors, LLC,[1] | Case No. BK-S-06-10729-LBR[3] |
| USA Capital Diversified Trust Deed Fund, LLC, | CHAPTER 11 |
| USA Capital First Trust Deed Fund, LLC,[2] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA Securities, LLC,[3] | |
| Debtors. | **ORDER SUSTAINING EIGHTH OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED, IN WHOLE OR IN PART, UPON INVESTMENT IN THE ROAM DEVELOPMENT GROUP, LP LOAN** |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Hearing Date: February 20, 2009<br>Hearing Time: 9:30 a.m. |

---

[1] This bankruptcy was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 26, 2007.

Pending before the Court is the USACM Liquidating Trust's Eighth Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in the Roam Development Group, LP Loan (the "Objection") [DE 6716]. Adequate notice of the Objection was given. The Court heard the Objection on February 20, 2009. No responses were filed to the Objection and no opposition was raised at the hearing. Good cause appearing,

IT IS ORDERED:

- Sustaining the Objection;
- The Proofs of Claim listed on Exhibit A attached are allowed to the extent Exhibit A shows there was "unremitted principal" arising out of the Roam Development Group, LP Loan that was owed to the claimant.
- The Proofs of Claim listed on Exhibit A attached are disallowed to the extent they were based upon an investment in the Roam Development Group, LP Loan that was repaid to the claimant.
- The Proofs of Claim listed in Exhibit A are not affected by this order to the extent they are based upon an investment in a loan(s) other than the Roam Development Group, LP Loan;
- Reserving the right of any party in interest, including the USACM Trust, to further object to the Proofs of Claim listed on Exhibit A attached.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ John Hinderaker (#18024)
    Rob Charles
    John Hinderaker
*Attorneys for USACM Liquidating Trust*

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of approval under LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in the case.

☒ No opposition was filed to the motion and no other party or counsel appeared at the hearing.

☐ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing, and any trustee appointed in the case, and each has approved or disapproved the order, or failed to respond, as indicated below:

**LEWIS AND ROCA LLP**

By: /s/ John Hinderaker (#18024)
    Rob Charles
    John Hinderaker
*Attorneys for USACM Liquidating Trust*

ROAM DEVELOPMENT LOAN
EIGHTH OMNIBUS OBJECTION

## EXHIBIT A
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Total Claim Amount Relating to Roam Development Loan | Unremitted Principal to be Allowed as a Claim | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| 10725-01878 | Dennis Raggi | P.O. Box 10475 Zephyr Cove, NV 89448 | $10,451.54 | Proof of claim unclear | $0 | Total amount related to Roam Development Loan |
| 10725-02226 | Dennis Raggi | P.O. Box 10475 Zephyr Cove, NV 89448 | $4,884,068.70 | $400,000.00 | $0 | $400,000.00 |
| 10725-01910 | Rebecca A. Rogers Trust Dtd 9/18/96 | Rebecca A. Rogers Trustee 2309 Sierra Heights Dr. Las Vegas, NV 89134 | $274,442.59 | $50,000.00 | $631.36 | $49,368.64 |
| 10725-02401 | Jean G. Richards Trust Dtd 9/30/99 | Jean G. Richards Ttee 1160 Magnolia Ln Lincoln, CA 95648 | $156,596.03 | $50,000.00 | $631.36 | $49,368.64 |
| 10725-02281 | Roisentul Family Trust | Saul and Ilene Roisentul Trustees 74075 Kokopelli Cir Palm Desert, CA 92211-2075 | $420,268.16 | $50,000.00 | $631.36 | $49,368.64 |
| 10725-01419 | S&P Davis Limited Partnership | 737 Bannerman Lane Fort Mill, SC 29715 | $419,981.00 | $25,000.00 | $0 | $25,000.00 |
| 10725-02218 | Sanchez Living Trust Dtd 10/13/03 | Randy M. and Sharon Sanchez Ttees 5713 N. White Sands Rd. Reno, NV 89511 | $277,066.49 | $60,000.00 | $757.63 | $59,242.37 |
| 10725-02149 | Schnitzer Living Trust Dtd 10/24/91 | Arthur F. and Linn S. Schnitzer Ttees 20155 NE 38th Ct, #1604 Aventura, FL 33180 | $1,774,903.40 | $100,000.00 | $1,262.72 | $98,737.28 |
| 10725-02329 | Marion C. Sharp Trust | c/o Marion C. Sharp Trustee 20 Leroy Ter New Haven, CT 06512-3114 | $7,500.00 | Proof of claim unclear | $947.04 | Total amount related to Roam Development Loan |
| 10725-00548 | Michael Shuler | 3095 Jenny Drive Prescott, AZ 86305-4189 | $239,932.00 | $69,309.00 | $883.90 | $68,425.10 |

243778.1