LEWIS
AND
ROCA
——— LLP ———
L A W Y E R S

1  3993 Howard Hughes Parkway, Suite 600
   Las Vegas, NV 89169-5996
   Facsimile (702) 949-8321
2  Telephone (702) 949-8320

3  40 North Central Avenue, Suite 1900
   Phoenix, Arizona  85004-4429
   Facsimile (602) 734-3824
   Telephone (602) 262-5756
4
5  Rob Charles NV State Bar No. 006593
   Email:  rcharles@lrlaw.com
   John Hinderaker AZ State Bar No. 018024
   Email: jhinderaker@lrlaw.com

6  Attorneys for USACM Liquidating Trust

7

8

| E-Filed on 3/10/09 |

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

9

10  In re:

11  USA Commercial Mortgage Company,

    USA Capital Realty Advisors, LLC,[1]
12
    USA Capital Diversified Trust Deed Fund,
13  LLC,

14  USA Capital First Trust Deed Fund, LLC,[2]

15  USA Securities, LLC,[3]
                              Debtors.
16
        **Affects:**
17      ☐ All Debtors
        ☒ USA Commercial Mortgage Company
18      ☐ USA Capital Realty Advisors, LLC
        ☐ USA Capital Diversified Trust Deed Fund, LLC
19      ☐ USA Capital First Trust Deed Fund, LLC
        ☐ USA Securities, LLC
20

21

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR[1]
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR[2]
Case No. BK-S-06-10729-LBR[3]

CHAPTER 11

Jointly Administered Under Case No.
BK-S-06-10725 LBR

**Notice of Entry of Order Sustaining
Tenth Omnibus Objection of The
USACM Trust to Proofs of Claim
Based Upon Investment in the Roam
Development Group, LP Loan**

22      **PLEASE TAKE NOTICE** that an Order Sustaining Tenth Omnibus Objection of

23  the USACM Liquidating Trust to Proofs of Claim Based Upon Investment in the Roam

24

25  [1] This bankruptcy case was closed on September 23, 2008.

26  [2] This bankruptcy case was closed on October 12, 2007.

    [3] This bankruptcy case was closed on December 26, 2007.

252350.1



Development Group, LP [DE 6879] was entered on March 3, 2009, a true and correct copy of which is attached hereto as Exhibit 1.

RESPECTFULLY SUBMITTED March 10, 2009.

**LEWIS AND ROCA LLP**


By ___s/ John Hinderaker (18024)___
    Rob Charles
    John Hinderaker (*pro hac vice*)
    *Attorneys for USACM Liquidating Trust*


PROOF OF SERVICE

Copy of the foregoing and the pertinent portion of Exhibit A to the attached order mailed by U.S. Mail, first class postage prepaid, on March 10, 2009.

  s/ Renee L. Creswell
Renee L. Creswell
Lewis and Roca

2

252350.1