Entered on Docket
March 11, 2009

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

LEWIS AND ROCA LLP
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (520) 629-4427
Facsimile (520) 879-4705
Email:   rcharles@lrlaw.com
            jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                                        Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING EIGHTH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO DUPLICATE PROOFS OF CLAIM**<br><br>Hearing Date:   February 20, 2009<br>Hearing Time:   9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2018808_1.DOC

LEWIS AND ROCA LLP LAWYERS

The Court having considered the "Eighth Omnibus Objection of USACM Liquidating Trust to Duplicate Proofs of Claim; and Certificate of Service" [Docket No. 6742] (the "Objection"); the Court having heard the objection in open court on February 20, 2009; appropriate notice of the Objection having been given; one response to the Objection having been filed by Marcia Knox, which confirmed that her claims are duplicate and Claim No. 10725-01905 should survive the Objection; and good cause appearing:

**IT IS HEREBY ORDERED:**

1. The Objection is sustained;

2. The duplicate claims listed on Exhibit A to this Order are disallowed in their entirety; and

3. The surviving claims listed on Exhibit A to this Order are not affected by this Order, but may be subject to further objection.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By     /s/ John Hinderaker (018024)
    Rob Charles
    John Hinderaker (Pro hac vice)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (520) 629-4427
Facsimile: (520) 879-4705

*Attorneys for USACM Liquidating Trust*

APPROVED/DISAPPROVED


By:_____
    August Landis
    Assistant United States Trustee

LEWIS AND ROCA LLP LAWYERS

1
2    APPROVED / DISAPPROVED
3    By: _____
     Marcia Knox
4    Trustee for the Marcia J. Knox Living Trust dated 8/16/04

*(Signed: Marcia Knox, Trustee, Marcia J. Knox Living Trust dated 8/16/04)*

**LEWIS AND ROCA LLP LAWYERS**

In accordance with Local Rule 9021, the undersigned certifies:

- ☐ The Court waived the requirements of LR 9021.
- ☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.
- ☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☒ failed to respond to the document |
| Other Party: Marcia Knox | |
| ☒ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

### ###

Submitted by:

**LEWIS AND ROCA LLP**

By: /s/ JH (#018024)
  Rob Charles
  John Hinderaker
*Attorneys for USACM Liquidating Trust*

2018808_1.DOC

EXHIBIT A

## USA – DUPLICATE CLAIMS TABLE (8)

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Cibb Inc Pension Plan<br>Ronald A Johnson Ttee<br>50 Snider Way<br>Sparks, NV 89431 | 10725-02129 | $405,600.00 | The claim is based on investment in Roam Development Group, J Jireh's Corporation, Eagle Meadows Development, and Palm Harbor One and is a duplicate of claim #10725-02261. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-02129 be disallowed in its entirety. | 10725-02261 | $405,600.00 |
| Graham, Nanci<br>240 Upper Terrace #3<br>San Francisco, CA 94117-4516 | 10725-02183 | $15,823.13 | The claim is based on investment in SVRB $4,500,000 and is a duplicate of claim #10725-02370. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-02183 be disallowed in its entirety. | 10725-02370 | $15,823.13 |
| Osvaldo Zunino Living Trust Dated 12/18/98<br>c/o Osvaldo Zunino Trustee<br>3575 Tioga Way<br>Las Vegas, NV 89109-3340 | 10725-02548 | $620,000.00 | The claim is a duplicate of claim #10725-02550. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-02548 be disallowed in its entirety. | 10725-02550 | $620,000.00 |

2006549.1

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Deller, Ross<br>1469 Harmony Hill<br>Henderson, NV 89014 | 10725-00042 | $120,000.00 | The claim is a duplicate of claim #10725-02484. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00042 be disallowed in its entirety. | 10725-02484 | $200,000.00 |
| Nevada Department of Taxation<br>Bankruptcy Section<br>555 E Washington Ave Ste 1300<br>Las Vegas, NV 89101-1041 | 10725-00056 | $18,540.30 | The claim is based on taxes not paid and is a duplicate of claim #10725-00134. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00056 be disallowed in its entirety. | 10725-00134 | $24,596.42 |
| Marcia J Knox Living Trust Dtd 8/16/04<br>c/o Marcia J Knox Trustee<br>1885 Vintners Pl<br>Reno, NV 89509-8334 | 10725-00766<br>10725-00797<br>10725-01029<br>10725-01037 | $1,527.68<br>$46,095.47<br>$1,527.68<br>$46,095.47 | The claims are based on investment in Bay Pompano Beach and are duplicates of claim #10725-01905. The USACM Liquidating Trust requests claim #10725-00766, 10725-00797, 10725-01029, and 10725-01037 be disallowed in their entirety. | 10725-01905 | $75,539.24 |
| Joyce E Smith Trust Dated 11/3/99<br>c/o Joyce E. Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV 89135-1548 | 10725-00908 | | The claim is based on investment in Barusa and is a duplicate of claim #10725-00909. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00908 be disallowed in its entirety. | 10725-00909 | $53,791.67 |

2

2006549.1

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Rausch, Lawrence<br>10708 Brinkwood Ave<br>Las Vegas, NV 89134-5245 | 10725-01223 | $50,599.83 | The claim is based on investment in Marlton Square 2nd and is a duplicate of claim #10725-02476. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-01223 be disallowed in its entirety. | 10725-02476 | $49,936.00 |
| Everett, Daniel L & Sandra M<br>921 Crystal Ct<br>Foster City, CA 94404-3517 | 10725-01330 | $1,164.97 | The claim is a duplicate of claim #10725-01387. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-01330 be disallowed in its entirety. | 10725-01387 | $50,000.00 |
| Winkler Family Trust Dated 3/13/86<br>c/o Rudolf Winkler & Carmel Winkler Trustees<br>10000 Rossbury Pl<br>Los Angeles, CA 90064-4826 | 10725-01645 | $1,210,635.98 | The claim is a duplicate of claim #10725-02279. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-01645 be disallowed in its entirety. | 10725-02279 | $605,317.99 |

3

2006549.1