**Entered on Docket
March 11, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (520) 629-4427
Facsimile (520) 879-4705
Email:  rcharles@lrlaw.com
            jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br><br>                  Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING SEVENTH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO DUPLICATE PROOFS OF CLAIM**<br><br>Hearing Date:   February 20, 2009<br>Hearing Time:   9:30 a.m. |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

LEWIS
AND
ROCA
—LLP—
L A W Y E R S

1    The Court having considered the "Seventh Omnibus Objection of USACM

2   Liquidating Trust to Duplicate Proofs of Claim; and Certificate of Service" [Docket No.

3   6740] (the "Objection"); the Court having heard the matter on February 20, 2009;

4   appropriate notice of the Objection having been given; no response to the Objection

5   having been filed; and good cause appearing:

6        **IT IS HEREBY ORDERED** that:

7        1.    The Objection is sustained;

8        2.    The duplicate claims listed on Exhibit A to this Order are disallowed in their

9   entirety; and

10       3.    The surviving claims listed on Exhibit A to this Order are not affected by

11   this Order, but may be subject to further objection.

12

13   PREPARED AND RESPECTFULLY SUBMITTED BY:

14   **LEWIS AND ROCA LLP**

15   By____/s/ John Hinderaker (018024)_____

16        Rob Charles
         John Hinderaker *(pro hac vice)*

17   3993 Howard Hughes Parkway, Ste. 600
     Las Vegas, Nevada 89169-5996

18   Telephone:  (520) 629-4427
     Facsimile:  (520) 879-4705

19

20   *Attorneys for USACM Liquidating Trust*

21   APPROVED/DISAPPROVED

22

23   By:_____

         August Landis

24        Assistant United States Trustee

25

26

2

2018805_1.TMP

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

1    In accordance with Local Rule 9021, the undersigned certifies:

2    ☐    The Court waived the requirements of LR 9021.

3    ☐    No parties appeared or filed written objections, and there is no trustee appointed
         in this case.

4

5    ☒    I have delivered a copy of this proposed order to all counsel who appeared at the
         hearing, any unrepresented parties who appeared at the hearing, and any trustee
6        appointed in this case, and each has approved or disapproved the order, or failed
         to respond, as indicated below (list each party and whether the party has
7        approved, disapproved, or failed to respond to the document):

| U.S. Trustee: | |
|---|---|
| ☐   approved the form of this order | ☐   disapproved the form of this order |
| ☐   waived the right to review the order and/or | ☒   failed to respond to the document |
| Other Party: | |
| ☐   approved the form of this order | ☐   disapproved the form of this order |
| ☐   waived the right to review the order and/or | ☐   failed to respond to the document |

14                                                  ###

15

16    Submitted by:

17    **LEWIS AND ROCA LLP**

18
      By:___/s/ JH  (#018024)_____
19          Rob Charles
            John Hinderaker *(pro hac vice)*
20    *Attorneys for USACM Liquidating Trust*

21

22

23

24

25

26

3

2018805_1.TMP

EXHIBIT A

1962760.1

**USA – DUPLICATE CLAIMS TABLE (7)**

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Benjamin, Philip & Maureen P.O. Box 376 Indian Springs, NV 89018-0376 | 10725-01956 | $55,381.90 | The claim is based on investment in MS Acquisition Company and is duplicate of Claim #10725-02320. The USACM Liquidating Trust requests claim #10725-01956 be disallowed in its entirety. | 10725-02320 | $55,381.90 |
| USA Commercial Real Estate Group c/o Jeffrey R Sylvester Esq Sylvester & Polednak Ltd 7371 Prairie Falcon Rd, Ste. 120 Las Vegas, NV 89128 | 10725-01982 | $10,719.49 | The claim is a duplicate of claim #10725-02318. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-01982 be disallowed in its entirety. | 10725-02318 | $10,719.49 |
| Cynthia Milanowski Trust c/o Jeffrey R Sylvester Esq Sylvester & Polednak Ltd 7371 Prairie Falcon Rd, Ste. 120 Las Vegas, NV 89128 | 10725-01984 | $26,891.23 | The claim is a duplicate of Claim #10725-02317. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-01984 be disallowed in its entirety. | 10725-02317 | $26,891.23 |
| Milanowski, Nv & J Marlene 1004 Haley Pl Delta, CO 81416-2443 | 10725-01986 | $31.52 | The claim is based on investment in Brookmere/Matteson and is a duplicate of claim #10725-02316. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-01986 be disallowed in its entirety. | 10725-02316 | $31.52 |

2006543.1

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Wisch, Craig<br>210 Andrew Ave<br>Naugatuck, CT 06770 | 10725-02010 | $317,369.28 | The claim is a duplicate of claim #10725-02180.  This claim was erroneously filed twice.  The USACM Liquidating Trust requests claim #10725-02010 be disallowed in its entirety. | 10725-02180 | $317,369.28 |
| Ruth Zimmerman & Moshe Kirsh Jtwros<br>15721 Milbank St<br>Encino, CA 91436 | 10725-02032 | $244,311.94 | The claim is based on investment in Marquis Hotel and Riviera-Homes for America Holdings LLC and is a duplicate of Claim #10725-02033.  This claim was erroneously filed twice.  The USACM Liquidating Trust requests claim #10725-02032 be disallowed in its entirety. | 10725-02033 | $244,311.94 |
| Marguerite Falkenborg 2000 Trust Dtd 6/20/00<br>c/o Marguerite Falkenborg Ttee<br>727 3rd Ave<br>Chula Vista, CA 91910-5803 | 10725-02068 | $814,366.81 | The claim is a duplicate of claim #10725-02202.  This claim was erroneously filed twice.  The USACM Liquidating Trust requests claim #10725-02068 be disallowed in its entirety. | 10725-02202 | $794,366.81 |
| Duberg, John H<br>4455 Vista Coronado Dr<br>Chula Vista, CA 91910-3234 | 10725-02069 | $87,877.81 | The claim is based on investment in Slade and Bay Pompano Beach and is a duplicate of Claim #10725-02201.  This claim was erroneously filed twice.  The USACM Liquidating Trust requests claim #10725-02069 be disallowed in its entirety. | 10725-02201 | $87,877.81 |

2

2006543.1

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Doerr Family Trust Dated 9/12/02 Franz J Doerr Shelter Trust of the Doerr Family Linda Patrucco Doerr, Ttee 690 West Riverview Cir. Reno, NV 89509-1130 | 10725-02114 10725-02115 | $659,484.08 $659,484.08 | The claims are based on investment in Harbor Georgetown, Palm Harbor One, and Tabia Ranch. They are exact duplicates and are amended by claim #10725-02116. The USACM Liquidating Trust requests claim #10725-02114 and 10725-02115 be disallowed in their entirety. | 10725-02116 | $659,484.08 |
| Burgarello Inc Profit Sharing Plan c/o Ronald A Johnson Ttee 50 Snider Way Sparks, NV 89431-6308 | 10725-02128 | $405,600.00 | The claim is based on investment in Wasco Investments, J Jireh's Corporation, Gateway Stone, and Elizabeth May Real Estate and is a duplicate of claim #10725-02263. This claim was erroneously filed twice. The USACM Liquidating Trust request claim #10725-02128 be disallowed in its entirety. | 10725-02263 | $405,600.00 |

3

2006543.1