**Entered on Docket
March 11, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (520) 629-4427
Facsimile (520) 879-4705
Email:  rcharles@lrlaw.com
            jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR[1] |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[2] |
| USA CAPITAL REALTY ADVISORS, LLC,[1] | Case No. BK-S-06-10729-LBR[3] |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,[2] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC,[3]             Debtors. | **ORDER SUSTAINING FIFTH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO DUPLICATE PROOFS OF CLAIM** |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Hearing Date:   February 20, 2009<br>Hearing Time:   9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

LEWIS AND ROCA LLP LAWYERS

1  The Court having considered the "Fifth Omnibus Objection of USACM Liquidating Trust to Duplicate Proofs of Claim; and Certificate of Service" [Docket No. 6736] (the "Objection"); the Court having heard the matter on February 20, 2009; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS HEREBY ORDERED** that:

1. The Objection is sustained;

2. The duplicate claims listed on Exhibit A to this Order are disallowed in their entirety; and

3. The surviving claims listed on Exhibit A to this Order are not affected by this Order, but may be subject to further objection.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By  /s/ John Hinderaker (018024)
   Rob Charles
   John Hinderaker *(pro hac vice)*
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (520) 629-4427
Facsimile: (520) 879-4705

*Attorneys for USACM Liquidating Trust*

APPROVED/DISAPPROVED


By:_____
   August Landis
   Assistant United States Trustee

2018789_1.TMP

LEWIS AND ROCA LLP LAWYERS

In accordance with Local Rule 9021, the undersigned certifies:

☐     The Court waived the requirements of LR 9021.

☐     No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☒ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**

By:   /s/ JH (#018024)
      Rob Charles
      John Hinderaker *(pro hac vice)*
*Attorneys for USACM Liquidating Trust*

2018789_1.TMP

# EXHIBIT A

## USA – DUPLICATE CLAIMS TABLE (5)

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Ramsey, Aaron & Lara<br>7713 N 41st St<br>Niwot, CO 80503 | 10725-01132<br>10725-01133 | $37,005.78<br>$37,005.78 | These claims are based on investment in Bay Pompano Beach. They are exact duplicates and are amended by Claim #10725-02152. The USACM Liquidating Trust requests claim #10725-01132 and 10725-01133 be disallowed in their entirety. | 10725-02152 | $76,518.00 |
| Sterling, Tom<br>213 Royal Aberdeen Way<br>Las Vegas, NV 89144 | 10725-00981 | $150,000.00 | The claim is based on investment in Fiesta Oak Valley and is a duplicate of Claim #10725-01170. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00981 be disallowed in its entirety. | 10725-01170 | $50,000.00 |
| Albert Daniel Andrade<br>P.O. Box 2122<br>Oakdale, CA 95361-5122 | 10725-01189 | $100,912.00 | This claim is based on investment in Marlton Square and Cornman Totlec 160, LLC and is a duplicate of Claim #10725-01399. The USACM Liquidating Trust requests claim #10725-01189 be disallowed in its entirety. | 10725-01399 | $100,912.00 |

2004804.1

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Chavez, Roland<br>5 Falkner Dr<br>Ladera Ranch, CA 92694-0294 | 10725-01195 | $50,000.00 | The claim is based on investment in Marlton Square and is a duplicate of Claim #10725-02432. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-01195 be disallowed in its entirety. | 10725-02432 | $50,000.00 |
| Adams, Herman M Brian M & Anthony G<br>1341 Cashman Dr<br>Las Vegas, NV 89102 | 10725-01220 | $4,543.39 | The claim is a duplicate of Claim #10725-01274. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-01220 be disallowed in its entirety. | 10725-01274 | $2,088,250.00 |
| Rausch, Lawrence<br>10708 Brinkwood<br>Las Vegas, NV 89134 | 10725-01228 | $44,812.00 | This claim is based on investment in HFA Clear Lake 2nd and is a duplicate of Claim #10725-02478. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-01228 be disallowed in its entirety. | 10725-02478 | $44,922.00 |
| Rausch, Lawrence<br>10708 Brinkwood<br>Las Vegas, NV 89134 | 10725-01230 | $91,467.00 | This claim is based on investment in Amesbury/Hatters Point and is a duplicate of Claim #10725-02477. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-01230 be disallowed in its entirety. | 10725-02477 | $92,887.00 |

2

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Timothy J Porter IRA<br>8970 S Bank Dr<br>Roseburg, Or 97470-7993 | 10725-01294 | $40,955.63 | This claim is based on investment in Anchor B, LLC and Oak Shores II and is a duplicate of Claim #10725-02569. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-01294 be disallowed in its entirety. | 10725-02569 | $40,955.63 |
| Kiven, Norman<br>Andrew J Abrams Esq<br>Sugar Friedberg & Fel. LLP<br>30 N Lasalle St., Ste. 3000<br>Chicago, IL 60602 | 10725-01300 | $48,248.00 | This claim is a duplicate of Claim #10725-01478. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-01300 be disallowed in its entirety. | 10725-01478 | $96,496.00 |
| Sinett, Sheldon<br>239 Harbor View Dr<br>Port Washington, NY 11050 | 10725-01331 | $100,000.00 | The claim is based on investment in Bundy Canyon Land Development, LLC and Marlton Square and is a duplicate of claim #10725-01367. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-01331 be disallowed in its entirety. | 10725-01367 | $100,000.00 |

2004804.1