**Entered on Docket
March 11, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (520) 629-4427
Facsimile (520) 879-4705
Email:  rcharles@lrlaw.com
            jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                                              Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING FOURTH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO DUPLICATE PROOFS OF CLAIM**<br><br>Hearing Date:    February 20, 2009<br>Hearing Time:    9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2018788_1.TM
P

LEWIS AND ROCA LLP LAWYERS

The Court having considered the "Fourth Omnibus Objection of USACM Liquidating Trust to Duplicate Proofs of Claim; and Certificate of Service" [Docket No. 6734] (the "Objection"); the Court having heard the matter on February 20, 2009; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS HEREBY ORDERED** that:

1. The Objection is sustained;

2. The duplicate claims listed on Exhibit A to this Order are disallowed in their entirety; and

3. The surviving claims listed on Exhibit A to this Order are not affected by this Order, but may be subject to further objection.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By     /s/ John Hinderaker (018024)
         Rob Charles
         John Hinderaker *(pro hac vice)*
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (520) 629-4427
Facsimile: (520) 879-4705

*Attorneys for USACM Liquidating Trust*

APPROVED/DISAPPROVED


By:_____
         August Landis
         Assistant United States Trustee

2018788_1.TMP

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☒ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**

By:   /s/ JH  (#018024)
        Rob Charles
        John Hinderaker *(pro hac vice)*
*Attorneys for USACM Liquidating Trust*

2018788_1.TMP

# EXHIBIT A

**USA – DUPLICATE CLAIMS TABLE (4)**

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Timothy J Porter Ira<br>c/o Scott D Fleming Esq<br>Hale Lane Peek Dennison & Howard<br>3930 Howard Hughes Pkwy., 4th Fl.<br>Las Vegas, NV 89169 | 10725-00845 | $40,955.63 | The claim is based on investment in Anchor B, LLC and Oak Shores II and is a duplicate of Claim #10725-01294. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00845 be disallowed in its entirety. | 10725-01294 | $40,955.63 |
| Mathews, Max<br>c/o Scott D Fleming Esq<br>Hale Lane Peek Dennison & Howard<br>3930 Howard Hughes Pkwy., 4th Fl.<br>Las Vegas, NV 89169 | 10725-00846 | Unknown | The claim is based on BarUSA and Elizabeth May Real Estate and is a duplicate of Claim #10725-01239. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00846 be disallowed in its entirety. | 10725-01239 | Unknown |
| Tomac, Steven B & Laura J<br>c/o Scott D Fleming Esq<br>Hale Lane Peek Dennison & Howard<br>3930 Howard Hughes Pkwy., 4th Fl.<br>Las Vegas, NV 89169 | 10725-00847 | Unknown | This claim is based on investment in Elizabeth May Real Estate and Grammercy Court Condos and is a duplicate of Claim #10725-01234. The USACM Liquidating Trust requests claim #10725-00847 be disallowed in its entirety. | 10725-01234 | Unknown |

2004720.1

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Patricia A Herrin & Terry W Royder<br>9404 Mountainair Ave<br>Las Vegas, NV 89134-6215 | 10725-00913 | $150,000.00 | The claim is based on investment in Eagle Meadows Development and is a duplicate of Claim #10725-01388. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00913 be disallowed in its entirety. | 10725-01388 | $150,000.00 |
| Ovca Associates Inc Defined Pension Plan<br>c/o William J Ovca Jr Trustee<br>16872 Baruna Ln<br>Huntington Beach, CA 92649 | 10725-00957 | $275,000.00 | The claim is a duplicate of Claim #10725-01574. The USACM Liquidating Trust requests claim #10725-00957 be disallowed in its entirety. | 10725-01574 | Unknown |
| Resident Agents Of Nevada<br>711 S Carson St #4<br>Carson City, NV 89701 | 10725-00988 | $54,535.00 | The claim is based on investment in Placer Vineyards 2nd and is a duplicate of Claim #10725-01261. The USACM Liquidating Trust requests claim #10725-00988 be disallowed in its entirety. | 10725-01261 | $54,535.00 |
| Ciadella Living Trust Dtd 2/8/99<br>c/o Stella P Ciadella Trustee<br>650 S Town Center Dr Apt 1114<br>Bldg 29<br>Las Vegas, NV 89144-4419<br>And<br>Ciadella Living Trust Dtd 2/8/99<br>C/o Carl Ciadella<br>10012 Crescent Mesa Ln.<br>Las Vegas, NV 89148 | 10725-01040 | $250,000.00 | The claim is based on 6425 Gess, LTD and Harbor Georgetown and is a duplicate of Claim #10725-02450. The USACM Liquidating Trust requests claim #10725-01040 be disallowed in its entirety. | 10725-02450 | $250,000.00 |

2

2004720.1

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Don P Marshall Trust Dtd 7/18/95 c/o Don P Marshall Trustee 221 Chiquita Rd Healdsburg, CA 95448-9055 | 10725-01044 | $200,000.00 | The claim is a duplicate of Claim #10725-02482. The USACM Liquidating Trust requests claim #10725-01044 be disallowed in its entirety. | 10725-02482 | $200,000.00 |
| Adams, Karen 15026 Starbuck St Whittier, CA 90603 | 10725-01075 | $53,900.08 | The claim is based on investment in Bundy Canyon Land Development, LLC and is a duplicate of Claim #10725-01076. The USACM Liquidating Trust requests claim #10725-01075 be disallowed in its entirety. | 10725-01076 | $53,900.08 |
| Wayne Dotson Co Peter Bogart Ceo 3 Hidden Lake Ct Bluffton, SC 29910 | 10725-01123 | $56,500.00 | This claim is based on investment in Rio Rancho Executive Plaza, LLC and is a duplicate of Claim #10725-1266. The USACM Liquidating Trust requests claim #107225-01123 be disallowed in its entirety. | 10725-01266 | $56,500.00 |

3

2004720.1