**Entered on Docket
March 11, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (520) 629-4427
Facsimile (520) 879-4705
Email:  rcharles@lrlaw.com
          jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>         Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING THIRD OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO DUPLICATE PROOFS OF CLAIM**<br><br>Hearing Date: February 20, 2009<br>Hearing Time: 9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2018782_1.TM
P

LEWIS AND ROCA LLP LAWYERS

The Court having considered the "Third Omnibus Objection of USACM Liquidating Trust to Duplicate Proofs of Claim; and Certificate of Service" [Docket No. 6732] (the "Objection"); the Court having heard the matter on February 20, 2009; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS HEREBY ORDERED** that:

1. The Objection is sustained;

2. The duplicate claims listed on Exhibit A to this Order are disallowed in their entirety; and

3. The surviving claims listed on Exhibit A to this Order are not affected by this Order, but may be subject to further objection.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By   /s/ John Hinderaker (018024)
     Rob Charles
     John Hinderaker *(pro hac vice)*
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (520) 629-4427
Facsimile:  (520) 879-4705

*Attorneys for USACM Liquidating Trust*

APPROVED/DISAPPROVED


By:_____
     August Landis
     Assistant United States Trustee

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☒ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

### 

Submitted by:

**LEWIS AND ROCA LLP**

By: /s/ JH (#018024)
Rob Charles
John Hinderaker *(pro hac vice)*
*Attorneys for USACM Liquidating Trust*

# EXHIBIT A

## USA – DUPLICATE CLAIMS TABLE (3)

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| John E Michelsen Family Trust<br>c/o John F Murtha Esq<br>P.O. Box 2311<br>Reno, NV 89505 | 10725-00799 | $236,764.00 | The claim is a duplicate of Claim #10725-01314. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00799 be disallowed in its entirety. | 10725-01314 | $236,764.00 |
| John E Michelsen Family Trust<br>c/o John F Murtha Esq<br>P.O. Box 2311<br>Reno, NV 89505 | 10725-00800 | $543,373.00 | The claim is a duplicate of Claim #10725-01312. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00800 be disallowed in its entirety. | 10725-01312 | $543,373.00 |
| Santoro Family Trust Dtd 4/29/02<br>c/o Nicholas J & Juanita Santoro Ttees<br>2312 Pearl Crest St<br>Las Vegas, NV 89134-6732 | 10725-00812 | $300,000.00 | This claim is a duplicate of Claim #10725-01472. The USACM Liquidating Trust requests claim #10725-00812 be disallowed in its entirety. | 10725-01472 | $300,000.00 |
| George Gage Trust Dtd 10/8/99<br>c/o Scott D Fleming Esq<br>Hale Lane Peek Dennison & Howard<br>3930 Howard Hughes Pkwy., 4th Fl.<br>Las Vegas, NV 89169 | 10725-00813 | $12,951.80 | The claim is based on investment in Bay Pompano Beach, Marlton Square, and Fiesta USA/Stoneridge and is a duplicate of Claim #10725-01215. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00813 be disallowed in its entirety. | 10725-01215 | $12,951.80 |

2004683.1

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Daraskevius, Joseph & Ardee<br>4191 Comstock Dr.<br>Lake Havasu City, AZ 86406 | 10725-00816 | $275,000.00 | The claim is a duplicate of Claim #10725-00865. The USACM Liquidating Trust requests claim #10725-00816 be disallowed in its entirety. | 10725-00865 | $275,000.00 |
| Max Mathews, Richard G<br>Messersmith, Dale Patterson<br>c/o Scott D Fleming Esq<br>Hale Lane Peek Dennison & Howard<br>3930 Howard Hughes Pkwy., 4th Fl.<br>Las Vegas, NV 89169 | 10725-00817 | $815.70 | The claim is based on investment in Amesbury/Hatters Point and is a duplicate of Claim #10725-01284. The USACM Liquidating Trust requests claim #10725-00817 be disallowed in its entirety. | 10725-01284 | $815.70 |
| William M & Jean A Spangler<br>711 Gordon Ave<br>Reno, NV 89509 | 10725-00823 | $147,895.00 | The claim is a duplicate of Claim #10725-01371. The USACM Liquidating Trust requests claim #10725-00823 be disallowed in its entirety. | 10725-01371 | $147,895.00 |
| X Factor Inc<br>c/o Scott D Fleming Esq<br>Hale Lane Peek Dennison & Howard<br>3930 Howard Hughes Pkwy., 4th Fl.<br>Las Vegas, NV 89169 | 10725-00826 | Unknown | The claim is a duplicate of Claim #10725-01283. The USACM Liquidating Trust requests claim #10725-00826 be disallowed in its entirety. | 10725-01283 | Unknown |

2

## USA – DUPLICATE CLAIMS TABLE (3)

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Johnson Family Trust Dtd 2/17/98 c/o Scott D Fleming Esq. Hale Lane Peek Dennison & Howard 3930 Howard Hughes Pkwy., 4th Fl. Las Vegas, NV 89169 | 10725-00838 | Unknown | The claim is based on investment in Brookmere/Matteson, HFA-Clear Lake, and Mountain House Business Park and is a duplicate of Claim #10725-01242. The USACM Liquidating Trust requests claim #10725-00838 be disallowed in its entirety. | 10725-01242 | Unknown |
| Schutte, Dora R c/o Scott D Fleming Esq Hale Lane Peek Dennison & Howard 3930 Howard Hughes Pkwy., 4th Fl. Las Vegas, NV 89169 | 10725-00840 | Unknown | The claim is based on investment in Wasco Investments and Elizabeth May Real Estate and is a duplicate of Claim #10725-01291. The USACM Liquidating Trust requests claim #10725-00840 be disallowed in its entirety. | 10725-01291 | Unknown |

2004683.1