**Entered on Docket
March 11, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (520) 629-4427
Facsimile (520) 879-4705
Email:   rcharles@lrlaw.com
          jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                                     Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING SECOND OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO DUPLICATE PROOFS OF CLAIM**<br><br>Hearing Date:   February 20, 2009<br>Hearing Time:   9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2018780_1.TM
P

The Court having considered the "Second Omnibus Objection of USACM Liquidating Trust to Duplicate Proofs of Claim; and Certificate of Service" [Docket No. 6730] (the "Objection"); the Court having heard the matter on February 20, 2009; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS HEREBY ORDERED** that:

1. The Objection is sustained;

2. The duplicate claims listed on Exhibit A to this Order are disallowed in their entirety; and

3. The surviving claims listed on Exhibit A to this Order are not affected by this Order, but may be subject to further objection.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By    /s/ John Hinderaker (018024)
    Rob Charles
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (520) 629-4427
Facsimile: (520) 879-4705

*Attorneys for USACM Liquidating Trust*

APPROVED/DISAPPROVED


By:_____
    August Landis
    Assistant United States Trustee

**LEWIS AND ROCA LLP LAWYERS**

In accordance with Local Rule 9021, the undersigned certifies:

- ☐ The Court waived the requirements of LR 9021.

- ☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

- ☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☒ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**

By:  /s/ JH  (#018024)
      Rob Charles
      John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

3

EXHIBIT A

## USA – DUPLICATE CLAIMS TABLE (2)

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Lawrence Rausch<br>10708 Brinkwood Avenue<br>Las Vegas, NV 89134 | 10725-00620 | $91,467.00 | The claim is based on investment in Amesbury/Hatters Point and is a duplicate of Claim #10725-02477. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00620 be disallowed in its entirety. | 10725-02477 | $92,887.00 |
| Lawrence Rausch<br>10708 Brinkwood Avenue<br>Las Vegas, NV 89134 | 10725-00621 | $44,812.00 | The claim is based on investment in HFA-Clear Lake 2nd and is a duplicate of Claim #10725-02478. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00621 be disallowed in its entirety. | 10725-02478 | $44,922.00 |
| Lawrence Rausch<br>10708 Brinkwood Avenue<br>Las Vegas, NV 89134 | 10725-00622 | $50,599.83 | This claim is based on investment in Marlton Square 2nd and is a duplicate of Claim #10725-02476. The USACM Liquidating Trust requests claim #10725-00622 be disallowed in its entirety. | 10725-02476 | $49,936.00 |
| Donnolo Family Trust Dtd 8/24/88<br>3120 Highland Falls Drive<br>Las Vegas, NV 89134 | 10725-00629 | $100,000.00 | The claim is a duplicate of Claim #10725-02457. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00629 be disallowed in its entirety. | 10725-02457 | $100,000.00 |

2004539.1

**USA – DUPLICATE CLAIMS TABLE (2)**

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Desert Commercial Sweeping Inc<br>Christopher D Jaime Esq<br>Maupin Cox & LeGoy<br>P.O. Box 30000<br>Reno, NV 89520 | 10725-00518<br>10725-00661 | $70,000.00<br>$70,000.00 | These claims are exact duplicates and are amended by Claim #10725-02024. The USACM Liquidating Trust requests claim #10725-00518 and 10725-00661 be disallowed in their entirety. | 10725-02024 | $70,000.00 |
| Nakashima, Vicky<br>1681 Fairburn Avenue<br>Los Angeles, CA 90024 | 10725-00693 | $155,000.00 | The claim is based on investment in Meadow Creek Partners LLC and is a duplicate of Claim #10725-01018. The USACM Liquidating Trust requests claim #10725-00693 be disallowed in its entirety. | 10725-01018 | $155,000.00 |
| Bonnema, Gary<br>P.O. Box 8649<br>Horseshoe Bay, TX 78657 | 10725-00694 | $50,516.67 | The claim is based on investment in Gramercy Court Condos and is a duplicate of Claim #10725-01474. The USACM Liquidating Trust requests claim #10725-00694 be disallowed in its entirety. | 10725-01474 | $50,516.67 |
| D&P Curtis Trust Dated 7/27/01<br>Patricia M & Dan L Curtis Ttees<br>404 Club Ct<br>Las Vegas, NV 89144-0838 | 10725-00720 | $100,000.00 | The claim is based on investment in Meadow Creek Partner, LLC and Elizabeth May Real Estate and is a duplicate of Claim #10725-00765. The USACM Liquidating Trust requests claim #10725-00720 be disallowed in its entirety. | 10725-00765 | $100,000.00 |

2

## USA – DUPLICATE CLAIMS TABLE (2)

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Kevin Higgins<br>10413 Mansion Hills Ave<br>Las Vegas, NV 89144 | 10725-00745 | $100,000.00 | The claim is based on investment in Oak Shores II. This claim is a duplicate of Claim #10725-00757. The USACM Liquidating Trust requests claim #10725-00745 be disallowed in its entirety. | 10725-00757 | $100,000.00 |
| William M Spangler<br>711 Gordon Ave<br>Reno, NV 89509 | 10725-00785 | $14,000.00 | The claim is based on investment in BarUSA, LLC and is a duplicate of Claim #10725-01370. The USACM Liquidating Trust requests claim #10725-00785 be disallowed in its entirety. | 10725-01370 | $14,000.00 |

3