Entered on Docket
March 11, 2009

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

LEWIS AND ROCA LLP
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (520) 629-4427
Facsimile (520) 879-4705
Email: rcharles@lrlaw.com
       jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR[1] |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[2] |
| USA CAPITAL REALTY ADVISORS, LLC,[1] | Case No. BK-S-06-10729-LBR[3] |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,[2] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC,[3]  Debtors. | **ORDER SUSTAINING SECOND OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED UPON PALM TERRACE LITIGATION** |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Hearing Date:    February 20, 2009<br>Hearing Time:    9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2018814_1.DOC


LEWIS AND ROCA LLP LAWYERS

The Court having considered the "Second Omnibus Objection of USACM Trust To Proofs of Claim Based Upon Palm Terrace Litigation" [Docket No. 6753] (the "Objection"); with appearances as set forth in the record at the hearing noted above; appropriate notice of the Objection having been given; with one response to the Objection having been filed by Wow Enterprises, Inc.; and good cause appearing:

**IT IS HEREBY ORDERED** that:

1. The Objection is sustained; and
2. The claims listed on Exhibit A to this Order are disallowed in their entirety.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By    /s/ John Hinderaker (018024)
    Rob Charles
    John Hinderaker
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (520) 629-4427
Facsimile: (520) 879-4705

*Attorneys for USACM Liquidating Trust*

APPROVED/DISAPPROVED


By:_____
    August Landis
    Assistant United States Trustee

(APPROVED)/DISAPPROVED


By:_____
    Jonathan A. McMahon
    Bruce Piontkowski
    Tingley Piontkowski LLP
    Attorneys for Palm Terrace Claimants

2018814_1.TMP

In accordance with Local Rule 9021, the undersigned certifies:

- ☐ The Court waived the requirements of LR 9021.

- ☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

- ☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☒ failed to respond to the document |
| Other Party: Bruce Piontkowski | |
| ☒ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**

By: /s/ JH  (#018024)
   Rob Charles
   John Hinderaker
*Attorneys for USACM Liquidating Trust*

2018814_1.DOC

# EXHIBIT A

**USA – PALM TERRACE CLAIMS**

| Claimant's Name and Address | Claim # | Claim Amount |
|---|---|---|
| Osborne, John R<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-00922 | $2,000,000.00 |
| Robert Helms<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-00923 | $2,000,000.00 |
| Jim Thylin<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-00924 | $2,000,000.00 |
| Carol Gray<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-00925 | $2,000,000.00 |
| James Douglas<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-00926 | $2,000,000.00 |
| David N. Kang<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-00927 | $2,000,000.00 |
| Connie Finch<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-00928 | $2,000,000.00 |
| Cathi Ciardella<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-00929 | $2,000,000.00 |

2007701.1