# EXHIBIT A

Entered on Docket
March 11, 2009

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

---

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (520) 629-4427
Facsimile (520) 879-4705
Email:  rcharles@lrlaw.com
           jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>          Debtors.<br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING THIRD OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED UPON PALM TERRACE LITIGATION**<br><br>Hearing Date:    February 20, 2009<br>Hearing Time:    9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2018815_1.DOC



LEWIS AND ROCA LLP LAWYERS

The Court having considered the "Third Omnibus Objection of USACM Trust To Proofs of Claim Based Upon Palm Terrace Litigation" [Docket No. 6754] (the "Objection"); with appearances as set forth in the record at the hearing noted above; appropriate notice of the Objection having been given; with one response to the Objection having been filed by Wow Enterprises, Inc.; and good cause appearing:

**IT IS HEREBY ORDERED** that:

1. The Objection is sustained in full as to all of the claims listed on Exhibit A to this order except Claim No. 10725-01056 filed by Wow Enterprises, Inc. As to Claim No. 10725-01056 filed by Wow Enterprises, Inc. the Objection is sustained in part;

2. The claims listed on Exhibit A, except for Claim No. 10725-01056 filed by Wow Enterprises, Inc., are disallowed in their entirety. Claim No. 10725-01056 filed by Wow Enterprises, Inc. is a claim for $2,000,000 and it is disallowed to the extent it exceeds $184,965.74.

3. The Court will hold a scheduling conference for what remains of the Objection to Claim No. 10725-01056 filed by Wow Enterprises, Inc. on April 10, 2009 at 9:30.

4. The parties will submit a joint scheduling memorandum at least three days before the scheduling conference.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By  /s/ John Hinderaker (018024)
    Rob Charles
    John Hinderaker
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (520) 629-4427
Facsimile: (520) 879-4705

*Attorneys for USACM Liquidating Trust*

2

2018815_1.DOC

LEWIS
AND
ROCA
—LLP—
LAWYERS

1  APPROVED/DISAPPROVED

2

3  By: _____
       August Landis
4      Assistant United States Trustee

5  (APPROVED)/DISAPPROVED

6

7  By: _____
       Jonathan A. McMahon
8      Bruce Piontkowski
       Tingley Piontkowski LLP
9      Attorneys for Palm Terrace Claimants

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2018815_1.TMP

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☒ failed to respond to the document |
| Other Party: Bruce Piontkowski | |
| ☒ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

### ###

Submitted by:

**LEWIS AND ROCA LLP**

By: /s/ JH (#018024)
Rob Charles
John Hinderaker
*Attorneys for USACM Liquidating Trust*

EXHIBIT A

## USA – PALM TERRACE CLAIMS

| Claimant's Name and Address | Claim # | Claim Amount |
|---|---|---|
| Palm Terrace Llc<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-01052 | $2,000,000.00 |
| First Interstate Resource Management Inc<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-01053 | $2,000,000.00 |
| Fidelity Management Alliance Inc<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-01054 | $2,000,000.00 |
| Global Property Network Inc<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-01055 | $2,000,000.00 |
| Wow Enterprises Inc<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-01056 | $2,000,000.00 |
| Catalyst Funding Corporation<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-01057 | $2,000,000.00 |
| Advisor Financial Alliance<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-01058 | $2,000,000.00 |
| Gray, Russell<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-01059 | $2,000,000.00 |