# LEWIS
## AND
## ROCA
### LLP
### L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHinderaker@LRLaw.com

*Attorneys for USACM Liquidating Trust*

| | E-Filed on 3/11/09 |
|---|---|

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

USA Commercial Mortgage Company,
USA Capital Realty Advisors, LLC,[1]
USA Capital Diversified Trust Deed Fund, LLC,
USA Capital First Trust Deed Fund, LLC,[2]
USA Securities, LLC,[3]

Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR[1]
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR[2]
Case No. BK-S-06-10729-LBR[3]

CHAPTER 11

Jointly Administered Under
Case No. BK-S-06-10725 LBR

**NOTICE OF ENTRY OF ORDER SUSTAINING FOURTH OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED UPON PALM TERRACE LITIGATION**

**PLEASE TAKE NOTICE** that an Order Sustaining Fourth Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Palm Terrace Litigation [DE 6927] (the "Order") was entered on the 11th day of March, 2009, a true and correct copy of which is attached hereto as Exhibit A.

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2028183.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

1

RESPECTFULLY SUBMITTED March 11, 2009.

2

LEWIS AND ROCA LLP

3

4

By  /s/ John Hinderaker  (#018024)

5        Rob Charles
         John Hinderaker

6        *Attorneys for USACM Liquidating Trust*
         3993 Howard Hughes Parkway, Suite 600

7        Las Vegas, Nevada 89169
         702-949-8320

8

9    Copy of the foregoing mailed by First
     class Postage prepaid U.S. mail

10   On March 11, 2009 to:

11
     Curtis R. Tingley / Bruce Piontkowski

12   ROPERS, MAJESKI, KOHN &
     BENTLEY

13   80 North First Street
     San Jose, CA 95113-1201

14

15

16   /s/ Carrie Lawrence
     Lewis and Roca LLP

17

18

19

20

21

22

23

24

25

26

2028183.1