EXHIBIT A

1962760.1



Entered on Docket
March 11, 2009

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

---

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (520) 629-4427
Facsimile (520) 879-4705
Email:  rcharles@lrlaw.com
            jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                                      Debtors.<br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING FOURTH OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED UPON PALM TERRACE LITIGATION**<br><br>Hearing Date:    February 20, 2009<br>Hearing Time:    9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2018816_1.DOC



LEWIS AND ROCA LLP
LAWYERS

1  The Court having considered the "Fourth Omnibus Objection of USACM Trust To
2  Proofs of Claim Based Upon Palm Terrace Litigation" [Docket No. 6755] (the
3  "Objection"); with appearances as set forth in the record at the hearing noted above;
4  appropriate notice of the Objection having been given; with one response to the Objection
5  having been filed by Wow Enterprises; and good cause appearing:
6   **IT IS HEREBY ORDERED** that:
7   1.   The Objection is sustained; and
8   2.   The claims listed on Exhibit A to this Order are disallowed in their entirety.
9
10  PREPARED AND RESPECTFULLY SUBMITTED BY:
11  **LEWIS AND ROCA LLP**
12
    By    /s/ John Hinderaker (018024)
13       Rob Charles
         John Hinderaker
14  3993 Howard Hughes Parkway, Ste. 600
    Las Vegas, Nevada 89169-5996
15  Telephone: (520) 629-4427
    Facsimile: (520) 879-4705
16
17  *Attorneys for USACM Liquidating Trust*
18  APPROVED/DISAPPROVED
19
20  By:_____
         August Landis
21       Assistant United States Trustee
22  (APPROVED)/DISAPPROVED
23
24  By:_____
         Jonathan A. McMahon
25       Bruce Piontkowski
         Tingley Piontkowski LLP
26       Attorneys for Palm Terrace Claimants

2

2018816_1.TMP

LEWIS AND ROCA LLP LAWYERS

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☒ failed to respond to the document |
| Other Party: Bruce Piontkowski | |
| ☒ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**

By: /s/ JH (#018024)
    Rob Charles
    John Hinderaker
*Attorneys for USACM Liquidating Trust*

3

2018816_1.DOC

EXHIBIT A

## USA – PALM TERRACE CLAIMS

| Claimant's Name and Address | Claim # | Claim Amount |
|---|---|---|
| Osborne, John R<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-01060 | $2,000,000.00 |
| Helms, Robert<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-01061 | $2,000,000.00 |
| Thylin, Jim<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-01062 | $2,000,000.00 |
| Gray, Carol<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-01063 | $2,000,000.00 |
| Douglas, James<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-01064 | $2,000,000.00 |
| Kang, David N<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-01065 | $2,000,000.00 |
| Finch, Connie<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-01066 | $2,000,000.00 |
| Ciardella, Cathi<br>c/o Curtis R. Tingley / Bruce Piontkowski<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>80 North First Street<br>San Jose, CA 95113-1201 | 10725-01067 | $2,000,000.00 |

2007703.1