Case 06-10725-gwz   Doc 6935   Entered 03/13/09 06:31:28   Page 1 of 3



Entered on Docket
March 13, 2009

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway,
Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (520) 629-4427
Facsimile (520) 879-4705
Email:  rcharles@lrlaw.com
           jhinderaker@lrlaw.com

*Attorneys for USACM Liquidating Trust*

**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Marc A. Levinson (CA 57613) *pro hac vice*
Jeffery D. Hermann (CA 90445) *pro hac vice*
400 Capitol Mall
Sacramento, California  95814
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email:  malevinson@orrick.com
           jhermann@orrick.com

*Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

**SNELL & WILMER, LLP**
Robert R. Kinas (NV 06019)
Claire Dossier (NV 10030)
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email:  rkinas@swlaw.com
           cdossier@swlaw.com

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                   Debtors.<br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING OBJECTION OF USACM TRUST TO PROOF OF CLAIM OF WILLIAM PANEK FILED IN WRONG DEBTOR'S CASE; AND SUSTAINING OBJECTION OF DTDF TO PROPOSED ALLOWANCE OF CLAIM**<br><br>Hearing Date:   February 3, 2009<br>Hearing Time:   9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2025127.1

The Court having considered the "Objection of USACM Trust to Proof of Claim of William Panek Filed in Wrong Debtor's Case; Objection of DTDF to Proposed Allowance of Claim" [Docket No. 6686] (the "Objection"); with appearances as set forth in the record at the hearing noted above; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS HEREBY ORDERED** that:

1. The Objection is sustained;

2. Proof of Claim No. 10725-00368 is disallowed in its entirety as against USA Commercial Mortgage and USA Capital Diversified Trust Deed Fund, LLC ("DTDF"); and

3. The equity interest of The Panek Family Trust Dated 2/14/92, William Panek and Paola Panek, as Trustees, in DTDF is allowed in the amount of $48,047.32 as reflected in the books and records of DTDF as of April 13, 2006.

PREPARED AND RESPECTFULLY SUBMITTED BY:

| | |
|---|---|
| **LEWIS AND ROCA LLP**<br><br>By   /s/ John Hinderaker (018024)<br>    Rob Charles<br>    John Hinderaker<br>3993 Howard Hughes Parkway, Ste. 600<br>Las Vegas, Nevada 89169-5996<br>Telephone: (520) 629-4427<br>Facsimile: (520) 879-4705<br><br>*Attorneys for USACM Liquidating Trust* | **SNELL & WILMER, LLP**<br><br>By  /s/ Claire Dossier (010030)<br>    Robert R. Kinas<br>    Claire Dossier<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>Telephone (702) 784-5200<br>Facsimile (702) 784-5252<br>      and<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>Marc A. Levinson<br>Jeffery D. Hermann<br>400 Capitol Mall, Suite 3000<br>Sacramento, California  95814-4497<br>Telephone: (916) 447-9200<br>Facsimile:  (916) 329-4900<br><br>*Attorneys for USA Capital Diversified Trust Deed Fund, LLC* |

APPROVED/DISAPPROVED

By: _____
    August Landis
    Assistant United States Trustee

In accordance with Local Rule 9021, the undersigned certifies:

☐     The Court waived the requirements of LR 9021.

☐     No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☒ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:

**LEWIS AND ROCA LLP**

By:   /s/ JH (#018024)
    Rob Charles
    John Hinderaker
*Attorneys for USACM Liquidating Trust*

###

3

2025127.1