# EXHIBIT A

Entered on Docket
March 11, 2009

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

___

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (520) 629-4427
Facsimile (520) 879-4705
Email:  rcharles@lrlaw.com
         jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                                          Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING FIRST OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO DUPLICATE PROOFS OF CLAIM**<br><br>Hearing Date:   February 20, 2009<br>Hearing Time:   9:30 a.m. |

___

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2018776_1.TM
P



The Court having considered the "First Omnibus Objection of USACM Liquidating Trust to Duplicate Proofs of Claim; and Certificate of Service" [Docket No. 6728] (the "Objection"); with appearances as set forth in the record at the hearing noted above; appropriate notice of the Objection having been given; one response to the Objection having been filed by Robert A. Russell, which clarified that the two claims at issue are duplicate claims, but asked that the Court dismiss Claim No. 10725-01088 instead of Claim No. 19725-00493 as requested by the Objection; and good cause appearing:

**IT IS HEREBY ORDERED** that:

1. The Objection is sustained;

2. The duplicate claims listed on Exhibit A to this Order are disallowed in their entirety. Exhibit A has been modified from the form of exhibit attached to the Objection to accommodate Mr. Russell's request that claim 10725-01088 be disallowed and 10725-00493 survive this objection; and

3. The surviving claims listed on Exhibit A to this Order are not affected by this Order, but may be subject to further objection.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By  /s/ John Hinderaker (018024)
    Rob Charles
    John Hinderaker
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (520) 629-4427
Facsimile: (520) 879-4705

*Attorneys for USACM Liquidating Trust*

2018776_1.TMP

LEWIS AND ROCA LLP LAWYERS

1 APPROVED/DISAPPROVED
2
3 By:_____
August Landis
4 Assistant United States Trustee
5
By: /s/ Susan Scann
6 Susan Scann
Attorney for Robert Russell
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

3

**LEWIS AND ROCA LLP**
**LAWYERS**

1  In accordance with Local Rule 9021, the undersigned certifies:

2  ☐   The Court waived the requirements of LR 9021.

3  ☐   No parties appeared or filed written objections, and there is no trustee appointed in this case.

4  

5  ☒   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☒ failed to respond to the document |
| Other Party: Susan Scann | |
| ☒ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**


By:    /s/ JH  (#018024)
       Rob Charles
       John Hinderaker
*Attorneys for USACM Liquidating Trust*

4

2018776_1.TMP

EXHIBIT A

**USA – DUPLICATE CLAIMS TABLE**

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Michelle Revocable Trust Dtd 05/03/02<br>Diana Forde Ttee<br>4956 Ridge Dr #83<br>Las Vegas, NV 89103 | 10725-00034 | $30,788.99 | The claim is based on investment in Amesbury/Hatters Point and is a duplicate of Claim #10725-02540. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00034 be disallowed in its entirety. | 10725-02540 | $30,788.99 |
| A-1 Security<br>917 South First<br>Las Vegas, NV 89101 | 10725-00096 | $ 3,997.77 | The claim is based on parts used and services performed on 3/15/06 and is a duplicate of Claim #10725-00432. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00096 be disallowed in its entirety. | 10725-00432 | $ 3,997.77 |
| Jwb Investments Inc Pension Plan<br>2333 Dolphin Ct<br>Henderson, NV 89052-5320 | 10725-00164<br>10725-00192 | $101,493.06<br>$101,493.06 | These claims are based on capital for Marlton Investment. They are exact duplicates and are both amended by Claim #10725-00815. The USACM Liquidating Trust requests claim #10725-00164 and 10725-00192 be disallowed in their entirety. | 10725-00815 | $108,506.96 |

2023707.1

**USA – DUPLICATE CLAIMS TABLE**

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Ramon L & Linda L Snyder Family Trust Dtd 10/14/98<br>Ramon L & Linda L Snyder Ttees<br>405 Grayeagle Ct<br>Lincoln, CA 95648-8676 | 10725-00343 | $125,000.00 | The claim is based on investment in Oak Shores II and is a duplicate of Claim #10725-00645. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00343 be disallowed in its entirety. | 10725-00645 | $125,000.00 |
| Valon R Bishop Trust Dtd 5/7/03<br>c/o Valon R Bishop Trustee<br>P.O. Box 50041<br>Reno, NV 89513-0041 | 10725-00412 | $30,131.00 | The claim is based on investment in Copper Sage Commerce Center, LLC and is a duplicate of Claim #10725-00504. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00412 be disallowed in its entirety. | 10725-00504 | $30,131.00 |
| Marrs, Bobbie<br>5753 Bedrock Springs Ave<br>Las Vegas, NV 89131 | 10725-00444 | $131,278.90 | The claim is based on investment in Oak Mesa Investors, LLC/Fiesta Oak Valley and is a duplicate of Claim #10725-00445. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00444 be disallowed in its entirety. | 10725-00445 | $126,278.90 |

2

**USA – DUPLICATE CLAIMS TABLE**

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Jane Hendler<br>4154 Saint Clair Ave<br>Studio City, CA 91604-1607 | 10725-00446 | $71,160.43 | The claim is based on investment in Roam Development Group and is a duplicate of Claim #10725-00447. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00446 be disallowed in its entirety. | 10725-00447 | $71,160.43 |
| Frank Davenport<br>3372 Narod St<br>Las Vegas, NV 89121-4218 | 10725-00475 | $5,404.37 | The claim is based on investment in Beau Rivage and is a duplicate of Claim #10725-02546. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00475 be disallowed in its entirety. | 10725-02546 | $5,404.37 |
| Russell, Robert A<br>8585 E Hartford Dr., Ste. 500<br>Scottsdale, AZ 85255 | 10725-01088 | $140,000.00 | The claim is based on consulting services and is a duplicate of Claim #10725-00493. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-01088 be disallowed in its entirety. | 10725-00493 | $140,000.00 |

3

**USA – DUPLICATE CLAIMS TABLE**

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Alice Humphry & Valerie Jaeger 3825 Champagne Wood Dr North Las Vegas, NV 89031-2056 | 10725-00587 | $84,726.00 | The claim is based on investment in Amesbury/Hatters Point and Margarita Annex and is a duplicate of Claim #10725-02451. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-00587 be disallowed in its entirety. | 10725-02451 | $84,726.00 |

4