**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email:  RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email:  JHinderaker@LRLaw.com

*Attorneys for USACM Liquidating Trust*

E-Filed on 3/13/09

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br>USA Capital Realty Advisors, LLC,[1]<br>USA Capital Diversified Trust Deed Fund, LLC,<br>USA Capital First Trust Deed Fund, LLC,[2]<br>USA Securities, LLC,[3]<br>                         Debtors.<br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER SUSTAINING SECOND OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO DUPLICATE PROOFS OF CLAIM** |

**PLEASE TAKE NOTICE** that an Order Sustaining Second Omnibus Objection of USACM Liquidating Trust to Duplicate Proofs of Claim [DE 6923] (the "Order") was entered on the 11th day of March, 2009, a true and correct copy of which is attached hereto as Exhibit A.

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

1

2028534.1

LEWIS AND ROCA LLP
LAWYERS

RESPECTFULLY SUBMITTED March 13, 2009.

                          LEWIS AND ROCA LLP


By /s/ *John Hinderaker* (#018024)
  Rob Charles
  John Hinderaker
  *Attorneys for USACM Liquidating Trust*
  3993 Howard Hughes Parkway, Suite 600
  Las Vegas, Nevada 89169
  702-949-8320

Copy of the foregoing and the pertinent Portion of Exhibit A to the Order mailed by First class Postage prepaid U.S. mail On March 13, 2009 to:

All parties in interest listed on Exhibit A to the Order attached

And to the following at a new address:

William M. Spangler
3640 Squaw Road
West Sacramento, CA 95691


/s/ Carrie Lawrence
Lewis and Roca LLP

2028534.1