# LEWIS
### AND
# ROCA
#### LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHinderaker@LRLaw.com

*Attorneys for USACM Liquidating Trust*

| E-Filed on 3/13/09 |
| --- |

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

In re:

USA Commercial Mortgage Company,
USA Capital Realty Advisors, LLC,[1]
USA Capital Diversified Trust Deed Fund, LLC,
USA Capital First Trust Deed Fund, LLC,[2]
USA Securities, LLC,[3]
                                    Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR[1]
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR[2]
Case No. BK-S-06-10729-LBR[3]

CHAPTER 11

Jointly Administered Under
Case No. BK-S-06-10725 LBR

**NOTICE OF ENTRY OF ORDER SUSTAINING FOURTH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO DUPLICATE PROOFS OF CLAIM**

**PLEASE TAKE NOTICE** that an Order Sustaining Fourth Omnibus Objection of USACM Liquidating Trust to Duplicate Proofs of Claim [DE 6921] (the "Order") was entered on the 11th day of March, 2009, a true and correct copy of which is attached hereto as Exhibit A.

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2028546.1

LEWIS
AND
ROCA
LLP

L A W Y E R S

1

RESPECTFULLY SUBMITTED March 13, 2009.

2

LEWIS AND ROCA LLP

3

4

By /s/ John Hinderaker (#018024)

5
Rob Charles
John Hinderaker

6
*Attorneys for USACM Liquidating Trust*
3993 Howard Hughes Parkway, Suite 600

7
Las Vegas, Nevada 89169
702-949-8320

8

9
Copy of the foregoing and the pertinent
Portion of Exhibit A to the Order mailed

10
by First class Postage prepaid U.S. mail
On March 13, 2009 to:

11

12
All parties in interest listed on
Exhibit A to the Order attached

13

14
And to the following at a new address:

15
Wayne Dotson Co.
Peter Bogart CEO

16
c/o Dinah Bogart Engel
Conservator for Peter D. Bogart

17
1445 City Line Ave.
Wynnewood, PA 19096

18

19
/s/ Carrie Lawrence

20
Lewis and Roca LLP

21

22

23

24

25

26

2

2028546.1