# EXHIBIT A

**Entered on Docket
March 11, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (520) 629-4427
Facsimile (520) 879-4705
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR[1] |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[2] |
| USA CAPITAL REALTY ADVISORS, LLC,[1] | Case No. BK-S-06-10729-LBR[3] |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,[2] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC,[3]      Debtors. | **ORDER SUSTAINING SIXTH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO DUPLICATE PROOFS OF CLAIM** |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Hearing Date:  February 20, 2009<br>Hearing Time:  9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2018804_1.TM
P

LEWIS AND ROCA LLP LAWYERS

1   The Court having considered the "Sixth Omnibus Objection of USACM Liquidating Trust to Duplicate Proofs of Claim; and Certificate of Service" [Docket No. 6738] (the "Objection"); the Court having heard the matter on February 20, 2009; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS HEREBY ORDERED** that:

1. The Objection is sustained;

2. The duplicate claims listed on Exhibit A to this Order are disallowed in their entirety; and

3. The surviving claims listed on Exhibit A to this Order are not affected by this Order, but may be subject to further objection.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By  /s/ John Hinderaker (018024)
    Rob Charles
    John Hinderaker *(pro hac vice)*
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (520) 629-4427
Facsimile: (520) 879-4705

*Attorneys for USACM Liquidating Trust*

APPROVED/DISAPPROVED


By:_____
    August Landis
    Assistant United States Trustee

2

2018804_1.TMP

LEWIS AND ROCA LLP LAWYERS

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☒ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

### 

Submitted by:

**LEWIS AND ROCA LLP**

By:  /s/ JH  (#018024)
    Rob Charles
    John Hinderaker *(pro hac vice)*
*Attorneys for USACM Liquidating Trust*

3

2018804_1.TMP

EXHIBIT A

## USA – DUPLICATE CLAIMS TABLE (6)

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Sinett, Todd & Wendy<br>11 Cedar Ln<br>Sands Point, NY 11050 | 10725-01354 | $100,000.00 | The claims is based on investment in Binford Medical Developers, LLC and Castaic Partners III, LLC and is duplicate of Claim #10725-01386. The USACM Liquidating Trust requests claim #10725-01354 be disallowed in its entirety. | 10725-01386 | $100,000.00 |
| Berry, William<br>5725 Daybreak Dr., Apt. D<br>Mira Loma, CA 91752-5687 | 10725-01358 | $200,000.00 | The claim is a duplicate of Claim #10725-01360. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-01358 be disallowed in its entirety. | 10725-01360 | $200,000.00 |
| Cardwell Family Trust<br>c/o Michael J. Dawson, Esq.<br>515 South Third Street<br>Las Vegas, NV 89101 | 10725-01396<br>10725-01397 | $3,229,496.02<br>$3,331,718.07 | These claims are exact duplicates and are amended by Claim #10725-01401. The USACM Liquidating Trust requests claim #10725-01396 and 10725-01397 be disallowed in their entirety. | 10725-01401 | $3,226,795.82 |
| Bishop, Valon<br>P.O. Box 50041<br>Reno, NV 89513 | 10725-01671 | $50,000.00 | This claim is based on investment in Gramercy Court Condos and is a duplicate of Claim #10725-01745. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-01671 be disallowed in its entirety. | 10725-01745 | $50,000.00 |

2006528.1

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Wahl, David C<br>P.O. Box 8012<br>Mammoth Lakes, CA 93546-8012 | 10725-01695 | $10,238.91 | The claim is a duplicate of Claim #10725-02313. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-01695 be disallowed in its entirety. | 10725-02313 | $10,238.91 |
| Wahl, David C<br>P.O. Box 8012<br>Mammoth Lakes, CA 93546 | 10725-01704 | $15,542.15 | The claim is a duplicate of Claim #10725-02335. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-01704 be disallowed in its entirety. | 10725-02335 | $15,542.15 |
| O'Neill, Charles E & Lois<br>3515 Southampton Dr.<br>Reno, NV 89509 | 10725-01730 | $75,311.86 | The claim is based on investment in 5055 Collwood LLC and Placer Vineyards and is a duplicate of Claim #10725-01731. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-01730 be disallowed in its entirety. | 10725-01731 | $75,311.86 |
| Johansen Family Trst Dted 10/23/87 Amended 6/11/04<br>Leif & Roberta Johansen Ttees<br>P.O. Box 2773<br>Truckee, CA 96160-2773 | 10725-01794 | $100,447.47 | The claim is a duplicate of Claim #10725-02455. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-01794 be disallowed in its entirety. | 10725-02455 | $100,447.47 |

2

2006528.1

| Claimant's Name and Address | Duplicate Claim # | Duplicate Claim Amount | Basis for Objection | Surviving Claim # | Surviving Claim Amount |
|---|---|---|---|---|---|
| Swedelson Family Trust Dtd 12/23/92<br>c/o Robert Swedelson Ttee<br>2539 Jada Dr<br>Henderson, NV 89044 | 10725-01896 | $1,351.09 | The claim is based on investment in Beau Rivage Homes and is a duplicate of Claim #10725-02198. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-01896 be disallowed in its entirety. | 10725-02198 | $1,351.09 |
| RBR Partnership<br>P.O. Box 376<br>Indian Springs, NV 89018-0376 | 10725-01954 | $55,381.90 | The claim is based on investment in MS Acquisition Company, LLC and is a duplicate of claim #10725-02319. This claim was erroneously filed twice. The USACM Liquidating Trust requests claim #10725-01954 be disallowed in its entirety. | 10725-02319 | $55,381.90 |

3

2006528.1