**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email:  RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email:  JHinderaker@LRLaw.com

*Attorneys for USACM Liquidating Trust*

E-Filed on 3/13/09

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA Commercial Mortgage Company, USA Capital Realty Advisors, LLC,[1] USA Capital Diversified Trust Deed Fund, LLC, USA Capital First Trust Deed Fund, LLC,[2] USA Securities, LLC,[3]       Debtors. | Case No. BK-S-06-10726-LBR[1] Case No. BK-S-06-10727-LBR Case No. BK-S-06-10728-LBR[2] Case No. BK-S-06-10729-LBR[3] CHAPTER 11 Jointly Administered Under Case No. BK-S-06-10725 LBR |
| **Affects:** ☐ All Debtors ☒ USA Commercial Mortgage Company ☐ USA Capital Realty Advisors, LLC ☐ USA Capital Diversified Trust Deed Fund, LLC ☐ USA Capital First Trust Deed Fund, LLC ☐ USA Securities, LLC | **NOTICE OF ENTRY OF ORDER SUSTAINING SEVENTH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO DUPLICATE PROOFS OF CLAIM** |

**PLEASE TAKE NOTICE** that an Order Sustaining Seventh Omnibus Objection of USACM Liquidating Trust to Duplicate Proofs of Claim [DE 6918] (the "Order") was entered on the 11th day of March, 2009, a true and correct copy of which is attached hereto as Exhibit A.

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2028575.1

**LEWIS AND ROCA LLP**
LAWYERS

RESPECTFULLY SUBMITTED March 13, 2009.

LEWIS AND ROCA LLP

By /s/ *John Hinderaker* (#018024)
Rob Charles
John Hinderaker
*Attorneys for USACM Liquidating Trust*
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
702-949-8320

Copy of the foregoing and the pertinent
Portion of Exhibit A to the Order mailed
by First class Postage prepaid U.S. mail
On March 13, 2009 to:

All parties in interest listed on
Exhibit A to the Order attached


/s/ Carrie Lawrence
Lewis and Roca LLP

2028575.1