**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 0065934
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 3/13/09

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>          Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Notice of Revision to Settlement Agreement With Debt Acquisition Company Of America V, LLC**<br><br>Date: No hearing requested<br>Time:<br>Place: |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

  Geoffrey L. Berman as Trustee of the USACM Liquidating Trust (the "Trust") gives the Court and interested parties notice that the Asset Purchase Agreement between the Trust and Debt Acquisition Company of America V, LLC ("DACA"), approved by

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2029347.1

this Court's March 4, 2009 Order [DE 6893], has been amended due to a mutual mistake, as follows.

The Trust indicated to the Court, and negotiated with DACA for purchase of Prepaid Interest due to the Trust, based upon an understanding that the uncollected balance of Prepaid Interest was $7,218,409.26, including $2,051,179.26 on the Hotel Marquis loan. Follow up with one of the claims buyers has demonstrated a mistake, in fact all of the Prepaid Interest owed by Lenders in the Hotel Marquis loan was paid when the loan was paid in full (including accrued interest). Accordingly, the Trust's uncollected Prepaid Interest balance is only $5,174,487.91.

Based upon a $2 million price reduction, DACA could have asserted a right to cancel the purchase under theories such as mutual mistake.[4] The Trust had arguments against such relief, and instead of potentially litigating their dispute, DACA and the Trust agreed on a price adjustment. DACA has agreed to pay $1,000,000 to buy $5,174,487.91 in uncollected Prepaid Interest claims (19.3%) instead of DACA paying $1,200,000 to buy $7,218,409.26 in uncollected Prepaid Interest claims (16.6% of face). A copy of the parties' Amendment to Asset Purchase Agreement is attached and incorporated as Exhibit 2.

DACA wired the balance of the purchase price on Thursday, March 12, 2009 and the Purchase Agreement, as amended, has been consummated, subject to dismissal of DACA's appeal in the Ninth Circuit.

---

[4] See *Tarrant v. Monson,* 96 Nev. 844, 845, 619 P.2d 1210, 1211 (1980) ("A mutual mistake is a basis for an equitable rescission of a contract."); *Gramanz v. Gramanz*, 113 Nev. 1, 930 P.2d 753 (1997).

2029347.1

**LEWIS AND ROCA LLP**

Dated: March 13, 2009

By: /s/ RC (#6593)
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
*Counsel for USACM Liquidating Trust*

Copy of the foregoing served on March 13, 2009, via e-mail to all parties with e-mail addresses on the Post Effective Date Official Service List on file with this Court.

/s/ Carrie Lawrence
Carrie Lawrence
Lewis and Roca LLP

2029347.1