**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 18024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 3/17/2009

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,[1]<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[2]<br><br>USA Securities, LLC,[3]<br>                              Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Status And Agenda For March 20, 2009 Hearings**<br><br>Hearing Date: March 20, 2009<br>Hearing Time: 9:30 a.m.<br>                10:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

1

2027671.1

**Agenda for 9:30 a.m.**

    1.    **USACM LIQUIDATING TRUST'S Motion to Strike Defendant MICHAEL PETERSEN'S Jury Demand with Certificate of Service:** Adv. 08-01134-lbr, USACM Liquidating Trust et al v. Petersen et al

| | |
|---|---|
| **Motion Filed:** 2/06/09 | *USACM LIQUIDATING TRUST'S Motion to Strike Defendant MICHAEL PETERSEN'S Jury Demand with Certificate of Service* Filed by ERIC D. MADDEN on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USACM LIQUIDATING TRUST [DE 71] |
| **Opposition Filed:** 2/23/09 | Opposition *of Defendant Michael Petersen to USACM Liquidating Trust's Motion to Strike His Jury Demand* Filed by TIMOTHY R. O'REILLY on behalf of MICHAEL D PETERSEN [DE 85] |
| **Reply Filed:** 3/09/09 | Reply *USACM LIQUIDATING TRUST's Reply in Further Support of Its Motion to Strike Defendant MICHAEL PETERSEN's Jury Demand* with Certificate of Service Filed by ERIC D. MADDEN on behalf of USACM LIQUIDATING TRUST [DE 93] |
| **Status** | Counsel for USACM Liquidating Trust is ready to proceed |

    2.    **Motion to Dismiss (Motion for Order Dismissing The First, Second, Third and Fourth Claims for Relief with Prejudice Against Anthony Monaco, Susan K. Monaco and Monaco Diversified Corporation Pursuant to Fed. R. Civ. P. 12(b)(6); Memorandum of Points and Authorities with Certificate of Service):** Adv. 08-01125-lbr, USACM Liquidating Trust v. Eagle Ranch, LLC et al

| | |
|---|---|
| **Complaint Filed:** 4/11/08 | Adversary case 08-01125. Complaint Filed by USACM LIQUIDATING TRUST vs. MONACO DIVERSIFIED CORPORATION, ANTHONY MONACO, SUSAN K MONACO, EAGLE RANCH RESIDENTIAL, LLC, EAGLE RANCH, LLC, WILLOWBROOK RESIDENTIAL, LLC, BRENTWOOD 128, LLC, RAVENSWOOD APPLE VALLEY, LLC [DE 1] |

2027671.1

| | | |
|---|---|---|
| **Motion Filed:** 2/23/09 | Motion to Dismiss *(Motion for Order Dismissing The First, Second, Third and Fourth Claims for Relief with Prejudice Against Anthony Monaco, Susan K. Monaco and Monaco Diversified Corporation Pursuant to Fed. R. Civ. P. 12(b)(6); Memorandum of Points and Authorities with Certificate of Service)* with Certificate of Service Filed by RICHARD F. HOLLEY on behalf of ANTHONY MONACO, SUSAN K MONACO, MONACO DIVERSIFIED CORPORATION [DE 86] | |
| **Status** | Counsel for USACM Liquidating Trust ready to proceed. | |

3.  **Defendant Michael Petersen's Motion to Withdraw Proofs of Claim Nos. 754 and 1470:** Adv. 08-01134-lbr, USACM Liquidating Trust et al v. Petersen et al

| | |
|---|---|
| **Motion filed:** 2/23/09 | *Defendant Michael Petersen's Motion to Withdraw Proofs of Claim Nos. 754 and 1470* with Certificate of Service Filed by TIMOTHY R. O'REILLY on behalf of MICHAEL D PETERSEN [DE 86] |
| **Response filed:** 3/09/09 | Response *USACM LIQUIDATING TRUST's Response to Defendant MICHAEL PETERSEN's Motion to Withdraw Proofs of Claim Nos. 754 and 1470* with Certificate of Service Filed by ERIC D. MADDEN on behalf of USACM LIQUIDATING TRUST [DE 92] |
| **Status** | Counsel for USACM Liquidating Trust is ready to proceed. |

**Agenda for 10:30 a.m.**

1.  **Status Hearing:** Adv. 07-01154-lbr, USACM Liquidating Trust v. J.M.K. Investments, Ltd. et al

| | |
|---|---|
| **Order filed:** 2/24/09 | Order Setting Status Hearing. Status hearing to be held on 3/20/2009 at 10:30 AM at LBR-Courtroom 1, Foley Federal Bldg. [DE 195] |
| **Status** | Counsel for USACM Liquidating Trust is ready to proceed. |

3

2027671.1

1 | Dated March 17, 2009.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
John Hinderaker, AZ 18024 (*pro hac vice*)
*Counsel for USACM Liquidating Trust*

PROOF OF SERVICE

COPY of the aforementioned sent via e-mail or U.S. First Class Mail on March 17, 2009 to the parties listed on Post-Effective Official Service List for Limited Notice No. 4 Dated January 8, 2008.

/s/ Carrie Lawrence
Carrie Lawrence
Lewis and Roca LLP

4

2027671.1