**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHinderaker@LRLaw.com

*Attorneys for USACM Liquidating Trust*

E-Filed on 3/17/09

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re:

USA Commercial Mortgage Company,
USA Capital Realty Advisors, LLC,[1]
USA Capital Diversified Trust Deed Fund, LLC,
USA Capital First Trust Deed Fund, LLC,[2]
USA Securities, LLC,[3]
                                    Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☒ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR[1]
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR[2]
Case No. BK-S-06-10729-LBR[3]

CHAPTER 11

Jointly Administered Under
Case No. BK-S-06-10725 LBR

**NOTICE OF ENTRY OF ORDER SUSTAINING OBJECTION OF USACM TRUST TO PROOF OF CLAIM OF PHILIP L. & MARY ORNDOFF 1977 FAMILY TRUST FILED IN WRONG DEBTOR'S CASE; AND SUSTAINING OBJECTION OF DTDF TO PROPOSED ALLOWANCE OF CLAIM**

Hearing Date:   February 3, 2009
Hearing Time:   9:30 a.m.

**PLEASE TAKE NOTICE** that an Order Sustaining Objection of USACM Trust to Proof of Claim of Philip L. & Mary Orndoff 1977 Family Trust Filed in Wrong Debtor's

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2029283.1

**LEWIS AND ROCA LLP**
LAWYERS

Case; and Sustaining Objection of DTDF to Proposed Allowance of Claim [DE 6938] was entered on the 13th day of March, 2009, a true and correct copy of which is attached hereto as Exhibit A.

RESPECTFULLY SUBMITTED March 17, 2009.

LEWIS AND ROCA LLP

By /s/ *John Hinderaker* (#018024)
Rob Charles
John Hinderaker
*Attorneys for USACM Liquidating Trust*
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
702-949-8320

Copy of the foregoing mailed by First class Postage prepaid U.S. mail
On March 17, 2009 to:

Philip L. & Mary Orndoff 1977 Family Trust
c/o Mary & Lewis Orndoff as Co-Trustees
604 Cameo Circle
Henderson, NV 89002


/s/ Carrie Lawrence
Lewis and Roca LLP

2

2029283.1