EXHIBIT A

1962760.1

Entered on Docket
March 13, 2009

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

| LEWIS AND ROCA LLP | ORRICK, HERRINGTON & SUTCLIFFE LLP | SNELL & WILMER, LLP |
|---|---|---|
| Rob Charles (NV 6593) | Marc A. Levinson (CA 57613) | Robert R. Kinas (NV 06019) |
| John Hinderaker (AZ 018024) | *pro hac vice* | Claire Dossier (NV 10030) |
| 3993 Howard Hughes Parkway, Ste. 600 | Jeffery D. Hermann (CA 90445) | 3883 Howard Hughes Parkway |
| Las Vegas, Nevada 89169-5996 | *pro hac vice* | Suite 1100 |
| Telephone (520) 629-4427 | 400 Capitol Mall | Las Vegas, Nevada 89169 |
| Facsimile (520) 879-4705 | Sacramento, California 95814 | Telephone: (702) 784-5200 |
| Email: rcharles@lrlaw.com | Telephone: (916) 447-9200 | Facsimile: (702) 784-5252 |
| jhinderaker@lrlaw.com | Facsimile: (916) 329-4900 | Email: rkinas@swlaw.com |
| | Email: malevinson@orrick.com | cdossier@swlaw.com |
| | jhermann@orrick.com | |
| *Attorneys for USACM Liquidating Trust* | *Attorneys for USA Capital Diversified Trust Deed Fund, LLC* | |

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR[1] |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[2] |
| USA CAPITAL REALTY ADVISORS, LLC,[1] | Case No. BK-S-06-10729-LBR[3] |
| | |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| | |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,[2] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| | |
| USA SECURITIES, LLC,[3] | ORDER SUSTAINING OBJECTION OF USACM TRUST TO PROOF OF CLAIM OF PHILIP L. & MARY ORNDOFF 1977 FAMILY TRUST FILED IN WRONG DEBTOR'S CASE; AND SUSTAINING OBJECTION OF DTDF TO PROPOSED ALLOWANCE OF CLAIM |
| Debtors. | |
| Affects: | |
| ☐ All Debtors | |
| ☒ USA Commercial Mortgage Company | |
| ☐ USA Capital Realty Advisors, LLC | |
| ☒ USA Capital Diversified Trust Deed Fund, LLC | Hearing Date: February 3, 2009 |
| ☐ USA Capital First Trust Deed Fund, LLC | Hearing Time: 9:30 a.m. |
| ☐ USA Securities, LLC | |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2013203_1.TM
P

LEWIS AND ROCA LLP
LAWYERS

1  The Court having considered the "Objection of USACM Trust to Proof of Claim of
2  Philip L. & Mary Orndoff 1977 Family Trust Filed in Wrong Debtor's Case; Objection of
3  DTDF to Proposed Allowance of Claim" [Docket No. 6694] (the "Objection"); with
4  appearances as set forth in the record at the hearing noted above; appropriate notice of the
5  Objection having been given; no response to the Objection having been filed; and good
6  cause appearing:
7  **IT IS HEREBY ORDERED** that:
8  1. The Objection is sustained;
9  2. Proof of Claim No. 10725-01435 is disallowed in its entirety as against USA
10 Commercial Mortgage and USA Capital Diversified Trust Deed Fund, LLC ("DTDF");
11 and
12 3. Philip L. & Mary Orndoff 1977 Family Trust's equity interest in DTDF is
13 allowed in the amount of $168,165.63 as reflected in the books and records of DTDF as of
14 April 13, 2006.
15 PREPARED AND RESPECTFULLY SUBMITTED BY:

16 **LEWIS AND ROCA LLP**                        **SNELL & WILMER, LLP**

17 By___/s/ John Hinderaker (018024)___           By_/s/ Claire Dossier (010030)___
18    Rob Charles                                    Robert R. Kinas
      John Hinderaker                                Claire Dossier
19 3993 Howard Hughes Parkway, Ste. 600         3883 Howard Hughes Parkway, Suite 1100
   Las Vegas, Nevada 89169-5996                 Las Vegas, Nevada 89169
20 Telephone: (520) 629-4427                    Telephone (702) 784-5200
   Facsimile: (520) 879-4705                   Facsimile (702) 784-5252
21                                                          and
                                                **ORRICK, HERRINGTON &**
22 *Attorneys for USACM Liquidating Trust*     **SUTCLIFFE LLP**
                                                Marc A. Levinson
23                                              Jeffery D. Hermann
                                                400 Capitol Mall, Suite 3000
24                                              Sacramento, California 95814-4497
                                                Telephone: (916) 447-9200
25                                              Facsimile: (916) 329-4900

26                                              *Attorneys for USA Capital Diversified*
                                                *Trust Deed Fund, LLC*

2

2013203_1.TMP

LEWIS AND ROCA
—LLP—
LAWYERS

APPROVED/DISAPPROVED

By:_____
    August Landis
    Assistant United States Trustee

2013203_1.TMP

LEWIS
AND
ROCA
——LLP——
LAWYERS

1  In accordance with Local Rule 9021, the undersigned certifies:

2  ☐   The Court waived the requirements of LR 9021.

3  ☐   No parties appeared or filed written objections, and there is no trustee appointed in this case.

5  ☒   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☒ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**

By:   /s/ JH  (#018024)
        Rob Charles
        John Hinderaker
*Attorneys for USACM Liquidating Trust*