EXHIBIT A

1962760.1

Entered on Docket
March 13, 2009

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

| | | |
|---|---|---|
| **LEWIS AND ROCA LLP** | **ORRICK, HERRINGTON &** | **SNELL & WILMER, LLP** |
| Rob Charles (NV 6593) | **SUTCLIFFE LLP** | Robert R. Kinas (NV 06019) |
| John Hinderaker (AZ 018024) | Marc A. Levinson (CA 57613) | Claire Dossier (NV 10030) |
| 3993 Howard Hughes Parkway, Ste. 600 | *pro hac vice* | 3883 Howard Hughes Parkway |
| Las Vegas, Nevada 89169-5996 | Jeffery D. Hermann (CA 90445) | Suite 1100 |
| Telephone (520) 629-4427 | *pro hac vice* | Las Vegas, Nevada 89169 |
| Facsimile (520) 879-4705 | 400 Capitol Mall | Telephone: (702) 784-5200 |
| Email: rcharles@lrlaw.com | Sacramento, California 95814 | Facsimile: (702) 784-5252 |
| jhinderaker@lrlaw.com | Telephone: (916) 447-9200 | Email: rkinas@swlaw.com |
| | Facsimile: (916) 329-4900 | cdossier@swlaw.com |
| | Email: malevinson@orrick.com | |
| | jhermann@orrick.com | |
| *Attorneys for USACM Liquidating Trust* | *Attorneys for USA Capital Diversified Trust Deed Fund, LLC* | |

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR[1] |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[2] |
| USA CAPITAL REALTY ADVISORS, LLC,[1] | Case No. BK-S-06-10729-LBR[3] |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,[2] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC,[3] | |
| Debtors. | **ORDER SUSTAINING OBJECTION OF USACM TRUST TO PROOF OF CLAIM OF SHERMAN SIMMONS FILED IN WRONG DEBTOR'S CASE; AND SUSTAINING OBJECTION OF DTDF TO PROPOSED ALLOWANCE OF CLAIM** |
| **Affects:** | |
| ☐ All Debtors | |
| ☒ USA Commercial Mortgage Company | Hearing Date: February 3, 2009 |
| ☐ USA Capital Realty Advisors, LLC | Hearing Time: 9:30 a.m. |
| ☒ USA Capital Diversified Trust Deed Fund, LLC | |
| ☐ USA Capital First Trust Deed Fund, LLC | |
| ☐ USA Securities, LLC | |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2025130.1

LEWIS AND ROCA LLP
LAWYERS

1  The Court having considered the "Objection of USACM Trust to Proof of Claim of Sherman Simmons Filed in Wrong Debtor's Case; Objection of DTDF to Proposed Allowance of Claim" [Docket No. 6690] (the "Objection"); with appearances as set forth in the record at the hearing noted above; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS HEREBY ORDERED** that:

1. The Objection is sustained;

2. Proof of Claim No. 10725-00370 is disallowed in its entirety as against USA Commercial Mortgage and USA Capital Diversified Trust Deed Fund, LLC ("DTDF"); and

3. The equity interest of The Sherman Simmons Trust Dated 7/25/97, Sherman and Susan Simmons as Trustees, in DTDF is allowed in the amount of $96,094.65 as reflected in the books and records of DTDF as of April 13, 2006.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By    /s/ John Hinderaker (018024)
    Rob Charles
    John Hinderaker
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (520) 629-4427
Facsimile: (520) 879-4705

*Attorneys for USACM Liquidating Trust*

**SNELL & WILMER, LLP**

By  /s/ Claire Dossier (010030)
    Robert R. Kinas
    Claire Dossier
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone (702) 784-5200
Facsimile (702) 784-5252
    and
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
Marc A. Levinson
Jeffery D. Hermann
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900

*Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

2025130.1

LEWIS AND ROCA LLP LAWYERS

APPROVED/DISAPPROVED

By:_____
August Landis
Assistant United States Trustee

In accordance with Local Rule 9021, the undersigned certifies:

- ☐ The Court waived the requirements of LR 9021.

- ☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

- ☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☒ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:

**LEWIS AND ROCA LLP**

By:   /s/ JH  (#018024)
Rob Charles
John Hinderaker
*Attorneys for USACM Liquidating Trust*

###

3

2025130.1