LEWIS AND ROCA LLP LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHinderaker@LRLaw.com

*Attorneys for USACM Liquidating Trust*

E-Filed on 3/18/09

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br>USA Capital Realty Advisors, LLC,[1]<br>USA Capital Diversified Trust Deed Fund, LLC,<br>USA Capital First Trust Deed Fund, LLC,[2]<br>USA Securities, LLC,[3]<br>　　　　　　　　　　　Debtors.<br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER SUSTAINING OBJECTION OF USACM TRUST TO PROOF OF CLAIM OF LINDA MERIALDO LIVING TRUST DTD 8/6/02 FILED IN WRONG DEBTOR'S CASE; AND SUSTAINING OBJECTION OF DTDF TO PROPOSED ALLOWANCE OF CLAIM**<br><br>Hearing Date:　February 20, 2009<br>Hearing Time:　9:30 a.m. |

**PLEASE TAKE NOTICE** that an Order Sustaining Objection of USACM Trust to Proof of Claim of Linda Merialdo Living Trust DTD 8/6/02 Filed in Wrong Debtor's Case; and Sustaining Objection of DTDF to Proposed Allowance of Claim [DE 6936] was

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

1

2030206.1

LEWIS AND ROCA LLP
LAWYERS

entered on the 13th day of March, 2009, a true and correct copy of which is attached hereto as Exhibit A.

    RESPECTFULLY SUBMITTED March 18, 2009.

                            LEWIS AND ROCA LLP

                            By /s/ *John Hinderaker* (#018024)
                              Rob Charles
                              John Hinderaker
                              *Attorneys for USACM Liquidating Trust*
                              3993 Howard Hughes Parkway, Suite 600
                              Las Vegas, Nevada 89169
                              702-949-8320

Copy of the foregoing mailed by First class Postage prepaid U.S. mail On March 18, 2009 to:

Linda Merialdo Living Trust DTD 8/6/02
c/o Linda Merialdo, Trustee
9550 W. Sahara Ave., Apt. 1044
Las Vegas, NV 89117


/s/ Carrie Lawrence
Lewis and Roca LLP

2

2030206.1