EXHIBIT A

1962760.1

Entered on Docket
March 13, 2009

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

_____

| LEWIS AND ROCA LLP | ORRICK, HERRINGTON & SUTCLIFFE LLP | SNELL & WILMER, LLP |
|---|---|---|
| Rob Charles (NV 6593) | Marc A. Levinson (CA 57613) | Robert R. Kinas (NV 06019) |
| John Hinderaker (AZ 018024) | *pro hac vice* | Claire Dossier (NV 10030) |
| 3993 Howard Hughes Parkway, Ste. 600 | Jeffery D. Hermann (CA 90445) | 3883 Howard Hughes Parkway |
| Las Vegas, Nevada 89169-5996 | *pro hac vice* | Suite 1100 |
| Telephone (520) 629-4427 | 400 Capitol Mall | Las Vegas, Nevada 89169 |
| Facsimile (520) 879-4705 | Sacramento, California 95814 | Telephone: (702) 784-5200 |
| Email: rcharles@lrlaw.com | Telephone: (916) 447-9200 | Facsimile: (702) 784-5252 |
| jhinderaker@lrlaw.com | Facsimile: (916) 329-4900 | Email: rkinas@swlaw.com |
| | Email: malevinson@orrick.com | cdossier@swlaw.com |
| | jhermann@orrick.com | |
| *Attorneys for USACM Liquidating Trust* | *Attorneys for USA Capital Diversified Trust Deed Fund, LLC* | |

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR[1] |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[2] |
| USA CAPITAL REALTY ADVISORS, LLC,[1] | Case No. BK-S-06-10729-LBR[3] |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| | Jointly Administered Under |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,[2] | Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC,[3] | ORDER SUSTAINING OBJECTION OF USACM TRUST TO PROOF OF CLAIM OF LINDA MERIALDO LIVING TRUST DTD 8/6/02 FILED IN WRONG DEBTOR'S CASE; AND SUSTAINING OBJECTION OF DTDF TO PROPOSED ALLOWANCE OF CLAIM |
| Debtors. | |
| **Affects:** | |
| ☐ All Debtors | |
| ☒ USA Commercial Mortgage Company | |
| ☐ USA Capital Realty Advisors, LLC | |
| ☒ USA Capital Diversified Trust Deed Fund, LLC | Hearing Date: February 20, 2009 |
| ☐ USA Capital First Trust Deed Fund, LLC | Hearing Time: 9:30 a.m. |
| ☐ USA Securities, LLC | |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2012619_1.TM
P

**LEWIS AND ROCA LLP**
LAWYERS

The Court having considered the "Objection of USACM Trust to Proof of Claim of Linda Merialdo Living Trust DTD 8/6/02 Filed in Wrong Debtor's Case; Objection of DTDF to Proposed Allowance of Claim" [Docket No. 6688] (the "Objection"); with appearances as set forth in the record at the hearing noted above; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS HEREBY ORDERED** that:

1. The Objection is sustained;

2. Proof of Claim No. 10725-00532 is disallowed in its entirety as against USA Commercial Mortgage and USA Capital Diversified Trust Deed Fund, LLC ("DTDF"); and

3. Linda Merialdo's equity interests in DTDF are allowed in the amounts of $192,189.29 as reflected in the books and records of DTDF as of April 13, 2006.

PREPARED AND RESPECTFULLY SUBMITTED BY:

| | |
|---|---|
| **LEWIS AND ROCA LLP** | **SNELL & WILMER, LLP** |
| By /s/ John Hinderaker (AZ #018024)<br>    Rob Charles<br>    John Hinderaker<br>3993 Howard Hughes Parkway, Ste. 600<br>Las Vegas, Nevada 89169-5996<br>Telephone: (520) 629-4427<br>Facsimile: (520) 879-4705<br><br>*Attorneys for USACM Liquidating Trust* | By /s/ Claire Dossier (010030)<br>    Robert R. Kinas<br>    Claire Dossier<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>Telephone (702) 784-5200<br>Facsimile (702) 784-5252<br>    and<br>**ORRICK, HERRINGTON & SUTCLIFFE LLP**<br>Marc A. Levinson<br>Jeffery D. Hermann<br>400 Capitol Mall, Suite 3000<br>Sacramento, California 95814-4497<br>Telephone: (916) 447-9200<br>Facsimile: (916) 329-4900<br><br>*Attorneys for USA Capital Diversified Trust Deed Fund, LLC* |

2012619_1.TMP

LEWIS
AND
ROCA
—LLP—
LAWYERS

APPROVED/DISAPPROVED

By:_____
August Landis
Assistant United States Trustee

2012619_1.TMP

LEWIS
AND
ROCA
—LLP—
LAWYERS

In accordance with Local Rule 9021, the undersigned certifies:

☐   The Court waived the requirements of LR 9021.

☐   No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| Debtor's Counsel: | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |
| U.S. Trustee: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☒ failed to respond to the document |
| Other Party | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**

By:   /s/ / John Hinderaker (AZ #018024)
        Rob Charles
        John Hinderaker
*Attorneys for USACM Liquidating Trust*

4

2012619_1.TMP