Annette W. Jarvis, Utah Bar No. 1649
Steven C. Strong, Utah Bar No. 6340
RAY QUINNEY & NEBEKER P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, Utah 84145-0385
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: ajarvis@rqn.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Attorneys for Debtors

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**CERTIFICATE OF SERVICE** |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | |

1

1. On March 23, 2009 I served the following document:

    a. USA Commercial Mortgage Company's Response to Motion to Interpret the USA Capital Reorganization Plan with Respect to Professional Liability

2. I served the above-named document(s) by the following means to the persons as listed below:

☒ a. **By ECF System**:

MICHELLE L. ABRAMS    mabrams@mabramslaw.com

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L. ALLF    nancy_allf@gshllp.com, karen_lawrence@gshllp.com;angela_nakamura@gshllp.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com;rmoss@nevadafirm.com

JON MAXWELL BEATTY on behalf of Interested Party USACM LIQUIDATING TRUST
mbeatty@diamondmccarthy.com

BMC GROUP, INC.    ecf@bmcgroup.com, mjohn@bmcgroup.com

GEORGANNE W. BRADLEY    georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA    lbubala@jonesvargas.com, tbw@jonesvargas.com;ldaley@jonesvargas.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com;jrammos@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;manthony@sheacarlyon.com;rmsmith@sheacarlyon.com;swinder@sheacarlyon.com;dclimer@sheacarlyon.com;cmuniz@sheacarlyon.com

| | |
|---|---|
| 1 | MICHAEL W. CARMEL    michael@mcarmellaw.com, nancy@mcarmellaw.com;ritkin@steptoe.com |
| 2 | |
| 3 | ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com |
| 4 | MICHAEL W. CHEN    yvette@ccfirm.com |
| 5 | KEVIN B. CHRISTENSEN    kbchrislaw@aol.com |
| 6 | JANET L. CHUBB    tbw@jonesvargas.com |
| 7 | JANET L. CHUBB    tbw@jonesvargas.com |
| 8 | JEFFREY A. COGAN on behalf of Creditor Alfred Olsen, Jr. jeffrey@jeffreycogan.com, beau@jeffreycogan.com,beaudocs@cox.net |
| 9 | |
| 10 | DAVID A. COLVIN    mwalters@marquisaurbach.com, dcolvin@marquisaurbach.com;kgallegos@marquisaurbach.com;tszostek@marquisaurbach.com |
| 11 | WILLIAM D COPE    cope_guerra@yahoo.com |
| 12 | LAUREL E. DAVIS    ldavis@fclaw.com, mhurtado@fclaw.com;mlafrena@fclaw.com |
| 13 | |
| 14 | THOMAS W. DAVIS    twd@h2law.com |
| 15 | DEBT ACQUISITION COMPANY OF AMERICA V, LLC (aw)    awhatnall@daca4.com |
| 16 | J CRAIG DEMETRAS    JCD@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras-oneill.com |
| 17 | |
| 18 | ALLAN B. DIAMOND    adiamond@diamondmccarthy.com |
| 19 | RICHARD I. DREITZER    richard.dreitzer@bullivant.com |
| 20 | BRIAN P. EAGAN    beagan@sdfnvlaw.com, brian9397@aol.com |
| 21 | BRADLEY PAUL ELLEY    bpelleylawbk@sbcglobal.net, elnivnv@sbcglobal.net |
| 22 | THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM;bknotices@gordonsilver.com |
| 23 | |
| 24 | DEAN V. FLEMING    dfleming@fulbright.com, tflores@fulbright.com |
| 25 | SCOTT D. FLEMING    CArnold@hollandhart.com |
| 26 | GREGORY E GARMAN    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com |
| 27 | |
| 28 | DOUGLAS D. GERRARD    DGERRARD@GERRARD-COX.COM, ekaymedellin@gerrard-cox.com;dwolford@gerrard-cox.com |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

| | |
|---|---|
| 1 | WADE B. GOCHNOUR    WBG@h2law.com, bd@h2law.com;grm@h2law.com |
| 2 | LEIGH T GODDARD    lgoddard@mcdonaldcarano.com, pmiller@mcdonaldcarano.com |
| 3, 4 | CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov:Mary.Booker@usdoj.gov |
| 5 | GERALD M GORDON    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com |
| 6 | R. VAUGHN GOURLEY    vgourley@lvcm.com |
| 7 | TALITHA B. GRAY    bankruptcynotices@gordonsilver.com;bknotices@gordonsilver.com |
| 8 | JAMES D. GREENE    jgreene@rsrslaw.com, mkemple@rsrslaw.com;jstarley@rsrslaw.com |
| 9 | MARK H. GUNDERSON    creinebold@gundersonlaw.com |
| 10, 11 | MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, ckennon@goldguylaw.com;tracyg@goldguylaw.com;ldeeter@goldguylaw.com |
| 12 | PETER W. GUYON    pguyon@yahoo.com |
| 13 | XANNA R. HARDMAN    xanna.hardman@gmail.com |
| 14 | STEPHEN R HARRIS    noticesbh&p@renolaw.biz |
| 15 | JEFFREY L HARTMAN    notices@bankruptcyreno.com, dle@bankruptcyreno.com |
| 16 | WILLIAM H HEATON    will@nwhltd.com, denisse@nwhltd.com |
| 17, 18 | BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com |
| 19 | JOHN HINDERAKER    JHinderaker@LRLaw.com, RCreswell@LRLaw.com |
| 20, 21 | RICHARD F. HOLLEY    rholley@nevadafirm.com, paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com |
| 22, 23 | RANDOLPH L. HOWARD    rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com |
| 24 | DAVID W. HUSTON    dwh@hustonlaw.net |
| 25 | JASON A. IMES    bkfilings@s-mlaw.com |
| 26, 27 | ROBBIN L. ITKIN    ritkin@steptoe.com, khollingsworth@steptoe.com;keckert@steptoe.com;jgoldman@steptoe.com;kpiper@steptoe.com |
| 28 | CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com |

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  EVAN L. JAMES    ejameslv@gmail.com, kbchrislaw@aol.com

2  LARRY C. JOHNS    lcjohns100@embarqmail.com

3  ERIN E. JONES    ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com

4  TY E. KEHOE    TyKehoeLaw@aol.com

5  ROBERT R. KINAS    rkinas@swlaw.com,
6  jmcbee@swlaw.com;jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;lvdocket@min
7  dspring.com;vcampbell@swlaw.com;nbaig@swlaw.com

  DEAN T. KIRBY    dkirby@kirbymac.com, gsparks@kirbymac.com
8

9  KENT F. LARSEN    kfl@slwlaw.com, ev@slwlaw.com

10  ZACHARIAH LARSON    ecf@lslawnv.com, susans@lslawnv.com

11  JOHN J. LAXAGUE    jlaxague@caneclark.com

12  GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net

13  NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com
14
   ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net
15
16  STEPHEN T LODEN    sloden@diamondmccarthy.com, cburrow@diamondmccarthy.com

17  TYSON M. LOMAZOW    tlomazow@milbank.com

18  ANNE M. LORADITCH    lvecffilings@gtlaw.com,
   loraditcha@gtlaw.com;koisp@gtlaw.com;lvlitdock@gtlaw.com;jenkinsm@gtlaw.com
19

20  TIMOTHY A LUKAS    ecflukast@hollandhart.com

21  ERIC D. MADDEN    emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

22  PATRICIA A. MARR    lvlaw03@yahoo.com

23  JAMES C. MCCARROLL    jmccarroll@reedsmith.com,
24  dturetsky@reedsmith.com;aleonard@reedsmith.com

25  REGINA M. MCCONNELL    Regina@GinaLaw.com, Regina@Familylawcenters.com

26  WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com

27  RICHARD MCKNIGHT    mcknightlaw@cox.net,
28  gkopang@lawlasvegas.com;cburke@lawlasvegas.com;mmcalonis@lawlasvegas.com

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

1  JEANETTE E. MCPHERSON    bkfilings@s-mlaw.com

2  BRECK E. MILDE    bmilde@terra-law.com

3  SHAWN W MILLER    bankruptcyfilings@sheacarlyon.com,
4  smiller@sheacarlyon.com;ltreadway@sheacarlyon.com;manthony@sheacarlyon.com;rmsmith@sheacarlyon.com;swinder@sheacarlyon.com;dclimer@sheacarlyon.com;cmuniz@sheacarlyon.com
5
6  DAVID MINCIN    mcknightlaw@cox.net,
gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com;mmcalonis@lawlasvegas.com
7

8  JOHN F MURTHA    jmurtha@woodburnandwedge.com

9  ERVEN T. NELSON    , susan@bolickboyer.com

10 VICTORIA L NELSON    vnelson@nevadafirm.com,
11 bkecf@nevadafirm.com;paltstatt@nevadafirm.com;rmoss@nevadafirm.com

12 MICHAEL W. O'DONNELL    modonnell@fulbright.com, kdecker@fulbright.com

13 VINCENT O'GARA    vogara@mpbf.com

14 JOHN F. O'REILLY    jor@oreillylawgroup.com,
15 tor@oreillylawgroup.com;bc@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com
16

17 TIMOTHY R. O'REILLY    tor@oreillylawgroup.com,
jor@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com
18

19 DONNA M. OSBORN    mwalters@marquisaurbach.com,
kgallegos@marquisaurbach.com;dosborn@marquisaurbach.com;tszostek@marquisaurbach.com
20

21 STEVE A. PEIRCE    speirce@fulbright.com

22 DONALD T. POLEDNAK    sandplegal@yahoo.com, spbankruptcy@yahoo.com

23 LISA A. RASMUSSEN on behalf of Creditor CAROL MORTENSEN
24 lisa@lrasmussenlaw.com, secretary@lrasmussenlaw.com

25 PAUL C RAY    info@johnpeterlee.com

26 THOMAS RICE    trice@coxsmith.com, jbrown@coxsmith.com;aseifert@coxsmith.com

27 GORDON C. RICHARDS    GCR@ClarkandRichards.com, ALM@ClarkandRichards.com

28

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

6

1  CHRISTINE A ROBERTS    roberts@shlaw.com,
2  hill@shlaw.com;mcallister@shlaw.com;vidovich@shlaw.com;stephens@shlaw.com;france@shlaw.com;friddle@shlaw.com

3  STACY M. ROCHELEAU    stacy@rocheleaulaw.com

4  SUSAN WILLIAMS SCANN    sscann@deanerlaw.com, palexander@deanerlaw.com

5

6  MICHAEL M. SCHMAHL    mschmahl@mcguirewoods.com

7  LENARD E. SCHWARTZER    bkfilings@s-mlaw.com

8  BRIAN D. SHAPIRO    ecf@brianshapirolaw.com,
brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com;wendy@brianshapirolaw.com

9
10  JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com,
ltreadway@sheacarlyon.com;jshea@sheacarlyon.com;manthony@sheacarlyon.com;rmsmith@sheacarlyon.com;swinder@sheacarlyon.com;dclimer@sheacarlyon.com;cmuniz@sheacarlyon.com

11

12  SHLOMO S. SHERMAN    ssherman@sheacarlyon.com,
13  bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;manthony@sheacarlyon.com;swinder@sheacarlyon.com;dclimer@sheacarlyon.com;cmuniz@sheacarlyon.com

14  AMBRISH S. SIDHU    ecfnotices@sidhulawfirm.com

15

16  JEFFREY SLOANE    lrost@kssattorneys.com

17  ALAN R SMITH    mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com

18  ROSA SOLIS-RAINEY    rsr@morrislawgroup.com

19  ADAM M. STARR    starra@gtlaw.com

20  DAVID A. STEPHENS    dstephens@lvcm.com

21

22  ARIEL E. STERN    sterna@ballardspahr.com,
jeromes@ballardspahr.com;sedillom@ballardspahr.com

23  PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com

24

25  ERIC W. SWANIS    swanise@gtlaw.com,
barberc@gtlaw.com;ayonl@gtlaw.com;chaoa@gtlaw.com;lvlitdock@gtlaw.com

26  JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com

27

28  KAARAN E. THOMAS    kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E THOMAS (lv)    mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Tel: (702) 228-7590 · Fax: (702) 892-0122

ROLLIN G. THORLEY     rollin.g.thorley@irscounsel.treas.gov

LISA TSAI     ltsai@diamondmccarthy.com, tstone@diamondmccarthy.com;jbruckerhoff@diamondmccarthy.com;cboneau@diamondmccarthy.com

U.S. TRUSTEE - LV - 11     USTPRegion17.lv.ecf@usdoj.gov

ERIC VAN     bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

MICHAEL C. VAN     michael@mvanlaw.com, lynn@shumwayvan.com

GREGORY J. WALCH     GWalch@Nevadafirm.com

RUSSELL S. WALKER     rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

WHITNEY B. WARNICK     wbw@albrightstoddard.com, bstessel@albrightstoddard.com

KIRBY R WELLS     SMartinez@wellsrawlings.com

GREGORY L. WILDE     bk@wildelaw.com

RYAN J. WORKS     , kbarrett@mcdonaldcarano.com;dsampson@mcdonaldcarano.com

RYAN J. WORKS     rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com;dsampson@mcdonaldcarano.com

MICHAEL YODER     myoder@diamondmccarthy.com

MATTHEW C. ZIRZOW     bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

☐     b.     **By United States mail, postage fully prepare:**

☐     c.     **By Personal Service**
I personally delivered the document(s) to the persons at these addresses:
☐     For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.
☐     For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

8

☐     d.     **By direct email (as opposed to through the ECF System)**
Based upon the written agreement to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐     e.     **By fax transmission**
Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐     f.     **By messenger**
I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on:     March 24, 2009

| LAURA KERN | /s/     LAURA KERN |
|---|---|
| (Name of Declarant) | (Signature of Declarant) |