United States Bankruptcy Court
300 Las Vegas Blvd. So.
Las Vegas, NV 10 1
ATT: Tammy

As per our conversation this morning I wish to advise you of my change of address from:
2550 Dana ST. #8D
* Berkeley, CA 94704 TO:

945 NDE 1 609C 06 03/13/09
NOTIFY SENDER OF NEW ADDRESS
FRANKLIN*MIRIAM
2431 MARINER SQUARE DR APT 317
ALAMEDA CA 94501-1683
BC: 94501168392    *2905-06419-13-26