RECEIVED AND FILED
2009 MAR 25 PM 1:16
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

3355 S. Ten Sleep Dr #10
Jackson,
Wy
83001

March 20, 2009

United States Bankruptcy Court
300 Las Vegas Blvd South
Las Vegas, NV
89101

Dear Sirs & Madammes:

This is regarding my notice to you of my new address. This involves case No. 06-10725-lbr Copper Sage, Chapter 11.

My old address was PO Box 2577 Olympic Valley Calif 96146. My new address is: 3355 S. Ten Sleep Dr. # Jackson, Wy.

This also is to advise you regarding any claim I have had in the past against Copper Sage investment with USA Commercial Mortgage Company. I received all of my funds invested in that loan, as well as all interest due.

I have not received any return on my investment on: MH Pegasus LLC, Mountain House. It was in the amount of $50,000 plus interest. Please would you advise me, via mail of the case number on MH Pegasus LLC, Mountain House, and the status of that proceeding?

Thank you.

Sincerely,
Joan M Crittenden
JOAN M CRITTENDEN