**Curtis F. Clark**

1403 Pueblo Drive
Boulder City, NV
89005

Phone : (702) 293-4603
FAX : (702) 293-7319

06-10725

RECEIVED
AND FILED
2009 MAR 25 PM 1:16
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Thursday            March 20, 2009

TO :               Pacific Receivable, LLC.
                   1585 Hotel Circle South    Suite 310
                   San Diego, CA   92108

Attention :        Timmy Eaton

Reference :        Your letter dtd 3/16/09
                   USA Commercial Mortgage Trust
                   Huntsville Note


You want me to send you $ 567.00 ?   Are you out of your f------ mind ?

I protest the $ 1621 prepaid interest calculated by USACM Trust.  My $ 50,000 investment ( Nov. 2004 ) was retained by USACM to replenish the Interest Reserve account.  I am entitled to a $ 50,000 credit for providing the funds used to pay the Borrower's 12.5% interest.


**Huntsville Loan    aka   West Park Hills Joint Venture**
    Original Note :  $ 9,000.000  ( March, 2004 )
        USA Diversified Fund provided $ 659,000
    2nd Amendment :  $ 750,000  ( December , 2004 )

Once again, we are being forced to make a decision based on a total lack of information.  After 3 years of legalized masturbation, We the Investors, have absolutely no idea if our investment has any value to be recovered.

A brief history :
    The original Huntsville Note  ( $ 9.0 M  @  12.5 %  due April, 2005 ) contained an Interest Reserve Fund of $ 859,000.  The Reserve would be depleted November, 2004.  USACM and WPHJV wrote a 2nd Amendment Note  - $ 750,000 ( December, 2004 ) to replenish the Interest Reserve Fund.  ( a Ponzi scheme )
        April, 2005, USACM granted WPHJV a 1 year extension supposedly to finish the project and sell developed lots.  The new due date was April 07, 2006.
        USACM filed for bankruptcy April 13, 2006.

The Huntsville Note was to be managed by Compass Partners. Last summer, Compass Partners went out of business. Its activities were taken by Silas ( same people  -  same address ).

The recovery effort for the Huntsville loan has apparently ground to a halt while Judge Linda does more of her legal masturbation.

The rumor mill reports :

WPHJV declared bankruptcy. The pledged collateral ( $ 20,000,000 ) proved to be worthless. And, the personal guarantees were also worthless. Supposedly Compass foreclosed. But, We, the Huntsville investors, have no information if we own a property, much less its location, its size or its appraised value.

Furthermore, we have no idea how much it may be encumbered with Compass/Silas fees, third party legal fees and expenses, unpaid property taxes and  penalty and/or real estate commissions.

Furthermore, we have no idea if Harris County, TX  has plans to foreclose for 3+  years of unpaid property taxes.

Judge Linda and her Wall Street con-artists have created a great big f——— mess;  with no end in sight.   And apparently, none of her Court Appointed Parasites, with all of their overpriced attorneys, accountants, consultants and assorted courthouse whores,  give a shit.


I will reconsider your offer when you can prove a Huntsville property exists and there is a positive value be returned to the Investors.  Until then, you will be considered to be just another one of Judge Linda's Court Appointed Parasites  -  worthless.

*[signature]*


Copies to :         Goeffry Berman - Trustee
                    Rob Charkes  -  Lewis &  Rocca
                    Mike Tucker - FTI Consultants