COPPER SAGE I LOAN
FIRST OMNIBUS OBJECTION

# EXHIBIT A
Single Loan Claims

| Claim | Name | Address | Total Claim Amount | Claim Amount Relating to Copper Sage Commerce | Amount Scheduled for Unremitted Principal in the Copper Sage Commerce Loan | Approximate Amount Subject to Objection Because it Relates to an Investment in the Copper Sage Commerce Loan |
|---|---|---|---|---|---|---|
| 10725-00029 | Timothy F. Burrus and Joann Ortiz-Burrus | Del Hardy, Esq. Hardy Law Group 96-98 Winter St Reno, NV 89503-5605 | $64,440.40 | $64,440.40 | $34,717.39 | $29,723.01 |
| 10725-01203 | Joan M. Crittenden | P.O. Box 2577 Olympic Valley, CA 96146-2577 | $73,241.93 | $73,241.93 | $26,038.04 | $47,203.89 |
| 10725-01125 | Wayne Dotson Co. | Peter Bogart CEO c/o Dinah Bogart Engel Conservator for Peter D. Bogart 1445 City Line Ave Wynnewood, PA 19096 | $56,000.00 | $56,000.00 | $0 | $56,000.00 |
| 10725-00072 | Eldon N. Smith | 370 N Pfeiffer Horn Dr Alpine, UT 84004 | $40,174.40 | $40,174.40 | $34,717.39 | $5,457.01 |
| 10725-01344 | Loftfield Revocable Living Trust | c/o James Ronald Loftfield and Catherine Pauline Loftfield Tees 1532 Beech Grove Las Vegas, NV 89119-0367 | $44,191.84 | $44,191.84 | $38,189.12 | $6,002.72 |
| 10725-01390 | Miklos Steuer | P.O. Box 60267 Las Vegas, NV 89160 | $323,533.78 | $323,533.78 | $246,187.77 | $77,346.01 |
| 10725-01882 | Dennis Raggi | P.O. Box 10475 Zephyr Cove, NV 89448-2475 | $26,813.05 | $26,813.05 | $0 | $26,813.05 |
| 10725-02568 | Mazal Yerushalmi | 8904 Greensboro Ln Las Vegas, NV 89134-0502 | $40,174.40 | $40,174.40 | $0 | $40,174.40 |

252552.1