COPPER SAGE I LOAN
SECOND OMNIBUS OBJECTION

# EXHIBIT A
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Claim Amount Relating to Copper Sage Commerce | Amount Scheduled for Unremitted Principal in the Copper Sage Commerce Loan | Approximate Amount Subject to Objection Because it Relates to an Investment in the Copper Sage Commerce |
|---|---|---|---|---|---|---|
| 10725-02366 | Al-Awar Living Trust Dtd 4/05/01 | Adib M. and Ellen A. Al-Awar Ttees<br>1330 Burro Ct<br>Gardnerville, NV  89410 | $3,615,913.62 | $400,000.00 | $0 | $400,000.00 |
| 10725-02215 | Charles B. Anderson Trust | Jones Vargas<br>Attn: Janet L Chubb, Esq<br>P.O. Box 281<br>Reno, NV  89504 | $185,281.09 | $35,750.73 | $34,717.39 | $1,033.34 |
| 10725-01396 | Cardwell Family Trust | c/o Michael J. Dawson, Esq.<br>515 South Third Street<br>Las Vegas, NV  89101 | $3,229,496.02 | $193,321.21 | $0 | $193,321.21 |
| 10725-01397 | Cardwell Family Trust | c/o Michael J. Dawson, Esq<br>515 South Third Street<br>Las Vegas, NV  89101 | $3,331,718.07 | $193,321.21 | $0 | $193,321.21 |
| 10725-01401 | Cardwell Family Trust | c/o Michael J. Dawson Esq<br>515 South Third St<br>Las Vegas, NV  89101 | $3,226,795.82 | $300,000.00 | $104,152.17 | $195,847.83 |
| 10725-02068 | Marguerite Falkenborg 2000 Trust Dtd 6/20/00 | c/o Marguerite Falkenborg Ttee<br>727 3rd Ave<br>Chula Vista, CA  91910-5803 | $794,366.81 | $47,387.68 | $0 | $47,387.68 |
| 10725-02202 | Marguerite Falkenborg 2000 Trust Dtd 6/20/00 | c/o Marguerite Falkenborg Trustee<br>727 3rd Ave<br>Chula Vista, CA  91910-5803 | $794,366.81 | $47,387.68 | $34,717.39 | $12,670.29 |
| 10725-01660 | Robert J. and Ruth Ann Kehl | Janet L. Chubb Esq<br>Jones Vargas<br>P.O. Box 281<br>Reno, NV  89504-0281 | $12,841,680.13 | $401,744.00 | $347,173.90 | $54,570.10 |

252554.1