COPPER SAGE I LOAN
THIRD OMNIBUS OBJECTION

# EXHIBIT A
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Claim Amount Relating to Copper Sage Commerce | Amount Scheduled for Unremitted Principal in the Copper Sage Commerce Loan | Approximate Amount Subject to Objection Because it Relates to an Investment in the Copper Sage Commerce |
|---|---|---|---|---|---|---|
| 10725-01984 | Cynthia Milanowski Trust | c/o Jeffrey R. Sylvester, Esq. Sylvester & Polednak Ltd 7371 Prairie Falcon Rd Ste 120 Las Vegas, NV 89128 | $26,891.23 | $26,813.05 | $0 | $26,813.05 |
| 10725-02317 | Cynthia Milanowski Trust | c/o Jeffrey R. Sylvester Esq Sylvester & Polednak Ltd 7371 Prairie Falcon Rd Ste 120 Las Vegas, NV 89128 | $26,891.23 | $26,813.05 | $26,038.04 | $775.01 |
| 10725-02226 | Dennis Raggi | P.O. Box 10475 Zephyr Cove, NV 89448 | $4,884,068.70 | $60,261.60 | $0 | $60,261.60 |
| 10725-01878 | Dennis Raggi | P.O. Box 10475 Zephyr Cove, NV 89448 | $10,451.54 | Unclear from Proof of Claim | $0 | Unclear from Proof of Claim |
| 10725-01982 | USA Commercial Real Estate Group | c/o Jeffrey R. Sylvester Esq. Sylvester & Polednak Ltd 7371 Prairie Falcon Rd Ste 120 Las Vegas, NV 89128 | $10,719.49 | $8,937.69 | $0 | $8,937.69 |
| 10725-02318 | USA Commercial Real Estate Group | c/o Jeffrey R. Sylvester Esq Sylvester & Polednak Ltd 7371 Prairie Falcon Rd, Ste 120 Las Vegas, NV 89128 | $10,719.49 | $8,937.69 | $8,679.35 | $258.34 |
| 10725-02402 | Weible 1981 Trust Dtd 6/30/81 | Ardis & Dean F Weible Co Ttees 6314 Tara Ave Las Vegas, NV 89146 | $315,193.10 | $80,348.80 | $34,717.39 | $45,631.41 |
| 10725-00961 | Mazal Yerushalmi | 8904 Greensboro Ln Las Vegas Nv 89134-0502 | $314,598.00 | $40,174.40 | $34,717.39 | $5,457.01 |