COPPER SAGE I LOAN

# EXHIBIT A
Edward Burr Declaration

| Claim | Name | Address | Total Claim Amount | Claim Amount Relating to Copper Sage Commerce | Amount Scheduled for Unremitted Principal in the Copper Sage Commerce Loan | Approximate Amount Subject to Objection Because it Relates to an Investment in the Copper Sage Commerce |
|---|---|---|---|---|---|---|
| 10725-02366 | Al-Awar Living Trust Dtd 4/05/01 | Adib M. and Ellen A. Al-Awar Ttees<br>1330 Burro Ct<br>Gardnerville, NV  89410 | $3,615,913.62 | $400,000.00 | $0 | $400,000.00 |
| 10725-02215 | Charles B. Anderson Trust | Jones Vargas<br>Attn: Janet L Chubb, Esq<br>P.O. Box 281<br>Reno, NV  89504 | $185,281.09 | $35,750.73 | $34,717.39 | $1,033.34 |
| 10725-00029 | Timothy F. Burrus and Joann Ortiz-Burrus | Del Hardy, Esq.<br>Hardy Law Group<br>96-98 Winter St<br>Reno, NV  89503-5605 | $64,440.40 | $64,440.40 | $34,717.39 | $29,723.01 |
| 10725-01396 | Cardwell Family Trust | c/o Michael J. Dawson, Esq.<br>515 South Third Street<br>Las Vegas, NV  89101 | $3,229,496.02 | $193,321.21 | $0 | $193,321.21 |
| 10725-01397 | Cardwell Family Trust | c/o Michael J. Dawson, Esq<br>515 South Third Street<br>Las Vegas, NV  89101 | $3,331,718.07 | $193,321.21 | $0 | $193,321.21 |
| 10725-01401 | Cardwell Family Trust | c/o Michael J. Dawson Esq<br>515 South Third St<br>Las Vegas, NV  89101 | $3,226,795.82 | $300,000.00 | $104,152.17 | $195,847.83 |
| 10725-01203 | Joan M. Crittenden | P.O. Box 2577<br>Olympic Valley, CA  96146-2577 | $73,241.93 | $73,241.93 | $26,038.04 | $47,203.89 |
| 10725-01125 | Wayne Dotson Co. | Peter Bogart CEO<br>c/o Dinah Bogart Engel Conservator for Peter D. Bogart<br>1445 City Line Ave<br>Wynnewood, PA  19096 | $56,000.00 | $56,000.00 | $0 | $56,000.00 |
| 10725-02068 | Marguerite Falkenborg 2000 Trust Dtd 6/20/00 | c/o Marguerite Falkenborg Ttee<br>727 3rd Ave<br>Chula Vista, CA  91910-5803 | $794,366.81 | $47,387.68 | $0 | $47,387.68 |
| 10725-02202 | Marguerite Falkenborg 2000 Trust Dtd 6/20/00 | c/o Marguerite Falkenborg Trustee<br>727 3rd Ave<br>Chula Vista, CA  91910-5803 | $794,366.81 | $47,387.68 | $34,717.39 | $12,670.29 |

COPPER SAGE I LOAN

# EXHIBIT A
Edward Burr Declaration

| Claim | Name | Address | Total Claim Amount | Claim Amount Relating to Copper Sage Commerce | Amount Scheduled for Unremitted Principal in the Copper Sage Commerce Loan | Approximate Amount Subject to Objection Because it Relates to an Investment in the Copper Sage Commerce |
|---|---|---|---|---|---|---|
| 10725-01660 | Robert J. and Ruth Ann Kehl | Janet L. Chubb Esq<br>Jones Vargas<br>P.O. Box 281<br>Reno, NV 89504-0281 | $12,841,680.13 | $401,744.00 | $347,173.90 | $54,570.10 |
| 10725-01344 | Loftfield Revocable Living Trust | c/o James Ronald Loftfield and Catherine Pauline Loftfield Tees<br>1532 Beech Grove<br>Las Vegas, NV 89119-0367 | $44,191.84 | $44,191.84 | $38,189.12 | $6,002.72 |
| 10725-01984 | Cynthia Milanowski Trust | c/o Jeffrey R. Sylvester, Esq.<br>Sylvester & Polednak Ltd<br>7371 Prairie Falcon Rd Ste 120<br>Las Vegas, NV 89128 | $26,891.23 | $26,813.05 | $0 | $26,813.05 |
| 10725-02317 | Cynthia Milanowski Trust | c/o Jeffrey R. Sylvester Esq<br>Sylvester & Polednak Ltd<br>7371 Prairie Falcon Rd Ste 120<br>Las Vegas, NV 89128 | $26,891.23 | $26,813.05 | $26,038.04 | $775.01 |
| 10725-01882 | Dennis Raggi | P.O. Box 10475<br>Zephyr Cove, NV 89448-2475 | $26,813.05 | $26,813.05 | $0 | $26,813.05 |
| 10725-02226 | Dennis Raggi | P.O. Box 10475<br>Zephyr Cove, NV 89448 | $4,884,068.70 | $60,261.60 | $0 | $60,261.60 |
| 10725-01878 | Dennis Raggi | P.O. Box 10475<br>Zephyr Cove, NV 89448 | $10,451.54 | Unclear from Proof of Claim | $0 | Unclear from Proof of Claim |
| 10725-00072 | Eldon N. Smith | 370 N Pfeiffer Horn Dr<br>Alpine, UT 84004 | $40,174.40 | $40,174.40 | $34,717.39 | $5,457.01 |
| 10725-01390 | Miklos Steuer | P.O. Box 60267<br>Las Vegas, NV 89160 | $323,533.78 | $323,533.78 | $246,187.77 | $77,346.01 |
| 10725-01982 | USA Commercial Real Estate Group | c/o Jeffrey R. Sylvester Esq.<br>Sylvester & Polednak Ltd<br>7371 Prairie Falcon Rd Ste 120<br>Las Vegas, NV 89128 | $10,719.49 | $8,937.69 | $0 | $8,937.69 |

COPPER SAGE I LOAN

# EXHIBIT A
Edward Burr Declaration

| Claim | Name | Address | Total Claim Amount | Claim Amount Relating to Copper Sage Commerce | Amount Scheduled for Unremitted Principal in the Copper Sage Commerce Loan | Approximate Amount Subject to Objection Because it Relates to an Investment in the Copper Sage Commerce |
|---|---|---|---|---|---|---|
| **10725-02318** | USA Commercial Real Estate Group | c/o Jeffrey R. Sylvester Esq<br>Sylvester & Polednak Ltd<br>7371 Prairie Falcon Rd, Ste 120<br>Las Vegas, NV  89128 | $10,719.49 | $8,937.69 | $8,679.35 | $258.34 |
| **10725-02402** | Weible 1981 Trust Dtd 6/30/81 | Ardis & Dean F Weible Co Ttees<br>6314 Tara Ave<br>Las Vegas, NV  89146 | $315,193.10 | $80,348.80 | $34,717.39 | $45,631.41 |
| **10725-00961** | Mazal Yerushalmi | 8904 Greensboro Ln<br>Las Vegas Nv  89134-0502 | $314,598.00 | $40,174.40 | $34,717.39 | $5,457.01 |
| **10725-02568** | Mazal Yerushalmi | 8904 Greensboro Ln<br>Las Vegas, NV  89134-0502 | $40,174.40 | $40,174.40 | $0 | $40,174.40 |

3