**CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

RECEIVED AND FILED
2009 MAR 26 PM 1:41
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

March 20, 2009

Lenard E. Schwartzer
2850 S. Jones Blvd.,
Suite 1,
Las Vegas, NV  89146

Re:  In Re: USA Commercial Mortgage Company // To: Unknown Entity

Case No.  06-10725

Dear Sir/Madam:

The Corporation Trust Company received the enclosed Notice.

Neither the document(s) nor the envelope indicates the name of the entity for which the document(s) is intended. Our company is agent for thousands of companies and cannot determine the party to which the document(s) is to be forwarded unless the document(s) is directed to a particular entity.

Accordingly, we are returning the document for further disposition.

Very truly yours,

Amy Carmenucci
Process Specialist

Log# 514607041

FedEx Tracking# 798093420020

cc:  Nevada District US Bankruptcy Court
     The Foley Federal Bldg.,
     300 Las Vegas Blvd. South,
     Las Vegas, NV  89101