RECEIVED & FILED

'09 MAR 26 P3:59

U.S. BANKRUPTCY COURT
MARY A. SCHOTT CLERK

TERRENCE JOHNSON
8030 Lapis Harbor Avenue
Las Vegas, NV  89117
702/592-1406
Affiant

## UNITED STATES BANKRUPT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>        Debtor. | Case No. BK-S-06-10725 LBR |
| In Re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>        Debtor. | Case No. BK-S-06-10726 LBR |
| In Re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>        Debtor. | Case No. BK-S-06-10727 LBR |
| In Re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>        Debtor. | Case No. BK-S-06-10728 LBR |
| In Re:<br>USA SECURITIES, LLC,<br>        Debtor. | Case No. BK-S-06-10729 LBR<br><br>CHAPTER 11 |
| Affects:<br>☐ All Debtors.<br>■ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

**AFFIDAVIT FOR REIMBURSEMENT OF UNCLAIMED DIVIDENDS**

STATE OF NEVADA        )
COUNTY OF CLARK       )

TERRENCE JOHNSON, of 8030 Lapis Harbor Avenue, Las Vegas, Nevada 89117, being duly sworn, deposes and says:

That I am a creditor of the above named debtor. That USA Commercial Mortgage Company was duly adjudged a debtor in the United States Bankruptcy Court for the District of Nevada. That I duly filed my claim which claims was thereafter duly allowed. That dividends in the amount of $1,808.86 remain unpaid.

That said claim has not been sold or assigned, and that it is still the property of your affiant.

It is therefore requested that the Clerk of this Court pay to your affiant, TERRENCE JOHNSON, the sum of $1,808.86.

DATED this ____ day of March, 2009.

TERRENCE JOHNSON
8030 Lapis Harbor Avenue
Las Vegas, NV  89117
702/592-1406
Affiant

SUBSCRIBED AND SWORN to before me this 26 day of March, 2009.

_____
NOTARY PUBLIC
in and for said County and State.



OLIVIA A. SCHULZE
Notary Public, State of Nevada
Appointment No. 94-1488-1
My Appt. Expires Dec. 27, 2011