**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
Anthony Austin NV State Bar No. 10850
Email: aaustin@lrlaw.com

Attorneys for USACM Liquidating Trust

E-filed on 3/27/09

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,[1]

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]

USA SECURITIES, LLC,[3]

                       Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR[1]
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR[2]
Case No. BK-S-06-10729-LBR[3]

CHAPTER 11

Jointly Administered Under Case No. BK-S-06-10725 LBR

**Notice of Hearing Regarding Objection of USACM Trust to Proof of Claim of Securities and Exchange Commission (with Certificate of Service)**

Date of Hearing: April 30, 2009
Time of Hearing: 9:30 a.m.

**THE USACM LIQUIDATING TRUST IS OBJECTING TO THE CLAIM THAT <u>YOU</u> FILED. The USACM Trust seeks to disallow your claim because the USACM Trust contends that Claim No. 10725-01162 fails to provide sufficient documentation and you have failed to file a complaint against USACM.**

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2034369.1



1  **PLEASE DO NOT CONTACT THE CLERK OF THE BANKRUPTCY
2  COURT TO DISCUSS THE MERITS OF YOUR CLAIM.  QUESTIONS
3  REGARDING THE AMOUNT OF A CLAIM OR THE FILING OF A CLAIM
4  SHOULD BE DIRECTED TO  BRANT FYLLING AT SIERRA GROUP
5  CONSULTING, LLC (602-424-7009) OR TO THE UNDERSIGNED COUNSEL.**

6  **NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust by and
7  through its counsel, has filed an Objection of USACM Trust to Proof of Claim of
8  Securities and Exchange Commission (with Certificate of Service) (the "Objection").  The
9  USACM Trust respectfully requests that the Court enter an order pursuant to § 502 of title
10 11 of the United States Code (the "Bankruptcy Code") disallowing your claim against
11 USACM.

12 **NOTICE IS FURTHER GIVEN** that the hearing on the Objection will be held
13 before the Honorable Linda B. Riegle, U.S. Bankruptcy Court Judge in the Foley Federal
14 Building, 300 Las Vegas Blvd. South, 3rd Floor, Courtroom No. 1, Las Vegas, Nevada on
15 **April 30, 2009, at the hour of 9:30 a.m**.

16 **NOTICE IS FURTHER GIVEN THAT THE HEARING SET ON APRIL 30,
17 2009, WILL BE HELD FOR THE PURPOSE OF STATUS CHECKS AND
18 SCHEDULING EVIDENTIARY HEARINGS ONLY.  NO ARGUMENTS WILL BE
19 HEARD ON THAT DATE.**

20 **NOTICE IS FURTHER GIVEN** that any response to the Objection must be filed
21 by **April 23, 2009,** pursuant to Local Rule 3007(b), which states:

22  If an objection to a claim is opposed, a written response must
    be filed and served on the objecting party at least 5 business
23  days before the scheduled hearing.  A response is deemed
    sufficient if it states that written documentation in support of
24  the proof of claim has already been provided to the objecting
    party and that the documentation will be provided at any
25  evidentiary hearing or trial on that matter.

26

2034369.1

LEWIS AND ROCA LLP
LAWYERS

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the Court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The Court may *refuse to allow you to speak* at the scheduled hearing; and
> - The Court may *rule against you* and sustain the objection without formally calling the matter at the hearing.

DATED: March 27, 2009.

LEWIS AND ROCA LLP

By /s/ John Hinderaker (#18024)
Rob Charles, NV 6593
John C. Hinderaker, AZ 18024 (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8398
E-mail: rcharles@lrlaw.com
*Attorneys for the USACM Liquidating Trust*

PROOF OF SERVICE

Copy of the foregoing mailed by First Class, U.S. Mail, postage prepaid, on March 27, 2009 to the following parties:

U S Securities and Exchange Commission
5670 Wilshire Blvd., 11th Floor
Los Angeles, CA 90036
Attn: Lynn M. Dean

/s/ Carrie Lawrence
Carrie Lawrence

3

2034369.1