**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 3/30/09

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>　　　　　　　　　　　　Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO PROOFS OF CLAIM BASED UPON EQUIPMENT LEASES; AND CERTIFICATE OF SERVICE**<br><br>Date of Hearing: April 30, 2009<br>Time of Hearing: 9:30 a.m. |

The USACM Liquidating Trust (the "USACM Trust") moves this Court, pursuant to § 502 of title 11 of the United States Bankruptcy Code (the "Bankruptcy Code") and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for an order disallowing the Proofs of Claim filed by Bank of America Leasing, successor by

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2024917.1



merger to Fleet Business Credit, and National City Commercial Capital Corp. (collectively, "Lessors") against USA Commercial Mortgage Company ("USACM") based upon equipment leases.

## I. INTRODUCTION

1. The following Claimants made claims against USACM based upon equipment leases upon which USACM defaulted:

| Claim # | Name & Address | Lease | Total Claim Amount |
|---|---|---|---|
| 10725-00281 | Bank of America Leasing Successor By Merger to Fleet Business Credit, LLC c/o Veronika A Rager Risk Operation Team Manager 305 W Big Beaver, Suite 400 Troy, MI 48084 | Contract No. 1696325 | $22,799.54 |
| 10725-00282 | Bank of America Leasing Successor By Merger to Fleet Business Credit, LLC c/o Veronika A Rager Risk Operation Team Manager 305 W Big Beaver, Suite 400 Troy, MI 48084 | Contract No. 002-1694452-000 | $44,041.47 |
| 10725-00095 | National City Commercial Capital Corporation f/k/a Information Leasing Corporation Lisa M Moore Esq 995 Dalton Avenue Cincinnati, OH 45203 | Lease No. 404230002 | $45,780.11 |
| 10725-01655 | National City Commercial Capital Corporation f/k/a Information Leasing Corporation Lisa M Moore Esq 995 Dalton Avenue Cincinnati, OH 45203 | Lease No. 404230002 | $30,870.19 |
| 10725-01656 | National City Commercial Capital Corporation f/k/a Information Leasing Corporation Lisa M Moore Esq 995 Dalton Avenue Cincinnati, OH 45203 | Lease No. 404230002 | $14,247.78 |

2. The above claims will be referred to collectively as the "Equipment Lease Claims." The USACM Trust objects to the allowance of the Equipment Lease Claims because the (1) claimants failed to give credit for the value of the leased equipment; (2)

2024917.1



claimants failed to show that they disposed of the collateral in a commercially reasonable manner as required by UCC Article 9; (3) claimants failed to mitigated their damages; and (4) some of the claimants lack standing to assert the claims.

## II.     JURISDICTION

1.     The Court has jurisdiction over this Objection pursuant to 28 U.S.C. §§ 1334 and 157.  Venue is appropriate under 28 U.S.C. §§ 1408 and 1409.  This matter is a core proceeding under 28 U.S.C. § 502 and Bankruptcy Rule 3007.

2.     The statutory predicate for the relief requested herein are 11 U.S.C. § 502 and Bankruptcy Rule 3007.

## III.    BACKGROUND

1.     On April 13, 2006 ("Petition Date"), USACM, USA Securities, LLC ("USA Securities"), USA Capital Realty Advisors, LLC ("USA Realty"), USA Capital Diversified Trust Deed Fund, LLC ("DTDF"), USA Capital First Trust Deed Fund, LLC ("FTDF," together with DTDF, the "Funds") (collectively, the "Debtors"), filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  Debtors continued to operate their businesses, if any, as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  Debtors' post-petition management of the Debtors was under the direction of Thomas J. Allison of Mesirow Financial Interim Management, LLC ("Mesirow"), who served as the Chief Restructuring Officer.

2.     USACM is a Nevada corporation that, prior to the Petition Date, was in the business of underwriting, originating, brokering, funding and servicing commercial loans primarily secured by real estate, both on behalf of investors and for its own account.

3.     On January 8, 2007, this Court entered its Order Confirming the "Debtors' Third Amended Joint Chapter 11 Plan of Reorganization" as Modified Herein [Docket No. 2376] (the "Confirmation Order").

2024917.1

LEWIS AND ROCA LLP LAWYERS

4.  Under the Plan, the USACM Trust is the successor to USACM with respect to standing to seek allowance and disallowance of Claims.

5.  The USACM Trust exists as of the Effective Date of the Plan, which was March 12, 2007.  Geoffrey L. Berman is the Trustee.

## IV. APPLICABLE AUTHORITY

1.  Under the Bankruptcy Code, any Claim for which a proof of claim has been filed will be allowed unless a party in interest objects.  If a party in interest objects to the proof of claim, the Court, after notice and hearing, shall determine the amount of the Claim and shall allow the Claim except to the extent that the Claim is "unenforceable against the debtor . . . under any . . . applicable law for a reason other than because such claim is contingent or unmatured."  11 U.S.C. § 502(b).

2.  The USACM Trust is entitled to object to proofs of claim under 11 U.S.C. § 502(a).  This objection is timely under the confirmed Plan, as the deadline for such objections has been extended to June 10, 2009, by this Court's orders.

3.  A properly filed proof of claim is presumed valid under Bankruptcy Rule 3001(f).  However, once an objection to the proof of claim controverts the presumption, the creditor ultimately bears the burden of persuasion as to the validity and amount of the claim.  *See Ashford v. Consolidated Pioneer Mortg. (In re Consolidated Pioneer Mortg.)*, 178 B.R. 222, 226 (B.A.P. 9th Cir. 1995), *aff'd*, 91 F.3d 151 (9th Cir. 1996).  The ultimate burden of proof as to the validity of a proof of claim "remains at all times upon the claimant."  *Lundell v. Anchor Constr. Specialists, Inc. (In re Lundell)*, 223 F.3d 1035, 1039 (9th Cir. 2000).

## V. OBJECTION TO THE LEASED EQUPMENT CLAIMS

1.  The USACM Trust objects to the Leased Equipment Claims and requests that they be disallowed in their entirety.

2024917.1



2.	The USACM Trust objections to the Leased Equipment Claims because the claimants provide no proof that they disposed of the abandoned collateral in a commercially reasonable manner as required by UCC Article 9 and then provided the USACM Estate with a credit for the value of the leased equipment, all of which was abandoned by the debtor.

3.	The USACM Trust objections to the Leased Equipment Claims because the claimants provide no proof that they mitigated their damages.

4.	The USACM Trust objects to Proof of Claim No. 10725-00095 by National City Commercial Capital Corporation because the lessor shown on the lease is Information Leasing Corporation, not the claimant.  Thus, National City Commercial Capital Corporation lacks standing to bring the claim.

5.	The USACM Trust objects to Proof of Claim No. 10725-01655 by National City Commercial Capital Corporation because the lessor shown on the lease is Information Leasing Corporation, not the claimant.  Thus, National City Commercial Capital Corporation lacks standing to bring the claim.

6.	The USACM Trust objects to Proof of Claim No. 10725-01656 by National City Commercial Capital Corporation because the lessor shown on the lease is Information Leasing Corporation, not the claimant.  Thus, National City Commercial Capital Corporation lacks standing to bring the claim.

7.	The USACM Trust reserves the right to further object to any and all Claims, whether or not the subject of this Objection, for allowance and/or distribution purposes on any other grounds.  The USACM Trust further reserves the right to modify, supplement and/or amend this Objection as it pertains to any Claim or claimant herein.

2024917.1

LEWIS AND ROCA LLP
LAWYERS

## VI. CONCLUSION

The USACM Trust respectfully requests that the Court disallow the lease claims in their entirety. The USACM Trust also requests such other and further relief as is just and proper.

Dated: March 30, 2009.

LEWIS AND ROCA LLP

By /s/ John Hinderaker (#18024)
Rob Charles, NV 6593
John C. Hinderaker, AZ 18024 (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8398
E-mail: jhinderaker@lrlaw.com
*Attorneys for the USACM Liquidating Trust*

Copy of the foregoing mailed by first class postage prepaid U.S. mail on March 30, 2009 to:

| | |
|---|---|
| Bank of America Leasing Successor By Merger to Fleet Business Credit, LLC c/o Veronika A Rager Risk Operation Team Manager 305 W Big Beaver, Suite 400 Troy, MI 48084 | National City Commercial Capital Corporation f/k/a Information Leasing Corporation Lisa M Moore Esq 995 Dalton Avenue Cincinnati, OH 45203 |

 /s/ Carrie Lawrence
Carrie Lawrence

2024917.1