1  MICHAEL J. SCHWARTZER                    E-FILED ON: 03/30/2009
   Nevada Bar No. 10747
2  KUMMER KAEMPFER BONNER RENSHAW & FERRARIO
   Seventh Floor
3  3800 Howard Hughes Parkway
   Las Vegas, Nevada 89169
4  Telephone:  (702) 792-7000
   Fax:        (702) 796-7181
5  E-Mail: landerson@kkbrf.com
   E-Mail: mschwartzer@kkbrf.com
6  *Attorneys for Kummer Kaempfer Bonner Renshaw & Ferrario*

7

8                   UNITED STATES BANKRUPTCY COURT

9                        DISTRICT OF NEVADA

10

11 In re:
                                  Case No.    BK-S-06-10725-LBR
12 USA COMMERCIAL MORTGAGE           Case No.    BK-S-06-10725-LBR
   COMPANY,                         Case No.    BK-S-06-10725-LBR
13                                  Case No.    BK-S-06-10725-LBR
   USA CAPITAL REALTY ADVISORS, LLC, Case No.   BK-S-06-10725-LBR
14
   USA CAPITAL DIVERSIFIED TRUST     CHAPTER 11
15 DEED FUND, LLC,
                                     Jointly Administered Under Case No.
16 USA CAPITAL FIRST TRUST DEED FUND, BK-S-06-10725 LBR
   LLC,
17
   USA SECURITIES, LLC,
18
              Debtors.              NOTICE OF WITHDRAWAL OF PROOF
19                                          OF CLAIM
   **Affects:**
20 □ All Debtors
   X USA Commercial Mortgage Company
21 □ USA Capital Realty Advisors, LLC
   □ USA Capital Diversified Trust Deed Fund, LLC
   X USA Capital First Trust Deed Fund, LLC
22 □ USA Securities, LLC

23

24        Please take notice that Kummer Kaempfer Bonner Renshaw & Ferrario (creditor nos.

2683056, 2698573 and 2699036) hereby respectfully withdrawal its  proof of claims, claim no.

KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
Seventh Floor
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169

717843_1 DOC  [Client-Matter]

32-1, filed with the Court on June 23, 2006 for Debtor USA Commercial Mortgage Company

and claim no. 1-1, filed with the Court on April 20, 2006 for Debtor USA Capital First Trust

Deed Fund LLC

DATED this 30th day of March, 2009.

KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO

BY:    /s/ Michael Schwartzer
MICHAEL J. SCHWARTZER

KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
Seventh Floor
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169

717843_1 DOC  [Client-Matter]