MICHAEL J. SCHWARTZER
Nevada Bar No. 10747
KUMMER KAEMPFER BONNER RENSHAW & FERRARIO
Seventh Floor
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169
Telephone: (702) 792-7000
Fax: (702) 796-7181
E-Mail: landerson@kkbrf.com
E-Mail: mschwartzer@kkbrf.com
*Attorneys for Kummer Kaempfer Bonner Renshaw & Ferrario*

E-FILED ON: 03/30/2009

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br><br>            Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>X USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>X USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No.   BK-S-06-10725-LBR<br>Case No.   BK-S-06-10725-LBR<br>Case No.   BK-S-06-10725-LBR<br>Case No.   BK-S-06-10725-LBR<br>Case No.   BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No.<br>BK-S-06-10725 LBR<br><br><br>**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM** |

Please take notice that Kummer Kaempfer Bonner Renshaw & Ferrario (creditor nos. 2683056, 2698573 and 2699036) hereby respectfully withdrawal its proof of claims, claim no.

KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
Seventh Floor
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169

717843_1.DOC [Client·Matter]

Page 1 of 2

32-1, filed with the Court on June 23, 2006 for Debtor USA Commercial Mortgage Company and claim no. 1-1, filed with the Court on April 20, 2006 for Debtor USA Capital First Trust Deed Fund LLC

DATED this 30th day of March, 2009.

KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO

BY: /s/ Michael Schwartzer
MICHAEL J. SCHWARTZER

KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
Seventh Floor
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169

717843_1.DOC [Client-Matter]

Page 2 of 2