1  MICHAEL J. SCHWARTZER                                  E-FILED ON: 03/31/2009
   Nevada Bar No. 10747
2  KUMMER KAEMPFER BONNER RENSHAW & FERRARIO
   Seventh Floor
3  3800 Howard Hughes Parkway
   Las Vegas, Nevada 89169
4  Telephone: (702) 792-7000
   Fax:       (702) 796-7181
5  E-Mail: landerson@kkbrf.com
   E-Mail: mschwartzer@kkbrf.com
6  *Attorneys for Kummer Kaempfer Bonner Renshaw & Ferrario*

7

8
                    UNITED STATES BANKRUPTCY COURT
9
                           DISTRICT OF NEVADA
10

11 | In re:                                    |                                    |
   |                                           | Case No.     BK-S-06-10725-LBR     |
12 | USA COMMERCIAL MORTGAGE                   | Case No.     BK-S-06-10725-LBR     |
   | COMPANY,                                  | Case No.     BK-S-06-10725-LBR     |
13 |                                           | Case No.     BK-S-06-10725-LBR     |
   | USA CAPITAL REALTY ADVISORS, LLC,         | Case No.     BK-S-06-10725-LBR     |
14 |                                           |                                    |
   | USA CAPITAL DIVERSIFIED TRUST             | CHAPTER 11                         |
15 | DEED FUND, LLC,                           |                                    |
   |                                           | Jointly Administered Under Case No. |
16 | USA CAPITAL FIRST TRUST DEED FUND,        | BK-S-06-10725 LBR                  |
   | LLC,                                      |                                    |
17 |                                           |                                    |
   | USA SECURITIES, LLC,                      |                                    |
18 |                                           | **PROOF OF SERVICE OF NOTICE OF**  |
   |         Debtors.                          | **WITHDRAWAL OF PROOF OF CLAIM**   |
19 |                                           |                                    |
   | **Affects:**                              |                                    |
20 | ☐ All Debtors                             |                                    |
   | X USA Commercial Mortgage Company         |                                    |
21 | ☐ USA Capital Realty Advisors, LLC        |                                    |
   | ☐ USA Capital Diversified Trust Deed Fund, LLC |                               |
22 | X USA Capital First Trust Deed Fund, LLC  |                                    |
   | ☐ USA Securities, LLC                     |                                    |

23

24         I hereby certify that service of a **NOTICE OF WITHDRAWAL OF PROOF OF**

   **CLAIM** by the following means to the persons as listed below:

KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
Seventh Floor
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169

719929_1 DOC  [Client-Matter]                                            Page 1 of 2

☐ a. ECF System:

**SEE ATTACHED EXHIBIT 1.**

DATED this 31st day of March, 2009.

/s/ S. Renee Hoban
An employee of Kummer Kaempfer Bonner Renshaw & Ferrario

KUMMER KAEMPFER BONNER
RENSHAW & FERRARIO
Seventh Floor
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169