LEWIS AND ROCA LLP LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024

Attorneys for USACM Liquidating Trust

E-Filed on 3/31/09

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,[1]

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]

USA SECURITIES, LLC,[3]

Debtors.

**Affects:**
☒ All Debtors
☐ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR[1]
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR[2]
Case No. BK-S-06-10729-LBR[3]

CHAPTER 11

Jointly Administered Under Case No. BK-S-06-10725 LBR

**POST EFFECTIVE OFFICIAL SERVICE LIST FOR LIMITED NOTICE NO. 5 DATED MARCH 31, 2009**

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

1

2026108.1

LEWIS AND ROCA LLP LAWYERS

| Address | Role |
|---|---|
| Richard I. Dreitzer<br>Deputy Attorney General<br>State of Nevada Attorney General's Office<br>555 E Washington Avenue, Suite 3900<br>Las Vegas, NV 89101<br>~~ridreitz@ag.state.nv.us~~<br>richard.dreitzer@bullivant.com | Attorney General's Office |
| George A. Davis<br>CADWALADER, WICKERSHAM & TAFT LLP<br>One World Financial Center<br>New York, NY 10281<br>george.davis@cwt.com | Attorney for Compass Partners LLC |
| Michael W. Carmel<br>80 E Columbus Avenue<br>Phoenix, AZ 85012<br>Michael@mcarmellaw.com | Chapter 11 Trustee in Thomas A. Hantges Bankruptcy |
| Deborah D. Williamson<br>~~Thomas Rice~~<br>COX SMITH MATTHEWS INCORPORATED<br>112 E Pecan Street, Suite 1800<br>San Antonio, TX 75205<br>dwilliamson@coxsmith.com<br>~~trice@coxsmith.com~~ | Attorneys for Ford Elsaesser, Chapter 11 Trustee in Joseph D. Milanowski Bankruptcy |
| Susan Williams Scann<br>DEANER, DEANER, SCANN, MALAN & LARSEN<br>720 S Fourth Street, Suite 300<br>Las Vegas, NV 89101<br>sscann@deanerlaw.com | Attorneys for Binford Medical Developers, LLC |
| Berman, Geoffrey L.<br>DEVELOPMENT SPECIALISTS, INC.<br>333 S. Grand Ave., Suite 4070<br>Los Angeles, CA 90071-1544<br>gberman@dsi.biz | Trustee for USACM Liquidating Trust |

2026108.1

**LEWIS AND ROCA LLP LAWYERS**

| Address | Role |
|---|---|
| Allan B. Diamond<br>DIAMOND MCCARTHY TAYLOR FINLEY & LEE, LLP<br>Two Houston Center<br>909 Fannin Street, Suite 1500<br>Houston, TX 77010<br>adiamond@diamondmccarthy.com | Special Litigation Counsel for USACM Liquidating Trust |
| Eric Madden<br>DIAMOND MCCARTHY TAYLOR FINLEY & LEE, LLP<br>1201 Elm Street, Suite 3400<br>Dallas, TX 75270<br>emadden@diamondmccarthy.com | Special Litigation Counsel for USACM Liquidating Trust |
| Michael Tucker<br>FTI CONSULTING<br>One Renaissance Square<br>Two N Central Ave., Ste. 1200<br>Phoenix, AZ 85004-2322<br>michael.tucker@fticonsulting.com | USA Capital Diversified Trust Deed Fund, LLC Administrator |
| Robert P. Goe<br>GOE & FORSYTHE<br>660 Newport Center Drive, Suite 320<br>Newport Beach, CA 92660<br>rgoe@goeforlaw.com | Attorneys for SCC Acquisition Corp |
| Gerald M. Gordon<br>Gregory E. Garman<br>GORDON & SILVER, LTD.<br>3960 Howard Hughes Parkway, 9th Floor<br>Las Vegas, NV 89109<br>gmg@gordonsilver.com<br>geg@gordonsilver.com | Attorneys for Lisa M. Poulin, Trustee, USA Investment Partners, LLC |

3

2026108.1

| Address | Role |
|---|---|
| Janet L. Chubb<br>JONES VARGAS<br>100 W. Liberty St, 12th Floor<br>POB 281<br>Reno, NV 89504-0281<br>jlc@jonesvargas.com<br>tbw@jonesvargas.com | Attorneys for Charles B. Anderson Trust; Rita P. Anderson Trust; Baltes Company; Robert J. Kehl, Ruth Ann Kehl, Daniel J. Kehl, Kehl Development, Keven Kehl, Kevin Kehl for Susan L. Kehl, Kevin Kehl for Andrew Kehl; Warren Hoffman Family Investments, LP; Judy A. Bonnet; Robert A. Kehl and Tina M. Kehl; Krystina L. Kehl; Christina M. Khel; Kevin McKee; Cynthia Winter; and Mojave Canyon, Inc. |
| Dean T. Kirby, Jr.<br>John Hebert<br>KIRBY & McGUINN, A.P.C.<br>600 B Street, Suite 1950<br>San Diego, CA 92101<br>dkirby@kirbymac.com<br>jhebert@kirbymac.com | Attorneys for Debt Acquisition Company of America V |
| Susan M. Freeman<br>Rob Charles<br>LEWIS AND ROCA LLP<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, NV 89169-5996<br>SFreeman@LRLaw.com<br>RCharles@LRLaw.com | Attorneys for USACM Liquidating Trust |
| Michelle Abrams<br>MICHELLE L. ABRAMS, LTD.<br>3085 S Jones Blvd., Suite C<br>Las Vegas, NV 89146<br>mabrams@mabramslaw.com | Attorney for Debt Acquisition Company of America V |
| Richard W. Esterkin<br>Asa S. Hami<br>MORGAN, LEWIS & BOCKIUS LLP<br>300 S Grand Avenue, 22nd Floor<br>Los Angeles, CA 90071-3132<br>resterkin@morganlewis.com<br>ahami@morganlewis.com | Attorneys for SCC Acquisition Corp |

2026108.1

LEWIS AND ROCA LLP LAWYERS

| Address | Role |
|---|---|
| August B. Landis<br>OFFICE OF THE U.S. TRUSTEE<br>300 Las Vegas Blvd., S. Suite 4300<br>Las Vegas, NV 89101<br>~~USTPRegion17.lv.ecf@usdoj.gov~~<br>augie.landis@usdoj.gov | Office of U.S. Trustee |
| Jeffrey D. Hermann<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>777 S Figueroa Street, Suite 3200<br>Los Angeles, CA 90017-5855<br>jhermann@orrick.com | Attorneys For USA Capital Diversified Trust Deed Fund, LLC |
| Marc A. Levinson<br>ORRICK, HERRINGTON & SUTCLIFFE, LLP<br>400 Capitol Mall, Suite 3000<br>Sacramento, CA 95814<br>malevinson@orrick.com | Attorneys For USA Capital Diversified Trust Deed Fund, LLC |
| William J. Ovca, Jr., Trustee<br>Defined Pension Plan<br>OVCA ASSOCIATES, INC.<br>16872 Baruna Lane<br>Huntington Beach, CA 92649<br>N1GL@aol.com<br>Facsimile: 714-840-6672 | Direct Lender |
| Brian D. Shapiro<br>LAW OFFICE OF BRIAN D SHAPIRO LLC<br>624 S 9th Street<br>Las Vegas, NV 89101<br>bshapiro@brianshapirolaw.com | Attorney for Michael W. Carmel, Chapter 11 Trustee in Thomas A. Hantges Bankruptcy |
| Robert R. Kinas<br>SNELL & WILMER, LLP<br>3883 Howard Hughes Parkway, #1100<br>Las Vegas, NV 89169<br>rkinas@swlaw.com | Attorneys for USA Capital Diversified Trust Deed Fund, LLC |
| Robbin L. Itkin<br>STEPTOE & JOHNSON LLP<br>2121 Avenue of the Stars, Suite 2800<br>Los Angeles, CA 90067<br>ritkin@steptoe.com | Attorneys for Michael W. Carmel, Chapter 11 Trustee in Thomas A. Hantges Bankruptcy |

2026108.1

LEWIS AND ROCA LLP LAWYERS

| Address | Role |
|---|---|
| ~~Christine M. Pajak~~<br>~~Eve H. Karasik~~<br>~~STUTMAN, TREISTER & GLATT, P.C.~~<br>~~1901 Avenue of the Stars, 12th Floor~~<br>~~Los Angeles, CA 90067~~<br>~~cpajak@stutman.com~~<br>~~ekarasik@stutman.com~~ | ~~Attorneys for Equity Security Holders of USA Capital First Trust Deed~~ |
| Lisa A. Rasmussen, Esq.<br>LAW OFFICES OF LISA RASMUSSEN<br>616 South 8th Street<br>Las Vegas, NV 89101<br>lisa@lrasmussenlaw.com | Attorneys for Carol Mortensen |
| Bradley Paul Elley, Esq.<br>120 Country Club Drive, Suite 5<br>Incline Village, NV 89451<br>bpelleylawbk@sbcglobal.net | Attorneys for Retirement Accounts, Inc., Custodian for Judd Robbins IRA and Tessaract Trust dated 3/31/04 |
| Bradley N. Boodt<br>HOLLAND & HART LLP<br>Hughes Center<br>3800 Howard Hughes Pkwy., 10th Floor<br>Las Vegas, Nevada 89169<br>bnboodt@hollandhart.com | Attorneys for Nevada State Bank |

Respectfully Submitted: March 31, 2009.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
   Rob Charles, NV 6593
   John Hinderaker *(pro hac vice)*
*Counsel for USACM Liquidating Trust*

PROOF OF SERVICE

COPY of the aforementioned sent via e-mail or U.S. First Class Mail on March 31, 2009 to the parties listed on Post-Effective Official Service List for Limited Notice No. 5 Dated March 31, 2009.

6

2026108.1

/s/ Carrie Lawrence
Carrie Lawrence
Lewis and Roca LLP