HILL, FARRER & BURRILL LLP
Daniel J. McCarthy (Bar No. 101081)
One California Plaza, 37th Floor
300 South Grand Avenue
Los Angeles, CA  90071-3147
Telephone:  (213) 620-0460
Fax:  (213) 624-4840

Attorneys for Creditor
Royal Landholdings, LLC

E-Filed on April 1, 2009

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                        Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**ROYAL LANDHOLDINGS, LLC'S WITHDRAWAL OF PROOF OF CLAIM NO. 10725-1204** |

Royal Landholdings, LLC ("Royal") withdraws its Proof of Claim No. 10725-1204 that was delivered to BMC Group on November 10, 2006, and (according to the Claims Register) that was filed on November 19, 2006, in the above-referenced case of USA Commercial Mortgage Company in the amount of $7,910,109.00.  USA Commercial

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

Mortgage Company's indebtedness to Royal arising from property sold, as described in the Proof of Claim, was fully paid from the proceeds of the sale of the Royal Hotel against which Royal held a deed of trust to secure the indebtedness of HMA Sales, LLC, to Royal, which was guaranteed by USA Commercial Mortgage Company.

Respectfully submitted this 1st day of April, 2009.

HILL, FARRER & BURRILL, LLP

By: /s/ Daniel J. McCarthy
    DANIEL J. McCARTHY
Attorneys for Creditor
Royal Landholdings, LLC

# CERTIFICATE OF SERVICE

I, Hae Jung Park, declare:

I am a resident of the state of California and over the age of eighteen years, and not a party to the within action; my business address is Hill, Farrer & Burrill LLP, 300 South Grand Ave, Los Angeles, California 90071-3147. On April 1, 2009, I served the within documents:

**ROYAL LANDHOLDINGS, LLC'S WITHDRAWAL OF PROOF OF CLAIM NO. 10725-1204**

[X] by the court via Notice of Electronic Filing ("NEF") – pursuant to Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 1, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) in indicated below:

MICHELLE L. ABRAMS    mabrams@mabramslaw.com
FRANKLIN C. ADAMS    franklin.adams@bbklaw.com,
    arthur.johnston@bbklaw.com
NANCY L. ALLF    nancy_allf@gshllp.com, karen_lawrence@gshllp.com;
    angela_nakamura@gshllp.com
FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov
OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;
    paltstatt@nevadafirm.com;sliberio@nevadafirm.com;
    rmoss@nevadafirm.com
JON MAXWELL BEATTY    mbeatty@diamondmccarthy.com
BMC GROUP, INC.    ecf@bmcgroup.com, mjohn@bmcgroup.com
GEORGANNE W. BRADLEY    georganne.bradley@bullivant.com,
    mary.opatrny@bullivant.com
KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com
ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;
    lmackson@shutts-law.com
LOUIS M. BUBALA    lbubala@jonesvargas.com, tbw@jonesvargas.com;
    bcopeland@jonesvargas.com
MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-
    reynolds.com; jrammos@callister-reynolds.com
CANDACE C CARLYON    ltreadway@sheacarlyon.com,
    ccarlyon@sheacarlyon.com; bankruptcyfilings@sheacarlyon.com;
    manthony@sheacarlyon.com; rmsmith@sheacarlyon.com;
    swinder@sheacarlyon.com; dclimer@sheacarlyon.com;
    cmuniz@sheacarlyon.com
MICHAEL W. CARMEL    michael@mcarmellaw.com,
    nancy@mcarmellaw.com; ritkin@steptoe.com

| | |
|---|---|
| 1 | ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com |
| 2 | MICHAEL W. CHEN    yvette@ccfirm.com |
| | KEVIN B. CHRISTENSEN    kbchrislaw@aol.com |
| 3 | JANET L. CHUBB    tbw@jonesvargas.com |
| 4 | JEFFREY A. COGAN    jeffrey@jeffreycogan.com, beau@jeffreycogan.com, beaudocs@cox.net |
| 5 | DAVID A. COLVIN    mwalters@marquisaurbach.com, dcolvin@marquisaurbach.com; kgallegos@marquisaurbach.com; tszostek@marquisaurbach.com |
| 6 | WILLIAM D COPE    cope_guerra@yahoo.com |
| 7 | LAUREL E. DAVIS    ldavis@fclaw.com, mhurtado@fclaw.com |
| | THOMAS W. DAVIS    twd@h2law.com |
| 8 | DEBT ACQUISITION COMPANY OF AMERICA V, LLC (aw)    whatnall@daca4.com |
| 9 | J CRAIG DEMETRAS    JCD@demetras-oneill.com, jar@demetras-neill.com;mdh@demetras-oneill.com |
| 10 | ALLAN B. DIAMOND    adiamond@diamondmccarthy.com |
| 11 | RICHARD I. DREITZER    richard.dreitzer@bullivant.com |
| | BRIAN P. EAGAN    beagan@sdfnvlaw.com, brian9397@aol.com |
| 12 | BRADLEY PAUL ELLEY    bpelleylawbk@sbcglobal.net, lnivnv@sbcglobal.net |
| 13 | THOMAS H. FELL    bankruptcynotices@gordonsilver.com; notices@gordonsilver.com |
| 14 | DEAN V. FLEMING    dfleming@fulbright.com, tflores@fulbright.com |
| 15 | SCOTT D. FLEMING    CArnold@hollandhart.com |
| | GREGORY E GARMAN    bankruptcynotices@gordonsilver.com, knotices@gordonsilver.com |
| 16 | DOUGLAS D. GERRARD    dgerrard@gerrard-cox.com, ekaymedellin@gerrard-ox.com;dwolford@gerrard-cox.com;jberghammer@gerrard-cox.com |
| 17 | WADE B. GOCHNOUR    WBG@h2law.com, bd@h2law.com;grm@h2law.com |
| 18 | LEIGH T GODDARD    lgoddard@mcdonaldcarano.com, miller@mcdonaldcarano.com |
| 19 | CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov: Mary.Booker@usdoj.gov |
| 20 | GERALD M GORDON    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com |
| 21 | R. VAUGHN GOURLEY    vgourley@lvcm.com |
| 22 | TALITHA B. GRAY    bankruptcynotices@gordonsilver.com; bknotices@gordonsilver.com |
| 23 | JAMES D. GREENE    jgreene@rsrslaw.com, mkemple@rsrslaw.com; jstarley@rsrslaw.com |
| 24 | MARK H. GUNDERSON    creinebold@gundersonlaw.com |
| 25 | MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, tracyg@goldguylaw.com; ldeeter@goldguylaw.com |
| 26 | PETER W. GUYON    pguyon@yahoo.com |
| 27 | XANNA R. HARDMAN    xanna.hardman@gmail.com |
| 28 | |

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW

- 2 -

| | |
|---|---|
| 1 | STEPHEN R HARRIS    noticesbh&p@renolaw.biz |
| 2 | JEFFREY L HARTMAN    notices@bankruptcyreno.com, dle@bankruptcyreno.com |
| 3 | WILLIAM H HEATON    will@nwhltd.com, denisse@nwhltd.com |
| | BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com |
| 4 | JOHN HINDERAKER    JHinderaker@LRLaw.com, RCreswell@LRLaw.com |
| 5 | RICHARD F. HOLLEY    rholley@nevadafirm.com, paltstatt@nevadafirm.com; vnelson@nevadafirm.com; sliberio@nevadafirm.com; bkecf@nevadafirm.com |
| 7 | RANDOLPH L. HOWARD    rhoward@klnevada.com, ckishi@klnevada.com; bankruptcy@klnevada.com |
| 8 | DAVID W. HUSTON    dwh@hustonlaw.net |
| | JASON A. IMES    bkfilings@s-mlaw.com |
| 9 | ROBBIN L. ITKIN    ritkin@steptoe.com, khollingsworth@steptoe.com; keckert@steptoe.com; jgoldman@steptoe.com; kpiper@steptoe.com |
| 10 | CHRISTOPHER D JAIME    cjaime@waltherkey.com, kbernhar@waltherkey.com |
| 11 | EVAN L. JAMES    ejameslv@gmail.com, kbchrislaw@aol.com |
| 12 | LARRY C. JOHNS    lcjohns100@embarqmail.com |
| | ERIN E. JONES    ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com |
| 13 | TY E. KEHOE    TyKehoeLaw@aol.com |
| 14 | ROBERT R. KINAS    rkinas@swlaw.com, jmcbee@swlaw.com; jmath@swlaw.com; mfull@swlaw.com; cdossier@swlaw.com; lvdocket@mindspring.com; vcampbell@swlaw.com; nbaig@swlaw.com |
| 16 | DEAN T. KIRBY    dkirby@kirbymac.com, gsparks@kirbymac.com |
| | REID W. LAMBERT    rlambert@woodburykesler.com |
| 17 | KENT F. LARSEN    kfl@slwlaw.com, cld@slwlaw.com |
| 18 | ZACHARIAH LARSON    ecf@lslawnv.com, susans@lslawnv.com |
| | JOHN J. LAXAGUE    jlaxague@caneclark.com |
| 19 | GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net |
| 20 | NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com; bankruptcy@klnevada.com |
| | ROBERT C. LEPOME    rlepome@cox.net, smstanton@cox.net |
| 21 | STEPHEN T LODEN    sloden@diamondmccarthy.com, cburrow@diamondmccarthy.com |
| 22 | TYSON M. LOMAZOW    tlomazow@milbank.com |
| 23 | ANNE M. LORADITCH    lvecffilings@gtlaw.com, loraditcha@gtlaw.com; koisp@gtlaw.com;lvlitdock@gtlaw.com |
| 24 | TIMOTHY A LUKAS    ecflukast@hollandhart.com |
| 25 | ERIC D. MADDEN    emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com |
| 26 | PATRICIA A. MARR    lvlaw03@yahoo.com |
| 27 | JAMES C. MCCARROLL    jmccarroll@reedsmith.com, dturetsky@reedsmith.com; aleonard@reedsmith.com |

- 3 -

1. REGINA M. MCCONNELL     Regina@GinaLaw.com, Regina@Familylawcenters.com
2. WILLIAM L. MCGIMSEY     lawoffices601@lvcoxmail.com
3. RICHARD MCKNIGHT     mcknightlaw@cox.net, gkopang@lawlasvegas.com; cburke@lawlasvegas.com; mmcalonis@lawlasvegas.com
4. JEANETTE E. MCPHERSON     bkfilings@s-mlaw.com
5. BRECK E. MILDE     bmilde@terra-law.com
6. SHAWN W MILLER     bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;ltreadway@sheacarlyon.com;manthony@sheacarlyon.com;rmsmith@sheacarlyon.com;swinder@sheacarlyon.com;dclimer@sheacarlyon.com;cmuniz@sheacarlyon.com
7. DAVID MINCIN     mcknightlaw@cox.net, gkopang@lawlasvegas.com; dmincin@lawlasvegas.com, cburke@lawlasvegas.com; mmcalonis@lawlasvegas.com
8. JOHN F MURTHA     jmurtha@woodburnandwedge.com
9. ERVEN T. NELSON     , susan@bolickboyer.com
10. VICTORIA L NELSON     vnelson@nevadafirm.com, kecf@nevadafirm.com; paltstatt@nevadafirm.com;rmoss@nevadafirm.com
11. MICHAEL W. O'DONNELL     modonnell@fulbright.com, kdecker@fulbright.com
12. VINCENT O'GARA     vogara@mpbf.com
13. JOHN F. O'REILLY     jor@oreillylawgroup.com, tor@oreillylawgroup.com; bc@oreillylawgroup.com; mg@oreillylawgroup.com; lc@oreillylawgroup.com
14. TIMOTHY R. O'REILLY     tor@oreillylawgroup.com, jor@oreillylawgroup.com; mg@oreillylawgroup.com;lc@oreillylawgroup.com; fr@oreillylawgroup.com
15. DONNA M. OSBORN     dosborn@hafterlaw.com
16. ANDREW M. PARLEN     aparlen@omm.com
17. STEVE A. PEIRCE     speirce@fulbright.com
18. DONALD T. POLEDNAK     sandplegal@yahoo.com, spbankruptcy@yahoo.com
19. LISA A. RASMUSSEN     lisa@lrasmussenlaw.com, secretary@lrasmussenlaw.com
20. PAUL C RAY     info@johnpeterlee.com
21. WILLIAM T. REID     wreid@diamondmccarthy.com, sblue@diamondmccarthy.com
22. HENRY G. RENDLER     henry@rendlerlaw.com
23. THOMAS RICE     trice@coxsmith.com, jbrown@coxsmith.com; aseifert@coxsmith.com
24. GORDON C. RICHARDS     GCR@ClarkandRichards.com, ALM@ClarkandRichards.com
25. CHRISTINE A ROBERTS     roberts@shlaw.com, hill@shlaw.com; vidovich@shlaw.com; mcallister@shlaw.com; stephens@shlaw.com; friddle@shlaw.com; stein@shlaw.com
26. STACY M. ROCHELEAU     stacy@rocheleaulaw.com
27. SUSAN WILLIAMS SCANN     sscann@deanerlaw.com, palexander@deanerlaw.com
28.

HILL, FARRER & BURRILL LLP
A LIMITED LIABILITY PARTNERSHIP
ATTORNEYS AT LAW

- 4 -

| | |
|---|---|
| 1 | MICHAEL M. SCHMAHL    mschmahl@mcguirewoods.com |
| 2 | LENARD E. SCHWARTZER    bkfilings@s-mlaw.com |
|   | MICHAEL J. SCHWARTZER    mschwartzer@kkbrf.com, rhoban@kkbrf.com |
| 3 | BRIAN D. SHAPIRO    ecf@brianshapirolaw.com, brianshapiroesq@yahoo.com; bshapiro@brianshapirolaw.com; wendy@brianshapirolaw.com; marjan@brianshapirolaw.com |
| 4 | |
| 5 | JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;jshea@sheacarlyon.com;manthony@sheacarlyon.com;rmsmith@sheacarlyon.com;swinder@sheacarlyon.com;dclimer@sheacarlyon.com;cmuniz@sheacarlyon.com |
| 6 | |
| 7 | SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com; ltreadway@sheacarlyon.com; rmsmith@sheacarlyon.com; manthony@sheacarlyon.com; swinder@sheacarlyon.com; dclimer@sheacarlyon.com; cmuniz@sheacarlyon.com |
| 8 | |
| 9 | |
| 10 | AMBRISH S. SIDHU    ecfnotices@sidhulawfirm.com |
|    | JEFFREY SLOANE    lrost@kssattorneys.com |
| 11 | ALAN R SMITH    mail@asmithlaw.com, turk@asmithlaw.com; marsh@asmithlaw.com |
| 12 | ROSA SOLIS-RAINEY    rsr@morrislawgroup.com |
|    | ADAM M. STARR    starra@gtlaw.com |
| 13 | DAVID A. STEPHENS    dstephens@lvcm.com |
|    | ARIEL E. STERN    sterna@ballardspahr.com, jeromes@ballardspahr.com; sedillom@ballardspahr.com |
| 14 | |
| 15 | PETER SUSI    cheryl@msmlaw.com, msm@msmlaw.com |
|    | ERIC W. SWANIS    swanise@gtlaw.com, barberc@gtlaw.com; ayonl@gtlaw.com; chaoa@gtlaw.com;lvlitdock@gtlaw.com |
| 16 | |
| 17 | JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com |
|    | KAARAN E. THOMAS    kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com |
| 18 | KAARAN E THOMAS (lv)    mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com |
| 19 | |
| 20 | ROLLIN G. THORLEY    rollin.g.thorley@irscounsel.treas.gov |
|    | LISA TSAI    ltsai@diamondmccarthy.com, tstone@diamondmccarthy.com; jbruckerhoff@diamondmccarthy.com;cboneau@diamondmccarthy.com |
| 21 | U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov |
| 22 | ERIC VAN    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com |
| 23 | MICHAEL C. VAN    michael@mvanlaw.com, lynn@shumwayvan.com |
|    | GREGORY J. WALCH    GWalch@Nevadafirm.com |
| 24 | RUSSELL S. WALKER    rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com |
| 25 | WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com |
| 26 | |
| 27 | KIRBY R WELLS    SMartinez@wellsrawlings.com |
|    | GREGORY L. WILDE    bk@wildelaw.com |
| 28 | |

- 5 -

RYAN J. WORKS    , kbarrett@mcdonaldcarano.com; dsampson@mcdonaldcarano.com, rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com; dsampson@mcdonaldcarano.com
MICHAEL YODER    myoder@diamondmccarthy.com
MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

*Please see attached service list.*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 1, 2009, at Los Angeles, California.

_____
Hae Jung Park

- 6 -

## SERVICE LIST

| | |
|---|---|
| Lenard E. Schwartzer, Esq.<br>Schwartzer & McPherson Law Firm<br>2850 South Jones Boulevard, Suite 1<br>Las Vegas, NV 89146<br>Tel.: (702) 228-7590<br>Fax: (702) 892-0122 | *Attorneys for Debtor* |
| John C. Hinderaker, Esq.<br>Lewis & Roca, LLP<br>One S. Church Avenue<br>Suite 700<br>Tucson, Arizona 85701<br>Tel.: (520) 629-4430<br>Fax: (520) 879-4710 | *Attorneys for Trustee* |