EDGAR C. SMITH, Esq.
Nevada Bar No. 5506
Law Offices of Edgar C. Smith
7371 Prairie Falcon Road, #120
Las Vegas, Nevada 89128
Telephone: (702) 388-0040
E-mail: ecs@nvrelaw.com

Attorney for Movant 3800 Prince Street, LLC

E-FILED APRIL 1, 2009

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                    Debtor | Case No.: BK-S-06-10725 LBR<br>Case No.: BK-S-06-10726 LBR<br>Case No.: BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>                    Debtor | Chapter: 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT 3800 PRINCE STREET, LLC TO ADJUDICATE CLAIMS IN STATE COURT BY 3800 PRINCE STREET, LLC** |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>                    Debtor | Hearing Date: April 29, 2009<br>Hearing Time: 1:30 p.m.<br>Courtroom: 1 |
| In re;<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>                    Debtor | |
| Affects:<br><br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | |

1

COME NOW, Movant 3800 Prince Street, LLC, a New Mexico Limited Liability Company, by and through its counsel, Edgar C. Smith, Esq., and move the court for an order permitting relief from the automatic stay under 11 USC §362(d)(1) to allow Movant to pursue third party claims against USA Commercial Mortgage Company in pending civil litigation in the Second Judicial District Court in Bernalillo County, New Mexico.

This motion is based upon the accompanying notice, the memorandum of points and authorities attached hereto, the 362 information sheet attached as Exhibit A, such matters as may be judicially noticed, and on further evidence as presented at the time of the hearing on this matter.

Dated: March 30, 2009

LAW OFFICE OF EDGAR C. SMITH

By: */s/ Edgar C. Smith*
    Edgar C. Smith, Esq.
    Nevada Bar No. 5506
    7371 Prairie Falcon Road
    Suite 120
    Las Vegas, Nevada 89128
    Attorney for Movant 3800 Prince Street, LLC

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.   INTRODUCTION

Movant 3800 Prince Street, LLC, a New Mexico Limited Liability Company, moves the court for an order granting relief from stay to permit Movant to assert quiet title claims against various parties, including USA Commercial Mortgage Company, in a pending case filed in the Second Judicial District Court, Bernalillo County, New Mexico, case # CV 2007 07979 ("Civil Action.").

Movant is the owner of a portion of the property at issue in the Civil Action.[1]

---

[1] The property is improved commercial property legally described as:
Tract C-1-A-1-B, SCHWARTZMAN INDUSTRIAL CENTER, within Sections 5 and 8, Township 9 North, Range 3 East, N.M.P.M., Bernalillo County, New Mexico, as the same are shown and designated on the replat filed on the office of the County clerk of Bernalillo County, New Mexico, on July 1, 2004 in Book 2004C, page 200.

2

A copy of the Movant's deed is attached as Exhibit B.

Title to the parcel was encumbered with one or more deeds of trust when Movant acquired the parcel. Those security interests are the subject of the Civil Action.

A loan servicer, initially Compass Financial and now Platinum Properties, filed a foreclosure action on a deed of trust encumbering the parcel. Movant had previously purchased a portion of the parcel from SVRB Investments, LLC in March 2006 and had paid the necessary amount for a partial release of the trust deed to USA Commercial Mortgage.

Movant has been named as a defendant in the Civil Action and has filed a counterclaim seeking declaratory relief and a decree quieting title as to its parcel. USA Commercial Mortgage has been joined because, in addition to being the original loan servicer, USA Commercial Mortgage appeared on an exhibit to the trust deed as having an interest in the loan. When the lender and borrower SVRB Investments, LLC filed an amendment to the deed of trust, USA Commercial Mortgage's interest no longer appeared. Its interest was apparently replaced by USA Commercial Real Estate Group ("USA CRE") who later assigned its interest to Platinum Properties. There was no formal assignment of the interest of USA Commercial Mortgage in the deed of trust, so they are a necessary party to the Movant's claim for declaratory relief and a decree of quiet title.

## II.  FACT BACKGROUND

Movant was not a party to the underlying loan transaction, but is informed and believes that SVRB Investments, LLC entered into a loan agreement in April 2005. The loan transaction was apparently handled by USA Commercial Mortgage Company, a Nevada corporation ("USA Commercial Mortgage.") Various private investors pooled their money to make the loan to SVRB Investments, LLC, including USA Commercial Mortgage. Repayment of the loan was secured by two trust deeds which were recorded in the Real Estate Records of Bernalillo County, New Mexico.[2]

---

[2]  A copy of the relevant recorded trust deed is attached as Exhibit C.

The trust deed was amended and the amendment recorded August 26, 2005. USA Commercial Mortgage is no longer identified as a beneficiary under the second trust deed. Instead, "USA Commercial Real Estate Group" ("USA CRE") is identified as such, for having contributed $225,000.00 to the pool of funds lent to the borrower.[3] Another amendment was recorded on January 19, 2006. USA CRE, not USA Commercial Mortgage, appears as one of the beneficiaries.[4]

USA CRE later assigned its interest as Beneficiary which was duly recorded in the Real Estate Records of Bernalillo County, New Mexico. There is no record that USA Commercial Mortgage ever assigned its interest in the deed of trust.

Movant purchased a portion of the encumbered parcel in March 2006 from SVRB Investments, LLC. Movant is informed and believes that escrow tendered to USA Commercial Mortgage the amount necessary to obtain a partial reconveyance of the deed of trust. However, no partial reconveyance was recorded.

The borrower, SVRB Investments, LLC commenced suit against Compass Financial Partners, LLC ("Compass") in Bernalillo County, New Mexico, alleging slander of title concerning encumbrances against the title. Compass, in turn, filed a counterclaim for <u>foreclosure</u> of the two trust deeds and to enforce a personal guaranty, and a third party complaint against Movant for declaratory relief. Platinum Properties 2, LLC was substituted into the case as the counterclaimant and the third party plaintiff. Platinum seeks a declaration that Movant's title and its lender's trust deed are subordinate to Compass' trust deeds, and that foreclosure will eliminate the interest of Movant and its lender in the title to the property. Movant disputes Platinum's claims, and further contends that the trust deed no longer encumbers title. Movant seeks to assert a decree of quiet title barring USA Commercial Mortgage, Compass, and Platinum from foreclosing or asserting any lien adverse to that of the Movant, and declaratory relief to the same effect.

///

---

[3] A copy of the "First Amendment to Deed of Trust" is submitted as Exhibit D. The referenced recital is on page 2.

[4] A copy of the Second Amendment to Deed of Trust is submitted as Exhibit E.

### III. RELEVANT PROCEDURAL HISTORY IN THIS PROCEEDING

Movant is informed and believes that Compass succeeded to the rights of USA Commercial Mortgage as loan servicer for various loans, including the loan made to SVRB Investments, LLC. On April 4, 2008, the Hon. Robert C. Jones issued an order that authorized Compass USA SPE LLC and Compass Financial Partners, LLC to assign their servicing rights to Platinum Properties 2, LLC ("Platinum Properties") in "*3685 San Fernando Lenders, LLC, et al., Plaintiffs v. Compass USA SPE LLC, et al., Defendants,*" U.S.D.C. Case No. 2:07-CV-00892-RCJ-GWF-BASE.

Cause exists to grant relief under 11 USC §362(d)(1) and (d)(2) for the reasons set forth below.

### II. ARGUMENT

**A. MOVANT, AS A PARTY IN INTEREST, SHOULD BE GRANTED RELIEF FROM THE AUTOMATIC STAY TO LITIGATE TITLE ISSUES IN ANOTHER FORUM.**

11 USC §362(d) permits relief from the automatic stay to be granted in appropriate instances to a "party in interest." Relief has been granted where the court finds that an action pending in another tribunal is not connected and will not interfere with the pending bankruptcy case, and where granting relief will not violate the purpose and policy of the automatic stay. *See In re Holtkamp,* 669 F.2d 505, 508-09 (7th. Cir. 1982).

In *In re Holtkamp*, *supra*, the Seventh Circuit affirmed a district court's order granting relief from stay to permit a pending suit to go forward to determine the debtor's alleged liability, reasoning:

> While we agree that Congress intended that the automatic stay have broad application, the legislative history to § 362 clearly indicates that Congress recognized that the stay should be lifted in appropriate circumstances. It states: It will often be more appropriate to permit proceedings to continue in their place of origin, when no great prejudice to the bankruptcy estate would result, in order to leave the parties to their chosen forum and to relieve the bankruptcy court from many duties that may be handled elsewhere. *In re*

*Honosky*, 6 Bankr. 667, 669 (S.D.W.Va. 1980) citing S. Rep. No. 989, 95th Cong., 2d Sess. 50, reprinted in [1978] *U.S. Code Cong. & Ad. News* 5836.

*In re Holtkamp*, 669 F.2d 505, 508 (7th Cir. Ind. 1982)

The Civil Action was originated by the borrower in New Mexico against Compass. Compass, in turn, has sued Movant to have the court adjudicate Movant's rights to the property if the foreclosure proceeds. Movant seeks to join USA Commercial Mortgage as a defendant. If USA Commercial Mortgage has retained any property rights under the trust deeds at issue, those rights must be determined according to New Mexico law. *See, In re Contractor's Equipment Supply Company,* 861 F.2d 241, 244 (9th Cir. 1998). Movant seeks to join USA Commercial Mortgage solely to insure that the state court's adjudication of rights under the trust deeds and the subject property will be binding upon the Debtor. Adjudication of those rights neither enhances nor diminishes the Debtor's estate. The interests of judicial economy militate in favor of permitting the suit to go forward.

Moreover, Movant does not seek damages or a monetary award, so Movant will not gain a superior position to any other creditor of the Estate, and the adjudication of the title claims under New Mexico law will not interfere with this bankruptcy proceeding.

Finally, Movant requests the court grant relief *nunc pro tunc* as to the date of the filing of the cross-complaint. The Court is empowered to do so under a "case-by-case" approach. *See, In re National Environmental Waste Corp.,* 129 F.3d 1052, 1055 (9th Cir. 1997). Using the "balancing of the equities" approach the Ninth Circuit adopted in the cited case, the court can conclude that retroactive relief is necessary and appropriate because the time in which to file and serve a cross-complaint against third parties is constrained by the laws of procedure of the forum state, making it necessary for Movant to file, but not serve, the cross-complaint before this motion is heard.

### IV.    CONCLUSION

For the reasons set forth, Movant 3800 Prince Street, LLC respectfully request the court grant this motion and terminate the automatic stay so as to permit Movant to join USA Commercial Mortgage Company as a defendant in the action now pending in Bernalillo County

1 District Court, New Mexico to adjudicate the claims to title to the subject property.  Movant
2 further requests this relief be granted *nunc pro tunc* to the date of filing of the amended
3 counterclaim and third party complaint, October 8, 2008.

4 Dated: March 30, 2009                                        LAW OFFICE OF EDGAR C. SMITH

6                                                 By: */s/ Edgar C. Smith*_____
7                                                      Edgar C. Smith, Esq.
                                                       Nevada Bar No. 5506
8                                                      7371 Prairie Falcon Road
                                                       Suite 120
9                                                      Las Vegas, Nevada 89128
                                                       Attorney for Movant 3800 Prince Street,
10                                                     LLC, A New Mexico Limited Liability
                                                       Company