**EXHIBIT A**

# § 362 INFORMATION SHEET

| DEBTOR:<br>USA COMMERCIAL MORTGAGE COMPANY | BANKRUPTCY NO.:<br>06-10725 | MOTION NO.: |
|---|---|---|
| MOVANT:<br>3800 PRINCE STREET, LLC | | CHAPTER NO.: |

PROPERTY INVOLVED IN THIS MOTION:
Tract C-1-A-1-B, SCHWARTZMAN INDUSTRIAL CENTER, within Sections 5 and 8, Township 9 North, Range 3 East, N.M.P.M., Bernalillo County, New Mexico, as the same are shown and designated on the replat filed on the office of the County clerk of Bernalillo County, New Mexico, on July 1, 2004 in Book 2004C, page 200

NOTICE SERVED ON:         X Debtor(s)         X Debtor(s)' counsel         X U.S. Trustee

DATE OF SERVICE:
April 2, 2009

| MOVING PARTY'S CONTENTIONS: | DEBTOR'S CONTENTIONS: |
|---|---|
| The EXTENT and PRIORITY OF LIENS:<br>1st: n/a – motion seeks relief to proceed with pending<br><br>2nd: civil action in Bernalillo County, NM for quiet title<br><br>3rd:<br><br>Other<br><br>Total Encumbrances:<br><br>APPRAISAL or OPINION as to VALUE: | The EXTENT and PRIORITY OF LIENS:<br><br>1st:<br><br>2nd:<br><br>3rd:<br><br>Other<br><br>Total Encumbrances:<br><br>APPRAISAL or OPINION as to VALUE: |
| **TERMS OF MOVANT'S CONTRACT WITH THE DEBTOR**<br>Amount of Note: n/a<br><br>Interest Rate: n/a<br><br>Duration: n/a<br><br>Payment per Month: n/a<br><br>Date of Default: n/a<br><br>Amount in Arrears: n/a<br><br>Date of Notice of Default: n/a | **DEBTOR'S OFFER OF "ADEQUATE PROTECTION" FOR MOVANT** |
| SPECIAL CIRCUMSTANCES: | SPECIAL CIRCUMSTANCES: |
| SUBMITTED BY:<br>Edgar C Smith, Esq. for Movant<br>*/s/ Edgar C. Smith*<br><br>Signature | SUBMITTED BY:<br><br><br><br>Signature |

"EXHIBIT A"