**EXHIBIT B**

Recording Requested By:

When Recorded Mail To:
3800 Prince Street LLC
18159 N. Peppermill Ln.
Surprise, AZ 85374

Escrow No. AZ-05-20002915



2006039117
8428678
Page: 1 of 2
03/20/2006 04:26P
Mary Herrera   Bern. Co. SPWD   R 11.00   Bk-A113 Pg-8986

RETURN TO: FIRST AMERICAN TITLE
LISA ORTEGA GF: 747006

## SPECIAL WARRANTY DEED

For the consideration of TEN AND NO/100 DOLLARS, and other valuable considerations, I or we

SVRB Investments, LLC, a New Mexico limited liability company

do hereby convey to

3800 Prince Street LLC, a New Mexico limited liability company

the following described real property situate in Bernalillo County, New Mexico:

SEE LEGAL DESCRIPTION EXHIBIT "A" ATTACHED HERETO.

Subject to current taxes and other assessments, reservations in patents and all easements, rights-of-way, encumbrances, liens, covenants, conditions, restrictions, obligations and liabilities as may appear of record.

The Grantor binds itself to warrant the title against all acts of the Grantor and no other.

Dated: March 7, 2006

SVRB Investments, LLC, a New Mexico limited liability company

BY: _____

Its: Manager

STATE OF New Mexico
County of Bernalillo

On March 7, 2006, before me, the undersigned a Notary Public in and for said County and State, personally appeared Robert A. Russell, Manager of SVRB Investments, LLC personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
WITNESS my hand and official seal.

Signature _____

My Commission expires: 8/12/2009

OFFICIAL SEAL
LISA ORTEGA
NOTARY PUBLIC-STATE OF NEW MEXICO
My Commission Expires: 8/12/2009

NOTE: The parties are cautioned that completing and executing this document create legal rights, duties and obligations. By signing, the parties acknowledge that they have been advised to seek and obtain independent legal counsel as to all matters contained in the within document prior to signing same and that said parties have obtained advice to choose to proceed without same.



B

AZ-05-20002915

EXHIBIT "A"

Tract C-1-A-1-B, Schwartzman Industrial Center, within Section 5 and 8, Township 9 North, Range 3 East, N.M.P.M., Bernalillo County, New Mexico, as the same are shown and designated on the replat filed in the office of the County Clerk of Bernalillo County, New Mexico, on July 1, 2004 in Book 2004C, page 200



2006039117
6426878
Page: 2 of 2
03/29/2006 04:26P
Bk-A113 Pg-8986

Mary Herrera    Bern. Co.    SPHD    R $11.00