**EXHIBIT D**

Case 06-10725-gwz    Doc 6998-4    Entered 04/01/09 15:27:43    Page 1 of 4

# FIRST AMENDMENT TO DEED OF TRUST

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Trustor hereby agrees to the execution, delivery, and recording of this Amendment to that certain Deed of Trust, Assignments of Rents, Security Agreement and Fixture Filing (the "Deed of Trust") dated April 27, 2005, executed by SVRB Investments, LLC, a New Mexico limited liability company to First American Title Company as Trustee, in favor of those persons listed on Exhibit "A" as Beneficiaries. The Deed of Trust was recorded on April 29, 2005 as Document No. 200559762 in the Official Records of Bernalillo County, State of New Mexico.

Said Deed of Trust is hereby amended to increase the amount secured thereby from $1,900,000 to $2,150,000 to add a new Exhibit "A" (in the form attached hereto) thereto to reflect the present Beneficiaries.

Said Deed of Trust affects the real property described on Exhibit "B" hereto.

Dated this 8th day of July, 2005.

TRUSTOR: SVRB Investments, LLC

By: _____
Robert A. Russell, Manager

BENEFICIARY: USA Commercial Mortgage Company, Attorney-in-Fact

By: _____
Thomas Rondeau, Executive Vice President

STATE OF NEVADA    )
                   ) ss
COUNTY OF CLARK    )

This document was executed and acknowledged before me on this 8th day of July, 2005 by Thomas Rondeau, Executive Vice President of USA Commercial Mortgage Company.

_____
Notary Public
(My commission expires: 4/27/09)


MARGARET M. STONE
NOTARY PUBLIC
STATE OF NEVADA
Date Appointment Exp: 04-27-2009
Certificate No: 05-96400-1


EXHIBIT
D


2005125237
6321206
Page 1 of 4
08/26/2005 03:03P
Mary Herrera    Bern. Co.   DEED   R 15.00   Bk-A102 Pg-4868

RETURN TO: FIRST AMERICAN TITLE
LISA ORTEGA GF:

# EXHIBIT "A"

## LENDERS

| | NAMES | AMOUNT |
|---|---|---|
| 1. | Scott K Canepa Defined Benefit Pension Plan | $40,000 |
| 2. | James B. Corison Trustee of the James B. Corison Trust dated 12/3/98 | $100,000 |
| 3. | Jack M. Dunphy, a married man dealing with his sole & separate property | $25,000 |
| 4. | E. June Smith Trustee of the Todd & E. June Smith Family Trust | $100,000 |
| 5. | June Gibson, a married woman dealing with her sole and separate property | $75,000 |
| 6. | L. Dean Gibson Trustee of the L. Dean Gibson Revocable Trust of 2003 | $100,000 |
| 7. | Carter L. Grenz, a divorced man | $30,000 |
| 8. | Barbara McClaflin Trustee of the Revocable Living Trust Agreement of Barbara Fay McClaflin | $25,000 |
| 9. | Sandra T. Ohms and Paul Ohms, wife and husband, as joint tenants with the rights of survivorship | $30,000 |
| 10. | Lynda L. Pinnell Trustee of the Lynda L. Pinnell Living Trust dated 7/24/00 | $25,000 |
| 11. | Rodney L. Roloff & Sharyn A. Roloff Trustees of the R. & S Roloff Trust dated 9/20/03 | $50,000 |
| 12. | Janis N. Romo, the custodian of Mario West Romo, a minor under UTMA | $25,000 |
| 13. | Peter Valve Company, Inc., a Nevada corporation | $25,000 |
| 14. | Phillip M. Rulon & Shirley S. Rulon, husband and wife, as joint tenants with right of survivorship | $25,000 |
| 15. | Sydney J. Siemens Trustee of the Sydney J. Siemens 1997 Revocable Trust dated 5/23/97 | $50,000 |
| 16. | Alan R. Simmons & Judith B. Simmons, husband & wife, as joint tenants with right of survivorship | $25,000 |
| 17. | Rocklin/Redding LLC | $1,000,000 |
| 18. | John M. Tripp Trustee of the Tripp Family Trust 1997 | $25,000 |
| 19. | USA Commercial Real Estate Group | $225,000 |
| 20. | Linda M. Walker, a single woman | $25,000 |
| 21. | Gregory D. Yonai Trustee of the Gregory D. Yonai Family Trust | $25,000 |
| 22. | Ernie C. Young Trustee of The Ernie C. Young Living Trust dated 9/23/96 | $100,000 |
| | TOTAL | $2,150,000 |



2005125237
6321266
Page: 3 of 4
08/26/2005 03:03P
Mary Herrera    Bern. Co. DEED    R 15.00  Bk-A102 Pg-4868

EXHIBIT "B"

PROPERTY DESCRIPTION

THIS DEED OF TRUST IMPOSES A SECOND PRIORITY LIEN ON THE PROPERTY DESCRIBED BELOW.

Tract C-1-A-1-A and C-1-A-1-B, Schwartzman Industrial Center, within Sections 5 and 8, Township 9 North, Range 3 East, N.M.P.M., Bernalillo County, New Mexico, as the same is shown and designated on the replat filed in the office of the County Clerk of Bernalillo County, New Mexico, on July 1, 2004 in Book 2004C, page 200.

Mary Herrera    Bern. Co.    DEED    R 15.00

2005125237
6321296
Page: 4 of 4
08/26/2005 03:03P
Bk-A102 Pg-4868

4