**EXHIBIT E**

RECORDING REQUESTED BY:
First American Title Insurance Company

WHEN RECORDED, RETURN TO:

USA Commercial Mortgage Company
4484 South Pecos Road
Las Vegas, Nevada 89121
(702) 734-2400

RETURN TO: FIRST AMERICAN TITLE
LISA ORTEGA GF: 30450-2

## SECOND AMENDMENT TO DEED OF TRUST

Mary Herrera    Bern. Co.    DEED    R 17.00

2006008547
6396895
Page: 1 of 5
01/19/2006 03:01P
Bk-A118 Pg-8582


EXHIBIT
E

## SECOND AMENDMENT TO DEED OF TRUST

For good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Trustor hereby agrees to the execution, delivery, and recording of this Amendment to that certain Deed of Trust, Assignments of Rents, Security Agreement and Fixture Filing (the "Deed of Trust") dated April 27, 2005, executed by SVRB Investments, LLC, a New Mexico limited liability company to First American Title Company as Trustee, in favor of those persons listed on Exhibit "A" as Beneficiaries. The Deed of Trust was recorded on April 29, 2005 as Document No. 200559762 in the Official Records of Bernalillo County, State of New Mexico; and a First Amendment to Deed of Trust was recorded on August 26, 2005 as Document No. 2005125237 in the Official Records of Bernalillo County, State of New Mexico.

Said Deed of Trust is hereby amended to increase the amount secured thereby from $2,150,000 to $2,325,000 to add a new Exhibit "A" (in the form attached hereto) thereto to reflect the present Beneficiaries.

Said Deed of Trust affects the real property described on Exhibit "B" hereto.

Dated this 10t day of October, 2005.

TRUSTOR: SVRB Investments, LLC

By: _____
Robert A. Russell, Manager

BENEFICIARY: USA Commercial Mortgage Company, Attorney-in-Fact

By: _____
Joseph D. Milanowski, President

1

STATE OF NEVADA          )
                         ) ss
COUNTY OF CLARK          )

This document was executed and acknowledged before me on this 2nd day of November 2005 by Joseph D. Milanowski, President of USA Commercial Mortgage Company.

MARGARET M. STONE
NOTARY PUBLIC
STATE OF NEVADA
Date Appointment Exp: 04-27-2009
Certificate No: 05-98400-1

Notary Public
(My commission expires: 4/27/09)

STATE OF Arizona         )
                         ) ss.
COUNTY OF Maricopa       )

On 10/1, 2005, before me, Lynda Stewart, a Notary Public in and for said State, personally appeared Robert A. Russell, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument, the person or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

Lynda Stewart
Signature

LYNDA STEWART
Notary Public - Arizona
Maricopa County
My Commission Expires
May 4, 2009

2006008547
6356895
Page: 3 of 5
01/19/2006 03:01P
Mary Herrera    Bern. Co.    DEED    R 17.00    Bk-A118 Pg-8582

2

## EXHIBIT "A"

## LENDERS

| | NAME | AMOUNT |
|---|---|---|
| 1 | Scott K Canepa Defined Benefit Pension Plan | $40,000 |
| 2 | James B. Corison Trustee of the James B. Corison Trust dated 12/3/98 | $100,000 |
| 3 | Jack M. Dunphy a married man dealing with his sole & separate property | $25,000 |
| 4 | L. Dean Gibson Trustee of the L. Dean Gibson Revocable Trust of 2003 | $100,000 |
| 5 | E. June Smith Trustee of the Todd & E. June Smith Family Trust | $100,000 |
| 6 | June Gibson a married woman dealing with her sole and separate property | $75,000 |
| 7 | Gonska Foundation LLC a Nevada limited liability company | $25,000 |
| 8 | Carter L. Grenz a divorced man | $30,000 |
| 9 | David Kravitz & Mable R. Kravitz Trustees of the Kravitz Family Revocable Trust under agreement dated 12/9/99 | $100,000 |
| 10 | Barbara McClaflin Trustee of the Revocable Living Trust Agreement of Barbara Fay McClaflin | $25,000 |
| 11 | Cynthia Milanowski Trustee of the Cynthia Milanowski Trust | $50,000 |
| 12 | Sandra T. Ohms and Paul Ohms wife and husband as joint tenants with the rights of survivorship | $30,000 |
| 13 | Lynda L. Pinnell Trustee of the Lynda L. Pinnell Living Trust dated 7/24/00 | $25,000 |
| 14 | Rodney L. Roloff & Sharyn A. Roloff Trustees of the R & S Roloff Trust dated 9/20/03 | $50,000 |
| 15 | Janis N. Romo the custodian of Mario West Romo a minor under UTMA | $25,000 |
| 16 | Phillip M. Rulon & Shirley S. Rulon husband and wife as joint tenants with right of survivorship | $25,000 |
| 17 | Peter Valve Company Inc. a Nevada corporation | $25,000 |
| 18 | Sydney J. Siemens Trustee of the Sydney J. Siemens 1997 Revocable Trust dated 5/23/97 | $50,000 |
| 19 | Alan R. Simmons & Judith B. Simmons husband & wife as joint tenants with right of survivorship | $25,000 |
| 20 | Rocklin/Redding LLC | $1,000,000 |
| 21 | John M. Tripp Trustee of the Tripp Family Trust 1997 | $25,000 |
| 22 | USA Commercial Real Estate Group | $225,000 |
| 23 | Linda M. Walker a single woman | $25,000 |
| 24 | Gregory D. Yonai Trustee of the Gregory D. Yonai Family Trust | $25,000 |
| 25 | Ernie C. Young Trustee of The Ernie C. Young Living Trust dated 9/23/96 | $100,000 |
| | TOTAL | $2,325,000 |



2006008547
6396895
Page: 4 of 5
01/19/2006 03:01P
Maru Herrera   Bern. Co.   DEED   R 17.00   Bk-A118 Pg-8502

3

EXHIBIT "B"

PROPERTY DESCRIPTION

THIS DEED OF TRUST IMPOSES A SECOND PRIORITY LIEN ON THE PROPERTY DESCRIBED BELOW.

Tract C-1-A-1-A and C-1-A-1-B, Schwartzman Industrial Center, within Sections 5 and 8, Township 9 North, Range 3 East, N.M.P.M., Bernalillo County, New Mexico, as the same is shown and designated on the replat filed in the office of the County Clerk of Bernalillo County, New Mexico, on July 1, 2004 in Book 2004C, page 200.

Mary Herrera    Bern. Co.    DEED    R 17.00

2006008547
6396995
Page: 5 of 5
01/19/2006 03:01P
Bk-A110 Pg-8502

4