E-Filed on 04/02/09

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                    Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**WITHDRAWAL OF PROOF OF CLAIM NO. 10725-01383 BY LIBERTY BANK** |

      Liberty Bank acknowledges that the claim of Liberty Bank has been paid in full and therefore respectfully withdraws Proof of Claim No. 10725-01383, filed in Case No. 06-10725 in the amount of $4,662,620.45.

Dated: April 2, 2009                       **HOWARD & HOWARD**

                                               By: /s/ Wade B. Gochnour
                                                    Wade B. Gochnour, Esquire
                                                    Nevada Bar No. 6314

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2031279.1

5161178v.1

Wells Fargo Tower, Suite 1400
3800 Howard Hughes Parkway
Las Vegas, NV 89169
Telephone: (702) 667-4817

-and-

**WHITE AND WILLIAMS LLP**
Steven E. Ostrow, Esquire
PA Bar ID # 50568
1800 One Liberty Place
Philadelphia, PA 19103-7395
Telephone: (215) 864-7000

Attorneys for Liberty Bank

5161178v.1

2031279.1