06-10725

RECEIVED
AND FILE

3-30-09

2009 APR -1  PM 1:42

US Bankruptcy Court
300 South Las Vegas Blvd
Las Vegas, NV 8910

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

To whom it may concern,

Please change the address for the following USA Commercial Mortgage Bankruptcies:

**Foxhills 216 LLC**
Earl Hauserman IRA
Old address was
201 International Drive
#752
Cape Canaveral, Fl 32920
New Address is
350 Fairfield Lane
Louisville, CO 80027

**Eagle Meadows**
Earl Hauserman & Bette Hauserman
Old address was
201 International Drive
#752
Cape Canaveral, Fl 32920
New Address is
350 Fairfield Lane
Louisville, CO 80027

**Gramercy Courts Condos**
Earl Hauserman & Bette Hauserman
Old address was
201 International Drive
#752
Cape Canaveral, Fl 32920
New Address is
350 Fairfield Lane
Louisville, CO 80027

Thank you
Earl Hauserman / Bette Hauserman
350 Fairfield Lane
Louisville, CO 80027