| | |
|---|---|
| EDGAR C. SMITH, ESQ. <br> Nevada Bar No. 5506 <br> Law Offices of Edgar C. Smith <br> 7371 Prairie Falcon Road, #120 <br> Las Vegas, Nevada 89128 <br> Telephone: (702) 388-0040 <br> E-mail: ecs@nvrelaw.com | E-FILED APRIL 3, 2009 |

Attorney for Movant 3800 Prince Street, LLC

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| In re: <br><br> USA COMMERCIAL MORTGAGE COMPANY, <br><br> Debtor | Case No.: BK-S-06-10725 LBR <br> Case No.: BK-S-06-10726 LBR <br> Case No.: BK-S-06-10727 LBR <br> Case No. BK-S-06-10728 LBR <br> Case No. BK-S-06-10729 LBR |
| In re: <br><br> USA CAPITAL REALTY ADVISORS, LLC, <br><br> Debtor | Chapter: 11 <br> Jointly Administered Under <br> Case No. BK-S-06-10725 LBR <br><br> **CERTIFICATE OF MAILING ON NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT 3800 PRINCE STREET, LLC TO ADJUDICATE CLAIMS IN STATE COURT BY 3800 PRINCE STREET, LLC** |
| In re: <br><br> USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, <br><br> Debtor | Hearing Date: April 29, 2009 <br> Hearing Time: 1:30 p.m. <br> Courtroom: 1 |
| In re; <br><br> USA CAPITAL FIRST TRUST DEED FUND, LLC, <br><br> Debtor | |
| Affects: <br><br> ☐ All Debtors <br> ☒ USA Commercial Mortgage Company <br> ☐ USA Securities, LLC <br> ☐ USA Capital Realty Advisors, LLC <br> ☐ USA Capital Diversified Trust Deed Fund, LLC <br> ☐ USA Capital First Trust Deed Fund, LLC | |

# CERTIFICATE OF MAILING

I hereby certify that on the 3rd day of April, 2009, and pursuant to F.R. Civ. P Rule 5(b)(2), the undersigned did deposit into the United States Mail at Las Vegas, Nevada, first class postage prepaid, a true and correct copy of the NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT 3800 PRINCE STREET, LLC TO ADJUDICATE CLAIMS IN STATE COURT BY 3800 PRINCE STREET, LLC and addressed as follows:

| | |
|---|---|
| USA Commercial Mortgage Company<br>Fka USA Capital<br>4484 South Pecos Road<br>Las Vegas, NV 89121 | Debtor |
| Annette W. Jarvis, Esq.<br>P.O. Box 45385<br>Salt Lake City, UT 84145 | Attorney for USA Commercial Mortgage Company |
| Douglas M. Monson, Esq.<br>Steven C. Strong, Esq.<br>RAY QUINNEY & NEBEKER P.C.<br>36 South State Street, Suite 1400<br>P.O. Box 45385<br>Salt Lake City, UT 84145-0385 | Attorney for USA Commercial Mortgage Company |
| U.S. Trustee's Office-LV-7<br>300 Las Vegas Blvd. South<br>Suite 4300<br>Las Vegas, NV 89101 | U.S. Trustee |
| Christine M. Pajak, Esq.<br>STUTMAN, TREISTER & GLATT, P.C.<br>1901 Avenue of the Stars, 12th Floor<br>Los Angeles, CA 90067 | Attorneys for Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC |

///

///

| | | |
|---|---|---|
| 1 | Cynthia J. Larsen, Esq.<br>ORRICK, HERRINGTON &<br>SUTCLIFFE, LLP<br>400 Capitol Mall, Ste. 3000<br>Sacramento, CA 95814 | Attorney for Official Committee of Equity Security Holders of USA Capital Diversified Trust Deed Fund, LLC |
| 5 | LEWIS AND ROCA, LLP<br>3993 Howard Hughes Pkwy, #600<br>Las Vegas, NV 89169 | Attorneys for Official Committee of Unsecured Creditors for USA Commercial Mortgage Company |
| 8 | Arley D. Finley, III, Esq.<br>DIAMOND MCCARTHY, LLP<br>6504 Bridgepoint Pkwy, Suite 400<br>Austin, TX 78730 | Attorney for Official Committee of Unsecured Creditors for USA Commercial Mortgage Company |
| 12 | Charles R. Peifer, Esq.<br>Lauren Keefe, Esq.<br>PEIFER, HANSON & MULLINS<br>P.O. Box 25245<br>Albuquerque, NM 87125-5245 | Attorney for SVRB Investments LLC |
| 16 | Compass USA SPE, LLC<br>c/o Corporation Service Company<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808 | Interested Party |
| 19 | Compass Financial Parties, LLC<br>c/o Inc. Plan (USA)<br>Trolley Square, Suite 20C<br>Wilmington, DE 19806 | Interested Party |
| 23 | Platinum Properties 2, LLC<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | Interested Party |

I declare under penalty of perjury that the foregoing is true and correct.

____/s/_Teri Slegle_____