|   |   |
|---|---|
| EDGAR C. SMITH, ESQ. <br> Nevada Bar No. 5506 <br> Law Offices of Edgar C. Smith <br> 7371 Prairie Falcon Road, #120 <br> Las Vegas, Nevada 89128 <br> Telephone: (702) 388-0040 <br> E-mail: ecs@nvrelaw.com | **E-FILED APRIL 6, 2009** |

Attorney for Movant 3800 Prince Street, LLC

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| In re: <br><br> USA COMMERCIAL MORTGAGE COMPANY, <br><br> Debtor | Case No.: BK-S-06-10725 LBR <br> Case No.: BK-S-06-10726 LBR <br> Case No.: BK-S-06-10727 LBR <br> Case No. BK-S-06-10728 LBR <br> Case No. BK-S-06-10729 LBR |
| In re: <br><br> USA CAPITAL REALTY ADVISORS, LLC, <br><br> Debtor | Chapter: 11 <br> Jointly Administered Under <br> Case No. BK-S-06-10725 LBR <br><br> **SUPPLEMENTAL CERTIFICATE OF MAILING ON NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT 3800 PRINCE STREET, LLC TO ADJUDICATE CLAIMS IN STATE COURT BY 3800 PRINCE STREET, LLC** |
| In re: <br><br> USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, <br><br> Debtor | Hearing Date: April 29, 2009 <br> Hearing Time: 1:30 p.m. <br> Courtroom: 1 |
| In re; <br><br> USA CAPITAL FIRST TRUST DEED FUND, LLC, <br><br> Debtor | |
| Affects: <br><br> ☐ All Debtors <br> ☒ USA Commercial Mortgage Company <br> ☐ USA Securities, LLC <br> ☐ USA Capital Realty Advisors, LLC <br> ☐ USA Capital Diversified Trust Deed Fund, LLC <br> ☐ USA Capital First Trust Deed Fund, LLC | |

-1-

**SUPPLEMENTAL CERTIFICATE OF MAILING**

I hereby certify that on the 6th day of April, 2009, and pursuant to F.R. Civ. P Rule 5(b)(2), the undersigned did deposit into the United States Mail at Las Vegas, Nevada, first class postage prepaid, a true and correct copy of the NOTICE OF MOTION AND MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT 3800 PRINCE STREET, LLC TO ADJUDICATE CLAIMS IN STATE COURT BY 3800 PRINCE STREET, LLC and addressed as follows:

All parties in interest listed on the Post
Effective Date Service List on file with
the court attached hereto as Exhibit A

I declare under penalty of perjury that the foregoing is true and correct.

                                                                                    /s/ Teri Slegle