LEWIS
AND
ROCA
LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 4/7/09

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR[1] |
| USA Commercial Mortgage Company; | Case No. BK-S-06-10727-LBR |
| USA Capital Realty Advisors, LLC;[1] | Case No. BK-S-06-10728-LBR[2] |
| USA Capital Diversified Trust Deed Fund, LLC; | Case No. BK-S-06-10729-LBR[3] |
| USA Capital First Trust Deed Fund, LLC;[2] | |
| USA Securities, LLC,[3] | CHAPTER 11 |
| Debtors. | |
| **Affects:** | Jointly Administered Under |
| ☐ All Debtors | Case No. BK-S-06-10725 LBR |
| ☒ USA Commercial Mortgage Company | |
| ☐ USA Capital Realty Advisors, LLC | **Stipulation  Re Wow Enterprises, Inc.** |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | **Proof of Claim Based Upon Palm** |
| | **Terrace Litigation.** |
| ☐ USA Capital First Trust Deed Fund, LLC | |
| ☐ USA Securities, LLC | **Hearing:  February 20, 2009** |
| | **Time:       9:30 a.m.** |

The USACM Liquidating Trust and Palm Terrace Claimants by and through their

undersigned counsel hereby stipulate and agree:

1.  The USACM Liquidating Trust filed a First, Second, Third and Fourth Omnibus

objection to Proofs of Claim Based Upon Palm Terrace Litigation [ DE 6752, 6753, 6754

and 6755] (the "Objection").

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

LEWIS
AND
ROCA
LLP
L A W Y E R S

2.  On February 12, 2009,  Responses to the objection were filed by the Palm Terrace Claimants [DE 6707, 6708, 6709, 6710].

3.  The hearing on the Objection and response came before the Court on February 20, 2009.

4.  At the hearing,  Counsel for the Palm Terrace claimants advised the Court that the valid remaining claim was a claim filed by Wow Enterprises, Inc., ("Wow") in the amount of $184,965.74.

5.  Counsel for the USACM Liquidating Trust circulated orders disallowing all Palm Terrace claims except for a proof of claim of Wow to the extent of $184,965.75. Counsel for the Palm Terrace claimants signed off on the form of orders.

6.  A scheduling conference is scheduled for April 10, 2009 at 9:30 a.m.

7.  To resolve this dispute,  it is stipulated and agreed that Wow's claim 10725-01056 be allowed as a general unsecured claim in the amount of $50,000.00 and the balance of claim disallowed and all other claims filed by Wow are disallowed in their entirety.

WHEREFORE, the Parties request that the Court:  (1) Vacate the scheduling conference and; (2) enter an order approving this Stipulation, allowing the Wow claim 10725-01056 in the amount of $50,000 as a general unsecured claim and disallowing all other claims filed by Wow in their entirety.

2025539.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

1    Respectfully submitted:

2    **LEWIS AND ROCA LLP**                     **TINGLEY PIONTKOWSKI LLP**

3

4    By    /s/John Hinderaker                   By    /s/ Bruce Piontkowski
         Rob Charles                                 Curtis R. Tingley
5        John Hinderaker                             Bruce C. Piontkowski
         3993 Howard Hughes Pkwy, Suite 600          10 Alamaden Boulevard, Suite 430
6        Las Vegas, Nevada 89169                     San Jose, CA 95113
         Telephone:  (702) 949-8320             *Attorneys for Palm Terrace Claimants*
7    *Attorneys for USACMLiquidating  Trust*

8    DATED:    April 7, 2009                     DATED:    April 7, 2009

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3

2025539.1