**Entered on Docket
April 07, 2009**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

___

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC, and<br><br>USA SECURITIES, LLC,<br><br>Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR (closed)<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR (closed)<br>Case No. BK-S-06-10729-LBR (closed<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725-LBR<br><br>Date:　　May 29, 2009<br>Time:　　9:30 a.m.<br>Courtroom:　3 |

**AMENDED NOTICE OF HEARING – ORDER TO SHOW CAUSE**

On April 7, 2009, the court entered an order to show cause directed at Curtis F. Clark, and set a hearing for May 27, 2009 (dkt. #7012). The court orders that this hearing is rescheduled to **May 29, 2009, at 9:30 a.m.**, in the Foley Federal Building, 300 Las Vegas Blvd. South, Las Vegas, Nevada, in Courtroom #3, before Judge Bruce A. Markell. Mr. Clark is ordered to appear at the May 29th hearing.

IT IS SO ORDERED.

Copies sent to:

BNC Mailing Matrix

ROB CHARLES on behalf of Attorney LEWIS AND ROCA LLP

1  rcharles@lrlaw.com, cjordan@lrlaw.com

2  U.S. TRUSTEE - LV - 11 - USTPRegion17.lv.ecf@usdoj.gov

3  FTI CONSULTING, INC.
   2 NORTH CENTRAL AVENUE, STE 1200
4  PHOENIX, AZ 85004

5  LEWIS AND ROCA LLP on behalf of Creditor Committee OFFICIAL COMMITTEE OF
   UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
6  3993 HOWARD HUGHES PKWY, #600
   LAS VEGAS, NV
7
   MARVIN C. RUTH on behalf of Plaintiff USACM LIQUIDATING TRUST
8  LEWIS AND ROCA LLP
   40 N. CENTRAL AVENUE, SUITE 1900
9  PHOENIX, AZ 85004

10 AUGUST B. LANDIS
   300 LAS VEGAS BLVD. S., #4300
11 LAS VEGAS, NV 89101

12 CURTIS F. CLARK
   1403 PUEBLO DRIVE
13 BOULDER CITY, NV 89005

14                                    # # #