Ambrish S. Sidhu, Esq.
Nevada Bar No. 7516
**SIDHU LAW FIRM, LLC**
810 S. Casino Center Blvd., Suite 104
Las Vegas, NV 89101
Tel: (702) 384-4436
Fax: (702) 384-4437
E-Mail: asidhu@sidhulawfirm.com

E-Filed on: 4-8-09

**Attorneys for** *Temecula Public Finance Authority*

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case Nos.<br>BK-S-06-10725-lbr<br>BK-S-06-10726-lbr |
| USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | BK-S-06-10727-lbr<br>BK-S-06-10728-lbr<br>BK-S-06-10729-lbr |
| USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>Debtor. | Jointly Administered<br>Chapter 11 Cases |
| USA CAPITAL FIRST TRUST DEED FUND,<br>LLC,<br>Debtor. | Date:    May, 6, 2009<br>Time:    1:30 p.m.<br>Place:    Courtroom 1 |
| USA SECURITIES, LLC,<br>Debtor. | Foley Federal Building<br>300 Las Vegas Blvd., South<br>Las Vegas, Nevada |
| Affects:<br>☐All Debtors<br>☒USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

## MOTION OF TEMECULA PUBLIC FINANCE AUTHORITY TO DETERMINE THAT THE AUTOMATIC STAY DOES NOT APPLY WITH RESPECT TO CERTAIN PROPERTY OR, ALTERNATIVELY, TO TERMINATE THE AUTOMATIC STAY

The TEMECULA PUBLIC FINANCING AUTHORITY (the "Authority"), by and through its counsel, hereby moves this court (in this "Motion") for the entry of an order, pursuant

1  to Sections 541, 362(d)(1) and (d)(2) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 et

2  seq. (the "Bankruptcy Code"), Rule 4001(a) of the Federal Rules of Bankruptcy Procedure, and

3  Rule 4001(a) of the Local Bankruptcy Rules, determining that the automatic stay imposed by

4  Bankruptcy Code § 362 does not apply with respect to certain real property located in the City of

5  Temecula, County of Riverside, California.  The Authority seeks to foreclose on the property to

6  collect approximately $1.2 million in delinquent Special Taxes that pay the debt service on

7  $51.25 million in bonds for public improvements required for the development of the property.

8  The real property is more fully described as:

9  County of Riverside Assessor's Parcel Numbers 964-180-004, 964-180-005, 964-180-017, 964-180-018, 964-180-019, 964-180-020, 964-180-022,
10  964-180-023, 964-180-024; 964-180-025, 964-180-026, and 964-180-027 (collectively, the "Temecula Property"),

11  Alternatively, the Authority seeks entry of an order determining that the automatic stay,

12  as it may apply to the Authority, is lifted with respect to the Temecula Property.

13  Pursuant to Local Rule 4001(a)(2), the required Section 362 Information Sheet is

14  attached as Exhibit "A."

15  This Motion is supported by the attached Memorandum of Points and Authorities and all

16  matters of record in this bankruptcy case, judicial notice of which is respectfully requested.

Dated this 8 day of April, 2009.

SIDHU LAW FIRM, LLC

By_____
Ambrish S. Sidhu, Esq., Bar No. 7516
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 384-4436
Fax: (702) 384-4437
E-Mail: asidhu@sidhulawfirm.com
Attorneys for *Temecula Public Finance Authority*

2

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.

## PRELIMINARY STATEMENT

In support hereof, the Authority respectfully states as follows:

1. The automatic stay does not apply to the Temecula Property because it is not property of the estate.  See 11 U.S.C. § 541.  The Authority submits this Motion to confirm that the USACM Liquidating Trust (the "Trust"), as successor to USA Commercial Mortgage Company ("USACM" or the "Debtor") had no interest in the Temecula Property as of April 13, 2006 (the "Petition Date") and, consequently, that the Temecula Property did not become part of the Debtor's bankruptcy estate upon the commencement of this case.  The reason for this Motion is that (1) the Trust claimed to hold equitable ownership rights in property titled in certain affiliates of USA Investment Partners, LLC ("USAIP"), which may include Ashby USA, LLC ("Ashby USA"), the limited liability company that was formed to acquire and develop the Temecula Property, and (2) USACM apparently had or has liens on the ownership interest of USAIP in Ashby USA, to secure payment of a certain promissory note.

2. However, the Trust has recently concluded a settlement of litigation against Ashby USA, its affiliates, and one of its principals, Richard Ashby, and other related entities, under Adversary Proceeding number 08-01123-lbr in this Court.  Accordingly, any equitable claims that the Trust may have to Ashby USA's property (including the Temecula Property) have been liquidated in that settlement, and thus such claims pose no impediment to the Authority exercising its rights against Ashby USA.  Further, though the Trust may have liens on USAIP's ownership interests, including USAIP's membership interest in Ashby USA, any land owned by Ashby USA is not property of the Debtor's bankruptcy estate or of the Trust.  Accordingly, the Authority, which is owed over one million dollars in unpaid property taxes levied on the Temecula Property, seeks a determination that the automatic stay imposed by Bankruptcy Code Section 362 would not prohibit the Authority from exercising its state law rights in California to collect those unpaid property taxes and related amounts, including through foreclosure against the Temecula Property.

SIDHU LAW FIRM, LLC
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 384-4436    Fax: (702) 384-4437

1    3.  Alternatively, if this Court determines that the automatic stay does apply with respect

2  to the Temecula Property, the Authority requests the stay be lifted pursuant to Bankruptcy Code

3  section 362(d)(1) for cause, including lack of adequate protection, or pursuant to Bankruptcy

4  Code § 362(d)(2) because the Trust, as successor to the Debtor, lacks any equity in the Temecula

5  Property and it is not necessary for an effective reorganization of the Debtor.

## II.

## PARTIES

8    4.  The Authority is, and at all material times relevant to this Motion was, a California

9  joint powers authority, under the laws of the State of California.  At all times relevant to this

10  Motion, the Authority was and still is acting in its lawful and official capacity as the legislative

11  body of Temecula Public Financing Authority Community Facilities District No. 03-02

12  (Roripaugh Ranch), a California community facilities district (the "District").

13    5.  On April 13, 2006 (the "Petition Date"), the Debtor USACM and certain of its

14  affiliated companies and subsidiaries (collectively, the "Debtors") each filed voluntary petitions

15  for relief under chapter 11 of title 11 of the United States Code in this Court.  The Debtors'

16  chapter 11 cases are being jointly administered under Bankruptcy Case No. BK-S-06-10725-lbr.

17  On January 8, 2007, this Court confirmed the Third Amended Joint Chapter 11 Plan of

18  Reorganization (the "Joint Plan", Docket No. 1799) in these cases, and on March 12, 2007, the

19  Joint Plan became effective.  The Trust was created pursuant to the Joint Plan, and is a

20  liquidating trust organized under Nevada law.  Geoffrey L. Berman serves as the trustee of the

21  Trust.

## III.

## JURISDICTION AND VENUE

24    6.  This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334.

25    7.  Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

SIDHU LAW FIRM, LLC
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 384-4436    Fax: (702) 384-4437

4

1

2

3

4

5

6

7

8

9

10

11

SIDHU LAW FIRM, LLC
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 384-4436    Fax: (702) 384-4437

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## IV.

## BACKGROUND FACTS

OWNERSHIP OF THE TEMECULA PROPERTY

8. Upon information and belief, prior to the Petition Date USACM was a mortgage broker and loan servicing company whose primary business activities were: (a) "originating" short-term loans from investors to real estate developers; and (b) servicing the loans that it originated by collecting principal and interest from borrowers and distributing those payments to the investors. USACM earned revenue by charging various fees for these services, including origination, servicing, and extension fees. The entities with which USACM was involved included a limited liability company, Ashby USA, LLC (previously defined as "Ashby USA"), a California limited liability company, which acquired certain parcels within the District and is the record holder of the Temecula Property.

9. Upon information and belief, certain insiders of the Debtor used USAIP as a vehicle for the transfer of funds from USACM, and, in the aggregate, USACM transferred at least $58 million to USAIP to fund USAIP's investments and pay its obligations. This has been memorialized in a note between USACM and USAIP dated May 15, 2006, in the amount of approximately $58 million, approved by order of this Court dated July 24, 2006 (the "Note"). We are informed that the Note is secured by liens on USAIP's interests in entities owned (in whole or in part) by USAIP, including Ashby USA. See, e.g., USACM Liquidating Trust Quarterly Report For Period Ending September 30, 2007, at 5 and n.6 (case docket no. 5035).

10. It is clear, however, that the Debtor is not the record title holder to any portion of the Temecula Property, nor does it own any direct legal or equitable interest in the Temecula Property. Hence, the Temecula Property is not part of the Debtor's bankruptcy estate. Accordingly, this motion must be granted.

1    THE UNPAID TAX LIABILITY ON ACCOUNT OF THE TEMECULA PROPERTY

2         11. The Authority is engaged, generally, in the financing of certain public facilities and

3    services.    The Authority is a governmental unit that provides up-front payments for public

4    facilities and services, imposes a tax on the benefited properties to be paid over a period of years,

5    and then issues bonds, the repayment of which is funded with money collected from those taxes.

6         12. Pursuant to the applicable provisions of the Mello-Roos Community Facilities Act of

7    1982, as codified at CAL. GOV'T CODE §§ 53311 et seq. (the "Mello-Roos Act"), the Authority

8    formed the District for the purpose of financing certain public facilities and services within the

9    District.    The Authority thereafter imposed a continuing lien to secure each annual levy of a

10   special tax against parcels of real property within the District (as it has been and continues to be

11   levied from year to year, including applicable interest, the "Special Tax").

12        13. The Special Tax is secured pursuant to the applicable provisions of Section 3114.5 of

13   the California Streets and Highways Code by a continuing tax lien (the "Tax Lien") on the

14   Temecula Property. See CAL. STS. & HIGH. CODE § 3114.5.  The Tax Lien has been perfected by

15   the Authority's recording of a notice of special tax lien with the Riverside County Recorder's

16   Office on January 14, 2005, as Instrument No. 2005-0039138. The special tax lien is senior in

17   priority to any lien, interest or claim.  Accordingly, as of the date of this Motion, the Special Tax

18   is secured and perfected as of January 14, 2005.

19        14. Based on the security of the Special Tax, the Authority issued special tax bonds

20   pursuant to the applicable provisions of the Mello-Roos Act (the "Bonds").

21        15. Collection of the Special Tax is undertaken each year via the regular property tax bill

22   prepared by the County of Riverside Tax Collector.  The tax bill sets forth the amount of the

23   Special Tax owed on account of each parcel within the Temecula Property.

24        16. The Special Tax for Fiscal Year 2008-2009 was $2,360,377.84, which was due and

25   payable on December 10, 2008, and April 10, 2009, in two installments.

26        17. On December 10, 2008, $1,180,188.92 in special taxes levied against the Temecula

27   Property became delinquent by reason of non-payment, and remain so to the present (the

28

SIDHU LAW FIRM, LLC
810 S. Casino Center Blvd, Suite 104
Las Vegas, Nevada 89101
Tel: (702) 384-4436    Fax: (702) 384-4437

6

1 "Unpaid December Taxes"). The Unpaid December Taxes remain unpaid and delinquent as of

2 the date of this Motion.

3     18. On April 10, 2009, $1,180,188.92 in special taxes levied against the Temecula

4 Property became delinquent by reason of non-payment, and remain so to the present (the

5 "Unpaid April Taxes").

6     19. The delinquent Unpaid December Taxes and Unpaid April Taxes on account of each

7 parcel within the District are more fully set forth in Exhibit 1 attached hereto and incorporated

8 hereby. Further detail from the records of the County of Riverside about the taxes levied on each

9 parcel, and confirmation of the non-payment of the Unpaid December Taxes and April Taxes, is

10 attached as Exhibit 2.

11     20. As of July 1, 2009, interest will begin to accrue on the 2008-2009 delinquent Special

12 Taxes at the rate of 1.5% per month, and will continue to accrue at that rate until the delinquency

13 is resolved.

14     21. In addition to the Special Taxes currently delinquent, the Authority is authorized by

15 law to collect any subsequently delinquent Special Taxes, penalties, interest, attorney's fees and

16 other authorized charges and costs.

17     22. The Authority has an obligation under Section 5.09 the Fiscal Agent Agreement

18 (among the structural documents executed as part of issuing the Bonds) to initiate foreclosure

19 proceedings within approximately 180 days of Ashby USA's failure to pay the Special Tax.

20

21 THE BANKRUPTCY CASE

22     23. Following the Petition date, the Trustee has from time to time filed quarterly reports

23 that mention Ashby USA. For example, in the report for the quarter ended September 30, 2007,

24 the Trustee states:

25         USAIP is the maker of a $58,374,918.81 promissory note (the "58
        million Note") to USACM for the benefit of creditors (including

26         DTDF). Repayment of the $58 million Note and other obligations
        of USAIP are secured by liens on USAIP's interest in entities

27

28

SIDHU LAW FIRM, LLC
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 384-4436    Fax: (702) 384-4437

SIDHU LAW FIRM, LLC
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 384-4436    Fax: (702) 384-4437

owned [sic] or in part by USAIP.[1] The Trustee may also claim equitable ownership rights in some assets titled in such entities .....

*USACM Liquidating Trust Quarterly Report For Period Ending September 30, 2007*, at 5 and n.6 (case docket no. 5035). However, the Trust has pursued and, now settled, litigation against Ashby USA, its affiliates and related parties, which resolves any such claim by this estate against Ashby USA or its property, including the Temecula Property.

THE ADVERSARY PROCEEDING AND ITS SETTLEMENT

24. On April 11, 2008, the USACM Trust commenced adversary proceeding number 08-01123-LBR, entitled *USACM Liquidating Trust v. Fiesta Development, Inc., et al.* (the "Adversary Proceeding") seeking to recover, under a broad array of theories, approximately $4.9 million in USACM funds that were allegedly transferred to Fiesta Development, Inc., Ashby USA, Richard K. Ashby, Random Developments, LLC, and Ashby Development Company, Inc. (collectively, the "Defendants").

25. Ultimately, on February 10, 2009, the Trust moved pursuant to Bankruptcy Rule 9019 for approval of a settlement (the "Settlement Agreement") of the Adversary Proceeding (the "9019 Motion," docket number 6794) providing, among other things, for an $82,500 payment to the Trust (the "Settlement Consideration"), and entry of a stipulated judgment in the amount of approximately $4.9 million against the defendants (excluding Ashby USA and Richard Ashby)(the "Stipulated Judgment"). In the 9019 Motion, the Trust alleged, among other things:

> Prior to the settlement conference before Judge Newsome, the USACM Trust conducted the depositions of Ashby and Fiesta, through its accountant, Daniel Limone. During these depositions, the USACM Trust learned that: (1) Fiesta development is nearing bankruptcy; (2) Ashby USA is insolvent, in default of its loan obligations, and expects its lender to proceed with foreclosure on its only substantial asset soon; (3) Random Development has no assets of value, and the property it was previously developing has been foreclosed on; (4) Ashby has several lawsuits against him related to personal guarantees in excess of $300 million, has outstanding judgments against him of over $9 million, and does

[1] Ashby USA is listed among these entities, at note 6 of this document.

1    not have sufficient assets to repay these obligations; and (4) Ashby
     Development is likewise insolvent, without any significant assets.
2    [citation omitted]

3    9019 Motion, at 6.

4         26. On March 5, 2009, this Court approved the 9019 Motion. Pursuant to the provisions

5    of the Settlement Agreement (at 2-3), upon payment of the $82,500 Settlement Consideration,

6    the Trust's claims against Ashby USA will be dismissed with prejudice. Ashby USA and

7    Richard Ashby are excluded from liability under the Stipulated Judgment. See Settlement

8    Agreement at 2-3 (attached to the 9019 Motion as Exhibit A).

9         27. Accordingly, the Trust has liquidated any equitable claims it has to the property of

10   Ashby USA. Presently, the extent of the Trust's interest, in connection with Ashby USA, is a

11   lien on USAIP's membership interest in Ashby USA.

12        28. The Authority submits this motion to confirm that it may proceed with a foreclosure

13   action in the State of California to recover the Unpaid December Taxes and Unpaid April Taxes

14   and related charges for the benefit of the holders of the Bonds.

15

16                                            **V.**

17                                  **RELIEF REQUESTED**

18        29. The Authority respectfully requests that this Court determine that the automatic stay

19   does not apply with respect to the Temecula Property for the reasons set forth below.

20        30. Alternatively, the Authority requests this Court to enter an order lifting the automatic

21   stay with respect to the Temecula Property for the reasons set forth below.

22        31. The Authority requests that any order this Court may enter be effective immediately

23   pursuant to Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure and that the ten (10)

24   day stay period set forth therein does not apply.

25

26

27

28

SIDHU LAW FIRM, LLC
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 384-4436   Fax: (702) 384-4437

9

SIDHU LAW FIRM, LLC
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 384-4436    Fax: (702) 384-4437

## VI.

### BASIS FOR RELIEF REQUESTED

**A.    The Automatic Stay Does Not Apply to the Temecula Property.**

32. The automatic stay set forth in Bankruptcy Code § 362 does not apply with respect to the Temecula Property because the Temecula Property is not property of the Debtor's bankruptcy estate.

33. Bankruptcy Code § 362 states, in part:

(a)    Except as provided in subsection (b) of this section, a petition filed under section . . . 303 of this title . . . operates as a stay, applicable to all entities, of – * * *

(3)    any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate;

(4)    any act to create, perfect, or enforce any lien against property of the estate;

(5)    any act to create, perfect, or enforce against property of the debtor any lien to the extent that such lien secures a claim that arose before the commencement of the case under this title; . . .

11 U.S.C. § 362(a).

34. Bankruptcy Code § 541 sets forth various categories of interests which become part of a debtor's bankruptcy estate as of the filing of a bankruptcy petition by or against an entity, including but not limited to "all legal or equitable interests of the debtor in property as of the commencement of the case." 11 U.S.C. §§ 101(42), 541.

35. The filing of a bankruptcy petition does not expand the debtor's property interests. Instead, the bankruptcy estate is limited to property to the extent of the right and title possessed by the prepetition debtor. See, e.g., Emerson v. Maples (In re Mark Benskin & Co.), 161 B.R. 644, 653 (Bankr. W.D. Tenn. 1993). If the Debtor did not hold any direct interest in the Temecula Property as of the Petition Date, the automatic stay does not apply with respect to that property. See id. at 653-54.

36. The automatic stay does not apply to the Temecula Property even if the Debtor indirectly controls or derivatively owns it. The Ninth Circuit has held that:

as a general rule, the automatic stay of section 362(a) protects only the debtor, property of the debtor, or property of the estate. It does not protect non-debtor

10

1    third parties or their property. Thus, section 362(a) does not stay actions against
     guarantors, sureties, corporate affiliates, or other non-debtor parties liable on the
2    debts of the debtor.

3    Chugach Timber Corp v. Northern Stevedoring & Handling Corp. (In re Chugach Forest Prods.,

4    Inc.), 23 F.3d 241, 246 (9th Cir. 1994) (citations omitted); see also Gonzales v. United States (In

5    re Silver), 303 B.R. 849, 864 (B.A.P. 10th Cir. 2004) ("[N]on-debtors and their property are not

6    protected by the § 362(a) stay"). The only exception to this rule is in situations where the non-

7    debtor is the alter ego of the debtor such that the two entities have an "identity of interest":

8        In order for relief for such non-bankrupt defendants to be available under
         [§362(a)], there must be 'unusual circumstances' . . . . This 'unusual situation,' it
9        would seem, arises when there is such identity between the debtor and the third-
         party defendant that the debtor may be said to be the real party defendant and that
10       a judgment against the third-party defendant will in effect be a judgment or
         finding against the debtor.
11

12   Chugach, 23 F.3d at 246-47. This exception does not apply here because there is no evidence

13   that the Debtor is the alter ego of Ashby USA.

14       37. Because the Debtor did not own the Temecula Property on the Petition Date, the

15   Temecula Property did not become property of the Debtor's bankruptcy estate and is therefore

16   not subject to the automatic stay.

17

18   **B.    If the Temecula Property is Property of the Estate, Cause Exists to Lift the
            Automatic Stay.**

19       38. Bankruptcy Code § 362(d)(1) provides that on request of a party in interest and after

20   notice and a hearing, the Court shall grant relief from the automatic stay "for cause, including the

21   lack of adequate protection." 11 U.S.C. § 362(d)(1).

22           (i)   *The Authority's secured interest in the Temecula Property is not*
                   *adequately protected*
23

24       39. Cause exists to terminate the automatic stay in this Bankruptcy Case for lack of

25   adequate protection. See 11 U.S.C. § 361. The United States Supreme Court has held:

26       It is common ground that the "interest in property" referred to by § 362(d)(1)
         includes the right of a secured creditor to have the security applied in payment of
27       the debt upon completion of the reorganization; and that interest is not adequately
         protected if the security is depreciating during the term of the stay. Thus, . . .
28       [where collateral is] declining in value[, the secured creditor] would [be] entitled,

SIDHU LAW FIRM, LLC
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 384-4436    Fax: (702) 384-4437

1    under § 362(d)(1), to cash payment or additional security in the amount of the decline, as § 361 describes.

2    United Sav. Ass'n v. Timbers of Inwood Forest Assocs., 484 U.S. 365, 370 (1988).

3    40. The Temecula Property is located in Riverside County, California, an area in which

4    real property values indisputably have been subject to rapid decline. There remains a serious risk

5    that the Temecula Property will continue to decline while this Bankruptcy Case is pending.

6    41. Notwithstanding the decline in the value of the Temecula Property, the Authority has

7    not received any payments as adequate protection of its secured position during the Bankruptcy

8    Case. Accordingly, the automatic stay should be lifted to the extent it applies to the Temecula

9    Property. See 11 U.S.C. §§ 361, 362; Delaney-Morin v. Day, 304 B.R. 365, 370 n. 3 (B.A.P. 9th

10   Cir. 2003).

11              *(ii) The Debtor has failed to provide the Authority with insurance protection*

12   42. "A secured creditor lacks adequate protection if there is a threat of a decline in the

13   value of the property. A threat to decline includes failure to maintain property insurance."

14   Delaney-Morin, 304 B.R. at 370 n.3. Accordingly, failure to maintain insurance has almost

15   always been determined to be cause for relief from the automatic stay because of lack of

16   adequate protection. In re Valdez, 324 B.R. 296, 301-02 (Bankr. S.D. Tex. 2005) ("failure to

17   maintain insurance on the property, keep taxes current, or filing in bad faith solely to forestall

18   creditors, could be independent forms of relief under § 362(d)(1)"); Schewe v. Fairview Estates

19   (In re Schewe), 94 B.R. 938, 949 (Bankr. W.D. Mich. 1989) ("cause may include lack of

20   insurance").

21   43. There is no evidence that the Debtor is maintaining appropriate casualty or liability

22   insurance to protect the Temecula Property. The result is that cause exists to terminate the

23   automatic stay with respect to the Temecula Property.

24

25   C.    **The Stay Should be Terminated Because the Debtor Lacks Equity in the Temecula Property.**

26

27   44. Bankruptcy Code § 362(d)(2) provides that on request of a party in interest and after

28   notice and a hearing, the Court shall grant relief from the automatic stay and allow a secured

SIDHU LAW FIRM, LLC
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 384-4436    Fax: (702) 384-4437

12

1  creditor to foreclose on its collateral if (i) the debtor lacks equity in the collateral, and (ii) the

2  collateral is not necessary to an effective reorganization of the debtor. 11 U.S.C. § 362(d)(2).

3      45. Even if the Debtor owns the Temecula Property, the Debtor has no equity in it

4  because various creditors, including the Authority and AmTrust Bank, have security interests in

5  the Temecula Property as collateral for tax indebtedness and various secured loans, upon

6  information and belief well in excess of its value.[2]

7      46. Additionally, the Temecula Property is not necessary to an effective reorganization of

8  the Debtor in the Bankruptcy Case because (a) the Debtor was a mortgage broker and loan

9  servicing company – not in the business of owning or developing property – and (b) to the extent

10  the Debtor could even be considered presently in business, it could undisputably continue to

11  conduct its affairs without the Temecula Property. Accordingly, the Authority is entitled to relief

12  from the automatic stay pursuant to Bankruptcy Code § 362(d)(2). See 11 U.S.C. § 362(d)(2).

## VII.

## CONCLUSION

16      Based upon the forgoing, the Authority requests that this Court enter an order

17  determining that the automatic stay does not apply with respect to the Temecula Property, or in

18  the alternative, that the Authority is entitled to relief from the automatic stay either because (1)

19  the Authority lacks adequate protection or (2) because the Debtor lacks equity in the Temecula

20  Property and it is not necessary to an effective reorganization of the Debtor. The Authority

21  / / /

22  / / /

23  / / /

24  / / /

---

27  [2] Ohio Savings Bank, also known as AmTrust Bank, holds a note in the amount of approximately $107,374,000 (as of March, 2009) secured by a deed of trust on property of Ashby USA which includes the Temecula Property.

*SIDHU LAW FIRM, LLC*
*810 S. Casino Center Blvd., Suite 104*
*Las Vegas, Nevada 89101*
*Tel: (702) 384-4436    Fax: (702) 384-4437*

1    requests such further relief as the Court deems just and proper.

2

3    Respectfully submitted this  8  day of April, 2009.

4                              SIDHU LAW FIRM, LLC

5

6    By _____

7                              Ambrish S. Sidhu, Esq., Bar No. 7516
                              810 S. Casino Center Blvd., Suite 104
8                              Las Vegas, Nevada 89101
                              Tel: (702) 384-4436
9                              Fax: (702) 384-4437
                              E-Mail: asidhu@sidhulawfirm.com
10                             Attorneys for *Temecula Public Finance
                              Authority*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*(left margin, vertical text)* SIDHU LAW FIRM, LLC
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 384-4436    Fax: (702) 384-4437

14

# EXHIBIT A

## * * § 362 INFORMATION SHEET * *

| USA Commercial Mortgage Co. | | |
|---|---|---|
| DEBTOR | Case No: 06-10725-LBR | MOTION #: |
| Temecula Public Finance Author | CHAPTER: 11 | |
| MOVANT | | |

**_Certification of Attempt to Resolve the Matter Without Court Action:_**

_Moving counsel hereby certifies that pursuant to the requirements of LR 4001(a)(5), an attempt has been made to resolve the matter without court action, but movant has been unable to do so._

Date: ___4-8-09___          Signature: _____

                                      *Attorney for Movant*

PROPERTY INVOLVED IN THIS MOTION: 964-180-004, 964-180-005, 964 180-017, 964

NOTICE SERVED ON: Debtor(s) [____] ; Debtor's counsel [✓] ; Trustee [____] ;

DATE OF SERVICE: 04/03/09

| MOVING PARTY'S CONTENTIONS: | DEBTOR'S CONTENTIONS: |
|---|---|
| The EXTENT and PRIORITY of LIENS: | The EXTENT and PRIORITY of LIENS: |
| 1st 1,200,000 | 1st _____ |
| 2nd _____ | 2nd _____ |
| 3rd _____ | 3rd _____ |
| 4th _____ | 4th _____ |
| Other: _____ | Other: _____ |
| Total Encumbrances: _____ | Total Encumbrances: _____ |
| APPRAISAL of OPINION as to VALUE: | APPRAISAL of OPINION as to VALUE: |

| TERMS of MOVANT'S CONTRACT with the DEBTOR(S):: | DEBTOR'S OFFER of "ADEQUATE PROTECTION"for MOVANT . |
|---|---|
| Amount of Note:_____ | . |
| Interest Rate: _____ | . |
| Duration: _____ | . |
| Payment per Month:_____ | . |
| Date of Default:_____ | . |
| Amount in Arrears:_____ | . |
| Date of Notice of Default: _____ | . |
| SPECIAL CIRCUMSTANCES: | SPECIAL CIRCUMSTANCES: |
| SUBMITTED BY: _____ | SUBMITTED BY:_____ |
| _____ | SIGNATURE:_____ |

MLS-Sec-362-Inf-12-00.wpd (District of Nevada)                    "EXHIBIT A"

# EXHIBIT 1

**Exhibit 1**

| Assessor's Parcel Number | 2008-09 Annual Levy | Special Taxes Delinquent by Reason on Non-Payment (12/10/08) | Special Taxes Delinquent by Reason on Non-Payment (4/10/09) | Statutory Penalty | Statutory Interest | Subtotal |
|---|---|---|---|---|---|---|
| 964-180-004 | $144,484.36 | $72,242.18 | $72,242.18 | $14,448.44 | 0 | $158,932.80 |
| 964-180-005 | $149,800.18 | $74,909.09 | $74,909.09 | $14,980.02 | 0 | $164,780.20 |
| 964-180-017 | $280,888.64 | $140,444.32 | $140,444.32 | $28,088.86 | 0 | $308,977.50 |
| 964-180-018 | $436,748.88 | $218,374.44 | $218,374.44 | $43,674.88 | 0 | $480,423.76 |
| 964-180-019 | $101,404.14 | $50,702.07 | $50,702.07 | $10,140.42 | 0 | $111,544.56 |
| 964-180-020 | $325,116.38 | $162,558.19 | $162,558.19 | $32,511.64 | 0 | $357,628.02 |
| 964-180-022 | $267,811.68 | $133,905.84 | $133,905.84 | $26,781.16 | 0 | $294,592.84 |
| 964-180-023 | $223,158.68 | $111,579.34 | $111,579.34 | $22,315.86 | 0 | $245,474.54 |
| 964-180-024 | $106,529.30 | $53,264.65 | $53,264.65 | $10,652.94 | 0 | $117,182.24 |
| 964-180-025 | $130,556.86 | $65,278.43 | $65,278.43 | $13,055.68 | 0 | $143,612.54 |
| 964-180-026 | $79,858.28 | $39,929.14 | $39,929.14 | $7,985.82 | 0 | $87,844.10 |
| 964-180-027 | $114,020.46 | $57,010.23 | $57,010.23 | $11,402.04 | 0 | $125,422.50 |

Exhibit 1-1

# EXHIBIT 2

Property Tax Payments - Property Tax Details



Riverside County, California
# Office of the Treasurer-Tax Collector

Home    Search    Last Search Results    Payment List    FAQ    Contact Us    Property Tax Portal

## Property Tax Payments - Property Tax Details

Go Back

| RIVERSIDE COUNTY SECURED PROPERTY TAX DETAILS FISCAL YEAR JULY 1, 2008 - JUNE 30, 2009 | Assessment Number 964180004-6 | Bill Number 650337 |
|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| LND | - | - | - | - | Total Assessment |
| $230,309.00 | - | - | - | - | $230,309.00 |

| Tax Rate Area | Tax Rate | Property Data |
|---|---|---|
| 013-116 | 1.0313% | 13.59 ACRES NET IN LOT 7 MB 342/073 TR 29353-2 |

| Mailing Address | Situs Address |
|---|---|
| 470 E HARRISON ST CORONA CA 92879 | None |

**Tax Payment Distribution** (For information regarding these charges please contact the Taxing Agency directly at the number listed below)

| Taxing Agency | | |
|---|---|---|
| General Purpose | Phone Number | Inst 1 | Inst 2 |
| FLD CNTL STORMWATER/CLEANWATER | (800) 439-6553 | $1,187.58 | $1,187.58 |
| TEMECULA PARKS/LIGHTING SVS. | (866) 807-6864 | $2.71 | $2.71 |
| TEMECULA CFD03-2 RORIPAUGH RANCH | (800) 676-7516 | $1,011.63 | $1,011.63 |
| MWD STANDBY EAST | (866) 807-6864 | $72,242.18 | $72,242.18 |
| EMWD STANDBY-COMBINED CHARGE, | (951) 928-3777 | $47.15 | $47.15 |
| | | $27.18 | $27.18 |

| 1st Installment | | 2nd Installment | |
|---|---|---|---|
| Due Date: | 12-10-2008 | Due Date: | 04-10-2009 |
| Status: | Due | Status: | Due |

https://taxpayments.co.riverside.ca.us/AssessmentDetails.aspx

Property Tax Payments - Property Tax Details

| Taxes Due: | $74,518.43 |
|---|---|
| Penalties Due: | $7,451.81 |
| Additional Fees Due: | $0.00 |
| Total Due: | $81,970.24 |

| Taxes Due: | $74,518.43 |
|---|---|
| Penalties Due: | $0.00 |
| Additional Fees Due: | $0.00 |
| Total Due: | $74,518.43 |

https://taxpayments.co.riverside.ca.us/AssessmentDetails.aspx

4/3/2009

Property Tax Payments - Property Tax Details



Riverside County, California
Office of the Treasurer-Tax Collector

Home    Search    Last Search Results    Payment List    FAQ    Contact Us    Property Tax Portal

## Property Tax Payments - Property Tax Details

Go Back

**RIVERSIDE COUNTY SECURED PROPERTY TAX DETAILS**
**FISCAL YEAR JULY 1, 2008 - JUNE 30, 2009**

| Assessment Number | Bill Number |
|---|---|
| 964180005-7 | 650338 |

| LND | | | | | |
|---|---|---|---|---|---|
| $238,744.00 | - | - | - | - | |

| Total Assessment |
|---|
| $238,744.00 |

| Tax Rate Area | Tax Rate |
|---|---|
| 013-116 | 1.0313% |

**Property Data**

14.09 ACRES NET IN LOT 8 MB 342/073 TR 29353-2

**Mailing Address**

470 E HARRISON ST CORONA CA 92879

| Situs Address |
|---|
| None |

**Tax Payment Distribution** (For information regarding these charges please contact the Taxing Agency directly at the number listed below)

| Taxing Agency | Phone Number | Inst 1 | Inst 2 |
|---|---|---|---|
| General Purpose | | $1,231.08 | $1,231.08 |
| TEMECULA PARKS/LIGHTING SVS, | (866) 807-6864 | $1,048.85 | $1,048.85 |
| TEMECULA CFD03-2 RORIPAUGH RANCH | (800) 676-7516 | $74,900.09 | $74,900.09 |
| MWD STANDBY EAST | (866) 807-6864 | $48.89 | $48.89 |
| EMWD STANDBY-COMBINED CHARGE, | (951) 928-3777 | $28.18 | $28.18 |

| 1st Installment | |
|---|---|
| Due Date: | 12-10-2008 |
| Status: | Due |
| Taxes Due: | $77,257.09 |

| 2nd Installment | |
|---|---|
| Due Date: | 04-10-2009 |
| Status: | Due |
| Taxes Due: | $77,257.09 |

https://taxpayments.co.riverside.ca.us/AssessmentDetails.aspx

Property Tax Payments - Property Tax Details

| Penalties Due: | $7,725.67 |
|---|---|
| Additional Fees Due: | $0.00 |
| Total Due: | $84,982.76 |

| Penalties Due: | $0.00 |
|---|---|
| Additional Fees Due: | $0.00 |
| Total Due: | $77,257.09 |

https://taxpayments.co.riverside.ca.us/AssessmentDetails.aspx

Property Tax Payments - Property Tax Details

Riverside County, California
**Office of the Treasurer-Tax Collector**

Home    Search    Last Search Results    Payment List    FAQ    Contact Us    Property Tax Portal

## Property Tax Payments - Property Tax Details

Go Back

**RIVERSIDE COUNTY SECURED PROPERTY TAX DETAILS**
**FISCAL YEAR JULY 1, 2008 - JUNE 30, 2009**

| | Assessment Number | Bill Number |
|---|---|---|
| | 964180017-8 | 650341 |

| LND | - | - | - | - |
|---|---|---|---|---|
| $520,487.00 | - | - | - | - |

| | Total Assessment |
|---|---|
| | $520,487.00 |

| Tax Rate Area | Tax Rate |
|---|---|
| 013-116 | 1.0313% |

**Property Data**

26.42 ACRES NET IN LOT 1 MB 401/089 TR 29353

**Mailing Address**

470 E HARRISON ST CORONA CA 92879

| Situs Address |
|---|
| None |

**Tax Payment Distribution** (For information regarding these charges please contact the Taxing Agency directly at the number listed below)

| Taxing Agency | Phone Number | Inst 1 | Inst 2 |
|---|---|---|---|
| General Purpose | | $2,683.89 | $2,683.89 |
| TEMECULA PARKS/LIGHTING SVS. | (866) 807-6864 | $1,966.70 | $1,966.70 |
| TEMECULA CFD03-2 RORIPAUGH RANCH | (800) 676-7516 | $140,444.32 | $140,444.32 |
| MWD STANDBY EAST | (866) 807-6864 | $91.67 | $91.67 |
| EMWD STANDBY-COMBINED CHARGE. | (951) 928-3777 | $52.83 | $52.83 |

| 1st Installment | | 2nd Installment | |
|---|---|---|---|
| Due Date: | 12-10-2008 | Due Date: | 04-10-2009 |
| Status: | Due | Status: | Due |
| Taxes Due: | $145,239.41 | Taxes Due: | $145,239.41 |

https://taxpayments.co.riverside.ca.us/AssessmentDetails.aspx

4/3/2009

Property Tax Payments - Property Tax Details

| Penalties Due: | $14,523.92 |
| Additional Fees Due: | $0.00 |
| Total Due: | $159,763.33 |

| Penalties Due: | $0.00 |
| Additional Fees Due: | $0.00 |
| Total Due: | $145,239.41 |

Property Tax Payments - Property Tax Details



Riverside County, California
**Office of the Treasurer-Tax Collector**

Home    Search    Last Search Results    Payment List    FAQ    Contact Us    Property Tax Portal

## Property Tax Payments - Property Tax Details

Go Back

| RIVERSIDE COUNTY SECURED PROPERTY TAX DETAILS FISCAL YEAR JULY 1, 2008 - JUNE 30, 2009 | Assessment Number 964180018-9 | Bill Number 650342 |
| --- | --- | --- |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| LND | - | - | - | - | **Total Assessment** |
| $809,296.00 | - | - | - | - | $809,296.00 |

| Tax Rate Area | Tax Rate | Property Data |
| --- | --- | --- |
| 013-116 | 1.0313% | 41.08 ACRES NET IN LOT 2 MB 401/089 TR 29353 |

| Mailing Address | Situs Address |
| --- | --- |
| 470 E HARRISON ST CORONA CA 92879 | None |

**Tax Payment Distribution** (For information regarding these charges please contact the Taxing Agency directly at the number listed below)

| General Purpose | Taxing Agency | Phone Number | Inst 1 | Inst 2 |
| --- | --- | --- | --- | --- |
| TEMECULA PARKS/LIGHTING SVS, | | (866) 807-6864 | $4,173.13 | $4,173.13 |
| TEMECULA CFD03-2 RORIPAUGH RANCH | | (800) 676-7516 | $3,057.99 | $3,057.99 |
| MWD STANDBY EAST | | (866) 807-6864 | $218,374.44 | $218,374.44 |
| EMWD STANDBY-COMBINED CHARGE. | | (951) 928-3777 | $142.54 | $142.54 |
| | | | $82.15 | $82.15 |

| 1st Installment | | 2nd Installment | |
| --- | --- | --- | --- |
| Due Date: | 12-10-2008 | Due Date: | 04-10-2009 |
| Status: | Due | Status: | Due |
| Taxes Due: | $225,830.25 | Taxes Due: | $225,830.25 |

https://taxpayments.co.riverside.ca.us/AssessmentDetails.aspx

Property Tax Payments - Property Tax Details

| Penalties Due: | $22,583.00 |
|---|---|
| Additional Fees Due: | $0.00 |
| Total Due: | $248,413.25 |

| Penalties Due: | $0.00 |
|---|---|
| Additional Fees Due: | $0.00 |
| Total Due: | $225,830.25 |

https://taxpayments.co.riverside.ca.us/AssessmentDetails.aspx

4/3/2009

Property Tax Payments - Property Tax Details

Riverside County, California
**Office of the Treasurer-Tax Collector**

Home    Search    Last Search Results    Payment List    FAQ    Contact Us    Property Tax Portal

## Property Tax Payments - Property Tax Details

Go Back

**RIVERSIDE COUNTY SECURED PROPERTY TAX DETAILS**
**FISCAL YEAR JULY 1, 2008 - JUNE 30, 2009**

| | Assessment Number | Bill Number |
|---|---|---|
| | 964180019-0 | 650343 |

| LND | | | | | Total Assessment |
|---|---|---|---|---|---|
| $590,620.00 | - | - | - | - | $590,620.00 |
| | - | - | - | - | |

**Property Data**

| Tax Rate Area | Tax Rate | |
|---|---|---|
| 013-116 | 1.0313% | 29.98 ACRES NET IN LOT 3 MB 401/089 TR 29353 |

**Mailing Address**

| | Situs Address |
|---|---|
| 470 E HARRISON ST CORONA CA 92879 | None |

**Tax Payment Distribution** (For information regarding these charges please contact the Taxing Agency directly at the number listed below)

| General Purpose | Taxing Agency | Phone Number | Inst 1 | Inst 2 |
|---|---|---|---|---|
| | | | $3,045.53 | $3,045.53 |
| TEMECULA PARKS/LIGHTING SVS. | | (866) 807-6864 | $2,231.71 | $2,231.71 |
| TEMECULA CFD03-2 RORIPAUGH RANCH | | (800) 676-7516 | $50,702.07 | $50,702.07 |
| MWD STANDBY EAST | | (866) 807-6864 | $104.03 | $104.03 |
| EMWD STANDBY-COMBINED CHARGE, | | (951) 928-3777 | $59.95 | $59.95 |

| 1st Installment | | 2nd Installment | |
|---|---|---|---|
| Due Date: | 12-10-2008 | Due Date: | 04-10-2009 |
| Status: | Due | Status: | Due |
| Taxes Due: | $56,143.29 | Taxes Due: | $56,143.29 |

https://taxpayments.co.riverside.ca.us/AssessmentDetails.aspx

Property Tax Payments - Property Tax Details

| Penalties Due: | $5,614.31 |
|---|---|
| Additional Fees Due: | $0.00 |
| Total Due: | $61,757.60 |

| Penalties Due: | $0.00 |
|---|---|
| Additional Fees Due: | $0.00 |
| Total Due: | $56,143.29 |

Property Tax Payments - Property Tax Details



Riverside County, California
**Office of the Treasurer-Tax Collector**

Home    Search    Last Search Results    Payment List    FAQ    Contact Us    Property Tax Portal

## Property Tax Payments - Property Tax Details

Go Back

| RIVERSIDE COUNTY SECURED PROPERTY TAX DETAILS<br>FISCAL YEAR JULY 1, 2008 - JUNE 30, 2009 | Assessment Number<br>964180020-0 | Bill Number<br>650344 |
|---|---|---|

| LND | | | - | - | - | Total Assessment |
|---|---|---|---|---|---|---|
| $602,441.00 | | | - | - | - | $602,441.00 |

**Property Data**

| Tax Rate Area | Tax Rate | 30.58 ACRES NET IN LOT 4 MB 401/089 TR 29353 |
|---|---|---|
| 013-116 | 1.03139% | |

**Mailing Address**

| 470 E HARRISON ST CORONA CA 92879 | Situs Address |
|---|---|
| | None |

**Tax Payment Distribution** (For information regarding these charges please contact the Taxing Agency directly at the number listed below)

| Taxing Agency | Phone Number | Inst 1 | Inst 2 |
|---|---|---|---|
| General Purpose | | $3,106.48 | $3,106.48 |
| TEMECULA PARKS/LIGHTING SVS, | (866) 807-6864 | $2,276.37 | $2,276.37 |
| TEMECULA CFD03-2 RORIPAUGH RANCH | (800) 676-7516 | $162,558.19 | $162,558.19 |
| MWD STANDBY EAST | (866) 807-6864 | $106.11 | $106.11 |
| EMWD STANDBY-COMBINED CHARGE, | (951) 928-3777 | $61.15 | $61.15 |

| 1st Installment | | 2nd Installment | |
|---|---|---|---|
| Due Date: | 12-10-2008 | Due Date: | 04-10-2009 |
| Status: | Due | Status: | Due |
| Taxes Due: | $168,108.30 | Taxes Due: | $168,108.30 |

https://taxpayments.co.riverside.ca.us/AssessmentDetails.aspx

4/3/2009

Property Tax Payments - Property Tax Details

Page 2 of 2

| Penalties Due: | $16,810.80 |
|---|---|
| Additional Fees Due: | $0.00 |
| **Total Due:** | **$184,919.10** |

| Penalties Due: | $0.00 |
|---|---|
| Additional Fees Due: | $0.00 |
| **Total Due:** | **$168,108.30** |

https://taxpayments.co.riverside.ca.us/AssessmentDetails.aspx

4/3/2009

Property Tax Payments - Property Tax Details



Riverside County, California
Office of the Treasurer-Tax Collector

Home    Search    Last Search Results    Payment List    FAQ    Contact Us    Property Tax Portal

## Property Tax Payments - Property Tax Details

Go Back

**RIVERSIDE COUNTY SECURED PROPERTY TAX DETAILS**
FISCAL YEAR JULY 1, 2008 - JUNE 30, 2009

| | Assessment Number | Bill Number |
|---|---|---|
| | 964180022-2 | 650346 |

| LND | | | | | |
|---|---|---|---|---|---|
| $496,255.00 | - | - | - | - | - |
| | - | - | - | - | - |

| | Total Assessment |
|---|---|
| | $496,255.00 |

| Tax Rate Area | Tax Rate |
|---|---|
| 013-116 | 1.0313% |

**Property Data**

25.19 ACRES NET IN LOT 6 MB 401/089 TR 29353

**Mailing Address**

470 E HARRISON ST CORONA CA 92879

| Situs Address |
|---|
| None |

**Tax Payment Distribution** (For information regarding these charges please contact the Taxing Agency directly at the number listed below)

| General Purpose | Taxing Agency | Phone Number | Inst 1 | Inst 2 |
|---|---|---|---|---|
| | | | | |
| TEMECULA PARKS/LIGHTING SVS, | | (866) 807-6864 | $2,558.93 | $2,558.93 |
| TEMECULA CFD03-2 RORIPAUGH RANCH | | (800) 676-7516 | $1,875.14 | $1,875.14 |
| MWD STANDBY EAST | | (866) 807-6864 | $133,905.84 | $133,905.84 |
| EMWD STANDBY-COMBINED CHARGE, | | (951) 928-3777 | $87.40 | $87.40 |
| | | | $50.38 | $50.38 |

| 1st Installment | |
|---|---|
| Due Date: | 12-10-2008 |
| Status: | Due |
| Taxes Due: | $138,477.69 |

| 2nd Installment | |
|---|---|
| Due Date: | 04-10-2009 |
| Status: | Due |
| Taxes Due: | $138,477.69 |

https://taxpayments.co.riverside.ca.us/AssessmentDetails.aspx

Property Tax Payments - Property Tax Details

| Penalties Due: | $13,847.75 |
| Additional Fees Due: | $0.00 |
| Total Due: | $152,325.44 |

| Penalties Due: | $0.00 |
| Additional Fees Due: | $0.00 |
| Total Due: | $138,477.69 |

Property Tax Payments - Property Tax Details

**Riverside County, California**
**Office of the Treasurer-Tax Collector**

Home   Search   Last Search Results   Payment List   FAQ   Contact Us   Property Tax Portal

## Property Tax Payments - Property Tax Details

Go Back

**RIVERSIDE COUNTY SECURED PROPERTY TAX DETAILS**
**FISCAL YEAR JULY 1, 2008 - JUNE 30, 2009**

| | Assessment Number | Bill Number |
|---|---|---|
| | 964180023-3 | 650347 |

| LND | | - | - | - | Total Assessment |
|---|---|---|---|---|---|
| $413,514.00 | | - | - | - | $413,514.00 |

| Tax Rate Area | Tax Rate |
|---|---|
| 013-116 | 1.0313% |

**Property Data**
20.99 ACRES NET IN LOT 7 MB 401/089 TR 29353

**Mailing Address**
470 E HARRISON ST CORONA CA 92879

| Situs Address |
|---|
| None |

**Tax Payment Distribution** (For information regarding these charges please contact the Taxing Agency directly at the number listed below)

| General Purpose | Taxing Agency | Phone Number | Inst 1 | Inst 2 |
|---|---|---|---|---|
| | TEMECULA PARKS/LIGHTING SVS, | (866) 807-6864 | $2,132.28 | $2,132.28 |
| | TEMECULA CFD03-2 RORIPAUGH RANCH | (800) 676-7516 | $1,562.49 | $1,562.49 |
| | MWD STANDBY EAST | (866) 807-6864 | $111,579.34 | $111,579.34 |
| | EMWD STANDBY-COMBINED CHARGE, | (951) 928-3777 | $72.83 | $72.83 |
| | | | $41.98 | $41.98 |

| 1st Installment | | 2nd Installment | |
|---|---|---|---|
| Due Date: | 12-10-2008 | Due Date: | 04-10-2009 |
| Status: | Due | Status: | Due |
| Taxes Due: | $115,388.92 | Taxes Due: | $115,388.92 |



https://taxpayments.co.riverside.ca.us/AssessmentDetails.aspx

4/3/2009

Property Tax Payments - Property Tax Details

| Penalties Due: | $11,538.86 |
|---|---|
| Additional Fees Due: | $0.00 |
| Total Due: | $126,927.78 |

| Penalties Due: | $0.00 |
|---|---|
| Additional Fees Due: | $0.00 |
| Total Due: | $115,388.92 |

https://taxpayments.co.riverside.ca.us/AssessmentDetails.aspx

4/3/2009

Property Tax Payments - Property Tax Details

Page 1 of 2

**Riverside County, California**
**Office of the Treasurer-Tax Collector**

Home    Search    Last Search Results    Payment List    FAQ    Contact Us    Property Tax Portal

## Property Tax Payments - Property Tax Details

Go Back

| RIVERSIDE COUNTY SECURED PROPERTY TAX DETAILS FISCAL YEAR JULY 1, 2008 - JUNE 30, 2009 | | Assessment Number 964180024-4 | Bill Number 650348 |
|---|---|---|---|

| LND | | | | | | | Total Assessment |
|---|---|---|---|---|---|---|---|
| $197,399.00 | - | - | - | - | | | $197,399.00 |

| Tax Rate Area | Tax Rate | Property Data |
|---|---|---|
| 013-116 | 1.0313% | 10.02 ACRES NET IN LOT 8 MB 401/089 TR 29353 |

| Mailing Address | Situs Address |
|---|---|
| 470 E HARRISON ST CORONA CA 92879 | None |

**Tax Payment Distribution** (For information regarding these charges please contact the Taxing Agency directly at the number listed below)

| Taxing Agency General Purpose | Phone Number | Inst 1 | Inst 2 |
|---|---|---|---|
| TEMECULA PARKS/LIGHTING SVS. | (866) 807-6864 | $1,017.88 | $1,017.88 |
| TEMECULA CFD03-2 RORIPAUGH RANCH | (800) 676-7516 | $745.88 | $745.88 |
| MWD STANDBY EAST | (866) 807-6864 | $53,264.65 | $53,264.65 |
| EMWD STANDBY-COMBINED CHARGE, | (951) 928-3777 | $34.76 | $34.76 |
| | | $20.03 | $20.03 |

| 1st Installment | | 2nd Installment | |
|---|---|---|---|
| Due Date: | 12-10-2008 | Due Date: | 04-10-2009 |
| Status: | Due | Status: | Due |
| Taxes Due: | $55,083.20 | Taxes Due: | $55,083.20 |

https://taxpayments.co.riverside.ca.us/AssessmentDetails.aspx

4/3/2009

Property Tax Payments - Property Tax Details

| Penalties Due: | $5,508.29 |
|---|---|
| Additional Fees Due: | $0.00 |
| Total Due: | $60,591.49 |

| Penalties Due: | $0.00 |
|---|---|
| Additional Fees Due: | $0.00 |
| Total Due: | $55,083.20 |

https://taxpayments.co.riverside.ca.us/AssessmentDetails.aspx

4/3/2009

Property Tax Payments - Property Tax Details



Riverside County, California
**Office of the Treasurer-Tax Collector**

Home      Search      Last Search Results      Payment List      FAQ      Contact Us      Property Tax Portal

## Property Tax Payments - Property Tax Details

Go Back

### RIVERSIDE COUNTY SECURED PROPERTY TAX DETAILS
### FISCAL YEAR JULY 1, 2008 - JUNE 30, 2009

| | | Assessment Number<br>964180025-5 | Bill Number<br>650349 |
|---|---|---|---|

| LND | - | - | - |
|---|---|---|---|
| $241,922.00 | - | - | - |

| | Total Assessment |
|---|---|
| | $241,922.00 |

| Tax Rate Area | Tax Rate |
|---|---|
| 013-116 | 1.03139% |

**Property Data**

12.28 ACRES NET IN LOT 9 MB 401/089 TR 29353

**Mailing Address**

470 E HARRISON ST CORONA CA 92879

**Situs Address**

None

**Tax Payment Distribution** (For information regarding these charges please contact the Taxing Agency directly at the number listed below)

| General Purpose<br>Taxing Agency | Phone Number | Inst 1 | Inst 2 |
|---|---|---|---|
| TEMECULA PARKS/LIGHTING SVS. | | $1,247.47 | $1,247.47 |
| TEMECULA CFD03-2 RORIPAUGH RANCH | (866) 807-6864 | $914.12 | $914.12 |
| MWD STANDBY EAST | (800) 676-7516 | $65,278.43 | $65,278.43 |
| EMWD STANDBY-COMBINED CHARGE, | (866) 807-6864 | $42.61 | $42.61 |
| | (951) 928-3777 | $24.55 | $24.55 |

| 1st Installment | | 2nd Installment | |
|---|---|---|---|
| Due Date: | 12-10-2008 | Due Date: | 04-10-2009 |
| Status: | Due | Status: | Due |
| Taxes Due: | $67,507.18 | Taxes Due: | $67,507.18 |

https://taxpayments.co.riverside.ca.us/AssessmentDetails.aspx

Property Tax Payments - Property Tax Details

| Penalties Due: | $6,750.70 |
| Additional Fees Due: | $0.00 |
| Total Due: | $74,257.88 |

| Penalties Due: | $0.00 |
| Additional Fees Due: | $0.00 |
| Total Due: | $67,507.18 |

https://taxpayments.co.riverside.ca.us/AssessmentDetails.aspx

4/3/2009

Property Tax Payments - Property Tax Details



**Riverside County, California**
**Office of the Treasurer-Tax Collector**

Home    Search    Last Search Results    Payment List    FAQ    Contact Us    Property Tax Portal

## Property Tax Payments - Property Tax Details

Go Back

### RIVERSIDE COUNTY SECURED PROPERTY TAX DETAILS
### FISCAL YEAR JULY 1, 2008 - JUNE 30, 2009

| | Assessment Number | Bill Number |
|---|---|---|
| | 964180026-6 | 650350 |

| | | | | | **Total Assessment** | |
|---|---|---|---|---|---|---|
| LND | | - | - | - | $465,129.00 | |
| $465,129.00 | | - | - | - | | |

| Tax Rate Area | Tax Rate | |
|---|---|---|
| 013-116 | 1.0313% | |

**Property Data**

23.61 ACRES NET IN LOT 10 MB 401/089 TR 29353

| Mailing Address | Situs Address |
|---|---|
| 470 E HARRISON ST CORONA CA 92879 | None |

**Tax Payment Distribution** (For information regarding these charges please contact the Taxing Agency directly at the number listed below)

| General Purpose — Taxing Agency | Phone Number | Inst 1 | Inst 2 |
|---|---|---|---|
| TEMECULA PARKS/LIGHTING SVS. | (866) 807-6864 | $2,398.43 | $2,398.43 |
| TEMECULA CFD03-2 RORIPAUGH RANCH | (800) 676-7516 | $1,757.52 | $1,757.52 |
| MWD STANDBY EAST | (866) 807-6864 | $39,929.14 | $39,929.14 |
| EMWD STANDBY-COMBINED CHARGE, | (951) 928-3777 | $81.92 | $81.92 |
| | | $47.22 | $47.22 |

| 1st Installment | |
|---|---|
| Due Date: | 12-10-2008 |
| Status: | Due |
| Taxes Due: | $44,214.23 |

| 2nd Installment | |
|---|---|
| Due Date: | 04-10-2009 |
| Status: | Due |
| Taxes Due: | $44,214.23 |

https://taxpayments.co.riverside.ca.us/AssessmentDetails.aspx

4/3/2009

Property Tax Payments - Property Tax Details

| Penalties Due: | $4,421.41 |
| Additional Fees Due: | $0.00 |
| **Total Due:** | **$48,635.64** |

| Penalties Due: | $0.00 |
| Additional Fees Due: | $0.00 |
| **Total Due:** | **$44,214.23** |

https://taxpayments.co.riverside.ca.us/AssessmentDetails.aspx

4/3/2009

Property Tax Payments - Property Tax Details



Riverside County, California
**Office of the Treasurer-Tax Collector**

Home    Search    Last Search Results    Payment List    FAQ    Contact Us    Property Tax Portal

## Property Tax Payments - Property Tax Details

Go Back

**RIVERSIDE COUNTY SECURED PROPERTY TAX DETAILS**
**FISCAL YEAR JULY 1, 2008 - JUNE 30, 2009**

| | Assessment Number | Bill Number |
|---|---|---|
| | 964180027-7 | 650351 |

| LND | - | - | - | - | Total Assessment |
|---|---|---|---|---|---|
| $664,103.00 | - | - | - | - | $664,103.00 |

| Tax Rate Area | Tax Rate | Property Data |
|---|---|---|
| 013-116 | 1.0313% | 33.71 ACRES NET IN LOT 11 MB 401/089 TR 29353 |

| Mailing Address | Situs Address |
|---|---|
| 470 E HARRISON ST CORONA CA 92879 | None |

**Tax Payment Distribution** (For information regarding these charges please contact the Taxing Agency directly at the number listed below)

| General Purpose | Taxing Agency | Phone Number | Inst 1 | Inst 2 |
|---|---|---|---|---|
| TEMECULA PARKS/LIGHTING SVS, | | | $3,424.44 | $3,424.44 |
| TEMECULA CFD03-2 RORIPAUGH RANCH | | (866) 807-6864 | $2,509.37 | $2,509.37 |
| MWD STANDBY EAST | | (800) 676-7516 | $57,010.23 | $57,010.23 |
| EMWD STANDBY-COMBINED CHARGE, | | (866) 807-6864 | $116.97 | $116.97 |
| | | (951) 928-3777 | $67.42 | $67.42 |

| 1st Installment | | 2nd Installment | |
|---|---|---|---|
| Due Date: | 12-10-2008 | Due Date: | 04-10-2009 |
| Status: | Due | Status: | Due |
| Taxes Due: | $63,128.43 | Taxes Due: | $63,128.43 |

https://taxpayments.co.riverside.ca.us/AssessmentDetails.aspx

4/3/2009

Property Tax Payments - Property Tax Details

| Penalties Due: | $6,312.82 |
|---|---|
| Additional Fees Due: | $0.00 |
| Total Due: | $69,441.25 |

| Penalties Due: | $0.00 |
|---|---|
| Additional Fees Due: | $0.00 |
| Total Due: | $63,128.43 |

https://taxpayments.co.riverside.ca.us/AssessmentDetails.aspx

4/3/2009