E-filed: April 8, 2009

Marc A. Levinson (California Bar No. 57613)
Jeffery D. Hermann (California Bar No. 90445)
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
Telephone: (916) 447-9200
Facsimile: (916) 329-4900
Email: malevinson@orrick.com
jhermann@orrick.com

Robert Kinas (Nevada Bar No. 6019)
Claire Dossier (Nevada Bar No. 10030)
SNELL & WILMER LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Fax: (702) 784-5252
Email: rkinas@swlaw.com
cdossier@swlaw.com

*ATTORNEYS FOR USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br><br>            Debtors | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter Number: 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | **USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC'S SIXTH REPORT OF ACTION TAKEN AND PROGRESS TOWARDS CONSUMMATION OF CONFIRMED PLAN OF REORGANIZATION** |

## POST-EFFECTIVE DATE USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC's SIXTH REPORT OF ACTION TAKEN AND PROGRESS TOWARDS CONSUMMATION OF CONFIRMED PLAN OF REORGANIZATION

Post-Effective Date USA Capital Diversified Trust Deed Fund, LLC ("Diversified" or "Revested Debtor"), a revested debtor in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), by and through its counsel noted above, hereby submits this Sixth Report of Action Taken and Progress Towards Consummation of Confirmed Plan of Reorganization (the "Sixth Report"), pursuant to the Court's "Order Confirming the "Debtors' Third Amended Joint

9361367

Chapter 11 Plan of Reorganization,' as Modified Herein" [Docket No. 2376] (the "Confirmation Order") entered January 8, 2007. *See* Confirmation Order, ¶ 74. The Debtors' Third Amended Joint Chapter 11 Plan of Reorganization (the "Plan") went effective on March 12, 2007 (the "Effective Date").

This Sixth Report is for the period from **June 12, 2008 to October 12, 2008**. This Sixth Report incorporates the requirements and structure of former Rule 3020(a) of the Court's Local Rules of Bankruptcy Practice, abrogated in May 2006, which were as follows:

(A)    **A schedule of personal property costing more than $5,000 and any real property acquired, sold or disposed of and the price paid for each:**

| | |
|---|---|
| Personal property costing more than $5,000: | None. |
| Real property acquired, sold or disposed of: | None. |
| Total: | $0.00 |

(B)    **A schedule listing each debt, the total amount required to be paid under the Plan, the amount required to be paid to date, the amount actually paid to date, and the amount unpaid:**

Due to the nature of its operations as an investment fund with contracted services through intercompany debtor entities and no employees, Diversified had only a relatively small number of claims filed against it in the Chapter 11 Cases. Such claims included general unsecured claims (many of which were misfiled as creditor claims by holders of equity interests in Diversified) and administrative expense claims related to professional fees accrued during the Chapter 11 Cases.

(C)    **A schedule of executory contracts entered into:**

Pursuant to the Plan, Diversified entered into agreements, as of March 13, 2007, retaining professionals to provide legal and financial advisory services necessary to conduct Diversified's affairs. Those agreements are detailed in previous quarterly reports filed with the Court.

9361367

(D) A statement listing each postpetition tax (i.e., income, payroll, property, sales), payee, and the amount actually paid:

| | |
|---|---|
| Federal Unemployment taxes: | None. |
| Federal Payroll taxes: | None. |
| Nevada Unemployment taxes: | None. |
| Total: | $0.00 |

(E) Progress toward completion of the Plan and a list and status of any pending adversary proceedings or motions and resolutions expected:

### 1. General Progress

The major terms of the Plan with respect to Diversified have all been accomplished. The Operating Agreement of Diversified has been amended, USA Capital First Trust Deed Fund, LLC has made certain payments and assignments to Diversified, and Diversified is operating in the post-confirmation realm.

Diversified continues to focus on recovering assets and the investigation and prosecution of causes of action against potential recovery targets. On August 25, 2008, Chairman of the Board Robert Worthen issued a nine-page letter (the "August Letter") updating investors on the general progress Diversified has made. A copy of the August Letter is attached hereto as Exhibit A. Those efforts include: (1) settlement with USA Commercial Mortgage Trust ("USACM"); (2) investigation and prosecution of causes of action against potential target defendants; (3) advocating Diversified's interests in other bankruptcy cases; (4) preserving assets of insiders Joseph Milanowski and Thomas Hantges; (5) the status of other recovery sources, including collections on the "Colt loans" and loans serviced by Compass; (6) available tax benefits for Diversified; (7) processes for Diversified's members to communicate their questions and concerns, and (8) information on accessing the Diversified website.

### 2. Nondischargeability Complaint – In re Thomas A. Hantges

On February 11, 2008, Diversified filed a nondischargeability complaint (the "Hantges Dischargeability Complaint") in the Thomas A. Hantges bankruptcy

9361367

proceeding. [Docket No. 527 in Bankruptcy Case No. 07-13163; Adversary Case No. 08-01041]. The Hantges Dischargeability Complaint alleges that Mr. Hantges' debts to Diversified should not be discharged under 11 U.S.C. § 523 because Mr. Hantges (1) obtained money and property from Diversified through false pretenses, false representations, and/or actual fraud, (2) Mr. Hantges misappropriated Diversified's money and property while acting in a fiduciary capacity towards Diversified, and (3) Mr. Hantges obtained Diversified's money and property by means of willful and malicious injury and/or reckless disregard to Diversified. The Hantges Dischargeability Complaint seeks a determination that all of Mr. Hantges' debts to Diversified are non-dischargeable, and a judgment for Diversified in an amount not less than $149,555,735.

On October 16, 2008, Diversified and Mr. Hantges appeared for a Scheduling Conference before the Court. At the Scheduling Conference the parties agreed to stay the adversary proceeding litigation pending either 1) the filing of a chapter 11 plan providing for discharge of Mr. Hantges or 2) the conversion of the chapter 11 case to a chapter 7 bankruptcy. On October 24, 2008, the Court entered an *Order Approving Oral Stipulation to Stay Discovery Pending Further Order of the Court* [Docket No. 21 in Adversary Case No. 08-01041].

On October 17, 2008, the Court entered an *Order Scheduling Telephonic Status Conference* [Docket No. 17 in Adversary Case No. 08-01041], which required Diversified and Mr. Hantges to participate in a telephone conference with Judge Randall Newsome to discuss settlement. After a September 27, 2008 telephonic settlement conference with Judge Newsome, Diversified determined that too many contingencies existed in Mr. Hantges' underlying bankruptcy case to engage in meaningful settlement negotiations about the adversary proceeding at that time.

3.   **Nondischargeability Complaint – In re Joseph D. Milanowski**

On March 28, 2008, Diversified filed a nondischargeability complaint (the "Milanowski Dischargeability Complaint") in the Joseph D. Milanowski bankruptcy proceeding. [Docket No. 416 in Bankruptcy Case No. 07-13162; Adversary Case No.

9361367

- 4 -

08-01090]. The Milanowski Dischargeability Complaint alleges that Mr. Milanowski's debts to Diversified should not be discharged under 11 U.S.C. § 523 because Mr. Milanowski (1) obtained money and property from Diversified through false pretenses, false representations, and/or actual fraud, (2) Mr. Milanowski misappropriated Diversified's money and property while acting in a fiduciary capacity towards Diversified, and (3) Mr. Milanowski obtained Diversified's money and property by means of willful and malicious injury and/or reckless disregard to Diversified. The Milanowski Dischargeability Complaint seeks a determination that all of Mr. Milanowski's debts to Diversified are non-dischargeable, and a judgment for Diversified in an amount not less than $149,555,735. Mr. Milanowski filed an Answer [Docket No. 7 in Adversary Case No. 08-01090] on June 30, 2008.

On September 30, 2008, Diversified and Mr. Milanowski appeared for a Scheduling Conference before the Court. The Court agreed to stay the adversary proceeding litigation, and set a continued status conference for March 6, 2009.

On October 17, 2008, the Court entered an *Order Scheduling Telephonic Status Conference* [Docket No. 17 in Adversary Case No. 08-01041], which required Diversified and Mr. Milanowski to participate in a telephone conference with Judge Randall Newsome to discuss settlement. After a September 27, 2009 telephonic settlement conference with Judge Newsome, the parties ultimately determined that too many contingencies existed in Mr. Milanowski's underlying bankruptcy case to engage in meaningful settlement negotiations about the adversary proceeding at that time.

5.   **Status of Complaints Filed**

Diversified and USACM have filed a number of complaints to recover assets through their litigation counsel, Diamond McCarthy LLP. Diversified and USACM have resolved their dispute with Piercy, Bowler, Taylor & Kern, PC on confidential terms satisfactory to all parties.

- *USACM Liquidating Trust and USA Capital Diversified Trust Deed Fund, LLC v. Deloitte & Touche, LLP and Victoria Loob (Case No. 08-00461)*: This Complaint was filed in United States District Court, District of Nevada, on April 11, 2008. It

contains claims by Diversified against Deloitte & Touche, LLP for Aiding and Abetting/Participation in Breaches of Fiduciary Duty. It also contains claims by Diversified against Ms. Loob for Aiding and Abetting/Participation in Breaches of Fiduciary Duty, and for Conversion. Deloitte & Touche, LLP filed a motion to dismiss [Docket No. 22], which the court has denied. A copy of the October 19, 2008 media article "Deloitte Claims Stand in Fraud Scheme Suit" is attached as Exhibit B.

- *USA Capital Diversified Trust Deed Fund LLC v. Stanley E. Fulton (Adversary Case No. 08-01132)*: This Complaint was filed as an adversary proceeding in Jointly Administered Bankruptcy Case No. 06-10725 on April 11, 2008. It contains fraudulent transfer, unjust enrichment, and NRS 41.580 claims against Mr. Fulton based on his involvement in several loans, including the "Camino Al Norte," "Sheraton Hotel," "Double Diamond Ranch/Reno," "Mason Goodrich Land," and "Amblamo-The View" loans. *See* Complaint, at ¶ 23. Defendant answered on June 30, 2008 [Docket No. 8]. A discovery plan was filed on August 19, 2008 [Docket No. 10].

- *USAC Liquidating Trust and USA Capital Diversified Trust Deed Fund, LLC v. Mary Petersen, individually and as Trustee of the Mary Petersen Family Trust Dtd 8/12/98; Michael Petersen individually and as Trustee of the Michael D. Petersen Family Trust Dtd 8/12/98; Kathryn Petersen individually and as Trustee of the Kathryn L. Petersen Living Trust and the KLP Trust Dtd 7/15/99 (Adversary Case No. 08-01134)*: This Complaint was filed as an adversary proceeding in Jointly Administered Bankruptcy Case No. 06-10725 on April 12, 2008. It contains fraudulent transfer, unjust enrichment, aiding and abetting breach of fiduciary duty, and NRS 41.580 claims against the defendants related to the preferential treatment they received from the "Culpable Insiders," as defined in the Complaint. On June 30, 2008 the defendants answered. A discovery plan was filed on August 19, 2008 [Docket No. 41].

- *USA Capital Diversified Trust Deed Fund v. Kathryn L. Petersen, individually and as Trustee of the Kathryn L. Petersen Living Trust and Trustee of KLP Trust Dtd 7/15/99 and Specialized Development Tahoe, LLC (Adversary Case No. 08-01133)*: This Complaint was filed as an adversary proceeding in Jointly Administered Bankruptcy Case No. 06-10725 on April 12, 2008. It contains fraudulent transfer, unjust enrichment claims against the defendants related to certain wire transfers detailed in paragraphs 23 – 31 of the Complaint. Defendants answered on June 30, 2008. A discovery plan was filed on August 19, 2008 [Docket No. 23].

- *USACM Liquidating Trust, USA Capital Diversified Trust Deed Fund, LLC, and USA Capital First Trust Deed Fund, LLC v. Wells Fargo Bank, N.A. (Adversary Case No. 08-01135)*: This Complaint was filed as an adversary proceeding in Jointly Administered Bankruptcy Case No. 06-10725 on April 12, 2008. It includes claims against Wells Fargo Bank, N.A. for Aiding and Abetting/Participating in Breaches of Fiduciary Duty, and for Negligence. Wells Fargo Bank, N.A. filed a motion to dismiss [Docket No. 8]. A discovery plan was filed on October 10, 2008 [Docket No. 68]. On October 17, 2008 the Court set the adversary proceeding for trial from December 8-18, 2009 [Docket No. 69].

- *USACM Liquidating Trust and USA Capital Diversified Trust Deed Fund, LLC v. Beadle, McBride, Evans & Reeves LLP, Reeves, Evans, McBride & Zhang, LLP, TG McBride CPA Ltd., and T. Garth McBride (Adversary Case No. 08-01164)*:

9361367

- 6 -

This Complaint was filed as an adversary proceeding in Jointly Administered Bankruptcy Case No. 06-10725 on May 16, 2008. It contains claims by Diversified against the defendants for Aiding and Abetting/Participation in Breaches of Fiduciary Duty, Accounting Malpractice/Professional Negligence, and Breach of Contract. On July 18, 2008, the parties entered a stipulation to extend the defendants' deadline to answer until September 18, 2008, and noted that "[t]he Parties have reached a tentative settlement of this action and are continuing their dialogue in order to finalize the settlement terms." *See* Stipulation to Extend Deadline to Respond to Complaint [Docket No. 16], at ¶ 3. A discovery plan was entered August 19, 2008 [Docket No. 21]. On October 20, 2008, Diversified filed a Motion to Approve Compromise and Settle Controversies with Beadle, McBride, Evans & Reeves, LLP, et al. [Docket No. 28].

(F) **A statement regarding the status of payment of UST quarterly fees:**

All UST fees have been paid in full through October 12, 2008, the final date covered by this Sixth Report.

Dated this 8th day of April, 2009.

SNELL & WILMER L.L.P.

By: _____
Robert R. Kinas (Nevada Bar No.6019)
Claire Y. Dossier (Nevada Bar No. 10030)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

And

ORRICK, HERRINGTON & SUTCLUFFE LLP
Marc A. Levinson
Jeffery D. Hermann
400 Capitol Mall, Suite 3000
Sacramento, California 95814-4497
*Attorneys for USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC*

9361367.2
04/08/09

- 7 -

# EXHIBIT A

# EXHIBIT A

# USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
Robert G. Worthen, Chairman of the Board

August 25, 2008

Dear USA Capital Diversified Trust Deed Fund, LLC Investor:

I again write on behalf of the Board of Directors of USA Capital Diversified Trust Deed Fund, LLC ("DTDF") to update you regarding DTDF's efforts to collect assets and to make distributions to investors. As described in more detail below, we continue to focus on recovering assets and the investigation and prosecution of causes of action against potential recovery targets. DTDF is striving to make a distribution by year-end and will be able to do so if a few expected recoveries are in fact paid to DTDF.

In previous letters to investors – each of which is posted on the DTDF website – we reported to you on our efforts to recover assets. This letter builds off of the information provided in the previous letters and covers the following topics:

1. <u>Settlement with USA Commercial Mortgage Trust ("USACM")</u> – Settlement between DTDF and USACM regarding DTDF's unsecured claim in USACM's estate, joint pursuit of litigation and other matters.

2. <u>Investigating and Prosecuting Causes of Action against Potential Target Defendents</u> – Summary of litigation plan and list of lawsuits filed by DTDF.

3. <u>Advocating DTDF Interests in Other Bankruptcy Cases</u> – Summary of bankruptcy cases and DTDF's involvement and claim amounts.

4. <u>Preserving Assets of Insiders (Thomas Hantges and Joseph Milanowski)</u> – Summary of bankruptcy filings, DTDF's involvement and claim amounts and other lawsuits.

5. <u>Status of Other Recovery Sources</u> – Update on collections of the Colt loans and Compass-serviced loans.

6. <u>DTDF Taxes</u> – Available tax benefits for DTDF regarding bad debt, loan loss, etc. has been researched by DTDF professionals and will continue to be researched on an annual basis.

7. <u>Communications With DTDF Members</u> – Phone number and e-mail address provided for DTDF investor questions.

8. <u>Accessing The DTDF Website</u> – Website information provided for investors to access DTDF information.

After reviewing the following, you may want to re-read portions of the earlier letters for additional background information.

Page 2

**1. Settlement with USA Commercial Mortgage Trust ("USACM")**

Confirmation of the Plan did not resolve numerous disputes between USACM and DTDF. In March 2008 DTDF and USACM settled their disputes.

In summary, the settlement provided:

- DTDF and USACM split certain reserves held by USACM on a 40/60 basis;

- DTDF is allowed a $128 million unsecured claim in the USACM Estate;

- DTDF hires Diamond McCarthy LLP to pursue certain DTDF Litigation Claims, that will generally be prosecuted jointly with similar claims asserted by USACM through Diamond McCarthy;

- DTDF and USACM will jointly share proceeds of litigation claims, including those DTDF Litigation Claims prosecuted by Diamond McCarthy, with DTDF receiving 50% of the first $20 million of gross recoveries, and DTDF receiving 35% of all gross recoveries thereafter;

- DTDF, by reason of its allowed general unsecured claim, will share in the USACM recoveries from both litigation claims and other assets of USACM on a pro-rata basis with all other allowed general unsecured creditor claims;

- DTDF and USACM share proceeds of the $58 million note made by USA Investment Partners ("USAIP") on an equal basis; and

- DTDF and USACM release each other of potential claims.

The compromise was the subject of notice to those parties entitled to post-confirmation notice and considered at a hearing on March 25, 2008. The Bankruptcy Court asked that additional notice be provided and that the deadline for objections be extended to March 31, 2008. No objections were received and on April 1, 2008, the bankruptcy court entered its Order Granting Motion to Approve Settlement Agreement with USA Capital Diversified Trust Deed Fund, LLC. Reserves of approximately $5 million were released by USACM – 60% to USACM and 40% to DTDF. DTDF engaged Diamond McCarthy as its special counsel and Diamond McCarthy filed causes of action on behalf of DTDF before the expiration of the two-year tolling period on April 13, 2008.

The DTDF professionals and the Board are pleased with the settlement reached with USACM. Pursuing the litigation claims jointly allows DTDF to share in USACM claim recoveries from litigation targets that DTDF may not have pursued and vica versa for USACM. The settlement also allows DTDF to pursue its litigation targets without incurring substantial professional fees. Having an agreement with USACM eliminates future controversy regarding the allocation of claim recoveries and allows DTDF to receive proceeds from USACM litigation recoveries on a real time basis rather than waiting for USACM to make a distribution to its creditors. Finally, the settlement will serve to reduce DTDF's ongoing attorney's fees as the role of Orrick and Snell & Wilmer will be greatly reduced.

Page 3

## 2. Investigating and Prosecuting Causes of Action against Potential Target Defendants

Diamond McCarthy as special litigation counsel has actively conducted formal and informal discovery of files, witnesses and transactions since its informal engagement by USACM in January 2007, which was formalized once the plan went effective in March 2007. The goals are to develop and then prosecute causes of action against insiders and third parties to recover damages for the benefit of DTDF investors and USACM creditors. In addition, special litigation counsel has sought to identify assets diverted by insiders and their affiliates so that the assets can be recovered. Diamond McCarthy is coordinating those efforts with others, including the USAIP Trustee, and the Trustees for Hantges and Milanowski mentioned below. Dozens of witnesses have been deposed or interviewed, and many thousands of documents have been reviewed. Further, Diamond McCarthy is coordinating efforts with various federal and state Governmental agencies, including the FBI, US Attorney's Office for Las Vegas, and the SEC.

DTDF and USACM had the benefit of a two-year tolling period under Bankruptcy Code § 108 to bring many claims and causes of action owned by DTDF and USACM on the date of its bankruptcy filing. The two-year anniversary of the bankruptcy filing was April 13, 2008. DTDF and USACM filed numerous causes of action before this deadline. Lawsuits where DTDF is a plaintiff were filed against the following in United States Bankruptcy Court for the District of Nevada:

| Case No. | Defendant |
|---|---|
| 08-01132 | Stanley E. Fulton[1] |
| 08-01133 | Kathryn L. Petersen; Kathryn L. Petersen Living Trust; KLP Trust dated 7/15/99; Specialized Development Tahoe, LLC[2] |
| 08-01134 | Mary Petersen; Mary Petersen Family Trust dated 8/12/98; Michael D. Petersen; Michael D. Petersen Family Trust dated 8/12/98; Kathryn L. Petersen; Kathryn L. Petersen Living Trust; KLP Trust dated 7/15/99[3] |
| 08-01135 | Wells Fargo Bank, N.A.[4] |
| 08-01164 | Beadle, McBride, Evans & Reeves, LLP; Reeves, Evans, McBride & Zhang, LLP; TG McBride, CPA Ltd.; T. Garth McBride[5] |
| 08-0112-0 | David A. Fogg[6] |

---

[1] Plaintiff is DTDF.

[2] Plaintiff is DTDF.

[3] Plaintiffs are USACM and DTDF.

[4] Plaintiffs are USACM, DTDF and FTDF.

[5] Plaintiffs are USACM and DTDF.

[6] Plaintiffs are USACM and DTDF.

Page 4

Additionally, a complaint was filed in the United States District Court for the District of Nevada, as follows:

| Case No. | Plaintiffs | Defendants |
|---|---|---|
| 2:08-CV-461 | USACM and DTDF | Deloitte & Touche, LLP; Victoria Loob |

These actions are being prosecuted in order to recover funds for DTDF investors and USACM beneficiaries.

DTDF and USACM also entered into what are known as "tolling agreements" with a number of potential targets before the deadline for bringing action. In essence, a tolling agreement allows DTDF and USACM to take more time to investigate possible causes of action and hopefully negotiate settlement of any claims against the potential targets before filing suit. The relevant limitations period is tolled during the pendency of the tolling agreement. For confidentiality and other reasons, to encourage settlement and to protect potential targets about whom DTDF and USACM may not have sufficient information to bring an action at this time, DTDF and USACM are not disclosing the identity of the persons and entities with whom they have entered into tolling agreements except for a few such agreements filed with the Court.

### 3. Advocating DTDF Interests in Other Bankruptcy Cases

**USAIP Chapter 11 Case**

DTDF and USACM joined with other creditors of USAIP in the filing of an involuntary chapter 11 petition against USAIP in early April 2007. As a result, USAIP is a debtor in a bankruptcy case pending in Nevada (case #07-11821-LBR). USAIP is the maker of a $58,374,918.81 promissory note (the "$58 Million Note") to USACM for the benefit of creditors (including DTDF). Repayment of the $58 Million Note and other obligations of USAIP are secured by liens on USAIP's interest in entities owned or in part by USAIP.[7] As mentioned above, DTDF and USACM will share collections on the $58 Million Note on an equal basis.

Trustee

Over the objection of Hantges and Milanowski, through their counsel, the bankruptcy court (Honorable Linda B. Riegle) entered an order directing the United States Trustee to appoint a trustee for USAIP. Lisa M. Poulin was appointed as trustee. She selected Gordon & Silver, P.C. of Las Vegas, Nevada as her counsel, with the Court's approval.

---

[7] Capital Land Investors, LLC, a California limited liability company; Ashby USA, LLC, a California limited liability company; Placer County Land Investors, LLC a California limited liability company (f/k/a Placer County Land Speculators, LLC); Oak Mesa Investors, LLC, a California limited liability company; HMA Sales, LLC, a Nevada limited liability company; Tanamera Properties, LLC; Random Developments, LLC, a California limited liability company; and Buffalo Land Developments, LLC, a California limited liability company.

Page 5

Proofs of Claim

DTDF timely filed a proof of claim seeking $176,380,998 from the USAIP estate. Resolution of claims against the USAIP estate and the possibility of payment are months or years away.

As Lisa Poulin identified USAIP subsidiaries in need of bankruptcy protection, bankruptcy cases were filed, she was appointed trustee, and the cases were jointly administered. These include: HMA Sales, LLC, Case No. 07-12694; Capital Land Investors, LLC, Case No. 07-18099; Oak Mesa Investors, LLC, Case No. 08-10397; and Buffalo Land Development Co., LLC, Case No. 08-10398.

**Tree Moss Partners, LLC Chapter 11 Case**

Tree Moss Partners, LLC ("Tree Moss") is a debtor in bankruptcy due to an involuntary bankruptcy petition (Case No. 06-13758-LBR) filed by DTDF. Ms. Poulin has been appointed trustee for Tree Moss. Tree Moss owns the condominium project adjacent to the Hotel Zoso. USAIP's equity in this entity is not pledged as collateral for the $58 Million Note.

DTDF filed a proof of unsecured claim for $23,116,045 in the Tree Moss case.

On April 1, 2008, the Bankruptcy Court granted the Motion of the Trustee for Tree Moss for sale of substantially all of its property and releases with Diamond Resorts Corporation as buyer for approximately $9,000,000. The sale is conditioned upon a few items one of which is the extension of the ground lease by Bureau of Indian Affairs. The buyer is expected to negotiate and finalize the ground lease with Bureau of Indian Affairs by November 2008.

**USA Investors VI, LLC Chapter 11 Case**

USA Investors VI, LLC ("Investors VI") is a debtor in bankruptcy due to an involuntary bankruptcy petition (Case No. 07-12377-lbr) filed by DTDF. Ms. Poulin has been appointed trustee for Investors VI. The sole asset of Investors VI was the Hotel Zoso in Palm Springs that was sold in late 2007 with the lion's share of the proceeds paid to the secured lender.

DTDF filed a proof of unsecured claim for $13,310,422 in the Investors VI case. Unfortunately, it appears the available funds for distribution to unsecured creditors will be minimal.

**HMA Sales, LLC Chapter 11 Case**

HMA Sales is a debtor in bankruptcy due to a voluntary chapter 11 petition (Case No 07-12694) filed by USAIP under the control of Ms. Poulin. Ms. Poulin is the trustee for HMA Sales. DTDF and HMA Sales reached a settlement agreement in June 2007 that was discussed in prior letters to investors. As a result of the settlement agreement DTDF received $8.9MM in 2007 and will receive additional monies in 2008 and possibly 2009. DTDF continues to monitor the HMA Sales bankruptcy and work with Ms. Poulin and her counsel to collect additional sums relating to the Royal Hotel.

**BySynergy, LLC Chapter 11 Case**

Page 6

BySynergy is also a debtor in bankruptcy due to an involuntary bankruptcy petition (Case No. 08-7680-rtb) filed by parties other than DTDF on June 25, 2008. DTDF is monitoring the bankruptcy case to determine what amounts, if any, will become available for distribution to DTDF on account of BySynergy's loan from DTDF.

### 4. Preserving Assets of Insiders (Thomas Hantges and Joseph Milanowski)

Thomas Hantges ("Hantges")

Due to the filing of an involuntary bankruptcy petition by DTDF, USACM and other creditors, Hantges is a debtor in a chapter 11 bankruptcy case in Nevada, Case No. 07-13163-lbr. Michael Carmel was appointed trustee in the Hantges bankruptcy.

DTDF timely filed a proof of claim against the estate of Hantges seeking the amount of $182,538,254. Resolution of claims against the Hantges estate and the possibility of payment are months or years away.

On February 11, 2008, DTDF filed a complaint to determine non-dischargeability of debt against Hantges, assigned Adversary No. 08-01041-lbr. Hantges has answered the complaint and the matter is in the early discovery stages. Similar lawsuits were filed against Hantges by USACM (No. 08-01042), the Kehl family (No. 08-01040), and the United States Pension Benefit Guaranty Corporation ("PBGC") (No. 08-01039).

The Hantges trustee objected to the exempt assets claimed by Hantges and prosecuted a complaint to recover funds transferred by Hantges to a family trust, Adversary No. 08-01002 pending in the bankruptcy court. The action includes other defendants who were sued for aiding fraudulent transfers and concealment of assets.

On May 7, 2008, Hantges filed a motion to dismiss his chapter 11 case or an alternative motion to convert the case from chapter 11 to chapter 7. Hantges argued that prosecution of the case in chapter 11 was not in the best interests of creditors, and that a requirement of bankruptcy law applicable to individual chapter 11 bankruptcy cases could effectively impose unconstitutional involuntary servitude upon Hantges. Each of the Hantges trustee, USACM and the Office of the United States Trustee have filed papers opposing Hantges' motion. That motion is set for hearing before the bankruptcy court on August 26, 2008.

Joseph Milanowski ("Milanowski")

Similarly, due to the filing of an involuntary bankruptcy petition by DTDF, USACM and other creditors, Milanowski is a debtor in a chapter 11 bankruptcy case in Nevada, Case No. 07-13162-lbr. Although Milanowski and his counsel strenuously opposed the involuntary, the Bankruptcy Court entered an order for relief against Milanowski and appointed Ford Elsaesser as the trustee. Milanowski has appealed the order for relief. The Milanowski appeal is in the United States District Court for the District of Nevada, Case No. 3:07-cv-404. This appeal was reassigned to Judge Brian E. Sandoval and eventually dismissed, on May 8, 2008.

DTDF filed a proof of claim against Milanowski for $182,538,254. Resolution of claims against the Milanowski estate and the possibility of payment are months or years away.

Page 7

DTDF filed a complaint in the bankruptcy court, Adv. No. 07-13162-lbr, to determine the non-dischargeability of Milanowski's debts to DTDF. That complaint is in the early stages of discovery. A scheduling conference is set for August 27, 2008. Similar lawsuits were filed against Milanowski by USACM (No. 08-01093), Aurora Investment L.P (No. 07-01212), the Kehl family (No. 08-01052), the PBGC (No. 08-01044), and BySynergy, LLC (No. 07-01209).

On April 23, 2008, the SEC brought an action against Milanowski "in connection with a multi-million dollar fraud" seeking an order requiring Milanowski to disgorge sums obtained. The complaint was filed with the United States District for the District of Nevada and is Case No. 2:08-CV-00511. Milanowski filed an Answer to the complaint on June 27, 2008 and a discovery plan/scheduling order is due in August.

### 5. Status of Other Recovery Sources

Colt Loans

DTDF and the two other direct lenders who are DTDF's co-beneficiaries of a promissory note secured by a first trust deed on certain parcels and buildings comprising a portion of the overall Colt project have, through Connecticut counsel hired by the three, initiated a foreclosure action. The case is working its way through the Connecticut courts, but justice moves slowly, and foreclosure is not on the near horizon.

Loans Serviced By Compass

Compass is the servicer of nine DTDF loans. As of July 31, 2008, the total outstanding amount due to DTDF for the nine loans approximated $7.0 million. The two largest DTDF loans serviced by Compass are the Amesbury/Hatters Point loan with $3.8 million owed to DTDF and the Ten-Ninety, Ltd loan with $1.5 million owed to DTDF.

Compass provides monthly loan status updates for each loan on its website at http://www.compassloans.net/currentloans . Provided below is a brief summary of the collection status for each of DTDF's loans serviced by Compass:

1. Amesbury/Hatters Point – Compass is moving forward with receiving the Deed in Lieu of Foreclosure or foreclosing on the remaining collateral. The borrower's guarantee appears to be worthless and Compass is currently going through the due diligence to substantiate that.
2. Bay Pompano Beach – A discounted payoff offer has been accepted that would pay the direct lenders approximately 77% of the principal and non-default interest owed. DTDF holds a .47% interest in this loan and is owed approximately $82,000. The discounted payoff is expected to close in the near future, if that occurs DTDF would receive approximately $63,000.
3. HFA – Clear Lake – Negotiations by Compass with the borrower have been ongoing, but have not produced viable loan resolution. Compass will proceed to foreclose on the collateral.
4. Huntsville – Compass has foreclosed on the collateral and is in negotiations with potential buyers of the property.

Page 8

5. <u>Lake Helen Partners</u> – The borrower contested the foreclosure. Compass prevailed on a Motion for Summary Judgment, defeating the borrower's defenses. At the same hearing, the Direct Lenders and Compass were awarded a Final Judgment of Foreclosure.
6. <u>Mountain House Business Park</u> – The borrower filed Chapter 11 bankruptcy in late February to stay the foreclosures. Compass is monitoring the chapter 11 bankruptcy case and participating in the Chapter 11 process.
7. <u>Oak Shores II</u> – Compass is investigating whether to pursue judicial or non-judicial foreclosure.
8. <u>Ten-Ninety, Ltd</u> – Compass foreclosed on the collateral and is marketing the sale of the asset through O'Donnell Atkins.
9. <u>The Gardens, LLC Timeshare</u> – DTDF sold its interest (5.43%) in The Gardens loan to a third party in July 2008 for 75% of the principal balance or $146k.

Compass and the Lender Protection Group have various disputes between each other, primarily with respect to the servicing rights of the direct lender loans. DTDF is not directly involved in those disputes.

## 6. DTDF Taxes

KPMG prepared DTDF's 2006 and 2007 tax returns. KPMG and other DTDF professionals have researched tax provisions and made appropriate adjustments regarding the treatment of bad debt, loan loss and loss due to fraudulent activity to realize available tax benefits. In certain situations DTDF may be able to realize available tax benefits once a <u>final</u> determination of non-collectability can be made on individual DTDF assets. DTDF will continue to investigate available tax benefits and make appropriate adjustments on an annual basis.

## 7. Communications With DTDF Members

We will send you another letter within the next three months. As it is very expensive to communicate with our professionals, who bill hourly fees, I am pleased to receive your phone calls and to answer questions about our status to the best of my ability. My personal cell phone number is (702) 239-4222.

Also, you may send us inquiries at diversifiedfund@orrick.com. For address changes, please send a written request with your legal vesting name and account number to DTDF at the following address:

> USA Capital Diversified Trust Deed Fund
> C/O FTI Consulting, Inc.
> Two North Central Avenue
> Suite 1200
> Phoenix, Arizona 85004

## 8. Accessing The DTDF Website

Page 9

The website provides a convenient way to track the progress in this case. There, you can view an updated court docket, with links to recent pleadings and informative updates. Every letter to DTDF investors, including this one, is posted on the website. I urge you to visit our website on a regular basis. Here are two ways to access the DTDF Website:

- TYPING: Type http://usacapdtdf.bmcgroup.com/default.aspx into the browser screen at the top of your monitor.

- GOOGLE: If you type "USA Capital Diversified Information" in Google, the first resulting link should be the DTDF Website. Simply click on the link and you will be at the DTDF Website.

**Conclusion**

We continue to ask for your patience, and want to assure you that the Board and the DTDF professionals are giving our best efforts to obtain the best recovery for you.

Best Regards,
Robert G. Worthen
Chairman of the Board

# EXHIBIT B

# EXHIBIT B

# Deloitte Claims Stand In Fraud Scheme Suit

October 29, 2008

Financial advisory firm Deloitte & Touche LLP can be held accountable for allowing insiders at bankrupt USA Commercial Mortgage Co. to steal from the mortgage company and defraud investors, a federal judge has ruled.

Judge Philip Pro on Friday denied Deloitte's motion to dismiss the case, which was filed by a liquidation-related trust for USA Commercial Mortgage in the U.S. District Court for the District of Nevada.

In the complaint, USACM Liquidating Trust alleged that the lender's former auditor, Deloitte, aided and abetted in a securities fraud scheme perpetuated namely by former principals Thomas A. Hantges and Joseph D. Milanowski.

Hantges, the former chairman and CEO, and Milanowski, the former president and treasurer, stole money from the mortgage company's servicing unit and investment fund to make interest payments on loans for commercial real estate projects, the complaint said.

By making the interest payments, Hantges and Milanowski were able to convince investors who put up principal that the loans were current. In fact, many of the borrowers for the commercial real estate loans were defaulting or going belly-up, according to the complaint.

The scheme eventually tipped Las Vegas-based USA Commercial Mortgage into liquidation bankruptcy in 2006 and left numerous small investors, mostly retirees, without any means of recouping much of their savings, the managers of the liquidating trust alleged.

Deloitte assisted in the scheme by issuing unqualified audit opinions on "materially false and misleading financial statements" from December 1998 through December 2001, the complaint said.

After signing off on the 2001 financial statements, Deloitte "orchestrated a quiet withdrawal" from its work as an auditor for the mortgage company without notifying stakeholders that it had discovered wrongdoing, the complaint alleged.

Deloitte maintained that it had no role in the alleged investment scheme and should not be held liable for it, according to Judge Pro's ruling on Friday.

"They know that there was a problem here, and they fired their client because of the

knowledge they had," said Bill Reid, a partner in Diamond McCarthy LLP, representing the liquidation trust. "But as we alleged in our complaint, they really should have done something different other than issue a clean audit and withdrawal."

Attorneys for Deloitte did not return calls for comment on Tuesday.

In April, the U.S. Securities and Exchange Commission filed a civil suit against Milanowski, charging him with securities fraud in connection with his role in the scheme. The SEC has not brought charges against Hantges, Reid said.

USA Capital, a fund created by the company to provide loans, raised about $150 million from 1,900 investors between May 2000 and September 2005, according to the SEC.

The liquidation trust was formed as part of the wind-down plan in USA Commercial Mortgage's bankruptcy, which was filed as a liquidating Chapter 11 in the U.S. Bankruptcy Court for the District of Nevada in April 2006.

In its suit against Deloitte, the liquidation trust sought damages for all losses suffered by the mortgage company and the investment fund, disgorgement of fees Deloitte received from the mortgage company and punitive damages, according to the complaint.

The suit also sought damages from a former USA Commercial Mortgage in-house accountant, Victoria Loob, who allegedly helped perpetuate the scheme.

The liquidating trust is represented in the matter by Diamond McCarthy LLP and Lewis and Roca LLP.

Deloitte & Touche LLP is represented by Morris Pickering & Peterson and Latham & Watkins LLP.

The case is USACM Liquidating Trust v. Deloitte & Touche LLP, case number 2:08-cv-00461, in the U.S. District Court for the District of Nevada.