LEWIS
AND
ROCA
——— LLP ———
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 4/9/09

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR[1] |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[2] |
| USA CAPITAL REALTY ADVISORS, LLC,[1] | Case No. BK-S-06-10729-LBR[3] |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,[2] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC,[3] | **NOTICE OF HEARING REGARDING OBJECTION OF USACM TRUST TO PROOFS OF CLAIM OF TERI MELVIN AS FILED PARTIALLY IN WRONG DEBTOR'S CASE; DUPLICATE CLAIMS; AND OBJECTION OF DTDF TO PROPOSED ALLOWANCE OF CLAIM (WITH CERTIFICATE OF SERVICE)** |
| Debtors. | |
| **Affects:** | |
| ☐ All Debtors | |
| ☒ USA Commercial Mortgage Company | |
| ☐ USA Capital Realty Advisors, LLC | Hearing Date: June 12, 2009 |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | Hearing Time: 9:30 a.m. |
| ☒ USA Capital First Trust Deed Fund, LLC | |
| ☐ USA Securities, LLC | |

**THE USACM LIQUIDATING TRUST IS OBJECTING TO THE CLAIMS**

**THAT _YOU_ FILED.  The USACM Trust seeks to disallow your claims because the**

**USACM Trust contends that**

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2036963.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

1.  **Claim No. 10725-02421 is partially based upon an investment in USA Capital Diversified Trust Deed Fund ("DTDF") and was therefore filed in the wrong debtor case, and it is duplicative of Claim 10725-02351;**

2.  **Claim No. 10725-02348 is duplicative of Claim 10725-02351; and**

3.  **Claim No. 10725-02349 is duplicative of Claim 10725-02351.**

**PLEASE DO NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF YOUR CLAIMS.  QUESTIONS REGARDING THE AMOUNT OF A CLAIM OR THE FILING OF A CLAIM SHOULD BE DIRECTED TO BRANT FYLLING AT SIERRA GROUP CONSULTING, LLC (602-424-7009) OR TO THE UNDERSIGNED COUNSEL.**

**NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust by and through its counsel, has filed an Objection of USACM Trust to Proofs of Claim of Teri Melvin As Filed Partially in Wrong Debtor's Case; Duplicate claims; and Objection of DTDF to Proposed Allowance of Claim (with Certificate of Service) (the "Objection"). The USACM Trust respectfully requests that the Court enter an order pursuant to § 502 of title 11 of the United States Code (the "Bankruptcy Code")

1.  Disallowing $192,189.29 of claim 10725-02421 against USACM, disallowing any proposed allowance of your claim in the DTDF case, and appropriately allowing you to retain an equity interest in DTDF in the amount of $192,189.29 as reflected in the books and records of DTDF as of April 13, 2006;

2.  Disallowing claim 10725-02348 in its entirety on the ground that it is duplicative of claim 10725-02351; and

3.  Disallowing claim 10725-02349 in its entirety on the ground that it is duplicative of claim 10725-02351.

2036963.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

**NOTICE IS FURTHER GIVEN** that the hearing on the Objection will be held before the Honorable Linda B. Riegle, U.S. Bankruptcy Court Judge in the Foley Federal Building, 300 Las Vegas Blvd. South, 3rd Floor, Courtroom No. 1, Las Vegas, Nevada on **June 12, 2009, at the hour of 9:30 a.m**.

**NOTICE IS FURTHER GIVEN THAT THE HEARING SET ON JUNE 12, 2009, WILL BE HELD FOR THE PURPOSE OF STATUS CHECKS AND SCHEDULING EVIDENTIARY HEARINGS ONLY.  NO ARGUMENTS WILL BE HEARD ON THAT DATE.**

**NOTICE IS FURTHER GIVEN** that any response to the Objection must be filed by **June 5, 2009,** pursuant to Local Rule 3007(b), which states:

> If an objection to a claim is opposed, a written response must be filed and served on the objecting party at least 5 business days before the scheduled hearing.  A response is deemed sufficient if it states that written documentation in support of the proof of claim has already been provided to the objecting party and that the documentation will be provided at any evidentiary hearing or trial on that matter.

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the Court.  You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:

- The Court may *refuse to allow you to speak* at the scheduled hearing; and
- The Court may *rule against you* and sustain the objection without formally calling the matter at the hearing.

2036963.1

LEWIS
AND
ROCA
LLP

L A W Y E R S

1

2          Dated:  April 9, 2009.

3                                              **LEWIS AND ROCA LLP**

4                                              By:  /s/ John Hinderaker (AZ# 18024)
                                                   Rob Charles, NV 6593
5                                                  John Hinderaker, AZ 18024
6                                              3993 Howard Hughes Parkway, Suite 600
                                               Las Vegas, Nevada  89169-5996
7                                              Facsimile (702) 949-8321
                                               Telephone (702) 949-8320
8                                              Counsel for USACM Liquidating Trust

9

10   Copy of the foregoing mailed by first class
     Postage prepaid U.S. mail
11   On April 9, 2009 to:

12   Teri Melvin
     2704 Chokecherry Way
13   Henderson, NV 89014

14
      /s/ Carrie Lawrence
15   Carrie Lawrence

16

17

18

19

20

21

22

23

24

25

26

2036963.1