**Entered on Docket
April 07, 2009**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re:  )<br>USA COMMERCIAL MORTGAGE  )<br>COMPANY,  )<br>  )<br>  )<br>USA CAPITAL REALTY ADVISORS,  )<br>LLC,  )<br>  )<br>USA CAPITAL DIVERSIFIED TRUST  )<br>DEED FUND, LLC,  )<br>  )<br>USA CAPITAL FIRST TRUST DEED  )<br>FUND, LLC, and  )<br>  )<br>USA SECURITIES, LLC,  )<br>  )<br>Debtors.  )<br>_____  ) | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR (closed)<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR (closed)<br>Case No. BK-S-06-10729-LBR (closed<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No.<br>BK-S-06-10725-LBR<br><br>Date:     May 29, 2009<br>Time:     9:30 a.m.<br>Courtroom:   3 |

**AMENDED NOTICE OF HEARING – ORDER TO SHOW CAUSE**

On April 7, 2009, the court entered an order to show cause directed at Curtis F. Clark, and set a hearing for May 27, 2009 (dkt. #7012). The court orders that this hearing is rescheduled to **May 29, 2009, at 9:30 a.m.**, in the Foley Federal Building, 300 Las Vegas Blvd. South, Las Vegas, Nevada, in Courtroom #3, before Judge Bruce A. Markell. Mr. Clark is ordered to appear at the May 29th hearing.

IT IS SO ORDERED.

Copies sent to:

BNC Mailing Matrix

ROB CHARLES on behalf of Attorney LEWIS AND ROCA LLP

1 | rcharles@lrlaw.com, cjordan@lrlaw.com

2 | U.S. TRUSTEE - LV - 11 - USTPRegion17.lv.ecf@usdoj.gov

3 | FTI CONSULTING, INC.
  | 2 NORTH CENTRAL AVENUE, STE 1200
4 | PHOENIX, AZ 85004

5 | LEWIS AND ROCA LLP on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
6 | 3993 HOWARD HUGHES PKWY, #600
  | LAS VEGAS, NV

  | MARVIN C. RUTH on behalf of Plaintiff USACM LIQUIDATING TRUST
8 | LEWIS AND ROCA LLP
  | 40 N. CENTRAL AVENUE, SUITE 1900
9 | PHOENIX, AZ 85004

10 | AUGUST B. LANDIS
   | 300 LAS VEGAS BLVD. S., #4300
11 | LAS VEGAS, NV 89101

12 | CURTIS F. CLARK
   | 1403 PUEBLO DRIVE
13 | BOULDER CITY, NV 89005

### ###

# CERTIFICATE OF NOTICE

```
District/off: 0978-2            User: lakaswm              Page 1 of 1              Date Rcvd: Apr 07, 2009
Case: 06-10725                  Form ID: pdf906            Total Served: 6

The following entities were served by first class mail on Apr 09, 2009.
aty          +LEWIS AND ROCA LLP,    3993 HOWARD HUGHES PKWY, #600,    LAS VEGAS, NV 89169-5996
aty          +LEWIS AND ROCA LLP,    ATTN: ROB CHARLES,    3993 HOWARD HUGES PKWY, STE 600,
               LAS VEGAS, NV 89169-5996
             +CURTIS F. CLARK,    1403 PUEBLO DRIVE,    BOULDER CITY, NV 89005-3203
             +FTI CONSULTING, INC.,    2 NORTH CENTRAL AVENUE, STE 1200,    PHOENIX, AZ 85004-2349
             +MARVIN C. RUTH,    C/O USACM LIQUIDATING TRUST,    LEWIS AND ROCA LLP,
               40 N. CENTRAL AVENUE, SUITE 1900,    PHOENIX, AZ 85004-4446

The following entities were served by electronic transmission on Apr 08, 2009.
             +E-mail/Text: USTPRegion17.LV.ECF@usdoj.gov                          AUGUST B. LANDIS,
               300 LAS VEGAS BLVD. S., #4300,    LAS VEGAS, NV 89101-5803
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 09, 2009**                    **Signature:** _Joseph Speetjens_