Ambrish S. Sidhu, Esq.
Nevada Bar No. 7516
**SIDHU LAW FIRM, LLC**
810 S. Casino Center Blvd., Suite 104
Las Vegas, NV 89101
Tel: (702) 384-4436
Fax: (702) 384-4437
E-Mail: asidhu@sidhulawfirm.com

E-Filed on: _____

**Attorneys for** *Temecula Public Finance Authority*

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor. | Case Nos.<br>BK-S-06-10725-lbr<br>BK-S-06-10726-lbr<br>BK-S-06-10727-lbr |
| USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor. | BK-S-06-10728-lbr<br>BK-S-06-10729-lbr |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor. | Jointly Administered<br>Chapter 11 Cases |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor. | Date: May, 6, 2009<br>Time: 1:30 p.m.<br>Place: Courtroom 1<br>Foley Federal Building<br>300 Las Vegas Blvd., South<br>Las Vegas, Nevada |
| USA SECURITIES, LLC,<br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

## CERTIFICATE OF SERVICE

1. On this 10th day of April, 2009, I served the following document(s) (specify):

TEMECULA PUBLIC FINANCE AUTHORITY'S MOTION TO DETERMINE THAT THE AUTOMATIC STAY DOES NOT APPLY WITH RESPECT TO CERTAIN PROPERTY OR TO TERMINATE THE AUTOMATIC STAY

2. I served the above-named document(s) by the following means to the persons as listed below:
*(check all that apply)*

    a.    **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

    b.    **United States mail, postage fully prepaid**
*(List persons and addresses. Attach additional paper if necessary)*

Ashby USA, LLC
Attn: Ms. Jeanne Deringer
470 East Harrison Street
Corona, CA 92879

    c.    **Personal Service** *(List persons and addresses. Attach additional paper if necessary)*

I personally delivered the document(s) to the persons at these addresses:

    For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

    For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

    d.    **By direct email (as opposed to through the ECF System)**
*(List persons and email addresses. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

    e.    **By fax transmission**
*(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

**f.     By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service)*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date): 4/13/09

_____           _____
**(Name of Declarant)**                                      **(Signature of Declarant)**

Christopher Desido (handwritten)

SIDHU LAW FIRM, LLC
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 384-4436   Fax: (702) 384-4437