1  Ambrish S. Sidhu, Esq.
   Nevada Bar No. 7516
2  **SIDHU LAW FIRM, LLC**
3  810 S. Casino Center Blvd., Suite 104
   Las Vegas, NV 89101
4  Tel: (702) 384-4436
   Fax: (702) 384-4437
5  E-Mail: asidhu@sidhulawfirm.com

6  **Attorneys for** *Temecula Public Finance Authority*

E-Filed on: _____

7  **UNITED STATES BANKRUPTCY COURT**
   **FOR THE DISTRICT OF NEVADA**
8

9  In re:

10 USA COMMERCIAL MORTGAGE COMPANY,
                        Debtor.

11 ─────────────────────────────────
   USA CAPITAL REALTY ADVISORS, LLC,
12                      Debtor.

13 ─────────────────────────────────
   USA CAPITAL DIVERSIFIED TRUST DEED
14 FUND, LLC,
                        Debtor.
15 ─────────────────────────────────

16 USA CAPITAL FIRST TRUST DEED FUND,
   LLC,
17                      Debtor.

18 ─────────────────────────────────
   USA SECURITIES, LLC,
19                      Debtor.

20 ─────────────────────────────────
   Affects:
21 ☐All Debtors
   ☒USA Commercial Mortgage Company
22 ☐ USA Capital Realty Advisors, LLC
   ☐ USA Capital Diversified Trust Deed Fund, LLC
23 ☐ USA Capital First Trust Deed Fund, LLC
   ☐ USA Securities, LLC
24

25

26

27

28

Case Nos.
BK-S-06-10725-lbr
BK-S-06-10726-lbr
BK-S-06-10727-lbr
BK-S-06-10728-lbr
BK-S-06-10729-lbr

Jointly Administered
Chapter 11 Cases

Date:    May, 6, 2009
Time:    1:30 p.m.
Place:   Courtroom 1
         Foley Federal Building
         300 Las Vegas Blvd., South
         Las Vegas, Nevada

**SIDHU LAW FIRM, LLC**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 384-4436   Fax: (702) 384-4437

**CERTIFICATE OF SERVICE**

1.  On this <u>9th</u> day of April, 2009, I served the following document(s) (specify):

<u>TEMECULA PUBLIC FINANCE AUTHORITY'S MOTION TO DETERMINE THAT THE AUTOMATIC STAY DOES NOT APPLY WITH RESPECT TO CERTAIN PROPERTY OR TO TERMINATE THE AUTOMATIC STAY</u>

2.  I served the above-named document(s) by the following means to the persons as listed below:
    *(check all that apply)*

       a.    **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

       b.    **United States mail, postage fully prepaid**
            *(List persons and addresses. Attach additional paper if necessary)*

Annette W Jarvis
PO Box 45385
36 South State Street, #1400
Salt Lake City, UT 84 145-0385

Bradley J Stevens, Esq.
33 00 N Central Ave
Phoenix, AZ 85012

Gregory J Walch, Esq.
400 S Fourth St. 3rd Floor
Las Vegas, NV 89101

Lenard F. Schwartzer
Schwartzer & McPherson
Law Firm
2850 South Jones Blvd.,
Suite 1
Las Vegas, NV 89 146-5308

Nicholas J Santoro, Esq.
Santoro Driggs et al.
400 S Fourth St 3rd Floor
Las Vegas, NV 89101

Peter Susi, Esq.
Michaelson, Susi & Michaelson
7th West Figueroa St 2nd Floor
Santa Barbara, CA 93101

Tom Allison
USA Commercial Mortgage, et al
4484 South Pecos Road
Las Vegas, NV 89121

Office of the U.S. Trustee
300 Las Vegas Blvd. South
Suite 4300
Las Vegas, NV 89101

       c.    **Personal Service** *(List persons and addresses. Attach additional paper if necessary)*

I personally delivered the document(s) to the persons at these addresses:

    For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

    For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

SIDHE LAW FIRM, LLC
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 384-4436   Fax: (702) 384-4437

**d.**    **By direct email (as opposed to through the ECF System)**
        *(List persons and email addresses. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**e.**    **By fax transmission**
        *(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

**f.**    **By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service)*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date): _____4/13/0?____

Christoph Dessler
**(Name of Declarant)**                    **(Signature of Declarant)**

3

*SIDHU LAW FIRM, LLC.*
*810 S. Casino Center Blvd., Suite 104*
*Las Vegas, Nevada 89101*
*Tel: (702) 384-4436  Fax: (702) 384-4437*