**LEWIS AND ROCA LLP — LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 0065934
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 4/14/2009

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,[1]<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[2]<br><br>USA Securities, LLC,[3]<br>                                    Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Response By The USACM Liquidating Trust To the Motion Of Temecula Public Finance Authority To Determine That The Automatic Stay Does Not Apply With Respect To Certain Property Or, Alternative, To Terminate The Automatic Stay**<br><br>Date:     May 6, 2009<br>Time:    1:30 p.m.<br>Place:   Courtroom 1<br>             Foley Federal Building<br>             300 Las Vegas Blvd., South<br>             Las Vegas, Nevada |

The USACM Liquidating Trust respectfully suggests that the Motion of Temecula Public Finance Authority To Determine That The Automatic Stay Does Not Apply With Respect To Certain Property Or, Alternative, To Terminate The Automatic Stay should be denied as moot.

On January 8, 2007, this Court entered its Order Confirming the "Debtors' Third Amended Joint Chapter 11 Plan of Reorganization" as modified herein. [DE 2376].

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

**LEWIS AND ROCA LLP**
LAWYERS

1 Confirmation of a chapter 11 plan of reorganization generally terminates the automatic stay under § 362(e) because confirmation of the plan revests property of the estate in the reorganized debtor or its successor within the meaning of § 362(c)(1),[4] and the confirmation order is the functional equivalent of a discharge within the meaning of § 362(c)(2)(C).[5]

Accordingly, the USACM Liquidating Trust respectfully requests that the Motion be denied as moot.

Dated: April 14, 2009.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
Rob Charles, NV 6593
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
*Counsel for USACM Liquidating Trust*

---

[4] *In re Terrebonne Fuel and Lube, Inc.,* 108 F.3d 609, 613 (5th Cir. 1997).
[5] *United States v. White,* 466 F.3d 1241, 1245 (11th Cir. 2006) (confirmation of the chapter 11 plan discharges the debtor and that discharge terminates the automatic stay).

## Proof of Service

Copy of the foregoing served on April 14, 2009, via e-mail to all parties with e-mail addresses on the Post Effective Date Official Service List on file with this Court and to:

Ambrish S. Sidhu
Sidhu Law Firm, LLC
810 S. Casino Center Blvd., Suite 104
Las Vegas, NV 89101
asidhu@sidhulawfirm.com
*Attorneys for Tececula Public Finance Authority*


 /s/ Carrie Lawrence
Carrie Lawrence
Lewis and Roca LLP