LEWIS AND ROCA LLP LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 0065934
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 4/14/2009

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re:

USA Commercial Mortgage Company,

USA Capital Realty Advisors, LLC,[1]

USA Capital Diversified Trust Deed Fund, LLC,

USA Capital First Trust Deed Fund, LLC,[2]

USA Securities, LLC,[3]

Debtors.

**Affects:**
- ☐ All Debtors
- ☒ USA Commercial Mortgage Company
- ☐ USA Capital Realty Advisors, LLC
- ☐ USA Capital Diversified Trust Deed Fund, LLC
- ☐ USA Capital First Trust Deed Fund, LLC
- ☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR[1]
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR[2]
Case No. BK-S-06-10729-LBR[3]

CHAPTER 11

Jointly Administered Under Case No. BK-S-06-10725 LBR

**Response By The USACM Liquidating Trust To the Motion For Relief From The Automatic Stay To Permit 3800 Prince Street, LLC To Adjudicate Claims In State Court By 3800 Prince Street, LLC**

Date: April 29, 2009
Time: 1:30 p.m.
Place: Courtroom 1
Foley Federal Building
300 Las Vegas Blvd., South
Las Vegas, Nevada

The USACM Liquidating Trust respectfully suggests that the Motion For Relief From The Automatic Stay To Permit 3800 Prince Street, LLC To Adjudicate Claims In State Court By 3800 Prince Street, LLC should be denied as moot.

On January 8, 2007, this Court entered its Order Confirming the "Debtors' Third Amended Joint Chapter 11 Plan of Reorganization" as modified herein. [DE 2376]. Confirmation of a chapter 11 plan of reorganization generally terminates the automatic

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

stay under § 362(e) because confirmation of the plan revests property of the estate in the reorganized debtor or its successor within the meaning of § 362(c)(1),[4] and the confirmation order is the functional equivalent of a discharge within the meaning of § 362(c)(2)(C).[5]

Accordingly, the USACM Liquidating Trust respectfully requests that the Motion be denied as moot.

Dated: April 14, 2009.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
Rob Charles, NV 6593
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
*Counsel for USACM Liquidating Trust*

[4] *In re Terrebonne Fuel and Lube, Inc.,* 108 F.3d 609, 613 (5th Cir. 1997).

[5] *United States v. White,* 466 F.3d 1241, 1245 (11th Cir. 2006) (confirmation of the chapter 11 plan discharges the debtor and that discharge terminates the automatic stay.



Proof of Service

| Address | Role |
| --- | --- |
| Edgar C. Smith<br>Law Offices of Edgar C. Smith<br>7371 Prairie Falcon Road, #120<br>Las Vegas, Nevada 89128<br>ecs@nvrelaw.com | Attorney for 3800 Prince Street, LLC |
| Richard I. Dreitzer<br>Deputy Attorney General<br>State of Nevada Attorney General's Office<br>555 E Washington Avenue, Suite 3900<br>Las Vegas, NV 89101<br>richard.dreitzer@bullivant.com | Attorney General's Office |
| George A. Davis<br>CADWALADER, WICKERSHAM & TAFT LLP<br>One World Financial Center<br>New York, NY 10281<br>george.davis@cwt.com | Attorney for Compass Partners LLC |
| Michael W. Carmel<br>80 E Columbus Avenue<br>Phoenix, AZ 85012<br>Michael@mcarmellaw.com | Chapter 11 Trustee in Thomas A. Hantges Bankruptcy |
| Deborah D. Williamson<br>COX SMITH MATTHEWS INCORPORATED<br>112 E Pecan Street, Suite 1800<br>San Antonio, TX 75205<br>dwilliamson@coxsmith.com | Attorneys for Ford Elsaesser, Chapter 11 Trustee in Joseph D. Milanowski Bankruptcy |
| Susan Williams Scann<br>DEANER, DEANER, SCANN, MALAN & LARSEN<br>720 S Fourth Street, Suite 300<br>Las Vegas, NV 89101<br>sscann@deanerlaw.com | Attorneys for Binford Medical Developers, LLC |
| Berman, Geoffrey L.<br>DEVELOPMENT SPECIALISTS, INC.<br>333 S. Grand Ave., Suite 4070<br>Los Angeles, CA 90071-1544<br>gberman@dsi.biz | Trustee for USACM Liquidating Trust |

| Address | Role |
|---|---|
| Allan B. Diamond<br>DIAMOND MCCARTHY TAYLOR FINLEY & LEE, LLP<br>Two Houston Center<br>909 Fannin Street, Suite 1500<br>Houston, TX 77010<br>adiamond@diamondmccarthy.com | Special Litigation Counsel for USACM Liquidating Trust |
| Eric Madden<br>DIAMOND MCCARTHY TAYLOR FINLEY & LEE, LLP<br>1201 Elm Street, Suite 3400<br>Dallas, TX 75270<br>emadden@diamondmccarthy.com | Special Litigation Counsel for USACM Liquidating Trust |
| Michael Tucker<br>FTI CONSULTING<br>One Renaissance Square<br>Two N Central Ave., Ste. 1200<br>Phoenix, AZ 85004-2322<br>michael.tucker@fticonsulting.com | USA Capital Diversified Trust Deed Fund, LLC Administrator |
| Robert P. Goe<br>GOE & FORSYTHE<br>660 Newport Center Drive, Suite 320<br>Newport Beach, CA 92660<br>rgoe@goeforlaw.com | Attorneys for SCC Acquisition Corp |
| Gerald M. Gordon<br>Gregory E. Garman<br>GORDON & SILVER, LTD.<br>3960 Howard Hughes Parkway, 9th Floor<br>Las Vegas, NV 89109<br>gmg@gordonsilver.com<br>geg@gordonsilver.com | Attorneys for Lisa M. Poulin, Trustee, USA Investment Partners, LLC |
| Janet L. Chubb<br>JONES VARGAS<br>100 W. Liberty St, 12th Floor<br>POB 281<br>Reno, NV 89504-0281<br>jlc@jonesvargas.com<br>tbw@jonesvargas.com | Attorneys for Charles B. Anderson Trust; Rita P. Anderson Trust; Baltes Company; Robert J. Kehl, Ruth Ann Kehl, Daniel J. Kehl, Kehl Development, Keven Kehl, Kevin Kehl for Susan L. Kehl, Kevin Kehl for Andrew Kehl; Warren Hoffman Family Investments, LP; Judy A. Bonnet; Robert A. Kehl and Tina M. Kehl; Krystina L. Kehl; Christina M. Khel; Kevin McKee; Cynthia Winter; and Mojave Canyon, Inc. |

LEWIS AND ROCA LLP LAWYERS

| Address | Role |
|---|---|
| Dean T. Kirby, Jr.<br>John Hebert<br>KIRBY & McGUINN, A.P.C.<br>600 B Street, Suite 1950<br>San Diego, CA 92101<br>dkirby@kirbymac.com<br>jhebert@kirbymac.com | Attorneys for Debt Acquisition Company of America V |
| Susan M. Freeman<br>Rob Charles<br>LEWIS AND ROCA LLP<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, NV 89169-5996<br>SFreeman@LRLaw.com<br>RCharles@LRLaw.com | Attorneys for USACM Liquidating Trust |
| Michelle Abrams<br>MICHELLE L. ABRAMS, LTD.<br>3085 S Jones Blvd., Suite C<br>Las Vegas, NV 89146<br>**mabrams@abramstanko.com** | Attorney for Debt Acquisition Company of America V |
| Richard W. Esterkin<br>Asa S. Hami<br>MORGAN, LEWIS & BOCKIUS LLP<br>300 S Grand Avenue, 22nd Floor<br>Los Angeles, CA 90071-3132<br>resterkin@morganlewis.com<br>ahami@morganlewis.com | Attorneys for SCC Acquisition Corp |
| August B. Landis<br>OFFICE OF THE U.S. TRUSTEE<br>300 Las Vegas Blvd., S. Suite 4300<br>Las Vegas, NV 89101<br>augie.landis@usdoj.gov | Office of U.S. Trustee |
| Jeffrey D. Hermann<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>777 S Figueroa Street, Suite 3200<br>Los Angeles, CA 90017-5855<br>jhermann@orrick.com | Attorneys For USA Capital Diversified Trust Deed Fund, LLC |
| Marc A. Levinson<br>ORRICK, HERRINGTON & SUTCLIFFE, LLP<br>400 Capitol Mall, Suite 3000<br>Sacramento, CA 95814<br>malevinson@orrick.com | Attorneys For USA Capital Diversified Trust Deed Fund, LLC |

LEWIS AND ROCA LLP LAWYERS

| Address | Role |
| --- | --- |
| William J. Ovca, Jr., Trustee<br>Defined Pension Plan<br>OVCA ASSOCIATES, INC.<br>16872 Baruna Lane<br>Huntington Beach, CA 92649<br>N1GL@aol.com<br>Facsimile: 714-840-6672 | Direct Lender |
| Brian D. Shapiro<br>LAW OFFICE OF BRIAN D SHAPIRO LLC<br>624 S 9th Street<br>Las Vegas, NV 89101<br>bshapiro@brianshapirolaw.com | Attorney for Michael W. Carmel, Chapter 11 Trustee in Thomas A. Hantges Bankruptcy |
| Robert R. Kinas<br>SNELL & WILMER, LLP<br>3883 Howard Hughes Parkway, #1100<br>Las Vegas, NV 89169<br>rkinas@swlaw.com | Attorneys for USA Capital Diversified Trust Deed Fund, LLC |
| Robbin L. Itkin<br>STEPTOE & JOHNSON LLP<br>2121 Avenue of the Stars, Suite 2800<br>Los Angeles, CA 90067<br>ritkin@steptoe.com | Attorneys for Michael W. Carmel, Chapter 11 Trustee in Thomas A. Hantges Bankruptcy |
| Lisa A. Rasmussen, Esq.<br>LAW OFFICES OF LISA RASMUSSEN<br>616 South 8th Street<br>Las Vegas, NV 89101<br>lisa@lrasmussenlaw.com | Attorneys for Carol Mortensen |
| Bradley Paul Elley, Esq.<br>120 Country Club Drive, Suite 5<br>Incline Village, NV 89451<br>bpelleylawbk@sbcglobal.net | Attorneys for Retirement Accounts, Inc., Custodian for Judd Robbins IRA and Tessaract Trust dated 3/31/04 |
| Bradley N. Boodt<br>HOLLAND & HART LLP<br>Hughes Center<br>3800 Howard Hughes Pkwy., 10th Floor<br>Las Vegas, Nevada 89169<br>bnboodt@hollandhart.com | Attorneys for Nevada State Bank |

/s/ Carrie Lawrence
Carrie Lawrence
Lewis and Roca LLP