RECEIVED & FILED

APR 14  11 2⁻ AM '09

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

1  Name of Attorney:
   Bar #:
2  Address:
   Phone #:
3  e-mail address:

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

* * * * * *

In re: USA Commercial Mortgage Company
       fka USA Capital

                    Debtor.

Bankruptcy No.: 06-10725

Chapter: 11

Trustee:

**CHANGE OF ADDRESS OF:**
( ) DEBTOR
(✓) CREDITOR
( ) OTHER

I request that notice be sent to the following address: (please print)

MATTHEW MOLITCH
Name
TRUSTEE OF THE Molitch 1997 TRUST

Address
11262 Corsica Mist Ave

Las Vegas    NV        89135
City         State     Zip Code

Please check one of the following:

☐ The change of address is applicable only in the above captioned case.

☑ The change of address is also applicable in the following related cases: (*please list the case numbers*) 06-10727  06-10728  06-10729  .

DATE: 4-14-09

[signature: Matthew Molitch]
SIGNATURE

**NOTE:** Please submit an original and one copy for the record.