RECEIVED & FILED

APR 14  11 23 AM '09

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

1  Name of Attorney:
   Bar #:
2  Address:
   Phone #:
3  e-mail address:

4

# UNITED STATES BANKRUPTCY COURT

5

## DISTRICT OF NEVADA

6

* * * * * *

7

8  In re: USA Commercial Mortgage Company      )   Bankruptcy No.: 06-10725
          fka USA Capital                      )
9                                              )   Chapter: 11
                                               )
10                 Debtor.                     )   Trustee:
                                               )
11                                             )   **CHANGE OF ADDRESS OF:**
                                               )   ( ) **DEBTOR**
12                                             )   (✓) **CREDITOR**
                                               )   ( ) **OTHER**
13

I request that notice be sent to the following address: (please print)

14
          MARILYN MOLITCH &
15        _____
          Name
                MATTHEW    Molitch
16        _____
          Address
          11262 Corsica Mist Ave
17        _____

          Las Vegas   NV        89135
18        _____
          City        State     Zip Code

19
Please check one of the following:

20
☐ The change of address is applicable only in the above captioned case.

21
✓ The change of address is also applicable in the following related cases: (*please list the*

22
*case numbers*) 06-10727  06-10728  06-10729

23
       DATE: 4/6/09                           _____
24                                            SIGNATURE

25

26  **NOTE**: Please submit an original and one copy for the record.