| | |
|---|---|
| 1 | Name of Attorney: |
|   | Bar #: |
| 2 | Address: |
|   | Phone #: |
| 3 | e-mail address: |

RECEIVED & FILED

APR 14  11 23 AM '09

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

* * * * * *

In re: USA Commercial Mortgage Company
fka USA Capital

Debtor.

Bankruptcy No.: 06-10725

Chapter: 11

Trustee:

**CHANGE OF ADDRESS OF:**
( ) DEBTOR
(✓) CREDITOR
( ) OTHER

I request that notice be sent to the following address: (please print)

Name: MARILYN Molitch

Address: 11262 Corsica Mist Ave

Las Vegas   NV   89135
City           State         Zip Code

Please check one of the following:

☐ The change of address is applicable only in the above captioned case.

☑ The change of address is also applicable in the following related cases: (*please list the case numbers*) 06-10727  06-10728  06-10729 .

DATE: 4/6/09

_____
SIGNATURE

**NOTE:** Please submit an original and one copy for the record.