EXHIBIT A

1962760.1

Entered on Docket
April 09, 2009

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (520) 629-4427
Facsimile (520) 879-4705
Email:  rcharles@lrlaw.com
            jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>              Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER APPROVING STIPULATION RE WOW ENTERPRISES, INC. PROOF OF CLAIM BASED UPON PALM TERRACE LITIGATION**<br><br>Hearing Date:   February 20, 2009<br>Hearing Time:   9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2025603_1.TM
P

LEWIS
AND
ROCA
——LLP——
LAWYERS

1   The Court having considered the "Stipulation Re Wow Enterprises, Inc. Proof of
2   Claim Based Upon Palm Terrace Litigation" [Docket No. 7011] (the "Stipulation"); and
3   good cause appearing it is:
4   **ORDERED:**
5      1.   The Stipulation is approved;
6      2.   Wow claim 10725-01056 is allowed as a general unsecured claim in the
7   amount of $50,000.00 and the balance of claim 10725-01056 is disallowed;
8      3.   All other claims filed by Wow are disallowed in their entirety; and
9      4.   The scheduling conference scheduled for April 10, 2009 at 9:30 a.m. is
10  vacated.

12  PREPARED AND RESPECTFULLY SUBMITTED BY:

13  **LEWIS AND ROCA LLP**

14  By___/s/ John Hinderaker (018024)___
15       Rob Charles
         John Hinderaker (Pro hac vice)
16  3993 Howard Hughes Parkway, Ste. 600
    Las Vegas, Nevada 89169-5996
17  Telephone: (520) 629-4427
    Facsimile: (520) 879-4705
18

19  *Attorneys for USACM Liquidating Trust*

2

2025603_1.TMP

LEWIS AND ROCA LLP
LAWYERS

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| Debtor's Counsel: | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |
| U.S. Trustee: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: Bruce Piontkowski | |
| ☒ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**

By: /s/ John Hinderaker (AZ #018024)
  Rob Charles
  John Hinderaker
*Attorneys for USACM Liquidating Trust*

3

2025603_1.TMP