**LEWIS AND ROCA LLP — LAWYERS**

E-Filed on 4/16/09

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker  AZ State Bar No. 018024

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                    Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**STIPULATION TO CONTINUE HEARING ON OBJECTION TO PROOF OF CLAIM OF SECURITIES AND EXCHANGE COMMISSION**<br><br>Date of Hearing: April 30, 2009<br>Time of Hearing: 9:30 a.m.<br><br>New Date of Hearing: August 14, 2009<br>Time of Hearing: 9:30 a.m. |

      USACM Liquidating Trust (the "USACM Trust"), by and through its counsel, Lewis and Roca LLP, and the U.S. Securities and Exchange Commission ("SEC") by and through its counsel, hereby stipulate:

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

1

2039335.1

**LEWIS AND ROCA LLP LAWYERS**

1. The USACM Trust filed an objection to Claim No. 10725-01162 SEC (the "SEC Objection") [DE 6979] filed in an unknown amount.

2. The objection [DE 6979] to SEC's Claim No. 10725-01162 is scheduled for hearing before this Court on April 30, 2009 at 9:30 a.m.

3. SEC has notified counsel for the USACM Trust that it may withdraw its Proof of Claim but needs more time to consider and process the withdrawal.

4. Accordingly, the parties agree that the hearing scheduled for April 30, 2009 on the SEC Objection [DE 6979] be vacated and rescheduled to **August 14, 2009 at 9:30 a.m.**

5. The parties submit a stipulated order for the Court's convenience.

DATED: April 15, 2009.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
    Rob Charles, NV 6593
    John Hinderaker, AZ 018024
*Counsel for USACM Liquidating Trust*

**U.S. SECURITIES AND EXCHANGE COMMISSION**

By: *Sandra W. Lavigna* (signature)
    Sandra W. Lavigna
    Senior Bankruptcy Counsel
    Los Angeles Regional Office
    5670 Wilshire Boulevard, 11th Floor
    Los Angeles, CA 90036
    E-mail: lavignas@sec.gov

2039335.1