Ambrish S. Sidhu, Esq.  
Nevada Bar No. 7516  
**SIDHU LAW FIRM, LLC**  
810 S. Casino Center Blvd., Suite 104  
Las Vegas, NV 89101  
Tel: (702) 384-4436  
Fax: (702) 384-4437  
E-Mail: asidhu@sidhulawfirm.com  
*Attorneys for Temecula Public Finance Authority*

E-Filed on: _____

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

In re:

USA INVESTMENT PARTNERS, LLC,

Debtor.

Case No. BK-S-07-11821-lbr  
Chapter 11

Date: May 18, 2009  
Time: 9:30 A.m.  
Place:   Courtroom 1  
         Foley Federal Building  
         300 Las Vegas Blvd., South  
         Las Vegas, Nevada

## AMENDED NOTICE OF HEARING

TO: ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the Hearing on the MOTION OF TEMECULA PUBLIC FINANCE AUTHORITY TO DETERMINE THAT THE AUTOMATIC STAY DOES NOT APPLY WITH RESPECT TO CERTAIN PROPERTY OR, ALTERNATIVELY, TO TERMINATE THE AUTOMATIC STAY ("Motion") has been rescheduled for May 18, 2009 at the hour of 9:30 a.m., in the Foley Federal Building, at 300 Las Vegas Boulevard South, Third Floor, Courtroom 1, Las Vegas, NV 89101.

PLEASE TAKE FURTHER NOTICE that a copy of the above-reference Motion is on file with and available from the clerk of the United States Bankruptcy Court for the District of Nevada, Foley Federal Building, 300 S. Las Vegas Blvd., Las Vegas, Nevada 89101; via the bankruptcy court's website at www.nvb.uscourts.gov (a PACER account is required); or from the undersigned counsel upon request.

PLEASE TAKE FURTHER NOTICE that if an objection is not timely filed and served, the relief requested may be granted without a hearing pursuant to LR 9014(d)(3).

If you object to the relief requested, you *must* file a WRITTEN response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse* to allow you to *speak* at the scheduled hearing; and

- The court may *rule against you* without formally calling the matter at the hearing.

PLEASE TAKE FURTHER NOTICE that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and time at the above noticed hearing or any adjournment thereof.

DATED this 17 day of April, 2009.

SIDHU LAW FIRM, LLC

_____
Ambrish S. Sidhu, Esq., Bar No.: 7516
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Attorney for Debtor

SIDHU LAW FIRM, LLC
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 384-4436    Fax: (702) 384-4437

# CERTIFICATE OF SERVICE

1. On this <u>17th</u> day of April, 2009, I served the following document(s) (specify):
   <u>AMENDED NOTICE OF HEARING</u>

2. I served the above-named document(s) by the following means to the persons as listed below:
   *(check all that apply)*

   ☐ **a.**   **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

   ■ **b.**   **United States mail, postage fully prepaid**
   *(List persons and addresses. Attach additional paper if necessary)*

| | |
|---|---|
| USA Investment Partners, LLC<br>4525 South Sandhill Road#114<br>Las Vegas, NV 89121 | Internal Revenue Service<br>Stop 5028<br>110 City Parkway<br>LasVegas, NV 89106 |
| Richard W. Esterkin<br>Asa S.Hami<br>300 South Grand Avenue, 22nd Floor<br>Los Angeles, CA 90071 | Robert P. Goe<br>660 Newport Center Drive #320<br>23Newport Beach, CA 92660 |
| Alabruj Investments, LLC<br>630 Trade Center, 2nd Floor<br>Las Vegas, NV 89119 | Ponderosa Asset Management, LLC<br>P.O. Box 5986<br>27549 Ponderosa Avenue<br>Incline Village, NV 89450 |
| SCC Acquisition Corp.<br>SunCal Companies<br>21900 Burbank Blvd., Suite 114<br>Woodland Hills, CA 91367 | U.S. Trustee – LV - 11<br>Suite 4300<br>300 Las Vegas Blvd. South<br>Las Vegas, NV 89101 |
| USA Diversified Trust Deed Fund, LLC<br>c/o FTI Consulting, Inc.<br>2 North Central Avenue, Suite 1200<br>Phoenix, AZ 85004 | USA Capital Diversified Trust Deed Fund, LLC<br>c/o Mark A. Levinson, Esq.<br>Orrick, Herrington & Sutcliffe, LLP<br>400 Capitol Mall, Suite 3000<br>Sacramento, CA 95814-4497 |
| Waverton Group, LLC<br>Suite 300<br>410 East Louisiana Avenue<br>Denver, CO 80246 | Traditions at Roripaugh, LLC<br>c/o Tanamera Homes<br>9227 Haven Avenue #300<br>Rancho Cucamonga, CA 91730 |
| The City of Temecula<br>43200 Business Park Drive<br>Temecula, CA 92590 | Ashby USA, LLC<br>Attn: Ms. Jeanne Deringer<br>470 East Harrison Street<br>Corona, CA 92879 |
| MW Housing Partners III, L.P. | U.S. Bankruptcy Appellate Panel |

SIDHU LAW FIRM, LLC
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 384-4436   Fax: (702) 384-4437

c/o Weyerhaeuser Realty Investors, Inc.  
1301 Fifth Avenue, Suite 3100  
Seattle, WA 98101

Of the Ninth Circuit  
125 South Grand Avenue  
Pasadena, CA 91105

☐ **c.  Personal Service** *(List persons and addresses. Attach additional paper if necessary)*

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d.  By direct email (as opposed to through the ECF System)**  
*(List persons and email addresses. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e.  By fax transmission**  
*(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f.  By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service)*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date): 04-17-09

Irazema Garcia  
**(Name of Declarant)**

*[signature]*  
**(Signature of Declarant)**

SIDHU LAW FIRM, LLC  
810 S. Casino Center Blvd., Suite 104  
Las Vegas, Nevada 89101  
Tel: (702) 384-4436    Fax: (702) 384-4437