1  EDGAR C. SMITH, ESQ.                                    **E-FILED APRIL 17, 2009**
   Nevada Bar No.  5506
2  Law Offices of Edgar C. Smith
   7371 Prairie Falcon Road, #120
3  Las Vegas, Nevada 89128
   Telephone: (702) 388-0040
4  E-mail: ecs@nvrelaw.com

5  Attorney for Movant 3800 Prince Street, LLC

6                    **UNITED STATES BANKRUPTCY COURT**

7                         **DISTRICT OF NEVADA**

8                                 **\*\*\***

9  In re:                                       Case No.: BK-S-06-10725 LBR
                                                Case No.: BK-S-06-10726 LBR
10 USA COMMERCIAL MORTGAGE COMPANY,             Case No.: BK-S-06-10727 LBR
                                                Case No. BK-S-06-10728 LBR
11                        Debtor                Case No. BK-S-06-10729 LBR

12 In re:                                       Chapter:  11
                                                Jointly Administered Under
13 USA CAPITAL REALTY ADVISORS, LLC,            Case No. BK-S-06-10725 LBR

14                        Debtor                **AMENDED NOTICE MOTION FOR
                                                RELIEF FROM THE AUTOMATIC
15                                              STAY TO PERMIT 3800 PRINCE
                                                STREET, LLC TO ADJUDICATE
16                                              CLAIMS IN STATE COURT BY
                                                3800 PRINCE STREET, LLC
17

18 In re:                                       Hearing Date: April 30, 2009
                                                Hearing Time: 9:30 a.m.
19 USA CAPITAL DIVERSIFIED TRUST DEED FUND,     Courtroom: 1
   LLC,
20                        Debtor
21 In re;

   USA CAPITAL FIRST TRUST DEED FUND, LLC,
22
                          Debtor
23 Affects:

24 ☐   All Debtors
25 ☒   USA Commercial Mortgage Company
   ☐   USA Securities, LLC
26 ☐   USA Capital Realty Advisors, LLC
   ☐   USA Capital Diversified Trust Deed Fund, LLC
27 ☐   USA Capital First Trust Deed Fund, LLC

28

                                  -1-

1

2    PLEASE TAKE NOTICE that the motion for relief from the automatic stay filed by 3800

3 Prince Street, LLC on April 1, 2009 will be heard at the United State Bankruptcy Court located in

4 Courtroom #1, located at 300 Las Vegas Boulevard South, Las Vegas, Nevada on **April 30**, **2009** at

5 9:30 a.m. The motion was originally noticed for hearing on <u>April 29</u>, 2009 at 1:30 p.m.

6    3800 Prince Street, LLC seeks to adjudicate claims in state court by 3800 Price Street, LLC

7 against USA Commercial Mortgage Company in that action filed by SVRB Investments, LLC in the

8 Second Judicial District Court, Bernalillo County, New Mexico, case # CV 2007 07979 and

9 concerning the real property described as: Tract C-1-A-1-B, SCHWARTZMAN INDUSTRIAL

10 CENTER, within Sections 5 and 8, Township 9 North, Range 3 East, N.M.P.M., Bernalillo County,

11 New Mexico, as the same are shown and designated on the replat filed on the office of the County

12 clerk of Bernalillo County, New Mexico, on July 1, 2004 in Book 2004C, page 200. ("Civil Action.")

13    PLEASE TAKE FURTHER NOTICE that opposition to this Motion, if any, must be filed with

14 the Court and served on the undersigned within fifteen (15) days of service pursuant to Bankruptcy

15 Rule 9006(a) and Local Rule 9014(c)(2).  Failure to file opposition may result in the Motion being

16 granted without a hearing.  If necessary, the hearing on the Motion may be continued, without further

17 written notice to you.

18    If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with

19 the court. You must also serve your written response on the person who sent you this notice.

20 If you do not file a written response with the court, or if you do not serve your written response on the

21 person who sent you this notice, then:

22    • The court may *refuse to allow you to speak* at the scheduled hearing; and

23    • The court may *rule against you* without formally calling the matter at the hearing.

24    A copy of the motion is enclosed with this Amended Notice.

25 ///

26 ///

27 ///

28 ///

1

   PLEASE TAKE FURTHER NOTICE that the undersigned will request that the Order Granting

2

Relief from Stay will include a provision that Bankruptcy Rule 4001(a)(3) is waived, and the Order

3

shall take immediate effect upon signature by the Court.

4

Dated: April 17, 2009

5

                                        LAW OFFICE OF EDGAR C. SMITH

6

7

                                        By: */s/ Edgar C. Smith*
                                            Edgar C. Smith, Esq.

8

                                            Nevada Bar No. 5506
                                            7371 Prairie Falcon Road, Suite 120

9

                                            Las Vegas, Nevada 89128
                                            Attorney for Movant

10

                                            3800 Prince Street, LLC

11

12

                               **CERTIFICATE OF MAILING**

13

14

I hereby certify that on the 17th day of April, 2009, and pursuant to F.R. Civ. P Rule 5(b)(2), the

15

undersigned did deposit into the United States Mail at Las Vegas, Nevada, first class postage prepaid,

16

a true and correct copy of the AMENDED NOTICE OF MOTION FOR RELIEF FROM THE

17

AUTOMATIC STAY TO PERMIT 3800 PRINCE STREET, LLC TO ADJUDICATE CLAIMS IN

18

STATE COURT BY 3800 PRINCE STREET, LLC and addressed as follows:

19

20

Served via email, where an email
Address was listed or to All parties
in interest listed on the Post Effective

21

Date Service List on file with the

22

Court.

23

I declare under penalty of perjury that the foregoing is true and correct.

24

25

                                        /s/  Teri Slegle

26

27

28

-3-