

Entered on Docket
April 17, 2009

Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR[1] |
| USA COMMERCIAL MORTGAGE | Case No. BK-S-06-10727-LBR[2] |
| COMPANY, | Case No. BK-S-06-10728-LBR[2] |
| USA CAPITAL REALTY ADVISORS, | Case No. BK-S-06-10729-LBR[3] |
| LLC,[1] | |
| USA CAPITAL DIVERSIFIED TRUST | CHAPTER 11 |
| DEED FUND, LLC, | |
| USA CAPITAL FIRST TRUST DEED | Jointly Administered Under Case No. |
| FUND, LLC,[2] | BK-S-06-10725 LBR |
| USA SECURITIES, LLC,[3] | |
|                     Debtors. | |

Date of Hearing: April 30, 2009
Time of Hearing: 9:30 a.m.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

New Date of Hearing: August 14, 2009
Time of Hearing: 9:30 a.m.

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2039451.1

1

**ORDER APPROVING STIPULATION TO CONTINUE THE HEARING ON OBJECTION TO CLAIM OF U.S. SECURITIES AND EXCHANGE COMMISSION**

2

3

**IT IS HEREBY ORDERED:** approving the Stipulation [DE 7041] by and between

4

USACM Liquidating Trust ("Trust") and U.S. Securities and Exchange Commission

5

("SEC"); vacating the April 30, 2009 hearing and rescheduling the hearing to **August 14,**

6

**2009 at 9:30 a.m.** for the Trust's objection to the SEC's Proof of Claim No. 10725-01162

7

[DE 6979].

8

###

9

PREPARED AND SUBMITTED:

10

**LEWIS AND ROCA LLP**

11

12

By:   /s/ RC (#0006593)
          Rob Charles

13       John Hinderaker

14   *Attorneys for USACM Liquidating Trust*

15   **U.S. SECURITIES AND EXCHANGE COMMISSION**

16

17   By:   Sandra H. Lavigna

18   Sandra W. Lavigna
     Senior Bankruptcy Counsel

19   Los Angeles Regional Office
     5670 Wilshire Boulevard, 11th Floor

20   Los Angeles, CA 90036
     E-mail:  lavignas@sec.gov

21

22

23

24

25

26

2039451.1