EXHIBIT A

Case 06-10725-lbr Doc 7048 Entered 04/17/09 13:14:29 Page 1 of 2

Entered on Docket
April 17, 2009

Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024

*Attorneys for USACM Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

USA COMMERCIAL MORTGAGE COMPANY,
USA CAPITAL REALTY ADVISORS, LLC,[1]
USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,
USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]
USA SECURITIES, LLC,[3]
Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR[1]
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR[2]
Case No. BK-S-06-10729-LBR[3]

CHAPTER 11

Jointly Administered Under Case No. BK-S-06-10725 LBR

Date of Hearing: April 30, 2009
Time of Hearing: 9:30 a.m.

New Date of Hearing: August 14, 2009
Time of Hearing: 9:30 a.m.

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

**ORDER APPROVING STIPULATION TO CONTINUE THE HEARING ON OBJECTION TO CLAIM OF U.S. SECURITIES AND EXCHANGE COMMISSION**

**IT IS HEREBY ORDERED:** approving the Stipulation [DE 7041] by and between USACM Liquidating Trust ("Trust") and U.S. Securities and Exchange Commission ("SEC"); vacating the April 30, 2009 hearing and rescheduling the hearing to **August 14, 2009 at 9:30 a.m.** for the Trust's objection to the SEC's Proof of Claim No. 10725-01162 [DE 6979].

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC (#0006593)
Rob Charles
John Hinderaker
*Attorneys for USACM Liquidating Trust*

**U.S. SECURITIES AND EXCHANGE COMMISSION**

By: Sandra W. Lavigna
Sandra W. Lavigna
Senior Bankruptcy Counsel
Los Angeles Regional Office
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90036
E-mail: lavignas@sec.gov