**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHinderaker@LRLaw.com

*Attorneys for USACM Liquidating Trust*

E-Filed on 4/21/09

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br>USA Capital Realty Advisors, LLC,[1]<br>USA Capital Diversified Trust Deed Fund, LLC,<br>USA Capital First Trust Deed Fund, LLC,[2]<br>USA Securities, LLC,[3]<br>                                    Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER SUSTAINING AMENDED OBJECTION OF USACM TRUST TO AUGUSTINE TUFFANELLI FAMILY TRUST'S PROOF OF CLAIM**<br><br>Hearing Date:  April 10, 2009<br>Hearing Time:  9:30 a.m. |

**PLEASE TAKE NOTICE** that an Order Sustaining Amended Objection of USACM Trust to Augustine Tuffanelli Family Trust's Proof of Claim [DE 7046] was entered on the 17th day of April, 2009, a true and correct copy of which is attached hereto as Exhibit A.

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

1

2041903.1

RESPECTFULLY SUBMITTED April 21, 2009.

                LEWIS AND ROCA LLP

By /s/ John Hinderaker (AZ 010824)
  Rob Charles
  John Hinderaker
  *Attorneys for USACM Liquidating Trust*
  One South Church Avenue, Suite 700
  Tucson, AZ 85701-1611
  Telephone (520) 622-2090
  Facsimile (520) 622-3088

Copy of the foregoing mailed by First Class, U.S. Mail, postage prepaid, on April 21, 2009 to the following parties:

Augustine Tuffanelli Family Trust
Augustine Tuffanelli Trustee
c/o Thomas R Brooksbank
689 Sierra Rose Drive, Suite A2
Reno, NV  89511

Augustine Tuffanelli Family Trust
c/o Augustine Tuffanelli Trustee
2260 Mohigan Way
Las Vegas, NV 89109-3374


/s/ Carrie Lawrence
Lewis and Roca LLP

2

2041903.1