**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHinderaker@LRLaw.com

*Attorneys for USACM Liquidating Trust*

E-Filed on 4/21/09

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br>USA Capital Realty Advisors, LLC,[1]<br>USA Capital Diversified Trust Deed Fund, LLC,<br>USA Capital First Trust Deed Fund, LLC,[2]<br>USA Securities, LLC,[3]<br>                      Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER SUSTAINING OBJECTION OF USACM TRUST TO PROOFS OF CLAIM FILED BY WILLIAM DANIEL CARTER, TRUSTEE AS DUPLICATIVE AND BASED IN PART UPON AN INVESTMENT IN FTDF**<br><br>Hearing Date:   April 10, 2009<br>Hearing Time:   9:30 a.m. |

**PLEASE TAKE NOTICE** that an Order Sustaining Objection of USACM Trust to Proofs of Claim Filed by William Daniel Carter, Trustee as Duplicative and Based in Part

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

LEWIS AND ROCA LLP
LAWYERS

1  Upon an Investment in FTDF [DE 7047] was entered on the 17th day of April, 2009, a
2  true and correct copy of which is attached hereto as Exhibit A.
3
4      RESPECTFULLY SUBMITTED April 21, 2009.
5                            LEWIS AND ROCA LLP
6
7                            By /s/ John Hinderaker (AZ 010824)
8                            Rob Charles
                          John Hinderaker
9                            *Attorneys for USACM Liquidating Trust*

10 Copy of the foregoing mailed by First Class, U.S. Mail, postage prepaid, on
11 April 21, 2009 to the following parties:
12
William Daniel Carter, Trustee
13 8710 54th Avenue East
Bradenton, FL 34211
14
15
16 /s/ Carrie Lawrence
Lewis and Roca LLP
17
18
19
20
21
22
23
24
25
26

2

2041911.1