**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHinderaker@LRLaw.com

*Attorneys for USACM Liquidating Trust*

E-Filed on 4/21/09

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br>USA Capital Realty Advisors, LLC,[1]<br>USA Capital Diversified Trust Deed Fund, LLC,<br>USA Capital First Trust Deed Fund, LLC,[2]<br>USA Securities, LLC,[3]<br>　　　　　　　　　Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER SUSTAINING OBJECTION OF USACM TRUST TO PROOF OF CLAIM OF LLOYD BLAIR FILED IN WRONG DEBTOR'S CASE; OBJECTION OF DTDF TO PROPOSED ALLOWANCE OF CLAIM**<br><br>Hearing Date:　April 10, 2009<br>Hearing Time:　9:30 a.m. |

　　　**PLEASE TAKE NOTICE** that an Order Sustaining Objection of USACM Trust to Proof of Claim of Lloyd Blair Filed in Wrong Debtor's Case; Objection of DTDF to

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

1

2041841.1

1 | Proposed Allowance of Claim [DE 7045] was entered on the 17th day of April, 2009, a
2 | true and correct copy of which is attached hereto as Exhibit A.
3 |
4 |       RESPECTFULLY SUBMITTED April 21, 2009.
5 |                                   LEWIS AND ROCA LLP
6 |
7 |                                   By /s/ John Hinderaker (AZ 010824)
8 |                                   Rob Charles
                                    John Hinderaker
9 |                                   *Attorneys for USACM Liquidating Trust*
                                  One South Church Avenue, Suite 700
10 |                                   Tucson, AZ 85701-1611
                                  Telephone (520) 622-2090
11 |                                   Facsimile (520) 622-3088
12 |
13 | Copy of the foregoing mailed by First Class, U.S. Mail, postage prepaid, on
14 | April 21, 2009 to the following parties:
15 | The L.E. and J.G. Blair Family Trust,
16 | Lloyd E. Blair as Trustee
    1931 Quail Creek Court
17 | Reno, NV 89519
18 |
19 | /s/ Carrie Lawrence
    Lewis and Roca LLP
20 |
21 |
22 |
23 |
24 |
25 |
26 |

2041841.1