Entered on Docket
April 27, 2009

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

Marjorie A. Guymon, Esq.
Nevada Bar No. 4983
Email: mguymon@goldguylaw.com
Nedda Ghandi, Esq.
Nevada Bar No. 11137
Email: nghandi@goldguylaw.com
**GOLDSMITH & GUYMON, P.C.**
2055 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 873-9500
Facsimile: (702) 873-9600
Attorneys for Mountain West Mortgage Company

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br><br>       Debtors. | ) Case No. BK-S-06-10725-LBR<br>) Case No. BK-S-06-10726-LBR<br>) Case No. BK-S-06-10727-LBR<br>) Case No. BK-S-06-10728-LBR<br>) Case No. BK-S-06-10729-LBR<br>)<br>) CHAPTER 11<br>)<br>) Hearing Date: April 10, 2009<br>) Hearing Time: 9:30 a.m.<br>)<br>)<br>)<br>) |

### ORDER GRANTING GOLDSMITH & GUYMON, P.C.'S MOTION FOR LEAVE OF COURT TO WITHDRAW AS ATTORNEY OF RECORD

Marjorie A. Guymon, Esq., of the law firm of GOLDSMITH & GUYMON, P.C., having filed a Motion for Leave of Court to Withdraw as Attorney of Record; said Motion having been heard on April 10, 2009, after having been duly noticed; Nedda Ghandi, Esq., of the law firm of

1

GOLDSMITH & GUYMON, P.C., having entered an appearance at the hearing, there being no opposition or client appearance; the Court having been fully apprised and for good cause appearing,

IT IS HEREBY ORDERED that GOLDSMITH & GUYMON, P.C.'s request to withdraw as counsel for Mountain West Mortgage Company on all matters relative to the above-referenced bankruptcy proceeding is hereby granted pursuant to Local Rule IA 10-6.

IT IS FURTHER ORDERED that GOLDSMITH & GUYMON, P.C. shall provide a copy of all pending motions to the last known address for Mountain West Mortgage by regular US Mail and file a certificate of service with the Court advising of the same. The last known address is as follows:

> Mountain West Mortgage, LLC
> 630 Trade Center Drive
> Las Vegas, NV 89119

IT IS FURTHER ORDERED that signatures on this order shall be waived pursuant to Local Rule 9021.

SUBMITTED BY:

GOLDSMITH & GUYMON, P.C.

_____
Marjorie A. Guymon, Esq.
Nevada Bar No. 4983
2055 Village Center Circle
Las Vegas, Nevada 89134

###