

**Entered on Docket
April 27, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (520) 629-4427
Facsimile (520) 879-4705
Email:  rcharles@lrlaw.com
           jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| | Case No. BK-S-06-10726-LBR[1] |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[2] |
| USA CAPITAL REALTY ADVISORS, LLC,[1] | Case No. BK-S-06-10729-LBR[3] |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,[2] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC,[3]     Debtors. | **ORDER SUSTAINING FOURTH OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED, IN WHOLE OR IN PART, UPON INVESTMENT IN DEL VALLE HOMES, LLC ISLETON LOAN EXCEPT FOR AMOUNTS DESIGNATED AS "UNREMITTED PRINCIPAL"** |
| **Affects:**☐ All Debtors☒ USA Commercial Mortgage Company☐ USA Capital Realty Advisors, LLC☐ USA Capital Diversified Trust Deed Fund, LLC☐ USA Capital First Trust Deed Fund, LLC☐ USA Securities, LLC | Hearing Date:  April 10, 2009Hearing Time:  9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

LEWIS AND ROCA LLP LAWYERS

1   The Court having considered the "Fourth Omnibus Objection of USACM Trust To Proofs of Claim Based, in Whole or in Part, Upon Investment in Del Valle Homes, LLC Isleton Loan Except for Amounts Designated as 'Unremitted Principal'" [Docket No. 6885] (the "Objection"); with appropriate notice of the Objection having been given; with no response to the Objection having been filed; and good cause appearing:

**IT IS HEREBY ORDERED** that:

1. The Objection is sustained;

2. The amount listed as "Unremitted Principal" on Exhibit A attached are allowed as general unsecured claims; and

3. The balance of the claims listed on Exhibit A attached to this Order are disallowed to the extent they are based upon Del Valle-Isleton, an investment that has been repaid in full.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By    /s/ John Hinderaker (018024)
    Rob Charles
    John Hinderaker
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (520) 629-4427
Facsimile: (520) 879-4705

*Attorneys for USACM Liquidating Trust*

APPROVED/DISAPPROVED


By:_____
    August Landis
    Assistant United States Trustee

2041352_1.TMP

In accordance with Local Rule 9021, the undersigned certifies:

- ☐ The Court waived the requirements of LR 9021.

- ☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

- ☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: August Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**

By: /s/ JH (#018024)
   Rob Charles
   John Hinderaker
*Attorneys for USACM Liquidating Trust*

2041352_1.TMP

DEL VALLE – ISLETON LOAN
FOURTH OMNIBUS OBJECTION

# EXHIBIT A
Multiple Loan Claim

| Claim | Name | Address | Total Claim Amount | Total Claim Amount Relating to Del Valle – Isleton Loan | Unremitted Principal | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| **10725-01412** | Wildwater Limited Partnership | c/o Eric Ronning P.O. Box 7804 Incline Village, NV 89452 | $42,884.61 | $2,753.62 | $0 | $2,753.62 |
| **10725-02123** | Universal Management Inc., a Nevada Corp. | 8080 Harborview Rd Blaine, WA  98230 | $1,438,118.00 | $400,000.00 | $9,855.07 | $390,144.93 |
| **10725-02040** | Joseph G. and Carol A. Zappulla | 3022 West Redwood Lane Phoenix, AZ  85045 | $1,409,625.48 | $200,000.00 | $4,927.54 | $195,072.46 |

243036.1