# LEWIS
### AND
# ROCA
#### LLP
### LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 18024
Email:jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 4/28/2009

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR[1] |
| USA Commercial Mortgage Company, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[2] |
| USA Capital Realty Advisors, LLC,[1] | Case No. BK-S-06-10729-LBR[3] |
| USA Capital Diversified Trust Deed Fund, LLC, | CHAPTER 11 |
| USA Capital First Trust Deed Fund, LLC,[2] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA Securities, LLC,[3] | **Status And Agenda For April 30, 2009 Hearings filed by USACM Liquidating Trust** |
| Debtors. | |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Hearing Date:      April 30, 2009
Hearing Time:          9:30 a.m.
                              10:30 a.m.

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

1

2041077.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

1

2   **Agenda for 9:30 a.m.**

3

4       1.      **Status Hearing Re:  USACM Liquidating Trust's Motion to Strike
Defendant Michael Petersen's Jury Demand:**  Adv. 08-01134-lbr, USACM Liquidating
5   Trust & USA Capital Diversified Trust Deed Fund, vs. Mary Petersen & Mary Petersen
Family Trust Dtd 8/12/89 & Michael D Petersen & Michael D Petersen Family Trust Dtd
6   8/12 & Kathryn L Petersen & Kathryn L. Petersen Living Trust & KLP Trust Dtd 7/15/99

7   **Motion Filed:**      Motion to Strike *USACM LIQUIDATING TRUST'S Motion to*
2/06/09               *Strike Defendant MICHAEL PETERSEN'S Jury Demand with*
8                        *Certificate of Service* Filed by ERIC D. MADDEN on behalf of
9                        USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,
USACM LIQUIDATING TRUST  [DE 71]
10
**Order Filed:**       Order Continuing Status Hearing Status hearing to be held on
11  3/27/09              3/30/2009 at 11:00 AM at LBR-Courtroom 1, Foley Federal Bldg.
[DE 97]
12
**Status**
13

14      2.      **Status Hearing Re:  Complaint:**  Adv. 08-01129-lbr; USACM Liquidating
15  Trust v. Tanamera Resort Partners, LLC

16  **Complaint filed:**    Adversary case 08-01129. Complaint Filed by USACM
4/11/08               LIQUIDATING TRUST vs. TANAMERA RESORT
17                        PARTNERS, LLC  [DE 1]

18  **Order filed:**       Order Setting Status Conference. Status hearing to be held on
4/15/09               4/30/2009 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg.
19                        [DE 26]

20  **Status:**

21
22      3.      **Hearing Re:  Stipulation and Order to Enlarge Briefing Schedule on
Defendant's Motion to Compel Arbitration and Dismiss, or Alternatively, Stay
23  Proceedings Pending Arbitration:**  Adv. 08-01135-lbr, USACM Liquidating Trust et al
v. Wells Fargo Bank, N.A.
24

25

26

2041077.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

| | |
|---|---|
| **Stipulation filed:**<br>3/16/09 | Stipulation By WELLS FARGO BANK, N.A. and Between USA Capital Diversified Trust Deed Fund, LLC *and proposed Order to Enlarge Briefing Schedule on Defendant's Reply to Plaintiff USA Capital Diversified Trust Deed Fund LLC's Response to Wells Fargo Bank, N.A.'s Amended Motion to Stay Pending Determination of Arbitrability, or Alternatively, to Dismiss Proceedings Pending Arbitration* Filed by STEVE A. PEIRCE on behalf of WELLS FARGO BANK, N.A. [DE 116] |
| **Order filed:**<br>3/30/09 | Amended Order for Additional Briefing and Order Continuing Hearing. [DE 122] |
| **Status** | |

    4.    **Amended Motion to Stay Pending Determination of Arbitrability, or Alternatively, to Dismiss or Stay Proceedings Pending Arbitration:** Adv. 08-01135-lbr, USACM Liquidating Trust & USA Capital Diversified Trust Deed Fund, & USA Capital First Trust Deed Fund, LLC vs. Wells Fargo Bank, N.A.

| | |
|---|---|
| **Motion Filed:**<br>2/20/09 | Amended Motion To Stay *Pending Determination of Arbitrability, or Alternatively, to Dismiss or Stay Proceedings Pending Arbitration* with Certificate of Service Filed by MICHAEL W. O'DONNELL on behalf of WELLS FARGO BANK, N.A. [DE 104] |
| **Status** | Continued from 3/06/09. |

    5.    **Status Conference Re: Complaint:** Adv. 08-01135-lbr, USACM Liquidating Trust et al v. Wells Fargo Bank, N.A.

| | |
|---|---|
| **Complaint filed:**<br>4/12/08 | Adversary case 08-01135. Complaint Filed by USACM LIQUIDATING TRUST, USA CAPITAL DIVERSIFIED TRUST DEED FUND, USA CAPITAL FIRST TRUST DEED FUND, LLC vs. WELLS FARGO BANK, N.A. [DE 1] |
| **Order filed:**<br>4/14/09 | Order Status Hearing. Continued Status hearing to be held on 4/30/2009 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg. [DE 127] |
| **Status** | |

    6.    **Status hearing Re: Complaint:** Adv. 08-01132-lbr, USA Capital Diversified Trust Deed Fund LLC v. Fulton

2041077.1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

| | |
|---|---|
| **Complaint filed:** 4/13/09 | First Amended Complaint Filed by MICHAEL YODER on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND LLC against STANLEY E FULTON  [DE 49] |
| **Order filed:** 4/14/09 | Order Status Hearing. Continued Status hearing to be held on 4/30/2009 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg. [DE 50] |
| **Status** | Counsel for USACM Trust is ready to proceed. |

7.    **First Omnibus Objection to Proofs of Claim Based Upon Investment in Copper Sage Commerce Center, LLC Loan Except for Amounts Designated as "Unremitted Principal":** 06-10725-lbr, USA COMMERCIAL MORTGAGE COMPANY  Chapter:  11

| | |
|---|---|
| **Objection filed:** 3/26/09 | Omnibus Objection to Claim of in the amount of *First Omnibus Objection to Proofs of Claim Based Upon Investment in Copper Sage Commerce Center, LLC Loan Except for Amounts Designated as "Unremitted Principal"* with Certificate of Service Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [DE 6969] |
| **Status** | Counsel for the Trust was contacted by a representative for Wayne Dotson Co., re  Proof of Claim No. 10725-0112. The Trust determined that the objection should be withdrawn as to his claim. No other responses filed. . |

8.    **Second Omnibus Objection to Proofs of Claim Based, in Whole or in Part, Upon Investment in Copper Sage Commerce Center, LLC Loan Except for Amounts Designated as "Unremitted Principal":**  06-10725-lbr, USA COMMERCIAL MORTGAGE COMPANY,  Chapter:  11

| | |
|---|---|
| **Objection filed:** 3/26/09 | Omnibus Objection to Claim of in the amount of *Second Omnibus Objection to Proofs of Claim Based, in Whole or in Part, Upon Investment in Copper Sage Commerce Center, LLC Loan Except for Amounts Designated as "Unremitted Principal"* with Certificate of Service Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST  [DE 6971] |
| **Status** | No response filed. |

2041077.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

1

2      9.      **Third Omnibus Objection to Proofs of Claim Based, in Whole or in**

3   **Part, Upon Investment in Copper Sage Commerce Center, LLC Loan Except for**

4   **Amounts Designated as "Unremitted Principal":** 06-10725-lbr, USA COMMERCIAL
    MORTGAGE COMPANY  Chapter: 11

5   **Objection filed:**        Omnibus Objection to Claim of in the amount of *Third Omnibus*
    3/26/09                    *Objection to Proofs of Claim Based, in Whole or in Part, Upon*

6                              *Investment in Copper Sage Commerce Center, LLC Loan Except*
                               *for Amounts Designated as "Unremtted Principal"* with

7                              Certificate of Service Filed by JOHN HINDERAKER on behalf

8                              of USACM LIQUIDATING TRUST  [DE 6973]

9   **Status**                  No response filed.

10

11      10.      **Objection to Claim 10725-02484 of Ross Deller Sr. in the amount of**

    **$250,000.00 As Filed Partially in Wrong Debtor's Case; Objection of DTDF of**

12  **Proposed Allowance of Claim:** 06-10725-lbr, USA COMMERCIAL MORTGAGE
    COMPANY  Chapter: 11

13  **Objection filed:**        Objection to Claim 10725-02484 of Ross Deller Sr. in the amount

14  3/27/09                    of $250,000.00 *As Filed Partially in Wrong Debtor's Case;*
                               *Objection of DTDF to Proposed Allowance of Claim* with

15                             Certificate of Service Filed by JOHN HINDERAKER on behalf
                               of USACM LIQUIDATING TRUST  [DE 6981]

16
    **Status**                  No response filed.
17

18      11.      **Omnibus Objection of USACM Liquidating Trust to Proofs of Claim**

19  **Based Upon Equipment Leases:** 06-10725-lbr, USA COMMERCIAL MORTGAGE
    COMPANY  Chapter: 11

20  **Objection filed:**        Omnibus Objection to Claim of in the amount of *Omnibus*

21  3/30/09                    *Objection of USACM Liquidating Trust to Proofs of Claim Based*
                               *Upon Equipment Leases* with Certificate of Service Filed by

22                             JOHN HINDERAKER on behalf of USACM LIQUIDATING

23                             TRUST  [DE 6987]

    **Status**                  No response filed.
24

25      12.      **Objection of USACM Liquidating Trust to Claims of Kantor**

26  **Nephrology Consultants, Ltd. 401(k) PSP, Dr. Gary Kantor and Lynn M. Kantor:**
    06-10725-lbr, USA COMMERCIAL MORTGAGE COMPANY  Chapter: 11

2041077.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

**Objection filed:** 3/3/09

*Objection of USACM Liquidating Trust to Claims of Kantor Nephrology Consultants, Ltd. 401(k) PSP, Dr. Gary Kantor and Lynn M. Kantor* with Certificate of Service Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [DE 6989]

**Status**

Counsel for the Kantors has indicated that the Kantor Claimants will withdraw these claims before the hearing.

13. **Motion to Further Extend Deadline to File Objection to Allowance of Claims:** 06-10725-lbr, USA COMMERCIAL MORTGAGE COMPANY  Chapter: 11

**Motion filed:** 4/2/09

Motion to Extend Time *Motion to Further Extend Deadline to File Objection to Allowance of Claims* with Certificate of Service Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 7003]

**Status**

No response filed.

14. **Motion to Distribute Remaining Unclaimed Funds to USACM Liquidating Trust; and Dismiss Adversary Proceedings:** 06-01146-lbr, USA COMMERCIAL MORTGAGE COMPANY v. WELLS FARGO BANK, N.A. et al

**Motion Filed:** 3/31/09

Motion to Dismiss Adversary Proceeding *Motion to Distribute Remaining Unclaimed Funds to USACM Liquidating Trust; and Dismiss Adversary Proceedings* with Certificate of Service Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST  [DE 185]

**Status**

No response filed.

15. **Motion for Relief From Stay Property: Tract C-1-A-1-B, Schwartzman Industrial Center, Within Sections 5 and 8, Township 9 North, Range 3 East, N.M.P.M., Bernalillo County, New Mexico, as the Same Are Shown and Designated on the Replat Filed on the Office of the County Clerk of Bernalillo County, New Mexico, on July 1, 2004 in Book 2004C, Page 200:** 06-10725-lbr, USA COMMERCIAL MORTGAGE COMPANY  Chapter: 11

2041077.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

| | |
|---|---|
| **Motion Filed:**<br>4/01/09 | Motion for Relief from Stay Property: Tract C-1-A-1-B, SCHWARTZMAN INDUSTRIAL CENTER, within Sections 5 and 8, Township 9 North, Range 3 East, N.M.P.M., Bernalillo County, New Mexico, as the same are shown and designated on the replat filed on the office of the County clerk of Bernalillo County, New Mexico, on July 1, 2004 in Book 2004C, page 200 [DE 6998] |
| **Status** | No response filed. |

16.    **Objection to Claim 10725-01156 of Florence Bolatin Living Trust DTD 10/23/98 in the amount of $110,712.00** *As Filed Partially in Wrong Debtor's Case; Objection of DTDF to Proposed Allowance of Claim:* 06-10725-lbr, USA COMMERCIAL MORTGAGE COMPANY  Chapter:  11

| | |
|---|---|
| **Objection Filed:**<br>3/25/09 | Objection to Claim 10725-01156 of Florence Bolatin Living Trust DTD 10/23/98 in the amount of $110,712.00 *As Filed Partially in Wrong Debtor's Case; Objection of DTDF to Proposed Allowance of Claim* with Certificate of Service Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [DE 6959] |
| **Status** | No response filed. |

17.    **Objection to Claim 10725-02487 of Newby 1984 Family Trust Dated 3/19/84 in the amount of $345,000.00** *As Filed Partially in Wrong Debtor's Case; Objection of DTDF to Proposed Allowance of Claim:* 06-10725-lbr, USA COMMERCIAL MORTGAGE COMPANY  Chapter:  11

| | |
|---|---|
| **Objection Filed:**<br>3/25/09 | Objection to Claim 10725-02487 of Newby 1984 Family Trust Dated 3/19/84 in the amount of $345,000.00 *As Filed Partially in Wrong Debtor's Case; Objection of DTDF to Proposed Allowance of Claim* with Certificate of Service Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [DE 6961] |
| **Status** | No response filed. |

18.    **Objection to Claim 10725-02421 of Teri Melvin in the amount of $613,561.41** *As Filed Partially in Wrong Debtor's Case; Objection of DTDF to Proposed Allowance of Claim:* 06-10725-lbr, USA COMMERCIAL MORTGAGE COMPANY  Chapter:  11

2041077.1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

| | |
|---|---|
| **Objection filed:** 3/25/09 | Objection to Claim 10725-02421 of Teri Melvin in the amount of $613,561.41 *As Filed Partially in Wrong Debtor's Case; Objection of DTDF to Proposed Allowance of Claim* with Certificate of Service Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [DE 6963] |
| **Status** | No response filed. |

19.    **Objection to Claim 10725-00550 of Patti Page in the amount of $200,000.00** *As Filed Partially in Wrong Debtor's Case; Objection of DTDF to Proposed Allowance of Claim:* 06-10725-lbr, USA COMMERCIAL MORTGAGE COMPANY  Chapter:  11

| | |
|---|---|
| **Objection filed:** 3/25/09 | Objection to Claim 10725-00550 of Patti Page in the amount of $200,000.00 *As Filed Partially in Wrong Debtor's Case; Objection of DTDF to Proposed Allowance of Claim* with Certificate of Service Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST  [DE 6965] |
| **Status** | No response filed. |

**Agenda for 10:30 a.m.**

1.    **Status hearing re second amended complaint:**  Adv. 06-01256-lbr, USA COMMERCIAL MORTGAGE COMPANY et al v. REALE et al.

| | |
|---|---|
| **Complaint filed:** 4/05/07 | Second Amended Complaint Filed by ANNE M. LORADITCH On Behalf Of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC Against CRAIG ORROCK, Betty Phenix, ALLEN ABOLAFIA, BOB ALUM, FRANK J. BELMONTE, JR., JEAN JACQUES BERTHELOT, GARY BRENNAN, PAUL BRUGGEMANS, WILLIAM F ERRINGTON, HARV GASTALDI, GREAT WHITE INVESTMENTS, NV, INC., VINCENT GREEN, HMA SALES LLC, JAYEM FAMILY LTD PARTNERSHIP, AIMEE KEARNS, KLAUS KOPF, ARLENE KRAUS, BERNARD KRAUS, JOSEPH B. LAFAYETTE, GEORGES LAFORGE, JASON G LANDESS, SVEN LEVIN, JACQUES M. MASSA, NATIONAL REAL ESTATE HOLDINGS, INC., R&N REAL ESTATE INVESTMENTS, R.G.T. MILLER (TRUSTEE), SALVATORE REALE, DENNIS F. SIPIORSKI, DAVID STIBOR, KENNETH TRECHT, USA COMMERCIAL REAL ESTATE GROUP, ROBERT J. |

2041077.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

VERCHOTA, STEVE WALTERS, RUSSELL J. ZUARDO  [DE 201]

**Order filed:**
2/24/09

Order Continuing Status Hearing. Status hearing to be held on 4/30/2009 at 10:30 AM at LBR-Courtroom 1, Foley Federal Bldg. [DE 426]

**Status**

2.    **Motion to Dismiss Party ALLEN ABOLOFIA as Defendant Pursuant to Fed. R. Civ. P. 41(a)(2):**  Adv. 06-01256-lbr, USA COMMERCIAL MORTGAGE COMPANY et al v. REALE et al.

**Motion filed:**
3/27/09

Motion to Dismiss Party ALLEN ABOLOFIA *as Defendant Pursuant to Fed. R. Civ. P. 41(a)(2)* Filed by BRIGID M. HIGGINS on behalf of HMA SALES LLC, HMA SALES, LLC [DE 431]

**Status**

3.    **Scheduling Conference Re:  Complaint:**  Adv. 08-01209-lbr, USACM Liquidating Trust & USA Capital Diversified Trust Deed Fund, vs. David A Fogg

**Complaint filed:**
7/15/08

Adversary case 08-01209. Complaint Filed by USACM LIQUIDATING TRUST, USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC vs. DAVID A FOGG  [DE 1]

**Order filed:**
2/27/09

Order Establishing Procedures for Judicial Settlement Conference. Settlement Conference scheduled for 4/21/2009 at 01:30 PM at LBR-Courtroom 1, Foley Federal Bldg. Scheduling Conference scheduled for 4/30/2009 at 10:30 AM at LBR-Courtroom 1, Foley Federal Bldg.  [DE 30]

**Status**

Counsel for USACM Trust is ready to proceed.

4.    **Status hearing re:  Complaint:**  Adv. 08-0166-lbr, USACM Liquidating Trust v. Compass USA SPE, LLC et al

**Complaint filed:**
2/29/08

Adversary case 08-01066. Complaint Filed by USACM LIQUIDATING TRUST vs. COMPASS USA SPE, LLC, REPUBLIC TITLE OF TEXAS, INC.  [DE 1]

**Counterclaim filed:**
5/1/2008

Answer and Counterclaim [DE 14]

2041077.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

| | |
|---|---|
| **Order filed:**<br>2/06/09 | Order Setting Hearing. Status hearing to be held on 2/20/2009 at 10:30 AM at LBR-Courtroom 1, Foley Federal Bldg.  [DE 48] |
| **Status** | Compass' counsel has been granted leave to withdraw, yet it is a party to unresolved disputes pending in this action.  Compass has not retained substitute counsel.  The interest of the plaintiff in one discrete portion of the litigation – whether Compass is liable for failing to remit over $55,000 in prepaid interest – may now be owned by Debt Acquisition Company of America V, LLC, pursuant to the Court's Order Granting Motion to Approve Settlement With Debt Acquisition Company of America V, LLC [DE 6893]. The Trust will recommend that the Court continue this matter to a status hearing with notice to Compass at which hearing Compass shall be represented by counsel or its answer and counterclaim be stricken for lack of prosecution. |

Dated April 28, 2009.

**LEWIS AND ROCA LLP**


By:  /s/ RC (#6593)
       Susan M. Freeman, AZ 4199 (*pro hac vice*)
       Rob Charles, NV 6593
       John Hinderaker, AZ 18024 (*pro hac vice*)
       *Counsel for USACM Liquidating Trust*

PROOF OF SERVICE

COPY of the aforementioned sent via e-mail or U.S. First Class Mail on April 28, 2009 to the parties listed on Post-Effective Official Service List for Limited Notice No. 5 Dated March 31, 2009.


 /s/ Carrie Lawrence
Carrie Lawrence
Lewis and Roca LLP

2041077.1