E-Filed on 4/28/09

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,[1]

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]

USA SECURITIES, LLC,[3]

       Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR[1]
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR[2]
Case No. BK-S-06-10729-LBR[3]

CHAPTER 11

Jointly Administered Under Case No. BK-S-06-10725 LBR

**STIPULATED WITHDRAWAL OF PROOF OF CLAIM BY (1) KANTOR NEPHROLOGY CONSULTANTS, LTD, 401(K) PSP (2) DR. GARY KANTOR AND (3) LYNN M. KANTOR**

**Hearing Date:** April 30, 2009
**Time:** 9:30 a.m.

  Kantor Nephrology Consultants, Ltd., 401(k) PSP, Dr. Gary Kantor, and Lynn M. Kantor (collectively, the "Kantors"), and the USACM Liquidating Trust, hereby stipulate as follows:

  1) Kantor Nephrology Consultants, Ltd., 401(K) PSP, by and through its undersigned counsel, withdraws its Proof of Claim No. 10725-01362 filed on November 13, 2006 in an unliquidated amount.

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2042691.1

2) Dr. Gary Kantor, by and through his undersigned counsel, withdraws Proof of Claim No. 10725-01363 filed on November 13, 2006 in an unliquidated amount.

3) Lynn M. Kantor by and through her undersigned counsel, withdraws Proof of Claim No. 10725-01364 filed on November 13, 2006 in an unliquidated amount.

The claims identified above, collectively "Kantor" claims are hereby withdrawn.

Respectfully submitted this 21st day of April, 2009.

MCGUIRE WOODS LLP

By: _____
Michael M. Schmahl
77 W. Wacker Dr., #4100
Chicago, IL 60601
Attorney for Kantor Nephrology Consultants, Ltd, 401(K) PSP; Dr. Gary Kantor, and Lynn M. Kantor

And

LEWIS AND ROCA

By: /s/ John C. Hinderaker
John C. Hinderaker
Lewis and Roca
One S. Church Avenue
Suite 700
Tucson, Arizona 85701
Attorney for USACM Liquidating Trust

2042691.1