**LEWIS**
AND
**ROCA**
LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHinderaker@LRLaw.com

*Attorneys for USACM Liquidating Trust*

E-Filed on 4/28/09

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br>USA Capital Realty Advisors, LLC,[1]<br>USA Capital Diversified Trust Deed Fund, LLC,<br>USA Capital First Trust Deed Fund, LLC,[2]<br>USA Securities, LLC,[3]<br>Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | **NOTICE OF ENTRY OF STIPULATED ORDER APPROVING WITHDRAWAL OF PROOF OF CLAIM FILED BY CLIFTON FAMILY TRUST** |

**PLEASE TAKE NOTICE** that a Stipulated Order Approving Withdrawal of Proof of Claim Filed By Clifton Family Trust [DE 7068] was entered on the 27th day of April, 2009, a true and correct copy of which is attached hereto as Exhibit A.

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2044597.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

RESPECTFULLY SUBMITTED April 28, 2009.

LEWIS AND ROCA LLP


By  /s/ Rob Charles (#0006593)
Rob Charles
John Hinderaker
*Attorneys for USACM Liquidating Trust*
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
702-949-8320

Copy of the foregoing mailed on April 28, 2009 to:

Helen Clifton
Trustee for the Clifton Family Trust
10812 Windrose Point Avenue
Las Vegas, Nevada 89144-5424


/s/ Carrie Lawrence
Lewis and Roca LLP

2044597.1