**LEWIS AND ROCA LLP — LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 4/29/2009

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>    Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**USACM TRUST WITHDRAWAL OF OBJECTION TO PROOF OF CLAIM OF WAYNE DOTSON CO.**<br><br>Hearing Date: April 30, 2009<br>Time: 9:30 a.m. |

The USACM Liquidating Trust ("USACM Trust"), filed its 1st Omnibus Objection Based on Investment in Copper Sage Commerce Center, LLC, Loan [DE 6969]. Included in the omnibus objection was an objection to proof of claim 10725-01125 filed by Wayne Dotson Co. ("Dotson"), in the amount of $56,000. The USACM Trust was contacted by a representative for Dotson. After conferring with the representative it was determined that

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2044045.1



Dotson was not invested in this particular Copper Sage Loan and therefore should not have been included in the objection.

Wherefore, the USACM Trust withdraws its objection to proof of claim 10725-01125 filed by Dotson, but reserves the right to object at a later date. .

Respectfully submitted April 29, 2009.

**LEWIS AND ROCA LLP**

By: /s/ JH (#018024)
Rob Charles, NV 6593
John Hinderaker, AZ 018024
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
*Counsel for USACM Liquidating Trust*

Copy of the foregoing mailed this

April 29, 2009 to:

Wayne Dotson Co.
c/o Dinah Bogart Engel
Conservator for Peter D. Bogart
1445 City Line Ave.,
Wynnewood, PA 19096

/s/ Carrie Lawrence