**Entered on Docket
April 29, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                          Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**ORDER TO APPEAR AND SHOW CAUSE WHY AN ORDER SHOULD NOT BE ENTERED SUSTAINING THE USACM LIQUIDATING TRUST'S OBJECTION TO LERIN HILLS LTD. PROOF OF CLAIM**<br><br>Hearing Date: June 12, 2009<br>Hearing Time: 9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

1

2044414.1

Upon consideration of the USACM Liquidating Trust (the "USACM Trust") Application for Order to Show Cause (the "Application") [DE 7079] and good cause appearing,

IT IS ORDERED that Lerin Hills Ltd. ("Lerin Hills"), shall appear and show cause why an Order should not be entered sustaining the USACM Trust's objection to Proof of Claim No. 10725-01279 filed by Lerin Hills because Lerin Hills is no longer represented by legal counsel. The show cause hearing is set for **June 12, 2009 at 9:30 a.m.** at the United States Bankruptcy Court, Courtroom 3, Foley Federal Building., 300 Las Vegas Blvd., South, Las Vegas, NV. If Lerin Hills fails to appear and show cause at the hearing, the Court may immediately enter an order sustaining the USACM Trust objection to Proof of Claim 10725-01279.

IT IS FURTHER ORDERED that a copy of this order to show cause shall be served by Counsel for the USACM Trust on Lerin Hills by first class United States mail at the last known address for Lerin Hills provided by Lerin Hills former counsel in its Motion to Withdraw [DE 6839].

###

Prepared and Submitted by:
**LEWIS AND ROCA LLP**

By /s/ John Hinderaker (AZ 018024)
Rob Charles, NV 6593
Email: Rcharles@LRLaw.com
John Hinderaker
Email: jhinderaker@LRLaw.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Facsimile: (702) 949-8321
Telephone: (702) 949-8320
Attorneys for USACM Liquidating Trust

2044414.1