**LEWIS AND ROCA LLP — LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
Marvin Ruth NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 4/29/2009

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                         Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Certificate of Service** |

    1.    I, Carrie Lawrence, an employee of Lewis and Roca LLP, served the following documents:

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2013738.1

- **Objection of USACM Trust to Proofs of Claim Filed By James J. Lee, Esq. and The Law Offices of James J. Lee; and Certificate of Service [DE 7086]; and**
- **Notice of Hearing Regarding Objection of USACM Trust to Proofs of Claim Filed By James J. Lee, Esq. and The Law Offices of James J. Lee; and Certificate of Service [DE 7087].**

2. I served the foregoing via first class postage prepaid U.S. Mail on April 29, 2009 to the following parties:

Rick A. Yarnall
701 Bridger Ave., #820
Las Vegas, NV 89101

August B. Landis
U.S. Trustee
Office of the U.S. Trustee
300 Las Vegas Blvd., So.
Suite 4300
Las Vegas, NV 89101

I declare the foregoing is true and correct.

DATED: April 29, 2009.

/s/ Carrie Lawrence
Carrie Lawrence
Lewis and Roca LLP

2013738.1