**LEWIS**
AND
**ROCA**
LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHinderaker@LRLaw.com

*Attorneys for USACM Liquidating Trust*

E-Filed on 4/29/09

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br>USA Capital Realty Advisors, LLC,[1]<br>USA Capital Diversified Trust Deed Fund, LLC,<br>USA Capital First Trust Deed Fund, LLC,[2]<br>USA Securities, LLC,[3]<br>　　　　　　　　　　　Debtors.<br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER TO APPEAR AND SHOW CAUSE WHY AN ORDER SHOULD NOT BE ENTERED SUSTAINING THE USACM LIQUIDATING TRUST'S OBJECTION TO LERIN HILLS LTD. PROOF OF CLAIM** |

**PLEASE TAKE NOTICE** that a Order To Appear and Show Cause Why an Order Should Not Be Entered Sustaining the USACM Liquidating Trust's Objection to Lerin Hills Ltd. Proof of Claim [DE 7084] was entered on the 29th day of April, 2009, a true and correct copy of which is attached hereto as Exhibit 1.

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

1

2045618.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

1

2        RESPECTFULLY SUBMITTED April 29, 2009.

3                                    LEWIS AND ROCA LLP

4

5                                    By /s/ John Hinderaker (#018024)
                                      Rob Charles
6                                    John Hinderaker
                                     *Attorneys for USACM Liquidating Trust*
7                                    3993 Howard Hughes Parkway, Suite 600
                                     Las Vegas, Nevada 89169
8                                    702-949-8320

9    Copy of the foregoing mailed on April
10   29, 2009 to:

11   Lerin Hills, Ltd.
     630 Trade Center Drive
12   Las Vegas, Nevada 89119

13

14
     /s/ Carrie Lawrence
15   Lewis and Roca LLP

16

17

18

19

20

21

22

23

24

25

26

2045618.1