# LEWIS
## AND
# ROCA
#### LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHinderaker@LRLaw.com

*Attorneys for USACM Liquidating Trust*

E-Filed on 4/29/09

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| USA Commercial Mortgage Company, | Case No. BK-S-06-10726-LBR[1] |
| USA Capital Realty Advisors, LLC,[1] | Case No. BK-S-06-10727-LBR |
| USA Capital Diversified Trust Deed Fund, LLC, | Case No. BK-S-06-10728-LBR[2] |
| USA Capital First Trust Deed Fund, LLC,[2] | Case No. BK-S-06-10729-LBR[3] |
| USA Securities, LLC,[3] | |
| Debtors. | CHAPTER 11 |

**Affects:**

☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Jointly Administered Under
Case No. BK-S-06-10725 LBR

**NOTICE OF ENTRY OF ORDER TO APPEAR AND SHOW CAUSE WHY AN ORDER SHOULD NOT BE ENTERED SUSTAINING THE USACM LIQUIDATING TRUST'S OBJECTION TO MOUNTAIN WEST MORTGAGE LLC PROOF OF CLAIM**

**PLEASE TAKE NOTICE** that a Order To Appear and Show Cause Why an Order Should Not Be Entered Sustaining the USACM Liquidating Trust's Objection to Mountain West Mortgage LLC Proof of Claim [DE 7085] was entered on the 29th day of April, 2009, a true and correct copy of which is attached hereto as Exhibit 1.

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2045607.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

1

        RESPECTFULLY SUBMITTED April 29, 2009.

2

3                                        LEWIS AND ROCA LLP

4

5                                        By  /s/ John Hinderaker (#018024)
                                          Rob Charles
                                          John Hinderaker
6                                          *Attorneys for USACM Liquidating Trust*
                                          3993 Howard Hughes Parkway, Suite 600
7                                          Las Vegas, Nevada 89169
                                          702-949-8320
8

9   Copy of the foregoing mailed on April
    29, 2009 to:
10

11  Mountain West Mortgage Corporation
    630 Trade Center Drive
12  Las Vegas, Nevada 89119

13

14  /s/ Carrie Lawrence
    Lewis and Roca LLP
15

16

17

18

19

20

21

22

23

24

25

26

2

2045607.1