EXHIBIT 1

1962760.1

**Entered on Docket**
**April 29, 2009**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**ORDER TO APPEAR AND SHOW CAUSE WHY AN ORDER SHOULD NOT BE ENTERED SUSTAINING THE USACM LIQUIDATING TRUST'S OBJECTION TO MOUNTAIN WEST MORTGAGE LLC PROOF OF CLAIM**<br><br>Hearing Date: June 12, 2009<br>Hearing Time: 9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

1

2044018.1

LEWIS AND ROCA LLP LAWYERS

1  Upon consideration of the USACM Liquidating Trust (the "USACM Trust")
2  Application for Order to Show Cause (the "Application") [DE 7080], and good cause
3  appearing,
4  IT IS ORDERED that that the Application is granted and Mountain West
5  Mortgage, LLC, ("MWM"),  shall appear before the Court and show cause why an Order
6  sustaining the USACM Trust objection to Proof of Claim 10725-00203 on **June 12, 2009**
7  **at 9:30 a.m.** at the U. S. Bankruptcy Court, Courtroom 3,  Foley Federal Building., 300
8  Las Vegas Blvd., South,  Las Vegas, NV. at 9:30 a.m.  If MWM fails to appear and show
9  cause, the Court may immediately sustain the Trust's Objection in which case MWM's
10 claim will be disallowed.
11 FURTHER ORDERED that the USACM Trust will provide notice of this hearing
12 to MWM by first class mail delivered to MWM's last known address as indicated on the
13 motion to withdraw filed by its former counsel.  [DE 6838].
14 ###

Prepared and Submitted by:
**LEWIS AND ROCA LLP**

By /s/ John Hinderaker (AZ 018024)
Rob Charles, NV 6593
Email: Rcharles@LRLaw.com
John Hinderaker
Email:  jhinderaker@LRLaw.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169-5996
Facsimile: (702) 949-8321
Telephone: (702) 949-8320
Attorneys for USACM Liquidating Trust

2

2044018.1