Marjorie A. Guymon, Esq.
Nevada Bar No. 4983
Email: mguymon@goldguylaw.com
Nedda Ghandi, Esq.
Nevada Bar No. 11137
Email: nghandi@goldguylaw.com
**GOLDSMITH & GUYMON, P.C.**
2055 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 873-9500
Facsimile: (702) 873-9600
Attorneys for Mountain West Mortgage Company

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPTIAL DIVERSIFIED TRUST DEED FUND, LLC<br><br>USA SECURITIES, LLC,<br><br>Debtors. | CASE NO. BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Hearing Date: April 10, 2009<br>Hearing Time: 9:30 A.M. |

**NOTICE OF ENTRY OF ORDER GRANTING GOLDSMITH & GUYMON, P.C.'S MOTION FOR LEAVE OF COURT TO WITHDRAW AS ATTORNEY OF RECORD**

TO: DEBTOR, CREDITORS AND ALL PARTIES IN INTEREST:

**YOU ARE HEREBY NOTICED** that the above-entitled Order, filed on April 27, 2009, was

1  entered herein on April 27, 2009. A copy of said Order is attached hereto.

2      DATED this ____ day of May, 2009.

**GOLDSMITH & GUYMON, P.C.**

_/s/ Marjorie A. Guymon_
Marjorie A. Guymon, Esq.
Nevada Bar No. 4983
2055 Village Center Circle
Las Vegas, Nevada 89134
Attorneys for Mountain West Mortgage Company

**Entered on Docket**
**April 27, 2009**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

Marjorie A. Guymon, Esq.
Nevada Bar No. 4983
Email: mguymon@goldguylaw.com
Nedda Ghandi, Esq.
Nevada Bar No. 11137
Email: nghandi@goldguylaw.com
**GOLDSMITH & GUYMON, P.C.**
2055 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 873-9500
Facsimile: (702) 873-9600
Attorneys for Mountain West Mortgage Company

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| | Case No. BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Hearing Date: April 10, 2009 |
| USA SECURITIES, LLC, | Hearing Time: 9:30 a.m. |
| Debtors. | |

**ORDER GRANTING GOLDSMITH & GUYMON, P.C.'S MOTION FOR LEAVE OF COURT TO WITHDRAW AS ATTORNEY OF RECORD**

Marjorie A. Guymon, Esq., of the law firm of GOLDSMITH & GUYMON, P.C., having filed a Motion for Leave of Court to Withdraw as Attorney of Record; said Motion having been heard on April 10, 2009, after having been duly noticed; Nedda Ghandi, Esq., of the law firm of

1  GOLDSMITH & GUYMON, P.C., having entered an appearance at the hearing, there being no
2  opposition or client appearance; the Court having been fully apprised and for good cause appearing,
3      IT IS HEREBY ORDERED that GOLDSMITH & GUYMON, P.C.'s request to withdraw as
4  counsel for Mountain West Mortgage Company on all matters relative to the above-referenced
5  bankruptcy proceeding is hereby granted pursuant to Local Rule IA 10-6.
6      IT IS FURTHER ORDERED that GOLDSMITH & GUYMON, P.C. shall provide a copy of
7  all pending motions to the last known address for Mountain West Mortgage by regular US Mail and
8  file a certificate of service with the Court advising of the same. The last known address is as
9  follows:

> Mountain West Mortgage, LLC
> 630 Trade Center Drive
> Las Vegas, NV 89119

12     IT IS FURTHER ORDERED that signatures on this order shall be waived pursuant to Local
13 Rule 9021.
14 SUBMITTED BY:
15 GOLDSMITH & GUYMON, P.C.

_____
Marjorie A. Guymon, Esq.
Nevada Bar No. 4983
2055 Village Center Circle
Las Vegas, Nevada 89134

###