EXHIBIT 1

Entered on Docket
April 27, 2009

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (520) 629-4427
Facsimile (520) 879-4705
Email: rcharles@lrlaw.com
       jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                       Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING OBJECTION OF USACM TRUST TO PROOF OF CLAIM OF KYONG AUSTIN AS FILED IN WRONG DEBTOR'S CASE AND NOT TIMELY FILED**<br><br>Hearing Date:  April 10, 2009<br>Hearing Time:  9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2039501_1.TM
P

1 | The Court having considered the "Objection of USACM Trust to Proof of Claim of Kyong Austin as Filed in Wrong Debtor's Case and Not Timely Filed (with Certificate of Service)" [Docket No. 6890] (the "Objection"); with appearances as set forth in the record at the hearing noted above; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS HEREBY ORDERED** that:

1. The Objection is sustained; and

2. Proof of Claim No. 10725-02576 is disallowed in its entirety as against USA Commercial Mortgage Company ("USACM").

# # #

DATED AND SIGNED ABOVE.

**Prepared by:**

**LEWIS AND ROCA LLP**

By   /s/ JH (AZ 010824)
     Rob Charles
     John Hinderaker
One South Church Avenue, Suite 700
Tucson, AZ 85701-1611
Telephone (520) 622-2090
Facsimile (520) 622-3088
*Attorneys for USACM Liquidating Trust*

| *APPROVED/DISAPPROVED* | *APPROVED/DISAPPROVED* |
|---|---|
| /s/ | /s/ |
| August Landis | Kyong Austin |
| Office of the U.S. Trustee | |

2039501_1.TMP

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: August Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: Kyong Austin | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☒ failed to respond to the document |

**LEWIS AND ROCA LLP**

By: /s/ JH (AZ 010824)
 Rob Charles
 John Hinderaker
*Attorneys for USACM Liquidating Trust*

2

2039501_1.TMP