EXHIBIT 1



**Entered on Docket**
**April 27, 2009**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (520) 629-4427
Facsimile (520) 879-4705
Email:  rcharles@lrlaw.com
           jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br><br>            Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING SECOND OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED, IN WHOLE OR IN PART, UPON INVESTMENT IN DEL VALLE HOMES, LLC ISLETON LOAN EXCEPT FOR AMOUNTS DESIGNATED AS "UNREMITTED PRINCIPAL"**<br><br>Hearing Date:   April 10, 2009<br>Hearing Time:   9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.



      The Court having considered the "Second Omnibus Objection of USACM Trust To Proofs of Claim Based, in Whole or in Part, Upon Investment in Del Valle Homes, LLC Isleton Loan Except for Amounts Designated as 'Unremitted Principal'" [Docket No. 6881] (the "Objection"); with appropriate notice of the Objection having been given; with no response to the Objection having been filed; and good cause appearing:

      **IT IS HEREBY ORDERED** that:

      1.    The Objection is sustained;

      2.    The amount listed as "Unremitted Principal" on Exhibit A attached are allowed as general unsecured claims; and

      3.    The balance of the claims listed on Exhibit A attached to this Order are disallowed to the extent they are based upon an investment in Del Valle-Isleton, which has been repaid in full.  The claims listed on Exhibit A are not affected by this Order to the extent they are based upon an investment in another loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By   /s/ John Hinderaker (018024)
     Rob Charles
     John Hinderaker
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (520) 629-4427
Facsimile:  (520) 879-4705

*Attorneys for USACM Liquidating Trust*

APPROVED/DISAPPROVED


By:_____
    August Landis
    Assistant United States Trustee

In accordance with Local Rule 9021, the undersigned certifies:

☐    The Court waived the requirements of LR 9021.

☐    No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: August Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**

By:   /s/ JH (#018024)
      Rob Charles
      John Hinderaker
*Attorneys for USACM Liquidating Trust*

2041348_1.TMP

DEL VALLE – ISLETON LOAN
SECOND OMNIBUS OBJECTION

# EXHIBIT A
Multiple Loan Claim

| Claim | Name | Address | Total Claim Amount | Total Claim Amount Relating to Del Valle – Isleton Loan | Unremitted Principal | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| 10725-02215 | Charles B Anderson Trust | Jones Vargas Attn: Janet L Chubb, Esq. P.O. Box 281 Reno, NV 89504 | $183,340.38 | $16,714.49 | $14,955.07 | $1,759.42 |
| 10725-02178 | Marshal Brecht Trust Dtd 2/5/86 | Marshall J. and Janet L. Brecht Trustees 640 Colonial Circle Fullerton, CA 92835 | $3,418,022.00 | $100,000.00 | $2,463.77 | $97,536.23 |
| 10725-01649 | Church of the Movement of Spiritual Inner Awarness | P.O. Box 513935 Los Angeles, CA 90051 | $125,000.00 | $25,000.00 | $4,927.54 | $20,072.46 |
| 10725-01892 | Dalton Trust Dtd 1/7/94 | c/o Bert A. Stevenson Trustee 500 N. Estrella Pkwy., Suite B2 405 Goodyear, AZ 85338-4135 | Prof of Claim Unclear | Proof of Claim Unclear | $2,956.52 | Total amount related to Del Valle-Isleton |
| 10725-02085 | Nancy R. Davis Defined Benefit Plan | c/o Nancy R. Davis Trustee 12291 Prosser Dam Rd Truckee, CA 96161 | $279,063.50 | $177,972.00 | $4,927.54 | $173,044.46 |
| 10725-02368 | William Downey | 3637 Larch Ave, Ste 3 S. Tahoe, CA 96150 | $800,328.86 | $100,000.00 | $2,463.77 | $97,536.23 |
| 10725-02166 | Robert G. Fuller IRA | First Savings Bank Custodian 5172 English Daisy Way Las Vegas, NV 89142 | $216,544.66 | $120,000.00 | $2,956.52 | $117,043.48 |
| 10725-02096 | Robert G. Fuller IRA | First Savings Bank Custodian 5172 English Daisy Way Las Vegas, NV 89142-2740 | $216,544.66 | $120,000.00 | $0 | $120,000.00 |
| 10725-01677 | Michael Goodwin | 555 Yellow Pine Rd Reno, NV 89511 | $454,405.00 | Proof of Claim Unclear | $0 | Total Amount related to Del Valle-Isleton |

242999.1

DEL VALLE – ISLETON LOAN
SECOND OMNIBUS OBJECTION

# EXHIBIT A
Multiple Loan Claim

| Claim | Name | Address | Total Claim Amount | Total Claim Amount Relating to Del Valle – Isleton Loan | Unremitted Principal | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| **10725-02162** | Michael John Goodwin | 555 Yellow Pine Rd Reno, NV 89511-3714 | $1,011.076.40 | $100,000.00 | $2,463.77 | $97,536.23 |
| **10725-01541** | Graham Family Trust Dtd 10/26/78 | Robin B. and Celia Allen Graham Ttees 1460 Twinridge Rd Santa Barbara, CA 93111-1223 | $503,808.00 | $50,000.00 | $9,855.07 | $40,144.93 |

2

242999.1