EXHIBIT 1



**Entered on Docket
April 27, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (520) 629-4427
Facsimile (520) 879-4705
Email:  rcharles@lrlaw.com
            jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                                          Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING FIRST OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED UPON INVESTMENT IN DEL VALLE HOMES, LLC ISLETON LOAN EXCEPT FOR AMOUNTS DESIGNATED AS "UNREMITTED PRINCIPAL";**<br><br>Hearing Date:   April 10, 2009<br>Hearing Time:   9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

LEWIS AND ROCA LLP LAWYERS

The Court having considered the "First Omnibus Objection of USACM Trust To Proofs of Claim Based Upon Investment in Del Valle Homes, LLC Isleton Loan Except for Amounts Designated as 'Unremitted Principal'" [Docket No. 6872] (the "Objection"); with appropriate notice of the Objection having been given; with no response to the Objection having been filed; and good cause appearing:

**IT IS HEREBY ORDERED** that:

1. The Objection is sustained;

2. The amount listed as "Unremitted Principal" on Exhibit A attached is allowed as a general unsecured claim; and

3. The balance of the claims listed on Exhibit A attached to this Order are disallowed in their entirety because they are based upon Del Valle-Isleton, an investment that has been repaid in full.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By  /s/ John Hinderaker (018024)
    Rob Charles
    John Hinderaker
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (520) 629-4427
Facsimile: (520) 879-4705

*Attorneys for USACM Liquidating Trust*

APPROVED/DISAPPROVED


By:_____
    August Landis
    Assistant United States Trustee

2041344_1.TMP

LEWIS AND ROCA LLP
LAWYERS

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**


By: /s/ JH  (#018024)
      Rob Charles
      John Hinderaker
*Attorneys for USACM Liquidating Trust*

3

2041344_1.TMP

DEL VALLE – ISLETON LOAN
FIRST OMNIBUS OBJECTION

## EXHIBIT A
Single Loan Claim

| Claim | Name | Address | Total Claim Amount | Unremitted Principal to be Allowed as Claim | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|
| 10725-00074 | William A. Downey | 3637 Lanch Avenue, #3 So. Lake Tahoe, CA 96150 | $51,866.68 | $0 | $51,866.68 |
| 10725-01897 | Floyd M. Spindle | 706 NE 22nd Street Grand Prairie, TX 75050-4001 | $52,753.62 | $2,463.77 | $50,289.85 |