**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email:  RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email:  JHinderaker@LRLaw.com

*Attorneys for USACM Liquidating Trust*

E-Filed on 5/4/09

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br>USA Capital Realty Advisors, LLC,[1]<br>USA Capital Diversified Trust Deed Fund, LLC,<br>USA Capital First Trust Deed Fund, LLC,[2]<br>USA Securities, LLC,[3]<br>                    Debtors.<br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER SUSTAINING THIRD OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED, IN WHOLE OR IN PART, UPON INVESTMENT IN DEL VALLE HOMES, LLC ISLETON LOAN EXCEPT FOR AMOUNTS DESIGNATED AS "UNREMITTED PRINCIPAL"** |

**PLEASE TAKE NOTICE** that a Order Sustaining Third Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in Del Valle Homes, LLC Isleton Loan Except for Amounts Designated as "Unremitted

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2046393.1

Principal" [DE 7091] (the "Order") was entered on the 30th day of April, 2009, a true and correct copy of which is attached hereto as Exhibit 1.

RESPECTFULLY SUBMITTED May 4, 2009.

LEWIS AND ROCA LLP


By /s/ John Hinderaker (#018024)
Rob Charles
John Hinderaker
*Attorneys for USACM Liquidating Trust*
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
702-949-8320

Copy of the foregoing and pertinent portion of Exhibit A to the Order mailed on May 4, 2009 to all parties listed on Exhibit A to the Order.


/s/ Carrie Lawrence
Lewis and Roca LLP

2

2046393.1