EXHIBIT 1



Entered on Docket
April 30, 2009

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (520) 629-4427
Facsimile (520) 879-4705
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br><br>                                Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING THIRD OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED, IN WHOLE OR IN PART, UPON INVESTMENT IN DEL VALLE HOMES, LLC ISLETON LOAN EXCEPT FOR AMOUNTS DESIGNATED AS "UNREMITTED PRINCIPAL"**<br><br>Hearing Date:   April 10, 2009<br>Hearing Time:   9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

LEWIS
AND
ROCA
—LLP—
L A W Y E R S

1    The Court having considered the "Third Omnibus Objection of USACM Trust To

2  Proofs of Claim Based, in Whole or in Part, Upon Investment in Del Valle Homes, LLC

3  Isleton Loan Except for Amounts Designated as 'Unremitted Principal'" [Docket No.

4  6883] (the "Objection"); with appropriate notice of the Objection having been given; with

5  no response to the Objection having been filed; and good cause appearing:

6    **IT IS HEREBY ORDERED** that:

7    1.    The Objection is sustained;

8    2.    The amounts listed as "Unremitted Principal" on Exhibit A attached are

9  allowed as  general unsecured claims; and

10    3.    The balance of the claims listed on Exhibit A attached to this Order are

11  disallowed to the extent they are based upon Del Valle-Isleton, an investment that has

12  been repaid in full.

13

14  PREPARED AND RESPECTFULLY SUBMITTED BY:

15  **LEWIS AND ROCA LLP**

16  By    /s/ John Hinderaker (018024)
17        Rob Charles
          John Hinderaker
18  3993 Howard Hughes Parkway, Ste. 600
    Las Vegas, Nevada 89169-5996
19  Telephone:  (520) 629-4427
    Facsimile:  (520) 879-4705
20

21  *Attorneys for USACM Liquidating Trust*

22  APPROVED/DISAPPROVED

23

24  By:_____
          August Landis
25        Assistant United States Trustee

26

2

2041350_1.TMP

LEWIS
AND
ROCA
LLP
L A W Y E R S

In accordance with Local Rule 9021, the undersigned certifies:

☐    The Court waived the requirements of LR 9021.

☐    No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee:  August Landis | |
|---|---|
| ☐  approved the form of this order | ☐  disapproved the form of this order |
| ☒  waived the right to review the order and/or | ☐  failed to respond to the document |
| Other Party: | |
| ☐  approved the form of this order | ☐  disapproved the form of this order |
| ☐  waived the right to review the order and/or | ☐  failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**


By:    /s/ JH  (#018024)
         Rob Charles
         John Hinderaker
*Attorneys for USACM Liquidating Trust*

3

2041350_1.TMP

# DEL VALLE – ISLETON LOAN
# THIRD OMNIBUS OBJECTION

## EXHIBIT A
## Multiple Loan Claim

| Claim | Name | Address | Total Claim Amount | Total Claim Amount Relating to Del Valle – Isleton Loan | Unremitted Principal | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| 10725-01687 | Homfeld II LLC | 2515 N Atlantic Blvd. Fort Lauderdale, FL 33305-1911 | $2,861,221.63 | $5,507.25 | $4,927.54 | $579.71 |
| 10725-02187 | Melvin J. and Evelyn A. Ives Bypass Trust Dtd 1/6/93 | Evelyn A. Ives Trustee 220 First Street #3 Seal Beach, CA 90740 | $450,000.00 | $47,246.00 | $2,463.77 | $44,782.23 |
| 10725-02124 | Joy Investment Inc., a Nevada Corporation | 8080 Harborview Rd Blaine, WA 98230 | $1,818,940.00 | $507,000.00 | $12,491.30 | $494,508.70 |
| 10725-01660 | Robert J. and Ruth Ann Kehl | Janet L. Chubb, Esq. Jones Vargas P.O. Box 281 Reno, NV 89504-0281 | $12,841,680.13 | $600,000.00 | $0 | $600,000.00 |
| 10725-02044 | Dominique Naylon | P.O. Box 2 Topaz, CA 96133 | $1,168,297.62 | $100,000.00 | $0 | $100,000.00 |
| 10725-02304 | Erven J. Nelson Ltd Psp Dtd 10/31/72 | c/o Erven J. Nelson Trustee 2023 West Aspiration Point St George, UT 84790 | $500,000.00 | $200,000.00 | $4,927.54 | $195,072.46 |
| 10725-02150 | Newman Family Trust Dtd 9/30/97 | Larry J. and Elsie D. Newman Ttees 1775 Autumn Valley Way Reno, NV 89523 | $1,000,238.46 | $127,972.00 | $0 | $127,972.00 |
| 10725-02423 | Donald H. Pinsker | 8650 W. Verde Way Las Vegas, NV 89149-4145 | $1,633,057.16 | $200,000.00 | $0 | $200,000.00 |
| 10725-01912 | Sheldon and Marion G. Portman Trust Dtd 11/1/85 | Sheldon and Marion G. Portman Ttees 9505 City Hill Court Las Vegas, NV 89134-1171 | $2,721,699.28 | Proof of Claim Unclear | $4,927.54 | Total amount related to Del Valle-Isleton |
| 10725-01419 | S&P Davis Limited Partnership | 737 Bannerman Lane Ft. Mill, SC 29715 | $419,981.00 | $25,000.00 | $0 | $25,000.00 |
| 10725-01894 | Bert Stevenson | 500 N Estrella Pkwy. Suite B2-405 Goodyear, AZ 85338 | $1,101,205.82 | $66,250.00 | $0 | $66,250.00 |

243034.1