# LEWIS
AND
# ROCA
— LLP —
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 5/4/2009

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR[1] |
| | Case No. BK-S-06-10726-LBR[1] |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR, |
| | Case No. BK-S-06-10728-LBR[2] |
| USA CAPITAL REALTY ADVISORS, LLC,[1] | Case No. BK-S-06-10729-LBR[3] |
| | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,[2] | **Certificate of Service** |
| USA SECURITIES, LLC,[3] | |
| Debtors. | |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

    1.    I, Carrie Lawrence, an employee of Lewis and Roca LLP, served the following document:

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2013738.1

**LEWIS**
**AND**
**ROCA**
**LLP**
L A W Y E R S

- **Notice of Entry of Order Sustaining Third Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in Del Valle Homes, LLC Isleton Loan Except for Amounts Designated as "Unremitted Principal" [DE 7101] (with pertinent portion of Exhibit A to the Order**

2.    I served the foregoing via first class postage prepaid U.S. Mail on May 4, 2009 to the following parties:

Erven Nelson PSP
2136 River of Fortune Drive
Saint George, UT 84790

I declare the foregoing is true and correct.

DATED:  May 4, 2009.

/s/ Carrie Lawrence
Carrie Lawrence
Lewis and Roca LLP

2

2013738.1