**Entered on Docket**
**May 07, 2009**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (520) 629-4427
Facsimile (520) 879-4705
Email:  rcharles@lrlaw.com
             jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2] |
| USA CAPITAL REALTY ADVISORS, LLC,[1] | Case No. BK-S-06-10729-LBR[3] |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,[2] | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC,[3]                  Debtors. | **ORDER SUSTAINING OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO PROOFS OF CLAIM BASED UPON EQUIPMENT LEASES** |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Hearing Date:    April 30, 2009<br>Hearing Time:    9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2045481_1.TM
P



The Court having considered the "Omnibus Objection Of USACM Liquidating Trust To Proofs Of Claim Based Upon Equipment Leases" [Docket No. 6987] (the "Objection"); with appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS HEREBY ORDERED** that:

1. The Objection is sustained;

2. The following claims are disallowed in their entirety:

| Claim # | Name & Address | Lease | Total Claim Amount |
|---|---|---|---|
| 10725-00281 | Bank of America Leasing Successor By Merger to Fleet Business Credit, LLC c/o Veronika A Rager Risk Operation Team Manager 305 W Big Beaver, Suite 400 Troy, MI 48084 | Contract No. 1696325 | $22,799.54 |
| 10725-00282 | Bank of America Leasing Successor By Merger to Fleet Business Credit, LLC c/o Veronika A Rager Risk Operation Team Manager 305 W Big Beaver, Suite 400 Troy, MI 48084 | Contract No. 002-1694452-000 | $44,041.47 |
| 10725-00095 | National City Commercial Capital Corporation f/k/a Information Leasing Corporation Lisa M Moore Esq 995 Dalton Avenue Cincinnati, OH 45203 | Lease No. 404230002 | $45,780.11 |
| 10725-01655 | National City Commercial Capital Corporation f/k/a Information Leasing Corporation Lisa M Moore Esq 995 Dalton Avenue Cincinnati, OH 45203 | Lease No. 404230002 | $30,870.19 |
| 10725-01656 | National City Commercial Capital Corporation f/k/a Information Leasing Corporation Lisa M Moore Esq 995 Dalton Avenue Cincinnati, OH 45203 | Lease No. 404230002 | $14,247.78 |

2045481_1.TMP

**LEWIS AND ROCA LLP**
LAWYERS

1  PREPARED AND RESPECTFULLY SUBMITTED BY:

2  **LEWIS AND ROCA LLP**

3
4  By    /s/ John Hinderaker (018024)
       Rob Charles
       John Hinderaker (admitted *pro hac vice*)
5  3993 Howard Hughes Parkway, Ste. 600
   Las Vegas, Nevada 89169-5996
6  Telephone: (520) 629-4427
   Facsimile: (520) 879-4705
7
8  *Attorneys for USACM Liquidating Trust*

9  APPROVED/DISAPPROVED

10

11 By:_____
        August Landis
12      Assistant United States Trustee

3

2045481_1.TMP

1  In accordance with Local Rule 9021, the undersigned certifies:

2  ☐  The Court waived the requirements of LR 9021.

3  ☐  No parties appeared or filed written objections, and there is no trustee appointed in this case.

4

5  ☒  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: August Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**

By:   /s/ JH  (#018024)
       Rob Charles
       John Hinderaker
*Attorneys for USACM Liquidating Trust*

2045481_1.TMP