**Entered on Docket**
**May 07, 2009**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

Peter C. Bernhard, NV Bar No. 734
Georganne W. Bradley, NV Bar No. 1105
BULLIVANT HOUSER BAILEY PC
3883 Howard Hughes Parkway, Suite 550
Las Vegas, Nevada 89169
Telephone No.(702) 669-3600
Facsimile No.  (702) 650-2995
E-Mail: peter.bernhard@bullivant.com
E-mail  georganne.bradley@bullivant.com

Former Counsel for Compass Financial Partners LLC and
Compass USA SPE LLC

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725 LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br><br>Debtor. | Case No. BK-S-06-10727<br>Chapter 11<br><br>JOINTLY ADMINISTERED<br><br>**AMENDED ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR COMPASS FINANCIAL PARTNERS, LLC AND COMPASS USA SPE LLC**<br><br>Date:  December 16, 2008<br>Time:  9:30 a.m. |

A hearing having been held on December 16, 2008 on the Motion to Withdraw as

Counsel for Compass Financial Partners LLC and Compass USA SPE LLC (the "Motion") filed

by the law firm of Bullivant Houser Bailey PC ("Bullivant"); the Court having found that

Bullivant|Houser|Bailey PC
3883 Howard Hughes Parkway, Suite 550
Las Vegas, NV 89169
Telephone: (702) 669-3600
Facsimile: (702) 650-2995

1  Bullivant served Compass Financial Partners LLC and Compass USA SPE LLC (collectively,

2  "Compass") and all interested parties of record with a copy of the Motion and the Declaration of

3  Georganne W. Bradley in support thereof, and having waived defective notice of the hearing on

4  the Motion; the Court having read and considered the Motion and the pleadings and papers filed

5  in support thereof, and having heard oral argument of counsel; the Court having noted that no

6  opposition to the Motion was filed or presented; and for good cause appearing,

7      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, that the Motion be, and it

8  hereby is, GRANTED.

9      IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that all future

10  communications shall be forwarded to Compass as its last known address of 333 Seventh Ave.,

11  3rd Floor, New York, NY 10001.

12  Prepared and submitted by:

13  BULLIVANT HOUSER BAILEY PC

14

15  By:  /s/ Georganne W. Bradley
Georganne W. Bradley (NV Bar No. 1105)

16  3883 Howard Hughes Pkwy., Ste. 550
Las Vegas, Nevada 89169

17

18  Former Attorneys for Compass Financial Partners LLC
and Compass USA SPE LLC

19

20

21

22

23

24

25

26

27

28