Ambrish S. Sidhu, Esq. (Nevada Bar No. 7516)
SIDHU LAW FIRM, LLC
810 S. Casino Center Blvd., Suite 104
Las Vegas, NV 89101
Tel: (702) 384-4436
E-Mail: asidhu@sidhulawfirm.com

E-Filed on: 05-11-09

**Attorneys for** *Temecula Public Finance Authority*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor.<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor.<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor.<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor.<br><br>USA SECURITIES, LLC,<br>Debtor. | Case Nos.<br>BK-S-06-10725-lbr<br>BK-S-06-10726-lbr<br>BK-S-06-10727-lbr<br>BK-S-06-10728-lbr<br>BK-S-06-10729-lbr<br><br>Jointly Administered<br>Chapter 11 Cases<br><br>Date: May 18, 2009<br>Time: 9:30 a.m.<br>Place: Courtroom 1<br>Foley Federal Building<br>300 Las Vegas Blvd., South<br>Las Vegas, Nevada |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

**REPLY OF TEMECULA PUBLIC FINANCE AUTHORITY TO THE *RESPONSE OF THE TRUSTEE OF THE USACM LIQUIDATING TRUST* TO MOTION TO DETERMINE (A) THAT THE AUTOMATIC STAY DOES NOT APPLY WITH RESPECT TO CERTAIN PROPERTY OR, ALTERNATIVELY, (B) TO TERMINATE THE AUTOMATIC STAY, AND IN FURTHER SUPPORT OF THE MOTION**

The TEMECULA PUBLIC FINANCING AUTHORITY (the "Authority"), by and through its counsel, files this Reply to respond to the limited opposition of the Trustee (the

"USACM Trustee") of the USACM Liquidating Trust (the "Trust"), to the Authority's *Motion to Determine that the Automatic Stay does not Apply to Certain Property or, Alternatively, to Terminate the Automatic Stay* under Sections 541, 362(d)(1) and (d)(2) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), Rule 4001(a) of the Federal Rules of Bankruptcy Procedure, and Rule 4001(a) of the Local Bankruptcy Rules (the "Motion"), and in further support of the Motion.

### Background for the Motion

The Authority filed this Motion, and a parallel motion for the same relief in the case of USA Investment Partners ("USAIP"), case number 07-11821-lbr, because each Trustee had claimed various equitable and other potential interests in the Temecula Property.[1] Yet, when we made conferral requests pursuant to Local Rule 4001 prior to the Motion, neither Trustee responded. Now, in his response[2] to the Motion, the USACM Trustee takes the position that the Motion is moot because it was filed post-confirmation. Notably, the USACM Trustee fails completely to address the first branch of the Motion (that the Temecula Property is not property of this estate).

The Motion should not be "waived away" simply because it was filed post-confirmation. In fact, when we made our request pursuant to Local Rule 4001 in early 2008, regarding the Authority's then intention to seek the relief requested by the Motion,[3] the USAIP Trustee indicated – and this was likewise post-confirmation – that she would oppose it.

---

[1] Any terms not defined in this Reply are defined in the Memorandum of Points and Authorities annexed to the Motion and filed April 8, 2009 (docket number 7015).

[2] *Response By The USACM Liquidating Trust To the Motion Of Temecula Public Finance Authority To Determine That The Automatic Stay Does Not Apply With Respect To Certain Property Or, Alternative, To Terminate The Automatic Stay*, filed April 14, 2009 ("USACM Response").

[3] A third party ultimately paid the taxes then owed by Ashby USA on the Temecula Property, in or about May 2008, so the Motion became unnecessary.

2

## THE MOTION IS NOT MOOT

The automatic stay does not apply to the Temecula Property because it is not property of the estate. See 11 U.S.C. § 541. The USACM Trustee does not refute this, nor does he claim that the Trust has any unresolved claims to Ashby USA's property (including the Temecula Property). Such a claim would in fact be surprising now, in view of the Trust's settlement with Ashby USA, its affiliates, and one of its principals, Richard Ashby (and other related entities), under Adversary Proceeding number 08-01123-lbr in this Court.

The Trust appears to be "hedging its bets" by failing to take a position at all on the issue of property of the estate, apparently saving its arguments for another day or forum. But that is not a proper response, and this issue should be resolved here and now. Only this Court can determine that the Temecula Property is not part of this estate, and this Court should do so. The Authority can then proceed against Ashby USA and the Temecula Property without the possibility of being required to make multiple applications to this Court or otherwise address multiple times the issue of estate property.

Accordingly, the Authority, which is owed over two million dollars in unpaid property taxes levied on the Temecula Property, seeks entry of an Order with a finding that the automatic stay does not apply to the Temecula Property, because it is not property of the estate.

Respectfully submitted this _11_ day of May, 2009.

SIDHU LAW FIRM, LLC

By _____
Ambrish S. Sidhu, Esq., Bar No. 7516
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 384-4436
Fax: (702) 384-4437
E-Mail: asidhu@sidhulawfirm.com
Attorneys for *Temecula Public Finance Authority*

3

## CERTIFICATE OF SERVICE

1. On this 11th day of May, 2009, I served the following document(s) (specify):

<u>REPLY OF TEMECULA PUBLIC FINANCE AUTHORITY TO THE RESPONSE OF THE TRUSTEE OF THE USACM LIQUIDATING TRUST TO MOTION TO DETERMINE THAT THE AUTOMATIC STAY DOES NOT APPLY WITH RESPECT TO CERTAIN PROPERTY OR, ALTERNATIVELY, TO TERMINATE THE AUTOMATIC STAY, AND IN FURTHER SUPPORT OF THE MOTION</u>

2. I served the above-named document(s) by the following means to the persons as listed below:
*(check all that apply)*

☐    **a.**    **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*

☐    **b.**    **United States mail, postage fully prepaid**
*(List persons and addresses. Attach additional paper if necessary)*

| | |
|---|---|
| Ashby USA, LLC<br>Attn: Ms. Jeanne Deringer<br>470 East Harrison Street<br>Corona, CA 92879 | Office of the U.S. Trustee<br>300 Las Vegas Blvd. South<br>Suite 4300<br>Las Vegas, NV 89101 |
| Annette W Jarvis<br>PO Box 45385<br>36 South State Street, #1400<br>Salt Lake City, UT 84 145-0385 | Nicholas J Santoro, Esq.<br>Santoro Driggs et al.<br>400 S Fourth St 3rd Floor<br>Las Vegas, NV 89101 |
| Bradley J Stevens, Esq.<br>33 00 N Central Ave<br>Phoenix, AZ 85012 | Peter Susi, Esq.<br>Michaelson, Susi & Michaelson<br>7th West Figueroa St 2nd Floor<br>Santa Barbara, CA 93101 |
| Gregory J Walch, Esq.<br>400 S Fourth St. 3rd Floor<br>Las Vegas, NV 89101 | Tom Allison<br>USA Commercial Mortgage, et al<br>4484 South Pecos Road<br>Las Vegas, NV 89121 |
| Lenard F. Schwartzer<br>Schwartzer & McPherson<br>Law Firm<br>2850 South Jones Blvd.,<br>Suite I<br>Las Vegas, NV 89 146-5308 | |

SIDHU LAW FIRM, LLC
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 384-4436    Fax: (702) 384-4437

☐ **c.** **Personal Service** *(List persons and addresses. Attach additional paper if necessary)*

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d.** **By direct email (as opposed to through the ECF System)**
*(List persons and email addresses. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e.** **By fax transmission**
*(List persons and fax numbers. Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ **f.** **By messenger** *(List persons and addresses. Attach additional paper if necessary)*

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. *(A declaration by the messenger must be attached to this Certificate of Service)*

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on (date): 05-11-09

_Irazema Garcia_
**(Name of Declarant)**

_[signature]_
**(Signature of Declarant)**