RECEIVED
AND FILED

2009 MAY 11 PM 2:57

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

TO UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

Debtor: USA COMMERCIAL MORTGAGE COMPANY

CASE # BK-S-06-10725-LBR

CHANGE OF ADDRESS

OLD: TED GLASRUD ASSOCIATES OF STUART
FL, INC BY ITS MANAGING AGENT
TED GLASRUD ASSOCIATES INC.
431 S 7TH ST SUITE 2470
MINNEAPOLIS, MN 55415-1871

NEW: TED GLASRUD ASSOCIATES OF STUART
FL, INC BY ITS MANAGING AGENT
TED GLASRUD ASSOCIATES INC.
1700 WEST HIGHWAY 36 SUITE 650
ROSEVILLE MN 55113

DATE: 5/6/2009

SIGNATURE: Diane Williams