1 Name of Attorney  Robert N. H. Christmas
2 Bar Number  not used in New York
3 City  Nixon Peabody LLP, 437 Madison, New York
4 State  New York  10022
5 Phone #  212-940-3103
6 E-mail address  rchristmas@nixonpeabody.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

10 In re
USA COMMERCIAL MORTGAGE COMPANY,
11                             Debtor.

Bankruptcy No. BK-S-06-10725-lbr

Chapter No.  11

12         Plaintiff
13         vs.
14
15
16         Defendant(s)

VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT

EFFECTIVE JUNE 1, 2004
FILING FEE IS $175.00

18    Robert N. H. Christmas                , Petitioner, respectfully represents to the Court:

20    1.   That Petitioner resides in  Upper Montclair  ,  New Jersey  .
                                          (City)                (State)

22    2.   That Petitioner is an attorney at law and a member of the law firm of _____
Nixon Peabody LLP _____ with offices at
437 Madison Avenue, 18th Floor _____,
                    (street address)
New York, New York _____, 10022 _____, (212) 940-3103 _____.
        (city)                              (zip code)      (area code + telephone number)

26    3.   That Petitioner has been retained personally or as a member of the law firm by
Temecula Public Finance Authority _____ to provide legal representation in connection with
                [client(s)]
the above-entitled case now pending before this Court.

4. That since February 29, 1988 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of New York (state) where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted |
| --- | --- |
| U.S. Court of Appeals for the Second Circuit | March 12, 1999 |
| U.S. Court of Appeals for the Seventh Circuit | February 28, 2002 |
| U.S. Court of Appeals for the Eleventh Circuit | May 20, 2003 |
| U.S. District Court, Northern District of New York | November 13, 2003 |
| U.S. District Court, Southern District of New York | August 25, 1992 |
| U.S. District Court, Eastern District of New York | August 25, 1992 |
| United States Tax Court | March 15, 1988 |
| State of New York | February 29, 1988 |

6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

7. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars of ever denied admission):

None.

8. That Petitioner is a member of good standing in the following Bar Associations:

New York State Bar Association, American Bankruptcy Institute

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | None. | | |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

DATED: April 17, 2009

_____
Petitioner's Signature

STATE OF  NEW YORK  )
                    )
COUNTY OF  NEW YORK )

___Robert N. H. Christmas___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's Signature

(SEAL)

Subscribed and sworn to before me this

17th day of April, 2009.

_____
Notary public

WILLIAM LANG
Notary Public - State of New York
No. 02LA6187791
Qualified in Nassau County
My Commission Expires 05/27/2012

4