**LEWIS AND ROCA LLP LAWYERS**

E-Filed on 5/13/09

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

**Rob Charles** NV State Bar No. 006593
Email: rcharles@lrlaw.com
**John Hinderake**r AZ State bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,[1]<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[2]<br><br>USA Securities, LLC,[3]<br>                            Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Notice of Posting to Website** |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

**LEWIS AND ROCA LLP**
LAWYERS

The USACM Liquidating Trust ("USACM Trust"), posted the following document on the USACM Trust web site (http://usacmcucc.bmcgroup.com) maintained at BMC on May 12, 2009, which has remained on the website since that date:

| | | |
|---|---|---|
| 05/07/2009 | 7105 | Order Granting Motion to Further Extend Deadline to File Objection to Allowance of Claims (Related document(s) 7003 ) (wml) (Entered: 05/07/2009) |

DATED: May 13, 2009.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
    Rob Charles, NV 6593
    John Hinderaker, AZ 018024 (*pro hac vice*)
*Counsel for USACM Liquidating Trust*

2

1938311.1