**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHinderaker@LRLaw.com

*Attorneys for USACM Liquidating Trust*

E-Filed on 5/13/09

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA Commercial Mortgage Company, USA Capital Realty Advisors, LLC,[1] USA Capital Diversified Trust Deed Fund, LLC, USA Capital First Trust Deed Fund, LLC,[2] USA Securities, LLC,[3]           Debtors. | Case No. BK-S-06-10726-LBR[1] Case No. BK-S-06-10727-LBR Case No. BK-S-06-10728-LBR[2] Case No. BK-S-06-10729-LBR[3]  CHAPTER 11  Jointly Administered Under Case No. BK-S-06-10725 LBR |
| **Affects:** ☐ All Debtors ☒ USA Commercial Mortgage Company ☐ USA Capital Realty Advisors, LLC ☐ USA Capital Diversified Trust Deed Fund, LLC ☐ USA Capital First Trust Deed Fund, LLC ☐ USA Securities, LLC | **NOTICE OF ENTRY OF ORDER SUSTAINING OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO PROOFS OF CLAIM BASED UPON EQUIPMENT LEASES** |

**PLEASE TAKE NOTICE** that a Order Sustaining Omnibus Objection of USACM Liquidating Trust to Proofs of Claim Based on Equipment Leases [DE 7103] (the "Order") was entered on the 7th day of May, 2009, a true and correct copy of which is attached hereto as Exhibit A

RESPECTFULLY SUBMITTED May 13, 2009.

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2049794.1

LEWIS AND ROCA LLP

By /s/ John Hinderaker (#018024)
Rob Charles
John Hinderaker
*Attorneys for USACM Liquidating Trust*
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
702-949-8320

Copy of the foregoing mailed on May 13, 2009 to the following parties:

Bank of America Leasing
Successor By Merger to
Fleet Business Credit, LLC
c/o Veronika A. Rager
Risk Operation Team Manager
305 W. Big Beaver, Suite 400
Troy, MI 48084

National City Commercial Capital Corporation f/k/a Information Leasing Corporation
Lisa M. Moore, Esq.
995 Dalton Avenue
Cincinnati, OH 45203


/s/ Carrie Lawrence
Lewis and Roca LLP

2

2049794.1