MATTHEW Q. CALLISTER, ESQ.
Nevada Bar No. 001396
mqc@callisterreynolds.com
**CALLISTER & REYNOLDS**
823 Las Vegas Blvd. South, Fifth Floor
Las Vegas, Nevada 89101
Telephone: (702) 385-3343
Fax: (702) 385-3343
*Attorney for Curtis Clark*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC, and<br><br>USA SECURITIES, LLC,<br><br>Debtors. | Case No. BK-S 06-10725-LBR<br>Case No. BK-S 06-10726-LBR (closed)<br>Case No. BK-S 06-10727-LBR<br>Case No. BK-S 06-10728-LBR (closed)<br>Case No. BK-S 06-10729-LBR (closed)<br><br>**CHAPTER 11**<br><br>Jointly Administered under Case No. BK-S-06-10725-LBR<br><br>Date: May 29, 2009<br>Time: 9:30 a.m.<br>Courtroom: 3 |

**CERTIFICATE OF SERVICE**

1.  On <u>May 13, 2009</u> I served the following document(s):
    CURTIS F. CLARK'S RESPONSE TO ORDER TO SHOW CAUSE and DECLARATION OF CURTIS F. CLARK IN SUPPORT OF ORDER TO SHOW CAUSE.

2.  I served the above-named document(s) by the following means to the persons as listed below:

    x   a.   ECF System as listed below:

        ROB CHARLES on behalf of Attorney LEWIS AND ROCA LLP
        rcharles@lrlaw.com, cjordan@lrlaw.com

law Offices of
Callister & Reynolds
823 Las Vegas Blvd.
South
Las Vegas, Nevada
89101
(702) 385-3343

1

USTPRegion17.lv.ecf@usdoj.gov
U.S. Trustee - LV - 11

x    b.    United States Mail, first-class postage fully prepaid and addressed as follows: *(See Mailing Matrix attached hereto as Exhibit 1)*

☐    c.    Personal Service *(List persons and addresses)*
I personally delivered the document(s) to the persons at these addresses:

☐    d.    By Direct email *(as opposed to through ECF System)*
*(List persons and email addresses. Attach additional paper if necessary)*

☐    e.    By facsimile transmission *(List persons and fax numbers)*

☐    f.    By messenger *(List persons and address)*

DATED:    May 13, 2009

    Nikki L. Doyle                    /s/ Nikki L. Doyle
An employee of
CALLISTER & REYNOLDS

Law Offices of
Callister & Reynolds
823 Las Vegas Blvd.
South
Las Vegas, Nevada
89101
(702) 385-3343

# EXHIBIT "1"

FIT Consulting, Inc.
2 North Central Ave., Ste. 1200
Phoenix, AZ 85004

LEWIS AND ROCA LLP
on behalf of Creditor Committee
Official Committee of Unsecured Creditors
For Usa Commercial Mortgage Company
3993 Howard Hughes Pkwy., #600
Las Vegas, NV 89169

Marvin C. Ruth on behalf of Plaintiff
USACM Liquidating Trust
LEWIS AND ROCA LLP
40 N. Central Ave., Ste. 1900
Phoenix, AZ 85004

August B. Landsis
300 Las Vegas Blvd. South, #4300
Las Vegas, NV 89101