**LEWIS**
**AND**
**ROCA**
— LLP —
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 18024
Email:jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 5/14/2009

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,[1]<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[2]<br><br>USA Securities, LLC,[3]<br><span style="padding-left:6em">Debtors.</span><br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Status And Agenda For May 18, 2009 Hearings filed by USACM Liquidating Trust**<br><br>Hearing Date:   May 18, 2009<br>Hearing Time:      9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2049662.1



1

2      1.      **Objection to Claim 203 of Mountain West Mortgage Co. in the amount**

3   **of $2,048,000.00:**  06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Objection Filed:** 3/13/07 | Objection to Claim 203 of Mountain West Mortgage Co./Lerin Hills in the amount of $2,048,000.00 with Certificate of Service filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 3078] |
| **Reply Filed:** 6/06/07 | Reply *to Objection of the USACM Liquidating Trust to Proof of Claim File by Lerin Hills LTD (Claim No. 203 & 1279)* Filed by MARJORIE A. GUYMON on behalf of MOUNTAIN WEST MORTGAGE, LLC  [DE 3904] |
| **Order Filed:** 2/24/09 | Order Re: Pre-Trial Matters; Trial; and Settlement Conference. Trial date set for 10/8/2009 and 10/9/2009 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg. Pre-Trial Conference set for 9/30/2009 at 02:30 PM at LBR-Courtroom 1, Foley Federal Bldg. [DE 6856] |
| **Status** | A hearing is set in this matter for June 12, 2009 on the Trust's Application for Order to Show Cause [DE 7080], which may resolve this matter.  The Trust will ask to continue this status conference to June 12, 2009 to coincide with the OSC hearing. |

15

16      2.      **Objection to Claim 1279 of Lerin Hills Ltd:**  06-10725-lbr, USA

17   Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Objection filed:** 3/13/07 | Objection to Claim 1279 of Lerin Hills Ltd with Certificate of Service filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 3080] |
| **Status:** | A hearing is set in this matter for June 12, 2009 on the Trust's Application for Order to Show Cause [DE 7079], which may resolve this matter.  The Trust will ask to continue this status conference to June 12, 2009 to coincide with the OSC hearing. |

22

23      3.      **Motion for Relief from Stay Property: 964-180-004, 964-180-005, 964**

24   **180-017, 964-180-018, 964-180-019, 964-180-020, 964-180-022, 964 180 023, 964-180-**

25   **024; 964-180-025, 964-180-026, and 964-180-027 to Determine that the Automatic**

26   **Stay Does Not Apply with Respect to Certain Property or, Alternatively, to**
     **Terminate the Automatic Stay:**  06-10725-lbr, USA Commercial Mortgage Company,
     Chapter 11

2049662.1

**LEWIS**
AND
**ROCA**
—— LLP ——
L A W Y E R S

| | |
|---|---|
| **Motion filed:** 4/08/09 | Motion for Relief from Stay Property: 964-180-004, 964-180-005, 964 180-017, 964-180-018, 964-180-019, 964-180-020, 964-180-022, 964 180 023, 964-180-024; 964-180-025, 964-180-026, and 964-180-027 *to Determine that the Automatic Stay Does Not Apply with Respect to Certain Property or, Alternatively, to Terminate the Automatic Stay*. Fee Amount $150. Filed by AMBRISH S. SIDHU on behalf of TEMECULA PUBLIC FINANCE AUTHORITY  [DE 7015] |
| **Response filed:** 4/14/09 | Response *By The USACM Liquidating Trust To the Motion Of Temecula Public Finance Authority To Determine That The Automatic Stay Does Not Apply With Respect To Certain Property Or, Alternative, To Terminate The Automatic Stay* with Certificate of Service Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST  [DE 7035] |
| **Reply filed:** 5/11/09 | Reply *of Temecula Public Finance Authority to the Response of the Trustee of the USACM Liquidating Trust to Motion to Determine (A) that the Automatic Stay Does Not Apply with Respect to Certain Property or, Alternatively, (B) to Terminate the Automatic Stay, and in Further Support of the Motion* with Certificate of Service Filed by AMBRISH S. SIDHU on behalf of TEMECULA PUBLIC FINANCE AUTHORITY  [DE 7106] |
| **Status** | Ready for the court to hear argument and render a decision. |

     4.    **Status Hearing:**  Adv. 07-01154-lbr, USACM Liquidating Trust v. J.M.K. Investments, Ltd. et al

| | |
|---|---|
| **Order Filed:** 4/14/09 | Order Re Status Hearing. Status hearing for RONI AMID "Only" to be held on 5/18/2009 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg.  [DE 203] |
| **Status** | |

     5.    **Status Hearing:**  Adv. 08-01132-lbr, USA Capital Diversified Trust Deed Fund LLC v. Fulton

| | |
|---|---|
| **Order filed:** 5/05/09 | Order Continuing Status Hearing. Status hearing to be held on 5/18/2009 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg. [DE 53] |
| **Status** | Counsel is ready to proceed |

2049662.1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

1    Dated May 14, 2009.

2                              **LEWIS AND ROCA LLP**

3

4                      By: _/s/ RC (#6593)_
                           Susan M. Freeman, AZ 4199 (*pro hac vice*)
5                          Rob Charles, NV 6593
                           John Hinderaker, AZ 18024 (*pro hac vice*)
6                      *Counsel for USACM Liquidating Trust*

7    PROOF OF SERVICE

8
     COPY of the aforementioned sent via e-
9    mail or U.S. First Class Mail on May 14,
     2009 to the parties listed on Post-Effective
10   Official Service List for Limited Notice
     No. 5 Dated March 31, 2009.
11

12
      _/s/ Carrie Lawrence_
13   Carrie Lawrence
     Lewis and Roca LLP
14

15

16

17

18

19

20

21

22

23

24

25

26

                                    4                                    2049662.1