

RECEIVED
AND FILED

2009 MAY 18 PM 1:57

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Katharina Hanslik
2113 Red Dawn Sky St
Las Vegas, NV 89134-5540

May 16, 2009

Clerk of the Court
U.S. Bankruptcy Court
300 Las Vegas Blvd. South
Las Vegas, NV 89101

Re: Change of Mailing Address for Case, BK-S-06-10725, USA Commercial Mortgage

My late husband and I were investors in USA Commercial Mortgage Co. and so I receive numerous mailings from the court concerning the bankruptcy proceedings.

I am writing to you today to let you know that I have moved. Please update your mailing list to reflect my new address. Also, I receive two copies of everything. (See enclosed cover sheets). I really only need one copy, as they are always identical.

| | |
|---|---|
| Old mailing address was: | 10420 Marymont Pl.<br>Las Vegas, NV 89134 |
| The new mailing address is: | 2113 Red Dawn Sky St<br>Las Vegas, NV 89134-5540 |

Thanks!

*Katharina Hanslik*

Katharina Hanslik

2 ATCH: covr sht, Hanslik Fam. Trust 12/23/91
         covr sht, Hanslik Waldemar

FRI-62003 0978-2 pdf805 06-10725
LENARD E. SCHWARTZER
2850 S. JONES BOULEVARD, SUITE 1
LAS VEGAS, NV 89146



This is okay..
please update address
2113 Red Dawn Sky
LV NV 89134

000516 516 2 AV 0.449 89134 5 5 6232-2-516

Hanslik Family Trust dated 12/23/91
c/o Waldemar Hanslik & Katharina Hanslik
10420 Marymont Place
Las Vegas, NV 89134-5124

## Electronic Bankruptcy Noticing

### Go Green!
Sign up for electronic notices. FREE!
Receive notices 24 X 7 and days faster than through US Mail.

Try our new Email Link service.

To find out how, visit:
http://EBN.uscourts.gov

000516     62003000517105