**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHinderaker@LRLaw.com

*Attorneys for USACM Liquidating Trust*

E-Filed on 5/19/09

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|

In re:

USA Commercial Mortgage Company,
USA Capital Realty Advisors, LLC,[1]
USA Capital Diversified Trust Deed Fund, LLC,
USA Capital First Trust Deed Fund, LLC,[2]
USA Securities, LLC,[3]
                        Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR[1]
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR[2]
Case No. BK-S-06-10729-LBR[3]

CHAPTER 11

Jointly Administered Under
Case No. BK-S-06-10725 LBR

**NOTICE OF ENTRY OF ORDER SUSTAINING SECOND OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED, IN WHOLE OR IN PART, UPON INVESTMENT IN COPPER SAGE COMMERCE CENTER, LLC LOAN EXCEPT FOR AMOUNTS DESIGNATED AS "UNREMITTED PRINCIPAL"**

      **PLEASE TAKE NOTICE** that an Order Sustaining Second Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, upon Investment in Copper Sage Commerce Center, LLC Loan Except for Amounts Designated as "Unremitted

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

1

2052207.1



1  Principal" [DE 7121] (the "Order") was entered on the 18th day of May, 2009, a true and
2  correct copy of which is attached hereto as Exhibit 1.
3
4　　　　　　RESPECTFULLY SUBMITTED May 19, 2009.
5　　　　　　　　　　　　　　　　　　　　LEWIS AND ROCA LLP
6
7　　　　　　　　　　　　　　　　　　　　By  /s/ John Hinderaker (#018024)
　　　　　　　　　　　　　　　　　　　　　Rob Charles
8　　　　　　　　　　　　　　　　　　　　John Hinderaker
　　　　　　　　　　　　　　　　　　　　　*Attorneys for USACM Liquidating Trust*
9　　　　　　　　　　　　　　　　　　　　3993 Howard Hughes Parkway, Suite 600
　　　　　　　　　　　　　　　　　　　　　Las Vegas, Nevada 89169
10　　　　　　　　　　　　　　　　　　　702-949-8320
11
12  Copy of the foregoing and pertinent
    portion of Exhibit A to the Order mailed
13  on May 19, 2009 to all parties listed on
    Exhibit A to the Order.
14
15  /s/ Carrie Lawrence
16  Lewis and Roca LLP
17
18
19
20
21
22
23
24
25
26

2

2052207.1