# EXHIBIT A

**Curtis F. Clark**

1403 Pueblo Drive
Boulder City
Nevada    89005

Phone:  (702)  293-4603
FAX:     (702)  293-7319
cfclark@peoplepc.com

Tuesday                              May 02, 2006

Honorable Linda B. Riegle
Office of the U.S. Trustee
300    Las Vegas Blvd. South
Las Vegas, Nevada           89101

Reference:          USA Capital
                    Court Docket    06-10725, 10726, 10727, 10728 & 10,729

   For the past month there has been an information blackout at USA Capital. Mr. Allison, CRO is using controlled PR events and the Review-Journal to create a positive image of himself. Sunday, he declared himself; "the new sheriff in town'".

   He is behaving like a drunken sailor on his first liberty.


   In documents filed at the Bankruptcy Court, Mr. Allison's very first request was for two whores ( Leonard Schwartzer, Esq. and Annette Jaris, Esq.,) to show him a good time.

   Next, he needed $ 50,000 to pay a bonus to key employees. He neither identify the employees or the services they rendered. I would venture that this is a kickback for hiring Mesirow Financial.

   On April 19th, he and his whores filed a projected cash flow.

   Week 1

|  |  |
|---|---:|
| Administrative Expenses | $ 258,000 |
| Miesirow Fees & Expenses | 212,000 |
| Legal Council | 17,000 |
|  | $ 487,000 |

USA Capital
Court Docket 06-10725, 10726, 10727, 10728 & 10729

Weeks 2 thru 12 ( estimated )

| | |
|---|---|
| Miesirow Financial | $ 120,000 per week |
| Debtors Council | 67,000 |
| Investor's Council | 50,000 |
| Rent | 16,000 |
| Salaries & Benefits | 45,000 |
| Other Administrative Expenses | 40,000 |
| | $ 340,000 per week !!! |

That is **$ 68,000 per day** !!!   What the heck, it's only the Investor's money.

If these expenses are projected for a full year, that is $ 17,500,000 per year. This Bankruptcy will drag out 5+ years.   We are talking about $ 100,000,000 to pay off USA Capital's current debts. which I expect are far less than $ 100,000,000.

It is not to the Investor's best interests to payoff all of USA Capital's debts and expenses, then give the company back to Tom Hangues.

## Chapter 7 is the only way to go .