# EXHIBIT D

# Curtis F. Clark

158 Colter Drive
Fish Haven, Idaho 83287

Phone (208) 945-3219

RECEIVED AND FILED

2007 JUN -8 PM 1:34

UNITED STATES
BANKRUPTCY COURT
PATRICIA GRAY, CLERK

Wednesday    June 6, 2007

TO :    Lewis & Roca
% Marilyn Schoenike
40 North Central Avenue
Phoenix, Arizona    85994-4429

Reference :    Your cover letter dated May 25, 2007
Huntsville - West Park Hills joint Venture
Case # BK-S-06-19725 LBR

Your statement " this order will have no effect on your claim " is a boldfaced lie. You are no better than Milanowski or Olsen.

As a secured creditor, I have a legal claim to any recovery from West Park Hills Joint Venture
As an unsecured creditor, I must wait while Compass Partners and Lewis & Roca have gorged themselves on the Lender's assets.

Lewis & Roca spent the past year securing it's claim to the Creditor's assets, and collected $ 1.5 Million for the effort.
Compass paid USACM $ 63 Million; nothing has been returned to the Creditors.
The Huntsville loans have been in default for more than 3 years. Nobody has started foreclosure proceedings.
When will the Creditors receive something of value for your fees ?

*Curtis F Clark*

Copies to :    US Trustee - Geoffry Berman
Lenders Protection Group
LV Review-Journal - John Edwards