# EXHIBIT E

## Curtis F. Clark

1403 Pueblo Drive  
Boulder City, NV  
89005

Phone: (702) 293-4603  
FAX: (702) 293-7319

RECEIVED & FILED  
'08 NOV -5 P1 :55  
U.S. BANKRUPTCY COURT  
MARY A. SCHOTT, CLERK

Tuesday                                November 04, 2008

TO                US Bankruptcy Court  
                  % Geoffery Berman  -  Trustee

COPIES TO :       Michael Tucker  
                  Diamond McCarthy  
                  Lewis & Roca  
                  Murphy, Pearson Bradley & Feeney

Reference :       USA Capital Diversified Trust Fund  
                  BK-06-10725-LBR

Two and one half ( 2-1/2 ) years;  and nothing for the Creditors.  Not ever hope.

The latest insult :  
We the People ( Creditors ) have the opportunity to object to the settlement with PBTK,  BUT - the terms are CONFIDENTIAL !!!  How can we file an objection if the terms and conditions are unknown ?  
BUT - that is the primary goal of Judge Linda :  keep the Creditors stupid, and do not permit them to organize and speak as a unified group.  All of the recovered assets will be devoured by her Court Appointed Parasites.

Suggestion for the Court :  
In future Robert Worthen's Pollyanna Reports , initiate an up-to-date financial statement.

| | | |
|---|---|---|
| Initial Value of USACM Defaulted Loans | | $ 105 M |
| Assets Recovered (as of October, 2008 ) | | |
| Royal Hotel | $ 11 M | |
| Saladore Real | $ 4 M | ???? |
| Hotel Zoso | $ 0 M | |
| USA Liquidating Trust | $ 2 M | |
| BMER | $ 0.6 M | |
| Compass Financial Partners | $ 0 M | |
| Other Recovery | | |
| Total Recovered    ( 16.7 % ) | | $ 17.6 M |

**Liabilities**

| | |
|---|---|
| Returned to Creditors ( 2.8 % ) | $ 3.0 M |
| Paid to Michael Tucker | - ? - |
| Paid to Mark Levison | - ? - |
| Paid to Others | - ? - |
| | - ? - |

**Held in Reserve**                                                                 - ? -

We the People ( Creditors ) should know :

1 )  Our Court Appointed Parasites have failed to recover but a fraction of the defaulted assets ( $ 105 M ) ; and have little/no hope to recover more.
2 )  Compass Financial Partners is doing little/nothing for the benefit of Diversified Fund.
3 )  These so-called settlements are being negotiated to merely to pay the ongoing Fees and Expenses.
4 )  There is nothing for the Creditors; not even hope.

*[signature: Curtis F Clark]*