E-filed on 05/21/09

**DIAMOND MCCARTHY LLP**
909 Fanin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email: adiamond@diamondmccarthy.com
Barbara Balliette. TX State Bar No. 00788660
Email: bballiette@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
Email: emadden@diamondmccarthy.com
Elisaveta Dolghih, TX State Bar No. 24043355
Email: edolghih@diamondmccarthy.com

Special Litigation Counsel for USACM Liquidating Trust

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Telephone (702) 949-8320
Facsimile (702) 9490-8321

Rob Charles, NV State Bar No. 006593
Email: rcharles@lrlaw.com

Counsel for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>Debtor. | **Adversary No. 08-1129** |
| In re:<br>USA SECURITIES, LLC,<br><br>Debtor. | |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | **NOTICE OF HEARING ON MOTION SEEKING THE APPROVAL OF THE SETTLEMENT AGREEMENT BETWEEN THE USACM LIQUIDATING TRUST AND TANAMERA RESORT PARTNERS, LLC** |
| USACM LIQUIDATING TRUST,<br><br>        Plaintiff,<br><br>  v.<br><br>TANAMERA RESORT PARTNERS, LLC,<br><br>        Defendant. | Hearing Date: June 12, 2009<br>Hearing Time: 9:30 a.m. |

1    **NOTICE IS HEREBY GIVEN** that a Motion for Approval of Settlement Pursuant to
2    Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Motion") was filed on May 20,
3    2009 by the USACM Liquidating Trust (the "USACM Trust") [Dkt. No. 7131]. The Motion
4    seeks entry of an order approving the proposed settlement between the USACM Trust and
5    Tanamera Resort Partners, LLC.

6    **NOTICE IS FURTHER GIVEN** that if you do not want the Court to grant the relief
7    sought in the Motion, or if you want the Court to consider your views on the Motion, then you
8    must file an opposition with the Court, and serve a copy on the person making the Motion *no
9    later than 15 days* after the date of this Notice. If the hearing date has been set on less than 15
10   days' notice, then the opposition must be filed and served *no later than 5 business days* before
11   the hearing. The opposition must state your position, set forth all relevant facts and legal
12   authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

13   If you object to the relief requested in the Motion, you *must* file a **WRITTEN** response
14   to the Motion with the Court. You *must* also serve your written response on the person who sent
15   you this notice.

16   If you do not file a written response with the Court, or if you do not serve your written
17   response on the person who sent you this notice, then:

18   • The Court may *refuse to allow you to speak* at the scheduled hearing; and

19   • The Court may *rule against you* without formally calling the matter at the hearing.

20   **NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held before
21   the Honorable Linda B. Riegle, United States Bankruptcy Judge, in the Foley Federal Building,
22   300 Las Vegas Boulevard South, Third Floor, Bankruptcy Courtroom No. 1, Las Vegas, Nevada
23   89101 on **Friday, June 12, 2009, at 9:30 a.m**.

Dated: May 21, 2009

| | |
|---|---|
| **DIAMOND MCCARTHY LLP** | **LEWIS AND ROCA LLP** |
| By: */s/ Eric D. Madden* | By: */s/ Rob Charles* |
| Allan B. Diamond, TX 05801800 (pro hac vice) | Rob Charles, NV 6593 |
| Barbara Balliette, TX 00788660 (pro hac vice) | 3993 Howard Hughes Parkway, Suite 600 |
| Eric D. Madden, TX 24013079 (pro hac vice) | Las Vegas, Nevada 89169-5996 |
| Elisaveta Dolghih, TX24043355 (pro hac vice) | (702) 949-8320 (telephone) |
| 909 Fannin, Suite 1500 | (702) 949-8321 (facsimile) |
| Houston, Texas 77010 | |
| (713) 333-5100 (telephone) | *Counsel for USACM Liquidating Trust* |
| (713) 333-5199 (facsimile) | |
| *Special Litigation Counsel for USACM Liquidating Trust* | |

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of the law firm of DIAMOND MCCARTHY LLP, and that on the 21st day of May 2009, I served a true and correct copy of the foregoing **NOTICE OF HEARING ON MOTION SEEKING THE APPROVAL OF THE SETTLEMENT AGREEMENT BETWEEN THE USACM LIQUIDATING TRUST AND TANAMERA RESORT PARTNERS, LLC** (a) by electronic transmission to (i) all parties on the USACM Post-Effective Date Service List Dated March 31, 2009 and (ii) counsel for Tanamera, Leigh Goddard, at lgoddard@mcdonaldcarano.com.

_/s/ Catherine A. Burrow, CLA_
Catherine A. Burrow, CLA
Diamond McCarthy LLP