

**Entered on Docket
May 21, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (520) 629-4427
Facsimile (520) 879-4705
Email:  rcharles@lrlaw.com
            jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>          Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING OBJECTION OF USACM TRUST TO PROOF OF CLAIM OF NEWBY 1984 FAMILY TRUST DATED 3/19/84 AS FILED PARTIALLY IN WRONG DEBTOR'S CASE; OBJECTION OF DTDF TO PROPOSED ALLOWANCE OF CLAIM**<br><br>Hearing Date:   April 30, 2009<br>Hearing Time:  9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2045498_1.DOC

1   The Court having considered the "Objection of USACM Trust to Proof of Claim of Newby 1984 Family Trust Dated 3/19/84 As Filed Partially in Wrong Debtor's Case; Objection of DTDF to Proposed Allowance of Claim" [Docket No. 6961] (the "Objection"); with appropriate notice of the Objection having been given; with no response to the Objection having been filed; and good cause appearing:

**IT IS HEREBY ORDERED** that:

1. The Objection to proof of claim No. 10725-02487 filed by Newby 1984 Family Trust Dated 3/19/84 ("Newby") is sustained;

2. $144,000 of Newby's $345,000.00 claim against USACM is disallowed;

3. Any proposed allowance of Newby's claim in the DTDF case is disallowed;

4. Newby is allowed to retain an equity interest in DTDF in the amount of $144,141.97 as reflected in the books and records of DTDF as of April 13, 2006; and

5. Nothing in this order should prejudice the rights of USACM Trust to file further objections to any portion of the claim.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By   /s/ John Hinderaker (018024)
    Rob Charles
    John Hinderaker
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (520) 629-4427
Facsimile:  (520) 879-4705

*Attorneys for USACM Liquidating Trust*

2045498_1.DOC

1   APPROVED/DISAPPROVED

2

3   By:_____
        August Landis
4       Assistant United States Trustee

5

6   APPROVED/DISAPPROVED

7

8   By:   /s/ Claire Dossier
          Claire Dossier
9         SNELL & WILMER, LLP
          Attorneys for USA Capital Diversified Trust Deed Fund
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3

2045498_1.DOC

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: August Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: Claire Dossier | |
| ☒ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**

By:  /s/ JH  (#018024)
     Rob Charles
     John Hinderaker
*Attorneys for USACM Liquidating Trust*

2045498_1.DOC