

Entered on Docket
May 21, 2009

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

1

2

3

4

5

6   **LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
7   John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
8   Las Vegas, Nevada 89169-5996
Telephone (520) 629-4427
9   Facsimile (520) 879-4705
Email:   rcharles@lrlaw.com
10           jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

11              **UNITED STATES BANKRUPTCY COURT**

12                    **DISTRICT OF NEVADA**

13   In re:                                    Case No. BK-S-06-10725-LBR
                                              Case No. BK-S-06-10726-LBR[1]
14   USA COMMERCIAL MORTGAGE COMPANY,          Case No. BK-S-06-10727-LBR
                                              Case No. BK-S-06-10728-LBR[2]
15   USA CAPITAL REALTY ADVISORS, LLC,[1]      Case No. BK-S-06-10729-LBR[3]

16   USA CAPITAL DIVERSIFIED TRUST DEED        CHAPTER 11
     FUND, LLC,
17                                             Jointly Administered Under
     USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]  Case No. BK-S-06-10725 LBR
18
     USA SECURITIES, LLC,[3]                   **ORDER SUSTAINING OBJECTION OF**
19                                             **USACM TRUST TO PROOF OF CLAIM**
                                    Debtors.   **OF TERI MELVIN AS FILED**
20   **Affects:**                              **PARTIALLY IN WRONG DEBTOR'S**
     ☐ All Debtors                             **CASE; OBJECTION OF DTDF TO**
21   ☒ USA Commercial Mortgage Company         **PROPOSED ALLOWANCE OF CLAIM**
     ☐ USA Capital Realty Advisors, LLC
22   ☒ USA Capital Diversified Trust Deed Fund, LLC  Hearing Date:    April 30, 2009
     ☐ USA Capital First Trust Deed Fund, LLC  Hearing Time:    9:30 a.m.
23   ☐ USA Securities, LLC

24

25

26
     ───────────────────
     [1] This bankruptcy case was closed on September 23, 2008.
     [2] This bankruptcy case was closed on October 12, 2007.
     [3] This bankruptcy case was closed on December 21, 2007.

                                                              2045504_1.DO
                                                                         C

1    The Court having considered the "Objection of USACM Trust to Proof of Claim of

2    Teri Melvin As Filed Partially in Wrong Debtor's Case; Objection of DTDF to Proposed

3    Allowance of Claim" [Docket No. 6963] (the "Objection"); with appropriate notice of the

4    Objection having been given; with no response to the Objection having been filed; and

5    good cause appearing:

6        **IT IS HEREBY ORDERED** that:

7        1.    The Objection to Proof of Claim 10725-02421 is sustained;

8        2.    $192,189.29 of Melvin's $613,561.41 claim against USACM is disallowed;

9        3.    Any proposed allowance of Melvin's claim in the DTDF case is disallowed;

10       4.    Melvin is allowed to retain an equity interest in DTDF in the amount of

11             $192,189.29 as reflected in the books and records of DTDF as of April 13,

12             2006; and

13       5.    Nothing in this order should prejudice the rights of USACM Trust to file

14             further objections to any portion of the claim.

15

16   PREPARED AND RESPECTFULLY SUBMITTED BY:

17   **LEWIS AND ROCA LLP**

18   By___/s/ John Hinderaker (018024)_____
19       Rob Charles
         John Hinderaker
20   3993 Howard Hughes Parkway, Ste. 600
     Las Vegas, Nevada 89169-5996
21   Telephone:  (520) 629-4427
     Facsimile:  (520) 879-4705
22

23   *Attorneys for USACM Liquidating Trust*

24

25

26

2045504_1.DOC

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

1    APPROVED/DISAPPROVED

2

3    By:_____
            August Landis
4            Assistant United States Trustee

5

6    APPROVED/DISAPPROVED

7

8    By:____/s/ Claire Dossier_____
            Claire Dossier
9            SNELL & WILMER, LLP
            Attorneys for USA Capital Diversified Trust Deed Fund
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2045504_1.DOC

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

1  In accordance with Local Rule 9021, the undersigned certifies:

2  ☐  The Court waived the requirements of LR 9021.

3  ☐  No parties appeared or filed written objections, and there is no trustee appointed
   in this case.

4

5  ☒  I have delivered a copy of this proposed order to all counsel who appeared at the
   hearing, any unrepresented parties who appeared at the hearing, and any trustee

6  appointed in this case, and each has approved or disapproved the order, or failed
   to respond, as indicated below (list each party and whether the party has

7  approved, disapproved, or failed to respond to the document):

| U.S. Trustee:  August Landis | |
|---|---|
| ☐  approved the form of this order | ☐  disapproved the form of this order |
| ☒  waived the right to review the order and/or | ☐  failed to respond to the document |
| Other Party:  Claire Dossier | |
| ☒  approved the form of this order | ☐  disapproved the form of this order |
| ☐  waived the right to review the order and/or | ☐  failed to respond to the document |

14                                    ###

15

16  Submitted by:

17  **LEWIS AND ROCA LLP**

18
   By:___/s/ JH  (#018024)_____
19        Rob Charles
         John Hinderaker
20  *Attorneys for USACM Liquidating Trust*

21

22

23

24

25

26

2045504_1.DOC