# LEWIS
### AND
# ROCA
——LLP——
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHinderaker@LRLaw.com

*Attorneys for USACM Liquidating Trust*

E-Filed on 5/22/09

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

USA Commercial Mortgage Company,
USA Capital Realty Advisors, LLC,[1]
USA Capital Diversified Trust Deed Fund, LLC,
USA Capital First Trust Deed Fund, LLC,[2]
USA Securities, LLC,[3]

                  Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR[1]
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR[2]
Case No. BK-S-06-10729-LBR[3]

CHAPTER 11

Jointly Administered Under
Case No. BK-S-06-10725 LBR

**NOTICE OF ENTRY OF ORDER SUSTAINING OBJECTION OF USACM TRUST TO PROOF OF CLAIM OF TERI MELVIN AS FILED PARTIALLY IN WRONG DEBTOR'S CASE; OBJECTION OF DTDF TO PROPOSED ALLOWANCE OF CLAIM**

    **PLEASE TAKE NOTICE** that a Order Sustaining Objection of USACM Trust to Proof of Claim of Teri Melvin as Filed Partially in Wrong Debtor's Case; Objection of DTDF to Proposed Allowance of Claim [DE 7137] was entered on the 21st day of May, 2009, a true and correct copy of which is attached hereto as Exhibit 1.

    **RESPECTFULLY SUBMITTED** May 22, 2009.

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2053326.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

RESPECTFULLY SUBMITTED May 21, 2009.

LEWIS AND ROCA LLP

By  /s/ John Hinderaker (#018024)
Rob Charles
John Hinderaker
*Attorneys for USACM Liquidating Trust*
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
702-949-8320

Copy of the foregoing mailed on May
21, 2009 to:

Teri Melvin
2704 Chokecherry Way
Henderson, NV 89014

/s/ Marilyn Schoenike
Lewis and Roca LLP

2

2053326.1

**Exhibit 1**

Entered on Docket
May 21, 2009

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (520) 629-4427
Facsimile (520) 879-4705
Email:  rcharles@lrlaw.com
           jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br><br>                              Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING OBJECTION OF USACM TRUST TO PROOF OF CLAIM OF TERI MELVIN AS FILED PARTIALLY IN WRONG DEBTOR'S CASE; OBJECTION OF DTDF TO PROPOSED ALLOWANCE OF CLAIM**<br><br>Hearing Date:    April 30, 2009<br>Hearing Time:    9:30 a.m. |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2045504_1.DO
C

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

1       The Court having considered the "Objection of USACM Trust to Proof of Claim of

2   Teri Melvin As Filed Partially in Wrong Debtor's Case; Objection of DTDF to Proposed

3   Allowance of Claim" [Docket No. 6963] (the "Objection"); with appropriate notice of the

4   Objection having been given; with no response to the Objection having been filed; and

5   good cause appearing:

6       **IT IS HEREBY ORDERED** that:

7       1.       The Objection to Proof of Claim 10725-02421 is sustained;

8       2.       $192,189.29 of Melvin's $613,561.41 claim against USACM is disallowed;

9       3.       Any proposed allowance of Melvin's claim in the DTDF case is disallowed;

10      4.       Melvin is allowed to retain an equity interest in DTDF in the amount of

11          $192,189.29 as reflected in the books and records of DTDF as of April 13,

12          2006; and

13      5.       Nothing in this order should prejudice the rights of USACM Trust to file

14          further objections to any portion of the claim.

15

16  PREPARED AND RESPECTFULLY SUBMITTED BY:

17  **LEWIS AND ROCA LLP**

18  By___/s/ John Hinderaker (018024)___
19      Rob Charles
        John Hinderaker
20  3993 Howard Hughes Parkway, Ste. 600
    Las Vegas, Nevada 89169-5996
21  Telephone: (520) 629-4427
    Facsimile: (520) 879-4705
22

23  *Attorneys for USACM Liquidating Trust*

24

25

26

2

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

1   APPROVED/DISAPPROVED

2

3   By:_____

4        August Landis
         Assistant United States Trustee

5

6   APPROVED/DISAPPROVED

7

8   By:___/s/ Claire Dossier_____

9        Claire Dossier
         SNELL & WILMER, LLP

10       Attorneys for USA Capital Diversified Trust Deed Fund

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3

2045504_1.DOC

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

1    In accordance with Local Rule 9021, the undersigned certifies:

2    ☐    The Court waived the requirements of LR 9021.

3    ☐    No parties appeared or filed written objections, and there is no trustee appointed
4         in this case.

5    ☒    I have delivered a copy of this proposed order to all counsel who appeared at the
          hearing, any unrepresented parties who appeared at the hearing, and any trustee
6         appointed in this case, and each has approved or disapproved the order, or failed
          to respond, as indicated below (list each party and whether the party has
7         approved, disapproved, or failed to respond to the document):

| U.S. Trustee: August Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: Claire Dossier | |
| ☒ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**

By:___/s/ JH  (#018024)_____
       Rob Charles
       John Hinderaker
*Attorneys for USACM Liquidating Trust*

4

2045504_1.DOC