**Exhibit 1**

**Entered on Docket**
**May 21, 2009**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

___

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (520) 629-4427
Facsimile (520) 879-4705
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                    Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING OBJECTION OF USACM TRUST TO PROOF OF CLAIM OF FLORENCE BOLATIN LIVING TRUST DTD 10/23/98 AS FILED PARTIALLY IN WRONG DEBTOR'S CASE; OBJECTION OF DTDF TO PROPOSED ALLOWANCE OF CLAIM**<br><br>Hearing Date:  April 30, 2009<br>Hearing Time:  9:30 a.m. |
|---|---|

___

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2045488_1.DOC

LEWIS AND ROCA LLP
LAWYERS

The Court having considered the "Objection of USACM Trust to Proof of Claim of Florence Bolatin Living Trust DTD 10/23/98 As Filed Partially in Wrong Debtor's Case; Objection of DTDF to Proposed Allowance of Claim" [Docket No. 6959] (the "Objection"); with appropriate notice of the Objection having been given; with no response to the Objection having been filed; and good cause appearing:

**IT IS HEREBY ORDERED** that:

1. The Objection to Proof of Claim No. 10725-01156 filed by Florence Bolatin Living Trust DTD 10/23/98 ("Bolatin") is sustained;

2. $50,000 of Bolatin's $110,712.00 claim against USACM is disallowed;

3. Any proposed allowance of Bolatin's claim in the DTDF case is disallowed;

4. Bolatin is allowed to retain an equity interest in DTDF in the amount of $48,047.32 as reflected in the books and records of DTDF as of April 13, 2006; and

5. Nothing in this order should prejudice the rights of USACM Trust to file further objections to any portion of the claim.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By    /s/ John Hinderaker (018024)
      Rob Charles
      John Hinderaker
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (520) 629-4427
Facsimile: (520) 879-4705

*Attorneys for USACM Liquidating Trust*

2045488_1.DOC

LEWIS AND ROCA LLP LAWYERS

1  APPROVED/DISAPPROVED

2

3  By:_____
    August Landis
4   Assistant United States Trustee

5

6  APPROVED/DISAPPROVED

7

8  By:   /s/ Claire Dossier
        Claire Dossier
        SNELL & WILMER, LLP
9       Attorneys for USA Capital Diversified Trust Deed Fund

3

2045488_1.DOC

LEWIS
AND
ROCA
——LLP——
LAWYERS

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: August Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: Claire Dossier | |
| ☒ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

### 

Submitted by:

**LEWIS AND ROCA LLP**

By:  /s/ JH  (#018024)
      Rob Charles
      John Hinderaker
*Attorneys for USACM Liquidating Trust*

2045488_1.DOC