**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 5/28/09

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>　　　　　　　　　　　Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**USACM LIQUIDATING TRUST'S NOTICE OF RESCHEDULED STATUS HEARING RE OBJECTION TO PROOF OF CLAIM FILED BY DEVELOPERS CAPITAL FUNDING, CORP.**<br><br>Hearing Date: June 12, 2009<br>Hearing Time: 9:30 a.m.<br><br>New Hearing Date: June 26, 2009<br>Hearing Time: 9:30 a.m. |

**NOTICE IS HEREBY GIVEN** that pursuant to notification from the Court, the hearing originally scheduled for June 12, 2009 at 9:30 a.m., on the USACM Liquidating Trust's Objection to Proofs of Claim filed by Developers Capital Funding Corp. [DE 7063] has been rescheduled to **June 26, 2009, at 9:30 a.m**. before the Honorable Linda B.

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

1

2054818.1

Riegle, U.S. Bankruptcy Judge, at the Foley Federal Building, 300 Las Vegas Boulevard South, 3rd Floor, Courtroom No. 1, Las Vegas, Nevada.

DATED: May 28, 2009.

**LEWIS AND ROCA LLP**

By: /s/ JH (#018024)
Rob Charles, NV 6593
John Hinderaker, AZ 018024
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
*Counsel for USACM Liquidating Trust*

PROOF OF SERVICE

Copy of the foregoing mailed by first class postage prepaid U.S. Mail on May 28, 2009 to the following party:

Developers Capital Funding Corp
4500 S Lakeshore Dr Ste. 322
Tempe, AZ 85282-7190

/s/ Carrie Lawrence
Carrie Lawrence
Lewis and Roca LLP

2

2054818.1