**LEWIS AND ROCA LLP LAWYERS**

E-Filed on 5/28/09

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>           Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**USACM LIQUIDATING TRUST'S NOTICE OF RESCHEDULED STATUS HEARING AND HEARING RE: APPLICATION FOR ORDER TO SHOW CAUSE WHY OBJECTION TO MOUNTAIN WEST MORTGAGE LLC PROOF OF CLAIM SHOULD NOT BE SUSTAINED**<br><br>Hearing Date: June 12, 2009<br>Hearing Time: 9:30 a.m.<br><br>New Hearing Date: June 26, 2009<br>Hearing Time: 9:30 a.m. |

**NOTICE IS HEREBY GIVEN** that pursuant to notification from the Court, the Status hearing on USACM Liquidating Trust's Objection to Mountain West Mortgage, LLC's Proof of Claim, [DE 3078] and the Application for Order to Show Cause Why

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

1

255506.1

**LEWIS AND ROCA LLP**
**LAWYERS**

USACM Liquidating Trust's Objection to Mountain West Mortgage LLC Proof of Claim Should Not Be Sustained [DE 7080] originally scheduled for hearing on June 12, 2009 at 9:30 a.m., have been rescheduled to **June 26, 2009, at 9:30 a.m**. before the Honorable Linda B. Riegle, U.S. Bankruptcy Judge, at the Foley Federal Building, 300 Las Vegas Boulevard South, 3rd Floor, Courtroom No. 1, Las Vegas, Nevada.

DATED: May 28, 2009.

**LEWIS AND ROCA LLP**

By: /s/ JH (#018024)
Rob Charles, NV 6593
John Hinderaker, AZ 018024
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
*Counsel for USACM Liquidating Trust*

PROOF OF SERVICE

Copy of the foregoing mailed by First Class, U.S. Mail, postage prepaid, on May 28, 2009 to the following party

Mountain West Mortgage
630 Trade Center Drive
Las Vegas, Nevada 89119

/s/Carrie Lawrence
Carrie Lawrence
Lewis and Roca LLP