**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 5/28/09

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,[1]

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]

USA SECURITIES, LLC,[3]

Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR[1]
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR[2]
Case No. BK-S-06-10729-LBR[3]

CHAPTER 11

Jointly Administered Under Case No. BK-S-06-10725 LBR

**USACM LIQUIDATING TRUST'S NOTICE OF RESCHEDULED HEARING RE: APPLICATION FOR ORDER TO SHOW CAUSE WHY OBJECTION TO LERIN HILLS PROOF OF CLAIM SHOULD NOT BE SUSTAINED AND STATUS HEARING ON OBJECTION TO LERIN HILLS PROOF OF CLAIM**

Hearing Date: June 12, 2009
Hearing Time: 9:30 a.m.

New Hearing Date: June 26, 2009
Hearing Time: 9:30 a.m.

**NOTICE IS HEREBY GIVEN** that pursuant to notification from the Court, USACM Liquidating Trust's Application for Order to Show Cause Why Objection to Lerin Hills Proof of Claim Should Not Be Sustained [DE 7079] and the Status Hearing re

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

1

255481.1

USACM Liquidating Trust's objection to the Lerin Hills proof of claim [DE 3080] originally scheduled for hearing on June 12, 2009 at 9:30 a.m., are rescheduled **to June 26, 2009, at 9:30 a.m**. before the Honorable Linda B. Riegle, U.S. Bankruptcy Judge, at the Foley Federal Building, 300 Las Vegas Boulevard South, 3rd Floor, Courtroom No. 1, Las Vegas, Nevada.

DATED: May 28, 2009.

**LEWIS AND ROCA LLP**

By:  /s/ JH (#018024)
Rob Charles, NV 6593
John Hinderaker, AZ 018024
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
*Counsel for USACM Liquidating Trust*

PROOF OF SERVICE

Copy of the foregoing e-mailed or mailed by First Class, U.S. Mail, postage prepaid, on May 28, 2009 to the following parties:

Lerin Hills, Ltd.
630 Trade Center Drive
Las Vegas, Nevada 89119

Ty Kehoe, Esq.
871 Coronado Center Drive, Suite 200
Henderson, NV  89052
TyKehoeLaw@aol.com

/s/Carrie Lawrence
Carrie Lawrence
Lewis and Roca LLP

255481.1