<pre>
EDGAR C. SMITH, ESQ.                                    E-FILED MAY 29, 2009
Nevada Bar No. 5506
Law Offices of Edgar C. Smith
7371 Prairie Falcon Road, #120
Las Vegas, Nevada 89128
Telephone: (702) 388-0040
E-mail: ecs@nvrelaw.com

Attorney for Movant 3800 Prince Street, LLC
</pre>

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>          Debtor | Case No.: BK-S-06-10725 LBR<br>Case No.: BK-S-06-10726 LBR<br>Case No.: BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>          Debtor | Chapter: 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT 3800 PRINCE STREET, LLC TO ADJUDICATE CLAIMS IN STATE COURT**<br><br>Hearing Date: April 30, 2009<br>Hearing Time: 9:30 a.m. |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>          Debtor | |
| In re;<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>          Debtor | |
| Affects:<br><br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | |

///

-1-

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the above-entitled court entered its Order on Motion for Relief from the Automatic Stay to Permit 3800 Prince Street, LLC to Adjudicate Claims in State Court in the above-entitled matter on May 18, 2009, a copy of which is attached hereto.

Dated : May 29, 2009                    LAW OFFICE OF EDGAR C. SMITH

By: /s/ Edgar C. Smith
Edgar C. Smith, Esq.
Nevada Bar No. 5506
7371 Prairie Falcon Road, Suite 120
Las Vegas, Nevada 89128
Attorney for Movant
3800 Prince Street, LLC

**CERTIFICATE OF MAILING**

I hereby certify that on the 29th day of May, 2009, and pursuant to F.R. Civ. P Rule 5(b)(2), the undersigned did deposit into the United States Mail at Las Vegas, Nevada, first class postage prepaid, a true and correct copy of the NOTICE OF ENTRY OF ORDER ON MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT 3800 PRINCE STREET, LLC TO ADJUDICATE CLAIMS IN STATE COURT, and addressed as follows:

Served via email, where an email
Address was listed or to All parties
in interest listed on the Post Effective
Date Service List on file with the
Court.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Teri Slegle



Entered on Docket
May 18, 2009

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\*\*\*

| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                    Debtor | Case No.: BK-S-06-10725 LBR<br>Case No.: BK-S-06-10726 LBR<br>Case No.: BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
|---|---|
| In re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>                    Debtor | Chapter: 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT 3800 PRINCE STREET, LLC TO ADJUDICATE CLAIMS IN STATE COURT**<br><br>Hearing Date: April 30, 2009<br>Hearing Time: 9:30 a.m. |
| In re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>                    Debtor | |
| In re;<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>                    Debtor | |
| Affects:<br><br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC | |

1    The motion of 3800 Prince Street, LLC, ("Movant") for relief from the automatic stay came on for regularly-scheduled hearing on April 30, 2009.  Edgar C. Smith, Esq. appeared for the Movant; Rob Charles, Esq. of Lewis and Roca, LLP appeared for the USACM Liquidating Trust.

The court finds the motion for relief from the automatic stay is unopposed, but makes no finding that relief from the automatic stay is necessary for Movant to pursue its claims for quiet title.

ORDERED, the motion of Movant 3800 Prince Street is granted to permit Movant to assert quiet title claims against Debtor USA Commercial Mortgage Company in that pending action filed in the Second Judicial District Court, Bernalillo County, New Mexico, and captioned as, case # CV 2007 07979, and concerning the following described real property:

> Tract C-1-A-1-B, SCHWARTZMAN INDUSTRIAL CENTER, within Sections 5
> and 8, Township 9 North, Range 3 East, N.M.P.M., Bernalillo County, New Mexico,
> as the same are shown and designated on the replat filed on the office of the County
> clerk of Bernalillo County, New Mexico, on July 1, 2004 in Book 2004C, page 200.

FURTHER ORDERED that the motion of Movant 3800 Prince Street is granted *nunc pro tunc* to the date of filing of the amended counterclaim and third party complaint, October 8, 2008.

RULE 9021 CERTIFICATION:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

___ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_X_ I have delivered a copy of this proposed order via facsimile only to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

APPROVED / DISAPPROVED

By: _____
   Rob Charles, Esq.
   Nevada Bar No.: 6593
   LEWIS AND ROCA, LLP
   3993 Howard Hughes Parkway, Suite 600
   Las Vegas, Nevada 89169-5996
   *Attorney for USACM Liquidating Trust*

///

1   Submitted by

2   LAW OFFICE OF EDGAR C. SMITH

3   By: /s/ Edgar C. Smith
        Edgar C. Smith, Esq.
4       Nevada Bar No. 5506
        7371 Prairie Falcon Road, Suite 120
5       Las Vegas, Nevada 89128
        *Attorney for Secured Creditor*
6       3800 Prince Street

                                    x x x

Lewis and Roca LLP 5/15/2009 2:22:09 PM PAGE 4/005 Fax Server
Case 06-10725-gwz  Doc 7159  Entered 05/18/09 14:07:08  Page 4 of 4
Case 06-10725-gwz  Doc 7159  Entered 05/29/09 13:34:32  Page 6 of 6

1. The motion of 3800 Prince Street, LLC, ("Movant") for relief from the automatic stay came on for regularly-scheduled hearing on April 30, 2009. Edgar C. Smith, Esq. appeared for the Movant; Rob Charles, Esq. of Lewis and Roca, LLP appeared for the USACM Liquidating Trust.

The court finds the motion for relief from the automatic stay is unopposed, but makes no finding that relief from the automatic stay is necessary for Movant to pursue its claims for quiet title.

ORDERED, the motion of Movant 3800 Prince Street is granted to permit Movant to assert quiet title claims against Debtor USA Commercial Mortgage Company in that pending action filed in the Second Judicial District Court, Bernalillo County, New Mexico, and captioned as, case # CV 2007 07979, and concerning the following described real property:

> Tract C-1-A-1-B, SCHWARTZMAN INDUSTRIAL CENTER, within Sections 5 and 8, Township 9 North, Range 3 East, N.M.P.M., Bernalillo County, New Mexico, as the same are shown and designated on the replat filed on the office of the County clerk of Bernalillo County, New Mexico, on July 1, 2004 in Book 2004C, page 200.

FURTHER ORDERED that the motion of Movant 3800 Prince Street is granted *nunc pro tunc* to the date of filing of the amended counterclaim and third party complaint, October 8, 2008.

## RULE 9021 CERTIFICATION:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

___ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_X_ I have delivered a copy of this proposed order via facsimile only to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

(APPROVED)/DISAPPROVED)

By: _____
Rob Charles, Esq.
Nevada Bar No.: 6593
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
*Attorney for USACM Liquidating Trust*

-2-