James W. Pengilly, Esq.
Nevada Bar No. 6085
Craig D. Slater, Esq.
Nevada Bar No. 8667
**PENGILLY ROBBINS SLATER BELL**
10080 West Alta Drive, Suite 140
Las Vegas, NV 89145
T: (702) 889-6665; F: (702) 889-6664
Counsel for *Mountain West Mortgage, LLC*

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * *

In re:

USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC[1]

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]

USA SECURITIES, LLC,[3]

Debtors.

**Affects:**

- □ All Debtors
- ■ USA Commercial Mortgage Company
- □ USA Capital Realty Advisors, LLC
- □ USA Capital Diversified Trust Deed Fund, LLC
- □ USA Capital First Trust Deed Fund, LLC
- □ USA Securities, LLC

Bankruptcy Case No: BK-S-06-10725-LBR
Bankruptcy Case No: BK-S-06-10726-LBR[1]
Bankruptcy Case No: BK-S-06-10727-LBR
Bankruptcy Case No: BK-S-06-10728-LBR[2]
Bankruptcy Case No: BK-S-06-10729-LBR[3]

Chapter 11

Jointly Administered Under Case No.: BK-S-06-10725 LBR

**MOUNTAIN WEST MORTGAGE, LLC'S NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND REQUEST TO BE ADDED TO THE MASTER MAILING MATRIX**

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

**MOUNTAIN WEST MORTGAGE, LLC'S NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND REQUEST TO BE ADDED TO THE MASTER MAILING MATRIX**

PLEASE TAKE NOTICE that the undersigned counsel hereby appears in the above referenced Bankruptcy Case on behalf of Creditor Mountain West Mortgage, LLC's ("Mountain West"). Pursuant to the Federal Rules of Bankruptcy Procedure 2002, 9007 and 9010, and 11 U.S.C. §§ 102(1) and 342, Mountain West requests that all notices given or required to be given in the above Bankruptcy Case, and all papers served in the above Bankruptcy Case, be given to and served upon:

James W. Pengilly, Esq.
Nevada Bar No. 6095
Craig D. Slater, Esq.
Nevada Bar No. 8667
PENGILLY ROBBINS SLATER BELL
10080 W. Alta Dr., #140
Las Vegas, NV 89145

Email Address: ltollerud@pengillylawfirm.com
clopez@pengillylawfirm.com

In addition, Mountain West requests that its attorneys be added to the Master Mailing Matrix in this case and, as said attorneys of record, that they receive notice of all proceedings in this matter.

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile or otherwise, which affects the above-captioned parties or any property of the above-captioned parties.

PLEASE TAKE FURTHER NOTICE the neither this Notice of Appearance and Request for Notice, nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive the (i) right to have final orders in non-core matters entered only after de novo review by a

United States District Court judge; (ii) right to trial by jury in any proceeding so triable therein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupment to which any of the aforementioned parties is or may be entitled under the agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs or recoupments are hereby reserved.

DATED this 1st day of June, 2009.

PENGILLY ROBBINS SLATER BELL

James W. Pengilly, Esq.
Nevada Bar No. 6085
Craig D. Slater, Esq.
Nevada Bar No. 8667
10080 West Alta Drive, Suite 140
Las Vegas, NV 89145
T: (702) 889-6665; F: (702) 889-6664

James W. Pengilly, Esq.
Nevada Bar No. 6085
Craig D. Slater, Esq.
Nevada Bar No. 8667
**PENGILLY ROBBINS SLATER BELL**
10080 West Alta Drive, Suite 140
Las Vegas, NV 89145
T: (702) 889-6665; F: (702) 889-6664
Counsel for *Mountain West Mortgage, LLC*

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * *

In re:

USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC[1]

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]

USA SECURITIES, LLC,[3]

Debtors.

**Affects:**
- □ All Debtors
- ■ USA Commercial Mortgage Company
- □ USA Capital Realty Advisors, LLC
- □ USA Capital Diversified Trust Deed Fund, LLC
- □ USA Capital First Trust Deed Fund, LLC
- □ USA Securities, LLC

Bankruptcy Case No: BK-S-06-10725-LBR
Bankruptcy Case No: BK-S-06-10726-LBR[1]
Bankruptcy Case No: BK-S-06-10727-LBR
Bankruptcy Case No: BK-S-06-10728-LBR[2]
Bankruptcy Case No: BK-S-06-10729-LBR[3]

Chapter 11

Jointly Administered Under Case No.:
BK-S-06-10725 LBR

**CERTIFICATE OF SERVICE OF MOUNTAIN WEST MORTGAGE, LLC'S NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND REQUEST TO BE ADDED TO THE MASTER MAILING MATRIX**

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

**CERTIFICATE OF SERVICE OF MOUNTAIN WEST MORTGAGE, LLC'S NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND REQUEST TO BE ADDED TO THE MASTER MAILING MATRIX**

I hereby certify that on the 1st day of June, 2009, I caused service of **MOUNTAIN WEST MORTGAGE, LLC'S NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND REQUEST TO BE ADDED TO THE MASTER MAILING MATRIX** to be made in the following manner:

1. via ECF System pursuant to Notice of Electronic Filing;

For USACM Liquidating Trust, Rob Charles, rcharles@lrlaw.com

For USACM Liquidating Trust, John Hinderaker, jhinderaker@lrlaw.com

2. by depositing a true and correct copy of same in the United States Mail, postage prepaid, addressed to the following:

Rob Charles, Esq.
John Hinderaker, Esq.
Lewis and Roca
3993 Howard Hughes Pkwy., Ste. 600
Las Vegas, NV 89169-5996

August Landis, Asst. U.S. Trustee
300 S. Las Vegas Blvd. South
Room 4300
Las Vegas, NV 89101

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 1st day of June, 2009.

Celina Lopez

An employee of Pengilly Robbins Slater & Bell