

E-Filed on 6/1/09

1  3993 Howard Hughes Parkway, Suite 600
2  Las Vegas, NV 89169-5996
   Facsimile (702) 949-8321
   Telephone (702) 949-8320

3  Rob Charles NV State Bar No. 006593
   Email: rcharles@lrlaw.com
4  John Hinderaker AZ State Bar No. 018024
   Email: jhinderaker@lrlaw.com

   Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company;<br>USA Capital Realty Advisors, LLC;[1]<br>USA Capital Diversified Trust Deed Fund, LLC;<br>USA Capital First Trust Deed Fund, LLC;[2]<br>USA Securities, LLC,[3]<br>                Debtors.<br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**STIPULATION RE ALBERT LEE, ET AL. PROOF OF CLAIM NO. 10725-00097** |

The USACM Liquidating Trust and Albert Lee, et al, by and through their undersigned counsel hereby stipulate and agree:

1) Albert Lee, Linda Lee, Steve Miller, John Nash, Maurey Nash, Jin-Shih Lee, Lian-Pin Lee, Gary Potts, Eva Potts, Scott Mollahan, Valerie Mollahan, Jeff Guitterez, Katie Guitterez, Michael Cichon, Marilee Cichon and Christine Westland (the "Lee

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

254793.1

LEWIS AND ROCA LLP LAWYERS

1  Claimants"), filed Proof of Claim No. 10725-00097, asserting an unsecured claim in the
2  amount of $2,000,000, based upon alleged negligence, fraud and breach of fiduciary duty
3  by USACM arising out of its brokering of a loan to the Lee Claimants to fund the purchase
4  of an apartment complex known as the Palm Terrace Apartments.

5      2) That Proof of Claim No. 10725-00097 be allowed as a general unsecured claim
6  in the amount of $1 million and the balance of the claim be disallowed and all other
7  claims, if any, filed by the Lee Claimants be disallowed in their entirety.

8      3) That the Court enter an order approving this Stipulation, allowing Proof of
9  Claim No. 10725-00097 as a general unsecured claim in the amount of $1 million,
10 disallowing the remainder of Proof of Claim No. 10725-00097, and disallowing all other
11 claims filed by the Lee Claimants, if any.

**LEWIS AND ROCA LLP**

By   */s/John Hinderaker*
    Rob Charles
    John Hinderaker
    3993 Howard Hughes Pkwy, Suite 600
    Las Vegas, Nevada 89169
    Telephone: (702) 949-8320
*Attorneys for USACM Liquidating Trust*

DATED:   June 1, 2009

**TERRA LAW LLP**

By   */s/ Breck E. Milde*
    Breck E. Milde
    177 Park Avenue, Third Floor
    San Jose, CA 95113
    Telephone: (480) 299-1200
*Attorneys for Albert Lee Claimants*

DATED:   June 1, 2009

254793.1