# LEWIS AND ROCA LLP LAWYERS

E-Filed on 6/1/09

1   3993 Howard Hughes Parkway, Suite 600
    Las Vegas, NV 89169-5996
    Facsimile (702) 949-8321
2   Telephone (702) 949-8320

3   Rob Charles NV State Bar No. 006593
    Email: rcharles@lrlaw.com
    John Hinderaker AZ State Bar No. 018024
4   Email: jhinderaker@lrlaw.com

    Attorneys for USACM Liquidating Trust

5

6

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

7   In re:

8   USA COMMERCIAL MORTGAGE
    COMPANY,

9   USA CAPITAL REALTY ADVISORS,
10  LLC,[1]

11  USA CAPITAL DIVERSIFIED TRUST
    DEED FUND, LLC,

12  USA CAPITAL FIRST TRUST DEED
13  FUND, LLC,[2]

14  USA SECURITIES, LLC,[3]
                            Debtors.
15

16  **Affects:**
    ☐ All Debtors
    ☒ USA Commercial Mortgage Company
17  ☐ USA Capital Realty Advisors, LLC
    ☐ USA Capital Diversified Trust Deed Fund, LLC
18  ☐ USA Capital First Trust Deed Fund, LLC
    ☐ USA Securities, LLC
19

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR[1]
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR[2]
Case No. BK-S-06-10729-LBR[3]

CHAPTER 11

Jointly Administered Under Case No. BK-S-06-10725 LBR

**USACM LIQUIDATING TRUST'S
NOTICE OF RESCHEDULED
STATUS HEARING**

Hearing Date:  June 12, 2009
Hearing Time:  9:30 a.m.

New Hearing Date:  June 26, 2009
Hearing Time:  9:30 a.m.

20

21   **NOTICE IS HEREBY GIVEN** that pursuant to notification from the Court,  the

22   Status hearing on USACM Liquidating Trust's Objection to Mountain West Mortgage,

23   LLC's Proof of Claim, [DE 3078] originally scheduled for hearing on June 12, 2009 at

24   9:30 a.m., has been rescheduled to **June 26, 2009, at 9:30 a.m**. before the Honorable

25   [1] This bankruptcy case was closed on September 23, 2008.

26   [2] This bankruptcy case was closed on October 12, 2007.

     [3] This bankruptcy case was closed on December 21, 2007.

1

255506.1

LEWIS
AND
ROCA
— LLP —
L A W Y E R S

1   Linda B. Riegle, U.S. Bankruptcy Judge, at the Foley Federal Building, 300 Las Vegas

2   Boulevard South, 3rd Floor, Courtroom No. 1, Las Vegas, Nevada.

3

4          DATED: June 1, 2009.

                                              **LEWIS AND ROCA LLP**
5

6
                                       By:  /s/ JH (#018024)
7                                      Rob Charles, NV 6593
                                       John Hinderaker, AZ 018024
8                                      3993 Howard Hughes Parkway, Suite 600
                                       Las Vegas, Nevada 89169-5996
9                                      *Counsel for USACM Liquidating Trust*

10

11
    PROOF OF SERVICE
12

13  Copy of the foregoing mailed by First
    Class, U.S. Mail, postage prepaid, on
14  June 1, 2009 to the following party

15  Mountain West Mortgage
    630 Trade Center Drive
16  Las Vegas, Nevada 89119

17

18  /s/Carrie Lawrence
    Carrie Lawrence
19  Lewis and Roca LLP

20

21

22

23

24

25

26

                                        2