# LEWIS
## AND
# ROCA
#### LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 6/1/09

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE
COMPANY,

USA CAPITAL REALTY ADVISORS,
LLC,[1]

USA CAPITAL DIVERSIFIED TRUST
DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED
FUND, LLC,[2]

USA SECURITIES, LLC,[3]

Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR[1]
Case No. BK-S-06-10727-LBR[2]
Case No. BK-S-06-10728-LBR[2]
Case No. BK-S-06-10729-LBR[3]

CHAPTER 11

Jointly Administered Under Case No. BK-S-06-10725 LBR

**USACM LIQUIDATING TRUST'S NOTICE OF RESCHEDULED HEARING RE: APPLICATION FOR ORDER TO SHOW CAUSE WHY OBJECTION TO MOUNTAIN WEST MORTGAGE LLC PROOF OF CLAIM SHOULD NOT BE SUSTAINED**

Hearing Date: June 12, 2009
Hearing Time: 9:30 a.m.

New Hearing Date: June 26, 2009
Hearing Time: 9:30 a.m.

**NOTICE IS HEREBY GIVEN** that pursuant to notification from the Court, the

Application for Order to Show Cause Why USACM Liquidating Trust's Objection to

Mountain West Mortgage LLC Proof of Claim Should Not Be Sustained [DE 7080]

originally scheduled for hearing on June 12, 2009 at 9:30 a.m., has been rescheduled to

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

1

2055734.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

**June 26, 2009, at 9:30 a.m**. before the Honorable Linda B. Riegle, U.S. Bankruptcy

Judge, at the Foley Federal Building, 300 Las Vegas Boulevard South, 3rd Floor,

Courtroom No. 1, Las Vegas, Nevada.

DATED:  June 1, 2009.

**LEWIS AND ROCA LLP**

By:   /s/ JH (#018024)
Rob Charles, NV 6593
John Hinderaker, AZ 018024
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
*Counsel for USACM Liquidating Trust*

PROOF OF SERVICE

Copy of the foregoing mailed by First
Class, U.S. Mail, postage prepaid, on
June 1, 2009 to the following party

Mountain West Mortgage
630 Trade Center Drive
Las Vegas, Nevada 89119

/s/Carrie Lawrence
Carrie Lawrence
Lewis and Roca LLP

2

2055734.1