**Entered on Docket
June 03, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (520) 629-4427
Facsimile (520) 879-4705
Email:  rcharles@lrlaw.com
            jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                                      Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER APPROVING STIPULATION RE ALBERT LEE, ET AL. PROOF OF CLAIM NO. 10725-00097** |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

254796_1

The Court having considered the "Stipulation Re Proof Of Claim No 10725-00097" [Docket No. 7165] (the "Stipulation") and good cause appearing:

**IT IS ORDERED:**

1. The Stipulation is approved;

2. Proof of Claim No. 10725-00097 is allowed as a general unsecured claim in the amount of $1 million and the balance of the claim is disallowed; and

3. All other claims filed by the Lee Claimants (Albert Lee, Linda Lee, Steve Miller, John Nash, Maurey Nash, Jin-Shih Lee, Lian-Pin Lee, Gary Potts, Eva Potts, Scott Mollahan, Valerie Mollahan, Jeff Guitterez, Katie Guitterez, Michael Cichon, Marilee Cichon and Christine Westland), if any, are disallowed in their entirety.

# # #

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By   /s/ John Hinderaker (018024)
      Rob Charles
      John Hinderaker (Pro hac vice)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (520) 629-4427
Facsimile:  (520) 879-4705

*Attorneys for USACM Liquidating Trust*

**APPROVED AS TO FORM AND CONTENT:**

**TERRA LAW LLP**

By   */s/* Breck E. Milde
      Breck E. Milde
      177 Park Avenue, Third Floor
      San Jose, CA 95113
      Telephone: (480) 299-1200
      Facsimile:  (408) 998-4895

*Attorneys for Albert Lee, et al, Claimants*