ntcdispoexh

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

IN RE:

USA COMMERCIAL MORTGAGE CO.,

BK-S 06-10725 LBR

CHAPTER: 11

DATE: May 29, 2009
TIME: 9:30 AM

Debtor(s)

## NOTICE & ORDER AUTHORIZING DESTRUCTION OF EXHIBITS PURSUANT TO LOCAL RULE 5003(b)(5)

NOTICE IS HEREBY GIVEN pursuant to Local Rule 5003(b)(5) that if the exhibits received in this case regarding Evidentiary hearing re: __Show Cause Hearing__ are not withdrawn twenty (20) days after the time for appeal has expired, the Clerk, upon closing of the case, shall destroy or make other disposition as the Court may direct of any such exhibits without further notice.

DATED:

FOR THE COURT
MARY SCHOTT, CLERK

Mailed on: 6/02/09
Matthew Callister, Esquire
Rob Charles, Esquire

Bankruptcy Deputy Clerk

By: Harriette Whitehouse
    Deputy Clerk

Exhibit Log # 09-015

odestexh 11/05