**LEWIS**
AND
**ROCA**
LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHinderaker@LRLaw.com

*Attorneys for USACM Liquidating Trust*

| | E-Filed on 6/4/09 |
|---|---|

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR[1] |
| USA Commercial Mortgage Company, | Case No. BK-S-06-10727-LBR |
| USA Capital Realty Advisors, LLC,[1] | Case No. BK-S-06-10728-LBR[2] |
| USA Capital Diversified Trust Deed Fund, LLC, | Case No. BK-S-06-10729-LBR[3] |
| USA Capital First Trust Deed Fund, LLC,[2] | CHAPTER 11 |
| USA Securities, LLC,[3] | |
| Debtors. | Jointly Administered Under |
| **Affects:** | Case No. BK-S-06-10725 LBR |
| ☐ All Debtors | |
| ☒ USA Commercial Mortgage Company | **NOTICE OF ENTRY OF ORDER** |
| ☐ USA Capital Realty Advisors, LLC | **APPROVING STIPULATION RE** |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | **ALBERT LEE, ET AL. PROOF OF** |
| ☐ USA Capital First Trust Deed Fund, LLC | **CLAIM NO. 10725-00097** |
| ☐ USA Securities, LLC | |

    **PLEASE TAKE NOTICE** that a Order Approving Stipulation Re Albert Lee, et

al. Proof of Claim No. 10725-00097 [DE 7177] was entered on the 3rd day of June, 2009,

a true and correct copy of which is attached hereto as Exhibit A.

    RESPECTFULLY SUBMITTED June 4, 2009.

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

1

2056891.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

1

2                                      LEWIS AND ROCA LLP

3                                      By /s/ John Hinderaker (#018024)
                                          Rob Charles
4                                      John Hinderaker
                                          *Attorneys for USACM Liquidating Trust*
5                                      3993 Howard Hughes Parkway, Suite 600
                                          Las Vegas, Nevada 89169
6                                      702-949-8320

7      Copy of the foregoing mailed on June 4,
8      2009 to:

9      Breck E. Milde
       Terra Law LLP
10     177 Park Avenue, Third Floor
       San Jose, CA 95113
11     *Attorneys for Albert Lee, et al,*
       *Claimants*
12

13
       /s/ Carrie Lawrence
14     Lewis and Roca LLP

15

16

17

18

19

20

21

22

23

24

25

26

2056891.1