Entered on Docket
June 03, 2009

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (520) 629-4427
Facsimile (520) 879-4705
Email:   rcharles@lrlaw.com
           jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR[1] |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[2] |
| USA CAPITAL REALTY ADVISORS, LLC,[1] | Case No. BK-S-06-10729-LBR[3] |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,[2] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC,[3] | **ORDER APPROVING STIPULATION RE ALBERT LEE, ET AL. PROOF OF CLAIM NO. 10725-00097** |
| Debtors. | |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

254796_1

The Court having considered the "Stipulation Re Proof Of Claim No 10725-00097" [Docket No. 7165] (the "Stipulation") and good cause appearing:

**IT IS ORDERED:**

1.    The Stipulation is approved;

2.    Proof of Claim No. 10725-00097 is allowed as a general unsecured claim in the amount of $1 million and the balance of the claim is disallowed; and

3.    All other claims filed by the Lee Claimants (Albert Lee, Linda Lee, Steve Miller, John Nash, Maurey Nash, Jin-Shih Lee, Lian-Pin Lee, Gary Potts, Eva Potts, Scott Mollahan, Valerie Mollahan, Jeff Guitterez, Katie Guitterez, Michael Cichon, Marilee Cichon and Christine Westland), if any, are disallowed in their entirety.

# # #

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By    /s/ John Hinderaker (018024)
    Rob Charles
    John Hinderaker (Pro hac vice)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (520) 629-4427
Facsimile: (520) 879-4705

*Attorneys for USACM Liquidating Trust*

**APPROVED AS TO FORM AND CONTENT:**

**TERRA LAW LLP**

By    /s/ Breck E. Milde
    Breck E. Milde
    177 Park Avenue, Third Floor
    San Jose, CA 95113
    Telephone: (480) 299-1200
    Facsimile: (408) 998-4895
*Attorneys for Albert Lee, et al, Claimants*

254796_1