**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

John C. Hinderaker, AZ State Bar No. 018024
Email: JHinderaker@LRLaw.com
Rob Charles NV State Bar No. 0065934
Email: RCharles@LRLaw.com

Attorneys for USACM Liquidating Trust

E-Filed June 4, 2009

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,[1]<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[2]<br><br>USA Securities, LLC,[3]<br>　　　　　　　　　　　　　Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Motion For Allowance of Bunch Claim**<br><br>**Hearing Date:** June 26, 2009<br>**Time:** 9:30 a.m. |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

USACM Liquidating Trust (the "Trust") moves this Court for an Order allowing the unsecured claim of Del Bunch and Ernestine Bunch ("Bunch) in the amount of $11,358,661.28. This Motion is explained in the following Memorandum.

## MEMORANDUM

1.　USA Commercial Mortgage Company ("USACM") filed its amended Schedule F identifying an unsecured claim of Bunch in the amount of $10,500,000, listed as disputed.

2.　Bunch filed claim No. 10725-01099 ("Bunch Claim") asserting an unsecured claim in the amount of $11,358,661.28.

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

255735.1

3. On December 11, 2006, USACM objected to the Bunch Claim [DE 2023].

4. On December 15, 2006, Bunch filed the Motion For Order Temporarily Allowing the Claim of Del and Ernestine Bunch for voting purposes [DE 2124].

5. On January 19, 2007, the Court entered its Order Denying Motion for Order Temporarily Allowing the Claim of Del and Ernestine Bunch for Voting Purposes [DE 2508].

6. Bunch timely filed a Notice of Appeal on January 26, 2007 at DE 2585. The appeal was referred to the Bankruptcy Appellate Panel, an objection to reference of the appeal was filed, and the appeal was transferred to the United States District Court for the District of Nevada, where it has not been docketed.

7. On July 31, 2007, counsel for Bunch was authorized leave to withdraw as counsel [DE 4387].

8. The Trust sought leave in its Motion to Substitute [DE 4498] to be substituted as the real party in interest with respect to the objection to the Bunch claim. The order granting the motion for substitution was entered on November 6, 2007 [DE 5277].

9. Upon investigation, the Trust has verified the computations set forth in the Bunch Claim and elected not to bring an avoidance action against Bunch.

Accordingly, the parties submit that the Court enter its order allowing the Bunch Claim in the amount of $11,358,662.28 as a general unsecured claim.

Dated: June 4, 2009.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
Rob Charles, NV 6593
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
*Counsel for USACM Liquidating Trust*

**LEWIS AND ROCA LLP — LAWYERS**

| | |
|---|---|
| 1 | Proof of Service |
| 2 | Copy of the foregoing served on June 4, 2009, via e-mail or first class postage prepaid U.S. mail to all parties listed on the Post Effective Date Service List on file with this Court and on |
| 3 | |
| 4 | |
| 5 | Del Bunch |
| 6 | Ernestine Bunch<br>1909 Red Robin Ct<br>Las Vegas, NV 89134-6157 |
| 7 | |
| 8 | |
| 9 | /s/ Carrie Lawrence<br>Carrie Lawrence<br>Lewis and Roca LLP |

255735.1