

**Entered on Docket
June 05, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In Re: ) | BK-S-06-10725-LBR |
| ) | Chapter 11 |
| USA COMMERCIAL MORTGAGE ) | |
| COMPANY and related cases, ) | DATE: August 21, 2009 |
| Debtor. ) | TIME: 9:30 a.m. |
| ) | |

## ORDER RESCHEDULING HEARING

Upon this Court's own motion, IT IS HEREBY ORDERED THAT the following hearings, originally scheduled for August 14, 2009 at 9:30 a.m., are rescheduled to August 21, 2009 at 9:30 a.m. before Bankruptcy Judge Linda B. Riegle, courtroom #1, Foley Federal Building, 300 Las Vegas Blvd. South, Las Vegas, Nevada.

1. Objection to claim 10725-01162 of Securities and Exchange Commission (amount unknown) (Document #6979).

2. Objection to Claim 10725-01313 of Colt Gateway, LLC in the amount of $15,195,931 (Document #7157).

3. Objection to Claim 10725-00516 of Community Bank of Nevada in the amount of $461,170.32 (Document #7174).

4. Objection to Claim 10725-01318 of HFAH Asylum, LLC, in the amount of $6,685,850 (Document #7168).

Copies noticed through ECF to:
    John Hinderaker

Copies noticed through BNC to:
    U.S. Securities and Exchange Commission
    Attn: Sandra W. Lavigna
    5670 Wilshire Blvd., 11th Floor
    Los Angeles, CA 90036

    Colt Gateway, LLC
    c/o Homes for America Holdings
    1 Odell Plaza
    Yonkers, NY 10701-1402

    Colt Gateway, LLC
    c/o Homes for America Holdings, Inc.
    Attn: Nancy B. Bensal, Esq. - Corporate Counsel
    86 Main Street, 2nd Floor
    Yonkers, NY 10701-1402

    Daniel G. Hayes
    Senior Vice President
    Homes for America Holdings, Inc.
    Station Plaza
    86 Main Street, 2nd Floor
    Yonkers, NY 10701

    Community Bank of Nevada
    Attn: Officer or Agent
    Summerlin Offices
    7676 W. Lake Mead Blvd.
    Las Vegas, NV 89128-6642

    HFAH Asylum, LLC
    c/o Homes for America Holdings, Inc.
    Attn: Nancy B. Bensal, Esq. - Corporate Counsel
    86 Main Street, 2nd Floor
    Yonkers, NY 10701

    HFAH Asylum, LLC
    Daniel G. Hayes
    Senior Vice President
    Homes for America Holdings, LLC
    Station Plaza
    86 Main Street, 2nd Floor
    Yonkers, NY 10701