**Entered on Docket
June 05, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In Re: ) | BK-S-06-10725-LBR |
| ) | Chapter 11 |
| USA COMMERCIAL MORTGAGE ) | |
| COMPANY and related cases, ) | DATE:   August 21, 2009 |
| Debtor. ) | TIME:   9:30 a.m. |
| ) | |

## ORDER RESCHEDULING HEARING

Upon this Court's own motion, IT IS HEREBY ORDERED THAT the following hearings, originally scheduled for August 14, 2009 at 9:30 a.m., are rescheduled to August 21, 2009 at 9:30 a.m. before Bankruptcy Judge Linda B. Riegle, courtroom #1, Foley Federal Building, 300 Las Vegas Blvd. South, Las Vegas, Nevada.

1. Objection to claim 10725-01162 of Securities and Exchange Commission (amount unknown) (Document #6979).

2. Objection to Claim 10725-01313 of Colt Gateway, LLC in the amount of $15,195,931 (Document #7157).

3. Objection to Claim 10725-00516 of Community Bank of Nevada in the amount of $461,170.32 (Document #7174).

4. Objection to Claim 10725-01318 of HFAH Asylum, LLC, in the amount of $6,685,850 (Document #7168).

Copies noticed through ECF to:
    John Hinderaker

Copies noticed through BNC to:
    U.S. Securities and Exchange Commission
    Attn: Sandra W. Lavigna
    5670 Wilshire Blvd., 11th Floor
    Los Angeles, CA 90036

    Colt Gateway, LLC
    c/o Homes for America Holdings
    1 Odell Plaza
    Yonkers, NY 10701-1402

    Colt Gateway, LLC
    c/o Homes for America Holdings, Inc.
    Attn: Nancy B. Bensal, Esq. - Corporate Counsel
    86 Main Street, 2nd Floor
    Yonkers, NY 10701-1402

    Daniel G. Hayes
    Senior Vice President
    Homes for America Holdings, Inc.
    Station Plaza
    86 Main Street, 2nd Floor
    Yonkers, NY 10701

    Community Bank of Nevada
    Attn: Officer or Agent
    Summerlin Offices
    7676 W. Lake Mead Blvd.
    Las Vegas, NV 89128-6642

    HFAH Asylum, LLC
    c/o Homes for America Holdings, Inc.
    Attn: Nancy B. Bensal, Esq. - Corporate Counsel
    86 Main Street, 2nd Floor
    Yonkers, NY 10701

    HFAH Asylum, LLC
    Daniel G. Hayes
    Senior Vice President
    Homes for America Holdings, LLC
    Station Plaza
    86 Main Street, 2nd Floor
    Yonkers, NY 10701

# CERTIFICATE OF NOTICE

```
District/off: 0978-2          User: lakaswm              Page 1 of 1             Date Rcvd: Jun 05, 2009
Case: 06-10725               Form ID: pdf805            Total Served: 7

The following entities were served by first class mail on Jun 07, 2009.
              COLT GATEWAY, LLC,    C/O HOMES FOR AMERICA HOLDINGS,    1 ODELL PLAZA,    YONKERS, NY  10701-1402
             +COLT GATEWAY, LLC,    C/O HOMES FOR AMERICA HOLDINGS, INC.,    ATTN: NANCY B. BENSAL, ESQ. -,
               CORPORATE COUNSEL,    86 MAIN STREET, 2ND FLOOR,    YONKERS, NY 10701-8806
              COMMUNITY BANK OF NEVADA,    ATTN: OFFICER OR AGENT,    SUMMERLIN OFFICES,
               7676 W. LAKE MEAD BLVD.,    LAS VEGAS, NV  89128-6642
             +DANIEL G. HAYES,    SENIOR VICE PRESIDENT,    HOMES FOR AMERICA HOLDINGS, INC.,    STATION PLAZA,
               86 MAIN STREET, 2ND FLOOR,    YONKERS, NY 10701-8806
             +HFAH ASYLUM, LLC,    DANIEL G. HAYES, SENIOR VICE PRESIDENT,    HOMES FOR AMERICA HOLDINGS, LLC,
               STATION PLAZA,    86 MAIN STREET, 2ND FLOOR,    YONKERS, NY 10701-8806
             +HFAH ASYLUM, LLC,    C/O HOMES FOR AMERICA HOLDINGS, INC.,    ATTN: NANCY B. BENSAL, ESQ. -,
               CORPORATE COUNSEL,    86 MAIN STREET, 2ND FLOOR,    YONKERS, NY 10701-8806
              U.S. SECURITIES AND EXCHANGE COMMISSION,    ATTN: SANDRA W. LAVIGNA,
               5710 WILSHIRE BLVD., 11TH FLOOR,    LOS ANGELES, CA  90036
The following entities were served by electronic transmission.
NONE.                                                                                                 TOTAL: 0
                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jun 07, 2009**          Signature:   *Joseph Speetjens*