06-10725

FRI-62003 0978-2 pdf805 06-10725
LENARD E. SCHWARTZER
2850 S. JONES BOULEVARD, SUITE 1
LAS VEGAS, NV 89146

RECEIVED & FILED

'09 JUN -5 A9 :02

U.S. BANKRUPTCY CO...
MARY A. SCHOTT, CLERK

Please update your records

002063  2063 2 AT 0.471  89144  6 6  6232-2-2063

ERIN E MACDONALD, TRUSTEE OF THE
ERIN E MCDONAL REVOCABLE LIVING TRUST
9521 TOURNAMENT CANYON DR
LAS VEGAS, NV 89144-0823 ~~(struck through)~~

361 E. Delamar Dr.
Henderson NV 89015

## Electronic Bankruptcy Noticing

**Go Green!**
Sign up for electronic notices. FREE!
Receive notices 24 X 7 and days faster than through US Mail.

Try our new Email Link service.

To find out how, visit:
**http://EBN.uscourts.gov**

002063    62003002067103