**Entered on Docket
June 08, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

| | |
|---|---|
| **O'REILLY LAW GROUP, LLC**<br>John F. O'Reilly, Esq.<br>Nevada Bar No. 1761<br>Timothy R. O'Reilly, Esq.<br>Nevada Bar No. 8866<br>325 S. Maryland Parkway<br>Las Vegas, Nevada 89101<br>Telephone: (702) 382-2500<br>Facsimile: (702) 384-6266<br>E-Mail: tor@oreillylawgroup.com<br>*Attorneys for Defendants* | **BIENERT, MILLER, WEITZEL & KATZMAN**<br>Steven J. Katzman, Esq.<br>California Bar No. 132755<br>115 Avenida Miramar<br>San Clemente, California 92672<br>Telephone: (949) 369-3700<br>Facsimile: (949) 369-3701<br>E-Mail: skatzman@bmwklaw.com<br>*Attorneys for Defendants* |

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In Re:

USA COMMERCIAL MORTGAGE COMPANY,

    Debtor.

In Re:

USA CAPITAL REALTY ADVISORS, LLC,

    Debtor.

In Re:

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

    Debtor.

In Re:

USA CAPITAL FIRST TRUST DEED FUND, LLC,

    Debtor.

Case Nos.:
BK-S-06-10725-LBR
BK-S-06-10726 LBR
BK-S-06-10727 LBR
BK-S-06-10728 LBR
BK-S-06-10729 LBR

JOINTLY ADMINSTERED
Chapter 11 Cases

Judge Linda B. Riegle

**Adversary No. 08-01134**

**ORDER REGARDING DEFENDANT MICHAEL PETERSEN'S MOTION TO WITHDRAW PROOFS OF CLAIMS NOS. 754 AND 1470**

Hearing Date: 3/20/2009
Hearing Time: 9:30 a.m.

1

In Re:

USA SECURITIES, LLC,

    Debtor.

_____

USACM LIQUIDATING TRUST and USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

    Plaintiffs,

vs.

MARY PETERSEN, INDIVIDUALLY AND AS TRUSTEE OF THE MARY PETERSEN FAMILY TRUST DTD 8/12/98; MICHAEL PETERSEN INDIVIDUALLY AND AS TRUSTEE OF THE MICHAEL D. PETERSEN FAMILY TRUST DTD 8/12/98; KATHRYN PETERSEN INDIVIDUALLY AND AS TRUSTEE OF THE KATHRYN L. PETERSEN LIVING TRUST AND THE KLP TRUST DTD 7/15/99,

    Defendants.

On March 20, 2009, this Court held a hearing on Defendant Michael Petersen's Motion To Withdraw Proofs Of Claim Nos. 754 And 1470 (Claim Objection Filed On April 12, 2008), requesting that Defendant be allowed to voluntarily withdraw Proof of Claims Nos. 754 and 1470 pursuant to Fed. R. Bankr. P. 3006, hereafter *Defendant's Motion To Withdraw Proofs Of Claims* (Dckt. No. #86);

Eric D. Madden, Esq. and Michael J. Yoder, Esq., of Diamond McCarthy LLP appeared at the hearing as Special Litigation counsel for Plaintiff USACM Liquidating Trust, and John F. O'Reilly, Esq. and Timothy R. O'Reilly, Esq. of the O'Reilly Law Group, LLC and Steven J. Katzman, Esq. of Beinert, Miller, Weitzel & Katzman, P.C. appeared at the hearing on behalf of Defendant Michael Petersen.

The Court having considered the relief requested pursuant to the pleadings on file and having considered the arguments of counsel at the time of said hearing hereby grants the following relief:

It is hereby Ordered that *Defendant's Motion to Withdraw Proof Of Claims* is GRANTED.

It is further Ordered that Proof of Claims Nos. 754 and 1470 are withdrawn, with prejudice.

### 

Prepared and Submitted by:

O'REILLY LAW GROUP, LLC

By  /s/ Timothy R. O'Reilly
John F. O'Reilly, Esq.
Nevada Bar No. 1761
Timothy R. O'Reilly, Esq.
Nevada Bar No. 8866
325 S. Maryland Parkway
Las Vegas, NV 89101
Telephone: (702) 382-2500
Facsimile: (702) 384-6266
E-Mail: tor@oreillylawgroup.com
Attorneys for Defendant MICHAEL PETERSEN