UNITED STATES BANKRUPTCY COURT  
DISTRICT OF NEVADA  
300 LAS VEGAS, BLVD. SOUTH  
LAS VEGAS, NV. 89101

1992 HOWARD G. STRINGER TRUST  
4330 S. EASTERN AVE APT. 112  
LAS VEGAS, NV. 89119-6053

TO WHOM IT MAY CONCERN:

I have received a letter in regard to USA COMMERCIAL MORTGAGE COMPANY FKA USA CAPITAL. CASE NO. 06-10725-LBR CHAPTER 11

However, I have moved from

3150 E. TROPICANA AVE E-301  
LAS VEGAS, NV. 89121 and it was sent to my old address.

My new address is:

1992 HOWARD G. STRINGER TRUST  
C/O HOWARD G. STRINGER TRUSTEE  
4330 SOUTH EASTERN AVE APT 112  
LAS VEGAS NV. 89119-6053

PLEASE SEND ANY NEW MAILINGS TO THE ABOVE ADDRESS

THANK YOU,

Howard G. Stringer