**Jed Barish**
**SIMMTEX INC.**
**6160 Majestic Wind Ave., Las Vegas NV 89122**
**702-431-1060**
jedbarish@email.com

RECEIVED & FILED
'15   3 34 PM '09

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

06/12/2009

Lenard E. Schwartzer

In re: My interests in USA Capital et al for Simmtex Inc. & Jed Barish

My mailing address has changed to the above letterhead. Please change your records accordingly.

Thank you,

SIMMTEX INC.
Jed Barish