RECEIVED AND FILED
JUN 15  1 07 PM '09

Nienke A. Lels-Hohmann
2275 Broadway Street, apt. 206
San Francisco, CA 94115
Tel. 415-292-7010

San Francisco, June 12, 2009

Case No. 06-10725-lbr
Chapter 11

United States Bankruptcy Court
DISTRICT OF NEVADA
300 Las Vegas Boulevard South
Las Vegas, Nevada 89101

Re: USA COMMERCIAL MORTGAGE COMPANY
Fka USA CAPITAL

Dear Clerk of the Bankruptcy Court
Mary A. Schott,

I have made a number of attempts to let you know my address change to no avail. I moved in March **2007** from my old address:

1559 Francisco Street
San Francisco, CA 94123

To my new address:

**2275 Broadway Street
San Francisco, CA 94115
Tel. 415-292-7010**

Please be so kind to update my file, thank you.

Sincerely yours,

Nienke A. Lels-Hohmann