

1700 WEST HIGHWAY 36, SUITE 650
ROSEVILLE, MN 55113
651.361.8941   FAX 651.361.8949

RECEIVED
AND FILED

Jun 18   1 29 PM '09

June 15, 2009

United States Bankruptcy Court
300 Las Vegas Boulevard South
Las Vegas NV 89101

Re: Case No. 06-10725-lbr

To whom this may concern:

We recently received documentation that is going to our old address and would like
To change the matrix to the new and correct address.

Here is the old address:

Ted Glasrud Associates
431 S 7th Street #2470
Minneapolis MN 55415

Our new address as of July 2008:

Ted Glasrud Associates
1700 West Highway 36 Suite 650
Roseville MN 55113

Thank you for updating this matter.

Diane Williams
Ted Glasrud Associates