**LEWIS AND ROCA LLP — LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 18024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 6/24/2009

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: <br><br> USA Commercial Mortgage Company, <br><br> USA Capital Realty Advisors, LLC,[1] <br><br> USA Capital Diversified Trust Deed Fund, LLC, <br><br> USA Capital First Trust Deed Fund, LLC,[2] <br><br> USA Securities, LLC,[3] <br>         Debtors. <br><br> **Affects:** <br> ☐ All Debtors <br> ☒ USA Commercial Mortgage Company <br> ☐ USA Capital Realty Advisors, LLC <br> ☒ USA Capital Diversified Trust Deed Fund, LLC <br> ☐ USA Capital First Trust Deed Fund, LLC <br> ☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR <br> Case No. BK-S-06-10726-LBR[1] <br> Case No. BK-S-06-10727-LBR <br> Case No. BK-S-06-10728-LBR[2] <br> Case No. BK-S-06-10729-LBR[3] <br><br> CHAPTER 11 <br><br> Jointly Administered Under Case No. BK-S-06-10725 LBR <br><br> **Status And Agenda For June 26, 2009 Hearings filed by USACM Liquidating Trust** <br><br> Hearing Date: June 26, 2009 <br> Hearing Time: 9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

1

2062340.1

1.  **Status Hearing**: Adv. 08-01121-lbr, USACM Liquidating Trust v. Fertitta Enterprises, Inc. et al

| | |
|---|---|
| **Order filed:** 04/15/09 | Order Scheduling Settlement Conference. Status hearing to be held on 6/26/2009 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg. Settlement Conference scheduled for 6/18/2009 at 01:30 PM at LBR-Courtroom 1, Foley Federal Bldg. [53] |
| **Status** | Settlement conference conducted but no settlement reached. Ready to proceed. |

2.  **Scheduling Conference Re: Complaint:** Adv. 08-01209-lbr, USACM Liquidating Trust et al v. Fogg

| | |
|---|---|
| **Complaint filed:** 7/15/08 | Adversary case 08-01209. Complaint Filed by USACM LIQUIDATING TRUST, USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC vs. DAVID A FOGG [DE 1] |
| **Answer filed:** 9/02/08 | Answer to Complaint *; Request for Jury Trial with Certificate of Service* Filed by RYAN J. WORKS on behalf of DAVID A FOGG [DE 10] |
| **Order filed:** 5/26/09 | Scheduling conference scheduled for hearing to be held on 6/26/09 at 9:30 AM at LBR-Courtroom 1, Foley Federal Bldg. [DE 33] |
| **Status** | Ready to proceed. |

3.  **Status Hearing Re: Complaint**: Adv. 08-01122-lbr, USACM LIQUIDATING TRUST v. J.M.K. INVESTMENTS, LTD. et al

| | |
|---|---|
| **Complaint filed:** 04/15/09 | Complaint Filed by USACM LIQUIDATING TRUST vs. J.M.K. INVESTMENTS, LTD., JOHN M KEILLY, MOUNTAIN WEST MORTGAGE LLC Fee Amount $250. (13 (Recovery of money/property - 548 fraudulent transfer)(02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy. [1] |
| **Answer filed:** 05/13/08 | Answer to Complaint of Defendants J.M.K. Investments and John M. Keilly with Certificate of Service Filed by GEORGE C LAZAR on behalf of J.M.K. INVESTMENTS, LTD., JOHN M KEILLY [14] |
| **Answer filed:** 05/14/08 | Answer to Complaint Filed by DAVID A. COLVIN on behalf of MOUNTAIN WEST MORTGAGE LLC [15] |

2062340.1

| | | |
|---|---|---|
| 1 2 | **Status** | Settlement reached but documents not yet filed. Ready to proceed. |
| 3 | 4. **Motion to Amend Motion for Leave to File First Amended Complaint**: Adv. 08-01133-lbr, USA Capital Diversified Trust Deed Fund, LLC v. Petersen et al | |
| 4 5 6 | **Motion filed:** 5/15/09 | Motion to Amend Motion for Leave to File First Amended Complaint with Certificate of Service Filed by MICHAEL YODER on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC [DE 60] |
| 7 8 | **Order filed:** 6/03/09 | Stipulation and Order Granting Extension of Time for Filing of Defendants' Opposition Brief and Plaintiffs' Reply Brief on Plaintiff's Motion for Leave to File First Amended Complaint [66] |
| 9 10 11 12 13 | **Opposition filed:** 6/08/09 | Opposition To Plaintiffs' Motion For Leave To File First Amended Complaint (Defendants' Consolidated) Filed by TIMOTHY R. O'REILLY on behalf of KATHRYN L. PETERSEN LIVING TRUST, KLP TRUST DTD 7/15/99, KATHRYN L PETERSEN, SPECIALIZED DEVELOPMENT TAHOE, LLC, USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC [67] |
| 14 15 16 17 | **Opposition filed:** 6/08/09 | Opposition To Plaintiffs' Motion For Leave To File First Amended Complaint (Defendants' Consolidated) Filed by TIMOTHY R. O'REILLY on behalf of KATHRYN L. PETERSEN LIVING TRUST, KLP TRUST DTD 7/15/99, KATHRYN L PETERSEN, SPECIALIZED DEVELOPMENT TAHOE, LLC, USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC [68] |
| 18 19 20 21 | **Addendum filed:** 6/19/09 | *Addendum To Defendants' Consolidated Opposition To Plaintiffs' Motion For Leave To File First Amended Complaint* with Certificate of Service Filed by TIMOTHY R. O'REILLY on behalf of KATHRYN L. PETERSEN LIVING TRUST, KLP TRUST DTD 7/15/99, KATHRYN L PETERSEN, SPECIALIZED DEVELOPMENT TAHOE, LLC [DE 80] |
| 22 23 24 | **Reply filed:** 6/19/09 | Reply *in Support of Motion for Leave to File First Amended Complaint* with Certificate of Service Filed by ERIC D. MADDEN on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC [DE 81] |

2062340.1

LEWIS AND ROCA LLP LAWYERS

| | |
|---|---|
| **Declaration filed:** 6/19/09 | Declaration Of: ERIC D. MADDEN *in Support of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC'S Reply in Support of Motion for Leave to File First Amended Complaint* with Certificate of Service Filed by ERIC D. MADDEN on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC [DE 82] |
| **Status** | Ready to proceed. |

5.  **Motion for Leave to File First Amended Complaint**: Adv. 08-01134-lbr USACM Liquidating Trust Et Al v. Petersen et al

| | |
|---|---|
| **Motion filed:** 5/15/09 | Motion for Leave to File First Amended Complaint with Certificate of Service Filed by MICHAEL YODER on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USACM LIQUIDATING TRUST [DE 100] |
| **Order filed:** 6/03/09 | Stipulation and Order Granting Extension of Time for Filing of Defendants' Opposition Brief and Plaintiffs' Reply Brief on Plaintiff's Motion for Leave to File First Amended Complaint [108] |
| **Opposition filed:** 6/08/09 | Opposition To Plaintiffs' Motion For Leave To File First Amended Complaint (Defendants' Consolidated) With Certificate Of Service Filed by TIMOTHY R. O'REILLY on behalf of KATHRYN L. PETERSEN LIVING TRUST, KLP TRUST DTD 7/15/99, MARY PETERSEN FAMILY TRUST DTD 8/12/98, MICHAEL D PETERSEN FAMILY TRUST DTD 8/12/98, KATHRYN L PETERSEN, MARY PETERSEN, MICHAEL D PETERSEN [110] |
| **Addendum filed**: 6/19/09 | Addendum To Defendants' Consolidated Opposition To Plaintiffs' Motion For Leave To File First Amended Complaint with Certificate of Service Filed by TIMOTHY R. O'REILLY on behalf of KATHRYN L. PETERSEN LIVING TRUST, KLP TRUST DTD 7/15/99, MARY PETERSEN FAMILY TRUST DTD 8/12/98, MICHAEL D PETERSEN FAMILY TRUST DTD 8/12/98, KATHRYN L PETERSEN, MARY PETERSEN, MICHAEL D PETERSEN [122] |
| **Reply filed:** 6/19/09 | Reply *in Further Support of Motion for Leave to File First Amended Complaint* with Certificate of Service Filed by ERIC D. MADDEN on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, USACM LIQUIDATING TRUST [DE 123] |
| **Status** | Ready to proceed. |

6. **Status Hearing Re: Objection to Claim 1279 of Lerin Hills Ltd:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Objection filed:** 3/13/07 | Objection to Claim 1279 of Lerin Hills Ltd with Certificate of Service filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3080] |
| **Declaration filed:** 3/13/07 | Declaration Of: Edward M. Burr *in Support of USACM Liquidating Trust Objections to Proofs of Claim and Motions to Classify Claims* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3082] |
| **Reply filed** 6/06/07 | Reply to Objection to Claim 1279 of Lerin Hills Ltd with Certificate of Service filed Marjorie Guyman [DE 3904] - |
| **Status:** | Continued from 4/26/07, 6/15/07, 10/15/07, 12/14/07, 12/20/07, 2/21/08, 5/8/08, 2/3/09, 2/20/09, 5/18/09, and 6/12/09. Lerin Hills has council. The parties are exploring settlement and will be prepared for a status conference. |

7. **Status Hearing Re: Amended Complaint**: Adv. 06-01212-lbr, Binford Medical Developers, LLC Et Al v. Compass Financial Partners LLC et al

| | |
|---|---|
| **Complaint filed:** 09/12/07 | Amended Complaint Filed by SUSAN WILLIAMS SCANN on behalf of BINFORD MEDICAL DEVELOPERS, LLC against COMPASS FINANCIAL PARTNERS LLC [80] |
| **Answer filed**: 10/05/07 | Answer to Amended Complaint Filed by GEORGANNE W. BRADLEY on behalf of COMPASS FINANCIAL PARTNERS LLC [89] |
| **Status** | Unknown by the Trust. |

8. **Status Hearing Re: Motion to Strike USACM Liquidating Trust's Motion to Strike Defendant Michael Petersen's Jury Demand:** Adv. 08-01134-lbr, USACM Liquidating Trust & USA Capital Diversified Trust Deed Fund v. Mary Petersen & Mary Petersen Family Trust Dtd 8/12/98 & Michael D Petersen & Michael D Petersen Family Trust Dtd 8/12 & Kathryn L Petersen & Kathryn L. Petersen Living Trust & KLP Trust Dtd 7/15/99

| | |
|---|---|
| 05/26/09 | Hearing Scheduled/Rescheduled. Status hearing to be held on 6/26/2009 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg. [107] |
| **Status** | Ready to proceed. |

2062340.1

9. **Status Hearing Re: Complaint:** Adv. 08-01066-lbr, USACM Liquidating Trust v. Compass USA SPE, LLC et al

| | |
|---|---|
| **Complaint filed:** 02/29/08 | Adversary case 08-01066. Complaint Filed by USACM LIQUIDATING TRUST vs. COMPASS USA SPE, LLC, REPUBLIC TITLE OF TEXAS, INC. [DE 1] |
| **Notice of Hearing filed:** 05/28/09 | *Notice of Rescheduled Hearing on Application For Order To Show Cause Why Compass Answer And Counter Claim Should Not Be Stricken and Status Hearing* Hearing Date: 06/26/2009 Hearing Time: 9:30 a.m. with Certificate of Service Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [DE 57] |
| **Status** | As of this writing, Compass has not appeared in this action through counsel to prosecute its answer and counterclaim. The USACM Liquidating Trust asks that, as was indicated in the order to show cause, Compass' pleadings be stricken as it can not appear pro se. |
| | The Trust was advised that Debt Acquisition Company of America V, LLC intended to file a motion to intervene as plaintiff in this adversary proceeding. If no such motion has been filed, upon dismissal of Compass' pleadings, the Trust requests this Court's order of dismissal of this action without prejudice under Bankr. R. 7041 and Rule 41(a), Fed. R. Civ. P. |

10. **Show Cause Hearing: Order To Appear And Show Cause Why Compass Answer And Counter Claim Should Not Be Stricken:** Adv. 08-01066-lbr, USACM Liquidating Trust v. Compass USA SPE, LLC et al

| | |
|---|---|
| **Order filed:** 05/05/09 | Order To Appear And Show Cause Why Compass Answer And Counter Claim Should Not Be Stricken [DE 54] |
| 05/29/09 | Hearing Scheduled/Rescheduled. Show Cause hearing to be held on 6/26/2009 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg. [DE 58] |
| **Status** | As of this writing, Compass has not appeared in this action through counsel to prosecute its answer and counterclaim. The USACM Liquidating Trust asks that, as was indicated in the order to show cause, Compass' pleadings be stricken as it can not appear pro se. |
| | The Trust was advised that Debt Acquisition Company of America V, LLC intended to file a motion to intervene as plaintiff in this adversary proceeding. If no such motion has been filed, |

2062340.1

upon dismissal of Compass' pleadings, the Trust requests this Court's order of dismissal of this action without prejudice under Bankr. R. 7041 and Rule 41(a), Fed. R. Civ. P.

11. **Status Hearing Re: Objection to Claim 784 of Binford Medical Developers:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Objection filed:** 12/11/06 | Objection to Claim 784 of BINFORD MEDICAL DEVELOPERS in the amount of filed by LENARD E. SCHWARTZER on behalf of USA COMMERCIAL MORTGAGE COMPANY [DE 2033] |
| **Opposition filed:** 12/29/06 | Opposition with Certificate of Service Filed by SUSAN WILLIAMS SCANN on behalf of BINFORD MEDICAL DEVELOPERS, LLC [DE 2329] |
| **Reply filed:** 01/08/07 | Reply *In Support of Objection to Claim 784 of BINFORD MEDICAL DEVELOPERS* Filed by LENARD E. SCHWARTZER on behalf of USA COMMERCIAL MORTGAGE COMPANY [DE 2378] |
| **Status** | Continued from 1/17/07, 3/15/07, 4/26/07, 6/15/07, 8/7/07, 10/15/07, 12/14/07, 12/20/07, 1/11/08, 2/4/08, 4/17/08, 5/8/08, 7/24/08, 12/16/08, 2/3/09, and 6/12/09. Council will appear for status conference and the Trust will request a trial date. |

12. **Status Hearing Re: Objection to Claim 203 of Mountain West Mortgage Co. in the amount of $2,048,000.00:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Objection Filed:** 3/13/07 | Objection to Claim 203 of Mountain West Mortgage Co./Lerin Hills in the amount of $2,048,000.00 with Certificate of Service filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3078] |
| **Declaration Filed:** 3/13/07 | Declaration Of: Edward M. Burr *in Support of USACM Liquidating Trust Objections to Proofs of Claim and Motions to Classify Claims* Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 3082] |
| **Reply Filed:** 6/06/07 | Reply *to Objection of the USACM Liquidating Trust to Proof of Claim File by Lerin Hills LTD (Claim No. 203 & 1279)* Filed by MARJORIE A. GUYMON on behalf of MOUNTAIN WEST MORTGAGE, LLC [DE 3904] |

2062340.1

LEWIS AND ROCA LLP LAWYERS

| | | |
|---|---|---|
| **Order Filed:** 2/24/09 | Order Re: Pre-Trial Matters; Trial; and Settlement Conference. Trial date set for 10/8/2009 and 10/9/2009 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg. Pre-Trial Conference set for 9/30/2009 at 02:30 PM at LBR-Courtroom 1, Foley Federal Bldg. [DE 6856] | |
| **Status** | Continued from 4/26/07, 6/15/07, 10/15/07, 12/14/07, 2/21/08, 5/8/08, 7/24/08, 2/3/09, 2/20/09, 4/10/09, 5/18/09, and 6/12/09. Mountain West Mortgage has retained substituted council. The parties have a trial scheduled for October 8 and 9. | |

13. **Objection to Claim 10725-01105 of Terry Hansen in the amount of $105,000.00 :** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Objection filed:** 4/09/09 | Objection to Claim 10725-01105 of Terry Hansen in the amount of $105,000.00 As Filed Partially in Wrong Debtor's Case; Objection of DTDF to Proposed Allowance of Claim with Certificate of Service Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [DE 7021] |
| **Status** | No response received. Trustee will request the Court sustain the objection. |

14. **Objection to Claim of Teri Melvin:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Objection filed:** 4/09/09 | Objection to Claim of Teri Melvin in the amount of Objection of USACM Trust to Proofs of Claim of Teri Melvin As Filed Partially in Wrong Debtor's Case; Duplicative claims; and Objection of DTDF to Proposed Allowance of Claim with Certificate of Service Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [DE 7023] |
| **Status** | No response received. Trustee will request the Court sustain the objection. |

15. **Objection to Claim 10725-00217 and 10725-00244 of Developers Capital Funding, Corp:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Objection filed:** 4/24/09 | Objection to Claim 10725-00217 and 10725-00244 of Developers Capital Funding, Corp. in the amount of with Certificate of Service Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [DE 7063] |

2062340.1

LEWIS AND ROCA LLP LAWYERS

| | | |
|---|---|---|
| **Status** | | No response received. Trustee will request the Court sustain the objection. |

16. **Objection to Claim 10725-02570 of Salvatore J. Reale:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Objection filed:** 4/24/09 | Objection to Claim 10725-02570 of Salvatore J. Reale in the amount of with Certificate of Service Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [DE 7065] |
| **Status** | No response received. Trustee will request the Court sustain the objection. |

17. **Motion for Order to Show Cause Why Objection to Lerin Hills Proof of Claim Should Not Be Sustained:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Motion filed:** 4/28/09 | Motion for Order to Show Cause Why Objection to Lerin Hills Proof of Claim Should Not Be Sustained with Certificate of Service Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [DE 7079] |
| **Order filed:** 4/29/09 | Order to Appear and Show Cause Why an Order Should Not be Entered Sustaining the USACM LIQUIDATING TRUST's Objection to LERIN HILLS LTD. Proof of Claim [DE 7084] |
| **Status** | Rescheduled from 6/12/09. Lerin Hills has council, Mr. Ty Kehoe. The Trust will withdraw the motion for order to show cause at the status conference. |

18. **Motion for Order to Show Cause Why Objection to Mountain West Mortgage LLC Proof of Claim Should Not Be Sustained:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Motion filed:** 4/28/09 | Motion for Order to Show Cause Why Objection to Mountain West Mortgage LLC Proof of Claim Should Not Be Sustained with Certificate of Service Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [DE 7080] |

2062340.1

| | | |
|---|---|---|
| **Order filed:** 4/29/09 | | Order to Appear and Show Cause Why an Order Should Not be Entered Sustaining the USACM LIQUIDATING TRUST's Objection to MOUNTAIN WEST MORTGAGE LLC Proof of Claim  [DE 7085] |
| **Status** | | Rescheduled from 6/12/09.  Mountain West Mortgage has retained substitute council.  The Trust will withdraw the motion for order to show cause at the hearing. |

19. **Objection to Claim 10725-1332-1 and 10725-1335-1 of James J. Lee, Esq. and the Law Offices of James J. Lee:**  06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Objection filed:** 4/29/09 | Objection to Claim 10725-1332-1 and 10725-1335-1 of James J. Lee, Esq. and the Law Offices of James J. Lee in the amount of with Certificate of Service Filed by MARVIN C. RUTH on behalf of USACM LIQUIDATING TRUST [DE 7086] |
| **Status** | No response received.  Trustee will request the Court sustain the objection. |

20. **Status Hearing**: Adv. 08-01119-lbr, USACM Liquidating Trust v. Russell et al

| | |
|---|---|
| **Order filed:** 02/24/09 | Order Re: Pre-Trial Matters; Trial; and Settlement Conference.. Pre-Trial Conference set for 10/14/2009 at 02:30 PM at LBR-Courtroom 1, Foley Federal Bldg.. Trial date set for 10/22/2009 and 10/23/2009 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg. [DE 47] |
| **Order filed:** 05/28/09 | Order Rescheduling Status Hearing. Status hearing to be held on 6/26/2009 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg [DE 64] |
| **Status** | Ready to proceed. |

21. **Motion To Approve Settlement Agreement Between The USACM Liquidating Trust And Tanamera Resort Partners, LLC**: Adv. 08-01129-lbr, USACM Liquidating Trust v. Tanamera Resort Partners, LLC

| | |
|---|---|
| **Motion filed:** 5/20/09 | Motion to Approve Settlement Agreement Between THE USACM LIQUIDATING TRUST and TANAMERA RESORT PARTNERS, LLC with Certificate of Service Filed by ERIC D. MADDEN on behalf of USACM LIQUIDATING TRUST [DE 29] |

2062340.1

LEWIS AND ROCA LLP LAWYERS

| | | |
|---|---|---|
| **Declaration filed:** 5/20/09 | Declaration Of: GEOFFREY L. BERMAN with Certificate of Service Filed by ERIC D. MADDEN on behalf of USACM LIQUIDATING TRUST [30] | |
| **Order filed:** 5/29/09 | Order Rescheduling Hearing. Hearing scheduled 6/26/2009 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg..(Related document(s)[29] Motion to Approve Settlement filed by Plaintiff USACM LIQUIDATING TRUST. [31] | |
| **Status** | No objections filed – ready to proceed. | |

22. **Motion for Allowance of Bunch Claim:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Motion filed:** 06/04/09 | *Motion for Allowance of Bunch Claim* with Certificate of Service Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [DE 7182] |
| 06/05/09 | Hearing Scheduled/Rescheduled. Hearing scheduled 6/26/2009 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg. [DE 7185] |
| **Status** | No objection has been received. The Trust will request this Court's order granting the motion. |

Dated June 24, 2009.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
Susan M. Freeman, AZ 4199 (*pro hac vice*)
Rob Charles, NV 6593
John Hinderaker, AZ 18024 (*pro hac vice*)
*Counsel for USACM Liquidating Trust*

PROOF OF SERVICE

COPY of the aforementioned sent via e-mail or U.S. First Class Mail on June 24, 2009 to the parties listed on Post-Effective Official Service List for Limited Notice No. 5 Dated March 31, 2009.

/s/ Carrie Lawrence
Carrie Lawrence
Lewis and Roca LLP

2062340.1