Jeffrey A. Cogan, Esq.                                  **E-filed on June 26, 2009**
Nevada Bar No. 4569
3990 Vegas Drive
Las Vegas, NV 89108
Telephone: (702) 474-4220
Facsimile:  (702) 474-4228
E-mail: jeffrey@jeffreycogan.com
Attorney for Creditor, ALFRED OLSEN, JR.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: ) | **Case No.:  BK-S-06-10725-LBR** |
| USA COMMERCIAL MORTGAGE COMPANY,  ) | BK-S-06-10726-LBR |
| ) | BK-S-06-10727-LBR |
| Debtor. ) | BK-S-06-10728-LBR |
| _____ ) | BK-S-06-10729-LBR |
| In re: ) | |
| USA CAPITAL REALTY ADVISORS, LLC, ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| _____ ) | **Jointly Administered Under** |
| In re: ) | **Case No. BK-S-06-10725-LBR** |
| USA CAPITAL DIVERSIFIED TRUST DEED ) | |
| FUND, LLC, ) | |
| ) | |
| Debtor. ) | |
| _____ ) | |
| In re: ) | |
| USA CAPITAL FIRST TRUST DEED FUND, ) | |
| LLC ) | |
| ) | |
| Debtor. ) | |
| _____ ) | |
| In re: ) | |
| USA SECURITIES, LLC, ) | |
| ) | |
| Debtor. ) | |
| _____ ) | |
| Affects: ) | |
| ☒     All Debtors ) | |
| _____ ) | |

## WITHDRAWAL OF APPEARANCE AND
## EX-PARTE MOTION FOR REMOVAL FROM ECF SERVICE

PLEASE TAKE NOTICE that the undersigned, Jeffrey A. Cogan, Esq. of Jeffrey A.

Cogan, Esq., Ltd., hereby withdraws his appearance in this case on behalf of Creditor,

ALFRED OLSEN, JR., and requests that the undersigned be removed from the ECF and any other service in this case. Please remove the name, mailing address and email address listed below from the mailing lists and the Court's ECF system for this case:

Jeffrey A. Cogan, Esq.
Jeffrey A. Cogan, Esq., Ltd.
3990 Vegas Drive
Las Vegas, Nevada 89108
E-mail: Jeffrey@jeffreycogan.com and beaudocs@cox.net

Dated this 26th day of June, 2009.

**JEFFREY A. COGAN, ESQ., LTD.**

By:    /s/ Jeffrey A. Cogan, Esq.
Jeffrey A. Cogan, Esq.
Nevada Bar No. 4569
3990 Vegas Drive
Las Vegas, Nevada 89108
Attorney for Creditor, Alfred Olsen, Jr.

## **CERTIFICATE OF SERVICE**

1.    On June 26, 2009, I served the following document(s): **WITHDRAWAL OF APPEARANCE AND EX-PARTE MOTION FOR REMOVAL FROM ECF SERVICE AND CERTIFICATE OF SERVICE**

2.    I served the above-named document(s) by the following means to the persons as listed below:

*(Check all that apply)*

☒    **a. ECF System** (*you must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)

MICHELLE L. ABRAMS on behalf of Cross Defendant ROCKLIN/REDDING LLC
mabrams@mabramslaw.com

FRANKLIN C. ADAMS on behalf of Creditor JAMES CORISON
franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L. ALLF on behalf of Creditor SHARON JUNO
nancy_allf@gshllp.com, karen_lawrence@gshllp.com;angela_nakamura@gshllp.com

FRANK A. ANDERSON on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION

anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH on behalf of Defendant ASHBY USA, LLC
oatamoh@nevadafirm.com,
bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com;rmoss@nevadafirm.com

JON MAXWELL BEATTY on behalf of Plaintiff USACM LIQUIDATING TRUST
mbeatty@diamondmccarthy.com

BMC GROUP, INC.
ecf@bmcgroup.com, mjohn@bmcgroup.com

GEORGANNE W. BRADLEY on behalf of Defendant COMPASS PARTNERS LLC
georganne.bradley@bullivant.com, mary.opatrny@bullivant.com

KELLY J. BRINKMAN on behalf of Creditor GOOLD PATTERSON ALES ROADHOUSE, & DAY
kbrinkman@gooldpatterson.com

ANDREW M. BRUMBY on behalf of Creditor STANDARD PROPERTY DEVELOPMENT, LLC
abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA on behalf of Creditor BALTES COMPANY
lbubala@jonesvargas.com, tbw@jonesvargas.com;bcopeland@jonesvargas.com

MATTHEW Q. CALLISTER on behalf of Interested Party PROJECT DISBURSEMENT GROUP, INC.
mqc@callister-reynolds.com, maggie@callister-reynolds.com;jrammos@callister-reynolds.com

CANDACE C CARLYON on behalf of Creditor WELLS FARGO BANK OF NEVADA AND WELLS
FARGO BANK
ltreadway@sheacarlyon.com,
ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;manthony@sheacarlyon.com;rmsmith@sheac
arlyon.com;swinder@sheacarlyon.com;dclimer@sheacarlyon.com;cmuniz@sheacarlyon.com

MICHAEL W. CARMEL
michael@mcarmellaw.com, nancy@mcarmellaw.com;ritkin@steptoe.com

ROB CHARLES on behalf of Attorney LEWIS AND ROCA LLP
rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN on behalf of Creditor HSBC AUTO FINANCE
yvette@ccfirm.com

KEVIN B. CHRISTENSEN on behalf of Creditor ROSEBERRY FAMILY LP
kbchrislaw@aol.com

JANET L. CHUBB on behalf of Creditor BALTES COMPANY
tbw@jonesvargas.com

JANET L. CHUBB on behalf of Plaintiff KEVIN KEHL
tbw@jonesvargas.com

JEFFREY A. COGAN on behalf of Creditor Alfred Olsen, Jr.
jeffrey@jeffreycogan.com, beau@jeffreycogan.com,beaudocs@cox.net

DAVID A. COLVIN on behalf of Defendant ALABRUJ LIMITED PARTNERSHIP
mwalters@marquisaurbach.com,
dcolvin@marquisaurbach.com;kgallegos@marquisaurbach.com;tszostek@marquisaurbach.com

1

2

WILLIAM D COPE on behalf of Creditor COPE & GUERRA
cope_guerra@yahoo.com

3

THOMAS W. DAVIS on behalf of Creditor BEADLE, MCBRIDE & REEVES, LLP
twd@h2law.com

4

5

LAUREL E. DAVIS on behalf of Interested Party CANEPA GROUP
ldavis@fclaw.com, mhurtado@fclaw.com;mlafrena@fclaw.com

6

7

DEBT ACQUISITION COMPANY OF AMERICA V, LLC (aw)
awhatnall@daca4.com

8

J CRAIG DEMETRAS on behalf of Creditor PAUL LINNEY
JCD@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras-oneill.com

9

10

ALLAN B. DIAMOND on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
adiamond@diamondmccarthy.com

11

12

RICHARD I. DREITZER on behalf of Interested Party STATE OF NEVADA DEPARTMENT OF BUSINESS
AND INDUSTRY
richard.dreitzer@bullivant.com

13

BRIAN P. EAGAN on behalf of Defendant EAGLE RANCH RESIDENTIAL, LLC
beagan@sdfnvlaw.com, brian9397@aol.com

14

15

BRADLEY PAUL ELLEY on behalf of Creditor RETIREMENT ACCOUNTS, INC.
bpelleylawbk@sbcglobal.net, elnivnv@sbcglobal.net

16

THOMAS H. FELL on behalf of Attorney GORDON & SILVER, LTD.
BANKRUPTCYNOTICES@GORDONSILVER.COM;bknotices@gordonsilver.com

17

18

SCOTT D. FLEMING on behalf of Creditor GEORGE GAGE TRUST DATED 10-8-99
CArnold@hollandhart.com

19

DEAN V. FLEMING on behalf of Defendant WELLS FARGO BANK, N.A.
dfleming@fulbright.com, tflores@fulbright.com

20

21

GREGORY E GARMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF EQUITY
SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

22

23

DOUGLAS D. GERRARD on behalf of Counter-Claimant SALVATORE REALE
DGERRARD@GERRARD-COX.COM, ekaymedellin@gerrard-cox.com;dwolford@gerrard-cox.com

24

WADE B. GOCHNOUR on behalf of Creditor LIBERTY BANK
WBG@h2law.com, bd@h2law.com;grm@h2law.com

25

LEIGH T GODDARD on behalf of Defendant TANAMERA RESORT PARTNERS, LLC
lgoddard@mcdonaldcarano.com, pmiller@mcdonaldcarano.com

26

27

CARLOS A. GONZALEZ on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION
carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov:Mary.Booker@usdoj.gov

28

GERALD M GORDON on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY
CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

1

2

R. VAUGHN GOURLEY on behalf of Creditor GATEWAY STONE ASSOCIATES, LLC
vgourley@lvcm.com

3

TALITHA B. GRAY on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY
CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY

4

bankruptcynotices@gordonsilver.com;bknotices@gordonsilver.com

5

JAMES D. GREENE on behalf of Creditor CAPITAL CROSSING BANK
jgreene@rsrslaw.com, mkemple@rsrslaw.com;jstarley@rsrslaw.com

6

7

MARK H. GUNDERSON on behalf of Creditor SPECTRUM FINANCIAL GROUP
creinebold@gundersonlaw.com

8

MARJORIE A. GUYMON on behalf of Creditor MOUNTAIN WEST MORTGAGE, LLC
bankruptcy@goldguylaw.com, ckennon@goldguylaw.com;tracyg@goldguylaw.com;ldeeter@goldguylaw.com

9

10

PETER W. GUYON on behalf of Cross Defendant GREAT WHITE INVESTMENTS, NV, INC.
pguyon@yahoo.com

11

XANNA R. HARDMAN on behalf of Creditor ROSEBERRY FAMILY LP
xanna.hardman@gmail.com

12

13

STEPHEN R HARRIS on behalf of Creditor FRANK SNOPKO
noticesbh&p@renolaw.biz

14

JEFFREY L HARTMAN on behalf of Creditor DOUGLAS CARSON
notices@bankruptcyreno.com, dle@bankruptcyreno.com

15

16

WILLIAM H HEATON on behalf of Defendant SHOBER CONSULTING, INC.
will@nwhltd.com, denisse@nwhltd.com

17

BRIGID M. HIGGINS on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY
CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

18

19

JOHN HINDERAKER on behalf of Counter-Defendant USACM LIQUIDATING TRUST
JHinderaker@LRLaw.com, RCreswell@LRLaw.com

20

RICHARD F. HOLLEY on behalf of Creditor HALL FINANCIAL GROUP, LTD
rholley@nevadafirm.com,

21

paltstatt@nevadafirm.com;vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com

22

RANDOLPH L. HOWARD on behalf of Interested Party DAYCO FUNDING CORPORATION
rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

23

DAVID W. HUSTON on behalf of Defendant HOWARD CONNELL
dwh@hustonlaw.net

24

25

JASON A. IMES on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY
bkfilings@s-mlaw.com

26

ROBBIN L. ITKIN on behalf of Interested Party MICHAEL CARMEL
ritkin@steptoe.com,

27

khollingsworth@steptoe.com;keckert@steptoe.com;jgoldman@steptoe.com;kpiper@steptoe.com

28

CHRISTOPHER D JAIME on behalf of Creditor DR. JAMES & TRACY MURPHY
cjaime@waltherkey.com, kbernhar@waltherkey.com

1

2

EVAN L. JAMES on behalf of Creditor ROSEBERRY FAMILY LP
ejameslv@gmail.com, kbchrislaw@aol.com

3

4

LARRY C. JOHNS on behalf of Defendant LARRY JOHNS
lcjohns100@embarqmail.com

5

ERIN E. JONES on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR USA COMMERCIAL MORTGAGE COMPANY
ejones@diamondmccarthy.com, cburrow@diamondmccarthy.com

6

7

TY E. KEHOE on behalf of Creditor LERIN HILLS, LTD
TyKehoeLaw@aol.com

8

9

ROBERT R. KINAS on behalf of Creditor JAYEM FAMILY LIMITED PARTNERSHIP
rkinas@swlaw.com,
jmcbee@swlaw.com;jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring.com;
vcampbell@swlaw.com;nbaig@swlaw.com

10

11

DEAN T. KIRBY on behalf of Creditor DEBT ACQUISITION COMPANY OF AMERICA
dkirby@kirbymac.com, gsparks@kirbymac.com

12

13

KENT F. LARSEN on behalf of Creditor WELLS FARGO BANK OF NEVADA AND WELLS FARGO
BANK
kfl@slwlaw.com, cld@slwlaw.com

14

ZACHARIAH LARSON on behalf of Attorney ZACHARIAH LARSON
ecf@lslawnv.com, susans@lslawnv.com

15

16

JOHN J. LAXAGUE on behalf of Defendant JOHN ROBERT MALLIN & MARIE THERESA MALLIN
jlaxague@caneclark.com

17

GEORGE C LAZAR on behalf of Cross-Claimant DONALD S. TOMLIN AND DOROTHY R. TOMLIN
glazar@foxjohns.com, gclazar@sbcglobal.net

18

19

NILE LEATHAM on behalf of Creditor JEFFREY EDWARDS
nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

20

ROBERT C. LEPOME on behalf of Creditor JAYEM FAMILY LIMITED PARTNERSHIP
rlepome@cox.net, smstanton@cox.net

21

STEPHEN T LODEN on behalf of Attorney DIAMOND MCCARTHY LLP
sloden@diamondmccarthy.com, cburrow@diamondmccarthy.com

22

23

TYSON M. LOMAZOW on behalf of Interested Party COMPASS PARTNERS LLC
tlomazow@milbank.com

24

25

ANNE M. LORADITCH on behalf of Counter-Defendant USA CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC
lvecffilings@gtlaw.com, loraditcha@gtlaw.com;koisp@gtlaw.com;lvlitdock@gtlaw.com;jenkinsm@gtlaw.com

26

TIMOTHY A LUKAS on behalf of Counter-Claimant LOS VALLES LAND & GOLF, LLC
ecflukast@hollandhart.com

27

28

ERIC D. MADDEN on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

1

2   PATRICIA A. MARR on behalf of Creditor LAW OFFICES OF JAMES J. LEE
    lvlaw03@yahoo.com

3   JAMES C. MCCARROLL on behalf of Interested Party SPCP GROUP, LLC
4   jmccarroll@reedsmith.com, dturetsky@reedsmith.com;aleonard@reedsmith.com

5   REGINA M. MCCONNELL on behalf of Creditor 401(K) PROFIT SHARING PLAN, LYNN KANTOR
    Regina@GinaLaw.com, Regina@Familylawcenters.com

6   WILLIAM L. MCGIMSEY on behalf of Defendant MARGARET B. MCGIMSEY TRUST
7   lawoffices601@lvcoxmail.com

8   RICHARD MCKNIGHT on behalf of Creditor RICHARD MCKNIGHT
    mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com;mmcalonis@lawlasvegas.com

9   JEANETTE E. MCPHERSON on behalf of Attorney RAY, QUINNEY & NEBEKER P.C.
10  bkfilings@s-mlaw.com

11  BRECK E. MILDE on behalf of Creditor ALBERT LEE
    bmilde@terra-law.com

12  SHAWN W MILLER on behalf of Creditor Committee OFFICIAL COMMITEEE OF EQUITY SECURITY
    HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC
13  bankruptcyfilings@sheacarlyon.com,
    smiller@sheacarlyon.com;ltreadway@sheacarlyon.com;manthony@sheacarlyon.com;rmsmith@sheacarlyon.co
14  m;swinder@sheacarlyon.com;dclimer@sheacarlyon.com;cmuniz@sheacarlyon.com

15  DAVID MINCIN on behalf of Creditor RICHARD MCKNIGHT
    mcknightlaw@cox.net,
16  gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com;mmcalonis@lawlasvegas.co
    m

17  JOHN F MURTHA on behalf of Creditor GARY MICHELSEN
    jmurtha@woodburnandwedge.com
18

19  ERVEN T. NELSON on behalf of Attorney BOLICK & BOYER
    , susan@bolickboyer.com

20  VICTORIA L NELSON on behalf of Creditor HOMES FOR AMERICA HOLDINGS, INC.
    vnelson@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;rmoss@nevadafirm.com
21

22  MICHAEL W. O'DONNELL on behalf of Defendant WELLS FARGO BANK, N.A.
    modonnell@fulbright.com, kdecker@fulbright.com

23  VINCENT O'GARA on behalf of Creditor PIERCY BOWLER TAYLOR & KERN
    vogara@mpbf.com
24

25  JOHN F. O'REILLY on behalf of Creditor MICHAEL PETERSEN
    jor@oreillylawgroup.com,
    tor@oreillylawgroup.com;bc@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com
26

27  TIMOTHY R. O'REILLY on behalf of Creditor MICHAEL PETERSEN
    tor@oreillylawgroup.com,
    jor@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com

28  DONNA M. OSBORN on behalf of Creditor HARVEY FAMILY TRUST DATE APRIL 13, 1987
    mwalters@marquisaurbach.com,

kgallegos@marquisaurbach.com;dosborn@marquisaurbach.com;tszostek@marquisaurbach.com

STEVE A. PEIRCE on behalf of Defendant WELLS FARGO BANK, N.A.
speirce@fulbright.com

DONALD T. POLEDNAK on behalf of Creditor COMMUNITY BANK OF NEVADA
sandplegal@yahoo.com, spbankruptcy@yahoo.com

LISA A. RASMUSSEN on behalf of Creditor CAROL MORTENSEN
lisa@lrasmussenlaw.com, secretary@lrasmussenlaw.com

PAUL C RAY on behalf of Interested Party JOHN PETER LEE, LTD.
info@johnpeterlee.com

THOMAS RICE on behalf of Interested Party FORD ELSAESSER
trice@coxsmith.com, jbrown@coxsmith.com;aseifert@coxsmith.com

GORDON C. RICHARDS on behalf of Creditor CHRISTINE SPINDEL
GCR@ClarkandRichards.com, ALM@ClarkandRichards.com

CHRISTINE A ROBERTS on behalf of Creditor HIGHLAND CRUSADER FUND, LTD.
roberts@shlaw.com,
hill@shlaw.com;vidovich@shlaw.com;mcallister@shlaw.com;stephens@shlaw.com;friddle@shlaw.com;stein@shlaw.com

STACY M. ROCHELEAU on behalf of Defendant NATIONAL REAL ESTATE HOLDINGS, INC.
stacy@rocheleaulaw.com

SUSAN WILLIAMS SCANN on behalf of Counter-Defendant BINFORD MEDICAL DEVELOPERS, LLC
sscann@deanerlaw.com, palexander@deanerlaw.com

MICHAEL M. SCHMAHL on behalf of Creditor G KANTOR
mschmahl@mcguirewoods.com

LENARD E. SCHWARTZER on behalf of Attorney SCHWARTZER & MCPHERSON LAW FIRM
bkfilings@s-mlaw.com

BRIAN D. SHAPIRO on behalf of Interested Party MICHAEL CARMEL
ecf@brianshapirolaw.com,
brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com;wendy@brianshapirolaw.com;marjan@brianshapirolaw.com

JAMES PATRICK SHEA on behalf of Creditor Committee OFFICIAL COMMITEEE OF EQUITY
SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC
bankruptcyfilings@sheacarlyon.com,
ltreadway@sheacarlyon.com;jshea@sheacarlyon.com;manthony@sheacarlyon.com;rmsmith@sheacarlyon.com;swinder@sheacarlyon.com;dclimer@sheacarlyon.com;cmuniz@sheacarlyon.com

SHLOMO S. SHERMAN on behalf of Creditor Committee OFFICIAL COMMITEEE OF EQUITY
SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC
ssherman@sheacarlyon.com,
bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;manthony@sheacarlyon.com;swinder@sheacarlyon.com;dclimer@sheacarlyon.com;cmuniz@sheacarlyon.com

AMBRISH S. SIDHU on behalf of Cross Defendant JAMES FEENEY
ecfnotices@sidhulawfirm.com

JEFFREY SLOANE on behalf of Creditor 401(K) PROFIT SHARING PLAN, LYNN KANTOR

lrost@kssattorneys.com

ALAN R SMITH on behalf of Creditor LENDERS PROTECTION GROUP
mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com

ROSA SOLIS-RAINEY on behalf of Interested Party DELOITTE & TOUCHE LLP
rsr@morrislawgroup.com

ADAM M. STARR on behalf of Creditor MESIROW FINANCIAL INTERIM MANAGEMENT, LLC
starra@gtlaw.com

DAVID A. STEPHENS on behalf of Creditor GATEWAY STONE ASSOCIATES, LLC
dstephens@lvcm.com

ARIEL E. STERN on behalf of Interested Party BINFORD LENDERS, LLC
sterna@ballardspahr.com, jeromes@ballardspahr.com;sedillom@ballardspahr.com

PETER SUSI on behalf of Creditor BERNARD SANDLER
cheryl@msmlaw.com, msm@msmlaw.com

ERIC W. SWANIS on behalf of Creditor MESIROW FINANCIAL INTERIM MANAGEMENT, LLC
swanise@gtlaw.com, barberc@gtlaw.com;ayonl@gtlaw.com;chaoa@gtlaw.com;lvlitdock@gtlaw.com

JEFFREY R. SYLVESTER on behalf of Counter-Claimant USA COMMERCIAL REAL ESTATE GROUP
jeff@sylvesterpolednak.com

KAARAN E THOMAS (lv) on behalf of Interested Party B & L INVESTMENTS, INC.
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E. THOMAS on behalf of Defendant BINGHAM MCCUTCHEN, LLP
kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

ROLLIN G. THORLEY on behalf of Creditor IRS
rollin.g.thorley@irscounsel.treas.gov

LISA TSAI on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
ltsai@diamondmccarthy.com,
tstone@diamondmccarthy.com;jbruckerhoff@diamondmccarthy.com;cboneau@diamondmccarthy.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

MICHAEL C. VAN on behalf of Creditor DEAN SHACKLEY
michael@mvanlaw.com, lynn@shumwayvan.com

ERIC VAN on behalf of Defendant HMA SALES LLC
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

GREGORY J. WALCH on behalf of Creditor GREGORY WALCH
GWalch@Nevadafirm.com

RUSSELL S. WALKER on behalf of Creditor USA INVESTMENT PARTNERS, LLC
rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

WHITNEY B. WARNICK on behalf of Creditor MICHAEL and CAROL HEDLUND
wbw@albrightstoddard.com, bstessel@albrightstoddard.com

KIRBY R WELLS on behalf of Defendant JAMES FEENEY

1    SMartinez@wellsrawlings.com

2    GREGORY L. WILDE on behalf of Creditor SIERRA LIQUIDITY FUND, LLC
     bk@wildelaw.com

3

4    RYAN J. WORKS on behalf of Defendant BINGHAM MCCUTCHEN, LLP
     rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com;dsampson@mcdonaldcarano.com

5    RYAN J. WORKS on behalf of Other Prof. Eugene Buckley
     , kbarrett@mcdonaldcarano.com;dsampson@mcdonaldcarano.com

6    MICHAEL YODER on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED
     CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY

7    myoder@diamondmccarthy.com

8    MATTHEW C. ZIRZOW on behalf of Creditor BUCKALEW TRUST
     bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

9

10    ☐    **b.  United States mail, postage fully prepaid** *(List persons and addresses.*

11    *Attach additional paper if necessary)*

12

13    ☐    **c. Personal Service** *(List persons and addresses.  Attach additional paper if*

14    *necessary)*

15

16    I personally delivered the document(s) to the persons at these addresses:

17    ☐    For a party represented by an attorney, delivery was made by handing the
      document(s) to the attorney or by leaving the document(s) at the attorney's office with

18    a clerk or other person in charge, or if no one is in charge by leaving the document(s) in

19    a conspicuous place in the office.

20    ☐    For a party, delivery was made by handing the document(s) to the party or by
      leaving the document(s) at the person's dwelling house or usual place of abode with

21    someone of suitable age and discretion residing there.

22

23    ☐    **d. By direct email (as opposed to through the ECF System)**

24    *(List persons and email  addresses.  Attach additional paper if*
      *necessary)*

25    Based upon the written agreement of the parties to accept service by email or a

26    court order, I caused the document(s) to be sent to the persons at the email
      addresses listed below.   I did not receive, within a reasonable time after the

27    transmission, any electronic message or other indication that the transmission
      was unsuccessful.

28

☐ **e. By fax transmission** *(List persons and fax numbers.  Attach additional paper if necessary)*

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below.   No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed on: June 26, 2009

Jeffrey A. Cogan
(Name of Declarant)

/s/ Jeffrey A. Cogan, Esq.
(Signature of Declarant)