**Entered on Docket
June 29, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

___

Jeffrey A. Cogan, Esq.
Nevada Bar No. 4569
3990 Vegas Drive
Las Vegas, NV 89108
Telephone: (702) 474-4220
Facsimile:  (702) 474-4228
E-mail: jeffrey@jeffreycogan.com
Attorney for Creditor, ALFRED OLSEN, JR.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>        Debtor.<br>_____ | Case No.:  BK-S-06-10725-LBR<br>           BK-S-06-10726-LBR<br>           BK-S-06-10727-LBR<br>           BK-S-06-10728-LBR<br>           BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>        Debtor.<br>_____ | Chapter 11<br><br>**Jointly Administered Under<br>Case No. BK-S-06-10725-LBR** |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>        Debtor.<br>_____ | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC<br><br>        Debtor.<br>_____ | **Order Granting Withdrawal of Appearance and ExParte Motion for Removal from ECF List** |

/ / /

/ / /

| | |
|---|---|
| In re: | ) |
| USA SECURITIES, LLC, | ) |
| | ) |
| Debtor. | ) |
| | ) |
| Affects: | ) |
| ☒   All Debtors | ) |
| | ) |

**ORDER GRANTING WITHDRAWAL OF APPEARANCE AND EX-PARTE MOTION FOR REMOVAL FROM ECF LIST**

Upon review of Jeffrey A. Cogan, Esq. of Jeffrey A. Cogan, Esq., Ltd.'s Withdrawal of Appearance on behalf of Creditor, Alfred Olsen, Jr. and ExParte Motion for Removal from ECF Service, dated June 26, 2009, and being otherwise fully advised in the premises,

NOW THEREFORE,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Jeffrey A. Cogan, Esq. of Jeffrey A. Cogan, Esq., Ltd.'s Withdrawal of Appearance and ExParte Motion for Removal from ECF Service is hereby granted.

UNITED STATES BANKRUPTCY JUDGE