

**Entered on Docket
July 02, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Email:   rcharles@lrlaw.com
            jhinderaker@lrlaw.com
            mruth@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
|  | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
|  | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
|  | Jointly Administered Under |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC, | **ORDER SUSTAINING OBJECTION OF USACM TRUST TO PROOFS OF CLAIM FILED BY JAMES J. LEE, ESQ. AND THE LAW OFFICES OF JAMES J. LEE** |
| Debtors. | |
| **Affects:** | |
| ☐ All Debtors | Hearing Date:   June 26, 2009 |
| ☒ USA Commercial Mortgage Company | Hearing Time:   9:30 a.m |
| ☐ USA Capital Realty Advisors, LLC | |
| ☒ USA Capital Diversified Trust Deed Fund, LLC | |
| ☐ USA Capital First Trust Deed Fund, LLC | |
| ☐ USA Securities, LLC | |

The Court having considered the "Objection of USACM Trust to Proofs of Claim Filed By James J. Lee, Esq. and The Law Offices of James J. Lee" [Docket No. 7086] (the "Objection"); with appropriate notice of the Objection having been given; with no response to the Objection having been filed; and good cause appearing:

2065324_1

**IT IS HEREBY ORDERED** that:

1. The Objection is sustained; and
2. Proofs of Claim 10725-1332-1 and 10725-1335-1 filed by James J. Lee, Esq. and the Law Offices of James J. Lee respectively are disallowed in full.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By  /s/Marvin Ruth (10979)
     Rob Charles
     John Hinderaker
     Marvin Ruth
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8200
Facsimile: (702) 949-8398
E-mail: mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

2065324_1

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: August Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**


By:    /s/ MR(#10979)
       Rob Charles
       John Hinderaker
       Marvin Ruth
*Attorneys for USACM Liquidating Trust*

3

2065324_1