LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHinderaker@LRLaw.com
Marvin Ruth NV State Bar No. 10979)
Email: MRuth@LRLaw.com

*Attorneys for USACM Liquidating Trust*

E-Filed on 7/7/09

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| USA Commercial Mortgage Company, | Case No. BK-S-06-10726-LBR[1] |
| USA Capital Realty Advisors, LLC,[1] | Case No. BK-S-06-10727-LBR |
| USA Capital Diversified Trust Deed Fund, LLC, | Case No. BK-S-06-10728-LBR[2] |
| USA Capital First Trust Deed Fund, LLC,[2] | Case No. BK-S-06-10729-LBR[3] |
| USA Securities, LLC,[3] | CHAPTER 11 |
| Debtors. | |

**Affects:**

☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Jointly Administered Under
Case No. BK-S-06-10725 LBR

**NOTICE OF ENTRY OF ORDER SUSTAINING OBJECTION OF USACM TRUST TO PROOFS OF CLAIM FILED BY JAMES J. LEE, ESQ. AND THE LAW OFFICES OF JAMES J. LEE**

**PLEASE TAKE NOTICE** that an Order Sustaining Objection of USACM Trust to Proofs of Claim Filed By James J. Lee, Esq. and the Law Offices of James J. Lee [DE 7216] was entered on the 2nd day of July, 2009, a true and correct copy of which is attached hereto as Exhibit A.

RESPECTFULLY SUBMITTED July 7, 2009.

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2067520.1

LEWIS AND ROCA
AND
ROCA
LLP
L A W Y E R S

LEWIS AND ROCA LLP


By  /s/ Marvin Ruth (#10979)
Rob Charles
John Hinderaker
Marvin Ruth
*Attorneys for USACM Liquidating Trust*
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
702-949-8320

Copy of the foregoing mailed on July 7,
2009 to:

James J. Lee
7674 W. Lake Mead Blvd., #108
Las Vegas, Nevada  89128

David A. Riggi
5550 Painted Mirage Road #320
Las Vegas, NV  89149


/s/ Carrie Lawrence
Lewis and Roca LLP

2