WILLIAM L. McGIMSEY
A Professional Corp.
Nevada Bar No. 546                              E-FILED - 07/07/09
3017 W. Charleston Blvd., Suite 30
Las Vegas, NV 89102
(702) 382-9948

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

## NOTICE OF CHANGE OF ADDRESS OF LAW FIRM

WILLIAM L. McGIMSEY, a Professional Corp., by and through the undersigned, hereby gives notice of the following change of mailing address effective immediately. Telephone and facsimile numbers and email address remain the same. This notice affects the cases listed on the attached Exhibit A.

| | |
|---|---|
| Old mailing address: | 516 So. Sixth Street, Suite 300<br>Las Vegas, NV 89101 |
| New mailing address: | 3017 W. Charleston Blvd., #30<br>Las Vegas, NV 89102 |

DATED this 6th day of July, 2009.


                                        s// William L. McGimsey
                                        WILLIAM L. McGIMSEY, ESQ.
                                        3017 W. Charleston Blvd., #30
                                        Las Vegas, NV 89102

LAW OFFICES
**WILLIAM L. McGIMSEY**
A PROFESSIONAL CORPORATION
3017 W. CHARLESTON BLVD., SUITE 30
LAS VEGAS, NEVADA 89102

EXHIBIT A

| Case Name | Case Number |
|---|---|
| In re Roland & Sandra Arredondo | BK-S-09-14561 |
| In re James R. Bandazian | BK-S-08-15547 |
| In re Joey D. Barnson | BK-S-08-23217 |
| In re Thomas Blackburn | BK-S-07-18692 |
| In re David & Marlo Brooks | BK-S-09-20985 |
| In re Myles Catania | BK-S-09-15409 |
| In re CEH Properties, Ltd. | BK-S-97-27654 |
| In re Christopher C. Coombs | BK-S-08-23072 |
| In re Daniel & Lacey Cowan | BK-S-08-22684 |
| In re Arthur L. Darrow | BK-S-09-18079 |
| In re Ekrem & Amela Demirovic | BK-S-09-18945 |
| In re Myles A. Devera | BK-S-08-23215 |
| In re Armando Doblado & Mary Cantwell | BK-S-09-18948 |
| In re Flamingo 95 | BK-S-09-19215 |
| In re Humberto & Ana Fresnedo | BK-S-08-16999 |
| In re Gilbert & Loretta Fuentes | BK-S-08-23849 |
| In re Shiow-Mei Guo | BK-S-09-18443 |
| In re Christopher G. Harrison | BK-S-09-16630 |
| In re Anita Sue Jones | BK-S-04-10501 |
| Gowen v. Jones, et al. | BK-S-04-01099 |
| In re Dana F. & Tracee A. King | BK-S-09-14667 |
| In re Yvette Lester | BK-S-09-18168 |
| In re Florian V. & Claudia M. Lupse | BK-S-09-17285 |
| In re Edward & Gayle Miller | BK-S-09-18866 |
| In re Ivy Minatogawa | BK-S-09-17445 |
| In re Jeannette M. Mitchell | BK-S-09-20746 |
| In re Kristy N. Moats | BK-S-09-11917 |
| In re Agostino Musci | BK-S-09-15654 |
| In re Franklin Pangrazi | BK-S-09-15284 |
| In re Alphonse Pozdol | BK-S-09-15767 |
| In re Stephanie Prevett | BK-S-08-23847 |
| In re Jason P. & Wendy S. Reid | BK-S-09-20747 |
| In re Susan Marie Rivers | BK-S-09-20435 |
| In re Shawn P. Romo | BK-S-09-18947 |
| In re Frank S. Savarese | BK-S-09-12126 |
| In re Corbett Benjamin Scroggins | BK-S-07-17358 |
| Leonard v. Schwartz, et al. | BK-S-07-01025 |
| In re Kathleen Silver | BK-S-05-25867 |
| In re Sidney Lester Soffer | BK-S-06-11091 |
| In re Jose E. & Galdina Solorzano | BK-S-09-21066 |
| In re Peter J & Carrie C. Sorensen | BK-S-07-14867 |
| In re Che Keav Taing | BK-S-08-11744 |
| In re Scott & Shelly Terry | BK-S-07-18553 |
| In re Pragnit B. Thakor | BK-S-09-18444 |
| In re Brian D. & Wendelin A. Toombs | BK-S-08-23070 |
| In re Tower Homes, LLC | BK-S-07-13208 |
| In re Alicia Vazquez | BK-S-09-17548 |
| In re Leanne L. Viela | BK-S-09-18381 |
| In re Wendy Wallerstein | BK-S-09-17795 |
| In re Gene E. Wiggins | BK-S-09-15765 |
| In re USA Commercial Mortgage Company | BK-S-06-10725 |

In re USA Capital Realty Advisors, LLC      BK-S-06-10726
In re USA Capital Diversified Trust Deed Fund, LLC   BK-S-06-10727
In re USA Capital First Trust Deed Fund     BK-S-06-10728
In re USA Securities, LLC        BK-S-06-10729
In re Vacation Village, Inc.       BK-S-00-18832