E-filed on 7/09/09

1

2

**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Telephone (702) 949-8320
Facsimile  (702) 949-8321

3

4

Allan B. Diamond, TX State Bar No. 05801800
Email:  adiamond@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
Email:  emadden@diamondmccarthy.com

Susan M. Freeman, AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles, NV State Bar No. 006593
Email: rcharles@lrlaw.com

Special Litigation Counsel for USACM Liquidating Trust

Counsel for USACM Liquidating Trust

5

6

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

7

8

9

10

11

12

13

14

15

In re:
USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC

USA CAPITAL DIVERSIFIED TRUST DEEF FUND,
LLC

USA CAPITAL FIRST TRUST DEED FUND, LLC,

USA SECURITIES, LLC

Debtors

**Affects:**
USA Commercial Mortgage Company

Case No.: BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

Chapter 11

Jointly Administered Under Case No.
BK-S-06-10725-LBR

Judge Linda B. Riegle

16

17

18

19

20

21

22

USACM LIQUIDATING TRUST,

Plaintiff,

v.

HOMES FOR AMERICA HOLDINGS, INC.; HFA
CLEAR LAKE, LLC; ONE POINT STREET, INC.; and
Mediterranee HFA, LLC f/k/a HFAH-Monaco, LLC

Defendants.

**Adversary No. 08-1124**

**AMENDED NOTICE OF
HEARING ON MOTION FOR
APPROVAL OF SETTLEMENT
PURSUANT TO RULE 9019 OF
THE FEDERAL RULES OF
BANKRUPTCY PROCEDURE**

Hearing Date:  August 21, 2009
Hearing Time:  9:30 a.m.

TO: DEBTORS, ALL CREDITORS, AND OTHER PARTIES IN INTEREST

23

24

25

26

PLEASE TAKE NOTICE that on July 24, 2009, the USACM Liquidating Trust (the

"USACM Trust") filed its Motion for Approval of Settlement Pursuant to Rule 9019 of the

Federal Rules of Bankruptcy Procedure [Dkt. No. 7208] (the "Motion"), seeking entry of an order

approving the Proposed Settlement[1] between the USACM Trust; Homes for America Holdings, Inc.; HFA Clear Lake, LLC; One Point Street, Inc.; and Mediterranee HFA, LLC f/k/a HFAH-Monaco, LLC.

Following extensive arms-length negotiations at a settlement conference conducted on January 21, 2009 before United States Bankruptcy Judge Newsome, the USACM Liquidating Trust and Defendants reached a tentative agreement to resolve the Pending Litigation subject to execution of a mutually-agreeable settlement agreement that is approved by the Bankruptcy Court. The material terms of the Proposed Settlement are summarized as follows[2]:

- HFAH, Clear Lake, Mediterranee (collectively, the "Responsible Defendants") will give the USACM Trust Agreed Judgments in a joint and several amount of $2,800,000.00 (the "Agreed Judgments");

- The Responsible Defendants will pay the USACM Trust $7,500.00 per month, for 12 months, and $60,000.00 in month 13. In consideration of these payments the USACM Trust agrees not to execute on the Agreed Judgments for 18 months. However, if the Responsible Defendants miss a payment the USACM Trust can execute on the Agreed Judgments immediately.

- The USACM Trust and One Point Street, Inc. immediately execute mutual releases upon the effective date of the Proposed Settlement.

- Upon satisfaction of the Agreed Judgments, the USACM Trust and the Responsible Defendants will execute mutual limited releases.

**NOTICE IS FURTHER GIVEN** that if you do not want the Court to grant the relief sought in the Motion, or if you want the Court to consider your views on the Motion, then you must file an opposition with the Court, and serve a copy on the person making the Motion ***no later***

---

[1]    Unless otherwise defined, capitalized terms are used as defined in the Motion.

[2]    The following is solely a summary of the terms of the Proposed Settlement, and in no way is intended as an amendment, modification, or supplementation of the Proposed Settlement terms. The terms of the confidential written settlement agreement between the Parties shall prevail in the event of any conflict with this summary.

158796-2

1   **than 15 days** after the date of this Notice.  If the hearing date has been set on less than 15 days'

2   notice, then the opposition must be filed and served **no later than 5 business days** before the

3   hearing.  The opposition must state your position, set forth all relevant facts and legal authority,

4   and be supported by affidavits or declarations that conform to Local Rule 9014(c).

5       If you object to the relief requested in the Motion, you **must** file a **WRITTEN** response to

6   the Motion with the Court.  You **must** also serve your written response on the person who sent

7   you this notice.

8       If you do not file a written response with the Court, or if you do not serve your written

9   response on the person who sent you this notice, then:

10
11      • The Court may *refuse to allow you to speak* at the scheduled hearing; and

12      • The Court may *rule against you* without formally calling the matter at the hearing.

13      **NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held before

14  the Honorable Linda B. Riegle, United States Bankruptcy Judge, in the Foley Federal Building,

15  300 Las Vegas Boulevard South, Third Floor, Bankruptcy Courtroom No. 1, Las Vegas, Nevada

16  89101 on **August 24, 2009, at 9:30 a.m.**

17  Dated: July 9, 2009

18
19  **DIAMOND MCCARTHY LLP**                   **LEWIS AND ROCA LLP**

20  By: */s/ Stephen T. Loden*_____         By: */s/ Rob Charles*_____
21  Allan B. Diamond, TX 05801800 (pro hac vice)    Rob Charles, NV 6593
    Eric D. Madden, TX 24013079 (pro hac vice)      3993 Howard Hughes Parkway, Suite 600
22  Stephen T. Loden, TX 24002489 (pro hac vice)    Las Vegas, Nevada  89169-5996
    909 Fannin, Suite 1500                          (702) 949-8320 (telephone)
23  Houston, Texas 77010                            (702) 949-8321 (facsimile)
    (713) 333-5100 (telephone)
24  (713) 333-5199 (facsimile)

25  *Special Counsel for USACM Liquidating Trust*    *Counsel for USACM Liquidating Trust*

26

158796-2

1

### CERTIFICATE OF SERVICE

2

        I hereby certify that I am an employee of the law firm of DIAMOND MCCARTHY LLP,

3

and that on the 9th day of July 2009, I served a true and correct copy of the foregoing AMENDED

4

NOTICE OF HEARING ON MOTION FOR APPROVAL OF SETTLEMENT PURSUANT TO

5

RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE was served (1) by

6

electronic transmission to all parties registered to receive ECF notification; (2) by electronic

7

transmission to all parties on the Post-Effective Date Service List Dated March 31, 2009; and (3)

8

by electronic transmission to counsel for the Defendants, Richard F. Holley, Victoria L. Nelson,

9

Santoro, Driggs, Walch, Kearney, Holley & Thompson, 400 South Fourth Street, Third Floor, Las

10

Vegas, Nevada 89101, rholley@nevadafirm.com, vnelson@nevadafirm.com and Mark N. Parry,

11

Declan M. Butvick, Moses & Singer, LLP, The Chrysler Building, 405 Lexington Avenue, New

12

York, New York 10174, mparry@mosessinger.com.

13

14

15

16

*/s/ Catherine A. Burrow*
Catherine A. Burrow

17

Legal Assistant
Diamond McCarthy LLP

18

19

20

21

22

23

24

25

26

158796-2