EXHIBIT A

1962760.1



**Entered on Docket**
**July 09, 2009**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
John C. Hinderaker, AZ State Bar No. 018024
Email: JHinderaker@LRLaw.com
Rob Charles NV State Bar No. 0065934
Email: RCharles@LRLaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10729-LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC, | **ORDER GRANTING MOTION FOR** |
| Debtors. | **ALLOWANCE OF BUNCH CLAIM** |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Hearing Date:    June 26, 2009
Hearing Time:    9:30 a.m.

     The Court having considered the "Motion for Allowance of Bunch Claim" [Docket No. 7182] (the "Motion"); with appropriate notice of the Motion having been given; with no objection to the Motion having been filed; and good cause appearing:

     **IT IS HEREBY ORDERED** that:

          1.    The Motion is granted; and

2065334_1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

1       2.     Claim No. 10725-01099 filed by Del and Ernestine Bunch is hereby

2             allowed as a general unsecured claim in the amount of

3             $11,358,662.28.

4

5  PREPARED AND RESPECTFULLY SUBMITTED BY:

6  **LEWIS AND ROCA LLP**

7  By____/s/ Rob Charles (6593)_____

8       Rob Charles
    3993 Howard Hughes Parkway, Ste. 600

9  Las Vegas, Nevada 89169-5996
    Facsimile (702) 949-8321

10  Telephone (702) 949-8320

11

12  *Attorneys for USACM Liquidating Trust*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2065334_1

**LEWIS AND ROCA LLP**
**L A W Y E R S**

In accordance with Local Rule 9021, the undersigned certifies:

☐    The Court waived the requirements of LR 9021.

☐    No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee:  August Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**

By:   /s/ RC (#6593)
      Rob Charles
*Attorneys for USACM Liquidating Trust*

2065334_1