RECEIVED
AND FILED

2009 JUL -9 PM 12: 49

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

July 7, 2009

In re: USA Commercial Mortgage Company
fka USA Capital

United States Bankruptcy Court

Dear Sirs,

My husband and I both have accounts in USA Capital. We have a change of mailing address. Please update the account for Morton J. Port and one for Patricia L. Port currently being mailed to P.O. Box 7724, Incline Village, NV 89452 to our new address at: P.O. Box 4505 Incline Village, NV. 89450.

Thank you for your attention in this matter.

*[signature]*

Patricia L. Port
TahoePatti@msn.c

THU-65405 0978-2 trnscrpt 06-10725
LENARD E. SCHWARTZER
2850 S. JONES BOULEVARD, SUITE 1
LAS VEGAS, NV 89146

## OFFICIAL BUSINESS

UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT

015432  15432 1 AT 0.357  89452  8 1  6255-0-15432

Patricia L. Port Trust dated 1/28/04
c/o Patricia L. Port Trustee
PO Box 7724
Incline Village, NV 89452-7724

015433  15433 1 AT 0.357  89452  8 1  6255-0-15433

Morton J. Port
P O Box 7724
Incline Village, NV 89452-7724