**LEWIS AND ROCA LLP — LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHinderaker@LRLaw.com

*Attorneys for USACM Liquidating Trust*

E-Filed on 7/17/09

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,[1]<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[2]<br><br>USA Securities, LLC,[3]<br>　　　　　　　　　　Debtors.<br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER SUSTAINING OBJECTION OF USACM TRUST TO PROOF OF CLAIM OF TERRY HANSEN AS FILED PARTIALLY IN WRONG DEBTOR'S CASE; OBJECTION OF DTDF TO PROPOSED ALLOWANCE OF CLAIM**<br><br>Hearing Date:　June 26, 2009<br>Hearing Time:　9:30 a.m. |

**PLEASE TAKE NOTICE** that an Order Sustaining Objection of USACM Trust to Proof of Claim of Terry Hansen as Filed Partially in Wrong Debtor's Case; Objection of DTDF to Proposed Allowance of Claim [DE 7235] was entered on the 14th day of July, 2009, a true and correct copy of which is attached hereto as Exhibit A.

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2072665.1

**LEWIS AND ROCA LLP LAWYERS**

RESPECTFULLY SUBMITTED July 17, 2009.

                                    LEWIS AND ROCA LLP

                                    By /s/ John Hinderaker (#018024)
                                    Rob Charles
                                    John Hinderaker
                                    *Attorneys for USACM Liquidating Trust*
                                    3993 Howard Hughes Parkway, Suite 600
                                    Las Vegas, Nevada 89169
                                    Telephone:  (520) 629-4427
                                    Facsimile:  (520) 879-4705

Copy of the foregoing mailed on July 17, 2009 to:

Terry Hansen
P.O. Box 458
Sparks, NV 89432


/s/ Carrie Lawrence
Lewis and Roca LLP

2072665.1