E-Filed on 7/20/2009

**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email: adiamond@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
Email: emadden@diamondmccarthy.com

Special Litigation Counsel for USACM Liquidating Trust
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,[1]

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]

USA SECURITIES, LLC,[3]

Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR[1]
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR[2]
Case No. BK-S-06-10729-LBR[3]

CHAPTER 11

Jointly Administered Under Case No. BK-S-06-10725 LBR

**NOTICE OF HEARING ON OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO PROOFS OF CLAIM NOS. 10725-00023, 00024, AND 00025 BY GENERAL ELECTRIC CAPITAL CORPORATION; AND CERTIFICATE OF SERVICE**

Date of Hearing: August 21, 2009
Time of Hearing: 9:30 a.m.

**NOTICE IS HEREBY GIVEN** that an Objection to the Proofs of Claim of General Electric Capital Corporation (the "Claim Objection") was filed on July 20, 2009 by the USACM

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

169939.1

Liquidating Trust (the "USACM Trust") [Dkt. No. 7240]. The Motion seeks entry of an order disallowing Proof of Claim Nos. 10725-00023, 10725-00024, and 10725-00025 filed by General Electric Capital Corporation.

**NOTICE IS FURTHER GIVEN** that if you do not want the Court to grant the relief sought in the Claim Objection, or if you want the Court to consider your views on the Claim Objection, then you must file an opposition with the Court, and serve a copy on the person making the Claim Objection *no later than 15 days* after the date of this Notice. If the hearing date has been set on less than 15 days' notice, then the opposition must be filed and served *no later than 5 business days* before the hearing. The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

If you object to the relief requested in the Claim Objection, you *must* file a **WRITTEN** response to the Claim Objection with the Court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:

- The Court may *refuse to allow you to speak* at the scheduled hearing; and
- The Court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on the said Claim Objection will be held before the Honorable Linda B. Riegle, United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Third Floor, Bankruptcy Courtroom No. 1, Las Vegas, Nevada 89101 on **Friday, August 21, 2009, at 9:30 a.m**.

169939.1

Dated: July 20, 2009.

**DIAMOND MCCARTHY LLP**

By: /s/  J. Maxwell Beatty
Allan B. Diamond, TX 05801800 (pro hac vice)
Eric D. Madden, TX 24013079 (pro hac vice)
J. Maxwell Beatty, TX 24051740 (pro hac vice)
909 Fannin, Suite 1500
Houston, Texas 77010
(713) 333-5100 (telephone)
(713) 333-5199 (facsimile)

*Special Litigation Counsel for
USACM Liquidating Trust*

Copy of the foregoing mailed by first class
postage prepaid U.S. mail on July 20, 2009 to:

| | |
|---|---|
| Pamela Corrie<br>GE Capital Solutions Chief Risk, Restructuring and Litigation Counsel<br>10 Riverview Drive<br>Danbury, CT  06810 | Alex Terras, Esq<br>DLA PIPER RUDNICK GRAY CARY US LLP<br>203 North LaSalle Street, Suite 1900<br>Chicago, IL 60611 |

 /s/     J. Maxwell Beatty

169939.1