# EXHIBIT A

1962760.1

USACM TRUST

3685 SAN FERNANDO ROAD
SINGLE LOAN CLAIMS

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the 3685 San Fernando Road |
|---|---|---|---|---|
| 10725-01780 | Rehberger Family Trust Dtd 6/17/92 | C/O Annemarie Rehberger<br>Po Box 3651<br>Incline Village, NV 89450 | 50,000.00 | 50,000.00 |
| 10725-01479 | Triantos, Rory L | 13843 Malcom Ave<br>Saratoga, CA 95070-5314 | 101,527.68 | 101,527.68 |
| 10725-01245 | Virani, Arif & Salima | 774 Clove Ct.<br>Henderson, NV 89012-0723 | 50,000.00 | 50,000.00 |
| 10725-01201 | Virani, Aris & Salima | 774 Clove Ct.<br>Henderson, NV 89012 | 50,000.00 | 50,000.00 |
| 10725-00975 | Williams, Susan Marie | Po Box 9270<br>Truckee, CA 96162 | 70,000.00 | 70,000.00 |
| 10725-00541 | Beryl Winer Family Trust | C/O Beryl Winer Trustee<br>776 Birdbay Way<br>Venice, FL 34285-6142 | 60,000.00 | 60,000.00 |
| 10725-00393 | Gross, Mary Margaret | 717 Merialdo LN<br>Las Vegas, NV 89145 | 50,780.00 | 50,780.00 |
| 10725-00030 | Burrus, Timothy F & Joann Ortiz-Burrus | Del Hardy Esq Hardy Law Group 96-98<br>Winter St Reno Nv 89503-5605 | 50,000.00 | 50,000.00 |
| 10725-00292 | C. Zrudsky Inc. | Attn: Coleen Zrudsky<br>5731 S. Youngfield Street<br>Littleton, CO 80127 | 54,355.00 | 54,355.00 |
| 10725-00266 | Arechiga, Albert | 4800 Marconi Ave #137<br>Carmichael, CA 95608 | 75,000.00 | 75,000.00 |

Loan Name    3685 San Fernando Road Partners, LP

Page 1 of 2

USACM TRUST

3685 SAN FERNANDO ROAD
SINGLE LOAN CLAIMS

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the 3685 San Fernando Road |
|---|---|---|---|---|
| | | | | |