# EXHIBIT A

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the 3685 San Fernando Road Partners |
|---|---|---|---|---|
| 10725-02018 | Evelyn G Canepa Trust Dtd 9/19/00 | C/O Laurel E Davis Lionel Sawyer & Collins 300 South Fourth Stste 1 Las Vegas, NV 89101 | - | 100,000.00 |
| 10725-00413 | Sobesky, Stephen | 1118 Olmo Boulder City, NV 89005 | 70,000.00 | x |
| 10725-01660 | Robert J. And Ruth Ann Kehl | Janet L Chubb Esq Jones Vargas Po Box 281 Reno, NV 89504-0281 | 12,841,680.13 | 500,000.00 |
| 10725-01257 | Houghton Dental Corp PSP | FBO Geraldine Houghton 2871 Pinta Perris, CA 92571 | 400,000.00 | 200,000.00 |
| 10725-00227 | Charles & Sandra Masters Family Trust Dtd 10/9/92 | C/O Sandra O Masters Trustee 18124 Wedge Pkwy #550 Reno, NV 89511-8134 | 425,000.00 | 125,000.00 |
| 10725-01898 | Massry, Morris | C/O Segel Goldman Mazzotta & Siegel Pc 9 Washigton Sq Albany Ny 12205 | 1,802,040.00 | 101,527.78 |
| 10725-02042 | Herd Family Trust Dtd 4/23/99 | C/O Allen & Marilyn Herd Ttees 598 Alawa Pl Angels Camp, CA 95222-9768 | 606,089.02 | 200,000.00 |
| 10725-01997 | Km Trust | C/O Aimee E Kearns Trustee 5886 N Bonita Vista St Las Vegas, NV 89149-3911 | 1,535,080.92 | 190,000.00 |