# EXHIBIT A

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the 3685 San Fernando Road Partners |
|---|---|---|---|---|
| 10725-01208 | Monighetti, Pete | 6515 Frankie Ln<br>Prunedale, CA 93907 | 1,509,963.55 | 75,000.00 |
| 10725-02007 | Moore, Ernest J | 2028 I St<br>Sparks, NV 89431 | 101,522.07 | 60,000.00 |
| 10725-01958 | Stricker, Lesley | 4 Stanley St<br>Pleasantville, NY 10570 | 206,760.87 | 51,102.79 |
| 10725-02163 | Voglis, Marietta | 3333 Allen Prky. Unit 1103<br>Houston, TX 77019 | 724,292.85 | 50,000.00 |
| 10725-01918 | Brines Revocable Family Trust, Michael R & Cindy G | U/A Dtd 11/5/94, C/O Michael R & Cindy G Brines Tt<br>4935 El Sereno<br>La Crescenta, CA 91214-3018 | 771,119.58 | 100,000.00 |
| 10725-02431 | Brines Revoc Fam Trust Dtd 11/5/94, Michael & Cind | Michael R & Cindy G Brines Ttees<br>4935 El Sereno Ave<br>La Crescenta, CA 91214-3018 | 771,119.58 | 100,000.00 |
| 10725-00546 | Bryan, Roger | Roger Marvin & Ann T Bryan Fmly Trust Dtd 8/19/92<br>1644 N Palo Verde Dr<br>St George, Ut 84770 | 100,000.00 | 50,000.00 |
| 10725-00437 | Toombes, Patsy | Po Box 11665<br>Zephyr Cove, NV 89448 | 371,435.14 | 50,000.00 |