EXHIBIT A

1962760.1

USACM TRUST

3685 SAN FERNANDO ROAD
SINGLE LOAN CLAIMS

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the 3685 San Fernando Road |
|---|---|---|---|---|
| 10725-01780 | Rehberger Family Trust Dtd 6/17/92 | C/O Annemarie Rehberger Po Box 3651 Incline Village, NV 89450 | 50,000.00 | 50,000.00 |
| 10725-01479 | Triantos, Rory L | 13843 Malcom Ave Saratoga, CA 95070-5314 | 101,527.68 | 101,527.68 |
| 10725-01245 | Virani, Arif & Salima | 774 Clove Ct. Henderson, NV 89012-0723 | 50,000.00 | 50,000.00 |
| 10725-01201 | Virani, Aris & Salima | 774 Clove Ct. Henderson, NV 89012 | 50,000.00 | 50,000.00 |
| 10725-00975 | Williams, Susan Marie | Po Box 9270 Truckee, CA 96162 | 70,000.00 | 70,000.00 |
| 10725-00541 | Beryl Winer Family Trust | C/O Beryl Winer Trustee 776 Birdbay Way Venice, FL 34285-6142 | 60,000.00 | 60,000.00 |
| 10725-00393 | Gross, Mary Margaret | 717 Merialdo LN Las Vegas, NV 89145 | 50,780.00 | 50,780.00 |
| 10725-00030 | Burrus, Timothy F & Joann Ortiz-Burrus | Del Hardy Esq Hardy Law Group 96-98 Winter St Reno Nv 89503-5605 | 50,000.00 | 50,000.00 |
| 10725-00292 | C. Zrudsky Inc. | Attn: Coleen Zrudsky 5731 S. Youngfield Street Littleton, CO 80127 | 54,355.00 | 54,355.00 |
| 10725-00266 | Arechiga, Albert | 4800 Marconi Ave #137 Carmichael, CA 95608 | 75,000.00 | 75,000.00 |

Loan Name    3685 San Fernando Road Partners, LP

Page 1 of 2

USACM TRUST

3685 SAN FERNANDO ROAD
SINGLE LOAN CLAIMS

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the 3685 San Fernando Road |
|---|---|---|---|---|
| | | | | |

Page 2 of 2

USACM TRUST

3685 SAN FERNANDO ROAD
MULTIPLE LOAN CLAIMS

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the 3685 San Fernando Road Partners |
|---|---|---|---|---|
| 10725-02018 | Evelyn G Canepa Trust Dtd 9/19/00 | C/O Laurel E Davis Lionel Sawyer & Collins 300 South Fourth Stste 1 Las Vegas, NV 89101 | - | 100,000.00 |
| 10725-00413 | Sobesky, Stephen | 1118 Olmo Boulder City, NV 89005 | 70,000.00 | x |
| 10725-01660 | Robert J. And Ruth Ann Kehl | Janet L Chubb Esq Jones Vargas Po Box 281 Reno, NV 89504-0281 | 12,841,680.13 | 500,000.00 |
| 10725-01257 | Houghton Dental Corp PSP | FBO Geraldine Houghton 2871 Pinta Perris, CA 92571 | 400,000.00 | 200,000.00 |
| 10725-00227 | Charles & Sandra Masters Family Trust Dtd 10/9/92 | 18124 Wedge Pkwy #550 Reno, NV 89511-8134 | 425,000.00 | 125,000.00 |
| 10725-01898 | Massry, Morris | C/O Segel Goldman Mazzotta & Siegel Pc 9 Washigton Sq Albany Ny 12205 | 1,802,040.00 | 101,527.78 |
| 10725-02042 | Herd Family Trust Dtd 4/23/99 | C/O Allen & Marilyn Herd Ttees 598 Alawa Pl Angels Camp, CA 95222-9768 | 606,089.02 | 200,000.00 |
| 10725-01997 | Km Trust | C/O Aimee E Kearns Trustee 5886 N Bonita Vista St Las Vegas, NV 89149-3911 | 1,535,080.92 | 190,000.00 |
| 10725-01208 | Monighetti, Pete | 6515 Frankie Ln Prunedale, CA 93907 | 1,509,963.55 | 75,000.00 |
| 10725-02007 | Moore, Ernest J | 2028 I St Sparks, NV 89431 | 101,522.07 | 60,000.00 |
| 10725-01958 | Stricker, Lesley | 4 Stanley St Pleasantville, NY 10570 | 206,760.87 | 51,102.79 |
| 10725-02163 | Voglis, Marietta | 3333 Allen Prky. Unit 1103 Houston, TX 77019 | 724,292.85 | 50,000.00 |

USACM TRUST

3685 SAN FERNANDO ROAD
MULTIPLE LOAN CLAIMS

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the 3685 San Fernando Road Partners |
|---|---|---|---|---|
| 10725-01918 | Brines Revocable Family Trust, Michael R & Cindy G | U/A Dtd 11/5/94, C/O Michael R & Cindy G Brines Tt 4935 El Sereno La Crescenta, CA 91214-3018 | 771,119.58 | 100,000.00 |
| 10725-02431 | Brines Revoc Fam Trust Dtd 11/5/94, Michael & Cind | Michael R & Cindy G Brines Ttees 4935 El Sereno Ave La Crescenta, CA 91214-3018 | 771,119.58 | 100,000.00 |
| 10725-00546 | Bryan, Roger | Roger Marvin & Ann T Bryan Fmly Trust Dtd 8/19/92 1644 N Palo Verde Dr St George, Ut 84770 | 100,000.00 | 50,000.00 |
| 10725-00437 | Toombes, Patsy | Po Box 11665 Zephyr Cove, NV 89448 | 371,435.14 | 50,000.00 |