**EXHIBIT A**
NINETEENTH OMNIBUS OBJECTION
OF THE USACM LIQUIDATING TRUST
TO PROOFS OF CLAIM FOR LACK
OF DOCUMENTATION

| Claim | Name | Address | Claim Amount |
|---|---|---|---|
| 10728-00063 | Gilbert, Lauren J | C/O Michele Gilbert Custodian<br>3331 S Park St.<br>Las Vegas, NV  89117-6722 | 25,000.00 |
| 10728-00095 | Smith, Victoria L | 2016 Wildwood Dr.<br>Modesto, CA  95350-3057 | 38,000.00 |
| 10728-00061 | Iona Pete Bakas Halliday | Po Box 39147<br>Ft Lauderdale, FL  33339-9147 | 50,000.00 |
| 10728-00062 | Gilbert, Lauren J & Erin M | C/O Michele Gilbert Custodian<br>3331 S Park St.<br>Las Vegas, NV  89117-6722 | 50,000.00 |
| 10728-00058 | Melinda & Richard David Estevez #1 | 8916 Balboa Blvd<br>Northridge, CA  91325-2609 | 51,095.00 |
| 10728-00132 | Craig Zager Sep Ira | Po Box 10051<br>Zephyr Cove, NV  89448-2051 | 65,000.00 |
| 10728-00059 | Melinda & Richard David Estevez Acct #3 | 8916 Balboa Blvd<br>Northridge, CA  91325-2609 | 68,000.00 |
| 10728-00076 | Younge Ira, Richard L | 6131 SW Luradel St.<br>Portland, OR  97219-5737 | 150,000.00 |

2059931.1