USACM Liquidating Trust
**PROOFS OF CLAIM THAT LACK SUPPORTING DOCUMENTATION**
**TWENTIETH OMNIBUS OBJECTION**

| Claim | Name | Address | Claim Amount |
|---|---|---|---|
| 10725-00244 | Hoggard, Jack | 7022 Rushwood DR<br>El Dorado Hills, CA  95762 | 15,000.00 |
| 10725-00273 | Berry, Donald | 408 Wasatch CIR<br>Fernley, NV  89408 | - |
| 10725-00289 | Ruth And/Or Robert Geiger | 1352 Mt Hood St.<br>Las Vegas, NV  89110 | - |
| 10725-00342 | Hruby, Monica M | Po Box 3191<br>Incline Village, NV  89450-3191 | 312,400.00 |
| 10725-00362 | Fiserv Trust Company TTEE FBO | Edward L Felman IRA 060000075175<br>Po Box 17331<br>Denver, CO  80217 | - |
| 10725-00369 | Beulah J Johnson Living Trust DTD 5/31/01 | C/O Beulah J Johnson Trustee<br>8122 W Flamingo Rd   Unit 160<br>Las Vegas, NV  89147-4210 | - |
| 10725-00438 | Berry JT WROS, Donald L & Shanon L | 408 Wasatch Ct<br>Fernley, NV  89408 | - |
| 10725-00449 | Heald, Bradford A | 44219 Corfu Ct<br>Palm Desert, CA  92260-8536 | 56,799.94 |
| 10725-00618 | Leff-Kaplan, Renee | 4330 Romero Dr<br>Tarzana, CA  91356 | 60,000.00 |
| 10725-00749 | USA Commercial Real Estate Group | C/O Jeffrey R Sylvester Esq  Sylvester & Polednak Ltd<br>7371 Prairie Falcon Rd St<br>Las Vegas, NV  89128 | 46,869.00 |
| 10725-00857 | Bolino Family Revocable Trust Dated 3/6/95 | 17412 Serene Dr.<br>Morgan Hill, CA  95037 | 100,000.00 |

257450.1

**EXHIBIT A**