USACM Liquidating Trust
# PROOFS OF CLAIM THAT LACK SUPPORTING DOCUMENTATION
## TWENTY-FIRST OMNIBUS OBJECTION

| Claim | Name | Address | Claim Amount |
|---|---|---|---|
| 10725-01077 | Souza, David A & Elizabeth M | 542 Socorro CT<br>Reno, NV 89511 | 12,400.00 |
| 10725-01082 | Randi Fried | 607 Jersey Ave #3<br>Jersey City, NJ 07302 | - |
| 10725-01301 | Kiven Joint Tenants, Norman & Caryn | C/O Andrew J Abrams Esq, Sugar Friedberg & Felsent<br>30 N Lasalle St Ste 3000<br>Chicago, IL 60602 | 75,000.00 |
| 10725-01440 | Wald Financial GRP INC Defined Benefit Pension | Trust 2 PO Box 307<br>249 Margo Way<br>Pismo Beach, CA 93448-0307 | 50,538.19 |
| 10725-01446 | Arnold Family Trust | Hans & Hendrika Arnold TTEES<br>7844 Tiburon Ct.<br>Sparks, NV 89436 | - |
| 10725-01905 | Marcia J Knox Living Trust Dtd 8/16/04 | C/O Marcia J Knox Trustee<br>1885 Vintners Pl<br>Reno, NV 89509-8334 | 75,539.24 |
| 10725-02116 | Doerr Family Trust Dtd 9/12/02 | Linda Patrucco Doerr Ttee<br>690 West Riverview CIR<br>Reno, NV 89509-1130 | 659,484.08 |
| 10725-02165 | Virts Revocable Living Trust | Donald E & Patrizia Virts Ttees<br>4381 W Hidden Valley<br>Reno, NV 89502 | 760,606.00 |
| 10725-02343 | Boyce 1989 Trust Dtd 6/12/89 | C/O Kathleen A Boyce Trustee<br>3270 Piazzo Circle<br>Reno, NV 89502 | - |

**EXHIBIT A**

257452.1