USACM Liquidating Trust
**PROOFS OF CLAIM THAT LACK SUPPORTING DOCUMENTATION**
**TWENTY-SECOND OMNIBUS OBJECTION**

| Claim | Name | Address | Claim Amount |
|---|---|---|---|
| 10725-02344 | Boyce, Kathleen | 3270 Piazzo Circle<br>Reno, NV  89502 | - |
| 10725-02482 | Don P Marshall Trust Dated 7/18/95 | C/O Don P Marshall Trustee<br>221 Chiquita Rd<br>Healdsburg, CA  95448-9055 | 200,000.00 |
| 10725-02555 | Everett H Johnston Family Trust Dtd 1/24/90 | C/O Everett H Johnston Trustee<br> Po Box 3605<br>Incline Village, NV  89450-3605 | 423,369.64 |
| 10725-02561 | Everett H Johnston Family Trust Dtd 1/24/90 | C/O Everett H Johnston Trustee<br>Po Box 3605<br>Incline Village, NV  89450-3605 | 461,684.00 |

2060151.1

**EXHIBIT A**