USACM Liquidating Trust
## PROOFS OF CLAIM THAT LACK SUPPORTING DOCUMENTATION

| Claim | Name | Address | Claim Amount |
|---|---|---|---|
| 10725-00244 | Hoggard, Jack | 7022 Rushwood DR<br>El Dorado Hills, CA 95762 | 15,000.00 |
| 10725-00273 | Berry, Donald | 408 Wasatch CIR<br>Fernley, NV 89408 | - |
| 10725-00289 | Ruth And/Or Robert Geiger | 1352 Mt Hood St.<br>Las Vegas, NV 89110 | - |
| 10725-00342 | Hruby, Monica M | Po Box 3191<br>Incline Village, NV 89450-3191 | 312,400.00 |
| 10725-00362 | Fiserv Trust Company TTEE FBO | Edward L Felman IRA 060000075175<br>Po Box 17331<br>Denver, CO 80217 | - |
| 10725-00369 | Beulah J Johnson Living Trust DTD 5/31/01 | C/O Beulah J Johnson Trustee<br>8122 W Flamingo Rd Unit 160<br>Las Vegas, NV 89147-4210 | - |
| 10725-00438 | Berry JT WROS, Donald L & Shanon L | 408 Wasatch Ct<br>Fernley, NV 89408 | - |
| 10725-00449 | Heald, Bradford A | 44219 Corfu Ct<br>Palm Desert, CA 92260-8536 | 56,799.94 |
| 10725-00618 | Leff-Kaplan, Renee | 4330 Romero Dr<br>Tarzana, CA 91356 | 60,000.00 |
| 10725-00749 | USA Commercial Real Estate Group | C/O Jeffrey R Sylvester Esq Sylvester & Polednak Ltd<br>7371 Prairie Falcon Rd St<br>Las Vegas, NV 89128 | 46,869.00 |
| 10725-00857 | Bolino Family Revocable Trust Dated 3/6/95 | 17412 Serene Dr.<br>Morgan Hill, CA 95037 | 100,000.00 |
| 10725-01077 | Souza, David A & Elizabeth M | 542 Socorro CT<br>Reno, NV 89511 | 12,400.00 |
| 10725-01082 | Randi Fried | 607 Jersey Ave #3<br>Jersey City, NJ 07302 | - |
| 10725-01301 | Kiven Joint Tenants, Norman & Caryn | C/O Andrew J Abrams Esq, Sugar Friedberg & Felsent<br>30 N Lasalle St Ste 3000<br>Chicago, IL 60602 | 75,000.00 |
| 10725-01440 | Wald Financial GRP INC Defined Benefit Pension | Trust 2 PO Box 307<br>249 Margo Way<br>Pismo Beach, CA 93448-0307 | 50,538.19 |
| 10725-01446 | Arnold Family Trust | Hans & Hendrika Arnold TTEES<br>7844 Tiburon Ct.<br>Sparks, NV 89436 | - |
| 10725-01905 | Marcia J Knox Living Trust Dtd 8/16/04 | C/O Marcia J Knox Trustee<br>1885 Vintners Pl<br>Reno, NV 89509-8334 | 75,539.24 |
| 10725-02116 | Doerr Family Trust Dtd 9/12/02 | Linda Patrucco Doerr Ttee<br>690 West Riverview CIR<br>Reno, NV 89509-1130 | 659,484.08 |

257453.1

**EXHIBIT A**

USACM Liquidating Trust
**PROOFS OF CLAIM THAT LACK SUPPORTING DOCUMENTATION**

| | | | |
|---|---|---|---|
| 10725-02165 | Virts Revocable Living Trust | Donald E & Patrizia Virts Ttees<br>4381 W Hidden Valley<br>Reno, NV  89502 | 760,606.00 |
| 10725-02343 | Boyce 1989 Trust Dtd 6/12/89 | C/O Kathleen A Boyce Trustee<br>3270 Piazzo Circle<br>Reno, NV  89502 | - |
| 10725-02344 | Boyce, Kathleen | 3270 Piazzo Circle<br>Reno, NV  89502 | - |
| 10725-02482 | Don P Marshall Trust Dated 7/18/95 | C/O Don P Marshall Trustee<br>221 Chiquita Rd<br>Healdsburg, CA  95448-9055 | 200,000.00 |
| 10725-02555 | Everett H Johnston Family Trust Dtd 1/24/90 | C/O Everett H Johnston Trustee<br> Po Box 3605<br>Incline Village, NV  89450-3605 | 423,369.64 |
| 10725-02561 | Everett H Johnston Family Trust Dtd 1/24/90 | C/O Everett H Johnston Trustee<br>Po Box 3605<br>Incline Village, NV  89450-3605 | 461,684.00 |

257453.1

**EXHIBIT A**