E-Filed on 07/23/09

1

2  **DIAMOND MCCARTHY LLP**                    **LEWIS AND ROCA LLP**
   909 Fannin, Suite 1500                       3993 Howard Hughes Parkway, Suite 600
   Houston, Texas 77010                         Las Vegas, NV 89169-5996
3  Telephone (713) 333-5100                     Telephone (702) 949-8320
   Facsimile (713) 333-5199                     Facsimile (702) 949-8321

4  Allan B. Diamond, TX State Bar No. 05801800   Rob Charles, NV State Bar No. 006593
   Email: adiamond@diamondmccarthy.com          Email: rcharles@lrlaw.com
   Eric D. Madden, TX State Bar No. 24013079
5  Email: emadden@diamondmccarthy.com
   Special Litigation Counsel for USACM Liquidating Trust   Counsel for USACM Liquidating Trust

6
                **UNITED STATES BANKRUPTCY COURT**
7                      **DISTRICT OF NEVADA**

8  In re:

9  USA COMMERCIAL MORTGAGE              Case No. BK-S-06-10725-LBR
   COMPANY,                             Case No. BK-S-06-10726-LBR
                                        Case No. BK-S-06-10727-LBR
10 USA CAPITAL REALTY ADVISORS,         Case No. BK-S-06-10728-LBR
   LLC,                                 Case No. BK-S-06-10729-LBR
11
12 USA CAPITAL DIVERSIFIED TRUST        CHAPTER 11
   DEED FUND, LLC,
                                        Jointly Administered Under Case No.
13 USA CAPITAL FIRST TRUST DEED         BK-S-06-10725 LBR
   FUND, LLC,
14                                      **DESIGNATION OF LOCAL COUNSEL**
15 USA SECURITIES, LLC,                 **AND CONSENT THERETO**
                            Debtors.
16
   **Affects:**
17 ☐ All Debtors
   ☒ USA Commercial Mortgage Company
18 ☐ USA Capital Realty Advisors, LLC
   ☐ USA Capital Diversified Trust Deed Fund, LLC
19 ☐ USA Capital First Trust Deed Fund, LLC
   ☐ USA Securities, LLC
20

21        The undersigned, special litigation counsel for the USACM Liquidating Trust,

22 herein has submitted to the Court a "Verified Petition for Permission to Practice in this

23 Case Only." I am not admitted to the bar of this Court, but Lewis and Roca LLP does

24 maintain offices in the District of Nevada for the practice of law. I believe it to be in the

25 best interest of the client, the USACM Liquidating Trust, to designate Rob Charles,

26 attorney at law, member of the State Bar of Nevada and previously admitted to practice

DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO -- PAGE 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

before the above-entitled Court, as associate local counsel in this action. The address of said designated Nevada Counsel is: Rob Charles (Bar Code #006593), 3993 Howard Hughes Parkway, Suite 600, Las Vegas, NV 89169, Telephone: (702) 949-8320, Facsimile (702) 949-8321, Email: rcharles@lrlaw.com.

By designation, the undersigned attorneys and parties agree that all documents and other papers issued out of this Court in the above-entitled case may be served on the designated local counsel. Further, said local counsel shall be responsible for providing copies of the same to the co-counsel. Further, this designation constitutes agreements and authorization by the undersigned for the designated local counsel to sign stipulations binding on all of us. The time for performing any act under applicable Rule shall run from the date of service on the local counsel.

*/s/Craig A. Boneau* (TX# 24064922)
Craig A. Boneau
Diamond McCarthy LLP
6504 Bridgepoint Parkway, Suite 400
Austin, TX 78730
Telephone: 512.617.5200
Facsimile: 512.617.5299

*Special Litigation Counsel for the USACM Liquidating Trust*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## CONSENT OF DESIGNATED NEVADA COUNSEL

The undersigned hereby consents to serve as associate Nevada counsel in this case and agrees that he is responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that he is responsible to transmit copies of all documents and other papers so served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

/s/ *RMC*                          (#0006593)
Rob Charles
Lewis and Roca LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89109
Telephone (702) 949-8320
Facsimile (702) 949-8321
*Designated Nevada Counsel*

DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO – PAGE 3

1

## APPOINTMENT OF DESIGNATED NEVADA COUNSEL

2    The undersigned party appoints Rob Charles as Designated Nevada Counsel in this

3  case.

4                                          /s/Craig A. Boneau   (TX# 24064922)
                                           Craig A. Boneau
5                                          Diamond McCarthy LLP
                                           6504 Bridgepoint Parkway, Suite 400
6                                          Austin, TX  78730
                                           Telephone: 512.617.5200
7                                          Facsimile:  512.617.5299

8                                          *Special Litigation Counsel for the
                                           USACM Liquidating Trust*
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26