| Claim | Name | Address | Total Claim Amount | Unremitted Principal to be Allowed as Claim | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|
| **10725-00363** | Feldman, Benjamin | 1 St Marys Ct<br>Rancho Mirage, CA  92270 | 23,236.98 | - | 23,236.98 |
| **10725-00640** | Johnson, Marilyn & Ronald | 1010 Larue Ave<br>Reno, NV  89509 | 38,012.00 | - | 38,012.00 |
| **10725-00683** | Sipiorski, Dennis & Donna | 1312 Jackie Ln<br>Minden, NV  89423-9070 | 12,951.80 | - | 12,951.80 |
| **10725-00760** | Ayers, C Donald | Po Box 605<br>Islamorada, Fl  33036-0605 | 12,951.80 | - | 12,951.80 |
| **10725-00798** | Marcia J Knox Living Trust Dtd 8/16/04 | C/O Marcia J Knox Trustee<br>1885 Vintners Pl<br>Reno, NV  89509-8334 | 27,916.09 | - | 27,916.09 |
| **10725-01042** | Donald P Clark Family Trust Dated 10/25/94 | 305 W Moana LN<br>Reno, NV  89509 | 74,011.56 | - | 74,011.56 |
| **10725-01159** | Evans, Richard | 7143 Via Solana<br>San Jose, CA  95135 | 37,000.00 | - | 37,000.00 |
| **10725-01526** | Richard Thurmond Ltd Partnership | 749 Willow Ave<br>Henderson, NV  89015 | 68,826.00 | - | 68,826.00 |
| **10725-01534** | Fine, Lewis H & Arlene J | Po Box 487<br>Oakley, UT  84055-0487 | 40,089.59 | - | 40,089.59 |
| **10725-01637** | Marcia J Knox Living Trust Dtd 8/16/04 | C/O Marcia J Knox Trustee<br>1885 Vintners Pl<br>Reno, NV  89509 | 75,539.24 | - | 75,539.24 |

**EXHIBIT A**