| Claim | Name | Address | Total Claim Amount | Unremitted Principal to be Allowed as Claim | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|
| **10725-01797** | Berkowitz, David M | 827 Union Pacific Blvd  Pmb 71-404<br>Laredo, TX  78045 | 37,353.00 | - | 37,353.00 |
| **10725-01818** | Clark, Donald | 305 W Moana LN<br>Reno, NV  89509 | 24,571.96 | - | 24,571.96 |
| **10725-01900** | Allen M & Dorothy H Nirenstein Revocable Trust | C/O Allen & Dorothy Nirenstein Ttees<br>403 Woodland Rd<br>Kentfield, CA  94904-2635 | 37,005.78 | - | 37,005.78 |
| **10725-02139** | Millar Dr, Russell | 923 Ceres Rd<br>Palm Springs, CA  92262 | 22,942.06 | - | 22,942.06 |
| **10725-02351** | Melvin, Teri L | 2704 Chokecherry Way<br>Henderson, NV  89074 | 125,025.85 | - | 125,025.85 |
| **10725-02387** | Lee, Richard | 1446 35Th Ave<br>San Francisco, CA  94122 | 49,226.62 | - | 49,226.62 |
| **10725-02516** | Leblanc, Joan M | Po Box 6434<br> Incline Village, NV  89450-6434 | 45,458.12 | - | 45,458.12 |
| **10725-02539** | Albiol, Marcia | Po Box 221356<br>Carmel, CA  93922 | 50,000.00 | - | 50,000.00 |
| **10725-02571** | Oppio, Catherine | Po Box 15<br>430 Gonowabie<br>Crystal Bay, NV  89402 | 38,855.38 | - | 38,855.38 |
| **10725-02152** | Ramsey, Aaron S & Lara | 7713 N 41St St<br>Niwot, CO  80503 | 76,518.00 | 12,285.97 | 64,232.03 |

**EXHIBIT A**