| Claim | Name | Address | Total Claim Amount | Unremitted Principal to be Allowed as Claim | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|
| 10725-00009-2 | Moon Ttee Of The Decedent`S Trust, Frieda Moon | Of The Restated Moon Irrevocable 2504 Callita Court Las Vegas, NV 89102 | 37,860.24 | 12,285.97 | 25,574.27 |
| 10725-00021-2 | Falvai, Brenda | 252 Paseo De Juan Anaheim, CA 92807 | 37,860.24 | 12,285.97 | 25,574.27 |
| 10725-00131 | Anderson Trustee, Larry | 13250 Mahogany Dr Reno, NV 89511 | 50,000.00 | 12,285.97 | 37,714.03 |
| 10725-00205 | Carrier Family Trust | Don F & Sara L CArrier Ttees 3175 Greensburg Cir Reno, NV 89509 | 50,000.00 | 12,285.97 | 37,714.03 |
| 10725-00831 | Archer, Guy | 1725 Fairfield Ave Reno, NV 89509-3221 | 37,005.78 | 12,285.97 | 24,719.81 |
| 10725-01158 | Tessel, Michel | Jean Jacques Berthelot W/Poa 9328 Sienna Vista Dr Las Vegas, NV 89117-7034 | 37,426.95 | 12,285.97 | 25,140.98 |
| 10725-01252 | Thalia Routsis Family Trust Dtd 7/24/90 | C/O Thalia Nicholas Routsis Ttee Po Box 4311 Incline Village, NV 89450-4311 | 37,732.36 | 12,285.97 | 25,446.39 |
| 10725-01352 | Tammadge, David | 7292 Horner St San Diego, CA 92120 | 40,125.15 | 12,285.97 | 27,839.18 |
| 10725-01393 | Edwards, Jeffrey L & Kathleen M | 501 Oakcrest Drive Coppell, TX 75019 | 25,039.73 | 12,285.97 | 12,753.76 |
| 10725-01562 | Deull, Norma M | 140 Riverside Dr #8A New York, NY 10024 | 37,561.00 | 12,285.97 | 25,275.03 |

**EXHIBIT A**