| Claim | Name | Address | Total Claim Amount | Unremitted Principal to be Allowed as Claim | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|
| **10725-01563** | Leaf, Martin N | 71 Pierce Rd<br>Po Box 142<br>Windsor, MA  01270 | 37,561.00 | 12,285.97 | 25,275.03 |
| **10725-01606** | Wyatt IRA, Phyllis P | Po Box 370400<br>Las Vegas, NV  89137-0400 | 38,059.07 | 12,285.97 | 25,773.10 |
| **10725-01638** | Ricci, Michael H | 1204 CAmballeria Dr<br>Carson City, NV  89701-8655 | 27,057.95 | 12,285.97 | 14,771.98 |
| **10725-01723** | Kiwi Nevada Lp | Po Box 370400<br>Las Vegas, NV  89137-0400 | 40,149.91 | 12,285.97 | 27,863.94 |
| **10725-02073** | Brock Family Trust Dated 5/25/95 | C/O Penny L Brock Trustee<br>355 Mugo Pine Cir<br>Reno, NV  89511-8799 | 35,954.62 | 12,285.97 | 23,668.65 |
| **10725-02098** | Janice Janis & Christine Brager Tenants | 406 Pearl St<br>Boulder, CO  80302-4931 | 49,198.30 | 12,285.97 | 36,912.33 |
| **10725-02172** | Gunther, Barbara L | Po Box 614<br>Verdi, NV  89439 | 50,785.76 | 12,285.97 | 38,499.79 |
| **10725-02232** | Helzer, Jocelyne | 115 South Deer Run Rd<br>Carson City, NV  89701 | 49,213.00 | 12,285.97 | 36,927.03 |
| **10725-02501** | White, Walter E Ira | 2101 CAlle De Espana<br>Las Vegas, NV  89102 | 50,000.00 | 12,285.97 | 37,714.03 |
| **10725-02518** | Gerald E Colligan | Po Box 5781<br>Incline Village, NV  89450-5781 | 50,000.00 | 12,285.97 | 37,714.03 |

**EXHIBIT A**