| Claim | Name | Address | Total Claim Amount | Unremitted Principal to be Allowed as Claim | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|
| **10725-02537** | Albiol, Marcia C & Henry | Po Box 221356<br>Carmel, CA  93922-1356 | 50,000.00 | 12,285.97 | 37,714.03 |
| **10725-02545** | Cadieux, Clara M & Richard L | 1730 Terrace Heights LN<br>Reno, NV  89523-1832 | 37,005.78 | 12,285.97 | 24,719.81 |
| **10725-01030** | Dennis G Campton Md Psp Dtd 3/16/72 | C/O Dennis G CAmpton Trustee<br>5741 Kens PL<br>Pahrump, NV  89060-1751 | 59,209.25 | 19,657.56 | 39,551.69 |
| **10725-01140** | William R & Cynthia J Godfrey Living Trust 2005 | William & Cynthia Godfrey Ttees<br>7250 Birkland Ct<br>Las Vegas, NV  89117 | 74,011.56 | 23,180.83 | 50,830.73 |
| **10725-00355** | John & Janet Mrasz Trust Dtd 12/2/04 | C/O John T & Janet F Mrasz Ttees<br>10015 Barling St<br>Shadow Hills, CA  91040-1512 | 46,095.47 | 24,571.96 | 21,523.51 |
| **10725-01305** | John B & Priscilla J Jaeger Family Trust | John B & Priscilla J Jaeger Trustees<br>2256 Hot Oak Ridge St<br>Las Vegas, NV  89134-5520 | 247,050.00 | 24,571.96 | 222,478.04 |
| **10725-01621** | Addes Trust | C/O Kenneth & Victoria Addes Ttees<br>100 W Broadway Apt 7V<br>Long Beach, NY  11561-4019 | 86,511.56 | 24,571.96 | 61,939.60 |
| **10725-01850** | Broadwalk Investments Limited Partnership | C/O James R Bonfiglio<br>8635 W Sahara<br>Las Vegas, NV  89117-5858 | 75,464.72 | 24,571.96 | 50,892.76 |
| **10725-02395** | Suarez, Tony | 16 Bland St<br>Emerson, NJ  07630-1154 | 82,956.06 | 24,571.96 | 58,384.10 |
| **10725-02509** | Perrone, Nicholas | 5112 San Anselmo St<br>Las Vegas, NV  89120 | 781,454.00 | 24,571.96 | 756,882.04 |

**EXHIBIT A**