| Claim | Name | Address | Total Claim Amount | Unremitted Principal to be Allowed as Claim | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|
| 10725-00496 | Graham Family Trust Dtd 10/26/78 | Robin B & Celia Allen Graham Ttees 1460 Twinridge Rd Santa Barbara, CA  93111-1223 | 49,672.48 | 36,857.92 | 12,814.56 |
| 10725-01381 | Fanelli, Mark | 244 Prospect St Leominster, MA  01453 | 116,635.00 | 36,857.92 | 79,777.08 |
| 10725-01096 | Donaldson, Arthur T | Po Box 307 Janesville, WI  53547-0307 | 2,200,000.00 | 49,143.90 | 2,150,856.10 |
| 10725-01004 | Preswick Corp | 1400 Colorado St  Ste C Boulder City, NV  89005 | 321,992.29 | 98,287.80 | 223,704.49 |

**EXHIBIT A**