| Claim | Name | Address | Total Claim Amount | Total Claim Amount Relating to Bay Pompano Beach Loan | Unremitted Principal to be Allowed as Claim | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| 10725-00231 | Donald P Clark Family Trust DTD 10/25/94 | C/O Donald P Clark Trustee 305 W Moana Ln Reno, NV  89509-4924 | 709,011.56 | 74,011.56 | - | 74,011.56 |
| 10725-00413 | Sobesky, Stephen | 1118 Olmo Boulder City, NV  89005 | 70,000.00 | - | - | - |
| 10725-01032 | Perrone, Nicholas | 5112 San Anselmo St Las Vegas, NV  89120 | 736,089.00 | 46,089.00 | - | 46,089.00 |
| 10725-01419 | S&P Davis Limited Partnership | 737 Bannerman Lane Fort Mill, SC  29715 | 419,981.00 | 25,000.00 | - | 25,000.00 |
| 10725-01541 | Graham Family Trust DTD 10/26/78 | Robin B & Celia Allen Graham Ttees 1460 Twinridge Rd Santa Barbara, CA  93111-1223 | 503,808.00 | 37,500.00 | - | 37,500.00 |
| 10725-01601 | Clark, Donald | 305 W Moana Ln Reno, NV  89509 | 775,918.76 | 82,571.84 | - | 82,571.84 |
| 10725-01635 | Marcia J Knox Living Trust DTD 8/16/04 | C/O Marcia J Knox Trustee 1885 Vintners Pl Reno, NV  89509-8334 | - | - | - | - |
| 10725-01684 | Mcknight, James E | 233 Branch Ave Freeport, NY  11520 | - | - | - | - |
| 10725-01694 | Wahl, David | Po Box 8012 Mammoth Lakes, CA  93546 | 289,414.18 | 45,278.83 | - | 45,278.83 |
| 10725-01863 | Hubbard  Trust DTD 7/29/98 | C/O George W Hubbard And CArol N Hubbard Trustees 6340 N Calle Tregua Serena Tucson, AZ  85750-0951 | 162,500.00 | 27,500.00 | - | 27,500.00 |

**EXHIBIT A**