| Claim | Name | Address | Total Claim Amount | Total Claim Amount Relating to Bay Pompano Beach Loan | Unremitted Principal to be Allowed as Claim | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| 10725-01865 | Oosthuizen, Adrian Jr | 5860 Lausanne Dr<br>Reno, NV  89511 | 2,711,295.30 | 226,394.16 | - | 226,394.16 |
| 10725-01903 | Aig Limited A Nevada Limited Partnership | 9904 Villa Granito Ln<br>Granite Bay, CA  95746-6481 | 813,297.52 | 150,929.44 | - | 150,929.44 |
| 10725-01969 | Terry Markwell Profit Sharing Plan & Trust | Terry Markwell Ttee<br>12765 Silver Wolf Rd<br>Reno, NV  89511 | 807,706.42 | 75,464.52 | - | 75,464.52 |
| 10725-02031 | Freda Newman Trust DTD 7/26/84 | Freda Newman Trustee  C/O Daniel Newman<br>125 Elysian Dr<br>Sedona, AZ  86336 | 467,009.44 | 75,464.72 | - | 75,464.72 |
| 10725-02135 | Schoonover Family Trust DTD 2/23/04 | Edward L & Susan A Schoonover Co-Ttees<br>11044 E. Nopal Ave<br>Mesa, AZ  85209 | 269,449.00 | 90,557.66 | - | 90,557.66 |
| 10725-02146 | Casebolt Revocable Trust DTD 2/30/94 | Josephine CAsebolt Ttee<br>201 Ada Ave Apt 46<br>Mountain View, CA  94043-4943 | 252,188.76 | 74,011.56 | - | 74,011.56 |
| 10725-02267 | Daniel Living Trust As Amended DTD 1/9/98 | Mark A & CAthy A Daniel Ttees<br>20 Redonda Irvine, CA  92620-1954 | 1,119,987.66 | 150,929.44 | - | 150,929.44 |
| 10725-02273 | Louise Teeter IRA Rollover | 4201 Via Marina  Ste 300<br>Marina Del Rey, CA  90292-5237 | 898,523.18 | 92,066.96 | - | 92,066.96 |
| 10725-02275 | Teeter, Norman | 4201 Via Marina #300<br>Marina Del Rey, CA  90292 | 599,327.28 | 75,464.72 | - | 75,464.72 |
| 10725-02296 | Jayem Family Lp | 7 Paradise Valley Ct<br>Henderson, NV  89052-6706 | 265,865.00 | 12,560.75 | - | 12,560.75 |

**EXHIBIT A**