EXHIBIT A

Case 06-10725-gwz    Doc 7282-1    Entered 07/23/09 17:17:19    Page 1 of 12

1962760.1

**USACM TRUST**

**Bay Pompano Beach**
**Single Loan Claims**

| Claim | Name | Address | Total Claim Amount | Unremitted Principal to be Allowed as Claim | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|
| **10725-00363** | Feldman, Benjamin | 1 St Marys Ct<br>Rancho Mirage, CA 92270 | 23,236.98 | - | 23,236.98 |
| **10725-00640** | Johnson, Marilyn & Ronald | 1010 Larue Ave<br>Reno, NV 89509 | 38,012.00 | - | 38,012.00 |
| **10725-00683** | Sipiorski, Dennis & Donna | 1312 Jackie Ln<br>Minden, NV 89423-9070 | 12,951.80 | - | 12,951.80 |
| **10725-00760** | Ayers, C Donald | Po Box 605<br>Islamorada, Fl 33036-0605 | 12,951.80 | - | 12,951.80 |
| **10725-00798** | Marcia J Knox Living Trust Dtd 8/16/04 | C/O Marcia J Knox Trustee<br>1885 Vintners Pl<br>Reno, NV 89509-8334 | 27,916.09 | - | 27,916.09 |
| **10725-01042** | Donald P Clark Family Trust Dated 10/25/94 | 305 W Moana LN<br>Reno, NV 89509 | 74,011.56 | - | 74,011.56 |
| **10725-01159** | Evans, Richard | 7143 Via Solana<br>San Jose, CA 95135 | 37,000.00 | - | 37,000.00 |
| **10725-01526** | Richard Thurmond Ltd Partnership | 749 Willow Ave<br>Henderson, NV 89015 | 68,826.00 | - | 68,826.00 |
| **10725-01534** | Fine, Lewis H & Arlene J | Po Box 487<br>Oakley, UT 84055-0487 | 40,089.59 | - | 40,089.59 |
| **10725-01637** | Marcia J Knox Living Trust Dtd 8/16/04 | C/O Marcia J Knox Trustee<br>1885 Vintners Pl<br>Reno, NV 89509 | 75,539.24 | - | 75,539.24 |
| **10725-01797** | Berkowitz, David M | 827 Union Pacific Blvd Pmb 71-404<br>Laredo, TX 78045 | 37,353.00 | - | 37,353.00 |
| **10725-01818** | Clark, Donald | 305 W Moana LN<br>Reno, NV 89509 | 24,571.96 | - | 24,571.96 |
| **10725-01900** | Allen M & Dorothy H Nirenstein Revocable Trust | C/O Allen & Dorothy Nirenstein Ttees<br>403 Woodland Rd<br>Kentfield, CA 94904-2635 | 37,005.78 | - | 37,005.78 |
| **10725-02139** | Millar Dr, Russell | 923 Ceres Rd<br>Palm Springs, CA 92262 | 22,942.06 | - | 22,942.06 |
| **10725-02351** | Melvin, Teri L | 2704 Chokecherry Way<br>Henderson, NV 89074 | 125,025.85 | - | 125,025.85 |
| **10725-02387** | Lee, Richard | 1446 35Th Ave<br>San Francisco, CA 94122 | 49,226.62 | - | 49,226.62 |
| **10725-02516** | Leblanc, Joan M | Po Box 6434<br>Incline Village, NV 89450-6434 | 45,458.12 | - | 45,458.12 |
| **10725-02539** | Albiol, Marcia | Po Box 221356<br>Carmel, CA 93922 | 50,000.00 | - | 50,000.00 |

| Claim | Name | Address | Total Claim Amount | Unremitted Principal to be Allowed as Claim | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|
| **10725-02571** | Oppio, Catherine | Po Box 15<br>430 Gonowabie<br>Crystal Bay, NV  89402 | 38,855.38 | - | 38,855.38 |
| **10725-02152** | Ramsey, Aaron S & Lara | 7713 N 41St St<br>Niwot, CO  80503 | 76,518.00 | 12,285.97 | 64,232.03 |
| **10725-00009-2** | Moon Ttee Of The Decedent`S Trust, Frieda Moon | Of The Restated Moon Irrevocable<br>2504 Callita Court<br>Las Vegas, NV  89102 | 37,860.24 | 12,285.97 | 25,574.27 |
| **10725-00021-2** | Falvai, Brenda | 252 Paseo De Juan<br>Anaheim, CA  92807 | 37,860.24 | 12,285.97 | 25,574.27 |
| **10725-00131** | Anderson Trustee, Larry | 13250 Mahogany Dr<br>Reno, NV  89511 | 50,000.00 | 12,285.97 | 37,714.03 |
| **10725-00205** | Carrier Family Trust | Don F & Sara L CArrier Ttees<br>3175 Greensburg Cir<br>Reno, NV  89509 | 50,000.00 | 12,285.97 | 37,714.03 |
| **10725-00831** | Archer, Guy | 1725 Fairfield Ave<br>Reno, NV  89509-3221 | 37,005.78 | 12,285.97 | 24,719.81 |
| **10725-01158** | Tessel, Michel | Jean Jacques Berthelot W/Poa<br>9328 Sienna Vista Dr<br>Las Vegas, NV  89117-7034 | 37,426.95 | 12,285.97 | 25,140.98 |
| **10725-01252** | Thalia Routsis Family Trust Dtd 7/24/90 | C/O Thalia Nicholas Routsis Ttee<br>Po Box 4311<br>Incline Village, NV  89450-4311 | 37,732.36 | 12,285.97 | 25,446.39 |
| **10725-01352** | Tammadge, David | 7292 Horner St<br>San Diego, CA  92120 | 40,125.15 | 12,285.97 | 27,839.18 |
| **10725-01393** | Edwards, Jeffrey L & Kathleen M | 501 Oakcrest Drive<br>Coppell, TX  75019 | 25,039.73 | 12,285.97 | 12,753.76 |
| **10725-01562** | Deull, Norma M | 140 Riverside Dr #8A<br>New York, NY  10024 | 37,561.00 | 12,285.97 | 25,275.03 |
| **10725-01563** | Leaf, Martin N | 71 Pierce Rd<br>Po Box 142<br>Windsor, MA  01270 | 37,561.00 | 12,285.97 | 25,275.03 |
| **10725-01606** | Wyatt IRA, Phyllis P | Po Box 370400<br>Las Vegas, NV  89137-0400 | 38,059.07 | 12,285.97 | 25,773.10 |
| **10725-01638** | Ricci, Michael H | 1204 CAmballeria Dr<br>Carson City, NV  89701-8655 | 27,057.95 | 12,285.97 | 14,771.98 |
| **10725-01723** | Kiwi Nevada Lp | Po Box 370400<br>Las Vegas, NV  89137-0400 | 40,149.91 | 12,285.97 | 27,863.94 |

**USACM TRUST**

**Bay Pompano Beach**
**Single Loan Claims**

| Claim | Name | Address | Total Claim Amount | Unremitted Principal to be Allowed as Claim | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|
| **10725-02073** | Brock Family Trust Dated 5/25/95 | C/O Penny L Brock Trustee<br>355 Mugo Pine Cir<br>Reno, NV  89511-8799 | 35,954.62 | 12,285.97 | 23,668.65 |
| **10725-02098** | Janice Janis & Christine Brager Tenants | 406 Pearl St<br>Boulder, CO  80302-4931 | 49,198.30 | 12,285.97 | 36,912.33 |
| **10725-02172** | Gunther, Barbara L | Po Box 614<br>Verdi, NV  89439 | 50,785.76 | 12,285.97 | 38,499.79 |
| **10725-02232** | Helzer, Jocelyne | 115 South Deer Run Rd<br>Carson City, NV  89701 | 49,213.00 | 12,285.97 | 36,927.03 |
| **10725-02501** | White, Walter E Ira | 2101 CAlle De Espana<br>Las Vegas, NV  89102 | 50,000.00 | 12,285.97 | 37,714.03 |
| **10725-02518** | Gerald E Colligan | Po Box 5781<br>Incline Village, NV  89450-5781 | 50,000.00 | 12,285.97 | 37,714.03 |
| **10725-02537** | Albiol, Marcia C & Henry | Po Box 221356<br>Carmel, CA  93922-1356 | 50,000.00 | 12,285.97 | 37,714.03 |
| **10725-02545** | Cadieux, Clara M & Richard L | 1730 Terrace Heights LN<br>Reno, NV  89523-1832 | 37,005.78 | 12,285.97 | 24,719.81 |
| **10725-01030** | Dennis G Campton Md Psp Dtd 3/16/72 | C/O Dennis G CAmpton Trustee<br>5741 Kens PL<br>Pahrump, NV  89060-1751 | 59,209.25 | 19,657.56 | 39,551.69 |
| **10725-01140** | William R & Cynthia J Godfrey Living Trust 2005 | William & Cynthia Godfrey Ttees<br>7250 Birkland Ct<br>Las Vegas, NV  89117 | 74,011.56 | 23,180.83 | 50,830.73 |
| **10725-00355** | John & Janet Mrasz Trust Dtd 12/2/04 | C/O John T & Janet F Mrasz Ttees<br>10015 Barling St<br>Shadow Hills, CA  91040-1512 | 46,095.47 | 24,571.96 | 21,523.51 |
| **10725-01305** | John B & Priscilla J Jaeger Family Trust | John B & Priscilla J Jaeger Trustees<br>2256 Hot Oak Ridge St<br>Las Vegas, NV  89134-5520 | 247,050.00 | 24,571.96 | 222,478.04 |
| **10725-01621** | Addes Trust | C/O Kenneth & Victoria Addes Ttees<br>100 W Broadway Apt 7V<br>Long Beach, NY  11561-4019 | 86,511.56 | 24,571.96 | 61,939.60 |
| **10725-01850** | Broadwalk Investments Limited Partnership | C/O James R Bonfiglio<br>8635 W Sahara<br>Las Vegas, NV  89117-5858 | 75,464.72 | 24,571.96 | 50,892.76 |
| **10725-02395** | Suarez, Tony | 16 Bland St<br>Emerson, NJ  07630-1154 | 82,956.06 | 24,571.96 | 58,384.10 |
| **10725-02509** | Perrone, Nicholas | 5112 San Anselmo St<br>Las Vegas, NV  89120 | 781,454.00 | 24,571.96 | 756,882.04 |

| Claim | Name | Address | Total Claim Amount | Unremitted Principal to be Allowed as Claim | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|
| **10725-00496** | Graham Family Trust Dtd 10/26/78 | Robin B & Celia Allen Graham Ttees<br>1460 Twinridge Rd<br>Santa Barbara, CA  93111-1223 | 49,672.48 | 36,857.92 | 12,814.56 |
| **10725-01381** | Fanelli, Mark | 244 Prospect St<br>Leominster, MA  01453 | 116,635.00 | 36,857.92 | 79,777.08 |
| **10725-01096** | Donaldson, Arthur T | Po Box 307<br>Janesville, WI  53547-0307 | 2,200,000.00 | 49,143.90 | 2,150,856.10 |
| **10725-01004** | Preswick Corp | 1400 Colorado St  Ste C<br>Boulder City, NV  89005 | 321,992.29 | 98,287.80 | 223,704.49 |

**USACM TRUST**

**Bay Pompano Beach**
**Multiple Loan Claims**

| Claim | Name | Address | Total Claim Amount | Total Claim Amount Relating to Bay Pompano Beach Loan | Unremitted Principal to be Allowed as Claim | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| 10725-00231 | Donald P Clark Family Trust DTD 10/25/94 | C/O Donald P Clark Trustee<br>305 W Moana Ln<br>Reno, NV 89509-4924 | 709,011.56 | 74,011.56 | - | 74,011.56 |
| 10725-00413 | Sobesky, Stephen | 1118 Olmo<br>Boulder City, NV 89005 | 70,000.00 | - | - | - |
| 10725-01032 | Perrone, Nicholas | 5112 San Anselmo St<br>Las Vegas, NV 89120 | 736,089.00 | 46,089.00 | - | 46,089.00 |
| 10725-01419 | S&P Davis Limited Partnership | 737 Bannerman Lane<br>Fort Mill, SC 29715 | 419,981.00 | 25,000.00 | - | 25,000.00 |
| 10725-01541 | Graham Family Trust DTD 10/26/78 | Robin B & Celia Allen Graham Ttees<br>1460 Twinridge Rd<br>Santa Barbara, CA 93111-1223 | 503,808.00 | 37,500.00 | - | 37,500.00 |
| 10725-01601 | Clark, Donald | 305 W Moana LN<br>Reno, NV 89509 | 775,918.76 | 82,571.84 | - | 82,571.84 |
| 10725-01635 | Marcia J Knox Living Trust DTD 8/16/04 | C/O Marcia J Knox Trustee<br>1885 Vintners Pl<br>Reno, NV 89509-8334 | - | - | - | - |
| 10725-01684 | Mcknight, James E | 233 Branch Ave<br>Freeport, NY 11520 | - | - | - | - |
| 10725-01694 | Wahl, David | Po Box 8012<br>Mammoth Lakes, CA 93546 | 289,414.18 | 45,278.83 | - | 45,278.83 |
| 10725-01863 | Hubbard Trust DTD 7/29/98 | C/O George W Hubbard And CArol N Hubbard Trustees<br>6340 N Calle Tregua Serena<br>Tucson, AZ 85750-0951 | 162,500.00 | 27,500.00 | - | 27,500.00 |
| 10725-01865 | Oosthuizen, Adrian Jr | 5860 Lausanne Dr<br>Reno, NV 89511 | 2,711,295.30 | 226,394.16 | - | 226,394.16 |
| 10725-01903 | Aig Limited A Nevada Limited Partnership | 9904 Villa Granito Ln<br>Granite Bay, CA 95746-6481 | 813,297.52 | 150,929.44 | - | 150,929.44 |
| 10725-01969 | Terry Markwell Profit Sharing Plan & Trust | Terry Markwell Ttee<br>12765 Silver Wolf Rd<br>Reno, NV 89511 | 807,706.42 | 75,464.52 | - | 75,464.52 |
| 10725-02031 | Freda Newman Trust DTD 7/26/84 | Freda Newman Trustee C/O Daniel Newman<br>125 Elysian Dr<br>Sedona, AZ 86336 | 467,009.44 | 75,464.72 | - | 75,464.72 |
| 10725-02135 | Schoonover Family Trust DTD 2/23/04 | Edward L & Susan A Schoonover Co-Ttees<br>11044 E. Nopal Ave<br>Mesa, AZ 85209 | 269,449.00 | 90,557.66 | - | 90,557.66 |

**USACM TRUST**

**Bay Pompano Beach**
**Multiple Loan Claims**

| Claim | Name | Address | Total Claim Amount | Total Claim Amount Relating to Bay Pompano Beach Loan | Unremited Principal to be Allowed as Claim | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| 10725-02146 | Casebolt Revocable Trust DTD 2/30/94 | Josephine CAsebolt Ttee<br>201 Ada Ave Apt 46<br>Mountain View, CA  94043-4943 | 252,188.76 | 74,011.56 | - | 74,011.56 |
| 10725-02267 | Daniel Living Trust As Amended DTD 1/9/98 | Mark A & CAthy A Daniel Ttees<br>20 Redonda Irvine, CA  92620-1954 | 1,119,987.66 | 150,929.44 | - | 150,929.44 |
| 10725-02273 | Louise Teeter IRA Rollover | 4201 Via Marina  Ste 300<br>Marina Del Rey, CA  90292-5237 | 898,523.18 | 92,066.96 | - | 92,066.96 |
| 10725-02275 | Teeter, Norman | 4201 Via Marina #300<br>Marina Del Rey, CA  90292 | 599,327.28 | 75,464.72 | - | 75,464.72 |
| 10725-02296 | Jayem Family Lp | 7 Paradise Valley Ct<br>Henderson, NV  89052-6706 | 265,865.00 | 12,560.75 | - | 12,560.75 |
| 10725-02298 | Jayem Family Lp Jacques Massa Gp | 7 Paradise Valley Ct<br>Henderson, NV  89052-6706 | 936,807.81 | 37,005.78 | - | 37,005.78 |
| 10725-02315 | Wahl, David C | Po Box 8012<br>Mammoth Lakes, CA  93546 | 144,224.96 | 90,557.66 | - | 90,557.66 |
| 10725-02348 | Melvin, Teri L | 2704 Chokecherry Ave<br>Henderson, NV  89074-1990 | 197,669.94 | - | - | - |
| 10725-02349 | Melvin, Teri L | 2704 Chokecherry Ave<br>Henderson, NV  89074-1990 | 100,000.00 | - | - | - |
| 10725-02366 | Al-Awar Living Trust DTD 4/05/01 | Adib M & Ellen A Al-Awar Ttees<br>1330 Burro Ct<br>Gardnerville, NV  89410 | 3,615,913.62 | 444,069.36 | - | 444,069.36 |
| 10725-02383 | Minter Family 1994 Trust | Douglas & Elizabeth F Minter Ttees<br>5389 Conte Dr<br>Carson City, NV  89701 | 1,244,089.74 | 100,000.00 | - | 100,000.00 |
| 10725-02393 | Donald P Clark Family Trust | Donald P Clark Ttee<br>305 W Moana Ln Ste C<br>Reno, NV  89509 | 1,118,023.12 | 104,448.86 | - | 104,448.86 |
| 10725-02423 | Pinsker, Donald H | 8650 W Verde Way<br>Las Vegas, NV  89149-4145 | 1,633,057.16 | 148,023.12 | - | 148,023.12 |
| 10725-02445 | Acosta, Ruth | 2546 General Armistead Ave<br>Norristown, PA  19403 | 56,467.05 | - | - | - |
| 10726-00067 | Douchet,  D. Joseph | Trustee Of Douchet Trust<br>3301 Skyline Blvd.<br>Reno, NV  89509-6604 | 502,335.71 | - | - | - |
| 10725-00080 | Quinn, Edward & Darlene | 660 Nw Brookhaven Dr   Lee`S Summit, MO  64081 | 156,388.48 | 42,198.12 | 12,285.97 | 29,912.15 |
| 10725-01036 | Sierra West Inc | Po Box 8346<br>Incline Village, NV  89452-8346 | 425,583.32 | 49,957.58 | 12,285.97 | 37,671.61 |

**USACM TRUST**

**Bay Pompano Beach**
**Multiple Loan Claims**

| Claim | Name | Address | Total Claim Amount | Total Claim Amount Relating to Bay Pompano Beach Loan | Unremitted Principal to be Allowed as Claim | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| 10725-01165 | Goldstein, Barry J & Patricia B | C/O Jeffrey S Berlowitz Esq 4000 Hollywood Blvd Ste 375-S Hollywood, FL 33021 | 14,699.00 | 12,951.80 | 12,285.97 | 665.83 |
| 10725-01175 | Nix, John | 836 Temple Rock Ct Boulder City, NV 89005 | 710,937.34 | 37,732.36 | 12,285.97 | 25,446.39 |
| 10725-01208 | Monighetti, Pete | 6515 Frankie Ln Prunedale, CA 93907 | 1,509,963.55 | 23,047.73 | 12,285.97 | 10,761.76 |
| 10725-01314 | John E Michelsen Family Trust | John F Murtha Esq PO Box 2311 Reno, NV 89505 | 236,764.00 | 36,735.00 | 12,285.97 | 24,449.03 |
| 10725-01365 | Vrbancic, Richard G | 103 Willow Brook Dr Ne Warren, OH 44483-4630 | 270,000.00 | 50,000.00 | 12,285.97 | 35,003.60 |
| 10725-01582 | Teeter, Norman | 4201 Via Marina #300 Marina Del Rey, CA 90292 | 136,246.00 | 12,560.75 | 12,285.97 | 274.78 |
| 10725-01937 | Debt Acquisition Co Of America V Llc Assignee | Barbara J Vivero RevoCAble Trust, Barbara J Vivero 1565 Hotel Cir S Ste 310 San Diego, CA 92108 | 12,951.80 | 12,951.00 | 12,285.97 | 665.03 |
| 10725-02059 | Jack R Clark & Linda C Reid Jt Ten | 9900 Wilbur May Pkwy #4701 Reno, NV 89521-3089 | 1,782,032.06 | 74,011.56 | 12,285.97 | 61,725.59 |
| 10725-02550 | Osvaldo Zunino Living Trust Dated 12/18/98 | C/O Osvaldo Zunino Trustee 3575 Tioga Way Las Vegas, NV 89109-3340 | 620,000.00 | 50,000.00 | 12,285.97 | 37,714.03 |
| 10725-00089 | Augustine Tuffanelli Family Trust | Augustine Tuffanelli Ttee C/O Thomas R Brooksbank 689 Sierra Rose Dr Ste A2 Reno, NV 89511 | 250,000.00 | 50,000.00 | 12,285.97 | 37,714.03 |
| 10725-00549 | Brooks, Robert E | 1405 14Th Ave Sw Minot, ND 58701-5781 | 148,104.63 | 40,104.63 | 12,285.97 | 27,818.66 |
| 10725-00607 | Braida IRA, Michael S | 1168 Dover LN Foster City, CA 94404-3609 | 100,967.00 | 50,967.00 | 12,285.97 | 38,681.03 |
| 10725-01155 | Brauer IRA, Nancy | 2222 Albion St Denver, CO 80207-3708 | 90,998.45 | 40,998.45 | 12,285.97 | 28,712.48 |
| 10725-01212 | Jay E Henman Retirement Plan | C/O Jay E Henman Trustee 1023 Ridgeview Ct Carson City, NV 89705-8054 | 747,243.00 | 50,243.00 | 12,285.97 | 37,957.03 |
| 10725-01215 | George Gage Trust DTD 10/8/99 | C/O Scott D Fleming Esq Hale Lane Peek Dennison & Howard 3930 Howard Hughe Las Vegas, NV 89169 | 12,951.80 | - | 12,285.97 | (12,285.97) |

| Claim | Name | Address | Total Claim Amount | Total Claim Amount Relating to Bay Pompano Beach Loan | Unremitted Principal to be Allowed as Claim | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| 10725-01651 | Phillips Family Trust DTD 10/24/89 | Robert C Lepome<br>10120 S Eastern #200<br>Henderson, NV  89052 | 25,061.00 | 12,561.00 | 12,285.97 | 275.03 |
| 10725-01664 | Partrick J. Anglin | Janet L Chubb Esq  Jones Vargas<br>PO Box 281<br>Reno, NV  89504-0281 | 187,005.78 | 37,005.75 | 12,285.97 | 24,719.78 |
| 10725-01959 | Osherow Trust DTD 9/11/89 | Aaron Osherow Trustee<br>200 S Brentwood Blvd #9D<br>St Louis, MO  63105 | 1,088,466.02 | 75,464.72 | 12,285.97 | 63,178.75 |
| 10725-01973 | Charles Henry Small Revocable Living Trust | Charles H Small Ttee<br>12754 Joleane Ave<br>Yuma, AZ  85367-6490 | 272,896.04 | 75,464.72 | 12,285.97 | 63,178.75 |
| 10725-01994 | Gilbert Jr, Elmer Eugene | 81590 Chenel Rd<br>Folsom, LA  70437-5414 | 455,240.56 | 75,464.72 | 12,285.97 | 63,178.75 |
| 10725-01996 | Stark Family Trust DTD 4/2/84 | Rolaind L Stark Ttee<br>10905 Clarion Ln<br>Las Vegas, NV  89134 | 198,268.14 | 75,464.72 | 12,285.97 | 63,178.75 |
| 10725-02126 | Johnson, Ronald A & Marilyn | 50 Snider Way<br>Sparks, NV  89431-6308 | 304,200.00 | 100,000.00 | 12,285.97 | 87,714.03 |
| 10725-02130 | Arbogast, Suzanne L | 1005 W Buffinglon St<br>Upland, CA  91784 | 459,589.58 | 75,464.72 | 12,285.97 | 63,178.75 |
| 10725-02160 | Ayers, C Donald | Po Box 1769<br>Mammoth Lakes, CA  93546 | 130,313.62 | 35,228.02 | 12,285.97 | 22,942.05 |
| 10725-02201 | Duberg, John H | 4455 Vista Coronado Dr<br>Chula Vista, CA  91910-3234 | 87,877.81 | 36,923.14 | 12,285.97 | 24,637.17 |
| 10725-02282 | Elan Reddell Revocable Trust DTD 8/4/03 | Elan Reddell Trustee<br>6770 Hawaii Kai Dr #1006<br>Honolulu, HI  96825 | 659,407.30 | 75,464.72 | 12,285.97 | 63,178.75 |
| 10725-02333 | Davis Investments | 20 Leroy Terrace<br>New Haven, CT  06512 | 2,000,000.00 | 45,884.10 | 12,285.97 | 33,598.13 |
| 10725-02334 | Davis Family Trust | C/O Joseph Davis & Marion Sharp Co-Trustees<br>3100 Ashby Ave<br>Las Vegas, NV  89102-1908 | 1,500,000.00 | 45,884.10 | 12,285.97 | 33,598.13 |
| 10725-02359 | Janice A Lucas IRA | 1310 Secret Lake Loop<br>Lincoln, CA  95648-8412 | 152,121.34 | 75,464.72 | 12,285.97 | 63,178.75 |
| 10725-02403 | Weible 1981 Trust DTD 6/30/81 | Dean F & Ardis Weible Co Ttees<br> 6314 Tara Ave<br>Las Vegas, NV  89146 | 555,676.78 | 74,011.56 | 12,285.97 | 61,725.59 |

USACM TRUST

Bay Pompano Beach
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Total Claim Amount Relating to Bay Pompano Beach Loan | Unremitted Principal to be Allowed as Claim | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| 10725-02483 | Novak Living Trust DTD 10/21/97 | C/O Frank T Novak & Patricia A Novak Trustees<br>2593 Sumter St<br>Henderson, NV 89052-7113 | 22,967.05 | 22,944.23 | 12,285.97 | 10,658.26 |
| 10725-00801 | Freedom Properties Inc | 1820 Star Pine Ct<br>Reno, NV 89523-4807 | 450,000.00 | 50,000.00 | 12,285.97 | 37,714.03 |
| 10725-02233 | Eddie Mayo & Jocelyne Helzer Jt Ten | 115 South Deer Run Rd<br>Carson City, NV 89701 | 511,906.46 | 74,011.56 | 12,285.97 | 61,725.59 |
| 10725-02411 | Allen M & Dorothy H Nirenstein 1992 Rev Trust | Dtd 3/4/92 Allen & Dorothy Nirenstein Ttees<br>403 Woodland Rd<br>Kentfield, CA 94904-2635 | 805,639.26 | - | 12,285.97 | (12,285.97) |
| 10725-02175 | Simmons Hwjtwros, Alan R & Judith B | Po Box 13296<br>South Lake Tahoe, CA 96151-3296 | 1,186,288.22 | 74,011.56 | 12,917.33 | 61,094.23 |
| 10725-01581 | Teeter IRA Rollover, Louise | 4201 Via Marina, Suite 300<br>Marina Del Rey, CA 90292 | 197,814.00 | 15,324.25 | 14,988.89 | 335.36 |
| 10725-02123 | Universal Management Inc A Nevada Corp | 8080 Harborview Rd<br>Blaine, WA 98230 | 1,438,118.00 | 109,538.00 | 18,183.24 | 91,354.76 |
| 10725-00659 | Piazza IRA, Cesari | 1401 Monterey Dr<br>Boulder City, NV 89005-2224 | 138,000.58 | 53,000.58 | 18,428.96 | 34,571.62 |
| 10725-02038 | Collins Family Trust Dated 1/29/93 | C/O Shirley M Collins Trustee<br>1975 Snowberry Ct<br>Carlsbad, CA 92009-8408 | 1,760,380.48 | 113,197.08 | 18,428.96 | 94,768.12 |
| 10725-02063 | Dery, James D & Ann R | Husband & Wife<br>10 Longmeadow Ln<br>Beachwood, OH 44122 | 2,793,347.72 | 113,197.08 | 18,428.96 | 94,768.12 |
| 10725-02083 | Yoder Defined Benefit Plan, Robert J | Robert J Yoder Trustee<br>12291 Prosser Dam Rd<br>Truckee, CA 96161 | 177,487.64 | 113,197.08 | 18,428.96 | 94,768.12 |
| 10725-02085 | Nancy R Davis Defined Benefit Plan | C/O Nancy R Davis Trustee<br>12291 Prosser Dam Rd<br>Truckee, CA 96161 | 279,063.50 | 33,306.00 | 18,428.96 | 14,877.04 |
| 10725-02186 | Melvin J & Evelyn A Ives Qtip Trust | Evelyn A Ives Ttee<br>220 First St #3<br>Seal Beach, CA 90740 | 330,509.00 | 75,000.00 | 18,428.96 | 56,571.04 |
| 10725-01997 | KM Trust | C/O Aimee E Kearns Trustee<br>5886 N Bonita Vista St<br>Las Vegas, NV 89149-3911 | 1,535,080.92 | 137,661.50 | 22,851.91 | 114,809.59 |

| Claim | Name | Address | Total Claim Amount | Total Claim Amount Relating to Bay Pompano Beach Loan | Unremited Principal to be Allowed as Claim | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| 10725-02306 | Menchetti, D G | Po Box 7100<br>Incline Village, NV 89452-7100 | 1,800,000.00 | 200,974.00 | 24,571.96 | 176,402.04 |
| 10725-02421 | Melvin, Teri | 2704 Chokecherry Way<br>Henderson, NV 89014 | 1,227,122.82 | 150,929.44 | 24,571.96 | 126,357.48 |
| 10725-01169 | Tomlin, Donald S | Donald S & Dorothy R Tomlin Ttee<br>7145 Beverly Glen Ave<br>Las Vegas, NV 89110-4228 | 2,779,806.00 | 74,848.00 | 24,571.96 | 50,276.04 |
| 10725-01438 | Evans, Richard Z | 10409 Summershade LN<br>Reno, NV 89521-5168 | 153,283.00 | 74,011.59 | 24,571.96 | 49,439.63 |
| 10725-01649 | Church Of The Movement Of Spiritual Inner Awarness | Po Box 513935<br>Los Angeles, CA 90051 | 125,000.00 | 25,000.00 | 24,571.96 | 428.04 |
| 10725-01898 | Massry, Morris | C/O Segel Goldman Mazzotta & Siegel PC<br>9 Washigton Sq<br>Albany, NY 12205 | 1,802,040.00 | 76,617.93 | 24,571.96 | 52,045.97 |
| 10725-02103 | Tripp Enterprises Inc A Nevada Corp | Warren W Tripp<br>250 Greg St<br>Sparks, NV 89431 | 980,535.84 | 148,023.12 | 24,571.96 | 123,451.16 |
| 10725-02104 | Tripp, Warren W | 250 Greg St<br>Sparks, NV 89431 | 1,183,402.50 | 148,023.12 | 24,571.96 | 65,586.04 |
| 10725-00807 | Perrone, Catherine | 923 Croton Rd<br>Celebration, FL 34747-4843 | 180,000.00 | 94,941.44 | 24,571.96 | 70,369.48 |
| 10725-01398 | Anthony & Alicia Pasqualotto 1997 Trust | Anthony & Alicia Pasqualotto Trust<br>5775 Duneville St<br>Las Vegas, NV 89118-2726 | 296,359.65 | 96,359.65 | 24,571.96 | 71,787.69 |
| 10725-01953 | Mirzaian, Katrine | 708 Prospect Dr<br>Glendale, CA 91205 | 344,011.56 | 74,011.56 | 24,571.96 | 49,439.60 |
| 10725-02105 | Tripp Enterprises Inc Restated Profit Sharing Plan | Warren W Tripp Ttee<br>250 Greg St<br>Sparks, NV 89431 | 875,670.12 | 148,023.12 | 24,571.96 | 123,451.16 |
| 10725-02327 | John L Wade Trust DTD 5/8/01 | C/O John L Wade Trustee<br>881 Lake Country Dr<br>Incline Village, NV 89451-9042 | 1,500,000.00 | 150,929.44 | 24,571.96 | 126,357.48 |
| 10725-02330 | Davis, Todd | 360 W 55Th St Apt 1G<br>New York, NY 10019 | 1,150,000.00 | 91,768.20 | 24,571.96 | 67,196.24 |
| 10725-01862 | George W Hubbard Roth IRA | 6340 N. CAlle Tregua Serena<br>Tucson, AZ 85750 | 156,125.00 | 27,500.00 | 27,029.14 | 470.86 |
| 10725-02124 | Joy Investment Inc A Nevada Corporation | 8080 Harborview Rd<br>Blaine, WA 98230 | 1,818,940.00 | 174,666.00 | 28,994.90 | 145,671.10 |

**USACM TRUST**

**Bay Pompano Beach**
**Multiple Loan Claims**

| Claim | Name | Address | Total Claim Amount | Total Claim Amount Relating to Bay Pompano Beach Loan | Unremitted Principal to be Allowed as Claim | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| 10725-01299 | Carter, William Daniel Ttee | 8710 54Th Ave E<br>Bradenton, FL  34211-3704 | 107,998.34 | 37,754.00 | 36,857.92 | 896.08 |
| 10725-01312 | Michelsen, Gary A | John F Murtha Esq<br>Po Box 2311<br>Reno, NV  89505 | 543,373.00 | 109,756.00 | 36,857.92 | 72,898.08 |
| 10725-01657 | Kevin A. Kehl | Janet L Chubb Esq  Jones Vargas<br>PO Box 281<br>Reno, NV  89504-0281 | 961,017.34 | 111,017.34 | 36,857.92 | 74,159.42 |
| 10725-01846 | Oppio, Catherine | Po Box 15  430 Gonowabie<br>Crystal Bay, NV  89402 | 252,021.41 | 86,571.41 | 36,857.92 | 49,713.49 |
| 10725-02277 | Gale Gladstone-Katz  Revocable Trust | Gale Gladstone-Katz Trustee<br>1320 North St #29<br>Santa Rosa, CA  95404 | 1,354,118.10 | 226,394.16 | 36,857.92 | 189,536.24 |
| 10725-01661 | Christina M. Kehl | Janet L Chubb Esq  Po Box 281<br>Jones Vargas<br>Reno, NV  89504-0281 | 1,023,023.12 | 148,023.12 | 49,143.90 | 98,879.22 |
| 10725-02215 | Charles B. Anderson Trust | Jones Vargas, Attn: Janet L Chubb, Esq<br>Po Box 281<br>Reno, NV  89504 | 185,281.09 | 51,807.00 | 49,143.90 | 2,663.10 |
| 10725-01214 | Rulon, Phillip | 2800A Wrondel Way<br>Reno, NV  89502 | 503,479.62 | 151,147.21 | 49,143.90 | 102,003.31 |
| 10725-01936 | Halseth Family Trust  Totally Restated 4/21/00 | Daniel R & Sandra K Halseth Ttees<br>23 Molas Dr<br>Durango, CO  81301 | - | - | 49,143.90 | (49,143.90) |
| 10725-02227 | Barzan, Richard D & Lelia J | 7231 Langworth Rd<br>Oakdale, CA  95361 | 1,325,629.78 | 401,948.00 | 49,143.90 | 352,804.10 |
| 10725-01666 | Robert A. And Tina M. Kehl | Janet L Chubb Esq  Jones Vargas<br>Po Box 281<br>Reno, NV  89504-0281 | 1,896,046.24 | 296,046.24 | 98,287.80 | 197,758.44 |
| 10725-01687 | Homfeld II LLC | 2515 N Atlantic Blvd<br>Fort Lauderdale, FL  33305-1911 | 2,861,221.63 | 99,656.89 | 98,287.80 | 1,369.09 |