| Claim | Name | Address | Total Claim Amount | Total Claim Amount Relating to Bay Pompano Beach Loan | Unremited Principal to be Allowed as Claim | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| 10725-02298 | Jayem Family Lp Jacques Massa Gp | 7 Paradise Valley Ct<br>Henderson, NV  89052-6706 | 936,807.81 | 37,005.78 | - | 37,005.78 |
| 10725-02315 | Wahl, David C | Po Box 8012<br>Mammoth Lakes, CA  93546 | 144,224.96 | 90,557.66 | - | 90,557.66 |
| 10725-02348 | Melvin, Teri L | 2704 Chokecherry Ave<br>Henderson, NV  89074-1990 | 197,669.94 | - | - | - |
| 10725-02349 | Melvin, Teri L | 2704 Chokecherry Ave<br>Henderson, NV  89074-1990 | 100,000.00 | - | - | - |
| 10725-02366 | Al-Awar Living Trust DTD 4/05/01 | Adib M & Ellen A Al-Awar Ttees<br>1330 Burro Ct<br>Gardnerville, NV  89410 | 3,615,913.62 | 444,069.36 | - | 444,069.36 |
| 10725-02383 | Minter Family 1994 Trust | Douglas & Elizabeth F Minter Ttees<br>5389 Conte Dr<br>Carson City, NV  89701 | 1,244,089.74 | 100,000.00 | - | 100,000.00 |
| 10725-02393 | Donald P Clark Family Trust | Donald P Clark Ttee<br>305 W Moana Ln Ste C<br>Reno, NV  89509 | 1,118,023.12 | 104,448.86 | - | 104,448.86 |
| 10725-02423 | Pinsker, Donald H | 8650 W Verde Way<br>Las Vegas, NV  89149-4145 | 1,633,057.16 | 148,023.12 | - | 148,023.12 |
| 10725-02445 | Acosta, Ruth | 2546 General Armistead Ave<br>Norristown, PA  19403 | 56,467.05 | - | - | - |
| 10726-00067 | Douchet, D. Joseph | Trustee Of Douchet Trust<br>3301 Skyline Blvd.<br>Reno, NV  89509-6604 | 502,335.71 | - | - | - |

**EXHIBIT A**