| Claim | Name | Address | Total Claim Amount | Total Claim Amount Relating to Bay Pompano Beach Loan | Unremited Principal to be Allowed as Claim | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| 10725-00080 | Quinn, Edward & Darlene | 660 Nw Brookhaven Dr   Lee`S Summit, MO  64081 | 156,388.48 | 42,198.12 | 12,285.97 | 29,912.15 |
| 10725-01036 | Sierra West Inc | Po Box 8346 Incline Village, NV  89452-8346 | 425,583.32 | 49,957.58 | 12,285.97 | 37,671.61 |
| 10725-01165 | Goldstein, Barry J & Patricia B | C/O Jeffrey S Berlowitz Esq 4000 Hollywood Blvd Ste 375-S Hollywood, FL  33021 | 14,699.00 | 12,951.80 | 12,285.97 | 665.83 |
| 10725-01175 | Nix, John | 836 Temple Rock Ct Boulder City, NV  89005 | 710,937.34 | 37,732.36 | 12,285.97 | 25,446.39 |
| 10725-01208 | Monighetti, Pete | 6515 Frankie Ln Prunedale, CA  93907 | 1,509,963.55 | 23,047.73 | 12,285.97 | 10,761.76 |
| 10725-01314 | John E Michelsen Family Trust | John F Murtha Esq PO Box 2311 Reno, NV  89505 | 236,764.00 | 36,735.00 | 12,285.97 | 24,449.03 |
| 10725-01365 | Vrbancic, Richard G | 103 Willow Brook Dr Ne Warren, OH  44483-4630 | 270,000.00 | 50,000.00 | 12,285.97 | 35,003.60 |
| 10725-01582 | Teeter, Norman | 4201 Via Marina #300 Marina Del Rey, CA  90292 | 136,246.00 | 12,560.75 | 12,285.97 | 274.78 |
| 10725-01937 | Debt Acquisition Co Of America V Llc Assignee | Barbara J Vivero RevoCAble Trust, Barbara J Vivero 1565 Hotel Cir S Ste 310 San Diego, CA  92108 | 12,951.80 | 12,951.00 | 12,285.97 | 665.03 |
| 10725-02059 | Jack R Clark & Linda C Reid Jt Ten | 9900 Wilbur May Pkwy  #4701 Reno, NV  89521-3089 | 1,782,032.06 | 74,011.56 | 12,285.97 | 61,725.59 |

**EXHIBIT A**