| Claim | Name | Address | Total Claim Amount | Total Claim Amount Relating to Bay Pompano Beach Loan | Unremitted Principal to be Allowed as Claim | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| 10725-02550 | Osvaldo Zunino Living Trust Dated 12/18/98 | C/O Osvaldo Zunino Trustee 3575 Tioga Way Las Vegas, NV  89109-3340 | 620,000.00 | 50,000.00 | 12,285.97 | 37,714.03 |
| 10725-00089 | Augustine Tuffanelli Family Trust | Augustine Tuffanelli Ttee C/O Thomas R Brooksbank 689 Sierra Rose Dr Ste A2 Reno, NV  89511 | 250,000.00 | 50,000.00 | 12,285.97 | 37,714.03 |
| 10725-00549 | Brooks, Robert E | 1405 14Th Ave Sw Minot, ND  58701-5781 | 148,104.63 | 40,104.63 | 12,285.97 | 27,818.66 |
| 10725-00607 | Braida IRA, Michael S | 1168 Dover LN Foster City, CA  94404-3609 | 100,967.00 | 50,967.00 | 12,285.97 | 38,681.03 |
| 10725-01155 | Brauer IRA, Nancy | 2222 Albion St Denver, CO  80207-3708 | 90,998.45 | 40,998.45 | 12,285.97 | 28,712.48 |
| 10725-01212 | Jay E Henman Retirement Plan | C/O Jay E Henman Trustee 1023 Ridgeview Ct Carson City, NV  89705-8054 | 747,243.00 | 50,243.00 | 12,285.97 | 37,957.03 |
| 10725-01215 | George Gage Trust DTD 10/8/99 | C/O Scott D Fleming Esq  Hale Lane Peek Dennison & Howard 3930 Howard Hughe Las Vegas, NV  89169 | 12,951.80 | - | 12,285.97 | (12,285.97) |
| 10725-01651 | Phillips Family Trust DTD 10/24/89 | Robert C Lepome 10120 S Eastern #200 Henderson, NV  89052 | 25,061.00 | 12,561.00 | 12,285.97 | 275.03 |
| 10725-01664 | Partrick J. Anglin | Janet L Chubb Esq  Jones Vargas PO Box 281 Reno, NV  89504-0281 | 187,005.78 | 37,005.75 | 12,285.97 | 24,719.78 |
| 10725-01959 | Osherow Trust DTD 9/11/89 | Aaron Osherow Trustee 200 S Brentwood Blvd #9D St Louis, MO  63105 | 1,088,466.02 | 75,464.72 | 12,285.97 | 63,178.75 |

**EXHIBIT A**