| Claim | Name | Address | Total Claim Amount | Total Claim Amount Relating to Bay Pompano Beach Loan | Unremited Principal to be Allowed as Claim | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| 10725-01959 | Osherow Trust DTD 9/11/89 | Aaron Osherow Trustee<br>200 S Brentwood Blvd #9D<br>St Louis, MO  63105 | 1,088,466.02 | 75,464.72 | 12,285.97 | 63,178.75 |
| 10725-01973 | Charles Henry Small Revocable Living Trust | Charles H Small Ttee<br>12754 Joleane Ave<br>Yuma, AZ  85367-6490 | 272,896.04 | 75,464.72 | 12,285.97 | 63,178.75 |
| 10725-01994 | Gilbert Jr, Elmer Eugene | 81590 Chenel Rd<br>Folsom, LA  70437-5414 | 455,240.56 | 75,464.72 | 12,285.97 | 63,178.75 |
| 10725-01996 | Stark Family Trust DTD 4/2/84 | Rolaind L Stark Ttee<br>10905 Clarion Ln<br>Las Vegas, NV  89134 | 198,268.14 | 75,464.72 | 12,285.97 | 63,178.75 |
| 10725-02126 | Johnson, Ronald A & Marilyn | 50 Snider Way<br>Sparks, NV  89431-6308 | 304,200.00 | 100,000.00 | 12,285.97 | 87,714.03 |
| 10725-02130 | Arbogast, Suzanne L | 1005 W Buffinglon St<br>Upland, CA  91784 | 459,589.58 | 75,464.72 | 12,285.97 | 63,178.75 |
| 10725-02160 | Ayers, C Donald | Po Box 1769<br>Mammoth Lakes, CA  93546 | 130,313.62 | 35,228.02 | 12,285.97 | 22,942.05 |
| 10725-02201 | Duberg, John H | 4455 Vista Coronado Dr<br>Chula Vista, CA  91910-3234 | 87,877.81 | 36,923.14 | 12,285.97 | 24,637.17 |
| 10725-02282 | Elan Reddell Revocable Trust DTD 8/4/03 | Elan Reddell Trustee<br>6770 Hawaii Kai Dr #1006<br>Honolulu, HI  96825 | 659,407.30 | 75,464.72 | 12,285.97 | 63,178.75 |
| 10725-02333 | Davis Investments | 20 Leroy Terrace<br>New Haven, CT  06512 | 2,000,000.00 | 45,884.10 | 12,285.97 | 33,598.13 |

**EXHIBIT A**