| Claim | Name | Address | Total Claim Amount | Total Claim Amount Relating to Bay Pompano Beach Loan | Unremited Principal to be Allowed as Claim | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| 10725-02334 | Davis Family Trust | C/O Joseph Davis & Marion Sharp Co-Trustees<br>3100 Ashby Ave<br>Las Vegas, NV  89102-1908 | 1,500,000.00 | 45,884.10 | 12,285.97 | 33,598.13 |
| 10725-02359 | Janice A Lucas IRA | 1310 Secret Lake Loop<br>Lincoln, CA  95648-8412 | 152,121.34 | 75,464.72 | 12,285.97 | 63,178.75 |
| 10725-02403 | Weible 1981 Trust DTD 6/30/81 | Dean F & Ardis Weible Co Ttees<br>6314 Tara Ave<br>Las Vegas, NV  89146 | 555,676.78 | 74,011.56 | 12,285.97 | 61,725.59 |
| 10725-02483 | Novak Living Trust DTD 10/21/97 | C/O Frank T Novak & Patricia A Novak Trustees<br>2593 Sumter St<br>Henderson, NV  89052-7113 | 22,967.05 | 22,944.23 | 12,285.97 | 10,658.26 |
| 10725-00801 | Freedom Properties Inc | 1820 Star Pine Ct<br>Reno, NV  89523-4807 | 450,000.00 | 50,000.00 | 12,285.97 | 37,714.03 |
| 10725-02233 | Eddie Mayo & Jocelyne Helzer Jt Ten | 115 South Deer Run Rd<br>Carson City, NV  89701 | 511,906.46 | 74,011.56 | 12,285.97 | 61,725.59 |
| 10725-02411 | Allen M & Dorothy H Nirenstein 1992 Rev Trust | Dtd 3/4/92  Allen & Dorothy Nirenstein Ttees<br>403 Woodland Rd<br>Kentfield, CA  94904-2635 | 805,639.26 | - | 12,285.97 | (12,285.97) |
| 10725-02175 | Simmons Hwjtwros, Alan R & Judith B | Po Box 13296<br>South Lake Tahoe, CA  96151-3296 | 1,186,288.22 | 74,011.56 | 12,917.33 | 61,094.23 |
| 10725-01581 | Teeter IRA Rollover, Louise | 4201 Via Marina, Suite 300<br>Marina Del Rey, CA  90292 | 197,814.00 | 15,324.25 | 14,988.89 | 335.36 |
| 10725-02123 | Universal Management Inc A Nevada Corp | 8080 Harborview Rd<br>Blaine, WA  98230 | 1,438,118.00 | 109,538.00 | 18,183.24 | 91,354.76 |

**EXHIBIT A**