| Claim | Name | Address | Total Claim Amount | Total Claim Amount Relating to Bay Pompano Beach Loan | Unremitted Principal to be Allowed as Claim | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| 10725-00659 | Piazza IRA, Cesari | 1401 Monterey Dr<br>Boulder City, NV  89005-2224 | 138,000.58 | 53,000.58 | 18,428.96 | 34,571.62 |
| 10725-02038 | Collins Family Trust Dated 1/29/93 | C/O Shirley M Collins Trustee<br>1975 Snowberry Ct<br>Carlsbad, CA  92009-8408 | 1,760,380.48 | 113,197.08 | 18,428.96 | 94,768.12 |
| 10725-02063 | Dery, James D & Ann R | Husband & Wife<br>10 Longmeadow Ln<br>Beachwood, OH  44122 | 2,793,347.72 | 113,197.08 | 18,428.96 | 94,768.12 |
| 10725-02083 | Yoder Defined Benefit Plan, Robert J | Robert J Yoder Trustee<br>12291 Prosser Dam Rd<br>Truckee, CA  96161 | 177,487.64 | 113,197.08 | 18,428.96 | 94,768.12 |
| 10725-02085 | Nancy R Davis Defined Benefit Plan | C/O Nancy R Davis Trustee<br>12291 Prosser Dam Rd<br>Truckee, CA  96161 | 279,063.50 | 33,306.00 | 18,428.96 | 14,877.04 |
| 10725-02186 | Melvin J & Evelyn A Ives Qtip Trust | Evelyn A Ives Ttee<br>220 First St #3<br>Seal Beach, CA  90740 | 330,509.00 | 75,000.00 | 18,428.96 | 56,571.04 |
| 10725-01997 | KM Trust | C/O Aimee E Kearns Trustee<br>5886 N Bonita Vista St<br>Las Vegas, NV  89149-3911 | 1,535,080.92 | 137,661.50 | 22,851.91 | 114,809.59 |
| 10725-02306 | Menchetti, D G | Po Box 7100<br>Incline Village, NV  89452-7100 | 1,800,000.00 | 200,974.00 | 24,571.96 | 176,402.04 |
| 10725-02421 | Melvin, Teri | 2704 Chokecherry Way<br>Henderson, NV  89014 | 1,227,122.82 | 150,929.44 | 24,571.96 | 126,357.48 |
| 10725-01169 | Tomlin, Donald S | Donald S & Dorothy R Tomlin Ttee<br>7145 Beverly Glen Ave<br>Las Vegas, NV  89110-4228 | 2,779,806.00 | 74,848.00 | 24,571.96 | 50,276.04 |

**EXHIBIT A**