| Claim | Name | Address | Total Claim Amount | Total Claim Amount Relating to Bay Pompano Beach Loan | Unremited Principal to be Allowed as Claim | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| 10725-01438 | Evans, Richard Z | 10409 Summershade LN<br>Reno, NV  89521-5168 | 153,283.00 | 74,011.59 | 24,571.96 | 49,439.63 |
| 10725-01649 | Church Of The Movement Of Spiritual Inner Awarness | Po Box 513935<br>Los Angeles, CA  90051 | 125,000.00 | 25,000.00 | 24,571.96 | 428.04 |
| 10725-01898 | Massry, Morris | C/O Segel Goldman Mazzotta & Siegel PC<br>9 Washigton Sq<br>Albany, NY  12205 | 1,802,040.00 | 76,617.93 | 24,571.96 | 52,045.97 |
| 10725-02103 | Tripp Enterprises Inc A Nevada Corp | Warren W Tripp<br>250 Greg St<br>Sparks, NV  89431 | 980,535.84 | 148,023.12 | 24,571.96 | 123,451.16 |
| 10725-02104 | Tripp, Warren W | 250 Greg St<br>Sparks, NV  89431 | 1,183,402.50 | 148,023.12 | 24,571.96 | 65,586.04 |
| 10725-00807 | Perrone, Catherine | 923 Croton Rd<br>Celebration, FL  34747-4843 | 180,000.00 | 94,941.44 | 24,571.96 | 70,369.48 |
| 10725-01398 | Anthony & Alicia Pasqualotto 1997 Trust | Anthony & Alicia Pasqualotto Trust<br>5775 Duneville St<br>Las Vegas, NV  89118-2726 | 296,359.65 | 96,359.65 | 24,571.96 | 71,787.69 |
| 10725-01953 | Mirzaian, Katrine | 708 Prospect Dr<br>Glendale, CA  91205 | 344,011.56 | 74,011.56 | 24,571.96 | 49,439.60 |
| 10725-02105 | Tripp Enterprises Inc Restated Profit Sharing Plan | Warren W Tripp Ttee<br>250 Greg St<br>Sparks, NV  89431 | 875,670.12 | 148,023.12 | 24,571.96 | 123,451.16 |
| 10725-02327 | John L Wade Trust DTD 5/8/01 | C/O John L Wade Trustee<br>881 Lake Country Dr<br>Incline Village, NV  89451-9042 | 1,500,000.00 | 150,929.44 | 24,571.96 | 126,357.48 |

**EXHIBIT A**