| Claim | Name | Address | Total Claim Amount | Total Claim Amount Relating to Bay Pompano Beach Loan | Unremited Principal to be Allowed as Claim | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| 10725-02330 | Davis, Todd | 360 W 55Th St Apt 1G<br>New York, NY 10019 | 1,150,000.00 | 91,768.20 | 24,571.96 | 67,196.24 |
| 10725-01862 | George W Hubbard Roth IRA | 6340 N. CAlle Tregua Serena<br>Tucson, AZ 85750 | 156,125.00 | 27,500.00 | 27,029.14 | 470.86 |
| 10725-02124 | Joy Investment Inc A Nevada Corporation | 8080 Harborview Rd<br>Blaine, WA 98230 | 1,818,940.00 | 174,666.00 | 28,994.90 | 145,671.10 |
| 10725-01299 | Carter, William Daniel Ttee | 8710 54Th Ave E<br>Bradenton, FL 34211-3704 | 107,998.34 | 37,754.00 | 36,857.92 | 896.08 |
| 10725-01312 | Michelsen, Gary A | John F Murtha Esq<br>Po Box 2311<br>Reno, NV 89505 | 543,373.00 | 109,756.00 | 36,857.92 | 72,898.08 |
| 10725-01657 | Kevin A. Kehl | Janet L Chubb Esq Jones Vargas<br>PO Box 281<br>Reno, NV 89504-0281 | 961,017.34 | 111,017.34 | 36,857.92 | 74,159.42 |
| 10725-01846 | Oppio, Catherine | Po Box 15 430 Gonowabie<br>Crystal Bay, NV 89402 | 252,021.41 | 86,571.41 | 36,857.92 | 49,713.49 |
| 10725-02277 | Gale Gladstone-Katz Revocable Trust | Gale Gladstone-Katz Trustee<br>1320 North St #29<br>Santa Rosa, CA 95404 | 1,354,118.10 | 226,394.16 | 36,857.92 | 189,536.24 |
| 10725-01661 | Christina M. Kehl | Janet L Chubb Esq Po Box 281<br>Jones Vargas<br>Reno, NV 89504-0281 | 1,023,023.12 | 148,023.12 | 49,143.90 | 98,879.22 |
| 10725-02215 | Charles B. Anderson Trust | Jones Vargas, Attn: Janet L Chubb, Esq<br>Po Box 281<br>Reno, NV 89504 | 185,281.09 | 51,807.00 | 49,143.90 | 2,663.10 |

**EXHIBIT A**