| Claim | Name | Address | Total Claim Amount | Total Claim Amount Relating to Bay Pompano Beach Loan | Unremited Principal to be Allowed as Claim | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| 10725-01214 | Rulon, Phillip | 2800A Wrondel Way Reno, NV 89502 | 503,479.62 | 151,147.21 | 49,143.90 | 102,003.31 |
| 10725-01936 | Halseth Family Trust Totally Restated 4/21/00 | Daniel R & Sandra K Halseth Ttees 23 Molas Dr Durango, CO 81301 | - | - | 49,143.90 | (49,143.90) |
| 10725-02227 | Barzan, Richard D & Lelia J | 7231 Langworth Rd Oakdale, CA 95361 | 1,325,629.78 | 401,948.00 | 49,143.90 | 352,804.10 |
| 10725-01666 | Robert A. And Tina M. Kehl | Janet L Chubb Esq  Jones Vargas Po Box 281 Reno, NV 89504-0281 | 1,896,046.24 | 296,046.24 | 98,287.80 | 197,758.44 |
| 10725-01687 | Homfeld II LLC | 2515 N Atlantic Blvd Fort Lauderdale, FL 33305-1911 | 2,861,221.63 | 99,656.89 | 98,287.80 | 1,369.09 |

**EXHIBIT A**