**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email:  adiamond@diamondmccarthy.com
J. Maxwell Beatty, TX State Bar No. 24051740
Email:  mbeatty@diamondmccarthy.com

Special Litigation Counsel for USACM Liquidating Trust

| E-filed on 7/27/09 |
| --- |

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
| --- | --- |
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                                         Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Notice of Rescheduled Hearing on Objection of USACM Liquidating Trust to Proof of Claim of Community Bank of Nevada (with Certificate of Service)**<br><br>Date of Hearing:  August 21, 2009<br>Time of Hearing:  9:30 a.m. |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

   **NOTICE IS HEREBY GIVEN** that the Court has rescheduled the hearing on the

Objection to the Proof of Claim of Community Bank of Nevada (the "Claim Objection") filed on

June 2, 2009 by the USACM Liquidating Trust (the "USACM Trust") [Dkt. No. 7174].   The

---
[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

166722_1

1    hearing on said Claim Objection will now be held before the Honorable Linda B. Riegle, United

2    States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Third

3    Floor, Bankruptcy Courtroom No. 1, Las Vegas, Nevada 89101 on **Friday, August 21, 2009, at**

4    **9:30 a.m**.

5
        DATED: July 27, 2009.
6

7
                                    **DIAMOND MCCARTHY LLP**
8

9

10                                  By:    */s/ J. Maxwell Beatty*
                                    Allan B. Diamond, TX 05801800 (pro hac vice)
11                                  J. Maxwell Beatty, TX 24051740 (pro hac vice)
                                    909 Fannin, Suite 1500
12                                  Houston, Texas 77010
                                    (713) 333-5100 (telephone)
13                                  (713) 333-5199 (facsimile)

14                                  *Special Litigation Counsel for*
                                    *USACM Liquidating Trust*
15

16

17

18

19

20

21

22

23

24

25

26

                                         2

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of the law firm of DIAMOND MCCARTHY LLP, and that on the 27th day of July 2009, I served a true and correct copy of the foregoing **Notice of Rescheduled Hearing on Objection of USACM Liquidating Trust to Proof of Claim of Community Bank of Nevada** (a) by electronic transmission to all parties on the USACM Post-Effective Date Service List Dated March 31, 2009 and (b) by United States Mail, first class, postage prepaid to Community Bank of Nevada, Summerlin Offices, 7676 W. Lake Mead Boulevard, Las Vegas, NV 89128-6642.


  /s/  Catherine A. Burrow, CLA
Catherine A. Burrow, CLA
Diamond McCarthy LLP

3

166722_1