LEWIS AND ROCA LLP LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 7/27/2009

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>       Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**USACM TRUST WITHDRAWAL OF OBJECTION TO PROOFS OF CLAIM FILED BY DEVELOPERS CAPITAL FUNDING CORP.**<br><br>**Hearing Date: June 24, 2009**<br>**Time: 9:30 a.m.** |

The USACM Liquidating Trust ("USACM Trust"), filed an Objection to Proofs of Claim of Developers Capital Funding, Corp. [DE 7063]. The objection requested that Proofs of Claim No. 10725-00217 and 10725-00224 filed by Developers Capital Funding, Corp., ("Developers"),be disallowed based on lack of sufficient documentation. The USACM Trust was contacted by a representative of Developers and provided documentation.

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2075300.1



The matter came before the Court for a hearing on June 24, 2009. Counsel for the USACM Trust advised the Court that the documentation had been received and would withdraw its objection based on lack of documentation.

Wherefore, the USACM Trust withdraws its objection to proof of claim 10725-00217 and 10725-00224 filed by Developers, but reserves the right to object at a later date, or re-assert this objection after a review of the documentation provided. .

Respectfully submitted July 27, 2009

**LEWIS AND ROCA LLP**

By: /s/ JH (#018024)
Rob Charles, NV 6593
John Hinderaker, AZ 018024
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
*Counsel for USACM Liquidating Trust*

Copy of the foregoing mailed on July 27, 2009, to:

Doug Esteves
Developers Capital Funding
4500 S. Lakeshore Dr., Suite 322
Tempe, AZ 85282-7190

/s/ Carrie Lawrence

2                               2075300.1