RECEIVED & FILED

'09 JUL 27 P12:38

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Aldon G. Cook and Deedra Cook
259 Hammock Terrace
Venice, Fl 34293-1012

June 20, 2009

United States Bankruptcy Court
District of Nevada
c/o Lenard E. Schwartzer
2850 S. Jones Blvd. Suite 1
Las Vegas, NV 89146

Attn: Mary A. Schott
Clerk of the Bankruptcy Court

7/21/09
Clerk of the Court
U.S. Bankruptcy Ct
300 Las Vegas Blvd. South
Las Vegas, NV 89109

Re:   Case no. <u>06-10725-lbr</u>   USA Commercial Mortgage
      Chapter 11                    BK-S-06 10725
      USA COMMERCIAL MORTGAGE COMPANY
      fka USA CAPITAL

Dear Ms. Schott and/or Mr. Schwartzer

Please update your records to reflect our correct address at **259 Hammock Terrace,** Venice, Florida **34293**. We have previously cancelled the mail box #261 at 1435 E. Venice Ave. and apparently numerous corrections have never made it directly to the Bankruptcy Court and notices have been quite delayed in reaching us.

Should you need to contact us regarding this information (as I was not clear of the Court's address from the return envelope, nor the notice we received, you may reach me by cell phone number 775-722-8308.

Your assistance is greatly appreciated.

Deedra Cook
Deedra Cook