| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the La Hacienda Estate, LLC Loan |
|---|---|---|---|---|
| 10725-00280 | Harold & Beverly Willard 1980 Trust Dtd 12/18/80 | Harold & Beverly Willard Ttees<br>400 Bavarian Dr<br>Carson City, NV  89705-7008 | 50,000.00 | 50,000.00 |
| 10725-00481 | Leslie & Linda Harkins | Ttees Of The Harkins 2001 Revokable Trsut 8/23/01<br>2050 Longley Ln Apt 2008<br>Reno, NV  89502 | 50,000.00 | 50,000.00 |
| 10725-00612 | Harkins 2001 Revocable Trust Dtd 8/23/01 | Leslie & Linda Harkins Ttees<br>2050 Longley Ln Apt 2008<br>Reno, NV  89502 | 50,000.00 | 50,000.00 |
| 10725-00786 | Pereos Ira, C Nicholas | 1610 Meadow Wood Ln<br>Reno, NV  89502-6510 | 50,000.00 | 50,000.00 |
| 10725-01020 | Yonai Trustee, Gregory D | 1982 Country Cove Ct<br>Las Vegas, NV  89135-1552 | 54,500.00 | 54,500.00 |
| 10725-01139 | William R & Cynthia J Godfrey Living Trust 2005 | Willim R Godfrey And Cynthia J Godfrey Ttees<br>7250 Birkland Court<br>Las Vegas, NV  89117 | 50,000.00 | 50,000.00 |
| 10725-01443 | Chiappe Family Trust Dtd 1/22/96 | C/O Elio A & Geraldine N Chiappe Ttees<br>Po Box 7288<br>Carmel, CA  93921-7288 | 50,000.00 | 50,000.00 |
| 10725-02076 | Brock, Penny | 355 Mugo Pine Cir<br>Reno, NV  89511 | 50,000.00 | 50,000.00 |
| 10728-00074 | Sondra Skipworth Revocable Trust Dtd 11/28/01 | C/O Sondra Skipworth Trustee<br>3033 Via Venezia<br>Henderson, NV  89052-3807 | 100,000.00 | 100,000.00 |

**EXHIBIT A**