| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the La Hacienda Estate, LLC Loan |
|---|---|---|---|---|
| 10725-00604 | Mcdowell, Chester R | 2715 E East Avenue Q-6<br>Palmdale, CA  93550-4147 | 527,702.18 | 100,000.00 |
| 10725-00768 | Lels-Hohmann, Nienke | 1559 Francisco St<br>San Francisco, CA  94123 | 131,474.82 | 50,000.00 |
| 10725-01575 | Karr, Phyllis  Living Trust Dtd 8/8/05 | 825 Cooper Basin Rd<br>Prescott, AZ  86303 | 30,000.00 | 15,000.00 |
| 10725-01660 | Robert J. And Ruth Ann Kehl | Janet L Chubb Esq  Jones Vargas<br>PO Box 281<br>Reno, NV  89504-0281 | 12,841,680.13 | 250,000.00 |
| 10725-01742 | Ferguson Living Trust Dtd 6/28/00 | C/O Patricia Ferguson Ttee<br>3985 Lake Placid Dr<br>Reno, NV  89511-6780 | 150,000.00 | 50,000.00 |
| 10725-01865 | Oosthuizen, Adrian Jr | 5860 Lausanne Dr<br>Reno, NV  89511 | 2,711,295.00 | 300,000.00 |
| 10725-01885 | Violet, Melody J | Po Box 2201<br>Vista, CA  92085 | - | 50,000.00 |
| 10725-01903 | Aig Limited A Nevada Limited Partnership | 9904 Villa Granito Ln<br>Granite Bay, CA  95746-6481 | 813,297.52 | 200,000.00 |
| 10725-01960 | Souza Jt Ten, David A & Elizabeth M | 542 Socorro CT<br>Reno, NV  89511 | 1,031,654.42 | 200,000.00 |
| 10725-01992 | Luongo Hw Jt Ten, John M & Gloria | Wros Payable On Death To Stephanie Luongo<br>965 Leah Cir<br>Reno, NV  89511 | 306,747.34 | 100,000.00 |

**EXHIBIT A**