| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the La Hacienda Estate, LLC Loan |
|---|---|---|---|---|
| 10725-01997 | Km Trust | C/O Aimee E Kearns Trustee<br>5886 N Bonita Vista St Las Vegas NV 89149-3911 | 1,535,080.92 | 100,000.00 |
| 10725-02037 | Miller Trust Dated 8/13/87 | Gary I & Barbara Miller Ttees<br>2832 Tilden Ave<br>Los Angeles, CA 90064 | 1,111,366.00 | 100,000.00 |
| 10725-02044 | Naylon, Dominique | Po Box 2<br>Topaz, CA 96133 | 1,168,297.62 | 100,000.00 |
| 10725-02063 | Dery, James D & Ann R | Husband & Wife<br>10 Longmeadow Ln<br>Beachwood, OH 44122 | 2,793,347.72 | 300,000.00 |
| 10725-02070 | Robert R Rodriguez Revocable Trust Dtd 1/31/06 | C/O Robert R Rodriguez Trustee<br>5748 Newberry Point Dr.<br>Flowery Branch, GA 30542 | 152,297.26 | 50,000.00 |
| 10725-02150 | Newman Family Trust Dtd 9/20/97 | Larry J & Elsie D Newman Ttees<br>1775 Autumn Valley Way<br>Reno, NV 89523 | 1,000,238.46 | 180,000.00 |
| 10725-02163 | Voglis, Marietta | 3333 Allen Prky. Unit 1103<br>Houston, TX 77019 | 724,292.85 | 50,000.00 |
| 10725-02178 | Marshal Brecht Trust Dtd 2/5/86 | Marshall J & Janet L Brecht Trustees<br>640 Colonial Cir<br>Fullerton, CA 92835 | 3,418,022.00 | 200,000.00 |
| 10725-02211 | Threlfall, Ronda L | 240 Lilac Dr<br>El Cajon, CA 92921-4034 | 405,613.88 | 100,000.00 |
| 10725-02296 | Jayem Family Lp | 7 Paradise Valley CT<br>Henderson, NV 89052-6706 | 265,865.00 | 25,000.00 |

**EXHIBIT A**