| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the La Hacienda Estate, LLC Loan |
|---|---|---|---|---|
| **10725-02298** | Jayem Family Lp Jacques Massa Gp | 7 Paradise Valley CT<br>Henderson, NV  89052-6706 | 936,807.81 | 100,000.00 |
| **10725-02382** | Essaff Family Trust Dtd 6/18/02 | Robert & Cindy H Essaff Ttees<br>2860 Heybourne Rd<br>Minden, NV  89423 | 3,198,368.02 | 130,000.00 |
| **10726-00067** | Douchet, D. Joseph | Trustee Of Douchet Trust<br>3301 Skyline Blvd.<br>Reno, NV  89509-6604 | 502,335.71 | x |

**EXHIBIT A**