EXHIBIT A

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the La Hacienda Estate, LLC Loan |
|---|---|---|---|---|
| 10725-00280 | Harold & Beverly Willard 1980 Trust Dtd 12/18/80 | Harold & Beverly Willard Ttees<br>400 Bavarian Dr<br>Carson City, NV  89705-7008 | 50,000.00 | 50,000.00 |
| 10725-00481 | Leslie & Linda Harkins | Ttees Of The Harkins 2001 Revokable Trsut 8/23/01<br>2050 Longley Ln Apt 2008<br>Reno, NV  89502 | 50,000.00 | 50,000.00 |
| 10725-00612 | Harkins 2001 Revocable Trust Dtd 8/23/01 | Leslie & Linda Harkins Ttees<br>2050 Longley Ln Apt 2008<br>Reno, NV  89502 | 50,000.00 | 50,000.00 |
| 10725-00786 | Pereos Ira, C Nicholas | 1610 Meadow Wood Ln<br>Reno, NV  89502-6510 | 50,000.00 | 50,000.00 |
| 10725-01020 | Yonai Trustee, Gregory D | 1982 Country Cove Ct<br>Las Vegas, NV  89135-1552 | 54,500.00 | 54,500.00 |
| 10725-01139 | William R & Cynthia J Godfrey Living Trust 2005 | Willim R Godfrey And Cynthia J Godfrey Ttees<br>7250 Birkland Court<br>Las Vegas, NV  89117 | 50,000.00 | 50,000.00 |
| 10725-01443 | Chiappe Family Trust Dtd 1/22/96 | C/O Elio A & Geraldine N Chiappe Ttees<br>Po Box 7288<br>Carmel, CA  93921-7288 | 50,000.00 | 50,000.00 |
| 10725-02076 | Brock, Penny | 355 Mugo Pine Cir<br>Reno, NV  89511 | 50,000.00 | 50,000.00 |
| 10728-00074 | Sondra Skipworth Revocable Trust Dtd 11/28/01 | C/O Sondra Skipworth Trustee<br>3033 Via Venezia<br>Henderson, NV  89052-3807 | 100,000.00 | 100,000.00 |

**Loan Name**    La Hacienda Estate, LLC

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the La Hacienda Estate, LLC Loan |
|---|---|---|---|---|
| 10725-00604 | Mcdowell, Chester R | 2715 E East Avenue Q-6<br>Palmdale, CA 93550-4147 | 527,702.18 | 100,000.00 |
| 10725-00768 | Lels-Hohmann, Nienke | 1559 Francisco St<br>San Francisco, CA 94123 | 131,474.82 | 50,000.00 |
| 10725-01575 | Karr, Phyllis Living Trust Dtd 8/8/05 | 825 Cooper Basin Rd<br>Prescott, AZ 86303 | 30,000.00 | 15,000.00 |
| 10725-01660 | Robert J. And Ruth Ann Kehl | Janet L Chubb Esq Jones Vargas<br>PO Box 281<br>Reno, NV 89504-0281 | 12,841,680.13 | 250,000.00 |
| 10725-01742 | Ferguson Living Trust Dtd 6/28/00 | C/O Patricia Ferguson Ttee<br>3985 Lake Placid Dr<br>Reno, NV 89511-6780 | 150,000.00 | 50,000.00 |
| 10725-01865 | Oosthuizen, Adrian Jr | 5860 Lausanne Dr<br>Reno, NV 89511 | 2,711,295.00 | 300,000.00 |
| 10725-01885 | Violet, Melody J | Po Box 2201<br>Vista, CA 92085 | - | 50,000.00 |
| 10725-01903 | Aig Limited A Nevada Limited Partnership | 9904 Villa Granito Ln<br>Granite Bay, CA 95746-6481 | 813,297.52 | 200,000.00 |
| 10725-01960 | Souza Jt Ten, David A & Elizabeth M | 542 Socorro CT<br>Reno, NV 89511 | 1,031,654.42 | 200,000.00 |
| 10725-01992 | Luongo Hw Jt Ten, John M & Gloria | Wros Payable On Death To Stephanie Luongo<br>965 Leah Cir<br>Reno, NV 89511 | 306,747.34 | 100,000.00 |
| 10725-01997 | Km Trust | C/O Aimee E Kearns Trustee<br>5886 N Bonita Vista St Las Vegas NV 89149-3911 | 1,535,080.92 | 100,000.00 |
| 10725-02037 | Miller Trust Dated 8/13/87 | Gary I & Barbara Miller Ttees<br>2832 Tilden Ave<br>Los Angeles, CA 90064 | 1,111,366.00 | 100,000.00 |
| 10725-02044 | Naylon, Dominique | Po Box 2<br>Topaz, CA 96133 | 1,168,297.62 | 100,000.00 |
| 10725-02063 | Dery, James D & Ann R | Husband & Wife<br>10 Longmeadow Ln<br>Beachwood, OH 44122 | 2,793,347.72 | 300,000.00 |

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the La Hacienda Estate, LLC Loan |
|---|---|---|---|---|
| 10725-02070 | Robert R Rodriguez Revocable Trust Dtd 1/31/06 | C/O Robert R Rodriguez Trustee<br>5748 Newberry Point Dr.<br>Flowery Branch, GA 30542 | 152,297.26 | 50,000.00 |
| 10725-02150 | Newman Family Trust Dtd 9/20/97 | Larry J & Elsie D Newman Ttees<br>1775 Autumn Valley Way<br>Reno, NV 89523 | 1,000,238.46 | 180,000.00 |
| 10725-02163 | Voglis, Marietta | 3333 Allen Prky. Unit 1103<br>Houston, TX 77019 | 724,292.85 | 50,000.00 |
| 10725-02178 | Marshal Brecht Trust Dtd 2/5/86 | Marshall J & Janet L Brecht Trustees<br>640 Colonial Cir<br>Fullerton, CA 92835 | 3,418,022.00 | 200,000.00 |
| 10725-02211 | Threlfall, Ronda L | 240 Lilac Dr<br>El Cajon, CA 92921-4034 | 405,613.88 | 100,000.00 |
| 10725-02296 | Jayem Family Lp | 7 Paradise Valley CT<br>Henderson, NV 89052-6706 | 265,865.00 | 25,000.00 |
| 10725-02298 | Jayem Family Lp Jacques Massa Gp | 7 Paradise Valley CT<br>Henderson, NV 89052-6706 | 936,807.81 | 100,000.00 |
| 10725-02382 | Essaff Family Trust Dtd 6/18/02 | Robert & Cindy H Essaff Ttees<br>2860 Heybourne Rd<br>Minden, NV 89423 | 3,198,368.02 | 130,000.00 |
| 10726-00067 | Douchet, D. Joseph | Trustee Of Douchet Trust<br>3301 Skyline Blvd.<br>Reno, NV 89509-6604 | 502,335.71 | x |