RECEIVED & FILED

JUL 29  11 36 AM '09

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

1  Name of Attorney:
   Bar #:
2  Address:
   Phone #:
3  e-mail address:

4              UNITED STATES BANKRUPTCY COURT

5                    DISTRICT OF NEVADA

6                        * * * * * *

7
8  In re:                              )   Bankruptcy No.: 06-10725
                                        )
        USA COMMERCIAL                  )   Chapter: 11
9                                       )
                                        )   Trustee:
10              Debtor.                 )
                                        )   CHANGE OF ADDRESS OF:
11                                      )   ( ) DEBTOR
                                        )   ( ) CREDITOR
12                                      )   ( ) OTHER
                                        )
13
    I request that notice be sent to the following address: (please print)
14
       JOHN W STEWART
15  Name
    _____
16  Address APT 1495
                                                    LV NV 89122
17  5600 BOULDER HWY
18  City        State           Zip Code

19  Please check one of the following:

20  ☐ The change of address is applicable only in the above captioned case.

21  ☐ The change of address is also applicable in the following related cases: (please list the
22  case numbers) _____
23
24  DATE: 7/29/2009                    _____
                                        SIGNATURE
25
26  NOTE: Please submit an original and one copy for the record.