July 14, 2009

Lenard E. Schwartzer
2850 S. Jones Boulevard, Suite 1
Las Vegas, NV 89146

RECEIVED & FILED

'09 JUL 29 P12 :56

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Subject: Change of address
Reference: Case No. 06-10725-lbr, Chapter 11

Sir:

You sent me a letter dated June, 2, 2009 for a proceeding held May 29, 2009 and I just received it!! I have previously sent you a change of address which you have ignored. As you can see, it is impossible for me to respond prior to July 6, 2009 if I had wanted to this time because you never changed your files. PLEASE change the address referenced below.

You have my address as:

Charmaine Trimble Exemption Trust
c/o Thomas H. Trimble Jr. Trustee
PO Box 12340
Reno, NV 89510

My new address is:
Charmaine Trimble Exemption Trust
c/o Thomas H. Trimble Jr. Trustee
PO Box 820
Carnelian Bay, CA 96140-0820

Please change your files AND the one on file in the Bankruptcy Court. Thank you.

*Thomas H. Trimble Jr. Trustee*

Thomas H. Trimble Jr. Trustee

July 2, 2009

Clerk of the Court
U.S. Bankruptcy Court
300 Las Vegas Blvd South
Las Vegas, NV 89101

Subject: Change of address

Dear Clerk,

I was told by the Schwartzer & McPherson Law firm that you are the appropriate person to handle address changes. The attached letter /enclosed explains my situation and has my new address.

Sincerely,
Thomas H. Trimble Jr. Trustee of the
Charmaine Trimble Exemption Trust

PS: PLEASE use my new address.

THOMAS H. TRIMBLE JR.
PO Box 820
CARNELIAN BAY, CA
96140-0820