# United States Bankruptcy Court
## District of Nevada

**Bankruptcy Case Number  06–10725–lbr**
**Chapter 11**

In re: (Name of Debtor)
    USA COMMERCIAL MORTGAGE COMPANY
    fka USA CAPITAL
    4484 SOUTH PECOS ROAD
    LAS VEGAS, NV 89121

ORDER APPROVING VERIFIED PETITION AND APPOINTMENT OF NEVADA COUNSEL

The Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court and the Designation of Local Counsel and Consent Thereto filed by CRAIG ALLEN BONEAU with the appointment of ROB CHARLES as designated Nevada Counsel in this case are approved.

Dated: 7/30/09                                        BY THE COURT

                                                      *Mary A. Schott*

                                                      Mary A. Schott
                                                      Clerk of the Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 0978-2        User: lakaswm          Page 1 of 1          Date Rcvd: Jul 30, 2009
Case: 06-10725             Form ID: oavp           Total Noticed: 1
```

The following entities were noticed by first class mail on Aug 01, 2009.
           +CRAIG ALLEN BONEAU,   DIAMOND MCCARTHY LLP,   909 FANNIN STREET, SUITE 1500,
            HOUSTON, TX 77010-1026

The following entities were noticed by electronic transmission.
NONE.                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 01, 2009**                    **Signature:**