LEWIS
AND
ROCA
LLP
L A W Y E R S

E-Filed on 8/4/09

1
2

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

3
4

40 North Central Avenue, Suite 1900
Phoenix, Arizona  85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

5

**Susan M. Freeman** AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
**Rob Charles** NV State Bar No. 006593
Email: rcharles@lrlaw.com

6

Attorneys for USACM Liquidating Trust

7

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

8

9  In re:

10  USA Commercial Mortgage Company,

    USA Capital Realty Advisors, LLC,[1]

11

12  USA Capital Diversified Trust Deed Fund, LLC,

13  USA Capital First Trust Deed Fund, LLC,[2]

14  USA Securities, LLC,[3]
                                    Debtors.

15

16  **Affects:**
    ☐ All Debtors
    ☒ USA Commercial Mortgage Company
17  ☐ USA Capital Realty Advisors, LLC
    ☐ USA Capital Diversified Trust Deed Fund, LLC
18  ☐ USA Capital First Trust Deed Fund, LLC
    ☐ USA Securities, LLC
19

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR[1]
Case No. BK-S-06-10727-LBR[2]
Case No. BK-S-06-10728-LBR[2]
Case No. BK-S-06-10729-LBR[3]

CHAPTER 11

Jointly Administered Under Case No.
BK-S-06-10725 LBR

**USACM Liquidating Trust Quarterly
Report for Period Ending June, 2009**

20  The USACM Liquidating Trust Quarterly Report by Geoffrey Berman, Trustee for
21  period ending June 2009, is attached hereto.  For ease of reference, a copy of the report has
22  been posted on the USACM Liquidating Trust's website: http://usacmcucc.bmcgroup.com.

23

24

25  [1] This bankruptcy case was closed on September 23, 2008.

26  [2] This bankruptcy case was closed on October 12, 2007.

    [3] This bankruptcy case was closed on December 21, 2007.

1

LEWIS
AND
ROCA
LLP
L A W Y E R S

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DATED:  August 4, 2009.

**LEWIS AND ROCA LLP**


By:  /s/ RC (#6593)
     Rob Charles, NV 6593
     *Counsel for USACM Liquidating Trust*

2

2079595.1