LEWIS AND ROCA LLP — LAWYERS

E-Filed on 8/5/09

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:

USA Commercial Mortgage Company,

USA Capital Realty Advisors, LLC,[1]

USA Capital Diversified Trust Deed Fund, LLC,

USA Capital First Trust Deed Fund, LLC,[2]

USA Securities, LLC,[3]

                        Debtors.

Affects:
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR[1]
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR[2]
Case No. BK-S-06-10729-LBR[3]

CHAPTER 11

Jointly Administered Under Case No. BK-S-06-10725 LBR

**Stipulation To Extend Deadline To File Response To USACM Liquidating Trust's Objection To Proof Of Claim Of Securities And Exchange Commission And Continue Hearing**

Date of Hearing: August 14, 2009
Time of Hearing: 9:30 a.m.

New Date of Hearing: October 19, 2009
Time of Hearing: 3:00 p.m.

      USACM Liquidating Trust (the "USACM Trust") and the U.S. Securities and Exchange Commission ("SEC") by and through its counsel stipulate:

      1.    The USACM Trust filed an objection to Claim No. 10725-01162 SEC (the "SEC Objection") [DE 6979] filed in an unknown amount.

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2079778.1

2. The SEC Objection is scheduled for hearing before this Court on August 14, 2009 at 9:30 a.m.

3. SEC has notified counsel for the USACM Trust that it may withdraw its Proof of Claim but needs more time to consider and process the withdrawal.

4. SEC has requested that the deadline to file a response to the SEC Objection be extended and the hearing on the SEC Objection be rescheduled, and the USACM Trust has agreed to extend the deadline to file a response and reschedule the hearing.

5. Therefore it is stipulated and agreed that the hearing scheduled for August 14, 2009 on the SEC Objection [DE 6979] be vacated and rescheduled to **October 19, 2009 at 3:00 p.m.**

6. The deadline to file a response to the objection be extended to October 1, 2009.

7. The parties submit a stipulated order for the Court's convenience.

DATED: August 5, 2009.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
Rob Charles, NV 6593
John Hinderaker, AZ 018024
*Counsel for USACM Liquidating Trust*

2079778.1

LEWIS AND ROCA LLP LAWYERS

1
2
3
4          U.S. SECURITIES AND EXCHANGE COMMISSION

By: *[signature]* Sandra W. Lavigna
Sandra W. Lavigna
Senior Bankruptcy Counsel
Los Angeles Regional Office
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90036
E-mail: lavignas@sec.gov

2079778.1