**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (520) 629-4427
Facsimile (520) 879-4705
Email: rcharles@lrlaw.com
          jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>            Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**STIPULATION AND ORDER PROVIDING FOR THE WITHDRAWAL OF TWELVE HORSES OF NORTH AMERICA, LLC'S PROOF OF CLAIM AND THE OBJECTION THERETO AND VACATING HEARING**<br><br>Hearing Date:    August 21, 2009<br>Hearing Time:   9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2072988_1

LEWIS AND ROCA LLP LAWYERS

The USACM Liquidating Trust ("USACM Trust"), by and through its attorneys, the law firm of Lewis And Roca LLP, and Twelve Horses North America, LLC ("THNA," and together with the USACM Trust, the "Parties"), *pro se*, hereby stipulate and agree as follows:

THNA filed proof of claim no. 10725-01173 (the "THNA Claim") in the bankruptcy case of USA Commercial Mortgage Company, case no. BK-S-10725-LBR.

The <u>Objection Of USACM Liquidating Trust To Proof Of Claim Of Twelve Horses North America</u> [DE 7219] (the "Objection") was filed with the Court on July 9, 2009, and is scheduled for hearing before this Court on August 21, 2009.

After receipt of the Objection, THNA and the USACM Trust conferred and have reached the following resolution of the THNA Claim and the Objection.

NOW, THEREFORE, the USACM Trust and THNA hereby stipulate and agree as follows:

1. The THNA Claim is hereby withdrawn;

2. The Objection is hereby withdrawn; and

3. The hearing on the Objection scheduled for August 21, 2009 may be vacated.

Respectfully submitted July 20, 2009

LEWIS AND ROCA LLP

By: /s/ John Hinderaker
Rob Charles
John Hinderaker
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Attorney for USACM Liquidating Trust

TWELVE HORSES NORTH AMERICA, LLC

By: [signature]
David LaPlante

Its: Manager

. . .

. . .

2

2072988_1

**ORDER**

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED

LEWIS AND ROCA LLP

By: /s/ John Hinderaker
    Rob Charles
    John Hinderaker
    3993 Howard Hughes Parkway, Suite 600
    Las Vegas, Nevada 89169
    Attorney for USACM Liquidating Trust

APPROVED AS TO FORM:

TWELVE HORSES NORTH AMERICA, LLC

By: _____
    David LaPlante

Its: Manager

###

2072988_1