

**Entered on Docket
August 07, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (520) 629-4427
Facsimile (520) 879-4705
Email:  rcharles@lrlaw.com
            jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2] |
| USA CAPITAL REALTY ADVISORS, LLC,[1] | Case No. BK-S-06-10729-LBR[3] |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,[2] | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC,[3]                    Debtors. | **STIPULATION AND ORDER PROVIDING FOR THE WITHDRAWAL OF TWELVE HORSES OF NORTH AMERICA, LLC'S PROOF OF CLAIM AND THE OBJECTION THERETO AND VACATING HEARING** |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Hearing Date:    August 21, 2009<br>Hearing Time:    9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2072988_1

LEWIS AND ROCA LLP LAWYERS

1  The USACM Liquidating Trust ("USACM Trust"), by and through its attorneys, the law
2  firm of Lewis And Roca LLP, and Twelve Horses North America, LLC ("THNA," and together
3  with the USACM Trust, the "Parties"), *pro se*, hereby stipulate and agree as follows:

4  THNA filed proof of claim no. 10725-01173 (the "THNA Claim") in the bankruptcy case
5  of USA Commercial Mortgage Company, case no. BK-S-10725-LBR.

6  The <u>Objection Of USACM Liquidating Trust To Proof Of Claim Of Twelve Horses North
7  America</u> [DE 7219] (the "Objection") was filed with the Court on July 9, 2009, and is scheduled
8  for hearing before this Court on August 21, 2009.

9
10  After receipt of the Objection, THNA and the USACM Trust conferred and have reached
11  the following resolution of the THNA Claim and the Objection.

12  NOW, THEREFORE, the USACM Trust and THNA hereby stipulate and agree as
13  follows:

14  1. The THNA Claim is hereby withdrawn;

15  2. The Objection is hereby withdrawn; and
16
17  3. The hearing on the Objection scheduled for August 21, 2009 may be vacated.

18  Respectfully submitted July 20, 2009

19
20  LEWIS AND ROCA LLP                    TWELVE HORSES NORTH AMERICA, LLC
21
22  By: /s/ John Hinderaker               By: _____
     Rob Charles                              David LaPlante
23   John Hinderaker
     3993 Howard Hughes Parkway, Suite 600  Its: Manager
     Las Vegas, Nevada 89169
24   Attorney for USACM Liquidating Trust

25  . . .

26  . . .

2

2072988_1

## ORDER

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED

LEWIS AND ROCA LLP

By: /s/ John Hinderaker
    Rob Charles
    John Hinderaker
    3993 Howard Hughes Parkway, Suite 600
    Las Vegas, Nevada 89169
    Attorney for USACM Liquidating Trust

APPROVED AS TO FORM:

TWELVE HORSES NORTH AMERICA, LLC

By: _____
    David LaPlante

Its: Manager

###

3

2072988_1