**Entered on Docket
August 07, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR[1] |
| USA Commercial Mortgage Company, | Case No. BK-S-06-10727-LBR |
| USA Capital Realty Advisors, LLC,[1] | Case No. BK-S-06-10728-LBR[2] |
| USA Capital Diversified Trust Deed Fund, LLC, | Case No. BK-S-06-10729-LBR[3] |
| USA Capital First Trust Deed Fund, LLC,[2] | CHAPTER 11 |
| USA Securities, LLC,[3]  Debtors. | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| **Affects:** | |
| ☐ All Debtors | |
| ☒ USA Commercial Mortgage Company | Date of Hearing: August 14, 2009 |
| ☐ USA Capital Realty Advisors, LLC | Time of Hearing: 9:30 a.m. |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | |
| ☐ USA Capital First Trust Deed Fund, LLC | New Date of Hearing: October 19, 2009 |
| ☐ USA Securities, LLC | Time of Hearing: 3:00 p.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2079782.1

**Order Approving Stipulation To Extend Deadline To File Response To USACM Liquidating Trust's Objection To Proof Of Claim Of U.S. Securities And Exchange Commission And Continue The Hearing**

**IT IS HEREBY ORDERED:**

1) Approving the Stipulation [DE 7323] by and between USACM Liquidating Trust ("Trust") and U.S. Securities and Exchange Commission ("SEC");

2) Extending the deadline to October 1, 2009 for SEC to file a response to the Trust's Objection to SEC's Proof of Claim; and

3) Vacating the August 14, 2009 hearing and rescheduling the hearing on the Trust's objection to SEC's Proof of Claim No. 10725-01162 [DE 6979] to **October 19, 2009 at 3:00 p.m.**

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ RC     (#0006593)
    Rob Charles
    John Hinderaker
*Attorneys for USACM Liquidating Trust*

**U.S. SECURITIES AND EXCHANGE COMMISSION**

By: /s/ Sandra W. Lavigna
Sandra W. Lavigna
Senior Bankruptcy Counsel
Los Angeles Regional Office
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90036
E-mail: lavignas@sec.gov