**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHinderaker@LRLaw.com

*Attorneys for USACM Liquidating Trust*

E-Filed on 8/7/09

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br>USA Capital Realty Advisors, LLC,[1]<br>USA Capital Diversified Trust Deed Fund, LLC,<br>USA Capital First Trust Deed Fund, LLC,[2]<br>USA Securities, LLC,[3]<br>                       Debtors.<br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER APPROVING STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO USACM LIQUIDATING TRUST'S OBJECTION TO PROOF OF CLAIM OF U.S. SECURITIES AND EXCHANGE COMMISSION AND CONTINUE THE HEARING** |

**PLEASE TAKE NOTICE** that an Order Approving Stipulation To Extend Deadline To File Response To USACM Liquidating Trust's Objection To Proof of Claim Of U.S. Securities And Exchange Commission And Continue The Hearing [DE 7326] was

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

1

2081089.1

entered on the 7th day of August, 2009, a true and correct copy of which is attached hereto as Exhibit A.

        RESPECTFULLY SUBMITTED August 7, 2009.

                LEWIS AND ROCA LLP

By /s/ Rob Charles (#0006593)
Rob Charles
John Hinderaker
*Attorneys for USACM Liquidating Trust*
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
702-949-8320

Copy of the foregoing e-mailed on
August 7, 2009 to:

Sandra W. Lavigna
Senior Bankruptcy Counsel
U.S. Securities and Exchange Commission
Los Angeles Regional Office
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90036
E-Mail:  lavignas@sec.gov

/s/ Carrie Lawrence
Lewis and Roca LLP

2081089.1