EXHIBIT A

1962760.1

Case 06-10725-lbr    Doc 7325    Entered 08/07/09 08:23:30    Page 1 of 3



**Entered on Docket**
**August 07, 2009**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

1

2

3

4

5

6   **LEWIS AND ROCA LLP**
    Rob Charles (NV 6593)
7   John Hinderaker (AZ 018024)
    3993 Howard Hughes Parkway, Ste. 600
8   Las Vegas, Nevada 89169-5996
    Telephone (520) 629-4427
9   Facsimile (520) 879-4705
    Email:  rcharles@lrlaw.com
10           jhinderaker@lrlaw.com
    _Attorneys for USACM Liquidating Trust_

11                **UNITED STATES BANKRUPTCY COURT**

12                      **DISTRICT OF NEVADA**

13  In re:                                          Case No. BK-S-06-10725-LBR
                                                    Case No. BK-S-06-10726-LBR[1]
14  USA COMMERCIAL MORTGAGE COMPANY,                Case No. BK-S-06-10727-LBR
                                                    Case No. BK-S-06-10728-LBR[2]
15  USA CAPITAL REALTY ADVISORS, LLC,[1]            Case No. BK-S-06-10729-LBR[3]

16  USA CAPITAL DIVERSIFIED TRUST DEED              CHAPTER 11
    FUND, LLC,
17                                                  Jointly Administered Under
    USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]      Case No. BK-S-06-10725 LBR
18
    USA SECURITIES, LLC,[3]                         **STIPULATION AND ORDER**
19                           Debtors.               **PROVIDING FOR THE  WITHDRAWAL**
                                                    **OF TWELVE HORSES OF NORTH**
20  **Affects:**                                    **AMERICA, LLC'S PROOF OF CLAIM**
    ☐ All Debtors                                   **AND THE OBJECTION THERETO AND**
21  ☒ USA Commercial Mortgage Company              **VACATING HEARING**
    ☐ USA Capital Realty Advisors, LLC
22  ☐ USA Capital Diversified Trust Deed Fund, LLC  Hearing Date:    August 21, 2009
    ☐ USA Capital First Trust Deed Fund, LLC        Hearing Time:    9:30 a.m.
23  ☐ USA Securities, LLC

24

25

26
    _____
    [1] This bankruptcy case was closed on September 23, 2008.
    [2] This bankruptcy case was closed on October 12, 2007.
    [3] This bankruptcy case was closed on December 21, 2007.

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

1    The USACM Liquidating Trust ("USACM Trust"), by and through its attorneys, the law

2 firm of Lewis And Roca LLP, and Twelve Horses North America, LLC ("THNA," and together

3 with the USACM Trust, the "Parties"), *pro se*, hereby stipulate and agree as follows:

4    THNA filed proof of claim no. 10725-01173 (the "THNA Claim") in the bankruptcy case

5 of USA Commercial Mortgage Company, case no. BK-S-10725-LBR.

6    The Objection Of USACM Liquidating Trust To Proof Of Claim Of Twelve Horses North

7 America [DE 7219] (the "Objection") was filed with the Court on July 9, 2009, and is scheduled

8 for hearing before this Court on August 21, 2009.

9

10    After receipt of the Objection, THNA and the USACM Trust conferred and have reached

11 the following resolution of the THNA Claim and the Objection.

12    NOW, THEREFORE, the USACM Trust and THNA hereby stipulate and agree as

13 follows:

14    1.    The THNA Claim is hereby withdrawn;

15    2.    The Objection is hereby withdrawn; and

16

17    3.    The hearing on the Objection scheduled for August 21, 2009 may be vacated.

18    Respectfully submitted July 20, 2009

19

20  LEWIS AND ROCA LLP                    TWELVE HORSES NORTH AMERICA,
                                         LLC
21

22  By: /s/ John Hinderaker_____        By: _____
    Rob Charles                              David LaPlante
23  John Hinderaker
    3993 Howard Hughes Parkway, Suite 600   Its: Manager
24  Las Vegas, Nevada 89169
    Attorney for USACM Liquidating Trust
25  . . .

26  . . .

2

2072988_1

LEWIS
AND
ROCA
—LLP—
L A W Y E R S

1

2

### ORDER

3    **IT IS SO ORDERED.**

4

5    PREPARED AND SUBMITTED

6    LEWIS AND ROCA LLP

7

8    By: /s/ John Hinderaker
     Rob Charles
     John Hinderaker
9    3993 Howard Hughes Parkway, Suite 600
     Las Vegas, Nevada 89169
10   Attorney for USACM Liquidating Trust

11

12   APPROVED AS TO FORM:

13   TWELVE HORSES NORTH AMERICA, LLC

14
     By: _____
15   David LaPlante

16   Its: Manager

17

18                              ###

19

20

21

22

23

24

25

26