# UNIVERSAL MANAGEMENT, INC.

5280 S. Eastern Ave., Suite D-3
Las Vegas, NV 89119

Telephone 702-822-0964

August 3, 2009

Marvin Ruth
Lewis and Roca, LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169

RE: OBJECTION TO REQUESTED RELIEF
AUGUST 21, 2009 HEARING
Case No. 06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

Dear Mr. Ruth:

As President of Universal Management, Inc., a Nevada corporation I file this objection to requested relief on the above referenced case.

We have previously filed a proof of claim with Bankruptcy Court documenting the claim of Universal Management, Inc., against USA Commercial Mortgage Company regarding our investment in the Bay Pompano Beach and other loans. Additional documentation will be provided at any evidentiary hearing or trial on this matter on our part.

This objection to requested relief is being filed with you by US Mail, e-mail with a copy to Bankruptcy Court.

Sincerely,

Tariq Chaudhry
President

CC: United States Bankruptcy Court, District of Nevada