# LEWIS
## AND
## ROCA
—— LLP ——
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
Marvin Ruth NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

| | E-Filed on 8/12/2009 |

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR[1] |
| | Case No. BK-S-06-10726-LBR[1] |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR, |
| | Case No. BK-S-06-10728-LBR[2] |
| USA CAPITAL REALTY ADVISORS, LLC,[1] | Case No. BK-S-06-10729-LBR[3] |
| | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,[2] | **Certificate of Service** |
| USA SECURITIES, LLC,[3] | |
| Debtors. | |
| **Affects:** | |
| ☐ All Debtors | |
| ☒ USA Commercial Mortgage Company | |
| ☐ USA Capital Realty Advisors, LLC | |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | |
| ☐ USA Capital First Trust Deed Fund, LLC | |
| ☐ USA Securities, LLC | |

      1.     I, Carrie Lawrence, an employee of Lewis and Roca LLP, served the following documents:

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

LEWIS
AND
ROCA
——— LLP ———
L A W Y E R S

- **Twelfth Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in the Bay Pompano Beach Loan [DE 7289] (and pertinent portion of Exhibit A);**

- **Notice of Hearing Regarding Twelfth Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in the Bay Pompano Beach Loan [DE 7290] (and pertinent portion of Exhibit A); and**

- **Declaration of Edward M. Burr in Support of Omnibus Objections to Proofs of Claim Based Upon Investment in the Bay Pompano Beach, LLC Loan; and Certificate of Service [DE 7282] (and pertinent portion of Exhibit A).**

    2.    I served the foregoing via first class postage prepaid U.S. Mail on August 10, 2009 to the following party:

Charles Henry Small
12450 E. 38th Place
Yuma, AZ 85367

    I declare the foregoing is true and correct.

    DATED:  August 12, 2009.

                                    /s/ Carrie Lawrence
                                    Carrie Lawrence
                                    Lewis and Roca LLP

2

2081579.1