1  KAARAN THOMAS, NV Bar No. 7193
   LEIGH GODDARD, NV Bar No. 6315
2  McDONALD CARANO WILSON LLP
   100 W. Liberty St., 10th Floor
3  Reno, Nevada 89501
   Telephone: (775) 788-2000
4  Facsimile:  (775) 788-2020
   E-mail: kthomas@mcdonaldcarano.com
5  E-mail: lgoddard@mcdonaldcarano.com

6  Attorneys for Defendant

7              **UNITED STATES BANKRUPTCY COURT**

8                  **DISTRICT OF NEVADA**

| | |
|---|---|
| 9  In re:<br>USA CAPITAL MORTGAGE COMPANY,<br><br>10          Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR |
| 11  In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>12          Debtor. | BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| 13  In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>14  FUND, LLC,<br><br>15          Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases |
| 16  In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>17          Debtor. | Judge Linda B. Riegle |
| 18  In re:<br>USA SECURITIES, LLC,<br><br>19          Debtor. | |
| 20  Affects:<br>  ☐  All Debtors<br>21  ■  USA Commercial Mortgage Company<br>  ☐  USA Capital Realty Advisors, LLC<br>22  ☐  USA Capital Diversified Trust Deed Fund, LLC<br>  ☐  USA Capital First Trust Deed Fund, LLC<br>23  ☐  USA Securities, LLC | |
| 23  USACM LIQUIDATING TRUST,<br><br>24          Plaintiff,<br><br>25          v.<br><br>26  TANAMERA RESORT PARTNERS, LLC<br><br>27          Defendant. | Adversary No. 08-01129 |

28              **WITHDRAWAL OF APPEARANCE AND**
        **EX-PARTE MOTION FOR REMOVAL FROM ECF SERVICE**

McDONALD·CARANO·WILSON℠
100 WEST LIBERTY STREET, 10TH FLOOR • RENO, NEVADA 89501
P.O. BOX 2670 • RENO, NEVADA 89505-2670
PHONE 775-788-2000 • FAX 775-788-2020

## WITHDRAWAL OF APPEARANCE AND
## EX-PARTE MOTION FOR REMOVAL FROM ECF SERVICE

PLEASE TAKE NOTICE that the undersigned, Leigh Goddard of McDonald Carano Wilson, LLP, hereby withdraws her appearance in this case on behalf of Adversary Defendant TANAMERA RESORT PARTNERS, LLC, and requests that the undersigned by removed from the ECF and any other service in this case.  Please remove the name, mailing address and email address listed below from the mailing lists and the Court's ECF system for this case:

Leigh Goddard
McDonald Carano Wilson, LLP
100 W. Liberty Street, 10th Floor
Reno, Nevada  89501
E-mail:  lgoddard@mcdonaldcarano.com

Dated: August 14th, 2009.

McDONALD CARANO WILSON LLP

KIAARAN THOMAS
LEIGH GODDARD

Attorneys for Defendant
Tanamera Resort Partners, LLC

McDONALD·CARANO·WILSON℠
100 WEST LIBERTY STREET, 10TH FLOOR • RENO, NEVADA 89501
P.O. BOX 2670 • RENO, NEVADA 89505-2670
PHONE 775-788-2000 • FAX 775-788-2020

2

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of McDONALD CARANO WILSON LLP. That I am, and was when the herein described service took place, a citizen of the United States, over 21 years of age, and not a party to, nor interested in, the within action.

On August 14th, 2009, the following document was electronically filed and served through the U.S. Bankruptcy Court:

- Withdrawal of Appearance and Ex-Party Motion for Removal From ECF Service

I hereby certify the assertions of this certificate are true, except as to those matters stated upon information and belief, and as to those matters, I believe them to be true.

Executed this 14th day of August, 2009.

Pamela Miller

McDONALD·CARANO·WILSON LLP
100 WEST LIBERTY STREET, 10TH FLOOR • RENO, NEVADA 89501
P.O. BOX 2670 • RENO, NEVADA 89505-2670
PHONE 775-788-2000 • FAX 775-788-2020