**LEWIS AND ROCA LLP — LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 8/17/2009

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                        Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**USACM TRUST'S WITHDRAWAL OF OBJECTION TO PROOF OF CLAIM FILED BY THE DON P. MARSHALL TRUST**<br><br>Hearing Date: August 21, 2009<br>Time: 9:30 a.m. |

      The USACM Liquidating Trust ("USACM Trust"), filed the Twenty-Second Omnibus Objection for Lack of Documentation [DE 7260]. The Objection requested that numerous claims, including Proof of Claim No. 10725-02482 filed by the Don P. Marshall Trust, be disallowed because they lack supporting documentation. The matter is scheduled for hearing on August 21, 2009.

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

258264.1



Mr. Marshall contacted the USACM Trust and provided documentation to support the claim. Accordingly, the USACM Trust withdraws its objection based on lack of documentation as to Proof of Claim No. 10725-02482 filed by the Don P. Marshall Trust, but reserves the right to object at a later date, or re-assert this objection after a review of the documentation provided.

Respectfully submitted August 17, 2009

**LEWIS AND ROCA LLP**

By: s/John Hinderaker (#018024)
Rob Charles, NV 6593
John Hinderaker, AZ 018024
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
*Counsel for USACM Liquidating Trust*

Copy of the foregoing mailed on July 27, 2009, to:

Don P. Marshall Trust
c/o Don P. Marshall, Trustee
221 Chiquita Road
Healdsburg, CA  95448-9055

s/Renee Creswell