```
 1  MOT
    SUSAN WILLIAMS SCANN, ESQ.
 2  Nevada Bar No. 000776
    DEANER, DEANER, SCANN,
 3    MALAN & LARSEN
    720 South Fourth Street, Suite #300
 4  Las Vegas, Nevada  89101
    (702) 382-6911
 5  Attorneys for Plaintiff Binford Medical Developers, LLC
```

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>            Debtor | Case No.  BK-S-06-10725 LBR<br>Case No.  BK-S-06-10726 LBR<br>Case No.  BK-S-06-10727 LBR<br>Case No.  BK-S-06-10728 LBR<br>Case No.  BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC.<br><br>            Debtor | Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.<br><br>            Debtor | Adversary No.  06-01212<br><br>Date of Hearing:<br>Time of Hearing: |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC.<br><br>            Debtor | Affects:<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC |
| In re:<br>USA SECURITIES, LLC.<br><br>            Debtor | ☐ USA Realty Advisors, LLC<br>■ All Debtors |
| **BINFORD MEDICAL DEVELOPERS,** LLC, an Indiana Limited Liability Company,<br>            Plaintiff,<br>vs.<br>USA COMMERCIAL MORTGAGE COMPANY and FIDELITY NATIONAL TITLE GROUP<br>            Defendants | **MOTION FOR LEAVE TO**<br>**WITHDRAW AS COUNSEL** |

   SUSAN WILLIAMS SCANN, ESQ. of the law firm of DEANER, DEANER, SCANN, MALAN & LARSEN, counsel of record for Plaintiff, BINFORD MEDICAL DEVELOPERS, hereby moves for leave to withdraw as counsel for BINFORD MEDICAL DEVELOPERS.  This Motion is

based on the Affidavit of SUSAN WILLIAMS SCANN and the Points and Authorities attached hereto, together with pleadings and papers on file herein.

### POINTS AND AUTHORITIES

Bankruptcy Rule 9013 provides in pertinent part:
> A request for an order, except when an application is authorized by these rules, shall be by written motion, unless made during a hearing. The motion shall state with particularity the grounds therefore, and shall set forth the relief or order sought . . .

The Nev. S.Ct. Rule 46 allows an attorney to withdraw upon application to the Court.

Rule No. IA10-6 of the Local Rules of Practice of the United States District Court for the District of Nevada provides as follows:

> (b)  No attorney may withdraw after appearing in any case except by leave of court after notice served on the affected client and opposing counsel.

An attorney may withdraw from a case with the consent of his client or for justifiable cause upon leave of court. 7 CJS <u>Attorney and Client</u>, §110. Such justifiable cause is set forth in the Affidavit of SUSAN WILLIAMS SCANN set forth hereunder.

Notice of this Motion has been given to Defendants and opposing counsel.

Respectfully submitted,

DEANER, DEANER, SCANN, MALAN & LARSEN

By: _____
SUSAN WILLIAMS SCANN, ESQ.
Nevada Bar No. 000776
720 South Fourth Street
Suite 300
Las Vegas, Nevada 89101
Attorney for Claimant
**BINFORD MEDICAL DEVELOPERS**

**AFFIDAVIT OF SUSAN WILLIAMS SCANN**

STATE OF NEVADA    )
                   ) ss:
COUNTY OF CLARK    )

SUSAN WILLIAMS SCANN, ESQ., being first duly sworn, deposes and says:

1. I am an attorney with the law firm of DEANER, DEANER, SCANN, MALAN & LARSEN and licensed to practice in the State of Nevada.

2. I am the attorney representing BINFORD MEDICAL DEVELOPERS, in the above action.

3. Binford was one of the USACM's borrowers. Binford has not paid our firm's fees for over one year. Accordingly, DEANER, DEANER, SCANN, MALAN & LARSEN requests permission to withdraw as counsel for BINFORD MEDICAL DEVELOPERS, on this case.

4. The Claimant may be served with notice of further proceedings at the following last known address:

> Binford Medical Developers, LLC
> Mr. Ken Schmidt, Managing Member
> 5200 E. 64th Street
> Indianapolis, IN 46220

DATED this 3rd day of August, 2009.

_____
SUSAN WILLIAMS SCANN

SUBSCRIBED AND SWORN to before me on this 3rd day of August, 2009.

_____
NOTARY PUBLIC in and for this County and State

NOTARY PUBLIC
PRESTINE ALEXANDER
STATE OF NEVADA - COUNTY OF CLARK
MY APPOINTMENT EXP. JULY 20, 2012
No: 00-64239-1

3