SUSAN WILLIAMS SCANN, ESQ.
Nevada Bar No. 000776
DEANER, DEANER, SCANN,
  MALAN & LARSEN
720 South Fourth Street, Suite #300
Las Vegas, Nevada 89101
(702) 382-6911
Attorneys for Plaintiff Binford Medical Developers, LLC

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: <br> USA COMMERCIAL MORTGAGE COMPANY, <br><br> Debtor | Case No.  BK-S-06-10725 LBR <br> Case No.  BK-S-06-10726 LBR <br> Case No.  BK-S-06-10727 LBR <br> Case No.  BK-S-06-10728 LBR <br> Case No.  BK-S-06-10729 LBR |
| In re: <br> USA CAPITAL REALTY ADVISORS, LLC. <br><br> Debtor | Chapter 11 <br> Jointly Administered Under <br> Case No. BK-S-06-10725 LBR |
| In re: <br> USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC. <br><br> Debtor | Adversary No. 06-01212 <br><br> Date of Hearing: <br> Time of Hearing: |
| In re: <br> USA CAPITAL FIRST TRUST DEED FUND, LLC. <br><br> Debtor | Affects: <br> ☐USA Commercial Mortgage Company <br> ☐USA Capital Diversified Trust Deed Fund, LLC <br> ☐ USA Capital First Trust Deed Fund, LLC <br> ☐USA Securities, LLC <br> ☐USA Realty Advisors, LLC <br> ■All Debtors |
| In re: <br> USA SECURITIES, LLC. <br><br> Debtor | |
| **BINFORD MEDICAL DEVELOPERS,** LLC, an Indiana Limited Liability Company, <br> Plaintiff, <br> vs. <br> USA COMMERCIAL MORTGAGE COMPANY and FIDELITY NATIONAL TITLE GROUP <br> Defendants | **EX PARTE MOTION FOR ORDER SHORTENING TIME TO HEAR MOTION TO WITHDRAW** |

COMES NOW, SUSAN WILLIAMS SCANN, ESQ. of the law firm of DEANER, DEANER, SCANN, MALAN & LARSEN, DEANER, DEANER, SCANN, MALAN & LARSEN, ("Deaner Firm") and hereby moves this Court for an Order Shortening Time for the hearing on the

1  the Deaner Firm's Motion to Withdraw filed _____, ____, 2009.  The next Omnibus hearing
2  date for USACM is August 21, 2009 at 9:30 a.m.
3      This Motion is based upon Bankruptcy Rule 9006(c)(1) and LR 9006(a), the Affidavit of
4  counsel for Binford attached hereto, and upon the pleadings and records on file herein.  A copy of the
5  Motion to Withdraw is attached hereto.
6      DATED this 3rd day of Aug., 2009.
7                                    Respectfully Submitted,
8                                    DEANER, DEANER, SCANN,
                                     MALAN & LARSEN
10                                   By _____
                                     SUSAN WILLIAMS SCANN, ESQ.
11                                   Nevada Bar No. 000776
                                     720 South Fourth Street, Suite 300
12                                   Las Vegas, Nevada 89101
                                     Attorney for Binford Medical Developers, LLC

# AFFIDAVIT IN SUPPORT OF EX PARTE
# APPLICATION FOR ORDER SHORTENING TIME

STATE OF NEVADA    )
                   ) ss:
COUNTY OF CLARK    )

SUSAN WILLIAMS SCANN, being first duly sworn, deposes and says:

1. I am an attorney with the law firm of DEANER, DEANER, SCANN, MALAN & LARSEN, and licensed to practice law in the State of Nevada.

2. DEANER, DEANER, SCANN, MALAN & LARSEN are counsel for Binford.

3. An Order Shortening Time is requested so that the Motion to Withdraw can be heard on the same date as the next Omnibus Hearing scheduled for August 21, 2009 at 9:30 a.m.

4. Accordingly, it is necessary for Plaintiff to have this Motion heard by Order Shortening Time.

_____
SUSAN WILLIAMS SCANN

SUBSCRIBED AND SWORN TO before me this ___ day of August, 2009.

_____
NOTARY PUBLIC in and for said
County and State

NOTARY PUBLIC
PRESTINE ALEXANDER
STATE OF NEVADA - COUNTY OF CLARK
MY APPOINTMENT EXP. JULY 20, 2012
No: 00-64239-1

3