1  MOT
   SUSAN WILLIAMS SCANN, ESQ.
2  Nevada Bar No. 000776
   DEANER, DEANER, SCANN,
3    MALAN & LARSEN
   720 South Fourth Street, Suite #300
4  Las Vegas, Nevada 89101
   (702) 382-6911
5  Attorneys for Plaintiff Binford Medical Developers, LLC

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE<br>COMPANY,<br><br>           Debtor | Case No.  BK-S-06-10725 LBR<br>Case No.  BK-S-06-10726 LBR<br>Case No.  BK-S-06-10727 LBR<br>Case No.  BK-S-06-10728 LBR<br>Case No.  BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC.<br><br>           Debtor | Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST<br>DEED FUND, LLC.<br><br>           Debtor | Adversary No.  06-01212<br><br>Date of Hearing:<br>Time of Hearing: |
| In re:<br>USA CAPITAL FIRST TRUST<br>DEED FUND, LLC.<br><br>           Debtor | Affects:<br>☐USA Commercial Mortgage Company<br>☐USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC |
| In re:<br>USA SECURITIES, LLC.<br><br>           Debtor | ☐USA Securities, LLC<br>☐USA Realty Advisors, LLC<br>■All Debtors |
| **BINFORD MEDICAL DEVELOPERS,**<br>LLC, an Indiana Limited Liability<br>Company,<br>                    Plaintiff,<br>     vs.<br><br>USA COMMERCIAL MORTGAGE<br>COMPANY and FIDELITY  NATIONAL<br>TITLE GROUP<br>                    Defendants | **ATTORNEY INFORMATION SHEET<br>FOR PROPOSED ORDER<br>SHORTENING TIME** |

　　　As required by the Court, I have contacted the parties listed below regarding the attached proposed Order Shortening Time. They agree or disagree to the time being shortened, as

indicated below:

| NAME | DATE CONTACTED | AGREE | DISAGREE |
|---|---|---|---|
| John Hinderaker, ESQ. | 8/11/09 | | X |

Dated this 12th day of August, 2009.

                        Respectfully submitted,

                        DEANER, DEANER, SCANN,
                        MALAN & LARSEN

By: _____
       SUSAN WILLIAMS SCANN, ESQ.
       Nevada Bar No. 000776
       720 South Fourth Street
       Suite 300
       Las Vegas, Nevada 89101
       Attorney for Claimant
       **BINFORD MEDICAL DEVELOPERS**