| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the BarUSA/$15,300,000 Loan |
|---|---|---|---|---|
| 10725-00610 | Acosta, Celso | 9061 Black Elk Ave<br>Las Vegas, NV  89143-1180 | 26,554.58 | 26,554.58 |
| 10725-01373 | ACS Nevada Inc | 7990 Castle Pines Ave<br>Las Vegas, NV  89113-1207 | 15,000.00 | 15,000.00 |
| 10725-01110 | Alderson Ira, Harvey | 4941 Harris Ave<br>Las Vegas, NV  89110-2448 | 30,000.00 | 30,000.00 |
| 10725-00529 | Bathish, Joseph | 800 Ocean Dr 1102<br>Juno Beach, FL  33408 | 100,000.00 | 100,000.00 |
| 10725-01849 | Broadwalk Investments Limited Partnership | C/O James R Bonfiglio<br>8635 W Sahara<br>Las Vegas, NV  89117-5858 | 100,000.00 | 100,000.00 |
| 10725-01343 | Bruce Living Trust Dtd 9/27/01 | C/O Don & Kim Bruce Ttees<br>1761 Montelena Ct<br>Carson City, NV  89703-8375 | 25,381.95 | 25,381.95 |
| 10725-02101 | Bruggemans, Paul | 385 West Tahquitz Canyon Way<br>Palm Springs, CA  92262 | 100,000.00 | 100,000.00 |
| 10725-00989 | Chai Miller Llc | Po Box 81191<br>Las Vegas, NV  89180-1191 | 559,927.00 | 559,927.00 |
| 10725-02457 | Donnolo Family Trust Dated 8/24/88 | C/O Joseph & Loretta Donnolo<br>3120 Highland Falls Dr<br>Las Vegas, NV  89134-7422 | 100,000.00 | 100,000.00 |
| 10728-00054 | Goforth, Phillip Darin & Francesca M | 13301 Silver Peak Pl NE<br>Albuquerque, NM  87111-8264 | 50,000.00 | 50,000.00 |

**EXHIBIT A**

2081586.1