LEWIS
AND
ROCA
LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
Marvin Ruth NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 8/18/09

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR[1] |
| | Case No. BK-S-06-10726-LBR[1] |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[2] |
| USA CAPITAL REALTY ADVISORS, LLC,[1] | Case No. BK-S-06-10729-LBR[3] |
| | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,[2] | **NOTICE OF HEARING REGARDING FIRST OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED UPON THE INVESTMENT IN THE BAR USA LOAN** |
| USA SECURITIES, LLC,[3] Debtors. | |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Date of Hearing: September 29, 2009
Time of Hearing: 9:30 a.m.

**THE USACM LIQUIDATING TRUST IS OBJECTING TO THE CLAIM THAT _YOU_ FILED. THE USACM TRUST SEEKS TO DISALLOW YOUR CLAIM TO THE EXTENT IT IS BASED UPON INVESTMENT IN THE BAR USA**

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2082028.1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

**LOAN.  THIS OBJECTION WILL NOT IMPACT YOUR CLAIM TO THE EXTENT IT IS BASED UPON AN INVESTMENT IN A DIFFERENT LOAN.**

**PLEASE DO NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF YOUR CLAIM.  QUESTIONS REGARDING THE AMOUNT OF A CLAIM OR THE FILING OF A CLAIM SHOULD BE DIRECTED TO BRANT FYLLING OF SIERRA CONSULTING GROUP, LLC (602) 424-7009) OR THE UNDERSIGNED COUNSEL.**

**NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust has filed its First Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Investment in the BarUSA Loan (the "Objection").  Your Proof of Claim number and other information regarding your claim is provided in **Exhibit A**, attached.  The USACM Liquidating Trust has requested that this Court enter an order, pursuant to Bankruptcy Code § 502 and Bankruptcy Rule 3007, disallowing your Proof of Claim to the extent it is based upon investment in the BarUSA Loan.  The Objection will not impact your Claim to the extent it is based upon an investment in a different loan.

**NOTICE IS FURTHER GIVEN** that the hearing on the Objection will be held before the Honorable Linda B. Riegle, United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada, on **September 29, 2009**, **at the hour of 9:30 a.m.**

**NOTICE IS FURTHER GIVEN THAT THE HEARING SET ON SEPTEMBER 29, 2009, WILL BE HELD FOR THE PURPOSE OF STATUS CHECKS AND SCHEDULING EVIDENTIARY HEARINGS ONLY.  NO ARGUMENTS WILL BE HEARD ON THAT DATE.**

**NOTICE IS FURTHER GIVEN** that any response to the Objection must be filed by September 22, 2009 pursuant to Local Rule 3007(b), which states:

2082028.1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

1    If an objection to a claim is opposed, a written response must be filed and
     served on the objecting party at least 5 business days before the scheduled
2    hearing.  A response is deemed sufficient if it states that written
     documentation in support of the proof of claim has already been provided to
3    the objecting party and that the documentation will be provided at any
     evidentiary hearing or trial on the matter.

---

4    If you object to the relief requested, you *must* file a **WRITTEN** response to this

5    pleading with the Court.  You *must* also serve your written response on the person who

6    sent you this notice.

7    If you do not file a written response with the Court, or if you do not serve your

8    written response on the person who sent you this notice, then:

9    • The Court may *refuse to allow you to speak* at the scheduled hearing; and

10   • The Court may *rule against you* and sustain the objection without formally

11   calling the matter at the hearing.

---

12   Dated:  August 18, 2009.

13                                          LEWIS AND ROCA LLP

14
                                           By /s/  Marvin Ruth (#10979)
15                                             Rob Charles, NV 6593
                                               John C. Hinderaker, AZ 18024 (*pro hac vice*)
16                                             Marvin Ruth, NV 10979
                                           3993 Howard Hughes Parkway, Suite 600
17                                         Las Vegas, Nevada  89169
                                           Telephone:  (702) 949-8320
18                                         Facsimile:   (702) 949-8398
                                           E-mail:  mruth@lrlaw.com
19                                         *Attorneys for the USACM Liquidating Trust*

20   Copy of the foregoing and pertinent
     portion of Exhibit A mailed by first
21   class postage prepaid U.S. Mail on
     August 18, 2009 to:
22
     Parties listed on Exhibit A attached.
23
     LEWIS AND ROCA LLP
24

25   /s/ Carrie Lawrence
         Carrie Lawrence
26

2082028.1