| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the BarUSA/$15,300,000 Loan |
|---|---|---|---|---|
| 10725-00486 | Harkins 2001 Revocable Trust Dtd 8/23/01 | Leslie & Linda Harkins Ttees<br>2050 Longley Ln Apt 2008<br>Reno, NV  89502 | 25,000.00 | 25,000.00 |
| 10725-00614 | Harkins 2001 Revocable Trust Dtd 8/23/01 | Leslie & Linda Harkins Ttees<br>2050 Longley Ln Apt 2008<br>Reno, NV  89502 | 25,000.00 | 25,000.00 |
| 10725-02230 | Jocelyne Helzer Ira, First Savings Bank C/F | 115 South Deer Run Rd<br>Carson City, NV  89701 | 36,538.00 | 36,538.00 |
| 10725-00909 | Joyce E Smith Trust Dated 11/3/99 | C/O Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV  89135-1548 | 53,791.67 | 53,791.67 |
| 10725-01769 | Larson, Gary & Dolores | 544 Rolling Hills Dr<br>Mesquite, NV  89027 | 72,247.00 | 72,247.00 |
| 10725-00734 | Louise G Sherk Md Employee Benefit Plan Trust | C/O Robert Di Bias & Louise Sherk Ttees<br>3830 Ocean Birch Dr<br>Corona Del Mar, CA  92625-1244 | 50,753.42 | 50,753.42 |
| 10725-01576 | Lukito, Hendarsin & Shu S | 3009 Beaverwood LN<br>Silver Spring, MD  20906-3011 | 55,000.00 | 55,000.00 |
| 10725-00455 | Machetta, James | Po Box 2242<br>Denver, Co  80201 | 50,000.00 | 50,000.00 |
| 10725-00421 | Machetta, Joseph | Po Box 187<br>Brush, CO  80723 | 50,000.00 | 50,000.00 |
| 10725-01593 | Mayo, Monroe | 8635 W Sahara Ave  #532<br>Las Vegas, NV  89117 | 25,000.00 | 25,000.00 |

**EXHIBIT A**

2081589.1