| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the BarUSA/$15,300,000 Loan |
|---|---|---|---|---|
| 10725-02240 | Mcquerry Family Trust | William Mcquerry<br>318 Singing Brook Cir<br>Santa Rosa, CA  95409-6483 | 202,022.00 | 202,022.00 |
| 10725-02138 | Millar, Russell | 923 Ceres Rd<br>Palm Springs, CA  92262 | 100,000.00 | 100,000.00 |
| 10725-00016-2 | Moon Trustee Of The Decedent`S Trust, Frieda Moon | Of The Restated Moon Irrevocable Trust<br>2504 Callita Court<br>Las Vegas, NV  89102 | 25,538.20 | 25,538.20 |
| 10725-00835 | Richard E Schneider & Phyllis I Pratt Revocable | Trust Dtd 12/16/04  Richard E Schneider & Phyllis I Pratt Co-Ttees<br>3424 Herring Gull LN<br>North Las Vegas NV  89084-2424 | 80,000.00 | 80,000.00 |
| 10725-01796 | Ronald Abrams Ent Inc Employee Retirement Trust | Ronald & Claire Abrams Ttees<br>2894 Woodwardia Dr<br>Los Angeles, CA  90077-2123 | 50,000.00 | 50,000.00 |
| 10725-00833 | Schneider, Richard | 3424 Herring Gull LN<br>North Las Vegas, NV  89084 | 80,000.00 | 80,000.00 |
| 10725-00145 | Sierra, Debra | Joshua D Brysk  Law Offices Of James G Schwartz<br>7901 Stoneridge Dr<br>Pleasanton, CA  94583 | 51,822.91 | 51,822.91 |
| 10725-00382 | Sobesky, Stephen | 1118 Olmo<br>Boulder City, NV  89005 | 70,000.00 | 70,000.00 |
| 10725-00423 | Sobesky, Stephen F | 1118 Olmo Way<br>Boulder City, NV  89005-3116 | 70,000.00 | 70,000.00 |
| 10725-01370 | Spangler, William M | 3460 Squaw Road<br>West Sacramento, CA  95691 | 14,000.00 | 14,000.00 |

**EXHIBIT A**

2081590.1