| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the BarUSA/$15,300,000 Loan |
|---|---|---|---|---|
| 10725-00686 | Ward Ira, Susan J | 26077 Charing Cross Rd<br>Valencia, CA  91355-2029 | 60,000.00 | 60,000.00 |
| 10725-01786 | Worthing, Ralph E & Maryanne H | 443 Arboles Dr<br>Bishop, CA  93514 | 20,430.00 | 20,430.00 |

**EXHIBIT A**

2081594.1