| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the BarUSA/$15,300,000 Loan |
|---|---|---|---|---|
| 10725-02301 | Anderson Fmly Trust Dtd 7/21/92 | Gary B & Barbara L Anderson Ttee<br>Po Box 699<br>Carnelian Bay, CA  96104 | 1,000,000.00 | 50,000.00 |
| 10725-02066 | Ann E Brant Survivors Trust Dtd 5/22/87 | C/O Raymond F Brant Trustee<br>PO Box 728<br>Diablo, CA  94528 | 202,886.16 | 100,000.00 |
| 10725-00466 | Barbara M Sanchez 2002 Revocable Living | C/O Barbara M Sanchez Trustee<br>PO Box 90528<br>Santa Barbara, CA  93190-0528 | - | 250,000.00 |
| 10725-02207 | Barcia, Daniel | 1600 Picket Ct<br>Reno, NV  89521 | 225,000.00 | 50,000.00 |
| 10725-02228 | Barzan Family Trust Dtd 5/23/90 | John C & Rosemarie A Barzan Ttees<br>1409 Morada Dr<br>Modesto, CA  95350-0655 | 253,643.04 | 100,000.00 |
| 10725-02227 | Barzan, Richard D & Lelia J | 7231 Langworth Rd<br>Oakdale, CA  95361 | 1,325,629.78 | 500,000.00 |
| 10725-02431 | Brines Revoc Fam Trust Dtd 11/5/94, Michael & Cindy | Michael R & Cindy G Brines Ttees<br>4935 El Sereno Ave<br>La Crescenta, CA  91214-3018 | 771,119.58 | 20,000.00 |
| 10725-01918 | Brines Revocable Family Trust, Michael R & Cindy G | U/A Dtd 11/5/94, C/O Michael R & Cindy G Brines Tt<br>4935 El Sereno<br>La Crescenta, CA  91214-3018 | 771,119.58 | 20,000.00 |

**EXHIBIT A**

2081602.1

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the BarUSA/$15,300,000 Loan |
|---|---|---|---|---|
| **10725-01022** | Calhoun, Orvin | 2026 Bel Air Ave<br>San Jose, CA  95128 | 104,946.77 | 50,000.00 |
| **10725-02113** | Charles B Dunn IV Trust Dtd 8/12/05 | C/O Charles B Dunn Iv Trustee<br>17042 Norlene Way<br>Grass Valley, CA  95949-7161 | 690,996.08 | 100,000.00 |

2081602.1