| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the BarUSA/$15,300,000 Loan |
|---|---|---|---|---|
| **10725-01661** | Christina M. Kehl | Janet L Chubb Esq  Jones Vargas<br>PO Box 281<br>Reno NV  89504-0281 | 1,023,023.12 | 200,000.00 |
| **10725-01437** | Clawiter Associates Llc | 1620 COlchester St<br>Danville, CA  94506 | 225,000.00 | 25,000.00 |
| **10725-00092** | Corison, James | 1427 Kearney Street<br>St. Helena, CA  94574 | 1,023,000.00 | 200,000.00 |
| **10725-01663** | Cynthia Winter | Janet L Chubb Esq  Jones Vargas<br>Po Box 281<br>Reno, NV  89504-0281 | 866,666.67 | 200,000.00 |
| **10725-01416** | Davis IRA, Patrick & Susan | 6816 Citrine Dr<br>Carlsbad, CA  92009 | 75,500.00 | 33,000.00 |
| **10725-02355** | Denise F Fager Revocable Trust UAD 2/28/03 | Denise F Fager Ttee<br>5 Salvatore<br>Ladera Ranch, CA  92694 | 1,327,564.06 | 200,000.00 |
| **10725-02356** | Denise F Fager Revocable Trust UAD 2/28/03 | Denise F Fager Ttee<br>5 Salvatore Ladera Ranch, CA  92694 | 1,327,564.06 | 200,000.00 |
| **10725-02063** | Dery, James D & Ann R | Husband & Wife<br>10 Longmeadow LN<br>Beachwood, OH  44122 | 2,793,347.72 | 200,000.00 |
| **10725-00900** | Erickson, Eric T And Dolores Y | 1455 Superior Ave  #342<br>Newport Beach, CA  92663-6125 | 390,000.00 | 25,000.00 |
| **10725-02382** | Essaff Family Trust Dtd 6/18/02 | Robert & Cindy H Essaff Ttees<br>2860 Heybourne Rd<br>Minden, NV  89423 | 3,198,368.02 | 100,000.00 |

**EXHIBIT A**

2081610.1