LEWIS
AND
ROCA
LLP
L A W Y E R S

E-Filed on 8/18/09

1  3993 Howard Hughes Parkway, Suite 600
   Las Vegas, NV 89169-5996
2  Facsimile (702) 949-8321
   Telephone (702) 949-8320

3  Rob Charles NV State Bar No. 006593
   Email: rcharles@lrlaw.com
   John Hinderaker AZ State Bar No. 018024
4  Email: jhinderaker@lrlaw.com
   Marvin Ruth NV State Bar No. 10979
   Email: mruth@lrlaw.com

5  Attorneys for USACM Liquidating Trust

6              **UNITED STATES BANKRUPTCY COURT**

7                    **DISTRICT OF NEVADA**

8  In re:                              Case No. BK-S-06-10725-LBR[1]
                                       Case No. BK-S-06-10726-LBR[1]
9  USA COMMERCIAL MORTGAGE             Case No. BK-S-06-10727-LBR
   COMPANY,                            Case No. BK-S-06-10728-LBR[2]
10                                     Case No. BK-S-06-10729-LBR[3]
   USA CAPITAL REALTY ADVISORS,
11 LLC,[1]                             CHAPTER 11

12 USA CAPITAL DIVERSIFIED TRUST       Jointly Administered Under Case No.
   DEED FUND, LLC,                     BK-S-06-10725 LBR
13
   USA CAPITAL FIRST TRUST DEED        **NOTICE OF HEARING REGARDING**
14 FUND, LLC,[2]                       **SEVENTH OMNIBUS OBJECTION**
                                       **OF USACM TRUST TO PROOFS OF**
15 USA SECURITIES, LLC,[3]             **CLAIM BASED, IN WHOLE OR IN**
                         Debtors.      **PART, UPON THE INVESTMENT**
16                                     **IN THE BAR USA LOAN**

   **Affects:**
17  ☐ All Debtors                      Date of Hearing:  September 29, 2009
    ☒ USA Commercial Mortgage Company  Time of Hearing:  9:30 a.m.
18  ☐ USA Capital Realty Advisors, LLC
    ☐ USA Capital Diversified Trust Deed Fund, LLC
19  ☐ USA Capital First Trust Deed Fund, LLC
    ☐ USA Securities, LLC
20

21       **THE USACM LIQUIDATING TRUST IS OBJECTING TO THE CLAIM**

22  **THAT _YOU_ FILED.  THE USACM TRUST SEEKS TO DISALLOW YOUR**

23  **CLAIM TO THE EXTENT IT IS BASED UPON INVESTMENT IN THE BAR USA**

24  _____

25  [1] This bankruptcy case was closed on September 23, 2008.

26  [2] This bankruptcy case was closed on October 12, 2007.

    [3] This bankruptcy case was closed on December 21, 2007.

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

**LOAN.  THIS OBJECTION WILL NOT IMPACT YOUR CLAIM TO THE EXTENT IT IS BASED UPON AN INVESTMENT IN A DIFFERENT LOAN.**

    <u>**PLEASE DO NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF YOUR CLAIM.**</u>  **QUESTIONS REGARDING THE AMOUNT OF A CLAIM OR THE FILING OF A CLAIM SHOULD BE DIRECTED TO BRANT FYLLING OF SIERRA CONSULTING GROUP, LLC (602) 424-7009) OR THE UNDERSIGNED COUNSEL.**

    **NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust has filed its Seventh Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon the Investment in the BarUSA Loan (the "Objection").  Your Proof of Claim number and other information regarding your claim is provided in **Exhibit A**, attached. The USACM Liquidating Trust has requested that this Court enter an order, pursuant to Bankruptcy Code § 502 and Bankruptcy Rule 3007, disallowing your Proof of Claim to the extent it is based upon investment in the BarUSA Loan.  The Objection will not impact your Claim to the extent it is based upon an investment in a different loan.

    **NOTICE IS FURTHER GIVEN** that the hearing on the Objection will be held before the Honorable Linda B. Riegle, United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada, on **September 29, 2009**, **at the hour of 9:30 a.m.**

    **NOTICE IS FURTHER GIVEN THAT THE HEARING SET ON SEPTEMBER 29, 2009, WILL BE HELD FOR THE PURPOSE OF STATUS CHECKS AND SCHEDULING EVIDENTIARY HEARINGS ONLY.  NO ARGUMENTS WILL BE HEARD ON THAT DATE.**

    **NOTICE IS FURTHER GIVEN** that any response to the Objection must be filed by September 22, 2009 pursuant to Local Rule 3007(b), which states:

2084316.1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

If an objection to a claim is opposed, a written response must be filed and served on the objecting party at least 5 business days before the scheduled hearing. A response is deemed sufficient if it states that written documentation in support of the proof of claim has already been provided to the objecting party and that the documentation will be provided at any evidentiary hearing or trial on the matter.

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the Court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The Court may *refuse to allow you to speak* at the scheduled hearing; and
> - The Court may *rule against you* and sustain the objection without formally calling the matter at the hearing.

Dated: August 18, 2009.

LEWIS AND ROCA LLP

By  /s/  Marvin Ruth (#10979)
    Rob Charles, NV 6593
    John C. Hinderaker, AZ 18024 (*pro hac vice*)
    Marvin Ruth, NV 10979
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8398
E-mail:  mruth@lrlaw.com
*Attorneys for the USACM Liquidating Trust*

Copy of the foregoing and pertinent portion of Exhibit A mailed by first class postage prepaid U.S. Mail on August 18, 2009 to:

Parties listed on Exhibit A attached.

LEWIS AND ROCA LLP

/s/ Carrie Lawrence
    Carrie Lawrence

3

2084316.1