| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the BarUSA/$15,300,000 Loan |
|---|---|---|---|---|
| 10728-00060 | Evo E & Billie D Zepponi Family Trust Agt Dt 2/9/9 | C/O Evo & Billie Zepponi Ttee<br>14385 W Morning Star<br>Surprise, AZ  85374-3816 | 3,691.66 | 583.33 |
| 10725-02467 | Foxcroft Living Trust Dtd 1/10/02 | Fred J & Roberta Foxcroft Ttees<br>PO Box 362<br>Carnelian Bay, CA  96140-0362 | 553,778.99 | 70,000.00 |
| 10725-02162 | Goodwin, Michael John | 555 Yellow Pine Rd<br>Reno, NV  89511-3714 | 1,011,076.40 | 100,000.00 |
| 10725-01911 | Ingman, Marc M | 1923 La Mesa Dr<br>Santa Monica, CA  90402-2322 | 507,500.00 | 300,000.00 |
| 10725-02099 | Janis  Living Trust Dtd 2/3/99, Janice | C/O Janice Janis Ttee<br>406 Pearl St<br>Boulder, CO  80302-4931 | 405,912.48 | 100,000.00 |
| 10725-01212 | Jay E Henman Retirement Plan | C/O Jay E Henman Trustee<br>1023 Ridgeview Ct<br>Carson City, NV  89705-8054 | 747,243.00 | 80,000.00 |
| 10725-00893 | Joyce E Smith Trust Dated 11/3/99 | C/O Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV  89135-1548 | 842,140.36 | 53,791.67 |
| 10725-00882 | Kenneth L Schumann Living Trust Dtd 7/19/96 | C/O Kenneth L Schumann Ttee<br>10 Town Plz #99<br>Durango, CO  81301-5104 | 125,000.00 | 50,000.00 |

**EXHIBIT A**

2081613.1

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the BarUSA/$15,300,000 Loan |
|---|---|---|---|---|
| **10725-01657** | Kevin A. Kehl | Janet L Chubb Esq  Jones Vargas<br>PO Box 281<br>Reno, NV  89504-0281 | 961,017.34 | 200,000.00 |
| **10725-02328** | Marion C Sharp IRA | 20 Leroy Terrace<br>New Haven, CT  06512-3114 | 450,000.00 | 200,000.00 |

2081613.1