| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the BarUSA/$15,300,000 Loan |
|---|---|---|---|---|
| **10725-02178** | Marshal Brecht Trust Dtd 2/5/86 | Marshall J & Janet L Brecht Trustees<br>640 Colonial Cir<br>Fullerton, CA  92835 | 3,418,022.00 | 300,000.00 |
| **10725-02460** | Mary Monica Cady IRA | 3261 Waterview Ct<br>Hayward, CA  94542-2124 | 125,788.98 | 30,000.00 |
| **10725-01239** | Mathews, Max | C/O SCOtt D Fleming Esq  Hale Lane Peek Dennison & Howard<br>3930 Howard Hughes Pkwy<br>Las Vegas NV  89169 | 85,000.00 | 25,000.00 |
| **10725-02383** | Minter Family 1994 Trust | Douglas & Elizabeth F Minter Ttees<br>5389 Conte Dr<br>Carson City, NV  89701 | 1,244,089.74 | 200,000.00 |
| **10725-02353** | Musso Living Trust Dtd 11/30/92 | Walter & Barbara Musso Ttees<br>Po Box 2566<br>Avila Beach, CA  93424 | 623,004.79 | 50,000.00 |
| **10725-01018** | Nakashima, Vicky | 1681 Fairburn Ave<br>Los Angeles, CA  90024 | 155,000.00 | 50,000.00 |
| **10725-02026** | Nevins Jt Ten, Richard & Michele | 1547 Bob Goalby LN<br>El Paso, TX  79935 | 2,798,759.62 | 1,000,000.00 |
| **10725-01480** | Norman & Charlene Prins Revoc Living Trust | Dtd 10/29/03  Norman & Charlene Prins Ttees<br>7425 W 104Th St<br>Bloomington, MN  55438-2114 | 118,827.74 | 30,000.00 |

**EXHIBIT A**

2081616.1

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the BarUSA/$15,300,000 Loan |
|---|---|---|---|---|
| **10725-00494** | RNR Living Trust Dtd 10/1/04 | C/O Robert & Renee Levy Trustees<br>2115 Bensley St<br>Henderson, NV  89044-0155 | 200,000.00 | 50,000.00 |
| **10725-01666** | Robert A. And Tina M. Kehl | Janet L Chubb Esq  Jones Vargas<br>Po Box 281<br>Reno, NV  89504-0281 | 1,896,046.24 | 500,000.00 |

2081616.1