| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the BarUSA/$15,300,000 Loan |
|---|---|---|---|---|
| 10725-00245 | Robert H & Lynn R Perlman Trust Dated 9/17/92 | C/O Robert H & Lynn R Perlman Ttees<br>2877 Paradise RD Unit 3501<br>Las Vegas, NV 89109-5278 | 1,187,000.00 | 50,000.00 |
| 10725-02000 | Robert L Ogren Trust Dtd 6/30/92 | Robert L Orgren Ttee<br>3768 Rick Stratton Dr<br>Las Vegas, NV 89120 | 1,827,483.14 | 120,000.00 |
| 10725-02090 | Robert William Ulm IRA | PensCO Trust COmpany Custodian<br>414 Morning Glory Rd St<br>Marys, GA 31558 | 1,415,506.00 | 100,000.00 |
| 10725-00302 | Ruby M Hill Family Trust Dtd 12/12/92 | C/O Ruby M Hill Trustee<br>7855 N Pershing Ave<br>Stockton, CA 95207-1749 | 4,005.00 | Unknown |
| 10725-01419 | S&P Davis Limited Partnership | 737 Bannerman Lane<br>Fort Mill, SC 29715 | 419,981.00 | 25,000.00 |
| 10725-00275 | Sailon, David & Joan | 2436 Cliffwood Dr<br>Henderson, NV 89074 | - | Unknown |
| 10725-00467 | Sanchez, Barbara M | Po Box 90528<br>Santa Barbara, CA 93190 | - | 250,000.00 |
| 10725-00884 | Schumann, Kenneth | 10 Town Plz #99<br>Durango, CO 81301 | 125,000.00 | 50,000.00 |
| 10725-01955 | Small Family Trust | Richard & Jacquelind Small Ttees<br>4801 Calle Santa Cruze Prescott Valley<br>Az 86314 | 703,134.00 | 30,000.00 |
| 10725-00413 | Sobesky, Stephen | 1118 Olmo<br>Boulder City, NV 89005 | 70,000.00 | Unknown |

**EXHIBIT A**

2081617.1