| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the BarUSA/$15,300,000 Loan |
|---|---|---|---|---|
| **10725-01371** | Spangler, William M & Jean A | 3460 Squaw Road<br>West Sacramento, CA  95691 | 147,895.00 | 25,000.00 |
| **10725-00603** | Teriano, Fred | Po Box 96331<br>Las Vegas, NV  89193-6331 | 165,000.00 | 50,000.00 |
| **10725-02481** | Tobias Von Euw Revocable | Trust Dated 11/23/04  C/O Tobias Von Euw Trustee<br>Sun City Aliante<br>7431 Lintwhite St<br>Las Vegas, NV  89084 | 1,468,967.93 | 25,000.00 |
| **10725-01043** | Ulm IRA, Robert W | PensCO Trust CO Inc Fbo<br>414 Morning Glory Rd<br>St Marys, GA  31558 | 715,000.00 | 50,000.00 |
| **10725-01283** | X Factor Inc | C/O SCOtt D Fleming Esq  Hale Lane Peek Den. & How.<br>3930 Howard Hughes Pk<br>Las Vegas, NV  89169 | - | Unknown |
| **10725-01952** | Zerbo, Anthony J | 780 Saratoga Ave  Apt S-107<br>San Jose, CA  95129 | 1,757,710.50 | 540,000.00 |

**EXHIBIT A**

2081621.1