EXHIBIT A

1962760.1

**USACM TRUST**

**BarUSA/$15,300,000  
Single Loan Claims**

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the BarUSA/$15,300,000 Loan |
|---|---|---|---|---|
| 10725-00610 | Acosta, Celso | 9061 Black Elk Ave<br>Las Vegas, NV 89143-1180 | 26,554.58 | 26,554.58 |
| 10725-01373 | ACS Nevada Inc | 7990 Castle Pines Ave<br>Las Vegas, NV 89113-1207 | 15,000.00 | 15,000.00 |
| 10725-01110 | Alderson Ira, Harvey | 4941 Harris Ave<br>Las Vegas, NV 89110-2448 | 30,000.00 | 30,000.00 |
| 10725-00529 | Bathish, Joseph | 800 Ocean Dr 1102<br>Juno Beach, FL 33408 | 100,000.00 | 100,000.00 |
| 10725-01849 | Broadwalk Investments Limited Partnership | C/O James R Bonfiglio<br>8635 W Sahara<br>Las Vegas, NV 89117-5858 | 100,000.00 | 100,000.00 |
| 10725-01343 | Bruce Living Trust Dtd 9/27/01 | C/O Don & Kim Bruce Ttees<br>1761 Montelena Ct<br>Carson City, NV 89703-8375 | 25,381.95 | 25,381.95 |
| 10725-02101 | Bruggemans, Paul | 385 West Tahquitz Canyon Way<br>Palm Springs, CA 92262 | 100,000.00 | 100,000.00 |
| 10725-00989 | Chai Miller Llc | Po Box 81191<br>Las Vegas, NV 89180-1191 | 559,927.00 | 559,927.00 |
| 10725-02457 | Donnolo Family Trust Dated 8/24/88 | C/O Joseph & Loretta Donnolo<br>3120 Highland Falls Dr<br>Las Vegas, NV 89134-7422 | 100,000.00 | 100,000.00 |
| 10728-00054 | Goforth, Phillip Darin & Francesca M | 13301 Silver Peak Pl NE<br>Albuquerque, NM 87111-8264 | 50,000.00 | 50,000.00 |
| 10725-00486 | Harkins 2001 Revocable Trust Dtd 8/23/01 | Leslie & Linda Harkins Ttees<br>2050 Longley Ln Apt 2008<br>Reno, NV 89502 | 25,000.00 | 25,000.00 |
| 10725-00614 | Harkins 2001 Revocable Trust Dtd 8/23/01 | Leslie & Linda Harkins Ttees<br>2050 Longley Ln Apt 2008<br>Reno, NV 89502 | 25,000.00 | 25,000.00 |
| 10725-02230 | Jocelyne Helzer Ira, First Savings Bank C/F | 115 South Deer Run Rd<br>Carson City, NV 89701 | 36,538.00 | 36,538.00 |

**USACM TRUST**

**BarUSA/$15,300,000**

**Single Loan Claims**

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the BarUSA/$15,300,000 Loan |
|---|---|---|---|---|
| 10725-00909 | Joyce E Smith Trust Dated 11/3/99 | C/O Joyce E Smith Trustee 3080 Red Springs Dr Las Vegas, NV 89135-1548 | 53,791.67 | 53,791.67 |
| 10725-01769 | Larson, Gary & Dolores | 544 Rolling Hills Dr Mesquite, NV 89027 | 72,247.00 | 72,247.00 |
| 10725-00734 | Louise G Sherk Md Employee Benefit Plan Trust | C/O Robert Di Bias & Louise Sherk Ttees 3830 Ocean Birch Dr Corona Del Mar, CA 92625-1244 | 50,753.42 | 50,753.42 |
| 10725-01576 | Lukito, Hendarsin & Shu S | 3009 Beaverwood LN Silver Spring, MD 20906-3011 | 55,000.00 | 55,000.00 |
| 10725-00455 | Machetta, James | Po Box 2242 Denver, Co 80201 | 50,000.00 | 50,000.00 |
| 10725-00421 | Machetta, Joseph | Po Box 187 Brush, CO 80723 | 50,000.00 | 50,000.00 |
| 10725-01593 | Mayo, Monroe | 8635 W Sahara Ave #532 Las Vegas, NV 89117 | 25,000.00 | 25,000.00 |
| 10725-02240 | Mcquerry Family Trust | William Mcquerry 318 Singing Brook Cir Santa Rosa, CA 95409-6483 | 202,022.00 | 202,022.00 |
| 10725-02138 | Millar, Russell | 923 Ceres Rd Palm Springs, CA 92262 | 100,000.00 | 100,000.00 |
| 10725-00016-2 | Moon Trustee Of The Decedent`S Trust, Frieda Moon | Of The Restated Moon Irrevocable Trust 2504 Callita Court Las Vegas, NV 89102 | 25,538.20 | 25,538.20 |
| 10725-00835 | Richard E Schneider & Phyllis I Pratt Revocable | Trust Dtd 12/16/04 Richard E Schneider & Phyllis I Pratt Co-Ttees 3424 Herring Gull LN North Las Vegas NV 89084-2424 | 80,000.00 | 80,000.00 |
| 10725-01796 | Ronald Abrams Ent Inc Employee Retirement Trust | Ronald & Claire Abrams Ttees 2894 Woodwardia Dr Los Angeles, CA 90077-2123 | 50,000.00 | 50,000.00 |

**USACM TRUST**

**BarUSA/$15,300,000**

**Single Loan Claims**

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the BarUSA/$15,300,000 Loan |
|---|---|---|---|---|
| 10725-00833 | Schneider, Richard | 3424 Herring Gull LN<br>North Las Vegas, NV 89084 | 80,000.00 | 80,000.00 |
| 10725-00145 | Sierra, Debra | Joshua D Brysk  Law Offices Of James G Schwartz<br>7901 Stoneridge Dr<br>Pleasanton, CA 94583 | 51,822.91 | 51,822.91 |
| 10725-00382 | Sobesky, Stephen | 1118 Olmo<br>Boulder City, NV 89005 | 70,000.00 | 70,000.00 |
| 10725-00423 | Sobesky, Stephen F | 1118 Olmo Way<br>Boulder City, NV 89005-3116 | 70,000.00 | 70,000.00 |
| 10725-01370 | Spangler, William M | 3460 Squaw Road<br>West Sacramento, CA 95691 | 14,000.00 | 14,000.00 |
| 10725-00686 | Ward Ira, Susan J | 26077 Charing Cross Rd<br>Valencia, CA 91355-2029 | 60,000.00 | 60,000.00 |
| 10725-01786 | Worthing, Ralph E & Maryanne H | 443 Arboles Dr<br>Bishop, CA 93514 | 20,430.00 | 20,430.00 |

**Loan Name**     BarUSA/$15,300,000

**USACM TRUST**

**BarUSA/$15,300,000**
**Multiple Loan Claims**

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the BarUSA/$15,300,000 Loan |
|---|---|---|---|---|
| **10725-02301** | Anderson Fmly Trust Dtd 7/21/92 | Gary B & Barbara L Anderson Ttee<br>Po Box 699<br>Carnelian Bay, CA 96104 | 1,000,000.00 | 50,000.00 |
| **10725-02066** | Ann E Brant Survivors Trust Dtd 5/22/87 | C/O Raymond F Brant Trustee<br>PO Box 728<br>Diablo, CA 94528 | 202,886.16 | 100,000.00 |
| **10725-00466** | Barbara M Sanchez 2002 Revocable Living | C/O Barbara M Sanchez Trustee<br>PO Box 90528<br>Santa Barbara, CA 93190-0528 | - | 250,000.00 |
| **10725-02207** | Barcia, Daniel | 1600 Picket Ct<br>Reno, NV 89521 | 225,000.00 | 50,000.00 |
| **10725-02228** | Barzan Family Trust Dtd 5/23/90 | John C & Rosemarie A Barzan Ttees<br>1409 Morada Dr<br>Modesto, CA 95350-0655 | 253,643.04 | 100,000.00 |
| **10725-02227** | Barzan, Richard D & Lelia J | 7231 Langworth Rd<br>Oakdale, CA 95361 | 1,325,629.78 | 500,000.00 |
| **10725-02431** | Brines Revoc Fam Trust Dtd 11/5/94, Michael & Cindy | Michael R & Cindy G Brines Ttees<br>4935 El Sereno Ave<br>La Crescenta, CA 91214-3018 | 771,119.58 | 20,000.00 |
| **10725-01918** | Brines Revocable Family Trust, Michael R & Cindy G | U/A Dtd 11/5/94, C/O Michael R & Cindy G Brines Tt<br>4935 El Sereno<br>La Crescenta, CA 91214-3018 | 771,119.58 | 20,000.00 |
| **10725-01022** | Calhoun, Orvin | 2026 Bel Air Ave<br>San Jose, CA 95128 | 104,946.77 | 50,000.00 |
| **10725-02113** | Charles B Dunn IV Trust Dtd 8/12/05 | C/O Charles B Dunn Iv Trustee<br>17042 Norlene Way<br>Grass Valley, CA 95949-7161 | 690,996.08 | 100,000.00 |
| **10725-01661** | Christina M. Kehl | Janet L Chubb Esq Jones Vargas<br>PO Box 281<br>Reno NV 89504-0281 | 1,023,023.12 | 200,000.00 |
| **10725-01437** | Clawiter Associates Llc | 1620 COlchester St<br>Danville, CA 94506 | 225,000.00 | 25,000.00 |

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the BarUSA/$15,300,000 Loan |
|---|---|---|---|---|
| **10725-00092** | Corison, James | 1427 Kearney Street<br>St. Helena, CA  94574 | 1,023,000.00 | 200,000.00 |
| **10725-01663** | Cynthia Winter | Janet L Chubb Esq  Jones Vargas<br>Po Box 281<br>Reno, NV  89504-0281 | 866,666.67 | 200,000.00 |
| **10725-01416** | Davis IRA, Patrick & Susan | 6816 Citrine Dr<br>Carlsbad, CA  92009 | 75,500.00 | 33,000.00 |
| **10725-02355** | Denise F Fager Revocable Trust UAD 2/28/03 | Denise F Fager Ttee<br>5 Salvatore<br>Ladera Ranch, CA  92694 | 1,327,564.06 | 200,000.00 |
| **10725-02356** | Denise F Fager Revocable Trust UAD 2/28/03 | Denise F Fager Ttee<br>5 Salvatore Ladera<br>Ranch, CA  92694 | 1,327,564.06 | 200,000.00 |
| **10725-02063** | Dery, James D & Ann R | Husband & Wife<br>10 Longmeadow LN<br>Beachwood, OH  44122 | 2,793,347.72 | 200,000.00 |
| **10725-00900** | Erickson, Eric T And Dolores Y | 1455 Superior Ave  #342<br>Newport Beach, CA  92663-6125 | 390,000.00 | 25,000.00 |
| **10725-02382** | Essaff Family Trust Dtd 6/18/02 | Robert & Cindy H Essaff Ttees<br>2860 Heybourne Rd<br>Minden, NV  89423 | 3,198,368.02 | 100,000.00 |
| **10728-00060** | Evo E & Billie D Zepponi Family Trust Agt Dt 2/9/9 | C/O Evo & Billie Zepponi Ttee<br>14385 W Morning Star<br>Surprise, AZ  85374-3816 | 3,691.66 | 583.33 |
| **10725-02467** | Foxcroft Living Trust Dtd 1/10/02 | Fred J & Roberta Foxcroft Ttees<br>PO Box 362<br>Carnelian Bay, CA  96140-0362 | 553,778.99 | 70,000.00 |
| **10725-02162** | Goodwin, Michael John | 555 Yellow Pine Rd<br>Reno, NV  89511-3714 | 1,011,076.40 | 100,000.00 |
| **10725-01911** | Ingman, Marc M | 1923 La Mesa Dr<br>Santa Monica, CA  90402-2322 | 507,500.00 | 300,000.00 |
| **10725-02099** | Janis  Living Trust Dtd 2/3/99, Janice | C/O Janice Janis Ttee<br>406 Pearl St<br>Boulder, CO  80302-4931 | 405,912.48 | 100,000.00 |

**USACM TRUST**

**BarUSA/$15,300,000**
**Multiple Loan Claims**

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the BarUSA/$15,300,000 Loan |
|---|---|---|---|---|
| **10725-01212** | Jay E Henman Retirement Plan | C/O Jay E Henman Trustee<br>1023 Ridgeview Ct<br>Carson City, NV 89705-8054 | 747,243.00 | 80,000.00 |
| **10725-00893** | Joyce E Smith Trust Dated 11/3/99 | C/O Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV 89135-1548 | 842,140.36 | 53,791.67 |
| **10725-00882** | Kenneth L Schumann Living Trust Dtd 7/19/96 | C/O Kenneth L Schumann Ttee<br>10 Town Plz #99<br>Durango, CO 81301-5104 | 125,000.00 | 50,000.00 |
| **10725-01657** | Kevin A. Kehl | Janet L Chubb Esq Jones Vargas<br>PO Box 281<br>Reno, NV 89504-0281 | 961,017.34 | 200,000.00 |
| **10725-02328** | Marion C Sharp IRA | 20 Leroy Terrace<br>New Haven, CT 06512-3114 | 450,000.00 | 200,000.00 |
| **10725-02178** | Marshal Brecht Trust Dtd 2/5/86 | Marshall J & Janet L Brecht Trustees<br>640 Colonial Cir<br>Fullerton, CA 92835 | 3,418,022.00 | 300,000.00 |
| **10725-02460** | Mary Monica Cady IRA | 3261 Waterview Ct<br>Hayward, CA 94542-2124 | 125,788.98 | 30,000.00 |
| **10725-01239** | Mathews, Max | C/O SCOtt D Fleming Esq Hale Lane Peek Dennison & Howard<br>3930 Howard Hughes Pkwy<br>Las Vegas NV 89169 | 85,000.00 | 25,000.00 |
| **10725-02383** | Minter Family 1994 Trust | Douglas & Elizabeth F Minter Ttees<br>5389 Conte Dr<br>Carson City, NV 89701 | 1,244,089.74 | 200,000.00 |
| **10725-02353** | Musso Living Trust Dtd 11/30/92 | Walter & Barbara Musso Ttees<br>Po Box 2566<br>Avila Beach, CA 93424 | 623,004.79 | 50,000.00 |
| **10725-01018** | Nakashima, Vicky | 1681 Fairburn Ave<br>Los Angeles, CA 90024 | 155,000.00 | 50,000.00 |
| **10725-02026** | Nevins Jt Ten, Richard & Michele | 1547 Bob Goalby LN<br>El Paso, TX 79935 | 2,798,759.62 | 1,000,000.00 |

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the BarUSA/$15,300,000 Loan |
|---|---|---|---:|---:|
| **10725-01480** | Norman & Charlene Prins Revoc Living Trust | Dtd 10/29/03 Norman & Charlene Prins Ttees<br>7425 W 104Th St<br>Bloomington, MN 55438-2114 | 118,827.74 | 30,000.00 |
| **10725-00494** | RNR Living Trust Dtd 10/1/04 | C/O Robert & Renee Levy Trustees<br>2115 Bensley St<br>Henderson, NV 89044-0155 | 200,000.00 | 50,000.00 |
| **10725-01666** | Robert A. And Tina M. Kehl | Janet L Chubb Esq Jones Vargas<br>Po Box 281<br>Reno, NV 89504-0281 | 1,896,046.24 | 500,000.00 |
| **10725-00245** | Robert H & Lynn R Perlman Trust Dated 9/17/92 | C/O Robert H & Lynn R Perlman Ttees<br>2877 Paradise RD Unit 3501<br>Las Vegas, NV 89109-5278 | 1,187,000.00 | 50,000.00 |
| **10725-02000** | Robert L Ogren Trust Dtd 6/30/92 | Robert L Orgren Ttee<br>3768 Rick Stratton Dr<br>Las Vegas, NV 89120 | 1,827,483.14 | 120,000.00 |
| **10725-02090** | Robert William Ulm IRA | PensCO Trust COmpany Custodian<br>414 Morning Glory Rd St<br>Marys, GA 31558 | 1,415,506.00 | 100,000.00 |
| **10725-00302** | Ruby M Hill Family Trust Dtd 12/12/92 | C/O Ruby M Hill Trustee<br>7855 N Pershing Ave<br>Stockton, CA 95207-1749 | 4,005.00 | Unknown |
| **10725-01419** | S&P Davis Limited Partnership | 737 Bannerman Lane<br>Fort Mill, SC 29715 | 419,981.00 | 25,000.00 |
| **10725-00275** | Sailon, David & Joan | 2436 Cliffwood Dr<br>Henderson, NV 89074 | - | Unknown |
| **10725-00467** | Sanchez, Barbara M | Po Box 90528<br>Santa Barbara, CA 93190 | - | 250,000.00 |
| **10725-00884** | Schumann, Kenneth | 10 Town Plz #99<br>Durango, CO 81301 | 125,000.00 | 50,000.00 |
| **10725-01955** | Small Family Trust | Richard & Jacquelind Small Ttees 4801 Calle Santa Cruze Prescott Valley Az 86314 | 703,134.00 | 30,000.00 |
| **10725-00413** | Sobesky, Stephen | 1118 Olmo<br>Boulder City, NV 89005 | 70,000.00 | Unknown |

**USACM TRUST**

**BarUSA/$15,300,000**
**Multiple Loan Claims**

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the BarUSA/$15,300,000 Loan |
|---|---|---|---|---|
| **10725-01371** | Spangler, William M & Jean A | 3460 Squaw Road<br>West Sacramento, CA  95691 | 147,895.00 | 25,000.00 |
| **10725-00603** | Teriano, Fred | Po Box 96331<br>Las Vegas, NV  89193-6331 | 165,000.00 | 50,000.00 |
| **10725-02481** | Tobias Von Euw Revocable | Trust Dated 11/23/04  C/O Tobias Von Euw Trustee<br>Sun City Aliante<br>7431 Lintwhite St<br>Las Vegas, NV  89084 | 1,468,967.93 | 25,000.00 |
| **10725-01043** | Ulm IRA, Robert W | PensCO Trust CO Inc Fbo<br>414 Morning Glory Rd<br>St Marys, GA  31558 | 715,000.00 | 50,000.00 |
| **10725-01283** | X Factor Inc | C/O SCOtt D Fleming Esq  Hale Lane Peek Den. & How.<br>3930 Howard Hughes Pk<br>Las Vegas, NV  89169 | - | Unknown |
| **10725-01952** | Zerbo, Anthony J | 780 Saratoga Ave  Apt S-107<br>San Jose, CA  95129 | 1,757,710.50 | 540,000.00 |