Vincent O'Gara California Bar No. 62304
*Admitted Pro Hac Vice*
MURPHY, PEARSON, BRADLEY & FEENEY
88 Kearny Street, 10th Floor
San Francisco, CA 94108-5530
Tel:  (415) 788-1900
Fax:  (415) 393-8087

Attorneys for
PIERCY BOWLER TAYLOR & KERN

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA
## (LAS VEGAS DIVISION)

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　　　　　　　　　　　　　Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　　　　　　　　　　　　Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>　　　　　　　　　　　　　　　Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　　　　　　　　　　　　　Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>　　　　　　　　　　　　　　　Debtor.<br>Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case Nos.<br><br>BK-S-06-10725 LBR<br>BK-S-06-10726 LBR<br>BK-S-06-10727 LBR<br>BK-S-06-10728 LBR<br>BK-S-06-10729 LBR<br><br>JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>**CERTIFICATE OF SERVICE**<br><br>FOR EX PARTE MOTION FOR LEAVE OF COURT TO BE DELETED FROM ELECTRONIC SERVICE<br><br>Date:　　**EX PARTE**<br>Time:<br>Place:<br><br>Judge:　　Honorable Linda B. Riegle |

-1-
Certificate Of Service

CERTIFICATE OF SERVICE

I, Wendy Z. Herrera, declare:

I am a citizen of the United States, am over the age of eighteen years, and am not a party to or interested in the within entitled cause. My business address is 88 Kearny Street, 10th Floor, San Francisco, California 94108-5530.

On August 18, 2009, I served the following document(s) on the parties in the within action:

CERTIFICATE OF SERVICE

The following were served by the court's electronic service system:

1    EXPARTE MOTION FOR LEAVE OF COURT TO BE DELETED FROM ELECTRONIC SERVICE; AND

2    [PROPOSED] ORDER

I declare under penalty of perjury under the laws of the State of California that the foregoing is a true and correct statement and that this Certificate was executed on August 18, 2009.

By   /S/  _____
     Wendy Z. Herrera

VOG.20044190.doc