E-filed: August 19, 2009

| | |
|---|---|
| Marc A. Levinson (California Bar No. 57613)<br>Jeffery D. Hermann (California Bar No. 90445)<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>400 Capitol Mall, Suite 3000<br>Sacramento, California 95814-4497<br>Telephone:   (916) 447-9200<br>Facsimile:   (916) 329-4900<br>Email:        malevinson@orrick.com<br>              jhermann@orrick.com<br>              sdon@orrick.com | Robert Kinas (Nevada Bar No. 6019)<br>Claire Dossier (Nevada Bar No. 10030)<br>SNELL & WILMER LLP<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>Telephone:   (702) 784-5200<br>Fax:         (702) 784-5252<br>Email:       rkinas@swlaw.com<br>             cdossier@swlaw.com |

*ATTORNEYS FOR USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br><br>                                    Debtors | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter Number: 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| Affects:<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA First Trust Deed Fund, LLC | **CERTIFICATE OF SERVICE** |

I served the **POST-EFFECTIVE DATE USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC'S EIGHT REPORT OF ACTION TAKEN AND PROGRESS TOWARDS CONSUMMATION OF CONFIRMED PLAN OR REORGANIZATION** [docket #7335] for Snell & Wilmer L.L.P. and Orrick, Herrington & Sutcliffe LLP, attorneys for USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, in the above matter via the following means on the date specified to the persons as listed below:

/ / /

/ / /

10443404.1

**VIA ECF SYSTEM (August 17, 2009)**:

MICHELLE L. ABRAMS on behalf of Cross Defendant ROCKLIN/REDDING LLC
mabrams@abramstanko.com

FRANKLIN C. ADAMS on behalf of Creditor JAMES CORISON
franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L. ALLF on behalf of Creditor SHARON JUNO
nancy_allf@gshllp.com, karen_lawrence@gshllp.com;angela_nakamura@gshllp.com

FRANK A. ANDERSON on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION
anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH on behalf of Defendant ASHBY USA, LLC
oatamoh@nevadafirm.com, bkecf@nevadafirm.com;sliberio@nevadafirm.com;sowens@nevadafirm.com

ANTHONY W. AUSTIN on behalf of Interested Party USACM LIQUIDATING TRUST
aaustin@lrlaw.com

JON MAXWELL BEATTY on behalf of Interested Party USACM LIQUIDATING TRUST
mbeatty@diamondmccarthy.com

BMC GROUP, INC.
ecf@bmcgroup.com, mjohn@bmcgroup.com

GEORGANNE W. BRADLEY on behalf of Defendant COMPASS PARTNERS LLC
georganne.bradley@bullivant.com, mopatrny@kkbrf.com

KELLY J. BRINKMAN on behalf of Creditor GOOLD PATTERSON ALES ROADHOUSE, & DAY
kbrinkman@gooldpatterson.com

ANDREW M. BRUMBY on behalf of Creditor STANDARD PROPERTY DEVELOPMENT, LLC
abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA on behalf of Creditor BALTES COMPANY
lbubala@jonesvargas.com, tbw@jonesvargas.com;bcopeland@jonesvargas.com

MATTHEW Q. CALLISTER on behalf of Interested Party PROJECT DISBURSEMENT GROUP, INC.
mqc@callister-reynolds.com, maggie@callister-reynolds.com;jrammos@callister-reynolds.com

CANDACE C CARLYON on behalf of Creditor WELLS FARGO BANK OF NEVADA AND WELLS FARGO BANK
ltreadway@sheacarlyon.com,
ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;manthony@sheacarlyon.com;rmsmith@sheacarlyon.com;swinder@sheacarlyon.com;cmuniz@sheacarlyon.com;ggianoulakis@sheacarlyon.com

MICHAEL W. CARMEL
michael@mcarmellaw.com, nancy@mcarmellaw.com;ritkin@steptoe.com

ROB CHARLES on behalf of Attorney LEWIS AND ROCA LLP

10443404.1

1  rcharles@lrlaw.com, cjordan@lrlaw.com

2  MICHAEL W. CHEN on behalf of Creditor HSBC AUTO FINANCE
3  yvette@ccfirm.com

4  KEVIN B. CHRISTENSEN on behalf of Creditor ROSEBERRY FAMILY LP
   kbchrislaw@aol.com

5
   JANET L. CHUBB on behalf of Creditor BALTES COMPANY
6  tbw@jonesvargas.com

7  JANET L. CHUBB on behalf of Plaintiff KEVIN KEHL
   tbw@jonesvargas.com
8
   DAVID A. COLVIN on behalf of Defendant ALABRUJ LIMITED PARTNERSHIP
9  mwalters@marquisaurbach.com,
   dcolvin@marquisaurbach.com;kgallegos@marquisaurbach.com;tszostek@marquisaurbach.com
10

11 WILLIAM D COPE on behalf of Creditor COPE & GUERRA
   cope_guerra@yahoo.com
12
   THOMAS W. DAVIS on behalf of Creditor BEADLE, MCBRIDE & REEVES, LLP
13 twd@h2law.com

14 LAUREL E. DAVIS on behalf of Interested Party CANEPA GROUP
   ldavis@fclaw.com, mhurtado@fclaw.com
15
   DEBT ACQUISITION COMPANY OF AMERICA V, LLC (aw)
16 awhatnall@daca4.com

17
   J CRAIG DEMETRAS on behalf of Creditor PAUL LINNEY
18 JCD@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras-oneill.com

19 ALLAN B. DIAMOND on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED
   CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
20 adiamond@diamondmccarthy.com

21 RICHARD I. DREITZER on behalf of Interested Party STATE OF NEVADA DEPARTMENT OF BUSINESS
   AND INDUSTRY
22 richard.dreitzer@bullivant.com

23
   DANA A. DWIGGINS on behalf of Defendant EAGLE RANCH, LLC
24 ddwiggins@sdfnvlaw.com, skeast@sdfnvlaw.com

25 BRIAN P. EAGAN on behalf of Defendant EAGLE RANCH RESIDENTIAL, LLC
   beagan@sdfnvlaw.com, brian9397@aol.com
26
   BRADLEY PAUL ELLEY on behalf of Creditor RETIREMENT ACCOUNTS, INC.
27 bpelleylawbk@sbcglobal.net, elnivnv@sbcglobal.net

28 THOMAS H. FELL on behalf of Attorney GORDON & SILVER, LTD.

10443404.1
- 3 -

BANKRUPTCYNOTICES@GORDONSILVER.COM;bknotices@gordonsilver.com

SCOTT D. FLEMING on behalf of Creditor GEORGE GAGE TRUST DATED 10-8-99
CArnold@hollandhart.com

DEAN V. FLEMING on behalf of Defendant WELLS FARGO BANK, N.A.
dfleming@fulbright.com, tflores@fulbright.com

GREGORY E GARMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

DOUGLAS D. GERRARD on behalf of Counter-Claimant SALVATORE REALE
DGERRARD@GERRARD-COX.COM, ekaymedellin@gerrard-cox.com;dwolford@gerrard-cox.com;jberghammer@gerrard-cox.com

WADE B. GOCHNOUR on behalf of Creditor LIBERTY BANK
WBG@h2law.com, bd@h2law.com;grm@h2law.com

LEIGH T GODDARD on behalf of Defendant TANAMERA RESORT PARTNERS, LLC
lgoddard@mcdonaldcarano.com, pmiller@mcdonaldcarano.com

CARLOS A. GONZALEZ on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION
carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov:Mary.Booker@usdoj.gov

GERALD M GORDON on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

R. VAUGHN GOURLEY on behalf of Creditor GATEWAY STONE ASSOCIATES, LLC
vgourley@lvcm.com

TALITHA B. GRAY on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY
bankruptcynotices@gordonsilver.com;bknotices@gordonsilver.com

JAMES D. GREENE on behalf of Creditor CAPITAL CROSSING BANK
jgreene@rsrslaw.com, mkemple@rsrslaw.com;jstarley@rsrslaw.com

MARK H. GUNDERSON on behalf of Creditor SPECTRUM FINANCIAL GROUP
creinebold@gundersonlaw.com

MARJORIE A. GUYMON on behalf of Creditor FRANK LEE
bankruptcy@goldguylaw.com, tracyg@goldguylaw.com;ldeeter@goldguylaw.com

PETER W. GUYON on behalf of Cross Defendant GREAT WHITE INVESTMENTS, NV, INC.
pguyon@yahoo.com

XANNA R. HARDMAN on behalf of Creditor ROSEBERRY FAMILY LP
xanna.hardman@gmail.com

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

| | |
|---|---|
| 1 | STEPHEN R HARRIS on behalf of Creditor FRANK SNOPKO |
| 2 | noticesbh&p@renolaw.biz |
| 3 | JEFFREY L HARTMAN on behalf of Creditor DOUGLAS CARSON<br>notices@bankruptcyreno.com, dle@bankruptcyreno.com |
| 4 | |
| 5 | WILLIAM H HEATON on behalf of Defendant SHOBER CONSULTING, INC.<br>will@nwhltd.com, Solana@nwhltd.com |
| 6 | BRIGID M. HIGGINS on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY |
| 7 | bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com |
| 8 | JOHN HINDERAKER on behalf of Counter-Defendant USACM LIQUIDATING TRUST |
| 9 | JHinderaker@LRLaw.com, RCreswell@LRLaw.com |
| 10 | RICHARD F. HOLLEY on behalf of Creditor HALL FINANCIAL GROUP, LTD<br>rholley@nevadafirm.com, |
| 11 | vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com;jwiley@nevadafirm.com;sowens@nevadafirm.com |
| 12 | RANDOLPH L. HOWARD on behalf of Interested Party DAYCO FUNDING CORPORATION |
| 13 | rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com |
| 14 | DAVID W. HUSTON on behalf of Defendant HOWARD CONNELL |
| 15 | dwh@hustonlaw.net |
| 16 | JASON A. IMES on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY<br>bkfilings@s-mlaw.com |
| 17 | ROBBIN L. ITKIN on behalf of Interested Party MICHAEL CARMEL |
| 18 | ritkin@steptoe.com,<br>khollingsworth@steptoe.com;keckert@steptoe.com;jgoldman@steptoe.com;kpiper@steptoe.com |
| 19 | CHRISTOPHER D JAIME on behalf of Creditor DR. JAMES & TRACY MURPHY |
| 20 | cjaime@waltherkey.com, kbernhar@waltherkey.com |
| 21 | EVAN L. JAMES on behalf of Creditor ROSEBERRY FAMILY LP |
| 22 | ejameslv@gmail.com, kbchrislaw@aol.com |
| 23 | LARRY C. JOHNS on behalf of Defendant LARRY JOHNS<br>lcjohns100@embarqmail.com |
| 24 | ERIN E. JONES on behalf of Plaintiff USACM LIQUIDATING TRUST |
| 25 | cburrow@diamondmccarthy.com |
| 26 | TY E. KEHOE on behalf of Creditor LERIN HILLS, LTD<br>TyKehoeLaw@aol.com |
| 27 | |
| 28 | ROBERT R. KINAS on behalf of Creditor JAYEM FAMILY LIMITED PARTNERSHIP<br>rkinas@swlaw.com, |

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

10443404.1

jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring.com;vcampbell@swlaw.com;nbaig@swlaw.com

DEAN T. KIRBY on behalf of Creditor DEBT ACQUISITION COMPANY OF AMERICA
dkirby@kirbymac.com, gsparks@kirbymac.com,jrigg@kirbymac.com,jcastranova@kirbymac.com

REID W. LAMBERT on behalf of Creditor USA INVESTMENT PARTNERS, LLC
rlambert@woodburykesler.com

KENT F. LARSEN on behalf of Creditor WELLS FARGO BANK OF NEVADA AND WELLS FARGO BANK
kfl@slwlaw.com, cld@slwlaw.com

ZACHARIAH LARSON on behalf of Attorney ZACHARIAH LARSON
ecf@lslawnv.com, susans@lslawnv.com;laurar@lslawnv.com;overflow@lslawnv.com

JOHN J. LAXAGUE on behalf of Defendant JOHN ROBERT MALLIN & MARIE THERESA MALLIN
jlaxague@caneclark.com

GEORGE C LAZAR on behalf of Cross-Claimant DONALD S. TOMLIN AND DOROTHY R. TOMLIN
glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM on behalf of Creditor JEFFREY EDWARDS
nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME on behalf of Creditor JAYEM FAMILY LIMITED PARTNERSHIP
smstanton@cox.net

STEPHEN T LODEN on behalf of Attorney DIAMOND MCCARTHY LLP
sloden@diamondmccarthy.com, cburrow@diamondmccarthy.com

TYSON M. LOMAZOW on behalf of Interested Party COMPASS PARTNERS LLC
tlomazow@milbank.com

ANNE M. LORADITCH on behalf of Counter-Defendant USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
lvecffilings@gtlaw.com, loraditcha@gtlaw.com;koisp@gtlaw.com;lvlitdock@gtlaw.com

TIMOTHY A LUKAS on behalf of Counter-Claimant LOS VALLES LAND & GOLF, LLC
ecflukast@hollandhart.com

ERIC D. MADDEN on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com

PATRICIA A. MARR on behalf of Creditor LAW OFFICES OF JAMES J. LEE
lvlaw03@yahoo.com

JAMES C. MCCARROLL on behalf of Interested Party SPCP GROUP, LLC
jmccarroll@reedsmith.com, dturetsky@reedsmith.com;aleonard@reedsmith.com

DANIEL J MCCARTHY on behalf of Creditor Royal Landholdings, LLC

10443404.1

1  dmccarthy@hillfarrer.com

2  REGINA M. MCCONNELL on behalf of Creditor 401(K) PROFIT SHARING PLAN, LYNN KANTOR
3  Regina@MLGLawyer.com

4  WILLIAM L. MCGIMSEY on behalf of Defendant MARGARET B. MCGIMSEY TRUST
   lawoffices601@lvcoxmail.com

5  RICHARD MCKNIGHT on behalf of Creditor RICHARD MCKNIGHT
6  mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com;mmcalonis@gmail.com

7  JEANETTE E. MCPHERSON on behalf of Attorney RAY, QUINNEY & NEBEKER P.C.
   bkfilings@s-mlaw.com
8
   BRECK E. MILDE on behalf of Creditor ALBERT LEE
9  bmilde@terra-law.com

10 SHAWN W MILLER on behalf of Creditor Committee OFFICIAL COMMITEEE OF EQUITY SECURITY
11 HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC
   bankruptcyfilings@sheacarlyon.com,
12 smiller@sheacarlyon.com;ltreadway@sheacarlyon.com;manthony@sheacarlyon.com;rmsmith@sheacarlyon.com;swinder@sheacarlyon.com;ggianoulakis@sheacarlyon.com;cmuniz@sheacarlyon.com
13
   DAVID MINCIN on behalf of Creditor RICHARD MCKNIGHT
14 mcknightlaw@cox.net,
   gkopang@lawlasvegas.com;dmincin@lawlasvegas.com,cburke@lawlasvegas.com;mmcalonis@gmail.com
15
   JOHN F MURTHA on behalf of Creditor GARY MICHELSEN
16 jmurtha@woodburnandwedge.com

17
   ERVEN T. NELSON on behalf of Attorney BOLICK & BOYER
18 , susan@bolickboyer.com

19 VICTORIA L NELSON on behalf of Creditor HOMES FOR AMERICA HOLDINGS, INC.
   vnelson@nevadafirm.com, bkecf@nevadafirm.com;wwolfe@nevadafirm.com;sliberio@nevadafirm.com
20
   MICHAEL W. O'DONNELL on behalf of Defendant WELLS FARGO BANK, N.A.
21 modonnell@fulbright.com, kdecker@fulbright.com

22 VINCENT O'GARA on behalf of Creditor PIERCY BOWLER TAYLOR & KERN
   vogara@mpbf.com
23
24 JOHN F. O'REILLY on behalf of Creditor MICHAEL PETERSEN
   , tor@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com
25
   TIMOTHY R. O'REILLY on behalf of Creditor MICHAEL PETERSEN
26 tor@oreillylawgroup.com,
   jor@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com
27
   JOHN F. O'REILLY on behalf of Defendant STANLEY FULTON
28 jor@oreillylawgroup.com, tor@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

10443404.1

DONNA M. OSBORN on behalf of Creditor HARVEY FAMILY TRUST DATE APRIL 13, 1987
dmosborn1@cox.net, mlopez@hafterlaw.com

ANDREW M. PARLEN on behalf of Attorney STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
aparlen@omm.com

STEVE A. PEIRCE on behalf of Defendant WELLS FARGO BANK, N.A.
speirce@fulbright.com

DONALD T. POLEDNAK on behalf of Creditor COMMUNITY BANK OF NEVADA
sandplegal@yahoo.com, spbankruptcy@yahoo.com

LISA A. RASMUSSEN on behalf of Creditor CAROL MORTENSEN
lisa@lrasmussenlaw.com, secretary@lrasmussenlaw.com

PAUL C RAY on behalf of Interested Party JOHN PETER LEE, LTD.
info@johnpeterlee.com

WILLIAM T. REID on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
wreid@diamondmccarthy.com, sblue@diamondmccarthy.com

HENRY G. RENDLER on behalf of Interested Party SPECTRUM CAPITAL, LLC
henry@rendlerlaw.com

THOMAS RICE on behalf of Interested Party FORD ELSAESSER
trice@coxsmith.com, aseifert@coxsmith.com

GORDON C. RICHARDS on behalf of Creditor CHRISTINE SPINDEL
GCR@ClarkandRichards.com, ALM@ClarkandRichards.com

CHRISTINE A ROBERTS on behalf of Creditor HIGHLAND CRUSADER FUND, LTD.
roberts@shlaw.com,
hill@shlaw.com;vidovich@shlaw.com;mcallister@shlaw.com;stephens@shlaw.com;stein@shlaw.com;calderone@shlaw.com

STACY M. ROCHELEAU on behalf of Defendant NATIONAL REAL ESTATE HOLDINGS, INC.
stacy@rocheleaulaw.com

GREGORY M SALVATO on behalf of Attorney GREGORY SALVATO
gsalvato@pmcos.com

SUSAN WILLIAMS SCANN on behalf of Counter-Defendant BINFORD MEDICAL DEVELOPERS, LLC
sscann@deanerlaw.com, palexander@deanerlaw.com

MICHAEL M. SCHMAHL on behalf of Creditor G KANTOR
mschmahl@mcguirewoods.com

LENARD E. SCHWARTZER on behalf of Attorney SCHWARTZER & MCPHERSON LAW FIRM
bkfilings@s-mlaw.com

10443404.1

- 8 -

MICHAEL J. SCHWARTZER on behalf of Creditor KUMMER KAEMPFER BONNER RENSHAW & FERRARIO
mschwartzer@kkbrf.com, sbogatz@kkbrf.com;jsmyth@kkbrf.com;mferrario@kkbrf.com

BRIAN D. SHAPIRO on behalf of Interested Party MICHAEL CARMEL
ecf@brianshapirolaw.com, brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com;wendy@brianshapirolaw.com;marjan@brianshapirolaw.com

JAMES PATRICK SHEA on behalf of Creditor Committee OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC
bankruptcyfilings@sheacarlyon.com, ltreadway@sheacarlyon.com;jshea@sheacarlyon.com;manthony@sheacarlyon.com;rmsmith@sheacarlyon.com;swinder@sheacarlyon.com;cmuniz@sheacarlyon.com;ggianoulakis@sheacarlyon.com

SHLOMO S. SHERMAN on behalf of Creditor Committee OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC
ssherman@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;ltreadway@sheacarlyon.com;rmsmith@sheacarlyon.com;manthony@sheacarlyon.com;swinder@sheacarlyon.com;ggianoulakis@sheacarlyon.com;cmuniz@sheacarlyon.com

AMBRISH S. SIDHU on behalf of Creditor TEMECULA PUBLIC FINANCE AUTHORITY
ecfnotices@sidhulawfirm.com

CRAIG D. SLATER on behalf of Creditor MOUNTAIN WEST MORTGAGE, LLC
clopez@pengillylawfirm.com, apengilly@pengillylawfirm.com;taguilera@pengillylawfirm.com

JEFFREY SLOANE on behalf of Creditor 401(K) PROFIT SHARING PLAN, LYNN KANTOR
lrost@kssattorneys.com

EDGAR C. SMITH on behalf of Creditor 3800 Prince Street, LLC
ecs@nvrelaw.com

ALAN R SMITH on behalf of Creditor LENDERS PROTECTION GROUP
mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com

ROSA SOLIS-RAINEY on behalf of Interested Party DELOITTE & TOUCHE LLP
rsr@morrislawgroup.com

ADAM M. STARR on behalf of Creditor MESIROW FINANCIAL INTERIM MANAGEMENT, LLC
starra@gtlaw.com

DAVID A. STEPHENS on behalf of Creditor GATEWAY STONE ASSOCIATES, LLC
dstephens@lvcm.com

ARIEL E. STERN on behalf of Interested Party BINFORD LENDERS, LLC
sterna@ballardspahr.com, jeromes@ballardspahr.com;sedillom@ballardspahr.com;gradyc@ballardspahr.com;kapcial@ballardspahr.com

PETER SUSI on behalf of Creditor BERNARD SANDLER

10443404.1

- 9 -

| | |
|---|---|
| 1 | cheryl@msmlaw.com |
| 2 3 | ERIC W. SWANIS on behalf of Creditor MESIROW FINANCIAL INTERIM MANAGEMENT, LLC<br>swanise@gtlaw.com, barberc@gtlaw.com;ayonl@gtlaw.com;chaoa@gtlaw.com;lvlitdock@gtlaw.com |
| 4 | JEFFREY R. SYLVESTER on behalf of Counter-Claimant USA COMMERCIAL REAL ESTATE GROUP<br>jeff@sylvesterpolednak.com |
| 5 6 | KAARAN E THOMAS (lv) on behalf of Interested Party B & L INVESTMENTS, INC.<br>mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com |
| 7 8 | KAARAN E. THOMAS on behalf of Defendant BINGHAM MCCUTCHEN, LLP<br>kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com |
| 9 | ROLLIN G. THORLEY on behalf of Creditor IRS<br>rollin.g.thorley@irscounsel.treas.gov |
| 10 11 | LISA TSAI on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC<br>ltsai@diamondmccarthy.com,<br>tstone@diamondmccarthy.com;jbruckerhoff@diamondmccarthy.com;cboneau@diamondmccarthy.com |
| 12 13 | U.S. TRUSTEE - LV - 11<br>USTPRegion17.lv.ecf@usdoj.gov |
| 14 15 | MICHAEL C. VAN on behalf of Creditor DEAN SHACKLEY<br>michael@shumwayvan.com, sandy@shumwayvan.com |
| 16 | ERIC VAN on behalf of Defendant HMA SALES LLC<br>bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com |
| 17 18 | GREGORY J. WALCH on behalf of Creditor GREGORY WALCH<br>GWalch@Nevadafirm.com |
| 19 20 | RUSSELL S. WALKER on behalf of Creditor USA INVESTMENT PARTNERS, LLC<br>rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com |
| 21 | WHITNEY B. WARNICK on behalf of Creditor MICHAEL and CAROL HEDLUND<br>wbw@albrightstoddard.com, bstessel@albrightstoddard.com |
| 22 23 | KIRBY R WELLS on behalf of Defendant JAMES FEENEY<br>SMartinez@wellsrawlings.com |
| 24 | GREGORY L. WILDE on behalf of Creditor SIERRA LIQUIDITY FUND, LLC<br>bk@wildelaw.com |
| 25 26 | RYAN J. WORKS on behalf of Defendant BINGHAM MCCUTCHEN, LLP<br>rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com;dsampson@mcdonaldcarano.com |
| 27 28 | RYAN J. WORKS on behalf of Other Prof. Eugene Buckley<br>, kbarrett@mcdonaldcarano.com;dsampson@mcdonaldcarano.com |

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

MICHAEL YODER on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

MATTHEW C. ZIRZOW on behalf of Creditor BUCKALEW TRUST
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

**VIA U.S. MAIL (postage fully prepaid) (August 19, 2009):**

GEORGE A DAVIS
CADWALADER WICKERSHAM & TAFT LLP
ONE WORLD FINANCIAL CTR
NEW YORK NY 10281

GEOFFREY L BERMAN
DEVELOPMENT SPECIALISTS INC
333 S GRAND AVE #4070
LOS ANGELES CA 90071-1544

MICHAEL TUCKER
FTI CONSULTING
ONE RENAISSANCE SQ
TWO N CENTRAL AVE #1200
PHOENIX AZ 85004-2322

ROBERT P GOE
GOE & FORSYTHE
660 NEWPORT CTR DR #320
NEWPORT BEACH CA 92660

RICHARD W ESTERKIN
ASA S HAMI
MORGAN LEWIS & BOCKIUS LLP
300 S GRAND AVE 22ND FL
LOS ANGELES CA 90071-3132

AUGUST B LANDIS
OFFICE OF THE US TRUSTEE
300 LAS VEGAS BLVD S #4300
LAS VEGAS NV 89101

WILLIAM J OVCA JR, TRUSTEE
DEFINED PENSION PLAN
OVCA ASSOCIATES INC
16872 BARUNA LN
HUNTINGTON BEACH CA 92649

DEBORAH D WILLIAMSON
COX SMITH MATTHEWS INC
112 E PECAN ST #1800
SAN ANTONIO TX 78205

/ / /

/ / /

10443404.1

- 11 -

KATE O MCMONIGLE
MARKUN ZUSMAN & COMPTON LLP
465 CALIFORNIA ST #500
SAN FRANCISCO CA 94104

BRADLEY N BOODT
HOLLAND & HART LLP
3800 HOWARD HUGHES PKWY 10TH FL
LAS VEGAS NV 89169

JAMES W PENGILLY ESQ
CRAIG D SLATER ESQ
PENGILLY ROBBINS SLATER BELL
10080 W ALTA DR #140
LAS VEGAS NV 89145

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 19th day of August, 2009.

*Jill Math*
Jill Math

10443404.1

- 12 -