**Entered on Docket
August 19, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

## (LAS VEGAS DIVISION)

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                                            Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                                            Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                                            Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                                            Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>                                                            Debtor.<br>Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case Nos.<br><br>BK-S-06-10725 LBR<br>BK-S-06-10726 LBR<br>BK-S-06-10727 LBR<br>BK-S-06-10728 LBR<br>BK-S-06-10729 LBR<br><br>JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>**[PROPOSED] ORDER GRANTING EX PARTE MOTION FOR LEAVE OF COURT TO DELETE VINCENT O'GARA FROM ELECTRONIC AND PAPER SERVICE LISTS**<br><br>Date:       **EX PARTE**<br>Time:<br>Place:<br><br>Judge:     **Honorable Linda B. Riegle** |

This matter came on for hearing *EX PARTE* on the motion of Vincent O'Gara for leave of court to delete Vincent O'Gara from the electronic and paper service.

- 1 -
[PROPOSED] ORDER GRANTING EX PARTE MOTION FOR LEAVE OF COURT TO DELETE VINCENT O'GARA FROM ELECTRONIC AND PAPER SERVICE LISTS

The *Ex Parte* Motion of Vincent O'Gara, counsel for Piercy Bowler Taylor & Kern to be deleted from the electronic and paper service lists is GRANTED.

\* \* \*

End of Order

WHF.20010208.doc

**[PROPOSED] ORDER GRANTING EX PARTE MOTION FOR LEAVE OF COURT TO DELETE VINCENT O'GARA FROM ELECTRONIC AND PAPER SERVICE LISTS**