**LEWIS AND ROCA LLP — LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 18024
Email:jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 8/19/2009

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,[1]<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[2]<br><br>USA Securities, LLC,[3]<br>                        Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Status And Agenda For August 21, 2009 Hearings filed by USACM Liquidating Trust**<br><br>Hearing Date:   August 21, 2009<br>Hearing Time:   9:30 a.m. |

      1.    **Status Hearing Re: Second Amended Complaint**: Adv. 06-01256-lbr, USA Commercial Mortgage Company et al v. Reale et al

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

1

2076743.1

LEWIS AND ROCA LLP LAWYERS

| | |
|---|---|
| **Amended Complaint filed:** 04/05/07 | Second Amended Complaint Filed by ANNE M. LORADITCH on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC against CRAIG ORROCK, Betty Phenix, ALLEN ABOLAFIA, BOB ALUM, FRANK J. BELMONTE, JR., JEAN JACQUES BERTHELOT, GARY BRENNAN, PAUL BRUGGEMANS, WILLIAM F ERRINGTON, HARV GASTALDI, GREAT WHITE INVESTMENTS, NV, INC., VINCENT GREEN, HMA SALES LLC, JAYEM FAMILY LTD PARTNERSHIP, AIMEE KEARNS, KLAUS KOPF, ARLENE KRAUS, BERNARD KRAUS, JOSEPH B. LAFAYETTE, GEORGES LAFORGE, JASON G LANDESS, SVEN LEVIN, JACQUES M. MASSA, NATIONAL REAL ESTATE HOLDINGS, INC., R&N REAL ESTATE INVESTMENTS, R.G.T. MILLER (TRUSTEE), SALVATORE REALE, DENNIS F. SIPIORSKI, DAVID STIBOR, KENNETH TRECHT, USA COMMERCIAL REAL ESTATE GROUP, ROBERT J. VERCHOTA, STEVE WALTERS, RUSSELL J. ZUARDO [DE 201] |
| **Order filed:** 06/15/09 | Hearing Scheduled/Rescheduled. Status hearing to be held on 8/21/2009 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg. [DE 443] |
| **Status** | |

 2. **Motion to Approve Settlement Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure:** Adv. 08-01122-lbr, USACM Liquidating Trust v. J.M.K. Investments, Ltd. Et al

| | |
|---|---|
| **Motion filed:** 7/21/09 | Motion to Approve Settlement *Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure* with Certificate of Service Filed by JON MAXWELL BEATTY on behalf of USACM LIQUIDATING TRUST [DE 59] |
| **Status** | Unopposed. |

 3. **Status Hearing Re: Complaint:** Adv. 08-01122-lbr, USACM Liquidating Trust v. J.M.K. Investments, Ltd. Et al

2076743.1

| | | |
|---|---|---|
| **Complaint filed:** 04/11/08 | Adversary case 08-01122. Complaint Filed by USACM LIQUIDATING TRUST vs. J.M.K. INVESTMENTS, LTD., JOHN M KEILLY, MOUNTAIN WEST MORTGAGE LLC [DE 1] | |
| **Order filed:** 6/29/09 | Order Re Status Hearing. Status hearing to be held on 8/21/2009 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg. [DE 57] | |
| **Status** | Settled. | |

    4.    **Continued Scheduling Conference Re: First Amended Complaint:** Adv. 08-01121-lbr, USACM Liquidating Trust v. Fertitta Enterprises, Inc. et al

| | |
|---|---|
| **First Amended Complaint filed:** 08/29/08 | First Amended Complaint Filed by MICHAEL YODER on behalf of USACM LIQUIDATING TRUST against FERTITTA ENTERPRISES, INC. [DE 15] |
| **Order filed:** 6/29/09 | Order To Show Cause And Re Scheduling Conference. Status hearing to be held on 8/21/2009 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg.. Show Cause hearing to be held on 7/17/2009 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg. [DE 59] |
| **Response filed:** 7/10/09 | Response *to Order to Show Cause* with Certificate of Service Filed by GREGORY M SALVATO on behalf of FERTITTA ENTERPRISES, INC. [DE 60] |
| **Status** | Order Imposing Sanctions was entered on August 3, 2009 [DE 61]. |

    5.    **Amended Motion to Intervene and to Substitute for Plaintiff USACM Liquidating Trust:** Adv. 08-01066-lbr, USACM Liquidating Trust v. Compass USA SPE, LLC et al

| | |
|---|---|
| **Motion filed:** 7/23/09 | Amended Motion to Intervene *and to Substitute for Plaintiff USACM Liquidating Trust* Filed by DEAN T. KIRBY JR. on behalf of DEBT ACQUISITION COMPANY OF AMERICA V, LLC [DE 62] |
| **Status** | The USACM Liquidating Trust does not oppose DACA's intervention and substitution as plaintiff in the adversary proceeding. |

2076743.1

6. **Status Hearing Re: Complaint:** Adv. 08-01066-lbr, USACM Liquidating Trust v. Compass USA SPE, LLC et al

| | |
|---|---|
| **Complaint filed:** 02/29/08 | Adversary case 08-01066. Complaint Filed by USACM LIQUIDATING TRUST vs. COMPASS USA SPE, LLC, REPUBLIC TITLE OF TEXAS, INC. [DE 1] |
| **Order filed:** 6/30/09 | Order Re: Status Hearing. Continued Status hearing to be held on 8/21/2009 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg. [DE 61] |
| **Status** | The USACM Liquidating Trust does not oppose DACA's intervention and substitution as plaintiff in the adversary proceeding. |

7. **Status Hearing Re: Objection to Claim 784 of BINFORD MEDICAL DEVELOPERS:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Objection filed:** 12/11/06 | Objection to Claim 784 of BINFORD MEDICAL DEVELOPERS in the amount of filed by LENARD E. SCHWARTZER on behalf of USA COMMERCIAL MORTGAGE COMPANY [DE 2033] |
| **Status** | Susan William Scann, Attorney for Binford Medical Developers, filed a Motion to Withdraw as Attorney of Record [DE 7337] and a Motion to Shorten Notice. |

8. **Status Hearing Re: Objection to Claim 10725-02570 of Salvatore J. Reale:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter: 11

| | |
|---|---|
| **Objection filed:** 04/24/09 | Objection to Claim 10725-02570 of Salvatore J. Reale in the amount of with Certificate of Service Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [DE 7065] |
| **Status** | Withdrawal of Claim filed by Salvatore Reale [DE 7329]. Objection is therefore moot. |

9. **Status Hearing Re: Complaint:** Adv. 08-01127-lbr, USACM Liquidating Trust v. Amesburyport Corporation

| | |
|---|---|
| **Complaint filed:** 04/11/08 | Adversary case 08-01127. Complaint Filed by USACM LIQUIDATING TRUST vs. AMESBURYPORT CORPORATION [DE 1] |

2076743.1

| | | |
|---|---|---|
| **Order filed:** 07/17/09 | Order Status Hearing. Continued Status hearing to be held on 8/21/2009 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg. [DE 32] | |
| **Status** | Ready to proceed. | |

10. **Objection to Claim 10725-01313 of Colt Gateway, LLC in the amount of $15,195,931**: 06-10725-lbr, USA Commercial Mortgage Company, Chapter: 11

| | |
|---|---|
| **Objection filed:** 05/29/09 | Objection to Claim 10725-01313 of Colt Gateway, LLC in the amount of $15,195,931 with Certificate of Service Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [7157] |
| **Status** | Unopposed. |

11. **Objection to Claim 10725-01318 of HFAH Asylum, LLC in the amount of $6,685,850**: 06-10725-lbr, USA Commercial Mortgage Company, Chapter: 11

| | |
|---|---|
| **Objection filed:** 6/1/09 | Objection to Claim 10725-01318 of HFAH Asylum, LLC in the amount of $6,685,850 with Certificate of Service Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [DE 7168] |
| **Status** | Unopposed. |

12. **Objection to Claim 10725-00516 of Community Bank of Nevada in the amount of $461,170.32**: 06-10725-lbr, USA Commercial Mortgage Company, Chapter: 11

| | |
|---|---|
| **Objection filed:** 6/2/09 | Objection to Claim 10725-00516 of Community Bank of Nevada in the amount of $461,170.32 with Certificate of Service Filed by JON MAXWELL BEATTY on behalf of USACM LIQUIDATING TRUST [DE 7174] |
| **Status** | Unopposed. |

13. **Objection to Claim 10725-00857 of Bolino Family Revocable Trust Dated 3/6/95 in the amount of $100,000.00:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Objection filed:** 6/24/09 | Objection to Claim 10725-00857 of Bolino Family Revocable Trust Dated 3/6/95 in the amount of $100,000.00 with Certificate of Service Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [DE 7203] |
| **Status:** | Unopposed. |

2076743.1

14. **Motion to Approve Settlement between the USACM LIQUIDATING TRUST and THE RUSSELL ENTITIES**: 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Motion filed:** 06/24/09 | Motion to Approve Settlement *Between The USACM LIQUIDATING TRUST and THE RUSSELL ENTITIES* with Certificate of Service Filed by ERIC D. MADDEN on behalf of USACM LIQUIDATING TRUST [DE 7205] |
| **Status** | Unopposed. |

15. **Motion to Approve Settlement Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure Between USACM LIQUIDATING TRUST and the HFA Defendants:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Motion filed:** 6/24/09 | Motion to Approve Settlement *Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure Between USACM LIQUIDATING TRUST and the HFA Defendants* with Certificate of Service Filed by STEPHEN T LODEN on behalf of USACM LIQUIDATING TRUST [DE 7208] |
| **Status** | Unopposed. |

16. **Omnibus Objection to Claim 10725-00023, 10725-00024, and 10725-00025 of General Electric Capital Corporation:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Objection filed:** 07/20/09 | Omnibus Objection to Claim 10725-00023, 10725-00024, and 10725-00025 of General Electric Capital Corporation in the amount of with Certificate of Service Filed by JON MAXWELL BEATTY on behalf of USACM LIQUIDATING TRUST [DE 7240] |
| **Status** | Unopposed. |

17. **Omnibus Objection of USACM Trust to Proofs of Claim Based upon Investment in the 3685 San Fernando Road Partners Loan:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Objection filed:** 7/21/09 | *Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Investment in the 3685 San Fernando Road Partners Loan* with Certificate of Service Filed by MARVIN C. RUTH on behalf of USACM LIQUIDATING TRUST [DE 7243] |
| **Status** | Unopposed. |

2076743.1

18. **First Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in the 3685 San Fernando Road Partners Loan:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Objection filed:** 7/21/09 | *First Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in the 3685 San Fernando Road Partners Loan* with Certificate of Service Filed by MARVIN C. RUTH on behalf of USACM LIQUIDATING TRUST [DE 7244] |
| **Status** | Unopposed. |

19. **Second Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in the 3685 San Fernando Road Partners Loan:**  06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Objection filed:** 7/21/09 | *Second Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in the 3685 San Fernando Road Partners Loan* with Certificate of Service Filed by MARVIN C. RUTH on behalf of USACM LIQUIDATING TRUST [DE 7245] |
| **Status** | Unopposed. |

20. **Nineteenth Omnibus Objection to Proofs of Claim for Lack of Documentation:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Objection filed:** 7/22/09 | *Nineteenth Omnibus Objection to Proofs of Claim for Lack of Documentation* with Certificate of Service Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [DE 7253] |
| **Status** | Unopposed. |

21. **Twentieth Omnibus Objection to Proofs of Claim for Lack of Documentation:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Objection filed:** 7/22/09 | *Twentieth Omnibus Objection to Proofs of Claim for Lack of Documentation* with Certificate of Service Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [DE 7256] |
| **Status** | Unopposed. |

2076743.1

22. **Twenty-First Omnibus Objection to Proofs of Claim for Lack of Documentation:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Objection filed:** 7/22/09 | *Twenty-First Omnibus Objection to Proofs of Claim for Lack of Documentation* with Certificate of Service Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [DE 7258] |
| **Response received** | Norm and Caryn Kiven (claim No. 10725-01301) requested an extension of time to respond. Otherwise, the objection went unopposed. |
| **Status** | The Trust will ask the Court to continue the hearing on the objection as it relates to the Kiven claim (POC No. 10725-01301), but sustain the rest of the objection. |

23. **Twenty-Second Omnibus Objection to Proofs of Claim for Lack of Documentation:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Objection filed:** | *Twenty-Second Omnibus Objection to Proofs of Claim for Lack of Documentation* with Certificate of Service Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [DE 7260] |
| **Response received:** | Don Marshall contacted the Trust and supplied supporting documentation for Proof of Claim No. 10725-02482. |
| **Status** | The Trust filed a withdrawal of the objection as it relates to POC No. 10725-02482 [DE 7336]. The Trust will ask the Court to grant the remainder of the objection, which went unopposed. |

24. **First Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Investment in the Bay Pompano Beach Loan:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Objection filed:** 7/23/09 | *First Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Investment in the Bay Pompano Beach Loan* with Certificate of Service Filed by MARVIN C. RUTH on behalf of USACM LIQUIDATING TRUST [DE 7266] |
| **Status** | Unopposed. |

2076743.1

25. **Second Omnibus Objection of USACM Trust to Proofs of Claim Based upon Investment in the Bay Pompano Beach Loan:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Objection filed:** 7/23/09 | *Second Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Investment in the Bay Pompano Beach Loan* with Certificate of Service Filed by MARVIN C. RUTH on behalf of USACM LIQUIDATING TRUST [DE 7268] |
| **Status** | Unopposed. |

26. **Third Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Investment in the Bay Pompano Beach Loan:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Objection filed:** 7/23/09 | *Third Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Investment in the Bay Pompano Beach Loan* with Certificate of Service Filed by MARVIN C. RUTH on behalf of USACM LIQUIDATING TRUST [DE 7270] |
| **Status** | Unopposed. |

27. **Fourth Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Investment in the Bay Pompano Beach Loan:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Objection filed:** 7/23/09 | *Fourth Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Investment in the Bay Pompano Beach Loan* with Certificate of Service Filed by MARVIN C. RUTH on behalf of USACM LIQUIDATING TRUST [DE 7272] |
| **Status** | Unopposed. |

28. **Fifth Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Investment in the Bay Pompano Beach Loan:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Objection filed:** 7/23/09 | *Fifth Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Investment in the Bay Pompano Beach Loan* with Certificate of Service Filed by MARVIN C. RUTH on behalf of USACM LIQUIDATING TRUST [DE 7274] |
| **Status** | Unopposed. |

2076743.1

29. **Sixth Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Investment in the Bay Pompano Beach Loan:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Objection filed:** 7/23/09 | *Sixth Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Investment in the Bay Pompano Beach Loan* with Certificate of Service Filed by MARVIN C. RUTH on behalf of USACM LIQUIDATING TRUST [DE 7276] |
| **Status** | Unopposed. |

30. **Seventh Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in the Bay Pompano Beach Loan:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Objection filed:** 7/23/09 | *Seventh Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in the Bay Pompano Beach Loan* with Certificate of Service Filed by MARVIN C. RUTH on behalf of USACM LIQUIDATING TRUST [DE 7278] |
| **Status** | Unopposed. |

31. **Eighth Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in the Bay Pompano Beach Loan:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Objection filed:** 7/23/09 | *Eighth Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in the Bay Pompano Beach Loan* with Certificate of Service Filed by MARVIN C. RUTH on behalf of USACM LIQUIDATING TRUST [DE 7280] |
| **Status** | Unopposed. |

32. **Ninth Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in the Bay Pompano Beach Loan:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Objection filed:** 7/23/09 | *Ninth Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in the Bay Pompano Beach Loan* with Certificate of Service Filed by MARVIN C. RUTH on behalf of USACM LIQUIDATING TRUST [DE 7283] |
| **Status** | Unopposed. |

2076743.1

33. **Tenth Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in the Bay Pompano Beach Loan:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Objection filed:** 7/23/09 | *Tenth Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in the Bay Pompano Beach Loan* with Certificate of Service Filed by MARVIN C. RUTH on behalf of USACM LIQUIDATING TRUST [DE 7285] |
| **Status** | Unopposed. |

34. **Eleventh Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in the Bay Pompano Beach Loan:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Objection filed:** 7/23/09 | *Eleventh Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in the Bay Pompano Beach Loan* with Certificate of Service Filed by MARVIN C. RUTH on behalf of USACM LIQUIDATING TRUST [DE 7287] |
| **Status** | Unopposed. |

35. **Twelfth Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in the Bay Pompano Beach Loan:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Objection filed:** 7/23/09 | *Twelfth Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in the Bay Pompano Beach Loan* with Certificate of Service Filed by MARVIN C. RUTH on behalf of USACM LIQUIDATING TRUST [DE 7289] |
| **Status** | Unopposed. |

36. **Thirteenth Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in the Bay Pompano Beach Loan:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Objection filed:** 7/23/09 | *Thirteenth Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in the Bay Pompano Beach Loan* with Certificate of Service Filed by MARVIN C. RUTH on behalf of USACM LIQUIDATING TRUST [DE 7291] |

2076743.1

| | | |
|---|---|---|
| **Response filed:** 8/07/09 | | Response filed by UNIVERSAL MANAGEMENT, INC., [DE 7332] re claim No. 10725-02123. |
| **Status** | | Ready to proceed. The Trust will ask the Court to sustain the objection except as to POC 10725-02123 and schedule a date for the mediation as required under the ADR Agreement. |

37. **Fourteenth Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in the Bay Pompano Beach Loan:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Objection filed:** 7/23/09 | *Fourteenth Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in the Bay Pompano Beach Loan* with Certificate of Service Filed by MARVIN C. RUTH on behalf of USACM LIQUIDATING TRUST [DE 7293] |
| **Correction** | Counsel was contacted by Steve Ives regarding Proof of Claim 10725-02186, for Melvin J. & Evelyn A. Ives Qtip Trust. The correct amount relating to Bay Pompano is $56,229; Amount scheduled for Diverted principal $18,428.96, and Approximate Amount Subject to Objection $37,800.04. in place of the amounts indicated in the objection. The order will reflect the correct amount. |
| **Status** | Unopposed. The Trust will ask that the Court sustain the objection with the order to reflect the change referenced above. |

38. **Fifteenth Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in the Bay Pompano Beach Loan:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | |
|---|---|
| **Objection filed:** 7/23/09 | *Fifteenth Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in the Bay Pompano Beach Loan* with Certificate of Service Filed by MARVIN C. RUTH on behalf of USACM LIQUIDATING TRUST [DE 7295] |
| **Status** | Unopposed. |

39. **Sixteenth Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in the Bay Pompano Beach Loan:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

2076743.1

| | | |
|---|---|---|
| **Objection filed:** 7/23/09 | | *Sixteenth Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in the Bay Pompano Beach Loan* with Certificate of Service Filed by MARVIN C. RUTH on behalf of USACM LIQUIDATING TRUST [DE 7297] |
| **Response received** | | Joy Investment, Inc., sent informal response dated 8/3/09 to counsel re objection re proof of claim No. 10725-02124 |
| **Status** | | Ready to proceed. The Trust will ask the Court to sustain the objection except as to POC 10725-02124 and schedule a date for the mediation as required under the ADR Agreement. |

40. **Seventeenth Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in the Bay Pompano Beach Loan:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter 11

| | | |
|---|---|---|
| **Objection filed:** 7/23/09 | | *Seventeenth Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in the Bay Pompano Beach Loan* with Certificate of Service Filed by MARVIN C. RUTH on behalf of USACM LIQUIDATING TRUST [DE 7299] |
| **Status** | | Unopposed. |

41. **Motion to Stay Pending Appeal:** Adv. 08-01125-lbr, USACM Liquidating Trust v. Eagle Ranch, LLC et al

| | | |
|---|---|---|
| **Motion filed:** 7/1/09 | | Motion To Stay Pending Appeal with Certificate of Service Filed by DANA A. DWIGGINS on behalf of EAGLE RANCH, LLC [DE 145] |
| **Status** | | Settlement reached with Eagle Ranch Defendants and documents are being prepared. |

42. **Continued Status Hearing Re: Complaint:** Adv. 08-01134-lbr, USACM Liquidating Trust et al v. Petersen et al

2076743.1

| | | |
|---|---|---|
| **Complaint filed:** 04/12/08 | | Adversary case 08-01134. Complaint Filed by USACM LIQUIDATING TRUST, USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC vs. MARY PETERSEN, MARY PETERSEN FAMILY TRUST DTD 8/12/98, MICHAEL D PETERSEN, MICHAEL D PETERSEN FAMILY TRUST DTD 8/12/98, KATHRYN L PETERSEN, KATHRYN L. PETERSEN LIVING TRUST, KLP TRUST DTD 7/15/99 [DE 1] |
| **Order filed:** 07/2/09 | | Order Continuing Status Hearing. Continued Status hearing to be held on 8/21/2009 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg. [DE 124] |
| **Status** | | The parties have reached a settlement. |

43. **Motion to Approve Amended Joint Discovery Plan:** Adv. 08-01135-lbr, USACM Liquidating Trust et al v. Wells Fargo Bank, N.A.

| | |
|---|---|
| **Motion filed:** 7/21/09 | Motion to Amend *Motion to Approve Amended Joint Discovery Plan* with Certificate of Service Filed by ERIC D. MADDEN on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC [DE 160] |
| **Status** | Unopposed. |

44. **Motion to Compel Defendants to Respond to Requests for Production of Documents and Interrogatories:** Adv. 08-01125-lbr, USACM Liquidating Trust v. Eagle Ranch, LLC et al

| | |
|---|---|
| **Motion filed:** 7/24/09 | Motion to Compel *Defendants to Respond to Requests for Production of Documents and Interrogatories* with Certificate of Service Filed by MICHAEL YODER on behalf of USACM LIQUIDATING TRUST [DE 148] |
| **Status** | Ready to proceed. |

Dated August 19, 2009.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
   Susan M. Freeman, AZ 4199 (*pro hac vice*)
   Rob Charles, NV 6593
   John Hinderaker, AZ 18024 (*pro hac vice*)
*Counsel for USACM Liquidating Trust*

2076743.1

## PROOF OF SERVICE

COPY of the aforementioned sent via e-mail or U.S. First Class Mail postage prepaid on August 19, 2009 to the parties listed on Post-Effective Official Service List for Limited Notice No. 5 Dated March 31, 2009.

 /s/ Carrie Lawrence
Carrie Lawrence
Lewis and Roca LLP

2076743.1