**LEWIS AND ROCA LLP — LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 8/20/09

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company;<br>USA Capital Realty Advisors, LLC;[1]<br>USA Capital Diversified Trust Deed Fund, LLC;<br>USA Capital First Trust Deed Fund, LLC;[2]<br>USA Securities, LLC,[3]<br>                    Debtors.<br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**Stipulation Re USA Commercial Real Estate Group Proof Of Claim No. 10725-00749** |

The USACM Liquidating Trust ("Trust") and USA Commercial Real Estate Group ("USA CREG") stipulate:

1. USA CREG filed Proof of Claim No. 10725-00749, asserting an unsecured claim in the amount of $46,869.00, based upon money loaned.

2. The Trust filed a Twentieth Omnibus Objection of the USACM Liquidating Trust to Proofs of Claim for Lack of Documentation With Certificate of Service (the "Objection") [DE 7256].

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

3. Included in the Objection was an objection to the USA CREG proof of claim.

4. The USA CREG Proof of Claim No. 10725-00749 should be re-classified and allowed as a Subordinated Class A-7 claim as defined in the USA Commercial Mortgage Company's confirmed Plan of Reorganization (the "Confirmed Plan") [DE 1799], in the amount of $46,869.00.

5. The Trust's Objection to the USA CREG Claim should be withdrawn.

6. The Court is requested to enter an order: approving this Stipulation; re-classifying Proof of Claim No. 10725-00749 as a subordinated Class A-7 claim, as defined in the Confirmed Plan, and allowing the claim in the amount of $48,869.00; withdrawing the Trust Objection to USA CREG's Claim; and vacating the hearing on August 21, 2009 at 9:30 a.m. on the Trust's Objection.

**LEWIS AND ROCA LLP**

By: /s/ JH    (#018024)
    Rob Charles
    John Hinderaker
*Attorneys for USACM Liquidating Trust*

| **STEPTOE & JOHNSON LLP** | **COX SMITH MATTHEWS, INCORPORATED.** |
|---|---|
| By    /s/ Robbin L. Itkin<br>Robbin L. Itkin<br>2121 Avenue of the Stars<br>Suite 2800<br>Los Angeles, CA 90067<br>Telephone: (310) 734-3272<br>*Attorneys for Michael Carmel, Chapter 11 Trustee for Estate of Thomas Hantges, on behalf of USA Commercial Real Estate Group* | By    /s/ Thomas Rice<br>Thomas Rice<br>112 East Pecan Street, Suite 1800<br>San Antonio, TX 78205<br>Telephone: (210) 554-5500<br>*Attorneys for Ford Elsaesser, Chapter 11 Trustee for the Estate of Joseph Milanowski, on behalf of USA Commercial Real Estate Group* |

2081980.1