

**Entered on Docket**
**August 21, 2009**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR[1] |
| | Case No. BK-S-06-10726-LBR[1] |
| USA Commercial Mortgage Company, | Case No. BK-S-06-10727-LBR |
| USA Capital Realty Advisors, LLC,[1] | Case No. BK-S-06-10728-LBR[2] |
| USA Capital Diversified Trust Deed Fund, LLC, | Case No. BK-S-06-10729-LBR[3] |
| USA Capital First Trust Deed Fund, LLC,[2] | CHAPTER 11 |
| USA Securities, LLC,[3] | |
| Debtors. | Jointly Administered Under Case No. BK-S-06-10725 LBR |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Date of Hearing: August 21, 2009
Time of Hearing: 9:30 a.m.

**Order Approving Stipulation re USA Commercial Real Estate Group Proof of Claim 10725-00749**

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2081994.1

The Stipulation by and between the USACM Liquidating Trust ("Trust"), and USA Commercial Real Estate Group ("USA CREG"); [DE 7368] came before the Court for consideration, no notice being necessary and good cause appearing, it is:

**ORDERED:**

1)      Approving the Stipulation.

2)      Re-classifying and allowing USA CREG's Proof of Claim No. 10725-00749 as a Subordinated Class A-7 claim as defined in the USA Commercial Mortgage Company's confirmed Plan of Reorganization [DE 1799] in the amount of $46,869.00;

3) Withdrawing Trust's Objection to USA CREG's claim No. 10725-00749; and

4) Vacating the hearing on August 21, 2009 at 9:30 a.m. on the Trust's Objection.

###

PREPARED AND SUBMITTED and
APPROVED AS TO FORM AND CONTENT:

**LEWIS AND ROCA LLP**

By: /s/ JH        (#018024)
         Rob Charles
         John Hinderaker
*Attorneys for USACM Liquidating Trust*

**COX SMITH MATTHEWS INCORORATED**

By ___ /s/ Thomas Rice ___
         Thomas Rice
         112 East Pecan Street, Suite 1800
         San Antonio, TX 78205
         Telephone: (210) 554-5500
*Attorneys for Ford Elsaesser, Chapter 11 Trustee for Estate of Joseph Milanowski, on behalf of USA Commercial Real Estate Group*

**STEPTOE & JOHNSON LLP**

By ___ /s/ Robbin L. Itkin ___
         Robbin L. Itkin
         2121 Avenue of the Stars
         Suite 2800
         Los Angeles, CA 90067
         Telephone:  (310) 734-3272
*Attorneys for Michael Carmel, Chatper 11 Trustee for Estate of Thomas Hantges, on behalf of USA Commercial Real Estate Group*

2081994.1