LEWIS
AND
ROCA
—LLP—
L A W Y E R S

E-Filed on 8/24/09

1    3993 Howard Hughes Parkway, Suite 600
     Las Vegas, NV 89169-5996
     Facsimile (702) 949-8321
2    Telephone (702) 949-8320

3    Rob Charles NV State Bar No. 006593
     Email: rcharles@lrlaw.com
     John Hinderaker AZ State Bar No. 018024
     Email: jhinderaker@lrlaw.com
4    Marvin Ruth NV State Bar No. 10979
     Email: mruth@lrlaw.com

5    Attorneys for USACM Liquidating Trust

6                    **UNITED STATES BANKRUPTCY COURT**

7                         **DISTRICT OF NEVADA**

8    In re:                                    Case No. BK-S-06-10725-LBR
                                               Case No. BK-S-06-10726-LBR[1]
9    USA COMMERCIAL MORTGAGE                   Case No. BK-S-06-10727-LBR
     COMPANY,                                  Case No. BK-S-06-10728-LBR[2]
10                                             Case No. BK-S-06-10729-LBR[3]
     USA CAPITAL REALTY ADVISORS,
11   LLC,[1]                                   CHAPTER 11

12   USA CAPITAL DIVERSIFIED TRUST            Jointly Administered Under Case No.
     DEED FUND, LLC,                          BK-S-06-10725 LBR
13
     USA CAPITAL FIRST TRUST DEED             **NOTICE OF RESCHEDULED**
14   FUND, LLC,[2]                            **HEARING REGARDING TENTH**
                                              **OMNIBUS OBJECTION OF USACM**
15   USA SECURITIES, LLC,[3]                  **TRUST TO PROOFS OF CLAIM**
                                Debtors.      **BASED, IN WHOLE OR IN PART,**
16                                            **UPON THE INVESTMENT IN THE**
                                              **BAR USA LOAN**
         **Affects:**
17       ☐ All Debtors
         ☒ USA Commercial Mortgage Company   Date of Hearing:  September 29, 2009
18       ☐ USA Capital Realty Advisors, LLC  Time of Hearing:  9:30 a.m.
         ☐ USA Capital Diversified Trust Deed Fund, LLC
19       ☐ USA Capital First Trust Deed Fund, LLC   New Hearing Date:  October 5, 2009
         ☐ USA Securities, LLC               New Hearing Time:  9:30 a.m.
20

21          NOTICE IS HEREBY GIVEN that pursuant to Notification from the U.S.

22   Bankruptcy Court, the hearing regarding the Tenth Omnibus Objection of USACM Trust

23   to Proofs of Claim Based, in Whole or in Part, Upon the Investment in the Bar USA Loan

24   ───────────────

25   [1] This bankruptcy case was closed on September 23, 2008.

     [2] This bankruptcy case was closed on October 12, 2007.
26
     [3] This bankruptcy case was closed on December 21, 2007.

2086656.1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

[DE 7358] (the "Objection") originally scheduled for hearing on **September 29, 2009 at 9:30 a.m.**, has been rescheduled for hearing on **October 5, 2009 at 9:30 a.m.** before the Honorable Linda B. Riegle, at the U. S. Bankruptcy Court,  Foley Federal Bldg., 300 Las Vegas Boulevard South, Courtroom #1, Las Vegas, NV.

       Dated: August 24, 2009.

                              LEWIS AND ROCA LLP

                              By  /s/  Marvin Ruth (#10979)
                                   Rob Charles, NV 6593
                                   John C. Hinderaker, AZ 18024 (*pro hac vice*)
                                   Marvin Ruth, NV 10979
                              3993 Howard Hughes Parkway, Suite 600
                              Las Vegas, Nevada  89169
                              Telephone:  (702) 949-8320
                              Facsimile:   (702) 949-8398
                              E-mail:  mruth@lrlaw.com
                              *Attorneys for the USACM Liquidating Trust*

Copy of the foregoing mailed by first
class postage prepaid U.S. Mail on
August 24, 2009 to:

Parties listed on Exhibit A to the Objection.

LEWIS AND ROCA LLP


/s/ Carrie Lawrence
   Carrie Lawrence

2

2086656.1