**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHinderaker@LRLaw.com
Marvin Ruth NV State Bar No. 10979
Email: MRuth@LRLaw.com

*Attorneys for USACM Liquidating Trust*

E-Filed on 8/27/09

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,[1]<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[2]<br><br>USA Securities, LLC,[3]<br>                              Debtors.<br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER SUSTAINING OBJECTION OF USACM TRUST TO PROOF OF CLAIM FILED BY BOLINO FAMILY REVOCABLE TRUST DATED 3/6/95**<br><br>Hearing Date:    August 21, 2009<br>Hearing Time:   9:30 a.m. |

**PLEASE TAKE NOTICE** that an Order Sustaining Objection of USACM Trust to Proof of Claim Filed By Bolino Family Revocable Trust Dated 3/6/95 [DE 7398] was entered on the 26th day of August, 2009, a true and correct copy of which is attached hereto as Exhibit A.

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2088259.1

LEWIS AND ROCA LLP
LAWYERS

RESPECTFULLY SUBMITTED August 27, 2009.

LEWIS AND ROCA LLP

By /s/ John Hinderaker (#018024)
Rob Charles
John Hinderaker
Marvin Ruth
*Attorneys for USACM Liquidating Trust*
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone:  (702) 949-8200
Facsimile:  (702) 949-8398

Copy of the foregoing mailed on August 27, 2009 to:

Peter A. Bolino, Trustee of
the Bolino Family Trust dated 3/6/95
17412 Serene Drive
Morgan Hill, CA  95037

Fabiola Bolino, Trustee of the Bolino Family Trust dated 3/6/95
17412 Serene Drive
Morgan Hill, CA  95037

/s/ Carrie Lawrence
Lewis and Roca LLP

2088259.1