EXHIBIT A

1962760.1



Entered on Docket
August 26, 2009

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
            jhinderaker@lrlaw.com
            mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR[1] |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[2] |
| USA CAPITAL REALTY ADVISORS, LLC,[1] | Case No. BK-S-06-10729-LBR[3] |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| | Jointly Administered Under |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,[2] | Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC,[3] | **ORDER SUSTAINING OBJECTION OF USACM TRUST TO PROOF OF CLAIM FILED BY BOLINO FAMILY REVOCABLE TRUST DATED 3/6/95** |
| Debtors. | |
| **Affects:** | |
| ☐ All Debtors | Hearing Date:   August 21, 2009 |
| ☒ USA Commercial Mortgage Company | Hearing Time:   9:30 a.m. |
| ☐ USA Capital Realty Advisors, LLC | |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | |
| ☐ USA Capital First Trust Deed Fund, LLC | |
| ☐ USA Securities, LLC | |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2085210_1

1  The Court having considered the "Objection of USACM Trust to Proof of Claim
2  Filed By Bolino Family Revocable Trust Dated 3/6/95" [Docket No. 7203] (the
3  "Objection"); with appropriate notice of the Objection having been given; with no
4  response to the Objection having been filed; and good cause appearing:
5  **IT IS HEREBY ORDERED** that:
6      1.    The Objection is sustained; and
7      2.    Bolino Family Revocable Trust Dated 3/6/95's claim 10725-00857
8  filed in the amount of $100,000.00 against USACM is disallowed in
9  its entirety.

PREPARED AND RESPECTFULLY SUBMITTED BY:
**LEWIS AND ROCA LLP**
By    /s/ John Hinderaker (018024)
    Rob Charles
    John Hinderaker
    Marvin Ruth
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8200
Facsimile: (702) 949-8398
*Attorneys for USACM Liquidating Trust*

2085210_1

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee:  August Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**


By:  /s/ JH  (#018024)
    Rob Charles
    John Hinderaker
    Marvin Ruth
*Attorneys for USACM Liquidating Trust*

3

2085210_1