**Entered on Docket
August 25, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \* \*

| | |
|---|---|
| In re ) | BK-06-10725-LBR |
| ) | Chapter 11 |
| USA COMMERCIAL MORTGAGE CO., ) | |
| ) | PRETRIAL |
| ) | Date:   December 18, 2009 |
| ) | Time:   1:30 p.m. |
| ) | TRIAL |
| ) | Date:   January 8, 2010 |
| Debtor(s).  ) | Time:   9:30 a.m. |

**ORDER RE: PRE-TRIAL MATTERS; TRIAL;
AND SETTLEMENT CONFERENCE**

IT IS HEREBY ORDERED trial is set on the Objection to Claim #784 of Binford Medical Developers, and the provisions checked below are hereby adopted by this court as its order.

____   The request for waiver is granted and no formal discovery plan is required to be filed.

____   The discovery plan filed by the parties shall govern the matters set forth therein.

____   Discovery shall be completed by the date shown in the Standard Discovery Plan.

____   The scheduling conference set with the issuance of the summons (or the continued scheduling conference) is hereby vacated.

1

1     ____ The parties shall participate with their clients in a settlement conference in
2 accordance with the Settlement Conference Order (a copy of which will be sent by the court).
3     The court may at a later time, either upon its own motion or at the request of counsel,
4 order a settlement conference.
5     A pre-trial conference will be held on December 18, 2009 at 9:30 a.m.

6 **TRIAL STATEMENTS**

7     ____ No trial statement is required.
8     _X_ Each party shall file a trial statement (or counsel may meet and file a joint trial
9     statement).  Statements are due by December 14, 2009.
10     ____ The parties shall file a joint trial statement.
11     Trial statements shall contain the information as shown on, and in the form of, Part "A"
12 attached hereto.  Trial statements shall be filed on or before fourteen days before the pre-trial
13 conference, or if no pre-trial conference is set fourteen days before trial.
14     Any objections made pursuant to Fed. R. Civ. P. 26(a)(3) shall be made no later than five
15 days after the opposing party files its Trial Statement.

16 **PRETRIAL MOTIONS**

17     Motions in Limine must be filed 14 days prior to the pre-trial conference, or if no pre-trial
18 conference is set, _____ days before trial.   Responses are due no later than five days thereafter.

19     **EXHIBITS/WITNESS LISTS**

20     Each party shall lodge and meet with the Courtroom Deputy Clerk not later than the day
21 before the trial the following:
22     (1) The original and 1 copy of all exhibits, bound and tabbed.  All exhibits shall
23 be marked with stickers on the lower right corner of the exhibit whenever possible.
24 Log forms may be obtained from the Court's web site at www.nvb.uscourts.gov or from the
25 Courtroom Deputy Clerk.

26
27
28     2

| | |
|---|---|
| 1 | All exhibits to which there are no objection shall be admitted by stipulation. |
| 2 | Counsel may stipulate to an exhibit on one ground (e.g., foundation) while preserving an |
| 3 | objection on another ground (e.g., relevance). |
| 4 | (2) List of witnesses with correct spelling of the witnesses' full name. |
| 5 | **Counsel must make an appointment with the respective Courtroom Deputy to meet** |
| 6 | **with them to lodge the exhibits.** |
| 7 | Trial of this matter is is set for January 8, 2010 at 9:30 a.m. at 300 Las Vegas Blvd. |
| 8 | South, Las Vegas, Nevada, before Judge Linda B. Riegle in Courtroom #1, located on the Third |
| 9 | Floor. |
| 10 | **IT IS SO ORDERED.** |

Copies sent through ECF to:
    Rob Charles
    John Hinderaker
    Susan Scann

3

**PART "A"**

**(Trial Statements)**

The trial statement(s) shall contain the following items:

1. The disclosures required by Fed. R. Civ. P. 26(a)(3), as adopted by Fed. R. Bank. P. 7026 and LR 7026.
2. A concise statement of the nature of the action and contentions of the parties.
3. A statement as to the core or non-core jurisdiction of the Court, with legal citations.
4. Stipulated facts.
5. Contested issues of law with concise memorandum of authority.
6. Log of exhibits which may be offered in evidence, including any exhibits for impeachment or to refresh the memory of a witness.
7. Any special trial issue which requires the Court's attention.
8. The list of witnesses, with their addresses, expected to be called.

4

# CERTIFICATE OF NOTICE

```
District/off: 0978-2          User: devaneyha           Page 1 of 1              Date Rcvd: Aug 25, 2009
Case: 06-10725               Form ID: pdf805           Total Noticed: 1

The following entities were noticed by first class mail on Aug 27, 2009.
          +ROB CHARLES, JR,   3993 HOWARD HUGHES PKWY, #600,   LAS VEGAS, NV 89169-5996
The following entities were noticed by electronic transmission.
NONE.                                                                                        TOTAL: 0
           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 27, 2009**                    **Signature:**       *Joseph Speetjens*