**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHinderaker@LRLaw.com

*Attorneys for USACM Liquidating Trust*

E-Filed on 8/28/09

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br>USA Capital Realty Advisors, LLC,[1]<br>USA Capital Diversified Trust Deed Fund, LLC,<br>USA Capital First Trust Deed Fund, LLC,[2]<br>USA Securities, LLC,[3]<br>　　　　　　　　　　Debtors.<br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER APPROVING STIPULATION RE USA COMMERCIAL REAL ESTATE GROUP PROOF OF CLAIM 10725-00749** |

**PLEASE TAKE NOTICE** that an Order Approving Stipulation Re USA Commercial Real Estate Group Proof of Claim 10725-00749 [DE 7375] was entered on the 21st day of August, 2009, a true and correct copy of which is attached hereto as Exhibit A.

RESPECTFULLY SUBMITTED August 28, 2009.

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

1

2088591.1

LEWIS AND ROCA LLP

By /s/ John Hinderaker (#018024)
Rob Charles
John Hinderaker
*Attorneys for USACM Liquidating Trust*
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
702-949-8320

Copy of the foregoing mailed on August 28, 2009 to:

Thomas Rice
Cox Smith Matthews Incorporated
112 East Pecan Street, Suite 1800
San Antonio, TX 78205
*Attorneys for Ford Elsaesser, Chapter 11 Trustee for Estate of Joseph Milanowski, on behalf of USA Commercial Real Estate Group*

Robbin L. Itkin
Steptoe & Johnson LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, CA 90067
*Attorneys for Michael Carmel, Chapter 11 Trustee for Estate of Thomas Hantges, on behalf of USA Commercial Real Estate Group*

/s/ Carrie Lawrence
Lewis and Roca LLP

2088591.1