# EXHIBIT A



**Entered on Docket
August 21, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br>USA Capital Realty Advisors, LLC,[1]<br>USA Capital Diversified Trust Deed Fund, LLC,<br>USA Capital First Trust Deed Fund, LLC,[2]<br>USA Securities, LLC,[3]<br>         Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>Date of Hearing: August 21, 2009<br>Time of Hearing: 9:30 a.m.<br><br>**Order Approving Stipulation re USA Commercial Real Estate Group Proof of Claim 10725-00749** |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2081994.1

The Stipulation by and between the USACM Liquidating Trust ("Trust"), and USA Commercial Real Estate Group ("USA CREG"); [DE 7368] came before the Court for consideration, no notice being necessary and good cause appearing, it is:

**ORDERED:**

1) Approving the Stipulation.

2) Re-classifying and allowing USA CREG's Proof of Claim No. 10725-00749 as a Subordinated Class A-7 claim as defined in the USA Commercial Mortgage Company's confirmed Plan of Reorganization [DE 1799] in the amount of $46,869.00;

3) Withdrawing Trust's Objection to USA CREG's claim No. 10725-00749; and

4) Vacating the hearing on August 21, 2009 at 9:30 a.m. on the Trust's Objection.

###

PREPARED AND SUBMITTED and
APPROVED AS TO FORM AND CONTENT:

**LEWIS AND ROCA LLP**

By: /s/ JH      (#018024)
    Rob Charles
    John Hinderaker
*Attorneys for USACM Liquidating Trust*

| | |
|---|---|
| **COX SMITH MATTHEWS INCORATED**<br><br>By  /s/ Thomas Rice<br>Thomas Rice<br>112 East Pecan Street, Suite 1800<br>San Antonio, TX 78205<br>Telephone: (210) 554-5500<br>*Attorneys for Ford Elsaesser, Chapter 11 Trustee for Estate of Joseph Milanowski, on behalf of USA Commercial Real Estate Group* | **STEPTOE & JOHNSON LLP**<br><br>By  /s/ Robbin L. Itkin<br>Robbin L. Itkin<br>2121 Avenue of the Stars<br>Suite 2800<br>Los Angeles, CA 90067<br>Telephone: (310) 734-3272<br>*Attorneys for Michael Carmel, Chatper 11 Trustee for Estate of Thomas Hantges, on behalf of USA Commercial Real Estate Group* |

2081994.1