**LEWIS AND ROCA LLP LAWYERS**

E-Filed on 8/28/09

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                         Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**AMENDED NOTICE OF RESCHEDULED HEARING REGARDING TWENTY-SECOND OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO PROOFS OF CLAIM FOR LACK OF DOCUMENTATION (EXCEPT PROOF OF CLAIM FILED BY DON P MARSHALL TRUST DATED 7/18/95) (AMENDED TO CORRECT TIME)**<br><br>Date of Hearing: August 21, 2009<br>Time of Hearing: 9:30 a.m.<br><br>New Hearing Date: October 19, 2009<br>New Hearing Time: **3:00 p.m.** |

      NOTICE IS HEREBY GIVEN that the hearing on the Twenty-Second Omnibus Objection of the USACM Liquidating Trust to Proofs of Claim for Lack of Documentation

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2088716.1

[DE 7260] (the "Objection") originally scheduled for hearing on **August 21, 2009 at 9:30 a.m**., has been continued for hearing to **October 19, 2009 at 3:00 p.m.** before the Honorable Linda B. Riegle, at the U. S. Bankruptcy Court, Foley Federal Bldg., 300 Las Vegas Boulevard South, Courtroom No. 1, Las Vegas, NV.

Documentation was received and the objection to Proof of Claim No. 10725-02482 filed by Don P. Marshall Trust has been withdrawn [DE 7336].

Dated: August 28, 2009.

LEWIS AND ROCA LLP

By /s/ John C. Hinderaker (AZ 18024)
  Rob Charles, NV 6593
  John C. Hinderaker, AZ 18024 (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8320
Facsimile: (702) 949-8398
E-mail: jhinderaker@lrlaw.com
*Attorneys for the USACM Liquidating Trust*

Copy of the foregoing mailed by first class postage prepaid U.S. Mail on August 28, 2009 to:

Parties listed on Exhibit A to the Objection

LEWIS AND ROCA LLP

/s/ Carrie Lawrence
  Carrie Lawrence

2088716.1