**LEWIS AND ROCA LLP**
**LAWYERS**

E-Filed on 8/31/09

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker, Az. State Bar No. 018024
Email: jhinderaker@LRLaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10726-LBR[1] |
| | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[2] |
| USA CAPITAL REALTY ADVISORS, LLC,[1] | Case No. BK-S-06-10729-LBR[3] |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,[2] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC,[3]  Debtors. | **STIPULATION RE LERIN HILLS PROOF OF CLAIM NO. 10725-01279** |
| | Trial:  October 8, 2009 |
| | October 9, 2009 |
| | Time:  9:30 a.m. |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

1

2087399.1

**LEWIS AND ROCA LLP**
**LAWYERS**

USACM Liquidating Trust (the "USACM Trust"), by and through its counsel, Lewis and Roca LLP, and Lerin Hills Ltd. by and through its counsel, Kehoe & Associates, hereby stipulate:

1. The USACM Trust filed an objection to Claim No. 10725-01279 of Lerin Hills Ltd. (the "Lerin Hills Objection") [DE 3080] filed in the amount of $1,257,233.40 as an unsecured non-priority claim and a priority claim of $797,175.62.

2. The USACM Trust filed a Second Omnibus Objection to Claims Asserting Priority Status (the "Second Objection") [DE 3259] which included an objection to Claim No. 10725-01279 filed by Lerin Hills.

3. The priority portion of the claim was reclassified as an unsecured claim pursuant to order dated July 24, 2008 [DE 6531].

4. The Lerin Hills Objection and Second Objection are scheduled for Trial on October 8, 2009 and October 9, 2009.

5. The parties conferred and hereby stipulate that Lerin Hills Proof of Claim No. 10725-01279 may be allowed as an unsecured non-priority claim in the amount of $1,200,000.00.

6. The September 30, 2009 Pretrial conference, and the October 8, 2009 and October 9, 2009 trial, and related discovery deadlines may be vacated.

7. The parties submit a stipulated order for the Court's convenience.

DATED: August 31, 2009.

**LEWIS AND ROCA LLP**

By: /s/ John Hinderaker, AZ 18024
  Rob Charles, NV 6593
  John Hinderaker, Pro Hac Vice
  *Counsel for USACM Liquidating Trust*

-and-

2087399.1

**KEHOE & ASSOCIATES**

3 /Kehoe 8-31-09

By: /s/ TEK (# 6011)
Ty E. Kehoe, Esq.
871 Coronado Center Drive, Suite 200
Henderson, NV 89052
*Attorney for Lerin Hills, Ltd.*

3

2087399.1