E-filed on 09/01/09

**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email: adiamond@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
Email: emadden@diamondmccarthy.com

Special Litigation Counsel for USACM Liquidating Trust
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>　　　　　　　　　　　Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**STIPULATION REGARDING PROOFS OF CLAIM NOS. 10725-00023, 00024, AND 00025 BY GENERAL ELECTRIC CAPITAL CORPORATION** |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

The USACM Liquidating Trust (the "Trust") and General Electric Capital Corporation ("GECC") stipulate as follows:

1. GECC filed the following three proofs of claim (collectively, the "GECC Claims"):

    a. Proof of Claim No. 10725-00023, asserting a secured claim in the amount of $35,570.30, based upon an Equipment Lease;

    b. Proof of Claim No. 10725-00024, asserting a secured claim in the amount of $37,963.77, based upon an Equipment Lease;

    c. Proof of Claim No. 10725-00025, asserting a secured claim in the amount of $17,682.47, based upon an Equipment Lease.

2. The Trust filed an Omnibus Objection of USACM Liquidating Trust to Proofs of Claim Nos. 10725-00023, 00024, and 00025 by General Electric Capital Corporation and Certificate of Service (the "Objection") on July 20, 2009 [DE #7240].

3. Included in the Objection was an objection to GECC Claims.

4. The GECC Claims should be re-classified and allowed as Class A-4 General Unsecured Claims as defined in the Debtors' Third Amended Plan of Reorganization, as confirmed by the Court (the "Confirmed Plan") [DE #1799], in the following amounts:

    a. Proof of Claim No. 10725-00023 should be allowed in the amount of $26,677.73;

    b. Proof of Claim No. 10725-00024 should be allowed in the amount of $28,472.83;

    c. Proof of Claim No. 10725-00025 should be allowed in the amount of $13,261.85.

5. The Trust's Objection to the GECC Claims should be withdrawn.

6. The Court is requested to enter an order: (a) approving this Stipulation; (b) re-classifying the GECC Claims as Class A-4 General Unsecured Claims, as defined in the Confirmed Plan; (c) allowing the claims in the amounts described in Paragraph 4 above; and (d) withdrawing the Trust's Objection to the GECC Claims.

/
/
/
/

**DIAMOND MCCARTHY LLP**

By: /s/    J. Maxwell Beatty
Allan B. Diamond, TX 05801800 (pro hac vice)
Eric D. Madden, TX 24013079 (pro hac vice)
J. Maxwell Beatty, TX 24051740 (pro hac vice)
909 Fannin, Suite 1500
Houston, Texas 77010
(713) 333-5100 (telephone)
(713) 333-5199 (facsimile)

*Special Litigation Counsel for*
*USACM Liquidating Trust*

**REED SMITH LLP**

By: /s/ Alex Terras
Alex Terras, Esq.
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60611
(312) 207-2448 (telephone)
(312) 207-6400 (facsimile)

*Attorney for General Electric*
*Capital Corporation*

## ORDER

**IT IS HEREBY ORDERED:**

1. The foregoing Stipulation is APPROVED.

2. The GECC Claims shall be re-classified as Class A-4 General Unsecured Claims in the following amounts:

   a. Proof of Claim No. 10725-00023 should be allowed in the amount of $26,677.73;

   b. Proof of Claim No. 10725-00024 should be allowed in the amount of $28,472.83;

   c. Proof of Claim No. 10725-00025 should be allowed in the amount of $13,261.85.

3. The objection of the Trust to the GECC Claims is withdrawn.

###