

**Entered on Docket**
**September 01, 2009**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:    rcharles@lrlaw.com
          jhinderaker@lrlaw.com
          mruth@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR[1] |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[2] |
| USA CAPITAL REALTY ADVISORS, LLC,[1] | Case No. BK-S-06-10729-LBR[3] |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,[2] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC,[3] | **ORDER SUSTAINING THIRD OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED UPON INVESTMENT IN THE BAY POMPANO BEACH LOAN** |
| Debtors. | |
| **Affects:** | |
| ☐ All Debtors | Hearing Date:    August 21, 2009 |
| ☒ USA Commercial Mortgage Company | Hearing Time:    9:30 a.m. |
| ☐ USA Capital Realty Advisors, LLC | |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | |
| ☐ USA Capital First Trust Deed Fund, LLC | |
| ☐ USA Securities, LLC | |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2085683_1

LEWIS
AND
ROCA
—LLP—
L A W Y E R S

1    The Court having considered the "Third Omnibus Objection of USACM Trust to

2    Proofs of Claim Based Upon Investment in the Bay Pompano Beach Loan" [Docket No.

3    7270] (the "Objection"); with appropriate notice of the Objection having been given; no

4    responses having been filed; and good cause appearing:

5        **IT IS HEREBY ORDERED** that:

6            1.    The Objection is sustained;

7            2.    The claims listed on **Exhibit A** attached are allowed as general

8                  unsecured claims for the amount shown on Exhibit A as Unremitted

9                  Principal; and

10           3.    The remainder of those claims listed on **Exhibit A** are disallowed in

11                 full.

12

13   PREPARED AND RESPECTFULLY SUBMITTED BY:
     **LEWIS AND ROCA LLP**
14   By___/s/ Marvin Ruth (#10979)___
         Rob Charles
15       John Hinderaker
         Marvin Ruth
16   3993 Howard Hughes Parkway, Ste. 600
     Las Vegas, Nevada 89169-5996
17   Telephone:  (702) 949-8200
18   Facsimile:  (702) 949-8398
     *Attorneys for USACM Liquidating Trust*
19

20

21

22

23

24

25

26

2

2085683_1

LEWIS
AND
ROCA
—LLP—
L A W Y E R S

In accordance with Local Rule 9021, the undersigned certifies:

☐    The Court waived the requirements of LR 9021.

☐    No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee:  August Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

### 

Submitted by:

**LEWIS AND ROCA LLP**


By:    /s/  Marvin Ruth (#10979)
        Rob Charles
        John Hinderaker
        Marvin Ruth
*Attorneys for USACM Liquidating Trust*

3

2085683_1

| Claim | Name | Address | Total Claim Amount | Unremitted Principal to be Allowed as Claim | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|
| 10725-00009-2 | Moon Ttee Of The Decedent'S Trust, Frieda Moon | Of The Restated Moon Irrevocable 2504 Callita Court Las Vegas, NV 89102 | 37,860.24 | 12,285.97 | 25,574.27 |
| 10725-00021-2 | Falvai, Brenda | 252 Paseo De Juan Anaheim, CA 92807 | 37,860.24 | 12,285.97 | 25,574.27 |
| 10725-00131 | Anderson Trustee, Larry | 13250 Mahogany Dr Reno, NV 89511 | 50,000.00 | 12,285.97 | 37,714.03 |
| 10725-00205 | Carrier Family Trust | Don F & Sara L CArrier Ttees 3175 Greensburg Cir Reno, NV 89509 | 50,000.00 | 12,285.97 | 37,714.03 |
| 10725-00831 | Archer, Guy | 1725 Fairfield Ave Reno, NV 89509-3221 | 37,005.78 | 12,285.97 | 24,719.81 |
| 10725-01158 | Tessel, Michel | Jean Jacques Berthelot W/Poa 9328 Sienna Vista Dr Las Vegas, NV 89117-7034 | 37,426.95 | 12,285.97 | 25,140.98 |
| 10725-01252 | Thalia Routsis Family Trust Dtd 7/24/90 | C/O Thalia Nicholas Routsis Ttee Po Box 4311 Incline Village, NV 89450-4311 | 37,732.36 | 12,285.97 | 25,446.39 |
| 10725-01352 | Tammadge, David | 7292 Horner St San Diego, CA 92120 | 40,125.15 | 12,285.97 | 27,839.18 |
| 10725-01393 | Edwards, Jeffrey L & Kathleen M | 501 Oakcrest Drive Coppell, TX 75019 | 25,039.73 | 12,285.97 | 12,753.76 |
| 10725-01562 | Deull, Norma M | 140 Riverside Dr #8A New York, NY 10024 | 37,561.00 | 12,285.97 | 25,275.03 |

**EXHIBIT A**