

Entered on Docket
September 02, 2009

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
             jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                                         Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING TWENTIETH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO PROOFS OF CLAIM FOR LACK OF DOCUMENTATION (EXCEPT USA COMMERCIAL REAL ESTATE GROUP)**<br><br>Hearing Date:   August 21, 2009<br>Hearing Time:   9:30 a.m. |

The Court having considered the "Twentieth Omnibus Objection of the USACM Liquidating Trust to Proofs of Claim for Lack of Documentation" [Docket No. 7256] (the

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

"Objection"); with appropriate notice of the Objection having been given; with no response to the Objection having been filed; and good cause appearing:

**IT IS HEREBY ORDERED** that:

1. The Objection is sustained except as to Proof of Claim No. 10725-00749 filed by USA Commercial Real Estate Group, which was resolved by stipulation [DE 7368] and Order [DE 7375] of this Court;
2. The claims listed in **Exhibit A** are disallowed in their entirety;
3. Nothing in this order should prejudice the rights of USACM Trust to file further objections to any portion of the claims listed on **Exhibit A**.

PREPARED AND RESPECTFULLY SUBMITTED BY:
**LEWIS AND ROCA LLP**
By   /s/  John Hinderaker (AZ 018024)
    Rob Charles
    John Hinderaker
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
*Attorneys for USACM Liquidating Trust*

2085651_1

LEWIS AND ROCA LLP LAWYERS

In accordance with Local Rule 9021, the undersigned certifies:

- ☐ The Court waived the requirements of LR 9021.

- ☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

- ☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: August Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**

By:  /s/ John Hinderaker (AZ 018024)
    Rob Charles
    John Hinderaker
*Attorneys for USACM Liquidating Trust*

3

2085651_1

USACM Liquidating Trust
**PROOFS OF CLAIM THAT LACK SUPPORTING DOCUMENTATION**
**TWENTIETH OMNIBUS OBJECTION**

| Claim | Name | Address | Claim Amount |
|---|---|---|---|
| 10725-00244 | Hoggard, Jack | 7022 Rushwood DR<br>El Dorado Hills, CA 95762 | 15,000.00 |
| 10725-00273 | Berry, Donald | 408 Wasatch CIR<br>Fernley, NV 89408 | - |
| 10725-00289 | Ruth And/Or Robert Geiger | 1352 Mt Hood St.<br>Las Vegas, NV 89110 | - |
| 10725-00342 | Hruby, Monica M | Po Box 3191<br>Incline Village, NV 89450-3191 | 312,400.00 |
| 10725-00362 | Fiserv Trust Company TTEE FBO | Edward L Felman IRA 060000075175<br>Po Box 17331<br>Denver, CO 80217 | - |
| 10725-00369 | Beulah J Johnson Living Trust DTD 5/31/01 | C/O Beulah J Johnson Trustee<br>8122 W Flamingo Rd Unit 160<br>Las Vegas, NV 89147-4210 | - |
| 10725-00438 | Berry JT WROS, Donald L & Shanon L | 408 Wasatch Ct<br>Fernley, NV 89408 | - |
| 10725-00449 | Heald, Bradford A | 44219 Corfu Ct<br>Palm Desert, CA 92260-8536 | 56,799.94 |
| 10725-00618 | Leff-Kaplan, Renee | 4330 Romero Dr<br>Tarzana, CA 91356 | 60,000.00 |
| ~~10725-00749~~ | ~~USA Commercial Real Estate Group~~ | ~~C/O Jeffrey R Sylvester Esq Sylvester & Polednak Ltd~~<br>~~7371 Prairie Falcon Rd St~~<br>~~Las Vegas, NV 89128~~ | ~~46,869.00~~ |
| 10725-00857 | Bolino Family Revocable Trust Dated 3/6/95 | 17412 Serene Dr.<br>Morgan Hill, CA 95037 | 100,000.00 |

257450.1

**EXHIBIT A**