

**Entered on Docket
September 02, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
           jhinderaker@lrlaw.com
           mruth@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                                              Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING SIXTEENTH OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED, IN WHOLE OR IN PART, UPON INVESTMENT IN THE BAY POMPANO BEACH LOAN, EXCEPT PROOF OF CLAIM OF CHARLES B. ANDERSON TRUST**<br><br>Hearing Date:   August 21, 2009<br>Hearing Time:   9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.



The Court having considered the "Sixteenth Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in the Bay Pompano Beach Loan" [Docket No. 7297] (the "Objection") due notice of the hearing having been given; the Court having heard the response regarding the Charles B. Anderson Trust proof of Claim No. 10725-02215; and good cause appearing:

**IT IS ORDERED**:

1. The Objection is sustained except as it applies to Proof of Claim 10725-02215 filed by Charles B. Anderson Trust. Proof of Claim No. 10725-02215 is allowed as a general unsecured claim for Unremitted Principal in the amount of $51,807.00;

2. All other claims listed on Exhibit A attached are allowed as general unsecured claims for the amount shown on **Exhibit A** as Unremitted Principal. The remainder of those claims are disallowed to the extent they are based upon a Direct Lender investment in the Bay Pompano Beach Loan as shown on **Exhibit A**; and

3. To the extent the claims listed on **Exhibit A** are based upon investments in loans other than the Bay Pompano Beach Loan, this order does not affect them and the USACM Trust may file further objections.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**
By   /s/ Marvin Ruth (#10979)
    Rob Charles
    John Hinderaker
    Marvin Ruth
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8200
Facsimile: (702) 949-8398
*Attorneys for USACM Liquidating Trust*

2

2085621_1

LEWIS AND ROCA LLP
LAWYERS

In accordance with Local Rule 9021, the undersigned certifies:

- ☐ The Court waived the requirements of LR 9021.

- ☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

- ☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: August Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: Janet L. Chubb | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**

By:  /s/ Marvin Ruth (#10979)
       Rob Charles
       John Hinderaker
       Marvin Ruth
*Attorneys for USACM Liquidating Trust*

**JONES VARGAS**

By  /s/ Janet L. Chubb
       Janet L. Chubb
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone: (775) 786-5000
Facsimile: (775) 786-1177
*Attorneys for Charles B. Anderson Trust*

2085621_1

| Claim | Name | Address | Total Claim Amount | Total Claim Amount Relating to Bay Pompano Beach Loan | Unremitted Principal to be Allowed as Claim | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| 10725-02330 | Davis, Todd | 360 W 55Th St Apt 1G New York, NY 10019 | 1,150,000.00 | 91,768.20 | 24,571.96 | 67,196.24 |
| 10725-01862 | George W Hubbard Roth IRA | 6340 N. CAlle Tregua Serena Tucson, AZ 85750 | 156,125.00 | 27,500.00 | 27,029.14 | 470.86 |
| 10725-02124 | Joy Investment Inc A Nevada Corporation | 8080 Harborview Rd Blaine, WA 98230 | 1,818,940.00 | 174,666.00 | 28,994.90 | 145,671.10 |
| 10725-01299 | Carter, William Daniel Ttee | 8710 54Th Ave E Bradenton, FL 34211-3704 | 107,998.34 | 37,754.00 | 36,857.92 | 896.08 |
| 10725-01312 | Michelsen, Gary A | John F Murtha Esq Po Box 2311 Reno, NV 89505 | 543,373.00 | 109,756.00 | 36,857.92 | 72,898.08 |
| 10725-01657 | Kevin A. Kehl | Janet L Chubb Esq Jones Vargas PO Box 281 Reno, NV 89504-0281 | 961,017.34 | 111,017.34 | 36,857.92 | 74,159.42 |
| 10725-01846 | Oppio, Catherine | Po Box 15  430 Gonowabie Crystal Bay, NV 89402 | 252,021.41 | 86,571.41 | 36,857.92 | 49,713.49 |
| 10725-02277 | Gale Gladstone-Katz Revocable Trust | Gale Gladstone-Katz Trustee 1320 North St #29 Santa Rosa, CA 95404 | 1,354,118.10 | 226,394.16 | 36,857.92 | 189,536.24 |
| 10725-01661 | Christina M. Kehl | Janet L Chubb Esq  Po Box 281 Jones Vargas Reno, NV 89504-0281 | 1,023,023.12 | 148,023.12 | 49,143.90 | 98,879.22 |
| 10725-02215 | Charles B. Anderson Trust | Jones Vargas, Attn: Janet L Chubb, Esq Po Box 281 Reno, NV 89504 | 185,281.09 | 51,807.00 | 51,807.00 | -0- |

**EXHIBIT A**