

1

2

Entered on Docket
September 02, 2009

3

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

4

5

6
**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)

7
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600

8
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320

9
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com

10
             jhinderaker@lrlaw.com
             mruth@lrlaw.com

11
*Attorneys for USACM Liquidating Trust*

12
### UNITED STATES BANKRUPTCY COURT

13
### DISTRICT OF NEVADA

14
In re:

USA COMMERCIAL MORTGAGE COMPANY,

15

16
USA CAPITAL REALTY ADVISORS, LLC,[1]

17
USA CAPITAL DIVERSIFIED TRUST DEED
FUND, LLC,

18
USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]

19
USA SECURITIES, LLC,[3]

20
                                          Debtors.

21
**Affects:**
☐ All Debtors

22
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC

23
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC

24
☐ USA Securities, LLC

25

26

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR[1]
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR[2]
Case No. BK-S-06-10729-LBR[3]

CHAPTER 11

Jointly Administered Under
Case No. BK-S-06-10725 LBR

**ORDER SUSTAINING TWELFTH
OMNIBUS OBJECTION OF USACM
TRUST TO PROOFS OF CLAIM BASED,
IN WHOLE OR IN PART, UPON
INVESTMENT IN THE BAY POMPANO
BEACH LOAN**

Hearing Date:   August 21, 2009
Hearing Time:   9:30 a.m.

_____

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2085704_1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

1  The Court having considered the "Twelfth Omnibus Objection of USACM Trust to

2  Proofs of Claim Based, in Whole or in Part, Upon Investment in the Bay Pompano Beach

3  Loan" [Docket No. 7289] (the "Objection"); with appropriate notice of the Objection

4  having been given; no responses having been filed; and good cause appearing:

5  **IT IS HEREBY ORDERED** that:

6      1.    The Objection is sustained;

7      2.    The claims listed on **Exhibit A** attached are allowed as general

8          unsecured claims for the amount shown on **Exhibit A** as Unremitted

9          Principal.  The remainder of those claims are disallowed to the extent

10          they are based upon a Direct Lender investment in the Bay Pompano

11          Beach Loan as shown on **Exhibit A**; and

12      3.    To the extent the claims listed on **Exhibit A** are based upon

13          investments in loans other than the Bay Pompano Beach Loan, this

14          order does not affect them and the USACM Trust may file further

15          objections.

16

17  PREPARED AND RESPECTFULLY SUBMITTED BY:

18  **LEWIS AND ROCA LLP**
By____/s/  Marvin Ruth (#10979)____

19      Rob Charles
    John Hinderaker

20      Marvin Ruth
3993 Howard Hughes Parkway, Ste. 600

21  Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8200

22  Facsimile:  (702) 949-8398
*Attorneys for USACM Liquidating Trust*

23

24

25

26

2085704_1

In accordance with Local Rule 9021, the undersigned certifies:

☐    The Court waived the requirements of LR 9021.

☐    No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: August Landis | | | |
|---|---|---|---|
| ☐ approved the form of this order | | ☐ disapproved the form of this order | |
| ☒ waived the right to review the order and/or | | ☐ failed to respond to the document | |
| Other Party: | | | |
| ☐ approved the form of this order | | ☐ disapproved the form of this order | |
| ☐ waived the right to review the order and/or | | ☐ failed to respond to the document | |

###

Submitted by:

**LEWIS AND ROCA LLP**


By:____/s/ Marvin Ruth (#10979)_____
        Rob Charles
        John Hinderaker
        Marvin Ruth
*Attorneys for USACM Liquidating Trust*

2085704_1

| Claim | Name | Address | Total Claim Amount | Total Claim Amount Relating to Bay Pompano Beach Loan | Unremitted Principal to be Allowed as Claim | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| 10725-01959 | Osherow Trust DTD 9/11/89 | Aaron Osherow Trustee 200 S Brentwood Blvd #9D St Louis, MO 63105 | 1,088,466.02 | 75,464.72 | 12,285.97 | 63,178.75 |
| 10725-01973 | Charles Henry Small Revocable Living Trust | Charles H Small Ttee 12754 Joleane Ave Yuma, AZ 85367-6490 | 272,896.04 | 75,464.72 | 12,285.97 | 63,178.75 |
| 10725-01994 | Gilbert Jr, Elmer Eugene | 81590 Chenel Rd Folsom, LA 70437-5414 | 455,240.56 | 75,464.72 | 12,285.97 | 63,178.75 |
| 10725-01996 | Stark Family Trust DTD 4/2/84 | Rosalind L Stark Ttee 10905 Clarion Ln Las Vegas, NV 89134 | 198,268.14 | 75,464.72 | 12,285.97 | 63,178.75 |
| 10725-02126 | Johnson, Ronald A & Marilyn | 50 Snider Way Sparks, NV 89431-6308 | 304,200.00 | 100,000.00 | 12,285.97 | 87,714.03 |
| 10725-02130 | Arbogast, Suzanne L | 1005 W Buffinglon St Upland, CA 91784 | 459,589.58 | 75,464.72 | 12,285.97 | 63,178.75 |
| 10725-02160 | Ayers, C Donald | Po Box 1769 Mammoth Lakes, CA 93546 | 130,313.62 | 35,228.02 | 12,285.97 | 22,942.05 |
| 10725-02201 | Duberg, John H | 4455 Vista Coronado Dr Chula Vista, CA 91910-3234 | 87,877.81 | 36,923.14 | 12,285.97 | 24,637.17 |
| 10725-02282 | Elan Reddell Revocable Trust DTD 8/4/03 | Elan Reddell Trustee 6770 Hawaii Kai Dr #1006 Honolulu, HI 96825 | 659,407.30 | 75,464.72 | 12,285.97 | 63,178.75 |
| 10725-02333 | Davis Investments | 20 Leroy Terrace New Haven, CT 06512 | 2,000,000.00 | 45,884.10 | 12,285.97 | 33,598.13 |

**EXHIBIT A**