LE**_____**P
3993 H\_\_\_\_\_
Las Ve\_\_\_\_
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker Az. State Bar No. 018024
Email: jhinderaker@LRLaw.com

Attorneys for USACM Liquidating Trust

**Entered on Docket**
**September 02, 2009**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                              Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**ORDER APPROVING STIPULATION RE LERIN HILLS PROOF OF CLAIM NO. 10725-01279**<br><br>Trial: October 8, 2009<br>      October 9, 2009<br>Time: 9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

1

2087540.1

The Stipulation re Lerin Hills Proof of Claim No. 10725-01279 filed on behalf of the USACM Liquidating Trust (the "USACM Trust") and Lerin Hills Ltd. ("Lerin Hills") [DE 7407] came before the Court for consideration. No notice being necessary, and good cause appearing,

IT IS ORDERED:

1. The Stipulation is approved;

2. Lerin Hills Ltd. proof of claim no. 10725-01279 is allowed as an unsecured non-priority claim in the amount of $1,200,000.00 and the balance of the claim is disallowed.

3. The September 30, 2009, pretrial conference, the trial scheduled for October 8 and 9, 2009, and any other items related to this matter are vacated.

RESPECTFULLY SUBMITTED:
**LEWIS AND ROCA LLP**

By:  /s/ John Hinderaker
Rob Charles, NV 6593
John Hinderaker
*Counsel for USACM Liquidating Trust*

APPROVED AS TO FORM AND CONTENT

**KEHOE & ASSOCIATES**

By:  /s/  TEK (#  6011)
Ty E. Kehoe, Esq.
871 Coronado Center Drive, Suite 200
Henderson, NV 89052
*Attorney for Lerin Hills, Ltd.*