RECEIVED & FILED

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

SEP 2 1 15 PM '09

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

IN RE: )
) BK- 06-10725 LBR
USA )
)
)
) HEARING DATE:
) HEARING TIME:
Debtor )
) MOTION TO WITHDRAW MONEY
UNDER 28 U.S.C. 2042

There was a dividend check in the amount $ 1848.93 in the above- named case issued to TERRENCE JETTER. Said check having not been cashed by said payee, the Trustee, pursuant to 11 U.S.C. 347(a), delivered the unclaimed money to the Clerk, US Bankruptcy Court.

**PLEASE CROSS OUT THE PARAGRAPH THAT DOES NOT APPLY:**

1.  Claimant is the creditor or debtor in whose behalf these moneys were deposited and is entitled to the moneys deposited.

2.  ~~Claimant is not the creditor but is entitled to payment of these moneys because (**Please state the basis for your claim to the moneys**)~~

_____
_____
_____
_____:

(Please attach copies of any supporting documentation.[1]

_____

[1] (i) If claimant is heir of deceased creditor, attach copies of death certificate and heirship order of court.
(ii) If claimant is assignee of creditor, attach copy of assignment.
(iii) If claimant is corporate successor of creditor, attach copies of all documents demonstrating such status.
(iv) If claimant is agent of creditor for purposes of filing this application, attach a copy of the

Date:

_____
Signature of Claimant or Attorney

TERRENCE R. JOHNSON
Printed Name

8030 LAPIS HARBOR AVE
LAS VEGAS, NV 89119
Mailing Address

---

agency agreement.
    (v) Attach other documents showing entitlement should none of the foregoing apply.