**LEWIS** AND
**ROCA** LLP
L A W Y E R S

E-Filed on 9/3/09

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,[1]<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[2]<br><br>USA Securities, LLC,[3]<br>　　　　　　　　　　　　Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Stipulation to Disallow Mountain West Mortgage Proof of Claim in the Amount of $2,048,000.00 and to Vacate Related Deadlines and Court Dates**<br><br>Preliminary Hearing: September 30, 2009<br>Time 2:30 p.m.<br>Trial: October 22, 2009<br>Time: 9:30 a.m.: |

　　　　USACM Liquidating Trust (the "USACM Trust"), by and through its counsel, Lewis and Roca LLP, and Mountain West Mortgage, ("MWM"), by and through its counsel, Pengilly Robbins Slater, hereby stipulate:

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007

1

2090696.1

LEWIS AND ROCA LLP
LAWYERS

1. USA Commercial Mortgage Company filed an objection [DE 3078] to Proof of Claim No. 10725-00203 filed by MWM in the amount of $2,048,000.00.

2. Pursuant to DE 7227, the objection is set for a pretrial on September 30, 2009 at 2:30 p.m., and trial on October 22, 2009 at 9:30 a.m

3. After investigation and negotiation, the parties stipulate:

- That Proof of Claim No. 10725-00203 filed by MWM be disallowed in its entirety;
- Each party to bear its own attorneys fees and costs;
- The deadlines for filing trial statements, pre-trial motions and exhibit/witness list set forth in the Amended Order re Pre-Trial Matters, Trial and Settlement Conference may be vacated; and
- The pre-trial conference scheduled for September 30, 2009 at 2:30 p.m. and the trial scheduled to begin on October 22, 2009 may be vacated.

| LEWIS AND ROCA LLP | PENGILLY ROBBINS SLATER |
|---|---|
| By   s/John Hinderaker<br>Rob Charles NV (#6593)<br>John Hinderaker (AZ 18024<br>*pro hac vice*)<br>Attorneys for USACM Liquidating Trust | By:  s/ Craig D. Slater,<br>10080 West Alta Drive, Suite 140<br>Las Vegas, NV 89145 |
| DATED:   September 3, 2009 | DATED:   September 3, 2009 |

2090696.1