

**Entered on Docket
September 04, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com
*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br><br>                                Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING FIFTEENTH OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED, IN WHOLE OR IN PART, UPON INVESTMENT IN THE BAY POMPANO BEACH LOAN**<br><br>Hearing Date:    August 21, 2009<br>Hearing Time:    9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2085911_1

The Court having considered the "Fifteenth Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in the Bay Pompano Beach Loan" [Docket No. 7295] (the "Objection"); with appropriate notice of the Objection having been given; no responses having been filed; and good cause appearing:

**IT IS HEREBY ORDERED** that:

1. The Objection is sustained.

2. All other claims listed on **Exhibit A** attached are allowed as general unsecured claims for the amount shown on **Exhibit A** as Unremitted Principal. The remainder of those claims are disallowed to the extent they are based upon a Direct Lender investment in the Bay Pompano Beach Loan as shown on **Exhibit A**; and

3. To the extent the claims listed on **Exhibit A** are based upon investments in loans other than the Bay Pompano Beach Loan, this order does not affect them and the USACM Trust may file further objections.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By    /s/  Marvin Ruth (#10979)
      Rob Charles
      John Hinderaker
      Marvin Ruth
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8200
Facsimile:   (702) 949-8398
*Attorneys for USACM Liquidating Trust*

2085911_1

In accordance with Local Rule 9021, the undersigned certifies:

- ☐ The Court waived the requirements of LR 9021.

- ☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

- ☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee:  August Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

### 

Submitted by:

**LEWIS AND ROCA LLP**

By:    /s/  Marvin Ruth (#10979)
       Rob Charles
       John Hinderaker
       Marvin Ruth
*Attorneys for USACM Liquidating Trust*

2085911_1

| Claim | Name | Address | Total Claim Amount | Total Claim Amount Relating to Bay Pompano Beach Loan | Unremitted Principal to be Allowed as Claim | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| 10725-01438 | Evans, Richard Z | 10409 Summershade LN Reno, NV 89521-5168 | 153,283.00 | 74,011.59 | 24,571.96 | 49,439.63 |
| 10725-01649 | Church Of The Movement Of Spiritual Inner Awarness | Po Box 513935 Los Angeles, CA 90051 | 125,000.00 | 25,000.00 | 24,571.96 | 428.04 |
| 10725-01898 | Massry, Morris | C/O Segel Goldman Mazzotta & Siegel PC 9 Washington Sq Albany, NY 12205 | 1,802,040.00 | 76,617.93 | 24,571.96 | 52,045.97 |
| 10725-02103 | Tripp Enterprises Inc A Nevada Corp | Warren W Tripp 250 Greg St Sparks, NV 89431 | 980,535.84 | 148,023.12 | 24,571.96 | 123,451.16 |
| 10725-02104 | Tripp, Warren W | 250 Greg St Sparks, NV 89431 | 1,183,402.50 | 148,023.12 | 24,571.96 | 65,586.04 |
| 10725-00807 | Perrone, Catherine | 923 Croton Rd Celebration, FL 34747-4843 | 180,000.00 | 94,941.44 | 24,571.96 | 70,369.48 |
| 10725-01398 | Anthony & Alicia Pasqualotto 1997 Trust | Anthony & Alicia Pasqualotto Trust 5775 Duneville St Las Vegas, NV 89118-2726 | 296,359.65 | 96,359.65 | 24,571.96 | 71,787.69 |
| 10725-01953 | Mirzaian, Katrine | 708 Prospect Dr Glendale, CA 91205 | 344,011.56 | 74,011.56 | 24,571.96 | 49,439.60 |
| 10725-02105 | Tripp Enterprises Inc Restated Profit Sharing Plan | Warren W Tripp Ttee 250 Greg St Sparks, NV 89431 | 875,670.12 | 148,023.12 | 24,571.96 | 123,451.16 |
| 10725-02327 | John L Wade Trust DTD 5/8/01 | C/O John L Wade Trustee 881 Lake Country Dr Incline Village, NV 89451-9042 | 1,500,000.00 | 150,929.44 | 24,571.96 | 126,357.48 |

**EXHIBIT A**

2074903.1