USACM Liquidating Trust
**PROOFS OF CLAIM BASED UPON INVESTMENT IN THE BAY POMPANO BEACH LOAN**
**EIGHTEENTH OMNIBUS OBJECTION**

| Claim | Name | Address | Total Claim Amount | Unremitted Principal to be Allowed as Claim | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|
| 10725-02151 | Gilbert Jr, Elmer Eugene | 81590 Chenel RD<br>Folsom, LA 70437 | 12,951.80 | - | 12,951.80 |
| 10725-01137 | Leblanc, Joan | Po Box 6434<br>Incline Village, NV 89450 | 136,921.39 | - | 136,921.39 |
| 10725-02406 | Omaye, Annie | 1846 Three Mile Dr<br>Reno, NV 89509 | 14,063.73 | - | 14,063.73 |
| 10725-01513 | Rosalie Allen Morgan Trust Dtd 1/31/03 | C/O Rosalie Allen Morgan Ttee<br>6869 Eagle Wing Dr<br>Sparks, NV 89436-8496 | 12,951.80 | - | 12,951.80 |
| 10725-02152 | Ramsey, Aaron S & Lara | 7713 N 41St St<br>Niwot, CO 80503 | 76,518.00 | 12,285.97 | 64,232.03 |

**EXHIBIT A**