USACM Liquidating Trust
**PROOFS OF CLAIM BASED UPON INVESTMENT IN THE BAY POMPANO BEACH LOAN**
**NINETEENTH OMNIBUS OBJECTION**

| Claim | Name | Address | Total Claim Amount | Total Claim Amount Relating to Bay Pompano Beach Loan | Unremited Principal to be Allowed as Claim | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| 10725-02236 | Addy, Ronald M & Priscilla K | Po Box 9550 Bend, OR 97708-9550 | - | Unknown | - | Unknown |
| 10725-00076 | Quinn, Edward & Darlene | 660 Nw Brookhaven Dr Lee`S Summit, MO 64081 | 156,388.48 | Unknown | - | Unknown |

2088096.1

**EXHIBIT A**