# EXHIBIT A



**Entered on Docket**
**September 02, 2009**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

___

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
           jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                              Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING NINETEENTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO PROOFS OF CLAIM FOR LACK OF DOCUMENTATION**<br><br>Hearing Date:  August 21, 2009<br>Hearing Time:  9:30 a.m. |

The Court having considered the "Nineteenth Omnibus Objection of the USACM

Liquidating Trust to Proofs of Claim for Lack of Documentation" [Docket No. 7253] (the

___
[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2085356_1

LEWIS AND ROCA LLP LAWYERS

1  "Objection"); with appropriate notice of the Objection having been given; with no
2  response to the Objection having been filed; and good cause appearing:
3  **IT IS HEREBY ORDERED** that:
4      1.    The Objection is sustained;
5      2.    The claims listed in **Exhibit A** are disallowed in their entirety;
6      3.    Nothing in this order should prejudice the rights of USACM Trust to
7  file further objections to any portion of the claims listed on **Exhibit**
8  **A.**

10 PREPARED AND RESPECTFULLY SUBMITTED BY:
11 **LEWIS AND ROCA LLP**
   By   /s/ John Hinderaker (AZ 018024)
12     Rob Charles
       John Hinderaker
13 3993 Howard Hughes Parkway, Ste. 600
   Las Vegas, Nevada 89169-5996
14 Facsimile (702) 949-8321
   Telephone (702) 949-8320
15 *Attorneys for USACM Liquidating Trust*

2

2085356_1

LEWIS AND ROCA LLP LAWYERS

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: August Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

### 

Submitted by:

**LEWIS AND ROCA LLP**

By: /s/ John Hinderaker (AZ 018024)
  Rob Charles
  John Hinderaker
*Attorneys for USACM Liquidating Trust*

2085356_1

# EXHIBIT A
## NINETEENTH OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO PROOFS OF CLAIM FOR LACK OF DOCUMENTATION

| Claim | Name | Address | Claim Amount |
|---|---|---|---|
| 10728-00063 | Gilbert, Lauren J | C/O Michele Gilbert Custodian<br>3331 S Park St.<br>Las Vegas, NV  89117-6722 | 25,000.00 |
| 10728-00095 | Smith, Victoria L | 2016 Wildwood Dr.<br>Modesto, CA  95350-3057 | 38,000.00 |
| 10728-00061 | Iona Pete Bakas Halliday | Po Box 39147<br>Ft Lauderdale, FL  33339-9147 | 50,000.00 |
| 10728-00062 | Gilbert, Lauren J & Erin M | C/O Michele Gilbert Custodian<br>3331 S Park St.<br>Las Vegas, NV  89117-6722 | 50,000.00 |
| 10728-00058 | Melinda & Richard David Estevez #1 | 8916 Balboa Blvd<br>Northridge, CA  91325-2609 | 51,095.00 |
| 10728-00132 | Craig Zager Sep Ira | Po Box 10051<br>Zephyr Cove, NV  89448-2051 | 65,000.00 |
| 10728-00059 | Melinda & Richard David Estevez Acct #3 | 8916 Balboa Blvd<br>Northridge, CA  91325-2609 | 68,000.00 |
| 10728-00076 | Younge Ira, Richard L | 6131 SW Luradel St.<br>Portland, OR  97219-5737 | 150,000.00 |

2059931.1