**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHinderaker@LRLaw.com

*Attorneys for USACM Liquidating Trust*

E-Filed on 9/4/09

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br>USA Capital Realty Advisors, LLC,[1]<br>USA Capital Diversified Trust Deed Fund, LLC,<br>USA Capital First Trust Deed Fund, LLC,[2]<br>USA Securities, LLC,[3]<br>                              Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER SUSTAINING TWENTY-FIRST OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO PROOFS OF CLAIM FOR LACK OF DOCUMENTATION (EXCEPT CLAIM NO. 10725-01301 FILED BY NORMAN & CARYN KIVEN JOINT TENANTS)** |

**PLEASE TAKE NOTICE** that an Order Sustaining Twenty-First Omnibus Objection Of The USACM Liquidating Trust To Proofs Of Claim For Lack Of Documentation (Except Claim No. 10725-01301 Filed By Norman & Caryn Kiven Joint

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

1

2091170.1



Tenants) [DE 7420] was entered on the 2nd day of September, 2009, a true and correct copy of which is attached hereto as Exhibit A.

      RESPECTFULLY SUBMITTED September 4, 2009.

                                  LEWIS AND ROCA LLP

                                  By  /s/ John Hinderaker (#018024)
                                    Rob Charles
                                    John Hinderaker
                                    *Attorneys for USACM Liquidating Trust*
                                    3993 Howard Hughes Parkway, Suite 600
                                    Las Vegas, Nevada 89169
                                    702-949-8320

Copy of the foregoing and pertinent
portion of Exhibit A to the Order mailed
on September 4, 2009 to all parties listed
on Exhibit A to the Order.

/s/ Kristin Reynolds
Lewis and Roca LLP

2091170.1