# EXHIBIT A



**Entered on Docket**
**September 02, 2009**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
           jhinderaker@lrlaw.com
_Attorneys for USACM Liquidating Trust_

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR[1] |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[2] |
| USA CAPITAL REALTY ADVISORS, LLC,[1] | Case No. BK-S-06-10729-LBR[3] |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,[2] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC,[3]                Debtors. | **ORDER SUSTAINING TWENTY-FIRST OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO PROOFS OF CLAIM FOR LACK OF DOCUMENTATION (EXCEPT CLAIM NO. 10725-01301 FILED BY NORMAN & CARYN KIVEN JOINT TENANTS)** |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Hearing Date:    August 21, 2009<br>Hearing Time:    9:30 a.m. |

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2085662_1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

1        The Court having considered the "Twenty-First Omnibus Objection of the USACM

2   Liquidating Trust to Proofs of Claim for Lack of Documentation" [Docket No. 7258] (the

3   "Objection"); with appropriate notice of the Objection having been given; and good cause

4   appearing:

5        **IT IS HEREBY ORDERED** that:

6          1.    The Objection is sustained with the exception of claim number

7               10725-01301 filed by Norman & Caryn Kiven Joint Tenants.

8          2.    The hearing on this motion as it relates to claim number 10725-01301

9               filed by Norman & Caryn Kiven joint tenants is continued to **October**

10              **19, 2009 at 3:00 p.m.**  The deadline for Kiven to file a response is

11              **October 9, 2009.**

12         3.    All other claims listed in **Exhibit A** are disallowed in their entirety.

13         4.    Nothing in this order should prejudice the rights of USACM Trust to

14              file further objections to any portion of the claims listed on **Exhibit**

15              **A.**

16

17  PREPARED AND RESPECTFULLY SUBMITTED BY:

18  **LEWIS AND ROCA LLP**
    By____/s/  John Hinderaker (AZ 018024)

19        Rob Charles
      John Hinderaker

20      3993 Howard Hughes Parkway, Ste. 600
    Las Vegas, Nevada 89169-5996

21      Facsimile (702) 949-8321

    Telephone (702) 949-8320

22  *Attorneys for USACM Liquidating Trust*

23

24

25

26

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

1   In accordance with Local Rule 9021, the undersigned certifies:

2   ☐   The Court waived the requirements of LR 9021.

3
  ☐   No parties appeared or filed written objections, and there is no trustee appointed
4   in this case.

5   ☒   I have delivered a copy of this proposed order to all counsel who appeared at the
hearing, any unrepresented parties who appeared at the hearing, and any trustee
6   appointed in this case, and each has approved or disapproved the order, or failed
to respond, as indicated below (list each party and whether the party has
7   approved, disapproved, or failed to respond to the document):

| U.S. Trustee: August Landis | | | |
|---|---|---|---|
| ☐ approved the form of this order | | ☐ disapproved the form of this order | |
| ☒ waived the right to review the order and/or | | ☐ failed to respond to the document | |
| Other Party: | | | |
| ☐ approved the form of this order | | ☐ disapproved the form of this order | |
| ☐ waived the right to review the order and/or | | ☐ failed to respond to the document | |

14

15                                    ###

16   Submitted by:

17   **LEWIS AND ROCA LLP**

18

19   By:   /s/ John Hinderaker (AZ 018024)
        Rob Charles
20         John Hinderaker
  *Attorneys for USACM Liquidating Trust*

21

22

23

24

25

26

3

2085662_1

USACM Liquidating Trust
**PROOFS OF CLAIM THAT LACK SUPPORTING DOCUMENTATION
TWENTY-FIRST OMNIBUS OBJECTION**

| Claim | Name | Address | Claim Amount |
|---|---|---|---|
| 10725-01077 | Souza, David A & Elizabeth M | 542 Socorro CT Reno, NV 89511 | 12,400.00 |
| 10725-01082 | Randi Fried | 607 Jersey Ave #3 Jersey City, NJ 07302 | - |
| ~~10725-01301~~ | ~~Kiven Joint Tenants, Norman & Caryn~~ | ~~C/O Andrew J Abrams Esq, Sugar Friedberg & Felsont 30 N Lasalle St Ste 3000 Chicago, IL 60602~~ | ~~75,000.00~~ |
| 10725-01440 | Wald Financial GRP INC Defined Benefit Pension | Trust 2 PO Box 307 249 Margo Way Pismo Beach, CA 93448-0307 | 50,538.19 |
| 10725-01446 | Arnold Family Trust | Hans & Hendrika Arnold TTEES 7844 Tiburon Ct. Sparks, NV 89436 | - |
| 10725-01905 | Marcia J Knox Living Trust Dtd 8/16/04 | C/O Marcia J Knox Trustee 1885 Vintners Pl Reno, NV 89509-8334 | 75,539.24 |
| 10725-02116 | Doerr Family Trust Dtd 9/12/02 | Linda Patrucco Doerr Ttee 690 West Riverview CIR Reno, NV 89509-1130 | 659,484.08 |
| 10725-02165 | Virts Revocable Living Trust | Donald E & Patrizia Virts Ttees 4381 W Hidden Valley Reno, NV 89502 | 760,606.00 |
| 10725-02343 | Boyce 1989 Trust Dtd 6/12/89 | C/O Kathleen A Boyce Trustee 3270 Piazzo Circle Reno, NV 89502 | - |

257452.1

**EXHIBIT A**