**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHinderaker@LRLaw.com

*Attorneys for USACM Liquidating Trust*

E-Filed on 9/4/09

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br>USA Capital Realty Advisors, LLC,[1]<br>USA Capital Diversified Trust Deed Fund, LLC,<br>USA Capital First Trust Deed Fund, LLC,[2]<br>USA Securities, LLC,[3]<br>　　　　　　　　　Debtors.<br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER SUSTAINING OBJECTION OF USACM TRUST TO PROOF OF CLAIM FILED BY COLT GATEWAY, LLC** |

**PLEASE TAKE NOTICE** that an Order Sustaining Objection Of USACM Trust To Proof Of Claim Filed By Colt Gateway, LLC [DE 7397] was entered on the 26th day of August, 2009, a true and correct copy of which is attached hereto as Exhibit A.

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2090991.1

RESPECTFULLY SUBMITTED September 4, 2009.

                                                            LEWIS AND ROCA LLP

By /s/ John Hinderaker (#018024)
Rob Charles
John Hinderaker
*Attorneys for USACM Liquidating Trust*
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
702-949-8320

Copy of the foregoing mailed on
September 4, 2009 to:

Colt Gateway LLC
c/o Homes for America Holdings
1 Odell Plz
Yonkers, NY 10701-1402
86 Main Street, Second Floor
Yonkers, NY 10701-2738

Colt Gateway LLC
c/o Homes for America Holdings, Inc.
Attn: Nancy B. Bensal, Esq.
Corporate Counsel
86 Main Street, Second Floor
Yonkers, New York 10701-2738
NBensal@hfaholdings.com

Daniel G. Hayes
Senior Vice President
Homes For America Holdings, Inc.
Station Plaza
86 Main Street, 2nd Floor
Yonkers, NY 10701


/s/ Kristin Reynolds
Lewis and Roca LLP

2

2090991.1