EXHIBIT A



**Entered on Docket**
**August 26, 2009**

_____

**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com
*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR[1] |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[2] |
| USA CAPITAL REALTY ADVISORS, LLC,[1] | Case No. BK-S-06-10729-LBR[3] |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,[2] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC,[3]   Debtors. | **ORDER SUSTAINING OBJECTION OF USACM TRUST TO PROOF OF CLAIM FILED BY COLT GATEWAY, LLC** |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Hearing Date:  August 21, 2009<br>Hearing Time:  9:30 a.m. |

_____

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

LEWIS
AND
ROCA
——LLP——
LAWYERS

Case 06-10725-gwz   Doc 7349-1   Entered 08/26/09 13:40:34   Page 3 of 4

1    The Court having considered the "Objection of USACM Trust to Proof of Claim of

2    Filed By Colt Gateway, LLC" [Docket No. 7157] (the "Objection"); with appropriate

3    notice of the Objection having been given; with no response to the Objection having been

4    filed; and good cause appearing:

5         **IT IS HEREBY ORDERED** that:

6         1.      The Objection is sustained; and

7         2.      Colt Gateway, LLC's claim 10725-01313 filed in the amount of

8              $15,195,931 against USACM is disallowed in full.

9    PREPARED AND RESPECTFULLY SUBMITTED BY:

     **LEWIS AND ROCA LLP**

10   By     /s/ John Hinderaker (018024)
          Rob Charles

11        John Hinderaker
          Marvin Ruth

12   3993 Howard Hughes Parkway, Ste. 600

13   Las Vegas, Nevada 89169-5996
     Telephone: (702) 949-8200

14   Facsimile: (702) 949-8398

15   *Attorneys for USACM Liquidating Trust*

16

17

18

19

20

21

22

23

24

25

26

2085163_1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

1    In accordance with Local Rule 9021, the undersigned certifies:

2    ☐    The Court waived the requirements of LR 9021.

3    ☐    No parties appeared or filed written objections, and there is no trustee appointed
4         in this case.

5    ☒    I have delivered a copy of this proposed order to all counsel who appeared at the
          hearing, any unrepresented parties who appeared at the hearing, and any trustee
6         appointed in this case, and each has approved or disapproved the order, or failed
          to respond, as indicated below (list each party and whether the party has
7         approved, disapproved, or failed to respond to the document):

| U.S. Trustee: August Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

14                                    ###

15

16   Submitted by:

17   **LEWIS AND ROCA LLP**

18   By:___/s/ JH  (#018024)_____
19        Rob Charles
          John Hinderaker
20        Marvin Ruth
     *Attorneys for USACM Liquidating Trust*

21

22

23

24

25

26

2085163_1