**EXHIBIT A**



**Entered on Docket
September 01, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

_____

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                              Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING FIRST OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED UPON INVESTMENT IN THE BAY POMPANO BEACH LOAN**<br><br>Hearing Date:  August 21, 2009<br>Hearing Time:  9:30 a.m. |

_____

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2085677_1

LEWIS AND ROCA LLP
LAWYERS

1   The Court having considered the "First Omnibus Objection of USACM Trust to
2   Proofs of Claim Based Upon Investment in the Bay Pompano Beach Loan" [Docket No.
3   7266] (the "Objection"); with appropriate notice of the Objection having been given; no
4   responses having been filed; and good cause appearing:
5   **IT IS HEREBY ORDERED** that:
6       1.   The Objection is sustained; and
7       2.   The claims listed in **Exhibit A** are disallowed in full.
8   PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By___/s/ Marvin Ruth (#10979)___
    Rob Charles
    John Hinderaker
    Marvin Ruth
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8200
Facsimile: (702) 949-8398
*Attorneys for USACM Liquidating Trust*

2085677_1

LEWIS AND ROCA LLP
LAWYERS

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: August Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**


By:  /s/ Marvin Ruth (#10979)
     Rob Charles
     John Hinderaker
     Marvin Ruth
*Attorneys for USACM Liquidating Trust*

3

2085677_1

| Claim | Name | Address | Total Claim Amount | Unremitted Principal to be Allowed as Claim | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|
| 10725-00363 | Feldman, Benjamin | 1 St Marys Ct<br>Rancho Mirage, CA  92270 | 23,236.98 | - | 23,236.98 |
| 10725-00640 | Johnson, Marilyn & Ronald | 1010 Larue Ave<br>Reno, NV  89509 | 38,012.00 | - | 38,012.00 |
| 10725-00683 | Sipiorski, Dennis & Donna | 1312 Jackie Ln<br>Minden, NV  89423-9070 | 12,951.80 | - | 12,951.80 |
| 10725-00760 | Ayers, C Donald | Po Box 605<br>Islamorada, Fl  33036-0605 | 12,951.80 | - | 12,951.80 |
| 10725-00798 | Marcia J Knox Living Trust Dtd 8/16/04 | C/O Marcia J Knox Trustee<br>1885 Vintners Pl<br>Reno, NV  89509-8334 | 27,916.09 | - | 27,916.09 |
| 10725-01042 | Donald P Clark Family Trust Dated 10/25/94 | 305 W Moana LN<br>Reno, NV  89509 | 74,011.56 | - | 74,011.56 |
| 10725-01159 | Evans, Richard | 7143 Via Solana<br>San Jose, CA  95135 | 37,000.00 | - | 37,000.00 |
| 10725-01526 | Richard Thurmond Ltd Partnership | 749 Willow Ave<br>Henderson, NV  89015 | 68,826.00 | - | 68,826.00 |
| 10725-01534 | Fine, Lewis H & Arlene J | Po Box 487<br>Oakley, UT  84055-0487 | 40,089.59 | - | 40,089.59 |
| 10725-01637 | Marcia J Knox Living Trust Dtd 8/16/04 | C/O Marcia J Knox Trustee<br>1885 Vintners Pl<br>Reno, NV  89509 | 75,539.24 | - | 75,539.24 |

EXHIBIT A