# EXHIBIT A



Entered on Docket
September 01, 2009

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR[1] |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[2] |
| USA CAPITAL REALTY ADVISORS, LLC,[1] | Case No. BK-S-06-10729-LBR[3] |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,[2] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC,[3] | **ORDER SUSTAINING SECOND** |
| Debtors. | **OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED UPON INVESTMENT IN THE BAY POMPANO BEACH LOAN** |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Hearing Date:   August 21, 2009
Hearing Time:   9:30 a.m.

_____

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

The Court having considered the "Second Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Investment in the Bay Pompano Beach Loan" [Docket No. 7268] (the "Objection"); due notice of the Objection having been given; no responses having been filed; and good cause appearing:

**IT IS HEREBY ORDERED** that:

    1.    The Objection is sustained;

    2.    The claims listed on **Exhibit A** are allowed as general unsecured claims in the amount of Unremitted Principal shown on **Exhibit A**; and

    3.    The remainder of the claims listed on **Exhibit A** are disallowed;


PREPARED AND RESPECTFULLY SUBMITTED BY:


**LEWIS AND ROCA LLP**
By___/s/ Marvin Ruth (#10979)___
    Rob Charles
    John Hinderaker
    Marvin Ruth
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8200
Facsimile:  (702) 949-8398
*Attorneys for USACM Liquidating Trust*

2085678_1

LEWIS
AND
ROCA
——— LLP ———
L A W Y E R S

1  In accordance with Local Rule 9021, the undersigned certifies:

2  ☐  The Court waived the requirements of LR 9021.

3  ☐  No parties appeared or filed written objections, and there is no trustee appointed
4      in this case.

5  ☒  I have delivered a copy of this proposed order to all counsel who appeared at the
      hearing, any unrepresented parties who appeared at the hearing, and any trustee
6      appointed in this case, and each has approved or disapproved the order, or failed
      to respond, as indicated below (list each party and whether the party has
7      approved, disapproved, or failed to respond to the document):

| U.S. Trustee:  August Landis | | |
|---|---|---|
| ☐  approved the form of this order | | ☐  disapproved the form of this order |
| ☒  waived the right to review the order and/or | | ☐  failed to respond to the document |
| Other Party: | | |
| ☐  approved the form of this order | | ☐  disapproved the form of this order |
| ☐  waived the right to review the order and/or | | ☐  failed to respond to the document |

###

16  Submitted by:

17  **LEWIS AND ROCA LLP**

19  By:___/s/  Marvin Ruth (#10979)_____
        Rob Charles
20      John Hinderaker
        Marvin Ruth
21  *Attorneys for USACM Liquidating Trust*

2085678_1

| Claim | Name | Address | Total Claim Amount | Unremitted Principal to be Allowed as Claim | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|
| 10725-01797 | Berkowitz, David M | 827 Union Pacific Blvd Pmb 71-404<br>Laredo, TX 78045 | 37,353.00 | - | 37,353.00 |
| 10725-01818 | Clark, Donald | 305 W Moana LN<br>Reno, NV 89509 | 24,571.96 | - | 24,571.96 |
| 10725-01900 | Allen M & Dorothy H Nirenstein Revocable Trust | C/O Allen & Dorothy Nirenstein Ttees<br>403 Woodland Rd<br>Kentfield, CA 94904-2635 | 37,005.78 | - | 37,005.78 |
| 10725-02139 | Millar Dr, Russell | 923 Ceres Rd<br>Palm Springs, CA 92262 | 22,942.06 | - | 22,942.06 |
| 10725-02351 | Melvin, Teri L | 2704 Chokecherry Way<br>Henderson, NV 89074 | 125,025.85 | - | 125,025.85 |
| 10725-02387 | Lee, Richard | 1446 35Th Ave<br>San Francisco, CA 94122 | 49,226.62 | - | 49,226.62 |
| 10725-02516 | Leblanc, Joan M | Po Box 6434<br>Incline Village, NV 89450-6434 | 45,458.12 | - | 45,458.12 |
| 10725-02539 | Albiol, Marcia | Po Box 221356<br>Carmel, CA 93922 | 50,000.00 | - | 50,000.00 |
| 10725-02571 | Oppio, Catherine | Po Box 15<br>430 Gonowabie<br>Crystal Bay, NV 89402 | 38,855.38 | - | 38,855.38 |
| 10725-02152 | Ramsey, Aaron S & Lara | 7713 N 41St St<br>Niwot, CO 80503 | 76,518.00 | 12,285.97 | 64,232.03 |

**EXHIBIT A**