**EXHIBIT A**



Entered on Docket
September 01, 2009

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                                     Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING THIRD OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED UPON INVESTMENT IN THE BAY POMPANO BEACH LOAN**<br><br>Hearing Date:   August 21, 2009<br>Hearing Time:   9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2085683_1

LEWIS AND ROCA LLP
LAWYERS

The Court having considered the "Third Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Investment in the Bay Pompano Beach Loan" [Docket No. 7270] (the "Objection"); with appropriate notice of the Objection having been given; no responses having been filed; and good cause appearing:

**IT IS HEREBY ORDERED** that:

1. The Objection is sustained;
2. The claims listed on **Exhibit A** attached are allowed as general unsecured claims for the amount shown on Exhibit A as Unremitted Principal; and
3. The remainder of those claims listed on **Exhibit A** are disallowed in full.

PREPARED AND RESPECTFULLY SUBMITTED BY:
**LEWIS AND ROCA LLP**
By    /s/ Marvin Ruth (#10979)
    Rob Charles
    John Hinderaker
    Marvin Ruth
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8200
Facsimile:   (702) 949-8398
*Attorneys for USACM Liquidating Trust*

2085683_1

**LEWIS AND ROCA LLP**
**LAWYERS**

In accordance with Local Rule 9021, the undersigned certifies:

☐   The Court waived the requirements of LR 9021.

☐   No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: August Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**

By:   /s/ Marvin Ruth (#10979)
      Rob Charles
      John Hinderaker
      Marvin Ruth
*Attorneys for USACM Liquidating Trust*

3

2085683_1

| Claim | Name | Address | Total Claim Amount | Unremitted Principal to be Allowed as Claim | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|
| 10725-00009-2 | Moon Ttee Of The Decedent'S Trust, Frieda Moon | Of The Restated Moon Irrevocable 2504 Callita Court Las Vegas, NV 89102 | 37,860.24 | 12,285.97 | 25,574.27 |
| 10725-00021-2 | Falvai, Brenda | 252 Paseo De Juan Anaheim, CA 92807 | 37,860.24 | 12,285.97 | 25,574.27 |
| 10725-00131 | Anderson Trustee, Larry | 13250 Mahogany Dr Reno, NV 89511 | 50,000.00 | 12,285.97 | 37,714.03 |
| 10725-00205 | Carrier Family Trust | Don F & Sara L CArrier Ttees 3175 Greensburg Cir Reno, NV 89509 | 50,000.00 | 12,285.97 | 37,714.03 |
| 10725-00831 | Archer, Guy | 1725 Fairfield Ave Reno, NV 89509-3221 | 37,005.78 | 12,285.97 | 24,719.81 |
| 10725-01158 | Tessel, Michel | Jean Jacques Berthelot W/Poa 9328 Sienna Vista Dr Las Vegas, NV 89117-7034 | 37,426.95 | 12,285.97 | 25,140.98 |
| 10725-01252 | Thalia Routsis Family Trust Dtd 7/24/90 | C/O Thalia Nicholas Routsis Ttee Po Box 4311 Incline Village, NV 89450-4311 | 37,732.36 | 12,285.97 | 25,446.39 |
| 10725-01352 | Tammadge, David | 7292 Horner St San Diego, CA 92120 | 40,125.15 | 12,285.97 | 27,839.18 |
| 10725-01393 | Edwards, Jeffrey L & Kathleen M | 501 Oakcrest Drive Coppell, TX 75019 | 25,039.73 | 12,285.97 | 12,753.76 |
| 10725-01562 | Deull, Norma M | 140 Riverside Dr #8A New York, NY 10024 | 37,561.00 | 12,285.97 | 25,275.03 |

**EXHIBIT A**