**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHinderaker@LRLaw.com

*Attorneys for USACM Liquidating Trust*

E-Filed on 9/4/09

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA Commercial Mortgage Company, | Case No. BK-S-06-10726-LBR[1] |
| USA Capital Realty Advisors, LLC,[1] | Case No. BK-S-06-10727-LBR |
| USA Capital Diversified Trust Deed Fund, LLC, | Case No. BK-S-06-10728-LBR[2] |
| USA Capital First Trust Deed Fund, LLC,[2] | Case No. BK-S-06-10729-LBR[3] |
| USA Securities, LLC,[3] Debtors. | CHAPTER 11 |
| **Affects:** | Jointly Administered Under |
| ☐ All Debtors | Case No. BK-S-06-10725 LBR |
| ☒ USA Commercial Mortgage Company | |
| ☐ USA Capital Realty Advisors, LLC | **NOTICE OF ENTRY OF ORDER SUSTAINING FOURTH OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED UPON INVESTMENT IN THE BAY POMPANO BEACH LOAN** |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | |
| ☐ USA Capital First Trust Deed Fund, LLC | |
| ☐ USA Securities, LLC | |

**PLEASE TAKE NOTICE** that an Order Sustaining Fourth Omnibus Objection Of USACM Trust To Proofs Of Claim Based Upon Investment In The Bay Pompano Beach Loan [DE 7414] was entered on the 1st day of September, 2009, a true and correct copy of which is attached hereto as Exhibit A.

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

1

2091181.1

LEWIS AND ROCA LLP
LAWYERS

1

2      RESPECTFULLY SUBMITTED September 4, 2009.

3                          LEWIS AND ROCA LLP

4

5                          By /s/ John Hinderaker (#018024)
                           Rob Charles
6                          John Hinderaker
                           *Attorneys for USACM Liquidating Trust*
7                          3993 Howard Hughes Parkway, Suite 600
                           Las Vegas, Nevada 89169
8                          702-949-8320

9

10  Copy of the foregoing and pertinent
    portion of Exhibit A to the Order mailed
11  on September 4, 2009 to all parties listed
    on Exhibit A to the Order.
12

13
    /s/ Kristin Reynolds
14  Lewis and Roca LLP

15

16

17

18

19

20

21

22

23

24

25

26

2