**EXHIBIT A**



Entered on Docket
September 01, 2009

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

LEWIS AND ROCA LLP
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:    rcharles@lrlaw.com
           jhinderaker@lrlaw.com
           mruth@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR[1] |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[2] |
| USA CAPITAL REALTY ADVISORS, LLC,[1] | Case No. BK-S-06-10729-LBR[3] |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,[2] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC,[3]                     Debtors. | **ORDER SUSTAINING FOURTH OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED UPON INVESTMENT IN THE BAY POMPANO BEACH LOAN** |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Hearing Date:   August 21, 2009<br>Hearing Time:   9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2085687_1

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: August Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**


By:  /s/ Marvin Ruth (#10979)
    Rob Charles
    John Hinderaker
    Marvin Ruth
*Attorneys for USACM Liquidating Trust*

3

2085687_1

| Claim | Name | Address | Total Claim Amount | Unremitted Principal to be Allowed as Claim | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|
| 10725-01563 | Leaf, Martin N | 71 Pierce Rd<br>Po Box 142<br>Windsor, MA 01270 | 37,561.00 | 12,285.97 | 25,275.03 |
| 10725-01606 | Wyatt IRA, Phyllis P | Po Box 370400<br>Las Vegas, NV 89137-0400 | 38,059.07 | 12,285.97 | 25,773.10 |
| 10725-01638 | Ricci, Michael H | 1204 CAmballeria Dr<br>Carson City, NV 89701-8655 | 27,057.95 | 12,285.97 | 14,771.98 |
| 10725-01723 | Kiwi Nevada Lp | Po Box 370400<br>Las Vegas, NV 89137-0400 | 40,149.91 | 12,285.97 | 27,863.94 |
| 10725-02073 | Brock Family Trust Dated 5/25/95 | C/O Penny L Brock Trustee<br>355 Mugo Pine Cir<br>Reno, NV 89511-8799 | 35,954.62 | 12,285.97 | 23,668.65 |
| 10725-02098 | Janice Janis & Christine Brager Tenants | 406 Pearl St<br>Boulder, CO 80302-4931 | 49,198.30 | 12,285.97 | 36,912.33 |
| 10725-02172 | Gunther, Barbara L | Po Box 614<br>Verdi, NV 89439 | 50,785.76 | 12,285.97 | 38,499.79 |
| 10725-02232 | Helzer, Jocelyne | 115 South Deer Run Rd<br>Carson City, NV 89701 | 49,213.00 | 12,285.97 | 36,927.03 |
| 10725-02501 | White, Walter E Ira | 2101 CAlle De Espana<br>Las Vegas, NV 89102 | 50,000.00 | 12,285.97 | 37,714.03 |
| 10725-02518 | Gerald E Colligan | Po Box 5781<br>Incline Village, NV 89450-5781 | 50,000.00 | 12,285.97 | 37,714.03 |

EXHIBIT A