**EXHIBIT A**



Entered on Docket
September 01, 2009

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                                        Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING FIFTH OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED UPON INVESTMENT IN THE BAY POMPANO BEACH LOAN**<br><br>Hearing Date:   August 21, 2009<br>Hearing Time:   9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2085688_1

LEWIS AND ROCA LLP
LAWYERS

The Court having considered the "Fifth Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Investment in the Bay Pompano Beach Loan" [Docket No. 7274] (the "Objection"); with appropriate notice of the Objection having been given; no responses having been filed; and good cause appearing:

**IT IS HEREBY ORDERED** that:

1. The Objection is sustained;
2. The claims listed on **Exhibit A** attached are allowed as general unsecured claims for the amount shown on **Exhibit A** as Unremitted Principal.
3. The remainder of those claims listed on **Exhibit A** are disallowed in full.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**
By   /s/ Marvin Ruth (#10979)
    Rob Charles
    John Hinderaker
    Marvin Ruth
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8200
Facsimile: (702) 949-8398
*Attorneys for USACM Liquidating Trust*

2085688_1

LEWIS AND ROCA LLP
LAWYERS

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: August Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

### 

Submitted by:

**LEWIS AND ROCA LLP**

By: /s/ Marvin Ruth (#10979)
 Rob Charles
 John Hinderaker
 Marvin Ruth
*Attorneys for USACM Liquidating Trust*

3

2085688_1

| Claim | Name | Address | Total Claim Amount | Unremitted Principal to be Allowed as Claim | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|
| 10725-02537 | Albiol, Marcia C & Henry | Po Box 221356<br>Carmel, CA 93922-1356 | 50,000.00 | 12,285.97 | 37,714.03 |
| 10725-02545 | Cadieux, Clara M & Richard L | 1730 Terrace Heights LN<br>Reno, NV 89523-1832 | 37,005.78 | 12,285.97 | 24,719.81 |
| 10725-01030 | Dennis G Campton Md Psp Dtd 3/16/72 | C/O Dennis G CAmpton Trustee<br>5741 Kens PL<br>Pahrump, NV 89060-1751 | 59,209.25 | 19,657.56 | 39,551.69 |
| 10725-01140 | William R & Cynthia J Godfrey Living Trust 2005 | William & Cynthia Godfrey Ttees<br>7250 Birkland Ct<br>Las Vegas, NV 89117 | 74,011.56 | 23,180.83 | 50,830.73 |
| 10725-00355 | John & Janet Mrasz Trust Dtd 12/2/04 | C/O John T & Janet F Mrasz Ttees<br>10015 Barling St<br>Shadow Hills, CA 91040-1512 | 46,095.47 | 24,571.96 | 21,523.51 |
| 10725-01305 | John B & Priscilla J Jaeger Family Trust | John B & Priscilla J Jaeger Trustees<br>2256 Hot Oak Ridge St<br>Las Vegas, NV 89134-5520 | 247,050.00 | 24,571.96 | 222,478.04 |
| 10725-01621 | Addes Trust | C/O Kenneth & Victoria Addes Ttees<br>100 W Broadway Apt 7V<br>Long Beach, NY 11561-4019 | 86,511.56 | 24,571.96 | 61,939.60 |
| 10725-01850 | Broadwalk Investments Limited Partnership | C/O James R Bonfiglio<br>8635 W Sahara<br>Las Vegas, NV 89117-5858 | 75,464.72 | 24,571.96 | 50,892.76 |
| 10725-02395 | Suarez, Tony | 16 Bland St<br>Emerson, NJ 07630-1154 | 82,956.06 | 24,571.96 | 58,384.10 |
| 10725-02509 | Perrone, Nicholas | 5112 San Anselmo St<br>Las Vegas, NV 89120 | 781,454.00 | 24,571.96 | 756,882.04 |

EXHIBIT A