# Exhibit A

Case 06-10725-gwz    Doc 7465-1    Entered 09/04/09 14:18:53    Page 2 of 5
Case 06-10725-lbr    Doc 7423    Entered 09/02/09 06:34:58    Page 1 of 4



Entered on Docket
September 02, 2009

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

---

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:    rcharles@lrlaw.com
          jhinderaker@lrlaw.com
          mruth@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
|  | Case No. BK-S-06-10726-LBR[1] |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
|  | Case No. BK-S-06-10728-LBR[2] |
| USA CAPITAL REALTY ADVISORS, LLC,[1] | Case No. BK-S-06-10729-LBR[3] |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,[2] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC,[3]         Debtors. | **ORDER SUSTAINING SEVENTEENTH OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED, IN WHOLE OR IN PART, UPON INVESTMENT IN THE BAY POMPANO BEACH LOAN** |
| **Affects:** | |
| ☐ All Debtors | |
| ☒ USA Commercial Mortgage Company | Hearing Date:    August 21, 2009 |
| ☐ USA Capital Realty Advisors, LLC | Hearing Time:    9:30 a.m. |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | |
| ☐ USA Capital First Trust Deed Fund, LLC | |
| ☐ USA Securities, LLC | |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2085912_1

LEWIS AND ROCA LLP
LAWYERS

1  The Court having considered the "Seventeenth Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in the Bay Pompano Beach Loan" [Docket No. 7299] (the "Objection"); with appropriate notice of the Objection having been given; no responses having been filed; and good cause appearing:

**IT IS HEREBY ORDERED** that:

1. The Objection is sustained;
2. The claims listed on **Exhibit A** attached are allowed as general unsecured claims for the amount shown on **Exhibit A** as Unremitted Principal. The remainder of those claims are disallowed to the extent they are based upon a Direct Lender investment in the Bay Pompano Beach Loan as shown on **Exhibit A**; and
3. To the extent the claims listed on **Exhibit A** are based upon investments in loans other than the Bay Pompano Beach Loan, this order does not affect them and the USACM Trust may file further objections.

PREPARED AND RESPECTFULLY SUBMITTED BY:
**LEWIS AND ROCA LLP**
By___/s/ Marvin Ruth (#10979)___
    Rob Charles
    John Hinderaker
    Marvin Ruth
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8200
Facsimile: (702) 949-8398
*Attorneys for USACM Liquidating Trust*

2085912_1

LEWIS AND ROCA LLP
LAWYERS

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: August Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**

By: /s/ Marvin Ruth (#10979)
  Rob Charles
  John Hinderaker
  Marvin Ruth
*Attorneys for USACM Liquidating Trust*

3

2085912_1

| Claim | Name | Address | Total Claim Amount | Total Claim Amount Relating to Bay Pompano Beach Loan | Unremitted Principal to be Allowed as Claim | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| 10725-01214 | Rulon, Phillip | 2800A Wrondel Way Reno, NV 89502 | 503,479.62 | 151,147.21 | 49,143.90 | 102,003.31 |
| 10725-01936 | Halseth Family Trust Totally Restated 4/21/00 | Daniel R & Sandra K Halseth Ttees 23 Molas Dr Durango, CO 81301 | | Unknown | 49,143.90 | Unknown |
| 10725-02227 | Barzan, Richard D & Lelia J | 7231 Langworth Rd Oakdale, CA 95361 | 1,325,629.78 | 401,948.00 | 49,143.90 | 352,804.10 |
| 10725-01666 | Robert A. And Tina M. Kehl | Janet L Chubb Esq Jones Vargas Po Box 281 Reno, NV 89504-0281 | 1,896,046.24 | 296,046.24 | 98,287.80 | 197,758.44 |
| 10725-01687 | Homfeld II LLC | 2515 N Atlantic Blvd Fort Lauderdale, FL 33305-1911 | 2,861,221.63 | 99,656.89 | 98,287.80 | 1,369.09 |

**EXHIBIT A**

2074905.1