# LEWIS AND ROCA
## LLP
### L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHinderaker@LRLaw.com

*Attorneys for USACM Liquidating Trust*

E-Filed on 9/4/09

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

USA Commercial Mortgage Company,
USA Capital Realty Advisors, LLC,[1]
USA Capital Diversified Trust Deed Fund, LLC,
USA Capital First Trust Deed Fund, LLC,[2]
USA Securities, LLC,[3]
                                    Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR[1]
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR[2]
Case No. BK-S-06-10729-LBR[3]

CHAPTER 11

Jointly Administered Under
Case No. BK-S-06-10725 LBR

**NOTICE OF ENTRY OF ORDER SUSTAINING NINTH OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED, IN WHOLE OR IN PART, UPON INVESTMENT IN THE BAY POMPANO BEACH LOAN**

**PLEASE TAKE NOTICE** that an Order Sustaining Ninth Omnibus Objection Of USACM Trust To Proofs Of Claim Based, In Whole Or In Part, Upon Investment In the Bay Pompano Beach Loan [DE 7427] was entered on the 2nd day of September, 2009, a true and correct copy of which is attached hereto as Exhibit A.

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2091174.1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

1

2          RESPECTFULLY SUBMITTED September 4, 2009.

3                                     LEWIS AND ROCA LLP

4

5                                     By  /s/ John Hinderaker (#018024)
                                       Rob Charles
6                                      John Hinderaker
                                       *Attorneys for USACM Liquidating Trust*
7                                      3993 Howard Hughes Parkway, Suite 600
                                       Las Vegas, Nevada 89169
8                                      702-949-8320

9

10   Copy of the foregoing and pertinent
     portion of Exhibit A to the Order mailed
11   on September 4, 2009 to all parties listed
     on Exhibit A to the Order.
12

13
     /s/ Kristin Reynolds
14   Lewis and Roca LLP

15

16

17

18

19

20

21

22

23

24

25

26

                                     2