# EXHIBIT A

**Entered on Docket**
**September 02, 2009**

Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR[1] |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[2] |
| USA CAPITAL REALTY ADVISORS, LLC,[1] | Case No. BK-S-06-10729-LBR[3] |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,[2] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC,[3]      Debtors. | **ORDER SUSTAINING NINTH OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED, IN WHOLE OR IN PART, UPON INVESTMENT IN THE BAY POMPANO BEACH LOAN** |
| **Affects:** | |
| ☐ All Debtors | Hearing Date:    August 21, 2009 |
| ☒ USA Commercial Mortgage Company | Hearing Time:    9:30 a.m. |
| ☐ USA Capital Realty Advisors, LLC | |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | |
| ☐ USA Capital First Trust Deed Fund, LLC | |
| ☐ USA Securities, LLC | |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2085696_1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

1    The Court having considered the "Ninth Omnibus Objection of USACM Trust to

2    Proofs of Claim Based, in Whole or in Part, Upon Investment in the Bay Pompano Beach

3    Loan" [Docket No. 7283] (the "Objection"); with appropriate notice of the Objection

4    having been given; no responses having been filed; and good cause appearing:

5        **IT IS HEREBY ORDERED** that:

6        1.    The Objection is sustained;

7        2.    The claims listed on **Exhibit A** attached are allowed as general

8              unsecured claims for the amount shown on **Exhibit A** as Unremitted

9              Principal.  The remainder of those claims are disallowed to the extent

10             they are based upon a Direct Lender investment in the Bay Pompano

11             Beach Loan as shown on **Exhibit A**; and

12       3.    To the extent the claims listed on **Exhibit A** are based upon

13             investments in loans other than the Bay Pompano Beach Loan, this

14             order does not affect them and the USACM Trust may file further

15             objections.

16

17   PREPARED AND RESPECTFULLY SUBMITTED BY:

18   **LEWIS AND ROCA LLP**
     By___ /s/ Marvin Ruth (#10979)___
19       Rob Charles
         John Hinderaker
20       Marvin Ruth
     3993 Howard Hughes Parkway, Ste. 600
21   Las Vegas, Nevada 89169-5996
     Telephone:  (702) 949-8200
22   Facsimile:  (702) 949-8398
     *Attorneys for USACM Liquidating Trust*
23

24

25

26

2085696_1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

In accordance with Local Rule 9021, the undersigned certifies:

☐    The Court waived the requirements of LR 9021.

☐    No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee:  August Landis | |
|---|---|
| ☐  approved the form of this order | ☐  disapproved the form of this order |
| ☒  waived the right to review the order and/or | ☐  failed to respond to the document |
| Other Party: | |
| ☐  approved the form of this order | ☐  disapproved the form of this order |
| ☐  waived the right to review the order and/or | ☐  failed to respond to the document |

### 

Submitted by:

**LEWIS AND ROCA LLP**

By:    /s/  Marvin Ruth (#10979)
        Rob Charles
        John Hinderaker
        Marvin Ruth
*Attorneys for USACM Liquidating Trust*

3

2085696_1

| Claim | Name | Address | Total Claim Amount | Total Claim Amount Relating to Bay Pompano Beach Loan | Unremitted Principal to be Allowed as Claim | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| 10725-02298 | Jayem Family Lp Jacques Massa Gp | 7 Paradise Valley Ct Henderson, NV 89052-6706 | 936,807.81 | 37,005.78 | - | 37,005.78 |
| 10725-02315 | Wahl, David C | Po Box 8012 Mammoth Lakes, CA 93546 | 144,224.96 | 90,557.66 | - | 90,557.66 |
| 10725-02348 | Melvin, Teri L | 2704 Chokecherry Ave Henderson, NV 89074-1990 | 197,669.94 | Unknown | - | Unknown |
| 10725-02349 | Melvin, Teri L | 2704 Chokecherry Ave Henderson, NV 89074-1990 | 100,000.00 | Unknown | - | Unknown |
| 10725-02366 | Al-Awar Living Trust DTD 4/05/01 | Adib M & Ellen A Al-Awar Ttees 1330 Burro Ct Gardnerville, NV 89410 | 3,615,913.62 | 444,069.36 | - | 444,069.36 |
| 10725-02383 | Minter Family 1994 Trust | Douglas & Elizabeth F Minter Ttees 5389 Conte Dr Carson City, NV 89701 | 1,244,089.74 | 100,000.00 | - | 100,000.00 |
| 10725-02393 | Donald P Clark Family Trust | Donald P Clark Ttee 305 W Moana Ln Ste C Reno, NV 89509 | 1,118,023.12 | 104,448.86 | - | 104,448.86 |
| 10725-02423 | Pinsker, Donald H | 8650 W Verde Way Las Vegas, NV 89149-4145 | 1,633,057.16 | 148,023.12 | - | 148,023.12 |
| 10725-02445 | Acosta, Ruth | 2546 General Armistead Ave Norristown, PA 19403 | 56,467.05 | Unknown | - | Unknown |
| 10726-00067 | Doucet, D. Joseph | Trustee Of Douchet Trust 3301 Skyline Blvd. Reno, NV 89509-6604 | 502,335.71 | Unknown | - | Unknown |

**EXHIBIT A**

2074897.1