**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHinderaker@LRLaw.com

*Attorneys for USACM Liquidating Trust*

E-Filed on 9/4/09

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br>USA Capital Realty Advisors, LLC,[1]<br>USA Capital Diversified Trust Deed Fund, LLC,<br>USA Capital First Trust Deed Fund, LLC,[2]<br>USA Securities, LLC,[3]<br>                    Debtors.<br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER SUSTAINING TWELFTH OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED, IN WHOLE OR IN PART, UPON INVESTMENT IN THE BAY POMPANO BEACH LOAN** |

   **PLEASE TAKE NOTICE** that an Order Sustaining Twelfth Omnibus Objection Of USACM Trust To Proofs Of Claim Based, In Whole Or In Part, Upon Investment In the Bay Pompano Beach Loan [DE 7425] was entered on the 2nd day of September, 2009, a true and correct copy of which is attached hereto as Exhibit A.

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

1

2091177.1

LEWIS AND ROCA LLP
LAWYERS

1

2          RESPECTFULLY SUBMITTED September 4, 2009.

3                                         LEWIS AND ROCA LLP

4

5                                         By /s/ John Hinderaker (#018024)
                                          Rob Charles
6                                         John Hinderaker
                                          *Attorneys for USACM Liquidating Trust*
7                                         3993 Howard Hughes Parkway, Suite 600
                                          Las Vegas, Nevada 89169
8                                         702-949-8320

9

10  Copy of the foregoing and pertinent
    portion of Exhibit A to the Order mailed
11  on September 4, 2009 to all parties listed
    on Exhibit A to the Order.
12

13
    /s/ Kristin Reynolds
14  Lewis and Roca LLP

15

16

17

18

19

20

21

22

23

24

25

26

2

2091177.1