# LEWIS
### AND
# ROCA
#### LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHinderaker@LRLaw.com

*Attorneys for USACM Liquidating Trust*

| | E-Filed on 9/4/09 |
|---|---|

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

In re:

USA Commercial Mortgage Company,
USA Capital Realty Advisors, LLC,[1]
USA Capital Diversified Trust Deed Fund, LLC,
USA Capital First Trust Deed Fund, LLC,[2]
USA Securities, LLC,[3]
                          Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR[1]
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR[2]
Case No. BK-S-06-10729-LBR[3]

CHAPTER 11

Jointly Administered Under
Case No. BK-S-06-10725 LBR

**NOTICE OF ENTRY OF ORDER SUSTAINING FIRST OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED, IN WHOLE OR IN PART, UPON INVESTMENT IN THE 3685 SAN FERNANDO ROAD PARTNERS LOAN**

**PLEASE TAKE NOTICE** that an Order Sustaining First Omnibus Objection Of USACM Trust To Proofs Of Claim Based, In Whole or In Part, Upon Investment In the 3685 San Fernando Road Partners Loan [DE 7418] was entered on the 1st day of September, 2009, a true and correct copy of which is attached hereto as Exhibit A.

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

1

2091204.1



1

RESPECTFULLY SUBMITTED September 4, 2009.

2

3

LEWIS AND ROCA LLP

4

5

By /s/ John Hinderaker (#018024)

Rob Charles

6

John Hinderaker

*Attorneys for USACM Liquidating Trust*

7

3993 Howard Hughes Parkway, Suite 600

Las Vegas, Nevada 89169

8

702-949-8320

9

10

Copy of the foregoing and pertinent
portion of Exhibit A to the Order mailed
on September 4, 2009 to all parties listed
on Exhibit A to the Order.

11

12

13

/s/ Kristin Reynolds

Lewis and Roca LLP

14

15

16

17

18

19

20

21

22

23

24

25

26

2

2091204.1