**Exhibit A**

Entered on Docket
September 01, 2009

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
            jhinderaker@lrlaw.com
            mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10726-LBR[1] |
| | Case No. BK-S-06-10727-LBR |
| USA CAPITAL REALTY ADVISORS, LLC,[1] | Case No. BK-S-06-10728-LBR[2] |
| | Case No. BK-S-06-10729-LBR[3] |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,[2] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC,[3]        Debtors. | **ORDER SUSTAINING FIRST OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED, IN WHOLE OR IN PART, UPON INVESTMENT IN THE 3685 SAN FERNANDO ROAD PARTNERS LOAN** |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Hearing Date:   August 21, 2009<br>Hearing Time:   9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2085222_1.DOC

LEWIS AND ROCA LLP
LAWYERS

The Court having considered the "First Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in the 3685 San Fernando Road Partners Loan" [Docket No. 7244] (the "Objection"); with appropriate notice of the Objection having been given; with no response to the Objection having been filed; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection is sustained;

2. The claims listed in **Exhibit A** are disallowed to the extent those claims are based upon a Direct Lender investment in the San Fernando Loan; and

3. Nothing in this order should prejudice the rights of USACM Trust to file further objections to any portion of the claims listed on **Exhibit A.**

PREPARED AND RESPECTFULLY SUBMITTED BY:
**LEWIS AND ROCA LLP**
By    /s/ Marvin Ruth (#10979)
    Rob Charles
    John Hinderaker
    Marvin Ruth
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8200
Facsimile: (702) 949-8398
*Attorneys for USACM Liquidating Trust*

2085222_1.DOC

**LEWIS AND ROCA LLP**
LAWYERS

1   In accordance with Local Rule 9021, the undersigned certifies:

2   ☐   The Court waived the requirements of LR 9021.

3   ☐   No parties appeared or filed written objections, and there is no trustee appointed in this case.

5   ☒   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: August Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**

By:   /s/ Marvin Ruth (#10979)
      Rob Charles
      John Hinderaker
      Marvin Ruth
*Attorneys for USACM Liquidating Trust*

2085222_1.DOC

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the 3685 San Fernando Road Partners |
|---|---|---|---|---|
| 10725-02018 | Evelyn G Canepa Trust Dtd 9/19/00 | C/O Laurel E Davis Lionel Sawyer & Collins 300 South Fourth Stste 1 Las Vegas, NV 89101 | - | 100,000.00 |
| 10725-00413 | Sobesky, Stephen | 1118 Olmo Boulder City, NV 89005 | 70,000.00 | unknown |
| 10725-01660 | Robert J. And Ruth Ann Kehl | Janet L Chubb Esq Jones Vargas Po Box 281 Reno, NV 89504-0281 | 12,841,680.13 | 500,000.00 |
| 10725-01257 | Houghton Dental Corp PSP | FBO Geraldine Houghton 2871 Pinta Perris, CA 92571 | 400,000.00 | 200,000.00 |
| 10725-00227 | Charles & Sandra Masters Family Trust Dtd 10/9/92 | C/O Sandra O Masters Trustee 18124 Wedge Pkwy #550 Reno, NV 89511-8134 | 425,000.00 | 125,000.00 |
| 10725-01898 | Massry, Morris | C/O Segel Goldman Mazzotta & Siegel Pc 9 Washigton Sq Albany Ny 12205 | 1,802,040.00 | 101,527.78 |
| 10725-02042 | Herd Family Trust Dtd 4/23/99 | C/O Allen & Marilyn Herd Ttees 598 Alawa Pl Angels Camp, CA 95222-9768 | 606,089.02 | 200,000.00 |
| 10725-01997 | Km Trust | C/O Aimee E Kearns Trustee 5886 N Bonita Vista St Las Vegas, NV 89149-3911 | 1,535,080.92 | 190,000.00 |