**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHinderaker@LRLaw.com

*Attorneys for USACM Liquidating Trust*

E-Filed on 9/4/09

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br>USA Capital Realty Advisors, LLC,[1]<br>USA Capital Diversified Trust Deed Fund, LLC,<br>USA Capital First Trust Deed Fund, LLC,[2]<br>USA Securities, LLC,[3]<br>                      Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER SUSTAINING SECOND OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED, IN WHOLE OR IN PART, UPON INVESTMENT IN THE 3685 SAN FERNANDO ROAD PARTNERS LOAN** |

**PLEASE TAKE NOTICE** that an Order Sustaining Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based, In Whole or In Part, Upon Investment In the 3685 San Fernando Road Partners Loan [DE 7429] was entered on the 2nd day of September, 2009, a true and correct copy of which is attached hereto as Exhibit A.

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

1

1987793.1

Case 06-10725-gwz    Doc 7471    Entered 09/04/09 14:37:58    Page 2 of 2



1  
2      RESPECTFULLY SUBMITTED September 4, 2009.  
3  
                                     LEWIS AND ROCA LLP  
4  
5                                    By /s/ John Hinderaker (#018024)  
                                       Rob Charles  
6                                        John Hinderaker  
                                       *Attorneys for USACM Liquidating Trust*  
7                                        3993 Howard Hughes Parkway, Suite 600  
                                       Las Vegas, Nevada 89169  
8                                        702-949-8320  
9  
10 Copy of the foregoing and pertinent portion of Exhibit A to the Order mailed  
11 on September 4, 2009 to all parties listed on Exhibit A to the Order.  
12  
13 /s/ Kristin Reynolds  
    Lewis and Roca LLP  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  

2

1987793.1