**Exhibit A**

Entered on Docket
September 01, 2009

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

LEWIS AND ROCA LLP
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:    rcharles@lrlaw.com
          jhinderaker@lrlaw.com
          mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2] |
| USA CAPITAL REALTY ADVISORS, LLC,[1] | Case No. BK-S-06-10729-LBR[3] |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,[2] | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC,[3]<br>            Debtors. | **ORDER SUSTAINING OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED UPON INVESTMENT IN THE 3685 SAN FERNANDO ROAD PARTNERS LOAN** |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Hearing Date:    August 21, 2009<br>Hearing Time:    9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2085215_1.DOC

LEWIS AND ROCA LLP
LAWYERS

1  The Court having considered the "Omnibus Objection of USACM Trust to Proofs
2  of Claim Based Upon Investment in the 3685 San Fernando Road Partners Loan" [Docket
3  No. 7243] (the "Objection"); with appropriate notice of the Objection having been given;
4  with no response to the Objection having been filed; and good cause appearing:
5  **IT IS HEREBY ORDERED** that:
6      1.    The Objection is sustained; and
7      2.    The claims listed in **Exhibit A** are disallowed in full.
8  PREPARED AND RESPECTFULLY SUBMITTED BY:
9  **LEWIS AND ROCA LLP**
   By___/s/ Marvin Ruth (#10979)___
10     Rob Charles
       John Hinderaker
11     Marvin Ruth
   3993 Howard Hughes Parkway, Ste. 600
12 Las Vegas, Nevada 89169-5996
   Telephone: (702) 949-8200
13 Facsimile: (702) 949-8398
   *Attorneys for USACM Liquidating Trust*

2

2085215_1.DOC

LEWIS AND ROCA LLP LAWYERS

In accordance with Local Rule 9021, the undersigned certifies:

- ☐ The Court waived the requirements of LR 9021.
- ☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.
- ☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: August Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**

By: /s/ Marvin Ruth (#10979)
    Rob Charles
    John Hinderaker
    Marvin Ruth
*Attorneys for USACM Liquidating Trust*

2085215_1.DOC

# EXHIBIT A

1962760.1

USACM TRUST

3685 SAN FERNANDO ROAD
SINGLE LOAN CLAIMS

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the 3685 San Fernando Road |
|---|---|---|---|---|
| 10725-01780 | Rehberger Family Trust Dtd 6/17/92 | C/O Annemarie Rehberger<br>Po Box 3651<br>Incline Village, NV 89450 | 50,000.00 | 50,000.00 |
| 10725-01479 | Triantos, Rory L | 13843 Malcom Ave<br>Saratoga, CA 95070-5314 | 101,527.68 | 101,527.68 |
| 10725-01245 | Virani, Arif & Salima | 774 Clove Ct.<br>Henderson, NV 89012-0723 | 50,000.00 | 50,000.00 |
| 10725-01201 | Virani, Aris & Salima | 774 Clove Ct.<br>Henderson, NV 89012 | 50,000.00 | 50,000.00 |
| 10725-00975 | Williams, Susan Marie | Po Box 9270<br>Truckee, CA 96162 | 70,000.00 | 70,000.00 |
| 10725-00541 | Beryl Winer Family Trust | C/O Beryl Winer Trustee<br>776 Birdbay Way<br>Venice, FL 34285-6142 | 60,000.00 | 60,000.00 |
| 10725-00393 | Gross, Mary Margaret | 717 Merialdo LN<br>Las Vegas, NV 89145 | 50,780.00 | 50,780.00 |
| 10725-00030 | Burrus, Timothy F & Joann Ortiz-Burrus | Del Hardy Esq Hardy Law Group 96-98<br>Winter St Reno Nv 89503-5605 | 50,000.00 | 50,000.00 |
| 10725-00292 | C. Zrudsky Inc. | Attn: Coleen Zrudsky<br>5731 S. Youngfield Street<br>Littleton, CO 80127 | 54,355.00 | 54,355.00 |
| 10725-00266 | Arechiga, Albert | 4800 Marconi Ave #137<br>Carmichael, CA 95608 | 75,000.00 | 75,000.00 |

Loan Name    3685 San Fernando Road Partners, LP

Page 1 of 2

USACM TRUST

3685 SAN FERNANDO ROAD
SINGLE LOAN CLAIMS

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the 3685 San Fernando Road |
|---|---|---|---|---|
| | | | | |