**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHinderaker@LRLaw.com

*Attorneys for USACM Liquidating Trust*

E-Filed on 9/10/09

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br>USA Capital Realty Advisors, LLC,[1]<br>USA Capital Diversified Trust Deed Fund, LLC,<br>USA Capital First Trust Deed Fund, LLC,[2]<br>USA Securities, LLC,[3]<br>　　　　　　　　　　Debtors.<br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER APPROVING STIPULATION TO DISALLOW MOUNTAIN WEST MORTGAGE PROOF OF CLAIM IN THE AMOUNT OF $2,048,000.00 AND TO VACATE RELATED DEADLINES AND COURT DATES** |

**PLEASE TAKE NOTICE** that an Order Approving Stipulation To Disallow Mountain West Mortgage Proof Of Claim In The Amount Of $2,048,000.00 And To Vacate Related Deadlines And Court Dates [DE 7435] was entered on the 4th day of September, 2009, a true and correct copy of which is attached hereto as Exhibit A.

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

1

2092554.1

LEWIS AND ROCA LLP
LAWYERS

1

2          RESPECTFULLY SUBMITTED September 10, 2009.

3                                          LEWIS AND ROCA LLP

4

5                                          By /s/ John Hinderaker (#018024)
                                            Rob Charles
6                                           John Hinderaker
                                            *Attorneys for USACM Liquidating Trust*
7                                           3993 Howard Hughes Parkway, Suite 600
                                            Las Vegas, Nevada 89169
8                                           702-949-8320

9

10   Copy of the foregoing mailed on
     September 10, 2009 to:
11

12   Craig D. Slater
     Pengilly Robbins Slater
13   10080 West Alta Drive, Suite 140
     Las Vegas, NV  89145
14

15   /s/ Kristin Reynolds
     Lewis and Roca LLP

16

17

18

19

20

21

22

23

24

25

26

2

2092554.1