**Exhibit A**



Entered on Docket
September 04, 2009

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

_____

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| | Case No. BK-S-06-10726-LBR[1] |
| USA Commercial Mortgage Company, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[2] |
| USA Capital Realty Advisors, LLC, | Case No. BK-S-06-10729-LBR[3] |
| USA Capital Diversified Trust Deed Fund, LLC, | CHAPTER 11 |
| USA Capital First Trust Deed Fund, LLC,[1] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA Securities, LLC,[2]  Debtors. | **Order Approving Stipulation to Disallow Mountain West Mortgage Proof of Claim in the amount of $2,048,000.00 and to Vacate Related Deadlines and Court Dates** |
| Affects: ☐ All Debtors ☒ USA Commercial Mortgage Company ☐ USA Capital Realty Advisors, LLC ☐ USA Capital Diversified Trust Deed Fund, LLC ☐ USA Capital First Trust Deed Fund, LLC ☐ USA Securities, LLC | Preliminary Hearing: September 30, 2009 Time 2:30 p.m. Trial: October 22, 2009 Time: 9:30 a.m.: |

---

[1] This bankruptcy case was closed on September 23, 2008

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 26, 2007.

2090709.1

LEWIS AND ROCA LLP
LAWYERS

The Stipulation between USACM Liquidating Trust (the "USACM Trust"), by and through its counsel, Lewis and Roca LLP, and Mountain West Mortgage, ("MWM"), by and through its counsel, Pengilly Robbins Slater, [DE 7434] came before the Court for consideration, no notice being necessary, and good cause appearing, it is:

ORDERED:

- Claim 10725-00203, filed by MWM is hereby disallowed in its entirety
- Each party shall bear its own attorneys fees and costs;
- The deadlines for filing trial statements, pre-trial motions and exhibit/witness list set forth in the Amended Order re Pre-Trial Matters, Trial and Settlement Conference are vacated;
- The pre-trial conference scheduled for September 30, 2009 at 2:30 p.m. and the trial scheduled to begin on October 22, 2009 are vacated..

# # #

PREPARED AND SUBMITTED BY:

LEWIS AND ROCA LLP

By___s/John Hinderaker_____
Rob Charles NV (#6593)
John Hinderaker (AZ 18024
*pro hac vice*)
Attorneys for USACM Liquidating Trust

APPROVED AS TO FORM AND CONTENT

PENGILLY ROBBINS SLATER

By: s/ Craig D. Slater,_____
10080 West Alta Drive, Suite 140
Las Vegas, NV 89145

2090709.1