

1

2

3    **Entered on Docket**
     **September 15, 2009**

     _____
     **Hon. Linda B. Riegle**
     **United States Bankruptcy Judge**

4

5

6                    **UNITED STATES BANKRUPTCY COURT**
                           **DISTRICT OF NEVADA**

7

8    In re:                                              Case No.: BK-S-06-10725-LBR
     USA COMMERCIAL MORTGAGE COMPANY,                    Case No. BK-S-06-10726-LBR
                                                         Case No. BK-S-06-10727-LBR
9    USA CAPITAL REALTY ADVISORS, LLC                    Case No. BK-S-06-10728-LBR
                                                         Case No. BK-S-06-10729-LBR
10   USA CAPITAL DIVERSIFIED TRUST DEEF FUND,
     LLC                                                 Chapter 11

11
     USA CAPITAL FIRST TRUST DEED FUND, LLC,             Jointly Administered Under Case No.
12                                                       BK-S-06-10725-LBR
     USA SECURITIES, LLC
13                                                       Judge Linda B. Riegle
                    Debtors
14                                                       **ORDER GRANTING MOTION**
            **Affects:**                                 **FOR APPROVAL OF**
15          USA Commercial Mortgage Company              **SETTLEMENT PURSUANT TO**
                                                         **RULE 9019 OF THE FEDERAL**
16                                                       **RULES OF BANKRUPTCY**
                                                         **PROCEDURE**

17

18          Upon consideration of the motion, dated June 24, 2009 (the "Motion"), filed

19   by the USACM Liquidating Trust (the "USACM Trust"), seeking authorization and

20
     approval to settle the Pending Litigation (as such term is defined in the Motion) pursuant to
21
     Rule 9019 of the Federal Rules of Bankruptcy Procedure; and it appearing that the Court
22
23   has jurisdiction to consider the Motion and the relief requested therein pursuant to 28

24   U.S.C. §§ 157 and 1334; and due notice of the Motion and the hearing to be held thereon

25   having been served to all parties entitled thereto in accordance with the Bankruptcy Rules

26
     and this Court's Local Rules, and no other or further notice need be given; and a hearing

having been held before this Court; and the Court having concluded that the Proposed Settlement (as such term is defined in the Motion) is the result of good faith arm's-length bargaining and not the product of fraud or collusion; and it appearing that the relief requested in the Motion is in the best interest of the estates and the beneficiaries of the USACM Trust, and upon the proceedings before the Court; and good and sufficient cause appearing therefor, it is

ORDERED that the Motion is granted; and it is further

ORDERED that all objections, if any, to the Motion or the relief requested therein or granted in this Order, that have not been withdrawn, waived or settled, and all reservations of rights included therein, are overruled; and it is further

ORDERED that the Proposed Settlement as described in the Motion is authorized and approved pursuant to Bankruptcy Rule 9019; and it is further

ORDERED that Adversary Proceeding Number 08-01124-LBR shall remain **open** but **stayed** for a period not less than 12 months from the date of this order or as further directed by the Court; and it is further

ORDERED that in the event the description of the Proposed Settlement set forth in the Motion differs from the terms of Settlement Agreement itself, the terms of the Settlement Agreement shall control; and it is further

ORDERED that Geoffrey L. Berman, in his capacity as the Court-appointed trustee of the USACM Trust, is authorized to execute, deliver, implement, and fully perform any and all obligations, instruments, documents and papers and to take any and all actions reasonably necessary to consummate the Proposed Settlement and perform any and all obligations contemplated therein on behalf of the USACM Trust; and it is further

158795-1

ORDERED that this Court shall retain jurisdiction over any and all disputes arising

under or otherwise relating to the construction, performance and enforcement of the terms of this

Order on the terms and conditions of the Settlement Agreement hereby authorized or approved.


PREPARED AND SUBMITTED:

DIAMOND MCCARTHY LLP


By:  ____/s/  Stephen T. Loden_____
Allan B. Diamond, TX 05801800 (pro hac vice)
William T. Reid, IV, TX 00788817 (pro hac vice)
Eric D. Madden, TX 24013079 (pro hac vice)
Stephen T. Loden, TX 24002489 (pro hac vice)
909 Fannin, Suite 1500
Houston, Texas 77010
(713) 333-5100 (telephone)
(713) 333-5199 (facsimile)

Special Litigation Counsel for
USACM Liquidating Trust

CERTIFICATION PURSUANT TO LOCAL RULE 9021

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

_____ The court has waived the requirement of approval under LR 9021

_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document.]

Mark N. Parry              Failed to respond

DATED:  September 4, 2009

_____/s/ Stephen T. Loden_____
Stephen T. Loden
Special Litigation Counsel for USACM
Liquidating Trust

# # #