LEWIS
AND
ROCA
——LLP——
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona  85004-4429

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on September 15, 2009

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

USA Commercial Mortgage Company,

USA Capital Realty Advisors, LLC,[1]

USA Capital Diversified Trust Deed Fund, LLC,

USA Capital First Trust Deed Fund, LLC,[2]

USA Securities, LLC,[3]

                Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR[1]
Case No. BK-S-06-10727-LBR[2]
Case No. BK-S-06-10728-LBR[2]
Case No. BK-S-06-10729-LBR[3]

CHAPTER 11

Jointly Administered Under Case No.
BK-S-06-10725 LBR

**DECLARATION OF EDWARD M. BURR IN SUPPORT OF MOTION TO AUTHORIZE FIRST INTERIM DISTRIBUTION TO UNSECURED CREDITORS**

Date:  October 19, 2009
Time:  3:00 p.m.

    I Edward M. Burr, hereby declare under penalty of perjury that:

    1.      I am a principal with Sierra Consulting Group, LLC ("Sierra").

    2.      I submit this declaration in support of the Motion to Authorize First Interim Distribution to Unsecured Creditors (the "Motion") [DE 7486] filed by the USACM

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 26, 2007.

259538.1

Liquidating Trust ("USACM Trust"), as successor to USA Commercial Mortgage Company ("USACM").

3.    Sierra previously served as financial adviser to the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company ("Committee").

4.    I assisted the Committee in analyzing facts concerning these jointly administered bankruptcy cases, including scheduled liabilities and proofs of claim.  The Committee ceased to exist on March 12, 2007, the Effective Date of the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization ("Plan"), and I am now assisting the USACM Trust created under the Plan.

5.    Based upon my personal knowledge, my review of the records maintained and held by Sierra, I declare the following:

- There were seven administrative claims filed totaling $2,016,499.  Those claims are resolved and any approved administrative claims are paid;

- There were 100 priority claims filed totaling $6,975,181.  All but one of those claims in the amount of $32,844 have been resolved.  The Trust has objected to that priority claim.  All approved priority claims have been paid;

- There were 1,668 secured claims filed totaling $290,860,033.  All secured claims have been disallowed or converted to unsecured claims;

- There were approximately 1,241 unsecured claims filed totaling approximately $635,000,000.  Also, most of the secured claims were converted into unsecured claims thereby increasing the total amount of unsecured claims.

- As of September 7, 2009, $179,565,872 in unsecured claims have been allowed, $454,676,493 have been disallowed, leaving a total of $312,903,676 in unresolved unsecured claims.

259538.1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

1    • I have reviewed the Motion in the form filed with the Court at DE 7486

2    and **Exhibit A** to the Motion.  Sierra Consulting prepared **Exhibit A** at

3    the request of the USACM Trust.  **Exhibit A** identifies all claims that

4    were scheduled and/or asserted by proof of claim.  Scheduled claims that

5    were also the subject of an allowed proof of claim are not included in

6    **Exhibit A** in order to avoid the claim being double counted.  For each

7    claim **Exhibit A** provides the claimant's name, the claim amount, the

8    allowed amount, the disallowed amount, and the unresolved amount as of

9    September 7, 2009.  The information provided by **Exhibit A** is accurate

10   as of that date.

11   I make this declaration under penalty of perjury of the laws of the United States of

12   America on September 15, 2009.

13                                          By /s/ *Edward M. Burr*_____

14                                              Edward M. Burr

15

16

17

18

19

20

21

22

23

24

25

26

3

259538.1