LEWIS AND ROCA LLP — LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

E-Filed on 9/15/09

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                                                      Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Notice of Hearing for USACM Liquidating Trust's Motion to Authorize First Interim Distribution to Unsecured Creditors**<br><br>Date of Hearing:  October 19, 2009<br>Time of Hearing:  3:00 p.m. |

**NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust has filed a Motion to Authorize First Interim Distribution to Unsecured Creditors (the "Motion"). In summary, the USACM Trust seeks the Court's authorization to treat certain claims against USA Commercial Mortgage Company ("USACM") as Allowed or Disallowed as set forth

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

259357.1

on **Exhibit A** to the Motion, and to make an interim distribution of $20 million to creditors while reserving some of this amount to cover future distributions to those claims that are currently unresolved.

Attached to the Motion as **Exhibit A** is a schedule that provides the following information about claim(s): (1) claim number; (2) claim amount; (3) allowed amount; (4) disallowed amount; and (5) unresolved amount. The version of **Exhibit A** attached to the Motion filed with the Court is over 230 pages and it covers all affected claims (there are over 4,000). You can view it online at http://usacmcucc.bmcgroup.com/default.aspx or you can request a copy. The USACM Trust has requested that the Court approve **Exhibit A** as an accurate statement regarding the status of all unsecured claims, including your claim(s). Attached to this Notice as **Exhibit A** is the excerpt from the schedule attached to the Motion as **Exhibit A** that relates to at least one of your claim(s). If the books and records of USACM show you had more than one claim, or if you filed more than one proof of claim, you may receive separate notices for different claims. Please review the attachment.

The Trust has filed additional objections to Claims that will be set for hearing by the Court on October 5 and 19, 2009. The Trust will update **Exhibit A** after those hearings.

If you have any questions regarding **Exhibit A** or the Motion, please contact Marilyn Schoenike, Certified Legal Assistant, Lewis and Roca LLP, e-mail mschoeni@LRLaw.com, 602-262-5314; Brant Fylling, Sierra Consulting Group, e-mail bfylling@sierracgllc.com, 602-424-7009; or undersigned counsel, John Hinderaker. Please do not contact the Court.

**NOTICE IS FURTHER GIVEN** that the hearing on the Motion will be held before the Honorable Linda B. Riegle, United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada, on **October 19, 2009 at 3:00 p.m**. At the hearing, the Court may grant the Motion, thus

approving **Exhibit A** and authorizing the USACM Trust to make an interim distribution based upon it.

**NOTICE IS FURTHER GIVEN** pursuant to Local Rule 9014 that any response to the Motion must be filed by **October 9, 2009**, and a copy served on the person making the Motion. The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the Court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:

- The Court may *refuse to allow you to speak* at the scheduled hearing; and
- The Court may *rule against you* without formally calling the matter at the hearing.

Dated: September 15, 2009.

**LEWIS AND ROCA LLP**

By /s/ John Hinderaker (AZ #18024)
   Rob Charles, NV 6593
   John C. Hinderaker, AZ 18024 (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169
Telephone:  (702) 949-8320
Facsimile:   (702) 949-8321
E-mail:  RCharles@LRLaw.com
E-mail:  JHinderaker@lrlaw.com
*Attorneys for the USACM Liquidating Trust*

259357.1