**USACM**

**Exhibit A**

**FIRST OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST**
**TO DOUBLE COUNTED CLAIMS; AND CERTIFICATE OF SERVICE**
Proofs of Claim Asserting Duplicate Amounts

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| 2001 MICHAEL T MCGRATH REVOC TR DTD 12/11/01 | MICHAEL T MCGRATH TTEE 66 SCHANDA DR NEWMARKET NH 03857-2151 | 10725-02289 | 537,321.46 | 268,660.73 |
| AIG LIMITED A NEVADA LIMITED PARTNERSHIP | 9904 VILLA GRANITO LN GRANITE BAY CA 95746-6481 | 10725-01903 | 813,297.52 | 406,648.76 |
| AL-AWAR LIVING TRUST DTD 4/05/01 | ADIB M & ELLEN A AL-AWAR TTEES 1330 BURRO CT GARDNERVILLE NV 89410 | 10725-02366 | 3,615,913.62 | 1,807,956.81 |
| ALLEN M & DOROTHY H NIRENSTEIN 1992 REV TRUST | DTD 3/4/92 ALLEN & DOROTHY NIRENSTEIN TTEES 403 WOODLAND RD KENTFIELD CA 94904-2635 | 10725-02414 | 101,180.56 | 50,590.28 |
| ALLEN M & DOROTHY H NIRENSTEIN 1992 REV TRUST | DTD 3/4/92 ALLEN & DOROTHY NIRENSTEIN TTEES 403 WOODLAND RD KENTFIELD CA 94904-2635 | 10725-02413 | 204,305.56 | 102,152.78 |
| ALLEN M & DOROTHY H NIRENSTEIN 1992 REV TRUST | DTD 3/4/92 ALLEN & DOROTHY NIRENSTEIN TTEES 403 WOODLAND RD KENTFIELD CA 94904-2635 | 10725-02411 | 805,639.26 | 402,819.63 |
| ALVES  FAMILY TRUST DTD 10/27/89 | ARNOLD R & AGNES J ALVES TTEES 9904 VILLA GRANITO LN GRANITE BAY CA 95746-6481 | 10725-01904 | 303,616.62 | 151,808.31 |
| ANDERSON FMLY TRUST DTD 7/21/92 | GARY B & BARBARA L ANDERSON TTEE PO BOX 699 CARNELIAN BAY CA 96104 | 10725-02301 | 1,000,000.00 | 500,000.00 |
| ANN E BRANT SURVIVORS TRUST DTD 5/22/87 | C/O RAYMOND F BRANT TRUSTEE PO BOX 728 DIABLO CA 94528 | 10725-02066 | 202,886.16 | 101,443.08 |
| APIGIAN JT TEN, LARRY & LEONA | 172 WOODLAND RD GOLDENDALE WA 98620 | 10725-01962 | 356,300.72 | 178,150.36 |