USACM

Exhibit A
# THIRD OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST
## TO DOUBLE COUNTED CLAIMS; AND CERTIFICATE OF SERVICE
Proofs of Claim Asserting Duplicate Amounts

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| CAROL MORTENSEN FAMILY TRUST DTD 9/9/90 | C/O CAROL MORTENSEN TRUSTEE 4847 DAMON CIR SALT LAKE CITY UT 84117-5854 | 10725-02052 | 57,865.16 | 28,932.58 |
| CAROL MORTENSEN FAMILY TRUST DTD 9/9/90 | C/O CAROL MORTENSE TTEE 4847 DAMON CIR SALT LAKE CITY UT 84117 | 10725-02051 | 345,750.98 | 172,875.49 |
| CASEBOLT REVOCABLE TRUST DTD 2/30/94 | JOSEPHINE CASEBOLT TTEE 201 ADA AVE APT 46 MOUNTAIN VIEW CA 94043-4943 | 10725-02146 | 252,188.76 | 126,094.38 |
| CHARLES B DUNN IV TRUST DTD 8/12/05 | C/O CHARLES B DUNN IV TRUSTEE 17042 NORLENE WAY GRASS VALLEY CA 95949-7161 | 10725-02113 | 690,996.08 | 345,498.04 |
| CHARLES HENRY SMALL REVOCABLE LIVING TRUST | CHARLES H SMALL TTEE 12450 E 38TH PLACE YUMA AZ 85367 | 10725-01973 | 272,896.04 | 136,448.02 |
| CHARLES R & JEAN MARADEN FAM TR  DTD 12/16/03 | CHARLES & JEAN MARADEN TTEES 12585 CREEK CREST DR RENO NV 89511 | 10725-02060 | 202,622.46 | 101,311.23 |
| CIBB INC PENSION PLAN | RONALD A JOHNSON TTEE 50 SNIDER WAY SPARKS NV 89431 | 10725-02261 | 405,600.00 | 202,800.00 |
| CLARK, ROSANNE L | 2350 HIGH TERRANCE DR RENO NV 89509 | 10725-02290 | 305,494.48 | 152,747.24 |
| COLBORN REVOCABLE LIVING TRUST DTD 8/6/90 | LARRY E & LORETTA A COLBORN TTEES 1127 BROKEN WAGON TRAIL DEWEY AZ 86327 | 10725-02190 | 488,408.12 | 244,204.06 |
| COLLINS FAMILY TRUST DATED 1/29/93 | C/O SHIRLEY M COLLINS TRUSTEE 1975 SNOWBERRY CT CARLSBAD CA 92009-8408 | 10725-02038 | 1,760,380.48 | 880,190.24 |