USACM

Exhibit A

# FOURTH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST
# TO DOUBLE COUNTED CLAIMS; AND CERTIFICATE OF SERVICE

**Proofs of Claim Asserting Duplicate Amounts**

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| COOK JT TEN, ALDON G & DEEDRA | 259 HAMMOCK TERRACE VENICE, FL 34293-1012 | 10725-02173 | 285,580.12 | 142,790.06 |
| COSTA, ROSE M | 101 SAN CARLOS AVE SAUSALITO CA 94965-2018 | 10725-01103 | 100,000.00 | 50,000.00 |
| CYNTHIA G DAVIS LIVING TRUST | C/O CYNTHIA G DAVIS TRUSTEE 2465 TELLURIDE DR RENO NV 89511-9155 | 10725-01919 | 202,986.12 | 101,493.06 |
| D G MENCHETTI LTD PENSION PLAN | C/O D G MENCHETTI TRUSTEE PO BOX 7100 INCLINE VILLAGE NV 89452-7100 | 10725-02307 | 280,000.00 | 140,000.00 |
| DANIEL D NEWMAN TRUST DTD 11/1/92 | C/O DANIEL D NEWMAN TRUSTEE 125 ELYSIAN DR SEDONA AZ 86336 | 10725-02030 | 1,428,037.34 | 714,018.67 |
| DANIEL LIVING TRUST AS AMENDED DTD 1/9/98 | MARK A & CATHY A DANIEL TTEES 20 REDONDA IRVINE CA 92620-1954 | 10725-02267 | 1,119,987.66 | 559,993.83 |
| DANIEL, DEBORAH A | 249 S VISTA DEL MONTE ANAHEIM CA 92807 | 10725-02035 | 404,753.90 | 202,376.95 |
| DANIEL, GREGORY SCOTT | 20 REDONDA IRVINE CA 92620 | 10725-02164 | 101,493.04 | 50,746.52 |