USACM

Exhibit A

# FIFTH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST
## TO DOUBLE COUNTED CLAIMS; AND CERTIFICATE OF SERVICE
### Proofs of Claim Asserting Duplicate Amounts

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| DAR LIVING TRUST DTD 2/12/03 | DARLENE HAMMOND TTEE<br>308 LA RUE CT<br>LAS VEGAS NV 89145 | 10725-02045 | 329,377.00 | 164,688.50 |
| DAVID A GEAN REVOCABLE TRUST DTD 4/3/92 | C/O MARSHA KENDALL TRUSTEE<br>6615 E PACIFIC COAST HWY #260<br>LONG BEACH CA 90803-4228 | 10725-02006 | 511,785.96 | 255,892.98 |
| DAVIS FAMILY TRUST | C/O JOSEPH DAVIS & MARION SHARP CO-TRUSTEES<br>3100 ASHBY AVE<br>LAS VEGAS NV 89102-1908 | 10725-02334 | 1,500,000.00 | 750,000.00 |
| DAVIS INVESTMENTS | 20 LEROY TERRACE<br>NEW HAVEN CT 06512 | 10725-02333 | 2,000,000.00 | 1,000,000.00 |
| DAVIS IRA, JOSEPH | 3100 ASHBY AVE<br>LAS VEGAS NV 89102 | 10725-02332 | 12,000.00 | 6,000.00 |
| DAVIS YODER TRUST DTD 12/16/00 | ROBERT J YODER & NANCY R DAVIS TTEES<br>12291 PROSSER DAM RD<br>TRUCKEE CA 96161 | 10725-02084 | 1,221.64 | 610.82 |
| DAVIS, TODD | 360 W 55TH ST<br>APT 1G NEW<br>YORK NY 10019 | 10725-02330 | 1,150,000.00 | 575,000.00 |
| DENISE F FAGER REVOCABLE TRUST UAD 2/28/03 | DENISE F FAGER TTEE<br>23741 Brisbane Bay<br>Dana Point, CA 9269 | 10725-02356 | 1,327,564.06 | 663,782.03 |
| DENISE F FAGER REVOCABLE TRUST UAD 2/28/03 | DENISE F FAGER TTEE<br>23741 Brisbane Bay<br>Dana Point, CA 9269 | 10725-02355 | 1,327,564.06 | 663,782.03 |
| DERY TENANTS IN COMMON, ANN R & JAMES D | 10 LONGMEADOW LN<br>BEACHWOOD OH 44122 | 10725-02062 | 303,615.18 | 151,807.59 |