USACM

**Exhibit A**
**SIXTH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST**
**TO DOUBLE COUNTED CLAIMS; AND CERTIFICATE OF SERVICE**
**Proofs of Claim Asserting Duplicate Amounts**

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|------|---------|---------|--------------------------------------------------|----------------------------------------------------------|
| DERY, JAMES D & ANN R | HUSBAND & WIFE 10 LONGMEADOW LN BEACHWOOD OH 44122 | 10725-02063 | 2,793,347.72 | 1,396,673.86 |
| DI SALVO, ANNE F | PO BOX 18220 RENO NV 89511-0220 | 10725-00896 | 23,810.26 | 11,905.13 |
| DOBYNE IRA, LEAH K | 3416 CANTURA BLUFF AVE NORTH LAS VEGAS NV 89031-3577 | 10725-01920 | 115,700.00 | 57,850.00 |
| DOBYNE LIVING TRUST | ROBERT S & LEAH K DOBYNE TTEES 3416 CANTURA BLUFF AVE NORTH LAS VEGAS NV 89031-3577 | 10725-01921 | 474,358.44 | 237,179.22 |
| DONALD & BEVERLY W SWEZEY 2001 TRUST 2/20/01 | DONALD & BEVERLY W SWEZEY TTEE 3666 CHEROKEE DR CARSON CITY NV 89705-6813 | 10725-02295 | 100,000.00 | 50,000.00 |
| DONALD L HESS & KAY J HART JT TEN | 1818 MADERO DR THE VILLAGES FL 32159 | 10725-02093 | 101,552.76 | 50,776.38 |
| DONALD P CLARK FAMILY TRUST | DONALD P CLARK TTEE 305 W MOANA LN STE C RENO NV 89509 | 10725-02393 | 1,118,023.12 | 559,011.56 |
| DOWNEY, WILLIAM | 3637 LARCH AVE STE 3 SOUTH TAHOE CA 96150 | 10725-02368 | 800,328.86 | 400,164.43 |
| DR MELODY A PFINGSTEN & CRYSTAL WITTICH | 43613 SOUTHERLAND WAY FREMONT CA 94539-5933 | 10725-00805 | 110,887.80 | 55,443.90 |
| DUNBAR RLT DTD 11/21/98 | DONALD C & WANDA DUNBAR TTEES 18124 WEDGE PKWY #153 RENO NV 89511 | 10725-02405 | 1,459,731.24 | 729,865.62 |