USACM

Exhibit A

# SEVENTH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO DOUBLE COUNTED CLAIMS; AND CERTIFICATE OF SERVICE

Proofs of Claim Asserting Duplicate Amounts

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| EDDIE MAYO & JOCELYNE HELZER JT TEN | 115 SOUTH DEER RUN RD<br>CARSON CITY NV 89701 | 10725-02233 | 511,906.46 | 255,953.23 |
| ELAN REDDELL REVOCABLE TRUST DTD 8/4/03 | ELAN REDDELL TRUSTEE<br>6770 HAWAII KAI DR #1006<br>HONOLULU HI 96825 | 10725-02282 | 659,407.30 | 329,703.65 |
| ELEANOR L ROGERS 1991 REVOCABLE TRUST DTD 7/3/91 | C/O ELEANOR L ROGERS TTEE<br>78 SEAL ROCK DR<br>SAN FRANCISCO CA 94121 | 10725-02223 | 608,719.56 | 304,359.78 |
| ELLEN V DUSTMAN & OLIVER HENRY | 3159 6TH ST<br>BOULDER CO 80304 | 10725-02154 | 303,169.26 | 151,584.63 |
| ERIC C DISBROW MD INC PROFIT SHARING PLAN | ERIC C DISBROW TTEE<br>3840 FAIRWAY DR<br>CAMERON PARK CA 95682 | 10725-02364 | 895,134.00 | 447,567.00 |
| ERVEN J & FRANKIE J NELSON TRUST | ERVEN J & FRANKIE J NELSON TTEES<br>2136 RIVER OF FORTUNE DRIVE<br>ST GEORGE UT 84790 | 10725-02305 | 900,000.00 | 450,000.00 |
| ERVEN J NELSON LTD PSP DTD 10/31/72 | C/O ERVEN J NELSON TRUSTEE<br>2136 RIVER OF FORTUNE DRIVE<br>ST GEORGE UT 84790 | 10725-02304 | 500,000.00 | 250,000.00 |
| ESSAFF FAMILY TRUST DTD 6/18/02 | ROBERT & CINDY H ESSAFF TTEES<br>2860 HEYBOURNE RD<br>MINDEN NV 89423 | 10725-02382 | 3,198,368.02 | 1,599,184.01 |
| EUGENE H & NORMA M &STOKES TRUST DTD 5/16/84 | NORMA M KERNER TTEE<br>15758 SUNSET DR<br>POWAY CA 92064 | 10725-02287 | 101,493.04 | 50,746.52 |
| EVERETT, JOHN P | HEART CLINICS NORTHWEST<br>6002 N MAYFAIR ST 2ND FL<br>SPOKANE WA 99208 | 10725-02184 | 423,138.00 | 211,569.00 |