LEWIS
AND
ROCA
—LLP—
L A W Y E R S

E-Filed on 9/18/09

1    3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
2    Telephone (702) 949-8320

3    Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
4    Email: jhinderaker@lrlaw.com
Marvin Ruth NV State Bar No. 10979
Email: mruth@lrlaw.com

5    Attorneys for USACM Liquidating Trust

6              **UNITED STATES BANKRUPTCY COURT**

7                      **DISTRICT OF NEVADA**

| | |
|---|---|
| 8   In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR[1] |
| 9   USA COMMERCIAL MORTGAGE | Case No. BK-S-06-10727-LBR |
| COMPANY, | Case No. BK-S-06-10728-LBR[2] |
| 10 | Case No. BK-S-06-10729-LBR[3] |
| USA CAPITAL REALTY ADVISORS, | |
| 11  LLC,[1] | CHAPTER 11 |
| 12  USA CAPITAL DIVERSIFIED TRUST | Jointly Administered Under Case No. |
| DEED FUND, LLC, | BK-S-06-10725 LBR |
| 13 | |
| USA CAPITAL FIRST TRUST DEED | **NOTICE OF HEARING REGARDING** |
| 14  FUND, LLC,[2] | **SEVENTH OMNIBUS OBJECTION OF** |
| | **USACM LIQUIDATING TRUST TO** |
| 15  USA SECURITIES, LLC,[3] | **DOUBLE COUNTED CLAIMS** |
| Debtors. | |
| 16 | Date of Hearing:  October 19, 2009 |
| **Affects:** | Time of Hearing:  3:00 p.m. |
| 17  ☐ All Debtors | |
| ☒ USA Commercial Mortgage Company | |
| 18  ☐ USA Capital Realty Advisors, LLC | |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | |
| 19  ☐ USA Capital First Trust Deed Fund, LLC | |
| ☐ USA Securities, LLC | |
| 20 | |

21         The USACM Liquidating Trust believes that your claim is currently listed

22    incorrectly in the Claims Registry.  The amount listed is double the amount you included

23    in your proof of claim as your actual intended total claim.   **THUS, THE USACM**

24    _____

25    [1] This bankruptcy case was closed on September 23, 2008.

26    [2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2095709.1

**LIQUIDATING TRUST IS PRESENTLY OBJECTING <u>ONLY</u> TO THAT PORTION OF YOUR CLAIM, AS LISTED IN THE ATTACHED EXHIBIT A, THAT WAS DOUBLE COUNTED OR THAT OTHERWISE EXCEEDS THE AMOUNT OF THE CLAIM YOU FILED.**

 **<u>PLEASE DO NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF YOUR CLAIM</u>. QUESTIONS REGARDING THE AMOUNT OF A CLAIM OR THE FILING OF A CLAIM SHOULD BE DIRECTED TO BRANT FYLLING OF SIERRA CONSULTING GROUP, LLC (602) 424-7009) OR THE UNDERSIGNED COUNSEL.**

 **NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust has filed its Seventh Omnibus Objection of the USACM Liquidating Trust to Double Counted Claims (the "Objection"). Your Proof of Claim number and other information regarding your claim, including the double counted amount that is subject to the objection, is provided in **Exhibit A**, attached. The USACM Liquidating Trust has requested that this Court enter an order, pursuant to Bankruptcy Code § 502 and Bankruptcy Rule 3007, disallowing the portion of your Proof of Claim to the extent it is double counted.

 **NOTICE IS FURTHER GIVEN** that the hearing on the Objection will be held before the Honorable Linda B. Riegle, United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada, on **<u>October 19, 2009, at the hour of 3:00 p.m.</u>**

 **NOTICE IS FURTHER GIVEN THAT THE HEARING SET ON OCTOBER 19, 2009, WILL BE HELD FOR THE PURPOSE OF STATUS CHECKS AND SCHEDULING EVIDENTIARY HEARINGS ONLY. NO ARGUMENTS WILL BE HEARD ON THAT DATE.**

 **NOTICE IS FURTHER GIVEN** that any response to the Objection must be filed by **<u>October 9, 2009</u>**, pursuant to Local Rule 3007(b), which states:

2095709.1

LEWIS
AND
ROCA
—LLP—
L A W Y E R S

1
2
3

If an objection to a claim is opposed, a written response must be filed and served on the objecting party at least 5 business days before the scheduled hearing.  A response is deemed sufficient if it states that written documentation in support of the proof of claim has already been provided to the objecting party and that the documentation will be provided at any evidentiary hearing or trial on the matter.

4
5
6
7
8
9
10
11

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the Court.  You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:

- The Court may *refuse to allow you to speak* at the scheduled hearing; and

- The Court may *rule against you* and sustain the objection without formally calling the matter at the hearing.

12

Dated: September 18, 2009.

13

LEWIS AND ROCA LLP

14
15
16
17
18
19

By /s/  Marvin Ruth (#10979)
     Rob Charles, NV 6593
     John C. Hinderaker, AZ 18024 (*pro hac vice*)
     Marvin Ruth, NV 10979
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169
Telephone:  (702) 949-8320
Facsimile:   (702) 949-8398
E-mail:  mruth@lrlaw.com
*Attorneys for the USACM Liquidating Trust*

20
21

Copy of the foregoing and pertinent portion of Exhibit A mailed by first class postage prepaid U.S. Mail on September 18, 2009 to:

22

Parties listed on Exhibit A attached.

23

LEWIS AND ROCA LLP

24

25

/s/ Leilani Lista_____
     Leilani Lista

26

3

2095709.1