USACM

Exhibit A

# EIGHTH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO DOUBLE COUNTED CLAIMS; AND CERTIFICATE OF SERVICE

**Proofs of Claim Asserting Duplicate Amounts**

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| EVIE DEAN 2000 TRUST DTD 12/12/00 | C/O EVIE DEAN TRUSTEE<br>29 PHEASANT RIDGE DR<br>HENDERSON NV 89014-2110 | 10725-01206 | 65,336.72 | 32,668.36 |
| FREDA NEWMAN TRUST DTD 7/26/84 | FREDA NEWMAN TRUSTEE<br>C/O DANIEL NEWMAN<br>125 ELYSIAN DR<br>SEDONA AZ 86336 | 10725-02031 | 467,009.44 | 233,504.72 |
| FREEDA COHEN TRUST DTD 7/11/04 | FREEDA COHEN TTEE<br>C/O ROSALIND L STARK<br>10905 CLARION LN<br>LAS VEGAS NV 89134 | 10725-01995 | 101,432.76 | 50,716.38 |
| FREEDUS JT TEN, ERIC B & LINDA P | 5008 NIGHTHAWK WAY<br>OCEANSIDE CA 92056 | 10725-02404 | 608,838.00 | 304,419.00 |
| FREEDUS, MICHAEL | 2535 LAKE RD<br>DELANSON NY 12053 | 10725-02143 | 711,624.20 | 355,812.10 |
| GALE GLADSTONE-KATZ REVOCABLE TRUST | GALE GLADSTONE-KATZ TRUSTEE<br>4071 BONES ROAD<br>SEBASTOPOL CA 95472-9755 | 10725-02277 | 1,354,118.10 | 677,059.05 |
| GALLOWAY, ELLYSON J | 7440 S BLACKHAWK ST #12208<br>ENGLEWOOD CO 80112 | 10725-02310 | 183,896.00 | 91,948.00 |
| GILBERT JR, ELMER EUGENE | 81590 CHENEL RD<br>FOLSOM LA 70437-5414 | 10725-01994 | 455,240.56 | 227,620.28 |
| GILBERT MANUEL LIVING TRUST DTD 1/3/92 | C/O GILBERT MANUEL TTEE<br>4617 CONSTITUTION AVE NE<br>ALBUQUERQUE NM 87110 | 10725-01914 | 486,748.60 | 243,374.30 |