USACM

Exhibit A
# NINTH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST
## TO DOUBLE COUNTED CLAIMS; AND CERTIFICATE OF SERVICE
**Proofs of Claim Asserting Duplicate Amounts**

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| GOLD PLATED LLC | C/O DWIGHT W HAROUFF MANAGER<br>5680 RUFFIAN ST<br>LAS VEGAS NV 89149-1261 | 10725-01964 | 1,505,718.54 | 752,859.27 |
| GOODE IRA, JAMES PAUL | C/O FIRST SAVINGS BANK CUSTODIAN<br>95-977 UKUWAI STREET UNIT 3601<br>MILILANI HI 96789 | 10725-01972 | 346,669.50 | 173,334.75 |
| GOODE, JAMES PAUL | 95-977 UKUWAI STREET UNIT 3601<br>MILILANI HI 96789 | 10725-01971 | 1,417,522.98 | 708,761.49 |
| GOODWIN, MICHAEL JOHN | 555 YELLOW PINE RD<br>RENO NV 89511-3714 | 10725-02162 | 1,011,076.40 | 505,538.20 |
| GUNNING, TOBY | 7245 BROCKWAY CT<br>RENO NV 89523 | 10725-02155 | 291,199.86 | 145,599.93 |
| HAINS, KELLEY M & JAMIE K | 5349 MIRA LOMA DR<br>RENO NV 89502 | 10725-02156 | 120,000.00 | 60,000.00 |
| HANDAL, JOHN A M | 3575 SISKIYOU CT<br>HAYWARD CA 94542 | 10725-02286 | 1,422,945.46 | 711,472.73 |
| HANDAL, JOHN A M  IRA | FIRST SAVINGS BANK CUSTODIAN FOR<br>3575 SISKIYOU CT<br>HAYWARD CA 94542 | 10725-02285 | 507,345.84 | 253,672.92 |
| HAROUFF CHARITABLE REMAINDER TRUST DTD 9/5/96 | DWIGHT W & MARY ANN HAROUFF TTEES<br>5680 RUFFIAN RD<br>LAS VEGAS NV 89149 | 10725-01963 | 568,181.96 | 284,090.98 |
| HAROUFF JT TEN, DWIGHT W & MARY ANN | 5680 RUFFIAN RD<br>LAS VEGAS NV 89149 | 10725-01965 | 253,732.40 | 126,866.20 |