USACM

# Exhibit A
## Proofs of Claim Asserting Duplicate Amounts

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| 2001 MICHAEL T MCGRATH REVOC TR DTD 12/11/01 | MICHAEL T MCGRATH TTEE<br>66 SCHANDA DR<br>NEWMARKET NH 03857-2151 | 10725-02289 | 537,321.46 | 268,660.73 |
| AIG LIMITED A NEVADA LIMITED PARTNERSHIP | 9904 VILLA GRANITO LN<br>GRANITE BAY CA 95746-6481 | 10725-01903 | 813,297.52 | 406,648.76 |
| AL-AWAR LIVING TRUST DTD 4/05/01 | ADIB M & ELLEN A AL-AWAR TTEES<br>1330 BURRO CT<br>GARDNERVILLE NV 89410 | 10725-02366 | 3,615,913.62 | 1,807,956.81 |
| ALLEN M & DOROTHY H NIRENSTEIN 1992 REV TRUST | DTD 3/4/92 ALLEN & DOROTHY NIRENSTEIN TTEES<br>403 WOODLAND RD<br>KENTFIELD CA 94904-2635 | 10725-02414 | 101,180.56 | 50,590.28 |
| ALLEN M & DOROTHY H NIRENSTEIN 1992 REV TRUST | DTD 3/4/92 ALLEN & DOROTHY NIRENSTEIN TTEES<br>403 WOODLAND RD<br>KENTFIELD CA 94904-2635 | 10725-02413 | 204,305.56 | 102,152.78 |
| ALLEN M & DOROTHY H NIRENSTEIN 1992 REV TRUST | DTD 3/4/92<br>ALLEN & DOROTHY NIRENSTEIN TTEES<br>403 WOODLAND RD<br>KENTFIELD CA 94904-2635 | 10725-02411 | 805,639.26 | 402,819.63 |
| ALVES FAMILY TRUST DTD 10/27/89 | ARNOLD R & AGNES J ALVES TTEES<br>9904 VILLA GRANITO LN<br>GRANITE BAY CA 95746-6481 | 10725-01904 | 303,616.62 | 151,808.31 |
| ANDERSON FMLY TRUST DTD 7/21/92 | GARY B & BARBARA L ANDERSON TTEE<br>PO BOX 699<br>CARNELIAN BAY CA 96104 | 10725-02301 | 1,000,000.00 | 500,000.00 |
| ANN E BRANT SURVIVORS TRUST DTD 5/22/87 | C/O RAYMOND F BRANT TRUSTEE<br>PO BOX 728<br>DIABLO CA 94528 | 10725-02066 | 202,886.16 | 101,443.08 |
| APIGIAN JT TEN, LARRY & LEONA | 172 WOODLAND RD<br>GOLDENDALE WA 98620 | 10725-01962 | 356,300.72 | 178,150.36 |
| ARBOGAST, SUZANNE L | 1005 W BUFFINGLON ST<br>UPLAND CA 91784 | 10725-02130 | 459,589.58 | 229,794.79 |

USACM

Exhibit

Proofs of Claim Asserting Duplicate Amounts

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| AUDREY M WHIGHTSIL REVOCABLE LIVING TRUST | ANDREY M WHIGHTSIL TRUSTEE<br>12450 E 38TH PLACE<br>YUMA AZ 85367 | 10725-01974 | 131,502.38 | 65,751.19 |
| BARZAN FAMILY TRUST DTD 5/23/90 | JOHN C & ROSEMARIE A BARZAN TTEES<br>1409 MORADA DR<br>MODESTO CA 95350-0655 | 10725-02228 | 253,643.04 | 126,821.52 |
| BARZAN, RICHARD D & LELIA J | 7231 LANGWORTH RD<br>OAKDALE CA 95361 | 10725-02227 | 1,325,629.78 | 662,814.89 |
| BENZ FAMILY TRUST DTD 7/1/95 | BERNARD D & MARGARET W BENZ TTEES<br>1265 OLD FOOTHILL RD<br>GARDNERVILLE NV 89460 | 10725-02167 | 81,366.44 | 40,683.22 |
| BRANT TRUST DATED 12/22/92, RAYMOND F & ANN L | C/O RAYMOND F BRANT TRUSTEE<br>PO BOX 728<br>DIABLO CA 94528 | 10725-02065 | 103,124.98 | 51,562.49 |
| BRINES REVOC FAM TRUST DTD 11/5/94, MICHAEL & CIND | MICHAEL R & CINDY G BRINES TTEES<br>4935 EL SERENO AVE<br>LA CRESCENTA CA 91214-3018 | 10725-02431 | 771,119.58 | 385,559.79 |
| BRINES REVOCABLE FAMILY TRUST, MICHAEL R & CINDY G | U/A DTD 11/5/94, C/O MICHAEL R & CINDY G BRINES TT<br>4935 EL SERENO<br>LA CRESCENTA CA 91214-3018 | 10725-01918 | 771,119.58 | 385,559.79 |
| BURGARELLO INC PROFIT SHARING PLAN | RONALD A JOHNSON TTEE<br>50 SNIDER WAY<br>SPARKS NV 89431-6308 | 10725-02263 | 405,600.00 | 202,800.00 |
| CALLAHAN & MARADON JT TENENTS, VALERIE & CHARLES | 12585 CREEK CREST DR<br>RENO NV 89511 | 10725-02061 | 589,738.84 | 294,869.42 |
| CAROL MORTENSEN FAMILY TRUST DTD 9/9/90 | C/O CAROL MORTENSEN TRUSTEE<br>4847 DAMON CIR<br>SALT LAKE CITY UT 84117-5854 | 10725-02052 | 57,865.16 | 28,932.58 |
| CAROL MORTENSEN FAMILY TRUST DTD 9/9/90 | C/O CAROL MORTENSE TTEE<br>4847 DAMON CIR<br>SALT LAKE CITY UT 84117 | 10725-02051 | 345,750.98 | 172,875.49 |
| CASEBOLT REVOCABLE TRUST DTD 2/30/94 | JOSEPHINE CASEBOLT TTEE<br>201 ADA AVE APT 46<br>MOUNTAIN VIEW CA 94043-4943 | 10725-02146 | 252,188.76 | 126,094.38 |

**USACM**

**Exhibit**
**Proofs of Claim Asserting Duplicate Amounts**

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| CHARLES B DUNN IV TRUST DTD 8/12/05 | C/O CHARLES B DUNN IV TRUSTEE 17042 NORLENE WAY GRASS VALLEY CA 95949-7161 | 10725-02113 | 690,996.08 | 345,498.04 |
| CHARLES HENRY SMALL REVOCABLE LIVING TRUST | CHARLES H SMALL TTEE 12450 E 38TH PLACE YUMA AZ 85367 | 10725-01973 | 272,896.04 | 136,448.02 |
| CHARLES R & JEAN MARADEN FAM TR DTD 12/16/03 | CHARLES & JEAN MARADEN TTEES 12585 CREEK CREST DR RENO NV 89511 | 10725-02060 | 202,622.46 | 101,311.23 |
| CIBB INC PENSION PLAN | RONALD A JOHNSON TTEE 50 SNIDER WAY SPARKS NV 89431 | 10725-02261 | 405,600.00 | 202,800.00 |
| CLARK, ROSANNE L | 2350 HIGH TERRANCE DR RENO NV 89509 | 10725-02290 | 305,494.48 | 152,747.24 |
| COLBORN REVOCABLE LIVING TRUST DTD 8/6/90 | LARRY E & LORETTA A COLBORN TTEES 1127 BROKEN WAGON TRAIL DEWEY AZ 86327 | 10725-02190 | 488,408.12 | 244,204.06 |
| COLLINS FAMILY TRUST DATED 1/29/93 | C/O SHIRLEY M COLLINS TRUSTEE 1975 SNOWBERRY CT CARLSBAD CA 92009-8408 | 10725-02038 | 1,760,380.48 | 880,190.24 |
| COOK JT TEN, ALDON G & DEEDRA | 259 HAMMOCK TERRACE VENICE, FL 34293-1012 | 10725-02173 | 285,580.12 | 142,790.06 |
| COSTA, ROSE M | 101 SAN CARLOS AVE SAUSALITO CA 94965-2018 | 10725-01103 | 100,000.00 | 50,000.00 |
| CYNTHIA G DAVIS LIVING TRUST | C/O CYNTHIA G DAVIS TRUSTEE 2465 TELLURIDE DR RENO NV 89511-9155 | 10725-01919 | 202,986.12 | 101,493.06 |
| D G MENCHETTI LTD PENSION PLAN | C/O D G MENCHETTI TRUSTEE PO BOX 7100 INCLINE VILLAGE NV 89452-7100 | 10725-02307 | 280,000.00 | 140,000.00 |
| DANIEL D NEWMAN TRUST DTD 11/1/92 | C/O DANIEL D NEWMAN TRUSTEE 125 ELYSIAN DR SEDONA AZ 86336 | 10725-02030 | 1,428,037.34 | 714,018.67 |
| DANIEL LIVING TRUST AS AMENDED DTD 1/9/98 | MARK A & CATHY A DANIEL TTEES 20 REDONDA IRVINE CA 92620-1954 | 10725-02267 | 1,119,987.66 | 559,993.83 |

USACM

Exhibit

Proofs of Claim Asserting Duplicate Amounts

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| DANIEL, DEBORAH A | 249 S VISTA DEL MONTE<br>ANAHEIM CA 92807 | 10725-02035 | 404,753.90 | 202,376.95 |
| DANIEL, GREGORY SCOTT | 20 REDONDA<br>IRVINE CA 92620 | 10725-02164 | 101,493.04 | 50,746.52 |
| DAR LIVING TRUST DTD 2/12/03 | DARLENE HAMMOND TTEE<br>308 LA RUE CT<br>LAS VEGAS NV 89145 | 10725-02045 | 329,377.00 | 164,688.50 |
| DAVID A GEAN REVOCABLE TRUST DTD 4/3/92 | C/O MARSHA KENDALL TRUSTEE<br>6615 E PACIFIC COAST HWY #260<br>LONG BEACH CA 90803-4228 | 10725-02006 | 511,785.96 | 255,892.98 |
| DAVIS FAMILY TRUST | C/O JOSEPH DAVIS & MARION SHARP CO-TRUSTEES<br>3100 ASHBY AVE<br>LAS VEGAS NV 89102-1908 | 10725-02334 | 1,500,000.00 | 750,000.00 |
| DAVIS INVESTMENTS | 20 LEROY TERRACE<br>NEW HAVEN CT 06512 | 10725-02333 | 2,000,000.00 | 1,000,000.00 |
| DAVIS IRA, JOSEPH | 3100 ASHBY AVE<br>LAS VEGAS NV 89102 | 10725-02332 | 12,000.00 | 6,000.00 |
| DAVIS YODER TRUST DTD 12/16/00 | ROBERT J YODER & NANCY R DAVIS TTEES<br>12291 PROSSER DAM RD<br>TRUCKEE CA 96161 | 10725-02084 | 1,221.64 | 610.82 |
| DAVIS, TODD | 360 W 55TH ST<br>APT 1G NEW<br>YORK NY 10019 | 10725-02330 | 1,150,000.00 | 575,000.00 |
| DENISE F FAGER REVOCABLE TRUST UAD 2/28/03 | DENISE F FAGER TTEE<br>23741 Brisbane Bay<br>Dana Point, CA 9269 | 10725-02356 | 1,327,564.06 | 663,782.03 |
| DENISE F FAGER REVOCABLE TRUST UAD 2/28/03 | DENISE F FAGER TTEE<br>23741 Brisbane Bay<br>Dana Point, CA 9269 | 10725-02355 | 1,327,564.06 | 663,782.03 |
| DERY TENANTS IN COMMON, ANN R & JAMES D | 10 LONGMEADOW LN<br>BEACHWOOD OH 44122 | 10725-02062 | 303,615.18 | 151,807.59 |
| DERY, JAMES D & ANN R | HUSBAND & WIFE<br>10 LONGMEADOW LN<br>BEACHWOOD OH 44122 | 10725-02063 | 2,793,347.72 | 1,396,673.86 |
| DI SALVO, ANNE F | PO BOX 18220<br>RENO NV 89511-0220 | 10725-00896 | 23,810.26 | 11,905.13 |

USACM

Exhibit
Proofs of Claim Asserting Duplicate Amounts

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| DOBYNE IRA, LEAH K | 3416 CANTURA BLUFF AVE<br>NORTH LAS VEGAS NV 89031-3577 | 10725-01920 | 115,700.00 | 57,850.00 |
| DOBYNE LIVING TRUST | ROBERT S & LEAH K DOBYNE TTEES<br>3416 CANTURA BLUFF AVE<br>NORTH LAS VEGAS NV 89031-3577 | 10725-01921 | 474,358.44 | 237,179.22 |
| DONALD & BEVERLY W SWEZEY 2001 TRUST 2/20/01 | DONALD & BEVERLY W SWEZEY TTEE<br>3666 CHEROKEE DR<br>CARSON CITY NV 89705-6813 | 10725-02295 | 100,000.00 | 50,000.00 |
| DONALD L HESS & KAY J HART JT TEN | 1818 MADERO DR<br>THE VILLAGES FL 32159 | 10725-02093 | 101,552.76 | 50,776.38 |
| DONALD P CLARK FAMILY TRUST | DONALD P CLARK TTEE<br>305 W MOANA LN STE C<br>RENO NV 89509 | 10725-02393 | 1,118,023.12 | 559,011.56 |
| DOWNEY, WILLIAM | 3637 LARCH AVE<br>STE 3<br>SOUTH TAHOE CA 96150 | 10725-02368 | 800,328.86 | 400,164.43 |
| DR MELODY A PFINGSTEN & CRYSTAL WITTICH | 43613 SOUTHERLAND WAY<br>FREMONT CA 94539-5933 | 10725-00805 | 110,887.80 | 55,443.90 |
| DUNBAR RLT DTD 11/21/98 | DONALD C & WANDA DUNBAR TTEES<br>18124 WEDGE PKWY #153<br>RENO NV 89511 | 10725-02405 | 1,459,731.24 | 729,865.62 |
| EDDIE MAYO & JOCELYNE HELZER JT TEN | 115 SOUTH DEER RUN RD<br>CARSON CITY NV 89701 | 10725-02233 | 511,906.46 | 255,953.23 |
| ELAN REDDELL REVOCABLE TRUST DTD 8/4/03 | ELAN REDDELL TRUSTEE<br>6770 HAWAII KAI DR #1006<br>HONOLULU HI 96825 | 10725-02282 | 659,407.30 | 329,703.65 |
| ELEANOR L ROGERS 1991 REVOCABLE TRUST DTD 7/3/91 | C/O ELEANOR L ROGERS TTEE<br>78 SEAL ROCK DR<br>SAN FRANCISCO CA 94121 | 10725-02223 | 608,719.56 | 304,359.78 |
| ELLEN V DUSTMAN & OLIVER HENRY | 3159 6TH ST<br>BOULDER CO 80304 | 10725-02154 | 303,169.26 | 151,584.63 |
| ERIC C DISBROW MD INC PROFIT SHARING PLAN | ERIC C DISBROW TTEE<br>3840 FAIRWAY DR<br>CAMERON PARK CA 95682 | 10725-02364 | 895,134.00 | 447,567.00 |

USACM

Exhibit

Proofs of Claim Asserting Duplicate Amounts

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| ERVEN J & FRANKIE J NELSON TRUST | ERVEN J & FRANKIE J NELSON TTEES<br>2136 RIVER OF FORTUNE DRIVE<br>ST GEORGE UT 84790 | 10725-02305 | 900,000.00 | 450,000.00 |
| ERVEN J NELSON LTD PSP DTD 10/31/72 | C/O ERVEN J NELSON TRUSTEE<br>2136 RIVER OF FORTUNE DRIVE<br>ST GEORGE UT 84790 | 10725-02304 | 500,000.00 | 250,000.00 |
| ESSAFF FAMILY TRUST DTD 6/18/02 | ROBERT & CINDY H ESSAFF TTEES<br>2860 HEYBOURNE RD<br>MINDEN NV 89423 | 10725-02382 | 3,198,368.02 | 1,599,184.01 |
| EUGENE H & NORMA M &STOKES TRUST DTD 5/16/84 | NORMA M KERNER TTEE<br>15758 SUNSET DR<br>POWAY CA 92064 | 10725-02287 | 101,493.04 | 50,746.52 |
| EVERETT, JOHN P | HEART CLINICS NORTHWEST<br>6002 N MAYFAIR ST 2ND FL<br>SPOKANE WA 99208 | 10725-02184 | 423,138.00 | 211,569.00 |
| EVIE DEAN 2000 TRUST DTD 12/12/00 | C/O EVIE DEAN TRUSTEE<br>29 PHEASANT RIDGE DR<br>HENDERSON NV 89014-2110 | 10725-01206 | 65,336.72 | 32,668.36 |
| FREDA NEWMAN TRUST DTD 7/26/84 | FREDA NEWMAN TRUSTEE<br>C/O DANIEL NEWMAN<br>125 ELYSIAN DR<br>SEDONA AZ 86336 | 10725-02031 | 467,009.44 | 233,504.72 |
| FREEDA COHEN TRUST DTD 7/11/04 | FREEDA COHEN TTEE<br>C/O ROSALIND L STARK<br>10905 CLARION LN<br>LAS VEGAS NV 89134 | 10725-01995 | 101,432.76 | 50,716.38 |
| FREEDUS JT TEN, ERIC B & LINDA P | 5008 NIGHTHAWK WAY<br>OCEANSIDE CA 92056 | 10725-02404 | 608,838.00 | 304,419.00 |
| FREEDUS, MICHAEL | 2535 LAKE RD<br>DELANSON NY 12053 | 10725-02143 | 711,624.20 | 355,812.10 |
| GALE GLADSTONE-KATZ REVOCABLE TRUST | GALE GLADSTONE-KATZ TRUSTEE<br>4071 BONES ROAD<br>SEBASTOPOL CA 95472-9755 | 10725-02277 | 1,354,118.10 | 677,059.05 |
| GALLOWAY, ELLYSON J | 7440 S BLACKHAWK ST #12208<br>ENGLEWOOD CO 80112 | 10725-02310 | 183,896.00 | 91,948.00 |
| GILBERT JR, ELMER EUGENE | 81590 CHENEL RD<br>FOLSOM LA 70437-5414 | 10725-01994 | 455,240.56 | 227,620.28 |

USACM

Exhibit
Proofs of Claim Asserting Duplicate Amounts

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| GILBERT MANUEL LIVING TRUST DTD 1/3/92 | C/O GILBERT MANUEL TTEE<br>4617 CONSTITUTION AVE NE<br>ALBUQUERQUE NM 87110 | 10725-01914 | 486,748.60 | 243,374.30 |
| GOLD PLATED LLC | C/O DWIGHT W HAROUFF MANAGER<br>5680 RUFFIAN ST<br>LAS VEGAS NV 89149-1261 | 10725-01964 | 1,505,718.54 | 752,859.27 |
| GOODE IRA, JAMES PAUL | C/O FIRST SAVINGS BANK CUSTODIAN<br>95-977 UKUWAI STREET UNIT 3601<br>MILILANI HI 96789 | 10725-01972 | 346,669.50 | 173,334.75 |
| GOODE, JAMES PAUL | 95-977 UKUWAI STREET<br>UNIT 3601<br>MILILANI HI 96789 | 10725-01971 | 1,417,522.98 | 708,761.49 |
| GOODWIN, MICHAEL JOHN | 555 YELLOW PINE RD<br>RENO NV 89511-3714 | 10725-02162 | 1,011,076.40 | 505,538.20 |
| GUNNING, TOBY | 7245 BROCKWAY CT<br>RENO NV 89523 | 10725-02155 | 291,199.86 | 145,599.93 |
| HAINS, KELLEY M & JAMIE K | 5349 MIRA LOMA DR<br>RENO NV 89502 | 10725-02156 | 120,000.00 | 60,000.00 |
| HANDAL, JOHN A M | 3575 SISKIYOU CT<br>HAYWARD CA 94542 | 10725-02286 | 1,422,945.46 | 711,472.73 |
| HANDAL, JOHN A M IRA | FIRST SAVINGS BANK CUSTODIAN FOR<br>3575 SISKIYOU CT<br>HAYWARD CA 94542 | 10725-02285 | 507,345.84 | 253,672.92 |
| HAROUFF CHARITABLE REMAINDER TRUST DTD 9/5/96 | DWIGHT W & MARY ANN HAROUFF TTEES<br>5680 RUFFIAN RD<br>LAS VEGAS NV 89149 | 10725-01963 | 568,181.96 | 284,090.98 |
| HAROUFF JT TEN, DWIGHT W & MARY ANN | 5680 RUFFIAN RD<br>LAS VEGAS NV 89149 | 10725-01965 | 253,732.40 | 126,866.20 |
| HARRINGTON, SUZE | 2131 CONNOR PARK CV<br>SALT LAKE CITY UT 84109-2468 | 10725-02058 | 609,068.50 | 304,534.25 |

**USACM**

**Exhibit**
**Proofs of Claim Asserting Duplicate Amounts**

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| HARRISON FAMILY TRUST DTD 7/27/99 | THOMAS B & MARGUERITE F HARRISON TTEES<br>930 DORCEY DR<br>INCLINE VILLAGE NV 89451 | 10725-02003 | 614,350.36 | 307,175.18 |
| HART, KAY J | 455 MAGNOLIA AVE<br>FAIRHOPE AL 36532 | 10725-02049 | 606,211.16 | 303,105.58 |
| HAUSLER JR LIVING TRUSR DTD 1/3/92, EDWIN L | C/O EDWIN L HAUSLER TTEE<br>4617 CONSTITUTION AVE NE<br>ALBUQUERQUE NM 87110 | 10725-01915 | 486,748.60 | 243,374.30 |
| HELMS HOMES LLC | TERRY HELMS<br>809 UPLAND BLVD<br>LAS VEGAS NV 89107-3719 | 10725-02292 | 12,697,934.44 | 6,348,967.22 |
| HERD FAMILY TRUST DTD 4/23/99 | C/O ALLEN & MARILYN HERD TTEES<br>598 ALAWA PL ANGELS<br>CAMP CA 95222-9768 | 10725-02042 | 606,089.02 | 303,044.51 |
| HERTZ, MURRAY | 2013 GROUSE ST<br>LAS VEGAS NV 89134 | 10725-02362 | 100,000.00 | 50,000.00 |
| HESS JT TEN, CHRISTINA L & DONALD L | 1818 MADERO DR<br>THE VILLAGES FL 32159 | 10725-02091 | 50,197.26 | 25,098.63 |
| HESS, DONALD L | 1818 MADERO DR<br>THE VILLAGES FL 32159 | 10725-02092 | 101,472.60 | 50,736.30 |
| HIGH, EDWARD O | 1413 PELICAN BAY TRAIL<br>WINTER PARK FL 32792 | 10725-02048 | 403,994.76 | 201,997.38 |
| HUFFMAN FAMILY TRUST DATED 5/28/98 | HILARY A & CYNTHIA L HUFFMAN TTEES<br>140 GAZELLE RD<br>RENO NV 89511 | 10725-02122 | 202,832.46 | 101,416.23 |
| INGMAN, MARC M | 1923 LA MESA DR<br>SANTA MONICA CA 90402-2322 | 10725-01911 | 507,500.00 | 253,750.00 |
| JACK D LA FLESCH IRA | FIRST SAVINGS BANK CUSTODIAN<br>6559 Water Crossing Ave<br>LAS VEGAS NV 89131<br><br>LA FLESCH, JACK D.<br>FIRST SAVINGS BANK, CUSTODIAN<br>8414 W FARM ROAD, #180-255<br>LAS VEGAS NV 89131 | 10725-02350 | 100,564.04 | 50,282.02 |

USACM

Exhibit

Proofs of Claim Asserting Duplicate Amounts

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| JACK R CLARK & LINDA C REID JT TEN | 9900 WILBUR MAY PKWY #4701 RENO NV 89521-3089 | 10725-02059 | 1,782,032.06 | 891,016.03 |
| JAMES H LIDSTER FAMILY TRUST DATD 1/20/92 | JAMES H & PHYLLUS M LIDSTER TTEES 2958 San Mateo Drive Minden, NV 89423-7815 | 10725-02256 | 1,204,192.58 | 602,096.29 |
| JANET P JOHNSON LIVING TRUST DATED 7/14/04 | JANET P & CHARLES E JOHNSON TTEES 17 FRONT ST PALM COAST FL 32137 | 10725-02117 | 936,603.82 | 468,301.91 |
| JANICE A LUCAS IRA | 1310 SECRET LAKE LOOP LINCOLN CA 95648-8412 | 10725-02359 | 152,121.34 | 76,060.67 |
| JANIS LIVING TRUST DTD 2/3/99, JANICE | C/O JANICE JANIS TTEE 406 PEARL ST BOULDER CO 80302-4931 | 10725-02099 | 405,912.48 | 202,956.24 |
| JEAN G RICHARDS TRUST DTD 9/30/99 | JEAN G RICHARDS TTEE 1160 MAGNOLIA LN LINCOLN CA 95648 | 10725-02401 | 313,192.06 | 156,596.03 |
| JEAN H MURRAY SEPARATE PROPERTY TR DTD 9/12/02 | C/O JEAN H MURRAY TRUSTEE 865 COLOMA DR CARSON CITY NV 89705-7204 | 10725-02034 | 200,016.26 | 100,008.13 |
| JILLIAN CAMPBELL & PATSY RIEER JT TEN | 2024 DOUGLAS RD STOCKTON CA 95207 | 10725-02212 | 78,592.12 | 39,296.06 |
| JOCELYNE HELZER IRA, FIRST SAVINGS BANK C/F | 115 SOUTH DEER RUN RD CARSON CITY NV 89701 | 10725-02230 | 36,538.00 | 18,269.00 |
| JOHN J & DIANE M MAGUIRE LIVING TRUST DTD 8/4/00 | JOHN J & DIANE M MAGUIRE TTEES 5590 SAN PALAZZO CT LAS VEGAS NV 89141-3913 | 10725-02375 | 202,500.38 | 101,250.19 |
| JOHN L WADE TRUST DTD 5/8/01 | C/O JOHN L WADE TRUSTEE 881 LAKE COUNTRY DR INCLINE VILLAGE NV 89451-9042 | 10725-02327 | 1,500,000.00 | 750,000.00 |
| JOHNSON JT TEN, CHARLES E & JANET P | 17 FRONT ST PALM COAST FL 32137 | 10725-02118 | 203,105.54 | 101,552.77 |
| JOHNSON, PHYLLIS | C/O RON JOHNSON PO BOX 27 RENO NV 89504 | 10725-02127 | 202,800.00 | 101,400.00 |

USACM

Exhibit

Proofs of Claim Asserting Duplicate Amounts

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| JOHNSON, PHYLLIS | C/O RON JOHNSON<br>PO BOX 27<br>RENO NV 89504 | 10725-02262 | 202,800.00 | 101,400.00 |
| JOHNSON, RONALD A & MARILYN | 50 SNIDER WAY<br>SPARKS NV 89431-6308 | 10725-02126 | 304,200.00 | 152,100.00 |
| JOHNSTON TRUST DTD 9/7/85 | RODNEY L & DIANE E JOHNSTON TTEES<br>4326 ARCADIAN DR<br>CASTRO VALLEY CA 94546 | 10725-02354 | 102,082.96 | 51,041.48 |
| JOY INVESTMENT INC A NEVADA CORPORATION | 8080 HARBORVIEW RD<br>BLAINE WA 98230<br><br>JOY INVESTMENT, INC.<br>5280 S EASTERN AVE., SUITE D-3<br>LAS VEGAS NV 89119 | 10725-02124 | 1,818,940.00 | 909,470.00 |
| KASSU LLC PSP DTD 1/1/05 | C/O KATHLEEN A BOYCE TRUSTEE<br>3270 Piazzo Circle<br>RENO, NV 89502 | 10725-02337 | 1,398.16 | 699.08 |
| KERNER REVOCABLE TRUST DTD 3/16/81 | MELVIN W KERNER TTEE<br>15758 SUNSET DR<br>POWAY CA 92064 | 10725-02288 | 101,493.04 | 50,746.52 |
| KIVEN, NORMAN | ANDREW J ABRAMS ESQ<br>SUGAR FRIEDBERG & FELSENTHAL LLP<br>30 N LASALLE ST,<br>CHICAGO IL 60602 | 10725-01478 | 96,496.00 | 48,248.00 |
| KLAY LIVING TRUST DTD 7/11/90 | OTHMAR & CHRISTINE KLAY TTEES<br>5530 LAUSANNE DR<br>RENO NV 89511 | 10725-02177 | 708,473.90 | 354,236.95 |
| KM FINANCIALS LLC | 4847 DAMON CIR<br>SALT LAKE CITY UT 84117-5854 | 10725-02053 | 101,767.12 | 50,883.56 |
| KM GROUP A NEVADA GENERAL PARTNERSHIP | AIME KEARNS<br>5886 N BONITA VISTA ST<br>LAS VEGAS NV 89149 | 10725-01999 | 304,359.34 | 152,179.67 |
| KM TRUST | C/O AIMEE E KEARNS TRUSTEE<br>5886 N BONITA VISTA ST<br>LAS VEGAS NV 89149-3911 | 10725-01997 | 1,535,080.92 | 767,540.46 |

**USACM**

**Exhibit**

**Proofs of Claim Asserting Duplicate Amounts**

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| KOERWITZ FAMILY TRUST DTD 5/13/03 | KENNETH & JAN CASE KOERWITZ TTEES<br>44 WINFIELD LN<br>WALNUT CREEK CA 94595 | 10725-02046 | 1,528,005.76 | 764,002.88 |
| L EARLE ROMAK IRA | FIRST SAVINGS BANK CUSTODIAN<br>L EARLE ROMAK IRA<br>PO BOX 6185<br>INCLINE VILLAGE NV 89450 | 10725-02326 | 2,000,000.00 | 1,000,000.00 |
| LAFAYETTE, JOSEPH B & CATHERINE D | 9030 JUNIPERO AVE<br>ATASCADERO CA 93422 | 10725-02189 | 410,371.74 | 205,185.87 |
| LAWRENCE H & LORRAINE K TENGAN REVOCABLE TRUST | LAWRENCE H & LORRAINE K TENGAN<br>504 EDGEFIELD RIDGE PL<br>HENDERSON NV 89012-4543 | 10725-02174 | 506,524.90 | 253,262.45 |
| LEE, EMILY | 2223 25TH AVE<br>SAN FRANCISCO CA 94116 | 10725-02388 | 101,432.76 | 50,716.38 |
| LEER, HANS | 2024 GENTRY LN<br>CARSON CITY NV 89701 | 10725-00167 | 59,104.72 | 29,552.36 |
| LINDA S REED IRA | FIRST SAVINGS BANK CUSTODIAN FOR<br>259 OVERLOOK DR<br>CADIZ KY 42211 | 10725-02358 | 156,207.34 | 78,103.67 |
| LINDSEY H KESLER FAM REVOCABLE TR DTD 10/15/80 | MILDRED KESLER TTEE<br>4847 DAMON CIR<br>SALT LAKE CITY UT 84117 | 10725-02054 | 353,992.56 | 176,996.28 |
| LINDSEY H KESLER FAM REVOCABLE TR DTD 10/15/80 | C/O MILDRED P KESLER TRUSTEE<br>4847 DAMON CIR<br>SALT LAKE CITY UT 84117-5854 | 10725-02056 | 196.04 | 98.02 |
| LOUIS H & SHIRLEY M TURNER FAM TRST DTD 9/19/97 | LOUIS H & SHIRLEY M TURNER TTEES<br>9558 MAMMOTH CT<br>RENO NV 89521 | 10725-02219 | 304,359.74 | 152,179.87 |
| LOUISE ALPORT KOLBERG REVOCABLE TRUST | LOUISE KOLBERG TRUSTEE<br>5914 ONONDAGA RD<br>BETHESDA MD 20816 | 10725-02185 | 100,756.00 | 50,378.00 |
| LOUISE TEETER IRA ROLLOVER | 4201 VIA MARINA<br>STE 300<br>MARINA DEL REY CA 90292-5237 | 10725-02273 | 898,523.18 | 449,261.59 |

USACM

Exhibit

Proofs of Claim Asserting Duplicate Amounts

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| LYNDA L PINNELL LIVING TRUST DTD 7/24/00 | LYNDA L PINNELL TTEE<br>9915 SADDLEBACK DR<br>LAKESIDE CA 92040 | 10725-02214 | 649,047.68 | 324,523.84 |
| MANTAS, LEO G | 7440 S BLACKHAWK ST<br>#12208<br>ENGLEWOOD CO 80112-4355 | 10725-02308 | 329,116.00 | 164,558.00 |
| MARILYN JOHNSON LIVING TRUST DTD 10/5/99 | MARILYN JOHNSON TRUSTEE<br>1010 LARUE AVE<br>RENO NV 89509 | 10725-02125 | 202,800.00 | 101,400.00 |
| MARION C SHARP IRA | 20 LEROY TERRACE<br>NEW HAVEN CT 06512-3114 | 10725-02328 | 450,000.00 | 225,000.00 |
| MARION C SHARP TRUST | C/O MARION C SHARP TRUSTEE<br>20 LEROY TER<br>NEW HAVEN CT 06512-3114 | 10725-02329 | 15,000.00 | 7,500.00 |
| MARKWELL, MONIQUE | 100 NORTH ARLINGTON AVE<br>#9H<br>RENO NV 89501 | 10725-01968 | 202,384.90 | 101,192.45 |
| MARRS IRA, BOBBIE | 5753 BEDROCK SPRINGS AVE<br>LAS VEGAS NV 89131-3933 | 10725-00445 | 126,278.90 | 63,139.45 |
| MARSHAL BRECHT TRUST DTD 2/5/86 | MARSHALL J & JANET L BRECHT TRUSTEES<br>640 COLONIAL CIR<br>FULLERTON CA 92835 | 10725-02178 | 3,418,022.00 | 1,709,011.00 |
| MENCHETTI, D G | PO BOX 7100<br>INCLINE VILLAGE NV 89452-7100 | 10725-02306 | 1,800,000.00 | 900,000.00 |
| MICHAEL REED IRA | FIRST SAVINGS BANK CUSTODIAN<br>MICHAEL REED<br>259 OVERLOOK DR<br>CADIZ KY 42211 | 10725-02357 | 101,493.04 | 50,746.52 |
| MICHAEL S FREEDUS DDS PC DEFINED BENEFIT PENSION P | 2535 LAKE RD<br>DELANSON NY 12053 | 10725-02144 | 502,741.84 | 251,370.92 |
| MILLER TRUST DATED 8/13/87 | GARY I & BARBARA MILLER TTEES<br>2832 TILDEN AVE<br>LOS ANGELES CA 90064 | 10725-02037 | 1,111,366.00 | 555,683.00 |
| MINTER FAMILY 1994 TRUST | DOUGLAS & ELIZABETH F MINTER TTEES<br>5389 CONTE DR<br>CARSON CITY NV 89701 | 10725-02383 | 1,244,089.74 | 622,044.87 |

USACM

Exhibit

Proofs of Claim Asserting Duplicate Amounts

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| MOORE, ERNEST J | 2028 I ST<br>SPARKS NV 89431 | 10725-02007 | 203,044.14 | 101,522.07 |
| MOORE, PATRICK | C/O MUKS REALTY LLC<br>77-251 IROQUOIS DR<br>INDIAN WELLS CA 92210 | 10725-02153 | 608,516.68 | 304,258.34 |
| MOORE, RAYMOND C & ROSE | 902 UNIVERSITY RIDGE DR<br>RENO NV 89512 | 10725-02345 | 80,955.52 | 40,477.76 |
| MURPHY, ELIZABETH R | PAYABLE ON DEATH TO MELISSA B MURPHY<br>320 HIDDEN TRAILS RD<br>ESCONDIDO CA 92027 | 10725-02041 | 50,197.26 | 25,098.63 |
| MURRAY TRUST | C/O AIMEE E KEARNS TRUSTEE<br>5886 N BONITA VISTA ST<br>LAS VEGAS NV 89149-3911 | 10725-01998 | 729,435.88 | 364,717.94 |
| NANCY N LAFLEUR TRANSFER ON DEATH TO | STEPHEN M & JAMES R LAFLEUR<br>9508 GRENVILLE AVE<br>LAS VEGAS NV 89134 | 10725-02302 | 230,000.00 | 115,000.00 |
| NANCY R DAVIS DEFINED BENEFIT PLAN | C/O NANCY R DAVIS TRUSTEE<br>12291 PROSSER DAM RD<br>TRUCKEE CA 96161 | 10725-02085 | 279,063.50 | 139,531.75 |
| NANCY R GILMOUR IRA | C/O FIRST SAVINGS BANK CUSTODIAN<br>PO BOX 1241<br>CAMANO ISLAND WA 98292-1241 | 10725-01925 | 406,008.22 | 203,004.11 |
| NANCY R GILMOUR IRA | FIRST SAVINGS BANK CUSTODIAN FOR<br>PO BOX 1241<br>CAMANO ISLAND WA 98292-1241 | 10725-02380 | 406,008.22 | 203,004.11 |
| NAYLON, DOMINIQUE | PO BOX 2<br>TOPAZ CA 96133 | 10725-02044 | 1,168,297.62 | 584,148.81 |
| NEAL, RONALD DOUGLAS | 22853 BOXWOOD LN<br>SANTA CLARITA CA 91390-4155 | 10725-02170 | 282,277.38 | 141,138.69 |
| NEVINS JT TEN, RICHARD & MICHELE | 1547 BOB GOALBY LN<br>EL PASO TX 79935 | 10725-02026 | 2,798,759.62 | 1,399,379.81 |
| NEWMAN FAMILY TRUST DTD 9/20/97 | LARRY J & ELSIE D NEWMAN TTEES<br>1775 AUTUMN VALLEY WAY<br>RENO NV 89523 | 10725-02150 | 1,000,238.46 | 500,119.23 |

USACM

Exhibit

Proofs of Claim Asserting Duplicate Amounts

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| NORMA LAMB-GROVES TRUST DTD 2/18/03 | NORMA LAMB-GROVES TRUSTEE<br>1355 PLAYER CIR<br>ST GEORGE UT 84790 | 10725-02365 | 202,986.10 | 101,493.05 |
| NOXON FAMILY TRUST | C/O ARTHUR G & JOAN NOXON TTEES<br>2657 WINDMILL PKWY #197<br>HENDERSON NV 89074-3384 | 10725-00972 | 70,853.66 | 35,426.83 |
| O`RIORDAN, JOHN E & SONHILD A | 2745 HARTWICK PINES DR<br>HENDERSON NV 89052-7002 | 10725-01923 | 3,476,504.52 | 1,738,252.26 |
| OGREN, WILLIAM W & BETTY R | 22102 SHANNON DELL DR<br>AUDUBON PA 19403 | 10725-02161 | 202,926.38 | 101,463.19 |
| OLGA O`BUCH TRUST DTD 5/28/98 | OLGA O`BUCH TTEE<br>140 GAZELLE RD<br>RENO NV 89511 | 10725-02121 | 507,403.52 | 253,701.76 |
| OOSTHUIZEN, ADRIAN JR | 5860 LAUSANNE DR<br>RENO NV 89511 | 10725-01865 | 2,711,295.30 | 1,355,647.65 |
| OSHEROW TRUST DTD 9/11/89 | AARON OSHEROW TRUSTEE<br>8025 MARYLAND AVENUE<br>APT 9-D<br>ST LOUIS MO 63105 | 10725-01959 | 1,088,466.02 | 544,233.01 |
| OSTER, PAUL | PO BOX 2618<br>MAMMOTH LAKES CA 93546 | 10725-02082 | 308,164.00 | 154,082.00 |
| PAUL L GARCELL & PAMELA HERTZ REV FAMILY TRUST | PAUL L GARCELL TRUSTEE<br>2013 GROUSE ST<br>LAS VEGAS NV 89134 | 10725-02361 | 100,000.00 | 50,000.00 |
| PEELE BYPASS TRUST DTD 2/10/87 | JENNEFER PEELE TTEE<br>2581 RAMPART TER<br>RENO NV 89519 | 10725-02253 | 101,493.04 | 50,746.52 |
| PEELE SPOUSAL TRUST DTD 2/10/87 | JENNEFER C PEELE TTEE<br>2581 RAMPART TER<br>RENO NV 89519 | 10725-02254 | 507,424.02 | 253,712.01 |
| PINNELL IRA, LYNDA L | 9915 SADDLEBACK DR<br>LAKESIDE CA 92040 | 10725-02213 | 128,729.46 | 64,364.73 |
| PINSKER, DONALD H | 8650 W VERDE WAY<br>LAS VEGAS NV 89149-4145 | 10725-02423 | 1,633,057.16 | 816,528.58 |
| RAGGI, DENNIS | PO BOX 10475<br>ZEPHYR COVE NV 89448 | 10725-02226 | 4,884,068.70 | 2,442,034.35 |

USACM

Exhibit
Proofs of Claim Asserting Duplicate Amounts

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| RAMSEY, AARON S & LARA | 7713 N 41ST ST<br>NIWOT CO 80503 | 10725-02152 | 76,518.00 | 38,259.00 |
| REBECCA A ROGERS TRUST DTD 9/18/96 | REBECCA A ROGERS TRUSTEE<br>2309 SIERRA HEIGHTS DR<br>LAS VEGAS NV 89134 | 10725-01910 | 548,885.18 | 274,442.59 |
| RENO AERONAUTICAL CORP DEFINED BENEFIT PLAN | C/O RICHARD R TRACY TRUSTEE<br>PO BOX 1404<br>CARSON CITY NV 89702-1404 | 10725-02283 | 456,722.24 | 228,361.12 |
| RGF REVOCABLE TRUST | ROBERT G FULLER TTEE<br>5172 ENGLISH DAISY WAY<br>LAS VEGAS NV 89142 | 10725-02097 | 487,047.24 | 243,523.62 |
| RICHARD M RAKER LIVING TRUST DTD 3/18/98 | RICHARD M RAKER TTEE<br>PMB 274 969 EDGEWATER BLVD<br>FOSTER CITY, CA 94405 | 10725-02188 | 524,840.30 | 262,420.15 |
| RICHARD W GILMOUR IRA | C/O FIRST SAVINGS BANK CUSTODIAN<br>PO BOX 1241<br>CAMANO ISLAND WA 98292-1241 | 10725-01864 | 321,394.52 | 160,697.26 |
| ROACH, BLAIR E & BARBARA K | PO BOX 1238<br>ZEPHYR COVE NV 89448-1238 | 10725-02294 | 200,000.00 | 100,000.00 |
| ROBERT G FULLER IRA | FIRST SAVINGS BANK CUSTODIAN<br>5172 ENGLISH DAISY WAY<br>LAS VEGAS NV 89142 | 10725-02166 | 216,544.66 | 108,272.33 |
| ROBERT L OGREN TRUST DTD 6/30/92 | ROBERT L OGREN TTEE<br>3768 RICK STRATTON DR<br>LAS VEGAS NV 89120 | 10725-02001 | 324,491.12 | 162,245.56 |
| ROBERT L OGREN TRUST DTD 6/30/92 | ROBERT L ORGREN TTEE<br>3768 RICK STRATTON DR<br>LAS VEGAS NV 89120 | 10725-02000 | 1,827,483.14 | 913,741.57 |
| ROBERT W ULM LIVING TRUST DTD 4/11/05 | ROBERT W ULM TTEE<br>414 MORNING GLORY RD<br>ST MARYS GA 31558 | 10725-02088 | 1,376,330.00 | 688,165.00 |
| ROBERT WILLIAM ULM IRA | PENSCO TRUST COMPANY CUSTODIAN<br>414 MORNING GLORY RD<br>ST MARYS GA 31558 | 10725-02090 | 1,415,506.00 | 707,753.00 |
| ROGERS, JAMES WILLIAM | 78 SEAL ROCK DR<br>SAN FRANCISCO CA 94121 | 10725-02220 | 613,040.12 | 306,520.06 |

USACM

Exhibit
Proofs of Claim Asserting Duplicate Amounts

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| ROISENTUL FAMILY TRUST | SAUL & ILENE ROISENTUL TRUSTEES 74075 KOKOPELLI CIR PALM DESERT CA 92211-2075 | 10725-02281 | 840,536.32 | 420,268.16 |
| ROMONOSKI, MAURY | 4429 PEACEFUL MORNING LN LAS VEGAS NV 89129 | 10725-02331 | 250,000.00 | 125,000.00 |
| RUTH ZIMMERMAN & MOSHE KIRSH JTWROS | 15721 MILBANK ST ENCINO CA 91436 | 10725-02033 | 244,311.94 | 122,155.97 |
| SALVO, ANNE F DI | PO BOX 18220 RENO NV 89511-0270 | 10725-02043 | 24,064.98 | 12,032.49 |
| SANCHEZ IRA, RANDY | 5713 N WHITE SANDS RD RENO NV 89511 | 10725-02217 | 694,063.90 | 347,031.95 |
| SANCHEZ LIVING TRUST DTD 10/13/03 | RANDY M & SHARON SANCHEZ TTEES 5713 N WHITE SANDS RD RENO NV 89511 | 10725-02218 | 554,132.98 | 277,066.49 |
| SCHNITZER LIVING TRUST DTD 10/24/91 | ARTHUR F & LINN S SCHNITZER TTEES 20155 NE 38TH CT, #1604 AVENTURA FL 33180 | 10725-02149 | 3,549,806.80 | 1,774,903.40 |
| SCHOONOVER FAMILY TRUST DATED 2/23/04 | EDWARD L & SUSAN A SCHOONOVER CO-TTEES 11044 E. NOPAL AVE MESA AZ 85209 | 10725-02135 | 269,449.00 | 134,724.50 |
| SECURE RETIREMENT TRUST B | C/O LEONA APIGIAN TRUSTEE 172 WOODLAND RD GOLDENDALE WA 98620-2613 | 10725-01961 | 101,493.04 | 50,746.52 |
| SHARP JT TEN, CHRIS & TERRI | 29276 WHITEGATE LN HIGHLAND CA 92346 | 10725-02303 | 200,000.00 | 100,000.00 |
| SHELDON & MARION G PORTMAN TRUST DTD 11/1/85 | SHELDON & MARION G PORTMAN TTEES 9505 CITY HILL CT LAS VEGAS NV 89134-1171 | 10725-01912 | 2,721,699.28 | 1,360,849.64 |
| SIMMONS HWJTWROS, ALAN R & JUDITH B | PO BOX 13296 SOUTH LAKE TAHOE CA 96151-3296 | 10725-02175 | 1,186,288.22 | 593,144.11 |
| SIMON TTEES OF SIMON FAMILY TR 2000, ALAN & CAROL | 1800 WALDMAN AVE LAS VEGAS NV 89102-2437 | 10725-01909 | 202,866.68 | 101,433.34 |

USACM

Exhibit
Proofs of Claim Asserting Duplicate Amounts

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| SKIP & MARY HAROUFF TRUST DTD 12/5/95 | MARY ANN & DWIGHT W HAROUFF TTEES<br>5680 RUFFIAN RD<br>LAS VEGAS NV 89149 | 10725-01966 | 626,556.78 | 313,278.39 |
| SMALL FAMILY TRUST | RICHARD & JACQUELIND SMALL TTEES<br>4801 CALLE SANTA CRUZE<br>PRESCOTT VALLEY AZ 86314 | 10725-01955 | 703,134.00 | 351,567.00 |
| SOUZA JT TEN, DAVID A & ELIZABETH M | 542 SOCORRO CT<br>RENO NV 89511 | 10725-01960 | 1,031,654.42 | 515,827.21 |
| STARK FAMILY TRUST DTD 4/2/84 | ROLAIND L STARK TTEE<br>10905 CLARION LN<br>LAS VEGAS NV 89134 | 10725-01996 | 198,268.14 | 99,134.07 |
| STOEBLING FAMILY TRUST | C/O DAVID STOEBLING TRUSTEE<br>3568 E RUSSELL RD STE D<br>LAS VEGAS NV 89120-2234 | 10725-00945 | 100,000.00 | 50,000.00 |
| STOEBLING FAMILY TRUST | C/O DAVIDSTOEBLING TRUSTEE<br>3568 E RUSEELL RD STE D<br>LAS VEGAS NV 89120-2234 | 10725-01068 | 200,000.00 | 100,000.00 |
| T-2 ENTERPRISES LLC | MANAGER WARREN W TRIPP<br>250 GREG ST<br>SPARKS NV 89431 | 10725-02106 | 811,713.52 | 405,856.76 |
| T-3 ENTERPRISES LLC | MANAGER WARREN W TRIPP<br>250 GREG ST<br>SPARKS NV 89431 | 10725-02107 | 608,440.76 | 304,220.38 |
| TDS REVOCABLE FAMILY TRUST DTD 9/29/98 | T DWIGHT & BONNIE J SPER TTEES<br>1005 CYPRESS RIDGE LN<br>LAS VEGAS NV 89144-1425 | 10725-02191 | 1,778,674.00 | 889,337.00 |
| TEETER, LOUISE & NORMAN | 4201 VIA MARINA, STE 300<br>MARINA DEL REY CA 90292 | 10725-02274 | 123,219.22 | 61,609.61 |
| TEETER, NORMAN | 4201 VIA MARINA #300<br>MARINA DEL REY CA 90292 | 10725-02275 | 599,327.28 | 299,663.64 |
| TEETER, ROBERT G | 4201 VIA MARINA, STE 300<br>MARINA DEL REY CA 90292 | 10725-02276 | 134,369.22 | 67,184.61 |
| TERRY MARKWELL PROFIT SHARING PLAN & TRUST | TERRY MARKWELL TTEE<br>12765 SILVER WOLF RD<br>RENO NV 89511 | 10725-01969 | 807,706.42 | 403,853.21 |

USACM

Exhibit
Proofs of Claim Asserting Duplicate Amounts

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| TERRY R HELMS LIVING TRUST DTD 11/11/94 | TERRY HELMS 809 UPLAND BLVD LAS VEGAS NV 89107-3719 | 10725-02291 | 11,155,754.80 | 5,577,877.40 |
| THOMPSON, GREGORY R | 1005 W BUFFINGTON ST UPLAND CA 91784 | 10725-02132 | 101,413.70 | 50,706.85 |
| THOMPSON, WILMA JEAN | 12 BREWSTER WAY REDLANDS CA 92373 | 10725-02133 | 200,536.74 | 100,268.37 |
| THRELFALL, RONDA L | 240 LILAC DR EL CAJON CA 92921-4034 | 10725-02211 | 405,613.88 | 202,806.94 |
| TIKI INVESTMENT ENTERPRISES LP | 2578 HIGHMORE AVE HENDERSON NV 89052 | 10725-02428 | 2,400,256.00 | 1,200,128.00 |
| TOPP, GERRY | PO BOX 3008 GRASS VALLEY CA 95945 | 10725-02416 | 521,406.20 | 260,703.10 |
| TRACY, RICHARD R & URSULA | PO BOX 1404 CARSON CITY NV 89702-1404 | 10725-02284 | 304,400.00 | 152,200.00 |
| TRIPP ENTERPRISES INC A NEVADA CORP | WARREN W TRIPP 250 GREG ST SPARKS NV 89431 | 10725-02103 | 980,535.84 | 490,267.92 |
| TRIPP ENTERPRISES INC RESTATED PROFIT SHARING PLAN | WARREN W TRIPP TTEE 250 GREG ST SPARKS NV 89431 | 10725-02105 | 875,670.12 | 437,835.06 |
| TRIPP FAMILY TRUST | WALTER C TRIPP TTEE 5590 BRIARHILLS LN RENO NV 89502 | 10725-02269 | 12,508.62 | 6,254.31 |
| TRIPP, WALTER C | 5590 BRIARHILLS LN RENO NV 89502 | 10725-02268 | 101,433.34 | 50,716.67 |
| TRIPP, WARREN W | 250 GREG ST SPARKS NV 89431 | 10725-02104 | 1,183,402.50 | 591,701.25 |
| UNIVERSAL MANAGEMENT INC A NEVADA CORP | 8080 HARBORVIEW RD BLAINE WA 98230 | 10725-02123 | 1,438,118.00 | 719,059.00 |
| WAHL JT TEN WROS, DAVID C & MARGARET A | PO BOX 8012 MAMMOTH LAKES CA 93546 | 10725-02314 | 402,299.84 | 201,149.92 |
| WAHL, DAVID C | PO BOX 8012 MAMMOTH LAKES CA 93546 | 10725-02315 | 144,224.96 | 72,112.48 |
| WEIBLE 1981 TRUST DTD 6/30/81 | ARDIS & DEAN F WEIBLE CO TTEES 6314 TARA AVE LAS VEGAS NV 89146 | 10725-02402 | 315,193.10 | 157,596.55 |

USACM

Exhibit

Proofs of Claim Asserting Duplicate Amounts

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| WEIBLE 1981 TRUST DTD 6/30/81 | DEAN F & ARDIS WEIBLE CO TTEES<br>6314 TARA AVE<br>LAS VEGAS NV 89146 | 10725-02403 | 555,676.78 | 277,838.39 |
| WESTBROOK, CONNIE | 14320 GHOST RIDER DR<br>RENO NV 89511 | 10725-01922 | 296,907.84 | 148,453.92 |
| WHAT`S ON LIMITED PARTNERSHIP | 2013 GROUSE ST<br>LAS VEGAS NV 89134 | 10725-02360 | 200,000.00 | 100,000.00 |
| WHITMAN TRUST DTD 12/01/04 | C/O H DANIEL WHITMAN TTEE<br>PO BOX 10200<br>ZEPHYR COVE NV 89448-2200 | 10725-02367 | 406,413.64 | 203,206.82 |
| WINKLER FAMILY TRUST DTD 3/13/86 | CARMEL WINKLER TTEES<br>10000 ROSSBURY PL<br>LOS ANGELES CA 90064 | 10725-02280 | 260,430.44 | 130,215.22 |
| WINKLER FAMILY TRUST DTD 3/13/86 | CARMEL & RUDOLF<br>WINKLER TRUSTEE<br>10000 ROSSBURY PL<br>LOS ANGELES CA 90064 | 10725-02279 | 1,210,635.98 | 605,317.99 |
| WINKLER IRA, RUDOLF | 10000 ROSSBURY PL<br>LOS ANGELES CA 90064-4826 | 10725-02278 | 651,800.22 | 325,900.11 |
| WISCH, CRAIG | 210 ANDREW AVE<br>NAUGATUCK CT 06770 | 10725-02180 | 317,369.28 | 158,684.64 |
| WORLD LINKS GROUP LLC | c/o Leo G Mantas<br>7440 S BLACKHAWK ST. #12208<br>ENGLEWOOD CO 80112 | 10725-02309 | 396,000.00 | 198,000.00 |
| YODER DEFINED BENEFIT PLAN, ROBERT J | ROBERT J YODER TRUSTEE<br>12291 PROSSER DAM RD<br>TRUCKEE CA 96161 | 10725-02083 | 177,487.64 | 88,743.82 |
| YOUNG, JUDY S | 13825 VIRGINIA FOOTHILLS DR<br>RENO NV 89521-7394 | 10725-02324 | 203,105.54 | 101,552.77 |
| ZAPPULLA, JOSEPH G & CAROL A | 3128 E. BLUE SAGE COURT<br>GILBERT, AZ 85297 | 10725-02040 | 1,409,625.48 | 704,812.74 |
| ZAWACKI A CALIFORNIA LLC | PO BOX 5156<br>BEAR VALLEY CA 95223-5156 | 10725-02299 | 3,000,000.00 | 1,500,000.00 |
| ZERBO, ANTHONY J | 780 SARATOGA AVE<br>APT S-107<br>SAN JOSE CA 95129 | 10725-01952 | 1,757,710.50 | 878,855.25 |

**USACM**

**Exhibit**
**Proofs of Claim Asserting Duplicate Amounts**

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| ZERBO, MARSHALL R | 250 W EL CAMINO REAL APT 5100 SUNNYVALE CA 94087 | 10725-02028 | 301,259.30 | 150,629.65 |
| CANGELOSI, DONNA & ARNER, BRANDON | 5860 LAUSANNE DR RENO NV 89511 | 10725-01717-2 | 203,887.68 | 101,943.84 |
| DONNA M CANGELOSI FAMILY TRUST | 5860 LAUSANNE DR RENO NV 89511 | 10725-01716-2 | 1,537,121.72 | 768,560.86 |
| HALVORSON, JOANNE | 3716 N NORMANDIE SPOKANE WA 99205 | 10725-02551 | 44,964.02 | 22,482.01 |
| LUONGO HW JT TEN, JOHN M & GLORIA | 965 LEAH CIRCLE RENO NV 89511 | 10725-01992 | 306,747.34 | 153,373.67 |
| MARKWELL FAMILY TRUST | 12765 SILVER WOLF RD RENO NV 89511 | 10725-01967 | 710,494.00 | 355,247.26 |
| | | **Totals** | **188,839,412.44** | **94,419,706.48** |



2095435.2