USACM

Exhibit A
# TENTH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST
# TO DOUBLE COUNTED CLAIMS; AND CERTIFICATE OF SERVICE
**Proofs of Claim Asserting Duplicate Amounts**

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| HARRINGTON, SUZE | 2131 CONNOR PARK CV<br>SALT LAKE CITY UT 84109-2468 | 10725-02058 | 609,068.50 | 304,534.25 |
| HARRISON FAMILY TRUST DTD 7/27/99 | THOMAS B & MARGUERITE F HARRISON TTEES<br>930 DORCEY DR<br>INCLINE VILLAGE NV 89451 | 10725-02003 | 614,350.36 | 307,175.18 |
| HART, KAY J | 455 MAGNOLIA AVE<br>FAIRHOPE AL 36532 | 10725-02049 | 606,211.16 | 303,105.58 |
| HAUSLER JR LIVING TRUSR DTD 1/3/92, EDWIN L | C/O EDWIN L HAUSLER TTEE<br>4617 CONSTITUTION AVE NE<br>ALBUQUERQUE NM 87110 | 10725-01915 | 486,748.60 | 243,374.30 |
| HELMS HOMES LLC | TERRY HELMS<br>809 UPLAND BLVD<br>LAS VEGAS NV 89107-3719 | 10725-02292 | 12,697,934.44 | 6,348,967.22 |
| HERD FAMILY TRUST DTD 4/23/99 | C/O ALLEN & MARILYN HERD TTEES<br>598 ALAWA PL ANGELS<br>CAMP CA 95222-9768 | 10725-02042 | 606,089.02 | 303,044.51 |
| HERTZ, MURRAY | 2013 GROUSE ST<br>LAS VEGAS NV 89134 | 10725-02362 | 100,000.00 | 50,000.00 |
| HESS JT TEN, CHRISTINA L & DONALD L | 1818 MADERO DR<br>THE VILLAGES FL 32159 | 10725-02091 | 50,197.26 | 25,098.63 |
| HESS, DONALD L | 1818 MADERO DR<br>THE VILLAGES FL 32159 | 10725-02092 | 101,472.60 | 50,736.30 |
| HIGH, EDWARD O | 1413 PELICAN BAY TRAIL<br>WINTER PARK FL 32792 | 10725-02048 | 403,994.76 | 201,997.38 |