USACM

Exhibit A
# ELEVENTH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO DOUBLE COUNTED CLAIMS; AND CERTIFICATE OF SERVICE
**Proofs of Claim Asserting Duplicate Amounts**

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| HUFFMAN FAMILY TRUST DATED 5/28/98 | HILARY A & CYNTHIA L HUFFMAN TTEES<br>140 GAZELLE RD<br>RENO NV 89511 | 10725-02122 | 202,832.46 | 101,416.23 |
| INGMAN, MARC M | 1923 LA MESA DR<br>SANTA MONICA CA 90402-2322 | 10725-01911 | 507,500.00 | 253,750.00 |
| JACK D LA FLESCH IRA | FIRST SAVINGS BANK CUSTODIAN<br>6559 Water Crossing Ave<br>LAS VEGAS NV 89131<br><br>LA FLESCH, JACK D.<br>FIRST SAVINGS BANK, CUSTODIAN<br>8414 W FARM ROAD, #180-255<br>LAS VEGAS NV 89131 | 10725-02350 | 100,564.04 | 50,282.02 |
| JACK R CLARK & LINDA C REID JT TEN | 9900 WILBUR MAY PKWY #4701<br>RENO NV 89521-3089 | 10725-02059 | 1,782,032.06 | 891,016.03 |
| JAMES H LIDSTER FAMILY TRUST DATD 1/20/92 | JAMES H & PHYLLUS M LIDSTER TTEES<br>2958 San Mateo Drive<br>Minden, NV 89423-7815 | 10725-02256 | 1,204,192.58 | 602,096.29 |
| JANET P JOHNSON LIVING TRUST DATED 7/14/04 | JANET P & CHARLES E JOHNSON TTEES<br>17 FRONT ST<br>PALM COAST FL 32137 | 10725-02117 | 936,603.82 | 468,301.91 |
| JANICE A LUCAS IRA | 1310 SECRET LAKE LOOP<br>LINCOLN CA 95648-8412 | 10725-02359 | 152,121.34 | 76,060.67 |
| JANIS LIVING TRUST DTD 2/3/99, JANICE | C/O JANICE JANIS TTEE<br>406 PEARL ST<br>BOULDER CO 80302-4931 | 10725-02099 | 405,912.48 | 202,956.24 |
| JEAN G RICHARDS TRUST DTD 9/30/99 | JEAN G RICHARDS TTEE<br>1160 MAGNOLIA LN<br>LINCOLN CA 95648 | 10725-02401 | 313,192.06 | 156,596.03 |
| JEAN H MURRAY SEPARATE PROPERTY TR DTD 9/12/02 | C/O JEAN H MURRAY TRUSTEE<br>865 COLOMA DR<br>CARSON CITY NV 89705-7204 | 10725-02034 | 200,016.26 | 100,008.13 |