USACM

Exhibit A
# TWELFTH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST
## TO DOUBLE COUNTED CLAIMS; AND CERTIFICATE OF SERVICE
**Proofs of Claim Asserting Duplicate Amounts**

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| JILLIAN CAMPBELL & PATSY RIEER JT TEN | 2024 DOUGLAS RD STOCKTON CA 95207 | 10725-02212 | 78,592.12 | 39,296.06 |
| JOCELYNE HELZER IRA, FIRST SAVINGS BANK C/F | 115 SOUTH DEER RUN RD CARSON CITY NV 89701 | 10725-02230 | 36,538.00 | 18,269.00 |
| JOHN J & DIANE M MAGUIRE LIVING TRUST DTD 8/4/00 | JOHN J & DIANE M MAGUIRE TTEES 5590 SAN PALAZZO CT LAS VEGAS NV 89141-3913 | 10725-02375 | 202,500.38 | 101,250.19 |
| JOHN L WADE TRUST DTD 5/8/01 | C/O JOHN L WADE TRUSTEE 881 LAKE COUNTRY DR INCLINE VILLAGE NV 89451-9042 | 10725-02327 | 1,500,000.00 | 750,000.00 |
| JOHNSON JT TEN, CHARLES E & JANET P | 17 FRONT ST PALM COAST FL 32137 | 10725-02118 | 203,105.54 | 101,552.77 |
| JOHNSON, PHYLLIS | C/O RON JOHNSON PO BOX 27 RENO NV 89504 | 10725-02127 | 202,800.00 | 101,400.00 |
| JOHNSON, PHYLLIS | C/O RON JOHNSON PO BOX 27 RENO NV 89504 | 10725-02262 | 202,800.00 | 101,400.00 |
| JOHNSON, RONALD A & MARILYN | 50 SNIDER WAY SPARKS NV 89431-6308 | 10725-02126 | 304,200.00 | 152,100.00 |
| JOHNSTON TRUST DTD 9/7/85 | RODNEY L & DIANE E JOHNSTON TTEES 4326 ARCADIAN DR CASTRO VALLEY CA 94546 | 10725-02354 | 102,082.96 | 51,041.48 |
| JOY INVESTMENT INC A NEVADA CORPORATION | 8080 HARBORVIEW RD BLAINE WA 98230<br><br>JOY INVESTMENT, INC. 5280 S EASTERN AVE., SUITE D-3 LAS VEGAS NV 89119 | 10725-02124 | 1,818,940.00 | 909,470.00 |
| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |