USACM

**Exhibit to**
**THIRTEENTH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST**
**TO DOUBLE COUNTED CLAIMS; AND CERTIFICATE OF SERVICE**
Proofs of Claim Asserting Duplicate Amounts

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| KASSU LLC PSP DTD 1/1/05 | C/O KATHLEEN A BOYCE TRUSTEE 3270 Piazzo Circle RENO, NV 89502 | 10725-02337 | 1,398.16 | 699.08 |
| KERNER REVOCABLE TRUST DTD 3/16/81 | MELVIN W KERNER TTEE 15758 SUNSET DR POWAY CA 92064 | 10725-02288 | 101,493.04 | 50,746.52 |
| KIVEN, NORMAN | ANDREW J ABRAMS ESQ SUGAR FRIEDBERG & FELSENTHAL LLP 30 N LASALLE ST, CHICAGO IL 60602 | 10725-01478 | 96,496.00 | 48,248.00 |
| KLAY LIVING TRUST DTD 7/11/90 | OTHMAR & CHRISTINE KLAY TTEES 5530 LAUSANNE DR RENO NV 89511 | 10725-02177 | 708,473.90 | 354,236.95 |
| KM FINANCIALS LLC | 4847 DAMON CIR SALT LAKE CITY UT 84117-5854 | 10725-02053 | 101,767.12 | 50,883.56 |
| KM GROUP A NEVADA GENERAL PARTNERSHIP | AIME KEARNS 5886 N BONITA VISTA ST LAS VEGAS NV 89149 | 10725-01999 | 304,359.34 | 152,179.67 |
| KM TRUST | C/O AIMEE E KEARNS TRUSTEE 5886 N BONITA VISTA ST LAS VEGAS NV 89149-3911 | 10725-01997 | 1,535,080.92 | 767,540.46 |
| KOERWITZ FAMILY TRUST DTD 5/13/03 | KENNETH & JAN CASE KOERWITZ TTEES 44 WINFIELD LN WALNUT CREEK CA 94595 | 10725-02046 | 1,528,005.76 | 764,002.88 |
| L EARLE ROMAK IRA | FIRST SAVINGS BANK CUSTODIAN L EARLE ROMAK IRA PO BOX 6185 INCLINE VILLAGE NV 89450 | 10725-02326 | 2,000,000.00 | 1,000,000.00 |
| LAFAYETTE, JOSEPH B & CATHERINE D | 9030 JUNIPERO AVE ATASCADERO CA 93422 | 10725-02189 | 410,371.74 | 205,185.87 |