USACM

Exhibit A

# FOURTEENTH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO DOUBLE COUNTED CLAIMS; AND CERTIFICATE OF SERVICE

### Proofs of Claim Asserting Duplicate Amounts

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| LAWRENCE H & LORRAINE K TENGAN REVOCABLE TRUST | LAWRENCE H & LORRAINE K TENGAN<br>504 EDGEFIELD RIDGE PL<br>HENDERSON NV 89012-4543 | 10725-02174 | 506,524.90 | 253,262.45 |
| LEE, EMILY | 2223 25TH AVE<br>SAN FRANCISCO CA 94116 | 10725-02388 | 101,432.76 | 50,716.38 |
| LEER, HANS | 2024 GENTRY LN<br>CARSON CITY NV 89701 | 10725-00167 | 59,104.72 | 29,552.36 |
| LINDA S REED IRA | FIRST SAVINGS BANK CUSTODIAN FOR<br>259 OVERLOOK DR<br>CADIZ KY 42211 | 10725-02358 | 156,207.34 | 78,103.67 |
| LINDSEY H KESLER FAM REVOCABLE TR DTD 10/15/80 | MILDRED KESLER TTEE<br>4847 DAMON CIR<br>SALT LAKE CITY UT 84117 | 10725-02054 | 353,992.56 | 176,996.28 |
| LINDSEY H KESLER FAM REVOCABLE TR DTD 10/15/80 | C/O MILDRED P KESLER TRUSTEE<br>4847 DAMON CIR<br>SALT LAKE CITY UT 84117-5854 | 10725-02056 | 196.04 | 98.02 |
| LOUIS H & SHIRLEY M TURNER FAM TRST DTD 9/19/97 | LOUIS H & SHIRLEY M TURNER TTEES<br>9558 MAMMOTH CT<br>RENO NV 89521 | 10725-02219 | 304,359.74 | 152,179.87 |
| LOUISE ALPORT KOLBERG REVOCABLE TRUST | LOUISE KOLBERG TRUSTEE<br>5914 ONONDAGA RD<br>BETHESDA MD 20816 | 10725-02185 | 100,756.00 | 50,378.00 |
| LOUISE TEETER IRA ROLLOVER | 4201 VIA MARINA<br>STE 300<br>MARINA DEL REY CA 90292-5237 | 10725-02273 | 898,523.18 | 449,261.59 |
| LYNDA L PINNELL LIVING TRUST DTD 7/24/00 | LYNDA L PINNELL TTEE<br>9915 SADDLEBACK DR<br>LAKESIDE CA 92040 | 10725-02214 | 649,047.68 | 324,523.84 |