USACM

Exhibit A

**FIFTEENTH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST
TO DOUBLE COUNTED CLAIMS; AND CERTIFICATE OF SERVICE**

Proofs of Claim Asserting Duplicate Amounts

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---:|---:|
| MANTAS, LEO G | 7440 S BLACKHAWK ST #12208 ENGLEWOOD CO 80112-4355 | 10725-02308 | 329,116.00 | 164,558.00 |
| MARILYN JOHNSON LIVING TRUST DTD 10/5/99 | MARILYN JOHNSON TRUSTEE 1010 LARUE AVE RENO NV 89509 | 10725-02125 | 202,800.00 | 101,400.00 |
| MARION C SHARP IRA | 20 LEROY TERRACE NEW HAVEN CT 06512-3114 | 10725-02328 | 450,000.00 | 225,000.00 |
| MARION C SHARP TRUST | C/O MARION C SHARP TRUSTEE 20 LEROY TER NEW HAVEN CT 06512-3114 | 10725-02329 | 15,000.00 | 7,500.00 |
| MARKWELL, MONIQUE | 100 NORTH ARLINGTON AVE #9H RENO NV 89501 | 10725-01968 | 202,384.90 | 101,192.45 |
| MARRS IRA, BOBBIE | 5753 BEDROCK SPRINGS AVE LAS VEGAS NV 89131-3933 | 10725-00445 | 126,278.90 | 63,139.45 |
| MARSHAL BRECHT TRUST DTD 2/5/86 | MARSHALL J & JANET L BRECHT TRUSTEES 640 COLONIAL CIR FULLERTON CA 92835 | 10725-02178 | 3,418,022.00 | 1,709,011.00 |
| MENCHETTI, D G | PO BOX 7100 INCLINE VILLAGE NV 89452-7100 | 10725-02306 | 1,800,000.00 | 900,000.00 |
| MICHAEL REED IRA | FIRST SAVINGS BANK CUSTODIAN MICHAEL REED 259 OVERLOOK DR CADIZ KY 42211 | 10725-02357 | 101,493.04 | 50,746.52 |
| MICHAEL S FREEDUS DDS PC DEFINED BENEFIT PENSION P | 2535 LAKE RD DELANSON NY 12053 | 10725-02144 | 502,741.84 | 251,370.92 |