USACM

**Exhibit A**
**SIXTEENTH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST**
**TO DOUBLE COUNTED CLAIMS; AND CERTIFICATE OF SERVICE**
Proofs of Claim Asserting Duplicate Amounts

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| MILLER TRUST DATED 8/13/87 | GARY I & BARBARA MILLER TTEES<br>2832 TILDEN AVE<br>LOS ANGELES CA 90064 | 10725-02037 | 1,111,366.00 | 555,683.00 |
| MINTER FAMILY 1994 TRUST | DOUGLAS & ELIZABETH F MINTER TTEES<br>5389 CONTE DR<br>CARSON CITY NV 89701 | 10725-02383 | 1,244,089.74 | 622,044.87 |
| MOORE, ERNEST J | 2028 I ST<br>SPARKS NV 89431 | 10725-02007 | 203,044.14 | 101,522.07 |
| MOORE, PATRICK | C/O MUKS REALTY LLC<br>77-251 IROQUOIS DR<br>INDIAN WELLS CA 92210 | 10725-02153 | 608,516.68 | 304,258.34 |
| MOORE, RAYMOND C & ROSE | 902 UNIVERSITY RIDGE DR<br>RENO NV 89512 | 10725-02345 | 80,955.52 | 40,477.76 |
| MURPHY, ELIZABETH R | PAYABLE ON DEATH TO MELISSA B MURPHY<br>320 HIDDEN TRAILS RD<br>ESCONDIDO CA 92027 | 10725-02041 | 50,197.26 | 25,098.63 |
| MURRAY TRUST | C/O AIMEE E KEARNS TRUSTEE<br>5886 N BONITA VISTA ST<br>LAS VEGAS NV 89149-3911 | 10725-01998 | 729,435.88 | 364,717.94 |
| NANCY N LAFLEUR TRANSFER ON DEATH TO | STEPHEN M & JAMES R LAFLEUR<br>9508 GRENVILLE AVE<br>LAS VEGAS NV 89134 | 10725-02302 | 230,000.00 | 115,000.00 |
| NANCY R DAVIS DEFINED BENEFIT PLAN | C/O NANCY R DAVIS TRUSTEE<br>12291 PROSSER DAM RD<br>TRUCKEE CA 96161 | 10725-02085 | 279,063.50 | 139,531.75 |
| NANCY R GILMOUR IRA | C/O FIRST SAVINGS BANK CUSTODIAN<br>PO BOX 1241<br>CAMANO ISLAND WA 98292-1241 | 10725-01925 | 406,008.22 | 203,004.11 |