USACM                                Exhibit A
**SEVENTEENTH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST**
**TO DOUBLE COUNTED CLAIMS; AND CERTIFICATE OF SERVICE**
**Proofs of Claim Asserting Duplicate Amounts**

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|------|---------|---------|--------------------------------------------------|----------------------------------------------------------|
| NANCY R GILMOUR IRA | FIRST SAVINGS BANK CUSTODIAN FOR PO BOX 1241 CAMANO ISLAND WA 98292-1241 | 10725-02380 | 406,008.22 | 203,004.11 |
| NAYLON, DOMINIQUE | PO BOX 2 TOPAZ CA 96133 | 10725-02044 | 1,168,297.62 | 584,148.81 |
| NEAL, RONALD DOUGLAS | 22853 BOXWOOD LN SANTA CLARITA CA 91390-4155 | 10725-02170 | 282,277.38 | 141,138.69 |
| NEVINS JT TEN, RICHARD & MICHELE | 1547 BOB GOALBY LN EL PASO TX 79935 | 10725-02026 | 2,798,759.62 | 1,399,379.81 |
| NEWMAN FAMILY TRUST DTD 9/20/97 | LARRY J & ELSIE D NEWMAN TTEES 1775 AUTUMN VALLEY WAY RENO NV 89523 | 10725-02150 | 1,000,238.46 | 500,119.23 |
| NORMA LAMB-GROVES TRUST DTD 2/18/03 | NORMA LAMB-GROVES TRUSTEE 1355 PLAYER CIR ST GEORGE UT 84790 | 10725-02365 | 202,986.10 | 101,493.05 |
| NOXON FAMILY TRUST | C/O ARTHUR G & JOAN NOXON TTEES 2657 WINDMILL PKWY #197 HENDERSON NV 89074-3384 | 10725-00972 | 70,853.66 | 35,426.83 |
| O`RIORDAN, JOHN E & SONHILD A | 2745 HARTWICK PINES DR HENDERSON NV 89052-7002 | 10725-01923 | 3,476,504.52 | 1,738,252.26 |
| OGREN, WILLIAM W & BETTY R | 22102 SHANNON DELL DR AUDUBON PA 19403 | 10725-02161 | 202,926.38 | 101,463.19 |
| OLGA O`BUCH TRUST DTD 5/28/98 | OLGA O`BUCH TTEE 140 GAZELLE RD RENO NV 89511 | 10725-02121 | 507,403.52 | 253,701.76 |