USACM

Exhibit A
# EIGHTEENTH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO DOUBLE COUNTED CLAIMS; AND CERTIFICATE OF SERVICE
## Proofs of Claim Asserting Duplicate Amounts

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| OOSTHUIZEN, ADRIAN JR | 5860 LAUSANNE DR<br>RENO NV 89511 | 10725-01865 | 2,711,295.30 | 1,355,647.65 |
| OSHEROW TRUST DTD 9/11/89 | AARON OSHEROW TRUSTEE<br>8025 MARYLAND AVENUE<br>APT 9-D<br>ST LOUIS MO 63105 | 10725-01959 | 1,088,466.02 | 544,233.01 |
| OSTER, PAUL | PO BOX 2618<br>MAMMOTH LAKES CA 93546 | 10725-02082 | 308,164.00 | 154,082.00 |
| PAUL L GARCELL & PAMELA HERTZ REV FAMILY TRUST | PAUL L GARCELL TRUSTEE<br>2013 GROUSE ST<br>LAS VEGAS NV 89134 | 10725-02361 | 100,000.00 | 50,000.00 |
| PEELE BYPASS TRUST DTD 2/10/87 | JENNEFER PEELE TTEE<br>2581 RAMPART TER<br>RENO NV 89519 | 10725-02253 | 101,493.04 | 50,746.52 |
| PEELE SPOUSAL TRUST DTD 2/10/87 | JENNEFER C PEELE TTEE<br>2581 RAMPART TER<br>RENO NV 89519 | 10725-02254 | 507,424.02 | 253,712.01 |
| PINNELL IRA, LYNDA L | 9915 SADDLEBACK DR<br>LAKESIDE CA 92040 | 10725-02213 | 128,729.46 | 64,364.73 |
| PINSKER, DONALD H | 8650 W VERDE WAY<br>LAS VEGAS NV 89149-4145 | 10725-02423 | 1,633,057.16 | 816,528.58 |
| RAGGI, DENNIS | PO BOX 10475<br>ZEPHYR COVE NV 89448 | 10725-02226 | 4,884,068.70 | 2,442,034.35 |
| RAMSEY, AARON S & LARA | 7713 N 41ST ST<br>NIWOT CO 80503 | 10725-02152 | 76,518.00 | 38,259.00 |