USACM

Exhibit A

# NINETEENTH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST
# TO DOUBLE COUNTED CLAIMS; AND CERTIFICATE OF SERVICE

Proofs of Claim Asserting Duplicate Amounts

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| REBECCA A ROGERS TRUST DTD 9/18/96 | REBECCA A ROGERS TRUSTEE 2309 SIERRA HEIGHTS DR LAS VEGAS NV 89134 | 10725-01910 | 548,885.18 | 274,442.59 |
| RENO AERONAUTICAL CORP DEFINED BENEFIT PLAN | C/O RICHARD R TRACY TRUSTEE PO BOX 1404 CARSON CITY NV 89702-1404 | 10725-02283 | 456,722.24 | 228,361.12 |
| RGF REVOCABLE TRUST | ROBERT G FULLER TTEE 5172 ENGLISH DAISY WAY LAS VEGAS NV 89142 | 10725-02097 | 487,047.24 | 243,523.62 |
| RICHARD M RAKER LIVING TRUST DTD 3/18/98 | RICHARD M RAKER TTEE PMB 274 969 EDGEWATER BLVD FOSTER CITY, CA 94405 | 10725-02188 | 524,840.30 | 262,420.15 |
| RICHARD W GILMOUR IRA | C/O FIRST SAVINGS BANK CUSTODIAN PO BOX 1241 CAMANO ISLAND WA 98292-1241 | 10725-01864 | 321,394.52 | 160,697.26 |
| ROACH, BLAIR E & BARBARA K | PO BOX 1238 ZEPHYR COVE NV 89448-1238 | 10725-02294 | 200,000.00 | 100,000.00 |
| ROBERT G FULLER IRA | FIRST SAVINGS BANK CUSTODIAN 5172 ENGLISH DAISY WAY LAS VEGAS NV 89142 | 10725-02166 | 216,544.66 | 108,272.33 |
| ROBERT L OGREN TRUST DTD 6/30/92 | ROBERT L OGREN TTEE 3768 RICK STRATTON DR LAS VEGAS NV 89120 | 10725-02001 | 324,491.12 | 162,245.56 |
| ROBERT L OGREN TRUST DTD 6/30/92 | ROBERT L ORGREN TTEE 3768 RICK STRATTON DR LAS VEGAS NV 89120 | 10725-02000 | 1,827,483.14 | 913,741.57 |
| ROBERT W ULM LIVING TRUST DTD 4/11/05 | ROBERT W ULM TTEE 414 MORNING GLORY RD ST MARYS GA 31558 | 10725-02088 | 1,376,330.00 | 688,165.00 |