USACM

Exhibit A
**TWENTIETH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST**
**TO DOUBLE COUNTED CLAIMS; AND CERTIFICATE OF SERVICE**
**Proofs of Claim Asserting Duplicate Amounts**

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| ROBERT WILLIAM ULM IRA | PENSCO TRUST COMPANY CUSTODIAN<br>414 MORNING GLORY RD<br>ST MARYS GA 31558 | 10725-02090 | 1,415,506.00 | 707,753.00 |
| ROGERS, JAMES WILLIAM | 78 SEAL ROCK DR<br>SAN FRANCISCO CA 94121 | 10725-02220 | 613,040.12 | 306,520.06 |
| ROISENTUL FAMILY TRUST | SAUL & ILENE ROISENTUL TRUSTEES<br>74075 KOKOPELLI CIR<br>PALM DESERT CA 92211-2075 | 10725-02281 | 840,536.32 | 420,268.16 |
| ROMONOSKI, MAURY | 4429 PEACEFUL MORNING LN<br>LAS VEGAS NV 89129 | 10725-02331 | 250,000.00 | 125,000.00 |
| RUTH ZIMMERMAN & MOSHE KIRSH JTWROS | 15721 MILBANK ST<br>ENCINO CA 91436 | 10725-02033 | 244,311.94 | 122,155.97 |
| SALVO, ANNE F DI | PO BOX 18220<br>RENO NV 89511-0270 | 10725-02043 | 24,064.98 | 12,032.49 |
| SANCHEZ IRA, RANDY | 5713 N WHITE SANDS RD<br>RENO NV 89511 | 10725-02217 | 694,063.90 | 347,031.95 |
| SANCHEZ LIVING TRUST DTD 10/13/03 | RANDY M & SHARON SANCHEZ TTEES<br>5713 N WHITE SANDS RD<br>RENO NV 89511 | 10725-02218 | 554,132.98 | 277,066.49 |
| SCHNITZER LIVING TRUST DTD 10/24/91 | ARTHUR F & LINN S SCHNITZER TTEES<br>20155 NE 38TH CT, #1604<br>AVENTURA FL 33180 | 10725-02149 | 3,549,806.80 | 1,774,903.40 |
| SCHOONOVER FAMILY TRUST DATED 2/23/04 | EDWARD L & SUSAN A SCHOONOVER CO-TTEES<br>11044 E. NOPAL AVE<br>MESA AZ 85209 | 10725-02135 | 269,449.00 | 134,724.50 |