**EXHIBIT A TO FIRST OMNIBUS OBJECTION OF USACM TRUST**
**TO PROOFS OF CLAIM BASED, IN WHOLE OR IN PART, UPON INVESTMENT**
**IN THE ARAPAHOE LAND INVESTMENTS, LP LOAN**

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Rio Rancho Executive Plaza, LLC Loan |
|---|---|---|---|---|
| 10725-02298 | JAYEM FAMILY LP JACQUES MASSA GP | 7 PARADISE VALLEY CT HENDERSON NV 89052-6706 | 936,807.81 | 250,000 |
| 10725-02046 | KOERWITZ FAMILY TRUST DTD 5/13/03 | KENNETH & JAN CASE KOERWITZ TTEES 44 WINFIELD LN WALNUT CREEK CA 94595 | 1,528,005.76 | 200,000 |
| 10725-02296 | JAYEM FAMILY LP | 7 PARADISE VALLEY CT HENDERSON NV 89052-6706 | 265,865.00 | 62,500 |
| 10725-00245 | ROBERT H & LYNN R PERLMAN TRUST DATED 9/17/92 | C/O ROBERT H & LYNN R PERLMAN TTEES 2877 PARADISE RD UNIT 3501 LAS VEGAS NV 89109-5278 | 1,187,000.00 | 50,000 |
| 10725-02162 | GOODWIN, MICHAEL JOHN | 555 YELLOW PINE RD RENO NV 89511-3714 | 1,011,076.40 | 100,000 |
| 10725-01419 | S&P DAVIS LIMITED PARTNERSHIP | 737 BANNERMAN LANE FORT MILL, SC 29715 | 419,981.00 | 25,000 |
| | | Totals | 5,348,735.97 | 687,500.00 |

2096100.1