USACM

Exhibit A
# TWENTY-SECOND OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST
## TO DOUBLE COUNTED CLAIMS; AND CERTIFICATE OF SERVICE
**Proofs of Claim Asserting Duplicate Amounts**

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| STOEBLING FAMILY TRUST | C/O DAVIDSTOEBLING TRUSTEE 3568 E RUSEELL RD STE D LAS VEGAS NV 89120-2234 | 10725-01068 | 200,000.00 | 100,000.00 |
| T-2 ENTERPRISES LLC | MANAGER WARREN W TRIPP 250 GREG ST SPARKS NV 89431 | 10725-02106 | 811,713.52 | 405,856.76 |
| T-3 ENTERPRISES LLC | MANAGER WARREN W TRIPP 250 GREG ST SPARKS NV 89431 | 10725-02107 | 608,440.76 | 304,220.38 |
| TDS REVOCABLE FAMILY TRUST DTD 9/29/98 | T DWIGHT & BONNIE J SPER TTEES 1005 CYPRESS RIDGE LN LAS VEGAS NV 89144-1425 | 10725-02191 | 1,778,674.00 | 889,337.00 |
| TEETER, LOUISE & NORMAN | 4201 VIA MARINA, STE 300 MARINA DEL REY CA 90292 | 10725-02274 | 123,219.22 | 61,609.61 |
| TEETER, NORMAN | 4201 VIA MARINA #300 MARINA DEL REY CA 90292 | 10725-02275 | 599,327.28 | 299,663.64 |
| TEETER, ROBERT G | 4201 VIA MARINA, STE 300 MARINA DEL REY CA 90292 | 10725-02276 | 134,369.22 | 67,184.61 |
| TERRY MARKWELL PROFIT SHARING PLAN & TRUST | TERRY MARKWELL TTEE 12765 SILVER WOLF RD RENO NV 89511 | 10725-01969 | 807,706.42 | 403,853.21 |
| TERRY R HELMS LIVING TRUST DTD 11/11/94 | TERRY HELMS 809 UPLAND BLVD LAS VEGAS NV 89107-3719 | 10725-02291 | 11,155,754.80 | 5,577,877.40 |
| THOMPSON, GREGORY R | 1005 W BUFFINGTON ST UPLAND CA 91784 | 10725-02132 | 101,413.70 | 50,706.85 |