USACM

**Exhibit A**
**TWENTY-THIRD OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST**
**TO DOUBLE COUNTED CLAIMS; AND CERTIFICATE OF SERVICE**
**Proofs of Claim Asserting Duplicate Amounts**

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|------|---------|---------|---------|---------|
| THOMPSON, WILMA JEAN | 12 BREWSTER WAY REDLANDS CA 92373 | 10725-02133 | 200,536.74 | 100,268.37 |
| THRELFALL, RONDA L | 240 LILAC DR EL CAJON CA 92921-4034 | 10725-02211 | 405,613.88 | 202,806.94 |
| TIKI INVESTMENT ENTERPRISES LP | 2578 HIGHMORE AVE HENDERSON NV 89052 | 10725-02428 | 2,400,256.00 | 1,200,128.00 |
| TOPP, GERRY | PO BOX 3008 GRASS VALLEY CA 95945 | 10725-02416 | 521,406.20 | 260,703.10 |
| TRACY, RICHARD R & URSULA | PO BOX 1404 CARSON CITY NV 89702-1404 | 10725-02284 | 304,400.00 | 152,200.00 |
| TRIPP ENTERPRISES INC A NEVADA CORP | WARREN W TRIPP 250 GREG ST SPARKS NV 89431 | 10725-02103 | 980,535.84 | 490,267.92 |
| TRIPP ENTERPRISES INC RESTATED PROFIT SHARING PLAN | WARREN W TRIPP TTEE 250 GREG ST SPARKS NV 89431 | 10725-02105 | 875,670.12 | 437,835.06 |
| TRIPP FAMILY TRUST | WALTER C TRIPP TTEE 5590 BRIARHILLS LN RENO NV 89502 | 10725-02269 | 12,508.62 | 6,254.31 |
| TRIPP, WALTER C | 5590 BRIARHILLS LN RENO NV 89502 | 10725-02268 | 101,433.34 | 50,716.67 |
| TRIPP, WARREN W | 250 GREG ST SPARKS NV 89431 | 10725-02104 | 1,183,402.50 | 591,701.25 |