**L**EWIS
AND
**R**OCA
——LLP——
L A W Y E R S

E-Filed on 9/18/09

1    3993 Howard Hughes Parkway, Suite 600
     Las Vegas, NV 89169-5996
     Facsimile (702) 949-8321
2    Telephone (702) 949-8320

3    Rob Charles NV State Bar No. 006593
     Email: rcharles@lrlaw.com
     John Hinderaker AZ State Bar No. 018024
     Email: jhinderaker@lrlaw.com
4    Marvin Ruth NV State Bar No. 10979
     Email: mruth@lrlaw.com

5    Attorneys for USACM Liquidating Trust

6                    **UNITED STATES BANKRUPTCY COURT**

7                          **DISTRICT OF NEVADA**

8    In re:                                    Case No. BK-S-06-10725-LBR
                                               Case No. BK-S-06-10726-LBR[1]
9    USA COMMERCIAL MORTGAGE                    Case No. BK-S-06-10727-LBR
     COMPANY,                                   Case No. BK-S-06-10728-LBR[2]
10                                              Case No. BK-S-06-10729-LBR[3]
     USA CAPITAL REALTY ADVISORS,
11   LLC,[1]                                    CHAPTER 11

12   USA CAPITAL DIVERSIFIED TRUST             Jointly Administered Under Case No.
     DEED FUND, LLC,                            BK-S-06-10725 LBR
13
     USA CAPITAL FIRST TRUST DEED              **NOTICE OF HEARING REGARDING**
14   FUND, LLC,[2]                             **FIRST OMNIBUS OBJECTION OF**
                                               **USACM TRUST TO PROOFS OF**
15   USA SECURITIES, LLC,[3]                   **CLAIM BASED UPON**
                                    Debtors.    **INVESTMENT IN THE RIO**
16                                             **RANCHO EXECUTIVE PLAZA,**
         **Affects:**                          **LLC LOAN**
17       ☐ All Debtors
         ☒ USA Commercial Mortgage Company     Date of Hearing:  October 19, 2009
18       ☐ USA Capital Realty Advisors, LLC    Time of Hearing: 3:00 p.m.
         ☐ USA Capital Diversified Trust Deed Fund, LLC
19       ☐ USA Capital First Trust Deed Fund, LLC
         ☐ USA Securities, LLC
20

21          **THE USACM LIQUIDATING TRUST IS OBJECTING TO THE CLAIM**

22   **THAT** __YOU__ **FILED.  THE USACM TRUST SEEKS TO DISALLOW YOUR**

23   **CLAIM TO THE EXTENT IT IS BASED UPON INVESTMENT IN THE RIO**

24   ───────────────────

25   [1] This bankruptcy case was closed on September 23, 2008.

26   [2] This bankruptcy case was closed on October 12, 2007.

     [3] This bankruptcy case was closed on December 21, 2007.

2096059.1

LEWIS
AND
ROCA
——— LLP ———
L A W Y E R S

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**RANCHO EXECUTIVE PLAZA, LLC  LOAN.  THIS OBJECTION WILL NOT IMPACT YOUR CLAIM TO THE EXTENT IT IS BASED UPON AN INVESTMENT IN A DIFFERENT LOAN.**

**PLEASE DO NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF YOUR CLAIM.  QUESTIONS REGARDING THE AMOUNT OF A CLAIM OR THE FILING OF A CLAIM SHOULD BE DIRECTED TO BRANT FYLLING OF SIERRA CONSULTING GROUP, LLC (602) 424-7009) OR THE UNDERSIGNED COUNSEL.**

**NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust has filed its First Omnibus Objection to Proofs of Claim Based Upon Investment in the Rio Rancho Executive Plaza, LLC Loan (the "Objection").  Your Proof of Claim number and other information regarding your claim is provided in **Exhibit A**, attached.  The USACM Liquidating Trust has requested that this Court enter an order, pursuant to Bankruptcy Code § 502 and Bankruptcy Rule 3007, disallowing your Proof of Claim to the extent it is based upon investment in the Rio Rancho Executive Plaza, LLC Loan.  The Objection will not impact your Claim to the extent it is based upon an investment in a different loan.

**NOTICE IS FURTHER GIVEN** that the hearing on the Objection will be held before the Honorable Linda B. Riegle, United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada, on **October 19, 2009**, **at the hour of 3:00 p.m.**

**NOTICE IS FURTHER GIVEN THAT THE HEARING SET ON OCTOBER 19, 2009, WILL BE HELD FOR THE PURPOSE OF STATUS CHECKS AND SCHEDULING EVIDENTIARY HEARINGS ONLY.  NO ARGUMENTS WILL BE HEARD ON THAT DATE.**

**NOTICE IS FURTHER GIVEN** that any response to the Objection must be filed by **October 9, 2009**, pursuant to Local Rule 3007(b), which states:

2096059.1

**LEWIS AND ROCA LLP LAWYERS**

1 | If an objection to a claim is opposed, a written response must be filed and
2 | served on the objecting party at least 5 business days before the scheduled
3 | hearing.  A response is deemed sufficient if it states that written documentation in support of the proof of claim has already been provided to the objecting party and that the documentation will be provided at any evidentiary hearing or trial on the matter.

4 | If you object to the relief requested, you *must* file a **WRITTEN** response to this
5 | pleading with the Court.  You *must* also serve your written response on the person who
6 | sent you this notice.
7 | If you do not file a written response with the Court, or if you do not serve your
8 | written response on the person who sent you this notice, then:
9 | • The Court may *refuse to allow you to speak* at the scheduled hearing; and
10 | • The Court may *rule against you* and sustain the objection without formally
11 | calling the matter at the hearing.

12 | Dated: September 18, 2009.
13 | LEWIS AND ROCA LLP

14 |
15 | By /s/  Marvin Ruth (#10979)
   | Rob Charles, NV 6593
   | John C. Hinderaker, AZ 18024 (*pro hac vice*)
16 | Marvin Ruth, NV 10979
   | 3993 Howard Hughes Parkway, Suite 600
17 | Las Vegas, Nevada  89169
   | Telephone:  (702) 949-8320
18 | Facsimile:   (702) 949-8398
   | E-mail:  mruth@lrlaw.com
19 | *Attorneys for the USACM Liquidating Trust*

20 | Copy of the foregoing and pertinent portion of Exhibit A mailed by first
21 | class postage prepaid U.S. Mail on September 18, 2009 to:
22 | Parties listed on Exhibit A attached.
23 | LEWIS AND ROCA LLP
24 |
25 | /s/ Kristin Reynolds
   | Kristin Reynolds
26 |

3

2096059.1