**EXHIBIT A TO FIRST OMNIBUS OBJECTION OF USACM TRUST**
**TO PROOFS OF CLAIM BASED UPON INVESTMENT**
**IN THE ARAPAHOE LAND INVESTMENTS, LP LOAN**

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Rio Rancho Executive Plaza, LLC Loan |
|---|---|---|---|---|
| 10725-00669 | DOYLE FAMILY TRUST DTD 9/23/99 | C/O PATRICK J & JILL M DOYLE TTEES 10770 OSAGE RD RENO NV 89506-8516 | 80,000.00 | 80,000.00 |
| 10725-01570 | MOLITCH, MARILYN & MATTHEW | 2251 N. RAMPART BLVD. #185 LAS VEGAS NV 89128 | 12,500.00 | 12,500.00 |
| 10725-00663 | RONALD G GARDNER TRUST | C/O Jeffrey L Hartman ESQ WEST PLUMB LN STE B RENO NV 89509 | 50,000.00 | 50,000.00 |
| 10725-01789 | SPRING, DONALD W & EVELYN MAE | 3153 CANYON OAKS TER CHICO CA 95928-3987 | 52,475.00 | 52,475.00 |
| 10725-01266 | WAYNE DOTSON CO PETER BOGART CEO | PETER BOGART CEO 1445 CITY LINE AVE. WYNNEWOOD, PA 19096 | 56,500.00 | 56,500.00 |
| | | Totals | 251,475.00 | 251,475.00 |

2096103.1