USACM

Exhibit A
# TWENTY-FOURTH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST
## TO DOUBLE COUNTED CLAIMS; AND CERTIFICATE OF SERVICE
### Proofs of Claim Asserting Duplicate Amounts

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| UNIVERSAL MANAGEMENT INC A NEVADA CORP | 8080 HARBORVIEW RD BLAINE WA 98230 | 10725-02123 | 1,438,118.00 | 719,059.00 |
| WAHL JT TEN WROS, DAVID C & MARGARET A | PO BOX 8012 MAMMOTH LAKES CA 93546 | 10725-02314 | 402,299.84 | 201,149.92 |
| WAHL, DAVID C | PO BOX 8012 MAMMOTH LAKES CA 93546 | 10725-02315 | 144,224.96 | 72,112.48 |
| WEIBLE 1981 TRUST DTD 6/30/81 | ARDIS & DEAN F WEIBLE CO TTEES 6314 TARA AVE LAS VEGAS NV 89146 | 10725-02402 | 315,193.10 | 157,596.55 |
| WEIBLE 1981 TRUST DTD 6/30/81 | DEAN F & ARDIS WEIBLE CO TTEES 6314 TARA AVE LAS VEGAS NV 89146 | 10725-02403 | 555,676.78 | 277,838.39 |
| WESTBROOK, CONNIE | 14320 GHOST RIDER DR RENO NV 89511 | 10725-01922 | 296,907.84 | 148,453.92 |
| WHAT`S ON LIMITED PARTNERSHIP | 2013 GROUSE ST LAS VEGAS NV 89134 | 10725-02360 | 200,000.00 | 100,000.00 |
| WHITMAN TRUST DTD 12/01/04 | C/O H DANIEL WHITMAN TTEE PO BOX 10200 ZEPHYR COVE NV 89448-2200 | 10725-02367 | 406,413.64 | 203,206.82 |
| WINKLER FAMILY TRUST DTD 3/13/86 | CARMEL WINKLER TTEES 10000 ROSSBURY PL LOS ANGELES CA 90064 | 10725-02280 | 260,430.44 | 130,215.22 |
| WINKLER FAMILY TRUST DTD 3/13/86 | CARMEL & RUDOLF WINKLER TRUSTEE 10000 ROSSBURY PL LOS ANGELES CA 90064 | 10725-02279 | 1,210,635.98 | 605,317.99 |