USACM

Exhibit A
**TWENTY-FIFTH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST
TO DOUBLE COUNTED CLAIMS; AND CERTIFICATE OF SERVICE**
Proofs of Claim Asserting Duplicate Amounts

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| WINKLER IRA, RUDOLF | 10000 ROSSBURY PL<br>LOS ANGELES CA 90064-4826 | 10725-02278 | 651,800.22 | 325,900.11 |
| WISCH, CRAIG | 210 ANDREW AVE<br>NAUGATUCK CT 06770 | 10725-02180 | 317,369.28 | 158,684.64 |
| WORLD LINKS GROUP LLC | c/o Leo G Mantas<br>7440 S BLACKHAWK ST. #12208<br>ENGLEWOOD CO 80112 | 10725-02309 | 396,000.00 | 198,000.00 |
| YODER DEFINED BENEFIT PLAN, ROBERT J | ROBERT J YODER TRUSTEE<br>12291 PROSSER DAM RD<br>TRUCKEE CA 96161 | 10725-02083 | 177,487.64 | 88,743.82 |
| YOUNG, JUDY S | 13825 VIRGINIA FOOTHILLS DR<br>RENO NV 89521-7394 | 10725-02324 | 203,105.54 | 101,552.77 |
| ZAPPULLA, JOSEPH G & CAROL A | 3128 E. BLUE SAGE COURT<br>GILBERT, AZ 85297 | 10725-02040 | 1,409,625.48 | 704,812.74 |
| ZAWACKI A CALIFORNIA LLC | PO BOX 5156<br>BEAR VALLEY CA 95223-5156 | 10725-02299 | 3,000,000.00 | 1,500,000.00 |
| ZERBO, ANTHONY J | 780 SARATOGA AVE<br>APT S-107<br>SAN JOSE CA 95129 | 10725-01952 | 1,757,710.50 | 878,855.25 |
| ZERBO, MARSHALL R | 250 W EL CAMINO REAL<br>APT 5100<br>SUNNYVALE CA 94087 | 10725-02028 | 301,259.30 | 150,629.65 |
| CANGELOSI, DONNA & ARNER, BRANDON | 5860 LAUSANNE DR<br>RENO NV  89511 | 10725-01717-2 | 203,887.68 | 101,943.84 |