USACM

**Exhibit A**
**TWENTY-SIXTH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST**
**TO DOUBLE COUNTED CLAIMS; AND CERTIFICATE OF SERVICE**
Proofs of Claim Asserting Duplicate Amounts

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| DONNA M CANGELOSI FAMILY TRUST | 5860 LAUSANNE DR RENO NV 89511 | 10725-01716-2 | 1,537,121.72 | 768,560.86 |
| HALVORSON, JOANNE | 3716 N NORMANDIE SPOKANE WA 99205 | 10725-02551 | 44,964.02 | 22,482.01 |
| LUONGO HW JT TEN, JOHN M & GLORIA | 965 LEAH CIRCLE RENO NV 89511 | 10725-01992 | 306,747.34 | 153,373.67 |
| MARKWELL FAMILY TRUST | 12765 SILVER WOLF RD RENO NV 89511 | 10725-01967 | 710,494.00 | 355,247.26 |