**LEWIS AND ROCA LLP — LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 9/17/09

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company;<br>USA Capital Realty Advisors, LLC;[1]<br>USA Capital Diversified Trust Deed Fund, LLC;<br>USA Capital First Trust Deed Fund, LLC;[2]<br>USA Securities, LLC,[3]<br>                Debtors.<br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**Certificate of Mailing** |

### CERTIFICATE OF MAILING
### (Affects USA Commercial Mortgage Company)

I, James H. Myers, state as follows:

1.    I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. I am employed by BMC Group, Inc., the Claims and Noticing Agent in the above-captioned cases, whose business address is 444 North Nash Street, El Segundo, California 90245.

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.



2. At the direction of Lewis and Roca LLP, Counsel for the USACM Liquidating Trust in the above-captioned cases, copies of 1) USACM LIQUIDATING TRUST'S MOTION TO AUTHORIZE FIRST INTERIM DISTRIBUTION TO UNSECURED CREDITORS [INCLUDING EXHIBIT A THERETO IDENTIFYING ALL AFFECTED CLAIMS] (DE docket No. 7486), 2) DECLARATION OF EDWARD M. BURR IN SUPPORT OF MOTION TO AUTHORIZE FIRST INTERIM DISTRIBUTION TO UNSECURED CREDITORS [Re: Docket No. 7486] (DE Docket No. 7487), and 3) NOTICE OF HEARING FOR USACM LIQUIDATING TRUST'S MOTION TO AUTHORIZE FIRST INTERIM DISTRIBUTION TO UNSECURED CREDITORS [Re: Docket No. 7486] (DE Docket No. 7488) were sent to those persons listed on the Service Lists attached hereto as Exhibits "1", "2", and "3" at the addresses shown thereon and via the mode of service indicated thereon.

3. Service commenced on September 15, 2009 and concluded on September 16, 2009.

| | | |
|---|---|---|
| Exhibit "1" | Those parties who have requested special notice and the Post Confirmation Limited Service List regarding Docket Nos. 7486 (and complete Exhibit A to the above-referenced Motion), 7487 and 7488 |
| Exhibit "2" | Affected Parties Service List regarding Docket Nos. 7486 (and the portion of Exhibit A to the above-referenced Motion relevant to the particular claimant's claim(s) only), 7487 and 7488 |
| Exhibit "3" | Service List with alternative addresses for Affected Parties appearing on Exhibit A to the above-referenced Motion regarding Docket Nos. 7486 (and the portion of Exhibit A relevant to the particular claimant's claim(s) only), 7487 and 7488 |

DATED: September 22, 2009
El Segundo, California

James H. Myers

2

LEWIS AND ROCA LLP
LAWYERS

1  SUBMITTED BY:

2
   **LEWIS AND ROCA LLP**
3

4  By: /s/ JH     (#018024)
           Rob Charles
5          John Hinderaker
   *Attorneys for USACM Liquidating Trust*
6