# EXHIBIT 1

# USACM Liquidating Trust
**Total number of parties: 3033**

### Exhibit 1 - USACM Liquidating Trust

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 34039 | MICHAEL W CARMEL, (RE: TRUSTEE IN THOMAS A HANTGES BK), 80 E COLUMBUS AVE, PHOENIX, AZ, 85012 | US Mail (1st Class) |
| 34039 | CADWALADER WICKERSHAM & TAFT LLP, GEORGE A DAVIS, (RE: COMPASS PARTNERS LLC), ONE WORLD FINANCIAL CENTER, NEW YORK, NY, 10281 | US Mail (1st Class) |
| 34039 | CUSTODIAN FOR JUDD ROBBINS IRA, BRADLEY PAUL ELLEY ESQ, (RE: RETIREMENT ACCOUNTS INC), 120 COUNTRY CLUB DR, STE 5, INCLINE VILLAGE, NV, 89451 | US Mail (1st Class) |
| 34039 | DEANER DEANER SCANN ETAL, SUSAN WILLIAMS SCANN, (RE: BINFORD MEDICAL DEVELOPERS LLC), 720 S 4TH ST, STE 300, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 34039 | DEVELOPMENT SPECIALISTS INC, GEOFFREY L BERMAN, (RE: TRUSTEE - USA COMMERCIAL MORTGAGE), 333 S GRAND AVE, STE 4070, LOS ANGELES, CA, 90071-1544 | US Mail (1st Class) |
| 34039 | DIAMOND MCCARTHY TAYLOR ETAL, ALLAN B DIAMOND, (RE: SPECIAL LIT COUNSEL FOR USACM LT), 2 HOUSTON CENTER, 909 FANNIN ST STE 1500, HOUSTON, TX, 77010 | US Mail (1st Class) |
| 34039 | DIAMOND MCCARTHY TAYLOR ETAL, ERIC MADDEN, (RE: SPECIAL LIT COUNSEL FOR USACM LT), 1201 ELM ST, STE 3400, DALLAS, TX, 75270 | US Mail (1st Class) |
| 34039 | FTI CONSULTING, MICHAEL TUCKER, (RE: USAC DIV TRUST DEED FUND ADMIN), 1 RENAISSANCE SQ, 2 N CENTRAL AVE STE 1200, PHOENIX, AZ, 85004-2322 | US Mail (1st Class) |
| 34039 | GOE & FORSYTHE, ROBERT P GOE, (RE: ATTORNEYS FOR SCC ACQUISITION CORP), 660 NEWPORT CENTER DR STE 320, NEWPORT BEACH, CA, 92660 | US Mail (1st Class) |
| 34039 | GORDON & SILVER LTD, GERALD M GORDON/GREGORY E GARMAN, (RE: LISA M POULIN TRUSTEE USA INVST), 3960 HOWARD HUGHE PKWY, 9TH FL, LAS VEGAS, NV, 89109 | US Mail (1st Class) |
| 34039 | HOLLAND & HART LLP, BRADLEY N BOODT, (RE: NEVADA STATE BANK), HUGHES CENTER, 3800 HOWARD HUGHES PKWY, 10TH FL, LAS VEGAS, NV, 89169 | US Mail (1st Class) |
| 34039 | JONES VARGAS, JANET L CHUBB, (RE: CHARLES B ANDERSON ETAL), 100 W LIBERTY ST, 12TH FL, POB 281, RENO, NV, 89504-0281 | US Mail (1st Class) |
| 34039 | KIRBY & MCGUINN APC, DEAN T KIRBY JR/JOHN HEBERT, (RE: ATTORNEYS FOR DEBT ACQUISITION CO), 600 B ST STE 1950, SAN DIEGO, CA, 92101 | US Mail (1st Class) |
| 34039 | LAW OFFICES OF LISA RASMUSSEN, LISA A RASMUSSEN ESQ, (RE: CAROL MORTENSEN FAMILY TRUST), 616 S 8TH ST, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 34039 | LEWIS AND ROCA LLP, SUSAN M FREEMAN/ROB CHARLES, (RE: USACM LIQUIDATING TRUST), 3993 HOWARD HUGHES PKWY, STE 600, LAS VEGAS, NV, 89169-5996 | US Mail (1st Class) |
| 34039 | MICHELLE L ABRAMS LTD, MICHELLE L ABRAMS, (RE: ATTORNEYS FOR DEBT ACQUISITION CO) 3085 S JONES BLVD STE C, LAS VEGAS, NV, 89146 | US Mail (1st Class) |
| 34039 | MORGAN LEWIS & BOCKIUS LLP, RICHARD W ESTERKIN/ASA S HAMI, (RE: ATTORNEYS FOR SCC ACQUISITION CORP), 300 S GRAND AVE 22ND FL, LOS ANGELES, CA, 90071-3132 | US Mail (1st Class) |
| 34039 | OFFICE OF THE ATTORNEY GENERAL, RICHARD I DREITZER, DEP ATTY GEN, (RE: STATE OF NEVADA), 555 E WASHINGTON AVE, STE 3900, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 34039 | OFFICE OF THE UNITED STATES TRUSTEE, AUGUST B LANDIS, (RE: UNITED STATES OF AMERICA), 300 LAS VEGAS BLVD S, STE 4300, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 34039 | ORRICK HERRINGTON & SUTCLIFFE LLP, JEFFREY D HERMANN, (RE: DIVERSIFIED EQUITY SEC HOLDERS COMM), 777 S FIGUEROA ST, STE 3200, LOS ANGELES, CA, 90017-5855 | US Mail (1st Class) |
| 34039 | ORRICK HERRINGTON & SUTCLIFFE LLP, MARC A LEVINSON, (RE: DIVERSIFIED EQUITY SEC HOLDERS COMM), 400 CAPITOL MALL, STE 3000, SACRAMENTO, CA, 95814 | US Mail (1st Class) |
| 34039 | OVCA ASSOCIATES, INC, WILLIAM J. OVCA, (RE: DIRECT LENDER/DEFINED PENSION PLAN), 16872 BARUNA LANE, HUNTINGTON BEACH, CA, 92649 | US Mail (1st Class) |
| 34039 | PENGILLY ROBBINS SLATER BELL, JAMES W PENGILLY, CRAIG D SLATER, (RE: MOUNTAIN WEST MORTGAGE LLC), 10080 W ALTA DR #140, LAS VEGAS, NV, 89145 | US Mail (1st Class) |
| 34039 | SNELL & WILMER LLP, ROBERT R KINAS ESQ, (RE: EQUITY SECURITY HOLDERS DIVERSIFIED), 3883 HOWARD HUGHES PKWY #1100, LAS VEGAS, NV, 89169 | US Mail (1st Class) |
| 34039 | TRUSTEE IN JOSEPH MILANOWSKI BK, DEBORAH D WILLIAMSON, (RE: FORD ELSAESSER), COX SMITH MATTHEWS INC, 112 E PECAN ST, STE 1800, SAN ANTONIO, TX, 75205 | US Mail (1st Class) |
| 34039 | TRUSTEE IN THOMAS A HANTGES BK, BRIAN D SHAPIRO, (RE: MICHAEL W CARMEL), LAW OFFICE OF BRIAN D SHAPIRO LLC, 624 S 9TH ST, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 34039 | TUSTEE IN THOMAS A HANTGES BK, ROBBIN L ITKIN, (RE: MICHAEL W CARMEL), STEPTOE & JOHNSON LLP, 2121 AVENUE OF THE STARS, STE 2800, LOS ANGELES, CA, 90067 | US Mail (1st Class) |

**Subtotal for this group: 27**