# EXHIBIT 3

**Exhibit 3 - USACM Liquidating Trust**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 34139 | A ROBERT DE HART TRUST C DATED 1/21/93, C/O RENA F DE HART TRUSTEE, 2737 BILLY CASPER DR, LAS VEGAS, NV, 89134-7814 | US Mail (1st Class) |
| 34139 | A-1 SECURITY, 917 SOUTH FIRST, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 34139 | ADAMS, HERMAN & BRIAN M & ANTHONY G, 712 S. 8TH STREET, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 34139 | ALEXANDER IND & AS TRUSTEES, STANLEY & FLORENCE, 812 SWEETWATER CLUB BLVD, LONGWOOD, FL, 32779 | US Mail (1st Class) |
| 34139 | ALEXANDER MATHES, 3300 NW 47 AVE, COCONUT CREEK, FL, 33063 | US Mail (1st Class) |
| 34139 | ALICE HUMPHRY & VALERIE JAEGER, 3825 CHAMPAGNE WOOD DR, NORTH LAS VEGAS, NV, 89031-2056 | US Mail (1st Class) |
| 34139 | ALTA FUNDING INC, C/O SANDRA CASTRO, PMB 175, KEY LARGO, FL, 33037 | US Mail (1st Class) |
| 34139 | AUDREY M WHIGHTSIL REVOCABLE LIVING TRUST, ANDREY M WHIGHTSIL TRUSTEE, 12450 E 38TH PL, YUMA, AZ, 85367 | US Mail (1st Class) |
| 34139 | AUGUSTINE TUFFANELLI LIVING TRUST, C/O DENNY L TUFFANELLI, MD, TTEE, 450 SUTTER, SAN FRANCISCO, CA, 94108 | US Mail (1st Class) |
| 34139 | AYERS, C DONALD, PO BOX 605, ISLAMORADA, FL, 33036-0605 | US Mail (1st Class) |
| 34139 | BARTKOWSKI FAMILY TRUST, ROBERT C LEPOME, 10120 S EASTERN, #200, HENDERSON, NV, 89052 | US Mail (1st Class) |
| 34139 | BERRY, WILLIAM, 5725 DAYBREAK DR., APT. D, MIRA LOMA, CA, 91752-5687 | US Mail (1st Class) |
| 34139 | BERTHELOT LIVING TRUST DTD 4/9/03, JEAN JACQUES BERTHELOT TTEE, 1386 PORTER DRIVE, MINDEN, NV, 89423 | US Mail (1st Class) |
| 34139 | BETTY R MORRIS IRA, 2169 DONOVAN DR, LINCOLN, CA, 95648-2967 | US Mail (1st Class) |
| 34139 | BEVERLY STILES REVOCABLE TRUST DATED 8/10/05, JOE LAXAGUE ESQ, CANE CLARK LLP, 3272 E WARM SPRINGS, LAS VEGAS, NV, 89120 | US Mail (1st Class) |
| 34139 | BOLINO FAMILY REVOCABLE TRUST DATED 3/6/95, JOE LAXAGUE ESQ, CANE CLARK LLP, 3272 E WARM SPRINGS, LAS VEGAS, NV, 89120 | US Mail (1st Class) |
| 34139 | BOSWORTH 1988 TRUST, ROBERT C LEPOME, 10120 S EASTERN, #200, HENDERSON, NV, 89052 | US Mail (1st Class) |
| 34139 | BOYCE 1989 TRUST DTD 6/12/89, C/O KATHLEEN A BOYCE TRUSTEE, 16865 RUE DU PARC, RENO, NV, 89511-4575 | US Mail (1st Class) |
| 34139 | BRIAN M ADAMS ESQ, 712 S 8TH ST, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 34139 | BULLOCK FAMILY TRUST DATED 8/7/97 (KWA310956), C/O GLENN BULLOCK & SHERRY BULLOCK TRUSTEES, 8774 ABBEY RIDGE AVE., LAS VEGAS, NV, 89149 | US Mail (1st Class) |
| 34139 | CAPITAL MORTGAGE INVESTORS INC, C/O JEFFREY S BERLOWITZ PA, 4000 HOLLYWOOD BLVD, STE 375-S, HOLLYWOOD, FL, 33021 | US Mail (1st Class) |
| 34139 | CAPITAL MORTGAGE INVESTORS INC, C/O JEFFREY S BERLOWITZ ESQ, 4000 HOLLYWOOD BLVD, STE 375 S, HOLLYWOOD, FL, 33021 | US Mail (1st Class) |
| 34139 | CARDWELL FAMILY TRUST, C/O JAMES B CARDWELL & REBA JO CARDWELL TRUSTEES, 505 E WINDMILL LN # 1-B-158, LAS VEGAS, NV, 89123-1869 | US Mail (1st Class) |
| 34139 | CAROLINE GERWIN FAMILY TRUST DTD 11/2/95, C/O CAROLINE M GERWIN TRUSTEE, 1450 IDLEWILD DR, UNIT 318, RENO, NV, 89509-1072 | US Mail (1st Class) |
| 34139 | CHARLES B ANDERSON TRUST, C/O CHARLES B ANDERSON TRUSTEE, 211 COPPER RIDGE CT, BOULDER CITY, NV, 89005-1211 | US Mail (1st Class) |
| 34139 | CHARLES HENRY SMALL REVOCABLE LIVING TRUST, CHARLES H SMALL TTEE, 12450 E 38TH PL, YUMA, AZ, 85367 | US Mail (1st Class) |
| 34139 | CHARLOTTE SNOPKO MARITAL, TRUST DATED 8/31/04, C/O FRANK SNOPKO TRUSTEE, 278 SUSSEX PL, CARSON CITY, NV, 89703-5360 | US Mail (1st Class) |
| 34139 | CIADELLA LIVING TRUST DATED 2/8/99, C/O STELLA P CIADELLA TRUSTEE, APT # 1114, 650 S TOWN CTR DR BLDG 29, LAS VEGAS, NV, 89144-4419 | US Mail (1st Class) |
| 34139 | CIELEN, JAMES, ROBERT C LEPOME, 2040 MAY VALLEY WAY, HENDERSON, NV, 89052 | US Mail (1st Class) |
| 34139 | CIT TECHNOLOGY FIN SERV INC, PO BOX 100706, PASADENA, CA, 91189-0001 | US Mail (1st Class) |
| 34139 | CITICORP VENDOR FINANCE INC, PO BOX 7247-0322, PHILADELPHIA, PA, 19170-0322 | US Mail (1st Class) |
| 34139 | CLARK IRA, CURTIS, 1403 PUEBLO DR, BOULDER CITY, NV, 89005-3203 | US Mail (1st Class) |
| 34139 | CLARK, JOHNNY, C/O WILLIAM L MCGIMSEY ESQ, 3017 W CHARLESTON BLVD; #30, LAS VEGAS, NV, 89102 | US Mail (1st Class) |
| 34139 | COCKAYNE, ROBERT, 6501 RED HOOK PLZ, STE 201, ST THOMAS, VI, 00802 | US Mail (1st Class) |
| 34139 | COHN FAMILY LIVING TRUST DATED 1/15/96, JERRY COHN & GLORIA L COHN TTEES, 301 BRYANT STREET #103, SAN FRANCISCO, CA, 94107 | US Mail (1st Class) |
| 34139 | COX COMMUNICATIONS, PO BOX 53262, PHOENIX, AZ, 85072-3262 | US Mail (1st Class) |
| 34139 | CRUISE, RICHARD & MARGARET, 4600 NOTTOWAY DR., LEESBURG, FL, 34748 | US Mail (1st Class) |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 34139 | CYNTHIA MILANOWSKI TRUST, CYNTHIA MILANOWSKI, TRUSTEE, 8520 CHIQUITA DR, LAS VEGAS, NV, 89128 | US Mail (1st Class) |
| 34139 | DAVID E GACKENBACH REVOCABLE TRUST, 12240 N 128TH PL, SCOTTSDALE, AZ, 85259 | US Mail (1st Class) |
| 34139 | DAVIS IRA, PATRICK & SUSAN, 737 BANNERMAN LANE, FORT MILL, SC, 29715 | US Mail (1st Class) |
| 34139 | DEBT ACQUISITION COMPANY OF AMERICA V, LLC, 1565 HOTEL CIRCLE SOUTH, SUITE 310, SAN DIEGO, CA, 92108 | US Mail (1st Class) |
| 34139 | DEHART/HOOKS LP, 2737 BILLY CASPER DR, LAS VEGAS, NV, 89134-7814 | US Mail (1st Class) |
| 34139 | DELLER, ROSS, 1469 HARMONY HILL, HENDERSON, NV, 89014 | US Mail (1st Class) |
| 34139 | DERY, JAMES D & ANN R, HUSBAND & WIFE, 19601 VAN AKEN BLVD, SHAKER HEIGHTS, OH, 44122 | US Mail (1st Class) |
| 34139 | DEXTER & BETTY JEAN GUIO TRUST DATED 4/9/2002, THE, BETTY J GUIO TTEE, 4790 CAUGHLIN PARKWAY #379, RENO, NV, 89519 | US Mail (1st Class) |
| 34139 | DOUTT, DAVID B SR & JOHNINE M, 2718 N PEACH HOLLOW CIR, PEARLAND, TX, 77584 | US Mail (1st Class) |
| 34139 | DOWNEY BRAND ATTORNEYS LLP, 555 CAPITOL MALL 10TH FL, SACRAMENTO, CA, 95814-4504 | US Mail (1st Class) |
| 34139 | DUANE STEWARD AND DIANE J STEWARD, 21804 EASTMERE LANE, FRIANT, CA, 93626 | US Mail (1st Class) |
| 34139 | EDNA P WILSON & SLOAN D WILSON, 512 LINDEN AVE, GRASS VALLEY, CA, 95945-6109 | US Mail (1st Class) |
| 34139 | ELLYSON J GALLOWAY, 27 THE COLONNADE, LONG BEACH, CA, 90803 | US Mail (1st Class) |
| 34139 | ERIC C DISBROW MD INC PROFIT SHARING PLAN, ERIC C DISBROW TTEE, 3840 FAIRWAY DR, CAMERON PARK, CA, 95682 | US Mail (1st Class) |
| 34139 | ERIC NOEL CARTAGENA TRUST, C/O ERIC N CARTAGENA TTEE, 2066 FLAG AVENUE SOUTH, ST LOUIS PARK, MN, 55426 | US Mail (1st Class) |
| 34139 | ERIN E MCDONALD REVOCABLE LIVING TRUST, ERIN E MACDONALD TTEE, 9521 TOURNAMENT CANYON DR, LAS VEGAS, NV, 89144-0823 | US Mail (1st Class) |
| 34139 | ERVEN J & FRANKIE J NELSON TRUST, ERVEN J & FRANKIE J NELSON TTEES, 2136 RIVER OF FORTUNE DR, ST GEORGE, UT, 84790 | US Mail (1st Class) |
| 34139 | ERVEN J NELSON LTD PSP DTD 10/31/72, C/O ERVEN J NELSON TRUSTEE, 2136 RIVER OF FORTUNE DR, ST GEORGE, UT, 84790 | US Mail (1st Class) |
| 34139 | EVANS, GARY, 300 ACACIA DR, SEDONA, AZ, 86336 | US Mail (1st Class) |
| 34139 | FISERV TRUST COMPANY TTEE FBO, EDWARD L FELMAN IRA 060000075175, 13743 VENTURA BLVD #350, SHERMAN OAKS, CA, 91423 | US Mail (1st Class) |
| 34139 | FRIEDA MATHES, 3300 NW 47 AVE, COCONUT CREEK, FL, 33063 | US Mail (1st Class) |
| 34139 | FRIEDA MOON FBO SHARON C. VAN ERT, 2504 CALLITA CT, LAS VEGAS, NV, 89102-2020 | US Mail (1st Class) |
| 34139 | FRIEDA MOON FBO SHARON C. VAN ERT, C/O NANCY L ALLF, 411 E BONNEVILLE, STE 100, LAS VEGAS, NV, 89101 | US Mail (1st Class) |
| 34139 | GAIL HODES LIVING, TRUST DATED 9/10/03, C/O GAIL R HODES TRUSTEE, 16872 BARUNA LN, HUNTINGTON BEACH, CA, 92649-3020 | US Mail (1st Class) |
| 34139 | GAIL HODES LIVING TRUST DTD 9/10/03, C/O GAIL R HODES TRUSTEE, 16872 BARUNA LN, HUNTINGTON BEACH, CA, 92649 | US Mail (1st Class) |
| 34139 | GARY L  & VIRGINIA L MCDANIEL 1991 LIVING TRUST, DTD 5/1/91, C/O GARY L & VIRGINIA L MCDANIEL TRUSTEES, 2100 LOOKOUT POINT CIRCLE, LAS VEGAS, NV, 89117-5805 | US Mail (1st Class) |
| 34139 | GARY WEICHERDING OR YVONNE STROMMEN JTWROS, 260 S PANTANO RD #110, TUCSON, AZ, 85710 | US Mail (1st Class) |
| 34139 | GERWIN, CAROLINE, 1450 IDLEWILD DR UNIT 318, RENO, NV, 89509-1072 | US Mail (1st Class) |
| 34139 | GLENN B DAVIS, PO BOX 14, CLIO, CA, 96106 | US Mail (1st Class) |
| 34139 | GLORIA N CHERRINGTON, TRUST DATED 10/13/04, C/O GLORIA N CHERRINGTON TRUSTEE, 7929 BLUE BROOK DRIVE, LAS VEGA, NV, 89147 | US Mail (1st Class) |
| 34139 | GLORIA N CHERRINGTON TRUST DTD 10/13/2004, GLORIA CHERRINGTON TTEE, 7929 BLUE BROOK DRIVE, LAS VEGAS, NV, 89147 | US Mail (1st Class) |
| 34139 | GOLD RUNNER LLC, C/O DAVID KRYNZEL MANAGING PARTNER, 357 EVENINGSIDE AVE, HENDERSON, NV, 89012-5487 | US Mail (1st Class) |
| 34139 | GOODE IRA, JAMES PAUL, C/O FIRST SAVINGS BANK CUSTODIAN, 401 PUUHALE RD, HONOLULU, HI, 96819 | US Mail (1st Class) |
| 34139 | GOODE, JAMES PAUL, 401 PUUHALE RD, HONOLULU, HI, 96819 | US Mail (1st Class) |
| 34139 | GOTCHY, LANCE, 1610 PRATER WAY APT C, SPARKS, NV, 89431-4364 | US Mail (1st Class) |
| 34139 | GRABLE B RONNING, PO BOX 7804, INCLINE VILLAGE, NV, 89452-7804 | US Mail (1st Class) |
| 34139 | HARRY G & BEVERLY C FRITZ FAMILY TRUST DTD 4/13/95, C/O BEVERLY C FRITZ TRUSTEE, 3242 BROOKFIELD DR, LAS VEGAS, NV, 89120-1939 | US Mail (1st Class) |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 34139 | HASPINOV LLC, C/O JEFFREY R SYLVESTER ESQ, SYLVESTER & POLEDNAK LTD, 7371 PRAIRIE FALCON RD, STE 120, LAS VEGAS, NV, 89128 | US Mail (1st Class) |
| 34139 | HASPINOV LLC, C/O JEFFREY R SYLVESTER ESQ, SYLVESTER & POLEDNAK LTD, 7371 PRAIRIE FALCON RD, STE 120, LAS VEGAS, NV, 89128 | US Mail (1st Class) |
| 34139 | HENDLER, JANE, 4154 SAINT CLAIR AVE, STUDIO CITY, CA, 91604-1607 | US Mail (1st Class) |
| 34139 | HOWARTH, MARJORIE, 2240 VILLAGE WALK DR, #2212, HENDERSON, NV, 89052 | US Mail (1st Class) |
| 34139 | HUMPHRY 1999 TRUST, C/O JACK & ALICE HUMPHRY TTEES, 2000 LAGUNA ST., PAHRUMP, NV, 89048 | US Mail (1st Class) |
| 34139 | INGRID A RUTHERFORD FAMILY TRUST, DATED 7/8/99, C/O INGRID A RUTHERFORD TRUSTEE, PO BOX 1416, SAN ANDREAS, CA, 95245 | US Mail (1st Class) |
| 34139 | INTERNAL REVENUE SERVICE, DEPARTMENT OF THE TREASURY, 110 CITY PKWY STOP 5028LVG, LAS VEGAS, NV, 89106-4604 | US Mail (1st Class) |
| 34139 | INTERNAL REVENUE SERVICE, DEPARTMENT OF THE TREASURY, 110 CITY PKWY, STOP 5028LVG, LAS VEGAS, NV, 89106 | US Mail (1st Class) |
| 34139 | JACK D LA FLESCH IRA, FIRST SAVINGS BANK CUSTODIAN, 8414 W FARM RD, #180-255, LAS VEGAS, NV, 89131 | US Mail (1st Class) |
| 34139 | JAMES A CONBOY, 2310 OAK PARK RD, GLENDORA, CA, 91741 | US Mail (1st Class) |
| 34139 | JAMES E LOFTON & DENISE G LOFTON, 13320 ARROWSPRINGS DR, RENO, NV, 89511 | US Mail (1st Class) |
| 34139 | JAMES H LIDSTER FAMILY, TRUST DATED 1/20/92, 2958 SAN MATEO DR, C/O JAMES H LIDSTER & PHYLLUS M LIDSTER TRUSTEES, MINDEN, NV, 89423-7812 | US Mail (1st Class) |
| 34139 | JAMES NIKOLOVSKI & NATALIJA NIKOLOVSKI, 53243 PONDVIEW DR, SHELBY TOWNSHIP, MI, 48315-1792 | US Mail (1st Class) |
| 34139 | JANE HENDLER, 4154 SAINT CLAIR AVE, STUDIO CITY, CA, 91604-1607 | US Mail (1st Class) |
| 34139 | JANUS, JEFFREY, 4660 SAVONA PL, C/O LINCOLN TRUST COMPANY TTEE, SAN DIEGO, CA, 92130-1315 | US Mail (1st Class) |
| 34139 | JDL TRUST DTD 1/27/04, JACK D LA FLESCH TTEE, 8414 W FARM RD, #180-255, LAS VEGAS, NV, 89131 | US Mail (1st Class) |
| 34139 | JEFF ABODEELY, 8032 BRANCH HOLLOW TRAIL, FORT WORTH, TX, 76123 | US Mail (1st Class) |
| 34139 | JEFFREY JANUS, 4660 SAVONA PL, C/O LINCOLN TRUST COMPANY TRUSTEE, SAN DIEGO, CA, 92130-1315 | US Mail (1st Class) |
| 34139 | JOHN KREBBS & ELIZABETH LUNDY, PO BOX 22030, 7200 HWY 50 E, CARSON CITY, NV, 89721-2030 | US Mail (1st Class) |
| 34139 | JOHN WILLIS JR, 9072 PROSPERITY WAY, FORT MYERS, FL, 33913 | US Mail (1st Class) |
| 34139 | JOSIFKO FAMILY, LIVING TRUST U/T/D 9/21/99, C/O MARK R JOSIFKO & DEBORAH F JOSIFKO TRUSTEES, 1906 CATHERINE CT, GARDNERVILLE, NV, 89410-6665 | US Mail (1st Class) |
| 34139 | KASSU LLC PSP DATED 1/1/05, C/O KATHLEEN A BOYCE TRUSTEE, 3270 PIAZZO CIR., RENO, NV, 89502 | US Mail (1st Class) |
| 34139 | KENNETH L SCHUMANN LIVING TRUST DTD 7/19/96, C/O KENNETH L SCHUMANN TTEE, 6100 4TH ST. NW, ALBUQUERQUE, NM, 87107 | US Mail (1st Class) |
| 34139 | KEY EQUIPMENT FINANCE, SYSTEM OPS-NY-31-66-0819, PO BOX 1865, ALBANY, NY, 12201-1865 | US Mail (1st Class) |
| 34139 | KRYNZEL INDIVIDUALLY & AS, DAVID B, MANAGING PARTNER OF GOLD RUNNER, 6090 ALLRED PLACE #102T, HENDERSON, NV, 89011 | US Mail (1st Class) |
| 34139 | LARRY E LAUB IRA, 2169 DONOVAN DR, LINCOLN, CA, 95648-2967 | US Mail (1st Class) |
| 34139 | LARRY LAUB & BETTY MORRIS-LAUB, 2169 DONOVAN DR, LINCOLN, CA, 95648-2967 | US Mail (1st Class) |
| 34139 | LAWSON, PAULA, 8175 S VIRGINIA ST STE 850 PMB 399, RENO, NV, 89511-8981 | US Mail (1st Class) |
| 34139 | LEONARD NEWMAN TRUST DATED 10/11/05, C/O LEONARD NEWMAN TRUSTEE, 3111 BEL AIR DR, APT 3H, LAS VEGAS, NV, 89109 | US Mail (1st Class) |
| 34139 | LESLIE HARKINS & LINDA HARKINS TRUSTEES OF, THE HARKINS 2001 REVOCABLE TRUST DATED 8/23/01, 5360 BELLAZZA CT, RENO, NV, 89519-6156 | US Mail (1st Class) |
| 34139 | LINDA MERIALDO LIVING TRUST DTD 8/6/02, C/O LINDA MERIALDO TRUSTEE, 3949 MERIDIAN POINT CT., LAS VEGAS, NV, 89147 | US Mail (1st Class) |
| 34139 | LK WOLFE FAMILY LP, 9234 NW WILEY LN, PORTLAND, OR, 97229-8069 | US Mail (1st Class) |
| 34139 | LOMBARDI, POMPEO, 572 SUGARPINE DR, INCLINE VILLAGE, NV, 89451-8414 | US Mail (1st Class) |
| 34139 | LOUGHLIN FAMILY TRUST, C/O RICHARD J & ROBERTA L LOUGHLIN TTEES, 16337 ORCHARD SPRINGS ROAD, GRASS VALLEY, CA, 95945 | US Mail (1st Class) |
| 34139 | MANTER, JOHN, 1449 TIROL DR, INCLINE VILLAGE, NV, 89451-7902 | US Mail (1st Class) |
| 34139 | MARJORIE Y BERLIN, PO BOX 4805, BOULDER, CO, 80306-4805 | US Mail (1st Class) |
| 34139 | MARLIN LEASING, PO BOX 13604, PHILADELPHIA, PA, 19101-3604 | US Mail (1st Class) |
| 34139 | MARTINEZ FAMILY TRUST DTD 2/24/97, C/O MARCELLA & ROSS MARTINEZ TTEES, 4011 E OQUENDO RD, LAS VEGAS, NV, 89120-2617 | US Mail (1st Class) |
| 34139 | MARY F GAMBOSH, C/O CLAIRE M APGAR, EXE, 279 BEATEN PATH RD., MOORESVILLE, NC, 28117 | US Mail (1st Class) |
| 34139 | MAURER, TODD, 7810 SPRING HILL STREET, CHINO HILLS, CA, 91708 | US Mail (1st Class) |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 34139 | MAX MATHEWS AS TO AN UNDIVIDED ONE-HALF INTEREST, & RICHARD G MESSERSMITH AS TO, AN UNDIVIDED ONE-HALF INTEREST, 1351 POPLAR AVE, TWIN FALLS, ID, 83301-6650 | US Mail (1st Class) |
| 34139 | MCGIMSEY, SHARON OR JERRY, C/O WILLIAM L MCGIMSEY ESQ, 3017 W CHARLESTON BLVD., #30, LAS VEGAS, NV, 89102 | US Mail (1st Class) |
| 34139 | MEDHOFF TTEE OF M CRAIG MEDHOFF FAM TRUST, M CRAIG, 3110 LARKWOOD CREEK, FALLBROOK, CA, 92028 | US Mail (1st Class) |
| 34139 | MELVIN, TERI L, 31862 CIRCLE DRIVE, LAGUNA BEACH, CA, 92651 | US Mail (1st Class) |
| 34139 | MICHAEL FAMILY TRUST DTD 12/4/03, ALAIN MICHAEL & DAWN LEVY TTEES, PRIME FUNDING, 2629 TOWNSGATE RD, STE #110, WESTLAKE VILLAGE, CA, 91361-2982 | US Mail (1st Class) |
| 34139 | MICHAEL H GREELEY IRA, 5631 GRANARY WAY, ATHENS, AL, 35611-8820 | US Mail (1st Class) |
| 34139 | MOLITCH IRA, MATTHEW, C/O MATTHEW & MARILYN MOLITCH, 11262 CORSICA MIST AVE, LAS VEGAS, NV, 89135 | US Mail (1st Class) |
| 34139 | MOORE, KATHLEEN J, 450 OPAL DR, HENDERSON, NV, 89015 | US Mail (1st Class) |
| 34139 | MOUNTAIN WEST MORTAGE CO/LERIN HILLS, THOMAS JURBALA, 630 TRADE CENTER DR, LAS VEGAS, NV, 89119 | US Mail (1st Class) |
| 34139 | NANCY L GRIFFIN AND KAREN L CECCHI, 9427 E UNIVERSITY DR LOT 80, MESA, AZ, 85207-7029 | US Mail (1st Class) |
| 34139 | NEVADA BUSINESS JOURNAL, 375 N STEPHANIE ST, STE 2311, HENDERSON, NV, 89014-8903 | US Mail (1st Class) |
| 34139 | NORMAN TEETER, 4201 VIA MARINA STE 300, MARINA DEL REY, CA, 90292-5237 | US Mail (1st Class) |
| 34139 | OLIVER PUHR, 5095 BELLA CT, RENO, NV, 89519 | US Mail (1st Class) |
| 34139 | OSHEROW TRUST DTD 9/11/89, C/O AARON I OSHEROW TRUSTEE, 8025 MARYLAND AVE, APT 10-C, ST LOUIS, MO, 63105 | US Mail (1st Class) |
| 34139 | OVCA ASSOCIATES INC DEFINED PENSION PLAN, C/O WILLIAM J OVCA JR TRUSTEE, 410 UPPER LAKE ROAD, THOUSAND OAKS, CA, 91361 | US Mail (1st Class) |
| 34139 | PAMELA JEAN MARTON, 2652 1/2 LAKE VIEW TER E, LOS ANGELES, CA, 90039-2605 | US Mail (1st Class) |
| 34139 | PAOLO M ARROYO & MARIO D ARROYO, 1555 N VINE ST, APT 541S, HOLLYWOOD, CA, 90028 | US Mail (1st Class) |
| 34139 | PAT DAVIS IRA, 737 BANNERMAN LANE, FORT MILL, SC, 29715 | US Mail (1st Class) |
| 34139 | PATRICIA L PORT, TRUST DATED 1/28/04, C/O PATRICIA L PORT TRUSTEE, PO BOX 4505, INCLINE VILLAGE, NV, 89450 | US Mail (1st Class) |
| 34139 | PAUL HARGIS & SUSAN GAIL HARGIS, 28640 WAHOO DRIVE, BONITA SPRINGS, FL, 34135 | US Mail (1st Class) |
| 34139 | PECOS PROFESSIONAL PARK LIMITED PARTNER, C/O JEFFREY R SYLVESTER ESQ, SYLVESTER & POLEDNAK LTD, 7371 PRAIRIE FALCON RD, STE 120, LAS VEGAS, NV, 89128 | US Mail (1st Class) |
| 34139 | PHENIX, BETTY J, 1745 CEDARWOOD DRIVE, MINDEN, NV, 89423 | US Mail (1st Class) |
| 34139 | PHILLIPS FAMILY TRUST DTD 10/24/89, ROBERT C LEPOME, 2040 MAY VALLEY WAY, HENDERSON, NV, 89052 | US Mail (1st Class) |
| 34139 | POMPEO J LOMBARDI, 572 SUGARPINE DR, INCLINE VILLAGE, NV, 89451-8414 | US Mail (1st Class) |
| 34139 | PRAKELT, HANS J, 1299 KINGSBURY GRADE, GARDNERVILLE, NV, 89460 | US Mail (1st Class) |
| 34139 | RETIREMENT ACCOUNTS INC CFBO JUDD ROBBINS IRA, 1340 ANDERSON CREEK RD, TALENT, OR, 97540-7719 | US Mail (1st Class) |
| 34139 | RICHARD M RAKER LIVING TRUST DTD 3/18/98, RICHARD M RAKER TTEE, 982 SHORELINE DR, SAN MATEO, CA, 94404 | US Mail (1st Class) |
| 34139 | RICHARD RETIN, 2245 WINTERCREEK WAY SE, SALEM, OR, 97306 | US Mail (1st Class) |
| 34139 | ROBERT OR NANCY TURNER TTEES, THE TURNER FAMILY TRUST, 60354 WOODSIDE LOOP, BEND, OR, 97702-9438 | US Mail (1st Class) |
| 34139 | ROBERT R RODRIGUEZ, 2809 EASY ST, PLACERVILLE, CA, 95667-3906 | US Mail (1st Class) |
| 34139 | ROBERT T CHYLAK & BARBARA M CHYLAK FAMILY TRUST, DATED 10/30/90, C/O ROBERT T CHYLAK & BARBARA M CHYLAK TRUSTEES, 3347 W. INSPIRATION DR., ANTEHM, AZ, 85086 | US Mail (1st Class) |
| 34139 | RODRIGUEZ, ROBERT R, 5748 NEWBERRY POINT DR., FLOWERY BRANCH, GA, 30542 | US Mail (1st Class) |
| 34139 | ROGERS REVOCABLE LIVING TRUST, DATED 04/10/00, C/O DARRELL ROGERS & PATRICIA ROGERS TRUSTEES, 2869 DEL MAR DR, MINDEN, NV, 89423-7841 | US Mail (1st Class) |
| 34139 | RONALD G GARDNER TRUST, C/O RONALD G GARDNER TRUSTEE, 430 BAVARIAN DR, CARSON CITY, NV, 89705-7010 | US Mail (1st Class) |
| 34139 | RONNING, CROSBIE B, P.O. BOX 7804, INCLINE VILLAGE, NV, 89452-7804 | US Mail (1st Class) |
| 34139 | RONNING, GRABLE B, PO BOX 7804, INCLINE VILLAGE, NV, 89452-7804 | US Mail (1st Class) |
| 34139 | RUDOLF WINKLER IRA, 10000 ROSSBURY PL, LOS ANGELES, CA, 90064-4826 | US Mail (1st Class) |
| 34139 | S & P DAVIS LIMITED PARTNERSHIP, 737 BANNERMAN LANE, FORT MILL, SC, 29715 | US Mail (1st Class) |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 34139 | S&P DAVIS LIMITED PARTNERSHIP, A TEXAS PARTNERSHIP, 737 BANNERMAN LANE, FORT MILL, SC, 29715 | US Mail (1st Class) |
| 34139 | SAMS CLUB, PO BOX 530980, ATLANTA, GA, 30353-0980 | US Mail (1st Class) |
| 34139 | SCHNADT TRUST DATED 6/18/93, C/O WILLIAM E SCHNADT & JANET E SCHNADT TTEES, 2272 CORDAVILLE DR, HENDERSON, NV, 89044-1013 | US Mail (1st Class) |
| 34139 | SCHOONOVER FAMILY TRUST DTD 2/23/04, C/O EDWARD & SUSAN SCHOONOVER CO TTEES, 164 SHORETT DR, FRIDAY HARBOR, WA, 98250-8140 | US Mail (1st Class) |
| 34139 | SCHUMANN, KENNETH, 6100 4TH ST. NW, ALBUQUERQUE, NM, 87107 | US Mail (1st Class) |
| 34139 | SERGIO DEL CANIZO TANAMARA CORP CENTER LLC, 3136 HYDE PARK DR, NAPA, CA, 94558 | US Mail (1st Class) |
| 34139 | SEXTON, THOMAS, 3016 NORTHVIEW RD, WAYZATA, MN, 55391-9215 | US Mail (1st Class) |
| 34139 | SHELLEY WIKE CRANLEY TRUSTEE, SHELLEY W CRANLEY, 3801 MAURICE COURT, LAS VEGAS, NV, 89108 | US Mail (1st Class) |
| 34139 | SILVER STATE COMMUNICATIONS, (AKA) SILVER EAGLE ENERGY ADVISORS, 2533 N CARSON ST, CARSON CITY, NV, 89706-0242 | US Mail (1st Class) |
| 34139 | SLOAN D WILSON & EDNA P WILSON, 2655 POLK ST APT 404, SAN FRANCISCO, CA, 94109-1532 | US Mail (1st Class) |
| 34139 | SPECTRUM CAPITAL LLC, ROBERT C LEPOME, 2042 MAY VALLEY WAY, HENDERSON, NV, 89052 | US Mail (1st Class) |
| 34139 | SPECTRUM CAPITAL LLC, 6167 JARVIS AVE # 304, NEWARK, CA, 94560-1210 | US Mail (1st Class) |
| 34139 | SPECTRUM FINANCIAL GROUP LLC, C/O WILLIAM SCHILZ, 225 VALLEY GLEN LN, MARTINEZ, CA, 94553 | US Mail (1st Class) |
| 34139 | STACY GRANT REVOCABLE TRUST DTD 12/24/99, 4962 E WATER ST, TRUSTEE, TUCSON, AZ, 85712-5742 | US Mail (1st Class) |
| 34139 | STEPHANIE AMBER MORGAN, 4701 STAGGERBRUSH RD APT 1834, AUSTIN, TX, 78749-1049 | US Mail (1st Class) |
| 34139 | STEVENSON FAMILY TRUST, C/O RICHARD STEVENSON & DORIS STEVENSON TRUSTEES, 561 CAREL VALLEY ST, HENDERSON, NV, 89012-6120 | US Mail (1st Class) |
| 34139 | STEWART, THOMAS, 330 GLISTENING CLOUD DR, HENDERSON, NV, 89012-3119 | US Mail (1st Class) |
| 34139 | SZABO, JANET, 292 FRANCISCO ST, HENDERSON, NV, 89014-6026 | US Mail (1st Class) |
| 34139 | TAMARA JOHNSON, 844 HIGHLAND DR, VISTA, CA, 92083 | US Mail (1st Class) |
| 34139 | TECHNOLOGY INVESTMENT PARTNERS LLC DBA TIP CAPITAL, ATTN STACEY L FARMER, 40950 WOODWARD AVE, SUITE 201, BLOOMFIELD HILLS, MI, 48304-5128 | US Mail (1st Class) |
| 34139 | TEETER IRA ROLLOVER, LOUISE, ROBERT C LEPOME, 10120 S EASTERN, #200, HENDERSON, NV, 89052 | US Mail (1st Class) |
| 34139 | TEETER, LOUISE & NORMAN, ROBERT C LEPOME, 10120 S EASTERN, #200, HENDERSON, NV, 89052 | US Mail (1st Class) |
| 34139 | TEETER, NORMAN, 4201 VIA MARINA, #300, MARINA DEL REY, CA, 90292 | US Mail (1st Class) |
| 34139 | TERI L MELVIN, 31862 CIRCLE DRIVE, LAGUNA BEACH, CA, 92651 | US Mail (1st Class) |
| 34139 | THE CANGIANO TRUST DATED 3/30/90, C/O LOUIS CANGIANO JR & NANCY E CANGIANO TRUSTEES, 27579 PASEO CASTILE, SAN JUAN CAPISTRANO, CA, 92675-5323 | US Mail (1st Class) |
| 34139 | THE VOSS FAMILY TRUST UNDER, TRUST DATED 10/4/99, C/O WOLF DIETER VOSS & CLAUDIA VOSS TRUSTEES, 14 VIA AMBRA, NEWPORT BEACH, CA, 92657-1610 | US Mail (1st Class) |
| 34139 | THRELFALL, RONDA L, 9915 SADDLEBACK DR, LAKESIDE, CA, 92040 | US Mail (1st Class) |
| 34139 | TIMOTHY PORTER IRA, 8970 S BANK DR, ROSEBURG, OR, 97470-7993 | US Mail (1st Class) |
| 34139 | TODD C MAURER IRA, 7810 SPRING HILL STREET, CHINO, CA, 91708 | US Mail (1st Class) |
| 34139 | TONY T MACEY, 31248 OAK CREST DR STE 150, WESTLAKE VILLAGE, CA, 91361-4693 | US Mail (1st Class) |
| 34139 | USA COMMERCIAL MORTGAGE COMPANY, 2 S BISCAYNE BLVD STE 1800, MIAMI, FL, 33131-1830 | US Mail (1st Class) |
| 34139 | VALLEY INVESTMENTS CORP, 2211 N RAMPART BLVD #125, LAS VEGAS, NV, 89102-7809 | US Mail (1st Class) |
| 34139 | VOGLIS, MARIETTA, 3333 ALLEN PRKY., UNIT 1103, HOUSTON, TX, 77019 | US Mail (1st Class) |
| 34139 | WALTER, DIANE, C/O BEESLEY MATTEONI LTD, CARYN S TIJSSELING ESQ, 5011 MEADOWOOD MALL WAY, SUITE 300, RENO, NV, 89502 | US Mail (1st Class) |
| 34139 | WALTER, DIANE, 3 MALACHITE RD, YERINGTON, NV, 89447 | US Mail (1st Class) |
| 34139 | WEBBER, PATRICIA ANN, 9072 PROSPERITY WAY, FORT MYERS, FL, 33913 | US Mail (1st Class) |
| 34139 | WEDDELL, ROLLAND P, 2271 ARROWHEAD DR, CARSON CITY, NV, 89706-0459 | US Mail (1st Class) |
| 34139 | WILLIAM & WALTRUUD SCHNEIDER FAMILY TR, 135 CLEARVIEW DR, CARSON CITY, NV, 89701-6698 | US Mail (1st Class) |
| 34139 | WINKLER FAMILY TRUST UTD 3/13/86, C/O CARMEL WINKLER TRUSTEE, 10000 ROSSBURY PL, LOS ANGELES, CA, 90064-4826 | US Mail (1st Class) |
| 34139 | WINKLER IRA, RUDOLF, ROBERT C LEPOME, 10120 S EASTERN, #200, HENDERSON, NV, 89052 | US Mail (1st Class) |
| 34139 | WORLD LINKS GROUP LLC, C/O LEO G MANTAS, 7440 S BLACKHAWK ST, #12208, ENGLEWOOD, CO, 80112-4355 | US Mail (1st Class) |
| 34139 | ZAPPULLA, JOSEPH G & CAROL A, 12706 W MYER LN, EL MIRAGE, AZ, 85335 | US Mail (1st Class) |

**Exhibit 3 - USACM Liquidating Trust**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 34139 | ZOE BROWN 1989 FAMILY TRUST, C/O ZOE BROWN TTEE, 2877 PARADISE RD, #803, LAS VEGAS, NV, 89109 | US Mail (1st Class) |

**Subtotal for this group: 195**