# U.S. Bankruptcy Appellate Panel
# of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105
Appeals from Central California (626) 229-7220
Appeals from all other Districts (626) 229-7225

To:   Clerk, Bankruptcy Court - *Las Vegas, Nevada*

Debtor(s):   **USA COMMERCIAL MORTGAGE COMPANY, et al**

Appeal Reference Number:   09-31

BAP No.:   **NV-09-1270**   RE: *Notice of Appeal Filed on 08/13/09*
Bk. Ct. No.:   S-06-10725-LBR   ADV. NO.: 08-01121-LBR

The Bankruptcy Appellate Panel has received and docketed the notice of appeal referenced in the attached transmittal. The BAP case number is indicated above for your information.

If completion of the record has been delayed, please advise us as to the cause of the delay by completing the following checklist and sending a copy of this letter back to us:

## IF THE RECORD ON APPEAL IS COMPLETE, PLEASE SEND THE CERTIFICATE OF READINESS

Susan M Spraul, BAP Clerk

By: Vincent Barbato, Deputy Clerk
Date: September 17, 2009

**A) REASONS WHY THE RECORD HAS NOT BEEN COMPLETED. THE FOLLOWING ITEMS HAVE NOT BEEN FILED:**

[PAID]   No Filing Fees paid   [PAID: 08/17/09; RECEIPT#: 7104860]
[ ]   No Designation of Record
[ ]   No Statement of Issues
[ ]   No Notice Regarding the Transcript
[ ]   No Reporter's Transcript(s)

   Reporter name:_____
   phone:_____
   Judge:_____
   Transcript date(s):_____

[ ]   No Transcript Fees paid
[ ]   Extension of Time Granted to Reporter:
    New deadline:_____
[ ]   Other:_____

**B) DEPUTY CLERK PROCESSING THIS APPEAL**

1. Name:_____
2. Phone:_____
3. Date:_____

RECEIVED AND FILED
2009 SEP 21 PM 1:22
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

RECEIVED & FILED

**TRANSMITTAL FORM**      Aug 18  8 34 AM '09

TO:      BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
U.S. BANKRUPTCY COURT CLERK
125 South Grand Avenue, Pasadena, CA 91105

FROM:    BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA - SOUTHERN
District Office No. 0978/2

| | |
|---|---|
| **CASE NAME** | USA COMMERCIAL MORTGAGE COMPANY |
| **BANKRUPTCY NO** | BK-S-06-10725 LBR |
| **ADVERSARY NO** | BK-S-08-1121 LBR |

BAP# NV-09-1270

R E C E I V E D
Harold S. Marenus, Clerk
U.S. BKCY.APP.PANEL
OF THE NINTH CIRCUIT

AUG 21 2009

FILED _____
DOCKETED 08/24/09  v.j.b.
   DATE        INITIAL

**APPEALS FILED IN THE
SAME BANKRUPTCY CASE
OR IN A RELATED ADV CASE**

**REFERENCE NO**     09-31

**BANKRUPTCY JUDGE**     LINDA B RIEGLE

**DATE NOTICE OF APPEAL FILED**     8/13/2009

**DATE OF ENTRY OF ORDER APPEALED**     8/3/2009

**DATE BANKRUPTCY FILED**     4/13/2006

**DATE NOTICE OF APPEAL AND**     8/18/2009
**NOTICE OF OBJECTION PERIOD
MAILED TO PARTIES**

**DATE OF TRANSMITTAL**     8/18/2009

L. M. ESPINOZA
DEPUTY CLERK

4/21/07