**USACM TRUST**
**Clear Creek Plantation**
**Multiple Loan Claims**

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Clear Creek Plantation Loan |
|---|---|---|---|---|
| 10725-00687 | LORA & LOYAL CROWNOVER FAMILY TRUST | C/O LOYAL CROWNOVER TRUSTEE 2213 PLAZA DEL PUERTO LAS VEGAS NV 89102-4045 | 600,000.00 | 200,000.00 |
| 10725-01208 | MONIGHETTI, PETE | 6515 FRANKIE LN PRUNEDALE CA 93907 | 1,509,963.55 | 50,000.00 |
| 10725-01878 | RAGGI, DENNIS | PO BOX 10475 ZEPHYR COVE NV 89448 | 10,451.54 | Unknown |
| 10725-01923 | O'RIORDAN, JOHN E & SONHILD A | 2745 HARTWICK PINES DR HENDERSON NV 89052-7002 | 3,476,504.52 | 200,000.00 |
| 10725-02000 | ROBERT L OGREN TRUST DTD 6/30/92 | ROBERT L ORGREN TTEE 3768 RICK STRATTON DR LAS VEGAS NV 89120 | 1,827,483.14 | 200,000.00 |
| 10725-02018 | EVELYN G CANEPA TRUST DTD 9/19/00 | C/O LAUREL E DAVIS LIONEL SAWYER & COLLINS 300 SOUTH FOURTH STSTE 1 LAS VEGAS NV 89101 | Unknown | 50,000.00 |
| 10725-02226 | RAGGI, DENNIS | PO BOX 10475 ZEPHYR COVE NV 89448 | 4,884,068.70 | 200,000.00 |
| 10725-02299 | ZAWACKI A CALIFORNIA LLC | PO BOX 5156 BEAR VALLEY CA 95223-5156 | 3,000,000.00 | 400,000.00 |
| 10725-02304 | ERVEN J NELSON LTD PSP DTD 10/31/72 | C/O ERVEN J NELSON TRUSTEE 2023 W ASPIRATION POINT ST GEORGE UT 84790 | 500,000.00 | 150,000.00 |
| 10725-02366 | AL-AWAR LIVING TRUST DTD 4/05/01 | ADIB M & ELLEN A AL-AWAR TTEES 1330 BURRO CT GARDNERVILLE NV 89410 | 3,615,913.62 | 100,000.00 |
| 10725-02423 | PINSKER, DONALD H | 8650 W VERDE WAY LAS VEGAS NV 89149-4145 | 1,633,057.16 | 150,000.00 |
| 10725-02433 | MICHAELIAN HOLDINGS LLC | 413 CANYON GREENS DR LAS VEGAS NV 89144-0829 | 1,267,075.50 | 75,000.00 |
| | | Totals | 22,324,517.73 | 1,775,000.00 |