**USACM TRUST**

**Clear Creek Plantation**
**Single Loan Claims**

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Clear Creek Plantation Loan |
|---|---|---|---|---|
| 10725-01811 | EASTLAND, THOMAS | 172 BELLE AVE  PLEASANT HILL CA 94523 | 50,000 | 50,000 |
| | | Totals | 50,000.00 | 50,000.00 |