**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 9/25/09

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>       Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ERRATA TO NINETEENTH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO DOUBLE COUNTED CLAIMS; AND CERTIFICATE OF SERVICE**<br><br>Date of Hearing: October 19, 2009<br>Time of Hearing: 3:00 p.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2098367.1

1. The USACM Liquidating Trust (the "USACM Trust") filed its Nineteenth Omnibus Objection of USACM Liquidating Trust to Double Counted Claims ("Objection") [DE 7531] on September 18, 2009. The Trust has determined that it electronically filed only the first page of the objection with the Court. Thus, the copy filed with the Court is incomplete.

2. To correct the record, a complete copy of the Objection and Exhibit A thereto is attached hereto as **Exhibit 1**.

3. The Direct Lenders affected by the Objection were properly noticed with a complete copy of the Objection[4] and the corresponding notice of hearing on September 18, 2009. This is demonstrated by the certificate of service attached to the Objection. Counsel also verified with the secretary who served the Objection the she mailed each affected Direct Lender a complete copy of the Objection.

Dated: September 25, 2009.

LEWIS AND ROCA LLP

/s/ Marvin Ruth (#10979)
Rob Charles, NV 6593
John C. Hinderaker, AZ 18024 (pro hac vice)
Marvin Ruth, NV 10979
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8320
Facsimile: (702) 949-8398
E-mail: mruth@lrlaw.com
*Attorneys for the USACM Liquidating Trust*

---

[4] The Direct Lenders only received that portion of Exhibit A that related to their specific claim.

2

2098367.1



| | |
|---|---|
| 1 | Copy of the foregoing and the pertinent portion of Exhibit A mailed by First Class postage prepaid U.S. mail on September 25, 2009 to: |
| 2 | |
| 3 | |
| 4 | All parties in interest listed on Exhibit A attached |
| 5 | LEWIS AND ROCA LLP |
| 6 | |
| 7 | /s/ Leilani Lista |

3

2098367.1