**Entered on Docket**
**September 28, 2009**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

Zachariah Larson, Esq., Bar No. 7787
Kyle O. Stephens, Esq., Bar No.: 7928
**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, NV 89101
Tel: (702) 382-1170
Fax: (702) 382-1169
E-mail: zlarson@lslawnv.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>USA COMMERCIAL MORTGAGE COMPANY<br><br>                Debtor, | Case No.:  BK-S-06-10725-LBR<br>Chapter 11 |
| In Re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>                Debtor, | Case No.; BK-S-06-10726-LBR<br>Chapter 11 |
| In Re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC<br><br>                Debtor, | Case No.: BK-S-06-10727-LBR<br>Chapter 11 |
| In Re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>                Debtor, | Case No.: BK-S-0610728-LBR<br>Chapter 11 |

|  |  |
|---|---|
| In Re:<br>USA SECURITIES<br>                    Debtor,<br>Affects<br>[X] All Debtors<br>[  ] USA Commercial Mortgage Co.<br>[  ] USA Securities, LLC<br>[  ] USA Capital Realty Advisors, LLC<br>[  ] USA Capital Diversified Trust Deed<br>[  ] USA First Trust Deed Fund, LLC | Case No.: BK-S-06-10729-LBR<br>Chapter 11 |

**EX PARTE MOTION AND ORDER TO BE REMOVED FROM THE MASTER ELECTRONIC MATRIX**

Zachariah Larson, Esq., of LARSON & STEPHENS, hereby files this Ex Parte Motion and Order to be Removed from the Master Electronic Matrix. On April 10, 2008 Creditor James Feeney substituted Kirby R. Wells, Esq. of WELLS & ASSOCIATES, as its local counsel in the above-entitled matter in the place and stead of Zachariah Larson, Esq., of LARSON & STEPHENS. Mr. Larson now requests that he be removed from the master electronic matrix as counsel for Creditor James Feeney.

Accordingly, electronic notices should no longer be sent to:

ecf@lslawnv.com

susans@lslawnv.com

laurar@lslawnv.com

overflow@lslawnv.com

Dated: this  23rd  day of September, 2009

                                            **LARSON & STEPHENS**

                                            /s/: Zachariah Larson
                                            Zachariah Larson, Esq.
                                            Nevada Bar No. 8228
                                            810 S. Casino Center Blvd., Suite 104
                                            Las Vegas, Nevada 89101

IT IS SO ORDERED.

*LARSON & STEPHENS*
*810 S. Casino Center Blvd., Suite 104*
*Las Vegas, Nevada 89101*
*Tel: (702) 382-1170   Fax: (702) 382-1169*

2