**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 9/28/09

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,[1]

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]

USA SECURITIES, LLC,[3]

Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR[1]
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR[2]
Case No. BK-S-06-10729-LBR[3]

CHAPTER 11

Jointly Administered Under Case No. BK-S-06-10725 LBR

**STIPULATION FOR ORDER ON DUPLICATIVE CLAIM (PROOF OF CLAIM 10725-01689) BY FERTITTA ENTERPRISES, INC.**

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

1

259469.1

LEWIS AND ROCA LLP
LAWYERS

USACM Liquidating Trust and Fertitta Enterprises, Inc. ("Fertitta"), through their respective counsel, stipulate:

1. On December 12, 2006, Fertitta filed Proof of Claim No. 10725-01689, which asserted an unsecured claim in the amount of $4,353,000.00 based upon an investment in the Tapia Ranch Loan.

1. On January 17, 2007, Fertitta filed Proof of Claim No. 10725-02181, which asserted an unsecured claim in the amount of $12,214,670.00 based upon the same investment in the Tapia Ranch Loan and investments in two other loans.

2. The parties stipulate that the Proof of Claim No. 10725-01689 shall be withdrawn and disallowed in full because it is duplicative of Fertitta's subsequently filed Proof of Claim No. 10725-02181.

3. In accordance therewith, the parties submit a stipulated Order.

DATED: September 29, 2009

                        LEWIS AND ROCA LLP

                        By:  /s/ John Hinderaker (AZ #018024)
                           Rob Charles, NV 6593
                           John Hinderaker, AZ 018024 (*pro hac vice*)
                        *Counsel for USACM Liquidating Trust*

                           -and-

                        PARKER, MILLIKEN, CLARK,
                          O'HARA & SAMUELIAN
                        A PROFESSIONAL CORPORATION

                        By:  /s/ *Gregory M. Salvato*
                           Gregory M. Salvato

                        555 So. Flower Street, 30th Floor
                        Los Angeles, California  90071-2440

                        Attorneys for FERTITTA ENTERPRISES, INC.

259469.1

LEWIS AND ROCA LLP
LAWYERS

| | |
|---|---|
| 1 | Copy of the foregoing served on September 28, 2009, via e-mail to: |
| 2 | |
| 3 | Gregory M. Salvato<br>Parker, Milliken, Clark, O'Hara & Samuelian |
| 4 | 555 South Flower Street, 30th Floor<br>Los Angeles, CA 90071-2440 |
| 5 | |
| 6 |   s/Renee L. Creswell<br>Lewis and Roca LLP |

3

259469.1