

Entered on Docket
September 29, 2009

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

*Attorneys for USACM Liquidating Trust*

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br>USA Capital Realty Advisors, LLC,[1]<br>USA Capital Diversified Trust Deed Fund, LLC,<br>USA Capital First Trust Deed Fund, LLC,[2]<br>USA Securities, LLC,[3]<br>                          Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Date of Hearing:
Time of Hearing:

**ORDER APPROVING STIPULATION DISALLOWING DUPLICATIVE CLAIM (PROOF OF CLAIM NO. 10725-01689) BY FERTITTA ENTERPRISES, INC.**

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

259536.1

1     The Stipulation by and between the USACM Liquidating Trust  ("Trust"), and

2  Fertitta Enterprises, Inc., ("Fertitta"); [DE 7573] to withdraw a duplicative claim (Proof of

3  Claim No. 10725-01689) came before the Court for consideration. No notice being

4  necessary and good cause appearing:

5     **IT IS ORDERED** that the Stipulation is approved and the Proof of Claim No.

6  10725-016890 is deemed withdrawn and disallowed in its entirety.

7

8                                         ###

9  PREPARED AND SUBMITTED and
   APPROVED AS TO FORM AND CONTENT:
10
11  LEWIS AND ROCA LLP

12
   By: /s/ JH     (#018024)
13          Rob Charles
            John Hinderaker
14  *Attorneys for USACM Liquidating Trust*

15  PARKER, MILLIKEN, CLARK,
       O'HARA & SAMUELIAN
16  A PROFESSIONAL CORPORATION

17
18  By:  /s/ *Gregory M. Salvato*
          Gregory M. Salvato
19
20  555 So. Flower Street, 30th Floor
    Los Angeles, California  90071-2440
21
    Attorneys for
22  FERTITTA ENTERPRISES, INC.

23

24

25

26

                                          2

259536.1