E-Filed on 9/24/2009

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,[1]

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]

USA SECURITIES, LLC,[3]

Debtors.

Affects:
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR[1]
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR[2]
Case No. BK-S-06-10729-LBR[3]

CHAPTER 11

Jointly Administered Under Case No. BK-S-06-10725 LBR

**WITHDRAWAL OF PROOF OF OF CLAIM NO. 10725-00901 BY GAIL HODES LIVING TRUST**

Gail Hodes, Trustee of the Gail Hodes Living Trust Dated 9/10/03 withdraws Proof of Claim No. 10725-00901 filed on November 1, 2006, in an unliquidated amount, on the ground that it is a duplicate of Proof of Claim No. 10725-01573 filed on December 7, 2006 in an unliquidated amount.

Gail Hodes, as Trustee of the Gail Hodes Living Trust Dated 9/10/03 amends proof of claim 10725-01573 to correct the amount to $129,522 as an unsecured claim.

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2098407.1

Respectfully submitted this 25 day of September, 2009.

          GAIL HODES LIVING TRUST DATED 9/10/03 *Gail Hodes, Trustee*

By: /s/ Gail Hodes, Trustee
    Gail R. Hodes, Trustee
    Gail Hodes Living Trust Dated 9/10/03
    16872 Baruna Lane
    Huntington Beach, CA 92649-3020

2098407.1