RECEIVED & FILED

'09 OCT -1 P1:54

Marcia J. Knox
1885 Vintners Place
Reno, NV 89519
September 26, 2009

Honorable Judge Linda B. Riegle
United States Bankruptcy Court
300 Las Vegas Blvd. South 4th Floor
Las Vegas, Nevada 89101
Case Number: BK-S-06-10725-LBR

Honorable Judge Linda B. Riegle,

This letter is to further clarify claims that I, Marcia Knox, Trustee, as a direct lender in the USA Commercial Mortgage Company bankruptcy, have made. I do not agree with all recent actions by USACM Liquidating Trust to disallow claims I have made, and were unable to respond in the time frame provided. Enclosed is a comprehensive table explaining my reasons for allowance or disallowance, or re-instatements of my claims. Please consider my disapproval of the following USACM Liquidating Trusts disallowance of certain claims and clarification of all claims that should remain active or inactive.

I have spoke with John Hinderaker recently, on numerous occasions, to resolve these issues, but there has been disagreement regarding claims standing. I hope the court will be able to decide what is fair and which claims should remain standing.

The following information regarding claims should supersede any and all other communications between me, USACM liquidating trust and the Bankruptcy Court regarding these claims. I hope this serves to resolve the allowance/ disallowance issue for all of my previous and remaining claims.

Furthermore, I believe that, as all of my investments were as a direct lender, that the status of all remaining claims should be "secured" and not grouped as "general unsecured". If this can be reversed to a "secured" status, I would appreciate that being considered, if at all possible, as well.

If it is too cumbersome to deal with so many claims, I would like to request that all claims I have ever submitted, be reinstated until every property investment I am involved in, regarding this case, is resolved, then at that time, we can eliminate all remaining claims at once, after all distributions and court cases surrounding this case are finalized.

If there are any questions regarding this matter, I may be reached at (775) 826-9195.

Thank you for your time and attention to this matter. I hope this effort resolves any questions regarding these claims.

RECEIVED
JUDGE RIEGLE
DATE: 9-28-09

Prepared and Respectfully Submitted,

Marcia J. Knox Trustee
cc: John Hinderaker / Lewis and Roca

| Claim # | Property | Amount | Reinstate or Disallow | Reason |
|---|---|---|---|---|
| 10725-00756 | Gateway Stone | 50,000 | Disallow | Paid/Resolved |
| 10725-00722 | Gateway Stone | 733.48 | Disallow | Paid/Resolved |
| 10725-00699 | Gateway Stone | 733.48 | Disallow | Paid/Resolved |
| 10725-00676-1, 10725-00676-2 | Gateway Stone | 50,000 | Disallow | Paid/Resolved |
| 10725-01634 | Anchor B | 55,266.83(Amounts on 10725-00647, 10725-00648, 10725-00649) | Allow | Unresolved / Amendment, not replacement (should be added to 10725-00647, 10725-648,10725-00649) |
| 10725-00647, 10725-00648, 10725-00649 | Anchor B | 50,000 principal, 733.48 diverted interest 4,533.35 diverted interest | Reinstate All (includes detailed proof) to be included with amendment or (noted correction, without detailed proof) of 10725-01634 | These provide detailed proof of claim, where 10725-01634 is additional information, but not main documentation of proof |
| 10725-00615, 10725-00616, 10725-00617 | Anchor B | 50,000, 733.48 4,533.35 | Disallow because of Duplication of above claims | If 10725- 00647,-00648,-00649 can be re-established, these can be disallowed |
| 10725-01635 | Anchor B, Bay Pompano Beach, Gateway Stone | Unknown claim based on legal theories, including fraud, breach of fiduciary obligations, breach of confidential relationship, etc. | Re-instate, but disallow Gateway Stone portion only | Re-instate because it is still valid for Anchor B (unresolved), and Bay Pompano Beach (waterfall not distributed, not completely resolved yet), but can disallow only the Gateway Stone portion, which is resolved |
| 10725-01637 | Bay Pompano Beach | 75,539.24(amendment to be included with proof in -01037,01029,01028 below | Re-instate | Amendment or add-on to 10725-(01037-01029-01028-0766-0797-0798) Original documentation |

| | | | | with full supporting proof is contained in original claims |
|---|---|---|---|---|
| Claim # | Property | Amount | Reinstatement or Disallow | Reason |
| 10725-01037 | Bay Pompano Beach | 46,095.47 | Reinstatement | Part of Bay Pompano Beach Principal was withheld pending the Waterfall issue; not fully distributed; see attached Windemere statement |
| 10725-01029 | Bay Pompano Beach | 1,527.68 | Reinstatement | Diverted Interest prior to BK |
| 10725-01028 | Bay Pompano Beach | 27,916.09 | Re-instatement | Diverted Principal Prior to BK |
| 10725-00798 | | 27,916.09 | Disallow | Duplicate of - 01028 Diverted Principal |
| 10725-00797 | | 46,095.47 | Disallow | Duplicate of - 01037; Diverted Principal |
| 10725-00766 | | 1,527.68 | Disallow | Duplicate of - 01029; Diverted Interest |




Formerly Tim Gay & Associates

- *Litigation Support*
- *Business Valuation*
- *Corporate Restructuring*
- *Merger & Acquisition*

SIERRA CONSULTING GROUP, LLC
Two North Central Avenue, Suite 700
Phoenix, AZ 85004-2324
Phone 602-424-7001 · Fax 602-424-7002
www.sierracgllc.com

# FAX COVER

Date: Time:

Number of pages including cover sheet:

To: Marcia Knox
Fax: 775-826-9195
Phone:
CC:
CC Fax:

From:
Fax: 602-424-7002
Phone: 602-424-7001
Email:
Subject:

REMARKS: ☐ URGENT ☐ For your review ☐ Reply ASAP ☐ Please comment

Marcia,

Listed on the tables are proofs of claims filed by yourself and James F. McKnight. The status of each claim can be found in the far right column labled Status. Let me know if you have additional questions. Thanks.

Brant Fylling

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND/OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THE MESSAGE IS NOT THE INTENDED RECEIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED
\\tgaserver\gay_admin\standard\dbfax.doc

**Marcia Knox Claims Table**

| Claimant Name | Proof of Claim Number | Date Filed | Amount | Amends/Replaces or replaced by | Classification | Basis | Status |
|---|---|---|---|---|---|---|---|
| Marcia J Knox Trust Dated 8/16/2004 | 10725-00615 | 10/10/2006 | $50,000.00 | Claim was amended by 10725-01634 | Secured Reclassified as Unsecured - DE 5090 | Anchor B | AMENDED |
| Marcia J Knox Trust Dated 8/16/2004 | 10725-00616 | 10/10/2006 | $733.48 | Claim was amended by 10725-01634 | Secured Reclassified as Unsecured - DE 5090 | Anchor B | AMENDED |
| Marcia J. Knox Trust Dated 8/16/04 | 10725-00617 | 10/10/2006 | $4,533.35 | Claim was amended by 10725-01634 | Secured Reclassified as Unsecured - DE 5090 | Anchor B | AMENDED |
| Marcia J Knox Trust Dated 8/16/2004 | 10725-00647 | 10/10/2006 | $50,000.00 | Claim was amended by 10725-01634 | Secured Reclassified as Unsecured - DE 5090 | Anchor B | AMENDED |
| Marcia J Knox Trust Dated 8/16/2004 | 10725-00648 | 10/10/2006 | $733.48 | Claim was amended by 10725-01634 | Secured Reclassified as Unsecured - DE 5090 | Anchor B | AMENDED |
| Marcia J. Knox Trust Dated 8/16/2004 | 10725-00649 | 10/10/2006 | $4,533.35 | Claim was amended by 10725-01634 | Secured Reclassified as Unsecured - DE 5090 | Anchor B | AMENDED |
| Marcia J Knox Living Trust DTD 8/16/04 | 10725-00676-1 10725-00676-2 | 10/20/06 | $50,000.00 | Claim was amended by 10725-01636 | Secured Reclassified as Unsecured - DE 5090 | Gateway Stone | Objection DE 6312 Objection Sustained, Claim Disallowed |

| Claimant Name | Proof of Claim Number | Date Filed | Amount | Amends/Replaces or replaced by | Classification | Basis | Status |
|---|---|---|---|---|---|---|---|
| Marcia J Knox Living Trust DTD 8/16/04 | 10725-00699 | 10/23/06 | $733.48 | Claim was amended by 10725-01636 | Secured Reclassified as Unsecured - DE 5090 | Gateway Stone | Objection DE 6312 Objection Sustained 6472 - Disallowed |
| Marcia J Knox Living Trust DTD 8/16/04 | 10725-00722 | 10/18/06 | $733.48 | Claim was amended by 10725-01636 | Secured Reclassified as Unsecured - DE 5090 | Gateway Stone | Objection DE 6312 Objection Sustained 6472 - Disallowed |
| Marcia J Knox Living Trust DTD 8/16/04 | 10725-00756 | 10/25/06 | $50,000.00 | Claim was amended by 10725-01636 | Secured Reclassified as Unsecured - DE 5090 | Gateway Stone | Objection DE 6312 Objection Sustained 6472 - Disallowed |
| Marcia J Knox Living Trust | 10725-00766 | 10/26/06 | $1,527.68 | Duplicate of Claim 10725-01905 | | | Objection DE 6742 - Duplicate - Disallowed DE 6917 |
| Marcia J Knox Living Trust | 10725-00797 | 10/26/06 | $46,095.47 | Duplicate of Claim 10725-01905 | | | Objection DE 6742 - Duplicate - Disallowed DE 6917 |
| Marcia J Knox Living Trust Dated 8/16/04 | 10725-00798 | 10/24/06 | $27,916.09 | Claim was amended by 10725-01637 - however claim 1905 states claim should not be included | Secured Reclassified as Unsecured - DE 5090 | Bay Pompano Beach | Objection DE 7266 |
| Marcia J Knox Living Trust Dated 8/16/04 | 10725-01028 | 10/24/06 | $27,916.09 | Claim was amended by 10725-01637 - however claim 1905 states claim should not have been included . | Secured Reclassified as Unsecured - DE 5090 | Bay Pompano Beach | |

| Claimant Name | Proof of Claim Number | Date Filed | Amount | Amends/Replaces or replaced by | Classification | Basis | Status |
|---|---|---|---|---|---|---|---|
| | | | | We are construing this as amended for now. | | | |
| Marcia J Knox Living Trust Dated 8/16/04 | 10725-1029 | 10/26/2006 | $1,527.68 | Duplicate of Claim 10725-01905 | | | Disallowed by DE 6917 |
| Marcia J Knox Living Trust Dated 8/16/04 | 10725-01037 | 10/26/2006 | $46,095.47 | Duplicate of Claim 10725-01905 | | | Disallowed by DE 6917 |
| Marcia J Knox Living Trust Dated 8/16/04 | 10725-01634 | 12/7/2006 | $55,266.83 | This claim amends 10725-00615 10725-00616 10725-00617 10725-00647 10725-00648 10725-00649 | Secured Reclassified as Unsecured - DE 5090 | Anchor B | |
| Marcia J Knox Living Trust DTD 8/16/04 | 10725-01635 | 12/08/06 | Unknown Claim based upon legal theories, including fraud, breach of fiduciary obligations, breach of confidential relationship, etc. | N/A | Secured Reclassified as Unsecured - DE 5090 | Anchor B, Bay Pompano Beach, and Gateway Stone | Objection DE 6322 re Gateway Stone Objection Sustained DE 6477 Objection DE 7278 re, Bay Pompano |

| Claimant Name | Proof of Claim Number | Date Filed | Amount | Amends/Replaces or replaced by | Classification | Basis | Status |
|---|---|---|---|---|---|---|---|
| Marcia J Knox Living Trust DTD 8/16/04 | 10725-01636 | 12/11/06 | $50,733.48 | This claim amends: 10725-00676 10725-00699 10725-00722 10725-00756 | Secured Reclassified as Unsecured - DE 5090 | Gateway Stone | Objection DE 6314 Gateway Stone Objection Sustained DE 6473. Disallowed in its entirety. |
| Marcia J Knox Living Trust DTD 8/16/04 | 10725-01637 | 12/11/06 | $75,539.24 | This claims amends: 10725-00766* 10725-00797* 10725-00798 10725-01028 10725-01029* 10725-01037* and is amended by 01905 | Secured Reclassified as Unsecured - DE 5090 | Bay Pompano Beach | Amended by 10725-01905; objection DE 7266 Bay Pompano |
| Marcia J Knox Living Trust Dated 8/16/04 | 10725-01905 | 01/09/07 | $75,539.24 | Amends 10725-01637 | Secured Reclassified as Unsecured - DE 5090 | Bay Pompano Beach???? | Objection 7243 - lack of documentation |

EXHIBIT A2 ... LEWIS + ROCA

## Claims

MARCIA J KNOX LIVING TRUST DTD 8/16/04
C/O MARCIA J KNOX TRUSTEE
TRUST DATED 8/16/04
1885 VINTNERS PL
RENO, NV 89519-4334

| Claim No: | Name: | Claim Amt: | Allowed Amt: | Disallowed Amt: | Unresolved Claim Amt: |
|---|---|---|---|---|---|
| 10725-00756 | MARCIA J KNOX LIVING TRUST DTD 8/16/04 | $50,000.00 | $0.00 | $50,000.00 | $0.00 |
| 10725-00699 | MARCIA J KNOX LIVING TRUST DTD 8/16/04 | $733.48 | $0.00 | $733.48 | $0.00 |
| 10725-01028 | MARCIA J KNOX LIVING TRUST DTD 8/16/04 | $27,916.09 | $27,916.09 | $0.00 | $0.00 |
| 10725-00766 | MARCIA J KNOX LIVING TRUST DTD 8/16/04 | $1,527.68 | $0.00 | $1,527.68 | $0.00 |
| 10725-00798 | MARCIA J KNOX LIVING TRUST DTD 8/16/04 | $27,916.09 | $0.00 | $27,916.09 | $0.00 |
| 10725-01037 | MARCIA J KNOX LIVING TRUST DTD 8/16/04 | $46,095.47 | $0.00 | $46,095.47 | $0.00 |
| 10725-00797 | MARCIA J KNOX LIVING TRUST DTD 8/16/04 | $46,095.47 | $0.00 | $46,095.47 | $0.00 |
| 10725-01634 | MARCIA J KNOX LIVING TRUST DTD 8/16/04 | $55,266.83 | $0.00 | $0.00 | $55,266.83 |
| 10725-01905 | MARCIA J KNOX LIVING TRUST DTD 8/16/04 | $75,539.24 | $0.00 | $75,539.24 | $0.00 |
| 10725-01029 | MARCIA J KNOX LIVING TRUST DTD 8/16/04 | $1,527.68 | $0.00 | $1,527.68 | $0.00 |
| 10725-01637 | MARCIA J KNOX LIVING TRUST DTD 8/16/04 | $75,539.24 | $0.00 | $75,539.24 | $0.00 |
| 10725-01635 | MARCIA J KNOX LIVING TRUST DTD 8/16/04 | Unliquidated | $0.00 | $0.00 | Unliquidated |
| 10725-00722 | MARCIA J KNOX LIVING TRUST DATED 8/16/04 | $733.48 | $0.00 | $733.48 | $0.00 |
| 10725-00676 | MARCIA J KNOX LIVING TRUST DTD 8/16/04 | $50,000.00 | $0.00 | $50,000.00 | $0.00 |
| | **Total:** | $458,890.75 | $27,916.09 | $375,707.83 | $55,266.83 |

## Claims

MARCIA J KNOX TRUST DTD 8/16/04
C/O MARCIA J KNOX TRUSTEE
1885 VINTNERS PL
RENO, NV 89519

| Claim No: | Name: | | Claim Amt: | Allowed Amt: | Disallowed Amt: | Unresolved Claim Amt: |
|---|---|---|---|---|---|---|
| 10725-00615 | MARCIA J KNOX TRUST DTD 8/16/04 | | $50,000.00 | $0.00 | $50,000.00 | $0.00 |
| 10725-00648 | MARCIA J KNOX TRUST DTD 8/16/04 | | $733.48 | $0.00 | $733.48 | $0.00 |
| 10725-00616 | MARCIA J KNOX TRUST DTD 8/16/04 | | $733.48 | $0.00 | $733.48 | $0.00 |
| 10725-00649 | MARCIA J KNOX TRUST DTD 8/16/04 | | $4,533.35 | $0.00 | $4,533.35 | $0.00 |
| 10725-00647 | MARCIA J KNOX TRUST DTD 8/16/04 | | $50,000.00 | $0.00 | $50,000.00 | $0.00 |
| 10725-00617 | MARCIA J KNOX TRUST DTD 8/16/04 | | $4,533.35 | $0.00 | $4,533.35 | $0.00 |
| | | **Total:** | $110,533.66 | $0.00 | $110,533.66 | $0.00 |

## Claims

MARCIA J KNOX LIVING TRUST DTD 8/16/04
C/O MARCIA J KNOX TRUSTEE
1885 VINTNERS PL
RENO, NV 89509-8334

| Claim No: | Name: | Claim Amt: | Allowed Amt: | Disallowed Amt: | Unresolved Claim Amt: |
|---|---|---|---|---|---|
| 10725-01636 | MARCIA J KNOX LIVING TRUST DTD 8/16/04 | $50,733.48 | $0.00 | $50,733.48 | $0.00 |
| | **Total:** | $50,733.48 | $0.00 | $50,733.48 | $0.00 |

Case 06-10725-lbr Doc 7428 Entered 09/02/09 06:40:01 Page 1 of 4

UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA

Entered on Docket
September 02, 2009

TO

Hon. Linda B. Riegle
United States Bankruptcy Judge

LEWIS AND ROCA LLP
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email: rcharles@lrlaw.com
jhinderaker@lrlaw.com
mruth@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br><br>Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING SEVENTH OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED, IN WHOLE OR IN PART, UPON INVESTMENT IN THE BAY POMPANO BEACH LOAN**<br><br>Hearing Date: August 21, 2009<br>Hearing Time: 9:30 a.m. |

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

Case 06-10725-lbr Doc 7428 Entered 09/02/09 06:40:01 Page 2 of 4

LEWIS AND ROCA LLP LAWYERS

The Court having considered the "Seventh Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in the Bay Pompano Beach Loan" [Docket No. 7278] (the "Objection"); with appropriate notice of the Objection having been given; no responses having been filed; and good cause appearing:

**IT IS HEREBY ORDERED** that:

1. The Objection is sustained;
2. The claims listed on **Exhibit A** attached are allowed as general unsecured claims for the amount shown on **Exhibit A** as Unremitted Principal. The remainder of those claims are disallowed to the extent they are based upon a Direct Lender investment in the Bay Pompano Beach Loan as shown on **Exhibit A**; and
3. To the extent the claims listed on **Exhibit A** are based upon investments in loans other than the Bay Pompano Beach Loan, this order does not affect the claims and the USACM Trust may file further objections as to those claims.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**
By <u>/s/ Marvin Ruth (#10979)</u>
Rob Charles
John Hinderaker
Marvin Ruth
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8200
Facsimile: (702) 949-8398
*Attorneys for USACM Liquidating Trust*

LEWIS AND ROCA LLP LAWYERS

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: August Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☒ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

###

Submitted by: [signature]

**LEWIS AND ROCA LLP**

By: /s/ Marvin Ruth (#10979)
Rob Charles
John Hinderaker
Marvin Ruth
*Attorneys for USACM Liquidating Trust*

| Claim | Name | Address | Total Claim Amount | Total Claim Amount Relating to Bay Pompano Beach Loan | Unremited Principal to be Allowed as Claim | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| 10725-00231 | Donald P Clark Family Trust DTD 10/25/94 | C/O Donald P Clark Trustee<br>305 W Moana Ln<br>Reno, NV 89509-4924 | 709,011.56 | 74,011.56 | - | 74,011.56 |
| 10725-00413 | Sobesky, Stephen | 1118 Olmo<br>Boulder City, NV 89005 | 70,000.00 | Unknown | - | Unknown |
| 10725-01032 | Perrone, Nicholas | 5112 San Anselmo St<br>Las Vegas, NV 89120 | 736,089.00 | 46,089.00 | - | 46,089.00 |
| 10725-01419 | S&P Davis Limited Partnership | 737 Bannerman Lane<br>Fort Mill, SC 29715 | 419,981.00 | 25,000.00 | - | 25,000.00 |
| 10725-01541 | Graham Family Trust DTD 10/26/78 | Robin B & Celia Allen Graham Ttees<br>1460 Twinridge Rd<br>Santa Barbara, CA 93111-1223 | 503,808.00 | 37,500.00 | - | 37,500.00 |
| 10725-01601 | Clark, Donald | 305 W Moana LN<br>Reno, NV 89509 | 775,918.76 | 82,571.84 | - | 82,571.84 |
| 10725-01635 | Marcia J Knox Living Trust DTD 8/16/04 | C/O Marcia J Knox Trustee<br>1885 Vintners Pl<br>Reno, NV 89509-8334 | - | Unknown | - | Unknown |
| 10725-01684 | Mcknight, James E | 233 Branch Ave<br>Freeport, NY 11520 | - | Unknown | - | Unknown |
| 10725-01694 | Wahl, David | Po Box 8012<br>Mammoth Lakes, CA 93546 | 289,414.18 | 45,278.83 | - | 45,278.83 |
| 10725-01863 | Hubbard Trust DTD 7/29/98 | C/O George W Hubbard And<br>CArol N Hubbard Trustees<br>6340 N Calle Tregua Serena<br>Tucson, AZ 85750-0951 | 162,500.00 | 27,500.00 | - | 27,500.00 |

EXHIBIT A



BASED ON LEGAL THEORIES FRAUD, ETC.
CIRCLED CLAIM TO BE ALLOWED - UNRESOLVED
BINFORD MEDICAL

| | | | | |
|---|---|---|---|---|
| 10725-01684 | Binford Medical Developers | Unknown claim based on legal theories, including fraud, breach of fiduciary obligations, breach of confidential relationship, etc. | Re-instate; Allow | Re-instate because it is still valid for Binford Medical Developers (unresolved) |