**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 10/6/09

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,[1]<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[2]<br><br>USA Securities, LLC,[3]<br>                                    Debtors.<br><br>Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Stipulation to Reinstate Proof of Claim by Richard L. Younge IRA in the Amount of $150,000.00 and to Vacate Order Disallowing Proof of Claim** |

   USACM Liquidating Trust (the "USACM Trust"), by and through its counsel, Lewis and Roca LLP, and Richard L. Younge IRA, by and through Richard L. Younge ("Younge"), hereby stipulate:

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007

1

2098734.1

LEWIS AND ROCA LLP
LAWYERS

1. Richard L. Younge, IRA filed proof of claim No. 10728-00076 in the amount of $150,000 on October 27, 2006 in the USA Capital First Trust Deed Fund, LLC ["FTDF'], Case No. 06-10728.

2. Pursuant to the Order Sustaining the Second Omnibus Objection of the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund to Misfiled Claims, [DE 2711], entered on February 7, 2007, the Younge claim was disallowed in the FTDF case and deemed timely filed in USA Commercial Mortgage Company, Case No. 06-10725.

3. USA Commercial Mortgage Company filed a Nineteenth Omnibus Objection to Proofs of Claim for Lack of Documentation [DE 7253] on July 22, 2009, objecting to Proof of Claim No. 10728-00076 filed by Younge in the amount of $150,000.00.

4. The objection came on for hearing on August 21, 2009. No responses to the objection were filed and an Order Sustaining Nineteenth Omnibus Objection of the USACM Liquidating Trust to Proofs of Claim for Lack of Documentation ("Order") [DE 7422] was entered on September 2, 2009.

5. Younge has since provided documentation to counsel for the USACM Trust to substantiate the investment of $50,000 in the Mountain House Loan and $100,000 in Fiesta Murietta Loan.

4. Upon review of the documentation, the parties hereby stipulate:
- The portion of the Order disallowing Proof of Claim No. 10728-00076 be vacated;
- Proof of Claim No. 10728-00076 be reinstated as an unsecured non-priority claim in the amount of $150,000; and
- Proof of Claim No 10728-00076 is subject to objection at a later date.

2098734.1

**LEWIS AND ROCA LLP**  LAWYERS

| | |
|---|---|
| LEWIS AND ROCA LLP | RICHARD L. YOUNGE IRA |
| By  s/John Hinderaker<br>Rob Charles NV (#6593)<br>John Hinderaker (AZ 18024<br>*pro hac vice*)<br>Attorneys for USACM Liquidating Trust | By: s/ Richard L. Young,<br>6131 SW Luradel St.<br>Portland, OR 97219-5737 |
| DATED: September 25, 2009 | DATED: September 30, 2009. |

3

2098734.1