**Entered on Docket
October 07, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

RANDOLPH L. HOWARD, ESQ.
Nevada Bar No. 006688
PETER D. NAVARRO, ESQ.
Nevada Bar No. 010168
**KOLESAR & LEATHAM, CHTD.**
3320 W. Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: rhoward@klnevada.com
          pnavarro@klnevada.com

*Attorneys for Defendants and Counterclaimant*
**SILAR ADVISORS, LP;
SILAR SPECIAL OPPORTUNITIES FUND, LP;
and ASSET RESOLUTION, LLC**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>USA Commercial Mortgage Company,<br>USA Capital Realty Advisors, LLC,[1]<br>USA Capital Diversified Trust Deed Funds, LLC,<br>USA Capital; First Trust Deed Fund, LLC,[2]<br>USA Securities, LLC,[3]<br>                Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725-LBR |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 26, 2007.

610373 (7047-1)                                        - 1 -

**Affects:**
☐ All Debtors
☐ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Funds, LLC
☐ USA Capital; First Trust Deed Fund, LLC
☐ USA Securities, LLC

### STIPULATION AND ORDER EXTENDING TIME TO FILE RESPONSE TO THE USACM LIQUIDATING TRUST'S MOTION TO AUTHORIZE FIRST INTERIM DISTRIBUTION TO UNSECURED CREDITORS

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the USACM Liquidating Trust, ("USACM") and the undersigned counsel for Silar Advisors, LP; Silar Special Opportunities Fund, LP; and Asset Resolution, LLC ("Silar" and "Asset." respectively) that the deadline for Silar and Asset to respond to the USACM's Motion to Authorize First Interim Distribution to Unsecured Creditors [Doc. No. 7486], is to be extended until October 7, 2009.

LEWIS AND ROCA, LLP

By: /s/ Rob Charles, Esq.
ROB CHARLES, ESQ.
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169

JOHN HINDERAKER, ESQ.
40 North Central Avenue, Suite 1900
Phoenix, AZ 85004-4429

Attorneys for **USACM LIQUIDATING TRUST**

KOLESAR & LEATHAM, CHTD.

By: Randolph L. Howard
RANDOLPH L. HOWARD, ESQ.
PETER D. NAVARRO, ESQ.
KOLESAR & LEATHAM, CHTD.
3320 W. Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: rhoward@klnevada.com
        pnavarro@klnevada.com

*Attorneys for Defendants and Counterclaimant*
**SILAR ADVISORS, LP; SILAR SPECIAL OPPORTUNITIES FUND, LP; and ASSET RESOLUTION, LLC**

# # #

610373 (7047-1)

- 2 -