Zachariah Larson, Esq., Bar No. 7787
Kyle O. Stephens, Esq., Bar No.: 7928
**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, NV 89101
Tel: (702) 382-1170
Fax: (702) 382-1169
E-mail: zlarson@lslawnv.com

**LARSON & STEPHENS**
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Tel: (702) 382-1170  Fax: (702) 382-1169

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>USA COMMERCIAL MORTGAGE COMPANY<br><br>            Debtor, | Case No.:  BK-S-06-10725-LBR<br>Chapter 11 |
| In Re:<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>            Debtor, | Case No.; BK-S-06-10726-LBR<br>Chapter 11 |
| In Re:<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC<br><br>            Debtor, | Case No.: BK-S-06-10727-LBR<br>Chapter 11 |
| In Re:<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>            Debtor, | Case No.: BK-S-0610728-LBR<br>Chapter 11 |

| In Re: | ) | Case No.: BK-S-06-10729-LBR |
|---|---|---|
| USA SECURITIES | ) | Chapter 11 |
| Debtor, | ) | |
| Affects | ) | |
| [X] All Debtors | ) | |
| [ ] USA Commercial Mortgage Co. | ) | |
| [ ] USA Securities, LLC | ) | |
| [ ] USA Capital Realty Advisors, LLC | ) | |
| [ ] USA Capital Diversified Trust Deed | ) | |
| [ ] USA First Trust Deed Fund, LLC | ) | |

## AMENDED EX PARTE MOTION AND ORDER TO BE REMOVED FROM THE MASTER ELECTRONIC MATRIX

Zachariah Larson, Esq., of LARSON & STEPHENS, hereby files this Amended Ex Parte Motion and Order to be Removed from the Master Electronic Matrix. On April 10, 2008 Creditor James Feeney substituted Kirby R. Wells, Esq. of WELLS & ASSOCIATES, as its local counsel in the above-entitled matter in the place and stead of Zachariah Larson, Esq., of LARSON & STEPHENS. Mr. Larson now requests that he be removed from the master electronic matrix as counsel for Creditor James Feeney.

Accordingly, electronic notices should no longer be sent to:

ecf@lslawnv.com

susans@lslawnv.com

laurar@lslawnv.com

overflow@lslawnv.com

Dated: this  7th  day of October, 2009

**LARSON & STEPHENS**

/s/: Zachariah Larson
Zachariah Larson, Esq.
Nevada Bar No. 8228
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101

IT IS SO ORDERED.

2