**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 10/7/09

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,[1]<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[2]<br><br>USA Securities, LLC,[3]<br><br>             Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Stipulation re Proof of Claims Filed by Blair E. Roach and Barbara K. Roach and Withdrawal of Objection**<br><br>Hearing Date: October 19, 2009<br>Hearing Time: 3:00 p.m. |

USACM Liquidating Trust (the "USACM Trust"), by and through its counsel, Lewis and Roca LLP, and Blair E. Roach and Barbara K. Roach ("Roach"), represent to the Court as follows:

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007

1

2102017.1

1. Blair E. Roach and Barbara K. Roach filed proof of claim No. 10725-02293 in the amount of $7,000.00 on January 12, 2007. Pursuant to an order of the court, dated June 26, 2007 [DE 4057], the claim was reclassified as unsecured.

2. Blair E. Roach and Barbara K. Roach filed proof of claim No. 10725-02294 on January 12, 2007, in the amount of $100,000 secured and $100,000 priority. Pursuant to an order of the court dated May 19, 2008 [DE 6401] the claim was reclassified as an unsecured claim in the amount of $200,000.

3. Roach have agreed to stipulate to the disallowance of the $7,000 claim no. 10725-02293 in its entirety.

4. The Nineteenth Omnibus Objection of USACM Liquidating Trust to Double Counted Proofs of claim [DE 7531] included an objection to Roach claim 10725-002294 and requested that the double counted portion of the claim, $100,000, be disallowed and the claim be reduced to $100,000.

5. Barbara Roach contacted counsel for the Trustee and advised counsel that the proof of claim was based upon a $100,000 investment in Margarita Annex and a $100,000 for Placer Vineyards and therefore they intended to make a claim for $200,000.

6. At Barbara Roach's request, the Trust has agreed to withdraw its objection to proof of claim No. 10725-02294 subject to objection at a later date.

7. Accordingly, the Trust and Roachs stipulate and agree:
   - Proof of claim No. 10725-02293 may be disallowed in its entirety;
   - The Trust withdraws its objection to double counted claim [DE 7531] as it applies to Proof of claim No. 10725-02294 only. The remainder of that objection should remain on the Court's calendar for hearing on October 19, 2009.

**LEWIS AND ROCA LLP** — LAWYERS

- Proof of claim No. 10725-02294 will be counted as a proof of claim for $200,000, $100,000 of which was based upon the Margarita Annex Loan and the other $100,000 based upon the Placer Vineyards Loan. Proof of claim No. 10725-02294 remains subject to further objection.

LEWIS AND ROCA LLP

By___s/John Hinderaker_____
   Rob Charles NV (#6593)
   John Hinderaker (AZ 18024
   *pro hac vice*)
   Attorneys for USACM Liquidating Trust

DATED: ___October 6, 2009___

BLAIR E. ROACH
BARBARA K. ROACH

By: s/ Blair E. Roach

By: s/ Barbara K. Roach

P.O. Box 1238
Zephyr Cove, NV 89448-1238
DATED: ~~September~~ 7, 2009.
       October

3

2102017.1