LEV[...]
3993 H[...]
Las Ve[...]
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

Attorneys for USACM Liquidating Trust

**Entered on Docket
October 08, 2009**

Hon. Linda B. Riegle
**United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,[1]<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[2]<br><br>USA Securities, LLC,[3]<br>　　　　　　　　　　　　Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Order Approving Stipulation re Proof of Claims filed by Blair E. Roach and Barbara K. Roach and Withdrawal of Objection**<br><br>**Hearing date: October 19, 2009<br>Time: 3:00 p.m.** |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007

1
**EXHIBIT A**

2102060.1

The Stipulation of USACM Liquidating Trust (the "USACM Trust"), by and through its counsel, Lewis and Roca LLP, and Blair E. Roach and Barbara K. Roach re Proof of Claims and Withdrawal of Objection [ DE 7583] came before the Court for consideration. No notice being necessary, and good cause appearing,

IT IS ORDERED

- Proof of claim No. 10725-02293 filed by Blair E. Roach and Barbara K. Roach is disallowed in its entirety;
- The USACM Liquidating Trust Nineteen Omnibus Objection to Double Counted Proofs of claim [DE 7531] is deemed withdrawn as to Proof of claim No. 10725-02294 only. The remainder of that objection shall remain on the Court's calendar for October 19, 2009; and
- Proof of Claim No. 10725-02294 filed by Blair E. Roach and Barbara K. Roach will be treated as a proof of claim in the amount of $200,000; $100,000 for Margarita Annex and $100,000 for Placer Vineyards. Proof of Claim No. 10725-02294 is subject to further objection.

# # #

DATED AND SIGNED ABOVE

**LEWIS AND ROCA LLP**

By  /s/ John Hinderaker (018024)
    Rob Charles
    John Hinderaker
    Marvin Ruth
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8200
Facsimile: (702) 949-8398
*Attorneys for USACM Liquidating Trust*

2102060.1