

E-Filed on 10/8/09

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company;<br>USA Capital Realty Advisors, LLC;[1]<br>USA Capital Diversified Trust Deed Fund, LLC;<br>USA Capital First Trust Deed Fund, LLC;[2]<br>USA Securities, LLC,[3]<br>　　　　　　　　Debtors.<br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**Certificate of Mailing** |

　　　　1.　　I, Leilani Lista, an employee with the law firm of Lewis and Roca LLP, counsel for USACM Liquidating Trust, declare that on October 6, 2009, I caused the following document to be served:

- **Amended First Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in the Arapahoe Land Investments, LP Loan (Amended To Correct Exhibit) [De 7565]**

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2102542.1



- **Amended Notice of Hearing Regarding Amended First Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in the Arapahoe Land Investments, LP Loan (Amended to Correct Exhibit and Hearing Date) [DE 7566]**

**2.** I served the foregoing by First Class, U.S. Mail, postage prepaid on October 6, 2009 the following party:

> ERVEN J NELSON LTD PSP DTD 10/31/72
> 2136 RIVER OF FORTUNE DRIVE
> SAINT GEORGE, UT  84790

I declare the foregoing is true and correct.

DATED:  October 8, 2009                     LEWIS AND ROCA LLP

                                            /s/ Leilani Lista
                                            Leilani Lista

2102542.1