

E-Filed on 10/8/09

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company;<br>USA Capital Realty Advisors, LLC;[1]<br>USA Capital Diversified Trust Deed Fund, LLC;<br>USA Capital First Trust Deed Fund, LLC;[2]<br>USA Securities, LLC,[3]<br>　　　　　　　　　Debtors.<br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**Certificate of Mailing** |

　　　1.　　I, Leilani Lista, an employee with the law firm of Lewis and Roca LLP, counsel for USACM Liquidating Trust, declare that on October 6, 2009, I caused the following document to be served:

- **Amended First Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Investment in the Rio Rancho Executive Plaza, LLC Loan [DE 7564]**

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2102526.1

2. I further declare that on October 8, 2009, I caused the following document to be served:

- **Notice of Hearing Regarding First Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Investment in the Rio Rancho Executive Plaza, LLC Loan [DE 7544]**

3. I served the foregoing by First Class, U.S. Mail, postage prepaid to the following parties:

Molitch, Marilyn & Matthew
11262 Corsica Mist Avenue
Las Vegas, Nv  89135

Ronald G Gardner Trust
c/o Jeffrey L Hartman Esq
510 West Plumb Lane, Suite B
Reno, Nevada 89509

I declare the foregoing is true and correct.

DATED:  October 8, 2009                    LEWIS AND ROCA LLP

/s/ Leilani Lista
Leilani Lista

2102526.1