James W. Pengilly, Esq.
Nevada Bar No. 6085
Craig D. Slater, Esq.
Nevada Bar No. 8667
**PENGILLY ROBBINS SLATER BELL**
10080 West Alta Drive, Suite 140
Las Vegas, NV 89145
T: (702) 889-6665; F: (702) 889-6664
Counsel for *Mountain West Mortgage, LLC*

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br><br>　　　　　　Debtors.<br>**Affects:**<br>☐ All Debtors<br>■ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Bankruptcy Case No: BK-S-06-10725-LBR<br>Bankruptcy Case No: BK-S-06-10726-LBR[1]<br>Bankruptcy Case No: BK-S-06-10727-LBR<br>Bankruptcy Case No: BK-S-06-10728-LBR[2]<br>Bankruptcy Case No: BK-S-06-10729-LBR[3]<br><br>Chapter 11<br><br>Jointly Administered Under Case No.:<br>BK-S-06-10725 LBR<br><br>**EX PARTE MOTION FOR LEAVE OF COURT TO BE DELETED FROM ELECTRONIC SERVICE**<br><br>Date: EX PARTE<br>Time: |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

1

## EX PARTE MOTION FOR LEAVE OF COURT TO BE DELETED FROM ELECTRONIC SERVICE

COMES NOW Craig D. Slater of the law firm of Pengilly Robbins Slater & Bell and moves ex parte for an Order deleting Craig D. Slater and the law firm of Pengilly Robbins Slater & Bell from the Court's electronic and paper service lists.

The basis for this motion is set forth in the attached declaration.

WHEREFORE, Craig D. Slater of the law firm of Pengilly Robbins Slater & Bell moves for an order deleting the below address from the electronic service list.

James W. Pengilly, Esq.
Nevada Bar No. 6095
Craig D. Slater, Esq.
Nevada Bar No. 8667
PENGILLY ROBBINS SLATER BELL
10080 W. Alta Dr., #140
Las Vegas, NV 89145

Email Address:  ltollerud@pengillylawfirm.com
                clopez@pengillylawfirm.com

DATED this 8th day of October, 2009.

PENGILLY ROBBINS SLATER BELL

_____
James W. Pengilly, Esq.
Nevada Bar No. 6085
Craig D. Slater, Esq.
Nevada Bar No. 8667
10080 West Alta Drive, Suite 140
Las Vegas, NV 89145
T: (702) 889-6665; F: (702) 889-6664

## DECLARATION OF CRAIG D. SLATER IN SUPPORT OF EX PARTE MOTION FOR AN ORDER DELETING CRAIG D. SLATER AND THE LAW FIRM OF PENGILLY ROBBINS SLATER & BELL FROM THE ELECTRONIC SERVICE LIST

I, Craig D. Slater, declare and state as follows:

1. I am a partner in the law firm of Pengilly Robbins Slater & Bell.

2. I was engaged to represent Mountain West Mortgage in connection with an objection to the proof of claim (Number 10725-00203) filed by Mountain West Mortgage ("Proof of Claim").

3. On September 3, 2009, Mountain West Mortgage stipulated to the entry of an order disallowing its Proof of Claim and vacating all court dates and deadlines in connection with the litigation regarding the Proof of Claim.

4. On September 4, 2009, this court entered the proposed order submitted by the parties ("Order"). No motion to reconsider the Order the Order has been filed and no appeal from the Order has been taken.

5. The Order is now final.

6. As part of my representation of Mountain West Mortgage I complied with the Local Rules and provided my email address for electronic service of all documents in the case-in-chief. Since the entry of the Order, I have continued to be served with all filings in the case-in-chief.

7. At the present time, there is no reason for me to continue to be serviced with filings in this case.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct and that this Declaration was executed on October 8, 2009.

PENGILLY ROBBINS SLATER BELL

_/s/ Craig D. Slater_

_____
James W. Pengilly, Esq.
Nevada Bar No. 6085
Craig D. Slater, Esq.
Nevada Bar No. 8667