

**Entered on Docket
October 13, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email: adiamond@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
Email: emadden@diamondmccarthy.com

Special Litigation Counsel for USACM Liquidating Trust

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Telephone (702) 949-8320
Facsimile  (702) 949-8321

Rob Charles, NV State Bar No. 006593
Email: rcharles@lrlaw.com

Counsel for USACM Liquidating Trust

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC<br><br>USA CAPITAL DIVERSIFIED TRUST DEEF FUND, LLC<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC<br><br>         Debtors<br><br>**Affects:**<br>USA Commercial Mortgage Company | Case No.: BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>Chapter 11<br><br>Jointly Administered Under Case No. BK-S-06-10725-LBR<br><br>Judge Linda B. Riegle<br><br>**ORDER APPROVING APPLICATION TO COMPROMISE AND SETTLE CONTROVERSIES IN ADVERSARY NO. 08-01125**<br><br>Hearing Date:   October 5, 2009<br>Hearing Time:   9:30 a.m. |

**ORDER APPROVING APPLICATION TO COMPROMISE AND SETTLE
CONTROVERIES IN ADVERSARY NO. 08-01125**

On October 5, 2009, this Court held a hearing on the Motion for Approval of Settlement Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure filed by the USACM Liquidating Trust, over which this Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334, and of which due notice was served to all parties entitled thereto in accordance with the Bankruptcy Rules and this Court's Local Rules.

The Motion requested this court enter an order approving the Settlement Agreement and Release dated July 17, 2009 between the USACM Trust and Eagle Ranch LLC (the "Proposed Settlement"). It appearing that the relief requested in the Motion is in the best interest of the Estate, the relief requested is hereby GRANTED.

Pursuant to the Motion this Court hereby GRANTS the following relief:

1. The Proposed Settlement is approved pursuant to Federal Rule of Bankruptcy Procedure 9019.

2. This Court shall retain jurisdiction to interpret and enforce the terms of the Settlement Agreement and this Order Approving Settlement.

3. Neither the Settlement Agreement, nor this Order has any effect on the USACM Liquidating Trust's rights and claims against, or the liability of, any of the following defendants in Adversary Number 08-01125, which has been removed to federal district court for trial on the merits: (1) Willowbrook Residential LLC, (2) Brentwood 128, LLC, (3) Ravenswood Apply Valley LLC, (4) Anthony Monaco, (5) Susan Monaco, and (6) Monaco Diversified Corporation.

4. All outstanding motions, orders, and other filings currently pending in this matter are hereby resolved as to Eagle Ranch LLC.

5. All appeals of this matter are hereby resolved as to Eagle Ranch LLC.

CERTIFICATION PURSUANT TO LOCAL RULE 9021

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

\_\_\_\_\_  The court has waived the requirement of approval under LR 9021

\_\_\_\_\_  No parties appeared or filed written objections, and there is no trustee appointed in the case.

  X    I have delivered a copy of this proposed order to all counsel, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document.]

    Dana Dwiggins          Approved 10-7-2009

DATED: October 7, 2009.

                                              */s/ Michael J. Yoder*
                                              Michael J. Yoder

                                    ###