

**Entered on Docket
October 13, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                             Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING THIRD OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED UPON INVESTMENT IN BAR USA LOAN**<br><br>Hearing Date:   October 5, 2009<br>Hearing Time:   9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2102502_1.DOC

1   The Court having considered the "Third Omnibus Objection of USACM Trust to
2   Proofs of Claim Based Upon Investment in BarUSA Loan," [Docket No. 7344], (the
3   "Objection"); with appropriate notice of the Objection having been given; no response to
4   the Objection having been filed; and good cause appearing:

5   **IT IS HEREBY ORDERED**:

6       1.    The Objection is sustained; and

7       2.    The claims listed in **Exhibit A** based upon a Direct lender investment
8       in the BarUSA loan are disallowed in their entirety.

9   PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**
By   /s/  Marvin Ruth (#10979)
    Rob Charles
    John Hinderaker (*pro hac vice*)
    Marvin Ruth
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8200
Facsimile:   (702) 949-8398
*Attorneys for USACM Liquidating Trust*

2102502_1.DOC

In accordance with Local Rule 9021, the undersigned certifies:

- ☐ The Court waived the requirements of LR 9021.

- ☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

- ☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee:  August Landis | |
|---|---|
| ☐  approved the form of this order | ☐  disapproved the form of this order |
| ☒  waived the right to review the order and/or | ☐  failed to respond to the document |
| Other Party: | |
| ☐  approved the form of this order | ☐  disapproved the form of this order |
| ☐  waived the right to review the order and/or | ☐  failed to respond to the document |

### 

Submitted by:

**LEWIS AND ROCA LLP**

By:   /s/  Marvin Ruth (#10979)
       Rob Charles
       John Hinderaker (*pro hac vice*)
       Marvin Ruth
*Attorneys for USACM Liquidating Trust*

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the BarUSA/$15,300,000 Loan |
|---|---|---|---|---|
| 10725-02240 | Mcquerry Family Trust | William Mcquerry 318 Singing Brook Cir Santa Rosa, CA 95409-6483 | 202,022.00 | 202,022.00 |
| 10725-02138 | Millar, Russell | 923 Ceres Rd Palm Springs, CA 92262 | 100,000.00 | 100,000.00 |
| 10725-00016-2 | Moon Trustee Of The Decedent`S Trust, Frieda Moon | Of The Restated Moon Irrevocable Trust 2504 Callita Court Las Vegas, NV 89102 | 25,538.20 | 25,538.20 |
| 10725-00835 | Richard E Schneider & Phyllis I Pratt Revocable | Trust Dtd 12/16/04 Richard E Schneider & Phyllis I Pratt Co-Ttees 3424 Herring Gull LN North Las Vegas NV 89084-2424 | 80,000.00 | 80,000.00 |
| 10725-01796 | Ronald Abrams Ent Inc Employee Retirement Trust | Ronald & Claire Abrams Ttees 2894 Woodwardia Dr Los Angeles, CA 90077-2123 | 50,000.00 | 50,000.00 |
| 10725-00833 | Schneider, Richard | 3424 Herring Gull LN North Las Vegas, NV 89084 | 80,000.00 | 80,000.00 |
| 10725-00145 | Sierra, Debra | Joshua D Brysk Law Offices Of James G Schwartz 7901 Stoneridge Dr Pleasanton, CA 94583 | 51,822.91 | 51,822.91 |
| 10725-00382 | Sobesky, Stephen | 1118 Olmo Boulder City, NV 89005 | 70,000.00 | 70,000.00 |
| 10725-00423 | Sobesky, Stephen F | 1118 Olmo Way Boulder City, NV 89005-3116 | 70,000.00 | 70,000.00 |
| 10725-01370 | Spangler, William M | 3460 Squaw Road West Sacramento, CA 95691 | 14,000.00 | 14,000.00 |

**EXHIBIT A**

2081590.1