

1

2        **Entered on Docket**
         **October 13, 2009**
3                                                    _____
                                                     **Hon. Linda B. Riegle**
4                                                    **United States Bankruptcy Judge**

5

6     **LEWIS AND ROCA LLP**
      Rob Charles (NV 6593)
7     John Hinderaker (AZ 018024)
      Marvin Ruth (NV 10979)
8     3993 Howard Hughes Parkway, Ste. 600
      Las Vegas, Nevada 89169-5996
9     Telephone (702) 949-8320
      Facsimile (702) 949-8321
10    Email:   rcharles@lrlaw.com
               jhinderaker@lrlaw.com
11             mruth@lrlaw.com

12    *Attorneys for USACM Liquidating Trust*

13                  **UNITED STATES BANKRUPTCY COURT**

14                           **DISTRICT OF NEVADA**

15    In re:                                    Case No. BK-S-06-10725-LBR
                                                Case No. BK-S-06-10726-LBR[1]
16    USA COMMERCIAL MORTGAGE COMPANY,          Case No. BK-S-06-10727-LBR
                                                Case No. BK-S-06-10728-LBR[2]
17    USA CAPITAL REALTY ADVISORS, LLC,[1]      Case No. BK-S-06-10729-LBR[3]

18    USA CAPITAL DIVERSIFIED TRUST DEED        CHAPTER 11
      FUND, LLC,
19                                              Jointly Administered Under
      USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]   Case No. BK-S-06-10725 LBR
20
      USA SECURITIES, LLC,[3]                   **ORDER SUSTAINING FIRST OMNIBUS**
21                                              **OBJECTION OF USACM TRUST TO**
                              Debtors.          **PROOFS OF CLAIM BASED UPON**
22    **Affects:**                             **INVESTMENT IN BAR USA LOAN**
      ☐ All Debtors
23    ☒ USA Commercial Mortgage Company         Hearing Date:    October 5, 2009
      ☐ USA Capital Realty Advisors, LLC        Hearing Time:    9:30 a.m.
24    ☐ USA Capital Diversified Trust Deed Fund, LLC
      ☐ USA Capital First Trust Deed Fund, LLC
25    ☐ USA Securities, LLC

26    _____
      [1] This bankruptcy case was closed on September 23, 2008.

      [2] This bankruptcy case was closed on October 12, 2007.

      [3] This bankruptcy case was closed on December 21, 2007.

1    The Court having considered the "First Omnibus Objection of USACM Trust to

2  Proofs of Claim Based Upon Investment in BarUSA Loan", [Docket No. 7340] (the

3  "Objection"); with appropriate notice of the Objection having been given; no response to

4  the Objection having been filed; and good cause appearing:

5    **IT IS HEREBY ORDERED**:

6        1.    The Objection is sustained; and

7        2.    The claims listed on **Exhibit A** based upon a Direct lender investment

8              in the BarUSA loan are disallowed in their entirety.

9  PREPARED AND RESPECTFULLY SUBMITTED BY:

10

11  **LEWIS AND ROCA LLP**
   By    /s/  Marvin Ruth (#10979)
12        Rob Charles
          John Hinderaker (*pro hac vice*)
13        Marvin Ruth
   3993 Howard Hughes Parkway, Ste. 600
14  Las Vegas, Nevada 89169-5996
   Telephone:  (702) 949-8200
15  Facsimile:  (702) 949-8398
   *Attorneys for USACM Liquidating Trust*

16

17

18

19

20

21

22

23

24

25

26

2101154_1.DOC

In accordance with Local Rule 9021, the undersigned certifies:

☐      The Court waived the requirements of LR 9021.

☐      No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒      I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: August Landis | |
|---|---|
| ☐  approved the form of this order | ☐  disapproved the form of this order |
| ☒  waived the right to review the order and/or | ☐  failed to respond to the document |
| Other Party: | |
| ☐  approved the form of this order | ☐  disapproved the form of this order |
| ☐  waived the right to review the order and/or | ☐  failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**


By:    /s/  Marvin Ruth (#10979)
        Rob Charles
        John Hinderaker (*pro hac vice*)
        Marvin Ruth
*Attorneys for USACM Liquidating Trust*

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the BarUSA/$15,300,000 Loan |
|---|---|---|---|---|
| 10725-00610 | Acosta, Celso | 9061 Black Elk Ave Las Vegas, NV 89143-1180 | 26,554.58 | 26,554.58 |
| 10725-01373 | ACS Nevada Inc | 7990 Castle Pines Ave Las Vegas, NV 89113-1207 | 15,000.00 | 15,000.00 |
| 10725-01110 | Alderson Ira, Harvey | 4941 Harris Ave Las Vegas, NV 89110-2448 | 30,000.00 | 30,000.00 |
| 10725-00529 | Bathish, Joseph | 800 Ocean Dr 1102 Juno Beach, FL 33408 | 100,000.00 | 100,000.00 |
| 10725-01849 | Broadwalk Investments Limited Partnership | C/O James R Bonfiglio 8635 W Sahara Las Vegas, NV 89117-5858 | 100,000.00 | 100,000.00 |
| 10725-01343 | Bruce Living Trust Dtd 9/27/01 | C/O Don & Kim Bruce Ttees 1761 Montelena Ct Carson City, NV 89703-8375 | 25,381.95 | 25,381.95 |
| 10725-02101 | Bruggemans, Paul | 385 West Tahquitz Canyon Way Palm Springs, CA 92262 | 100,000.00 | 100,000.00 |
| 10725-00989 | Chai Miller Llc | Po Box 81191 Las Vegas, NV 89180-1191 | 559,927.00 | 559,927.00 |
| 10725-02457 | Donnolo Family Trust Dated 8/24/88 | C/O Joseph & Loretta Donnolo 3120 Highland Falls Dr Las Vegas, NV 89134-7422 | 100,000.00 | 100,000.00 |
| 10728-00054 | Goforth, Phillip Darin & Francesca M | 13301 Silver Peak Pl NE Albuquerque, NM 87111-8264 | 50,000.00 | 50,000.00 |

**EXHIBIT A**