

**Entered on Docket
October 13, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                    Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING SECOND OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED, IN WHOLE OR IN PART, UPON INVESTMENT IN THE LA HACIENDA ESTATE, LLC LOAN**<br><br>Hearing Date:    October 5, 2009<br>Hearing Time:    9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

1    The Court having considered the "Second Omnibus Objection of USACM Trust to

2  Proofs of Claim Based, In Whole or in Part, Upon Investment in the La Hacienda Estate,

3  LLC Loan", [Docket No. 7308] (the "Objection"); with appropriate notice of the Objection

4  having been given; no response to the Objection having been filed; and good cause

5  appearing:

6           **IT IS HEREBY ORDERED**:

7                    1.      The Objection is sustained;

8                    2.      The claims listed in **Exhibit A** are disallowed to the extent those

9                            claims are based upon a Direct Lender Investment in La Hacienda

10                           Estate, LLC Loan; and

11                   3.      To the extent the claims listed on **Exhibit A** are based upon

12                           investments in loans other than the La Hacienda Estate, LLC Loan,

13                           this order does not affect them and the USACM Trust may file further

14                           objections.

15

16  PREPARED AND RESPECTFULLY SUBMITTED BY:

17

18  **LEWIS AND ROCA LLP**
    By____/s/  Marvin Ruth (#10979)____
19          Rob Charles
            John Hinderaker (*pro hac vice*)
20          Marvin Ruth
    3993 Howard Hughes Parkway, Ste. 600
21  Las Vegas, Nevada 89169-5996
    Telephone:  (702) 949-8200
22  Facsimile:   (702) 949-8398
    *Attorneys for USACM Liquidating Trust*
23

24

25

26

2100718_1.DOC

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee:  August Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

### 

Submitted by:

**LEWIS AND ROCA LLP**

By:   /s/  Marvin Ruth (#10979)
        Rob Charles
        John Hinderaker (*pro hac vice*)
        Marvin Ruth
*Attorneys for USACM Liquidating Trust*

3

2100718_1.DOC

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the La Hacienda Estate, LLC Loan |
|---|---|---|---|---|
| 10725-00604 | Mcdowell, Chester R | 2715 E East Avenue Q-6 Palmdale, CA  93550-4147 | 527,702.18 | 100,000.00 |
| 10725-00768 | Lels-Hohmann, Nienke | 1559 Francisco St San Francisco, CA  94123 | 131,474.82 | 50,000.00 |
| 10725-01575 | Karr, Phyllis  Living Trust Dtd 8/8/05 | 825 Cooper Basin Rd Prescott, AZ  86303 | 30,000.00 | 15,000.00 |
| 10725-01660 | Robert J. And Ruth Ann Kehl | Janet L Chubb Esq  Jones Vargas PO Box 281 Reno, NV  89504-0281 | 12,841,680.13 | 250,000.00 |
| 10725-01742 | Ferguson Living Trust Dtd 6/28/00 | C/O Patricia Ferguson Ttee 3985 Lake Placid Dr Reno, NV  89511-6780 | 150,000.00 | 50,000.00 |
| 10725-01865 | Oosthuizen, Adrian Jr | 5860 Lausanne Dr Reno, NV  89511 | 2,711,295.00 | 300,000.00 |
| 10725-01885 | Violet, Melody J | Po Box 2201 Vista, CA  92085 | - | 50,000.00 |
| 10725-01903 | Aig Limited A Nevada Limited Partnership | 9904 Villa Granito Ln Granite Bay, CA  95746-6481 | 813,297.52 | 200,000.00 |
| 10725-01960 | Souza Jt Ten, David A & Elizabeth M | 542 Socorro CT Reno, NV  89511 | 1,031,654.42 | 200,000.00 |
| 10725-01992 | Luongo Hw Jt Ten, John M & Gloria | Wros Payable On Death To Stephanie Luongo 965 Leah Cir Reno, NV  89511 | 306,747.34 | 100,000.00 |

**EXHIBIT A**