

**Entered on Docket
October 13, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:    rcharles@lrlaw.com
          jhinderaker@lrlaw.com
          mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                          Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING FIRST OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED UPON INVESTMENT IN THE LA HACIENDA ESTATE, LLC LOAN**<br><br>Hearing Date:   October 5, 2009<br>Hearing Time:   9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2100714_1.DOC



The Court having considered the "First Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Investment in the La Hacienda Estate, LLC Loan", [Docket No. 7306] (the "Objection"); with appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS HEREBY ORDERED**:

    1.    The Objection is sustained; and

    2.    The claims listed in **Exhibit A** are disallowed in their entirety.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**
By   /s/ Marvin Ruth (#10979)
    Rob Charles
    John Hinderaker (*pro hac vice*)
    Marvin Ruth
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8200
Facsimile:   (702) 949-8398
*Attorneys for USACM Liquidating Trust*

**LEWIS AND ROCA LLP LAWYERS**

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: August Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**


By:   /s/  Marvin Ruth (#10979)
        Rob Charles
        John Hinderaker (*pro hac vice*)
        Marvin Ruth
*Attorneys for USACM Liquidating Trust*

3

2100714_1.DOC

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the La Hacienda Estate, LLC Loan |
|---|---|---|---|---|
| 10725-00280 | Harold & Beverly Willard 1980 Trust Dtd 12/18/80 | Harold & Beverly Willard Ttees<br>400 Bavarian Dr<br>Carson City, NV 89705-7008 | 50,000.00 | 50,000.00 |
| 10725-00481 | Leslie & Linda Harkins | Ttees Of The Harkins 2001 Revokable Trsut 8/23/01<br>~~2050 Longley Ln Apt 2008~~<br>~~Reno, NV 89502~~<br>5360 Balazza Court<br>Reno, NV 89519 | 50,000.00 | 50,000.00 |
| 10725-00612 | Harkins 2001 Revocable Trust Dtd 8/23/01 | Leslie & Linda Harkins Ttees<br>~~2050 Longley Ln Apt 2008~~<br>~~Reno, NV 89502~~<br>5360 Balazza Court<br>Reno, NV 89519 | 50,000.00 | 50,000.00 |
| 10725-00786 | Pereos Ira, C Nicholas | 1610 Meadow Wood Ln<br>Reno, NV 89502-6510 | 50,000.00 | 50,000.00 |
| 10725-01020 | Yonai Trustee, Gregory D | 1982 Country Cove Ct<br>Las Vegas, NV 89135-1552 | 54,500.00 | 54,500.00 |
| 10725-01139 | William R & Cynthia J Godfrey Living Trust 2005 | Willim R Godfrey And Cynthia J Godfrey Ttees<br>7250 Birkland Court<br>Las Vegas, NV 89117 | 50,000.00 | 50,000.00 |
| 10725-01443 | Chiappe Family Trust Dtd 1/22/96 | C/O Elio A & Geraldine N Chiappe Ttees<br>Po Box 7288<br>Carmel, CA 93921-7288 | 50,000.00 | 50,000.00 |
| 10725-02076 | Brock, Penny | 355 Mugo Pine Cir<br>Reno, NV 89511 | 50,000.00 | 50,000.00 |
| 10728-00074 | Sondra Skipworth Revocable Trust Dtd 11/28/01 | C/O Sondra Skipworth Trustee<br>3033 Via Venezia<br>Henderson, NV 89052-3807 | 100,000.00 | 100,000.00 |

**EXHIBIT A**