**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email: adiamond@diamondmccarthy.com
J. Maxwell Beatty, TX State Bar No. 24051740
Email: mbeatty@diamondmccarthy.com

Special Litigation Counsel for USACM Liquidating Trust

E-filed on 10/13/09

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                                   Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Notice of Rescheduled Hearing on Objection of USACM Liquidating Trust to Proof of Claim of Community Bank of Nevada (with Certificate of Service)**<br><br>Date of Hearing: November 13, 2009<br>Time of Hearing: 9:30 a.m. |

**NOTICE IS HEREBY GIVEN** that the hearing on the Objection to the Proof of Claim of Community Bank of Nevada (the "Claim Objection") filed on June 2, 2009 by the USACM Liquidating Trust (the "USACM Trust") [Dkt. No. 7174] has been rescheduled and will now be

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

166722_1

held before the Honorable Linda B. Riegle, United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Third Floor, Bankruptcy Courtroom No. 1, Las Vegas, Nevada 89101 on **Friday, November 13, 2009, at 9:30 a.m**.

DATED: October 13, 2009.

**DIAMOND MCCARTHY LLP**

By:  /s/ J. Maxwell Beatty
Allan B. Diamond, TX 05801800 (pro hac vice)
J. Maxwell Beatty, TX 24051740 (pro hac vice)
909 Fannin, Suite 1500
Houston, Texas 77010
(713) 333-5100 (telephone)
(713) 333-5199 (facsimile)

*Special Litigation Counsel for*
*USACM Liquidating Trust*

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of the law firm of DIAMOND MCCARTHY LLP, and that on the 13th day of October 2009, I served a true and correct copy of the foregoing **Notice of Rescheduled Hearing on Objection of USACM Liquidating Trust to Proof of Claim of Community Bank of Nevada** (a) by electronic transmission to all parties on the USACM Post-Effective Date Service List Dated March 31, 2009 and (b) by United States Mail, first class, postage prepaid to Community Bank of Nevada, Summerlin Offices, 7676 W. Lake Mead Boulevard, Las Vegas, NV 89128-6642.

/s/ Catherine A. Burrow, CLA
Catherine A. Burrow, CLA
Diamond McCarthy LLP

166722_1