

**Entered on Docket**
**October 14, 2009**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

# LEWIS AND ROCA LLP

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>　　　　　　　　　　　　Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**ORDER ALLOWING BINFORD CLAIM IN PART FOR $1.425 MILLION AND DISALLOWING THE REMAINDER** |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

259470.1

1    **IT IS HEREBY ORDERED:** approving the Stipulation [DE 7590] by and between

2    USACM Liquidating Trust and Binford Medical Developers LLC ("Binford") as follows:

3    • Proof of Claim No. 10725-00748 filed by Binford is allowed in part in the

4    amount of $1.425 million.  The remainder of that claim is disallowed in full.

5    • The trial for the Trust's objection to the Binford Claim set to begin on January

6    8, 2010 is vacated.  All other items on the Court's Calendar related to the

7    Trust's objection to the Binford Claim are vacated.

8

9    PREPARED AND SUBMITTED:

10   **LEWIS AND ROCA LLP**

11

12   By:    /s/ John Hinderaker  (#018024)
              Rob Charles
              John Hinderaker *pro hac vice*

13   *Attorneys for USACM Liquidating Trust*

14   Approved/Disapproved:

15   **DEANER, DEANER, SCANN, MALAN & LARSEN**

16

17

18   By:    /s/ Susan Williams Scann
              Susan Williams Scann (NV 000776)
     *Attorneys for Binford Medical Developers,*

19

20

21

22

23

24

25

26

2