1    SUSAN WILLIAMS SCANN, ESQ.                    E-Filed on: 10/14/09
     Nevada Bar No. 000776
2    **DEANER, DEANER, SCANN,**
       **MALAN & LARSEN**
3    720 South Fourth Street, Suite #300
     Las Vegas, Nevada  89101
4    (702) 382-6911
     Attorneys for ROBERT A. RUSSELL
5

6

7                    UNITED STATES BANKRUPTCY COURT

8                        FOR THE DISTRICT OF NEVADA

9    | In re: | Case No.   BK-S-06-10725 LBR |
     | | Case No.   BK-S-06-10726 LBR |
10   | USA COMMERCIAL MORTGAGE | Case No.   BK-S-06-10727 LBR |
     | COMPANY, | Case No.   BK-S-06-10728 LBR |
11   | | Case No.   BK-S-06-10729 LBR |
     |            Debtor, | |

12   In re:                                      **Chapter 11**
                                                 *Jointly Administered Under*
13   USA CAPITAL REALTY ADVISORS, LLC,           **Case No. BK-S-06-10725 LBR**

14              Debtor,

15   In re:

16   USA CAPITAL DIVERSIFIED TRUST DEED           **Date of Hearing:**
     FUND, LLC,                                   **Time of Hearing:**
17              Debtor,                           Affects:

18   In re:                                       ■USA Commercial Mortgage Company
                                                  ■ USA Capital First Trust Deed Fund, LLC
19   USA CAPITAL FIRST TRUST DEED FUND,           ☐USA Realty Advisors, LLC
     LLC,                                         ☐USA Securities, LLC
20              Debtor,                           ☐USA Capital Diversified Trust Deed Fund, LLC

21   In re:                                       ☐All Debtors

22   USA SECURITIES, LLC,

23              Debtor.

24

25                      **WITHDRAWAL OF PROOF OF CLAIM**

26          COMES NOW, the Claimant, ROBERT A. RUSSELL, by and through his attorney, SUSAN

27   WILLIAMS SCANN, ESQ. of the law firm of DEANER, DEANER, SCANN, MALAN &

28   LARSEN, and hereby withdraws his Proof of Claim filed October 16, 2006, in the above-entitled

1  bankruptcy case.  A copy of the Proof of Claim is attached.

2  DATED: _____10/13/09_____ .

3
                                        *Respectfully Submitted,*

4
                                        DEANER, DEANER, SCANN,
5                                       MALAN & LARSEN

6
                                        _____
7                                       SUSAN WILLIAMS SCANN, ESQ.
                                        Nevada Bar No. 000776
8                                       720 South Fourth Street, Suite 300
                                        Las Vegas, Nevada 89101
9                                       Attorneys for ROBERT A. RUSSELL

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        2

1

**CERTIFICATE OF MAILING**

2          I hereby certify that service of the Withdrawal of Proof of Claim was made on ___14th___.

3    October, 2009, by depositing a copy of the same in the United States mail in Las Vegas, Nevada,

4    postage-prepaid, addressed to the following:

5
      USA Commercial Mortgage                    U.S. Trustee
6      4484 S. Pecos Rd.                          300 Las Vegas Blvd., S., Ste., 4300
       Las Vegas, NV  89121                       Las Vegas, NV  89101
7
      Rob Charles, ESQ.                           Alan B. Diamond
8      Susan M. Freeman, ESQ.                      Diamond McCarthy LLP
       Lewis and Roca LLP                         Two Houston Center
       3993 Howard Hughes Pkwy., Suite 600        909 Fannin Street, Suite 1500
9      Las Vegas, NV  89169                       Houston, TX  77010

10

11

12

13                                        Employee of DEANER, DEANER, SCANN,
                                          MALAN & LARSEN
14

15   F:\OFFICE\CLIENTS\Robert Russell Entities\Robert A. Russell\POC\Withdrawal of Proof of Claim.wpd

16

17

18

19

20

21

22

23

24

25

26

27

28                                               3

FORM B10 (Official Form 10)(04/04)

| UNITED STATES BANKRUPTCY COURT-DISTRICT OF NEVADA | PROOF OF CLAIM -CHAPTER |
|---|---|
| | [] 7   [X] 11   []12   [] 13 |

| Name of Debtor USA COMMERCIAL MORTGAGE COMPANY | Case Number BK-S-06-10725 | *(This space for court use)* |
|---|---|---|

NOTE: This form should NOT be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. Section 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property)<br>Robert A. Russell<br>8585 E. Hartford Drive, Ste., 500,<br>Scottsdale, AZ 85255 | [] Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. |
|---|---|
| Name & address where notices should be sent:<br> Robert A. Russell<br>8585 E. Hartford Drive, Ste., 500,<br>Scottsdale, AZ 85255<br>telephone number: (480-505-4048, ext. 4250) | [] Check box if you have never received any notices from the bankruptcy court in this case.<br>[] Check box if the address differs from the address on the envelope sent to you by the court. |

| Account or other number by which creditor identifies debtor: | Check here if this claim<br>[] replaces      [] amends a previously filed claim, dated _____ |
|---|---|

**1. BASIS FOR CLAIM**
- [] Goods sold
- [] Services performed
- [] Money loaned
- [] Personal injury/wrongful death
- [] Taxes
- [X] Other  Consulting Services

[] Retiree benefits as defined in 11 U.S.C. § 1114(a)
[] Wages, salaries, and compensation (FILL OUT BELOW)
  Last four digits of your Social Security #_____
  Unpaid compensation for services performed from
  (date)_____ To_____ (date)

**2. Date debt was incurred:** 2005 - 2006      **3. If court judgment, date obtained:**

**4. Total claim at time case filed:**  $140,000.00 (Unsecured)  $_____ (Secured)  $_____ (Priority)      $140,000.00  (Total)
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 7 below.
[] Check this box if claim includes interest, or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges.

**5. Secured Claim.**
[] Check this box if your claim is secured by collateral (including a right of setoff)

Brief description of collateral:
[] Real Estate    [] Motor Vehicle
[] Other _____
Value of collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any:

$_____

**6. Unsecured Non Priority Claim**

**7. Unsecured Priority Claim.**
[] Check this box if you have an unsecured priority claim.
Amount entitled to priority $_____
*Specify the priority of the claim:*
[] Wages, salaries, or commissions up to $4,925* earned within 90 days before filing of the bankruptcy petition, or cessation of the debtor's business, whichever is earlier- 11 U.S.C. § 507(a)(3)
[] Contributions to an employee benefit plan.- 11 U.S.C. § 507(a)(4)
[] Up to $2,225* of deposits toward purchase, lease or rental of property or services for personal, family or household use- 11 U.S.C. § 507(a)(6)
[] Alimony, maintenance, or support owed to a spouse, former spouse, or child- 11 U.S.C. § 507(a)(7)
[] Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8)
[] OTHER-Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| 8. Credits: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.<br>9. Supporting documents: *Attach copies of supporting documents,* such as promissory notes purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.<br>10. Date-Stamped copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and a copy of this proof of claim. | *(This space for court use)* |
|---|---|

Date: 10/14/06

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
SUSAN WILLIAMS SCANN, ESQ.

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Claims Filing

The following transaction was received from SCANN, SUSAN on 10/17/2006 at 11:04 AM PDT

| | |
|---|---|
| **Case Name:** | USA COMMERCIAL MORTGAGE COMPANY |
| **Case Number:** | 06-10725-lbr |
| **Creditor Name:** | Robert A. Russell<br>8585 E. Hartford Drive, Ste., 500<br>Scottsdale, AZ 85255 |
| **Claim Number:** | 493   Claims Register |
| **Total Amount Claimed:** | $140000.00 |

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** F:\OFFICE\CLIENTS\FranklinStratford v. USA Commercial MOrtgage\USA Comm POC.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=10/17/2006] [FileNumber=7403190-0
] [001ca2c5b800de2a439198e698b878d2f61cd65acea86757ac7474842ab335341c8
8545055c6a7c1d8a04f305122ee959444110e34179885370ca71497625fdb]]

### 06-10725-lbr Notice will be electronically mailed to:

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com,
klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

OGONNA M. ATAMOH    oatamoh@nevadafirm.com,
bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO    ATENCIOK@GTLAW.COM

BMC GROUP, INC.    evrato@bmcgroup.com,
ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com,
ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com