SUSAN WILLIAMS SCANN, ESQ.  E-Filed on: 10/14/09
Nevada Bar No. 000776
**DEANER, DEANER, SCANN,**
  **MALAN & LARSEN**
720 South Fourth Street, Suite #300
Las Vegas, Nevada  89101
(702) 382-6911
Attorneys for Copper Sage Commercial Center, LLC

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| In re: | Case No.  BK-S-06-10725 LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Case No.  BK-S-06-10726 LBR |
| | Case No.  BK-S-06-10727 LBR |
| | Case No.  BK-S-06-10728 LBR |
| | Case No.  BK-S-06-10729 LBR |
| Debtor, | |

In re:

USA CAPITAL REALTY ADVISORS, LLC,

Debtor,

**Chapter 11**
*Jointly Administered Under*
**Case No. BK-S-06-10725 LBR**

In re:

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

Debtor,

**Date of Hearing:  N/A**
**Time of Hearing: N/A**

Affects:

In re:

USA CAPITAL FIRST TRUST DEED FUND, LLC,

Debtor,

■USA Commercial Mortgage Company
■ USA Capital First Trust Deed Fund, LLC
☐USA Realty Advisors, LLC
☐USA Securities, LLC
☐USA Capital Diversified Trust Deed Fund, LLC

In re:

USA SECURITIES, LLC,

Debtor.

☐All Debtors

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, the Claimant, COPPER SAGE COMMERCIAL CENTER, LLC ("COPPER SAGE"), by and through its attorney, SUSAN WILLIAMS SCANN, ESQ. of the law firm of DEANER, DEANER, SCANN, MALAN & LARSEN, and hereby withdraws it Amended Proof of

1  Claim filed November 13, 2006, in the above-entitled bankruptcy case. A copy of the Amended
2  Proof of Claim is attached.

   DATED: 10/13/09 .

   Respectfully Submitted,

   DEANER, DEANER, SCANN,
   MALAN & LARSEN

   _____
   SUSAN WILLIAMS SCANN, ESQ.
   Nevada Bar No. 000776
   720 South Fourth Street, Suite 300
   Las Vegas, Nevada 89101
   Attorneys for Copper Sage Commercial Center LLC

2

## CERTIFICATE OF MAILING

I hereby certify that service of the Withdrawal of Proof of Claim was made on 14 October, 2009, by depositing a copy of the same in the United States mail in Las Vegas, Nevada, postage-prepaid, addressed to the following:

USA Commercial Mortgage
4484 S. Pecos Rd.
Las Vegas, NV 89121

U.S. Trustee
300 Las Vegas Blvd., S., Ste., 4300
Las Vegas, NV 89101

Rob Charles, ESQ.
Susan M. Freeman, ESQ.
Lewis and Roca LLP
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169

Alan B. Diamond
Diamond McCarthy LLP
Two Houston Center
909 Fannin Street, Suite 1500
Houston, TX 77010

_____
Employee of DEANER, DEANER, SCANN, MALAN & LARSEN

F:\OFFICE\CLIENTS\Robert Russell Entities\Copper Sage II\Docs\Withdrawal of Proof of Claim.wpd

3

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

# PROOF OF CLAIM — AMENDED

**Name of Debtor:** USA Commercial Mortgage Company

**Case Number:** 06-10725-LBR

**E-Filed On** 11/13/06

Note: See Reverse for List of Debtors and Case Numbers.
This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor and Address:**
COPPER SAGE COMMERCIAL CENTER LLC
Attn: Robert A. Russell
P. O. Box 28216
Scottsdale, AZ  85255

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the court.

DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS.

If you have already filed a proof of claim with the Bankruptcy Court or BMC, you do not need to file again

THIS SPACE IS FOR COURT USE ONLY

**Creditor Telephone Number** (480) 505-4048

Last four digits of account or other number by which creditor identifies debtor:
Copper Sage Commercial Center Phase II

Check here ☐ replaces ☒ or amends — a previously filed claim dated: 11/9/06

### 1. BASIS FOR CLAIM
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☒ Other (describe briefly) __Breach of Contract, Intentional Misrepresentation and other theories.__
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #: _____
  Unpaid compensation for services performed from _____ (date) to _____ (date)
- ☐ Unremitted principal
- ☐ Other claims against servic (not for loan balances)

### 2. DATE DEBT WAS INCURRED: April 2006

### 3. IF COURT JUDGMENT, DATE OBTAINED:

### 4. CLASSIFICATION OF CLAIM.
Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed.
See reverse side for important explanations.

**UNSECURED NONPRIORITY CLAIM $3,500,000.00**
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000)*, earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**SECURED CLAIM**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Value of Collateral: $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) (____).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

### 5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:
$ 3,500,000.00 (unsecured)   $ _____ (secured)   $ _____ (priority)   $ 3,500,000.00 (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

### 6. CREDITS: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

### 7. SUPPORTING DOCUMENTS: *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

### 8. DATE-STAMPED COPY: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5:00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units).

**BY MAIL TO:**
BMC Group
Attn: USACM Claims Docketing Center
P.O. Box 911
El Segundo, CA 90245-0911

**BY HAND OR OVERNIGHT DELIVERY TO:**
BMC Group
Attn: USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

THIS SPACE FOR COURT USE ONLY

DATE: 11/13/06

SIGN and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) — [signature]

# U.S. Bankruptcy Court

## District of Nevada

Notice of Electronic Claims Filing

The following transaction was received from SCANN, SUSAN on 11/13/2006 at 5:02 PM PST

| | |
|---|---|
| **Case Name:** | USA COMMERCIAL MORTGAGE COMPANY |
| **Case Number:** | 06-10725-lbr |
| **Creditor Name:** | COPPER SAGE COMMERCIAL CENTER LLC<br>P. O. BOX 28216<br>Scottsdale, AZ 85255 |
| **Claim Number:** | Amended 792   Claims Register |
| **Total Amount Claimed:** | $3500000.00 |

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** F:\OFFICE\CLIENTS\Bob Russell Entities\Copper Sage II\Amended POC.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=11/13/2006] [FileNumber=7483768-0
] [31533a75d639d130b68cf3772e9da1c057dd6a4830279c34a14a6766a0446bc12ae
affe8b7d964aa2e1e89eb51b806f883155e2ea54cd787bbc99d1989aa4d35]]

**06-10725-lbr Notice will be electronically mailed to:**

FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L ALLF    nallf@parsonsbehle.com, klawrence@parsonsbehle.com;tthomas@parsonsbehle.com;ecf@parsonsbehle.com

FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;paltstatt@nevadafirm.com;sliberio@nevadafirm.com

KERIANN M ATENCIO    ATENCIOK@GTLAW.COM

BMC GROUP, INC.    evrato@bmcgroup.com, ecf@bmcgroup.com;jmiller@bmcgroup.com;jbartlett@bmcgroup.com

KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com

THOMAS R BROOKSBANK    tom@tombrooksbank.com, renee@tombrooksbank.com

ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

MATTHEW Q. CALLISTER    mqc@callister-reynolds.com, maggie@callister-reynolds.com

CANDACE C CARLYON    ltreadway@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com

ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN    yvette@ccfirm.com

KEVIN B. CHRISTENSEN    kbchrislaw@aol.com

JANET L. CHUBB    tbw@jonesvargas.com

# PROOF OF CLAIM

DISTRICT OF NEVADA

| Name of Debtor: **USA Commercial Mortgage Company** | Case Number: 06-10725-LBR |
|---|---|

E-Filed On 11/9/06

See Reverse for List of Debtors and Case Numbers.
This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor and Address:**

COPPER SAGE COMMERCIAL CENTER LLC
Attn: Robert A. Russell
P. O. Box 28216
Scottsdale, AZ 85255

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the court.

**DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS.**

If you have already filed a proof of claim with the Bankruptcy Court or BMC, you do not need to file again.

Creditor Telephone Number (480) 505-4048

**THIS SPACE IS FOR COURT USE ONLY**

Last four digits of account or other number by which creditor identifies debtor:
Copper Sage Commercial Center Phase II

☐ Check here if this claim ☐ replaces ☐ amends a previously filed claim dated: _____

**BASIS FOR CLAIM**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☒ Other (describe briefly) **Breach of Contract**
☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
 Last four digits of your SS #: _____
 Unpaid compensation for services performed from: _____ to _____
☐ Unremitted principal
☐ Other claims against servicer (not for loan balances)

**DATE DEBT WAS INCURRED:** April 2006

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**CLASSIFICATION OF CLAIM.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**UNSECURED NONPRIORITY CLAIM  $3,500,000.00**
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000)*, earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**SECURED CLAIM**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other
Value of Collateral: $ _____
Amount of arrearage and other charges **at time case filed** included in secured claim, if any: $ _____

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) ( ___ ).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:**  $ 3,500,000.00 (unsecured) $ _____ (secured) $ _____ (priority) $3,500,000.00 (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**CREDITS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**DATE-STAMPED COPY:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5:00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units).

BY MAIL TO:
BMC Group
Attn: USACM Claims Docketing Center
P.O. Box 911
El Segundo, CA 90245-0911

BY HAND OR OVERNIGHT DELIVERY TO:
BMC Group
Attn: USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

**THIS SPACE FOR COURT USE ONLY**

DATE: 11/9/06

SIGN and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): [signature]

*Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571.*