**LEWIS AND ROCA LLP — LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHinderaker@LRLaw.com

*Attorneys for USACM Liquidating Trust*

E-Filed on 10/14/09

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>USA Commercial Mortgage Company,<br>USA Capital Realty Advisors, LLC,[1]<br>USA Capital Diversified Trust Deed Fund, LLC,<br>USA Capital First Trust Deed Fund, LLC,[2]<br>USA Securities, LLC,[3]<br>                     Debtors.<br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER SUSTAINING FOURTH OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED UPON INVESTMENT IN BAR USA LOAN** |
|---|---|

**PLEASE TAKE NOTICE** that an Order Sustaining Fourth Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Investment in Bar USA Loan [DE 7607] was entered on the 13th day of October, 2009, a true and correct copy of which is attached hereto as Exhibit A.

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

1

2104744.1

LEWIS AND ROCA LLP — LAWYERS

1

2      RESPECTFULLY SUBMITTED October 14, 2009.

3                                        LEWIS AND ROCA LLP

4

5                                  By  /s/ John Hinderaker (#018024)

6                                 Rob Charles
                                John Hinderaker

7                               *Attorneys for USACM Liquidating Trust*
                              3993 Howard Hughes Parkway, Suite 600

8                                  Las Vegas, Nevada 89169
                                702-949-8320

9

10  Copy of the foregoing and pertinent

11  portion of Exhibit A to the Order mailed on October 14, 2009 to all parties listed

12  on Exhibit A to the Order.

13

14  /s/ Leilani Lista
    Leilani Lista

15

16

17

18

19

20

21

22

23

24

25

26

2

2104744.1