**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHinderaker@LRLaw.com

*Attorneys for USACM Liquidating Trust*

E-Filed on 10/14/09

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br>USA Capital Realty Advisors, LLC,[1]<br>USA Capital Diversified Trust Deed Fund, LLC,<br>USA Capital First Trust Deed Fund, LLC,[2]<br>USA Securities, LLC,[3]<br>　　　　　　　　　　Debtors.<br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER SUSTAINING FIRST OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED UPON INVESTMENT IN THE LA HACIENDA ESTATE, LLC LOAN** |

**PLEASE TAKE NOTICE** that an Order Sustaining First Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Investment in the La Hacienda Estate, LLC Loan [DE 7605] was entered on the 13th day of October, 2009, a true and correct copy of which is attached hereto as Exhibit A.

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2104601.1

LEWIS AND ROCA LLP LAWYERS

1
2       RESPECTFULLY SUBMITTED October 14, 2009.
3                                         LEWIS AND ROCA LLP
4
5                                         By /s/ John Hinderaker (#018024)
                                          Rob Charles
6                                         John Hinderaker
                                          *Attorneys for USACM Liquidating Trust*
7                                         3993 Howard Hughes Parkway, Suite 600
                                          Las Vegas, Nevada 89169
8                                         702-949-8320
9
10  Copy of the foregoing and pertinent
    portion of Exhibit A to the Order mailed
11  on October 14, 2009 to all parties listed
    on Exhibit A to the Order.
12
13
14  /s/ Leilani Lista
    Leilani Lista
15
16
17
18
19
20
21
22
23
24
25
26

2

2104601.1