

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                         Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING NINETEENTH OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED, IN WHOLE OR IN PART, UPON INVESTMENT IN THE BAY POMPANO BEACH LOAN**<br><br>Hearing Date:  October 5, 2009<br>Hearing Time:  9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

**EXHIBIT A**

2101209_1.DOC



The Court having considered the "Nineteenth Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in the Bay Pompano Beach Loan" [Docket No. 7441] (the "Objection"); with appropriate notice of the Objection having been given; no responses having been filed; and good cause appearing:

**IT IS HEREBY ORDERED** that:

1. The Objection is sustained;
2. The claims listed on **Exhibit A** attached are allowed as general unsecured claims for the amount shown on **Exhibit A** as Unremitted Principal. The remainder of those claims are disallowed to the extent they are based upon a Direct Lender investment in the Bay Pompano Beach Loan as shown on **Exhibit A**; and
3. To the extent the claims listed on **Exhibit A** are based upon investments in loans other than the Bay Pompano Beach Loan, this order does not affect them and the USACM Trust may file further objections.

PREPARED AND RESPECTFULLY SUBMITTED BY:
**LEWIS AND ROCA LLP**
By    /s/  Marvin Ruth (#10979)
    Rob Charles
    John Hinderaker
    Marvin Ruth
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8200
Facsimile:  (702) 949-8398
*Attorneys for USACM Liquidating Trust*

2101209_1.DOC

**LEWIS AND ROCA LLP**
**LAWYERS**

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: August Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

### ###

Submitted by:

**LEWIS AND ROCA LLP**

By:   /s/ Marvin Ruth (#10979)
        Rob Charles
        John Hinderaker
        Marvin Ruth
*Attorneys for USACM Liquidating Trust*

3

2101209_1.DOC

## USACM Liquidating Trust
## PROOFS OF CLAIM BASED UPON INVESTMENT IN THE BAY POMPANO BEACH LOAN
## NINETEENTH OMNIBUS OBJECTION

| Claim | Name | Address | Total Claim Amount | Total Claim Amount Relating to Bay Pompano Beach Loan | Unremited Principal to be Allowed as Claim | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|---|
| 10725-02236 | Addy, Ronald M & Priscilla K | Po Box 9550 Bend, OR 97708-9550 | - | Unknown | - | Unknown |
| 10725-00076 | Quinn, Edward & Darlene | 660 Nw Brookhaven Dr Lee`S Summit, MO 64081 | 156,388.48 | Unknown | - | Unknown |

**EXHIBIT A**

2102513.1