LEWIS
AND
ROCA
—LLP—
L A W Y E R S

E-Filed on 10/14/09

1    3993 Howard Hughes Parkway, Suite 600
     Las Vegas, NV 89169-5996
2    Facsimile (702) 949-8321
     Telephone (702) 949-8320

3    Rob Charles NV State Bar No. 006593
     Email: rcharles@lrlaw.com
     John Hinderaker AZ State Bar No. 018024
4    Email: jhinderaker@lrlaw.com

     Attorneys for USACM Liquidating Trust

5

6                    **UNITED STATES BANKRUPTCY COURT**

7                          **DISTRICT OF NEVADA**

8    In re:                                    Case No. BK-S-06-10725-LBR
                                               Case No. BK-S-06-10726-LBR[1]
9    USA COMMERCIAL MORTGAGE                   Case No. BK-S-06-10727-LBR
     COMPANY,                                  Case No. BK-S-06-10728-LBR[2]
10                                             Case No. BK-S-06-10729-LBR[3]
     USA CAPITAL REALTY ADVISORS,
11   LLC,[1]                                   CHAPTER 11

12   USA CAPITAL DIVERSIFIED TRUST             Jointly Administered Under Case No.
     DEED FUND, LLC,                           BK-S-06-10725 LBR
13
     USA CAPITAL FIRST TRUST DEED              **NOTICE OF HEARING REGARDING
14   FUND, LLC,[2]                             NINTH OMNIBUS OBJECTION OF
                                               USACM LIQUIDATING TRUST TO
15   USA SECURITIES, LLC,[3]                   DUPLICATE PROOFS OF CLAIM;
                                Debtors.       AND CERTIFICATE OF SERVICE**
16
          **Affects:**                         Date of Hearing:  November 13, 2009
17        ☐ All Debtors                         Time of Hearing:  9:30 a.m.
          ☒ USA Commercial Mortgage Company
18        ☐ USA Capital Realty Advisors, LLC
          ☐ USA Capital Diversified Trust Deed Fund, LLC
19        ☐ USA Capital First Trust Deed Fund, LLC
          ☐ USA Securities, LLC
20

21        **THE USACM LIQUIDATING TRUST IS OBJECTING TO A CLAIM THAT**

22   **YOU FILED.  THE USACM TRUST SEEKS TO DISALLOW THAT CLAIM**

23   **BECAUSE IT IS A DUPLICATE OF ANOTHER CLAIM THAT YOU FILED.**

24   _____

25   [1] This bankruptcy case was closed on September 23, 2008.

     [2] This bankruptcy case was closed on October 12, 2007.
26
     [3] This bankruptcy case was closed on December 21, 2007.

                                                                    2104449.1

LEWIS
AND
ROCA
—LLP—
L A W Y E R S

**THIS OBJECTION SEEKS TO DISALLOW THE INITIAL PROOF OF CLAIM THAT YOU FILED, BUT WILL NOT AFFECT THE SUBSEQUENT PROOF OF CLAIM THAT YOU FILED, WHICH IS DUPLICATIVE OF THE FIRST.**

**PLEASE DO NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF YOUR CLAIM. QUESTIONS REGARDING THE AMOUNT OF A CLAIM OR THE FILING OF A CLAIM SHOULD BE DIRECTED TO BRANT FYLLING OF SIERRA CONSULTING GROUP, LLC ((602) 424-7009) OR THE UNDERSIGNED COUNSEL.**

**NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust has filed its Ninth Omnibus Objection to Duplicate Proofs of Claim (the "Objection"). Your Proof of Claim number and other information regarding your claim is provided in **Exhibit A**, attached. The USACM Liquidating Trust has requested that this Court enter an order, pursuant to Bankruptcy Code § 502 and Bankruptcy Rule 3007, disallowing the duplicate Proof of Claim. The Objection will not impact the surviving claim.

**NOTICE IS FURTHER GIVEN** that the hearing on the Objection will be held before the Honorable Linda B. Riegle, United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada, on **November 13, 2009**, at the hour of **9:30 a.m.**

**NOTICE IS FURTHER GIVEN THAT THE HEARING SET ON NOVEMBER 13, 2009, WILL BE HELD FOR THE PURPOSE OF STATUS CHECKS AND SCHEDULING EVIDENTIARY HEARINGS ONLY. NO ARGUMENTS WILL BE HEARD ON THAT DATE.**

**NOTICE IS FURTHER GIVEN** that any response to the Objection must be filed by November 6, 2009, pursuant to Local Rule 3007(b), which states:

> If an objection to a claim is opposed, a written response must be filed and served on the objecting party at least 5 business days before the scheduled hearing. A response is deemed sufficient if it states that written

2

2104449.1

LEWIS
AND
ROCA
—LLP—
L A W Y E R S

1
2
documentation in support of the proof of claim has already been provided to the objecting party and that the documentation will be provided at any evidentiary hearing or trial on the matter.

3

4    If you object to the relief requested, you *must* file a **WRITTEN** response to this

5    pleading with the Court.  You *must* also serve your written response on the person who

6    sent you this notice.

7    If you do not file a written response with the Court, or if you do not serve your

8    written response on the person who sent you this notice, then:

9    • The Court may *refuse to allow you to speak* at the scheduled hearing; and

10    • The Court may *rule against you* and sustain the objection without formally

11    calling the matter at the hearing.

12    Dated:  October 14, 2009.

LEWIS AND ROCA LLP

13

14    By  /s/  John Hinderaker (#18024)
          Rob Charles, NV 6593
15        John C. Hinderaker, AZ 18024 (*pro hac vice*)
      3993 Howard Hughes Parkway, Suite 600
16    Las Vegas, Nevada  89169
      Telephone:  (702) 949-8320
17    Facsimile:   (702) 949-8321
      E-mail:  rcharles@lrlaw.com
18    *Attorneys for the USACM Liquidating Trust*

19    Copy of the foregoing and pertinent
      portion of Exhibit A mailed by first
20    class postage prepaid U.S. Mail on
      October 14, 2009 to:

21
      Parties listed on Exhibit A attached.
22
      LEWIS AND ROCA LLP
23
      /s/ Leilani Lista_____
24

25

26

3

2104449.1