**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429

Susan M. Freeman AZ State Bar No. 004199
Email: sfreeman@lrlaw.com
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 10/14/09

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,[1]<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[2]<br><br>USA Securities, LLC,[3]<br>                           Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**DECLARATION OF EDWARD M. BURR IN SUPPORT OF NINTH OMNIBUS OBJECTION TO DUPLICATE PROOFS OF CLAIM; AND CERTIFICATE OF SERVICE**<br><br>Date:  November 13, 2009<br>Time:  9:30 a.m. |

1. I Edward M. Burr, hereby declare under penalty of perjury the following:

2. I am a principal with Sierra Consulting Group, LLC ("Sierra").

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2104428.1

LEWIS AND ROCA LLP
LAWYERS

3. I submit this declaration on behalf of the USACM Liquidating Trust (the "USACM Trust") in support of the Ninth Omnibus Objections to Duplicate Proofs of Claim (the "Objection") [DE 7626].

4. Sierra previously served as financial adviser to the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company ("Committee").

5. I assisted the Committee in analyzing facts concerning these jointly administered bankruptcy cases, including scheduled liabilities and proofs of claim. The Committee ceased to exist on March 12, 2007, the Effective Date of the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization ("Plan"), and I am now assisting the USACM Trust created under the Plan.

6. I make the following declaration based upon my personal knowledge, and upon the records of the Debtors and the USACM Trust described in this declaration.

7. On March 12, 2007, the Effective Date of the Plan, the USACM Trust became the custodian of USACM's books and records

8. I understand that under the Plan as modified by the Confirmation Order, the deadline for interested parties to object to allowance of claims and equity interests was 90 days after the Effective Date, or June 10, 2007. That deadline was further extended to February 9, 2009 by Order of this Court.

9. Sierra has been working closely with both the Trustee for the USACM Liquidating Trust and Development Specialist Inc. ("DSI"), the Trustee's financial advisor, in evaluating all of the claims that were filed in the USACM estate.

10. **Exhibit A,** attached, lists Proofs of Claim that appear to be duplicates of other claim(s) filed in the USACM bankruptcy. **Exhibit A** provides the claimant's name and address, the initial proof of claim number, the subsequent proof of claim number and the claim amount.

2104428.1

LEWIS AND ROCA LLP
LAWYERS

1. 11. I make this declaration under penalty of perjury of the laws of the United States of America on October 14, 2009.

By /s/ *Edward M. Burr*
Edward M. Burr

Copy of the foregoing (without exhibit)
served on October 14, 2009 via e-mail or first
class postage prepaid U.S. Mail to all
parties listed on the Ninth
Omnibus Objection to Duplicate Claims.

 /s/ Leilani Lista
Leilani Lista
Lewis and Roca LLP

2104428.1