**USACM - EXHIBIT A TO OMNIBUS OBJECTION RE DUPLICATE CLAIMS**

| Claimant's Name and Address | Initial Proof of Claim Number (claim subject to objection) | Subsequent Proof of Claim Number (claim not subject to objection) | Claim Amount |
|---|---|---|---|
| Addy, Ronald M & Priscilla K<br>21675 Obsidian Ave.<br>Bend, OR 97702 | 10725-02235 | 10725-02236 | Unliquidated |
| Barbara M Sanchez 2002 Revocable Living Trust DTD 4/4/02<br>c/o Barbara M Sanchez Trustee<br>Po Box 90528<br>Santa Barbara, CA 93190 | 10725-00466 | 10725-00467 | Unliquidated |
| Brines Revocable Family Trust, Michael R &<br>Cindy G U/A DTD 11/5/94<br>c/o Michael R & Cindy G Brines Trustees<br>4935 El Sereno Avenue<br>La Crescenta, CA 91214 | 10725-01918 | 10725-02431 | $771,119.58 |
| Brines Revocable Family Trust, Michael R &<br>Cindy G U/A DTD 11/5/94<br>c/o Michael R & Cindy G Brines Trustees<br>4935 El Sereno Avenue<br>La Crescenta, CA 91214 | 10725-01569 | 10725-01744 | $59,953.00 |
| CK Khury & Irene K Bass Family Trust DTD 5/10/05<br>c/o Scott D Fleming Esq<br>Hale Lane Peek Den & How<br>3930 Howard Hughes PKWY<br>Las Vegas, NV 89169 | 10725-02193 | 10725-01951 | $400,000 |

| Claimant's Name and Address | Initial Proof of Claim Number (claim subject to objection) | Subsequent Proof of Claim Number (claim not subject to objection) | Claim Amount |
|---|---|---|---|
| Cohen, Nelson L<br>c/o Scott D Fleming Esq<br>Hale Lane Peek Den & How<br>3930 Howard Hughes PKWY, 4th Floor<br>Las Vegas, NV 89169 | 10725-00818 | 10725-01216 | Unliquidated |
| Cohen Living Trust DTD 3/6/90<br>c/o Scott D Fleming Esq<br>Hale Lane Peek Den & How<br>3930 Howard Hughes PKWY<br>Las Vegas, NV 89169 | 10725-00811 | 10725-01218 | $404,317.00 |
| Denise F Fager Revocable Trust UAD 2/28/03<br>Denise F Fager Trustee<br>23741 Brisbane Bay<br>Dana Point, CA 92629 | 10725-02355 | 10725-02356 | $1,327,564.06 |
| Lisa Hollifield Personal Rep of J Naftzinger Est c/o Scott D Fleming Esq<br>Hale Lane Peek Den & How<br>3930 Howard Hughes PKWY<br>Las Vegas, NV 89169 | 10725-0848-2 | 10725-01293 | Unliquidated |
| Karen Petersen Tyndall Trust DTD 3/9/94<br>c/o Karen Petersen Tyndall Trustee<br>1012 Greystoke Acres Street<br>Las Vegas, NV 89145-8659 | 10725-00795 | 10725-01183 | $1,115,915.59 |
| Messersmith, R G & Deaun<br>Scott D Fleming Esq<br>Hale Lane Peek Den & How<br>3930 Howard Hughes PKWY 4th Floor<br>Las Vegas, NV 89169 | 10725-00834 | 10725-01285 | Unliquidated |

2103857.1

| Claimant's Name and Address | Initial Proof of Claim Number (claim subject to objection) | Subsequent Proof of Claim Number (claim not subject to objection) | Claim Amount |
|---|---|---|---|
| Snow, Jack & Heidi<br>Scott D Fleming Esq<br>Hale Lane Peek Den & How<br>3930 Howard Hughes PKWY<br>Las Vegas, NV  89169 | 10725-00829 | 10725-01292 | Unliquidated |

`

3

2103857.1