SHAMROCK LOAN
FIRST OMNIBUS OBJECTION

# EXHIBIT A
Single Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Shamrock Tower LP Loan |
|---|---|---|---|---|
| 10725-00028 | Timothy F. Burrus and Joann Ortiz-Burrus | Del Hardy, Esq. Hardy Law Group 96-98 Winter St Reno, NV 89503-5605 | $50,000.00 | $50,000.00 |
| 10725-00031 | Timothy F. Burrus and Joann Ortiz-Burrus | Del Hardy Esq. Hardy Law Group 96-98 Winter St Reno, NV 89503-5605 | $50,000.00 | $50,000.00 |
| 10725-00959 | Larry D. Higgins | 571 Alden Lane Incline Village, NV 89451-8333 | $112,633.31 | $112,633.31 |
| 10725-00427 | Gary M. Hogan | 9900 Wilbur May Pkwy, Apt 1604 Reno, NV 89521-4016 | $50,000.00 | $50,000.00 |
| 10725-00454 | James Gary Machetta Trust Dtd 7/9/02 | c/o James Gary Machetta Trustee P.O. Box 2242 Denver, CO 80201-2242 | Unliquidated | $50,000.00 |
| 10725-01615 | McConnell Family Trust Dtd 12/3/81 | James M. and Maudrene F. Mcconnell Ttees 970 Fairway Blvd Incline Village, NV 89451 | $123,616.62 | $123,616.62 |
| 10725-00350 | John T. Mrasz Ent. Inc. Defined Benefit Plan Dtd. 5/86 | c/o John T. and Janet Mrasz Ttees 10015 Barling St Shadow Hills, CA 91040-1512 | $100,000.00 | $100,000.00 |
| 10725-00264 | Bernard and Linda Marie Sandler Revocable Intervivos | Trust Dtd 9/13/91 c/o Peter Susi 99 La Vuelta Santa Barbara, CA 93108 | $175,000.00 | $100,000.00 |
| 10725-02521 | Penny Stanard | 16004 Village Green Dr Apt D Mill Creek, WA 98012-5879 | $50,000.00 | $50,000.00 |
| 10725-01827 | Kenneth H. and Phyllis P. Wyatt Family Trust | Kenneth & Phyllis Wyatt Ttees PO Box 370400 Las Vegas, NV 89137-0400 | $108,166.65 | $108,166.65 |
| 10725-00322 | Sb Wright Family Trust Dtd 12/28/94 | Melvin B. and Susan D Wright Ttees 3983 South McCarran Blvd. Reno, NV 89502-7510 | $716.66 | $716.66 |