SHAMROCK LOAN
SECOND OMNIBUS OBJECTION

# Exhibit A
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Shamrock Tower LP Loan |
|---|---|---|---|---|
| 10725-02059 | Jack R. Clark and Linda C. Reid Jt Ten | 9900 Wilbur May Pkwy #4701<br>Reno, NV 89521-3089 | $1,782,032.06 | $100,000.00 |
| 10725-02202 | Marguerite Falkenborg 2000 Trust Dtd 6/20/00 | c/o Marguerite Falkenborg Trustee<br>727 3rd Ave<br>Chula Vista, CA 91910-5803 | $794,366.81 | $122,256.24 |
| 10725-01917 | Farrah Family Trust | Joseph Farrah Trustee<br>1410 Murchison Dr<br>Millbrae, CA 94030 | $5,667.12 | $4,642.72 |
| 10725-01212 | Jay E. Henman Retirement Plan | c/o Jay E. Henman Trustee<br>1023 Ridgeview Ct<br>Carson City, NV 89705-8054 | $747,243.00 | $75,000.00 |
| 10725-02048 | Edward O. High | 1413 Pelican Bay Trail<br>Winter Park, FL 32792 | $403,994.76 | $100,000.00 |
| 10725-01632 | Charles E. and Janet P. Johnson Jt Ten | 17 Front St<br>Palm Coast, FL 32137-1453 | Contingent and Unliquidated | Unknown |
| 10725-01660 | Robert J. and Ruth Ann Kehl | Janet L. Chubb, Esq<br>Jones Vargas<br>P.O. Box 281<br>Reno, NV 89504-0281 | $12,841,680.13 | $500,000.00 |
| 10725-02051 | Carol Mortensen Family Trust Dtd 9/9/90 | c/o Carol Mortense Ttee<br>4847 Damon Cir<br>Salt Lake City, UT 84117 | $345,750.98 | $100,000.00 |
| 10725-02121 | Olga O'Buch Trust Dtd 5/28/98 | Olga O'Buch Ttee<br>140 Gazelle Rd<br>Reno, NV 89511 | $507,403.52 | $100,000.00 |
| 10725-01901 | Charles and Mary Parker | 14470 Emerald Path<br>Apple Valley, MN 55124 | $236,840.31 | $57,058.65 |

2105060.1