SHAMROCK LOAN
THIRD OMNIBUS OBJECTION

# Exhibit A
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Shamrock Tower LP Loan |
|---|---|---|---|---|
| 10725-00245 | Robert H. and Lynn R. Perlman Trust Dated 9/17/92 | c/o Robert H. and Lynn R. Perlman Ttees<br>2877 Paradise Rd., Unit 3501<br>Las Vegas, NV  89109-5278 | $1,187,000.00 | $50,000.00 |
| 10725-01477 | Karen L Pidgeon 2006 Living Trust Dated 2/27/06 | c/o Karen L. Pidgeon Ttee<br>P.O. Box 41619<br>Sacramento, CA  95841-1619 | $538,643.00 | $200,000.00 |
| 10725-01878 | Dennis Raggi | P.O. Box 10475<br>Zephyr Cove, NV  89448 | $10,451.54 | Unknown |
| 10725-01880 | Dennis Raggi | P.O. Box 10475<br>Zephyr Cove, NV 89448-2475 | $15,819.84 | $2,983.89 |
| 10725-02226 | Dennis Raggi | P.O. Box 10475<br>Zephyr Cove, NV  89448 | $4,884,068.70 | $200,000.00 |
| 10725-00138 | Michael Raichbart | Joshua D Brysk<br>Law Offices Of James G Schwartz<br>7901 Stoneridge Dr, Suite 401<br>Pleasanton, CA  94583 | $150,000.00 | $50,000.00 |
| 10725-02281 | Roisentul Family Trust | Saul and Ilene Roisentul Trustees<br>74075 Kokopelli Cir<br>Palm Desert, CA  92211-2075 | $840,536.32 | $100,000.00 |
| 10725-00274 | Daniel and Virginia Salerno Family Trust Dtd 8/9/89 | Daniel N. and Virginia P Salerno Ttees<br>P.O. Box 7869<br>Incline Village, NV  89452-7869 | $212,026.22 | $114,244.75 |
| 10725-02106 | T-2 Enterprises LLC | Manager Warren W Tripp<br>250 Greg St<br>Sparks, NV  89431 | $811,713.52 | $150,000.00 |
| 10725-02107 | T-3 Enterprises LLC | Manager Warren W. Tripp<br>250 Greg St<br>Sparks, NV  89431 | $608,440.76 | $100,000.00 |

260172.1