SHAMROCK LOAN
FOURTH OMNIBUS OBJECTION

**Exhibit A**
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Shamrock Tower LP Loan |
|---|---|---|---|---|
| 10725-00137 | Tim and Kathleen Partch | Joshua D Brysk Law Offices Of James G Schwartz 7901 Stoneridge Dr Pleasanton, CA 94583 | 100,000.00 | 50,000.00 |
| 10725-01740 | Larry L. and Patsy R. Rieger Revocable Tr Dtd 8/14/91 | Larry L. and Patsy R. Rieger Ttees 2615 Glen Eagles Dr Reno, NV 89523 | $2,016,829.00 | Unknown |
| 10725-02104 | Warren W. Tripp | 250 Greg St Sparks, NV 89431 | $1,183,402.50 | $200,000.00 |
| 10725-02088 | Robert W. Ulm Living Trust Dtd 4/11/05 | Robert W. Ulm Ttee 414 Morning Glory Rd St. Marys, GA 31558 | $1,376,330.00 | $100,000.00 |
| 10725-02089 | Robert W. Ulm | 414 Morning Glory Rd St Marys, GA 31558 | Contingent and Unliquidated | Unknown |

260173.1