SHAMROCK LOAN
BERMAN DECLARATION

# Exhibit A

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Shamrock Tower LP Loan |
|---|---|---|---|---|
| 10725-00028 | Timothy F. Burrus and Joann Ortiz-Burrus | Del Hardy, Esq. Hardy Law Group 96-98 Winter St Reno, NV 89503-5605 | $50,000.00 | $50,000.00 |
| 10725-00031 | Timothy F. Burrus and Joann Ortiz-Burrus | Del Hardy Esq. Hardy Law Group 96-98 Winter St Reno, NV 89503-5605 | $50,000.00 | $50,000.00 |
| 10725-02059 | Jack R. Clark and Linda C. Reid Jt Ten | 9900 Wilbur May Pkwy #4701 Reno, NV 89521-3089 | $1,782,032.06 | $100,000.00 |
| 10725-02202 | Marguerite Falkenborg 2000 Trust Dtd 6/20/00 | c/o Marguerite Falkenborg Trustee 727 3rd Ave Chula Vista, CA 91910-5803 | $794,366.81 | $122,256.24 |
| 10725-01917 | Farrah Family Trust | Joseph Farrah Trustee 1410 Murchison Dr Millbrae, CA 94030 | $5,667.12 | $4,642.72 |
| 10725-01212 | Jay E. Henman Retirement Plan | c/o Jay E. Henman Trustee 1023 Ridgeview Ct Carson City, NV 89705-8054 | $747,243.00 | $75,000.00 |
| 10725-00959 | Larry D. Higgins | 571 Alden Lane Incline Village, NV 89451-8333 | $112,633.31 | $112,633.31 |
| 10725-02048 | Edward O. High | 1413 Pelican Bay Trail Winter Park, FL 32792 | $403,994.76 | $100,000.00 |
| 10725-00427 | Gary M. Hogan | 9900 Wilbur May Pkwy, Apt 1604 Reno, NV 89521-4016 | $50,000.00 | $50,000.00 |
| 10725-01632 | Charles E. and Janet P. Johnson Jt Ten | 17 Front St Palm Coast, FL 32137-1453 | Contingent and Unliquidated | Unknown |

260169.1

SHAMROCK LOAN
BERMAN DECLARATION

## Exhibit A

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Shamrock Tower LP Loan |
|---|---|---|---|---|
| 10725-01660 | Robert J. and Ruth Ann Kehl | Janet L. Chubb, Esq Jones Vargas P.O. Box 281 Reno, NV 89504-0281 | $12,841,680.13 | $500,000.00 |
| 10725-00454 | James Gary Machetta Trust Dtd 7/9/02 | c/o James Gary Machetta Trustee P.O. Box 2242 Denver, CO 80201-2242 | Unliquidated | $50,000.00 |
| 10725-01615 | McConnell Family Trust Dtd 12/3/81 | James M. and Maudrene F. Mcconnell Ttees 970 Fairway Blvd Incline Village, NV 89451 | $123,616.62 | $123,616.62 |
| 10725-02051 | Carol Mortensen Family Trust Dtd 9/9/90 | c/o Carol Mortense Ttee 4847 Damon Cir Salt Lake City, UT 84117 | $345,750.98 | $100,000.00 |
| 10725-00350 | John T. Mrasz Ent. Inc. Defined Benefit Plan Dtd. 5/86 | c/o John T. and Janet Mrasz Ttees 10015 Barling St Shadow Hills, CA 91040-1512 | $100,000.00 | $100,000.00 |
| 10725-00137 | Tim and Kathleen Partch | Joshua D Brysk Law Offices Of James G Schwartz 7901 Stoneridge Dr Pleasanton, CA 94583 | 100,000.00 | 50,000.00 |
| 10725-02121 | Olga O'Buch Trust Dtd 5/28/98 | Olga O'Buch Ttee 140 Gazelle Rd Reno, NV 89511 | $507,403.52 | $100,000.00 |
| 10725-01901 | Charles and Mary Parker | 14470 Emerald Path Apple Valley, MN 55124 | $236,840.31 | $57,058.65 |
| 10725-00245 | Robert H. and Lynn R. Perlman Trust Dated 9/17/92 | c/o Robert H. and Lynn R. Perlman Ttees 2877 Paradise Rd., Unit 3501 Las Vegas, NV 89109-5278 | $1,187,000.00 | $50,000.00 |

260169.1

SHAMROCK LOAN
BERMAN DECLARATION

## Exhibit A

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Shamrock Tower LP Loan |
|---|---|---|---|---|
| 10725-01477 | Karen L Pidgeon 2006 Living Trust Dated 2/27/06 | c/o Karen L. Pidgeon Ttee P.O. Box 41619 Sacramento, CA 95841-1619 | $538,643.00 | $200,000.00 |
| 10725-01878 | Dennis Raggi | P.O. Box 10475 Zephyr Cove, NV 89448 | $10,451.54 | Unknown |
| 10725-01880 | Dennis Raggi | P.O. Box 10475 Zephyr Cove, NV 89448-2475 | $15,819.84 | $2,983.89 |
| 10725-02226 | Dennis Raggi | P.O. Box 10475 Zephyr Cove, NV 89448 | $4,884,068.70 | $200,000.00 |
| 10725-00138 | Michael Raichbart | Joshua D Brysk Law Offices Of James G Schwartz 7901 Stoneridge Dr, Suite 401 Pleasanton, CA 94583 | $150,000.00 | $50,000.00 |
| 10725-01740 | Larry L. and Patsy R. Rieger Revocable Tr Dtd 8/14/91 | Larry L. and Patsy R. Rieger Ttees 2615 Glen Eagles Dr Reno, NV  89523 | $2,016,829.00 | Unknown |
| 10725-02281 | Roisentul Family Trust | Saul and Ilene Roisentul Trustees 74075 Kokopelli Cir Palm Desert, CA 92211-2075 | $840,536.32 | $100,000.00 |
| 10725-00274 | Daniel and Virginia Salerno Family Trust Dtd 8/9/89 | Daniel N. and Virginia P Salerno Ttees P.O. Box 7869 Incline Village, NV 89452-7869 | $212,026.22 | $114,244.75 |
| 10725-00264 | Bernard and Linda Marie Sandler Revocable Intervivos | Trust Dtd 9/13/91 c/o Peter Susi 99 La Vuelta Santa Barbara, CA 93108 | $175,000.00 | $100,000.00 |
| 10725-02521 | Penny Stanard | 16004 Village Green Dr Apt D Mill Creek, WA 98012-5879 | $50,000.00 | $50,000.00 |

3

260169.1

SHAMROCK LOAN
BERMAN DECLARATION

## Exhibit A

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Shamrock Tower LP Loan |
|---|---|---|---|---|
| 10725-02106 | T-2 Enterprises LLC | Manager Warren W Tripp<br>250 Greg St<br>Sparks, NV  89431 | $811,713.52 | $150,000.00 |
| 10725-02107 | T-3 Enterprises LLC | Manager Warren W. Tripp<br>250 Greg St<br>Sparks, NV  89431 | $608,440.76 | $100,000.00 |
| 10725-02104 | Warren W. Tripp | 250 Greg St<br>Sparks, NV  89431 | $1,183,402.50 | $200,000.00 |
| 10725-02088 | Robert W. Ulm Living Trust Dtd 4/11/05 | Robert W. Ulm Ttee<br>414 Morning Glory Rd<br>St. Marys, GA  31558 | $1,376,330.00 | $100,000.00 |
| 10725-02089 | Robert W. Ulm | 414 Morning Glory Rd<br>St Marys, GA  31558 | Contingent and Unliquidated | Unknown |
| 10725-01827 | Kenneth H. and Phyllis P. Wyatt Family Trust | Kenneth & Phyllis Wyatt Ttees<br>PO Box 370400<br>Las Vegas, NV  89137-0400 | $108,166.65 | $108,166.65 |
| 10725-00322 | Sb Wright Family Trust Dtd 12/28/94 | Melvin B. and Susan D Wright Ttees<br>3983 South McCarran Blvd.<br>Reno, NV  89502-7510 | $716.66 | $716.66 |

4

260169.1