**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 10/14/09

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                           Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**AMENDED NOTICE OF ERRATA TO THIRTEENTH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO DOUBLE COUNTED CLAIMS (AMENDED TO CORRECT EXHIBIT)**<br><br>Date of Hearing: October 19, 2009<br>Time of Hearing: 3:00 p.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2104890.1

LEWIS AND ROCA LLP LAWYERS

1.     The USACM Liquidating Trust (the "USACM Trust") filed its Thirteenth Omnibus Objection of USACM Liquidating Trust to Double Counted Claims ("Objection") [DE 7519] on September 18, 2009.

2.     The Trust has determined that its counsel failed to electronically file a complete copy of the Notice of Hearing Regarding the Thirteenth Omnibus Objection of USACM Liquidating Trust to Double-Counted Claims ("Notice") [DE 7520]; it only filed Exhibit A to the Notice. Thus, the copy filed with the Court is incomplete.

3.     To correct the record, a complete copy of the Notice and Exhibit A thereto is attached hereto as **Exhibit 1**.

4.     The Direct Lenders affected by the Objection and Notice were properly noticed with a complete copy of the Objection[4] and Notice on September 18, 2009. This is demonstrated by the certificate of service attached to the Objection and Notice. Counsel also verified with the file clerk who served the Objection and Notice, that he mailed each affected Direct Lender a complete copy of the Objection and Notice, with appropriate exhibit.

Dated: October 14, 2009.

LEWIS AND ROCA LLP

/s/ John C. Hinderaker (# 18024)
Rob Charles, NV 6593
John C. Hinderaker, AZ 18024 (pro hac vice)
Marvin Ruth, NV 10979
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8320
Facsimile: (702) 949-8398
E-mail: mruth@lrlaw.com
*Attorneys for the USACM Liquidating Trust*

---

[4] The Direct Lenders only received that portion of Exhibit A that related to their specific claim.

2

2104890.1