**LEWIS AND ROCA LLP LAWYERS**

E-Filed on 9/18/09

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
Marvin Ruth NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                            Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF HEARING REGARDING TWENTIETH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO DOUBLE COUNTED CLAIMS**<br><br>Date of Hearing: October 19, 2009<br>Time of Hearing: 3:00 p.m. |

      The USACM Liquidating Trust believes that <u>your</u> claim is currently listed incorrectly in the Claims Registry. The amount listed is double the amount you included in your proof of claim as your actual intended total claim. **THUS, THE USACM**

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

# EXHIBIT 1

LEWIS AND ROCA LLP LAWYERS

LIQUIDATING TRUST IS PRESENTLY OBJECTING <u>ONLY</u> TO THAT PORTION OF YOUR CLAIM, AS LISTED IN THE ATTACHED EXHIBIT A, THAT WAS DOUBLE COUNTED OR THAT OTHERWISE EXCEEDS THE AMOUNT OF THE CLAIM YOU FILED.

<u>PLEASE DO NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF YOUR CLAIM.</u>  QUESTIONS REGARDING THE AMOUNT OF A CLAIM OR THE FILING OF A CLAIM SHOULD BE DIRECTED TO BRANT FYLLING OF SIERRA CONSULTING GROUP, LLC (602) 424-7009) OR THE UNDERSIGNED COUNSEL.

**NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust has filed its Twentieth Omnibus Objection of the USACM Liquidating Trust to Double Counted Claims (the "Objection").  Your Proof of Claim number and other information regarding your claim, including the double counted amount that is subject to the objection, is provided in **Exhibit A**, attached.  The USACM Liquidating Trust has requested that this Court enter an order, pursuant to Bankruptcy Code § 502 and Bankruptcy Rule 3007, disallowing the portion of your Proof of Claim to the extent it is double counted.

**NOTICE IS FURTHER GIVEN** that the hearing on the Objection will be held before the Honorable Linda B. Riegle, United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada, on **October 19, 2009, at the hour of 3:00 p.m.**

**NOTICE IS FURTHER GIVEN THAT THE HEARING SET ON OCTOBER 19, 2009, WILL BE HELD FOR THE PURPOSE OF STATUS CHECKS AND SCHEDULING EVIDENTIARY HEARINGS ONLY.  NO ARGUMENTS WILL BE HEARD ON THAT DATE.**

**NOTICE IS FURTHER GIVEN** that any response to the Objection must be filed by **October 9, 2009,** pursuant to Local Rule 3007(b), which states:

2

2095733.1

If an objection to a claim is opposed, a written response must be filed and served on the objecting party at least 5 business days before the scheduled hearing. A response is deemed sufficient if it states that written documentation in support of the proof of claim has already been provided to the objecting party and that the documentation will be provided at any evidentiary hearing or trial on the matter.

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the Court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The Court may *refuse to allow you to speak* at the scheduled hearing; and
> - The Court may *rule against you* and sustain the objection without formally calling the matter at the hearing.

Dated: September 18, 2009.

LEWIS AND ROCA LLP

By /s/ Marvin Ruth (#10979)
   Rob Charles, NV 6593
   John C. Hinderaker, AZ 18024 (*pro hac vice*)
   Marvin Ruth, NV 10979
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8320
Facsimile: (702) 949-8398
E-mail: mruth@lrlaw.com
*Attorneys for the USACM Liquidating Trust*

Copy of the foregoing and pertinent portion of Exhibit A mailed by first class postage prepaid U.S. Mail on September 18, 2009 to:

Parties listed on Exhibit A attached.

LEWIS AND ROCA LLP

/s/ Leilani Lista
   Leilani Lista

3

2095733.1

Exhibit A
# TWENTIETH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO DOUBLE COUNTED CLAIMS; AND CERTIFICATE OF SERVICE
Proofs of Claim Asserting Duplicate Amounts

USACM

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| ROBERT WILLIAM ULM IRA | PENSCO TRUST COMPANY CUSTODIAN 414 MORNING GLORY RD ST MARYS GA 31558 | 10725-02090 | 1,415,506.00 | 707,753.00 |
| ROGERS, JAMES WILLIAM | 78 SEAL ROCK DR SAN FRANCISCO CA 94121 | 10725-02220 | 613,040.12 | 306,520.06 |
| ROISENTUL FAMILY TRUST | SAUL & ILENE ROISENTUL TRUSTEES 74075 KOKOPELLI CIR PALM DESERT CA 92211-2075 | 10725-02281 | 840,536.32 | 420,268.16 |
| ROMONOSKI, MAURY | 4429 PEACEFUL MORNING LN LAS VEGAS NV 89129 | 10725-02331 | 250,000.00 | 125,000.00 |
| RUTH ZIMMERMAN & MOSHE KIRSH JTWROS | 15721 MILBANK ST ENCINO CA 91436 | 10725-02033 | 244,311.94 | 122,155.97 |
| SALVO, ANNE F DI | PO BOX 18220 RENO NV 89511-0270 | 10725-02043 | 24,064.98 | 12,032.49 |
| SANCHEZ IRA, RANDY | 5713 N WHITE SANDS RD RENO NV 89511 | 10725-02217 | 694,063.90 | 347,031.95 |
| SANCHEZ LIVING TRUST DTD 10/13/03 | RANDY M & SHARON SANCHEZ TTEES 5713 N WHITE SANDS RD RENO NV 89511 | 10725-02218 | 554,132.98 | 277,066.49 |
| SCHNITZER LIVING TRUST DTD 10/24/91 | ARTHUR F & LINN S SCHNITZER TTEES 20155 NE 38TH CT, #1604 AVENTURA FL 33180 | 10725-02149 | 3,549,806.80 | 1,774,903.40 |
| SCHOONOVER FAMILY TRUST DATED 2/23/04 | EDWARD L & SUSAN A SCHOONOVER CO-TTEES 11044 E. NOPAL AVE MESA AZ 85209 | 10725-02135 | 269,449.00 | 134,724.50 |

**File a Notice:**

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: lbr | |

Case Flag: EXHS, BAPCPA, LEAD, JNTADMN, APPEAL, Sanctions

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from MARVIN C. RUTH entered on 9/18/2009 at 4:37 PM PDT and filed on 9/18/2009

**Case Name:** USA COMMERCIAL MORTGAGE COMPANY
**Case Number:** 06-10725-lbr
**Document Number:** 7534

**Docket Text:**
Notice of Hearing *REGARDING TWENTIETH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO DOUBLE COUNTED CLAIMS* Hearing Date: 10/19/2009 Hearing Time: 3:00PM with Certificate of Service Filed by MARVIN C. RUTH on behalf of USACM LIQUIDATING TRUST (Related document(s)[7533] Objection filed by Interested Party USACM LIQUIDATING TRUST) (Attachments: # (1) Exhibit A) (RUTH, MARVIN)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** H:\PDF\objections\TWENTIETH.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=9/18/2009] [FileNumber=13614605-0
] [25488635a9b6cd46236604b6e9dfad5f4e2b506f08397bd5849c3ad519003cadac4
31d3b9b891920c802a04484f26efc7a66e4733ccf0a160cff4a6af39b015c]]
**Document description:** Exhibit A
**Original filename:** H:\PDF\objections\EXA_20.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=9/18/2009] [FileNumber=13614605-1
] [a2d7059ec3a78ceb73eb8ed4e70a49def879cc098c45593224ba92fe7348d37cf88
d39a84f4ab53be66c03b8f52cdf16a11eb4bfef5f5a84bf77977c7e0e89a6]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS on behalf of Cross Defendant ROCKLIN/REDDING LLC
mabrams@abramstanko.com

FRANKLIN C. ADAMS on behalf of Creditor JAMES CORISON
franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com