KATHERINE M. WINDLER, CA Bar No. 158899
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200
E-mail: katherine.windler@bryancave.com

RANDOLPH L. HOWARD, ESQ., NV Bar No. 006688
PETER D. NAVARRO, ESQ., NV Bar No. 010168
**KOLESAR & LEATHAM, CHTD.**
3320 W. Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Telephone: (702) 362-7800
Facsimile: (702) 362-9472

Attorneys for SILAR ADVISORS, LP,
SILAR SPECIAL OPPORTUNITIES
FUND, LP and ASSET RESOLUTION LLC

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br><br>Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF COMMENCEMENT OF CHAPTER 11 BANKRUPTCY CASES** |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

On October 14, 2009, the debtors and debtors in possession in the cases set forth in the chart below (the "Debtors") filed voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101 through 1532, as amended by the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of New York. The Debtors, and their relevant underlying property addresses, case numbers and federal tax identification numbers are as follows:

| DEBTOR | PROPERTY ADDRESS | CASE NO. |
|---|---|---|
| Asset Resolution LLC | 333 7th Avenue , 3rd Floor<br>New York , NY 10001 | 09-16142 |
| Ocean Atlantic SPE LLC | SEC Beecher & Corneils Road<br>Yorkville, IL 60560 | 09-16155 |
| CFP Anchor B SPE LLC | 7500 Bellaire Boulevard<br>Houston, TX 77036 | 09-16145 |
| CFP Cornman Toltec SPE LLC | NWC Cornman Road & Toltec Buttes Road<br>Pinal County, AZ 85222 | 09-16146 |
| CFP Gess SPE LLC | 6004-6525 S. Gessner Drive<br>Houston, TX 77036 | 09-16147 |
| Bundy 2.5 Million SPE LLC | Bundy Canyon Road<br>Riverside, CA 22220 | 09-16143 |
| Bundy Five Million SPE LLC | Bundy Canyon Road<br>Riverside, CA 22220 | 09-16144 |
| Fiesta Stoneridge LLC | S/S Ramona Expressway<br>Riverside County, CA | 09-16149 |
| Fox Hills SPE LLC | E&W Side of I-5, South of CA-152<br>Los Banos, CA 93635 | 09-16151 |
| CFP Gramercy SPE LLC | 2600 Gramercy Street<br>Houston, TX 77030 | 09-16148 |
| Huntsville SPE LLC | NW Quadrant of I-45 & SR-30<br>Huntsville, TX 77340 | 09-16153 |
| Lake Helen Partners SPE LLC | Lake Helen, FL 32744 | 09-16154 |
| 10 90 SPE LLC | Old Live Oak Avenue<br>Fontana, CA | 09-16157 |

| **DEBTOR** | **PROPERTY ADDRESS** | **CASE NO.** |
|---|---|---|
| Shamrock SPE LLC | 601 Main Street<br>Houston, TX 77002 | 09-16156 |
| HFAH Monaco SPE LLC | 2543 First Street<br>Fort Myers, FL 33902 | 09-16152 |

<u>LEAD BANKRUPTCY COUNSEL FOR THE DEBTORS</u>:

    KLESTADT & WINTERS, LLP
    Tracy Klestadt
    292 Madison Avenue, 17th Floor
    New York, NY  10017-6314
    Telephone:  (212) 972-3000
    Facsimile:  (212) 972-2245

<u>COMMENCEMENT OF CASE</u>:

    The petitions for reorganization under Chapter 11 of the Bankruptcy Code have been filed in the United States Bankruptcy Court for the Southern District of New York by the Debtors listed above, and orders for relief have been entered.  Unless you comply with certain procedures, you will not necessarily receive notice of all documents filed in this case.  All documents filed with the Court, including lists of the Debtors' property and debts, are available for inspection at the Office of the Clerk of the Bankruptcy Court.  In addition, such documents may be available at www.nysb.uscourts.gov.

<u>CREDITORS MAY NOT TAKE CERTAIN ACTIONS</u>:

    A creditor is anyone to whom a debtor owes money or property.  Under the Bankruptcy Code, a debtor is granted certain protection against creditors.  Common examples of prohibited actions by creditors are contacting a debtor to demand repayment, taking action against a debtor to collect money owed to creditors or to take property of a debtor, and starting or continuing foreclosure actions or repossessions.  If unauthorized actions are taken by a creditor against a debtor, the Court may penalize that creditor.  A creditor who is considering taking action against a debtor or the property of a debtor should review § 362 of the Bankruptcy Code and may wish to

/ / /

/ / /

seek legal advice. The staff of the Clerk of the Bankruptcy Court are not permitted to give legal advice.

Dated: October 14, 2009

Respectfully submitted,

**BRYAN CAVE LLP**

By: /s/ Katherine M. Windler
   Katherine M. Windler, Esq.
   120 Broadway, Suite 300
   Santa Monica, CA 90401

Attorneys for SILAR ADVISORS, LP, SILAR SPECIAL OPPORTUNITIES FUND, LP and ASSET RESOLUTION LLC