

**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHinderaker@LRLaw.com

*Attorneys for USACM Liquidating Trust*

E-Filed on 10/15/09

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA Commercial Mortgage Company, <br> USA Capital Realty Advisors, LLC,[1] <br> USA Capital Diversified Trust Deed Fund, LLC, <br> USA Capital First Trust Deed Fund, LLC,[2] <br> USA Securities, LLC,[3] <br>      Debtors. <br> **Affects:** <br> ☐ All Debtors <br> ☒ USA Commercial Mortgage Company <br> ☐ USA Capital Realty Advisors, LLC <br> ☐ USA Capital Diversified Trust Deed Fund, LLC <br> ☐ USA Capital First Trust Deed Fund, LLC <br> ☐ USA Securities, LLC | Case No. BK-S-06-10726-LBR[1] <br> Case No. BK-S-06-10727-LBR <br> Case No. BK-S-06-10728-LBR[2] <br> Case No. BK-S-06-10729-LBR[3] <br><br> CHAPTER 11 <br><br> Jointly Administered Under <br> Case No. BK-S-06-10725 LBR <br><br> **NOTICE OF ENTRY OF ORDER SUSTAINING FIRST OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED UPON INVESTMENT IN BAR USA LOAN** |

**PLEASE TAKE NOTICE** that an Order Sustaining First Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Investment in BarUSA Loan [DE 7602] was entered on the 13th day of October, 2009, a true and correct copy of which is attached hereto as Exhibit A.

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2105455.1

RESPECTFULLY SUBMITTED October 15, 2009.

                                     LEWIS AND ROCA LLP

By    /s/ Marvin Ruth (#10979)
       Rob Charles
       John Hinderaker (pro hac vice)
       Marvin Ruth
       *Attorneys for USACM Liquidating Trust*

Copy of the foregoing and pertinent portion of Exhibit A to the Order mailed on October 15, 2009 to all parties listed on Exhibit A to the Order.

/s/ Leilani Lista
Leilani Lista

2105455.1