# EXHIBIT A




**Entered on Docket**
**October 13, 2009**

**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email: rcharles@lrlaw.com
jhinderaker@lrlaw.com
mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,[1]

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]

USA SECURITIES, LLC,[3]

Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR[1]
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR[2]
Case No. BK-S-06-10729-LBR[3]

CHAPTER 11

Jointly Administered Under
Case No. BK-S-06-10725 LBR

**ORDER SUSTAINING SECOND OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED UPON INVESTMENT IN BAR USA LOAN**

Hearing Date: October 5, 2009
Hearing Time: 9:30 a.m.

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

The Court having considered the "Second Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Investment in BarUSA Loan," [Docket No. 7342], (the "Objection"); with appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS HEREBY ORDERED**:

1. The Objection is sustained; and

2. The claims listed in **Exhibit A** based upon a Direct lender investment in the BarUSA loan are disallowed in their entirety.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**
By /s/ Marvin Ruth (#10979)
Rob Charles
John Hinderaker (*pro hac vice*)
Marvin Ruth
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8200
Facsimile: (702) 949-8398
*Attorneys for USACM Liquidating Trust*

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: August Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**

By: /s/ Marvin Ruth (#10979)
Rob Charles
John Hinderaker (*pro hac vice*)
Marvin Ruth
*Attorneys for USACM Liquidating Trust*

Case 06-10725-lbr Doc 7601 Entered 10/13/09 12:00:43 Page 4 of 4

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the BarUSA/$15,300,000 Loan |
|---|---|---|---|---|
| 10725-00486 | Harkins 2001 Revocable Trust Dtd 8/23/01 | Leslie & Linda Harkins Ttees<br>~~2050 Longley Ln Apt 2008~~<br>~~Reno, NV 89502~~<br>5360 Balazza Court<br>Reno, NV 89519 | 25,000.00 | 25,000.00 |
| 10725-00614 | Harkins 2001 Revocable Trust Dtd 8/23/01 | Leslie & Linda Harkins Ttees<br>~~2050 Longley Ln Apt 2008~~<br>~~Reno, NV 89502~~<br>5360 Balazza Court<br>Reno, NV 89519 | 25,000.00 | 25,000.00 |
| 10725-02230 | Jocelyne Helzer Ira, First Savings Bank C/F | 115 South Deer Run Rd<br>Carson City, NV 89701 | 36,538.00 | 36,538.00 |
| 10725-00909 | Joyce E Smith Trust Dated 11/3/99 | C/O Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV 89135-1548 | 53,791.67 | 53,791.67 |
| 10725-01769 | Larson, Gary & Dolores | 544 Rolling Hills Dr<br>Mesquite, NV 89027 | 72,247.00 | 72,247.00 |
| 10725-00734 | Louise G Sherk Md Employee Benefit Plan Trust | C/O Robert Di Bias & Louise Sherk Ttees<br>3830 Ocean Birch Dr<br>Corona Del Mar, CA 92625-1244 | 50,753.42 | 50,753.42 |
| 10725-01576 | Lukito, Hendarsin & Shu S | 3009 Beaverwood LN<br>Silver Spring, MD 20906-3011 | 55,000.00 | 55,000.00 |
| 10725-00455 | Machetta, James | Po Box 2242<br>Denver, Co 80201 | 50,000.00 | 50,000.00 |
| 10725-00421 | Machetta, Joseph | Po Box 187<br>Brush, CO 80723 | 50,000.00 | 50,000.00 |
| 10725-01593 | Mayo, Monroe | 8635 W Sahara Ave #532<br>Las Vegas, NV 89117 | 25,000.00 | 25,000.00 |

**EXHIBIT A**