# EXHIBIT A



**Entered on Docket**
**October 13, 2009**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>            Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING FIFTH OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED UPON INVESTMENT IN BAR USA LOAN**<br><br>Hearing Date:  October 5, 2009<br>Hearing Time:  9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2102510_1.DOC

1  The Court having considered the "Fifth Omnibus Objection of USACM Trust to
2  Proofs of Claim Based Upon Investment in BarUSA Loan," [Docket No. 7348] (the
3  "Objection"); with appropriate notice of the Objection having been given; no response to
4  the Objection having been filed; and good cause appearing:

5  **IT IS HEREBY ORDERED**:

6      1.    The Objection is sustained; and

7      2.    The claims listed in **Exhibit A** based upon a Direct lender investment
8          in the BarUSA loan are disallowed in their entirety.

9  PREPARED AND RESPECTFULLY SUBMITTED BY:

11 **LEWIS AND ROCA LLP**
   By   /s/ Marvin Ruth (#10979)
12     Rob Charles
       John Hinderaker (*pro hac vice*)
13     Marvin Ruth
   3993 Howard Hughes Parkway, Ste. 600
14 Las Vegas, Nevada 89169-5996
   Telephone: (702) 949-8200
15 Facsimile: (702) 949-8398
   *Attorneys for USACM Liquidating Trust*

2

2102510_1.DOC

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee:  August Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

### 

Submitted by:

**LEWIS AND ROCA LLP**

By:    /s/  Marvin Ruth (#10979)
       Rob Charles
       John Hinderaker (*pro hac vice*)
       Marvin Ruth
*Attorneys for USACM Liquidating Trust*

3

2102510_1.DOC

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the BarUSA/$15,300,000 Loan |
|---|---|---|---|---|
| 10725-02301 | Anderson Fmly Trust Dtd 7/21/92 | Gary B & Barbara L Anderson Ttee Po Box 699 Carnelian Bay, CA 96104 | 1,000,000.00 | 50,000.00 |
| 10725-02066 | Ann E Brant Survivors Trust Dtd 5/22/87 | C/O Raymond F Brant Trustee PO Box 728 Diablo, CA 94528 | 202,886.16 | 100,000.00 |
| 10725-00466 | Barbara M Sanchez 2002 Revocable Living | C/O Barbara M Sanchez Trustee PO Box 90528 Santa Barbara, CA 93190-0528 | - | 250,000.00 |
| 10725-02207 | Barcia, Daniel | 1600 Picket Ct Reno, NV 89521 | 225,000.00 | 50,000.00 |
| 10725-02228 | Barzan Family Trust Dtd 5/23/90 | John C & Rosemarie A Barzan Ttees 1409 Morada Dr Modesto, CA 95350-0655 | 253,643.04 | 100,000.00 |
| 10725-02227 | Barzan, Richard D & Lelia J | 7231 Langworth Rd Oakdale, CA 95361 | 1,325,629.78 | 500,000.00 |
| 10725-02431 | Brines Revoc Fam Trust Dtd 11/5/94, Michael & Cindy | Michael R & Cindy G Brines Ttees 4935 El Sereno Ave La Crescenta, CA 91214-3018 | 771,119.58 | 20,000.00 |
| 10725-01918 | Brines Revocable Family Trust, Michael R & Cindy G | U/A Dtd 11/5/94, C/O Michael R & Cindy G Brines Tt 4935 El Sereno La Crescenta, CA 91214-3018 | 771,119.58 | 20,000.00 |

**EXHIBIT A**

2081602.1

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the BarUSA/$15,300,000 Loan |
|---|---|---|---|---|
| **10725-01022** | Calhoun, Orvin | 2026 Bel Air Ave San Jose, CA 95128 | 104,946.77 | 50,000.00 |
| **10725-02113** | Charles B Dunn IV Trust Dtd 8/12/05 | C/O Charles B Dunn Iv Trustee 17042 Norlene Way Grass Valley, CA 95949-7161 | 690,996.08 | 100,000.00 |

2

2081602.1