

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email:  RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email:  JHinderaker@LRLaw.com

*Attorneys for USACM Liquidating Trust*

E-Filed on 10/15/09

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br>USA Capital Realty Advisors, LLC,[1]<br>USA Capital Diversified Trust Deed Fund, LLC,<br>USA Capital First Trust Deed Fund, LLC,[2]<br>USA Securities, LLC,[3]<br>                        Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER SUSTAINING SEVENTH OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED, IN WHOLE OR IN PART, UPON INVESTMENT IN THE BAR USA LOAN** |

**PLEASE TAKE NOTICE** that an Order Sustaining Seventh Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Investment in the BarUSA Loan [DE 7612] was entered on the 13th day of October, 2009, a true and correct copy of which is attached hereto as Exhibit A.

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2105478.1

**LEWIS AND ROCA LLP**
LAWYERS

1

2       RESPECTFULLY SUBMITTED October 15, 2009.

3                                       LEWIS AND ROCA LLP

4

5                                       By /s/ Marvin Ruth (#10979)
                                          Rob Charles
6                                         John Hinderaker (pro hac vice)
                                          Marvin Ruth
7                                         *Attorneys for USACM Liquidating Trust*

8

9   Copy of the foregoing and pertinent
    portion of Exhibit A to the Order mailed
10  on October 15, 2009 to all parties listed
    on Exhibit A to the Order.
11

12

13  /s/ Leilani Lista
    Leilani Lista
14

15

16

17

18

19

20

21

22

23

24

25

26

2

2105478.1