# EXHIBIT A



**Entered on Docket
October 13, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
          jhinderaker@lrlaw.com
          mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR[1] |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[2] |
| USA CAPITAL REALTY ADVISORS, LLC,[1] | Case No. BK-S-06-10729-LBR[3] |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,[2] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC,[3] Debtors. | **ORDER SUSTAINING SEVENTH OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED, IN WHOLE OR IN PART, UPON INVESTMENT IN THE BAR USA LOAN** |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Hearing Date: October 5, 2009<br>Hearing Time: 9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2101155_1.DOC

LEWIS AND ROCA LLP LAWYERS

The Court having considered the "Seventh Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Investment in the BarUSA Loan" [Docket No. 7352] (the "Objection"); with appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS HEREBY ORDERED**:

1. The Objection is sustained;
2. The claims listed in **Exhibit A** are disallowed to the extent those claims are based upon a Direct Lender Investment in BarUSA Loan; and
3. To the extent the claims listed on **Exhibit A** are based upon investments in loans other than the BarUSA Loan, this order does not affect them and the USACM Trust may file further objections.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By  /s/  Marvin Ruth (#10979)
     Rob Charles
     John Hinderaker (*pro hac vice*)
     Marvin Ruth
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8200
Facsimile:   (702) 949-8398
*Attorneys for USACM Liquidating Trust*

2

2101155_1.DOC

**LEWIS AND ROCA LLP**
LAWYERS

In accordance with Local Rule 9021, the undersigned certifies:

☐  The Court waived the requirements of LR 9021.

☐  No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee:  August Landis | |
|---|---|
| ☐  approved the form of this order | ☐  disapproved the form of this order |
| ☒  waived the right to review the order and/or | ☐  failed to respond to the document |
| Other Party: | |
| ☐  approved the form of this order | ☐  disapproved the form of this order |
| ☐  waived the right to review the order and/or | ☐  failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**


By:   /s/  Marvin Ruth (#10979)
        Rob Charles
        John Hinderaker (*pro hac vice*)
        Marvin Ruth
*Attorneys for USACM Liquidating Trust*

3

2101155_1.DOC

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the BarUSA/$15,300,000 Loan |
|---|---|---|---|---|
| 10728-00060 | Evo E & Billie D Zepponi Family Trust Agt Dt 2/9/9 | C/O Evo & Billie Zepponi Ttee 14385 W Morning Star Surprise, AZ 85374-3816 | 3,691.66 | 583.33 |
| 10725-02467 | Foxcroft Living Trust Dtd 1/10/02 | Fred J & Roberta Foxcroft Ttees PO Box 362 Carnelian Bay, CA 96140-0362 | 553,778.99 | 70,000.00 |
| 10725-02162 | Goodwin, Michael John | 555 Yellow Pine Rd Reno, NV 89511-3714 | 1,011,076.40 | 100,000.00 |
| 10725-01911 | Ingman, Marc M | 1923 La Mesa Dr Santa Monica, CA 90402-2322 | 507,500.00 | 300,000.00 |
| 10725-02099 | Janis Living Trust Dtd 2/3/99, Janice | C/O Janice Janis Ttee 406 Pearl St Boulder, CO 80302-4931 | 405,912.48 | 100,000.00 |
| 10725-01212 | Jay E Henman Retirement Plan | C/O Jay E Henman Trustee 1023 Ridgeview Ct Carson City, NV 89705-8054 | 747,243.00 | 80,000.00 |
| 10725-00893 | Joyce E Smith Trust Dated 11/3/99 | C/O Joyce E Smith Trustee 3080 Red Springs Dr Las Vegas, NV 89135-1548 | 842,140.36 | 53,791.67 |
| 10725-00882 | Kenneth L Schumann Living Trust Dtd 7/19/96 | C/O Kenneth L Schumann Ttee 10 Town Plz #99 Durango, CO 81301-5104 | 125,000.00 | 50,000.00 |

**EXHIBIT A**

2081613.1

2

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the BarUSA/$15,300,000 Loan |
|---|---|---|---|---|
| **10725-01657** | Kevin A. Kehl | Janet L Chubb Esq Jones Vargas PO Box 281 Reno, NV 89504-0281 | 961,017.34 | 200,000.00 |
| **10725-02328** | Marion C Sharp IRA | 20 Leroy Terrace New Haven, CT 06512-3114 | 450,000.00 | 200,000.00 |

2081613.1