# EXHIBIT A

Case 06-10725-lbr    Doc 7610    Entered 10/13/09 12:17:36    Page 1 of 5



**Entered on Docket
October 13, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
           jhinderaker@lrlaw.com
           mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR[1] |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[2] |
| USA CAPITAL REALTY ADVISORS, LLC,[1] | Case No. BK-S-06-10729-LBR[3] |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| | Jointly Administered Under |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,[2] | Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC,[3]           Debtors. | **ORDER SUSTAINING EIGHTH OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED, IN WHOLE OR IN PART, UPON INVESTMENT IN THE BAR USA LOAN** |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Hearing Date:   October 5, 2009<br>Hearing Time:   9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2102422_1.DOC

The Court having considered the "Eighth Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Investment in the BarUSA Loan", [Docket No. 7354] (the "Objection"); with appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS HEREBY ORDERED**:

1. The Objection is sustained;
2. The claims listed in **Exhibit A** are disallowed to the extent those claims are based upon a Direct Lender Investment in BarUSA Loan; and.
3. To the extent the claims listed on **Exhibit A** are based upon investments in loans other than the BarUSA Loan, this order does not affect them and the USACM Trust may file further objections.

PREPARED AND RESPECTFULLY SUBMITTED BY:
**LEWIS AND ROCA LLP**

By   /s/  Marvin Ruth (#10979)
    Rob Charles
    John Hinderaker (*pro hac vice*)
    Marvin Ruth
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8200
Facsimile:   (702) 949-8398
*Attorneys for USACM Liquidating Trust*

In accordance with Local Rule 9021, the undersigned certifies:

- ☐ The Court waived the requirements of LR 9021.

- ☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

- ☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee:  August Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**


By:  /s/ Marvin Ruth (#10979)
       Rob Charles
       John Hinderaker (*pro hac vice*)
       Marvin Ruth
*Attorneys for USACM Liquidating Trust*

3

2102422_1.DOC

| **Claim** | **Name** | **Address** | **Total Claim Amount** | **Approximate Amount Subject to Objection Because it Relates to an Investment In the BarUSA/$15,300,000 Loan** |
|---|---|---|---|---|
| **10725-02178** | Marshal Brecht Trust Dtd 2/5/86 | Marshall J & Janet L Brecht Trustees 640 Colonial Cir Fullerton, CA 92835 | 3,418,022.00 | 300,000.00 |
| **10725-02460** | Mary Monica Cady IRA | 3261 Waterview Ct Hayward, CA 94542-2124 | 125,788.98 | 30,000.00 |
| **10725-01239** | Mathews, Max | C/O SCOtt D Fleming Esq Hale Lane Peek Dennison & Howard 3930 Howard Hughes Pkwy Las Vegas NV 89169 | 85,000.00 | 25,000.00 |
| **10725-02383** | Minter Family 1994 Trust | Douglas & Elizabeth F Minter Ttees 5389 Conte Dr Carson City, NV 89701 | 1,244,089.74 | 200,000.00 |
| **10725-02353** | Musso Living Trust Dtd 11/30/92 | Walter & Barbara Musso Ttees Po Box 2566 Avila Beach, CA 93424 | 623,004.79 | 50,000.00 |
| **10725-01018** | Nakashima, Vicky | 1681 Fairburn Ave Los Angeles, CA 90024 | 155,000.00 | 50,000.00 |
| **10725-02026** | Nevins Jt Ten, Richard & Michele | 1547 Bob Goalby LN El Paso, TX 79935 | 2,798,759.62 | 1,000,000.00 |
| **10725-01480** | Norman & Charlene Prins Revoc Living Trust | Dtd 10/29/03 Norman & Charlene Prins Ttees | 118,827.74 | 30,000.00 |

**EXHIBIT A**

2081616.1

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the BarUSA/$15,300,000 Loan |
|---|---|---|---|---|
| | | 7425 W 104Th St Bloomington, MN 55438-2114 | | |
| 10725-00494 | RNR Living Trust Dtd 10/1/04 | C/O Robert & Renee Levy Trustees 2115 Bensley St Henderson, NV 89044-0155 | 200,000.00 | 50,000.00 |
| 10725-01666 | Robert A. And Tina M. Kehl | Janet L Chubb Esq Jones Vargas Po Box 281 Reno, NV 89504-0281 | 1,896,046.24 | 500,000.00 |

2

2081616.1