**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHinderaker@LRLaw.com

*Attorneys for USACM Liquidating Trust*

E-Filed on 10/15/09

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA Commercial Mortgage Company, | Case No. BK-S-06-10726-LBR[1] |
| USA Capital Realty Advisors, LLC,[1] | Case No. BK-S-06-10727-LBR |
| USA Capital Diversified Trust Deed Fund, LLC, | Case No. BK-S-06-10728-LBR[2] |
| USA Capital First Trust Deed Fund, LLC,[2] | Case No. BK-S-06-10729-LBR[3] |
| USA Securities, LLC,[3]      Debtors. | CHAPTER 11 |

Jointly Administered Under
Case No. BK-S-06-10725 LBR

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

**NOTICE OF ENTRY OF ORDER SUSTAINING TENTH OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED, IN WHOLE OR IN PART, UPON INVESTMENT IN THE BAR USA LOAN**

**PLEASE TAKE NOTICE** that an Order Sustaining Tenth Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Investment in the BarUSA Loan [DE 7608] was entered on the 13th day of October, 2009, a true and correct copy of which is attached hereto as Exhibit A.

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2105489.1

RESPECTFULLY SUBMITTED October 15, 2009.

LEWIS AND ROCA LLP

By /s/ Marvin Ruth (#10979)
Rob Charles
John Hinderaker (pro hac vice)
Marvin Ruth
*Attorneys for USACM Liquidating Trust*

Copy of the foregoing and pertinent portion of Exhibit A to the Order mailed on October 15, 2009 to all parties listed on Exhibit A to the Order.

/s/ Leilani Lista
Leilani Lista

2105489.1