

LEWIS
AND
ROCA
——— LLP ———
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHinderaker@LRLaw.com

*Attorneys for USACM Liquidating Trust*

| | E-Filed on 10/15/09 |
|---|---|

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

USA Commercial Mortgage Company,
USA Capital Realty Advisors, LLC,[1]
USA Capital Diversified Trust Deed Fund,
LLC,
USA Capital First Trust Deed Fund, LLC,[2]
USA Securities, LLC,[3]
                          Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund,
LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR[1]
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR[2]
Case No. BK-S-06-10729-LBR[3]

CHAPTER 11

Jointly Administered Under
Case No. BK-S-06-10725 LBR

**NOTICE OF ENTRY OF ORDER
SUSTAINING EIGHTEENTH
OMNIBUS OBJECTION OF USACM
TRUST TO PROOFS OF CLAIM
BASED UPON INVESTMENT IN
THE BAY POMPANO BEACH
LOAN**

        **PLEASE TAKE NOTICE** that an Order Sustaining Eighteenth Omnibus

Objection of USACM Trust to Proofs of Claim Based Upon Investment in the Bay

Pompano Beach Loan [DE 7616] was entered on the 13th day of October, 2009, a true and

correct copy of which is attached hereto as Exhibit A.

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2105497.1

LEWIS
AND
ROCA
— LLP —
L A W Y E R S

1

2          RESPECTFULLY SUBMITTED October 15, 2009.

3                                          LEWIS AND ROCA LLP

4

5                              By /s/ Marvin Ruth (#10979)

6                                 Rob Charles
                                  John Hinderaker (pro hac vice)
7                                 Marvin Ruth
                                  *Attorneys for USACM Liquidating Trust*

8

9    Copy of the foregoing and pertinent
     portion of Exhibit A to the Order mailed
10   on October 15, 2009 to all parties listed
     on Exhibit A to the Order.
11

12

13   /s/ Leilani Lista
     Leilani Lista
14

15

16

17

18

19

20

21

22

23

24

25

26

2105497.1