# EXHIBIT A



**Entered on Docket**
**October 13, 2009**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com
_Attorneys for USACM Liquidating Trust_

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR[1] |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[2] |
| USA CAPITAL REALTY ADVISORS, LLC,[1] | Case No. BK-S-06-10729-LBR[3] |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,[2] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC,[3] | **ORDER SUSTAINING EIGHTEENTH OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED UPON INVESTMENT IN THE BAY POMPANO BEACH LOAN** |
| Debtors. | |
| **Affects:** | |
| ☐ All Debtors | Hearing Date:   October 5, 2009 |
| ☒ USA Commercial Mortgage Company | Hearing Time:   9:30 a.m. |
| ☐ USA Capital Realty Advisors, LLC | |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | |
| ☐ USA Capital First Trust Deed Fund, LLC | |
| ☐ USA Securities, LLC | |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2101212_1.DOC

LEWIS
AND
ROCA
LLP
L A W Y E R S

Case 06-10725-gwz   Doc 7651-1   Entered 10/15/09 13:42:34   Page 3 of 5
Case 06-10725-lbr   Doc 7616   Entered 10/13/09 12:22:57   Page 2 of 4

1    The Court having considered the "Eighteenth Omnibus Objection of USACM Trust

2   to Proofs of Claim Based Upon Investment in the Bay Pompano Beach Loan" [Docket No.

3   7440] (the "Objection"); with appropriate notice of the Objection having been given; no

4   responses having been filed; and good cause appearing:

5        **IT IS HEREBY ORDERED** that:

6            1.    The Objection is sustained;

7            2.    The claims listed on **Exhibit A** attached are allowed as general

8                  unsecured claims for the amount shown on Exhibit A as Unremitted

9                  Principal; and

10           3.    The remainder of those claims listed on **Exhibit A** are disallowed in

11                 their entirety.

12

13   PREPARED AND RESPECTFULLY SUBMITTED BY:

14   **LEWIS AND ROCA LLP**
     By    /s/  Marvin Ruth (#10979)

15        Rob Charles
          John Hinderaker

16        Marvin Ruth
     3993 Howard Hughes Parkway, Ste. 600

17   Las Vegas, Nevada 89169-5996
     Telephone:  (702) 949-8200

18   Facsimile:  (702) 949-8398
     *Attorneys for USACM Liquidating Trust*

19

20

21

22

23

24

25

26

LEWIS AND ROCA LLP
L A W Y E R S

Case 06-10725-gwz    Doc 7651-1    Entered 10/15/09 13:42:34    Page 4 of 5
Case 06-10725-lbr    Doc 7618    Entered 10/13/09 12:24:67    Page 6 of 4

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: August Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

### 

Submitted by:

**LEWIS AND ROCA LLP**


By:   /s/  Marvin Ruth (#10979)
      Rob Charles
      John Hinderaker
      Marvin Ruth
*Attorneys for USACM Liquidating Trust*

USACM Liquidating Trust
## PROOFS OF CLAIM BASED UPON INVESTMENT IN THE BAY POMPANO BEACH LOAN
### EIGHTEENTH OMNIBUS OBJECTION

| Claim | Name | Address | Total Claim Amount | Unremitted Principal to be Allowed as Claim | Approximate Amount Subject to Objection |
|---|---|---|---|---|---|
| 10725-02151 | Gilbert Jr, Elmer Eugene | 81590 Chenel RD Folsom, LA  70437 | 12,951.80 | - | 12,951.80 |
| 10725-01137 | Leblanc, Joan | Po Box 6434 Incline Village, NV 89450 | 136,921.39 | - | 136,921.39 |
| 10725-02406 | Omaye, Annie | 1846 Three Mile Dr Reno, NV  89509 | 14,063.73 | - | 14,063.73 |
| 10725-01513 | Rosalie Allen Morgan Trust Dtd 1/31/03 | C/O Rosalie Allen Morgan Ttee 6869 Eagle Wing Dr Sparks, NV  89436-8496 | 12,951.80 | - | 12,951.80 |
| 10725-02152 | Ramsey, Aaron S & Lara | 7713 N 41St St Niwot, CO  80503 | 76,518.00 | 12,285.97 | 64,232.03 |

2088093.1

**EXHIBIT A**