# EXHIBIT A



**Entered on Docket
October 13, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>            Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING THIRD OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED, IN WHOLE OR IN PART, UPON INVESTMENT IN THE LA HACIENDA ESTATE, LLC LOAN**<br><br>Hearing Date:   October 5, 2009<br>Hearing Time:   9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2102666_1.DOC

Case 06-10725-gwz    Doc 7653-1    Entered 10/15/09 14:08:48    Page 3 of 5
Case 06-10725-lbr    Doc 7613    Entered 10/13/09 12:21:10    Page 2 of 4

LEWIS AND ROCA LLP LAWYERS

The Court having considered the "Third Omnibus Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in the La Hacienda Estate, LLC Loan" [Docket No. 7310] (the "Objection"); with appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS HEREBY ORDERED**:

1. The Objection is sustained;
2. The claims listed in **Exhibit A** are disallowed to the extent those claims are based upon a Direct Lender Investment in La Hacienda Estate, LLC Loan; and
3. To the extent the claims listed on **Exhibit A** are based upon investments in loans other than the La Hacienda Estate, LLC Loan, this order does not affect them and the USACM Trust may file further objections.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**
By  /s/ Marvin Ruth (#10979)
   Rob Charles
   John Hinderaker (*pro hac vice*)
   Marvin Ruth
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8200
Facsimile: (702) 949-8398
*Attorneys for USACM Liquidating Trust*

2

2102666_1.DOC

LEWIS AND ROCA LLP LAWYERS

In accordance with Local Rule 9021, the undersigned certifies:

- ☐ The Court waived the requirements of LR 9021.

- ☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

- ☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: August Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**


By:   /s/  Marvin Ruth (#10979)
        Rob Charles
        John Hinderaker (*pro hac vice*)
        Marvin Ruth
*Attorneys for USACM Liquidating Trust*

3

2102666_1.DOC

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the La Hacienda Estate, LLC Loan |
|---|---|---|---|---|
| **10725-01997** | Km Trust | C/O Aimee E Kearns Trustee<br>5886 N Bonita Vista St Las Vegas NV  89149-3911 | 1,535,080.92 | 100,000.00 |
| **10725-02037** | Miller Trust Dated 8/13/87 | Gary I & Barbara Miller Ttees<br>2832 Tilden Ave<br>Los Angeles, CA  90064 | 1,111,366.00 | 100,000.00 |
| **10725-02044** | Naylon, Dominique | Po Box 2<br>Topaz, CA  96133 | 1,168,297.62 | 100,000.00 |
| **10725-02063** | Dery, James D & Ann R | Husband & Wife<br>10 Longmeadow Ln<br>Beachwood, OH  44122 | 2,793,347.72 | 300,000.00 |
| **10725-02070** | Robert R Rodriguez Revocable Trust Dtd 1/31/06 | C/O Robert R Rodriguez Trustee<br>5748 Newberry Point Dr.<br>Flowery Branch, GA 30542 | 152,297.26 | 50,000.00 |
| **10725-02150** | Newman Family Trust Dtd 9/20/97 | Larry J & Elsie D Newman Ttees<br>1775 Autumn Valley Way<br>Reno, NV  89523 | 1,000,238.46 | 180,000.00 |
| **10725-02163** | Voglis, Marietta | 3333 Allen Prky. Unit 1103<br>Houston, TX 77019 | 724,292.85 | 50,000.00 |
| **10725-02178** | Marshal Brecht Trust Dtd 2/5/86 | Marshall J & Janet L Brecht Trustees<br>640 Colonial Cir<br>Fullerton, CA  92835 | 3,418,022.00 | 200,000.00 |
| **10725-02211** | Threlfall, Ronda L | 240 Lilac Dr<br>El Cajon, CA  92921-4034 | 405,613.88 | 100,000.00 |
| **10725-02296** | Jayem Family Lp | 7 Paradise Valley CT<br>Henderson, NV  89052-6706 | 265,865.00 | 25,000.00 |

**EXHIBIT A**