LEWIS
AND
ROCA
LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024

Attorneys for USACM Liquidating Trust

E-Filed on 10/16/09

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR[1] |
| | Case No. BK-S-06-10726-LBR[1] |
| USA Commercial Mortgage Company, | Case No. BK-S-06-10727-LBR[2] |
| | Case No. BK-S-06-10728-LBR[2] |
| USA Capital Realty Advisors, LLC,[1] | Case No. BK-S-06-10729-LBR[3] |
| USA Capital Diversified Trust Deed Fund, LLC, | CHAPTER 11 |
| USA Capital First Trust Deed Fund, LLC,[2] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA Securities, LLC,[3] | **Stipulation To Extend Deadline To File Response To USACM Liquidating Trust's Objection To Proof Of Claim Of Securities And Exchange Commission And Continue Hearing** |
| Debtors. | |
| **Affects:** | |
| ☐ All Debtors | Date of Hearing: October 19, 2009 |
| ☒ USA Commercial Mortgage Company | Time of Hearing: 3:00 p.m. |
| ☐ USA Capital Realty Advisors, LLC | |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | New Date of Hearing: December 18, 2009 |
| ☐ USA Capital First Trust Deed Fund, LLC | Time of Hearing: 1:30 p.m. |
| ☐ USA Securities, LLC | |

USACM Liquidating Trust (the "USACM Trust") and the U.S. Securities and

Exchange Commission ("SEC") by and through its counsel stipulate:

      1.    The USACM Trust filed an objection to Claim No. 10725-01162 SEC (the

"SEC Objection") [DE 6979] filed in an unknown amount.

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

1

2079778.2

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

2.      The SEC Objection is scheduled for hearing before this Court on October 19, 2009 at 3:00 p.m.

3.      SEC has notified counsel for the USACM Trust that it may withdraw its Proof of Claim but needs more time to consider and process the withdrawal.

4.      SEC has requested that the deadline to file a response to the SEC Objection be extended and the hearing on the SEC Objection be rescheduled, and the USACM Trust has agreed to extend the deadline to file a response and reschedule the hearing.

5.      Therefore it is stipulated and agreed that the hearing scheduled for October 19, 2009 on the SEC Objection [DE 6979] be vacated and rescheduled to **December 18, 2009 at 1:30 p.m.**

6.      The deadline to file a response to the objection be extended to **December 4, 2009.**

7.      The parties submit a stipulated order for the Court's convenience.

DATED:  October 15, 2009.

**LEWIS AND ROCA LLP**

By:  /s/ RC (#6593)
　　　　Rob Charles, NV 6593
　　　　John Hinderaker, AZ 018024
　　　　*Counsel for USACM Liquidating Trust*

2

2079778.2

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**U.S. SECURITIES AND EXCHANGE COMMISSION**

By: _Sandra W. Lavigna_
    Sandra W. Lavigna
    Senior Bankruptcy Counsel
    Los Angeles Regional Office
    5670 Wilshire Boulevard, 11th Floor
    Los Angeles, CA 90036
    E-mail:  lavignas@sec.gov

3