**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 18024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 10/16/09

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                                   Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>■ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**OBJECTION OF THE USACM LIQUIDATING TRUST TO PROOF OF CLAIM NO. 10725-01527 FILED BY CHRISTINE MILLER; AND CERTIFICATE OF SERVICE**<br><br>Hearing Date:    December 18, 2009<br>Hearing Time:    1:30 p.m. |

      The USACM Liquidating Trust (the "USACM Trust") objects to Proof of Claim No. 10725-01527 filed by Christine Miller in an unliquidated amount because it appears to be a duplicate of Proof of Claim No. 10725-02120 filed by Christine Miller on behalf of the Christine E. Miller Revocable Trust Dated 3/5/04 ("Miller"). This Objection is supported by the Court's record, and explained in the following Memorandum.

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 26, 2007.

2105776.1

LEWIS AND ROCA LLP LAWYERS

## I. JURISDICTION

1. The Court has jurisdiction under 28 U.S.C. §§ 1334 and 157 and venue under 28 U.S.C. §§ 1408 and 1409. Under 28 U.S.C. § 157(b)(2)(B), this matter is a core proceeding.

2. The objection is based upon 11 U.S.C. § 502 and Bankruptcy Rule 3007.

## II. BACKGROUND

1. On April 13, 2006 ("Petition Date"), USA Commercial Mortgage Company ("USACM") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. Post-petition management of the Debtors was under the direction of Thomas J. Allison of Mesirow Financial Interim Management, LLC ("Mesirow"), who served as the Chief Restructuring Officer.

2. On January 8, 2007, this Court entered its Order Confirming the "Debtors' Third Amended Joint Chapter 11 Plan of Reorganization" as Modified Herein [Docket No. 2376].

3. Under the Plan, the USACM Trust is the successor to USACM with respect to standing to seek allowance and disallowance of Claims. The USACM Trust exists as of the Effective Date of the Plan, which was March 12, 2007. Geoffrey L. Berman is the Trustee.

## III. APPLICABLE AUTHORITY

1. Under the Bankruptcy Code, any Claim for which a proof of claim has been filed will be allowed unless a party in interest objects. If a party in interest objects to the proof of claim, the Court, after notice and hearing, shall determine the amount of the Claim and shall allow the Claim except to the extent that the Claim is "unenforceable

against the debtor . . . under any . . . applicable law for a reason other than because such claim is contingent or unmatured." 11 U.S.C. § 502(b).

2. The creditor ultimately bears the burden of persuasion as to the validity and amount of the Claim. *See Ashford v. Consolidated Pioneer Mortg. (In re Consolidated Pioneer Mortg.)*, 178 B.R. 222, 226 (B.A.P. 9th Cir. 1995), *aff'd*, 91 F.3d 151 (9th Cir. 1996).

3. The USACM Trust is entitled to object to proofs of claim under 11 U.S.C. § 502(a). This objection is timely under the Court's orders.

## IV. OBJECTIONS TO CLAIMS

1. Proof of Claim No. 10725-02120 filed by Christine Miller on behalf of the Christine E. Miller Revocable Trust Dated 3/5/04 ("Miller") is a $50,000 claim that appears to be based upon a direct lender investment in the Placer Vineyards II Loan. The USACM Trust objects to Claim 10725-01527 because it was filed by Christine Miller and appears to be upon the same investment in the Placer II Loan.

2. The USACM Trust reserves the right to modify, supplement and/or amend this Objection.

3

2105776.1

LEWIS AND ROCA LLP LAWYERS

## V.     CONCLUSION

For the reasons discussed above, the USACM Trust objects to Proof of Claim No. 10725-01527. Proof of Claim No. 10725-02120 will not be affected by this objection. The USACM Trust requests further relief that the Court deems proper.

Dated: October 16, 2009.

                             **LEWIS AND ROCA LLP**

                             By: /s/ John Hinderaker (AZ 4199)
                                 Susan M. Freeman, AZ 4199 (*pro hac vice*)
                                 Rob Charles, NV 6593
                                 John C. Hinderaker, AZ 18024 *(pro hac vice)*
                           3993 Howard Hughes Parkway, Suite 600
                           Las Vegas, Nevada 89169-5996
                           Facsimile (702) 949-8321
                           Telephone (702) 949-8320
                           Email: RCharles@LRLaw.com
                           *Attorneys for USACM Liquidating Trust*

Copy of the foregoing mailed by first
Class postage prepaid U.S. Mail on
October 16, 2009 to:

Christine E. Miller Revocable Trust
Christine Miller
Crown Court 2
Orinda CA 94563

Steve Miller
Trustee of the Christine E. Miller Revocable Trust
7527 E. Pasaro Dr.
Scottsdale, AZ 85262

/s/ Leilani Lista
Lewis and Roca LLP

2105776.1