LEWIS AND ROCA LLP — LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 18024
Email:jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 10/16/2009

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,[1]<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[2]<br><br>USA Securities, LLC,[3]<br>                                    Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Status And Agenda For October 19, 2009 Hearing filed by USACM Liquidating Trust**<br><br>Hearing Date:   October 19, 2009<br>Hearing Time:   3:00 p.m. |

    **1.**    **Objection to Claim 10725-01162 of Securities and Exchange Commission in the amount of unknown**: 06-10725-lbr, USA Commercial Mortgage Company, Chapter: 11

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

1

2103980.1

| | | |
|---|---|---|
| **Filed:** 03/27/2009 | | Objection to Claim 10725-01162 of Securities and Exchange Commission in the amount of unknown with Certificate of Service Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [6979] |
| **Status** | | At the request of counsel for the Securities and Exchange Commission, the Trust requests that this hearing be continued to an omnibus hearing in December (December 18, 2009) and the deadline for any response by the SEC be due two weeks before the hearing.  A stipulation has been filed with the Court and Order uploaded. |

    **2.**    **Motion To Stay Pending Appeal on behalf of EAGLE RANCH, LLC**
Adv. 08-01122-lbr, USACM Liquidating Trust v. J.M.K. Investments, Ltd. Et al: Lead case: 06-10725-lbr USA Commercial Mortgage Company

| | | |
|---|---|---|
| **Motion filed:** 09/04/2009 | | Motion To Stay Pending Appeal with Certificate of Service Filed by DANA A. DWIGGINS on behalf of EAGLE RANCH, LLC 145 |
| 07/01/2009 | | Stipulation By Eagle Ranch, LLC and Between Defendants Anthony Monaco, Susan Monaco and Monaco Diversified Corporation and Plaintiff USACM Liquidating Trust to Continue Hearing on Defendant, Eagle Ranch's Motion to Stay Proceedings Pending Ruling on Writ of Mandamus Filed by DANA A. DWIGGINS on behalf of EAGLE RANCH, LLC [171] |
| 07/01/2009 | | Order Granting Stipulation to Continue Hearing on Defendant, Eagle Ranch's Motion to Stay Proceedings Pending Ruling on Writ of Mandamus (First Request) [172] |
| **Status** | | Moot.  Order Approving Settlement with Eagle Ranch entered on October 13, 2009 [DE 7598] |

    **3.**    **Motion for Summary Judgment (Partial) on behalf of David A Fogg**:
Adv. 08-01209-lbr USACM Liquidating Trust et al v. Fogg: Lead case 06-10725-lbr USA Commercial Mortgage Company

| | | |
|---|---|---|
| **Motion filed:** 08/18/2009 | | Motion for Summary Judgment (Partial) with Certificate of Service Filed by EDWARD PATRICK SWAN JR. on behalf of DAVID A FOGG [34] |

2103980.1

| | | |
|---|---|---|
| **Status** | | Moot.  Order approving Rule 41 Stipulation of Dismissal of Causes of Action entered on September 10, 2009 [DE #39] |

    **4.**    **Twenty-First Omnibus Objection to Proofs of Claim for Lack of Documentation Filed**: 06-10725-lbr, USA Commercial Mortgage Company, Chapter:  11

| | |
|---|---|
| **Objection filed:** 07/22/2009 | Twenty-First Omnibus Objection of the USACM Liquidating Trust to Proofs of Claim for Lack of Documentation With Certificate Of Service Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [7258] |
| **Order 9/2/09** | Order Sustaining Twenty-First Omnibus Objection Of The USACM Liquidating Trust To Proofs Of Claim For Lack Of Documentation (Except Claim No. 10725-01301 Filed By Norman & Caryn Kiven Joint Tenants) entered 09/02/2009 |
| **Status** | No response was received from Norman & Caryn Kiven.  The Trust will request that the objection be sustained. |

    **5.**    **Omnibus Objection to Claim of in the amount of Twenty-Second Omnibus Objection to Proofs of Claim for Lack of Documentation (except Don Marshall claim)**:  06-10725-lbr, USA Commercial Mortgage Company, Chapter:  11

| | |
|---|---|
| **Objection filed:** 07/22/2009 | Omnibus Objection to Claim of in the amount of Twenty-Second Omnibus Objection to Proofs of Claim for Lack of Documentation with Certificate of Service Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [7260] |
| **Withdrawal filed:** 08/17/2009 | Withdrawal of Objection to Proof of Claim filed by Don P. Marshall Trust (7336) |
| **Status** | No response filed.  The Trust will ask the Court to sustain the objection. |

    **6.**    **Motion to Distribute Funds/Proceeds to Authorize First Interim Distribution to Unsecured Creditors:**  06-10725-lbr, USA Commercial Mortgage Company, Chapter:  11

2103980.1

| | | |
|---|---|---|
| **Motion filed:** 09/15/2009 | | Motion to Distribute Funds/Proceeds to Authorize First Interim Distribution to Unsecured Creditors Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [7486] |
| **Response and Objection filed:** 10/07/2009 | | Response and Objection filed by Silar Special Opportunities Fund [7580] |
| **Reply filed 10/12/09** | | Reply to Response and Objection to Motion to Authorize First Interim Distribution to Unsecured Creditors [DE 7594] |
| **Status** | | The Trust will ask the Court to overrule Silar's objection and grant the Motion. |
| | | The Trust will ask the Court to approve Exhibit A attached to the Motion, including the changes resulting from any orders or withdrawals of claims entered since the Trust filed the Motion and as a result of this omnibus hearing.  Also, attached hereto as Appendix A is a list of changes to Exhibit A that the Trust made since it filed the Motion and which the Trust asks the Court to approve.  These changes resulted as a consequence of contacts from claimants in response to the Motion and further review of the claims by the Trust.  Appendix A includes an explanation of the reasons for the changes. |

**7.     Objection to Claim 10725-00863 of Rocklin/Redding LLC in the amount of $2,000,000**:  06-10725-lbr, USA Commercial Mortgage Company, Chapter:  11

| | | |
|---|---|---|
| **Objection filed:** 09/17/2009 | | Objection to Claim 10725-00863 of Rocklin/Redding LLC in the amount of $2,000,000 with Certificate of Service Filed by MARVIN C. RUTH on behalf of USACM LIQUIDATING TRUST [7490] |
| **Status** | | No response filed.  The Trust will ask the Court to sustain the objection. |

**8.     First Objection of USACM Liquidating Trust to Double Counted Claims**:  06-10725-lbr, USA Commercial Mortgage Company, Chapter:  11

2103980.1

| | | |
|---|---|---|
| **Objection filed:** 09/18/2009 | First Objection of USACM Liquidating Trust to Double Counted Claims; and Certificate of Service with Certificate of Service Filed by MARVIN C. RUTH on behalf of USACM LIQUIDATING TRUST [7493] | |
| **Status** | No response filed.  The Trust will ask the Court to sustain the objection. | |

9. **Second Objection of USACM Liquidating Trust to Double Counted Claims**:  06-10725-lbr, USA Commercial Mortgage Company, Chapter:  11

| | |
|---|---|
| **Objection filed:** 09/18/2009 | Second Objection of Certificate of Service USACM Liquidating Trust to Double Counted Claims; and With Certificate of Service Filed by MARVIN C. RUTH on behalf of USACM LIQUIDATING TRUST [7496] |
| **Status** | No response filed.  The Trust will ask the Court to sustain the objection. |

10. **Third Objection of USACM Liquidating Trust to Double Counted Claims**:  06-10725-lbr, USA Commercial Mortgage Company, Chapter:  11

| | |
|---|---|
| **Objection filed:** 09/18/2009 | Third Objection of USACM Liquidating Trust to Double Counted Claims; and Certificate of Service with Certificate of Service Filed by MARVIN C. RUTH on behalf of USACM LIQUIDATING TRUST [7498] |
| **Status** | No response filed.  The Trust will ask the Court to sustain the objection. |

11. **Fourth Objection of USACM Liquidating Trust to Double Counted Claims**:  06-10725-lbr, USA Commercial Mortgage Company, Chapter:  11

| | |
|---|---|
| **Objection filed:** 09/18/2009 | Fourth Objection of USACM Liquidating Trust to Double Counted Claims with Certificate of Service Filed by MARVIN C. RUTH on behalf of USACM LIQUIDATING TRUST [7500] |
| **Status** | No response filed.  The Trust will ask the Court to sustain the objection. |

12. **Fifth Objection of USACM Liquidating Trust to Double Counted Claims**:  06-10725-lbr, USA Commercial Mortgage Company, Chapter:  11

2103980.1

| | | |
|---|---|---|
| **Objection filed:** 09/18/2009 | | Fifth Omnibus Objection of USACM Liquidating Trust to Double Counted Claims; and Certificate of Service by MARVIN C. RUTH on behalf of USACM LIQUIDATING TRUST [7502] |
| **Status** | | No response filed. The Trust will ask the Court to sustain the objection. |

    **13.**    **Sixth Omnibus Objection of USACM Liquidating Trust To Double Counted Claims**: 06-10725-lbr, USA Commercial Mortgage Company, Chapter: 11

| | |
|---|---|
| **Objection filed:** 09/18/2009 | Sixth Omnibus Objection of USACM Liquidating Trust to Double Counted Claims; and Certificate of Service by MARVIN C. RUTH on behalf of USACM LIQUIDATING TRUST [7504] |
| **Status** | No response filed. The Trust will ask the Court to sustain the objection. |

    **14.**    **Seventh Omnibus Objection of USACM Liquidating Trust To Double Counted Claims**: 06-10725-lbr, USA Commercial Mortgage Company, Chapter: 11

| | |
|---|---|
| **Objection filed:** 09/18/2009 | Seventh Omnibus Objection Of USACM Liquidating Trust to Double Counted Claims; and Certificate of Service Filed by MARVIN C. RUTH on behalf of USACM LIQUIDATING TRUST [7506] |
| **Status** | No response filed. The Trust will ask the Court to sustain the objection. |

    **15.**    **Eighth Omnibus Objection of USACM Liquidating Trust To Double Counted Claims**: 06-10725-lbr, USA Commercial Mortgage Company, Chapter: 11

| | |
|---|---|
| **Objection filed:** 09/18/2009 | Eighth Omnibus Objection Of USACM Liquidating Trust to Double Counted Claims; and Certificate of Service Filed by MARVIN C. RUTH on behalf of USACM LIQUIDATING TRUST [7508] |
| **Status** | No response filed. The Trust will ask the Court to sustain the objection. |

    **16.**    **Ninth Omnibus Objection Of USACM Liquidating Trust To Double Counted Claims**: 06-10725-lbr, USA Commercial Mortgage Company, Chapter: 11

2103980.1

| | | |
|---|---|---|
| **Objection filed:** 09/18/2009 | | Ninth Omnibus Objection Of USACM Liquidating Trust To Double Counted Claims; and Certificate of Service Filed by MARVIN C. RUTH on behalf of USACM LIQUIDATING TRUST [7510] |
| **Status** | | No response filed.  The Trust will ask the Court to sustain the objection. |

    **17.**    **Tenth Omnibus Objection OF USACM Liquidating Trust To Double Counted Claims**:  06-10725-lbr, USA Commercial Mortgage Company, Chapter:  11

| | | |
|---|---|---|
| **Objection filed:** 09/18/2009 | | Tenth Omnibus Objection Of USACM Liquidating Trust to Double Counted Claims; and Certificate of Service Filed by MARVIN C. RUTH on behalf of USACM LIQUIDATING TRUST [7513] |
| **Status** | | No response filed.  The Trust will ask the Court to sustain the objection. |

    **18.**    **Eleventh Omnibus Objection Of USACM Liquidating Trust To Double Counted Claims**:  06-10725-lbr, USA Commercial Mortgage Company, Chapter:  11

| | | |
|---|---|---|
| **Objection filed:** 09/18/2009 | | Eleventh Omnibus Objection Of USACM Liquidating Trust to Double Counted Claims; and Certificate Of Service Filed by MARVIN C. RUTH on behalf of USACM LIQUIDATING TRUST [7515] |
| **Status** | | No response filed.  The Trust will ask the Court to sustain the objection. |

    **19.**    **Twelfth Omnibus Objection Of USACM Liquidating Trust To Double Counted Claims**:  06-10725-lbr, USA Commercial Mortgage Company, Chapter:  11

| | | |
|---|---|---|
| **Objection filed:** 09/18/2009 | | Twelfth Omnibus Objection of USACM Liquidating Trust to Double Counted Claims; and Certificate of Service Filed by MARVIN C. RUTH on behalf of USACM LIQUIDATING TRUST [7517] |
| **Status** | | No response filed.  The Trust will ask the Court to sustain the objection. |

2103980.1

**20.    Thirteenth Omnibus Objection Of USACM Liquidating Trust To Double Counted Claims**:  06-10725-lbr, USA Commercial Mortgage Company, Chapter: 11

| | |
|---|---|
| **Objection filed:** 09/18/2009 | Thirteenth Omnibus Objection Of USACM Liquidating Trust to Double Counted Claims; and Certificate Of Service Filed by MARVIN C. RUTH on behalf of USACM LIQUIDATING TRUST [7519] |
| **Notice 10/14/09** | Amended Notice of Errata to Thirteenth Omnibus Objection of USACM Liquidating Trust to Double Counted Claims [DE 7638] |
| **Status** | No response filed.  The Trust will ask the Court to sustain the objection. |

**21.    Fourteenth Omnibus Objection Of USACM Liquidating Trust To Double Counted Claims**:  06-10725-lbr, USA Commercial Mortgage Company, Chapter: 11

| | |
|---|---|
| **Objection filed:** 09/18/2009 | Fourteenth Omnibus Objection Of USACM Liquidating Trust to Double Counted Claims; and Certificate of Service Filed by MARVIN C. RUTH on behalf of USACM LIQUIDATING TRUST [7521] |
| **Status** | No response filed.  The Trust will ask the Court to sustain the objection. |

**22.    Fifteenth Omnibus Objection of USACM Liquidating Trust To Double Counted Claims**:  06-10725-lbr, USA Commercial Mortgage Company, Chapter: 11

| | |
|---|---|
| **Objection filed:** 09/18/2009 | Fifteenth Omnibus Objection of USACM Liquidating Trust to Double Counted Claims; and Certificate of Service Filed by MARVIN C. RUTH on behalf of USACM LIQUIDATING TRUST [7523] |
| **Status** | No response filed.  The Trust will ask the Court to sustain the objection. |

**23.    Sixteenth Omnibus Objection Of USACM Liquidating Trust To Double Counted Claims**:  06-10725-lbr, USA Commercial Mortgage Company, Chapter: 11

**Objection filed:**    Sixteenth Omnibus Objection Of USACM Liquidating Trust to

| | | |
|---|---|---|
| | 09/18/2009 | Double Counted Claims; and Certificate Of Service Filed by MARVIN C. RUTH on behalf of USACM LIQUIDATING TRUST [7525] |
| | **Status** | No response filed.  The Trust will ask the Court to sustain the objection. |

    **24.**    **Seventeenth Omnibus Objection of USACM Liquidating Trust To Double Counted Claims**:  06-10725-lbr, USA Commercial Mortgage Company, Chapter: 11

| | | |
|---|---|---|
| | **Objection filed:** 09/18/2009 | Seventeenth Omnibus Objection of USACM Liquidating Trust to Double Counted Claims; and Certificate of Service Filed by MARVIN C. RUTH on behalf of USACM LIQUIDATING TRUST [7527] |
| | **Status** | No response filed.  The Trust will ask the Court to sustain the objection. |

    **25.**    **Eighteenth Omnibus Objection of USACM Liquidating Trust To Double Counted Claims**:  06-10725-lbr, USA Commercial Mortgage Company, Chapter: 11

| | | |
|---|---|---|
| | **Objection filed:** 09/18/2009 | Eighteenth Omnibus Objection of USACM Liquidating Trust to Double Counted Claims; and Certificate of Service Filed by MARVIN C. RUTH on behalf of USACM LIQUIDATING TRUST [7529] |
| | **Status** | No response filed.  The Trust will ask the Court to sustain the objection. |

    **26.**    **Nineteenth Omnibus Objection of USACM Liquidating Trust To Double Counted Claims**:  06-10725-lbr, USA Commercial Mortgage Company, Chapter: 11

| | | |
|---|---|---|
| | **Objection filed:** 09/18/2009 | Nineteenth Omnibus Objection of USACM Liquidating Trust to Double Counted Claims; and Certificate of Service Filed by MARVIN C. RUTH on behalf of USACM LIQUIDATING TRUST [7531] |
| | **Notice filed:** 09/25/2009 | Notice of Errata to Nineteenth Omnibus Objection with Certificate of Service Filed by MARVIN C. RUTH on behalf of |

|   |   |
|---|---|
|   | USACM LIQUIDATING TRUST [7571] |
| 10/07/2009 | Stipulation re Proof of Claim filed by Blair E. Roach and Barbara Roach and Withdrawal of Objection as to Proof of Claim No. 10725-2294 [7583] |
| 10/08/2009 | Order Approving Stipulation [7585] |
| **Status** | No response filed.  The Trust will ask the Court to sustain the objection as to all claims other than the claim filed by Blair and Barbara Roach (Proof of Claim No 10725-02294.) |

**27.    Twentieth Omnibus Objection of USACM Liquidating Trust To Double Counted Claims**;:  06-10725-lbr, USA Commercial Mortgage Company, Chapter:  11

|   |   |
|---|---|
| **Objection filed:** 09/18/2009 | Twentieth Omnibus Objection of USACM Liquidating Trust to Double Counted Claims; and Certificate of Service Filed by MARVIN C. RUTH on behalf of USACM LIQUIDATING TRUST [7533] |
| **Notice filed:** | Amended Notice of Errata to Twentieth Omnibus Objection of USACM Liquidating Trust to Double Counted Claims [DE 7639] |
| **Status** | No response filed.  The Trust will ask the Court to sustain the objection. |

**28.    Twenty-First Omnibus Objection of USACM Liquidating Trust to Double Counted Claims**:  06-10725-lbr, USA Commercial Mortgage Company, Chapter:  11

|   |   |
|---|---|
| **Objection filed:** 09/18/2009 | Twenty-First Omnibus Objection Of USACM Liquidating Trust to Double Counted Claims; and Certificate Of Service Filed by MARVIN C. RUTH on behalf of USACM LIQUIDATING TRUST [7535] |
| **Status** | No response filed.  The Trust will ask the Court to sustain the objection. |

**29.    Twenty-Second Omnibus Objection of USACM Liquidating Trust to Double Counted Claims**:  06-10725-lbr, USA Commercial Mortgage Company, Chapter:  11

| **Objection filed:** | Twenty-Second Omnibus Objection Of USACM Liquidating |

| | | |
|---|---|---|
| | 09/18/2009 | Trust to Double Counted Claims; and Certificate of Service Filed by MARVIN C. RUTH on behalf of USACM LIQUIDATING TRUST [7538] |
| | **Status** | No response filed.  The Trust will ask the Court to sustain the objection. |

    **30.**    **Twenty-Third Omnibus Objection of USACM Liquidating Trust to Double Counted Claims**:  06-10725-lbr, USA Commercial Mortgage Company, Chapter:  11

| | | |
|---|---|---|
| | **Objection filed:** 09/18/2009 | Twenty-Third Omnibus Objection Of USACM Liquidating Trust to Double Counted Claims; and Certificate Of Service Filed by MARVIN C. RUTH on behalf of USACM LIQUIDATING TRUST [7541] |
| | **Status** | No response filed.  The Trust will ask the Court to sustain the objection. |

    **31.**    **First Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Investment in the Arapahoe Land Investments, LP Loan**: (SINGLE LOANS) 06-10725-lbr, USA Commercial Mortgage Company, Chapter:  11

| | | |
|---|---|---|
| | **Objection filed:** 09/18/2009 | First Omnibus Objection Of USACM Trust to Proofs of Claim Based Upon Investment in the Arapahoe Land Investments, LP Loan with Certificate of Service Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [7545] |
| | **Amended Objection filed:** 09/24/2009 | Amended First Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Investment in the Arapahoe Land Investments, LP Loan (Amended to Correct Exhibit) with Certificate of Service Filed by MARVIN C. RUTH on behalf of USACM LIQUIDATING TRUST [7567] |
| | **Status** | Hearing rescheduled to November 13, 2009 [DE  7568] |

    **32.**    **Twenty-Fourth Omnibus Objection of USACM Liquidating Trust To Double Counted Claims**:  06-10725-lbr, USA Commercial Mortgage Company, Chapter:  11

| | | |
|---|---|---|
| | **Objection filed:** 09/18/2009 | Twenty-Fourth Omnibus Objection of USACM Liquidating Trust to Double Counted Claims; and Certificate Of Service Filed by |

2103980.1

|  |  |
|---|---|
|  | MARVIN C. RUTH on behalf of USACM LIQUIDATING TRUST [7547] |
| **Status** | No response filed.  The Trust will ask the Court to sustain the objection. |

**33.     Twenty-Fifth Omnibus Objection of USACM Liquidating Trust to Double Counted Claims**:  06-10725-lbr, USA Commercial Mortgage Company, Chapter: 11

| | |
|---|---|
| **Objection filed:** 09/18/2009 | Twenty-Fifth Omnibus Objection of USACM Liquidating Trust to Double Counted Claims; and Certificate Of Service Filed by MARVIN C. RUTH on behalf of USACM LIQUIDATING TRUST [7550] |
| **Status** | No response filed.  The Trust will ask the Court to sustain the objection. |

**34.     First Omnibus Objection of USACM Trust to Proofs of Claim Based, In Whole or In Part, Upon Investment in the Rio Rancho Executive Plaza, LLC Loan**: (Multiple Loans)  06-10725-lbr, USA Commercial Mortgage Company, Chapter:  11

| | |
|---|---|
| **Objection filed:** 09/18/2009 | First Omnibus Objection of USACM Trust to Proofs of Claim Based, In Whole or In Part, Upon Investment in the Rio Rancho Executive Plaza, LLC Loan with Certificate of Service Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST  [7552] |
| **Status** | No response filed.  The Trust will ask the Court to sustain the objection. |

**35.     Twenty-Sixth Omnibus Objection of USACM Liquidating Trust To Double Counted Claims**:  06-10725-lbr, USA Commercial Mortgage Company, Chapter: 11

| | |
|---|---|
| **Objection filed:** 09/18/2009 | Twenty-Sixth Omnibus Objection Of USACM Liquidating Trust To Double Counted Claims; and Certificate of Service Filed by MARVIN C. RUTH on behalf of USACM LIQUIDATING TRUST [7553] |
| **Status** | No response filed.  The Trust will ask the Court to sustain the objection. |

**36.    Motion to Approve Settlement with Amesburyport Corporation Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure**: Adv. 08-01127-lbr USACM Liquidating Trust v. Amesburyport Corporation: Lead case: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Motion filed:** 08/20/2009 | Motion to Approve Settlement with Amesburyport Corporation Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure with Certificate of Service Filed by JON MAXWELL BEATTY on behalf of USACM LIQUIDATING TRUST [34] |
| **Status** | Unopposed.  The Trust will ask the Court to enter an order approving the settlement. |

**37.    Motion to File Amended Document on behalf of Wells Fargo Bank, N.A.**: Adv. 08-01135-lbr USACM Liquidating Trust et al v. Wells Fargo Bank, N.A.: Lead case: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Motion  filed:** 09/25/2009 | Motion to File Amended Document with Certificate of Service Filed by DEAN V. FLEMING on behalf of WELLS FARGO BANK, N.A. [165] |
| **Amended Motion 10/8/09** | Amended Motion to File Amended Document Filed by DEAN V. FLEMING on behalf of WELLS FARGO BANK, N.A [DE 170]. |
| 10/14/2009 | Stipulation And Order By WELLS FARGO BANK, N.A. and Between Plaintiff Granting Wells Fargo Bank, N.A.'s Unopposed Amended Motion for Leave to File First Amended Answer and To Vacate Hearing Filed by DEAN V. FLEMING on behalf of WELLS FARGO BANK, N.A. [176] |
| Status | Hearing vacated pursuant to Stipulation and Order |

Dated October 16, 2009.

**LEWIS AND ROCA LLP**

By:  /s/ John Hinderaker, AZ 18024
    Rob Charles, NV 6593
    John Hinderaker, AZ 18024 (*pro hac vice*)
*Counsel for USACM Liquidating Trust*

2103980.1

LEWIS AND ROCA LLP — LAWYERS

**PROOF OF SERVICE**

COPY of the aforementioned sent via e-mail or U.S. First Class Mail postage prepaid on October 16, 2009 to the parties listed on Post-Effective Official Service List for Limited Notice No. 5 Dated March 31, 2009.

 /s/  Leilani Lista
Leilani Lista

2103980.1