Changes Made to the Total Claim Amount and Total Allowed Amount on Exhibit A of the Motion to Grant Allowance of an Interim Distribution

| Claim | Name | Original Total Claim Amount | New Total Claim Amount | Increase / (decrease) in Total Claim Amount | Explanation |
|---|---|---|---|---|---|
| 10725-01573 | HODES, GAIL LIVING TRUST DTD 9/10/03 | - | 129,522.00 | 129,522.00 | Claimant called and requested that the claim amount be changed from unliquidated to $129,522.00 per the support provided in the proof of claim as explained by the Claimant. |
| 10725-01043 | ULM IRA, ROBERT W | 715,000.00 | - | (715,000.00) | Based upon further review, claim was intended to be filed in unliquidated amount. |
| s31271 | THE DUANE U DEVERILL FAMILY | 217,924.13 | - | (217,924.13) | Claim was matched to a proof of claim and was thus removed from Exhibit A |
| 10726-00031 | STURZA, HAROLD | - | 50,000.00 | 50,000.00 | Claimant provided supporting documentation for the following amount and Exhibit A has been changed accordingly. |
| 10725-00383 | STURZA, HAROLD | - | 6,120.90 | 6,120.90 | Claimant provided supporting documentation for the following amount and Exhibit A has been changed accordingly. |
| 10725-00264 | BERNARD & LINDA MARIE SANDLER REVOCABLE INTERVIVOS | 100,000.00 | 175,000.00 | 75,000.00 | Claimant provided supporting documentation for a claim in the amount of $175,000. The the total claim amount on Exhibit A was increased from $100,000 to $175,000. |
| s31251 | DONNA M CANGELOSI FAMILY TRUST | 1,573.62 | - | (1,573.62) | On further review, claim was matched to a proof of claim and was removed from Exhibit A |
| s31865 | KASSU LLC PSP DATED 1/1/05 | 17,813.78 | - | (17,813.78) | On further review, claim was matched to a proof of claim and was removed from Exhibit A |
| s19633 | HANTGES, THOMAS | - | - | - | Hantges claim was scheduled as an allowed claim for $10,000. The Trust is analyzing the Hantges claim further. The Trust is now treating it as an unresolved claim for $10,000. |
| | **Totals** | **1,052,311.53** | **360,642.90** | **(691,668.63)** | |

**APPENDIX A**

USACM