

Entered on Docket
October 19, 2009

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

# LEWIS AND ROCA LLP

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br>USA Capital Realty Advisors, LLC,[1]<br>USA Capital Diversified Trust Deed Fund, LLC,<br>USA Capital First Trust Deed Fund, LLC,[2]<br>USA Securities, LLC,[3]<br>　　　　　　　　　　　　Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>Date of Hearing: October 19, 2009<br>Time of Hearing: 3:00 p.m.<br><br>New Date of Hearing: December 18, 2009<br>Time of Hearing: 1:30 p.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2105300.1

### Order Approving Stipulation To Extend Deadline To File Response To USACM Liquidating Trust's Objection To Proof Of Claim Of U.S. Securities And Exchange Commission And Continue The Hearing

**IT IS HEREBY ORDERED:**

1) Approving the Stipulation [DE 7656] by and between USACM Liquidating Trust ("Trust") and U.S. Securities and Exchange Commission ("SEC");

2) Extending the deadline to **December 4, 2009** for SEC to file a response to the Trust's Objection to SEC's Proof of Claim; and

3) Vacating the October 19, 2009 hearing and rescheduling the hearing on the Trust's objection to SEC's Proof of Claim No. 10725-01162 [DE 6979] to **December 18, 2009 at 1:30 p.m.**

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**


By: /s/ RC    (#0006593)
   Rob Charles
   John Hinderaker
*Attorneys for USACM Liquidating Trust*

**U.S. SECURITIES AND EXCHANGE COMMISSION**

By: /s/ Sandra W. Lavigna
Sandra W. Lavigna
Senior Bankruptcy Counsel
Los Angeles Regional Office
5670 Wilshire Boulevard, 11th Floor
Los Angeles, CA 90036
E-mail: lavignas@sec.gov