WILLIAM W. HUCKINS, ESQ. (CA BAR NO. 201098)
JAMES A. TIMKO, ESQ. (CA BAR NO. 220140)
ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
1900 Main Street, Fifth Floor
Irvine, California 92614-7321
Phone: (949) 553-1313
Fax: (949) 553-8354
Email:  whuckins@allenmatkins.com
        jtimko@allenmatkins.com

AMBRISH S. SIDHU, ESQ. (NEVADA BAR NO. 7516)
SIDHU LAW FIRM, LLC
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Phone: (702) 384-4436
Fax: (702) 384-4437
Email: asidhu@sidhulawfirm.com

Attorneys for Creditor
AMTRUST BANK

*E-Filed on 10/20/09*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA, LAS VEGAS DIVISION

| | |
|---|---|
| In re<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>Chapter 11 |
| USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor. | **DECLARATION OF AMBRISH S. SIDHU IN SUPPORT OF AMTRUST BANK'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Date:   November 13, 2009<br>Time:  9:30 a.m. |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>Debtor. | Place:  Courtroom 1<br>        Foley Federal Building<br>        300 Las Vegas Blvd., South<br>        Las Vegas, Nevada |
| USA SECURITIES, LLC,<br><br>Debtor. | |

886112.01/OC

AFFECTS:
___ All Debtors
_X_ USA Commercial Mortgage Company
___ USA Capital Realty Advisors, LLC
___ USA Capital Diversified Trust Deed Fund, LLC
___ USA Securities, LLC.

I, AMBRISH S. SIDHU, declare as follows:

1. I am an attorney at law duly admitted to practice law before this Court and am a member of the Sidhu Law Firm, LLC, local counsel for creditor, AmTrust Bank ("AmTrust"), in the above-captioned action. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently to such facts under oath.

2. I submit this declaration in support of AmTrust's Motion for Relief from the Automatic Stay (the "Motion").

3. Pursuant to Local Rule 4001, on October 12, 2009, I caused a letter to be faxed and mailed to Rob Charles on behalf of the USACM Liquidating Trust (the "Trust") in an attempt to meet and confer regarding the Motion. Attached and incorporated herein as Exhibit "1" is a true and correct copy of my October 12, 2009 letter.

4. On October 13, 2009, I received a response to my letter the Trust. Attached and incorporated herein as Exhibit "2" is a true and correct copy of the Trust's response letter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of October 2009, at Las Vegas, Nevada.

_____
AMBRISH S. SIDHU

# EXHIBIT 1

# SIDHU LAW FIRM, LLC
## ATTORNEYS AT LAW

810 S. CASINO CENTER BLVD., SUITE 104
LAS VEGAS, NEVADA 89101
TEL: (702) 384-4436 · FAX: (702) 384-4437

October 12, 2009

**Via Facsimile 702-949-8398
and Regular Mail**

Rob Charles, Esq.
Lewis & Roca, LLP
3993 Howard Hughes Pkwy, Ste 600
Las Vegas, NV 89169

Re:   *In re: USA Commercial Mortgage Company /
      USACM Liquidating Trust*
      Case No.: BS-S-06-10725-LBR
      Local Rule 4001 Letter

Dear Mr. Charles:

This office has been retained by AmTrust Bank ("AmTrust") with respect to the above-referenced bankruptcy matter. It is my understanding that USACM Liquidating Trust is the successor to Debtor USA Commercial Mortgage Company ("Debtor"). This letter is being sent pursuant to Local Rule 4001, requiring that a party seeking relief from the automatic stay confer with debtor's counsel (or in this case, counsel for the Trust) in an effort to resolve the issue without further court action.

AmTrust seeks relief from the automatic stay with respect to certain real property located in the City of Temecula, County of Riverside, California, more fully described in Exhibit "A" attached hereto.

The Temecula property is owned by Ashby USA, LLC. AmTrust believes that the automatic stay does not apply to the Temecula Property because it is not property of the Debtor's estate. Among other things, the Debtor had no interest in the Temecula Property as of April 4, 2007 (the "Petition Date") and, consequently, the Temecula Property did not become part of the Debtor's bankruptcy estate upon the commencement of the Bankruptcy Case. Furthermore, there is no equity in the Property beyond the liens against the Property in favor of AmTrust.

AmTrust intends to file a Motion to for Relief From the Automatic Stay in order to exercise any and all of its state law rights and remedies as to its collateral. Pursuant to Local Rule 4001, I would like to confer with you within the next two business days to see if the Debtor has a proposal that will resolve this matter without the necessity of filing a motion. Absent such a proposal by the Debtor, AmTrust will file its Motion for Relief the Automatic Stay on or after October 15, 2009.

Rob Charles, Esq.
Page 2 of 2
October 12, 2009

If you have any questions or wish to discuss this matter further, please contact me at your convenience.

Very truly yours,

SIDHU LAW FIRM, LLC

Ambrish S. Sidhu, Esq.

cc:    James A. Timko, Esq. (via e-mail)

# EXHIBIT 2



LEWIS AND ROCA
—LLP—
LAWYERS

Rob Charles
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996

Direct Dial: (702) 949-8320
Direct Fax: (702) 949-8321
RCharles@LRLaw.com
Admitted in: Arizona and Nevada

Our File Number: 47419-00001

October 13, 2009

**VIA FACSIMILE**

Ambrish S. Sidhu, Esq.
Sidhu Law Firm
810 S. Casino Center Blvd., Suite 104
Las Vegas, NV 89101

Re:  *In re: USA Commercial Mortgage Company/USACM Liquidating Trust*
Case No.: BS-S-06-10725-LBR
Local Rule 4001 Letter

Dear Mr. Sidhu:

The USACM Liquidating Trust is the post-confirmation successor to USA Commercial Mortgage Company. The Trust does not assert any interest in certain real property located in the City of Temecula, County of Riverside, California (you did not attach Exhibit A to your letter). Accordingly, I see no reason for the Trust to be named in a motion for relief from the stay. Instead, as we previously discussed, confirmation of the plan of reorganization terminated the automatic stay and makes a request for relief from the automatic stay unnecessary.

I welcome your comments and questions.

Sincerely,

Rob Charles

RC/rlc
copy:  Geoffrey L. Berman, Trustee