WILLIAM W. HUCKINS, ESQ. (CA BAR NO. 201098)
JAMES A. TIMKO, ESQ. (CA BAR NO. 220140)
ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
1900 Main Street, Fifth Floor
Irvine, California 92614-7321
Phone: (949) 553-1313
Fax: (949) 553-8354
Email: whuckins@allenmatkins.com
       jtimko@allenmatkins.com

AMBRISH S. SIDHU, ESQ. (NEVADA BAR NO. 7516)
SIDHU LAW FIRM, LLC
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Phone: (702) 384-4436
Fax: (702) 384-4437
Email: asidhu@sidhulawfirm.com

Attorneys for Creditor
AMTRUST BANK

*E-Filed on 10/20/09*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA, LAS VEGAS DIVISION

| | |
|---|---|
| In re<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>Chapter 11 |
| USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor. | **DECLARATION OF MICHAEL FRAUENTHAL IN SUPPORT OF AMTRUST BANK'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Date: November 13, 2009<br>Time: 9:30 a.m. |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>Debtor. | Place: Courtroom 1<br>   Foley Federal Building<br>   300 Las Vegas Blvd., South<br>   Las Vegas, Nevada |
| USA SECURITIES, LLC,<br><br>Debtor. | |

AFFECTS:
- ___ All Debtors
- _X_ USA Commercial Mortgage Company
- ___ USA Capital Realty Advisors, LLC
- ___ USA Capital Diversified Trust Deed Fund, LLC
- ___ USA Securities, LLC.

I, Michael Frauenthal, declare as follows:

1.  I am a principal of Michael Frauenthal & Associates, Inc. I make this declaration based upon facts personally known to me and, if called upon to testify herein, I could and would competently testify thereto under oath. I submit this declaration in support of the Motion of AmTrust Bank ("AmTrust") for Relief from the Automatic Stay (the "Motion").

2.  My educational background includes a Bachelor of Science degree in Business/Real Estate Finance from the University of Southern California. I have an Appraisal Institute designation of MAI (MAI Member Number 7093) and Certified General Real Estate Appraiser designation (AG002952) from the Office of Real Estate Appraisers, State of California. I have been involved in the real estate business for more than 33 years and have been a real estate appraiser for approximately 33 years. I have performed numerous appraisals on commercial, industrial, residential, vacant land, and special purpose properties in southern California, including several appraisals of properties located in Riverside County, California where the property that is the subject of the Motion is located. A copy of my resume is included in the appraisal report attached to this declaration.

3.  Attached hereto as Exhibit "1" is a true and correct copy of an appraisal report (the "Appraisal") dated June 6, 2008, of Roripaugh Ranch, a proposed 1,061-unit residential development located along the extension of Butterfield Stage Road, south of Murrieta, Hot Springs Road, in Temecula, California (the "Property"). I prepared the Appraisal, which represents my opinion of the value of the Property as of the dates specified therein. I prepared the Appraisal in conformity with the Uniform Standards of Professional Practice adopted by the Appraisal Standards Board of the Appraisal Foundation.

4. For the reasons described in the Appraisal, it is my opinion that the fee simple market value of the Property in its "as is" condition as of May 28, 2008, was between the estimated amounts of $15,300,000 assuming CFD Reimbursements and $15,600,000 assuming no CFD Reimbursements. Further, the prospective value of the Property as of August 31, 2009, was estimated at $82,200,000 if the Property is completed to "blue-topped" condition excluding CFD Reimbursements. It is my understanding, however, that development activity at the Property has ceased and the Property is not in "blue-topped" condition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9 day of October 2009, at Dana Point, California.

/s/ Michael Frauenthal
MICHAEL FRAUENTHAL