Order No. R-192289-4

19) AN ASSIGNMENT OF RENTS, ROYALTIES, ISSUES AND PROFITS ACCRUING FROM SAID LAND AS
ADDITIONAL SECURITY FOR THE PAYMENT OF THE INDEBTEDNESS SECURED BY THE DEED OF TRUST
SHOWN IN TRUST DEED IMMEDIATELY ABOVE.
RECORDED:              SEPTEMBER 2, 2005 AS INSTRUMENT NO. 2005-0730194, OFFICIAL RECORDS.
EXECUTED BY:           ASHBY USA, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY
IN FAVOR OF:           OHIO SAVINGS BANK, A FEDERAL SAVINGS BANK

20) AN INSTRUMENT, UPON THE TERMS AND CONDITIONS CONTAINED THEREIN
ENTITLED:              INTERCREDITOR AND SUBORDINATION AGREEMENT
                       (RORIPAUGH RANCH)
DATED:                 AUGUST 29, 2005
EXECUTED BY
AND BETWEEN:           ASHBY USA, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; GRC
                       DEVELOPMENT COMPANY, L.P., A CALIFORNIA LIMITED LIABILITY
                       PARTNERSHIP; AND OHIO SAVINGS BANK, A FEDERAL SAVINGS BANK
RECORDED:              SEPTEMBER 2, 2005 AS INSTRUMENT NO. 2005-0730195, OFFICIAL RECORDS

SAID MATTER AFFECTS THE HEREIN DESCRIBED LAND AND OTHER LAND.

AN INSTRUMENT, UPON THE TERMS AND CONDITIONS CONTAINED THEREIN
ENTITLED:              FIRST AMENDMENT TO RECOGNITION, ATTORNMENT AND SUBORDINATION
                       AGREEMENT (RORIPAUGH RANCH)
DATED:                 DECEMBER 8, 2006
EXECUTED BY
AND BETWEEN:           OHIO SAVINGS BANK, A FEDERAL SAVINGS BANK, KB HOME COASTAL INC., A
                       CALIFORNIA CORPORATION AND ASHBY USA, LLC, A CALIFORNIA LIMITED
                       LIABILITY COMPANY
RECORDED:              DECEMBER 15, 2006 AS INSTRUMENT NO. 2006-0922261, OFFICIAL RECORDS

SAID MATTER AFFECTS LOTS 1 THROUGH 4 AND 6 THROUGH 11.

21) AN INSTRUMENT, UPON THE TERMS AND CONDITIONS CONTAINED THEREIN
ENTITLED:              ASSIGNMENT AND AGREEMENT
                       (RORIPAUGH RANCH)
DATED:                 AUGUST 29, 2005
EXECUTED BY
AND BETWEEN:           OHIO SAVINGS BANK, A FEDERAL SAVINGS BANK AND ASHBY USA, LLC, A
                       CALIFORNIA LIMITED LIABILITY COMPANY
RECORDED:              SEPTEMBER 2, 2005 AS INSTRUMENT NO. 2005-0730196, OFFICIAL RECORDS

SAID MATTER AFFECTS THE HEREIN DESCRIBED LAND AND OTHER LAND.

22) AN INSTRUMENT, UPON THE TERMS AND CONDITIONS CONTAINED THEREIN
ENTITLED:              RECOGNITION, ATTORNMENT AND SUBORDINATION AGREEMENT
                       (RORIPAUGH RANC)
DATED:                 AUGUST 29, 2005
EXECUTED BY
AND BETWEEN:           OHIO SAVINGS BANK, A FEDERAL SAVINGS BANK; KB HOME COASTAL INC., A
                       CALIFORNIA CORPORATION; AND ASHBY USA, LLC, A CALIFORNIA LIMITED
                       LIABILITY COMPANY
RECORDED:              SEPTEMBER 2, 2005 AS INSTRUMENT NO. 2005-0730197, OFFICIAL RECORDS

SAID MATTER AFFECTS THE HEREIN DESCRIBED LAND AND OTHER LAND.

- 7 -

Exhibit 1-00148

Order No. R-192289-4

23) AN INSTRUMENT, UPON THE TERMS AND CONDITIONS CONTAINED THEREIN
    ENTITLED:            CONTINUING SUBORDINATION AND ESTOPPEL AGREEMENT
                         (RORIPAUGH RANCH).
    DATED:               AUGUST 29, 2005
    EXECUTED BY
    AND BETWEEN:         USA INVESTMENT PARTNERS, LLC, A NEVADA LIMITED LIABILITY COMPANY;
                         ASHBY USA, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; KB HOME
                         COASTAL, INC., A CALIFORNIA CORPORATION; AND OHIO SAVINGS BANK, A
                         FEDERAL SAVINGS BANK
    RECORDED:            SEPTEMBER 2, 2005 AS INSTRUMENT NO. 2005-0730198, OFFICIAL RECORDS

    SAID MATTER AFFECTS THE HEREIN DESCRIBED LAND AND OTHER LAND.

24) . AN INSTRUMENT, UPON THE TERMS AND CONDITIONS CONTAINED THEREIN
    ENTITLED:            RECOGNITION AGREEMENT
    DATED:               AUGUST 2005
    EXECUTED BY
    AND BETWEEN:         GRC DEVELOPMENT COMPANY, L.P., A CALIFORNIA LIMITED PARTNERSHIP;
                         KB HOME COASTAL INC., A CALIFORNIA CORPORATION; AND ASHBY USA, LLC,
                         A CALIFORNIA LIMITED LIABILITY COMPANY
    RECORDED:            SEPTEMBER 2, 2005 AS INSTRUMENT NO. 2005-0730199, OFFICIAL RECORDS

    SAID MATTER AFFECTS THE HEREIN DESCRIBED LAND AND OTHER LAND.

25) . AN INSTRUMENT, UPON THE TERMS AND CONDITIONS CONTAINED THEREIN
    ENTITLED:            FIRST AMENDMENT TO AGREEMENT TO DEFER COMPLETION OF CONDITIONS
                         OF APPROVAL UNTIL AFTER RECORDATION OF FINAL MAP FOR TRACT NO.
                         29353-2
                         (RORIPAUGH RANCH SPECIFIC PLAN)
    DATED:               JUNE 28, 2005    :
    EXECUTED BY
    AND BETWEEN:         THE CITY OF TEMECULA, A MUNICIPAL CORPORATION AND ASHBY USA, LLC,
                         A CALIFORNIA LIMITED LIABILITY COMPANY
    RECORDED:            SEPTEMBER 6, 2005 AS INSTRUMENT NO. 2005-0734550, OFFICIAL RECORDS

    SAID MATTER AFFECTS THE HEREIN DESCRIBED LAND AND OTHER LAND.

26) A DEED OF TRUST TO SECURE AN INDEBTEDNESS OF
    AMOUNT:              PERFORMANCE
    TRUSTOR:             ASHBY USA, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY
    TRUSTEE:             CHICAGO TITLE COMPANY, INC., A CALIFORNIA CORPORATION
    BENEFICIARY:         KB HOME COASTAL, INC.
    DATED:               NOT SET OUT
    RECORDED:            SEPTEMBER 8, 2005 AS INSTRUMENT NO. 2005-0743297, OFFICIAL RECORDS.

    SAID MATTER AFFECTS THE HEREIN DESCRIBED LAND AND OTHER LAND.

27) AN INSTRUMENT, UPON THE TERMS AND CONDITIONS CONTAINED THEREIN
    ENTITLED:            FIRST AMENDMENT TO DEVELOPMENT AGREEMENT BETWEEN CITY OF
                         TEMECULA AND ASHBY USA, LLC
                         (RORIPAUGH RANCH SPECIFIC PLAN)
    DATED:               FEBRUARY 14, 2006
    EXECUTED BY
    AND BETWEEN:         CITY OF TEMECULA, A CALIFORNIA MUNICIPAL CORPORATION; ASHBY USA,
                         LLC, A CALIFORNIA LIMITED LIABILITY COMPANY; DAVIDSON RORIPAUGH
                         RANCH 122, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY;
                         TANAMERA/RORIPAUGH, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY;
                         TANAMERA/RORIPAUGH II, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY;
                         AND TRADITIONS AT RORIPAUGH, LLC
    RECORDED:            MARCH 7, 2006 AS INSTRUMENT NO. 2006-0162268, OFFICIAL RECORDS

- 8 -

Exhibit 1-00149

Order No. R-192289-4

28) AN INSTRUMENT, UPON THE TERMS AND CONDITIONS CONTAINED THEREIN
ENTITLED:                SECOND OPERATING MEMORANDUM TO THE RECORDED DEVELOPMENT
                         AGREEMENT BETWEEN CITY OF TEMECULA AND ASHBY USA, LLC
DATED:                   MARCH 21, 2006
EXECUTED BY
AND BETWEEN:             CITY OF TEMECULA, A CALIFORNIA MUNICIPAL CORPORATION AND ASHBY
                         USA, LLC
RECORDED:                MARCH 30, 2006 AS INSTRUMENT NO. 2006-0225016, OFFICIAL RECORDS

29) AN INSTRUMENT, UPON THE TERMS AND CONDITIONS CONTAINED THEREIN
ENTITLED:                CONSENT AND AGREEMENT OF JUNIOR LIEN HOLDERS
DATED:                   FEBRUARY 14, 2006
EXECUTED BY
AND BETWEEN:             ASHBY USA, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY AND OHIO
                         SAVINGS BANK, A FEDERAL SAVINGS BANK
RECORDED:                MARCH 30, 2006 AS INSTRUMENT NO. 2006-0157605, OFFICIAL RECORDS

30) AN IRREVOCABLE OFFER TO DEDICATE REAL PROPERTY FOR PUBLIC HIGHWAY, RECORDED APRIL 21,
2006 AS INSTRUMENT NO. 2006-0290819 OF OFFICIAL RECORDS.

REFERENCE IS HEREBY MADE TO THE ABOVE DOCUMENT FOR FULL PARTICULARS.

31) AN IRREVOCABLE OFFER TO DEDICATE REAL PROPERTY FOR PUBLIC HIGHWAY, RECORDED APRIL 21,
2006 AS INSTRUMENT NO. 2006-0290820 OF OFFICIAL RECORDS.

REFERENCE IS HEREBY MADE TO THE ABOVE DOCUMENT FOR FULL PARTICULARS.

32) AN IRREVOCABLE OFFER TO DEDICATE REAL PROPERTY FOR PUBLIC HIGHWAY, RECORDED APRIL 21,
2006 AS INSTRUMENT NO. 2006-0290821 OF OFFICIAL RECORDS.

REFERENCE IS HEREBY MADE TO THE ABOVE DOCUMENT FOR FULL PARTICULARS.

33) AN IRREVOCABLE OFFER TO DEDICATE REAL PROPERTY FOR PUBLIC HIGHWAY, RECORDED APRIL 21,
2006 AS INSTRUMENT NO. 2006-0290822 OF OFFICIAL RECORDS.

REFERENCE IS HEREBY MADE TO THE ABOVE DOCUMENT FOR FULL PARTICULARS.

34) THE TERMS, COVENANTS AND PROVISIONS OF THAT CERTAIN SUBDIVISION MONUMENT AGREEMENT,
EXECUTED BY AND BETWEEN ASHBY USA, LLC AND CITY OF TEMECULA, RECORDED MAY 3, 2006, AS
INSTRUMENT NO. 2006-0322167, OF OFFICIAL RECORDS, AND THE EFFECT OF ANY FAILURE TO COMPLY
WITH SAME.

35) THE TERMS, COVENANTS AND PROVISIONS OF THAT CERTAIN CITY OF TEMECULA SUBDIVISION
IMPROVEMENT AGREEMENT, EXECUTED BY AND BETWEEN CITY OF TEMECULA AND ASHBY USA, LLC,
RECORDED MAY 3, 2006, AS INSTRUMENT NO. 2006-0322168, OF OFFICIAL RECORDS, AND THE EFFECT OF
ANY FAILURE TO COMPLY WITH SAME.

-9-

Exhibit 1-00150

36) PROVISIONS OF THE DEDICATION STATEMENT ON MAP OF
    TRACT:                 29353.
    WHICH RECITE:          WE HEREBY MAKE AN IRREVOCABLE OFFER OF DEDICATION TO THE CITY OF
                           TEMECULA, FOR PUBLIC ROADS AND PUBLIC UTILITY PURPOSES LOT "A".

                           WE ALSO HEREBY DEDICATE TO PUBLIC USE, EASEMENTS FOR PUBLIC
                           UTILITY PURPOSES TOGETHER WITH THE RIGHT OF INGRESS AND EGRESS FOR
                           EMERGENCY AND SERVICE VEHICLES WITHIN LOT "A" SHOWN HEREON.

                           WE ALSO HEREBY DEDICATE TO PUBLIC USE, EASEMENTS FOR MULTI-USE
                           TRAIL, PUBLIC ACCESS AND FUEL MODIFICATION PURPOSES AS SHOWN ON
                           LOTS 3, 10, 11 AND 13 INDICTED AS, MULTI-USE TRAIL, PUBLIC ACCESS. TRAIL
                           AND FUEL MODIFICATION EASEMENTS.

                           AS A CONDITION OF DEDICATION OF LOT "A" (SOUTH LOOP ROAD AND NORTH
                           LOOP ROAD). THE OWNERS OF LOTS 1 THROUGH 13, INCLUSIVE. ABUTTING
                           THIS HIGHWAY AND DURING SUCH TIME WILL HAVE NO RIGHTS OF ACCESS
                           EXCEPT THE GENERAL EASEMENT OF TRAVEL: ALSO EXCEPTING THE ONE (1)
                           TWENTY FIVE FOOT ACCESS OPENING FOR LOT 1. THE ONE (1) ONE HUNDRED
                           FOOT ACCESS OPENING FOR LOTS 2, 3 AND 4. THE ONE (1) ONE HUNDRED
                           EIGHTEEN FOOT ACCESS OPENING FOR LOT 7. THE ONE (1) ONE HUNDRED

                           FOUR FOOT ACCESS OPENING FOR LOT 7, ONE (1) ONE HUNDRED SIX FOOT
                           ACCESS OPENING FOR LOT 8, THE ONE (1) ONE HUNDRED SIXTEEN FOOT
                           ACCESS OPENING FOR LOT 9. THE ONE (1) NINETY SIX FOOT ACCESS OPENING
                           FOR LOT 10. THE ONE (1) ONE HUNDRED TWO FOOT ACCESS OPENING FOR LOT
                           10. THE ONE (1) EIGHTY SIX FOOT ACCESS OPENING FOR LOT 11. THE ONE (1)
                           ONE HUNDRED FOOT ACCESS OPENING FOR LOT 11 AS SHOWN HEREON. ANY
                           CHANGE OF ALIGNMENT OR WIDTH THAT RESULTS IN VACATION THEREOF
                           SHALL TERMINATE THIS CONDITION OF ACCESS RIGHTS AS TO THE PART
                           VACATED.

                           WE HEREBY DEDICATE ABUTTERS RIGHTS OF ACCESS ALONG BUTTERFIELD
                           STAGE ROAD TO THE PUBLIC. THE ONWERS OF LOTS 7, 12 AND 14 ABUTTING
                           THIS HIGHWAY AND DURING SUCH TIME WILL HAVE NO RIGHTS OF ACCESS
                           EXCEPT THE GENERAL EASEMENT OF TRAVEL. ANY CHANGE OF ALIGNMENT
                           OR WIDTH THAT RESULTS IN THE VACATION THEREOF SHALL TERMINATE
                           THIS DEDICATION AS TO THE PART VACATED.

                           WE HEREBY RETAIN OPEN SPACE LOTS 12 AND 13 INDICATED FOR "FLOOD
                           CONTROL PURPOSES" FOR PRIVATE USE FOR THE SOLE BENEFIT OF
                           OURSELVES, OUR SUCCESSORS, ASSIGNEES AND LOT OWNERS WITHIN THIS
                           TRACT MAP.

                           WE ALSO HEREBY RETAIN LOT "A" INDICATED AS "PRIVATE STREET" FOR
                           PRIVATE USE FOR THE SOLE BENEFIT OF OURSELVES, OUR SUCCESSORS,
                           ASSIGNEES AND LOT OWNERS WITHIN THIS TRACT MAP.

                           WE ALSO HEREBY RETAIN THE PRIVATE FACILITIES INDICATED AS PRIVATE
                           RECREATIONAL AREA (LOT 5) FOR PRIVATE USE FOR THE SOLE BENEFIT OF
                           OURSELVES, OR SUCCESSORS, ASSIGNEES AND LOT OWNERS WITHIN THIS
                           TRACT MAP.

37) PROVISIONS OF THE DEDICATION STATEMENT ON MAP OF
    TRACT:                 29353.
    WHICH RECITE:          NOTICE IS FURTHER GIVEN THAT PURSUANT TO SECTION 10.25 OF ORDINANCE
                           460. THE LAND DIVIDER HAS ELECTED TO DEFER PAYMENT OF THE DRAINAGE
                           FEE TO THE TIME OF ISSUANCE OF A GRADING OR BUILDING PERMIT FOR SAID
                           LOTS AND THAT THE OWNER OF EACH LOT, AT THE TIME OF ISSUANCE OF
                           EITHER A GRADING OR BUILDING PERMIT, SHALL BE REQUIRED TO PAY THE
                           FEE REQUIRED AT THE RATE IN EFFECT AT THE TIME OF ISSUANCE OF THE
                           ACTUAL PERMIT.

- 10 -

Exhibit 1-00151

Order No. R-192289-4

38) . PROVISIONS HEREIN RECITED, OF THE ENVIRONMENTAL CONSTRAINT NOTE ON THE MAP OF THE
    SUBDIVISION SHOWN BELOW:
    SUBDIVISION:            29353
    ENVIRONMENTAL CONSTRAINT SHEET AFFECTING THIS MAP IS ON FILE IN THE OFFICE OF THE
    RIVERSIDE COUNTY SURVEYOR IN E.C.S. BOOK T PAGE 329.

39) A LIEN FOR UNSECURED PROPERTY TAXES IN FAVOR OF THE TAX COLLECTOR.
    COUNTY OF               RIVERSIDE
    AMOUNT:                 $324.63
    TAXPAYER:               ASHBY USA
    YEAR/ACCOUNT NO.:       2006-2007/000191659-7
    RECORDED:               NOVEMBER 9, 2006 AS INSTRUMENT NO. 2006-0830145, OFFICIAL RECORDS

40) AN EASEMENT FOR PURPOSES HEREIN STATED, AND RIGHTS INCIDENTAL THERETO AS PROVIDED IN AN
    INSTRUMENT
    RECORDED:               NOVEMBER 14, 2006 AS INSTRUMENT NO. 2006-0838374, OFFICIAL RECORDS
    FOR:                    DRAINAGE AND INCIDENTAL PURPOSES
    IN FAVOR OF:            ASHBY USA LLC
    AFFECTS:                SAID LAND.

    SAID MATTER AFFECTS LOT 6.

41) · AN ENVIRONMENTAL CONSTRAINT NOTE RECORDED IN BOOK T PAGE 329, AS PER TRACT MAP
    RECORDED IN BOOK 401, PAGE 89 THROUGH 96.

42) AN EASEMENT FOR PURPOSES HEREIN STATED, AS SHOWN ON OR DEDICATED BY THE MAP OF SAID
    TRACT .
    FOR:                    MULTI-USE TRAIL, PUBLIC ACCESS AND FUEL MODIFICATION AND
                            INCIDENTAL PURPOSES
    AFFECTS:                AS SHOWN ON THE MAP OF TRACT 29353.

43) ANY CLAIMS FOR MECHANIC'S LIENS ON SAID LAND THAT MAY BE RECORDED BY REASON OF A WORK
    OF IMPROVEMENT, DISCLOSED BY AN INSPECTION OF SAID LAND.

END OF SCHEDULE B

HJ/JL
POLICY RATE: BBR/FATIC
ENCLOSURES: PLATS

-11-

Exhibit 1-00152

Order No. R-192289-4

## "NOTES AND REQUIREMENTS SECTION"

### NOTE NO. 1

"CALIFORNIA STATE SENATE BILL NUMBER 2319, EFFECTIVE JANUARY 1, 1991, REQUIRES THAT THE BUYER IN ALL SALES OF CALIFORNIA REAL ESTATE, WHEREIN THE SELLER SHOWS AN OUT OF STATE ADDRESS, WITHHOLD 3 1/3 % OF THE TOTAL SALES PRICE AS CALIFORNIA STATE INCOME TAX, SUBJECT TO THE VARIOUS PROVISIONS OF THE LAW AS THEREIN CONTAINED."

### NOTE NO. 2

### PAYOFF INFORMATION:

NOTE: THIS COMPANY DOES REQUIRE CURRENT BENEFICIARY DEMANDS PRIOR TO CLOSING.

IF THE DEMAND IS EXPIRED AND A CORRECT DEMAND CANNOT BE OBTAINED, OUR REQUIREMENTS WILL BE AS FOLLOWS:

A.    IF THIS COMPANY ACCEPTS A VERBAL UPDATE ON THE DEMAND, WE MAY HOLD AN AMOUNT EQUAL TO ONE MONTHLY MORTGAGE PAYMENT. THE AMOUNT OF THIS HOLD WILL BE OVER AND ABOVE THE VERBAL HOLD THE LENDER MAY HAVE STIPULATED.

B.    IF THIS COMPANY CANNOT OBTAIN A VERBAL UPDATE ON THE DEMAND, WILL EITHER PAY OFF THE EXPIRED DEMAND OR WAIT FOR THE AMENDED DEMAND, AT THE DISCRETION OF THE ESCROW.

C.    IN THE EVENT THAT A PAYOFF IS BEING MADE TO A SERVICING AGENT FOR THE BENEFICIARY, THIS COMPANY WILL REQUIRE A COMPLETE COPY OF THE SERVICING AGREEMENT PRIOR TO CLOSE.

### NOTE NO. 3

IF THIS COMPANY IS REQUESTED TO DISBURSE FUNDS IN CONNECTION WITH THIS TRANSACTION, CHAPTER 598, STATUTES OF 1989 MANDATES HOLD PERIODS FOR CHECKS DEPOSITED TO ESCROW OR SUB-ESCROW ACCOUNTS. THE MANDATORY HOLD IS ONE BUSINESS DAY AFTER THE DAY DEPOSITED. OTHER CHECKS REQUIRE A HOLD PERIOD FROM THREE TO SEVEN BUSINESS DAYS AFTER THE DAY DEPOSITED.

IF FUNDS ARE TO BE DEPOSITED WITH ORANGE COAST TITLE BUILDER SERVICES BY WIRE TRANSFER, THEY SHOULD BE WIRED TO THE FOLLOWING BANK/ACCOUNT:

### · BANK OF AMERICA
### 333 SOUTH BEAUDRY AVE.
### LOS ANGELES, CA 90017
### :   ABA 026009593
### ACCOUNT NO. 12355-63445
### CREDIT TO THE ACCOUNT OF ORANGE COAST TITLE BUILDER SERVICES

PLEASE REFERENCE          R-192289-4          AND HELEN JOHNSON, TITLE OFFICER
ORDER NO.

-12-

Exhibit 1-00153

Order No. R-192289-4

## EXHIBIT "A"

THE LAND REFERRED TO IN THIS REPORT IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF RIVERSIDE AND IS DESCRIBED AS FOLLOWS:

LOTS 1 THROUGH 15 AND LETTERED LOT "A" OF TRACT 29353, IN THE CITY OF TEMECULA, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA, AS SHOWN ON A MAP IN BOOK 401, PAGES 89 TO 96 INCLUSIVE, OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.

Exhibit 1-00154

Order No. R-192289-4

## NOTICE REGARDING YOUR DEPOSIT OF FUNDS

CALIFORNIA INSURANCE CODE SECTIONS 12413 ET. SEQ. REGULATES THE DISBURSEMENT OF ESCROW AND SUB-ESCROW FUNDS BY TITLE COMPANIES. THE LAW REQUIRES THAT FUNDS BE DEPOSITED IN THE TITLE COMPANY ESCROW AND SUB-ESCROW ACCOUNTS AND BE AVAILABLE FOR WITHDRAWAL PRIOR TO DISBURSEMENT. FUNDS DEPOSITED WITH THE COMPANY BY WIRE TRANSFER MAY BE DISBURSED UPON RECEIPT. FUNDS DEPOSITED WITH THE COMPANY VIA CASHIER'S CHECKS DRAWN ON A CALIFORNIA BASED BANK MAY BE DISBURSED THE NEXT BUSINESS DAY AFTER THE DAY OF DEPOSIT. IF FUNDS ARE DEPOSITED WITH BY OTHER METHODS, RECORDING OR DISBURSEMENT MAY BE DELAYED. ALL ESCROW AND SUB-ESCROW FUNDS RECEIVED BY THE COMPANY WILL BE DEPOSITED WITH OTHER FUNDS IN ONE OR MORE NON-INTEREST BEARING ESCROW ACCOUNTS OF THE COMPANY IN A FINANCIAL INSTITUTION SELECTED BY THE COMPANY. THE COMPANY AND/OR ITS PARENT COMPANY MAY RECEIVE CERTAIN DIRECT OR INDIRECT BENEFITS FROM THE FINANCIAL INSTITUTION BY REASON OF THE DEPOSIT OF SUCH FUNDS OR THE MAINTENANCE OF SUCH ACCOUNTS WITH THE FINANCIAL INSTITUTION, AND THE COMPANY SHALL HAVE NO OBLIGATION TO ACCOUNT TO THE DEPOSITING PARTY IN ANY MANNER FOR THE VALUE OF, OR TO PAY SUCH PARTY, ANY BENEFIT RECEIVED BY THE COMPANY AND/OR ITS PARENT COMPANY. THOSE BENEFITS MAY INCLUDE, WITHOUT LIMITATION, CREDITS ALLOWED BY SUCH FINANCIAL INSTITUTION ON LOANS TO THE COMPANY AND/OR ITS PARENT COMPANY AND EARNINGS ON INVESTMENTS MADE ON THE PROCEEDS OF SUCH LOANS, ACCOUNTING, REPORTING AND OTHER SERVICES AND PRODUCTS OF SUCH FINANCIAL INSTITUTION. SUCH BENEFITS SHALL BE DEEMED ADDITIONAL COMPENSATION OF THE COMPANY FOR ITS SERVICES IN CONNECTION WITH THE ESCROW OR SUB-ESCROW.

Exhibit 1-00155

Order No. R-192289-4

# ORANGE COAST TITLE BUILDER SERVICES
## PRIVACY POLICY

## WE ARE COMMITTED TO SAFEGUARDING CUSTOMER INFORMATION

IN ORDER TO BETTER SERVE YOUR NEEDS NOW AND IN THE FUTURE, WE MAY ASK YOU TO PROVIDE US WITH CERTAIN INFORMATION. WE UNDERSTAND THAT YOU MAY BE CONCERNED ABOUT WHAT WE WILL DO WITH SUCH INFORMATION – PARTICULARLY ANY PERSONAL OR FINANCIAL INFORMATION. WE AGREE THAT YOU HAVE A RIGHT TO KNOW HOW WE WILL UTILIZE THE PERSONAL INFORMATION THAT YOU PROVIDE TO US. THEREFORE, WE HAVE ADOPTED THIS PRIVACY POLICY TO GOVERN THE USE AND HANDLING OF YOUR PERSONAL INFORMATION.

## APPLICABILITY

THIS PRIVACY POLICY GOVERNS OUR USE OF THE INFORMATION YOU PROVIDE TO US. IT DOES NOT GOVERN THE MANNER IN WHICH WE MAY USE INFORMATION WE HAVE OBTAINED FROM ANY OTHER SOURCE, SUCH AS INFORMATION OBTAINED FROM A PUBLIC RECORD OR FROM ANOTHER PERSON OR ENTITY.

## TYPES OF INFORMATION

DEPENDING UPON WHICH OF OUR SERVICES YOU ARE UTILIZING, THE TYPES OF NONPUBLIC PERSONAL INFORMATION THAT WE MAY COLLECT INCLUDE:

- INFORMATION WE RECEIVE FROM YOU ON APPLICATIONS, FORMS AND IN OTHER COMMUNICATIONS TO US, WHETHER IN WRITING, IN PERSON, BY TELEPHONE OR ANY OTHER MEANS.

- INFORMATION ABOUT YOUR TRANSACTIONS WITH US, OUR AFFILIATED COMPANIES, OR OTHERS; AND

- INFORMATION WE RECEIVE FROM A CONSUMER-REPORTING AGENCY.

## USE OF INFORMATION

WE REQUEST INFORMATION FROM YOU FOR OUR OWN LEGITIMATE BUSINESS PURPOSES AND NOT FOR BENEFIT OF ANY NONAFFILIATED PARTY. THEREFORE, WE WILL NOT RELEASE YOUR INFORMATION TO NONAFFILIATED PARTIES EXCEPT: (1) AS NECESSARY FOR US TO PROVIDE THE PRODUCT OR SERVICE YOU HAVE REQUESTED OF US; OR (2) AS PERMITTED BY LAW. WE MAY, HOWEVER, STORE SUCH INFORMATION INDEFINITELY, INCLUDING THE PERIOD AFTER WHICH ANY CUSTOMER RELATIONSHIP HAS CEASED. SUCH INFORMATION MAY BE USED FOR ANY INTERNAL PURPOSE, SUCH AS QUALITY CONTROL EFFORTS OR CUSTOMER ANALYSIS.

## FORMER CUSTOMERS

EVEN IF YOU ARE NO LONGER OUR CUSTOMER, OUR PRIVACY POLICY WILL CONTINUE TO APPLY TO YOU.

## CONFIDENTIALITY AND SECURITY

WE WILL USE OUR BEST EFFORTS TO ENSURE THAT NO UNAUTHORIZED PARTIES HAVE ACCESS TO ANY OF YOUR INFORMATION. WE RESTRICT ACCESS TO NONPUBLIC PERSONAL INFORMATION ABOUT YOU TO THOSE INDIVIDUALS AND ENTITIES THAT NEED TO KNOW THAT INFORMATION TO PROVIDE PRODUCTS OR SERVICES TO YOU. WE WILL USE OUR BEST EFFORTS TO TRAIN AND OVERSEE OUR EMPLOYEES AND AGENTS TO ENSURE THAT YOUR INFORMATION WILL BE HANDLED RESPONSIBLY AND IN ACCORDANCE WITH THIS PRIVACY POLICY. WE CURRENTLY MAINTAIN PHYSICAL, ELECTRONIC, AND PROCEDURAL SAFEGUARDS THAT COMPLY WITH FEDERAL REGULATIONS TO GUARD YOUR NONPUBLIC PERSONAL INFORMATION.

Exhibit 1-00156

Order No. R-192289-4

EXHIBIT 'A'

**CALIFORNIA LAND TITLE ASSOCIATION**
**STANDARD COVERAGE POLICY – 1990**
**EXCLUSIONS FROM COVERAGE**

The following matters are expressly excluded from the coverage of this policy and the Company will not pay loss or damage, costs, attorneys' fees or expenses which arise by reason of:

1. (a)  Any law, ordinance or governmental regulation (including but not limited to building or zoning laws, ordinances, or regulations) restricting, regulating, prohibiting or relating (i) the occupancy, use, or enjoyment of the land; (ii) the character, dimensions or location of any improvement now or hereafter erected on the land; (iii) a separation in ownership or a change in the dimensions or area of the land or any parcel of which the land is or was a part; or (iv) environmental protection, or the effect of any violation of these laws, ordinances or governmental regulations, except to the extent that a notice of the enforcement thereof or a notice of a defect, lien, or encumbrance resulting from a violation or alleged violation affecting the land has been recorded in the public records at Date of Policy.
   (b)  Any governmental police power not excluded by (a) above, except to the extent that a notice of the exercise thereof or notice of a defect, lien or encumbrance resulting from a violation or alleged violation affecting the land has been recorded in the public records at Date of Policy.
2. Rights of eminent domain unless notice of the exercise thereof has been recorded in the public records at Date of Policy, but not excluding from coverage any taking which has occurred prior to Date of Policy which would be binding on the rights of a purchaser for value without knowledge.
3. Defects, liens, encumbrances, adverse claims or other matters:
   (a)  whether or not recorded in the public records at Date of Policy, but created, suffered, assumed or agreed to by the insured claimant;
   (b)  not known to the Company, not recorded in the public records at Date of Policy, but known to the insured claimant and not disclosed in writing to the Company by the insured claimant prior to the date the insured claimant became an insured under this policy;
   (c)  resulting in no loss or damage to the insured claimant;
   (d)  attaching or created subsequent to Date of Policy; or
   (e)  resulting in loss or damage which would not have been sustained if the insured claimant had paid value for the insured mortgage or for the estate or interest insured by this policy.
4. Unenforceability of the lien of the insured mortgage because of the inability or failure of the insured at Date of Policy, or the inability or failure of any subsequent owner of the indebtedness, to comply with the applicable doing business laws of the state in which the land is situated.
5. Invalidity or unenforceability of the lien of the insured mortgage, or claim thereof, which arises out of the transaction evidenced by the insured mortgage and is based upon usury or any consumer credit protection or truth in lending law.
6. Any claim, which arises out of the transaction vesting in the insured the estate of interest insured by this policy or the transaction creating the interest of the insured lender, by reason of the operation of federal bankruptcy, state insolvency or similar creditors' rights laws.

**EXCEPTIONS FROM COVERAGE – SCHEDULE B, PART I**

This policy does not insure against loss or damage (and the Company will not pay costs, attorneys' fees or expenses) which arise by reason of:
1. Taxes or assessments which are not shown as existing liens by the records of any taxing authority that levies taxes or assessments on real property or by the public records. Proceedings by a public agency which may result in taxes or assessments, or notices of such proceedings, whether or not shown by the records of such agency or by the public records.
2. Any facts, rights, interests, or claims which are not shown by the public records but which could be ascertained by an inspection of the land which may be asserted by persons in possession thereof.
3. Easements, liens or encumbrances, or claims thereof, which are not shown by the public records.
4. Discrepancies, conflicts in boundary lines, shortage in area, encroachments, or any other facts which a correct survey would disclose, and which are not shown by the public records.
5. (a) Unpatented mining claims; (b) reservations or exceptions in patents or in Acts authorizing the issuance thereof; (c) water rights, claims or title to water, whether or not the matters excepted under (a), (b) or (c) are shown by the public records.

**CLTA HOMEOWNER'S POLICY OF TITLE INSURANCE (6/2/98)**
**&**
**ALTA HOMEOWNER'S POLICY OF TITLE INSURANCE (10/17/98) EXCLUSIONS FROM COVERAGE**

In addition to the Exceptions in Schedule B, You are not insured against loss, costs, attorneys' fees, and expenses resulting from:
1. Governmental police power, and the existence or violation of any law or government regulation. This includes ordinances, laws and regulations concerning:
   (a)  building; (b) zoning; (c) Land use; (d) Improvements on Land; (e) Land division; (f) environmental protection. This Exclusion does not apply to violations or the enforcement of these matters if notice of the violation or enforcement appears in the Public Records at the Policy Date.
   This Exclusion does not limit the coverage described in Covered Risk 14, 15, 16, 17, or 24.
2. The failure of Your existing structures, or any part of them, to be constructed in accordance with applicable building codes. This Exclusion does not apply to violations of building codes if notice of the violation appears in the Public Records at the Policy Date.
3. The right to take the Land by condemning it, unless (a) notice of exercising the right appears in the Public Records at the Policy Date; (b) the taking happened before the Policy Date and is binding on You if You bought the Land without Knowing of the taking.
4. Risks: (a) that are created, allowed, or agreed to by you, whether or not they appear in the Public Records; (b) that are known to you at the Policy Date, but not to Us, unless they appear in the Public Records at the Policy Date; (c) that result in no loss to You; or (d) that first occur after the Policy Date - this does not limit the coverage described in Covered Risk 7, 8, d, 22, 23, 24 or 25.
5. Failure to pay value for Your Title.
6. Lack of a right: (a) to any Land outside the area specifically described and referred to in paragraph 3 of Schedule A; and (b) in streets, alleys, or waterways that touch the Land.
   This Exclusion does not limit the coverage described in Covered Risk 11 or 18.

**AMERICAN LAND TITLE ASSOCIATION RESIDENTIAL TITLE INSURANCE POLICY (6-1-87)**
**EXCLUSIONS FROM COVERAGE**

In addition to the Exceptions in Schedule B, you are not insured against loss, costs, attorneys' fees and expenses resulting from:
1. Governmental police power, and the existence or violation of any law or government regulation. This includes building and zoning ordinances and also laws and regulations concerning: land use, improvements on the land, land division or environmental protection.
   This exclusion does not apply to violations or the enforcement of these matters which appear in the public records at Policy Date.
   This exclusion does not limit the zoning coverage described in Items 12 and 13 of Covered Title Risks.
2. The right to take the land by condemning it, unless: a notice of exercising the right appears in the public records, on the Policy Date, the taking happened prior to the Policy Date and is binding on you if you bought the land without knowing of the taking
3. Title Risks: that are created, allowed, or agreed to by you, that are known to you, but not to us, on the Policy Date - unless they appeared in the public records; that result in no loss to you; that first affect your title after the Policy Date - this does not limit the labor and material lien coverage in Item 8 of Covered Title Risks.
4. Failure to pay value for your Title.
5. Lack of a right: to any land outside the area specifically described and referred to in Item 3 of Schedule A; OR in streets, alleys, or waterways that touch your land.
   This exclusion does not limit the access coverage in Item 5 of Covered Title Risks.

Page 1 of 2 pages

Exhibit 1-00157

Order No. R-192289-4

AMERICAN LAND TITLE ASSOCIATION LOAN POLICY (10-17-92)
WITH ALTA ENDORSEMENT-FORM 1 COVERAGE &
AMERICAN LAND TITLE ASSOCIATION LEASEHOLD LOAN POLICY (10-17-92)
WITH ALTA ENDORSEMENT-FORM 1 COVERAGE
EXCLUSIONS FROM COVERAGE

The following matters are expressly excluded from the coverage of this policy and the Company will not pay loss or damage, costs, attorneys' fees or expenses which arise by reason of:

1. (a) Any law, ordinance or governmental regulation (including but not limited to building and zoning laws, ordinances, or regulations) restricting, regulating, prohibiting or relating to (i) the occupancy, use, or enjoyment of the land; (ii) the character, dimensions or location of any improvement now or hereafter erected on the land; (iii) a separation in ownership or a change in the dimensions or area of the land or any parcel of which the land is or was a part; or (iv) environmental protection, or the effect of any violation of these laws, ordinances or governmental regulations, except to the extent that a notice of the enforcement thereof or a notice of a defect, lien or encumbrance resulting from a violation or alleged violation affecting the land has been recorded in the public records at Date of Policy.
   (b) Any governmental police power not excluded by (a) above, except to the extent that a notice of the exercise thereof or a notice of a defect, lien or encumbrance resulting from a violation or alleged violation affecting the land has been recorded in the public records at Date of Policy.
2. Rights of eminent domain unless notice of the exercise thereof has been recorded in the public records at Date of Policy, but not excluding from coverage any taking which has occurred prior to Date of Policy which would be binding on the rights of a purchaser for value without knowledge.
3. Defects, liens, encumbrances, adverse claims or other matters:
   (a) created, suffered, assumed or agreed to by the insured claimant;
   (b) not known to the Company, not recorded in the public records at Date of Policy, but known to the insured claimant and not disclosed in writing to the Company by the insured claimant prior to the date the insured claimant became an insured under this policy;
   (c) resulting in no loss or damage to the insured claimant;
   (d) attaching or created subsequent to date of policy (except to the extent that this policy insures the priority of the lien of the insured mortgage over any statutory lien for services, labor or material or to the extent insurance is afforded herein as to assessments for street improvements under construction or completed at date of policy); or
   (e) resulting in loss or damage which would not have been sustained if the insured claimant had paid value for the insured mortgage.
4. Unenforceability of the lien of the insured mortgage because of the inability or failure of the insured at Date of Policy, or the inability or failure of any subsequent owner of the indebtedness, to comply with applicable doing business laws of the state in which the land is situated.
5. Invalidity or unenforceability of the lien of the insured mortgage, or claim thereof, which arises out of the transaction evidenced by the insured mortgage and is based upon usury or any consumer credit protection or truth in lending law.
6. Any statutory lien for services, labor or materials (or the claim of priority of any statutory lien for services, labor or materials over the lien of the insured mortgage) arising from an improvement or work related to the land which is contracted for and commenced subsequent to Date of Policy and is not financed in whole or in part by proceeds of the indebtedness secured by the insured mortgage which at Date of Policy the insured has advanced or is obligated to advance.
7. Any claim, which arises out of the transaction creating the interest of the mortgagee insured by this policy, by reason of the operation of federal bankruptcy, state insolvency, or similar creditors' rights laws, that is based on:
   (i) the transaction creating the interest of the insured mortgagee being deemed a fraudulent conveyance or fraudulent transfer; or
   (ii) the subordination of the interest of the insured mortgagee as a result of the application of the doctrine or equitable subordination; or
   (iii) the transaction creating the interest of the insured mortgagee being deemed a preferential transfer except where the preferential transfer results from the failure: (a) to timely record the instrument of transfer; or (b) of such recordation to impart notice to a purchaser for value or a judgement or lien creditor.

AMERICAN LAND TITLE ASSOCIATION OWNER'S POLICY (10-17-92) &
AMERICAN LAND TITLE ASSOCIATION LEASEHOLD OWNER'S POLICY (10-17-92)
EXCLUSIONS FROM COVERAGE

The following matters are expressly excluded from the coverage of this policy and the Company will not pay loss or damage, costs, attorneys' fees or expenses which arise by reason of:

1. (a) Any law, ordinance or governmental regulation (including but not limited to building and zoning laws, ordinances, or regulations) restricting, regulating, prohibiting or relating to (i) the occupancy, use, or enjoyment of the land; (ii) the character, dimensions or location of any improvement now or hereafter erected on the land; (iii) a separation in ownership or a change in the dimensions or area of the land or any parcel of which the land is or was a part; or (iv) environmental protection, or the effect of any violation of these laws, ordinances or governmental regulations, except to the extent that a notice of the enforcement thereof or a notice of a defect, lien or encumbrance resulting from a violation or alleged violation affecting the land has been recorded in the public records at Date of Policy.
   (b) Any governmental police power not excluded by (a) above, except to the extent that a notice of the exercise thereof or a notice of a defect, lien or encumbrance resulting from a violation or alleged violation affecting the land has been recorded in the public records at Date of Policy.
2. Rights of eminent domain unless notice of the exercise thereof has been recorded in the public records at Date of Policy, but not excluding from coverage any taking which has occurred prior to Date of Policy which would be binding on the rights of a purchaser for value without knowledge.
3. Defects, liens, encumbrances, adverse claims or other matters:
   (a) created, suffered, assumed or agreed to by the insured claimant;
   (b) not known to the Company, not recorded in the public records at Date of Policy, but known to the insured claimant and not disclosed in writing to the Company by the insured claimant prior to the date the insured claimant became an insured under this policy;
   (c) resulting in no loss or damage to the insured claimant;
   (d) attaching or created subsequent to Date of Policy; or
   (e) resulting in loss or damage which would not have been sustained if the insured claimant had paid value for the estate or interest insured by this policy.
4. Any claim, which arises out of the transaction vesting in the insured the estate or interest insured by this policy, by reason of the operation of federal bankruptcy, state insolvency, or similar creditors' rights laws, that is based on:
   (i) the transaction creating the estate or interest insured by this policy being deemed a fraudulent conveyance or fraudulent transfer; or
   (ii) the transaction creating the estate or interest insured by this policy being deemed a preferential transfer except where the preferential transfer results from the failure: (a) to timely record the instrument of transfer; or (b) of such recordation to impart notice to a purchaser for value or a judgement or lien creditor.

The above policy forms may be issued to afford either Standard Coverage or Extended Coverage. In addition to the above Exclusions from Coverage, the Exceptions from Coverage in a Standard Coverage Policy will also include the following General Instructions:
SCHEDULE B - EXCEPTIONS FROM COVERAGE

This policy does not insure against loss or damage (and the Company will not pay costs, attorneys' fees or expenses) which arise by reason of:

1. Taxes or assessments which are not shown as existing liens by the records of any taxing authority that levies taxes or assessments on real property or by the public records.
   Proceedings by a public agency which may result in taxes or assessments, or notices of such proceedings, whether or not shown by the records of such agency or by the public records.
2. Any facts, rights, interests or claims which are not shown by the public records but which could be ascertained by an inspection of the land or by making inquiry of persons in possession thereof.
3. Easements, liens or encumbrances, or claims thereof, which are not shown by the public records.
4. Discrepancies, conflicts in boundary lines, shortage in area, encroachments, or any other facts which a correct survey would disclose, and which are not shown by the public records.
5. (a) Unpatented mining claims; (b) reservations or exceptions in patents or in Acts authorizing the issuance thereof; (c) water rights, claims or title to water, whether or not the matters excepted under (a), (b) or (c) are shown by the public records.   Page 2 of 2 pages

Exhibit 1-00158

## Roripaugh Ranch
### Sources & Uses / Project Budget

| | | | | | | |
|---|---|---|---|---|---|---|
| 200 | Refinance Existing Senior Debt | $37,087,038 | $0 | $37,087,038 | $37,087,038 | $0 |
| **Hard Cost** | | | | | | |
| | Phase 1 | | $1,800,000 | $1,800,000 | $0 | |
| | Phase 1 ; B o W Payoff | | $7,623,405 | $7,623,400 | $0 | |
| 400 | Phase 2 and Creek Slope | $9,600,000 | $3,778,552 | $13,378,552 | $10,268,186 | $3,109,364 |
| 500 | PA 30 Mega Rec Center | $6,400,000 | $639,553 | $7,039,553 | $23,504 | $7,016,049 |
| 600 | School Frontage | $230,000 | -$230,000 | $0 | $0 | $0 |
| 700 | Project Walls | $1,300,000 | $0 | $1,300,000 | $0 | $1,300,000 |
| 800 | Ped. Bridge Long Valley Channel | $500,000 | $0 | $500,000 | $0 | $550,000 |
| 900 | N & S Loop Road w/ Bridge | $6,200,000 | $4,248,937 | $10,448,937 | $2,111,422 | $8,337,515 |
| 1000 | Multi-Use Trail (Native Soil) | $200,000 | $0 | $200,000 | $117,000 | $83,000 |
| 1100 | Mitigation | $900,000 | $0 | $900,000 | $371,356 | $528,644 |
| 1200 | Monumentation | $300,000 | $0 | $300,000 | $0 | $300,000 |
| 1300 | Gated Entries (PA 30 & 21/27) | $800,000 | $0 | $800,000 | -$200,000 | $1,000,000 |
| 1400 | Sec Gated Entries (PA 14/15/16) | $200,000 | $0 | $200,000 | $200,000 | $0 |
| 1500 | Habitat Fencing | $300,000 | $0 | $300,000 | $0 | $300,000 |
| 1600 | Utility Connections | $1,100,500 | $400,000 | $1,500,000 | $537,910 | $962,090 |
| 1700 | Offsite Intersections | $198,850 | $0 | $198,850 | $198,850 | $0 |
| | **Total Non CFD** | $28,228,950 | $19,200,447 | $48,429,397 | $13,628,336 | $22,850,067 |
| 1800 | CFD MHSR | $3,200,000 | $1,077,643 | $4,277,643 | $2,814,020 | $1,463,623 |
| 1900 | CFD BFSR w/in Tract Boundary | $19,700,000 | $4,829,960 | $24,529,980 | $10,442,324 | $14,087,636 |
| 2100 | CFD Nicolas Road | $9,580,575 | $2,077,306 | $11,657,881 | $839,323 | $10,878,558 |
| 2400 | CFD Calle Chapos | $175,000 | $162,209 | $337,209 | $41,098 | $296,111 |
| 2500 | CFD Fire Station | $1,200,000 | $0 | $1,200,000 | $1,200,000 | $0 |
| 2600 | CFD Sports Park | $5,600,000 | $1,800,000 | $7,400,000 | $653,828 | $6,746,172 |
| 2700 | CFD Environmental Mitigation | $1,000,000 | $2,669,553 | $3,669,553 | $243,000 | $3,426,553 |
| 2800 | CFD Neighborhood Park | $1,200,000 | $745,973 | $1,945,973 | $916,002 | $1,029,971 |
| 2900 | CFD Long Valley Channel | $7,600,000 | $473,903 | $8,073,903 | $2,417,101 | $5,656,802 |
| 3000 | CFD Santa Gertrudis Creek | $3,000,000 | -$458,805 | $2,541,195 | $1,293,635 | $1,247,560 |
| 3100 | CFD North Loop Road | $2,100,000 | -$1,646,202 | $453,798 | -$862,871 | $1,316,669 |
| 3200 | CFD South Loop Road | $800,000 | -$456,158 | $3131,844 | -$215,680 | $347,524 |
| 3300 | CFD Roripaugh Valley Rd (A Str) | $1,700,000 | -$385,435 | $1,314,965 | $1,190,521 | $124,044 |
| 3400 | CFD Fiesta Ranch Road (B Str) | $1,100,000 | -$339,187 | $780,813 | $870,618 | $90,195 |
| | **Total CFD** | $57,796,575 | $10,568,762 | $66,304,237 | $21,542,918 | $46,661,418 |
| | **Total Hard Cost Expenses** | $85,834,525 | $28,769,209 | $114,793,734 | $35,272,242 | $79,521,435 |
| **SOFT COSTS** | | | | | | |
| 3500 | Engineering Fees | $2,848,527 | $951,473 | $3,360,877 | $2,094,022 | $1,166,855 |
| 3600 | Environmental Fees | $350,000 | $0 | $350,000 | $350,000 | $0 |
| 3700 | Payoff AD 181 | $92,453 | $0 | $92,453 | $92,453 | $0 |
| 3800 | Builders Capital Fee | $250,000 | $0 | $250,000 | $250,000 | $0 |
| 4000 | Fees, Bonds & Permits | $2,944,027 | $299,973 | $3,244,000 | $2,987,606 | $256,394 |
| 4100 | Taxes & Insurance | $3,346,000 | $2,732,632 | $6,078,632 | $1,844,032 | $4,234,600 |
| 4200 | Constr. Mngmnt/GAdmin | $1,245,482 | $3,154,518 | $4,400,000 | $1,157,815 | $3,242,285 |
| 4300 | Contingency | $806,464 | $0 | $806,464 | $806,464 | $0 |
| 4700 | Inspections | $8,000 | $0 | $8,000 | $0 | $8,000 |
| 4900 | DSB Debt Service Reserve | $11,477,485 | $9,358,000 | $20,835,485 | $9,915,485 | $10,920,000 |
| | Bridge Financing Costs | | | $20,000,000 | $0 | $20,000,000 |
| | **Total Soft Cost Expenses** | $23,368,437 | $38,496,598 | $39,325,710 | $19,477,876 | $39,848,034 |
| | **TOTALS** | $146,450,000 | $85,295,805 | $211,206,482 | $51,838,883 | $119,369,919 |

Current Sales Revenue (Retail)

| | Totals |
|---|---|
| Phase 1: DR Horton Closing | $ 9,807,705.00 |
| KB Option (Overall) 10% discount no participation | $ 224,906,200.00 |
| KB Option (PA 12) | $ 4,411,380.00 |
| Commercial Site (PA 11) | $ 6,634,000.00 |
| (12) Acres Elementary School | $ 11,586,400.00 |
| (20) Acres Middle School | $ 18,477,333.00 |
| CFD Reimbursements (Balance) | $ 40,103,002.00 |
| Subtotal | $ 313,750,020.00 |
| Total Phase 1 & 2 Completion Costs | $ 211,206,402.42 |

| Total Phase 1 & 2 Completion Costs | Totals |
|---|---|
| Total Phase 1 & 2 Completion Costs | $211,206,402 |
| CFD Acquisition Funds | -$40,105,002 |
| Bridge Financing | $23,440,000 |
| Payoff of DR Horton | -$9,807,705 |
| New AmTrust Credit Facility Cap | $187,910,775 |
| Existing AmTrust Credit Facility Cap | -$106,500,000 |
| AmTrust Cap Increase | $81,410,775 |

Overall LTV    87.11%

09/26/2007

Exhibit 1-00159



Description: Riverside, CA Assessor Map 964.18.Page: 1 of 1
Order: JAYJAY Comment:

Exhibit 1-00160

2005-0323149
DECLARATION

IN THE CITY OF TEMECULA, COUNTY OF RIVERSIDE, STATE OF CALIFORNIA

# TRACT NO. 29353

BEING A SUBDIVISION OF A PORTION OF FRACTIONAL SECTION 21, TOWNSHIP 7 SOUTH, RANGE 2 WEST, S.B.M.

DAVID EVANS AND ASSOCIATES, INC. ONTARIO, CA
JANUARY 2006

## OWNER'S STATEMENT

## RECORDER'S STATEMENT

## TAX BOND CERTIFICATE

## CITY CLERK'S STATEMENT

## TAX COLLECTOR'S CERTIFICATE

## CITY ENGINEER'S STATEMENT

## NOTICE OF ELECTION BY LAND DIVIDER TO DEFER PAYMENT OF DRAINAGE FEES

## SURVEYOR'S STATEMENT

## BENEFICIARY:

## SOILS REPORT

## BENEFICIARY:

## BENEFICIARY:

SECTION 21, TOWNSHIP 7 SOUTH, RANGE 2 WEST

Description: Riverside, CA Tract Map 401.89 Page: 1 of 8
Order: jayjay Comment:

Exhibit 1-00161



Description: Riverside, CA Tract Map 401.89 Page: 2 of 8
Order: jayjay Comment:

Exhibit 1-00162



Description: Riverside,CA Tract Map 401.89 Page: 3 of 8
Order: Jayjay Comment:

Exhibit 1-00163



Description: Riverside, CA Tract Map 401.89 Page: 4 of 8
Order: jayjay Comment:

Exhibit 1-00164



Description: Riverside, CA Tract Map 401.89 Page: 5 of 8
Order: jayjay Comment:

Exhibit 1-00165



Description: Riverside, CA Tract Map 401.89 Page: 6 of 8
Order: jayjay Comment:

Exhibit 1-00166



Description: Riverside,CA Tract Map 401.89 Page: 7 of 8
Order: Jayjay Comment:

Exhibit 1-00167



Description: Riverside,CA Tract Map 401.89 Page: 8 of 8
Order: Jayjay Comment:

Exhibit 1-00168



Exhibit 1-00169



TENTATIVE TRACT NO. 29368
City of Temecula
PA 16, 17, 18

Exhibit 1-00170



TENTATIVE TRACT MAP NO. 29367
PA 19
City of Temecula

Exhibit 1-00171



Exhibit 1-00172



Exhibit 1-00173



TENTATIVE TRACT MAP NO. 30768
CITY OF TEMECULA
PA 23 & 24

Exhibit 1-00174



Exhibit 1-00175

## LAND SALE 1



### PROPERTY DATA

| | |
|---|---|
| Identification: | Roripaugh Ranch, Phase I (Planning Area 4A) |
| Location: | Murrieta Hot Springs Road, E of Pourroy Road, Temecula |
| Map Grid: | 929-D/6 |
| Legal Description: | Tract 29661-4 |
| APNs: | 957-730-008 thru 011; 957-731-001 thru 013; 957-732-011 thru 020; 957-733-007 thru 016; 957-733-018 thru 028; 957-740-001 thru 011; 957-741-001 thru 022; 957-742-001 thru 012 & 957-743-001 thru 007 |
| Number of Lots: | 100 |
| Lot Size: | 5,000 SF minimum |
| Condition: | Nearly finished w/ recorded map |
| Views: | Minor |
| Taxes: | 2.0% effective tax rate (projected) |

### SALE DATA

| | |
|---|---|
| Recording Date: | April 17, 2008 |
| Sale Price: | $6,000,000 |
| Sale Price/Lot: | $60,000 |
| Finishing Cost/Lot: | $31,376 |
| Approx. Finished Lot Cost: | $91,376 |
| Buyer: | HRA Roripaugh 2 LLC |
| Seller: | Vineyard Bank |
| Terms: | All cash |
| Document No.: | 2008-192480 |
| Prior Sales (3 years): | Purchased by Tanamera Homes in June 2005 for $18,625,000. Vineyard Bank acquired through foreclosure in June 2007 |
| Source: | Seller, appraisal files, and public records |

Exhibit 1-00176

_Michael Frauenthal & Associates, Inc._                 _Appraisal of Tract 30808-1, Winchester Ranch, Winchester, CA_

## : *LAND SALE 2*



**PROPERTY DATA**

| | |
|---|---|
| Identification: | Roripaugh Ranch, Phase I (Planning Area 3) |
| Location: | Murrieta Hot Springs Road at Pourroy Road, Temecula |
| Map Grid: | 929-D/6 |
| Legal Description: | Tract 29661-3 |
| APNs: | 957-720-004 thru 014; 957-721-001 thru 022; 957-722-014 thru 030; 957-723-002 thru 029; 957-730-001 thru 007; 957-732-001 thru 010 & 957-733-001 thru 006 |
| Number of Lots: | 99 |
| Lot Size: | 5,000 SF minimum |
| Condition: | Nearly finished w/ recorded map |
| Views: | Minor |
| Taxes: | 2.0% effective tax rate (projected) |

**SALE DATA**

| | |
|---|---|
| Recording Date: | May 7, 2008 |
| Sale Price: | $6,000,000 |
| Sale Price/Lot: | $60,000 |
| Finishing Cost/Lot: | $31,376 |
| Approx. Finished Lot Cost: | $91,376 |
| Buyer: | HRA Roripaugh 1 LLC |
| Seller: | Vineyard Bank |
| Terms: | All cash |
| Document No.: | 2008-192480 |
| Prior Sales (3 years): | Purchased by Tanamera Homes in December 2005 for $18,340,000. Vineyard Bank acquired through foreclosure in _____ 2007 |
| Source: | Seller, appraisal files, and public records |

Exhibit 1-00177

## LAND SALE 3



### PROPERTY DATA

| | |
|---|---|
| Identification: | Terra Bella (McKinley Capital) |
| Location: | SWC Craig & Palomar, Menifee |
| Map Grid: | 868-F/5 |
| Legal Description: | Tract 28206-3 |
| APNs: | 372-050-032 |
| Number of Lots: | 64 |
| Lot Size: | 7,200 SF minimum |
| Condition: | Blue-topped lots plus wet utilities w/ final map |
| Views: | Minor |
| Taxes: | 2.0% effective tax rate (projected) |

### SALE DATA

| | |
|---|---|
| Recording Date: | April 11, 2008 |
| Sale Price: | $1,792,000 |
| Sale Price/Lot: | $28,000 |
| Finishing Cost/Lot: | $45,000* |
| Approx. Finished Lot Cost: | $73,000* |
| Buyer: | McKinley Capital Partners LLC |
| Seller: | Garbani 2005 LLC (Granite Homes) |
| Terms: | All cash |
| Document No.: | 2008-180870 |
| Prior Sales (3 years): | Part of 80-acre site Granite purchased in June 2005 for reported $23.5 million. |
| Source: | Broker, appraisal files, and public records |

*Assumes $25,000 per lot in CFD credits/reimbursements.

Exhibit 1–00178

*Michael Frauenthal & Associates, Inc.*                    *Appraisal of Tract 30808-1, Winchester Ranch, Winchester, CA*

## LAND SALE 4



### PROPERTY DATA

| | |
|---|---|
| Identification: | Terra Bella (Watt Communities) |
| Location: | NWC Garbani & Palomar, Menifee |
| Map Grid: | 868-F/5 |
| Legal Description: | Tract 28206-1 & -F |
| APNs: | 372-050-033 |
| Number of Lots: | 128 |
| Lot Size: | 7,200 SF minimum |
| Condition: | Blue-topped lots plus wet utilities w/ final map |
| Views: | Minor |
| Taxes: | 2.0% effective tax rate (projected) |

### SALE DATA

| | |
|---|---|
| Recording Date: | March 21, 2008 |
| Sale Price: | $3,584,000 |
| Sale Price/Lot: | $28,000 |
| Finishing Cost/Lot: | $45,000* |
| Approx. Finished Lot Cost: | $73,000* |
| Buyer: | Watt Communities LLC |
| Seller: | Garbani 2005 LLC (Granite Homes) |
| Terms: | All cash |
| Document No.: | 2008-139797 |
| Prior Sales (3 years): | Part of 80-acre site Granite purchased in June 2005 for reported $23.5 million. |
| Source: | Broker, appraisal files, and public records |

*Assumes $25,000 per lot in CFD credits/reimbursements.

Exhibit 1-00179

_Michael Frauenthal & Associates, Inc._                    _Appraisal of Tract 30808-1, Winchester Ranch, Winchester, CA_

## LAND SALE 5



### PROPERTY DATA
Identification:              Savannah
Location:                   NW/O Eucalyptus & Nason Avenues, Moreno Valley,
Map Grid:                   718-A,B/
Legal Description:          Tract 27251
APNs:                       487-260-006; 487-320-001 thru 014; 487-321-001 thru 032; 487-340-
                            001 thru 020; 487-340-001 thru 023; 487-342-001 thru 005 & 487-343-
                            001 thru 011
Number of Lots:             184
Lot Size:                   7,200 SF minimum
Condition:                  70 finished lots, 28 lots finished except streets, and 86 graded lots
Views/Taxes:                Minor/1.8 % effective tax rate (projected)

### SALE DATA
Recording Date:             January 3, 2008
Sale Price:                 $3,500,000
Sale Price/Lot:             $19,022
Finishing Cost/Lot:         $69,500
Approx. Finished Lot Cost:  $89,000
Buyer:                      WSI Lincoln Property Holdings, LLC (Richland Communities)
Seller:                     Richmond American Homes
Terms:                      All cash
Document No.:               2008-0000305
Prior Sales (3 years):      N/A
Source:                     John Schafer, for buyer (lot condition and sale price), and Lindsay
                            Marrone, broker (finishing costs)

Exhibit 1-00180

## LAND SALE 6



### PROPERTY DATA

| | |
|---|---|
| Identification: | Winchester Ridge |
| Location: | SWC Leon and Newport/Domenigoni, Winchester |
| Map Grid: | 869-B/1 |
| Legal Description: | Tract 31892 |
| APNs: | 461-170-006 & 007 |
| Number of Lots: | 379 |
| Lot Size: | 7,200 SF minimum |
| Condition: | Blue-topped w/ final map |
| Views: | Minor |
| Taxes: | 2.0% effective tax rate (projected) |

### SALE DATA

| | |
|---|---|
| Recording Date: | November 29, 2007 |
| Sale Price: | $10,500,000 |
| Sale Price/Lot: | $27,704 |
| Finishing Cost/Lot: | $60,000 |
| Approx. Finished Lot Cost: | $88,000 |
| Buyer: | Bluestone Communities |
| Seller: | Lennar Homes of California Inc. |
| Terms: | All cash |
| Document No.: | 2007-718674 |
| Prior Sales (3 years): | Bluestone sold the paper lots to Lennar in 2 phases closing in July 2005 and June 2006 for a total of $31,599,883. Lennar blue-topped the lots, decided against proceeding with the development, and resold them to Bluestone for 1/3 of the original price. |
| Source: | Buyer |

Exhibit 1-00181

_Michael Frauenthal & Associates, Inc._                                  _Appraisal of Roripaugh Ranch, Phase II, Temecula, CA_

## *LAND SALE 7*



**PROPERTY DATA**

| | |
|---|---|
| Identification: | |
| Location: | Mockingbird Canyon Road at Mariposa Avenue, Riverside, CA |
| Map Grid: | 745-G/6 |
| Legal Description: | Tract 22100 |
| APNs: | 273-520-001 thru 021; 273-580-001 thru 008; 273-580-010 thru 023; 273-580-025 thru 043; 273-580-045 thru 052; 273-590-001 thru 005 & 273-590-007 thru 043 |
| Number of Lots: | 131 |
| Lot Size: | 43,560 SF minimum |
| Condition: | Unimproved w/recorded map |
| Views: | Minor |
| Taxes: | 1.1% effective tax rate (projected) |

**SALE DATA**

| | |
|---|---|
| Recording Date: | February 2006 |
| Sale Price: | N/Av |
| Sale Price/Lot: | N/Av |
| Finishing Cost/Lot: | N/Av |
| Approx. Finished Lot Cost: | $335,000 |
| Buyer: | KB Home |
| Seller: | Scott Lissoy |
| Terms: | All cash |
| Document No.: | Not available |
| Prior Sales (3 years): | N/A |
| Source: | Confidential |

Exhibit 1-00182

*Michael Frauenthal & Associates, Inc.*                    *Appraisal of Roripaugh Ranch, Phase II, Temecula, CA*

## LAND SALE 8



### PROPERTY DATA

| | |
|---|---|
| Identification: | |
| Location: | NEC of Mapes Road & Trade Winds Drive, Romoland, CA |
| Map Grid: | 808-E/6 |
| Legal Description: | Tract 31687 |
| APNs: | 327-340-017 & 018 |
| Number of Lots: | 65 |
| Lot Size: | 21,780 SF minimum |
| Condition: | Unimproved w/tentative tract map |
| Views: | None |
| Taxes: | 1.1 % effective tax rate (projected) |

### SALE DATA

| | |
|---|---|
| Recording Date: | June 9, 2006 |
| Sale Price: | $4,411,250 |
| Sale Price/Lot: | $67,865 |
| Finishing Cost/Lot: | $160,642 |
| Approx. Finished Lot Cost: | $228,507 |
| Buyer: | Trade Winds 65 (Griffin Communities) |
| Seller: | Mapes 40, LLC |
| Terms: | All cash |
| Document No.: | 06-418433 |
| Prior Sales (3 years): | N/A |
| Source: | Confidential |

Exhibit 1–00183

Michael Frauenthal & Associates, Inc.                    Appraisal of Roripaugh Ranch, Phase II, Temecula, CA

## *LAND SALE 9*



### *PROPERTY DATA*
Identification:
Location:                                NEC of State Street & Newport Road, Hemet, CA
Map Grid:                                838-H/6
Legal Description:                       Tract 32717
APNs:                                    454-430-001 thru 010; 454-430-013 thru 016; 454-431-001 thru 006;
                                         454-440-001 thru 015; 454-440-017 thru 021 & 454-441-001 thru 005
Number of Lots:                          44
Lot Size:                                20,000 SF minimum
Condition:                               Blue-topped w/recorded map
Views:                                   Minor
Taxes:                                   1.8% effective tax rate (projected)

### *SALE DATA*
Recording Date:                          January 2006
Sale Price:                              N/Av
Sale Price/Lot:                          N/Av
Finishing Cost/Lot:                      N/Av
Approx. Finished Lot Cost:               $165,000
Buyer:                                   Lennar Homes Home
Seller:                                  SunCal
Terms:                                   All cash
Document No.:                            Not Available
Prior Sales (3 years):                   ·N/A
Source:                                  Confidential

Exhibit 1-00184

*Michael Frauenthal & Associates; Inc.*                    *Appraisal of Roripaugh Ranch, Phase II, Temecula, CA*

### COMPARABLE PROJECT PHOTOGRAPHS



*Comparable Project 1 – Charleston, Harveston*



*Comparable Project 2 – Stratford, Redhawk*

Exhibit 1—00185

*Michael Frauenthal & Associates, Inc.*                    *Appraisal of Roripaugh Ranch, Phase II, Temecula, CA*

## COMPARABLE PROJECT PHOTOGRAPHS



*Comparable Project 3 – Cottonwood, Wolf Creek*



*Comparable Project 4 – Hemmingway, Redhawk*

Exhibit 1-00186

*Michael Frauenthal & Associates, Inc.*　　　　　　*Appraisal of Roripaugh Ranch, Phase II, Temecula, CA*

## COMPARABLE PROJECT PHOTOGRAPHS



*Comparable Project 5 – Sycamore, Wolf Creek*



*Comparable Project 6 – Ironwood, Wolf Creek*

Exhibit 1-00187

*Michael Frauenthal & Associates, Inc.*                    *Appraisal of Roripaugh Ranch, Phase II, Temecula, CA*

## COMPARABLE PROJECT PHOTOGRAPHS



*Comparable Project 7 — Stonebriar, Wolf Creek*



*Comparable Project 8 — Ruffino, Morgan Hill*

Exhibit 1—00188

*Michael Frauenthal & Associates, Inc.*　　　：　　　　*Appraisal of Roripaugh Ranch, Phase II, Temecula, CA*

## COMPARABLE PROJECT PHOTOGRAPHS



*Comparable Project 9 – Valdemosa, Temecula*



*Comparable Project 10 – Redwood, Wolf Creek*

Exhibit 1-00189

*Michael Frauenthal & Associates, Inc.*                    *Appraisal of Roripaugh Ranch, Phase II, Temecula, CA*

## COMPARABLE PROJECT PHOTOGRAPHS



*Comparable Project 11 – The Ranches II, Wildomar*



*Comparable Project 12 – Gallery Oaks, Menifee*

Exhibit 1-00190

*Michael Frauenthal & Associates, Inc.*                    *Appraisal of Roripaugh Ranch, Phase II, Temecula, CA*

### COMPARABLE PROJECT PHOTOGRAPHS



*Comparable Project 13 – Calder Ranch, Menifee*

Exhibit 1-00191

*Michael Frauenthal & Associates, Inc.*          *Appraisal of Roripaugh Ranch, Phase II, Temecula, CA*

## *CERTIFICATION*

We, certify that, to the best of our knowledge and belief:

1. The statements of fact contained in this report are true and correct.

2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are our personal, impartial, and unbiased professional analyses, opinions, and conclusions.

3. We have no present or prospective interest in the property that is the subject of this report, and we have no personal interest or bias with respect to the parties involved.

4. We have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

5. Our engagement in this assignment was not contingent upon developing or reporting pre-determined results.

6. Our compensation is not contingent upon the development or reporting of a pre-determined value or direction in value that favors that cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

7. Our analyses, opinions, and conclusions were developed, and this report has been prepared in conformity with the Uniform Standards of Professional Appraisal Practice.

8. Michael F. Frauenthal and Nick Walker have made a personal inspection of the property that is the subject of this report.

9. No one provided significant professional assistance to the persons signing this report.

10. We certify that the use of this report is subject to the requirements of the Appraisal Institute relating to the review by its duly authorized representatives.

11. As of the date of this report, Michael F. Frauenthal has completed the requirements of the continuing education program of the Appraisal Institute.

12. The appraisal assignment was not based on a minimum valuation, a specific valuation, or the approval of a loan.

13. The reported analyses, opinions and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute.

Respectfully,

Michael F. Frauenthal, MAI          Nick Walker, Associate
California State Cert. No. AG002952      California State Cert. No. AG008430

Exhibit 1-00192

### PROFESSIONAL QUALIFICATIONS
### OF
### MICHAEL F. FRAUENTHAL, MAI

TITLE:                      President/Appraiser
                            Michael Frauenthal & Associates, Inc.

EMPLOYMENT:
    1984 - 1985            American Diversified Savings Bank
                            Costa Mesa, California
                            Southwest Regional Appraisal Manager

    1982 - 1984            Charles Dunn Company
                            Los Angeles, California
                            Appraiser

    1976 - 1982            Harold Davidson & Associates, Inc.
                            Los Angeles, California
                            Appraiser/Director of Acquisitions

EDUCATION:                  University of Southern California, Los Angeles, California, 1972-1976,
                            B.S. - Business/Real Estate Finance

                            AIREA Courses successfully completed: 1A-1, 1A-2, 1B-1, 1B-2, 1B-3 -
                            Ethics, Residential Valuation, Rural Valuation, Case Studies, Report
                            Writing, Investment Analysis, Litigation Valuation, Highest and Best
                            Use/Market Analysis (520) and Comprehensive Examination

                            AIREA Seminars attended include: Commercial Demonstration Report
                            Writing, Real Estate Feasibility and Market Analysis, Subdivision

                            Society of Real Estate Appraisers
                            Courses Completed: 101, 102, 201, and 202

                            Additional Real Estate Education: Marshall Valuation Service --
                            Residential and Commercial Cost Handbook and Computer Seminars.
                            R41-C and the Appraiser, Standards of Professional Practice.
                            University of California at Los Angeles Real Estate Investment Analysis,
                            Real Estate Syndication

ALLIED REAL ESTATE
EXPERIENCE:                 Thirty-two (32) years in all phases of Real Estate Appraisal

TYPE OF PROPERTIES
APPRAISED:
                            Commercial: Neighborhood and convenience shopping centers, high-rise
                            office buildings, garden-office building, retail store buildings, gasoline
                            service stations, etc.

                            Industrial: Warehouse manufacturing plants, mini-storage facilities, loft
                            buildings, etc.

Exhibit 1-00193

*Professional Qualifications:*
*MICHAEL F. FRAUENTHAL, MAI*
·Page Two

Residential: Apartment houses, condominiums, master planned communities, residential subdivisions, single-family dwellings, motels, mobile home parks, etc.

Vacant Land: Residential, commercial, industrial and agricultural sites

Special Purposes: Convalescent hospitals, churches, regional entertainment facility, agricultural site, etc.

Expert Witness: Orange, Los Angeles, Riverside, San Diego, Santa Barbara and San Bernardino Counties

CERTIFICATION:               State of California, CERTIFIED GENERAL REAL ESTATE
                             State of Nevada, CERTIFIED GENERAL REAL ESTATE APPRAISER
                             LICENSE NUMBER: 01516

LICENSE:                     Real Estate Broker, State of California (1978-1986)

PROFESSIONAL
·ORGANIZATIONS:              Appraisal Institute
                             Southern California Chapter Regional Representative, 1999-2000
                                     Orange County Branch Chapter - Chairman, 1999
                                     Orange County Chapter, Director, 1991-92
                                     Chairman, Admissions Committee, 1991-93
                                     Chapter Officer - Treasurer, 1994
                                     Regional Ethics and Counseling Panel

                             American Institute of Real Estate Appraisers
                                     Designation MAI - MAI Member Number 7093
                                     Member Admissions Committee 1987-90

                             Society of Real Estate Appraisers
                                     Designation SRPA
                                     Member, Ethics Committee, Chapter 132
                                     Chapter Director 1986-87, 1987-88
                                     Admissions Committee - 1989-1991
                                     Scholarship Committee Chair - 1986

PROFESSIONAL
MEMBERSHIPS:                 Building Industry Association
                             Orange County Association of Mortgage Professionals
                             Real Estate Research Council of Southern California

LICENSED SPREADSHEET
SOFTWARE:                    DynaLease, ProJect, Lotus

Exhibit 1-00194

*Michael Frauenthal & Associates, Inc.*          *Appraisal of Roripaugh Ranch, Phase II, Temecula, CA*

## PROFESSIONAL QUALIFICATIONS
## OF
## NICK WALKER

**TITLE:**            Independent Appraiser/Consultant

**EMPLOYMENT:**

1983 - 1986         Johnsen's Appraisal Services: Appraiser
Appraisal of single-family residences and small multi-family properties.

1986 - 1991         First Fidelity Thrift & Loan: Chief Appraiser
Responsible for the operation of a three office commercial and residential appraisal department.

1991 - 1992         Omega Appraisals: Senior Appraiser
Tasks include appraisal of commercial and residential properties in the Southern California area.

**EDUCATION:**        Cal State, Long Beach, California,
B.S. - Business Administration 1992

**RELATED COURSE WORK:**

Principles of Real Estate (CSULB); Basic Valuation (CSULB); Valuation of Income Producing Properties (CSULB); Real Estate Finance (CSULB); Introduction of Appraising Real Property (SREA); Applied Residential Property Valuation (SREA); Principles of Income Property Appraising (SREA); Investment Principles (CSULB); Business Finance (CSULB); Seminar - Inspection of a Single Family Residences (SREA); Seminar - Demonstration Report Writing (SREA); Seminar - Anatomy of a Single Family Residence (NARA); Seminar - Appraisal of Small Commercial Properties (NARA)

**CERTIFICATION:**     State of California, CERTIFIED GENERAL REAL ESTATE APPRAISER ID NUMBER: **AG008430**

**APPRAISAL EXPERIENCE:**

Work has includes single-family residences, multi-family residential projects, commercial and industrial, vacant land and special purpose property appraisals in Los Angeles, Orange, Riverside and San Bernardino Counties since 1983.

Exhibit 1-00195