WILLIAM W. HUCKINS, ESQ. (CA BAR NO. 201098)
JAMES A. TIMKO, ESQ. (CA BAR NO. 220140)
ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
1900 Main Street, Fifth Floor
Irvine, California 92614-7321
Phone: (949) 553-1313
Fax: (949) 553-8354
Email: whuckins@allenmatkins.com
       jtimko@allenmatkins.com

AMBRISH S. SIDHU, ESQ. (NEVADA BAR NO. 7516)
SIDHU LAW FIRM, LLC
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Phone: (702) 384-4436
Fax: (702) 384-4437
Email: asidhu@sidhulawfirm.com

Attorneys for Creditor
AMTRUST BANK

*E-Filed on 10/20/09*

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA, LAS VEGAS DIVISION

| | |
|---|---|
| In re<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>    Debtor. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>Chapter 11 |
| USA CAPITAL REALTY ADVISORS, LLC,<br><br>    Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725-LBR<br><br>**DECLARATION OF MICHAEL ATTIAS IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Date: November 13, 2009<br>Time: 9:30 a.m.<br>Place: Courtroom 1<br>       Foley Federal Building<br>       300 Las Vegas Blvd., South<br>       Las Vegas, Nevada |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>    Debtor. | |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>    Debtor. | |
| USA SECURITIES, LLC,<br><br>    Debtor. | |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

885217.01/OC

1  AFFECTS:
    ___  All Debtors
2    X   USA Commercial Mortgage Company
    ___  USA Capital Realty Advisors, LLC
3    ___ USA Capital Diversified Trust Deed Fund, LLC
4    ___ USA Securities, LLC.

I, Michael Attias, declare as follows:

1. I am the Senior Vice President of AmTrust Bank ("AmTrust") and am the person primarily responsible for overseeing AmTrust's loan operations with respect to its loan with Ashby USA, LLC ("Ashby").

2. I am personally knowledgeable concerning AmTrust's documents, books, and records (collectively, the "Records") regarding AmTrust's loan to Ashby and related transactions with Ashby. The electronic copies of Records referred to and/or attached as exhibits to this declaration are in AmTrust's possession, custody, or control. The Records were made by AmTrust in the ordinary and regular course of AmTrust's business at or near the time of the act, condition, or event of which they are a record, and made by persons who have a business duty to AmTrust to make such Records.

3. By virtue of my position as Senior Vice President of AmTrust, my responsibility for AmTrust's loan to Ashby, AmTrust's custodianship of the Records, and based upon my own personal knowledge, I have personal knowledge regarding AmTrust's transactions with Ashby and the Debtor,[1] and of the facts set forth in this declaration. If called as a witness in this matter, I could and would competently testify to the facts set forth below under oath.

A.  **The Loan Agreement and Notes**

4. AmTrust, which changed its name from Ohio Savings Bank, a federal savings bank, as lender, and Ashby, as borrower, are parties to a Loan Agreement dated as of August 29, 2005 (as modified, the "Loan Agreement"). A true and correct copy of the Loan Agreement is attached hereto as Exhibit "1". In connection with the Loan Agreement, Ashby executed two

---

[1] Terms that are not defined herein are as defined in AmTrust's Motion for Relief from the Automatic Stay filed concurrently herewith.

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

885217.01/OC

-2-

promissory notes in favor of AmTrust: (i) a Revolving Deed of Trust Note (Land Loan) (Roripaugh Ranch), dated as of August 29, 2005, in the amount of $106,500,000 (the "Revolving Note"); and (ii) a Deed of Trust Note (Letter of Credit), dated August 29, 2005 (the "LC Note," and collectively with the Revolving Note, the "Notes"). True and correct copies of the Notes are collectively attached hereto as Exhibit "2".

**B.    The Security Documents**

5.    To secure Ashby's obligations under the Loan Agreement and the Notes, Ashby executed, among other documents and instruments, the following documents in favor of AmTrust: (i) a Construction Deed of Trust, Assignment of Rents, Security Agreement and Fixture Filing, dated as of August 29, 2005, encumbering the Property (the "DOT"); (ii) an Assignment of Rents and Leases and Agreements Affecting Real Estate, dated as of August 29, 2005 (the "Assignment"); and (iii) a Security Agreement Pledge, dated as of August 29, 2005 (the "Pledge Agreement," and collectively with the DOT and the Assignment, the "Security Documents"). On September 2, 2005, the DOT and Assignment were recorded in the official records of the County of Riverside, California (the "Official Records"). True and correct copies of the recorded DOT, the recorded Assignment, and the Pledge Agreement are attached hereto as Exhibits "3", "4", and "5", respectively. A UCC-1 financing statement perfecting AmTrust's security interest granted under the Pledge Agreement was filed with the California Secretary of State's Office on September 26, 2005 (the "UCC-1"). A true and correct copy of the UCC-1 is attached hereto as Exhibit "6".

**C.    The Loan Modification**

6.    AmTrust and Ashby entered into that certain Modification Agreement (Land Loan and Unit Construction Revolving Loan) (Roripaugh Ranch), dated February 14, 2006 (the "Modification"). A true and correct copy of the Modification is attached hereto as Exhibit "7". In connection with the Modification, Ashby executed a Replacement Deed of Trust Note (Letter of Credit) (Roripaugh Ranch), dated February 14, 2006, in favor of AmTrust (the "Modification Note"). A true and correct copy of the Modification Note is attached hereto as Exhibit "8". To secure the obligations owed to AmTrust under the Modification and the Modification Note, Ashby

executed a Modification of Construction Deed of Trust and Assignment of Rents (Land Loan and Revolving Loan) (the "Modified DOT"), dated February 14, 2006. The Modified DOT was recorded in the Official Records on March 3, 2006. A true and correct copy of the Modified DOT is attached hereto as <u>Exhibit "9"</u>.

### D. The Loan Fully Matured in August 2007 and Remains Unpaid

7. Ashby defaulted under the Loan Agreement and Revolving Note on June 30, 2006, by failing to make certain principal payments. This default and others remain uncured.[2] Under the terms of the Revolving Note and Loan Agreement, the Revolving Note fully matured as of August 29, 2007. Ashby failed to pay off the amounts due and owing under the Loan Agreement and Revolving Note upon the maturity date. The full amount of the Revolving Note remains due and owing at present.[3] Further, AmTrust has made and continues to make payments for, among other things, taxes, insurance and erosion control in order to protect its interest in the Property.

8. As of October 20, 2009, Ashby currently owes AmTrust approximately $133,686,483.82 under the Revolving Note and Loan Agreement, and interest continues to accrue at a per diem rate of approximately $33,622.83.

### E. The Current Status of the Project

9. AmTrust obtained an Appraisal of the Project in June 2008. AmTrust has monitored the progress of the Project since its inception. As it currently stands, the Project is not in "blue-top" condition, and the Property has not been improved since AmTrust obtained the Appraisal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ___ day of October 2009, at Cleveland, Ohio.

_____
MICHAEL ATTIAS

---

[2] The loan defaults are documented in correspondence and notices between the parties. AmTrust reserves its rights with respect to any and all defaults under the Loan Agreement and related documents, and nothing herein should be construed as a waiver of such rights.

[3] The LC Note, as modified, has been satisfied.

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP