# EXHIBIT "9"

Recording Requested By
First American Title NHS

RECORDING REQUESTED BY AND
WHEN RECORDED RETURN TO:

Freeman, Freeman and Smiley, LLP
Attn: Jill M. Draffin
2 Park Plaza, Suite 1245
Irvine, California 92614



DOC # 2006-0157604
03/03/2006 08:00A Fee:31.00
Page 1 of 6
Recorded in Official Records
County of Riverside
Larry W. Ward
Assessor, County Clerk & Recorder

| M | S | U | PAGE | SIZE | DA | PCOR | NOCOR | SMF | MISC. |
|---|---|---|------|------|-----|------|-------|-----|-------|
| ✓ | ✓ |   |      |      |     |      |       |     |       |
| A | R | L |      |      | COPY | LONG | REFUND | NCHG | EXAM |

## MODIFICATION OF CONSTRUCTION DEED OF TRUST
## AND ASSIGNMENT OF RENTS
(Land Loan and Revolving Loan)
(Roripaugh Ranch)

31



DATE:            February 14, 2006

PARTIES:         Trustor:            ASHBY USA, LLC,
                                     a California limited liability company

                 Trustor Address:    c/o Fiesta Development
                                     470 East Harrison Street
                                     Corona, California 92879

                 Beneficiary:        OHIO SAVINGS BANK,
                                     a federal savings bank

                 Beneficiary Address: 200 Ohio Savings Plaza
                                     1801 East Ninth Street
                                     Cleveland, Ohio 44114

RECORDING
DATA:            Deed of Trust:      Construction Deed of Trust, Assignment of Rents,
                                     Security Agreement and Fixture Filing (Land Loan
                                     and Revolving Loan) (Roripaugh Ranch), dated
                                     August 29, 2005 ("Deed of Trust"), by Trustor, as
                                     trustor, for the benefit of Beneficiary, as beneficiary,
                                     recorded on September 2, 2005 as Instrument No.
                                     2005-0730193, in the Official Records of Riverside
                                     County, California.

                 Assignment of Rents: Assignment of Rents and Leases and Agreements
                                     Affecting Real Estate (Roripaugh Ranch), dated
                                     August 29, 2005 ("Assignment"), by Trustor, as

501151.4                                 1

Exhibit 9

assignor, in favor of Beneficiary, as assignee, recorded on September 2, 2005 as Instrument No. 2005-0730194, in the Official Records of Riverside, California.

**FOR VALUE RECEIVED, IT IS AGREED AS FOLLOWS:**

1. The Land Loan and the L/C Loan defined as the "Loan" and the Land Note and the L/C Note defined as the "Note" in the recitals of the Deed of Trust, the Loan Agreement defined as the "Agreement" in Paragraph D on page 2 of the Deed of Trust, and other indebtedness and obligations secured by the Deed of Trust, have been modified by that Modification Agreement of even date herewith between Trustor and Beneficiary (the "Modification Agreement"). All references in the Deed of Trust to the Loan, the Note and the Agreement are hereby amended to be references to the Loan, Note and the Agreement as modified by the Modification Agreement.

2. Pursuant to the Modification Agreement, among other things, the principal amount of the L/C Loan has been increased to up to $8,005,000.00 and the L/C Note has been replaced by that certain Replacement Deed of Trust Note (Letter of Credit ) (Roripaugh Ranch) of even date herewith (the "Replacement L/C Note"), executed by Trustor, in the original principal amount of up to $8,005,000.00. Paragraph B on page 2 of the Deed of Trust is hereby amended in its entirety to read as follows:

"A. In consideration for a loan in the amount of up to Eight Million Five Thousand and No/One-hundredths Dollars ($8,005,000.00) ("L/C Loan") made by Beneficiary to Trustor, Trustor has executed and delivered to Beneficiary a certain Replacement Deed of Trust Note (Letter of Credit ) dated February 14, 2006 in the principal amount of the L/C Loan as aforesaid (the "L/C Note"), which L/C Note accrues interest at a variable rate as provided therein, the terms of which are incorporated herein by this reference."

All references in the Deed of Trust to the L/C Loan and the L/C Note are hereby amended to be references to the L/C Loan and L/C Note as modified and replaced by the Modification Agreement and the Replacement L/C Note.

3. All references in the Assignment to the L/C Loan, the L/C Note, and the Agreement are hereby amended to be references to the L/C Loan, the L/C Note, and the Agreement as modified and replaced by the Modification Agreement and the Replacement L/C Note.

4. All terms and provisions of the Deed of Trust and the Assignment shall remain in full force and effect except as specifically modified herein.

IN WITNESS WHEREOF, these presents have been executed this 14th day of February, 2006.

> ASHBY USA, LLC,
> a California limited liability company
>
> By:  Ashby Development Company, Inc., a
>      California corporation,
>      Its Managing Member
>
> By: _____
>     Justin K. Ashby, President
>
> TRUSTOR
>
> OHIO SAVINGS BANK, a federal savings bank
>
> By:_____
> Name:_____
> Title:_____
>
> BENEFICIARY

501151.4                     3

Exhibit 9

IN WITNESS WHEREOF, these presents have been executed this 14th day of February, 2006.

        ASHBY USA, LLC,
        a California limited liability company

    By:    Ashby Development Company, Inc., a
            California corporation,
            Its Managing Member


    By: _____
         Justin K. Ashby, President

                                TRUSTOR


OHIO SAVINGS BANK, a federal savings bank

By: *[signature]*
Name: Victor P Bassette
Title: Vice President

                              BENEFICIARY

STATE OF CALIFORNIA        )
                           ) ss
COUNTY OF Riverside        )

On February 24, 2006, before me, Tracy M. Browne, a Notary Public in and for said State, personally appeared Justin K. Ashby, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

Tracy M Browne
Signature

> TRACY M. BROWNE
> Commission # 1394895
> Notary Public - California
> Riverside County
> My Comm. Expires Jan 20, 2007


STATE OF CALIFORNIA        )
                           ) ss
COUNTY OF _____  )

On February ___, 2006, before me, _____, a Notary Public in and for said State, personally appeared _____, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

_____
Signature

501151.4

4  Modification of Const. Deed of Trust & Asgmt. of Rents

Exhibit 9

STATE OF CALIFORNIA      )
                         ) ss
COUNTY OF SAN BERNARDINO )

On February 22, 2006, before me, THANHLIEM BRENDA LE, a Notary Public in and for said State, personally appeared VICTOR P. BESSETTE, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

_____
Signature

THANHLIEM BRENDA LE
Commission # 1398188
Notary Public — California
San Bernardino County
My Comm. Expires Feb 4, 2007


STATE OF CALIFORNIA      )
                         ) ss
COUNTY OF _____ )

On February ___, 2006, before me, _____, a Notary Public in and for said State, personally appeared _____, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument and acknowledged that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

_____
Signature

501151.4

4

Exhibit 9