**LEWIS AND ROCA LLP — LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re:

USA Commercial Mortgage Company;
USA Capital Realty Advisors, LLC;[1]
USA Capital Diversified Trust Deed Fund, LLC;
USA Capital First Trust Deed Fund, LLC;[2]
USA Securities, LLC,[3]
                   Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR[1]
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR[2]
Case No. BK-S-06-10729-LBR[3]

CHAPTER 11

Jointly Administered Under
Case No. BK-S-06-10725 LBR

**Certificate of Mailing**

### CERTIFICATE OF SUPPLEMENTAL MAILING
### (Affects USA Commercial Mortgage Company)

I, Mabel Soto, state as follows:

1.     I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. I am employed by BMC Group, Inc., the Claims and Noticing Agent in the above-captioned cases, whose business address is 444 North Nash Street, El Segundo California 90245.

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.



2.  At the direction of Lewis and Roca LLP, Counsel for the USACM Liquidating Trust in the above-captioned cases, copies of 1) USACM LIQUIDATING TRUST'S MOTION TO AUTHORIZE FIRST INTERIM DISTRIBUTION TO UNSECURED CREDITORS [ICLUDING EXHIBIT A THERETO IDENTIFYING ALL AFFECTED CLAIM] (DE docket No. 7486), 2) DECLARATION OF EDWARD M. BURR IN SUPPORT OF MOTION TO AUTHORIZE FIRST INTERIM DISTRIBUTION TO UNSECURED CREDITORS [Re: Docket No. 7486] (DE Docket No. 7487), and 3) NOTICE OF HEARING FOR USACM LIQUIDATING TRUST'S MOTION TO AUTHORIZE FIRST INTERIM DISTRIBUTION TO UNSECURED CREDITORS [Re: Docket No. 7486] (DE Docket No. 7488) were sent to the person listed on the Service List attached hereto as Exhibit "1" at the address shown thereon and via the mode of service indicated thereon, on October 12, 2009.

Exhibit "1"   Affected Party Service List regarding Docket Nos. 7486 (and the portion of Exhibit A to the above-referenced Motion relevant to the particular claimant's claim only), 7487 and 7488

DATED: October 14, 2009
El Segundo, California

_____
Mabel Soto

SUBMITTED BY:

**LEWIS AND ROCA LLP**

By: /s/ JH    (#018024)
    Rob Charles
    John Hinderaker
*Attorneys for USACM Liquidating Trust*

2

**EXHIBIT 1**

# USACM Liquidating Trust

Total number of parties: 1

### Exhibit 1 - USACM Liquidating Trust

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 34445 | ADDY, RONALD M & PRISCILLA K, 21675 OBISDIAN AVE, BEND, OR, 97702 | US Mail (1st Class) |

Subtotal for this group: 1