**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHinderaker@LRLaw.com

*Attorneys for USACM Liquidating Trust*

E-Filed on 10/23/09

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br>USA Capital Realty Advisors, LLC,[1]<br>USA Capital Diversified Trust Deed Fund, LLC,<br>USA Capital First Trust Deed Fund, LLC,[2]<br>USA Securities, LLC,[3]<br>Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER APPROVING STIPULATION TO REINSTATE RICHARD L. YOUNGE IRA PROOF OF CLAIM IN THE AMOUNT OF $150,000.00 AND TO VACATE ORDER DISALLOWING PROOF OF CLAIM** |

**PLEASE TAKE NOTICE** that an Order Approving Stipulation to Reinstate Richard L. Younge IRA Proof of Claim in the Amount of $150,000.00 and to Vacate

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2108086.1

**LEWIS AND ROCA LLP LAWYERS**

Order Disallowing Proof of Claim [DE 7667] was entered on the 19th day of October, 2009, a true and correct copy of which is attached hereto as Exhibit A.

      RESPECTFULLY SUBMITTED October 23, 2009.

                                        LEWIS AND ROCA LLP

                                  By /s/ John Hinderaker (AZ #18024)
                                       Rob Charles
                                       John Hinderaker *(pro hac vice)*
                                       Marvin Ruth
                                       *Attorneys for USACM Liquidating Trust*

Copy of the foregoing mailed by first class, Postage prepaid U.S. mail On October 23, 2009, to:

RICHARD L. YOUNGE IRA
6131 SW Luradel St.
Portland, OR 97219-5737

/s/ Leilani Lista
Leilani Lista

2

2108086.1