# EXHIBIT A

**Entered on Docket
October 19, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,[1]<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[2]<br><br>USA Securities, LLC,[3]<br>　　　　　　　　　　　　Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Order Approving Stipulation to Reinstate Richard L. Younge IRA Proof of Claim in the Amount of $150,000.00 and to Vacate Order Disallowing Proof of Claim** |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007

1

2098747.1

**LEWIS AND ROCA LLP**
**LAWYERS**

The Stipulation of USACM Liquidating Trust (the "USACM Trust"), by and through its counsel, Lewis and Roca LLP, and Richard L. Younge IRA, by and through Richard L. Younge ("Younge"), [DE 7578] came before the Court for consideration, no notice being necessary, and good cause appearing,

IT IS ORDERED

- That the portion of the Order Sustaining Nineteenth Omnibus Objection of the USACM Liquidating Trust to Proofs of Claim for Lack of Documentation docketed at DE 7422 is hereby vacated to the extent it disallowed Proof of Claim No. 10728-00076;

- Proof of Claim No. 10728-00076 is hereby reinstated as an unsecured non-priority claim in the amount of $150,000; and

- Proof of Claim No 10728-00076 is subject to objection at a later date.

# # #

DATED AND SIGNED ABOVE

**LEWIS AND ROCA LLP**

By    /s/ John Hinderaker (018024)
    Rob Charles
    John Hinderaker
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8200
Facsimile: (702) 949-8398
*Attorneys for USACM Liquidating Trust*

2098747.1