USACM

**Exhibit A**

| Name | Address | Claim Number | Claim Amount | Allowed Amount | Disallowed Amount | Unresolved Claim Amount |
|---|---|---|---|---|---|---|
| MANUEL G RICE IRA | 2061 SEA COVE LN  COSTA MESA CA 92627-4033 | s31385 | 41,569.40 | 41,569.40 | 0.00 | 0.00 |
| MARC A GODDARD AND DAMARA R STONE-GODDARD | PO BOX 2028  TRUCKEE CA 96160-2028 | s32002 | 10,033.44 | 10,033.44 | 0.00 | 0.00 |
| MARC M INGMAN AN UNMARRIED MAN | 1923 LA MESA DR  SANTA MONICA CA 90402-2322 | s35456 | 677.08 | 677.08 | 0.00 | 0.00 |
| MARCHUK, ALEXANDER W & DOREEN W | 325 MARCHE CHASE DR  APT 138 EUGENE OR  97401-8894 | 10725-00377 | 75,000.00 | 0.00 | 25,000.00 | 50,000.00 |
| MARCI MAXWELL & EDWARD D EARL | 121 W HIGHLAND DR  HENDERSON NV 89015-7611 | s35585 | 0.00 | 0.00 | 0.00 | 0.00 |
| MARCIA J KNOX LIVING TRUST DATED 8/16/04 | C/O MARCIA J KNOX TRUSTEE  1885 VINTNERS PL RENO NV  89519-8334 | 10725-00722 | 733.48 | 0.00 | 733.48 | 0.00 |
| MARCIA J KNOX LIVING TRUST DTD 8/16/04 | C/O MARCIA J KNOX TRUSTEE  1885 VINTNERS PL RENO NV  89509-8334 | 10725-01635 | Unliquidated | 0.00 | 0.00 | Unliquidated |
| MARCIA J KNOX LIVING TRUST DTD 8/16/04 | C/O MARCIA J KNOX TRUSTEE  1885 VINTNERS PL RENO NV  89509 | 10725-01637 | 75,539.24 | 0.00 | 75,539.24 | 0.00 |
| MARCIA J KNOX LIVING TRUST DTD 8/16/04 | C/O MARCIA J KNOX TRUSTEE  1885 VINTNERS PL RENO NV  89509-8334 | 10725-01905 | 75,539.24 | 0.00 | 75,539.24 | 0.00 |
| MARCIA J KNOX LIVING TRUST DTD 8/16/04 | C/O MARCIA J KNOX TRUSTEE  1885 VINTNERS PL RENO NV  89509-8334 | 10725-01634 | 55,266.83 | 0.00 | 0.00 | 55,266.83 |
| MARCIA J KNOX LIVING TRUST DTD 8/16/04 | C/O MARICA J KNOX TRUSTEE  1885 VINTNERS PL RENO NV  89509-8334 | 10725-01636 | 50,733.48 | 0.00 | 50,733.48 | 0.00 |
| MARCIA J KNOX LIVING TRUST DTD 8/16/04 | C/O MARCIA J KNOX TRUSTEE  1885 VINTNERS PL RENO NV  89519 | 10725-00676 | 50,000.00 | 0.00 | 50,000.00 | 0.00 |
| MARCIA J KNOX LIVING TRUST DTD 8/16/04 | C/O MARCIA J KNOX TRUSTEE  TRUST DATED 8/16/04 1885 VINTNERS PL RENO NV 89519-4334 | 10725-00756 | 50,000.00 | 0.00 | 50,000.00 | 0.00 |
| MARCIA J KNOX LIVING TRUST DTD 8/16/04 | C/O MARCIA J KNOX TRUSTEE  1885 VINTNERS PL RENO NV  89509-8334 | 10725-00797 | 46,095.47 | 0.00 | 46,095.47 | 0.00 |
| MARCIA J KNOX LIVING TRUST DTD 8/16/04 | C/O MARCIA J KNOX TRUSTEE  1885 VINTNERS PL RENO NV  89509-8334 | 10725-01037 | 46,095.47 | 0.00 | 46,095.47 | 0.00 |
| MARCIA J KNOX LIVING TRUST DTD 8/16/04 | C/O MARCIA J KNOX TRUSTEE  1885 VINTNERS PL RENO NV  89509-8334 | 10725-00798 | 27,916.09 | 0.00 | 27,916.09 | 0.00 |
| MARCIA J KNOX LIVING TRUST DTD 8/16/04 | C/O MARCIA J KNOX TRUSTEE  1885 VINTNERS PL RENO NV  89509-8334 | 10725-01028 | 27,916.09 | 27,916.09 | 0.00 | 0.00 |
| MARCIA J KNOX LIVING TRUST DTD 8/16/04 | C/O MARCIA J KNOX TRUSTEE  1885 VINTNERS PL RENO NV  89509-8334 | 10725-00766 | 1,527.68 | 0.00 | 1,527.68 | 0.00 |
| MARCIA J KNOX LIVING TRUST DTD 8/16/04 | C/O MARCIA J KNOX TRUSTEE  1885 VINTNERS PL RENO NV  89509-8334 | 10725-01029 | 1,527.68 | 0.00 | 1,527.68 | 0.00 |
| MARCIA J KNOX LIVING TRUST DTD 8/16/04 | C/O MARCIA J KNOX TRUSTEE  1885 VINTNERS PL RENO NV  89510 | 10725-00699 | 733.48 | 0.00 | 733.48 | 0.00 |

259478.1

| Name | Address | Claim Number | Claim Amount | Allowed Amount | Disallowed Amount | Unresolved Claim Amount |
|---|---|---|---|---|---|---|
| MARCIA J KNOX TRUST DTD 8/16/04 | C/O MARCIA J KNOX TRUSTEE  1885 VINTNERS PL RENO NV  89519 | 10725-00615 | 50,000.00 | 0.00 | 50,000.00 | 0.00 |
| MARCIA J KNOX TRUST DTD 8/16/04 | C/O MARCIA J KNOX TRUSTEE  1885 VINTNERS PL RENO NV  89519 | 10725-00647 | 50,000.00 | 0.00 | 50,000.00 | 0.00 |
| MARCIA J KNOX TRUST DTD 8/16/04 | C/O MARCIA KNOX TRUSTEE  1885 VINTNERS PL RENO NV  89519 | 10725-00617 | 4,533.35 | 0.00 | 4,533.35 | 0.00 |
| MARCIA J KNOX TRUST DTD 8/16/04 | C/O MARCIA J KNOX TRUSTEE  1885 VINTNERS PL RENO NV  89519 | 10725-00649 | 4,533.35 | 0.00 | 4,533.35 | 0.00 |
| MARCIA J KNOX TRUST DTD 8/16/04 | C/O MARCIA J KNOX TRUSTEE  1885 VINTNERS PL RENO NV  89519 | 10725-00616 | 733.48 | 0.00 | 733.48 | 0.00 |
| MARCIA J KNOX TRUST DTD 8/16/04 | C/O MARCIA J KNOX TRUSTEE  1885 VINTNERS PL RENO NV  89519 | 10725-00648 | 733.48 | 0.00 | 733.48 | 0.00 |
| MARCONI, CAROL A | 3731 SARASOTA SQUARE BLVD  APT 307 SARASOTA FL  34238-5462 | 10725-00542 | 50,724.00 | 0.00 | 50,724.00 | 0.00 |
| MARGARET B MCGIMSEY TRUST | C/O WILLIAM L MCGIMSEY ESQ  3017 W. CHARLESTON BLVD. #30  LAS VEGAS NV 89102 | 10725-00850 | 96,094.75 | 0.00 | 96,094.75 | 0.00 |
| MARGARET B MCGIMSEY TRUST | C/O WILLIAM L MCGIMSEY ESQ  3017 W. CHARLESTON BLVD. #30  LAS VEGAS NV 89102 | 10725-01315 | 96,094.75 | 0.00 | 96,094.75 | 0.00 |
| MARGARET E SCHRYVER | TRUST DATED 12/6/90 C/O MARGARET E SCHRYVER TRUSTEE  41880 CREIGHTON D FALL RIVER MILLS CA 96028-9749 | s32005 | 0.00 | 0.00 | 0.00 | 0.00 |
| MARGE KARNEY | 8445 ALLENWOOD RD  LOS ANGELES CA 90046-1002 | s32006 | 0.00 | 0.00 | 0.00 | 0.00 |
| MARGUERITE F HARRISON IRA | 1ST SAVINGS BANK CUSTODIAN  930 DORCEY DR INCLINE VILLAGE NV  89451 | 10725-02004 | 100,332.00 | 0.00 | 100,332.00 | 0.00 |
| MARGUERITE FALKENBORG 2000 TRUST DTD 6/20/00 | C/O MARGUERITE FALKENBORG TRUSTEE 727 3RD AVE CHULA VISTA CA  91910-5803 | 10725-02202 | 794,366.81 | 35,980.11 | 215,777.18 | 542,609.52 |
| MARGUERITE FALKENBORG 2000 TRUST DTD 6/20/00 | C/O MARGUERITE FALKENBORG TTEE  727 3RD AVE CHULA VISTA CA  91910-5803 | 10725-02068 | 794,366.81 | 0.00 | 794,366.81 | 0.00 |
| MARIA ADELAIDE RAYMENT | 7662 VILLA DEL MAR AVE  LAS VEGAS NV 89131-1667 | s32009 | 631.36 | 631.36 | 0.00 | 0.00 |
| MARIA ENAMORADO | 955 TEMPLE VIEW DR  LAS VEGAS NV 89110-2900 | s32010 | 22,735.96 | 22,735.96 | 0.00 | 0.00 |
| MARIA ENAMORADO | 955 TEMPLE VIEW DR  LAS VEGAS NV 89110-2900 | s35439 | 608.46 | 608.46 | 0.00 | 0.00 |
| MARIAN D BARBARIGOS | 2675 DEL NORTE CT  MINDEN NV 89423-8035 | s32011 | 2,463.77 | 2,463.77 | 0.00 | 0.00 |

259478.1