

**Entered on Docket
October 27, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>              Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING FIRST OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO DOUBLE COUNTED CLAIMS**<br><br>Hearing Date:    October 19, 2009<br>Hearing Time.    3:00 p.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

ORDER
SUSTAINING 1ST
OMNIBUS
OBJECTION TO
DOUBLE COUNTED
CLAIMS

The Court having considered the "First Omnibus Objection of USACM Liquidating Trust to Double Counted Claims; and Certificate of Service" [DE 7493] (the "Objection"); the Court having heard the Objection on October 19, 2009; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 7493] is sustained; and
2. The claims listed on **Exhibit A** are disallowed in the amounts shown there.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By    /s/ John Hinderaker (018024)
    Rob Charles
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**

By:  /s/ JH  (#018024)
     Rob Charles
     John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

3

USACM
Exhibit A
**Proofs of Claim Asserting Duplicate Amounts**

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| 2001 MICHAEL T MCGRATH REVOC TR DTD 12/11/01 | MICHAEL T MCGRATH TTEE<br>66 SCHANDA DR<br>NEWMARKET NH 03857-2151 | 10725-02289 | 537,321.46 | 268,660.73 |
| AIG LIMITED A NEVADA LIMITED PARTNERSHIP | 9904 VILLA GRANITO LN<br>GRANITE BAY CA 95746-6481 | 10725-01903 | 813,297.52 | 406,648.76 |
| AL-AWAR LIVING TRUST DTD 4/05/01 | ADIB M & ELLEN A AL-AWAR TTEES<br>1330 BURRO CT<br>GARDNERVILLE NV 89410 | 10725-02366 | 3,615,913.62 | 1,807,956.81 |
| ALLEN M & DOROTHY H NIRENSTEIN 1992 REV TRUST | DTD 3/4/92 ALLEN & DOROTHY NIRENSTEIN TTEES<br>403 WOODLAND RD<br>KENTFIELD CA 94904-2635 | 10725-02414 | 101,180.56 | 50,590.28 |
| ALLEN M & DOROTHY H NIRENSTEIN 1992 REV TRUST | DTD 3/4/92 ALLEN & DOROTHY NIRENSTEIN TTEES<br>403 WOODLAND RD<br>KENTFIELD CA 94904-2635 | 10725-02413 | 204,305.56 | 102,152.78 |
| ALLEN M & DOROTHY H NIRENSTEIN 1992 REV TRUST | DTD 3/4/92<br>ALLEN & DOROTHY NIRENSTEIN TTEES<br>403 WOODLAND RD<br>KENTFIELD CA 94904-2635 | 10725-02411 | 805,639.26 | 402,819.63 |
| ALVES FAMILY TRUST DTD 10/27/89 | ARNOLD R & AGNES J ALVES TTEES<br>9904 VILLA GRANITO LN<br>GRANITE BAY CA 95746-6481 | 10725-01904 | 303,616.62 | 151,808.31 |
| ANDERSON FMLY TRUST DTD 7/21/92 | GARY B & BARBARA L ANDERSON TTEE<br>PO BOX 699<br>CARNELIAN BAY CA 96104 | 10725-02301 | 1,000,000.00 | 500,000.00 |
| ANN E BRANT SURVIVORS TRUST DTD 5/22/87 | C/O RAYMOND F BRANT TRUSTEE<br>PO BOX 728<br>DIABLO CA 94528 | 10725-02066 | 202,886.16 | 101,443.08 |
| APIGIAN JT TEN, LARRY & LEONA | 172 WOODLAND RD<br>GOLDENDALE WA 98620 | 10725-01962 | 356,300.72 | 178,150.36 |

260849.1