

**Entered on Docket**
**October 27, 2009**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
          jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                               Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING SECOND OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO DOUBLE COUNTED CLAIMS**<br><br>Hearing Date:    October 19, 2009<br>Hearing Time.    3:00 p.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

The Court having considered the "Second Omnibus Objection of USACM Liquidating Trust to Double Counted Claims; and Certificate of Service" [DE 7496] (the "Objection"); the Court having heard the Objection on October 19, 2009; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 7496] is sustained; and
2. The claims listed on **Exhibit A** are disallowed in the amounts shown there.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By   /s/ John Hinderaker (018024)
      Rob Charles
      John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

1  In accordance with Local Rule 9021, the undersigned certifies:

2  ☐  The Court waived the requirements of LR 9021.

3  ☐  No parties appeared or filed written objections, and there is no trustee appointed
4     in this case.

5  ☒  I have delivered a copy of this proposed order to all counsel who appeared at the
      hearing, any unrepresented parties who appeared at the hearing, and any trustee
6     appointed in this case, and each has approved or disapproved the order, or failed
      to respond, as indicated below (list each party and whether the party has
7     approved, disapproved, or failed to respond to the document):

| U.S. Trustee: | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

### 

Submitted by:

**LEWIS AND ROCA LLP**

By:   /s/ JH  (#018024)
      Rob Charles
      John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

3

USACM                                             Exhibit A
**Proofs of Claim Asserting Duplicate Amounts**

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| ARBOGAST, SUZANNE L | 1005 W BUFFINGLON ST<br>UPLAND CA 91784 | 10725-02130 | 459,589.58 | 229,794.79 |
| AUDREY M WHIGHTSIL REVOCABLE LIVING TRUST | ANDREY M WHIGHTSIL TRUSTEE<br>12450 E 38TH PLACE<br>YUMA AZ 85367 | 10725-01974 | 131,502.38 | 65,751.19 |
| BARZAN FAMILY TRUST DTD 5/23/90 | JOHN C & ROSEMARIE A BARZAN TTEES<br>1409 MORADA DR<br>MODESTO CA 95350-0655 | 10725-02228 | 253,643.04 | 126,821.52 |
| BARZAN, RICHARD D & LELIA J | 7231 LANGWORTH RD<br>OAKDALE CA 95361 | 10725-02227 | 1,325,629.78 | 662,814.89 |
| BENZ FAMILY TRUST DTD 7/1/95 | BERNARD D & MARGARET W BENZ TTEES<br>1265 OLD FOOTHILL RD<br>GARDNERVILLE NV 89460 | 10725-02167 | 81,366.44 | 40,683.22 |
| BRANT TRUST DATED 12/22/92, RAYMOND F & ANN L | C/O RAYMOND F BRANT TRUSTEE<br>PO BOX 728<br>DIABLO CA 94528 | 10725-02065 | 103,124.98 | 51,562.49 |
| BRINES REVOC FAM TRUST DTD 11/5/94, MICHAEL & CIND | MICHAEL R & CINDY G BRINES TTEES<br>4935 EL SERENO AVE<br>LA CRESCENTA CA 91214-3018 | 10725-02431 | 771,119.58 | 385,559.79 |
| BRINES REVOCABLE FAMILY TRUST, MICHAEL R & CINDY G | U/A DTD 11/5/94, C/O MICHAEL R & CINDY G BRINES TT<br>4935 EL SERENO<br>LA CRESCENTA CA 91214-3018 | 10725-01918 | 771,119.58 | 385,559.79 |
| BURGARELLO INC PROFIT SHARING PLAN | RONALD A JOHNSON TTEE<br>50 SNIDER WAY<br>SPARKS NV 89431-6308 | 10725-02263 | 405,600.00 | 202,800.00 |
| CALLAHAN & MARADON JT TENENTS, VALERIE & CHARLES | 12585 CREEK CREST DR<br>RENO NV 89511 | 10725-02061 | 589,738.84 | 294,869.42 |

260857.1