

**Entered on Docket
October 27, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
           jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>　　　　　　　　　　　Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING THIRD OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO DOUBLE COUNTED CLAIMS**<br><br>Hearing Date:　October 19, 2009<br>Hearing Time.　3:00 p.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

1 | The Court having considered the "Third Omnibus Objection of USACM Liquidating Trust to Double Counted Claims; and Certificate of Service" [DE 7498] (the "Objection"); the Court having heard the Objection on October 19, 2009; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 7498] is sustained; and
2. The claims listed on **Exhibit A** are disallowed in the amounts shown there.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By   /s/ John Hinderaker (018024)
      Rob Charles
      John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321

*Attorneys for USACM Liquidating Trust*

Launch Microsoft Office Outlook.lnk

In accordance with Local Rule 9021, the undersigned certifies:

☐    The Court waived the requirements of LR 9021.

☐    No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**

By:    /s/ JH  (#018024)
       Rob Charles
       John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

**USACM**                       **Exhibit A**
**Proofs of Claim Asserting Duplicate Amounts**

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| CAROL MORTENSEN FAMILY TRUST DTD 9/9/90 | C/O CAROL MORTENSEN TRUSTEE 4847 DAMON CIR SALT LAKE CITY UT 84117-5854 | 10725-02052 | 57,865.16 | 28,932.58 |
| CAROL MORTENSEN FAMILY TRUST DTD 9/9/90 | C/O CAROL MORTENSE TTEE 4847 DAMON CIR SALT LAKE CITY UT 84117 | 10725-02051 | 345,750.98 | 172,875.49 |
| CASEBOLT REVOCABLE TRUST DTD 2/30/94 | JOSEPHINE CASEBOLT TTEE 201 ADA AVE APT 46 MOUNTAIN VIEW CA 94043-4943 | 10725-02146 | 252,188.76 | 126,094.38 |
| CHARLES B DUNN IV TRUST DTD 8/12/05 | C/O CHARLES B DUNN IV TRUSTEE 17042 NORLENE WAY GRASS VALLEY CA 95949-7161 | 10725-02113 | 690,996.08 | 345,498.04 |
| CHARLES HENRY SMALL REVOCABLE LIVING TRUST | CHARLES H SMALL TTEE 12450 E 38TH PLACE YUMA AZ 85367 | 10725-01973 | 272,896.04 | 136,448.02 |
| CHARLES R & JEAN MARADEN FAM TR  DTD 12/16/03 | CHARLES & JEAN MARADEN TTEES 12585 CREEK CREST DR RENO NV 89511 | 10725-02060 | 202,622.46 | 101,311.23 |
| CIBB INC PENSION PLAN | RONALD A JOHNSON TTEE 50 SNIDER WAY SPARKS NV 89431 | 10725-02261 | 405,600.00 | 202,800.00 |
| CLARK, ROSANNE L | 2350 HIGH TERRANCE DR RENO NV 89509 | 10725-02290 | 305,494.48 | 152,747.24 |
| COLBORN REVOCABLE LIVING TRUST DTD 8/6/90 | LARRY E & LORETTA A COLBORN TTEES 1127 BROKEN WAGON TRAIL DEWEY AZ 86327 | 10725-02190 | 488,408.12 | 244,204.06 |
| COLLINS FAMILY TRUST DATED 1/29/93 | C/O SHIRLEY M COLLINS TRUSTEE 1975 SNOWBERRY CT CARLSBAD CA 92009-8408 | 10725-02038 | 1,760,380.48 | 880,190.24 |

260855.1