

**Entered on Docket
October 27, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
           jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
|  | Case No. BK-S-06-10726-LBR[1] |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
|  | Case No. BK-S-06-10728-LBR[2] |
| USA CAPITAL REALTY ADVISORS, LLC,[1] | Case No. BK-S-06-10729-LBR[3] |
|  |  |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
|  | Jointly Administered Under |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,[2] | Case No. BK-S-06-10725 LBR |
|  |  |
| USA SECURITIES, LLC,[3] | **ORDER SUSTAINING FOURTH** |
| Debtors. | **OMNIBUS OBJECTION OF USACM** |
|  | **LIQUIDATING TRUST TO DOUBLE** |
| **Affects:** | **COUNTED CLAIMS** |
| ☐ All Debtors |  |
| ☒ USA Commercial Mortgage Company | Hearing Date:    October 19, 2009 |
| ☐ USA Capital Realty Advisors, LLC | Hearing Time.    3:00 p.m. |
| ☐ USA Capital Diversified Trust Deed Fund, LLC |  |
| ☐ USA Capital First Trust Deed Fund, LLC |  |
| ☐ USA Securities, LLC |  |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

ORDER
SUSTAINING 4TH
OMNIBUS
OBJECTION TO
DOUBLE COUNTED
CLAIMS

The Court having considered the "Fourth Omnibus Objection of USACM Liquidating Trust to Double Counted Claims; and Certificate of Service" [DE 7500] (the "Objection"); the Court having heard the Objection on October 19, 2009; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 7500] is sustained; and
2. The claims listed on **Exhibit A** are disallowed in the amounts shown there.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By     /s/ John Hinderaker (018024)
    Rob Charles
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321

*Attorneys for USACM Liquidating Trust*

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**


By:   /s/ JH  (#018024)
      Rob Charles
      John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

USACM  Exhibit A
Proofs of Claim Asserting Duplicate Amounts

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| COOK JT TEN, ALDON G & DEEDRA | 259 HAMMOCK TERRACE VENICE, FL 34293-1012 | 10725-02173 | 285,580.12 | 142,790.06 |
| COSTA, ROSE M | 101 SAN CARLOS AVE SAUSALITO CA 94965-2018 | 10725-01103 | 100,000.00 | 50,000.00 |
| CYNTHIA G DAVIS LIVING TRUST | C/O CYNTHIA G DAVIS TRUSTEE 2465 TELLURIDE DR RENO NV 89511-9155 | 10725-01919 | 202,986.12 | 101,493.06 |
| D G MENCHETTI LTD PENSION PLAN | C/O D G MENCHETTI TRUSTEE PO BOX 7100 INCLINE VILLAGE NV 89452-7100 | 10725-02307 | 280,000.00 | 140,000.00 |
| DANIEL D NEWMAN TRUST DTD 11/1/92 | C/O DANIEL D NEWMAN TRUSTEE 125 ELYSIAN DR SEDONA AZ 86336 | 10725-02030 | 1,428,037.34 | 714,018.67 |
| DANIEL LIVING TRUST AS AMENDED DTD 1/9/98 | MARK A & CATHY A DANIEL TTEES 20 REDONDA IRVINE CA 92620-1954 | 10725-02267 | 1,119,987.66 | 559,993.83 |
| DANIEL, DEBORAH A | 249 S VISTA DEL MONTE ANAHEIM CA 92807 | 10725-02035 | 404,753.90 | 202,376.95 |
| DANIEL, GREGORY SCOTT | 20 REDONDA IRVINE CA 92620 | 10725-02164 | 101,493.04 | 50,746.52 |

260859.1