**Entered on Docket**
**October 27, 2009**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
             jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                                 Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING TENTH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO DOUBLE COUNTED CLAIMS**<br><br>Hearing Date:   October 19, 2009<br>Hearing Time.    3:00 p.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

The Court having considered the "Tenth Omnibus Objection of USACM Liquidating Trust to Double Counted Claims; and Certificate of Service" [DE 7513] (the "Objection"); the Court having heard the Objection on October 19, 2009; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 7513] is sustained; and

2. The claims listed on **Exhibit A** are disallowed in the amounts shown there as a duplicative amount.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By    /s/ John Hinderaker (018024)
      Rob Charles
      John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**

By:    /s/ JH  (#018024)
       Rob Charles
       John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

USACM  Exhibit A
Proofs of Claim Asserting Duplicate Amounts

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| HARRINGTON, SUZE | 2131 CONNOR PARK CV SALT LAKE CITY UT 84109-2468 | 10725-02058 | 609,068.50 | 304,534.25 |
| HARRISON FAMILY TRUST DTD 7/27/99 | THOMAS B & MARGUERITE F HARRISON TTEES 930 DORCEY DR INCLINE VILLAGE NV 89451 | 10725-02003 | 614,350.36 | 307,175.18 |
| HART, KAY J | 455 MAGNOLIA AVE FAIRHOPE AL 36532 | 10725-02049 | 606,211.16 | 303,105.58 |
| HAUSLER JR LIVING TRUSR DTD 1/3/92, EDWIN L | C/O EDWIN L HAUSLER TTEE 4617 CONSTITUTION AVE NE ALBUQUERQUE NM 87110 | 10725-01915 | 486,748.60 | 243,374.30 |
| HELMS HOMES LLC | TERRY HELMS 809 UPLAND BLVD LAS VEGAS NV 89107-3719 | 10725-02292 | 12,697,934.44 | 6,348,967.22 |
| HERD FAMILY TRUST DTD 4/23/99 | C/O ALLEN & MARILYN HERD TTEES 598 ALAWA PL ANGELS CAMP CA 95222-9768 | 10725-02042 | 606,089.02 | 303,044.51 |
| HERTZ, MURRAY | 2013 GROUSE ST LAS VEGAS NV 89134 | 10725-02362 | 100,000.00 | 50,000.00 |
| HESS JT TEN, CHRISTINA L & DONALD L | 1818 MADERO DR THE VILLAGES FL 32159 | 10725-02091 | 50,197.26 | 25,098.63 |
| HESS, DONALD L | 1818 MADERO DR THE VILLAGES FL 32159 | 10725-02092 | 101,472.60 | 50,736.30 |
| HIGH, EDWARD O | 1413 PELICAN BAY TRAIL WINTER PARK FL 32792 | 10725-02048 | 403,994.76 | 201,997.38 |

260875.1