**Entered on Docket
October 27, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email: rcharles@lrlaw.com
        jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                    Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING ELEVENTH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO DOUBLE COUNTED CLAIMS**<br><br>Hearing Date:    October 19, 2009<br>Hearing Time.    3:00 p.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

The Court having considered the "Eleventh Omnibus Objection of USACM Liquidating Trust to Double Counted Claims; and Certificate of Service" [DE 7515] (the "Objection"); the Court having heard the Objection on October 19, 2009; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 7515] is sustained; and
2. The claims listed on **Exhibit A** are disallowed in the amounts shown there as duplicative amount.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By  /s/ John Hinderaker (018024)
     Rob Charles
     John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

LEWIS AND ROCA LLP LAWYERS

In accordance with Local Rule 9021, the undersigned certifies:

- ☐ The Court waived the requirements of LR 9021.

- ☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

- ☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**

By:  /s/ JH  (#018024)
    Rob Charles
    John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

USACM

Exhibit A
**Proofs of Claim Asserting Duplicate Amounts**

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| HUFFMAN FAMILY TRUST DATED 5/28/98 | HILARY A & CYNTHIA L HUFFMAN TTEES<br>140 GAZELLE RD<br>RENO NV 89511 | 10725-02122 | 202,832.46 | 101,416.23 |
| INGMAN, MARC M | 1923 LA MESA DR<br>SANTA MONICA CA 90402-2322 | 10725-01911 | 507,500.00 | 253,750.00 |
| JACK D LA FLESCH IRA | FIRST SAVINGS BANK CUSTODIAN<br>6559 Water Crossing Ave<br>LAS VEGAS NV 89131<br><br>LA FLESCH, JACK D.<br>FIRST SAVINGS BANK, CUSTODIAN<br>8414 W FARM ROAD, #180-255<br>LAS VEGAS NV 89131 | 10725-02350 | 100,564.04 | 50,282.02 |
| JACK R CLARK & LINDA C REID JT TEN | 9900 WILBUR MAY PKWY #4701<br>RENO NV 89521-3089 | 10725-02059 | 1,782,032.06 | 891,016.03 |
| JAMES H LIDSTER FAMILY TRUST DATD 1/20/92 | JAMES H & PHYLLUS M LIDSTER TTEES<br>2958 San Mateo Drive<br>Minden, NV 89423-7815 | 10725-02256 | 1,204,192.58 | 602,096.29 |
| JANET P JOHNSON LIVING TRUST DATED 7/14/04 | JANET P & CHARLES E JOHNSON TTEES<br>17 FRONT ST<br>PALM COAST FL 32137 | 10725-02117 | 936,603.82 | 468,301.91 |
| JANICE A LUCAS IRA | 1310 SECRET LAKE LOOP<br>LINCOLN CA 95648-8412 | 10725-02359 | 152,121.34 | 76,060.67 |
| JANIS LIVING TRUST DTD 2/3/99, JANICE | C/O JANICE JANIS TTEE<br>406 PEARL ST<br>BOULDER CO 80302-4931 | 10725-02099 | 405,912.48 | 202,956.24 |
| JEAN G RICHARDS TRUST DTD 9/30/99 | JEAN G RICHARDS TTEE<br>1160 MAGNOLIA LN<br>LINCOLN CA 95648 | 10725-02401 | 313,192.06 | 156,596.03 |
| JEAN H MURRAY SEPARATE PROPERTY TR DTD 9/12/02 | C/O JEAN H MURRAY TRUSTEE<br>865 COLOMA DR<br>CARSON CITY NV 89705-7204 | 10725-02034 | 200,016.26 | 100,008.13 |

260878.1