**Entered on Docket
October 27, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
            jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR[1] |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[2] |
| USA CAPITAL REALTY ADVISORS, LLC,[1] | Case No. BK-S-06-10729-LBR[3] |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,[2] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC,[3]       Debtors. | **ORDER SUSTAINING SEVENTEENTH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO DOUBLE COUNTED CLAIMS** |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Hearing Date:    October 19, 2009<br>Hearing Time.    3:00 p.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

260884_1.DOC

The Court having considered the "Seventeenth Omnibus Objection of USACM Liquidating Trust to Double Counted Claims; and Certificate of Service" [DE 7527] (the "Objection"); the Court having heard the Objection on October 19, 2009; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 7527] is sustained; and
2. The claims listed on **Exhibit A** are disallowed in the amounts shown there as duplicative amount.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By  /s/ John Hinderaker (018024)
   Rob Charles
   John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

1 | In accordance with Local Rule 9021, the undersigned certifies:

2 | ☐ The Court waived the requirements of LR 9021.

3 | ☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

4 |

5 | ☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**

By:  /s/ JH  (#018024)
     Rob Charles
     John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

USACM                                                        Exhibit A
**Proofs of Claim Asserting Duplicate Amounts**

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| NANCY R GILMOUR IRA | FIRST SAVINGS BANK CUSTODIAN FOR<br>PO BOX 1241<br>CAMANO ISLAND WA 98292-1241 | 10725-02380 | 406,008.22 | 203,004.11 |
| NAYLON, DOMINIQUE | PO BOX 2<br>TOPAZ CA 96133 | 10725-02044 | 1,168,297.62 | 584,148.81 |
| NEAL, RONALD DOUGLAS | 22853 BOXWOOD LN<br>SANTA CLARITA CA 91390-4155 | 10725-02170 | 282,277.38 | 141,138.69 |
| NEVINS JT TEN, RICHARD & MICHELE | 1547 BOB GOALBY LN<br>EL PASO TX 79935 | 10725-02026 | 2,798,759.62 | 1,399,379.81 |
| NEWMAN FAMILY TRUST DTD 9/20/97 | LARRY J & ELSIE D NEWMAN TTEES<br>1775 AUTUMN VALLEY WAY<br>RENO NV 89523 | 10725-02150 | 1,000,238.46 | 500,119.23 |
| NORMA LAMB-GROVES TRUST DTD 2/18/03 | NORMA LAMB-GROVES TRUSTEE<br>1355 PLAYER CIR<br>ST GEORGE UT 84790 | 10725-02365 | 202,986.10 | 101,493.05 |
| NOXON FAMILY TRUST | C/O ARTHUR G & JOAN NOXON TTEES<br>2657 WINDMILL PKWY #197<br>HENDERSON NV 89074-3384 | 10725-00972 | 70,853.66 | 35,426.83 |
| O`RIORDAN, JOHN E & SONHILD A | 2745 HARTWICK PINES DR<br>HENDERSON NV 89052-7002 | 10725-01923 | 3,476,504.52 | 1,738,252.26 |
| OGREN, WILLIAM W & BETTY R | 22102 SHANNON DELL DR<br>AUDUBON PA 19403 | 10725-02161 | 202,926.38 | 101,463.19 |
| OLGA O`BUCH TRUST DTD 5/28/98 | OLGA O`BUCH TTEE<br>140 GAZELLE RD<br>RENO NV 89511 | 10725-02121 | 507,403.52 | 253,701.76 |

260884.1