**Entered on Docket
October 27, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
          jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
|  | Case No. BK-S-06-10726-LBR[1] |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
|  | Case No. BK-S-06-10728-LBR[2] |
| USA CAPITAL REALTY ADVISORS, LLC,[1] | Case No. BK-S-06-10729-LBR[3] |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
|  | Jointly Administered Under |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,[2] | Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC,[3] | **ORDER SUSTAINING EIGHTEENTH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO DOUBLE COUNTED CLAIMS** |
| Debtors. | |
| **Affects:** | Hearing Date: October 19, 2009 |
| ☐ All Debtors | Hearing Time.  3:00 p.m. |
| ☒ USA Commercial Mortgage Company | |
| ☐ USA Capital Realty Advisors, LLC | |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | |
| ☐ USA Capital First Trust Deed Fund, LLC | |
| ☐ USA Securities, LLC | |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

260886_1.DOC

The Court having considered the "Eighteenth Omnibus Objection of USACM Liquidating Trust to Double Counted Claims; and Certificate of Service" [DE 7529] (the "Objection"); the Court having heard the Objection on October 19, 2009; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 7529] is sustained; and
2. The claims listed on **Exhibit A** are disallowed in the amounts shown there as duplicative amount.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By   /s/ John Hinderaker (018024)
   Rob Charles
   John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

In accordance with Local Rule 9021, the undersigned certifies:

- ☐ The Court waived the requirements of LR 9021.

- ☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

- ☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**

By:   /s/ JH  (#018024)
       Rob Charles
       John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

3

**USACM**                   **Exhibit A**
**Proofs of Claim Asserting Duplicate Amounts**

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| OOSTHUIZEN, ADRIAN JR | 5860 LAUSANNE DR<br>RENO NV 89511 | 10725-01865 | 2,711,295.30 | 1,355,647.65 |
| OSHEROW TRUST DTD 9/11/89 | AARON OSHEROW TRUSTEE<br>8025 MARYLAND AVENUE<br>APT 9-D<br>ST LOUIS MO 63105 | 10725-01959 | 1,088,466.02 | 544,233.01 |
| OSTER, PAUL | PO BOX 2618<br>MAMMOTH LAKES CA 93546 | 10725-02082 | 308,164.00 | 154,082.00 |
| PAUL L GARCELL & PAMELA HERTZ REV FAMILY TRUST | PAUL L GARCELL TRUSTEE<br>2013 GROUSE ST<br>LAS VEGAS NV 89134 | 10725-02361 | 100,000.00 | 50,000.00 |
| PEELE BYPASS TRUST DTD 2/10/87 | JENNEFER PEELE TTEE<br>2581 RAMPART TER<br>RENO NV 89519 | 10725-02253 | 101,493.04 | 50,746.52 |
| PEELE SPOUSAL TRUST DTD 2/10/87 | JENNEFER C PEELE TTEE<br>2581 RAMPART TER<br>RENO NV 89519 | 10725-02254 | 507,424.02 | 253,712.01 |
| PINNELL IRA, LYNDA L | 9915 SADDLEBACK DR<br>LAKESIDE CA 92040 | 10725-02213 | 128,729.46 | 64,364.73 |
| PINSKER, DONALD H | 8650 W VERDE WAY<br>LAS VEGAS NV 89149-4145 | 10725-02423 | 1,633,057.16 | 816,528.58 |
| RAGGI, DENNIS | PO BOX 10475<br>ZEPHYR COVE NV 89448 | 10725-02226 | 4,884,068.70 | 2,442,034.35 |
| RAMSEY, AARON S & LARA | 7713 N 41ST ST<br>NIWOT CO 80503 | 10725-02152 | 76,518.00 | 38,259.00 |

260886.1