**Entered on Docket
October 27, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
            jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR[1] |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[2] |
| USA CAPITAL REALTY ADVISORS, LLC,[1] | Case No. BK-S-06-10729-LBR[3] |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,[2] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC,[3]     Debtors. | **ORDER SUSTAINING TWENTY-FIFTH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO DOUBLE COUNTED CLAIMS** |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Hearing Date: October 19, 2009<br>Hearing Time.   3:00 p.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

260906_1.DOC

The Court having considered the "Twenty-Fifth Omnibus Objection of USACM Liquidating Trust to Double Counted Claims; and Certificate of Service" [DE 7550] (the "Objection"); the Court having heard the Objection on October 19, 2009; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 7550] is sustained; and

2. The claims listed on **Exhibit A** are disallowed in the amounts shown there as duplicative amount.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By  /s/ John Hinderaker (018024)
　　Rob Charles
　　John Hinderaker (*pro hac vice*)
　　3993 Howard Hughes Parkway, Ste. 600
　　Las Vegas, Nevada 89169-5996
　　Telephone: (702) 949-8320
　　Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

LEWIS AND ROCA LLP
LAWYERS

1  In accordance with Local Rule 9021, the undersigned certifies:

2  ☐ The Court waived the requirements of LR 9021.

3  ☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

4

5  ☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

6

7

| U.S. Trustee: | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**

By: /s/ JH (#018024)
   Rob Charles
   John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

3

USACM

Exhibit A
**Proofs of Claim Asserting Duplicate Amounts**

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| WINKLER IRA, RUDOLF | 10000 ROSSBURY PL<br>LOS ANGELES CA 90064-4826 | 10725-02278 | 651,800.22 | 325,900.11 |
| WISCH, CRAIG | 210 ANDREW AVE<br>NAUGATUCK CT 06770 | 10725-02180 | 317,369.28 | 158,684.64 |
| WORLD LINKS GROUP LLC | c/o Leo G Mantas<br>7440 S BLACKHAWK ST. #12208<br>ENGLEWOOD CO 80112 | 10725-02309 | 396,000.00 | 198,000.00 |
| YODER DEFINED BENEFIT PLAN, ROBERT J | ROBERT J YODER TRUSTEE<br>12291 PROSSER DAM RD<br>TRUCKEE CA 96161 | 10725-02083 | 177,487.64 | 88,743.82 |
| YOUNG, JUDY S | 13825 VIRGINIA FOOTHILLS DR<br>RENO NV 89521-7394 | 10725-02324 | 203,105.54 | 101,552.77 |
| ZAPPULLA, JOSEPH G & CAROL A | 3128 E. BLUE SAGE COURT<br>GILBERT, AZ 85297 | 10725-02040 | 1,409,625.48 | 704,812.74 |
| ZAWACKI A CALIFORNIA LLC | PO BOX 5156<br>BEAR VALLEY CA 95223-5156 | 10725-02299 | 3,000,000.00 | 1,500,000.00 |
| ZERBO, ANTHONY J | 780 SARATOGA AVE<br>APT S-107<br>SAN JOSE CA 95129 | 10725-01952 | 1,757,710.50 | 878,855.25 |
| ZERBO, MARSHALL R | 250 W EL CAMINO REAL<br>APT 5100<br>SUNNYVALE CA 94087 | 10725-02028 | 301,259.30 | 150,629.65 |
| CANGELOSI, DONNA & ARNER, BRANDON | 5860 LAUSANNE DR<br>RENO NV 89511 | 10725-01717-2 | 203,887.68 | 101,943.84 |

260906.1