

**Entered on Docket
October 27, 2009**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker (admitted *pro hac vice*)
Email: jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA Commercial Mortgage Company,<br>USA Capital Realty Advisors, LLC,[1]<br>USA Capital Diversified Trust Deed Fund, LLC,<br>USA Capital First Trust Deed Fund, LLC,[2]<br>USA Securities, LLC,[3]<br>　　　　　　　　　　　Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>Hearing Date: October 19, 2009<br>Time:　　　　　3:00 p.m. |

**ORDER GRANTING USACM LIQUIDATING TRUST'S MOTION TO AUTHORIZE FIRST INTERIM DISTRIBUTION TO UNSECURED CREDITORS (WITH CERTIFICATE OF SERVICE)**

The Motion of the USACM Liquidating Trust to Authorize First Interim Distribution to Unsecured Creditors [DE 7486] ("Motion") came before the Court for consideration on October 19, 2009 at 3:00 p.m. The Court has considered the Motion, the

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2055750.1

Response and Objection to USACM Liquidating Trust's Motion to Authorize First Interim Distribution to Unsecured Creditors [DE 7580] filed by Silar Advisors, LP, Silar Special Opportunities Fund, LP, and Asset Resolution LLC (collectively, the "Respondents"), the Reply [DE 7594] filed by the USACM Liquidating Trust ("USACM Trust"), and the Notice of Commencement of Chapter 11 Bankruptcy Cases [DE 7640] concerning a bankruptcy filing by Asset Resolution LLC. The Court heard oral argument from counsel for the USACM Trust, Asset Resolution LLC, and USA Capital Diversified Trust Deed Fund, LLC, and from Janet L. Chubb on behalf of certain direct lenders. Good cause appearing and for the reasons stated by the Court at the October 19, 2009 hearing on the Motion:

IT IS ORDERED:

1. The Motion [DE 7486] is granted;

2. Notice of the Motion is approved;

3. The Trustee is authorized to make an initial interim distribution of $20 million in Trust funds to the Trust Beneficiaries and unsecured creditors;[4]

4. **Exhibit A** attached to the Motion (hereafter, and as amended, "Exhibit A") is approved as an accurate schedule of Allowed, Disallowed and Disputed (including unresolved) Claims as of September 7, 2009;

5. The Trustee is authorized to consider the following in addition to **Exhibit A** when making the approved distribution: (1) any ruling by the Court on an objection to allowance of claim heard at the October 5 or 19, 2009 omnibus hearings; (2) any order entered by the Court between September 7, 2009 and the date the Court enters this Order that affects the figures shown on **Exhibit A**; and (3) the several minor changes to **Exhibit A**, brought to the Court's attention in the Agenda for the October 19, 2009 Omnibus Hearing [DE 7661] filed by the USACM Trust.

---

[4] All capitalized terms not defined herein are given the meaning ascribed to them in Debtor's Third Amended Joint Chapter 11 Plan of Reorganization and supplemental documents thereto.

2055750.1

6. The Trustee is authorized to reserve from the $20 million distribution for claims that are still unresolved; and

7. The Trustee is granted additional authority as may be necessary to make the approved interim distribution.

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: /s/ John Hinderaker (#18024)
Rob Charles
John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

APPROVED/~~DISAPPROVED~~ BY:

By: /s/
August Landis
*Office of the U. S. Trustee*

APPROVED/DISAPPROVED BY:

By: /s/
Randolph L. Howard
Peter D. Navarro
*Attorneys for the Respondents*

APPROVED/DISAPPROVED BY:

By: /s/
Marc A. Levinson
*Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

APPROVED/DISAPPROVED BY:

By: /s/
Janet L. Chubb
*Attorneys for Certain Direct Lenders*

2055750.1

1. 6. The Trustee is authorized to reserve from the $20 million distribution for
2. claims that are still unresolved; and
3. 7. The Trustee is granted additional authority as may be necessary to make the
4. approved interim distribution.

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By: s/John Hinderaker (#18024)
    Rob Charles
    John Hinderaker (*pro hac vice*)
    *Attorneys for USACM Liquidating Trust*

APPROVED BY:


By: /s/
    August Landis
    *Office of the U. S. Trustee*

APPROVED/~~DISAPPROVED BY:~~


By: [signature] Randolph d. Howard
    Randolph L. Howard
    Peter D. Navarro
    *Attorneys for the* ~~Respondents~~ Asset Resolution LLC

APPROVED BY:


By: /s/ Marc A. Levinson
    Marc A. Levinson
    *Attorneys for USA Capital Diversified Trust Deed Fund, LLC*

APPROVED BY:


By: /s/ Janet L. Chubb
    Janet L. Chubb
    *Attorneys for Certain Direct Lenders*

2055750.1

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

- ☐ The Court waived the requirements of approval under LR 9021.
- ☐ No parties appeared or filed written objections, and there is no trustee appointed in the case.
- ☐ No opposition was filed to the motion and no other party or counsel appeared at the hearing.
- ☒ I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing, and any trustee appointed in the case, and each has approved or disapproved the order, or failed to respond, as indicated below:

| U.S. Trustee: August Landis | |
|---|---|
| ☒ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

**LEWIS AND ROCA LLP**

By: /s/ John Hinderaker (#18024)
 Rob Charles
 John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

4

2055750.1