**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 10/27/09

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>             Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF RESCHEDULED HEARING RE AMENDED FIRST OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED UPON INVESTMENT IN THE RIO RANCHO EXECUTIVE PLAZA, LLC LOAN**<br><br>Hearing Date: October 19, 2009<br>Hearing Time: 3:00 p.m.<br><br>New Hearing Date: December 18, 2009<br>Hearing Time: 1:30 p.m. |

NOTICE IS HEREBY GIVEN that the hearing regarding the First Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Investment in the Rio Rancho Executive Plaza, LLC Loan [DE 7542, as amended by DE 7564 ] (the "Objection") originally scheduled for hearing on October 19, 2009 at 3:00 p.m., has been rescheduled

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

1

2107515.1

for hearing on December 18, 2009 at 1:30 p.m. before the Honorable Linda B. Riegle, at the U. S. Bankruptcy Court, Foley Federal Bldg., 300 Las Vegas Boulevard South, Courtroom No. 1, Las Vegas, NV.

Dated: October 27, 2009.

**LEWIS AND ROCA LLP**

By /s/ Marvin Ruth (#10979)
Rob Charles, NV 6593
John C. Hinderaker, AZ 18024 (pro hac vice)
Marvin Ruth, NV 10979
*Attorneys for USACM Liquidating Trust*

Copy of the foregoing and pertinent portion of Exhibit A mailed by first class postage prepaid U.S. Mail on October 27, 2009 to:
Parties listed on Exhibit A attached.

/s/ Leilani Lista
Leilani Lista

2

2107515.1