# Exhibit A



**Entered on Docket
October 27, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>    Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING FIRST OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED, IN WHOLE OR IN PART, UPON INVESTMENT IN THE RIO RANCHO EXECUTIVE PLAZA, LLC LOAN**<br><br>Hearing Date:   October 19, 2009<br>Hearing Time:   3:00 p.m.. |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2105813_1.DOC

The Court having considered the "First Omnibus Objection of USACM Trust to Proofs of Claim Based, In Whole or In Part, Upon Investment in the Rio Rancho Executive Plaza LLC Loan" [Docket No. 7552] (the "Objection"); with appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS HEREBY ORDERED**:

1. The Objection is sustained;

2. The claims listed in **Exhibit A** are disallowed to the extent those claims are based upon a Direct Lender Investment in Rio Rancho Executive Plaza LLC Loan; and

3. To the extent the claims listed on **Exhibit A** are based upon investments in loans other than the Rio Rancho Executive Plaza LLC Loan, this order does not affect them and the USACM Trust may file further objections.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By    /s/ Marvin Ruth (#10979)
    Rob Charles
    John Hinderaker (*pro hac vice*)
    Marvin Ruth
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8200
Facsimile:  (702) 949-8398
*Attorneys for USACM Liquidating Trust*

2

2105813_1.DOC

In accordance with Local Rule 9021, the undersigned certifies:

- ☐ The Court waived the requirements of LR 9021.

- ☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

- ☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: August Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

### 

Submitted by:

**LEWIS AND ROCA LLP**


By:   /s/ Marvin Ruth (#10979)
        Rob Charles
        John Hinderaker (*pro hac vice*)
        Marvin Ruth
*Attorneys for USACM Liquidating Trust*

3

2105813_1.DOC

**EXHIBIT A TO FIRST OMNIBUS OBJECTION OF USACM TRUST
TO PROOFS OF CLAIM BASED BASED, IN WHOLE OR IN PART, UPON
INVESTMENT IN THE
RIO RANCHO EXECUTIVE PLAZA, LLC LOAN**

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Rio Rancho Executive Plaza, LLC Loan |
|---|---|---|---|---|
| 10725-02298 | JAYEM FAMILY LP JACQUES MASSA GP | 7 PARADISE VALLEY CT HENDERSON NV 89052-6706 | 936,807.81 | 250,000 |
| 10725-02046 | KOERWITZ FAMILY TRUST DTD 5/13/03 | KENNETH & JAN CASE KOERWITZ TTEES 44 WINFIELD LN WALNUT CREEK CA 94595 | 1,528,005.76 | 200,000 |
| 10725-02296 | JAYEM FAMILY LP | 7 PARADISE VALLEY CT HENDERSON NV 89052-6706 | 265,865.00 | 62,500 |
| 10725-00245 | ROBERT H & LYNN R PERLMAN TRUST DATED 9/17/92 | C/O ROBERT H & LYNN R PERLMAN TTEES 2877 PARADISE RD UNIT 3501 LAS VEGAS NV 89109-5278 | 1,187,000.00 | 50,000 |
| 10725-02162 | GOODWIN, MICHAEL JOHN | 555 YELLOW PINE RD RENO NV 89511-3714 | 1,011,076.40 | 100,000 |
| 10725-01419 | S&P DAVIS LIMITED PARTNERSHIP | 737 BANNERMAN LANE FORT MILL, SC 29715 | 419,981.00 | 25,000 |
| | **Totals** | | **5,348,735.97** | **687,500.00** |

2105813.1