# Exhibit A



**Entered on Docket**
**October 27, 2009**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[1]<br><br>USA Securities, LLC,[2]<br>　　　　　　　　　　　　Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING TWENTY-SECOND OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO CLAIMS FOR LACK OF DOCUMENTATION EXCEPT AS TO CLAIM 10725-02482 FILED BY DON P. MARSHALL TRUST**<br><br>Hearing Date: October 19, 2009<br>Time:　　　　　3:00 p.m. |

The USACM Liquidating Trust (the "USACM Trust") filed its Twenty-Second Omnibus Objection to Claims for Lack of Documentation [DE 7260] (the "Objection") on

---
[1] This bankruptcy case was closed on September 23, 2008
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 26, 2007.

2105821.1

January 7, 2008. Appropriate notice of the Objection was given. Response to the Objection was raised as follows:

- Don P. Marshall ("Claimant") provided documentation to support Proof of Claim No. 10725-02482. Accordingly, the USACM Trust withdrew the Objection as to that claim on August 17, 2009 [DE 7336]. Claimant's claim is not included in Exhibit A attached and is not affected by this Order.

No other responses were received by USACM Trust counsel or filed with this Court. The Objection came before the Court for hearing on October 19, 2009, at 3:00 p.m. Good cause appearing, it is

ORDERED:

- Sustaining the USACM Trust's Twenty-Second Omnibus Objection to Claims for Lack of Documentation; and

- Disallowing the Proofs of Claim listed on the attached Exhibit A without prejudice to any rights the claimants listed in Exhibit A may have as Direct Lenders in a particular loan.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By:   /s/ JH (#018024)
Rob Charles
John Hinderaker (pro hac vice)
*Attorneys for USACM Liquidating Trust*

2                            2105821.1

In accordance with Local Rule 9021, the undersigned certifies:

1. ☐ The Court waived the requirements of LR 9021.

2. ☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

3. ☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: August Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

### 

Submitted by:

**LEWIS AND ROCA LLP**

By:  /s/ John Hinderaker (#018024)
Rob Charles
John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

3                                                            2105821.1

USACM Liquidating Trust
**PROOFS OF CLAIM THAT LACK SUPPORTING DOCUMENTATION**
**TWENTY-SECOND OMNIBUS OBJECTION**

| Claim | Name | Address | Claim Amount |
|---|---|---|---|
| 10725-02344 | Boyce, Kathleen | 3270 Piazzo Circle<br>Reno, NV 89502 | - |
| ~~10725-02482~~ | ~~Don P Marshall Trust Dated 7/18/95~~ | ~~C/O Don P Marshall Trustee<br>221 Chiquita Rd<br>Healdsburg, CA 95448-9055~~ | ~~200,000.00~~ |
| 10725-02555 | Everett H Johnston Family Trust Dtd 1/24/90 | C/O Everett H Johnston Trustee<br>Po Box 3605<br>Incline Village, NV 89450-3605 | 423,369.64 |
| 10725-02561 | Everett H Johnston Family Trust Dtd 1/24/90 | C/O Everett H Johnston Trustee<br>Po Box 3605<br>Incline Village, NV 89450-3605 | 461,684.00 |

2060151.1

**EXHIBIT A**