

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHinderaker@LRLaw.com

*Attorneys for USACM Liquidating Trust*

E-Filed on 10/27/09

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re:

USA Commercial Mortgage Company,
USA Capital Realty Advisors, LLC,[1]
USA Capital Diversified Trust Deed Fund, LLC,
USA Capital First Trust Deed Fund, LLC,[2]
USA Securities, LLC,[3]

Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR[1]
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR[2]
Case No. BK-S-06-10729-LBR[3]

CHAPTER 11

Jointly Administered Under
Case No. BK-S-06-10725 LBR

**NOTICE OF ENTRY OF ORDER SUSTAINING TWENTY-FIRST OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO PROOFS OF CLAIM FOR LACK OF DOCUMENTATION AS TO CLAIM NO. 10725-01301 FILED BY NORMAN & CARYN KIVEN JOINT TENANTS ONLY**

**PLEASE TAKE NOTICE** that an Order Sustaining Twenty-First Omnibus Objection of the USACM Liquidating Trust to Proofs of Claim for Lack of Documentation as to Claim No. 10725-01301 Filed By Norman & Caryn Kiven Joint Tenants Only [DE 7694] was entered on the 27th day of October, 2009, a true and correct copy of which is attached hereto as Exhibit A.

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2109662.1

RESPECTFULLY SUBMITTED October 27, 2009.

                            LEWIS AND ROCA LLP

By /s/ Marvin Ruth (#10979)
    Rob Charles
    John Hinderaker (pro hac vice)
    Marvin Ruth
    *Attorneys for USACM Liquidating Trust*

Copy of the foregoing mailed on October 27, 2009 to:

Kiven Joint Tenants, Norman & Caryn
C/O Andrew J Abrams Esq.
Sugar Friedberg & Felsent
30 N Lasalle St Ste 3000
Chicago, IL 60602

/s/ Leilani Lista
Leilani Lista