

**Entered on Docket
October 27, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email: rcharles@lrlaw.com
jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                            Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC<br><br>a | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING TWENTY-FIRST OMNIBUS OBJECTION OF THE USACM LIQUIDATING TRUST TO PROOFS OF CLAIM FOR LACK OF DOCUMENTATION AS TO CLAIM NO. 10725-01301 FILED BY NORMAN & CARYN KIVEN JOINT TENANTS ONLY**<br><br>Hearing Date:   October 19, 2009<br>Hearing Time:   3:00 p.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2107383_1.DOC

**LEWIS AND ROCA LLP LAWYERS**

1   The Court having considered the "Twenty-First Omnibus Objection of the USACM
2  Liquidating Trust to Proofs of Claim for Lack of Documentation" [Docket No. 7258] (the
3  "Objection"); with appropriate notice of the Objection having been given at the hearing
4  held on August 21, 2009.

5   On October 19, 2009, the continued hearing on the objection as to Claim number
6  10725-01301 filed by Norman & Caryn Kiven Joint Tenants, came before the Court, no
7  response having been filed by Kiven, and good cause appearing,

8   IT IS **ORDERED** that the Objection to claim number 10725-01301 filed by
9  Norman & Caryn Kiven Joint Tenants, is sustained and the claim is disallowed in its
10 entirety.

12 PREPARED AND RESPECTFULLY SUBMITTED BY:

14 **LEWIS AND ROCA LLP**
By     /s/ John Hinderaker (AZ 018024)
15      Rob Charles
        John Hinderaker (*pro hac vice*)
16 3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
17 Facsimile (702) 949-8321
Telephone (702) 949-8320
18 *Attorneys for USACM Liquidating Trust*

2

2107383_1.DOC

LEWIS AND ROCA LLP LAWYERS

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: August Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

### 

Submitted by:

**LEWIS AND ROCA LLP**

By:  /s/ John Hinderaker (AZ 018024)
   Rob Charles
   John Hinderaker *(pro hac vice)*
*Attorneys for USACM Liquidating Trust*

3

2107383_1.DOC