# Exhibit A



**Entered on Docket**
**October 27, 2009**

Hon. Linda B. Riegle
**United States Bankruptcy Judge**

1

2

3

4

5

6 **LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
7 Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
8
Rob Charles NV State Bar No. 006593
9 Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
10 *Attorneys for USACM Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
11 **DISTRICT OF NEVADA**

| | |
|---|---|
| 12 In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR[1] |
| 13 USA COMMERCIAL MORTGAGE | Case No. BK-S-06-10727-LBR |
| COMPANY, | Case No. BK-S-06-10728-LBR[2] |
| 14 | Case No. BK-S-06-10729-LBR[3] |
| USA CAPITAL REALTY ADVISORS, | |
| 15 LLC,[1] | CHAPTER 11 |
| 16 USA CAPITAL DIVERSIFIED TRUST | Jointly Administered Under Case No. BK-S-06- |
| DEED FUND, LLC, | 10725 LBR |
| 17 | |
| USA CAPITAL FIRST TRUST DEED | Date: October 5, 2009 |
| 18 FUND, LLC,[2] | Time: 9:30 a.m. |
| 19 USA SECURITIES, LLC,[3] | **ORDER GRANTING MOTION TO** |
| Debtors. | **FURTHER EXTEND DEADLINE** |
| 20 | **TO FILE OBJECTION TO** |
| **Affecting:** | **ALLOWANCE OF CLAIMS** |
| 21 ☐ All Cases | |
| **or Only:** | |
| 22 ☒ USA Commercial Mortgage Company | |
| ☐ USA Capital Realty Advisors, LLC | |
| 23 ☐ USA Capital Diversified Trust Deed Fund, | |
| LLC | |
| 24 ☐ USA Capital First Trust Deed Fund, LLC | |
| ☐ USA Securities, LLC | |

25

26 [1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2100705.1

1    The Motion to Further Extend Deadline to File Objection to Allowance of Claims

2    [DE 7474] (the "Motion"), filed by the USACM Liquidating Trust (the "Trust") came

3    before the Court for consideration at the hearing held on October 5, 2009.

4    The Court being fully informed, adequate notice having been given, no objections

5    have been filed,

6    IT IS ORDERED:

7    • Granting the Motion;

8    • Extending the deadline to file objections to allowance of claims until

9    February 4, 2010, without prejudice to an additional extension, and

10   • Directing Counsel to Post this Order on the USACM Liquidating Trust

11   website.

12                                    ###

13   PREPARED AND SUBMITTED:

14   **LEWIS AND ROCA LLP**

15

16   By:___/s/ John Hinderaker (#18024)____

17   Rob Charles
     John Hinderaker (*pro hac vice*)
     *Attorneys for USACM Liquidating Trust*

18

19

20   APPROVED/DISAPPROVED

21

22   By: _____

23   August Landis
     *Office of the U. S. Trustee*

24

25

26

                                        2                              2100705.1

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐   The Court waived the requirements of approval under LR 9021.

☐   No parties appeared or filed written objections, and there is no trustee appointed in the case.

☐   No opposition was filed to the motion and no other party or counsel appeared at the hearing.

☒   I have delivered a copy of this proposed order to all attorneys and unrepresented parties who have appeared at the hearing, and any trustee appointed in the case, and each has approved or disapproved the order, or failed to respond, as indicated below:

| U.S. Trustee: August Landis | |
|---|---|
| ☒ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

**LEWIS AND ROCA LLP**

By:___/s/ John Hinderaker (#18024)_____
        Rob Charles
        John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

3

2100705.1