WILLIAM W. HUCKINS, ESQ. (CA BAR NO. 201098)
JAMES A. TIMKO, ESQ. (CA BAR NO. 220140)
ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
1900 Main Street, Fifth Floor
Irvine, California 92614-7321
Phone: (949) 553-1313
Fax: (949) 553-8354
Email: whuckins@allenmatkins.com
       jtimko@allenmatkins.com

AMBRISH S. SIDHU, ESQ. (NEVADA BAR NO. 7516)
SIDHU LAW FIRM, LLC
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Phone: (702) 384-4436
Fax: (702) 384-4437
Email: asidhu@sidhulawfirm.com

Attorneys for Creditor
AMTRUST BANK

*E-Filed on 10/27/09*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA, LAS VEGAS DIVISION

| | |
|---|---|
| In re<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>Chapter 11 |
| USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor. | **AMENDED NOTICE OF HEARING RE AMTRUST BANK'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Date: November 13, 2009<br>Time: 9:30 a.m.<br>Place: Courtroom 1<br>       Foley Federal Building<br>       300 Las Vegas Blvd., South<br>       Las Vegas, Nevada |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>Debtor. | |
| USA SECURITIES, LLC,<br><br>Debtor. | |

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

886637.01/OC

| | |
|---|---|
| AFFECTS: | |
| ___ | All Debtors |
| _X_ | USA Commercial Mortgage Company |
| ___ | USA Capital Realty Advisors, LLC |
| ___ | USA Capital Diversified Trust Deed Fund, LLC |
| ___ | USA Securities, LLC. |

**TO ALL INTERESTED PARTIES:**

**AMENDED NOTICE IS HEREBY GIVEN** that a Notice of Motion (the "Original Notice") and Motion for Relief from the Automatic Stay was filed and served on October 20, 2009. As more fully described in the Motion, senior lien holder, AmTrust Bank, seeks, among other things, a determination that the automatic stay does not prevent AmTrust Bank from exercising its rights and remedies against certain real property in the City of Temecula, in the County of Riverside, California (more commonly known as Roripaugh Ranch) and/or that the automatic stay be lifted to allow AmTrust Bank to exercise such rights and remedies. Any opposition must be filed pursuant to Local Rule 9014(d)(1).

**NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Third Floor, Bankruptcy Courtroom No. 1, Las Vegas, Nevada 89101 on November 13, 2009, at the hour of 9:30 a.m.

**NOTICE IS FURTHER GIVEN** that if you oppose the relief sought in the Motion, then, pursuant to Local Rule 9014(d)(1), you must file an opposition with the Court, and serve a copy on the person making the Motion, *no later than fifteen (15) days* after the Original Notice was served (October 20, 2009). If the hearing date has been set on less than 15 days' notice, then the opposition must be filed and served *no later than five (5) business days* before the hearing. The opposition must set forth all relevant facts and any legal authority, and must be supported by affidavits or declarations that conform to Local Rule 9014(c).

If you object to the relief requested, you *must file a* **WRITTEN** response to this pleading with the Court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:

- The Court may *refuse to allow you to speak* at the scheduled hearing; and
- The Court may *rule against you* without formally calling the matter at the hearing.

If no response or opposition is filed within the time required under Local Rule 9014, the matter will be deemed unopposed, the Court may enter an order granting the relief requested in the Motion without further notice and without a hearing, and no appearance need be made.

DATED this 27th day of October, 2009.

        ALLEN MATKINS LECK GAMBLE
          MALLORY & NATSIS
        William W. Huckins, Esq.
        James A. Timko, Esq.
        1900 Main Street, Fifth Floor
        Irvine, California 92614-7321

- and -

SIDHU LAW FIRM, LLC

By: /s/ Ambrish S. Sidhu
    Ambrish S. Sidhu, Esq.
    810 S. Casino Center Blvd., Suite 104
    Las Vegas, Nevada 89101

Attorneys for Creditor
AmTrust Bank

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

886637.01/OC

-3-