

**Entered on Docket
October 28, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC<br><br>USA CAPITAL DIVERSIFIED TRUST DEEF FUND, LLC<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC<br><br>Debtors<br><br>**Affects:**<br>USA Commercial Mortgage Company | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>Chapter 11<br><br>Jointly Administered Under Case No. BK-S-06-10725-LBR<br><br>Judge Linda B. Riegle |
| USACM LIQUIDATING TRUST,<br><br>Plaintiff<br>v.<br><br>AMESBURYPORT CORPORATION,<br><br>Defendant. | Adversary No. 08-1127<br><br>**ORDER GRANTING MOTION FOR APPROVAL OF SETTLEMENT PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE** |

Upon consideration of the motion, dated August 20, 2009 (the "<u>Motion</u>"), filed by the USACM Liquidating Trust (the "<u>USACM Trust</u>"), seeking authorization and approval to settle the Pending Litigation (as such term is defined in the Motion) with Amesburyport Corporation ("<u>Amesburyport</u>") pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure; and it appearing that the Court has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and due notice of the Motion and the hearing to be held

thereon having been served to all parties entitled thereto in accordance with the Bankruptcy Rules and this Court's Local Rules, and no other or further notice need be given; and a hearing having been held before this Court; and the Court having concluded that the Proposed Settlement Agreement (as such term is defined in the Motion) is the result of good faith arm's-length bargaining and not the product of fraud or collusion; and it appearing that the relief requested in the Motion is in the best interest of the estates and the beneficiaries of the USACM Trust, and upon the proceedings before the Court; and good and sufficient cause appearing therefore, it is:

ORDERED that the Motion is granted; and it is further

ORDERED that all objections, if any, to the Motion or the relief requested therein or granted in this Order, that have not been withdrawn, waived or settled, and all reservations of rights included therein, are overruled; and it is further

ORDERED that the Proposed Settlement Agreement as described in the Motion is authorized and approved pursuant to Bankruptcy Rule 9019; and it is further

ORDERED that Geoffrey L. Berman, in his capacity as the Court-appointed trustee of the USACM Trust, is authorized to execute, deliver, implement, and fully perform any and all obligations, instruments, documents and papers and to take any and all actions reasonably necessary to consummate the Proposed Settlement Agreement and perform any and all obligations contemplated therein on behalf of the USACM Trust; and it is further

ORDERED that this Court shall retain jurisdiction over any and all disputes arising under or otherwise relating to the construction, performance and enforcement of the terms of this Order on the terms and conditions of the Proposed Settlement Agreement hereby authorized or approved.

//

//

//

PREPARED AND SUBMITTED:
**DIAMOND MCCARTHY LLP**
By: ___/s/ J. Maxwell Beatty___
Allan B. Diamond, TX 05801800 (pro hac vice)
Eric D. Madden, TX 24013079 (pro hac vice)
Stephen T. Loden, TX 24002489 (pro hac vice)
J. Maxwell Beatty, TX 24051740 (pro hac vice
909 Fannin, Suite 1500
Houston, Texas 77010
(713) 333-5100 (telephone)
(713) 333-5199 (facsimile)

*Special Litigation Counsel for*
*USACM Liquidating Trust*

CERTIFICATION PURSUANT TO LOCAL RULE 9021

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

_____ The court has waived the requirement of approval under LR 9021

_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

__X__ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document.]

    Roger Dowd      Approved

DATED: 10/27/2009

    /s/ J. Maxwell Beatty
    J. Maxwell Beatty
    Counsel for the USACM Liquidating Trust

# # #