

Entered on Docket
October 27, 2009

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
          jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>             Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING SECOND OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO DOUBLE COUNTED CLAIMS**<br><br>Hearing Date:   October 19, 2009<br>Hearing Time.   3:00 p.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

ORDER
SUSTAINING 2ND
OMNIBUS
OBJECTION TO
DOUBLE COUNTED
CLAIMS

Case 06-10725-lbr    Doc 7686-1    Entered 10/27/09 09:52:09    Page 2 of 4
Case 06-10725-swz    Doc 7726-1    Entered 10/28/09 15:21:14    Page 2 of 4

1  The Court having considered the "Second Omnibus Objection of USACM Liquidating Trust to Double Counted Claims; and Certificate of Service" [DE 7496] (the "Objection"); the Court having heard the Objection on October 19, 2009; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 7496] is sustained; and
2. The claims listed on **Exhibit A** are disallowed in the amounts shown there.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By  /s/ John Hinderaker (018024)
   Rob Charles
   John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321

*Attorneys for USACM Liquidating Trust*

2

LEWIS AND ROCA LLP LAWYERS

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

### 

Submitted by:

**LEWIS AND ROCA LLP**

By: /s/ JH  (#018024)
    Rob Charles
    John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

3

USACM  
**Exhibit A**  
**Proofs of Claim Asserting Duplicate Amounts**

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| ARBOGAST, SUZANNE L | 1005 W BUFFINGLON ST UPLAND CA 91784 | 10725-02130 | 459,589.58 | 229,794.79 |
| AUDREY M WHIGHTSIL REVOCABLE LIVING TRUST | ANDREY M WHIGHTSIL TRUSTEE 12450 E 38TH PLACE YUMA AZ 85367 | 10725-01974 | 131,502.38 | 65,751.19 |
| BARZAN FAMILY TRUST DTD 5/23/90 | JOHN C & ROSEMARIE A BARZAN TTEES 1409 MORADA DR MODESTO CA 95350-0655 | 10725-02228 | 253,643.04 | 126,821.52 |
| BARZAN, RICHARD D & LELIA J | 7231 LANGWORTH RD OAKDALE CA 95361 | 10725-02227 | 1,325,629.78 | 662,814.89 |
| BENZ FAMILY TRUST DTD 7/1/95 | BERNARD D & MARGARET W BENZ TTEES 1265 OLD FOOTHILL RD GARDNERVILLE NV 89460 | 10725-02167 | 81,366.44 | 40,683.22 |
| BRANT TRUST DATED 12/22/92, RAYMOND F & ANN L | C/O RAYMOND F BRANT TRUSTEE PO BOX 728 DIABLO CA 94528 | 10725-02065 | 103,124.98 | 51,562.49 |
| BRINES REVOC FAM TRUST DTD 11/5/94, MICHAEL & CIND | MICHAEL R & CINDY G BRINES TTEES 4935 EL SERENO AVE LA CRESCENTA CA 91214-3018 | 10725-02431 | 771,119.58 | 385,559.79 |
| BRINES REVOCABLE FAMILY TRUST, MICHAEL R & CINDY G | U/A DTD 11/5/94, C/O MICHAEL R & CINDY G BRINES TT 4935 EL SERENO LA CRESCENTA CA 91214-3018 | 10725-01918 | 771,119.58 | 385,559.79 |
| BURGARELLO INC PROFIT SHARING PLAN | RONALD A JOHNSON TTEE 50 SNIDER WAY SPARKS NV 89431-6308 | 10725-02263 | 405,600.00 | 202,800.00 |
| CALLAHAN & MARADON JT TENENTS, VALERIE & CHARLES | 12585 CREEK CREST DR RENO NV 89511 | 10725-02061 | 589,738.84 | 294,869.42 |

260857.1