# Exhibit A



**Entered on Docket
October 27, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
            jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                                        Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING THIRD OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO DOUBLE COUNTED CLAIMS**<br><br>Hearing Date:   October 19, 2009<br>Hearing Time.   3:00 p.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

ORDER
SUSTAINING 3RD
OMNIBUS
OBJECTION TO
DOUBLE COUNTED
CLAIMS



1  The Court having considered the "Third Omnibus Objection of USACM
2  Liquidating Trust to Double Counted Claims; and Certificate of Service" [DE 7498] (the
3  "Objection"); the Court having heard the Objection on October 19, 2009; appropriate
4  notice of the Objection having been given; no response to the Objection having been filed;
5  and good cause appearing:

**IT IS ORDERED** that:

   1. The Objection [DE 7498] is sustained; and
   2. The claims listed on **Exhibit A** are disallowed in the amounts shown there.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By   /s/ John Hinderaker (018024)
     Rob Charles
     John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321

*Attorneys for USACM Liquidating Trust*

Launch Microsoft Office Outlook.lnk

LEWIS AND ROCA LLP LAWYERS

Case 06-10725-swz   Doc 7727-1   Entered 10/28/09 15:28:19   Page 4 of 5
Case 06-10725-lbr   Doc 7684   Entered 10/27/09 09:54:25   Page 3 of 4

1  In accordance with Local Rule 9021, the undersigned certifies:

2  ☐   The Court waived the requirements of LR 9021.

3  ☐   No parties appeared or filed written objections, and there is no trustee appointed
4      in this case.

5  ☒   I have delivered a copy of this proposed order to all counsel who appeared at the
       hearing, any unrepresented parties who appeared at the hearing, and any trustee
6      appointed in this case, and each has approved or disapproved the order, or failed
       to respond, as indicated below (list each party and whether the party has
7      approved, disapproved, or failed to respond to the document):

| U.S. Trustee: | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**


By:   /s/ JH  (#018024)
      Rob Charles
      John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

3

**USACM**  **Exhibit A**
**Proofs of Claim Asserting Duplicate Amounts**

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| CAROL MORTENSEN FAMILY TRUST DTD 9/9/90 | C/O CAROL MORTENSEN TRUSTEE 4847 DAMON CIR SALT LAKE CITY UT 84117-5854 | 10725-02052 | 57,865.16 | 28,932.58 |
| CAROL MORTENSEN FAMILY TRUST DTD 9/9/90 | C/O CAROL MORTENSE TTEE 4847 DAMON CIR SALT LAKE CITY UT 84117 | 10725-02051 | 345,750.98 | 172,875.49 |
| CASEBOLT REVOCABLE TRUST DTD 2/30/94 | JOSEPHINE CASEBOLT TTEE 201 ADA AVE APT 46 MOUNTAIN VIEW CA 94043-4943 | 10725-02146 | 252,188.76 | 126,094.38 |
| CHARLES B DUNN IV TRUST DTD 8/12/05 | C/O CHARLES B DUNN IV TRUSTEE 17042 NORLENE WAY GRASS VALLEY CA 95949-7161 | 10725-02113 | 690,996.08 | 345,498.04 |
| CHARLES HENRY SMALL REVOCABLE LIVING TRUST | CHARLES H SMALL TTEE 12450 E 38TH PLACE YUMA AZ 85367 | 10725-01973 | 272,896.04 | 136,448.02 |
| CHARLES R & JEAN MARADEN FAM TR DTD 12/16/03 | CHARLES & JEAN MARADEN TTEES 12585 CREEK CREST DR RENO NV 89511 | 10725-02060 | 202,622.46 | 101,311.23 |
| CIBB INC PENSION PLAN | RONALD A JOHNSON TTEE 50 SNIDER WAY SPARKS NV 89431 | 10725-02261 | 405,600.00 | 202,800.00 |
| CLARK, ROSANNE L | 2350 HIGH TERRANCE DR RENO NV 89509 | 10725-02290 | 305,494.48 | 152,747.24 |
| COLBORN REVOCABLE LIVING TRUST DTD 8/6/90 | LARRY E & LORETTA A COLBORN TTEES 1127 BROKEN WAGON TRAIL DEWEY AZ 86327 | 10725-02190 | 488,408.12 | 244,204.06 |
| COLLINS FAMILY TRUST DATED 1/29/93 | C/O SHIRLEY M COLLINS TRUSTEE 1975 SNOWBERRY CT CARLSBAD CA 92009-8408 | 10725-02038 | 1,760,380.48 | 880,190.24 |

260855.1