# Exhibit A



**Entered on Docket
October 27, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br><br>                           Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING FIFTH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO DOUBLE COUNTED CLAIMS**<br><br>Hearing Date:    October 19, 2009<br>Hearing Time.    3:00 p.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

ORDER
SUSTAINING 5TH
OMNIBUS
OBJECTION TO
DOUBLE COUNTED
CLAIMS



1  The Court having considered the "Fifth Omnibus Objection of USACM Liquidating

2  Trust to Double Counted Claims; and Certificate of Service" [DE 7502] (the "Objection");

3  the Court having heard the Objection on October 19, 2009; appropriate notice of the

4  Objection having been given; no response to the Objection having been filed; and good

5  cause appearing:

6  **IT IS ORDERED** that:

7  1.  The Objection [DE 7502] is sustained; and

8  2.  The claims listed on **Exhibit A** are disallowed in the amounts shown there.

9  PREPARED AND RESPECTFULLY SUBMITTED BY:

10  **LEWIS AND ROCA LLP**

11  By___/s/ John Hinderaker (018024)_____
12  Rob Charles
   John Hinderaker (*pro hac vice*)
13  3993 Howard Hughes Parkway, Ste. 600
   Las Vegas, Nevada 89169-5996
14  Telephone:  (702) 949-8320
   Facsimile:  (702) 949-8321
15

16  *Attorneys for USACM Liquidating Trust*

17

18

19

20

21

22

23

24

25

26

LEWIS AND ROCA LLP
LAWYERS

Case 04-0725-swz    Doc 7628-1    Entered 10/28/09 16:40:57    Page 4 of 5
Case 04-0725-swz    Doc 7628    Entered 10/27/09 10:04:25    Page 6 of 4

In accordance with Local Rule 9021, the undersigned certifies:

☐   The Court waived the requirements of LR 9021.

☐   No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: | |
|---|---|
| ☐  approved the form of this order | ☐  disapproved the form of this order |
| ☒  waived the right to review the order and/or | ☐  failed to respond to the document |
| Other Party: | |
| ☐  approved the form of this order | ☐  disapproved the form of this order |
| ☐  waived the right to review the order and/or | ☐  failed to respond to the document |

### 

Submitted by:

**LEWIS AND ROCA LLP**


By:___/s/ JH  (#018024)_____
        Rob Charles
        John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

**USACM**

**Exhibit A**
**Proofs of Claim Asserting Duplicate Amounts**

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|------|---------|---------|------------------------------------------------|---------------------------------------------------------|
| DAR LIVING TRUST DTD 2/12/03 | DARLENE HAMMOND TTEE 308 LA RUE CT LAS VEGAS NV 89145 | 10725-02045 | 329,377.00 | 164,688.50 |
| DAVID A GEAN REVOCABLE TRUST DTD 4/3/92 | C/O MARSHA KENDALL TRUSTEE 6615 E PACIFIC COAST HWY #260 LONG BEACH CA 90803-4228 | 10725-02006 | 511,785.96 | 255,892.98 |
| DAVIS FAMILY TRUST | C/O JOSEPH DAVIS & MARION SHARP CO-TRUSTEES 3100 ASHBY AVE LAS VEGAS NV 89102-1908 | 10725-02334 | 1,500,000.00 | 750,000.00 |
| DAVIS INVESTMENTS | 20 LEROY TERRACE NEW HAVEN CT 06512 | 10725-02333 | 2,000,000.00 | 1,000,000.00 |
| DAVIS IRA, JOSEPH | 3100 ASHBY AVE LAS VEGAS NV 89102 | 10725-02332 | 12,000.00 | 6,000.00 |
| DAVIS YODER TRUST DTD 12/16/00 | ROBERT J YODER & NANCY R DAVIS TTEES 12291 PROSSER DAM RD TRUCKEE CA 96161 | 10725-02084 | 1,221.64 | 610.82 |
| DAVIS, TODD | 360 W 55TH ST APT 1G NEW YORK NY 10019 | 10725-02330 | 1,150,000.00 | 575,000.00 |
| DENISE F FAGER REVOCABLE TRUST UAD 2/28/03 | DENISE F FAGER TTEE 23741 Brisbane Bay Dana Point, CA 9269 | 10725-02356 | 1,327,564.06 | 663,782.03 |
| DENISE F FAGER REVOCABLE TRUST UAD 2/28/03 | DENISE F FAGER TTEE 23741 Brisbane Bay Dana Point, CA 9269 | 10725-02355 | 1,327,564.06 | 663,782.03 |
| DERY TENANTS IN COMMON, ANN R & JAMES D | 10 LONGMEADOW LN BEACHWOOD OH 44122 | 10725-02062 | 303,615.18 | 151,807.59 |

260862.1