# Exhibit A



**Entered on Docket
October 27, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email: rcharles@lrlaw.com
       jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR[1] |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[2] |
| USA CAPITAL REALTY ADVISORS, LLC,[1] | Case No. BK-S-06-10729-LBR[3] |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,[2] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC,[3] Debtors. | **ORDER SUSTAINING SEVENTH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO DOUBLE COUNTED CLAIMS** |
| **Affects:** ☐ All Debtors ☒ USA Commercial Mortgage Company ☐ USA Capital Realty Advisors, LLC ☐ USA Capital Diversified Trust Deed Fund, LLC ☐ USA Capital First Trust Deed Fund, LLC ☐ USA Securities, LLC | Hearing Date: October 19, 2009 Hearing Time. 3:00 p.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

ORDER
SUSTAINING 7TH
OMNIBUS
OBJECTION TO
DOUBLE COUNTED
CLAIMS



The Court having considered the "Seventh Omnibus Objection of USACM Liquidating Trust to Double Counted Claims; and Certificate of Service" [DE 7506] (the "Objection"); the Court having heard the Objection on October 19, 2009; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 7506] is sustained; and
2. The claims listed on **Exhibit A** are disallowed in the amounts shown there.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By /s/ John Hinderaker (018024)
    Rob Charles
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

| | |
|---|---|
| 1 | In accordance with Local Rule 9021, the undersigned certifies: |
| 2 | ☐ The Court waived the requirements of LR 9021. |
| 3,4 | ☐ No parties appeared or filed written objections, and there is no trustee appointed in this case. |
| 5,6,7 | ☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document): |

| U.S. Trustee: | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**


By:   /s/ JH  (#018024)
        Rob Charles
        John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

3

USACM Exhibit
Proofs of Claim Asserting Duplicate Amounts

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| EDDIE MAYO & JOCELYNE HELZER JT TEN | 115 SOUTH DEER RUN RD CARSON CITY NV 89701 | 10725-02233 | 511,906.46 | 255,953.23 |
| ELAN REDDELL REVOCABLE TRUST DTD 8/4/03 | ELAN REDDELL TRUSTEE 6770 HAWAII KAI DR #1006 HONOLULU HI 96825 | 10725-02282 | 659,407.30 | 329,703.65 |
| ELEANOR L ROGERS 1991 REVOCABLE TRUST DTD 7/3/91 | C/O ELEANOR L ROGERS TTEE 78 SEAL ROCK DR SAN FRANCISCO CA 94121 | 10725-02223 | 608,719.56 | 304,359.78 |
| ELLEN V DUSTMAN & OLIVER HENRY | 3159 6TH ST BOULDER CO 80304 | 10725-02154 | 303,169.26 | 151,584.63 |
| ERIC C DISBROW MD INC PROFIT SHARING PLAN | ERIC C DISBROW TTEE 3840 FAIRWAY DR CAMERON PARK CA 95682 | 10725-02364 | 895,134.00 | 447,567.00 |
| ERVEN J & FRANKIE J NELSON TRUST | ERVEN J & FRANKIE J NELSON TTEES 2136 RIVER OF FORTUNE DRIVE ST GEORGE UT 84790 | 10725-02305 | 900,000.00 | 450,000.00 |
| ERVEN J NELSON LTD PSP DTD 10/31/72 | C/O ERVEN J NELSON TRUSTEE 2136 RIVER OF FORTUNE DRIVE ST GEORGE UT 84790 | 10725-02304 | 500,000.00 | 250,000.00 |
| ESSAFF FAMILY TRUST DTD 6/18/02 | ROBERT & CINDY H ESSAFF TTEES 2860 HEYBOURNE RD MINDEN NV 89423 | 10725-02382 | 3,198,368.02 | 1,599,184.01 |
| EUGENE H & NORMA M &STOKES TRUST DTD 5/16/84 | NORMA M KERNER TTEE 15758 SUNSET DR POWAY CA 92064 **AND** 2012 MESQUITE CT. CARLSBAD, CA 92009-6883 | 10725-02287 | 101,493.04 | 50,746.52 |
| EVERETT, JOHN P | HEART CLINICS NORTHWEST 6002 N MAYFAIR ST 2ND FL SPOKANE WA 99208 | 10725-02184 | 423,138.00 | 211,569.00 |