# Exhibit A




**Entered on Docket**
**October 27, 2009**

**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email: rcharles@lrlaw.com
jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,[1]

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]

USA SECURITIES, LLC,[3]

Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR[1]
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR[2]
Case No. BK-S-06-10729-LBR[3]

CHAPTER 11

Jointly Administered Under
Case No. BK-S-06-10725 LBR

**ORDER SUSTAINING EIGHTH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO DOUBLE COUNTED CLAIMS**

Hearing Date: October 19, 2009
Hearing Time. 3:00 p.m.

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.



Case 06-10725-lbr Doc 7689 Entered 10/27/09 10:20:13 Page 2 of 4

The Court having considered the "Eighth Omnibus Objection of USACM Liquidating Trust to Double Counted Claims; and Certificate of Service" [DE 7508] (the "Objection"); the Court having heard the Objection on October 19, 2009; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 7508] is sustained; and

2. The claims listed on **Exhibit A** are disallowed in the amounts shown there.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By /s/ John Hinderaker (018024)
Rob Charles
John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

LEWIS AND ROCA LLP
LAWYERS

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**

By: /s/ JH (#018024)
Rob Charles
John Hinderaker (*pro hac vice)*
*Attorneys for USACM Liquidating Trust*

**USACM**

**Exhibit A**
**Proofs of Claim Asserting Duplicate Amounts**

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| EVIE DEAN 2000 TRUST DTD 12/12/00 | C/O EVIE DEAN TRUSTEE 29 PHEASANT RIDGE DR HENDERSON NV 89014-2110 | 10725-01206 | 65,336.72 | 32,668.36 |
| FREDA NEWMAN TRUST DTD 7/26/84 | FREDA NEWMAN TRUSTEE C/O DANIEL NEWMAN 125 ELYSIAN DR SEDONA AZ 86336 | 10725-02031 | 467,009.44 | 233,504.72 |
| FREEDA COHEN TRUST DTD 7/11/04 | FREEDA COHEN TTEE C/O ROSALIND L STARK 10905 CLARION LN LAS VEGAS NV 89134 | 10725-01995 | 101,432.76 | 50,716.38 |
| FREEDUS JT TEN, ERIC B & LINDA P | 5008 NIGHTHAWK WAY OCEANSIDE CA 92056 | 10725-02404 | 608,838.00 | 304,419.00 |
| FREEDUS, MICHAEL | 2535 LAKE RD DELANSON NY 12053 | 10725-02143 | 711,624.20 | 355,812.10 |
| GALE GLADSTONE-KATZ REVOCABLE TRUST | GALE GLADSTONE-KATZ TRUSTEE 4071 BONES ROAD SEBASTOPOL CA 95472-9755 | 10725-02277 | 1,354,118.10 | 677,059.05 |
| GALLOWAY, ELLYSON J | 7440 S BLACKHAWK ST #12208 ENGLEWOOD CO 80112 | 10725-02310 | 183,896.00 | 91,948.00 |
| GILBERT JR, ELMER EUGENE | 81590 CHENEL RD FOLSOM LA 70437-5414 | 10725-01994 | 455,240.56 | 227,620.28 |
| GILBERT MANUEL LIVING TRUST DTD 1/3/92 | C/O GILBERT MANUEL TTEE 4617 CONSTITUTION AVE NE ALBUQUERQUE NM 87110 | 10725-01914 | 486,748.60 | 243,374.30 |