# Exhibit A

**Entered on Docket**
**October 27, 2009**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
              jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR[1] |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[2] |
| USA CAPITAL REALTY ADVISORS, LLC,[1] | Case No. BK-S-06-10729-LBR[3] |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,[2] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC,[3] | |
| Debtors. | **ORDER SUSTAINING TWELFTH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO DOUBLE COUNTED CLAIMS** |
| **Affects:** | |
| ☐ All Debtors | Hearing Date:    October 19, 2009 |
| ☒ USA Commercial Mortgage Company | Hearing Time.     3:00 p.m. |
| ☐ USA Capital Realty Advisors, LLC | |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | |
| ☐ USA Capital First Trust Deed Fund, LLC | |
| ☐ USA Securities, LLC | |

_____

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

260879_1.DOC

Case 06-10725-lbr    Doc 7698-1    Entered 10/27/09 10:40:30    Page 2 of 4

1   The Court having considered the "Twelfth Omnibus Objection of USACM

2   Liquidating Trust to Double Counted Claims; and Certificate of Service" [DE 7517] (the

3   "Objection"); the Court having heard the Objection on October 19, 2009; appropriate

4   notice of the Objection having been given; no response to the Objection having been filed;

5   and good cause appearing:

6        **IT IS ORDERED** that:

7        1.    The Objection [DE 7517] is sustained; and

8        2.    The claims listed on **Exhibit A** are disallowed in the amounts shown there as

9   duplicate amount.

10  PREPARED AND RESPECTFULLY SUBMITTED BY:

11  **LEWIS AND ROCA LLP**

12  By____/s/ John Hinderaker (018024)_____
        Rob Charles
13      John Hinderaker (*pro hac vice*)
    3993 Howard Hughes Parkway, Ste. 600
14  Las Vegas, Nevada 89169-5996
    Telephone:  (702) 949-8320
15  Facsimile:  (702) 949-8321

16
    *Attorneys for USACM Liquidating Trust*
17

18

19

20

21

22

23

24

25

26

2

LEWIS
AND
ROCA
—LLP—
L A W Y E R S

In accordance with Local Rule 9021, the undersigned certifies:

☐     The Court waived the requirements of LR 9021.

☐     No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: | |
|---|---|
| ☐  approved the form of this order | ☐  disapproved the form of this order |
| ☒  waived the right to review the order and/or | ☐  failed to respond to the document |
| Other Party: | |
| ☐  approved the form of this order | ☐  disapproved the form of this order |
| ☐  waived the right to review the order and/or | ☐  failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**


By:   /s/ JH (#018024)
     Rob Charles
     John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

**Proofs of Claim Asserting Duplicate Amounts**

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| JILLIAN CAMPBELL & PATSY RIEER JT TEN | 2024 DOUGLAS RD STOCKTON CA 95207 | 10725-02212 | 78,592.12 | 39,296.06 |
| JOCELYNE HELZER IRA, FIRST SAVINGS BANK C/F | 115 SOUTH DEER RUN RD CARSON CITY NV 89701 | 10725-02230 | 36,538.00 | 18,269.00 |
| JOHN J & DIANE M MAGUIRE LIVING TRUST DTD 8/4/00 | JOHN J & DIANE M MAGUIRE TTEES 5590 SAN PALAZZO CT LAS VEGAS NV 89141-3913 | 10725-02375 | 202,500.38 | 101,250.19 |
| JOHN L WADE TRUST DTD 5/8/01 | C/O JOHN L WADE TRUSTEE 881 LAKE COUNTRY DR INCLINE VILLAGE NV 89451-9042 | 10725-02327 | 1,500,000.00 | 750,000.00 |
| JOHNSON JT TEN, CHARLES E & JANET P | 17 FRONT ST PALM COAST FL 32137 | 10725-02118 | 203,105.54 | 101,552.77 |
| JOHNSON, PHYLLIS | C/O RON JOHNSON PO BOX 27 RENO NV 89504 | 10725-02127 | 202,800.00 | 101,400.00 |
| JOHNSON, PHYLLIS | C/O RON JOHNSON PO BOX 27 RENO NV 89504 | 10725-02262 | 202,800.00 | 101,400.00 |
| JOHNSON, RONALD A & MARILYN | 50 SNIDER WAY SPARKS NV 89431-6308 | 10725-02126 | 304,200.00 | 152,100.00 |
| JOHNSTON TRUST DTD 9/7/85 | RODNEY L & DIANE E JOHNSTON TTEES 4326 ARCADIAN DR CASTRO VALLEY CA 94546 | 10725-02354 | 102,082.96 | 51,041.48 |
| JOY INVESTMENT INC A NEVADA CORPORATION | 8080 HARBORVIEW RD BLAINE WA 98230<br><br>JOY INVESTMENT, INC. 5280 S EASTERN AVE., SUITE D-3 LAS VEGAS NV 89119 | 10725-02124 | 1,818,940.00 | 909,470.00 |

260879.1