**Entered on Docket
October 29, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br><br>                    Debtors.<br>**Affects:**<br>☐ All Debtors<br>■ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Bankruptcy Case No: BK-S-06-10725-LBR<br>Bankruptcy Case No: BK-S-06-10726-LBR[1]<br>Bankruptcy Case No: BK-S-06-10727-LBR<br>Bankruptcy Case No: BK-S-06-10728-LBR[2]<br>Bankruptcy Case No: BK-S-06-10729-LBR[3]<br><br>Chapter 11<br><br>Jointly Administered Under Case No.:<br>BK-S-06-10725 LBR<br><br>**[PROPOSED] ORDER GRANTING EX PARTE MOTION FOR LEAVE OF COURT TO BE DELETED FROM ELECTRONIC SERVICE**<br><br>Date: EX PARTE<br>Time: |

   This matter came on for hearing EX PARTE on the motion of Craig D. Slater for leave of court to delete Craig D. Slater and the law firm of Pengilly Robbins Slater & Bell from the electronic and paper service list.

1

1  The Ex Party Motion for Craig D. Slater, counsel for Mountain West Mortgage, for the
2  deletion of the below address from the electronic and paper service lists is GRANTED.

3  James W. Pengilly, Esq.
   Nevada Bar No. 6095
4  Craig D. Slater, Esq.
   Nevada Bar No. 8667
5  PENGILLY ROBBINS SLATER BELL
6  10080 W. Alta Dr., #140
   Las Vegas, NV 89145
7
8  Email Address: ltollerud@pengillylawfirm.com
                  clopez@pengillylawfirm.com
9

12                                    # # #