# Exhibit A

**Entered on Docket**
**October 27, 2009**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
         jhinderaker@lrlaw.com
_Attorneys for USACM Liquidating Trust_

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR[1] |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[2] |
| USA CAPITAL REALTY ADVISORS, LLC,[1] | Case No. BK-S-06-10729-LBR[3] |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,[2] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC,[3]      Debtors. | **ORDER SUSTAINING THIRTEENTH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO DOUBLE COUNTED CLAIMS** |
| **Affects:** ☐ All Debtors ☒ USA Commercial Mortgage Company ☐ USA Capital Realty Advisors, LLC ☐ USA Capital Diversified Trust Deed Fund, LLC ☐ USA Capital First Trust Deed Fund, LLC ☐ USA Securities, LLC | Hearing Date:    October 19, 2009 Hearing Time.    3:00 p.m. |

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

260880_1.DOC

LEWIS
AND
ROCA
— LLP —
L A W Y E R S

1       The Court having considered the "Thirteenth Omnibus Objection of USACM

2   Liquidating Trust to Double Counted Claims; and Certificate of Service" [DE 7519] (the

3   "Objection"); the Court having heard the Objection on October 19, 2009; appropriate

4   notice of the Objection having been given; no response to the Objection having been filed;

5   and good cause appearing:

6       **IT IS ORDERED** that:

7       1.    The Objection [DE 7519] is sustained; and

8       2.    The claims listed on **Exhibit A** are disallowed in the amounts shown there as

9   duplicative amount.

10   PREPARED AND RESPECTFULLY SUBMITTED BY:

11   **LEWIS AND ROCA LLP**

12   By_____/s/ John Hinderaker (018024)_____
         Rob Charles
13       John Hinderaker (*pro hac vice*)
14   3993 Howard Hughes Parkway, Ste. 600
     Las Vegas, Nevada 89169-5996
15   Telephone:  (702) 949-8320
     Facsimile:  (702) 949-8321
16

17   *Attorneys for USACM Liquidating Trust*

18

19

20

21

22

23

24

25

26

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

In accordance with Local Rule 9021, the undersigned certifies:

☐    The Court waived the requirements of LR 9021.

☐    No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: | |
|---|---|
| ☐   approved the form of this order | ☐   disapproved the form of this order |
| ☒   waived the right to review the order and/or | ☐   failed to respond to the document |
| Other Party: | |
| ☐   approved the form of this order | ☐   disapproved the form of this order |
| ☐   waived the right to review the order and/or | ☐   failed to respond to the document |

### 

Submitted by:

**LEWIS AND ROCA LLP**

By: ___/s/ JH  (#018024)___
    Rob Charles
    John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

## Proofs of Claim Asserting Duplicate Amounts

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|------|---------|---------|--------------------------------------------------|----------------------------------------------------------|
| KASSU LLC PSP DTD 1/1/05 | C/O KATHLEEN A BOYCE TRUSTEE 3270 Piazzo Circle RENO, NV 89502 | 10725-02337 | 1,398.16 | 699.08 |
| KERNER REVOCABLE TRUST DTD 3/16/81 | MELVIN W KERNER TTEE 15758 SUNSET DR POWAY CA 92064 | 10725-02288 | 101,493.04 | 50,746.52 |
| KIVEN, NORMAN | ANDREW J ABRAMS ESQ SUGAR FRIEDBERG & FELSENTHAL LLP 30 N LASALLE ST, CHICAGO IL 60602 | 10725-01478 | 96,496.00 | 48,248.00 |
| KLAY LIVING TRUST DTD 7/11/90 | OTHMAR & CHRISTINE KLAY TTEES 5530 LAUSANNE DR RENO NV 89511 | 10725-02177 | 708,473.90 | 354,236.95 |
| KM FINANCIALS LLC | 4847 DAMON CIR SALT LAKE CITY UT 84117-5854 | 10725-02053 | 101,767.12 | 50,883.56 |
| KM GROUP A NEVADA GENERAL PARTNERSHIP | AIME KEARNS 5886 N BONITA VISTA ST LAS VEGAS NV 89149 | 10725-01999 | 304,359.34 | 152,179.67 |
| KM TRUST | C/O AIMEE E KEARNS TRUSTEE 5886 N BONITA VISTA ST LAS VEGAS NV 89149-3911 | 10725-01997 | 1,535,080.92 | 767,540.46 |
| KOERWITZ FAMILY TRUST DTD 5/13/03 | KENNETH & JAN CASE KOERWITZ TTEES 44 WINFIELD LN WALNUT CREEK CA 94595 | 10725-02046 | 1,528,005.76 | 764,002.88 |
| L EARLE ROMAK IRA | FIRST SAVINGS BANK CUSTODIAN L EARLE ROMAK IRA PO BOX 6185 INCLINE VILLAGE NV 89450 | 10725-02326 | 2,000,000.00 | 1,000,000.00 |
| LAFAYETTE, JOSEPH B & CATHERINE D | 9030 JUNIPERO AVE ATASCADERO CA 93422 | 10725-02189 | 410,371.74 | 205,185.87 |

260880.1