# Exhibit A

Entered on Docket
October 27, 2009

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                                Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING FOURTEENTH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO DOUBLE COUNTED CLAIMS**<br><br>Hearing Date:   October 19, 2009<br>Hearing Time.   3:00 p.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

260881_1.DOC

The Court having considered the "Fourteenth Omnibus Objection of USACM Liquidating Trust to Double Counted Claims; and Certificate of Service" [DE 7521] (the "Objection"); the Court having heard the Objection on October 19, 2009; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 7521] is sustained; and

2. The claims listed on **Exhibit A** are disallowed in the amounts shown there as duplicative amount.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By   /s/ John Hinderaker (018024)
     Rob Charles
     John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

2

In accordance with Local Rule 9021, the undersigned certifies:

- ☐ The Court waived the requirements of LR 9021.

- ☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

- ☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**


By:   /s/ JH  (#018024)
          Rob Charles
          John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

3

USACM                                                            **Exhibit A**
**Proofs of Claim Asserting Duplicate Amounts**

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| LAWRENCE H & LORRAINE K TENGAN REVOCABLE TRUST | LAWRENCE H & LORRAINE K TENGAN<br>504 EDGEFIELD RIDGE PL<br>HENDERSON NV 89012-4543 | 10725-02174 | 506,524.90 | 253,262.45 |
| LEE, EMILY | 2223 25TH AVE<br>SAN FRANCISCO CA 94116 | 10725-02388 | 101,432.76 | 50,716.38 |
| LEER, HANS | 2024 GENTRY LN<br>CARSON CITY NV 89701 | 10725-00167 | 59,104.72 | 29,552.36 |
| LINDA S REED IRA | FIRST SAVINGS BANK CUSTODIAN FOR<br>259 OVERLOOK DR<br>CADIZ KY 42211 | 10725-02358 | 156,207.34 | 78,103.67 |
| LINDSEY H KESLER FAM REVOCABLE TR DTD 10/15/80 | MILDRED KESLER TTEE<br>4847 DAMON CIR<br>SALT LAKE CITY UT 84117 | 10725-02054 | 353,992.56 | 176,996.28 |
| LINDSEY H KESLER FAM REVOCABLE TR DTD 10/15/80 | C/O MILDRED P KESLER TRUSTEE<br>4847 DAMON CIR<br>SALT LAKE CITY UT 84117-5854 | 10725-02056 | 196.04 | 98.02 |
| LOUIS H & SHIRLEY M TURNER FAM TRST DTD 9/19/97 | LOUIS H & SHIRLEY M TURNER TTEES<br>9558 MAMMOTH CT<br>RENO NV 89521 | 10725-02219 | 304,359.74 | 152,179.87 |
| LOUISE ALPORT KOLBERG REVOCABLE TRUST | LOUISE KOLBERG TRUSTEE<br>5914 ONONDAGA RD<br>BETHESDA MD 20816 | 10725-02185 | 100,756.00 | 50,378.00 |
| LOUISE TEETER IRA ROLLOVER | 4201 VIA MARINA<br>STE 300<br>MARINA DEL REY CA 90292-5237 | 10725-02273 | 898,523.18 | 449,261.59 |
| LYNDA L PINNELL LIVING TRUST DTD 7/24/00 | LYNDA L PINNELL TTEE<br>9915 SADDLEBACK DR<br>LAKESIDE CA 92040 | 10725-02214 | 649,047.68 | 324,523.84 |

260881.1