# Exhibit A



**Entered on Docket
October 27, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email: rcharles@lrlaw.com
       jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                         Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING NINTEENTH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO DOUBLE COUNTED CLAIMS (EXCEPT BLAIR E. AND BARBARA K. ROACH)**<br><br>Hearing Date:   October 19, 2009<br>Hearing Time.   3:00 p.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

260891_1.DOC


Case 06-10725-gwz    Doc 7745-1   Entered 10/29/09 11:48:30   Page 3 of 5
Case 06-10725-lbr    Doc 7692   Entered 10/27/09 10:27:21   Page 2 of 4

     The Court having considered the "Nineteenth Omnibus Objection of USACM Liquidating Trust to Double Counted Claims; and Certificate of Service" [DE 7531] (the "Objection"); the Court having heard the Objection on October 19, 2009; appropriate notice of the Objection having been given; a response having been received from Blair E. and Barbara K. Roach, no other responses to the Objection having been filed; and good cause appearing:

     **IT IS ORDERED** that:

     1.    The Objection [DE 7531] is sustained; except for Claim 10725-02294 filed by Blair E. and Barbara K. Roach; and

     2.    The claims listed on **Exhibit A** are disallowed in the amounts shown there as duplicative amount.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By   /s/ John Hinderaker (018024)
     Rob Charles
     John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

LEWIS AND ROCA LLP LAWYERS

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: | |
|---|---|
| ☐  approved the form of this order | ☐  disapproved the form of this order |
| ☒  waived the right to review the order and/or | ☐  failed to respond to the document |
| Other Party: | |
| ☐  approved the form of this order | ☐  disapproved the form of this order |
| ☐  waived the right to review the order and/or | ☐  failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**

By: /s/ JH  (#018024)
    Rob Charles
    John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

3

USACM                                    Exhibit A
**Proofs of Claim Asserting Duplicate Amounts**

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| REBECCA A ROGERS TRUST DTD 9/18/96 | REBECCA A ROGERS TRUSTEE<br>2309 SIERRA HEIGHTS DR<br>LAS VEGAS NV 89134 | 10725-01910 | 548,885.18 | 274,442.59 |
| RENO AERONAUTICAL CORP DEFINED BENEFIT PLAN | C/O RICHARD R TRACY TRUSTEE<br>PO BOX 1404<br>CARSON CITY NV 89702-1404 | 10725-02283 | 456,722.24 | 228,361.12 |
| RGF REVOCABLE TRUST | ROBERT G FULLER TTEE<br>5172 ENGLISH DAISY WAY<br>LAS VEGAS NV 89142 | 10725-02097 | 487,047.24 | 243,523.62 |
| RICHARD M RAKER LIVING TRUST DTD 3/18/98 | RICHARD M RAKER TTEE<br>PMB 274 969 EDGEWATER BLVD<br>FOSTER CITY, CA 94405 | 10725-02188 | 524,840.30 | 262,420.15 |
| RICHARD W GILMOUR IRA | C/O FIRST SAVINGS BANK CUSTODIAN<br>PO BOX 1241<br>CAMANO ISLAND WA 98292-1241 | 10725-01864 | 321,394.52 | 160,697.26 |
| ~~ROACH, BLAIR E & BARBARA K~~ | ~~PO BOX 1238<br>ZEPHYR COVE NV 89448-1238~~<br><br>**New Address:**<br>~~4113 Knights Bridge Street<br>Norman, Oklahoma  73072~~ | ~~10725-02294~~ | ~~200,000.00~~ | ~~100,000.00~~ |
| ROBERT G FULLER IRA | FIRST SAVINGS BANK CUSTODIAN<br>5172 ENGLISH DAISY WAY<br>LAS VEGAS NV 89142 | 10725-02166 | 216,544.66 | 108,272.33 |
| ROBERT L OGREN TRUST DTD 6/30/92 | ROBERT L OGREN TTEE<br>3768 RICK STRATTON DR<br>LAS VEGAS NV 89120 | 10725-02001 | 324,491.12 | 162,245.56 |
| ROBERT L OGREN TRUST DTD 6/30/92 | ROBERT L ORGREN TTEE<br>3768 RICK STRATTON DR<br>LAS VEGAS NV 89120 | 10725-02000 | 1,827,483.14 | 913,741.57 |
| ROBERT W ULM LIVING TRUST DTD 4/11/05 | ROBERT W ULM TTEE<br>414 MORNING GLORY RD<br>ST MARYS GA 31558 | 10725-02088 | 1,376,330.00 | 688,165.00 |

2110102.1