# Exhibit A

Entered on Docket
October 27, 2009

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
           jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>    Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING TWENTIETH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO DOUBLE COUNTED CLAIMS**<br><br>Hearing Date:  October 19, 2009<br>Hearing Time.  3:00 p.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

260892_1.DOC

The Court having considered the "Twentieth Omnibus Objection of USACM Liquidating Trust to Double Counted Claims; and Certificate of Service" [DE 7533] (the "Objection"); the Court having heard the Objection on October 19, 2009; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS ORDERED** that:

    1.    The Objection [DE 7533] is sustained; and

    2.    The claims listed on **Exhibit A** are disallowed in the amounts shown there as duplicate amount.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By  /s/ John Hinderaker (018024)
    Rob Charles
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

In accordance with Local Rule 9021, the undersigned certifies:

- ☐ The Court waived the requirements of LR 9021.

- ☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

- ☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

### ###

Submitted by:

**LEWIS AND ROCA LLP**

By: /s/ JH  (#018024)
    Rob Charles
    John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

USACM

Exhibit A
**Proofs of Claim Asserting Duplicate Amounts**

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| ROBERT WILLIAM ULM IRA | PENSCO TRUST COMPANY CUSTODIAN<br>414 MORNING GLORY RD<br>ST MARYS GA 31558 | 10725-02090 | 1,415,506.00 | 707,753.00 |
| ROGERS, JAMES WILLIAM | 78 SEAL ROCK DR<br>SAN FRANCISCO CA 94121 | 10725-02220 | 613,040.12 | 306,520.06 |
| ROISENTUL FAMILY TRUST | SAUL & ILENE ROISENTUL TRUSTEES<br>74075 KOKOPELLI CIR<br>PALM DESERT CA 92211-2075 | 10725-02281 | 840,536.32 | 420,268.16 |
| ROMONOSKI, MAURY | 4429 PEACEFUL MORNING LN<br>LAS VEGAS NV 89129 | 10725-02331 | 250,000.00 | 125,000.00 |
| RUTH ZIMMERMAN & MOSHE KIRSH JTWROS | 15721 MILBANK ST<br>ENCINO CA 91436 | 10725-02033 | 244,311.94 | 122,155.97 |
| SALVO, ANNE F DI | PO BOX 18220<br>RENO NV 89511-0270 | 10725-02043 | 24,064.98 | 12,032.49 |
| SANCHEZ IRA, RANDY | 5713 N WHITE SANDS RD<br>RENO NV 89511 | 10725-02217 | 694,063.90 | 347,031.95 |
| SANCHEZ LIVING TRUST DTD 10/13/03 | RANDY M & SHARON SANCHEZ TTEES<br>5713 N WHITE SANDS RD<br>RENO NV 89511 | 10725-02218 | 554,132.98 | 277,066.49 |
| SCHNITZER LIVING TRUST DTD 10/24/91 | ARTHUR F & LINN S SCHNITZER TTEES<br>20155 NE 38TH CT, #1604<br>AVENTURA FL 33180 | 10725-02149 | 3,549,806.80 | 1,774,903.40 |
| SCHOONOVER FAMILY TRUST DATED 2/23/04 | EDWARD L & SUSAN A SCHOONOVER CO-TTEES<br>11044 E. NOPAL AVE<br>MESA AZ 85209 | 10725-02135 | 269,449.00 | 134,724.50 |

260892.1