**LEWIS AND ROCA LLP — LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

E-Filed on 10/29/09

Rob Charles NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHinderaker@LRLaw.com
Marvin C. Ruth, State Bar No. 024220
Email: MRuth@LRLaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re:

USA Commercial Mortgage Company,
USA Capital Realty Advisors, LLC,[1]
USA Capital Diversified Trust Deed Fund, LLC,
USA Capital First Trust Deed Fund, LLC,[2]
USA Securities, LLC,[3]

                    Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR[1]
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR[2]
Case No. BK-S-06-10729-LBR[3]

CHAPTER 11

Jointly Administered Under
Case No. BK-S-06-10725 LBR

**NOTICE OF ENTRY OF ORDER SUSTAINING TWENTY-FIRST OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO DOUBLE COUNTED CLAIMS**

      **PLEASE TAKE NOTICE** that an Order Sustaining Twenty-First Omnibus Objection of USACM Trust to Double Counted Claims [DE 7706] was entered on the 27th day of October, 2009, a true and correct copy of which is attached hereto as Exhibit A.

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2110120.1

RESPECTFULLY SUBMITTED October 29, 2009.

        LEWIS AND ROCA LLP

By   /s/ John Hinderaker  (#018024)
      Rob Charles
      John Hinderaker (pro hac vice)
      Marvin Ruth
      *Attorneys for USACM Liquidating Trust*

Copy of the foregoing and pertinent portion of Exhibit A to the Order mailed on October 29, 2009 to all parties listed on Exhibit A to the Order.

/s/ Leilani Lista
Leilani Lista

2110120.1