# Exhibit A

Case 06-10725-gwz    Doc 7747-1   Entered 10/29/09 12:22:43   Page 2 of 5

**Entered on Docket**
**October 27, 2009**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR[1] |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[2] |
| USA CAPITAL REALTY ADVISORS, LLC,[1] | Case No. BK-S-06-10729-LBR[3] |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,[2] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC,[3]           Debtors. | **ORDER SUSTAINING TWENTY-FIRST OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO DOUBLE COUNTED CLAIMS** |
| **Affects:** | |
| ☐ All Debtors | Hearing Date:    October 19, 2009 |
| ☒ USA Commercial Mortgage Company | Hearing Time.    3:00 p.m. |
| ☐ USA Capital Realty Advisors, LLC | |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | |
| ☐ USA Capital First Trust Deed Fund, LLC | |
| ☐ USA Securities, LLC | |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

260900_1.DOC

Case 06-10725-lbr    Doc 7706   Filed 10/27/09 16:52:04   Page 2 of 4

**LEWIS
AND
ROCA**
——LLP——
L A W Y E R S

1     The Court having considered the "Twenty-First Omnibus Objection of USACM

2     Liquidating Trust to Double Counted Claims; and Certificate of Service" [DE 7535] (the

3     "Objection"); the Court having heard the Objection on October 19, 2009; appropriate

4     notice of the Objection having been given; no response to the Objection having been filed;

5     and good cause appearing:

6        **IT IS ORDERED** that:

7          1.    The Objection [DE 7535] is sustained; and

8          2.    The claims listed on **Exhibit A** are disallowed in the amounts shown there as

9     duplicative amount.

10    PREPARED AND RESPECTFULLY SUBMITTED BY:

11    **LEWIS AND ROCA LLP**

12    By    /s/ John Hinderaker (018024)
13        Rob Charles
         John Hinderaker (*pro hac vice*)
14    3993 Howard Hughes Parkway, Ste. 600
     Las Vegas, Nevada 89169-5996
15    Telephone:  (702) 949-8320
     Facsimile:  (702) 949-8321
16

17    *Attorneys for USACM Liquidating Trust*

18

19

20

21

22

23

24

25

26

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

1    In accordance with Local Rule 9021, the undersigned certifies:

2    ☐    The Court waived the requirements of LR 9021.

3    ☐    No parties appeared or filed written objections, and there is no trustee appointed

4        in this case.

5    ☒    I have delivered a copy of this proposed order to all counsel who appeared at the
hearing, any unrepresented parties who appeared at the hearing, and any trustee

6        appointed in this case, and each has approved or disapproved the order, or failed
to respond, as indicated below (list each party and whether the party has

7        approved, disapproved, or failed to respond to the document):

| U.S. Trustee: | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

14                                   ###

16    Submitted by:

17    **LEWIS AND ROCA LLP**

18    By:    /s/ JH  (#018024)

19          Rob Charles
         John Hinderaker (*pro hac vice*)

20    *Attorneys for USACM Liquidating Trust*

**USACM**

**Exhibit A**
**Proofs of Claim Asserting Duplicate Amounts**

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|------|---------|---------|---------|---------|
| SECURE RETIREMENT TRUST B | C/O LEONA APIGIAN TRUSTEE 172 WOODLAND RD GOLDENDALE WA 98620-2613 | 10725-01961 | 101,493.04 | 50,746.52 |
| SHARP JT TEN, CHRIS & TERRI | 29276 WHITEGATE LN HIGHLAND CA 92346 | 10725-02303 | 200,000.00 | 100,000.00 |
| SHELDON & MARION G PORTMAN TRUST DTD 11/1/85 | SHELDON & MARION G PORTMAN TTEES 9505 CITY HILL CT LAS VEGAS NV 89134-1171 | 10725-01912 | 2,721,699.28 | 1,360,849.64 |
| SIMMONS HWJTWROS, ALAN R & JUDITH B | PO BOX 13296 SOUTH LAKE TAHOE CA 96151-3296 | 10725-02175 | 1,186,288.22 | 593,144.11 |
| SIMON TTEES OF SIMON FAMILY TR 2000, ALAN & CAROL | 1800 WALDMAN AVE LAS VEGAS NV 89102-2437 | 10725-01909 | 202,866.68 | 101,433.34 |
| SKIP & MARY HAROUFF TRUST DTD 12/5/95 | MARY ANN & DWIGHT W HAROUFF TTEES 5680 RUFFIAN RD LAS VEGAS NV 89149 | 10725-01966 | 626,556.78 | 313,278.39 |
| SMALL FAMILY TRUST | RICHARD & JACQUELIND SMALL TTEES 4801 CALLE SANTA CRUZE PRESCOTT VALLEY AZ 86314 | 10725-01955 | 703,134.00 | 351,567.00 |
| SOUZA JT TEN, DAVID A & ELIZABETH M | 542 SOCORRO CT RENO NV 89511 | 10725-01960 | 1,031,654.42 | 515,827.21 |
| STARK FAMILY TRUST DTD 4/2/84 | ROLAIND L STARK TTEE 10905 CLARION LN LAS VEGAS NV 89134 | 10725-01996 | 198,268.14 | 99,134.07 |
| STOEBLING FAMILY TRUST | C/O DAVID STOEBLING TRUSTEE 3568 E RUSSELL RD STE D LAS VEGAS NV 89120-2234 | 10725-00945 | 100,000.00 | 50,000.00 |