**LEWIS AND ROCA LLP — LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHinderaker@LRLaw.com
Marvin C. Ruth, State Bar No. 024220
Email: MRuth@LRLaw.com
*Attorneys for USACM Liquidating Trust*

E-Filed on 10/29/09

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

USA Commercial Mortgage Company,
USA Capital Realty Advisors, LLC,[1]
USA Capital Diversified Trust Deed Fund, LLC,
USA Capital First Trust Deed Fund, LLC,[2]
USA Securities, LLC,[3]

                      Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR[1]
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR[2]
Case No. BK-S-06-10729-LBR[3]

CHAPTER 11

Jointly Administered Under
Case No. BK-S-06-10725 LBR

**NOTICE OF ENTRY OF ORDER SUSTAINING TWENTY-FOURTH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO DOUBLE COUNTED CLAIMS**

**PLEASE TAKE NOTICE** that an Order Sustaining Twenty-Fourth Omnibus Objection of USACM Trust to Double Counted Claims [DE 7709] was entered on the 27th day of October, 2009, a true and correct copy of which is attached hereto as Exhibit A.

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2110131.1

LEWIS AND ROCA LLP
LAWYERS

1
2      RESPECTFULLY SUBMITTED October 29, 2009.
3                                              LEWIS AND ROCA LLP
4
5                                      By     /s/ John Hinderaker  (#018024)
6                                              Rob Charles
                                               John Hinderaker (pro hac vice)
7                                              Marvin Ruth
                                               *Attorneys for USACM Liquidating Trust*
8
9   Copy of the foregoing and pertinent
    portion of Exhibit A to the Order mailed
10  on October 29, 2009 to all parties listed
    on Exhibit A to the Order.
11
12
    /s/ Leilani Lista
13  Leilani Lista

14
15
16
17
18
19
20
21
22
23
24
25
26

2

2110131.1