# Exhibit A

**Entered on Docket**
**October 27, 2009**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
          jhinderaker@lrlaw.com
_Attorneys for USACM Liquidating Trust_

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR[1] |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[2] |
| USA CAPITAL REALTY ADVISORS, LLC,[1] | Case No. BK-S-06-10729-LBR[3] |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,[2] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC,[3]          Debtors. | **ORDER SUSTAINING TWENTY-SIXTH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO DOUBLE COUNTED CLAIMS** |
| **Affects:** | |
| ☐ All Debtors | Hearing Date:    October 19, 2009 |
| ☒ USA Commercial Mortgage Company | Hearing Time.    3:00 p.m. |
| ☐ USA Capital Realty Advisors, LLC | |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | |
| ☐ USA Capital First Trust Deed Fund, LLC | |
| ☐ USA Securities, LLC | |

_____
[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

260907_1.DOC

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

1    The Court having considered the "Twenty-Sixth Omnibus Objection of USACM

2    Liquidating Trust to Double Counted Claims; and Certificate of Service" [DE 7553] (the

3    "Objection"); the Court having heard the Objection on October 19, 2009; appropriate

4    notice of the Objection having been given; no response to the Objection having been filed;

5    and good cause appearing:

6          **IT IS ORDERED** that:

7          1.    The Objection [DE 7553] is sustained; and

8          2.    The claims listed on **Exhibit A** are disallowed in the amounts shown there as

9    duplicative amount.

10   PREPARED AND RESPECTFULLY SUBMITTED BY:

11   **LEWIS AND ROCA LLP**

12   By____/s/ John Hinderaker (018024)_____
          Rob Charles
13        John Hinderaker (*pro hac vice*)
     3993 Howard Hughes Parkway, Ste. 600
14   Las Vegas, Nevada 89169-5996
     Telephone:  (702) 949-8320
15   Facsimile:  (702) 949-8321

16
17   *Attorneys for USACM Liquidating Trust*

18

19

20

21

22

23

24

25

26

LEWIS
AND
ROCA
LLP
L A W Y E R S

In accordance with Local Rule 9021, the undersigned certifies:

☐     The Court waived the requirements of LR 9021.

☐     No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: | |
|---|---|
| ☐   approved the form of this order | ☐   disapproved the form of this order |
| ☒   waived the right to review the order and/or | ☐     failed to respond to the document |
| Other Party: | |
| ☐   approved the form of this order | ☐   disapproved the form of this order |
| ☐   waived the right to review the order and/or | ☐     failed to respond to the document |

### 

Submitted by:

**LEWIS AND ROCA LLP**

By:    /s/ JH  (#018024)
       Rob Charles
       John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

**USACM**

**Exhibit A**
**Proofs of Claim Asserting Duplicate Amounts**

| Name | Address | Claim # | Total Amount of Claim as Listed in Claim Register | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| DONNA M CANGELOSI FAMILY TRUST | 5860 LAUSANNE DR RENO NV 89511 | 10725-01716-2 | 1,537,121.72 | 768,560.86 |
| HALVORSON, JOANNE | 3716 N NORMANDIE SPOKANE WA 99205 | 10725-02551 | 44,964.02 | 22,482.01 |
| LUONGO HW JT TEN, JOHN M & GLORIA | 965 LEAH CIRCLE RENO NV 89511 | 10725-01992 | 306,747.34 | 153,373.67 |
| MARKWELL FAMILY TRUST | 12765 SILVER WOLF RD RENO NV 89511 | 10725-01967 | 710,494.00 | 355,247.26 |

260907.1