**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 18024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 10/29/09

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>　　　　　　　　　　　　　　Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>■ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**OBJECTION OF THE USACM LIQUIDATING TRUST TO PROOFS OF CLAIM FILED BY BARRY J. GOLDSTEIN, PATRICIA GOLDSTEIN AND CAPITAL MORTGAGE INVESTORS, INC. FOR LACK OF DOCUMENTATION WITH CERTIFICATE OF SERVICE**<br><br>Hearing Date:　　December 18, 2009<br>Hearing Time:　　1:30 p.m. |

　　　　Pursuant to section 502 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the USACM Liquidating Trust (the "USACM Trust") objects to claim no. 10725-01167 filed by Barry J. and Patricia Goldstein ("Goldstein ") and claim no. 10725-01163

---

[1] This bankruptcy case was closed on September 23, 2008

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2110268.1

filed by Capital Mortgage Investors, Inc., ("Capital Mortgage") (collectively, the "Claims") because the Claims were filed without supporting documentation. The Trust requested supporting documentation from the claimants, but none was provided. This Objection is supported by the Court's record and the following Memorandum.

## MEMORANDUM

### I.  JURISDICTION

The Court has jurisdiction over this Objection pursuant to 28 U.S.C. §§ 1334 and 157. Venue is appropriate under 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding under 28 U.S.C. § 157(b)(2)(B).

The statutory predicates for the relief requested herein are 11 U.S.C. § 502 and Bankruptcy Rule 3007.

### II.  BACKGROUND

On April 13, 2006 ("Petition Date"), USA Commercial Mortgage Company ("USACM"), USA Securities, LLC ("USA Securities"), USA Capital Realty Advisors, LLC ("USA Realty"), USA Capital Diversified Trust Deed Fund, LLC ("DTDF"), USA Capital First Trust Deed Fund, LLC ("FTDF" and together with DTDF, the "Funds") (collectively the "Debtors"), filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors continued to operate their businesses, if any, as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. Post-petition management of the Debtors was under the direction of Thomas J. Allison of Mesirow Financial Interim Management, LLC ("Mesirow"), who served as the Chief Restructuring Officer.

On January 8, 2007, this Court entered its Order Confirming the "Debtors' Third Amended Joint Chapter 11 Plan of Reorganization" as Modified Herein [Docket No. 2376].

2110268.1

LEWIS AND ROCA LLP
LAWYERS

Debtors' Third Amended Chapter 11 Plan of Reorganization (the "Plan") [Docket No. 1799] provides the following deadlines for objections to Claims:

> (A)    for any and all Claims and Equity Interests to which the General Bar Date applies, ninety (90) days after the Effective Date; (B) for any and all Claims to which the Administrative Claims Bar Date or the Professionals Administrative Bar Date applies, thirty (30) days after the expiration of the respective Bar Date; and (C) for any and all Claims to which the Bar Date applicable under section B.3 of Art. V of the Plan applies, thirty (30) days after the expiration of that Bar Date.

The deadline for claims objections has been continued from time to time by this Court's order.  The current deadline for such objections is February 4, 2010 [DE 7680].

Under the Plan, the USACM Trust is the successor to USACM with respect to standing to seek allowance and disallowance of Claims.

The USACM Trust exists as of the Effective Date of the Plan, which was March 12, 2007.  Geoffrey L. Berman is the Trustee.

Objections to these claims based upon lack of documentation were previously filed [DE 5365 and 5367].  Counsel for claimants filed a response in opposition to the objection [DE 5484].  The response provided documentation as to the liquidated claims and agreed to provide the documentation as to the unliquidated claims.   A stipulation re withdrawal of Objection for Lack of Documentation to Proofs of Claim filed by Barry J. Goldstein, Patricia Goldstein and Capital Mortgage Investors, Inc. [DE 5545] was filed with the Court.  On January 2, 2008,  the Court entered an order approving the stipulation [DE 5555] and the objections were withdrawn

Counsel for the Trust contacted claimant's counsel requesting the documentation in support of the unliquidated claims.  The documentation, despite the granting of several requests for extension, was never provided.  Further,  the proofs of claim do not appear to be supported by USACM's books and records.  The USACM Trust contends that the Goldstein and Capital Mortgage Claims are not valid Claims and should be disallowed because there is no supporting documentation for the Claims as required under Bankruptcy

2110268.1

LEWIS AND ROCA LLP
LAWYERS

Rule 3001(f).

### III. APPLICABLE AUTHORITY

Under the Bankruptcy Code, any Claim for which a proof of claim has been filed will be allowed unless a party in interest objects. If a party in interest objects to the proof of claim, the Court, after notice and hearing, shall determine the amount of the Claim and shall allow the Claim except to the extent that the Claim is "unenforceable against the debtor . . . under any . . . applicable law for a reason other than because such claim is contingent or unmatured." 11 U.S.C. § 502(b).

The USACM Trust is entitled to object to proofs of claim under 11 U.S.C. § 502(a). This objection is timely under the Court's orders.

### IV. OBJECTIONS TO CLAIMS

The USACM Trust objects to the Claim No. 10725-01167 filed by Goldstein and 10725-01163 filed by Capital Mortgage because they lack supporting documentation. The USACM Trust asks that the Court disallow these Claims in their entirety. The USACM Trust requests any other relief the Court considers appropriate.

The USACM Trust reserves the right to modify, supplement and/or amend this Objection as it pertains to any Claim or claimant herein.

**LEWIS AND ROCA LLP**

By: /s/ JH (#18024)
Rob Charles, NV 6593
John C. Hinderaker, AZ 18024 *(pro hac vice)*
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Email: RCharles@LRLaw.com
*Counsel for USACM Liquidating Trust*

2110268.1

LEWIS AND ROCA LLP
LAWYERS

1

2   Copy of the foregoing mailed on October 29, 2009 to:

3

4   Jeffrey S. Berlowitz, Esquire
    Phillips, Cantor & Berlowitz, P.A.
5   Attorneys for Goldstein and Capital Mortgage
6   4000 Hollywood Blvd., Suite 375-South
    Hollywood, FL 33021
7   jberlowitz@phillipslawyers.com

8

9    /s/ Leilani Lista
    Lewis and Roca LLP
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

5

2110268.1