RANDOLPH L. HOWARD, ESQ.
Nevada Bar No. 006688
PETER D. NAVARRO, ESQ.
Nevada Bar No. 010168
**KOLESAR & LEATHAM, CHTD.**
3320 W. Sahara Avenue, Suite 380
Las Vegas, Nevada 89102
Telephone: (702) 362-7800
Facsimile: (702) 362-9472
E-Mail: rhoward@klnevada.com
pnavarro@klnevada.com

KATHERINE M. WINDLER
CA Bar No. 158899
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, California 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200
E-mail: katherine.windler@bryancave.com

Attorneys for ASSET RESOLUTION, LLC

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>USA Commercial Mortgage Company,<br>USA Capital Realty Advisors, LLC,<br>USA Capital Diversified Trust Deed Funds, LLC,<br>USA Capital; First Trust Deed Fund, LLC,[1]<br>USA Securities, LLC,[2]<br><br>Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR[1]<br>Case No. BK-S-06-10725-LBR[2]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725-LBR |
| Affects:<br>**X** All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Funds, LLC<br>☐ USA Capital; First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | **NOTICE OF WITHDRAWAL OF COUNSEL OF RECORD FOR SILAR ADVISORS, LP & SILAR SPECIAL OPPORTUNITIES FUND, LP** |

Pursuant to Nevada Supreme Court Rule 46(1), Randolph L. Howard, Esq., and Peter D. Navarro, Esq., of the law firm of Kolesar & Leatham, Chtd., and Katherine M. Windler, Esq., of

---

[1] This bankruptcy case was closed on October 12, 2007.
[2] This bankruptcy case was closed on December 26, 2007.

627072.doc (7047-1)                                - 1 -

the law firm of Bryan Cave LLP hereby formally withdraw as attorneys for SILAR ADVISORS, LP & SILAR SPECIAL OPPORTUNITIES FUND, LP in the above-entitled matter effective as of October 14, 2009, said entities have expressly consented to this withdrawal.

DATED this 30th day of October, 2009.

KOLESAR & LEATHAM, CHTD.

By: *Randolph L. Howard*
RANDOLPH L. HOWARD, ESQ.
Nevada Bar No. 006688
PETER D. NAVARRO, ESQ.
Nevada Bar No. 010168
**KOLESAR & LEATHAM, CHTD.**
3320 W. Sahara Avenue, Suite 380
Las Vegas, Nevada 89102

KATHERINE M. WINDLER
CA Bar No. 158899
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, California 90401-2386

Attorneys for **ASSET RESOLUTION, LLC**

627072.doc (7047-1)                              - 2 -