

**CT Corporation**

1209 Orange Street  
Wilmington, DE 19801

302 777 0220 tel  
800 677 3394 toll free

RECEIVED & FILED

'09 OCT 29 P1 :02

U.S. BANKRUPTCY COURT  
MARY A. SCHOTT, CLERK

October 26, 2009

Dean T. Kirby  
Kirby & McGuinn, A P.C.  
707 Broadway,  
Suite 1750,  
San Diego, CA 92101

Re: In Re: USA Commercial Mortgage Company, et al., Debtors, USACM Liquidating Trust, Pltf. vs. Compass USA SPE, LLC, et al. including Compass Partners, LLC, etc., Dfts.

Case No. BK-S06-10727

Dear Sir/Madam:

Process in the above referenced case was attempted upon The Corporation Trust Company as the purported agent for service of process for Compass Partners, L.L.C.

Compass Partners, L.L.C. is inactive on the records of the State DE. Our services for this entity have also been discontinued for more than five (5) years and, as such, we no longer maintain an active record of this entity. Since we have no address to which to forward this process, we are returning it to you for further disposition.

Very truly yours,


Joanne Holmes  
Sr. Process Specialist

Log# 515539498

FedEx Tracking# 792808953056

cc: Nevada District US Bankruptcy Court  
    The Foley Federal Bldg.,  
    300 Las Vegas Blvd. South,  
    Las Vegas, NV 89101