**LEWIS AND ROCA LLP**
LAWYERS

E-filed on 11/5/09

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| | Case No. BK-S-06-10726-LBR[1] |
| USA Commercial Mortgage Company, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[2] |
| USA Capital Realty Advisors, LLC, | Case No. BK-S-06-10729-LBR[3] |
| USA Capital Diversified Trust Deed Fund, LLC, | CHAPTER 11 |
| USA Capital First Trust Deed Fund, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA Securities, LLC, | |
| Debtors. | **Notice of Posting to Website** |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

The USACM Liquidating Trust ("USACM Trust"), posted the following document:

DE 7759, USACM Liquidating Trust Quarterly Post Confirmation Report for Period Ending September, 2009

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 26, 2007.

2113987.1

on the USACM Trust web site (http://usacmcucc.bmcgroup.com) maintained at BMC on November 5, 2009, which has remained on the website since that date:

RESPECTFULLY SUBMITTED on November 5, 2009.

**LEWIS AND ROCA LLP**


By   /s/ RC (#006593)
        Rob Charles
*Attorneys for USACM Liquidating Trust*