WILLIAM W. HUCKINS, ESQ. (CA BAR NO. 201098)
JAMES A. TIMKO, ESQ. (CA BAR NO. 220140)
ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
1900 Main Street, Fifth Floor
Irvine, California 92614-7321
Phone:  (949) 553-1313
Fax:  (949) 553-8354
Email:   whuckins@allenmatkins.com
           jtimko@allenmatkins.com

AMBRISH S. SIDHU, ESQ. (NEVADA BAR NO. 7516)
SIDHU LAW FIRM, LLC
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Phone: (702) 384-4436
Fax: (702) 384-4437
Email: asidhu@sidhulawfirm.com

Attorneys for Creditor
AMTRUST BANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA, LAS VEGAS DIVISION

| | |
|---|---|
| In re | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| | Case No. BK-S-06-10729-LBR |
| Debtor. | Chapter 11 |
| USA CAPITAL REALTY ADVISORS, LLC, | Jointly Administered Under Case No. BK-S-06-10725-LBR |
| Debtor. | **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT** |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | |
| Debtor. | |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | |
| Debtor. | |
| USA SECURITIES, LLC, | |
| Debtor. | |

AFFECTS:
    All Debtors
  X  USA Commercial Mortgage Company
    USA Capital Realty Advisors, LLC
    USA Capital Diversified Trust Deed
    Fund, LLC
    USA Securities, LLC.

JAMES A. TIMKO, Petitioner, respectfully represents to the Court:

1.    That Petitioner resides in Trabuco Canyon, California.

2.    That Petitioner is an attorney at law and a member of the law firm of Allen Matkins Leck Gamble Mallory & Natsis LLP with offices at 1900 Main Street, Fifth Floor, Irvine, California 92614, Telephone number: (949) 553-1313.

3.    That Petitioner has been retained personally or as a member of the law firm by AmTrust Bank to provide legal representation in connection with the above-entitled case now pending before this Court.

4.    That since June 11, 2002, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California where Petitioner regularly practices law.

5.    That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted |
| --- | --- |
| United States District Court, Southern District of California | March 22, 2006 |
| United States District Court, Eastern District of California | March 27, 2006 |
| United States District Court, Central District of California | March 30, 2006 |
| United States District Court, Northern District of California | April 12, 2006 |
| United States Court of Appeals for the Ninth Circuit | September 16, 2008 |

6.     That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

Not applicable.

7.     That Petitioner has never been denied admission to the State Bar of Nevada.

8.     That Petitioner is a member of good standing in the following Bar Associates:

Orange County Bar, California State Bar, and Pennsylvania State Bar

9.     Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed applications(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 06/03/2004 | Petition filed by Michael S. Greger in case of NCP Marketing Group, Inc., et al., Case No. BK-N-04-51071-GWZ | USBC District of Nevada | Granted |

10.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11.     Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

//

//

//

//

13.     That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

Dated this 4th day of November 2009

_____
Petitioner's Signature

State of California     )

County of Orange       )

Subscribed and sworn to (or affirmed) before me on this 4th day of November, 2009, by James A. Timko, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

KIM RODRIGUEZ
Commission # 1631231
Notary Public - California
Orange County
My Comm. Expires Dec 18, 2009

Seal: _____

Signature _____

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

887206.01/OC

-4-