```
 1  WILLIAM W. HUCKINS, ESQ. (CA BAR NO. 201098)
    JAMES A. TIMKO, ESQ. (CA BAR NO. 220140)
 2  ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
    1900 Main Street, Fifth Floor
 3  Irvine, California 92614-7321
    Phone: (949) 553-1313
 4  Fax: (949) 553-8354
    Email: whuckins@allenmatkins.com
 5         jtimko@allenmatkins.com

 6  AMBRISH S. SIDHU, ESQ. (NEVADA BAR NO. 7516)
    SIDHU LAW FIRM, LLC
 7  810 S. Casino Center Blvd., Suite 104
    Las Vegas, Nevada 89101
 8  Phone: (702) 384-4436
    Fax: (702) 384-4437
 9  Email: asidhu@sidhulawfirm.com

10  Attorneys for Creditor
    AMTRUST BANK
11
```

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA, LAS VEGAS DIVISION

| In re | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10726-LBR |
| | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| | Case No. BK-S-06-10729-LBR |
| Debtor. | Chapter 11 |
| USA CAPITAL REALTY ADVISORS, LLC, | Jointly Administered Under |
| | Case No. BK-S-06-10725-LBR |
| Debtor. | **DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO** |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | |
| Debtor. | |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | |
| Debtor. | |
| USA SECURITIES, LLC, | |
| Debtor. | |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

887239.01/OC

AFFECTS:
___ All Debtors
_X_ USA Commercial Mortgage Company
___ USA Capital Realty Advisors, LLC
___ USA Capital Diversified Trust Deed Fund, LLC
___ USA Securities, LLC.

The undersigned, attorney of record for AmTrust Bank, the creditor/movant herein, has submitted to the Court a "Verified Petition for Permission to Practice in this Case Only." Not being admitted to the bar of this Court, and not maintaining an office in the District of Nevada for the practice of law, he believes it to be in the best interests of the client to designate Ambrish S. Sidhu, attorney at law, member of the State Bar of Nevada and previously admitted to practice before the above-entitled Court, as associate local counsel in this action. The address of said designated Nevada Counsel is:

AMBRISH S. SIDHU, ESQ. (NEVADA BAR NO. 7516)
SIDHU LAW FIRM, LLC
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Phone: (702) 384-4436
Fax: (702) 384-4437
Email: asidhu@sidhulawfirm.com

By this designation, the undersigned attorneys and parties agree that all documents and other papers issued out of this Court in the above-entitled case may be served on the designated local counsel. Further, said local counsel shall be responsible for providing copies of the same to the co-counsel. Further, this designation constitutes agreement and authorization by the undersigned for the designated local counsel to sign stipulations binding on all of us. The time for performing any act under applicable Rule shall run from the date of service on the local counsel.

_____
James A. Timko, Attorney at Law
Counsel for AmTrust Bank

//
//

## CONSENT OF DESIGNATED NEVADA COUNSEL

The undersigned hereby consents to serve as associate Nevada counsel in this case and agrees that he is responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that he is responsible to transmit copies of all documents and other papers so served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

/s/ Ambrish S. Sidhu
Ambrish S. Sidhu
Designated Nevada Counsel for AmTrust Bank

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

887239.01/OC

-3-