**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 11/10/09

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:

USA Commercial Mortgage Company,

USA Capital Realty Advisors, LLC,[1]

USA Capital Diversified Trust Deed Fund, LLC,

USA Capital First Trust Deed Fund, LLC,[2]

USA Securities, LLC,[3]

      Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR[1]
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR[2]
Case No. BK-S-06-10729-LBR[3]

CHAPTER 11

Jointly Administered Under Case No. BK-S-06-10725 LBR

**Stipulation re Proof of Claim Filed by Joanne Halvorson**

  USACM Liquidating Trust (the "USACM Trust"), by and through its counsel, Lewis and Roca LLP, and Joanne Halvorson ("Halvorson"), represent to the Court as follows:

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007

1

2103709.1

LEWIS AND ROCA LLP
LAWYERS

1. Joanne Halvorson filed proof of claim No. 10725-02551 in the amount of $22,482.01 unsecured and $22,482.01 priority, for a total of $44,964.02. Pursuant to an order of the court, dated October 31, 2007 [DE 5197], the claim was reclassified as unsecured.

2. The Twenty Sixth Omnibus Objection of USACM Liquidating Trust to Double Counted Proofs of claim [DE 7553] included an objection to Halvorson claim 10725-002251 and requested that the double counted portion of the claim, $22.482.01, be disallowed and the claim reduced to $22,482.01. Halvorson does not object to the disallowance of the double-counted portion of the claim.

3. The USACM Liquidating Trust's Motion to Authorize First Interim Distribution to Unsecured Creditors [DE 7486] filed with the Court listed Halvorson's allowed amount of claim no. 10725-02251 as $21,788.66.

4. At Halvorson's request, the Trust has agreed to allow Halvorson's proof of claim No. 10725-02251 as an unsecured claim in the amount of $22,482.01.

5. Accordingly, the Trust and Halvorson stipulate and agree:

- Proof of claim No. 10725-02251 may be allowed as an unsecured-non-priority claim in the amount of $22,482.01.
- Exhibit A to the Order Approving the Motion for Interim Distribution may be adjusted to reflect the agreement of the parties.

LEWIS AND ROCA LLP

By  s/John Hinderaker
    Rob Charles NV (#6593)
    John Hinderaker (AZ 18024
    pro hac vice)
    Attorneys for USACM Liquidating Trust

Dated: October 21, 2009

JOANNE HALVORSON

By: s/ Joanne Halvorson
3716 N. Normandie
Spokane, WA 99205

Dated: Nov 3, 2009

2103709.1