**LEWIS AND ROCA LLP — LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 18024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 11/11/2009

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,[1]<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[2]<br><br>USA Securities, LLC,[3]<br>                                Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Status And Agenda For November 13, 2009 Hearing filed by USACM Liquidating Trust**<br><br>Hearing Date:  November 13, 2009<br>Hearing Time:  9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

1

2114868.1

**1.     Amended First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Upon Investment In The Arapahoe Land Investments, LP Loan (Amended To Correct Exhibit)**: 06-10725-lbr, USA Commercial Mortgage Company, Chapter: 11

| | |
|---|---|
| **Objection Filed:** 09/04/2009 | Amended First Omnibus Objection filed by Marvin C. Ruth on behalf of USACM Trust [7567] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

**2.     Continued Status hearing to be held on 11/13/2009 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg.**: Adv. 08-01134-lbr USACM Liquidating Trust et al v. Petersen et al: Lead case: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Order Filed:** 10/07/2009 | Order Continuing Status Hearing. Continued Status hearing to be held on 11/13/2009 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg. [135] |
| **Status** | Ready to proceed |

**3.     Objection to Claim 10725-00516 of Community Bank of Nevada in the amount of $461,170.32**: 06-10725-lbr, USA Commercial Mortgage Company.

| | |
|---|---|
| **Objection Filed:** 06/02/2009 | Objection filed by Jon Maxwell Beatty on behalf of USACM Liquidating Trust [7174] |
| **Status** | Unopposed. The Trust will seek entry of an order disallowing the claim of Community Bank of Nevada. |

**4.     Ninth Omnibus Objection Of USACM Liquidating Trust To Duplicate Proofs Of Claim**: 06-10725-lbr, USA Commercial Mortgage Company, Chapter: 11

| | |
|---|---|
| **Objection Filed:** 10/14/2009 | Ninth Omnibus Objection filed by John Hinderaker on behalf of USACM Trust [7626] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

2114868.1

5. **First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Upon Investment In The Shamrock Tower LP Loan**: 06-10725-lbr, USA Commercial Mortgage Company, Chapter: 11

**Objection Filed:** 10/14/2009     First Omnibus Objection filed by Marvin Ruth on behalf of USACM Trust [7629]

**Status**     No response filed. The USACM Trust will ask the Court to sustain the objection.

6. **Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In The Shamrock Tower LP Loan**: 06-10725-lbr, USA Commercial Mortgage Company, Chapter: 11

**Objection Filed:** 10/14/2009     Second Omnibus Objection filed by Marvin C. Ruth on behalf of USACM Liquidating Trust [7631]

**Status**     No response filed. The USACM Trust will ask the Court to sustain the objection.

7. **Third Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In The Shamrock Tower LP Loan:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter: 11

**Objection Filed:** 10/14/2009     Third Omnibus Objection filed by Marvin C. Ruth on behalf of USACM Trust [7633]

**Status**     No response filed. The USACM Trust will ask the Court to sustain the objection.

8. **Fourth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In The Shamrock Tower LP Loan** : 06-10725-lbr, USA Commercial Mortgage Company, Chapter: 11

**Objection Filed:** 10/14/2009     Fourth Omnibus Objection filed By Marvin C. Ruth on behalf of USACM Trust [7635]

**Status**     No response filed. The USACM Trust will ask the Court to sustain the objection.

2114868.1

**9.     Motion for Relief from Stay Property:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter: 11

| | |
|---|---|
| **Motion Filed:** 10/20/2009 | Motion for Relief from Stay Property: APN 958-260-13 TO 017; 958-260-019 TO 021; 958-260-022. Fee Amount $150. Filed by Ambrish S. Sidhu on behalf of Amtrust Bank [7668] |
| **Status** | The USACM Trust claims no interest in the subject matter of this motion. The motion appears to be unopposed. |

**10.     Status hearing to be held on 11/13/2009 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg.**: Adv. 08-01058-lbr USACM Liquidating Trust v. Los Valles Land & Golf, LLC et al: Lead case: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Hearing Rescheduled:** 10/27/2009 | Hearing Scheduled/Rescheduled. Status hearing to be held on 11/13/2009 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg. [103] |
| **Status** | The USACM Trust will appear through counsel. The Court recently granted defendants' Motion to Substitute Counsel and, therefore, defendants will be represented at the status conference by Mr. Jeffrey Costell. By minute entry dated October 27, 2009 [Case 08-01058-lbr Doc 102] the Court required that defendants set forth objections to plaintiff's proposed form of order before the status conference and be prepared to identify for the Court any matters that are to be adjudicated in the renewed motion for summary judgment scheduled for oral argument on December 18, 2009. |

**11.     Scheduling Conference scheduled for 11/13/2009 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg.** Adv. 08-01121-lbr USACM Liquidating Trust v. Fertitta Enterprises, Inc. et al: Lead case: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Order Filed:** 10/21/2009 | Order Rescheduling Scheduling Conference. Scheduling Conference scheduled for 11/13/2009 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg. [80] |
| **Status** | Ready to proceed |

38. **Amended First Omnibus Objection Of USACM Trust To Proofs Of Claim Based, In Whole Or In Part, Upon Investment In The Arapahoe Land Investments, LP Loan:** 06-10725-lbr, USA Commercial Mortgage Company, Chapter: 11

| | |
|---|---|
| **Objection Filed:** 09/24/2009 | Amended First Omnibus Objection filed by Marvin C. Ruth on behalf of USACM Trust [7565] |
| **Status** | No response filed. The USACM Trust will ask the court to sustain the objection. |

Dated November 11, 2009.

**LEWIS AND ROCA LLP**

By: /s/ John Hinderaker, AZ 18024
     Rob Charles, NV 6593
     John Hinderaker, AZ 18024 (*pro hac vice*)
*Counsel for USACM Liquidating Trust*

PROOF OF SERVICE

COPY of the aforementioned sent via e-mail or U.S. First Class Mail postage prepaid on November 11, 2009 to the parties listed on Post-Effective Official Service List for Limited Notice No. 5 Dated March 31, 2009.

/s/  Leilani Lista
Leilani Lista

5

2114868.1