**LEWIS AND ROCA LLP — LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
Anthony Austin NV State Bar No. 10850
Email: aaustin@lrlaw.com

Attorneys for USACM Liquidating Trust

E-filed on 11/12/09

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>1. USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>  Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Stipulation Between the USACM Liquidating Trust and Marcia Knox**<br><br>Date of Hearing: November 13, 2009<br>Time of Hearing: 9:30 a.m. |

1. Marcia Knox e-filed a letter dated September 26, 2009 (the "Letter"). [DE 7577] The Letter asked the Court to reinstate certain proofs of claim that the Court had disallowed by sustaining USACM Liquidating Trust ("USACM Trust") objections.

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

261737.1

2. The USACM Trust filed a Response on October 23, 2009. [DE 7679] The Response requested that the Court construe the Letter as a motion to reconsider disallowance of claims under 11 U.S.C. § 502(j) and that the Court hear oral argument on the motion at the November 13, 2009 omnibus hearing.

3. The parties have reached an understanding that resolves the matter and they stipulate as follows:

- The Court's prior rulings related to proofs of claim filed by Ms. Knox will remain in full force and effect;
- Proof of Claim Nos. 10725-01634 in the amount of $55,266.83 and 10725-01635 in an unliquidated amount are based upon an investment in the Anchor B Loan. These two claims remain unresolved. When the Trust considers the validity of these two claims, it will also consider supporting documentation attached to Proof of Claim Nos. 10725-00647, 10725-00648 and 10725-00649 as though that documentation had been included with Proof of Claim Nos. 10725-01634 and 10725-01635;
- The Court may deny the motion [DE 7577] as moot; and

/////
/////
/////
/////
/////
/////
/////
/////

2

261737.1

**LEWIS AND ROCA LLP LAWYERS**

1. • The Court may vacate the hearing on the motion set for November 13, 2009.

*/s/ Marcia Knox/*

Marcia J. Knox
1885 Vintners Place
Reno, NV 89519
Telephone: (775) 826-9195 or 691-5669
Facsimile: (775) 826-9195

DATED: 11/12/09

LEWIS AND ROCA LLP

By  s/John Hinderaker (AZ 18024)
    Rob Charles, NV 6593
    John C. Hinderaker, AZ 18024 (*pro hac vice*)
    Anthony Austin, NV 10850
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8398
Email: jhinderaker@lrlaw.com
Attorneys for the USACM Liquidating Trust
DATED: _____

261737.1