

Entered on Docket
November 13, 2009

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                   Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                   Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                   Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                   Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>                   Debtor.<br>Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR<br><br>JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle<br><br><br><br>**ORDER GRANTING EX PARTE JOINT MOTION TO FILE PROPOSED SETTLEMENT AGREEMENT UNDER SEAL**<br><br>Hearing Date: N/A<br>Hearing Time: N/A |

Upon consideration of the Ex Parte Joint Motion to File Proposed Settlement Agreement Under Seal (the "Motion"), filed by the USACM Liquidating Trust (the "USACM Trust"), USA Capital Diversified Trust Deed Fund, LLC ("DTDF"), Mary Petersen, individually and as Trustee of the Mary Petersen Family Trust DTD 8/12/98 ("Mary Petersen"), Michael Petersen, individually and as Trustee of the Michael D. Petersen Family Trust DTD 8/12/98 ("Michael

1

Petersen"), Kathryn L. Petersen, individually and as Trustee of the Kathryn L. Petersen Living Trust and as Trustee of the KLP Trust DTD 7/15/99 ("Kathryn Petersen"), Specialized Development Tahoe, LLC, and Specialized Development, LLC (collectively, with Specialized Development Tahoe, LLC, "Specialized Development"), the Court finds good cause exists to grant the Motion. Accordingly, it is hereby:

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Proposed Settlement Agreement, as described in the Motion, may be filed under seal in connection with the Motion for Approval of Settlement Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Rule 9019 Motion"); and it is further

ORDERED that a copy of the Proposed Settlement Agreement shall be provided to any party-in-interest that executes the confidentiality agreement attached to the Rule 9019 Motion and returns an executed copy of that agreement to both of the following counsel:

Eric D. Madden
Diamond McCarthy LLP
909 Fannin, Suite 1500
Houston, Texas 77010
(713) 333-5100 (telephone)
(713) 333-5199 (facsimile)
Counsel for the USACM Liquidating Trust and
USA Capital Diversified Trust Deed Fund, LLC

-and-

John F. O'Reilly
O'Reilly Law Group, LLC
325 South Maryland Parkway
Las Vegas, Nevada 89101
(702) 382-2500 (telephone)
(702) 384-6266 (facsimile)
Counsel for Mary Petersen, Michael Petersen,
Kathryn Petersen, and Specialized Development

PREPARED AND SUBMITTED BY:

DIAMOND MCCARTHY LLP

By: ___/s/ Eric D. Madden___
Allan B. Diamond, TX 05801800 (pro hac vice)
Eric D. Madden, TX 24013079 (pro hac vice)
Michael J. Yoder, TX 24056572 (pro hac vice)
909 Fannin, Suite 1500
Houston, Texas 77010
(713) 333-5100 (telephone)
(713) 333-5199 (facsimile)

Special Litigation Counsel for
USACM Liquidating Trust and
USA Capital Diversified Trust Deed Fund, LLC