1   Name of Attorney _____
2   Bar  #        _____
    Address      _____
3                _____
    Phone #      _____
    e-mail address _____
4

RECEIVED AND FILED

09 DEC -8  A 9: 39

BANKRUPTCY COURT
BY A. SCHOTT, CLERK

5                   UNITED STATES BANKRUPTCY COURT

6                         DISTRICT OF NEVADA

7                            * * * * * *

8   In re:                              )     Bankruptcy No.: 06–10725LBR
9                                       )     Chapter
                                        )
10                                      )     MOTION TO WITHDRAW MONEY
                                        )     UNDER 28 U.S.C. SECTION 2042
11                                      )
                                        )     Hearing Date:
12                         Debtor(s).   )     Hearing Time:
                                        )
13  There was a dividend check in the amount $ 597.97 _____  in the above- named case issued to
14  PAT A. & LORA DEAN DOLCE . Said check having not been cashed by said payee, the Trustee, pursuant to 11 U.S.C.
15  Section 347(a), delivered the unclaimed money to the Clerk, US Bankruptcy Court.
16

17  **PLEASE CHECK THE PARAGRAPH THAT APPLIES:**

18  ☒  Claimant is the creditor or debtor in whose behalf these moneys were deposited and is entitled to the
19  moneys deposited.

20  ☐  Claimant is not the creditor but is entitled to payment of these moneys because (**Please state the basis**
21  **for your claim to the moneys)**

22

23

24

25

26

1  Please attach copies of any supporting documentation.[1]

2

3  Date:

4

5

6                                        _Loza Dean Dolce_

                                         _Pat a Dolce_

                                         Signature of Claimant or Attorney

7

8                                        PAT A. & LORA DEAN DOLCE

                                         Printed Name
                                         4031 COOGAN CIRCLE

9

10                                       CULVER CITY, CA.   90232

                                         Mailing Address

11

12

13

14

15

16

17

18

19

20

21

22   _____

23        [1] (i)If claimant is heir of deceased creditor, attach copies of death certificate and heirship order of court.
           (ii)If claimant is assignee of creditor, attach copy of assignment.
24        (iii)If claimant is corporate successor of creditor, attach copies of all documents demonstrating such status.
           (iv)If claimant is agent of creditor for purposes of filing this application, attach a copy of the agency
25        agreement.
           (v)Attach other documents showing entitlement should none of the foregoing apply.
26