LEWIS AND ROCA LLP LAWYERS

E-Filed on 11/13/09

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                           Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**OBJECTION OF USACM LIQUIDATING TRUST TO DOUBLE COUNTED CLAIMS FILED BY THE MCQUERRY FAMILY TRUST; AND CERTIFICATE OF SERVICE**<br><br>Date of Hearing: December 18, 2009<br>Time of Hearing: 1:30 p.m. |

The USACM Liquidating Trust (the "USACM Trust") moves this Court, pursuant to § 502 of title 11 of the United States Bankruptcy Code (the "Bankruptcy Code") and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), for an

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2102268.1



order disallowing that portion of the each Proof of Claim filed by the McQuerry Family Trust ("McQuerry") identified in Exhibit A attached hereto (the "McQuerry Claims"), which was double counted by the claims agent.

The McQuerry Claims were originally categorized as secured claims, as claimed by McQuerry. The excerpt below from Proof of Claim No. 10725-02241 is typical of the McQuerry Claims:



In March 2007, the USACM Trust objected to all secured claims filed by direct lenders, including the McQuerry Claims. The Court sustained the objections and converted the secured claims into unsecured claims. The McQuerry Claims, however, are now listed on the Claims Registry as an unsecured claim for double the intended amount as listed on each proof of claim. To correct the situation, the USACM Trust objects to the McQuerry Claims and asks that the Court disallow half of each Claim as listed in Exhibit

2102268.1



A. This Objection is supported by the Court's record and the Declaration of Edward M. Burr in Support of Omnibus Objections to Duplicate Proofs of Claim (the "Burr Decl.") filed with the Court today.

## I. JURISDICTION

The Court has jurisdiction over this Objection pursuant to 28 U.S.C. §§ 1334 and 157. Venue is appropriate under 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding under 28 U.S.C. § 502 and Bankruptcy Rule 3007. The statutory predicate for the relief requested herein are 11 U.S.C. § 502 and Bankruptcy Rule 3007.

## II. BACKGROUND

On January 8, 2007, this Court entered its Order Confirming the "Debtors' Third Amended Joint Chapter 11 Plan of Reorganization" as Modified Herein [Docket No. 2376] (the "Confirmation Order"). Under the Plan, the USACM Trust is the successor to USACM with respect to standing to seek allowance and disallowance of Claims. The USACM Trust exists as of the Effective Date of the Plan, which was March 12, 2007. Geoffrey L. Berman is the Trustee.

## III. APPLICABLE AUTHORITY

Under the Bankruptcy Code, any Claim for which a proof of claim has been filed will be allowed unless a party in interest objects. If a party in interest objects to the proof of claim, the Court, after notice and hearing, shall determine the amount of the Claim and shall allow the Claim except to the extent that the Claim is "unenforceable against the debtor . . . under any . . . applicable law for a reason other than because such claim is contingent or unmatured." 11 U.S.C. § 502(b).

The USACM Trust is entitled to object to proofs of claim under 11 U.S.C. § 502(a). This objection is timely under the confirmed Plan, as the deadline for such objections has been extended to February 4, 2010, by this Court's orders.

2102268.1



A properly filed proof of claim is presumed valid under Bankruptcy Rule 3001(f). However, once an objection to the proof of claim controverts the presumption, the creditor ultimately bears the burden of persuasion as to the validity and amount of the claim. *See Ashford v. Consolidated Pioneer Mortg. (In re Consolidated Pioneer Mortg.)*, 178 B.R. 222, 226 (B.A.P. 9th Cir. 1995), *aff'd*, 91 F.3d 151 (9th Cir. 1996). The ultimate burden of proof as to the validity of a proof of claim "remains at all times upon the claimant." *Lundell v. Anchor Constr. Specialists, Inc. (In re Lundell)*, 223 F.3d 1035, 1039 (9th Cir. 2000).

## IV.  OBJECTION TO PART OF THE DOUBLE COUNTED CLAIMS

The McQuerry Claims were each filed as a secured claim. The excerpt below from Proof of Claim No. 10725-02241 is typical:

[Proof of Claim form excerpt]

In March 2007, the Trust objected to all secured claims. The Court ultimately entered several orders converting the secured claims into unsecured claims. Consequently, the McQuerry Claims are listed in the Claims Registry as unsecured.

2102268.1



The backup documentation provided with the McQuerry Claims includes a form titled "Exhibit A", which McQuerry used to establish the precise amount of its claim. Below is an excerpt from Exhibit A to Proof of Claim No. 10725-02241:

**EXHIBIT A**  *Bus Park*

**To Proof Of Claim**

A. **Amount Of Claim**

1. Total Amount Invested With USA Commercial Mortgage ........ 50,000
2. Interest Due From March 1, 2006 through April 12, 2006 ........ 1,083.33
3. Minus total amount of previously filed A-4 claims by Debtor for Diverted Principal [1] ........ [Unknown]
4. **TOTAL CLAIM** (line 1 plus (+) line 2 minus (-) line 3): ........ 51,083.33

Thus, based upon the face of the Proof of Claim No. 10725-02241 above, and Exhibit A attached to it, McQuerry clearly intended to assert a single claim for $51,083.33. The claims register, however, lists the total amount for Proof of Claim No. 10725-02241 as $102,166.66, exactly double the intended amount.

The same is true for every McQuerry Claim listed on Exhibit A, attached: the amount for each claim listed in the claims register is exactly double the amount McQuerry requested in the corresponding proof of claim. (Burr Decl. ¶ 7.) **Exhibit A** identifies the claimant, the claimant's address, what is currently listed in the claims registry as the total amount of the claim for purposes of distribution, and the amount of the claim that the USACM Liquidating Trust is objecting to as duplicative. (Burr Decl. ¶ 7.)[4]

---

[4] The USACM Trust is not objecting to that portion of any of the filed claims that address diverted principal, as in Exhibit A to the sample proof of claim above.

Accordingly, the USACM Trust objects to the allowance of the proofs of claim listed on Exhibit A to the extent those claims were incorrectly doubled when entered into the Claims Registry. If the Court grants this objection, one half of the remaining unresolved amount of the proof of claim will be disallowed.

This objection is without prejudice to any other objection by any party in interest, including the USACM Trust.

## V. CONCLUSION

The USACM Trust respectfully requests that the Court disallow the Double Counted Claims listed in **Exhibit A** in an amount that is half of the remaining unresolved claim amount. The USACM Trust also requests such other and further relief as is just and proper.

Dated: November 13, 2009.

LEWIS AND ROCA LLP

By /s/ Marvin Ruth (#10979)
Rob Charles, NV 6593
John C. Hinderaker, AZ 18024 (pro hac vice)
Marvin Ruth, NV 10979
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8320
Facsimile: (702) 949-8398
E-mail: mruth@lrlaw.com
*Attorneys for the USACM Liquidating Trust*

2102268.1

LEWIS AND ROCA LLP
LAWYERS

1  Copy of the foregoing and the pertinent
   portion of Exhibit A mailed by First
2  Class postage prepaid U.S. mail on
   November 13, 2009 to:
3
   All parties in interest listed on
4  Exhibit A attached

5  LEWIS AND ROCA LLP

6

7   /s/ Leilani Lista

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2102268.1