**USACM** **Exhibit A**

**Proofs of Claim Asserting Duplicate Amounts - McQuerry Claims**

| Name | Address | Claim # | Total Claim Amount | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| MCQUERRY FAMILY TRUST | 318 SINGING BROOK CIR SANTA ROSA, CA  95409 | 10725-02241 | 102,166.66 | 51,083.33 |
| MCQUERRY FAMILY TRUST | 318 SINGING BROOK CIR SANTA ROSA, CA  95409 | 10725-02243 | 96,078.28 | 48,039.14 |
| MCQUERRY FAMILY TRUST | 318 SINGING BROOK CIR SANTA ROSA, CA  95409 | 10725-02245 | 103,031.92 | 51,515.96 |
| MCQUERRY FAMILY TRUST | 318 SINGING BROOK CIR SANTA ROSA, CA  95409 | 10725-02246 | 61,705.60 | 30,852.80 |
| MCQUERRY FAMILY TRUST | 318 SINGING BROOK CIR SANTA ROSA, CA  95409 | 10725-02247 | 97,985.38 | 48,992.69 |
| MCQUERRY FAMILY TRUST | 318 SINGING BROOK CIR SANTA ROSA, CA  95409 | 10725-02248 | 101,883.26 | 50,941.63 |
| MCQUERRY FAMILY TRUST | 318 SINGING BROOK CIR SANTA ROSA, CA  95409 | 10725-02250 | 103,033.92 | 51,516.96 |
| MCQUERRY FAMILY TRUST | 318 SINGING BROOK CIR SANTA ROSA, CA  95409 | 10725-02251 | 196,316.26 | 98,158.13 |
| MCQUERRY FAMILY TRUST | 318 SINGING BROOK CIR SANTA ROSA, CA  95409 | 10725-02252 | 100,962.34 | 50,481.17 |