**LEWIS AND ROCA LLP LAWYERS**

E-Filed on 11/13/09

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                            Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**DECLARATION OF EDWARD M. BURR IN SUPPORT OF OBJECTION OF USACM LIQUIDATING TRUST TO DOUBLE COUNTED CLAIMS FILED BY THE MCQUERRY FAMILY TRUST; AND CERTIFICATE OF SERVICE**<br><br>Date of Hearing: December 18, 2009<br>Time of Hearing: 1:30 p.m. |

I, Edward M. Burr, hereby declare under penalty of perjury that:

1.    I am a principal with Sierra Consulting Group, LLC ("Sierra"). Sierra is one of the leading providers of restructuring advisory and litigation support services in the

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2118344.1

LEWIS AND ROCA LLP LAWYERS

1  Southwest. Sierra is a leading national consulting firm comprised of experienced CPAs
2  and other financial professionals.
3      2.    I submit this declaration on behalf of the USACM Liquidating Trust's
4  Objections to Proofs of Claim filed this date.
5      3.    This Court approved the Official Committee of Unsecured Creditors of USA
6  Commercial Mortgage Company's ("Committee") appointment of Sierra as financial
7  advisers on August 11, 2006. From that date to the Effective Date of the Debtors'
8  confirmed Plan of Reorganization, I have assisted the Committee in analyzing facts
9  concerning these jointly administered bankruptcy cases. As of the Effective Date of the
10 confirmed Plan of Reorganization, Sierra has been retained by the USACM Liquidating
11 Trust to investigate and reconcile the claims against the USA Commercial Mortgage
12 Company ("USACM") estate.
13     4.    I make the following declaration based upon my personal knowledge, and
14 upon the records of the Debtors described in this declaration, including Debtors' original
15 and amended schedules of liabilities and the proofs of claim described herein, as well as
16 Debtors' accounting records.
17     5.    On March 12, 2007 Effective Date of the Plan, the USACM Liquidating
18 Trust succeeded to USACM's rights with respect to books and records.
19     6.    Sierra has been working closely with both the Trustee for the USACM
20 Liquidating Trust and Development Specialist Inc. ("DSI"), the Trustee's financial
21 advisor, in evaluating all of the claims that were filed in the USACM estate.
22     7.    **Exhibit A**, attached, lists claims filed by the McQuerry Family Trust
23 ("McQuerry") that are listed in the claims register for exactly double the amount it appears
24 McQuerry intended, based on the face of the corresponding proof of claim and the exhibit
25 attached thereto. For each claim listed, **Exhibit A** identifies the Proof of Claim number,
26

2118344.1

LEWIS AND ROCA LLP LAWYERS

the claimant, the claimant's address, what is currently listed in the claims registry as the total amount of the claim for purposes of distribution, and the amount of the claim that the USACM Liquidating Trust is objecting to as duplicative.

Dated: November 13, 2009

/s/ Edward M. Burr
Edward M. Burr

Copy of the foregoing and pertinent
portion of Exhibit A mailed by first class
Postage prepaid U.S. Mail on
November 13, 2009 to:

All parties in interest listed on
Exhibit A attached.

/s/ Leilani Lista
Leilani Lista

2118344.1