

**Entered on Docket**
**November 16, 2009**

_____
Hon. Linda B. Riegle
**United States Bankruptcy Judge**

1

2

3

4

5

6  **LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
7  Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
8  Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
9  Email: RCharles@LRLaw.com
*Attorneys for USACM Liquidating Trust*

10          **UNITED STATES BANKRUPTCY COURT**

11              **DISTRICT OF NEVADA**

12  In re:                          Case No. BK-S-06-10725-LBR
                                     Case No. BK-S-06-10726-LBR[1]
13  USA COMMERCIAL MORTGAGE          Case No. BK-S-06-10727-LBR
    COMPANY,                         Case No. BK-S-06-10728-LBR[2]
14                                   Case No. BK-S-06-10729-LBR[3]
15  USA CAPITAL REALTY ADVISORS,
    LLC,[1]                          CHAPTER 11

16  USA CAPITAL DIVERSIFIED TRUST    Jointly Administered Under Case No. BK-S-06-
17  DEED FUND, LLC,                  10725 LBR

18  USA CAPITAL FIRST TRUST DEED      Date: November 13, 2009
    FUND, LLC,[2]                     Time: 9:30 a.m.
19
    USA SECURITIES, LLC,[3]          **Affecting:**
20                       Debtors.    ☐ All Cases
                                     **or Only:**
21                                   ☒ USA Commercial Mortgage Company
                                     ☐ USA Capital Realty Advisors, LLC
22                                   ☐ USA Capital Diversified Trust Deed Fund,
                                     LLC
23                                   ☐ USA Capital First Trust Deed Fund, LLC
                                     ☐ USA Securities, LLC
24

25  _____
    [1] This bankruptcy case was closed on September 23, 2008.
26  [2] This bankruptcy case was closed on October 12, 2007.
    [3] This bankruptcy case was closed on December 21, 2007.

### Order Granting Stipulation
### Between the USACM Liquidating Trust
### and Marcia Knox

The Stipulation by and between the USACM Liquidating Trust ("Trust"), and Marcia J. Knox [DE 7768] came before the Court for consideration. No notice being necessary and good cause appearing:

IT IS ORDERED:

- The Court's prior rulings related to Ms. Knox's proofs of claim will remain in full force and effect;

- Proof of Claim Nos. 10725-01634 and 10725-01635 filed by Ms. Knox remain unresolved. When the Trust and the Court consider the validity of these claims they will consider the supporting documentation attached to Proof of Claim Nos. 10725-00647, 10725-00648 and 10725-00649 as though that documentation had been included with Proof of Claim Nos. 10725-01634 and 10725-10635;

- Ms. Knox's motion [DE 7577] is denied as moot; and

- The oral argument on the motion set for November 13, 2009 is vacated.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**


By:     s/ John Hinderaker (AZ 18024)
        John Hinderaker (*pro hac vice*)
        *Attorneys for USACM Liquidating Trust*

261747.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

APPROVED/DISAPPROVED

_____
Marcia J. Knox

261747.1