RECEIVED & FILED

Nov 13   1 34 PM '09

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

1  Name of Attorney:
   Bar #:
2  Address:
   Phone #:
3  e-mail address:

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

\* \* \* \* \* \*

In re: USA COMMERCIAL MORTGAGE CO

Debtor.

Bankruptcy No.: 06-10725

Chapter: \_\_\_\_

Trustee:

**CHANGE OF ADDRESS OF:**
( ) DEBTOR
(x) CREDITOR
( ) OTHER

I request that notice be sent to the following address: (please print)

Name: JOHN W STEWART

Address: 11 KOBI PLACE

City: WAGGA WAGGA   State: N.S.W.   Zip Code: 2650   AUSTRALIA

Please check one of the following:

[x] The change of address is applicable only in the above captioned case.

[ ] The change of address is also applicable in the following related cases: (*please list the case numbers*) \_\_\_\_

DATE: 11/13/2009   SIGNATURE

**NOTE**: Please submit an original and one copy for the record.