# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>  USA Commercial Mortgage<br><br><br>                      Debtor | )<br>)<br>)<br>)<br>)<br>) | BK-06-10725 LBR<br>Chapter 11<br><br>Hearing Date: N/A<br>Hearing Time: N/A |

### DEFICIENCY NOTICE ON MOTION TO PAY UNCLAIMED FUNDS

The request for payment of Unclaimed Funds that was submitted by Norman Kiven has been found deficient. The documents were received and filed with the U.S. Bankruptcy Court Clerk's Office. If the following deficiencies are remedied, an order will be forwarded to the judge.

     **___**   $26.00 File search fee.
     **___**   Motion to Payment of Unclaimed Funds.
     **___**   Limited power of attorney or assignment.
     **___**   Affidavit for reimbursement.
     **___**   Affidavit of service to the U.S. Attorney
     **___**   Fee agreement required by local rule 3011(a)(1)(B)
     **___**   Supporting documentation required (see comments)
     **___**   Photocopy of current identification
     **_X_**   Address does not match on notice of unclaimed funds.
     **___**   Fees have been paid out previously on schedule #_____
     **___**   Other _____

Comments: _____
_____
_____

Unless otherwise noted, the original documentation has been filed and docketed. **Your request cannot be processed until this documentation is filed with the court.**

If you have any questions, contact the Unclaimed Funds Department at (702) 388-6257 or Financial@nvb.uscourts.gov

Date: 11/16/2009

                                   _____
                                   Deputy Clerk

### CERTIFICATE OF MAILING

I certify that a copy of this notice was mailed to the submitting parties listed above, on 11/17/2009 by KMM.

Updated 11/09