**Entered on Docket**
**November 17, 2009**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA Commercial Mortgage Company<br><br>Debtor(s) | BK 06-10725 LBR<br>Ch 11<br><br>Hearing Date: N/A<br>Hearing Time: N/A |

**ORDER FOR PAYMENT OF UNCLAIMED FUNDS**

Upon the foregoing Motion and in accordance with the provisions of 28 U.S.C. Section 2042, and good cause appearing therefore, it is hereby

ORDERED that the amount of $1,444.09 constituting an unclaimed dividend is declared due to Wendy E. Wolkenstein.

IT IS FURTHER ORDERED that the Clerk, U.S. Bankruptcy Court, District of Nevada, pay this unclaimed dividend to the order of

Wendy E. Wolkenstein
6089 Doroca St.
Las Vegas NV. 89148

###