**USACM TRUST**  
**PAID LOAN OBJECTION**

**SINGLE LOAN CLAIMS**  
**BEASTAR, LLC**

**EXHIBIT A**

| Claim | Name | Address | Total Claim Amount | Amount Related to the Beastar, LLC Loan | Allowed Diverted Principal Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Beastar, LLC Loan |
|---|---|---|---|---|---|---|
| 10725-00405 | Duane U Deverill Family Trust Dtd 10/25/90 Trust 1 | Ftbo Duane U Deverill P.O. Box 4718 Incline Village, NV | 227,998.41 | 227,998.41 | 217,924.13 | 10,074.28 |
| 10725-00551 | Grist, Inge | 9041 Newcombo Street Las Vegas, NV 98123 and Notice to: Av Paseo De La Marina Nte 535 Apt. #504 Puerto Vallarta, Jalisco 48300 | 81,727.06 | 81,727.06 | 21,788.66 | 59,938.40 |
| 10725-01272 | Wayne Dotson Co Peter Bogart Ceo | Peter Bogart Ceo 1445 City Line Ave. Wynnewood, PA 19096 | 56,000.00 | 56,000.00 | 21,785.80 | 34,214.20 |
| 10725-01841 | Mierau Living Trust Dtd 9/14/98 | C/O Robert D & Sandra J Mierau Ttees Po Box 562 Glenbrook, NV 89413-0562 | 679.74 | 679.74 | - | 679.74 |
| | | | **366,405.21** | **366,405.21** | **261,498.59** | **104,906.62** |

Page 1

#2119713