**USACM TRUST**     **MULTIPLE LOAN CLAIMS**
**PAID LOAN OBJECTION**     **BEASTAR, LLC**

# EXHIBIT A

| Claim | Name | Address | Total Claim Amount | Amount Related to the Beastar, LLC Loan | Allowed Diverted Principal Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Beastar, LLC Loan |
|---|---|---|---|---|---|---|
| 10725-00768 | Lels-Hohmann, Nienke | 2275 Broadway Street Apt. 205 San Francisco, CA 94115 | 131,474.82 | 31,475.00 | 30,643.33 | 831.67 |
| 10725-01206 | Evie Dean 2000 Trust Dtd 12 | C/O Evie Dean Trustee 29 Pheasant Ridge Dr Henderson, NV 89014-2110 | 65,336.72 | - | 32,683.00 | - |
| 10725-01208 | Monighetti, Pete | 6515 Frankie Ln Prunedale, CA 93907 | 1,509,963.55 | 36,870.50 | 21,788.66 | 15,081.84 |
| 10725-01417 | Davis Joint Tenants, Patick & | W/Right Of Survivorship 737 Bannerman Lane Fort Mill, SC 29715 | 62,500.00 | 25,000.00 | - | 25,000.00 |
| 10725-01687 | Homfeld Ii Llc | 2515 N Atlantic Blvd Fort Lauderdale, FL 33305-1911 | 2,861,221.63 | 50,585.22 | 43,577.32 | 7,007.90 |
| 10725-01865 | Oosthuizen, Adrian Jr | 5860 Lausanne Dr Reno, NV 89511 | 2,711,295.30 | 44,964.03 | - | 44,964.03 |
| 10725-01971 | Goode, James Paul | 92-1500 Makakilo Drive Kapolei, HI 96707 | 1,417,522.98 | 22,482.01 | 21,788.66 | 693.35 |
| 10725-01997 | Km Trust | C/O Aimee E Kearns Trustee 5886 N Bonita Vista St Las Vegas, NV 89149-3911 | 1,535,080.92 | 41,816.55 | 40,427.00 | 1,389.55 |
| 10725-02006 | David A Gean Revocable Tr | C/O Marsha Kendall Trustee 6615 E Pacific Coast Hwy #260 Long Beach, CA 90803-4228 | 511,785.96 | 44,964.03 | 43,577.32 | 1,386.71 |
| 10725-02173 | Cook Jt Ten, Aldon G & Dee | 259 Hammock Terrace Venice, FL 34293-1012 | 285,580.12 | 22,482.01 | 21,771.28 | 710.73 |