**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 18024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 11/18/09

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>           Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>■ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**USACM LIQUIDATING TRUST'S THIRD OMNIBUS OBJECTION TO ALLOWANCE OF PROOFS OF CLAIM BASED, IN WHOLE, OR IN PART, UPON INVESTMENT IN THE BEASTAR LOAN; WITH CERTIFICATE OF SERVICE**<br><br>Hearing Date:  December 18, 2009<br>Hearing Time:  1:30 p.m.. |

   The USACM Liquidating Trust (the "USACM Trust") objects to the allowance of claims based, in whole, or in part, upon investments in the Beaster, LLC Loan ("Beastar Loan"). According to a February 28, 2009 USACM "Loan Summary" the Beastar Loan was repaid by the borrower. There was, however, $3,073,694.36 in unremitted principal

---

[1] This bankruptcy case was closed on September 23, 2008

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2119736.1

associated with the Beastar Loan that never reached the Direct Lenders. The USACM Trust moves the Court to allow the Beastar Claims to the extent they are based upon unremitted principal and disallow the remainder of those claims.

**MEMORANDUM**

**I.     JURISDICTION**

The Court has jurisdiction over this Objection pursuant to 28 U.S.C. §§ 1334 and 157. Venue is appropriate under 28 U.S.C. §§ 1408 and 1409. This matter is a core proceeding under 28 U.S.C. § 157(b)(2)(B). The statutory predicates for the relief requested herein are 11 U.S.C. § 502 and Bankruptcy Rule 3007.

**II.    BACKGROUND**

On April 13, 2006 ("Petition Date"), USA Commercial Mortgage Company ("USACM"), USA Securities, LLC ("USA Securities"), USA Capital Realty Advisors, LLC ("USA Realty"), USA Capital Diversified Trust Deed Fund, LLC ("DTDF"), USA Capital First Trust Deed Fund, LLC ("FTDF" and together with DTDF, the "Funds") (collectively the "Debtors"), filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors continued to operate their businesses, if any, as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. Post-petition management of the Debtors was under the direction of Thomas J. Allison of Mesirow Financial Interim Management, LLC ("Mesirow"), who served as the Chief Restructuring Officer.

On January 8, 2007, the Court entered its Order Confirming the "Debtors' Third Amended Joint Chapter 11 Plan of Reorganization" as Modified Herein [Docket No. 2376]. Under the Plan, the USACM Trust is the successor to USACM with respect to standing to seek allowance and disallowance of Claims. The USACM Trust exists as of the Effective Date of the Plan, March 12, 2007. Geoffrey L. Berman is the Trustee.

A "USA Capital Loan Summary as of February 28, 2007" prepared by Mesirow indicates that the Beastar Loan was repaid by the borrower.  (**Exhibit A**, attached.)

There is $3,073,694.36 in unremitted principal associated with the Beastar Loan. Scheduled claims for the unremitted principal were deemed allowed unless they were superseded by a proof of claim, in which case the proof of claim were deemed allowed. Attached as **Exhibit B** is list of the Beastar Claims by claimant, claim amount, unremitted principal amount, and approximate amount subject to objection by the USACM Trust.

### III.  APPLICABLE AUTHORITY

Under the Bankruptcy Code, any Claim for which a proof of claim has been filed will be allowed unless a party in interest objects.  If a party in interest objects to the proof of claim, the Court, after notice and hearing, shall determine the amount of the Claim and shall allow the Claim except to the extent that the Claim is "unenforceable against the debtor . . . under any . . . applicable law for a reason other than because such claim is contingent or unmatured."  11 U.S.C. § 502(b).  The USACM Trust is entitled to object to proofs of claim under 11 U.S.C. § 502(a).  This objection is timely under the Court's orders.

### IV.  OBJECTION TO ALLOWANCE OF CLAIMS

The USACM Trust objects to the claims listed on **Exhibit B**, attached, to the extent those claims are based, in whole or in part,  upon funds that were repaid to the Direct Lenders from the Beastar Loan in the amounts shown on **Exhibit B**.  To the extent the claims listed on **Exhibit B** are based upon unremitted principal, the USACM Trust asks that the Court allow the claims in the amount shown on the **Exhibit B**.

3

2119736.1

LEWIS AND ROCA LLP
LAWYERS

The USACM Trust reserves the right to modify, supplement and/or amend this Objection as it pertains to any Claim or claimant herein. The USACM Trust requests any further relief considered to be appropriate by the Court.

Dated: November 18, 2009.

**LEWIS AND ROCA LLP**

By: /s/ John Hinderaker (#18024)
  Rob Charles, NV 6593
  John C. Hinderaker, AZ 18024 *(pro hac vice)*
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Email: RCharles@LRLaw.com
Email: jhinderaker@LRLaw.com
*Counsel for USACM Liquidating Trust*

Copy of the foregoing and pertinent portion of Exhibit B mailed by first class Postage prepaid U.S. Mail on November 18, 2009 to all parties listed on Exhibit B attached.

/s/  Leilani Lista
Lewis and Roca LLP

4

2119736.1