**USACM TRUST**         **MULTIPLE LOAN CLAIMS**
**PAID LOAN OBJECTION**       **BEASTAR, LLC**

# EXHIBIT A

| Claim | Name | Address | Total Claim Amount | Amount Related to the Beastar, LLC Loan | Allowed Diverted Principal Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Beastar, LLC Loan |
|---|---|---|---|---|---|---|
| 10725-02178 | Marshal Brecht Trust Dtd 2/5/86 | Marshall J & Janet L Brecht Trustees<br>640 Colonial Cir<br>Fullerton, CA 92835 | 3,418,022.00 | 22,118.00 | 21,788.66 | 329.34 |
| 10725-02215 | Charles B Anderson Trust | Jones Vargas, Attn: Janet L Chubb, Esq<br>PO Box 281<br>Reno, NV 89504 | 185,281.09 | 43,584.48 | 43,577.32 | 7.16 |
| 10725-02220 | Rogers, James William | 78 Seal Rock Dr<br>San Francisco, CA 94121 | 613,040.12 | 44,964.03 | - | 44,964.03 |
| 10725-02267 | Daniel Living Trust As Amended | Mark A & Cathy A Daniel Ttees<br>20 Redonda<br>Irvine, CA 92620-1954 | 1,119,987.66 | 44,964.03 | - | 44,964.03 |
| 10725-02306 | Menchetti, D G | Po Box 7100<br>Incline Village, NV 89452-7100 | 1,800,000.00 | 250,000.00 | 108,939.72 | 141,060.28 |
| 10725-02366 | Al-Awar Living Trust Dtd 4/05/01 | Adib M & Ellen A Al-Awar Ttees<br>1330 Burro Ct<br>Gardnerville, NV 89410 | 3,615,913.62 | 89,928.06 | - | 89,928.06 |
| 10725-02423 | Pinsker, Donald H | 8650 W Verde Way<br>Las Vegas, NV 89149-4145 | 1,633,057.16 | 33,727.02 | - | 33,727.02 |

#2119771