**USACM TRUST**
**PAID LOAN OBJECTION**                              **BEASTAR, LLC**

| Claim | Name | Address | Total Claim Amount | Amount Related to the Beastar, LLC Loan | Allowed Diverted Principal Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Beastar, LLC Loan |
|---|---|---|---|---|---|---|
| 10725-00405 | Duane U Deverill Family Trust Dtd 10/25/90 Trust 1 | Ftbo Duane U Deverill P.O. Box 4718 Incline Village, NV 89450 | 227,998.41 | 227,998.41 | 217,924.13 | 10,074.28 |
| 10725-00551 | Grist, Inge | Av Paseo De La Marina Nte 535 Apt. #504 Puerto Vallarta, Jalisco 48300 | 81,727.06 | 81,727.06 | 21,788.66 | 59,938.40 |
| 10725-01272 | Wayne Dotson Co Peter Bogart Ceo | Peter Bogart Ceo 1445 City Line Ave. Wynnewood, PA 19096 | 56,000.00 | 56,000.00 | 21,785.80 | 34,214.20 |
| 10725-01841 | Mierau Living Trust Dtd 9/14/98 | C/O Robert D & Sandra J Mierau Ttees Po Box 562 Glenbrook, NV 89413-0562 | 679.74 | 679.74 | - | 679.74 |
| 10725-00768 | Lels-Hohmann, Nienke | 2275 Broadway Street Apt. 205 San Francisco, CA 94115 | 131,474.82 | 31,475.00 | 30,643.33 | 831.67 |
| 10725-01206 | Evie Dean 2000 Trust Dtd 12/12/00 | C/O Evie Dean Trustee 29 Pheasant Ridge Dr Henderson, NV 89014-2110 | 65,336.72 | - | 32,683.00 | - |
| 10725-01208 | Monighetti, Pete | 6515 Frankie Ln Prunedale, CA 93907 | 1,509,963.55 | 36,870.50 | 21,788.66 | 15,081.84 |
| 10725-01417 | Davis Joint Tenants, Patick & Susan | W/Right Of Survivorship 737 Bannerman Lane Fort Mill, SC 29715 | 62,500.00 | 25,000.00 | - | 25,000.00 |
| 10725-01687 | Homfeld Ii Llc | 2515 N Atlantic Blvd Fort Lauderdale, FL 33305-1911 | 2,861,221.63 | 50,585.22 | 43,577.32 | 7,007.90 |
| 10725-01865 | Oosthuizen, Adrian Jr | 5860 Lausanne Dr Reno, NV 89511 | 2,711,295.30 | 44,964.03 | - | 44,964.03 |
| 10725-01971 | Goode, James Paul | 92-1500 Makakilo Drive Kapolei, HI 96707 | 1,417,522.98 | 22,482.01 | 21,788.66 | 693.35 |
| 10725-01997 | Km Trust | C/O Aimee E Kearns Trustee 5886 N Bonita Vista St Las Vegas, NV 89149-3911 | 1,535,080.92 | 41,816.55 | 40,427.00 | 1,389.55 |
| 10725-02006 | David A Gean Revocable Trust Dtd 4/3/9 | C/O Marsha Kendall Trustee 6615 E Pacific Coast Hwy #260 Long Beach, CA 90803-4228 | 511,785.96 | 44,964.03 | 43,577.32 | 1,386.71 |
| 10725-02173 | Cook Jt Ten, Aldon G & Deedra | 259 Hammock Terrace Venice, FL 34293-1012 | 285,580.12 | 22,482.01 | 21,771.28 | 710.73 |
| 10725-02178 | Marshal Brecht Trust Dtd 2/5/86 | Marshall J & Janet L Brecht Trustees 640 Colonial Cir Fullerton, CA 92835 | 3,418,022.00 | 22,118.00 | 21,788.66 | 329.34 |
| 10725-02215 | Charles B Anderson Trust | Jones Vargas, Attn: Janet L Chubb, Esq PO Box 281 Reno, NV 89504 | 185,281.09 | 43,584.48 | 43,577.32 | 7.16 |
| 10725-02220 | Rogers, James William | 78 Seal Rock Dr San Francisco, CA 94121 | 613,040.12 | 44,964.03 | - | 44,964.03 |
| 10725-02267 | Daniel Living Trust As Amended Dtd 1/9 | Mark A & Cathy A Daniel Ttees 20 Redonda Irvine, CA 92620-1954 | 1,119,987.66 | 44,964.03 | - | 44,964.03 |
| 10725-02306 | Menchetti, D G | Po Box 7100 Incline Village, NV 89452-7100 | 1,800,000.00 | 250,000.00 | 108,939.72 | 141,060.28 |
| 10725-02366 | Al-Awar Living Trust Dtd 4/05/01 | Adib M & Ellen A Al-Awar Ttees 1330 Burro Ct Gardnerville, NV 89410 | 3,615,913.62 | 89,928.06 | - | 89,928.06 |
| 10725-02423 | Pinsker, Donald H | 8650 W Verde Way Las Vegas, NV 89149-4145 | 1,633,057.16 | 33,727.02 | - | 33,727.02 |

#2119792