USACM TRUST  
PAID LOAN OBJECTION

EXHIBIT A  
SINGLE LOAN CLAIMS  
BEAU RIVAGE HOMES/$8,000,000

| Claim | Name | Address | Total Claim Amount | Amount Related to The Beau Rivage Homes/$8,000,000 Loan | Allowed Diverted Principal Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Beau Rivage Homes/$8,000,000 Loan |
|---|---|---|---|---|---|---|
| 10725-00934 | Bennett, Dusk & Alan | 8640 Gulana Ave #J2004 Playa Del Rey, CA 90293-7320 | 20,000.00 | 20,000.00 | 759.45 | 19,240.55 |
| 10725-01418 | Davis, Patrick & Susan | 737 Bannerman Lane Fort Mill, SC 29715 | 291.90 | 291.90 | - | 291.90 |
| 10725-02376 | Donna M Cangelosi Family Trust | C/O Donna M Cangelosi Trustee 5860 Lausanne Dr Reno, NV 89511-5034 | 145.99 | 145.99 | - | 145.99 |
| 10725-01598 | Mayo, Monroe | 8635 W Sahara Ave #532 Las Vegas, NV 89117 | 1,136.81 | 1,136.81 | - | 1,136.81 |
| 10725-02479 | Rausch, Lawrence | 10708 Brinkwood Ave Las Vegas, NV 89134 | 50,083.00 | 50,083.00 | 2,273.62 | 47,809.38 |
| 10725-00568 | Reber, John | Po Box 570032 Las Vegas, NV 89157 | 50,000.00 | 50,000.00 | - | 50,000.00 |
| 10725-00208 | Sparks, Lucrecia | 868 Vegas Valley Dr Las Vegas, NV 89109 | 4,053.28 | 4,053.28 | - | 4,053.28 |
| 10725-00824 | Tobias Von Euw Revocable Trust Dtd 11/23/04 | C/O Tobias Von Euw Ttee Sun City Aliante 7431 Lintwhite St Las Vegas, NV 89134 | 72.99 | 72.99 | - | 72.99 |

2120102.1