USACM TRUST  
PAID LOAN OBJECTION

EXHIBIT B  
MULTIPLE LOAN CLAIMS  
BEAU RIVAGE HOMES/$8,000,000

| Claim | Name | Address | Total Claim Amount | Amount Related to The Beau Rivage Homes/$8,000,000 Loan | Allowed Diverted Principal Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Beau Rivage Homes/$8,000,000 Loan |
|---|---|---|---|---|---|---|
| 10725-02317 | Cynthia Milanowski Trust | C/O Jeffrey R Sylvester Esq Sylvester & Polednak L<br>7371 Prarie Falcon Rd Ste120<br>Las Vegas, NV 89128 | 26,891.23 | 78.18 | - | 78.18 |
| 10725-01716-2 | Donna M Cangelosi Family Trust | C/O Donna M Cangelosi Trustee<br>5860 Lausanne Dr<br>Reno, NV 89511-5034 | 1,537,121.72 | 2,702.18 | - | 2,702.18 |
| 10725-02233 | Eddie Mayo & Jocelyne Helzer Jt Ten | 115 South Deer Run Rd<br>Carson City, NV 89701 | 511,906.46 | 2,702.18 | 1,898.62 | 803.56 |
| 10725-00900 | Erickson, Eric T And Dolores Y | 1455 Superior Ave #342<br>Newport Beach, CA 92663-6125 | 390,000.00 | 30,000.00 | 1,364.15 | 28,635.85 |
| 10725-01156 | Florence Bolatin Living Trust Dtd 10/28/93 | C/O Florence Bolatin Ttee<br>2105 Diamond Brook Ct<br>Las Vegas, NV 89117-1866 | 110,712.00 | 4,173.84 | - | 4,173.84 |
| 10725-01231 | Fuller, David & Monica | 955 Mullen<br>Henderson, NV 89044 | 215,404.25 | 5,404.36 | 4,547.22 | 857.14 |
| 10725-02296 | Jayem Family Lp | 7 Paradise Valley Ct<br>Henderson, NV 89052-6706 | 265,865.00 | 28,303.75 | - | 28,303.75 |
| 10725-02298 | Jayem Family Lp Jacques Massa Gp | 7 Paradise Valley Ct<br>Henderson, NV 89052-6706 | 936,807.81 | 6,118.56 | - | 6,118.56 |
| 10725-00604 | Mcdowell, Chester R | 2715 E East Avenue Q-6<br>Palmdale, CA 93550-4147 | 527,702.18 | 2,702.18 | 1,898.62 | 803.56 |
| 10725-01175 | Nix, John | 836 Temple Rock Ct<br>Boulder City, NV 89005 | 710,937.34 | 4,053.28 | 2,360.39 | 1,692.89 |

2120140.1