USACM TRUST  
PAID LOAN OBJECTION

EXHIBIT B  
MULTIPLE LOAN CLAIMS  
BEAU RIVAGE HOMES/$8,000,000

| Claim | Name | Address | Total Claim Amount | Amount Related to The Beau Rivage Homes/$8,000,000 Loan | Allowed Diverted Principal Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Beau Rivage Homes/$8,000,000 Loan |
|---|---|---|---|---|---|---|
| 10725-01501 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece  16675 | 30,000.00 | Unknown | - | Unknown |
| 10725-01502 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece  16675 | 50,000.00 | Unknown | - | Unknown |
| 10725-01503 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece  16675 | 50,000.00 | Unknown | - | Unknown |
| 10725-01504 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece  16675 | 50,000.00 | Unknown | - | Unknown |
| 10725-01505 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece  16675 | 50,000.00 | Unknown | - | Unknown |
| 10725-01506 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece  16675 | 50,000.00 | Unknown | - | Unknown |
| 10725-01507 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece  16675 | 30,000.00 | Unknown | - | Unknown |
| 10725-01508 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece  16675 | 30,000.00 | Unknown | - | Unknown |
| 10725-01509 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece  16675 | 50,000.00 | Unknown | - | Unknown |
| 10725-01510 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece  16675 | 50,000.00 | Unknown | 1,139.16 | Unknown |

2120141.1