USACM TRUST  
PAID LOAN OBJECTION

EXHIBIT B  
MULTIPLE LOAN CLAIMS  
BEAU RIVAGE HOMES/$8,000,000

| Claim | Name | Address | Total Claim Amount | Amount Related to The Beau Rivage Homes/$8,000,000 Loan | Allowed Diverted Principal Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Beau Rivage Homes/$8,000,000 Loan |
|---|---|---|---|---|---|---|
| 10725-00319 | Pedro L & Carol A Barroso Trust Dtd 11/29/90 | Pedro Luis & Carol Ann Barroso Ttee<br>3231 Cambridgeshire St<br>Las Vegas, NV 89146-6223 | 168,017.76 | 1,351.09 | - | 1,351.09 |
| 10725-02000 | Robert L Ogren Trust Dtd 6/30/92 | Robert L Orgren Ttee<br>3768 Rick Stratton Dr<br>Las Vegas, NV 89120 | 1,827,483.14 | 3,783.06 | 2,203.03 | 1,580.03 |
| 10725-01036 | Sierra West Inc | Po Box 8346<br>Incline Village, NV 89452-8346 | 425,583.32 | 1,424.76 | 1,136.81 | 287.95 |
| 10725-01955 | Small Family Trust | Richard & Jacquelind Small Ttees<br>4801 Calle Santa Cruze<br>Prescott Valley, AZ 86314 | 703,134.00 | 25,000.00 | 1,136.81 | 23,863.19 |
| 10725-02481 | Tobias Von Euw Revocable | Trust Dated 11/23/04 C/O Tobias Von Euw Trustee<br>Sun City Aliante 7431 Lintwhite St<br>Las Vegas, NV 89084 | 1,468,967.93 | 1,351.09 | 949.31 | 401.78 |
| 10725-01365 | Vrbancic, Richard G | 103 Willow Brook Dr Ne<br>Warren, OH 44483-4630 | 270,000.00 | 75,000.00 | 2,710.42 | 72,289.58 |
| 10725-02180 | Wisch, Craig | 210 Andrew Ave<br>Naugatuck, CT 06770 | 317,369.28 | 4,593.71 | 3,025.11 | 1,568.60 |

2120142.1