USACM TRUST  
PAID LOAN OBJECTION

EXHIBIT A  
SINGLE LOAN CLAIMS  
BEAU RIVAGE HOMES/$8,000,000

| Claim | Name | Address | Total Claim Amount | Amount Related to The Beau Rivage Homes/$8,000,000 Loan | Allowed Diverted Principal Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Beau Rivage Homes/$8,000,000 Loan |
|---|---|---|---|---|---|---|
| 10725-00934 | Bennett, Dusk & Alan | 8640 Gulana Ave #J2004 Playa Del Rey, CA 90293-7320 | 20,000.00 | 20,000.00 | 759.45 | 19,240.55 |
| 10725-01418 | Davis, Patrick & Susan | 737 Bannerman Lane Fort Mill, SC 29715 | 291.90 | 291.90 | - | 291.90 |
| 10725-02376 | Donna M Cangelosi Family Trust | C/O Donna M Cangelosi Trustee 5860 Lausanne Dr Reno, NV 89511-5034 | 145.99 | 145.99 | - | 145.99 |
| 10725-01598 | Mayo, Monroe | 8635 W Sahara Ave #532 Las Vegas, NV 89117 | 1,136.81 | 1,136.81 | - | 1,136.81 |
| 10725-02479 | Rausch, Lawrence | 10708 Brinkwood Ave Las Vegas, NV 89134 | 50,083.00 | 50,083.00 | 2,273.62 | 47,809.38 |
| 10725-00568 | Reber, John | Po Box 570032 Las Vegas, NV 89157 | 50,000.00 | 50,000.00 | - | 50,000.00 |
| 10725-00208 | Sparks, Lucrecia | 868 Vegas Valley Dr Las Vegas, NV 89109 | 4,053.28 | 4,053.28 | - | 4,053.28 |
| 10725-00824 | Tobias Von Euw Revocable Trust Dtd 11/23/04 | C/O Tobias Von Euw Ttee Sun City Aliante 7431 Lintwhite St Las Vegas, NV 89134 | 72.99 | 72.99 | - | 72.99 |

2120148.1

USACM TRUST
PAID LOAN OBJECTION

EXHIBIT A
MULTIPLE LOAN CLAIMS
BEAU RIVAGE HOMES/$8,000,000

| Claim | Name | Address | Total Claim Amount | Amount Related to The Beau Rivage Homes/$8,000,000 Loan | Allowed Diverted Principal Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Beau Rivage Homes/$8,000,000 Loan |
|---|---|---|---|---|---|---|
| 10725-02317 | Cynthia Milanowski Trust | C/O Jeffrey R Sylvester Esq Sylvester & Polednak L<br>7371 Prarie Falcon Rd Ste120<br>Las Vegas, NV 89128 | 26,891.23 | 78.18 | - | 78.18 |
| 10725-01716-2 | Donna M Cangelosi Family Trust | C/O Donna M Cangelosi Trustee<br>5860 Lausanne Dr<br>Reno, NV 89511-5034 | 1,537,121.72 | 2,702.18 | - | 2,702.18 |
| 10725-02233 | Eddie Mayo & Jocelyne Helzer Jt Ten | 115 South Deer Run Rd<br>Carson City, NV 89701 | 511,906.46 | 2,702.18 | 1,898.62 | 803.56 |
| 10725-00900 | Erickson, Eric T And Dolores Y | 1455 Superior Ave #342<br>Newport Beach, CA 92663-6125 | 390,000.00 | 30,000.00 | 1,364.15 | 28,635.85 |
| 10725-01156 | Florence Bolatin Living Trust Dtd 10/28/93 | C/O Florence Bolatin Ttee<br>2105 Diamond Brook Ct<br>Las Vegas, NV 89117-1866 | 110,712.00 | 4,173.84 | - | 4,173.84 |
| 10725-01231 | Fuller, David & Monica | 955 Mullen<br>Henderson, NV 89044 | 215,404.25 | 5,404.36 | 4,547.22 | 857.14 |
| 10725-02296 | Jayem Family Lp | 7 Paradise Valley Ct<br>Henderson, NV 89052-6706 | 265,865.00 | 28,303.75 | - | 28,303.75 |
| 10725-02298 | Jayem Family Lp Jacques Massa Gp | 7 Paradise Valley Ct<br>Henderson, NV 89052-6706 | 936,807.81 | 6,118.56 | - | 6,118.56 |
| 10725-00604 | Mcdowell, Chester R | 2715 E East Avenue Q-6<br>Palmdale, CA 93550-4147 | 527,702.18 | 2,702.18 | 1,898.62 | 803.56 |
| 10725-01175 | Nix, John | 836 Temple Rock Ct<br>Boulder City, NV 89005 | 710,937.34 | 4,053.28 | 2,360.39 | 1,692.89 |

2120148.1

USACM TRUST  
PAID LOAN OBJECTION

EXHIBIT A  
MULTIPLE LOAN CLAIMS  
BEAU RIVAGE HOMES/$8,000,000

| Claim | Name | Address | Total Claim Amount | Amount Related to The Beau Rivage Homes/$8,000,000 Loan | Allowed Diverted Principal Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Beau Rivage Homes/$8,000,000 Loan |
|---|---|---|---|---|---|---|
| 10725-01501 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece  16675 | 30,000.00 | Unknown | - | Unknown |
| 10725-01502 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece  16675 | 50,000.00 | Unknown | - | Unknown |
| 10725-01503 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece  16675 | 50,000.00 | Unknown | - | Unknown |
| 10725-01504 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece  16675 | 50,000.00 | Unknown | - | Unknown |
| 10725-01505 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece  16675 | 50,000.00 | Unknown | - | Unknown |
| 10725-01506 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece  16675 | 50,000.00 | Unknown | - | Unknown |
| 10725-01507 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece  16675 | 30,000.00 | Unknown | - | Unknown |
| 10725-01508 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece  16675 | 30,000.00 | Unknown | - | Unknown |
| 10725-01509 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece  16675 | 50,000.00 | Unknown | - | Unknown |
| 10725-01510 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece  16675 | 50,000.00 | Unknown | 1,139.16 | Unknown |

2120148.1

USACM TRUST  
PAID LOAN OBJECTION

EXHIBIT A  
MULTIPLE LOAN CLAIMS  
BEAU RIVAGE HOMES/$8,000,000

| Claim | Name | Address | Total Claim Amount | Amount Related to The Beau Rivage Homes/$8,000,000 Loan | Allowed Diverted Principal Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Beau Rivage Homes/$8,000,000 Loan |
|---|---|---|---|---|---|---|
| 10725-00319 | Pedro L & Carol A Barroso Trust Dtd 11/29/90 | Pedro Luis & Carol Ann Barroso Ttee 3231 Cambridgeshire St Las Vegas, NV 89146-6223 | 168,017.76 | 1,351.09 | - | 1,351.09 |
| 10725-02000 | Robert L Ogren Trust Dtd 6/30/92 | Robert L Orgren Ttee 3768 Rick Stratton Dr Las Vegas, NV 89120 | 1,827,483.14 | 3,783.06 | 2,203.03 | 1,580.03 |
| 10725-01036 | Sierra West Inc | Po Box 8346 Incline Village, NV 89452-8346 | 425,583.32 | 1,424.76 | 1,136.81 | 287.95 |
| 10725-01955 | Small Family Trust | Richard & Jacquelind Small Ttees 4801 Calle Santa Cruze Prescott Valley, AZ 86314 | 703,134.00 | 25,000.00 | 1,136.81 | 23,863.19 |
| 10725-02481 | Tobias Von Euw Revocable | Trust Dated 11/23/04 C/O Tobias Von Euw Trustee Sun City Aliante 7431 Lintwhite St Las Vegas, NV 89084 | 1,468,967.93 | 1,351.09 | 949.31 | 401.78 |
| 10725-01365 | Vrbancic, Richard G | 103 Willow Brook Dr Ne Warren, OH 44483-4630 | 270,000.00 | 75,000.00 | 2,710.42 | 72,289.58 |
| 10725-02180 | Wisch, Craig | 210 Andrew Ave Naugatuck, CT 06770 | 317,369.28 | 4,593.71 | 3,025.11 | 1,568.60 |

2120148.1