

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email:  RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email:  JHinderaker@LRLaw.com
Marvin C. Ruth, State Bar No. 024220
Email:  MRuth@LRLaw.com
*Attorneys for USACM Liquidating Trust*

E-Filed on 11/18/09

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br>USA Capital Realty Advisors, LLC,[1]<br>USA Capital Diversified Trust Deed Fund, LLC,<br>USA Capital First Trust Deed Fund, LLC,[2]<br>USA Securities, LLC,[3]<br>　　　　　　　　　Debtors.<br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER APPROVING STIPULATION RE PROOF OF CLAIM FILED BY JOANNE HALVORSON** |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

261845.1



1
2   **PLEASE TAKE NOTICE** that an Order Approving Stipulation re Proof of Claim
3   Filed By Joanne Halvorson [DE 7767] was entered on the 11th day of November, 2009, a
4   true and correct copy of which is attached hereto as Exhibit A.
5       RESPECTFULLY SUBMITTED November 18, 2009.
6                               LEWIS AND ROCA LLP
7
8                       By    /s/ John Hinderaker  (#018024)
9                             Rob Charles
                              John Hinderaker (pro hac vice)
10                            Marvin Ruth
                              *Attorneys for USACM Liquidating Trust*
11
12  Copy of the foregoing mailed on  to:
13  Joanne Halvorson
    3716 N. Normandie
14  Spokane, WA 99205
15
16  /s/ Leilani Lista
    Leilani Lista

2

261845.1