# EXHIBIT A

**Entered on Docket**
**November 12, 2009**

Hon. Linda B. Riegle
United States Bankruptcy Judge

_____

LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

Attorneys for USACM Liquidating Trust

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

In re:

USA Commercial Mortgage Company,

USA Capital Realty Advisors, LLC,[1]

USA Capital Diversified Trust Deed Fund, LLC,

USA Capital First Trust Deed Fund, LLC,[2]

USA Securities, LLC,[3]

                                    Debtors.

| |
| Case No. BK-S-06-10725-LBR |
| Case No. BK-S-06-10726-LBR[1] |
| Case No. BK-S-06-10727-LBR |
| Case No. BK-S-06-10728-LBR[2] |
| Case No. BK-S-06-10729-LBR[3] |

CHAPTER 11

Jointly Administered Under Case No.
BK-S-06-10725 LBR

**Order Approving Stipulation re Proof
of Claim Filed By Joanne Halvorson**

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

_____

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007

1

2103756.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

1       The Stipulation of USACM Liquidating Trust (the "USACM Trust"), by and

2  through its counsel, Lewis and Roca LLP, and Joanne Halvorson ("Halvorson"), [DE        ]

3  came before the Court for consideration, no notice being necessary,  and good cause

4  appearing,

5       IT IS ORDERED:

6      •  Proof of Claim No. 10725-02251 filed by Halvorson is hereby allowed as an

7         unsecured non-priority claim in the amount of $22,482.01.

8                  # # #

9

10  APPROVED AS TO FORM AND CONTENT:

11  *Joanne Halvorson*

12  S/ Joanne Halvorson_____

13

14  **PREPARE AND SUBMITTED BY:**

15  **LEWIS AND ROCA LLP**

16

17  By____/s/ John Hinderaker (018024)_____
    Rob Charles

18      John Hinderaker (pro hac vice)
    Marvin Ruth

19  3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996

20  Telephone:  (702) 949-8200
Facsimile:  (702) 949-8398

21  *Attorneys for USACM Liquidating Trust*

22

23

24

25

26

2

2103756.1