# United States Bankruptcy Court
## District of Nevada

Bankruptcy Case Number  06–10725–lbr
### Chapter 11

In re: (Name of Debtor)
USA COMMERCIAL MORTGAGE COMPANY
fka USA CAPITAL
4484 SOUTH PECOS ROAD
LAS VEGAS, NV 89121

### ORDER APPROVING VERIFIED PETITION AND APPOINTMENT OF NEVADA COUNSEL

The Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court and the Designation of Local Counsel and Consent Thereto filed by JAMES A. TIMKO with the appointment of AMBRISH S. SIDHU as designated Nevada Counsel in this case are approved.

Dated: 11/16/09

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 0978-2         User: lakaswm              Page 1 of 1              Date Rcvd: Nov 16, 2009
Case: 06-10725              Form ID: oavp              Total Noticed: 1

The following entities were noticed by first class mail on Nov 18, 2009.
            +JAMES A. TIMKO,   ALLEN MATKINS LECK ET. AL.,   1900 MAIN STREET, FIFTH FLOOR,
              IRVINE, CA 92614-7317
The following entities were noticed by electronic transmission.
NONE.                                                                                           TOTAL: 0
              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 18, 2009**                    Signature:    _Joseph Speetjens_