SAT 40314 0978-2 trnscrpt 06-10725
LENARD E. SCHWARTZER
2850 S. JONES BOULEVARD, SUITE 1
LAS VEGAS, NV 89146

**OFFICIAL BUSINESS**

UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
**CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT**

PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

Attn: Clerk of the Court,

Please address corrects

re: USA Commercial Mortgage, BK-S-06-10725

063995 63995 1 AB 0.360 32608 0 0 6362-0-64747
Boren Living Trust dated 6/21/04.
c/o Richard D. Boren & Connie L. Boren T
7491 SW 86th Way
Gainesville, FL 32608-8431

FIRST-CLASS MAIL

NOTIFY SENDER 322 NFS 1 4091 00 11/03/09
BOREN                  OF NEW ADDRESS
5393 SW 75TH ST APT E24
GAINESVILLE FL 32608-7449
BCT 326087449254  *0859-03955-03-25

32608@7449

Thank you
Richard Boren
11/15/09

# SCHWARTZER & MCPHERSON LAW FIRM

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

Lenard E. Schwartzer*†
Jeanette E. McPherson†
Jason A. Imes*

*Also admitted in California
† Board Certified
Business Bankruptcy Law
American Board of Certification

2850 SOUTH JONES BOULEVARD, SUITE 1
LAS VEGAS, NEVADA 89146-5308
TELEPHONE: (702) 228-7590    FACSIMILE: (702) 892-0122
WEBSITE: WWW.S-MLAW.COM

November 10, 2009

Of counsel:
Gary B. Gelfand*

California Office

161 S. Doheny Drive
Beverly Hills, CA 90210
Telephone: (323) 272-6361

Boren Living Trust
c/o Richard D. Boren, Trustee
5333 SW 95th St., Apt. E-34
Gainesville, GL 32608-7449

Re:    USA Commercial Mortgage, BK-S-06-10725

Dear Mr. and Mrs. Boren:

We are returning your letter requesting an address change to you as the notices you are receiving in the above referenced case are generated automatically by the U.S. Bankruptcy Court, District of Nevada. ***These notices are not sent by our office***. We are listed on the notice because we were counsel for the above referenced debtor. Our office does not maintain the service list and therefore cannot process your address correction request.

Please send your request for address change directly to the **Clerk of the Court, U.S. Bankruptcy Court, 300 Las Vegas Blvd. South, Las Vegas, NV 89101**. Please note the case name and number when sending your request.

Very truly yours,

Schwartzer & McPherson Law Firm

RECEIVED & FILED
'09 NOV 18 P1:27
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

P:\USA Commercial Mortgage\Correspondence\ltr Boren Living Trust 111009 re change of address.doc