**Entered on Docket**
**November 16, 2009**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: RCharles@LRLaw.com
*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR[1] |
| USA COMMERCIAL MORTGAGE | Case No. BK-S-06-10727-LBR |
| COMPANY, | Case No. BK-S-06-10728-LBR[2] |
| | Case No. BK-S-06-10729-LBR[3] |
| USA CAPITAL REALTY ADVISORS, LLC,[1] | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,[2] | Date: November 13, 2009 |
| | Time:  9:30 a.m. |
| USA SECURITIES, LLC,[3] | **Affecting:** |
| Debtors. | ☐ All Cases |
| | **or Only:** |
| | ☒ USA Commercial Mortgage Company |
| | ☐ USA Capital Realty Advisors, LLC |
| | ☐ USA Capital Diversified Trust Deed Fund, LLC |
| | ☐ USA Capital First Trust Deed Fund, LLC |
| | ☐ USA Securities, LLC |

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

# Exhibit A

261747.1

**Order Granting Stipulation
Between the USACM Liquidating Trust
and Marcia Knox**

The Stipulation by and between the USACM Liquidating Trust ("Trust"), and Marcia J. Knox [DE 7768] came before the Court for consideration. No notice being necessary and good cause appearing:

IT IS ORDERED:

- The Court's prior rulings related to Ms. Knox's proofs of claim will remain in full force and effect;

- Proof of Claim Nos. 10725-01634 and 10725-01635 filed by Ms. Knox remain unresolved. When the Trust and the Court consider the validity of these claims they will consider the supporting documentation attached to Proof of Claim Nos. 10725-00647, 10725-00648 and 10725-00649 as though that documentation had been included with Proof of Claim Nos. 10725-01634 and 10725-10635;

- Ms. Knox's motion [DE 7577] is denied as moot; and

- The oral argument on the motion set for November 13, 2009 is vacated.

###

PREPARED AND SUBMITTED:

**LEWIS AND ROCA LLP**

By:___s/ John Hinderaker (AZ 18024)_____
    John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

2

261747.1

Case 06-10725-gwz    Doc 7813-1    Entered 11/20/09 14:54:24    Page 3 of 3
Case 06-10725-lbr    Doc 7779    Entered 11/16/09 06:54:13    Pages 3 of 3

Nov 12 09 03:00p     Marcia Knox-Knudsen                        775-826-9195                    p.4

1  APPROVED/DISAPPROVED

2

3  _____
   Marcia J. Knox

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

261747.1