

**Entered on Docket
November 25, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                              Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTANING THIRD OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED IN WHOLE OR IN PART UPON INVESTMENT IN THE SHAMROCK TOWER LP LOAN**<br><br>Hearing Date:   November 13, 2009<br>Hearing Time.   9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2119691_1

1  The Court having considered the Third Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In The Shamrock Tower LP Loan [DE 7633] (the "Objection"); the Court having heard the Objection on November 13, 2009; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS ORDERED**:

1. The Objection [DE 7633] is sustained; and

2. The claims listed on **Exhibit A** are disallowed to the extent they are based upon a direct lender investment in the Shamrock Tower LP Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By      /s/ John Hinderaker (018024)
        Rob Charles
        John Hinderaker (*pro hac vice*)

*Attorneys for USACM Liquidating Trust*

LEWIS AND ROCA LLP LAWYERS

1  In accordance with Local Rule 9021, the undersigned certifies:

2  ☐   The Court waived the requirements of LR 9021.

3  ☐   No parties appeared or filed written objections, and there is no trustee appointed in this case.

4

5  ☒   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: | |
|---|---|
| ☐  approved the form of this order | ☐  disapproved the form of this order |
| ☒  waived the right to review the order and/or | ☐  failed to respond to the document |
| Other Party: | |
| ☐  approved the form of this order | ☐  disapproved the form of this order |
| ☐  waived the right to review the order and/or | ☐  failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**

By:   /s/ JH  (#018024)
        Rob Charles
        John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

3

SHAMROCK LOAN
THIRD OMNIBUS OBJECTION

## Exhibit A
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Shamrock Tower LP Loan |
|---|---|---|---|---|
| 10725-00245 | Robert H. and Lynn R. Perlman Trust Dated 9/17/92 | c/o Robert H. and Lynn R. Perlman Ttees<br>2877 Paradise Rd., Unit 3501<br>Las Vegas, NV  89109-5278 | $1,187,000.00 | $50,000.00 |
| 10725-01477 | Karen L Pidgeon 2006 Living Trust Dated 2/27/06 | c/o Karen L. Pidgeon Ttee<br>P.O. Box 41619<br>Sacramento, CA  95841-1619 | $538,643.00 | $200,000.00 |
| 10725-01878 | Dennis Raggi | P.O. Box 10475<br>Zephyr Cove, NV  89448 | $10,451.54 | Unknown |
| 10725-01880 | Dennis Raggi | P.O. Box 10475<br>Zephyr Cove, NV 89448-2475 | $15,819.84 | $2,983.89 |
| 10725-02226 | Dennis Raggi | P.O. Box 10475<br>Zephyr Cove, NV  89448 | $4,884,068.70 | $200,000.00 |
| 10725-00138 | Michael Raichbart | Joshua D Brysk<br>Law Offices Of James G Schwartz<br>7901 Stoneridge Dr, Suite 401<br>Pleasanton, CA  94583 | $150,000.00 | $50,000.00 |
| 10725-02281 | Roisentul Family Trust | Saul and Ilene Roisentul Trustees<br>74075 Kokopelli Cir<br>Palm Desert, CA  92211-2075 | $840,536.32 | $100,000.00 |
| 10725-00274 | Daniel and Virginia Salerno Family Trust Dtd 8/9/89 | Daniel N. and Virginia P Salerno Ttees<br>P.O. Box 7869<br>Incline Village, NV  89452-7869 | $212,026.22 | $114,244.75 |
| 10725-02106 | T-2 Enterprises LLC | Manager Warren W Tripp<br>250 Greg St<br>Sparks, NV  89431 | $811,713.52 | $150,000.00 |
| 10725-02107 | T-3 Enterprises LLC | Manager Warren W. Tripp<br>250 Greg St<br>Sparks, NV  89431 | $608,440.76 | $100,000.00 |

2119691.1