# EXHIBIT A



**Entered on Docket
November 25, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
          jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                                 Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING NINTH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO DUPLICATE PROOFS OF CLAIM**<br><br>Hearing Date:   November 13, 2009<br>Hearing Time.   9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2119645_1


The Court having considered the Ninth Omnibus Objection Of USACM Liquidating Trust To Duplicate Proofs Of Claim [DE 7626] (the "Objection"); the Court having heard the Objection on November 13, 2009; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS ORDERED**:

 1. The Objection [DE 7626] is sustained; and
 2. The initial Proofs of Claims listed on **Exhibit A**, attached, are disallowed.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By /s/ John Hinderaker (018024)
 Rob Charles
 John Hinderaker (*pro hac vice*)

*Attorneys for USACM Liquidating Trust*

LEWIS AND ROCA LLP LAWYERS

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

### 

Submitted by:

**LEWIS AND ROCA LLP**


By: /s/ JH  (#018024)
    Rob Charles
    John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

3

**USACM      EXHIBIT A TO OMNIBUS OBJECTION RE DUPLICATE CLAIMS**

| Claimant's Name and Address | Initial Proof of Claim Number (claim subject to objection) | Subsequent Proof of Claim Number (claim not subject to objection) | Claim Amount |
|---|---|---|---|
| Addy, Ronald M & Priscilla K<br>21675 Obsidian Ave.<br>Bend, OR 97702 | 10725-02235 | 10725-02236 | Unliquidated |
| Barbara M Sanchez 2002 Revocable Living Trust DTD 4/4/02<br>c/o Barbara M Sanchez Trustee<br>Po Box 90528<br>Santa Barbara, CA 93190 | 10725-00466 | 10725-00467 | Unliquidated |
| Brines Revocable Family Trust, Michael R & Cindy G U/A DTD 11/5/94<br>c/o Michael R & Cindy G Brines Trustees<br>4935 El Sereno Avenue<br>La Crescenta, CA 91214 | 10725-01918 | 10725-02431 | $771,119.58 |
| Brines Revocable Family Trust, Michael R & Cindy G U/A DTD 11/5/94<br>c/o Michael R & Cindy G Brines Trustees<br>4935 El Sereno Avenue<br>La Crescenta, CA 91214 | 10725-01569 | 10725-01744 | $59,953.00 |
| CK Khury & Irene K Bass Family Trust DTD 5/10/05<br>c/o Scott D Fleming Esq<br>Hale Lane Peek Den & How<br>3930 Howard Hughes PKWY<br>Las Vegas, NV 89169 | 10725-02193 | 10725-01951 | $400,000 |
| Cohen, Nelson L<br>c/o Scott D Fleming Esq<br>Hale Lane Peek Den & How<br>3930 Howard Hughes PKWY, 4th Floor<br>Las Vegas, NV 89169 | 10725-00818 | 10725-01216 | Unliquidated |
| Cohen Living Trust DTD 3/6/90<br>c/o Scott D Fleming Esq<br>Hale Lane Peek Den & How<br>3930 Howard Hughes PKWY<br>Las Vegas, NV 89169 | 10725-00811 | 10725-01218 | $404,317.00 |
| Denise F Fager Revocable Trust UAD 2/28/03<br>Denise F Fager Trustee<br>23741 Brisbane Bay<br>Dana Point, CA 92629 | 10725-02355 | 10725-02356 | $1,327,564.06 |
| Lisa Hollifield Personal Rep of J Naftzinger Est c/o Scott D Fleming Esq<br>Hale Lane Peek Den & How<br>3930 Howard Hughes PKWY<br>Las Vegas, NV 89169 | 10725-0848-2 | 10725-01293 | Unliquidated |
| Karen Petersen Tyndall Trust DTD 3/9/94<br>c/o Karen Petersen Tyndall Trustee<br>1012 Greystoke Acres Street<br>Las Vegas, NV 89145-8659 | 10725-00795 | 10725-01183 | $1,115,915.59 |

**USACM          EXHIBIT A TO OMNIBUS OBJECTION RE DUPLICATE CLAIMS**

| Claimant's Name and Address | Initial Proof of Claim Number (claim subject to objection) | Subsequent Proof of Claim Number (claim not subject to objection) | Claim Amount |
|---|---|---|---|
| Messersmith, R G & Deaun<br>Scott D Fleming Esq<br>Hale Lane Peek Den & How<br>3930 Howard Hughes PKWY 4th Floor<br>Las Vegas, NV  89169 | 10725-00834 | 10725-01285 | Unliquidated |
| Snow, Jack & Heidi<br>Scott D Fleming Esq<br>Hale Lane Peek Den & How<br>3930 Howard Hughes PKWY<br>Las Vegas, NV  89169 | 10725-00829 | 10725-01292 | Unliquidated |

`

2