# EXHIBIT A




**Entered on Docket**
**November 25, 2009**

**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email: rcharles@lrlaw.com
jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,[1]

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]

USA SECURITIES, LLC,[3]

Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR[1]
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR[2]
Case No. BK-S-06-10729-LBR[3]

CHAPTER 11

Jointly Administered Under
Case No. BK-S-06-10725 LBR

**ORDER SUSTANING FOURTH OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED IN WHOLE OR IN PART UPON INVESTMENT IN THE SHAMROCK TOWER LP LOAN**

Hearing Date: November 13, 2009
Hearing Time. 9:30 a.m.

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.




LEWIS AND ROCA LLP LAWYERS

The Court having considered the Fourth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In The Shamrock Tower LP Loan [DE 7635] (the "Objection"); the Court having heard the Objection on November 13, 2009; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS ORDERED**:

1. The Objection [DE 7635] is sustained; and

2. The claims listed on **Exhibit A** attached are disallowed to the extent they are based upon an investment in Shamrock Tower LP Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By /s/ John Hinderaker (018024)
Rob Charles
John Hinderaker (*pro hac vice*)

*Attorneys for USACM Liquidating Trust*

LEWIS AND ROCA LLP
LAWYERS

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**

By: /s/ JH (#018024)
Rob Charles
John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

SHAMROCK LOAN
FOURTH OMNIBUS OBJECTION

**Exhibit A**
Multiple Loan Claims

| **Claim** | **Name** | **Address** | **Total Claim Amount** | **Approximate Amount Subject to Objection Because it Relates to an Investment In the Shamrock Tower LP Loan** |
|---|---|---|---|---|
| 10725-00137 | Tim and Kathleen Partch | Joshua D Brysk<br>Law Offices Of<br>James G Schwartz<br>7901 Stoneridge Dr<br>Pleasanton, CA<br>94583 | 100,000.00 | 50,000.00 |
| 10725-01740 | Larry L. and Patsy R. Rieger Revocable Tr Dtd 8/14/91 | Larry L. and Patsy R.<br>Rieger Ttees<br>2615 Glen Eagles Dr<br>Reno, NV 89523 | $2,016,829.00 | Unknown |
| 10725-02104 | Warren W. Tripp | 250 Greg St<br>Sparks, NV 89431 | $1,183,402.50 | $200,000.00 |
| 10725-02088 | Robert W. Ulm Living Trust Dtd 4/11/05 | Robert W. Ulm Ttee<br>414 Morning Glory<br>Rd<br>St. Marys, GA 31558 | $1,376,330.00 | $100,000.00 |
| 10725-02089 | Robert W. Ulm | 414 Morning Glory<br>Rd<br>St Marys, GA 31558 | Contingent and Unliquidated | Unknown |