# EXHIBIT A



**Entered on Docket
November 25, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
           jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>         Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING SECOND OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED IN WHOLE OR IN PART UPON INVESTMENT IN THE SHAMROCK TOWER LP LOAN**<br><br>Hearing Date: November 13, 2009<br>Hearing Time. 9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2119686_1



1  The Court having considered the Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In The Shamrock Tower LP Loan [DE 7631] (the "Objection"); the Court having heard the Objection on November 13, 2009; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS ORDERED**:

1. The Objection [DE 7631] is sustained; and

2. The claims listed on **Exhibit A** attached are disallowed to the extent they are based upon a direct lender investment in the Shamrock Tower LP Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By      /s/ John Hinderaker (018024)
     Rob Charles
     John Hinderaker (*pro hac vice*)

*Attorneys for USACM Liquidating Trust*

LEWIS AND ROCA LLP
LAWYERS

1  In accordance with Local Rule 9021, the undersigned certifies:

2  ☐  The Court waived the requirements of LR 9021.

3  ☐  No parties appeared or filed written objections, and there is no trustee appointed in this case.

5  ☒  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**

By: /s/ JH  (#018024)
    Rob Charles
    John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

3

# SHAMROCK LOAN
# SECOND OMNIBUS OBJECTION

## Exhibit A
### Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Shamrock Tower LP Loan |
|---|---|---|---|---|
| 10725-02059 | Jack R. Clark and Linda C. Reid Jt Ten | 9900 Wilbur May Pkwy #4701<br>Reno, NV 89521-3089 | $1,782,032.06 | $100,000.00 |
| 10725-02202 | Marguerite Falkenborg 2000 Trust Dtd 6/20/00 | c/o Marguerite Falkenborg Trustee<br>727 3rd Ave<br>Chula Vista, CA 91910-5803 | $794,366.81 | $122,256.24 |
| 10725-01917 | Farrah Family Trust | Joseph Farrah Trustee<br>1410 Murchison Dr<br>Millbrae, CA 94030 | $5,667.12 | $4,642.72 |
| 10725-01212 | Jay E. Henman Retirement Plan | c/o Jay E. Henman Trustee<br>1023 Ridgeview Ct<br>Carson City, NV 89705-8054 | $747,243.00 | $75,000.00 |
| 10725-02048 | Edward O. High | 1413 Pelican Bay Trail<br>Winter Park, FL 32792 | $403,994.76 | $100,000.00 |
| 10725-01632 | Charles E. and Janet P. Johnson Jt Ten | 17 Front St<br>Palm Coast, FL 32137-1453 | Contingent and Unliquidated | Unknown |
| 10725-01660 | Robert J. and Ruth Ann Kehl | Janet L. Chubb, Esq<br>Jones Vargas<br>P.O. Box 281<br>Reno, NV 89504-0281 | $12,841,680.13 | $500,000.00 |
| 10725-02051 | Carol Mortensen Family Trust Dtd 9/9/90 | c/o Carol Mortense Ttee<br>4847 Damon Cir<br>Salt Lake City, UT 84117 | $345,750.98 | $100,000.00 |
| 10725-02121 | Olga O'Buch Trust Dtd 5/28/98 | Olga O'Buch Ttee<br>140 Gazelle Rd<br>Reno, NV 89511 | $507,403.52 | $100,000.00 |
| 10725-01901 | Charles and Mary Parker | 14470 Emerald Path<br>Apple Valley, MN 55124 | $236,840.31 | $57,058.65 |

2119686.1