# EXHIBIT A



**Entered on Docket
November 25, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
           jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                               Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING FIRST OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED UPON INVESTMENT IN THE SHAMROCK TOWER LP LOAN**<br><br>Hearing Date:   November 13, 2009<br>Hearing Time.   9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2119671_1



1   The Court having considered the First Omnibus Objection Of USACM Trust To
2 Proofs Of Claim Based Upon Investment In The Shamrock Tower LP Loan [DE 7629]
3 (the "Objection"); the Court having heard the Objection on November 13, 2009;
4 appropriate notice of the Objection having been given; no response to the Objection
5 having been filed; and good cause appearing:
6   **IT IS ORDERED**:
7   1.   The Objection [DE 7629] is sustained; and
8   2.   The claims listed on **Exhibit A** attached are disallowed to the extent they are
9 based upon an investment in Shamrock Tower LP Loan.
10 PREPARED AND RESPECTFULLY SUBMITTED BY:
11 **LEWIS AND ROCA LLP**
12 
13 By     /s/ John Hinderaker (018024)
       Rob Charles
       John Hinderaker (*pro hac vice*)
14 
15 *Attorneys for USACM Liquidating Trust*

LEWIS
AND
ROCA
——LLP——
LAWYERS

In accordance with Local Rule 9021, the undersigned certifies:

☐   The Court waived the requirements of LR 9021.

☐   No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: | |
|---|---|
| ☐   approved the form of this order | ☐   disapproved the form of this order |
| ☒   waived the right to review the order and/or | ☐   failed to respond to the document |
| Other Party: | |
| ☐   approved the form of this order | ☐   disapproved the form of this order |
| ☐   waived the right to review the order and/or | ☐   failed to respond to the document |

### 

Submitted by:

**LEWIS AND ROCA LLP**

By:  /s/ JH  (#018024)
      Rob Charles
      John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

3

# SHAMROCK LOAN
# FIRST OMNIBUS OBJECTION

## EXHIBIT A
### Single Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Shamrock Tower LP Loan |
|---|---|---|---|---|
| 10725-00028 | Timothy F. Burrus and Joann Ortiz-Burrus | Del Hardy, Esq. Hardy Law Group 96-98 Winter St Reno, NV 89503-5605 | $50,000.00 | $50,000.00 |
| 10725-00031 | Timothy F. Burrus and Joann Ortiz-Burrus | Del Hardy Esq. Hardy Law Group 96-98 Winter St Reno, NV 89503-5605 | $50,000.00 | $50,000.00 |
| 10725-00959 | Larry D. Higgins | 571 Alden Lane Incline Village, NV 89451-8333 | $112,633.31 | $112,633.31 |
| 10725-00427 | Gary M. Hogan | 9900 Wilbur May Pkwy, Apt 1604 Reno, NV 89521-4016 | $50,000.00 | $50,000.00 |
| 10725-00454 | James Gary Machetta Trust Dtd 7/9/02 | c/o James Gary Machetta Trustee P.O. Box 2242 Denver, CO 80201-2242 | Unliquidated | $50,000.00 |
| 10725-01615 | McConnell Family Trust Dtd 12/3/81 | James M. and Maudrene F. Mcconnell Ttees 970 Fairway Blvd Incline Village, NV 89451 | $123,616.62 | $123,616.62 |
| 10725-00350 | John T. Mrasz Ent. Inc. Defined Benefit Plan Dtd. 5/86 | c/o John T. and Janet Mrasz Ttees 10015 Barling St Shadow Hills, CA 91040-1512 | $100,000.00 | $100,000.00 |
| 10725-00264 | Bernard and Linda Marie Sandler Revocable Intervivos | Trust Dtd 9/13/91 c/o Peter Susi 99 La Vuelta Santa Barbara, CA 93108 | $175,000.00 | $100,000.00 |
| 10725-02521 | Penny Stanard | 16004 Village Green Dr Apt D Mill Creek, WA 98012-5879 | $50,000.00 | $50,000.00 |
| 10725-01827 | Kenneth H. and Phyllis P. Wyatt Family Trust | Kenneth & Phyllis Wyatt Ttees PO Box 370400 Las Vegas, NV 89137-0400 | $108,166.65 | $108,166.65 |
| 10725-00322 | Sb Wright Family Trust Dtd 12/28/94 | Melvin B. and Susan D Wright Ttees 3983 South McCarran Blvd. Reno, NV 89502-7510 | $716.66 | $716.66 |

2119671.1