# EXHIBIT A



**Entered on Docket
November 25, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                    Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTANING AMENDED FIRST OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED, IN WHOLE OR IN PART, UPON INVESTMENT IN THE ARAPAHOE LAND INVESTMENTS, LP LOAN**<br><br>Hearing Date: November 13, 2009<br>Hearing Time. 9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2119704_1



The Court having considered the Amended First Omnibus Objection Of USACM Trust To Proofs Of Claim Based, In Whole Or In Part, Upon Investment In The Arapahoe Land Investments, LP Loan (Amended To Correct Exhibit) [DE 7565] (the "Objection"); the Court having heard the Objection on November 13, 2009; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS ORDERED**:

1. The Objection [DE 7565] is sustained; and

2. The claims listed on **Exhibit A** attached are disallowed to the extent they are based upon an in the Arapahoe Land Investments LP Loan, which is also known as the Clear Creek Plantation Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By   /s/ John Hinderaker (018024)
    Rob Charles
    John Hinderaker (*pro hac vice*)

*Attorneys for USACM Liquidating Trust*

2

LEWIS AND ROCA LLP LAWYERS

1  In accordance with Local Rule 9021, the undersigned certifies:

2  ☐ The Court waived the requirements of LR 9021.

3  ☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

4

5  ☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

6

7

| U.S. Trustee: | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

14                               ###

15

16  Submitted by:

17  **LEWIS AND ROCA LLP**

18  By:  /s/ JH  (#018024)
19        Rob Charles
          John Hinderaker (*pro hac vice*)
20  *Attorneys for USACM Liquidating Trust*

3

**USACM TRUST**  **Clear Creek Plantation**
**Multiple Loan Claims**

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Clear Creek Plantation Loan |
|---|---|---|---|---|
| 10725-00687 | LORA & LOYAL CROWNOVER FAMILY TRUST | C/O LOYAL CROWNOVER TRUSTEE 2213 PLAZA DEL PUERTO LAS VEGAS NV 89102-4045 | 600,000.00 | 200,000.00 |
| 10725-01208 | MONIGHETTI, PETE | 6515 FRANKIE LN PRUNEDALE CA 93907 | 1,509,963.55 | 50,000.00 |
| 10725-01878 | RAGGI, DENNIS | PO BOX 10475 ZEPHYR COVE NV 89448 | 10,451.54 | Unknown |
| 10725-01923 | O`RIORDAN, JOHN E & SONHILD A | 2745 HARTWICK PINES DR HENDERSON NV 89052-7002 | 3,476,504.52 | 200,000.00 |
| 10725-02000 | ROBERT L OGREN TRUST DTD 6/30/92 | ROBERT L ORGREN TTEE 3768 RICK STRATTON DR LAS VEGAS NV 89120 | 1,827,483.14 | 200,000.00 |
| 10725-02018 | EVELYN G CANEPA TRUST DTD 9/19/00 | C/O LAUREL E DAVIS LIONEL SAWYER & COLLINS 300 SOUTH FOURTH STSTE 1 LAS VEGAS NV 89101 | Unknown | 50,000.00 |
| 10725-02226 | RAGGI, DENNIS | PO BOX 10475 ZEPHYR COVE NV 89448 | 4,884,068.70 | 200,000.00 |
| 10725-02299 | ZAWACKI A CALIFORNIA LLC | PO BOX 5156 BEAR VALLEY CA 95223-5156 | 3,000,000.00 | 400,000.00 |
| 10725-02304 | ERVEN J NELSON LTD PSP DTD 10/31/72 | C/O ERVEN J NELSON TRUSTEE 2023 W ASPIRATION POINT ST GEORGE UT 84790 **NEW ADDRESS:** 2136 RIVER OF FORTUNE DRIVE, SAINT GEORGE, UT 84790 | 500,000.00 | 150,000.00 |
| 10725-02366 | AL-AWAR LIVING TRUST DTD 4/05/01 | ADIB M & ELLEN A AL-AWAR TTEES 1330 BURRO CT GARDNERVILLE NV 89410 | 3,615,913.62 | 100,000.00 |
| 10725-02423 | PINSKER, DONALD H | 8650 W VERDE WAY LAS VEGAS NV 89149-4145 | 1,633,057.16 | 150,000.00 |
| 10725-02433 | MICHAELIAN HOLDINGS LLC | 413 CANYON GREENS DR LAS VEGAS NV 89144-0829 | 1,267,075.50 | 75,000.00 |

2119704.1