PRESORTED
FIRST-CLASS MAIL
POSTAGE & FEES PAID
UNITED STATES COURTS
PERMIT NO. G-18

FIRST-CLASS MAIL

PLEASE CHANGE ADDRESS

NOTIFY SENDER OF NEW ADDRESS 11/02/09
FREEDOM PROPERTIES
895 NFE 1 POBE OO
CLEAR CREEK LN
EAGLE ID 83616-6660

80132@0950

011345 11345 1 AT 0.357 89523 3 7 6362-0-11345

Freedom Properties, Inc.
~~1620 Star Pine Ct~~
~~Reno, NV 89523-4867~~

SAT-80305 0978-2 trnscrpt 06-10725
LENARD E. SCHWARTZER
2850 S. JONES BOULEVARD, SUITE 1
LAS VEGAS, NV 89146

**OFFICIAL BUSINESS**

UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT

# United States Bankruptcy Court
## District of Nevada

Case No. 06-10725-lbr
Chapter 11

In re:
USA COMMERCIAL MORTGAGE COMPANY
fka USA CAPITAL

## NOTICE OF FILING OFFICIAL TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

Please take notice that a transcript has been filed on October 29, 2009 for the proceeding held on October 19, 2009. The deadline for filing a *Request for Redaction* is November 19, 2009.

If a Request for Redaction is filed, the redacted transcript is due November 30, 2009. If no such request is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is January 27, 2010, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber, or you may view the document at the clerk's office public terminal. The transcriber's contact information is available on the case docket, or by calling the CM/ECF Help Desk at 1-866-232-1266. You may review the court's transcript policy on its web site: www.nvb.uscourts.gov.

Dated: 10/29/09

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court

011345

8030501135601 7