**Entered on Docket**
**December 01, 2009**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

WILLIAM W. HUCKINS, ESQ. (CA BAR NO. 201098)
JAMES A. TIMKO, ESQ. (CA BAR NO. 220140)
ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
1900 Main Street, Fifth Floor
Irvine, California 92614-7321
Phone: (949) 553-1313
Fax: (949) 553-8354
Email: whuckins@allenmatkins.com
       jtimko@allenmatkins.com

AMBRISH S. SIDHU, ESQ. (NEVADA BAR NO. 7516)
SIDHU LAW FIRM, LLC
810 S. Casino Center Blvd., Suite 104
Las Vegas, Nevada 89101
Phone: (702) 384-4436
Fax: (702) 384-4437
Email: asidhu@sidhulawfirm.com

Attorneys for Creditor
AMTRUST BANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA, LAS VEGAS DIVISION

| | |
|---|---|
| In re<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>Chapter 11 |
| USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725-LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY**<br><br>Date:  November 13, 2009<br>Time: 9:30 a.m. |

|   |   |
|---|---|
| Debtor. | Place: Courtroom 1<br>Foley Federal Building<br>300 Las Vegas Blvd., South<br>Las Vegas, Nevada |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>Debtor. |   |
| USA SECURITIES, LLC,<br><br>Debtor. |   |
| AFFECTS:<br>___ All Debtors<br>_X_ USA Commercial Mortgage Company<br>___ USA Capital Realty Advisors, LLC<br>___ USA Capital Diversified Trust Deed Fund, LLC<br>___ USA Securities, LLC. |   |

The Motion for Relief from the Automatic Stay (the "Motion") filed by AmTrust Bank ("AmTrust") for entry of an order (i) determining that the automatic stay imposed by 11 U.S.C. section 362 does not apply with respect to AmTrust's interest in that certain real property located in the City of Temecula, County of Riverside, State of California, more particularly described in the Motion and in Exhibit "A" attached hereto (the "Property"), or, in the alternative, (ii) granting AmTrust relief from the automatic stay, came on for hearing before this Court on November 13, 2009, the Honorable Linda B. Riegle, presiding. Appearances were as noted on the record.

The Court having reviewed and considered the Motion, the papers filed in support thereof, and the statements and argument presented by the parties who appeared at the hearing, no opposition or other papers having been filed in response to the Motion, for the reasons stated by the Court on the record at the hearing, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Motion is GRANTED;

IT IS FURTHER ORDERED that the automatic stay imposed by 11 U.S.C. section 362 is hereby terminated and vacated and AmTrust may assert and exercise any and all of its rights and remedies under its loan documents, deed of trust and applicable law, including foreclosure, against

1  the Property, AmTrust's interest in the Project (as defined in the Motion), and AmTrust's interest
2  in any other property or assets under the loan documents;
3      IT IS FURTHER ORDERED that this Order shall be binding upon all successors and
4  assigns of Debtor USA Commercial Mortgage Company (the "Debtor") and the Debtor's estate;
5  and
6      IT IS FURTHER ORDERED that this Order shall be effective immediately upon entry and
7  shall not be subject to any stay imposed by Rule 4001(a)(3) of the Federal Rules of Bankruptcy
8  Procedure.
9  **IT IS SO ORDERED.**
10 PREPARED AND SUBMITTED BY:

WILLIAM W. HUCKINS, ESQ. (CA BAR NO. 201098)
JAMES A. TIMKO, ESQ. (CA BAR NO. 220140)
ALLEN MATKINS LECK GAMBLE MALLORY &
NATSIS LLP
1900 Main Street, Fifth Floor
Irvine, California 92614-7321
Phone:  (949) 553-1313
Fax:  (949) 553-8354

SIDHU LAW FIRM, LLC

By: */s/ Ambrish S. Sidhu*
    Ambrish S. Sidhu, Esq.
    Nevada Bar No. 7516
    810 S. Casino Center Blvd., Suite 104
    Las Vegas, Nevada 89101
    *Attorneys for Creditor AMTRUST BANK*

## LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

_X_ No parties appeared or filed written objections, and there is no trustee appointed in the case.

___ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below:

      No Appearances         No Response

###