# Exhibit A

**Entered on Docket**
**December 02, 2009**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR[1] |
| USA Commercial Mortgage Company, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[2] |
| USA Capital Realty Advisors, LLC,[1] | Case No. BK-S-06-10729-LBR[3] |
| USA Capital Diversified Trust Deed Fund, LLC, | CHAPTER 11 |
| USA Capital First Trust Deed Fund, LLC,[2] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA Securities, LLC,[3]       Debtors. | **Amended Order Approving Stipulation re Proof of Claim Filed By Joanne Halvorson** |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | **(Amended to Correct Proof of Claim Number)** |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007

1

2123012.1

**LEWIS AND ROCA LLP**
LAWYERS

The Stipulation of USACM Liquidating Trust (the "USACM Trust"), by and through its counsel, Lewis and Roca LLP, and Joanne Halvorson ("Halvorson"), [DE 7764] came before the Court for consideration, no notice being necessary, and good cause appearing,

The Order of the Court [DE 7767] entered on November 12, 2009 incorrectly identified the Proof of Claim number as 10725-02251, instead of the correct number 10725-02551.

IT IS ORDERED:

- Proof of Claim No. 10725-02551 filed by Halvorson is hereby allowed as an unsecured non-priority claim in the amount of $22,482.01.

# # #

**PREPARE AND SUBMITTED BY:**

**LEWIS AND ROCA LLP**


By___/s/ John Hinderaker (018024)___
    Rob Charles
    John Hinderaker (*pro hac vice*)
    Marvin Ruth
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8200
Facsimile: (702) 949-8398
*Attorneys for USACM Liquidating Trust*

2123012.1