06-10725

**Mr. Bob Oxendorf**

Dear Sir

RECEIVED
AND FILED

Change of address

DEC -4 AM 11:53

U.S.
MARY A. SCHOTT, CLERK
BANKRUPTCY COURT

1. New Address
   3023 S. 84 th st
   Milwaukee, Wi 53227

2. Old Address
   6902 W. Oklahoma Av
   Milwaukee, Wi 53219

Case No 06-10725-1BR
ROBERT OXENDORF TRUST

Yours truly,
Robert Oxendorf
11-23-09

