## United States Bankruptcy Court
### District of Nevada

RECEIVED & FILED

Case No. <u>06-10725-lbr</u>
Chapter 11

'09 DEC 14 P1 :41

In re:
USA COMMERCIAL MORTGAGE COMPANY
fka USA CAPITAL

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## NOTICE OF FILING OFFICIAL TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

Please take notice that a transcript has been filed on October 29, 2009 for the proceeding held on October 19, 2009. The deadline for filing a *Request for Redaction* is November 19, 2009.

If a Request for Redaction is filed, the redacted transcript is due November 30, 2009. If no such request is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is January 27, 2010, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber, or you may view the document at the clerk's office public terminal. The transcriber's contact information is available on the case docket, or by calling the CM/ECF Help Desk at 1-866-232-1266. You may review the court's transcript policy on its web site: www.nvb.uscourts.gov.

Dated: 10/29/09

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court

---

**OFFICIAL BUSINESS**
UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
CONTAINS NOTICE of a PROCEEDING
in the
UNITED STATES BANKRUPTCY COURT

017121 17121 1 AT 0.357 95677 8 0 6362-0-17121

The Ivan Norman and Beverly Anne Davis F
c/o Ivan N. Davis & Beverly Anne Davis,
5524 Graham Court
Rocklin, CA 95677-3068

FIRS

957 NFE 1 A09I 00 11/06/09
NOTIFY SENDER OF NEW ADDRESS
DAVIS
3229 COTTAGE WAY
SACRAMENTO CA 95825-0449

BC: 95825044929    *2372-03050-09-09

Handwritten note: PLEASE UPDATE RECORDS FOR NEW MAILING ADDRESS THANKS Norman Davis 916-549-3808