**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 18024
Email:jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 12/15/2009

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,[1]<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[2]<br><br>USA Securities, LLC,[3]<br>　　　　　　　　　　　　　　Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Status And Agenda For December 18, 2009 Hearing filed by USACM Liquidating Trust**<br><br>Hearing Date:　　December 18, 2009<br>Hearing Time:　　1:30 p.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.



**2.     Objection to Claim 10725-01162 of Securities and Exchange Commission**: 06-10725-lbr, USA Commercial Mortgage Company

| | |
|---|---|
| **Objection Filed:** 03/27/2009 | Objection to Claim 10725-01162 of Securities and Exchange Commission in the amount of unknown filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [6979] |
| **Status** | Counsel for the SEC contacted counsel for the USACM Trust to explain that the SEC process for getting authorization to withdraw the claim has taken longer than expected.  At the hearing, the Trust will ask the court to continue this matter to January 11, 2010 to give the SEC time to complete the process. |

**3.     Objection to Claim 10725-00862 and 10725-01761 of Frank Snopko Trustee Of The Snopko 1981 Trust Dated 10/27/81 in the amount of 10725-00862 for $200,000 and 10725-01761 for $250,000 for Lack of Documentation**: 06-10725-lbr, USA Commercial Mortgage Company

| | |
|---|---|
| **Objection Filed:** 10/16/2009 | Objection to Claim 10725-00862 and 10725-01761 of Frank Snopko Trustee Of The Snopko 1981 Trust Dated 10/27/81 in the amount of 10725-00862 for $200,000 and 10725-01761 for $250,000 for Lack of Documentation Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [7657] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

2125638.1



**4.     Objection to Claim 10725-01527 of Christine Miller in the amount of an unliquidated**: 06-10725-lbr, USA Commercial Mortgage Company

| | |
|---|---|
| **Objection Filed:** 10/16/2009 | Objection to Claim 10725-01527 of Christine Miller in the amount of an unliquidated amount Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [7659] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

**5.     Objection to Claim 10725-00575 of Lynda Stewart in an unliquidated amount for Lack of Documentation**:  06-10725-lbr, USA Commercial Mortgage Company

| | |
|---|---|
| **Objection Filed:** 10/16/2009 | Objection to Claim 10725-00575 of Lynda Stewart in the amount of an unliquidated amount for Lack of Documentation Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [7662] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

**6.     Objection to Claim 10725-00516 of Community Bank of Nevada in the amount of $461,170.32**: 06-10725-lbr, USA Commercial Mortgage Company

| | |
|---|---|
| **Order Filed:** 06/02/2009 | Objection to Claim 10725-00516 of Community Bank of Nevada in the amount of $461,170.32 filed by JON MAXWELL BEATTY on behalf of USACM LIQUIDATING TRUST [7174] |
| **Status** | Counsel is ready to proceed. |

2125638.1

**7.     Status Hearing Re: Amended Complaint**: Adv. 08-01058-lbr USACM Liquidating Trust v. Los Valles Land & Golf, LLC et al.: Lead case: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **3/13/08:** | Amended Complaint of USACM Liquidating Trust Against Los Valles Land & Golf and Dan S. Palmer, Jr., |
| **Status** | Counsel for the Trust is ready to proceed |

**8.     Renewed Motion for Summary Judgment [DE 97] as to Defendants' Nine Unresolved Affirmative Defenses**: Adv. 08-01058-lbr USACM Liquidating Trust v. Los Valles Land & Golf, LLC et al.: Lead case: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Motion Filed:** 10/16/2009 | Renewed Motion for Summary Judgment [DE 40] as to Defendants' Nine Unresolved Affirmative Defenses Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [97] |
| **Order Entered:** 1027/2009 | Order Rescheduling Renewed Motion For Summary Judgment And Setting Status hearing [DE 102] |
| **Status** | Counsel for the Trust is ready to proceed. |

**10.    Amended First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Upon Investment In The Rio Rancho Executive Plaza, LLC Loan**: 06-10725-lbr, USA Commercial Mortgage Company

| | |
|---|---|
| **Objection Filed:** 09/24/2009 | Amended First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Upon Investment In The Rio Rancho Executive Plaza, LLC Loan Filed by MARVIN C. RUTH on behalf of USACM LIQUIDATING TRUST [7564] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

2125638.1



**11.    Objection Of The USACM Liquidating Trust To Proofs Of Claim Filed By Barry J. Goldstein, Patricia Goldstein And Capital Mortgage Investors, Inc. For Lack Of Documentation**: 06-10725-lbr, USA Commercial Mortgage Company

| | |
|---|---|
| **Objection Filed:** 10/29/2009 | Objection Of The USACM Liquidating Trust To Proofs Of Claim Filed By Barry J. Goldstein, Patricia Goldstein And Capital Mortgage Investors, Inc. For Lack Of Documentation Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [7753] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**12.    Objection Of USACM Liquidating Trust To Double Counted Claims Filed By The McQuerry Family Trust**: 06-10725-lbr, USA Commercial Mortgage Company

| | |
|---|---|
| **Objection Filed:** 11/13/2009 | **Objection Of USACM Liquidating Trust To Double Counted Claims Filed By The McQuerry Family Trust** Filed by MARVIN C. RUTH on behalf of USACM LIQUIDATING TRUST [7776] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

2125638.1

**13.    USACM Liquidating Trusts First Omnibus Objection To Allowance Of Proofs Of Claim Based Upon Investment In The Beastar Loan**:  06-10725-lbr USA Commercial Mortgage Company

**Objection Filed:** 11/17/2009    USACM Liquidating Trusts First Omnibus Objection To Allowance Of Proofs Of Claim Based Upon Investment In The Beastar Loan Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [7792]

**Status**    No response filed.  The USACM Trust will ask the Court to sustain the objection.

**14.    USACM Liquidating Trust's Second Omnibus objection to Allowance of Proofs of Claim Based in Whole or in Part, Upon Investment in the Beastar Loan**: 06-10725-lbr USA Commercial Mortgage Company

**Objection Filed:** 11/17/2009    USACM Liquidating Trust's Second Omnibus objection to Allowance of Proofs of Claim Based in Whole or in Part, Upon Investment in the Beastar Loan Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [7795]

**Status**    No response filed.  The USACM Trust will ask the Court to sustain the objection.

**15.    USACM Liquidating Trust's Third Omnibus objection to Allowance of Proofs of Claim Based in Whole or in Part, Upon Investment in the Beastar Loan**: 06-10725-lbr USA Commercial Mortgage Company

**Objection Filed:** 11/17/2009    USACM Liquidating Trust's Third Omnibus objection to Allowance of Proofs of Claim Based in Whole or in Part, Upon Investment in the Beastar Loan Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [7797]

**Status**    No response filed.  The USACM Trust will ask the Court to sustain the objection.

**16.     USACM Liquidating Trust's First Omnibus Objection to Allowance of Proofs of Claim Based Upon Investment in the Beau Rivage Homes Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Objection Filed:** 11/18/2009 | USACM Liquidating Trust's First Omnibus Objection to Allowance of Proofs of Claim Based Upon Investment in the Beau Rivage Homes Loan Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [7800] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**17.     USACM Liquidating Trust's Second Omnibus Objection to Allowance of Proofs of Claim Based, In Whole, Or in Part, Upon Investment in the Beau Rivage Homes Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Objection Filed:** 11/18/2009 | USACM Liquidating Trust's Second Omnibus Objection to Allowance of Proofs of Claim Based, In Whole, Or in Part, Upon Investment in the Beau Rivage Homes Loan Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [7802] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**18.     USACM Liquidating Trust's Third Omnibus Objection to Allowance of Proofs of Claim Based, In Whole or In Part, Upon Investment in the Beau Rivage Homes Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Objection Filed:** 11/18/2009 | USACM Liquidating Trust's Third Omnibus Objection to Allowance of Proofs of Claim Based, In Whole or In Part, Upon Investment in the Beau Rivage Homes Loan with Certificate of Service Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [7804] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

2125638.1

**19.  Objection to Claim of in the amount of USACM Liquidating Trust's Fourth Omnibus objection to Allowance of Proofs of Claim Based, In Whole or In Part, Upon Investment in the Beau Rivage Homes Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Objection Filed:** 11/18/2009 | USACM Liquidating Trust's Fourth Omnibus objection to Allowance of Proofs of Claim Based, In Whole or In Part, Upon Investment in the Beau Rivage Homes Loan Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [7806] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

Dated December 15, 2009.

**LEWIS AND ROCA LLP**

By: /s/ John Hinderaker, AZ 18024
Rob Charles, NV 6593
John Hinderaker, AZ 18024 (*pro hac vice*)
*Counsel for USACM Liquidating Trust*

PROOF OF SERVICE

COPY of the aforementioned sent via e-mail or U.S. First Class Mail postage prepaid on December 15, 2009 to the parties listed on Post-Effective Official Service List for Limited Notice No. 5 Dated March 31, 2009.

/s/ Leilani Lista
Leilani Lista