LEWIS AND ROCA LLP LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@LRLaw.com
John Hinderaker, Az State Bar No. 18024
Email: jhinderaker@LRLaw.com

*Attorneys for USACM Liquidating Trust*

E-Filed on 12/18/09

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA Commercial Mortgage Company, | Case No. BK-S-06-10726-LBR[1] |
| | Case No. BK-S-06-10727-LBR |
| USA Capital Realty Advisors, LLC, | Case No. BK-S-06-10728-LBR[2] |
| | Case No. BK-S-06-10729-LBR[3] |
| USA Capital Diversified Trust Deed Fund, LLC, | CHAPTER 11 |
| USA Capital First Trust Deed Fund, LLC,[1] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA Securities, LLC,[2]      Debtors. | **Motion for an Order Shortening Time for Hearing on Motion to Extend Deadline to File Objection to Allowance of Claims with Certificate of Service** |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date:   OST Requested  January 11, 2010<br>Time:  OST Requested  9:30 a.m. |

The USACM Liquidating Trust is filing a Motion to Further Extend Deadline to File Objection to Allowance of Claims, and asks that the Court set an expedited hearing and shorten notice on the Motion.

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2130658.1



1 The deadline to file objections to allowance of claims set by the confirmed plan of
2 reorganization has been extended from time to time.  No objections to any prior request
3 were ever filed.  Pursuant to the order of this Court, the current deadline to file an
4 objection to proofs of claim is February 4, 2010.  The omnibus hearing in February is
5 scheduled for February 5, 2010, one day after the expiration of the deadline.  No harm will
6 be done to any party by granting the request to expedite the hearing and shorten the notice.

7 Accordingly, the Court's expedited consideration of the Motion to Further Extend
8 the Deadline to File Objection to Allowance of Claims is requested.

9 Dated:  December 18, 2009.

**LEWIS AND ROCA LLP**

By /s/  Rob Charles (#006593)
Rob Charles, NV 6593
*Attorneys for the USACM Liquidating Trust*

PROOF OF SERVICE

COPY of the aforementioned sent via e-mail or U.S. First Class Mail on December 18, 2009 to the parties listed on Post-Effective Official Service List for Limited Notice. In addition, a copy is posted on the USACM Liquidating Trust website, available at http://usacmcucc.bmcgroup.com/default.aspx.

/s/ Marilyn Schoenike
Marilyn Schoenike
Lewis and Roca LLP

2130658.1