**LEWIS AND ROCA LLP LAWYERS**

E-Filed on 12/18/09

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                                Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Declaration Of Rob Charles In Support Of Motion To Further Extend Deadline To File Objection To Allowance Of Claims**<br><br>Date OST Requested - January 11, 2010<br>Time of Hearing:    9:30 a.m. |

I, Rob Charles declare under penalty of perjury:

1.    I am an adult person competent to testify in court. I make the following statements based upon my personal knowledge except where otherwise indicated.

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2130699.1

2.  I am a partner in Lewis and Roca LLP and represent the USACM Liquidating Trust in this Bankruptcy case.

3.  Pursuant to the order of this Court, the deadline to file objection to allowance of claims is February 4, 2010. The omnibus hearing in February is scheduled on February 5, 2010, one day after the expiration of the deadline. It is necessary to shorten the notice period required to obtain an order extending the deadline prior to the February hearing.

4..  I have been informed and believe that August B. Landis, representing the Office of the United States Trustee has approved the shortening of the notice.

5.  I believe that the shortening of notice will not prejudice any parties in interest.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 18, 2009

**LEWIS AND ROCA LLP**

 /s/ Rob Charles (#006593)
Rob Charles
Attorneys for USACM Liquidating Trust

Certificate of Service

Copy of the foregoing sent via e-mail
or first class postage prepaid U.S. Mail on
December 18, 2009 to all parties listed on
Post Effective Official Service List for
Limited Notice:

s/  Marilyn Schoenike
Marilyn Schoenike
Lewis and Roca LLP

2

2130699.1