**LEWIS AND ROCA LLP — LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

E-Filed on 12/18/09

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker, AZ State Bar No. 18024
Email: jhinderaker@LRLaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA Commercial Mortgage Company,

USA Capital Realty Advisors, LLC,

USA Capital Diversified Trust Deed Fund, LLC,

USA Capital First Trust Deed Fund, LLC,[1]

USA Securities, LLC,[2]

                        Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR[1]
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR[2]
Case No. BK-S-06-10729-LBR[3]

CHAPTER 11

Jointly Administered Under Case No. BK-S-06-10725 LBR

**Attorney Information Sheet**

Date: OST Requested January 11, 2010
Time: OST Requested 9:30 a.m.

     As required by the Court's Local Rule, I have contacted the parties listed below regarding the proposed Order Granting Motion for Shortening Time for Hearing on Motion to Further Extend Deadline to File Objection to Allowance of Claims. They agree or disagree to the time being shortened, as indicated below:

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 26, 2007.

2130685.1



| Name | Dated Contacted | Agree | Disagree |
|---|---|---|---|
| August B. Landis<br>Office of United States Trustee | 12/18/09 | X | |

Dated: December 18, 2009.

**LEWIS AND ROCA LLP**

By /s/ Rob Charles (#006593)
Rob Charles, NV 6593
RCharles@LRLaw.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Facsimile: (702) 949-8321
Telephone: (702) 949-8320
*Attorneys for the USACM Liquidating Trust*

2130685.1