**Entered on Docket
December 21, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:
USA Commercial Mortgage

Debtor(s)

BK 06-10725 LBR
Ch 11

Hearing Date: N/A
Hearing Time: N/A

### ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon the foregoing Motion and in accordance with the provisions of 28 U.S.C. Section 2042, and good cause appearing therefore, it is hereby

ORDERED that the amount of $2,922.20 constituting an unclaimed dividend is declared due to Norman Kiven..

IT IS FURTHER ORDERED that the Clerk, U.S. Bankruptcy Court, District of Nevada, pay this unclaimed dividend to the order of

Norman Kiven
100 E. Bellevue Pl.
Chicago, IL 60611

###