MATTHEW Q. CALLISTER, ESQ.
Nevada Bar No. 001396
mqc@call-law.com
CALLISTER + ASSOCIATES, LLC.
823 Las Vegas Blvd. South, Fifth Floor
Las Vegas, Nevada 89101
Telephone: (702) 385-3343
Fax: (702) 385-3343
*Attorney for Curtis Clark*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC, and<br><br>USA SECURITIES, LLC,<br><br>Debtors. | Case No. BK-S 06-10725-LBR<br>Case No. BK-S 06-10726-LBR (closed)<br>Case No. BK-S 06-10727-LBR<br>Case No. BK-S 06-10728-LBR (closed)<br>Case No. BK-S 06-10729-LBR (closed)<br><br>**CHAPTER 11**<br><br>Jointly Administered under Case No. BK-S-06-10725-LBR<br><br>**LIST OF PROPOSED CLASSES TO COMPLY WITH COURT'S ORDERS OF JUNE 3, 2009 AND DECEMBER 22, 2009** |

COMES NOW, Attorney MATTHEW Q. CALLISTER, ESQ. and CURTIS F. CLARK, creditor in the above-captioned Chapter 11 cases being jointly administered under Case No. BK-S-06-10725-LBR, by and through his attorney of record, Matthew Q. Callister, Esq., of the law firm of Callister + Associates, LLC, and hereby respectfully submits the following list of proposed classes to be attended by Curtis Clark, in compliance with this Court's Orders of June 3, 2009 and December 22, 2009, as follows:

///

1

1. <u>CLE bundle</u> - (a) The Attorney/Judge Relationship - 1.0 hrs.

    (b) The Ethics of Striking Back - 1.0 hrs.

    (c) Winning with Ethics and Integrity - 2.0 hrs.

These classes would be taken via audio CD with written materials to be followed.

2. <u>Ethical Issues in the Human Service Professions</u> - UNLV online course;

This course is offered through the University of Nevada, Las Vegas, in an online format, with three sessions.

3. <u>Managing Legal Risks and Promoting Social Responsibility</u> - International Institute of Management.

This is a 2.5 day business law and ethics course, taught by the International Institute of Management, designed to provide an understanding of the legal framework of business. Cost: $995.

DATED this 23 day of December, 2009.

                              **CALLISTER + ASSOCIATES, LLC.**

                              By   /s/ Matthew Q. Callister, Esq.
                                  **MATTHEW Q. CALLISTER, ESQ.**
                                  Nevada Bar No. 001396
                                  823 Las Vegas Blvd. South, Fifth Floor
                                  Las Vegas, Nevada 89101
                                  *Attorney for Curtis Clark*

## CERTIFICATE OF SERVICE

1. On <u>December 22, 2009</u> I served the following document(s):

**LIST OF PROPOSED CLASSES TO COMPLY WITH COURT'S ORDERS OF JUNE 3, 2009 AND DECEMBER 22, 2009.**

2. I served the above-named document(s) by the following means to the persons as listed below:

    X    a.    ECF System as listed below:

              ROB CHARLES on behalf of Attorney LEWIS AND ROCA LLP
              rcharles@lrlaw.com, cjordan@lrlaw.com

              USTPRegion17.lv.ecf@usdoj.gov
              U.S. Trustee - LV - 11

    X    b.    United States Mail, first-class postage fully prepaid and addressed as follows: *(See Mailing Matrix attached hereto as Exhibit 1)*

    ☐    c.    Personal Service *(List persons and addresses)*
              I personally delivered the document(s) to the persons at these addresses:

    ☐    d.    By Direct email *(as opposed to through ECF System)*
              *(List persons and email addresses. Attach additional paper if necessary)*

    ☐    e.    By facsimile transmission *(List persons and fax numbers)*

    ☐    f.    By messenger *(List persons and address)*

DATED:    December 23, 2009

    <u>Nikki L. Ramsey</u>              <u>/s/ Nikki L. Ramsey</u>
An employee of
CALLISTER + ASSOCIATES, LLC.