**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 12/24/09

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA Commercial Mortgage Company, | Case No. BK-S-06-10726-LBR[1] |
| | Case No. BK-S-06-10727-LBR |
| USA Capital Realty Advisors, LLC,[1] | Case No. BK-S-06-10728-LBR[2] |
| | Case No. BK-S-06-10729-LBR[3] |
| USA Capital Diversified Trust Deed Fund, LLC, | CHAPTER 11 |
| USA Capital First Trust Deed Fund, LLC,[2] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA Securities, LLC,[3] Debtors. | **Stipulation re Proofs of Claim Filed by Harrison Family Trust Dtd 7/27/99** |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

USACM Liquidating Trust (the "USACM Trust"), by and through its counsel, Lewis and Roca LLP, and Harrison Family Trust, ("Harrison"), by and through Marguerite F. Harrison and Thomas B. Harrison, Trustees, represent to the Court as follows:

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007

1

2127582.1

LEWIS AND ROCA LLP
LAWYERS

1. Harrison filed multiple proofs of claim, portions of which were allowed and disallowed pursuant to orders of this Court.

2. According to the records of the USACM Trust, the unresolved amount of Claim 10725-02003 is $23,530.06. The USACM Trust and Harrison agree that the Proof of Claim 10725-02003 is unresolved in the amount of $140,000.00, not $23,530.06, with $60,000 of that amount related to an investment in the Castaic Partners Loan and $80,000 of that amount related to an investment in Tapia Ranch Loan.

3. The USACM Trust and Harrison agree that Proofs of Claim 10725-02141 and 10725-02142 may be disallowed in their entirety since they represent claims for unremitted principal in Freeway 101 and Universal Hawaii that were allowed as part of claim 10725-02003.

4. Accordingly, the Trust and Halvorson stipulate and agree:

- The unresolved portion of Proof of claim No. 10725-02003 is $140,000.00, $60,000 of which is related to an investment in the Castaic Partners Loan and $80,000 of which is related to an investment in the Tapia Ranch Loan.
- Proof of Claim 10725-02141 may be disallowed in its entirety; and
- Proof of Claim 10725-02142 may be disallowed in its entirety.

LEWIS AND ROCA LLP

By   s/ John Hinderaker
    Rob Charles NV (#6593)
    John Hinderaker (AZ 18024
    pro hac vice)
    Attorneys for USACM Liquidating Trust

Dated: December 9, 2009

MARGUERITE F. HARRISON

s/ Marguerite F. Harrison,

THOMAS B. HARRISON

s/ Thomas B. Harrison
Trustees of the Harrison Family Trust Dated 7/27/99
930 Dorsey Drive
Incline Village, NV 89451
E-mail ptharr930@sbcglobal.net

2127582.1

LEWIS AND ROCA LLP
LAWYERS

**PREPARED AND SUBMITTED BY:**

**LEWIS AND ROCA LLP**

By  /s/ John Hinderaker (018024)
    Rob Charles
    John Hinderaker (pro hac vice)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8200
Facsimile: (702) 949-8398
*Attorneys for USACM Liquidating Trust*

2127594.1