

**Entered on Docket**
**December 28, 2009**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

Attorneys for USACM Liquidating Trust

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA Commercial Mortgage Company,

USA Capital Realty Advisors, LLC,[1]

USA Capital Diversified Trust Deed Fund, LLC,

USA Capital First Trust Deed Fund, LLC,[2]

USA Securities, LLC,[3]

Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR,[1]
Case No. BK-S-06-10726-LBR[1]
Case No. BK-S-06-10727-LBR,[2]
Case No. BK-S-06-10728-LBR[2]
Case No. BK-S-06-10729-LBR[3]

CHAPTER 11

Jointly Administered Under Case No. BK-S-06-10725 LBR

**Order Approving Stipulation re Proof of Claim Filed By Harrison Family Trust**

_____

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007

1

2127594.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

The Stipulation of USACM Liquidating Trust (the "USACM Trust"), by and through its counsel, Lewis and Roca LLP, and Harrison Family Trust ("Harrison"), by and through Marguerite F. Harrison and Thomas B. Harrison, Trustees, [DE 7852] came before the Court for consideration, no notice being necessary, and good cause appearing,

IT IS ORDERED:

- The unresolved amount of Proof of Claim No. 10725-02003 is hereby revised from $23,530.06 to $140,000 representing a $60,000 investment in Castaic Partners Loan and $80,000 in Tapia Ranch Loan;

- Proof of Claim 10725-02141 is hereby disallowed in its entirety; and

- Proof of Claim 10725-02142 is hereby disallowed in its entirety.

# # #

APPROVED AS TO FORM AND CONTENT:

MARGUERITE F. HARRISON

*Marguerite F. Harrison*

S/ Marguerite F. Harrison

THOMAS B. HARRISON

*Thomas B. Harrison*

S/ Thomas B. Harrison
Trustees of the Harrison Family Trust Dated 7/27/99
930 Dorsey Drive
Incline Village, NV 89451
E-mail: ptharr930@sbcglobal.net

2

2127594.1