

**Entered on Docket
December 29, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
            jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                                                Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING OBJECTION OF THE USACM LIQUIDATING TRUST TO PROOFS OF CLAIM FILED BY FRANK SNOPKO, TRUSTEE OF THE SNOPKO 1981 TRUST DATED 10/27/81 FOR LACK OF DOCUMENTATION**<br><br>Hearing Date:    December 18, 2009<br>Hearing Time:    1:30 p.m. |

The Court having considered the "Objection of the USACM Liquidating Trust to

Proofs of Claim filed by Frank Snopko, Trustee of the Snopko 1981 Trust Dated 10/27/81

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

1 For Lack of Documentation", [Docket No. 7657] (the "Objection"); notice of the
2 Objection having been given; no response to the Objection having been filed; the Court
3 having heard the Objection on December 18, 2009 and good cause appearing:

4     **IT IS HEREBY ORDERED** that:

5     1.     The Objection is sustained; and
6     2.     Claim Nos. 10725-00862 and 10725-01761 filed by Frank Snopko,
7     Trustee of the Snopko 1981 Trust Dated 10/27/81 are disallowed in
8     their entirety.

10 PREPARED AND RESPECTFULLY SUBMITTED BY:

12 **LEWIS AND ROCA LLP**
By  /s/ John Hinderaker (AZ 018024)
13     Rob Charles
    John Hinderaker (*pro hac vice*)
14 3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
15 Facsimile (702) 949-8321
Telephone (702) 949-8320
16 *Attorneys for USACM Liquidating Trust*

2129829_1.DOC

**LEWIS AND ROCA LLP LAWYERS**

1  In accordance with Local Rule 9021, the undersigned certifies:

2  ☐ The Court waived the requirements of LR 9021.

3  ☒ This is a chapter 11 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: August Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party (no other party appeared): | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

### 

Submitted by:

**LEWIS AND ROCA LLP**

By:   /s/  John Hinderaker (AZ 018024)
        Rob Charles
        John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

3

2129829_1.DOC