

**Entered on Docket**
**December 29, 2009**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>　　　　　　　　　　Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING AMENDED FIRST OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED UPON INVESTMENT IN THE RIO RANCHO EXECUTIVE PLAZA LLC LOAN**<br><br>Hearing Date:    December 18, 2009<br>Hearing Time:    1:30 p.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

1   The Court having considered the "Amended First Omnibus Objection of USACM
2   Trust to Proofs of Claim Based Upon Investment in the Rio Rancho Executive Plaza LLC
3   Loan ", [Docket No. 7564] (the "Objection"); notice of the Objection having been given;
4   no response to the Objection having been filed; and good cause appearing:

**IT IS HEREBY ORDERED**:

1. The Objection is sustained; and
2. The claims listed on **Exhibit A,** which are claims based upon a Direct lender investment in the Rio Rancho Executive Plaza LLC Loan, are disallowed in their entirety.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By     /s/  Marvin Ruth (#10979)
        Rob Charles
        John Hinderaker (*pro hac vice*)
        Marvin Ruth
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8200
Facsimile:   (702) 949-8398
*Attorneys for USACM Liquidating Trust*

2130005_1.DOC

In accordance with Local Rule 9021, the undersigned certifies:

- ☐ The Court waived the requirements of LR 9021.

- ☒ This is a Chapter 11 case. I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: August Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party (no other parties appeared): | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**

By: /s/ Marvin Ruth (#10979)
Rob Charles
John Hinderaker (*pro hac vice*)
Marvin Ruth
*Attorneys for USACM Liquidating Trust*

3

2130005_1.DOC

**EXHIBIT A TO FIRST OMNIBUS OBJECTION OF USACM TRUST
TO PROOFS OF CLAIM BASED UPON INVESTMENT IN THE
RIO RANCHO EXECUTIVE PLAZA, LLC LOAN**

| Claim | Name | Address | Total Claim Amount |
|---|---|---|---|
| 10725-00669 | DOYLE FAMILY TRUST DTD 9/23/99 | C/O PATRICK J & JILL M DOYLE TTEES  10770 OSAGE RD RENO NV  89506-8516 | 80,000.00 |
| 10725-01570 | MOLITCH, MARILYN & MATTHEW | 2251 N. RAMPART BLVD. #185 LAS VEGAS NV  89128 **New address:** 11262 CORSICA MIST AVENUE, LAS VEGAS, NV  89135 | 12,500.00 |
| 10725-00663 | RONALD G GARDNER TRUST | C/O Jeffrey L Hartman ESQ 510 West Plumb Lane, Suite B, Reno, Nevada 89509 | 50,000.00 |
| 10725-01789 | SPRING, DONALD W & EVELYN MAE | 3153 CANYON OAKS TER CHICO CA  95928-3987 | 52,475.00 |
| 10725-01266 | WAYNE DOTSON CO PETER BOGART CEO | PETER BOGART CEO  1445 CITY LINE AVE. WYNNEWOOD, PA 19096 | 56,500.00 |
| | **Totals** | | **251,475.00** |

2096097.1