

**Entered on Docket
December 29, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
            jhinderaker@lrlaw.com
            mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                    Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING FOURTH OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED IN WHOLE OR IN PART, UPON INVESTMENT IN THE BEAU RIVAGE HOMES LOAN**<br><br>Hearing Date:   December 18, 2009<br>Hearing Time:   1:30 p.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2132715_1.DOC

1       The Court having considered the "Fourth Omnibus Objection of USACM Trust to Proofs of Claim Based In Whole or In Part, Upon Investment in The Beau Rivage Homes Loan", [Docket No. 7806] (the "Objection") at its December 18, 2009 Omnibus Hearing; proper notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

      **IT IS HEREBY ORDERED**:

1. The Objection is sustained;
2. The claims listed on **Exhibit A** attached are allowed as general unsecured claims for the amount shown on Exhibit A as Unremitted Principal; and
3. The claims listed on **Exhibit A** are disallowed to the extent they are based upon a Direct Lender investment in The Beau Rivage Homes Loan.
4. To the extent the claims listed on Exhibit A are based upon investments in loans other than The Beau Rivage Homes Loan, this order does not affect them and the USACM Trust may file further objections.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By   /s/ John Hinderaker (018024)
    Rob Charles
    John Hinderaker (*pro hac vice*)
    Marvin Ruth
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8200
Facsimile: (702) 949-8398
*Attorneys for USACM Liquidating Trust*

2132715_1.DOC

LEWIS AND ROCA LLP LAWYERS

1  In accordance with Local Rule 9021, the undersigned certifies:

2  ☐  The Court waived the requirements of LR 9021.

3  ☒  This is a Chapter 11 case. I have delivered a copy of this proposed order to all
4     counsel who appeared at the hearing, any unrepresented parties who appeared at
      the hearing, and any trustee appointed in this case, and each has approved or
5     disapproved the order, or failed to respond, as indicated below (list each party
      and whether the party has approved, disapproved, or failed to respond to the
6     document):

| U.S. Trustee:  August Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party (no other parties appeared): | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

### 

Submitted by:

**LEWIS AND ROCA LLP**


By:   /sJohn Hinderaker (#018024)
      Rob Charles
      John Hinderaker (*pro hac vice*)
      Marvin Ruth
*Attorneys for USACM Liquidating Trust*

3

2132715_1.DOC

USACM TRUST  
PAID LOAN OBJECTION

EXHIBIT A  
MULTIPLE LOAN CLAIMS  
BEAU RIVAGE HOMES/$8,000,000

| Claim | Name | Address | Total Claim Amount | Amount Related to The Beau Rivage Homes/$8,000,000 Loan | Allowed Diverted Principal Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Beau Rivage Homes/$8,000,000 Loan |
|---|---|---|---|---|---|---|
| 10725-00319 | Pedro L & Carol A Barroso Trust Dtd 11/29/90 | Pedro Luis & Carol Ann Barroso Ttee 3231 Cambridgeshire St Las Vegas, NV 89146-6223 | 168,017.76 | 1,351.09 | - | 1,351.09 |
| 10725-02000 | Robert L Ogren Trust Dtd 6/30/92 | Robert L Orgren Ttee 3768 Rick Stratton Dr Las Vegas, NV 89120 | 1,827,483.14 | 3,783.06 | 2,203.03 | 1,580.03 |
| 10725-01036 | Sierra West Inc | Po Box 8346 Incline Village, NV 89452-8346 | 425,583.32 | 1,424.76 | 1,136.81 | 287.95 |
| 10725-01955 | Small Family Trust | Richard & Jacquelind Small Ttees 4801 Calle Santa Cruze Prescott Valley, AZ 86314 | 703,134.00 | 25,000.00 | 1,136.81 | 23,863.19 |
| 10725-02481 | Tobias Von Euw Revocable | Trust Dated 11/23/04 C/O Tobias Von Euw Trustee Sun City Aliante 7431 Lintwhite St Las Vegas, NV 89084 | 1,468,967.93 | 1,351.09 | 949.31 | 401.78 |
| 10725-01365 | Vrbancic, Richard G | 103 Willow Brook Dr Ne Warren, OH 44483-4630 | 270,000.00 | 75,000.00 | 2,710.42 | 72,289.58 |
| 10725-02180 | Wisch, Craig | 210 Andrew Ave Naugatuck, CT 06770 | 317,369.28 | 4,593.71 | 3,025.11 | 1,568.60 |