# Exhibit A



**Entered on Docket
December 29, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>    Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING OBJECTION OF THE USACM LIQUIDATING TRUST TO PROOFS OF CLAIM FILED BY BARRY J. AND PATRICIA GOLDSTEIN AND CAPITAL MORTGAGE INVESTORS, INC. FOR LACK OF DOCUMENTATION**<br><br>Hearing Date:   December 18, 2009<br>Hearing Time.   1:30 p.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2130014_1.DOC

**LEWIS AND ROCA LLP LAWYERS**

1  The Court having considered the "Objection of the USACM Liquidating Trust to
2  Proofs of Claim filed by Barry J. and Patricia Goldstein and Capital Mortgage Investors,
3  Inc. For Lack of Documentation", [Docket No. 7753] (the "Objection"); with appropriate
4  notice of the Objection having been given; no response to the Objection having been filed;
5  and good cause appearing:
6  **IT IS HEREBY ORDERED** that:
7      1. The Objection is sustained;
8      2. Claim No. 10725-01167 filed by Barry J. and Patricia Goldstein is
9          disallowed in its entirety for lack of documentation; and
10     3. Proof of Claim No. 10725-01163 filed by Capital Mortgage Investors,
11         Inc. is disallowed in its entirety for lack of documentation.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By   /s/ John Hinderaker (AZ 018024)
    Rob Charles
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
*Attorneys for USACM Liquidating Trust*

2130014_1.DOC

LEWIS AND ROCA LLP LAWYERS

1  In accordance with Local Rule 9021, the undersigned certifies:

2  ☐   The Court waived the requirements of LR 9021.

3  ☒   This is a chapter 11 case, and I have delivered a copy of this proposed order to
      all counsel who appeared at the hearing, any unrepresented parties who
4      appeared at the hearing, and any trustee appointed in this case, and each has
      approved or disapproved the order, or failed to respond, as indicated below (list
5      each party and whether the party has approved, disapproved, or failed to
6      respond to the document):

| U.S. Trustee: August Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**

By:   /s/ John Hinderaker (AZ 018024)
      Rob Charles
      John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

3

2130014_1.DOC