**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHinderaker@LRLaw.com
Marvin C. Ruth, State Bar No. 024220
EMail: MRuth@LRLaw.com
*Attorneys for USACM Liquidating Trust*

E-Filed on 12/30/09

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br>USA Capital Realty Advisors, LLC,[1]<br>USA Capital Diversified Trust Deed Fund, LLC,<br>USA Capital First Trust Deed Fund, LLC,[2]<br>USA Securities, LLC,[3]<br>                                    Debtors.<br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER SUSTAINING OBJECTION OF USACM LIQUIDATING TRUST TO DOUBLE COUNTED CLAIMS FILED BY THE MCQUERRY FAMILY TRUST** |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2135738.1

1

2   **PLEASE TAKE NOTICE** that an Order Sustaining Objection of USACM

3   Liquidating Trust to Double Counted Claims Filed by the McQuerry Family Trust

4   [DE 7857] was entered on the 29th day of December, 2009, a true and correct copy of

5   which is attached hereto as Exhibit A.

6   RESPECTFULLY SUBMITTED December 30, 2009.

7

8                                    LEWIS AND ROCA LLP

9

10                      By    /s/ John Hinderaker  (#018024)
                              Rob Charles
11                            John Hinderaker (pro hac vice)
                              Marvin Ruth
12                            *Attorneys for USACM Liquidating Trust*

13

14  Copy of the foregoing and pertinent
    portion of Exhibit A to the Order mailed
15  by first class mail, postage prepaid U.S.
    Mail, on December 30, 2009 addressed
16  to all the parties listed on Exhibit A to
    the Order attached:
17

18

19  /s/ Leilani Lista
    Leilani Lista
20  Lewis and Roca LLP

21

22

23

24

25

26

2

2135738.1