# Exhibit A

**Entered on Docket**
**December 29, 2009**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email: rcharles@lrlaw.com
        jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>　　　　　　　　　Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING OBJECTION OF USACM LIQUIDATING TRUST TO DOUBLE COUNTED CLAIMS FILED BY THE MCQUERRY FAMILY TRUST**<br><br>Hearing Date:　December 18, 2009<br>Hearing Time.　1:30 p.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2130554_1.DOC


1  The Court having considered the "Objection of USACM Liquidating Trust to
2  Double Counted Claims Filed by the McQuerry Family Trust" [DE 7776] (the
3  "Objection"); the Court having heard the Objection on December 18, 2009; appropriate
4  notice of the Objection having been given; no response to the Objection having been filed;
5  and good cause appearing:

6  **IT IS ORDERED** that:

7  1. The Objection [DE 7776] is sustained; and

8  2. The McQuerry claims listed on **Exhibit A** are disallowed in the amounts
9  shown on **Exhibit A**.

10  3. The USACM Trust reserves the right to object to the remainder of these
11  claims at a later date.

12  PREPARED AND RESPECTFULLY SUBMITTED BY:

13  **LEWIS AND ROCA LLP**

14  By    /s/ John Hinderaker (018024)
15      Rob Charles
        John Hinderaker (*pro hac vice*)
16  3993 Howard Hughes Parkway, Ste. 600
    Las Vegas, Nevada 89169-5996
17  Telephone:  (702) 949-8320
    Facsimile:  (702) 949-8321

*Attorneys for USACM Liquidating Trust*

LEWIS AND ROCA LLP LAWYERS

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☒ This is a Chapter 11 Case. I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party (no other parties appeared): | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**

By: /s/ JH (#018024)
    Rob Charles
    John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

3

# USACM Exhibit A
## Proofs of Claim Asserting Duplicate Amounts - McQuerry Claims

| Name | Address | Claim # | Total Claim Amount | Claim Amount Subject To Objection as a Duplicative Amount |
|---|---|---|---|---|
| MCQUERRY FAMILY TRUST | 318 SINGING BROOK CIR SANTA ROSA, CA 95409 | 10725-02241 | 102,166.66 | 51,083.33 |
| MCQUERRY FAMILY TRUST | 318 SINGING BROOK CIR SANTA ROSA, CA 95409 | 10725-02243 | 96,078.28 | 48,039.14 |
| MCQUERRY FAMILY TRUST | 318 SINGING BROOK CIR SANTA ROSA, CA 95409 | 10725-02245 | 103,031.92 | 51,515.96 |
| MCQUERRY FAMILY TRUST | 318 SINGING BROOK CIR SANTA ROSA, CA 95409 | 10725-02246 | 61,705.60 | 30,852.80 |
| MCQUERRY FAMILY TRUST | 318 SINGING BROOK CIR SANTA ROSA, CA 95409 | 10725-02247 | 97,985.38 | 48,992.69 |
| MCQUERRY FAMILY TRUST | 318 SINGING BROOK CIR SANTA ROSA, CA 95409 | 10725-02248 | 101,883.26 | 50,941.63 |
| MCQUERRY FAMILY TRUST | 318 SINGING BROOK CIR SANTA ROSA, CA 95409 | 10725-02250 | 103,033.92 | 51,516.96 |
| MCQUERRY FAMILY TRUST | 318 SINGING BROOK CIR SANTA ROSA, CA 95409 | 10725-02251 | 196,316.26 | 98,158.13 |
| MCQUERRY FAMILY TRUST | 318 SINGING BROOK CIR SANTA ROSA, CA 95409 | 10725-02252 | 100,962.34 | 50,481.17 |