**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHinderaker@LRLaw.com
Marvin C. Ruth, State Bar No. 024220
EMail: MRuth@LRLaw.com
*Attorneys for USACM Liquidating Trust*

E-Filed on 12/30/09

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br>USA Capital Realty Advisors, LLC,[1]<br>USA Capital Diversified Trust Deed Fund, LLC,<br>USA Capital First Trust Deed Fund, LLC,[2]<br>USA Securities, LLC,[3]<br>　　　　　　　　　　Debtors.<br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER SUSTAINING OBJECTION OF THE USACM LIQUIDATING TRUST TO PROOFS OF CLAIM FILED BY FRANK SNOPKO, TRUSTEE OF THE SNOPKO 1981 TRUST DATED 10/27/81 FOR LACK OF DOCUMENTATION** |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2135741.1

**PLEASE TAKE NOTICE** that an Order Sustaining Objection of the USACM Liquidating Trust to Proofs of Claim filed by Frank Snopko, Trustee of the Snopko 1981 Trust Dated 10/27/81 For Lack of Documentation [DE 7858] was entered on the 29th day of December, 2009, a true and correct copy of which is attached hereto as Exhibit A.

RESPECTFULLY SUBMITTED December 30, 2009.

LEWIS AND ROCA LLP

By  /s/ John Hinderaker  (#018024)
Rob Charles
John Hinderaker (pro hac vice)
Marvin Ruth
*Attorneys for USACM Liquidating Trust*

Copy of the foregoing mailed by first class mail, postage prepaid U.S. Mail, on December 30, 2009 addressed to:

Frank Snopko Trustee of the Snopko
1981 Trust Dated 10/27/81
c/o Stephen R. Harris, Esq.
Belding Harris & Petroni, Ltd.
417 W. Plumb Lane
Reno, NV 89509

/s/ Leilani Lista
Leilani Lista
Lewis and Roca LLP

2135741.1