# Exhibit A



**Entered on Docket
December 29, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
            jhinderaker@lrlaw.com
            mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                                   Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING  FIRST OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED UPON INVESTMENT IN THE BEAU RIVAGE HOMES LOAN**<br><br>Hearing Date:    December 18, 2009<br>Hearing Time:   1:30 p.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2132534_1.DOC

LEWIS AND ROCA LLP LAWYERS

1  The Court having considered the " First Omnibus Objection of USACM Trust to
2  Proofs of Claim Based Upon Investment in The Beau Rivage Homes Loan", [Docket No.
3  7800] (the "Objection") at the December 18, 2009 Omnibus Hearing; proper notice of the
4  Objection having been given; no response to the Objection having been filed; and good
5  cause appearing:

6  **IT IS HEREBY ORDERED**:

7  1. The Objection is sustained;

8  2. The claims listed on **Exhibit A** attached are allowed as general
9  unsecured claims for the amount shown on **Exhibit A** as Unremitted
10  Principal; and

11  3. The remainder of the claims listed on **Exhibit A** are disallowed in
12  their entirety because they are based upon a Direct Lender investment
13  in The Beau Rivage Homes Loan.

14  PREPARED AND RESPECTFULLY SUBMITTED BY:

15

16  **LEWIS AND ROCA LLP**

17  By  /s/ John Hinderaker (018024)
         Rob Charles
18       John Hinderaker (*pro hac vice*)
         Marvin Ruth
19  3993 Howard Hughes Parkway, Ste. 600
     Las Vegas, Nevada 89169-5996
20  Telephone: (702) 949-8200
     Facsimile:  (702) 949-8398
21  *Attorneys for USACM Liquidating Trust*

22

23

24

25

26

2

2132534_1.DOC

LEWIS AND ROCA LLP
LAWYERS

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☒ This is a Chapter 11 case. I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: August Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party (no other parties appeared): | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

### 

Submitted by:

**LEWIS AND ROCA LLP**


By: /sJohn Hinderaker (#018024)
　　Rob Charles
　　John Hinderaker (*pro hac vice*)
　　Marvin Ruth
*Attorneys for USACM Liquidating Trust*

3

2132534_1.DOC

USACM TRUST  
PAID LOAD OBJECTION

EXHIBIT A  
SINGLE LOAN CLAIMS  
BEAU RIVAGE HOMES/$8,000,000

| Claim | Name | Address | Total Claim Amount | Allowed Diverted Principal Claim Amount | Remainder Amount Disallowed Because it Relates to an Investment In the Beau Rivage Homes/$8,000,000 Loan |
|---|---|---|---|---|---|
| 10725-00934 | Bennett, Dusk & Alan | Alan Bennett<br>14225 S. Whisperwood Dr.,<br>Reno, NV 89521<br>Dusk Bennett:<br>7327 W. 85th Street<br>Westchester, CA 90045 | 20,000.00 | 759.45 | 19,240.55 |
| 10725-01418 | Davis, Patrick & Susan | 737 Bannerman Lane<br>Fort Mill, SC 29715 | 291.90 | - | 291.90 |
| 10725-02376 | Donna M Cangelosi Family Trust | C/O Donna M Cangelosi Trustee<br>5860 Lausanne Dr<br>Reno, NV 89511-5034 | 145.99 | - | 145.99 |
| 10725-01598 | Mayo, Monroe | 8635 W Sahara Ave #532<br>Las Vegas, NV 89117 | 1,136.81 | - | 1,136.81 |
| 10725-02479 | Rausch, Lawrence | 10708 Brinkwood Ave<br>Las Vegas, NV 89134 | 50,083.00 | 2,273.62 | 47,809.38 |
| 10725-00568 | Reber, John | Po Box 570032<br>Las Vegas, NV 89157 | 50,000.00 | - | 50,000.00 |
| 10725-00208 | Sparks, Lucrecia | 868 Vegas Valley Dr<br>Las Vegas, NV 89109 | 4,053.28 | - | 4,053.28 |
| 10725-00824 | Tobias Von Euw Revocable Trust Dtd 11/23/04 | C/O Tobias Von Euw Ttee<br>Sun City Aliante 7431 Lintwhite St<br>Las Vegas, NV 89134 | 72.99 | - | 72.99 |