**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHinderaker@LRLaw.com
Marvin C. Ruth, State Bar No. 024220
EMail: MRuth@LRLaw.com
*Attorneys for USACM Liquidating Trust*

E-Filed on 12/30/09

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br>USA Capital Realty Advisors, LLC,[1]<br>USA Capital Diversified Trust Deed Fund, LLC,<br>USA Capital First Trust Deed Fund, LLC,[2]<br>USA Securities, LLC,[3]<br>                              Debtors.<br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER SUSTAINING SECOND OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED IN WHOLE OR IN PART, UPON INVESTMENT IN THE BEAU RIVAGE HOMES LOAN** |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2135929.1

1
2   **PLEASE TAKE NOTICE** that an Order Sustaining Second Omnibus Objection of
3   USACM Trust to Proofs of Claim Based In Whole or In Part, Upon Investment in The
4   Beau Rivage Homes Loan [DE 7864] was entered on the 29th day of December, 2009, a
5   true and correct copy of which is attached hereto as Exhibit A.
6
7   RESPECTFULLY SUBMITTED December 30, 2009.
8                                           LEWIS AND ROCA LLP
9
10                              By      /s/ John Hinderaker  (#018024)
                                        Rob Charles
11                                      John Hinderaker (pro hac vice)
                                        Marvin Ruth
12                                      *Attorneys for USACM Liquidating Trust*
13
14  Copy of the foregoing and pertinent
    portion of Exhibit A to the Order mailed
15  by first class postage prepaid U.S. Mail
    on December 30, 2009 to all the parties
16  listed on Exhibit A to the Order attached.
17
18
    /s/ Leilani Lista
19  Leilani Lista
    Lewis and Roca LLP
20
21
22
23
24
25
26

2135929.1