# Exhibit A



**Entered on Docket**
**December 29, 2009**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br><br>                    Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | **ORDER SUSTAINING  SECOND OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED IN WHOLE OR IN PART, UPON INVESTMENT IN THE BEAU RIVAGE HOMES LOAN**<br><br>Hearing Date:   December 18, 2009<br>Hearing Time:   1:30 p.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2132702_1.DOC

1  The Court having considered the " Second Omnibus Objection of USACM Trust to

2  Proofs of Claim Based In Whole or In Part, Upon Investment in The Beau Rivage Homes

3  Loan", [Docket No. 7802] (the "Objection") at its December 18, 2009 Omnibus Hearing;

4  proper notice of the Objection having been given; no response to the Objection having

5  been filed; and good cause appearing:

6      **IT IS HEREBY ORDERED**:

7          1.    The Objection is sustained;

8          2.    The claims listed on **Exhibit A** attached are allowed as general

9                unsecured claims for the amount shown on Exhibit A as Unremitted

10               Principal; and

11         3.    The claims listed on **Exhibit A** are disallowed to the extent they are

12               based upon a Direct Lender investment in The Beau Rivage Homes

13               Loan.

14         4.    To the extent the claims listed on Exhibit A are based upon

15               investments in loans other than The Beau Rivage Homes Loan, this

16               order does not affect the claims and the USACM Trust may file

17               further objections.

18  PREPARED AND RESPECTFULLY SUBMITTED BY:

19

20  **LEWIS AND ROCA LLP**

21  By____/s/ John Hinderaker (018024)_____
        Rob Charles
22      John Hinderaker (*pro hac vice*)
        Marvin Ruth
23  3993 Howard Hughes Parkway, Ste. 600
    Las Vegas, Nevada 89169-5996
24  Telephone:  (702) 949-8200
    Facsimile:  (702) 949-8398
25  *Attorneys for USACM Liquidating Trust*

26

2132702_1.DOC

LEWIS AND ROCA LLP LAWYERS

Case 06-10725-gwz   Doc 7872-1   Entered 12/30/09 14:16:16   Page 4 of 5
Case 06-10725-lbr   Doc 7864   Entered 12/29/09 11:05:40   Page 6 of 4 5

In accordance with Local Rule 9021, the undersigned certifies:

☐　　The Court waived the requirements of LR 9021.

☒　　This is a Chapter 11 case.  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee:  August Landis | |
|---|---|
| ☐  approved the form of this order | ☐  disapproved the form of this order |
| ☒  waived the right to review the order and/or | ☐  failed to respond to the document |
| Other Party (no other parties appeared): | |
| ☐  approved the form of this order | ☐  disapproved the form of this order |
| ☐  waived the right to review the order and/or | ☐  failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**

By:　/s John Hinderaker (#018024)
　　　Rob Charles
　　　John Hinderaker (*pro hac vice*)
　　　Marvin Ruth
*Attorneys for USACM Liquidating Trust*

USACM TRUST
PAID LOAN OBJECTION

EXHIBIT A
MULTIPLE LOAN CLAIMS
BEAU RIVAGE HOMES/$8,000,000

| Claim | Name | Address | Total Claim Amount | Amount Related to The Beau Rivage Homes/$8,000,000 Loan | Allowed Diverted Principal Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Beau Rivage Homes/$8,000,000 Loan |
|---|---|---|---|---|---|---|
| 10725-02317 | Cynthia Milanowski Trust | C/O Jeffrey R Sylvester Esq Sylvester & Polednak L 7371 Prarie Falcon Rd Ste120 Las Vegas, NV 89128 | 26,891.23 | 78.18 | - | 78.18 |
| 10725-01716-2 | Donna M Cangelosi Family Trust | C/O Donna M Cangelosi Trustee 5860 Lausanne Dr Reno, NV 89511-5034 | 1,537,121.72 | 2,702.18 | - | 2,702.18 |
| 10725-02233 | Eddie Mayo & Jocelyne Helzer Jt Ten | 115 South Deer Run Rd Carson City, NV 89701 | 511,906.46 | 2,702.18 | 1,898.62 | 803.56 |
| 10725-00900 | Erickson, Eric T And Dolores Y | 1455 Superior Ave #342 Newport Beach, CA 92663-6125 | 390,000.00 | 30,000.00 | 1,364.15 | 28,635.85 |
| 10725-01156 | Florence Bolatin Living Trust Dtd 10/28/93 | C/O Florence Bolatin Ttee 2105 Diamond Brook Ct Las Vegas, NV 89117-1866 | 110,712.00 | 4,173.84 | - | 4,173.84 |
| 10725-01231 | Fuller, David & Monica | 955 Mullen Henderson, NV 89044 | 215,404.25 | 5,404.36 | 4,547.22 | 857.14 |
| 10725-02296 | Jayem Family Lp | 7 Paradise Valley Ct Henderson, NV 89052-6706 | 265,865.00 | 28,303.75 | - | 28,303.75 |
| 10725-02298 | Jayem Family Lp Jacques Massa Gp | 7 Paradise Valley Ct Henderson, NV 89052-6706 | 936,807.81 | 6,118.56 | - | 6,118.56 |
| 10725-00604 | Mcdowell, Chester R | 2715 E East Avenue Q-6 Palmdale, NV 93550-4147 | 527,702.18 | 2,702.18 | 1,898.62 | 803.56 |
| 10725-01175 | Nix, John | 836 Temple Rock Ct Boulder City, NV 89005 | 710,937.34 | 4,053.28 | 2,360.39 | 1,692.89 |