# Exhibit A



**Entered on Docket
December 29, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>          Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING  THIRD OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED IN WHOLE OR IN PART, UPON INVESTMENT IN THE BEAU RIVAGE HOMES LOAN**<br><br>Hearing Date: December 18, 2009<br>Hearing Time: 1:30 p.m. |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2132710_1.DOC

LEWIS
AND
ROCA
LLP
L A W Y E R S

1    The Court having considered the " Third Omnibus Objection of  USACM Trust to

2  Proofs of Claim Based In Whole or In Part, Upon Investment in The Beau Rivage Homes

3  Loan", [Docket No. 7804] (the "Objection") at its December 18, 2009 Omnibus Hearing;

4  proper notice of the Objection having been given; no response to the Objection having

5  been filed; and good cause appearing:

6         **IT IS HEREBY ORDERED**:

7             1.       The Objection is sustained;

8             2.       The claims listed on **Exhibit A** attached are allowed as general

9                      unsecured claims for the amount shown on Exhibit A as Unremitted

10                     Principal; and

11            3.       The claims listed on **Exhibit A** are disallowed to the extent they are

12                     based upon a Direct Lender investment in The Beau Rivage Homes

13                     Loan.

14            4.       To the extent the claims listed on Exhibit A are based upon

15                     investments in loans other than The Beau Rivage Homes Loan, this

16                     order does not affect the claims and the USACM Trust may file

17                     further objections.

18  PREPARED AND RESPECTFULLY SUBMITTED BY:

19

20  **LEWIS AND ROCA LLP**

21  By____/s/  John Hinderaker (018024)_____
            Rob Charles
22         John Hinderaker (*pro hac vice*)
            Marvin Ruth
23  3993 Howard Hughes Parkway, Ste. 600
     Las Vegas, Nevada 89169-5996
24  Telephone:  (702) 949-8200
     Facsimile:   (702) 949-8398
25  *Attorneys for USACM Liquidating Trust*

26

2132710_1.DOC

LEWIS

AND

ROCA

LLP

L A W Y E R S

Case 06-10725-lbr    Doc 7863   Entered 12/29/09 11:04:50   Page 6 of 4

In accordance with Local Rule 9021, the undersigned certifies:

☐        The Court waived the requirements of LR 9021.

☒        This is a Chapter 11 case.  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee:  August Landis | |
|---|---|
| ☐  approved the form of this order | ☐   disapproved the form of this order |
| ☒  waived the right to review the order and/or | ☐   failed to respond to the document |
| Other Party (no other parties appeared): | |
| ☐  approved the form of this order | ☐   disapproved the form of this order |
| ☐  waived the right to review the order and/or | ☐   failed to respond to the document |

### ###

Submitted by:

**LEWIS AND ROCA LLP**

By:    /s John Hinderaker (#018024)
      Rob Charles
      John Hinderaker (*pro hac vice*)
      Marvin Ruth
*Attorneys for USACM Liquidating Trust*

USACM TRUST
PAID LOAN OBJECTION

EXHIBIT A
MULTIPLE LOAN CLAIMS
BEAU RIVAGE HOMES/$8,000,000

| Claim | Name | Address | Total Claim Amount | Amount Related to The Beau Rivage Homes/$8,000,000 Loan | Allowed Diverted Principal Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Beau Rivage Homes/$8,000,000 Loan |
|---|---|---|---|---|---|---|
| 10725-01501 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece 16675 | 30,000.00 | Unknown | - | Unknown |
| 10725-01502 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece 16675 | 50,000.00 | Unknown | - | Unknown |
| 10725-01503 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece 16675 | 50,000.00 | Unknown | - | Unknown |
| 10725-01504 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece 16675 | 50,000.00 | Unknown | - | Unknown |
| 10725-01505 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece 16675 | 50,000.00 | Unknown | - | Unknown |
| 10725-01506 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece 16675 | 50,000.00 | Unknown | - | Unknown |
| 10725-01507 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece 16675 | 30,000.00 | Unknown | - | Unknown |
| 10725-01508 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece 16675 | 30,000.00 | Unknown | - | Unknown |
| 10725-01509 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece 16675 | 50,000.00 | Unknown | - | Unknown |
| 10725-01510 | Panagiotis Dovanidis & Dimitra Dovanidou Jt Wros | 14 Mikinon St Glyfada Athens Greece 16675 | 50,000.00 | Unknown | 1,139.16 | Unknown |