# LEWIS AND ROCA LLP
## LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHinderaker@LRLaw.com
Marvin C. Ruth, State Bar No. 024220
EMail: MRuth@LRLaw.com
*Attorneys for USACM Liquidating Trust*

E-Filed on 12/30/09

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

USA Commercial Mortgage Company,
USA Capital Realty Advisors, LLC,[1]
USA Capital Diversified Trust Deed Fund, LLC,
USA Capital First Trust Deed Fund, LLC,[2]
USA Securities, LLC,[3]
                          Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR[1]
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR[2]
Case No. BK-S-06-10729-LBR[3]

CHAPTER 11

Jointly Administered Under
Case No. BK-S-06-10725 LBR

**NOTICE OF ENTRY OF ORDER SUSTAINING FOURTH OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED IN WHOLE OR IN PART, UPON INVESTMENT IN THE BEAU RIVAGE HOMES LOAN**

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2135913.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

1

2       **PLEASE TAKE NOTICE** that an Order Sustaining Fourth Omnibus Objection of

3   USACM Trust to Proofs of Claim Based In Whole or In Part, Upon Investment in The

4   Beau Rivage Homes Loan [DE 7862] was entered on the 29th day of December, 2009, a

5   true and correct copy of which is attached hereto as Exhibit A.

6

7       RESPECTFULLY SUBMITTED December 30, 2009.

8                                              LEWIS AND ROCA LLP

9

10                                      By      /s/ John Hinderaker  (#018024)
                                                Rob Charles
11                                              John Hinderaker (pro hac vice)
                                                Marvin Ruth
12                                              *Attorneys for USACM Liquidating Trust*

13   Copy of the foregoing and pertinent
14   portion of Exhibit A to the Order mailed
     by first class postage prepaid U.S. Mail
15   on December 30, 2009 to all the parties
     listed on Exhibit A to the Order attached.
16

17

18
     /s/ Leilani Lista
19   Leilani Lista
     Lewis and Roca LLP
20

21

22

23

24

25

26

                                        2
                                                                        2135913.1