# Exhibit A



Entered on Docket
December 29, 2009

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR[1] |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[2] |
| USA CAPITAL REALTY ADVISORS, LLC,[1] | Case No. BK-S-06-10729-LBR[3] |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,[2] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC,[3]          Debtors. | **ORDER SUSTAINING SECOND OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED IN WHOLE OR IN PART, UPON INVESTMENT IN THE BEASTAR LOAN** |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Hearing Date:   December 18, 2009<br>Hearing Time:   1:30 p.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2132517_1.DOC



The Court having considered the " Second Omnibus Objection of USACM Trust to Proofs of Claim Based In Whole or In Part, Upon Investment in The BeaStar Loan", [Docket No. 7795] (the "Objection") at the December 18, 2009 Omnibus Hearing; proper notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS HEREBY ORDERED**:

1. The Objection is sustained;
2. The claims listed on **Exhibit A** attached are allowed as general unsecured claims for the amount shown on **Exhibit A** as Unremitted Principal;
3. The claims listed on **Exhibit A** are disallowed in the amount shown because they are based upon a Direct Lender investment in The BeaStar Loan; and
4. To the extent the claims listed on **Exhibit A** are based upon investments in loans other than The BeaStar Loan, this order does not affect the claims and the USACM Trust may file further objections.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By   /s/  John Hinderaker (018024)
    Rob Charles
    John Hinderaker (*pro hac vice*)
    Marvin Ruth
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8200
Facsimile:   (702) 949-8398
*Attorneys for USACM Liquidating Trust*

2132517_1.DOC

**LEWIS AND ROCA LLP**
**LAWYERS**

1 | In accordance with Local Rule 9021, the undersigned certifies:

2 | ☐ The Court waived the requirements of LR 9021.

3 | ☒ This is a Chapter 11 case. I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: August Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party (no other party appeared): | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**

By:    /s/John Hinderaker (#018024)
       Rob Charles
       John Hinderaker (*pro hac vice*)
       Marvin Ruth
*Attorneys for USACM Liquidating Trust*

3

2132517_1.DOC

Case 06-10725-lbr Doc 7867-1 Entered 12/29/09 11:08:28 Page 4 of 5

# Exhibit A

**USACM TRUST**  **MULTIPLE LOAN CLAIMS**
**PAID LOAN OBJECTION**  **BEASTAR, LLC**

## EXHIBIT

| Claim | Name | Address | Total Claim Amount | Amount Related to the Beastar, LLC Loan | Allowed Diverted Principal Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Beastar, LLC Loan |
|---|---|---|---|---|---|---|
| 10725-00768 | Lels-Hohmann, Nienke | 2275 Broadway Street Apt. 205 San Francisco, CA 94115 | 131,474.82 | 31,475.00 | 30,643.33 | 831.67 |
| 10725-01206 | Evie Dean 2000 Trust Dtd 12 | C/O Evie Dean Trustee 29 Pheasant Ridge Dr Henderson, NV 89014-2110 | 65,336.72 | - | 32,683.00 | - |
| 10725-01208 | Monighetti, Pete | 6515 Frankie Ln Prunedale, CA 93907 | 1,509,963.55 | 36,870.50 | 21,788.66 | 15,081.84 |
| 10725-01417 | Davis Joint Tenants, Patick & | W/Right Of Survivorship 737 Bannerman Lane Fort Mill, SC 29715 | 62,500.00 | 25,000.00 | - | 25,000.00 |
| 10725-01687 | Homfeld Ii Llc | 2515 N Atlantic Blvd Fort Lauderdale, FL 33305-1911 | 2,861,221.63 | 50,585.22 | 43,577.32 | 7,007.90 |
| 10725-01865 | Oosthuizen, Adrian Jr | 5860 Lausanne Dr Reno, NV 89511 | 2,711,295.30 | 44,964.03 | - | 44,964.03 |
| 10725-01971 | Goode, James Paul | 92-1500 Makakilo Drive Kapolei, HI 96707 | 1,417,522.98 | 22,482.01 | 21,788.66 | 693.35 |
| 10725-01997 | Km Trust | C/O Aimee E Kearns Trustee 5886 N Bonita Vista St Las Vegas, NV 89149-3911 | 1,535,080.92 | 41,816.55 | 40,427.00 | 1,389.55 |
| 10725-02006 | David A Gean Revocable Tr | C/O Marsha Kendall Trustee 6615 E Pacific Coast Hwy #260 Long Beach, CA 90803-4228 | 511,785.96 | 44,964.03 | 43,577.32 | 1,386.71 |
| 10725-02173 | Cook Jt Ten, Aldon G & Dee | 259 Hammock Terrace Venice, FL 34293-1012 | 285,580.12 | 22,482.01 | 21,771.28 | 710.73 |

Page 1

#2119729