# Exhibit A



**Entered on Docket
December 29, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
            jhinderaker@lrlaw.com
            mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br><br>                                          Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING THIRD OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED IN WHOLE OR IN PART, UPON INVESTMENT IN THE BEASTAR LOAN**<br><br>Hearing Date:   December 18, 2009<br>Hearing Time:   1:30 p.m. |
|---|---|

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2132524_1.DOC

**LEWIS AND ROCA LLP LAWYERS**

The Court having considered the "Third Omnibus Objection of USACM Trust to Proofs of Claim Based In Whole or In Part, Upon Investment in The BeaStar Loan", [Docket No. 7797] (the "Objection") at the December 18, 2009 Omnibus Objection; proper notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS HEREBY ORDERED**:

1. The Objection is sustained;
2. The claims listed on **Exhibit A** attached are allowed as general unsecured claims for the amount shown as Unremitted Principal;
3. The claims listed on **Exhibit A** are disallowed in the amount shown to the extent they are based upon a Direct Lender investment in The BeaStar Loan.
4. To the extent the claims listed on **Exhibit A** are based upon investments in loans other than The BeaStar Loan, this order does not affect the claims and the USACM Trust may file further objections.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By    /s/ John Hinderaker (018024)
    Rob Charles
    John Hinderaker (*pro hac vice*)
    Marvin Ruth
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8200
Facsimile: (702) 949-8398
*Attorneys for USACM Liquidating Trust*

2

2132524_1.DOC

LEWIS AND ROCA LLP LAWYERS

Case 06-10725-gwz    Doc 7878-1    Entered 12/30/09 15:20:25    Page 4 of 6
Case 06-10725-lbr    Doc 7866    Entered 12/29/09 11:07:42    Page 3 of 3

1  In accordance with Local Rule 9021, the undersigned certifies:

2  ☐   The Court waived the requirements of LR 9021.

3  ☒   This is a Chapter 11 case. I have delivered a copy of this proposed order to all
4      counsel who appeared at the hearing, any unrepresented parties who appeared at
       the hearing, and any trustee appointed in this case, and each has approved or
5      disapproved the order, or failed to respond, as indicated below (list each party
       and whether the party has approved, disapproved, or failed to respond to the
6      document):

| U.S. Trustee: August Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party (no other party appeared): | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**


By:   /s/John Hinderaker (#018024)
      Rob Charles
      John Hinderaker (*pro hac vice*)
      Marvin Ruth
*Attorneys for USACM Liquidating Trust*

3

2132524_1.DOC

# Exhibit A

**USACM TRUST**  
**PAID LOAN OBJECTION**

**MULTIPLE LOAN CLAIMS**  
**BEASTAR, LLC**

## EXHIBIT

| Claim | Name | Address | Total Claim Amount | Amount Related to the Beastar, LLC Loan | Allowed Diverted Principal Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Beastar, LLC Loan |
|---|---|---|---|---|---|---|
| 10725-02178 | Marshal Brecht Trust Dtd 2/5/86 | Marshall J & Janet L Brecht Trustees<br>640 Colonial Cir<br>Fullerton, CA 92835 | 3,418,022.00 | 22,118.00 | 21,788.66 | 329.34 |
| 10725-02215 | Charles B Anderson Trust | Jones Vargas, Attn: Janet L Chubb, Esq<br>PO Box 281<br>Reno, NV 89504 | 185,281.09 | 43,584.48 | 43,577.32 | 7.16 |
| 10725-02220 | Rogers, James William | 78 Seal Rock Dr<br>San Francisco, CA 94121 | 613,040.12 | 44,964.03 | - | 44,964.03 |
| 10725-02267 | Daniel Living Trust As Amended | Mark A & Cathy A Daniel Ttees<br>20 Redonda<br>Irvine, CA 92620-1954 | 1,119,987.66 | 44,964.03 | - | 44,964.03 |
| 10725-02306 | Menchetti, D G | Po Box 7100<br>Incline Village, NV 89452-7100 | 1,800,000.00 | 250,000.00 | 108,939.72 | 141,060.28 |
| 10725-02366 | Al-Awar Living Trust Dtd 4/05/01 | Adib M & Ellen A Al-Awar Ttees<br>1330 Burro Ct<br>Gardnerville, NV 89410 | 3,615,913.62 | 89,928.06 | - | 89,928.06 |
| 10725-02423 | Pinsker, Donald H | 8650 W Verde Way<br>Las Vegas, NV 89149-4145 | 1,633,057.16 | 33,727.02 | - | 33,727.02 |

#2119771