# Exhibit A



**Entered on Docket
December 29, 2009**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email: rcharles@lrlaw.com
jhinderaker@lrlaw.com
mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                    Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING AMENDED FIRST OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED UPON INVESTMENT IN THE RIO RANCHO EXECUTIVE PLAZA LLC LOAN**<br><br>Hearing Date:   December 18, 2009<br>Hearing Time:   1:30 p.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2130005_1.DOC

The Court having considered the "Amended First Omnibus Objection of USACM Trust to Proofs of Claim Based Upon Investment in the Rio Rancho Executive Plaza LLC Loan ", [Docket No. 7564] (the "Objection"); notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS HEREBY ORDERED**:

1. The Objection is sustained; and
2. The claims listed on **Exhibit A,** which are claims based upon a Direct lender investment in the Rio Rancho Executive Plaza LLC Loan, are disallowed in their entirety.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By  /s/ Marvin Ruth (#10979)
    Rob Charles
    John Hinderaker (*pro hac vice*)
    Marvin Ruth
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8200
Facsimile:   (702) 949-8398
*Attorneys for USACM Liquidating Trust*

**LEWIS AND ROCA LLP**
**LAWYERS**

1  In accordance with Local Rule 9021, the undersigned certifies:

2   ☐   The Court waived the requirements of LR 9021.

3   ☒   This is a Chapter 11 case.  I have delivered a copy of this proposed order to all
4       counsel who appeared at the hearing, any unrepresented parties who appeared at
        the hearing, and any trustee appointed in this case, and each has approved or
5       disapproved the order, or failed to respond, as indicated below (list each party
        and whether the party has approved, disapproved, or failed to respond to the
6       document):

| U.S. Trustee:  August Landis | |
|---|---|
| ☐  approved the form of this order | ☐  disapproved the form of this order |
| ☒  waived the right to review the order and/or | ☐  failed to respond to the document |
| Other Party (no other parties appeared): | |
| ☐  approved the form of this order | ☐  disapproved the form of this order |
| ☐  waived the right to review the order and/or | ☐  failed to respond to the document |

### 

Submitted by:

**LEWIS AND ROCA LLP**

By:   /s/  Marvin Ruth (#10979)
      Rob Charles
      John Hinderaker (*pro hac vice*)
      Marvin Ruth
*Attorneys for USACM Liquidating Trust*

3

2130005_1.DOC

**EXHIBIT A TO FIRST OMNIBUS OBJECTION OF USACM TRUST
TO PROOFS OF CLAIM BASED UPON INVESTMENT IN THE
RIO RANCHO EXECUTIVE PLAZA, LLC LOAN**

| Claim | Name | Address | Total Claim Amount |
|---|---|---|---|
| 10725-00669 | DOYLE FAMILY TRUST DTD 9/23/99 | C/O PATRICK J & JILL M DOYLE TTEES  10770 OSAGE RD RENO NV  89506-8516 | 80,000.00 |
| 10725-01570 | MOLITCH, MARILYN & MATTHEW | 2251 N. RAMPART BLVD. #185 LAS VEGAS NV  89128  **New address:** 11262 CORSICA MIST AVENUE, LAS VEGAS, NV  89135 | 12,500.00 |
| 10725-00663 | RONALD G GARDNER TRUST | C/O Jeffrey L Hartman ESQ 510 West Plumb Lane, Suite B, Reno, Nevada 89509 | 50,000.00 |
| 10725-01789 | SPRING, DONALD W & EVELYN MAE | 3153 CANYON OAKS TER CHICO CA  95928-3987 | 52,475.00 |
| 10725-01266 | WAYNE DOTSON CO PETER BOGART CEO | PETER BOGART CEO  1445 CITY LINE AVE. WYNNEWOOD, PA 19096 | 56,500.00 |
|  | **Totals** |  | **251,475.00** |

2096097.1