LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHinderaker@LRLaw.com
Marvin C. Ruth, State Bar No. 024220
EMail: MRuth@LRLaw.com
*Attorneys for USACM Liquidating Trust*

| | |
|---|---|
| E-Filed on 12/30/09 | |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

USA Commercial Mortgage Company,
USA Capital Realty Advisors, LLC,[1]
USA Capital Diversified Trust Deed Fund,
LLC,
USA Capital First Trust Deed Fund, LLC,[2]
USA Securities, LLC,[3]
                                   Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund,
LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR[1]
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR[2]
Case No. BK-S-06-10729-LBR[3]

CHAPTER 11

Jointly Administered Under
Case No. BK-S-06-10725 LBR

**NOTICE OF ENTRY OF ORDER
APPROVING STIPULATION RE
PROOF OF CLAIM FILED BY
HARRISON FAMILY TRUST**

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2136285.1

**PLEASE TAKE NOTICE** that an Order Approving Stipulation re Proof of Claim Filed By Harrison Family Trust [DE 7853] was entered on the 28th day of December, 2009, a true and correct copy of which is attached hereto as Exhibit A.

RESPECTFULLY SUBMITTED December 30, 2009.

LEWIS AND ROCA LLP

By      /s/ John Hinderaker  (#018024)
        Rob Charles
        John Hinderaker (pro hac vice)
        Marvin Ruth
        *Attorneys for USACM Liquidating Trust*

Copy of the foregoing mailed by first
class postage prepaid U.S. Mail on
December 30, 2009 to:

Marguerite F. Harrison
Thomas B. Harrison
Trustees of the Harrison Family Trust
Dated 7/27/99
930 Dorsey Drive
Incline Village, NV  89451


/s/ Leilani Lista
Leilani Lista
Lewis and Roca LLP

2

2136285.1