Entered on Docket
January 06, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email: adiamond@diamondmccarthy.com
J. Maxwell Beatty, TX State Bar No. 24051740
Email: mbeatty@diamondmccarthy.com

SPECIAL LITIGATION COUNSEL FOR THE
USACM LIQUIDATING TRUST

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br><br>Debtors.<br><br>Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING OBJECTION OF USACM LIQUIDATING TRUST TO PROOF OF CLAIM OF COMMUNITY BANK OF NEVADA**<br><br>Date of Hearing: December 18, 2009<br>Time of Hearing: 1:30 p.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

166722_1

The Court having considered the Objection of the USACM Liquidating Trust to Proof of Claim of Community Bank of Nevada (the "Objection") [Dkt. No. 7174]; the Court having heard the Objection on December 18, 2009; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS ORDERED**:

1. The Objection is sustained; and

2. Proof of Claim No. 10725-00516 filed by Community Bank of Nevada ("Community Bank") is disallowed in its entirety.

**PREPARED AND SUBMITTED BY:**

**DIAMOND MCCARTHY LLP**

By: ___/s/ J. Maxwell Beatty___
Allan B. Diamond, TX 05801800 (pro hac vice)
J. Maxwell Beatty, TX 24051740 (pro hac vice)
909 Fannin, Suite 1500
Houston, Texas 77010
(713) 333-5100 (telephone)
(713) 333-5199 (facsimile)
Special Litigation Counsel for
USACM Liquidating Trust

166722_1

CERTIFICATION PURSUANT TO L.R. 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☒ This is a chapter 11 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

August Landis, U.S. Trustee   Approved [signature], AUST

DATED: December 28, 2009

/s/ J. Maxwell Beatty
J. Maxwell Beatty

### #

166722_1