| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Del Valle - Isleton |
|---|---|---|---|---|
| 10725-01955 | Small Family Trust | Richard & Jacquelind Small Ttees<br>4801 Calle Santa Cruze<br>Prescott Valley, AZ  86314 | $ 703,134.00 | $ 146,000.00 |

EXHIBIT A