USACM TRUST

PAID LOAN OBJECTION

MULTIPLE LOAN CLAIMS

DEL VALLE - ISLETON

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Del Valle - Isleton |
|-------|------|---------|--------------------|-------------------------------------------------------------------------------------------------------|
| **10725-01955** | Small Family Trust | Richard & Jacquelind Small Ttees<br>4801 Calle Santa Cruz<br>Prescott Valley, AZ  86314 | $       703,134.00 | $        146,000.00 |

EXHIBIT A