USACM TRUST  MULTIPLE LOAN CLAIMS
PAID LOAN OBJECTIONS  GILROY LOAN

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Gilroy Loan |
|---|---|---|---|---|
| 10725-00076 | Quinn, Edward & Darlene | 660 Nw Brookhaven Dr Lee`s Summit, MO  64081 | $ 156,388.48 | Unknown |
| 10725-00080 | Quinn, Edward & Darlene | 660 Nw Brookhaven Dr Lee`s Summit, MO  64081 | $ 156,388.48 | $ 75,956.63 |
| 10725-00637 | Polacheck Jeweler`S Employee Psp Dtd 2/20/73 | Stephen Polacheck Trustee 4719 Commons Way Ste E Calabasas, CA  91302 | $ 110,000.00 | Unknown |
| 10725-01043 | Ulm Ira, Robert W | Pensco Trust Co Inc FBO 414 Morning Glory Rd St Marys, GA  31558 | Contingent | $ 50,000.00 |

EXHIBIT A