# Exhibit B

| United States Bankruptcy Court<br>District of Nevada | PROOF OF CLAIM<br>CHAPTER. 11 | REC'D JUL 2 4 2006 |
|---|---|---|
| In Re (Name of Debtor)<br>USA COMMERCIAL MORTGAGE COMPANY | Case Number<br>CASE NO.  BK-S-06-10725-LBR (Lead Case) | RECEIVED AND FILED<br><br>2006 JUL 10 P 4 16<br><br>U S BANKRUPTCY COURT<br>[illegible] RAY CLERK |

NOTE. This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C § 503

| Name of Creditor<br>(The person or other entity to whom the Debtor owes money or property)<br>**Edward J. Quinn and Darlene A. Quinn** | ☐ Check Box if you are aware that any one else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars |
|---|---|
| Name and Address Where Notices Should Be Sent:<br>**660 NW BROOKHAVEN DRIVE<br>LEE'S SUMMIT, MO 64081** | ☐ Check Box if you have never received any notices from the Bankruptcy Court in this case.<br><br>☐ Check Box if you have never received any notices from the Bankruptcy Court in this case. |
| ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR | Check here if this Claim:  ☐ Replaces a previously filed claim, dated:_____<br>☐ Amends a previously filed claim, dated:_____ |

1. BASIS FOR CLAIM:
   - ☐ Goods Sold
   - ☐ Services Performed (Legal Services)
   - ■ Money Loaned
   - ☐ Personal Injury/Wrongful Death
   - ☐ Taxes
   - ☐ Other (Describe Briefly)

   ☐ Retiree Benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (Fill out below)
   Your social security number: _____
   Unpaid compensation for services performed from _____ to _____

2. DATE DEBT WAS INCURRED:  2004     3. IF COURT JUDGMENT  DATE OBTAINED-

4. CLASSIFICATION OF CLAIM. Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured Nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another  CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT THE TIME CASE FILED

■ SECURED CLAIM.
Attach evidence of perfection of security interest

Brief Description of Collateral:
**Real property located in Maricopa County Arizona (Brrower is Freeway 101 USA Investors LLC; Real property located in Santa Clara County, California (Borrower is LCG Gilroy LLC; and Real property located in Broward County, Florida (Borrower is Bay Pompano Beach LLC)**
■ Real Estate  ☐ Motor Vehicle  ☐ Other (Briefly Describe):

Amount of arrearage and other charges at time case filed included in secured claim above, if any

☐ UNSECURED NONPRIORITY CLAIM:
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☐ UNSECURED PRIORITY CLAIM.   $_____
Specify the priority of the claim.

☐ Wages, salaries or commissions (up to $4,000), * earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C § 507 (a)(3)
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(4)
☐ Up to $1,800* of deposits toward purchase, lease, or rental of property or services for personal, family or household use – 11 U.S.C. § 507 (a)(6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507 (a)(7)
☐ Taxes or penalties of governmental units – 11 U.S.C. § 507 (a)(8)
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)_____
*Amounts are subject to adjustment on 4/1/98 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

5. TOTAL AMOUNT OF CLAIM AT THE TIME CASE FILED-

| $ UNKNOWN | $  156,388.48 | $ | TOTAL   $   156,388.48 |
|---|---|---|---|
| (Unsecured) | (Secured) | (Priority) | |

☐ Check this box if claim includes charges in addition to the principal amount of the claim.  Attach itemized statement of all additional charges.

6. CREDITS AND SETOFFS: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor.
7. SUPPORTING DOCUMENTS. Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests.  If the documents are not available, explain.  If the documents are voluminous, attach a summary
8. TIME-STAMPED COPY  To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date: 7/3/06    Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney  if any)
*Edward J Quinn*  Edward J. QUINN   *Darlene A. Quinn*  DARLENE A QUINN

Penalty for presenting fraudulent claim. Fine of up to $500,000 or imprisonment for up to 5 years, or both, 18 U.S.C. §§ 152 and 3571.


USA CMC
1072500076

| United States Bankruptcy Court<br>District of Nevada | PROOF OF CLAIM<br>CHAPTER. 11 | |
|---|---|---|
| In Re (Name of Debtor)<br>USA COMMERCIAL MORTGAGE COMPANY | Case Number<br>CASE NO. BK-S-06-10725-LBR (Lead Case) | PROM JUL 9 5 2006<br>RECEIVED & FILED<br>'06 JUL 12 P1 37 |

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C § 503

Name of Creditor
(The person or other entity to whom the Debtor owes money or property)
**Edward J. Quinn and Darlene A Quinn**

☐ Check Box if you are aware that any one else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

Name and Address Where Notices Should Be Sent:
**660 NW BROOKHAVEN DRIVE**
**LEE'S SUMMIT, MO 64081**

☐ Check Box if you have never received any notices from the Bankruptcy Court in this case.

☐ Check Box if you have never received any notices from the Bankruptcy Court in this case.

ACCOUNT OR OTHER NUMBER BY WHICH CREDITOR IDENTIFIES DEBTOR

Check here if this Claim:  ☐ Replaces a previously filed claim, dated:_____
☐ Amends a previously filed claim, dated:_____

1 BASIS FOR CLAIM
☐ Goods Sold
☐ Services Performed (Legal Services)
■ Money Loaned
☐ Personal Injury/Wrongful Death
☐ Taxes
☐ Other (Describe Briefly)

☐ Retiree Benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (Fill out below)
Your social security number _____
Unpaid compensation for services performed from _____ to _____

2. DATE DEBT WAS INCURRED: **2004**

3. IF COURT JUDGMENT, DATE OBTAINED:

4 CLASSIFICATION OF CLAIM. Under the Bankruptcy Code all claims are classified as one or more of the following: (1) Unsecured Nonpriority, (2) Unsecured Priority, (3) Secured. It is possible for part of a claim to be in one category and part in another CHECK THE APPROPRIATE BOX OR BOXES that best describe your claim and STATE THE AMOUNT OF THE CLAIM AT THE TIME CASE FILED.

■ SECURED CLAIM
Attach evidence of perfection of security interest

Brief Description of Collateral:
**Real property located in Maricopa County Arizona (Borrower is Freeway 101 USA Investors LLC; Real property located in Santa Clara County, California (Borrower is LCG Gilroy LLC; and Real property located in Broward County, Florida (Borrower is Bay Pompano Beach LLC)**
■ Real Estate ☐ Motor Vehicle ☐ Other (Briefly Describe):

Amount of arrearage and other charges at time case filed included in secured claim above, if any

☐ UNSECURED NONPRIORITY CLAIM:
A claim is unsecured if there is no collateral or lien on property of the debtor securing the claim or to the extent that the value of such property is less than the amount of the claim.

☐ UNSECURED PRIORITY CLAIM:   $_____
Specify the priority of the claim.

☐ Wages, salaries, or commissions (up to $4,000), * earned not more than 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. § 507 (a)(3)
☐ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(4)
☐ Up to $1,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(6)
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. § 507 (a)(7)
☐ Taxes or penalties of governmental units – 11 U.S.C. § 507 (a)(8)
☐ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)_____
*Amounts are subject to adjustment on 4/1/98 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

5 TOTAL AMOUNT OF CLAIM AT THE TIME CASE FILED:
$ **UNKNOWN**    $ **156,388.48**    $_____       TOTAL: $ **156,388.48**
(Unsecured)       (Secured)         (Priority)

☐ Check this box if claim includes charges in addition to the principal amount of the claim. Attach itemized statement of all additional charges.

6. CREDITS AND SETOFFS. The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. In filing this claim, claimant has deducted all amounts that claimant owes to debtor

7. SUPPORTING DOCUMENTS. Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, or evidence of security interests. If the documents are not available, explain. If the documents are voluminous, attach a summary

8. TIME-STAMPED COPY: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date: **7/10/06**    Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
*Edward J Quinn   Edward J Quinn   Darlene A. Quinn*       **DARLENE A QUINN**

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both, 18 U.S.C. §§ 152 and 3571


USA CMC
1072500080

# UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA

## PROOF OF CLAIM

**Name of Debtor:** Name of Loan

**Case Number:**

NOTE: See Reverse for List of Debtors and Case Numbers. This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor and Address:**
Polacheck Employee P/S
Jewelers 7/10/73
Stephen B Polacheck Trustee

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the court.

DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS. If you have already filed a proof of claim with the Bankruptcy Court or BMC, you do not need to file again.

**THIS SPACE IS FOR COURT USE ONLY**

**Creditor Telephone Number:** 918-225-0600

Last four digits of account or other number by which creditor identifies debtor:

Check here ☐ replaces ☐ amends a previously filed claim dated ____

### 1. BASIS FOR CLAIM
- ☐ Goods sold
- ☐ Services performed
- ☒ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other (describe briefly)
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS # ____
  Unpaid compensation for services performed from ____ to ____ (date) (date)
- ☒ Unremitted principal
- ☒ Other claims against servicer (not for loan balances)

### 2. DATE DEBT WAS INCURRED

### 3. IF COURT JUDGMENT, DATE OBTAINED

### 4. CLASSIFICATION OF CLAIM
Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**UNSECURED NONPRIORITY CLAIM $ ____**
☐ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
Amount entitled to priority $ ____
Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000)* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier 11 U.S.C. § 507(a)(4)
☐ Contributions to an employee benefit plan 11 U.S.C. § 507(a)(5)

**SECURED CLAIM**
☒ Check this box if your claim is secured by collateral (including a right of setoff)
Brief description of collateral:
☒ Real Estate ☐ Motor Vehicle ☐ Other ____
Value of Collateral $ ____
Amount of arrearage and other charges at time case filed included in secured claim, if any $ AMT + INTEREST 110,000.00 *

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use 11 U.S.C. § 507(a)(7)
☐ Taxes or penalties owed to governmental units 11 U.S.C. § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) ( ____ )

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

### 5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED
$ 910,600 (unsecured) $ *100,000.00 (secured) $ ____ (priority) $ *110,000.00 (Total)

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

### 6. CREDITS
The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

### 7. SUPPORTING DOCUMENTS
Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

### 8. DATE-STAMPED COPY
To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5:00 pm, prevailing Pacific time, on **November 13, 2006** for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

**BY MAIL TO**
BMC Group
Attn: USACM Claims Docketing Center
P O Box 911
El Segundo, CA 90245-0911

**BY HAND OR OVERNIGHT DELIVERY TO**
BMC Group
Attn: USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

**THIS SPACE FOR COURT USE ONLY**

**DATE:** 10/17/06

**SIGN** and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

# PROOF OF CLAIM

**UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA**

**Name of Debtor:** USA Commercial Mortgage Company and affiliated debtors

**Case Number:** 06-10725-LBR and related cases

NOTE: See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A 'request' for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503

**Name of Creditor and Address:**
Pensco Trust Co. Inc., FBO Robert W. Ulm
IRA #UL006
414 Morning Glory Rd.
St Marys, GA 31558

**Creditor Telephone Number:** 912-673-6020

- [ ] Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars
- [ ] Check box if you have never received any notices from the bankruptcy court or BMC Group in this case
- [ ] Check box if this address differs from the address on the envelope sent to you by the court

DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS

If you have already filed a proof of claim with the Bankruptcy Court or BMC you do not need to file again
THIS SPACE IS FOR COURT USE ONLY

**Last four digits of account or other number by which creditor identifies debtor:** 3748

[✓] Check here if this claim [ ] replaces [ ] amends a previously filed claim dated — reserve the right to amend

### 1. BASIS FOR CLAIM
- [ ] Goods sold
- [ ] Services performed
- [✓] Money loaned
- [ ] Personal injury/wrongful death
- [ ] Taxes
- [✓] Other (describe briefly): False Representation, Negligence, Breach of Fiduciary duty / SEE ATTACHED
- [ ] Retiree benefits as defined in 11 U.S.C. § 1114(a)
- [ ] Wages, salaries, and compensation (fill out below)
  Last four digits of your SS # ___
  Unpaid compensation for services performed from OCT 01, 2003 to ONGOING
- [✓] Unremitted principal
- [✓] Other claims against servicer (not for loan balances)

### 2. DATE DEBT WAS INCURRED: October 2003 - Continuing
### 3. IF COURT JUDGMENT, DATE OBTAINED:

### 4. CLASSIFICATION OF CLAIM

**UNSECURED NONPRIORITY CLAIM** $ 48,000
[✓] Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**
- [ ] Check this box if you have an unsecured claim all or part of which is entitled to priority
- Amount entitled to priority $ ___
- Specify the priority of the claim:
  - [ ] Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
  - [ ] Wages, salaries or commissions (up to $10,000)* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier 11 U.S.C. § 507(a)(4)
  - [ ] Contributions to an employee benefit plan 11 U.S.C. § 507(a)(5)

**SECURED CLAIM**
[✓] Check this box if your claim is secured by collateral (including a right of setoff)
Brief description of collateral:
[✓] Real Estate [ ] Motor Vehicle [ ] Other ___
Value of Collateral $ 715,000
Amount of arrearage and other charges at time case filed included in secured claim if any $ Contingent

- [ ] Up to $2,225* of deposits toward purchase, lease or rental of property or services for personal, family or household use 11 U.S.C. § 507(a)(7)
- [ ] Taxes or penalties owed to governmental units 11 U.S.C. § 507(a)(8)
- [ ] Other Specify applicable paragraph of 11 U.S.C. § 507(a) ( ___ )

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

### 5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED
$ Contingent (unsecured)  $ Unliquidated (secured)  $ Claim (priority)  $ ___ (Total)

[✓] Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

### 6. CREDITS
The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

### 7. SUPPORTING DOCUMENTS
Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available explain. If the documents are voluminous attach a summary

### 8. DATE-STAMPED COPY
To receive an acknowledgment of the filing of your claim enclose a stamped self-addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5:00 pm prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

**BY MAIL TO**
BMC Group
Attn: USACM Claims Docketing Center
P O Box 911
El Segundo, CA 90245-0911

**BY HAND OR OVERNIGHT DELIVERY TO**
BMC Group
Attn: USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

**THIS SPACE FOR COURT USE ONLY**
FILED NOV 0 6 2006
USA CMC
1072501043

**DATE:** 11/01/2006
**SIGN:** [signature]

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years or both 18 U.S.C. §§ 152 AND 3571