USACM TRUST                                      MULTIPLE LOAN CLAIMS
PAID LOAN OBJECTIONS                             GILROY LOAN

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Gilroy Loan |
|-------|------|---------|--------------------|------------------------------------------------------------------------------------------------|
| 10725-00076 | Quinn, Edward & Darlene | 660 Nw Brookhaven Dr<br>Lee`s Summit, MO  64081 | $          156,388.48 | Unknown |
| 10725-00080 | Quinn, Edward & Darlene | 660 Nw Brookhaven Dr<br>Lee`s Summit, MO  64081 | $          156,388.48 | $          75,956.63 |
| 10725-00637 | Polacheck Jeweler`S Employee Psp Dtd 2/20/73 | Stephen Polacheck Trustee<br>4719 Commons Way Ste E<br>Calabasas, CA  91302 | $          110,000.00 | Unknown |
| 10725-01043 | Ulm Ira, Robert W | Pensco Trust Co Inc FBO<br>414 Morning Glory Rd<br>St Marys, GA  31558 | Contingent | $          50,000.00 |

EXHIBIT A