USACM TRUST  
PAID LOAN OBJECTION

MULTIPLE LOAN CLAIMS  
GATEWAY STONE

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Gateway Stone Loan |
|---|---|---|---|---|
| 10725-02236 | Addy, Ronald M & Priscilla K | 21675 Obsidian Ave. Bend, OR 97702 | Unliquidated | Unliquidated |

EXHIBIT A