**EXHIBIT A**

EXHIBIT A

USACM TRUST
PAID LOAN OBJECTIONS

SINGLE CLAIM LOANS
ELIZABETH MAY

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Elizabeth May Loan |
|---|---|---|---|---|
| 10725-00027 | Burrus, Timothy F & Joann Ortiz-Burrus | Del Hardy Esq  Hardy Law Group 96-98 Winter St Reno, NV 89503-5605 | $ 50,000.00 | $ 50,000.00 |