**EXHIBIT B**

| UNITED STATES BANKRUPTCY COURT-DISTRICT OF NEVADA | | PROOF OF CLAIM -CHAPTER 7 11 12 13 |
|---|---|---|
| Name of Debtor USA COMMERICAL MORTGAGE CO | Case Number 06-10725 | *(This space for court use)* |

NOTE This form should NOT be used to make a claim for an administrative expense arising after the commencement of the case A "request, for payment of an administrative expense may be filed pursuant to 11 U S C Section 503

Name of Creditor (The person or other entity to whom the debtor owes money or property)

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars
☐ Check box if you have never received any notices from the bankruptcy court in this case

Name & address where notices should be sent
DEL HARDY ESQ
HARDY LAW GROUP
96 & 98 WINTER STREET
RENO NV 89503

☐ Check box if the address differs from the address on the envelope sent to you by the court

Telephone number (775) 322-7422

Account or other number by which creditor identifies debtor

Check here if this claim ☐ replaces ☐ amends a previously filed claim dated _____

1 BASIS FOR CLAIM
☐ Goods sold
☐ Services performed
☒ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other legal fees unpaid by debtor

☐ Retiree benefits as defined in 11 U S C § 1114(a)
☐ Wages salaries and compensation (FILL OUT BELOW)
Last four digits of your Social Security # _____
Unpaid compensation for services performed from
(date) _____ To _____ (date)

2 Date debt was incurred 02-15-2006    3 If court judgment, date obtained

4 Total claim at time case filed $_____ (Unsecured) $_____ (Secured) $50 000 00 (Priority) $_____ (Total)
If all or part of your claim is secured or entitled to priority also complete Item 5 or 7 below
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach an itemized statement of all interest or additional charges

5 Secured Claim
☒ Check this box if your claim is secured by collateral (including a right of setoff)
Brief description of collateral
☒ Real Estate    ☐ Motor Vehicle
☐ Other _____
Value of collateral $ 11,250 00
Amount of arrearage and other charges at time case filed included in secured claim if any
$ _____

6 Unsecured Non Priority Claim

7 Unsecured Priority Claim
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
*Specify the priority of the claim*
☐ Wages salaries or commissions up to $4,650* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor s business whichever is earlier 11 U S C § 507(a)(3)
☐ Contributions to an employee benefit plan 11 U S C § 507(a)(4)
☐ Up to $2,100* of deposits toward purchase lease or rental of property or services for personal family or household use 11 U S C § 507(a)(6)
☐ Alimony maintenance or support owed to a spouse former spouse or child 11 U S C § 507(a)(7)
☐ Taxes or penalties owed to governmental units 11 U S C § 507(a)(8)
☐ OTHER Specify applicable paragraph of 11 U S C § 507(a)(___)
*Amounts are subject to adjustment on 4/1/04 and every three years thereafter with respect to cases commenced on or after the date of adjustment

7 Credits The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim
8 Supporting documents *Attach copies of supporting documents* such as promissory notes purchase orders invoices itemized statements of running accounts contracts court judgments mortgages security agreements and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary
9 Date-Stamped copy To receive an acknowledgment of the filing of your claim enclose a stamped self addressed envelope and a copy of this proof of claim

*(This space for court use)*

Date 6/14/06    Sign and print the name and title, if any of the creditor or other person authorized to file this claim (attach copy of power of attorney if any) /S/ Del Hardy, Esq

filed date
6/14/06

Penalty for presenting fraudulent claim Fine of up to $500 000 or imprisonment for up to 5 years or both

USA CMC
1072500027