# Exhibit B

| UNITED STATES BANKRUPTCY COURT _____ | DISTRICT OF _NEVADA_ | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor | Case Number |
|---|---|
| USA COMMERCIAL MORTGAGE Co. | 06-10725 |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property): **STANLEY & FLORENCE ALEXANDER, IND & AS TRUSTEES**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
**ROBERT C. LePOME
10120 S. EASTERN #200
HENDERSON, NV 89052**
Telephone number: **(702) 492-1271**

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor: **2403**

Check here ☐ replaces
if this claim ☐ amends a previously filed claim, dated:_____

| 1. | **Basis for Claim**   **GENERAL CLAIM**   **CLASS 4** |
|---|---|
| | ☐ Goods sold |
| | ☒ Services performed |
| | ☐ Money loaned |
| | ☐ Personal injury/wrongful death |
| | ☐ Taxes |
| | ☐ Other   **NEGLIGENCE & FRAUD** |

☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of your SS #: _____
Unpaid compensation for services performed
from _____ to _____
(date)      (date)

2. **Date debt was incurred:** **JAN 1, 2005 TO APRIL 12, 2006**

3. **If court judgment, date obtained:**

4. **Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $ **400,000**

☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Secured Claim**

☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate   ☐ Motor Vehicle   ☐ Other_____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

**Unsecured Priority Claim**

☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.

Amount entitled to priority $_____

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)

☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

5. **Total Amount of Claim at Time Case Filed:** **AS OF NOV 6, 2006**

| | $400,000 | | | 400,000 |
|---|---|---|---|---|
| | (unsecured) | (secured) | (priority) | (Total) |

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

7. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| **12-4-06** | **ROBERT C. LePOME, ESQ. BAR #1980** |

**FILED DEC 0 4 2006**

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S

USA CMC



1072501408

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF *NEVADA* | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor<br>*USA COMMERCIAL MORTGAGE Co.* | Case Number<br>*06-10725* | |
|---|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property)<br>*JAMES CIELEN, a married man* | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Name and address where notices should be sent<br>*ROBERT C. LEPOME*<br>*10120 S. EASTERN #200*<br>*HENDERSON, NV 89052*<br>Telephone number *(702) 492-1271* | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |

Last four digits of account or other number by which creditor identifies debtor *5822*    Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated:_____

| 1. Basis for Claim<br>☐ Goods sold<br>☐ Services performed<br>☐ Money loaned<br>☐ Personal injury/wrongful death<br>☐ Taxes<br>☑ Other *NEGLIGENCE & FRAUD*  *GENERAL UNSECURED CLAIM - CLASS 4* | ☑ Retiree benefits as defined in 11 U.S.C. § 1114(a)<br>☐ Wages, salaries, and compensation (fill out below)<br>Last four digits of your SS # _____<br>Unpaid compensation for services performed<br>from _____ to _____<br>     (date)          (date) |
|---|---|
| 2. Date debt was incurred *JAN 1, 2005 TO APRIL 12, 2006* | 3. If court judgment, date obtained: |

4. Classification of Claim. Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed.
   See reverse side for important explanations.

Unsecured Nonpriority Claim $ *43 750*
☑ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

Secured Claim
☐ Check this box if your claim is secured by collateral (including a right of setoff)

Brief Description of Collateral
☐ Real Estate   ☐ Motor Vehicle   ☐ Other_____
Value of Collateral   $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any  $_____

Unsecured Priority Claim
☐ Check this box if you have an unsecured claim all or part of which is entitled to priority

Amount entitled to priority   $_____

Specify the priority of the claim
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4)
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5)

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7)
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___)
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

| 5. Total Amount of Claim at Time Case Filed: | $ *43,750*<br>(unsecured) | _____<br>(secured) | _____<br>(priority) | *43,750*<br>(Total) |
|---|---|---|---|---|

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6. Credits. The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

7. Supporting Documents: *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. Date-Stamped Copy. To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

*FILED DEC 0 8 2006*

| Date<br>*12/8/06* | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney if any) *BAR #1980*<br>*ROBERT C. LEPOME, ATTY FOR CLAIMANT* |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C.

USA CMC

1072501579

FORM B10 (Official Form 10) (10/05)

REC'D APR 26 2007

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF Nevada | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor   USA Commercial Mortgage Company | Case Number   06-10725-LBR | |
|---|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U S C § 503

| Name of Creditor (The person or other entity to whom the debtor owes money or property)<br>Donna M Cangelosi, Trustee of the Donna M Cangelosi Family Trust<br><br>Name and address where notices should be sent<br>Donna Cangelosi<br>5860 Lausanne Drive<br>Reno, Nevada 89511<br>Telephone number (775) 530-7079 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars<br><br>☐ Check box if you have never received any notices from the bankruptcy court in this case<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|

| Last four digits of account or other number by which creditor identifies debtor | Check here if this claim ☑ replaces<br>☐ amends   a previously filed claim dated 12/12/06 |
|---|---|

| 1   Basis for Claim | |
|---|---|
| ☐ Goods sold | ☐ Retiree benefits as defined in 11 U S C § 1114(a) |
| ☐ Services performed | ☐ Wages salaries and compensation (fill out below) |
| ☑ Money loaned | Last four digits of your SS # _____ |
| ☐ Personal injury/wrongful death | Unpaid compensation for services performed |
| ☑ Taxes | from _____ to _____ |
| ☑ Other   See Exhibit A | (date)            (date) |

| 2   Date debt was incurred   March, 2001 | 3.   If court judgment, date obtained |
|---|---|

4   Classification of Claim  Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
   See reverse side for important explanations

**Unsecured Nonpriority Claim** $ 768,560 86

☑ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it or if c) none or only part of your claim is entitled to priority

**Unsecured Priority Claim**

☐ Check this box if you have an unsecured claim all or part of which is entitled to priority

Amount entitled to priority $ _____

Specify the priority of the claim

☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)

☐ Wages salaries or commissions (up to $10 000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor s business whichever is earlier - 11 U S C § 507(a)(4)

☐ Contributions to an employee benefit plan - 11 U S C § 507(a)(5)

**Secured Claim**

☑ Check this box if your claim is secured by collateral (including a right of setoff)

Brief Description of Collateral

☑ Real Estate   ☐ Motor Vehicle   ☐ Other_____

Value of Collateral $ unknown

Amount of arrearage and other charges at time case filed included in secured claim if any $ 13,178 21

☐ Up to $2 225* of deposits toward purchase lease, or rental of property or services for personal family, or household use - 11 U S C § 507(a)(7)

☐ Taxes or penalties owed to governmental units - 11 U S C § 507(a)(8)

☐ Other - Specify applicable paragraph of 11 U S C § 507(a)(___)

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

| 5   Total Amount of Claim at Time Case Filed | $ 768,560 86   768,560 86   768,560 86 |
|---|---|
| | (unsecured)   (secured)   (priority)   (Total) |

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

| 6   Credits   The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

7   Supporting Documents   Attach copies of supporting documents, such as promissory notes, purchase orders  invoices  itemized statements of running accounts  contracts  court judgments, mortgages  security agreements  and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available  explain  If the documents are voluminous, attach a summary

8   Date-Stamped Copy   To receive an acknowledgment of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim

| Date<br>1/7/07 | Sign and print the name and title if any of the creditor or other person authorized to file this claim (attach copy of power of attorney if any)<br>*Donna M Cangelosi  Trustee* | FILED JAN 10 2007 |
|---|---|---|

Penalty for presenting fraudulent claim  Fine of up to $500,000 or imprisonment for up to 5 years or both 18 U

USA CMC

1072501716 2