USACM TRUST
PAID LOAN OBJECTION

MULTIPLE LOAN CLAIMS
BOISE - GOWEN 93, LLC

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Boise-Gowen Loan |
|---|---|---|---|---|
| 10725-01716-2 | Donna M Cangelosi Family Trust | C/O Donna M Cangelosi Trustee<br>5860 Lausanne Dr<br>Reno, NV 89511-5034 | $ 768,560.86 | $ 50,000.00 |

EXHIBIT A