| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Glendale Tower Loan |
|---|---|---|---|---|
| 10725-01716-2 | Donna M Cangelosi Family Trust | C/O Donna M Cangelosi Trustee<br>5860 Lausanne Dr<br>Reno NV 89511-5034 | $ 768,560.86 | $ 50,000.00 |
| 10725-01955 | Small Family Trust | Richard & Jacquelind Small Ttees<br>4801 Calle Santa Cruze<br>Prescott Valley, AZ 86314 | $ 703,134.00 | $ 60,000.00 |

EXHIBIT A