USACM TRUST
PAID LOAN OBJECTION

GLENDALE TOWER PARTNERS LOAN

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Glendale Tower Loan |
|---|---|---|---|---|
| 10728-00046 | Daniel O & Takeko Carlton Revoc Trust Dtd 4/30/97 | C/O Daniel & Takeko Carlton Ttee 6124 Kami St North Las Vegas, NV 89081 | $ 55,000.00 | $ 55,000.00 |

EXHIBIT A