USACM TRUST
PAID LOAN OBJECTION

MULTIPLE LOAN CLAIMS
STANDARD PROPERTY DEVELOPMENT

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Standard Property Loan |
|---|---|---|---|---|
| 10725-01277 | Premiere Holdings Inc Defined Benefit Pen Plan & T | C/O Scott D Fleming Esq Hale Lane Peek Den. & Howard 3090 Howard Hughes Pky 4FL Las Vegas, NV 89169 | $ 380,000.00 | $ 50,000.00 |

EXHIBIT A