Mary A. Schott
Clerk of Bankruptcy Court
District of Nevada
300 Do Las Vegas Blvd
Las Vegas, NV 89101



January 7, 2010

Dear Mary A. Schott,

I was a victim of USA Capital Mortgage Co. I have moved several times in the last few years. My current address is:

702 293-6623

My daughter Sharon Peterson was also an investor with USA Capital. She told me of your recent notice. Please update my address and send me future information.

Yours truly,

Marilyn E. Hilborn

RECEIVED & FILED
'10 JAN -7 P1:24
MARY A. SCHOTT, CLERK
U.S. BANKRUPTCY COURT

06-10725