USACM TRUST  
PAID LOAN OBJECTION

MULTIPLE LOAN CLAIMS  
HFA - NORTH YONKERS

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFA - North Yonkers Loan |
|---|---|---|---|---|
| **10725-00637** | Polacheck Jeweler`S Employee Psp Dtd 2/20/73 | Stephen Polacheck Trustee<br>4719 Commons Way Ste E<br>Calabasas, CA  91302 | $ 110,000.00 | Unknown |
| **10725-01408** | Alexander Ind & As Trustees, Stanley & Florence | P.O. Box 95144<br>Longwood, FL  32779 | $ 400,000.00 | $ 25,000.00 |
| **10725-01653** | Voss Family Trust Dtd 10/4/ 99 | Voss, Wolf & Claudia Ttees<br>14 Via Ambra<br>Newport Beach, CA  92657 | $ 346,662.00 | $ 31,250.00 |
| **10728-00052** | Buckwald Revocable Trust Dtd 2/11/92 | C/O Neil G Buckwald Trustee<br>5000 N Valadez St<br>Las Vegas, NV  89149-5247 | $ 50,807.00 | $ 2,372.00 |

EXHIBIT A