# Exhibit B

Form B10 (Official Form 10) (4/98)

(PLEASE READ INSTRUCTION ON REVERSE SIDE)

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA | | PROOF OF CLAIM - Chapter<br>☐ 13  ■ 11  ☐ 7  ☐ Other |
|---|---|---|
| Name of Debtor: USA COMMERCIAL MORTGAGE COMPANY | Case Number<br>BK-S-06-10725-LBR | (This space for court use) |

NOTE: This form NOT be used to make a chain for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. §503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br><br>FRANK SNOPKO TRUSTEE OF THE CHARLOTTE SNOPKO RESIDUAL TRUST DATED 8/31/04 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement Giving particulars.<br>☐ Check box if you have never received any notices from the bankruptcy court In this case. | ELECTRONICALLY FILED BY BELDING, HARRIS & PETRONI, LTD.<br><br>ON  11/13/06 |
|---|---|---|
| Name & Address where notice should be sent:<br><br>Stephen R. Harris, Esq.<br>Belding, Harris & Petroni, Ltd.<br>417 W. Plumb Lane<br>Reno, NV 89509<br>Telephone number: (775) 786-7600 | ☐ Check box if the address differs from the address differs from the address on the envelope sent to you by the court. | |
| Account or other number by which creditor identifies debtor: | Check here if this claim<br>☐ Replaces  ☐ Amends  A previously filed claim, dated _____ | |

1. BASIS FOR CLAIM
   - ☐ Goods Sold
   - ☐ Services Performed
   - ☑ Money loaned
   - ☐ Personal Injury wrongful death
   - ☐ Taxes
   - ☐ Other

   - ☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
   - ☐ Wages, salaries, and compensation (FILL OUT BELOW)
     Your Social Security #_____-___-_____
     Unpaid compensation for services performed from
     (Date) _____ To _____ (Date)

2. Date debt was incurred: 3/06 Gateway West - 2nd    3. If court judgment, date obtained:

4. Total amount of claim at time case filed: $ __2,500.00 - see Exhibit "A" - according to proof of damages at hearing__

   If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.

   ☐ Check this box if claim includes interest, or other charges in addition to the principal amount of the claim. Attach an itemized statement of all interest or additional charges

| 5. Secured Claim.<br><br>☐ Check this box if your claim is secured by collateral (Including a right of setoff)<br><br>Brief description of collateral:<br><br>☐ Real Estate    ☐ Motor Vehicles<br>☐ Other _____<br>Value of collateral $_____<br><br>Amount of arrearage and other charges at time case filed included In secured claim, if any:<br><br>$_____ | 6. Unsecured Priority Claim.<br>☐ Check this box if you have an unsecured priority claim.<br>Amount entitled to priority $_____<br><br>Specify the priority of the claim:<br><br>☐ Wages, salaries, or commissions up to $4,300* earned within 90 days before filing of the Bankruptcy petition, or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507(a)(3)<br>☐ Contribution to an employee benefit plan - 11 U.S.C. § 507(a)(4)<br>☐ Up to $1,950* of deposits toward purchase, lease or rental of property or services for personal, family or household use – 11 U.S.C. §507(a)(6)<br>☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child – 11 U.S.C. §507(a)(7)<br>☐ Taxes or penalties owed to governmental units. 11 U.S.C. §507(a)(8)<br>☐ OTHER - Specify applicable paragraph of 11 U.S.C. § 507(a)(__)<br><br>*Amounts are subject to adjustment on 4/1/98 and every three years thereafter with respect to cases commenced on or after the date of adjustment. |
|---|---|

7. Credits: the amount of all payments on this claim has ben credited and deducted for the purpose of making this proof of claim.    (This space for court use.)

8. Supporting documents: attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

9. Date-Stamped copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and a copy of this proof of claim.

| Date:<br><br>11/13/06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br><br>_[signature]_ for Stephen R. Harris, Attorney for Creditor |
|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §152 & 3571.

USBC form revised 9/98