USACM TRUST  
PAID LOAN OBJECTION

MULTIPLE LOAN CLAIMS  
I-40 GATEWAY WEST 2ND

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the I-40 Gateway West 2nd Loan |
|---|---|---|---|---|
| 10725-00861 | Charlotte Snopko Marital Trust Dtd 8/31/04 | Frank Snopko Ttee<br>Stephen R Harris Esq Belding Harris & Petroni Ltd<br>417 W Plumb Lane<br>Reno NV  89509 | $ 100,000.00 | Unliquidated |

EXHIBIT A