USACM TRUST  MULTIPLE LOAN CLAIMS
PAID LOAN OBJECTION  I-40 GATEWAY WEST

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the I-40 Gateway Loan |
|---|---|---|---|---|
| **10725-01277** | Premiere Holdings Inc Defined Benefit Pen Plan & T | C/O Scott D Fleming Esq<br>Hale Lane Peek Den. & Howard<br>3090 Howard Hughes Pky 4FL<br>Las Vegas, NV 89169 | $ 380,000.00 | $ 50,000.00 |
| **10725-01408** | Alexander Ind & As Trustees, Stanley & Florence | P.O. Box 95144<br>Longwood, FL 32779 | $ 400,000.00 | $ 13,250.00 |

EXHIBIT A