USACM TRUST
PAID LOAN OBJECTION

MULTIPLE LOAN CLAIMS
I-40 GATEWAY WEST

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the I-40 Gateway Loan |
|---|---|---|---|---|
| 10725-01277 | Premiere Holdings Inc Defined Benefit Pen Plan & T | C/O Scott D Fleming Esq<br>Hale Lane Peek Den. & Howard<br>3090 Howard Hughes Pky 4FL<br>Las Vegas, NV 89169 | $ 380,000.00 | $ 50,000.00 |
| 10725-01408 | Alexander Ind & As Trustees, Stanley & Florence | P.O. Box 95144<br>Longwood, FL 32779 | $ 400,000.00 | $ 13,250.00 |

EXHIBIT A