USACM TRUST
PAID LOAN OBJECTION

MULTIPLE LOAN CLAIMS
MARQUIS HOTEL

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marquis Hotel Loan |
|---|---|---|---|---|
| **10725-01408** | Alexander Ind & As Trustees, Stanley & Florence | P.O. Box 95144<br>Longwood, FL  32779 | $ 400,000.00 | $ 37,500.00 |
| **10725-01579** | Cielen, James | 2880 Bicentennial Pkwy Ste 100-223<br>Henderson, NV 89044 | $ 43,750.00 | $ 12,500.00 |
| **10725-01653** | Voss Family Trust Dtd 10/4/ 99 | Voss, Wolf & Claudia Ttees<br>14 Via Ambra<br>Newport Beach, CA  92657 | $ 346,662.00 | $ 25,000.00 |

EXHIBIT A