USACM TRUST  
PAID LOAN OBJECTION

SINGLE LOAN CLAIMS  
PRESERVE AT GALLERIA

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Preserve at Galleria Loan |
|---|---|---|---|---|
| 10725-00993 | Yonai, Gregory D Family Trust | Gregory D Yonai Trustee<br>1982 Country Cove Ct<br>Las Vegas, NV 89135-1552 | $ 400.19 | $ 400.19 |

EXHIBIT A