USACM TRUST

MULTIPLE LOAN CLAIMS

PAID LOAN OBJECION

PRESERVE AT GALLERIA

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Preserve at Galleria Loan |
|---|---|---|---|---|
| 10725-00144 | Roloff,  Rodney L & Sharyn | Law Offices Of James G Schwartz<br>7901 Stoneridge Drive Suite 401<br>Pleasanton, CA  94583 | $            171,250.00 | $          70,000.00 |
| 10725-00861 | Charlotte Snopko Marital Trust Dtd 8/31/04 | Frank Snopko Ttee<br>Stephen R Harris Esq Belding Harris & Petroni Ltd<br>417 W Plumb Lane<br>Reno, NV  89509 | $            100,000.00 | Unknown |
| 10725-01579 | Cielen, James | 2880 Bicentennial Pkwy Ste 100-223<br>Henderson, NV 89044 | $              43,750.00 | $          12,500.00 |

EXHIBIT A