# Exhibit B

FORM B10 (Official Form 10) (10/05)

| United States Bankruptcy Court | District of Nevada | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor USA Commercial Mortgage Company fka USA Capital | Case Number BK-S-06-10725 |
|---|---|

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

| Name of Creditor (The person or other entity to whom the debtor owes money or property) Rodney L Roloff & Sharyn A Roloff, Trustees of the R&S Roloff Trust Dated 9/20/03 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars | RECEIVED AND FILED 2006 AUG 15 P 3: 08 U S BANKRUPTCY COURT PATRICIA GRAY, CLERK |
|---|---|---|
| Name and address where notices should be sent Joshua D Brysk Law Offices of James G Schwartz 7901 Stoneridge Drive, Suite 401 Pleasanton, CA 94583 Telephone number (925) 463-1073 | ☐ Check box if you have never received any notices from the bankruptcy court in this case ☑ Check box if the address differs from the address on the envelope sent to you by the court | This space is for Court Use Only |

| Last four digits of account or other number by which creditor identifies debtor | Check here if this claim ☐ replaces ☐ amends a previously filed claim dated _____ |
|---|---|

| 1 Basis for Claim ☐ Goods sold ☐ Services performed ☑ Money loaned ☐ Personal injury/wrongful death ☐ Taxes ☐ Other_____ | ☐ Retiree benefits as defined in 11 U S C § 1114(a) ☐ Wages salaries and compensation (Fill out below) Last four digits of your SS# _____ Unpaid compensation for services performed from _____ to _____ (date) (date) |
|---|---|

| 2 Date debt was incurred 4/29/05, 11/23/05 & 2/9/06 | 3 If court judgment, date obtained |
|---|---|

4 **Classification of Claim** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed See reverse side for important explanations

**Unsecured Nonpriority Claim** $_____
☐ Check this box if a) there is no collateral or lien securing your claim or b) your claim exceeds the value of the property securing it or if c) none or only part of your claim is entitled to priority

**Unsecured Priority Claim**
☐ Check this box if you have an unsecured priority claim all or part of which is entitled to priority
Amount entitled to priority $_____

Specify the priority of the claim
☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages salaries or commissions (up to $10 000) * earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier 11 U S C § 507(a)(4)
☐ Contributions to an employee benefit plan - 11 U S C § 507(a)(5)

**Secured Claim**
☑ Check this box if your claim is secured by collateral (including a right of setoff)
Brief Description of Collateral
☑ Real Estate ☐ Motor Vehicle ☐ Other_____
Value of Collateral $171,250 00
Amount of arrearage and other charges at time case filed included in secured claim if any $171,250 00

☐ Up to $2 225* of deposits toward purchase lease or rental of property or services for personal, family, or household use - 11 U S C § 507(a)(7)
☐ Taxes or penalties owed to governmental units 11 U S C § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U S C § 507(a)(___)
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

5 Total Amount of Claim at Time Case Filed  $ _____  171,250 00 _____  171 250 00
                                             (unsecured)  (secured)  (priority)  (Total)
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

6 **Credits** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim
7 **Supporting Documents** Attach copies of supporting documents such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages security agreements and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous, attach a summary
8 **Date-Stamped Copy** To receive an acknowledgment of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim

This Space Is for Court Use Only

| Date 8/11/06 | Sign and print the name and title if any of the creditor or other person authorized to file this claim (attach copy of power of attorney if any) [signature] Joshua D Brysk, Esq |
|---|---|

Penalty for presenting fraudulent claim Fine of up to $500 000 or imprisonment for up to 5 years or both 18 U S C §§ 152 and 3571

Form B10 (Official Form 10) (4/98) **PLEASE NOTE INSTRUCTION ON REVERSE SIDE**

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA | | PROOF OF CLAIM - Chapter<br>☐ 13  ☒ 11  ☐ 7  ☐ Other |
|---|---|---|
| Name of Debtor  USA COMMERCIAL MORTGAGE COMPANY | Case Number<br>BK-S-06-10725-LBR | *(This space for court use)* |

NOTE This form NOT be used to make a claim for an administrative expense arising after the commencement of the case  A request for payment of an administrative expense may be filed pursuant to 11 U S C §503

Name of Creditor (The person or other entity to whom the debtor owes money or property)

**FRANK SNOPKO TRUSTEE OF THE CHARLOTTE SNOPKO MARITAL TRUST DATED 8/31/04**

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement Giving particulars

☐ Check box if you have never received any notices from the bankruptcy court In this case

☐ Check box if the address differs from the address differs from the address on the envelope sent to you by the court

ELECTRONICALLY FILED BY BELDING, HARRIS & PETRONI LTD

ON  11/13/06

Name & Address where notice should be sent

Stephen R  Harris, Esq
Belding, Harris & Petroni, Ltd
417 W  Plumb Lane
Reno, NV 89509
Telephone number  (775) 786-7600

Account or other number by which creditor identifies debtor

Check here if this claim  ☐ Replaces  ☐ Amends  A previously filed claim, dated _____

1  BASIS FOR CLAIM
☐ Goods Sold
☐ Services Performed
☒ Money loaned
☐ Personal Injury wrongful death
☐ Taxes
☐ Other

☐ Retiree benefits as defined in 11 U S C §1114(a)
☐ Wages  salaries, and compensation (FILL OUT BELOW)
Your Social Security # _____ - ____ _____
Unpaid compensation for services performed from
(Date) _____ To _____ (Date)

2  Date debt was incurred   10/05 Eagle Meadows Dev , 3/06 Gateway West - 2nd, 10/05 Preserve At Galleria       3  If court judgment  date obtained

4  Total amount of claim at time case filed  $ __100,000 00 - see Exhibit "A" - according to proof of damages at hearing__

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach an itemized statement of all interest or additional charges

5  Secured Claim
☐ Check this box if your claim is secured by collateral (Including a right of setoff)
Brief description of collateral
☐ Real Estate     ☐ Motor Vehicles
☐ Other _____
Value of collateral $_____
Amount of arrearage and other charges at time case filed included In secured claim, if any
$_____

6  Unsecured Priority Claim
☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $_____
*Specify the priority of the claim*
☐ Wages, salaries  or commissions up to $4 300* earned within 90 days before filing of the Bankruptcy petition, or cessation of the debtor s business  whichever is earlier  11 U S C §507(a)(3)
☐ Contribution to an employee benefit plan  11 U S C  § 507(a)(4)
☐ Up to $1,950* of deposits toward purchase  lease or rental of property or services for personal family or household use - 11 U S C  §507(a)(6)
☐ Alimony, maintenance  or support owed to a spouse  former spouse  or child – 11 U S C §507(a)(7)
☐ Taxes or penalties owed to governmental units  11 U S C  §507(a)(8)
☐ OTHER  Specify applicable paragraph of 11 U S C  § 507(a)(__)

*Amounts are subject to adjustment on 4/1/98 and every three years thereafter with respect to cases commenced on or after the date of adjustment

7  Credits  the amount of all payments on this claim has ben credited and deducted for the purpose of making this proof of claim

8  Supporting documents  attach copies of supporting documents  such as promissory notes, purchase orders  invoices, itemized statements of running accounts  contracts  court judgments  mortgages  security agreements  and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available  explain  If the documents are voluminous  attach a summary

9  Date Stamped copy  To receive an acknowledgment of the filing of your claim  enclose a stamped  self addressed envelope and a copy of this proof of claim

*(This space for court use )*

**FILED NOV 13 2006**

USA CMC
1072500861

Date  11/13/06      Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney if any)

Stephen P  Harris  Attorney for Creditor

Penalty for presenting fraudulent claim  Fine of up to $500 000 or imprisonment for up to 5 years or both  18 U S C  §152 & 3571

USBC form revised 9/98

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF NEVADA | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor USA COMMERCIAL MORTGAGE Co. | Case Number 06-10725 | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property): JAMES CIELEN, a married man

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
ROBERT C. LEPOME
10120 S. EASTERN # 200
HENDERSON, NV 89052
Telephone number: (702) 492-1271

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor: 5822

Check here ☐ replaces
if this claim ☐ amends a previously filed claim, dated:_____

1. **Basis for Claim** GENERAL UNSECURED CLAIM - CLASS 4
   ☐ Goods sold
   ☐ Services performed
   ☐ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☒ Other  NEGLIGENCE & FRAUD

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last four digits of your SS #: _____
   Unpaid compensation for services performed
   from _____ to _____
       (date)          (date)

2. Date debt was incurred: JAN 1, 2005 TO APRIL 12, 2006

3. If court judgment, date obtained:

4. **Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

Unsecured Nonpriority Claim $ 43,750
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

Unsecured Priority Claim
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
Amount entitled to priority $_____

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

Secured Claim
☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

5. Total Amount of Claim at Time Case Filed: $ 43,750 _____ _____ 43,750
   (unsecured)  (secured)  (priority)  (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

7. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

Date 12/8/06

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
BAR # 1980
ROBERT C. LEPOME, ATTY FOR CLAIMANT

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.