USACM TRUST  
PAID LOAN OBJECION

MULTIPLE LOAN CLAIMS  
PRESERVE AT GALLERIA

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Preserve at Galleria Loan |
|---|---|---|---|---|
| 10725-00144 | Roloff, Rodney L & Sharyn | Law Offices Of James G Schwartz<br>7901 Stoneridge Drive Suite 401<br>Pleasanton, CA 94583 | $ 171,250.00 | $ 70,000.00 |
| 10725-00861 | Charlotte Snopko Marital Trust Dtd 8/31/04 | Frank Snopko Ttee<br>Stephen R Harris Esq Belding Harris & Petroni Ltd<br>417 W Plumb Lane<br>Reno, NV 89509 | $ 100,000.00 | Unknown |
| 10725-01579 | Cielen, James | 2880 Bicentennial Pkwy Ste 100-223<br>Henderson, NV 89044 | $ 43,750.00 | $ 12,500.00 |

EXHIBIT A