USACM TRUST — MULTIPLE LOAN CLAIM
PAID LOAN OBJECTION — ROAM DEVELOPMENT

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Roam Development Loan |
|---|---|---|---|---|
| 10725-01408 | Alexander Ind & As Trustees, Stanley & Florence | P.O. Box 95144<br>Longwood, FL 32779 | $ 400,000.00 | $ 23,000.00 |

EXHIBIT A