LEWIS
AND
ROCA
— LLP —
L A W Y E R S

E-Filed on 1/8/10

1  3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
2  Telephone (702) 949-8320

3  Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
4  Marvin Ruth NV State Bar No. 10979
Email: mruth@lrlaw.com

5  Attorneys for USACM Liquidating Trust

6  **UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

7

8  In re:

USA COMMERCIAL MORTGAGE
9  COMPANY,

10  USA CAPITAL REALTY ADVISORS,
LLC,[1]

11
USA CAPITAL DIVERSIFIED TRUST
12  DEED FUND, LLC,

13  USA CAPITAL FIRST TRUST DEED
FUND, LLC,[2]

14
USA SECURITIES, LLC,[3]
15                                    Debtors.

16  **Affects:**
☐ All Debtors
17  ☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
18  ☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
19  ☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR[1]
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR[2]
Case No. BK-S-06-10729-LBR[3]

CHAPTER 11

Jointly Administered Under Case No.
BK-S-06-10725 LBR

**NOTICE OF HEARING REGARDING
OBJECTION OF USACM TRUST TO
PROOFS OF CLAIM BASED, IN
WHOLE OR IN PART, UPON
INVESTMENT IN ROAM
DEVELOPMENT LOAN WITH
CERTIFICATE OF SERVICE**

Date of Hearing:  February 5, 2010
Time of Hearing:  9:30 a.m.

20      **THE USACM LIQUIDATING TRUST IS OBJECTING TO THE CLAIM**

21  **THAT <u>YOU</u> FILED.  THE USACM TRUST SEEKS TO DISALLOW YOUR**

22  **CLAIM TO THE EXTENT IT IS BASED, IN WHOLE OR IN PART, UPON**

23  **INVESTMENT IN ROAM DEVELOPMENT LOAN.  THIS OBJECTION WILL**

24
─────────────────────────
25  [1] This bankruptcy case was closed on September 23, 2008.

26  [2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2139013.1

LEWIS
AND
ROCA
— LLP —
L A W Y E R S

1

2    **NOT IMPACT YOUR CLAIM TO THE EXTENT IT IS BASED UPON AN**

3    **INVESTMENT IN A DIFFERENT LOAN.**

4           **<u>PLEASE DO NOT CONTACT THE CLERK OF THE BANKRUPTCY</u>**

5    **<u>COURT TO DISCUSS THE MERITS OF YOUR CLAIM</u>.  QUESTIONS**

6    **REGARDING THE AMOUNT OF A CLAIM OR THE FILING OF A CLAIM**

7    **SHOULD BE DIRECTED TO BRANT FYLLING OF SIERRA CONSULTING**

8    **GROUP, LLC (602) 424-7009) OR THE UNDERSIGNED COUNSEL.**

9           **NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust has filed its

10   Objection of USACM Trust to Proofs of Claim Based, In Whole or in Part, Upon

11   Investment in the Roam Development Loan (the "Objection").  Your Proof of Claim

12   number and other information regarding your claim is provided in **Exhibit A**, attached.

13   The USACM Liquidating Trust has requested that this Court enter an order, pursuant to

14   Bankruptcy Code § 502 and Bankruptcy Rule 3007, disallowing your Proof of Claim to

15   the extent it is based upon investment in the Roam Development Loan.  The Objection will

16   not impact your Claim to the extent it is based upon an investment in a different loan.

17          **NOTICE IS FURTHER GIVEN** that the hearing on the Objection will be held

18   before the Honorable Linda B. Riegle, United States Bankruptcy Judge, in the Foley

19   Federal Building, 300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada, on

20   **<u>February 5, 2010 at the hour of 9:30 a.m.</u>**

21          **NOTICE IS FURTHER GIVEN THAT THE HEARING SET ON**

22   **FEBRUARY 5, 2010, WILL BE HELD FOR THE PURPOSE OF STATUS**

23   **CHECKS AND SCHEDULING EVIDENTIARY HEARINGS ONLY.  NO**

24   **ARGUMENTS WILL BE HEARD ON THAT DATE.**

25          **NOTICE IS FURTHER GIVEN** that pursuant to Local Rule 3007(b), any

26   response to the objection must be filed and served on counsel by  **<u>January 22, 2010.</u>**  Any

2

2139013.1

LEWIS
AND
ROCA
— LLP —
L A W Y E R S

1   reply to an opposition shall be filed and served by **January 29, 2010**.  Local rule 3007(b)

2   states:

3
> A response is deemed sufficient if it states that written documentation in
4   support of the proof of claim has already been provided to the objecting
    party and that the documentation will be provided at any evidentiary hearing
5   or trial on the matter.

6       If you object to the relief requested, you *must* file a **WRITTEN** response to this

7   pleading with the Court.  You *must* also serve your written response on the person who

8   sent you this notice.

9       If you do not file a written response with the Court, or if you do not serve your

10  written response on the person who sent you this notice, then:

11      • The Court may *refuse to allow you to speak* at the scheduled hearing; and

12      • The Court may *rule against you* and sustain the objection without formally

13          calling the matter at the hearing.

14      Dated:  January 8, 2010.

                                LEWIS AND ROCA LLP
15

16                              By  /s/  John Hinderaker (#18024)
                                    Rob Charles, NV 6593
17                                  John C. Hinderaker, AZ 18024 (*pro hac vice*)
                                3993 Howard Hughes Parkway, Suite 600
18                              Las Vegas, Nevada  89169
                                Telephone:  (702) 949-8320
19                              Facsimile:   (702) 949-8398
                                E-mail:  jhinderaker@LRLaw.com
20                              *Attorneys for the USACM Liquidating Trust*

21  Copy of the foregoing and pertinent
    portion of Exhibit A mailed by first
22  class postage prepaid U.S. Mail on
    January 8, 2010 to Parties listed on
23  Exhibit A attached.

24  LEWIS AND ROCA LLP

25
    /s/ Leilani Lista
26      Leilani Lista

3