USACM TRUST  
PAID LOAN OBJECTION

MULTIPLE LOAN CLAIM  
ROAM DEVELOPMENT

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Roam Development Loan |
|---|---|---|---|---|
| **10725-01408** | Alexander Ind & As Trustees, Stanley & Florence | P.O. Box 95144  Longwood, FL  32779 | $ 400,000.00 | $ 23,000.00 |

EXHIBIT A