USACM TRUST  
PAID LOAN OBJECTION

MULTIPLE LOAN CLAIMS  
URBAN HOUSING ALIANCE LOAN

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Urban Housing Loan |
|---|---|---|---|---|
| **10725-01431** | Bartkowski Family Trust | Clark & Jean<br>P.O. Box 1180<br>Darby, MT  59829 | $ 40,000.00 | $ 12,500.00 |

EXHIBIT A