USACM TRUST  
PAID LAON OBJECTIONS

SINGLE LOAN CLAIMS  
ROAM DEVELOPMENT

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Roam Development Loan |
|---|---|---|---|---|
| 10725-01537 | Fine, Lewis H & Arlene J | Po Box 487<br>Oakley, UT  84055-0487 | $ 4,583.35 | $ 4,583.35 |
| 10725-02450 | Ciadella Living Trust Dtd 2/8/99 | C/O Carl Ciadella Trustee<br>10012 Crescent Mesa Ln.<br>Las Vegas, NV  89144-4419 | $ 250,000.00 | $ 250,000.00 |
| 10725-02511 | Fine, Lewis H & Arlene J | Po Box 487<br>Oakley, UT  84055-0487 | $ 19,462.74 | $ 19,462.74 |

EXHIBIT A