LEWIS AND ROCA LLP LAWYERS

E-Filed on 1/8/10

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
Marvin Ruth NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>         Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF HEARING REGARDING OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED UPON INVESTMENT IN ROAM DEVELOPMENT LOAN WITH CERTIFICATE OF SERVICE**<br><br>Date of Hearing: February 5, 2010<br>Time of Hearing: 9:30 a.m. |

**THE USACM LIQUIDATING TRUST IS OBJECTING TO THE CLAIM THAT <u>YOU</u> FILED. THE USACM TRUST SEEKS TO DISALLOW YOUR CLAIM TO THE EXTENT IT IS BASED UPON INVESTMENT IN ROAM DEVELOPMENT LOAN. THIS OBJECTION WILL NOT IMPACT YOUR**

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2139005.1

**CLAIM TO THE EXTENT IT IS BASED UPON AN INVESTMENT IN A DIFFERENT LOAN.**

<u>**PLEASE DO NOT CONTACT THE CLERK OF THE BANKRUPTCY COURT TO DISCUSS THE MERITS OF YOUR CLAIM.**</u>  **QUESTIONS REGARDING THE AMOUNT OF A CLAIM OR THE FILING OF A CLAIM SHOULD BE DIRECTED TO BRANT FYLLING OF SIERRA CONSULTING GROUP, LLC (602) 424-7009) OR THE UNDERSIGNED COUNSEL.**

**NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust has filed its Objection of USACM Trust to Proofs of Claim Based Upon Investment in the Roam Development Loan (the "Objection").  Your Proof of Claim number and other information regarding your claim is provided in **Exhibit A**, attached.  The USACM Liquidating Trust has requested that this Court enter an order, pursuant to Bankruptcy Code § 502 and Bankruptcy Rule 3007, disallowing your Proof of Claim to the extent it is based upon investment in the Roam Development Loan.  The Objection will not impact your Claim to the extent it is based upon an investment in a different loan.

**NOTICE IS FURTHER GIVEN** that the hearing on the Objection will be held before the Honorable Linda B. Riegle, United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada, on <u>**February 5, 2010 at the hour of 9:30 a.m.**</u>

**NOTICE IS FURTHER GIVEN THAT THE HEARING SET ON FEBRUARY 5, 2010, WILL BE HELD FOR THE PURPOSE OF STATUS CHECKS AND SCHEDULING EVIDENTIARY HEARINGS ONLY.  NO ARGUMENTS WILL BE HEARD ON THAT DATE.**

**NOTICE IS FURTHER GIVEN** that pursuant to Local Rule 3007(b), any response to the objection must be filed and served on counsel by  <u>**January 22, 2010.**</u>  Any

2

2139005.1

reply to an opposition shall be filed and served by **January 29, 2010**.  Local rule 3007(b) states:

> A response is deemed sufficient if it states that written documentation in support of the proof of claim has already been provided to the objecting party and that the documentation will be provided at any evidentiary hearing or trial on the matter.

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the Court.  You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The Court may *refuse to allow you to speak* at the scheduled hearing; and
> - The Court may *rule against you* and sustain the objection without formally calling the matter at the hearing.

Dated:  January 8, 2010.

LEWIS AND ROCA LLP

By /s/  John Hinderaker (#18024)
   Rob Charles, NV 6593
   John C. Hinderaker, AZ 18024 (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169
Telephone:  (702) 949-8320
Facsimile:   (702) 949-8398
E-mail:  jhinderaker@LRLaw.com
*Attorneys for the USACM Liquidating Trust*

Copy of the foregoing and pertinent portion of Exhibit A mailed by first class postage prepaid U.S. Mail on January 8, 2010 to Parties listed on Exhibit A attached.

LEWIS AND ROCA LLP

/s/ Leilani Lista
   Leilani Lista

3

2139005.1