**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 18024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 1/8/2010

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,[1]<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[2]<br><br>USA Securities, LLC,[3]<br>                          Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Status And Agenda For January 11, 2010 Hearing filed by USACM Liquidating Trust**<br><br>Hearing Date:    January 11, 2010<br>Hearing Time:   9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2136754.1

**1.     Order Re: Status Hearing**: 08-01066-lbr Debt Acquisition Company Of America V, LLC v. Compass USA Spe, LLC et al   (ap) Lead case: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 10/07/2009 | Order Re: Status Hearing. Continued Status hearing to be held on 1/11/2010 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg.. [77] |
| **Status** | |

**2.     Status Hearing Re: Amended Complaint**: Adv. 08-01058-lbr USACM Liquidating Trust v. Los Valles Land & Golf, LLC et al.: Lead case: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed: 3/13/08** | Amended Complaint of USACM Liquidating Trust against Los Valles Land & Golf, LLC and Dan S. Palmer, Jr. Filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST against Dan S. Palmer Jr., LOS VALLES LAND & GOLF, LLC [6] |
| **Status** | The parties have reached a tentative settlement that they expect will be final, subject to court approval, before the hearing. Thus, the parties expect to ask the Court to vacate this item from the Court's calendar. |

**3.     Renewed Motion For Summary Judgment [DE 40] As To Defendants' Nine Unresolved Affirmative Defenses**: Adv. 08-01058-lbr USACM Liquidating Trust v. Los Valles Land & Golf, LLC et al.: Lead case: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Motion Filed:** 10/16/2009 | Renewed Motion for Summary Judgment [DE 40] as to Defendants' Nine Unresolved Affirmative Defenses Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST [97] |
| **Status** | The parties have reached a tentative settlement that they expect will be final, subject to court approval, before the hearing. Thus, the parties expect to ask the Court to vacate this item from the Court's calendar. |

2136754.1

**4.    Motion to Extend Time Motion To Further Extend Deadline To File Objection To Allowance Of Claims**: 06-10725-lbr, USA Commercial Mortgage Company

| | |
|---|---|
| **Motion Filed:** 12/18/2009 | Motion to Extend Time Motion To Further Extend Deadline To File Objection To Allowance Of Claims filed by ROB CHARLES on behalf of USACM LIQUIDATING TRUST [7844] |
| **Status** | No response filed.  Counsel will request the Court enter an order approving the motion and extending the deadline. |

**5.    Motion for Continuance of Trial Motion to 1) Continue Trial; and 2) to Extend the Discovery Cut-Off:** Adv. 08-01058-lbr USACM Liquidating Trust v. Los Valles Land & Golf, LLC et al.: Lead case: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Motion Filed:** 12/23/2009 | Motion for Continuance of Trial Motion to 1) Continue Trial; and 2) to Extend the Discovery Cut-Off Filed by TIMOTHY A LUKAS on behalf of LOS VALLES LAND & GOLF, LLC, DAN S. PALMER Jr. [122] |
| **Filed:** 12/29/2009 | Order Shortening Time for Hearing [126] |
| **Filed:** 12/31/2009 | Notice of Entry of Order/Judgment [127] |
| **Response filed 1/5/10-** | USACM Trust's Response to Motion to (1) Continue Trial; and (2) to Extend the Discovery Cut-Off [DE 128] filed by John Hinderaker on behalf of USACM Liquidating Trust |
| **Status** | The parties have reached a tentative settlement that they expect will be final, subject to court approval, before the hearing.  Thus, the parties expect to ask the Court to vacate this item from the Court's calendar. |

2136754.1

**6.   Order Rescheduling Pre-Trial Conference**: Adv. 08-01135-lbr USACM Liquidating Trust et al v. Wells Fargo Bank, N.A. (ap) Lead case: 06-10725-lbr USA Commercial Mortgage Company

12/16/2009**:**     Order Rescheduling Pre-Trial Conference. Pre-Trial Conference set for 1/11/2010 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg. [199]

**Status**

Dated January 8, 2010.

**LEWIS AND ROCA LLP**

By: /s/ John Hinderaker, AZ 18024
    Rob Charles, NV 6593
    John Hinderaker, AZ 18024 (*pro hac vice*)
*Counsel for USACM Liquidating Trust*

PROOF OF SERVICE

COPY of the aforementioned sent via e-mail or U.S. First Class Mail postage prepaid on January 8, 2010 to the parties listed on Post-Effective Official Service List for Limited Notice No. 5 Dated March 31, 2009.

/s/  Leilani Lista
Leilani Lista