USACM TRUST  
PAID LOAN OBJECTION

MULTIPLE LOAN CLAIMS  
WASCO INVESTMENTS

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Wasco Investments Loan |
|---|---|---|---|---|
| 10725-01653 | Voss Family Trust Dtd 10/4/ 99 | Voss, Wolf & Claudia Ttees<br>14 Via Ambra<br>Newport Beach, CA  92657 | $ 346,662.00 | $ 22,500.00 |

EXHIBIT A