USACM TRUST  
PAID LOAN OBJECTION

MULTIPLE LOAN CLAIMS  
ASHBY FINANCIAL $7,200,000

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Ashby Financial $7,200,000 Loan |
|---|---|---|---|---|
| **10725-01653** | Voss Family Trust Dtd 10/4/ 99 | Voss, Wolf & Claudia Ttees<br>14 Via Ambra<br>Newport Beach CA  92657 | $ 346,662.00 | $ 32,500.00 |

EXHIBIT A