**Entered on Docket
January 11, 2010**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

| | |
|---|---|
| In re: )<br>)<br>USA COMMERCIAL MORTGAGE )<br>COMPANY, )<br>)<br>)<br>USA CAPITAL REALTY ADVISORS, )<br>LLC, )<br>)<br>USA CAPITAL DIVERSIFIED TRUST )<br>DEED FUND, LLC, )<br>)<br>USA CAPITAL FIRST TRUST DEED )<br>FUND, LLC, and )<br>)<br>USA SECURITIES, LLC, )<br>)<br>Debtors. )<br>_____ ) | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR (closed)<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR (closed)<br>Case No. BK-S-06-10729-LBR (closed<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No.<br>BK-S-06-10725-LBR<br><br>Date:        December 22, 2009<br>Time:       11:30 a.m.<br>Courtroom:    3 |

**SUPPLEMENTAL ORDER PROVIDING LIST OF APPROVED CIVIL DISCOURSE
CLASSES FOR CURTIS F. CLARK**

On May 29, 2009, the court held a hearing on the order to show cause directed at Curtis F. Clark (dkt. #7012). For the reasons stated on the record, the court imposed four sanctions against Mr. Clark. One of those sanctions was that Mr. Clark was ordered to complete an Approved Civil Discourse Class[1] by December 1, 2009.

The court also stated that if no class is approved, the court will enter a supplemental

_____

[1] The court defined that to mean "By July 1, 2009, Mr. Clark's attorney shall submit a list of not less than three proposed classes in civil discourse. The court will then enter an order indicating which, if any, of these classes satisfy the requirements stated at the hearing on the order to show cause. Any class found by the court to satisfy the requirement stated at the show cause hearing shall constitute an 'Approved Civil Discourse Class.'"

order providing for the submission of a new list of proposed classes.

In the event, Mr. Clark and his attorneys did not identify a list of classes, and just ignored the court deadline. The court held a hearing on December 22, 2009 on that matter, and found Mr. Clark's attorneys to be in contempt of court for their disregard of the court's orders and sanctioned them $250.

The court has assembled the following list of classes that Mr. Clark may take to fulfill the original requirement, grouped by college:

    a. University of Nevada, Las Vegas Educational Outreach (formerly Continuing Education):
- Class C101PG1191, "How to Deal with Disagreements, Conflict and Confrontation"
- Class C101CX1106, "Communicate with Difficult People with Tact and Skill"

    b. University of Phoenix
- Class COMM400 "Management Communication Skills"
- Class COM320 "Interpersonal Communication"

    c. College of Southern Nevada
- Class Com 102 "Intro to Interpersonal Comm"
- Class Com 115 "Applied Communication"

Within 30 days, Mr. Clark shall report back which class he has selected and show proof of his enrollment in that class. When Mr. Clark has completed the class, he must file a certification, signed by the class instructor, that indicates that he attended all sessions of the class (if more than one), and that he was in attendance for the entire time period that the class was in session. The certification must include contact information for the instructor.

IT IS SO ORDERED.

Copies sent to:

ROB CHARLES on behalf of Attorney LEWIS AND ROCA LLP
rcharles@lrlaw.com, cjordan@lrlaw.com

U.S. TRUSTEE - LV - 11 - USTPRegion17.lv.ecf@usdoj.gov

1  AUGUST B. LANDIS
   300 LAS VEGAS BLVD. S., #4300
2  LAS VEGAS, NV 89101

3  CURTIS F. CLARK
   1403 PUEBLO DRIVE
4  BOULDER CITY, NV 89005

5  MATTHEW CALLISTER
   CALLISTER & ASSOCIATES
6  823 LAS VEGAS BOULEVARD SOUTH
   LAS VEGAS, NEVADA 89101
7  mqc@call-law, mpp@call-law.com

8

9                                    # # #