1 | JOHN M. McCOY, III (Cal. Bar No. 166244)
GREGORY C. GLYNN (Cal. Bar No. 39999)
2 | SANDRA W. LAVIGNA (Cal. Bar No. 117965)

3 | Attorneys for
SECURITIES AND EXCHANGE COMMISSION
4 | Rosalind R. Tyson, Regional Director
5670 Wilshire Blvd., 11th Floor
5 | Los Angeles, California 90036
Telephone: (323) 965-3998
6 | Facsimile:  (323) 965-4530

7

8 | UNITED STATES BANKRUPTCY COURT

9 | DISTRICT OF NEVADA

10

11 | In re:

12 | USA COMMERICAL MORTGAGE
COMPANY,
13
USA CAPITAL REALTY ADVISORS,
14 | LLC,

15 | USA CAPITAL DIVERSIFIED TRUST
DEED FUND, LLC,
16
USA CAPITAL FIRST TRUST DEED
17 | FUND, LLC,

18 | USA SECURITIES, LLC

19 | **Affects:**
⊠ All Debtors
20 | ☐ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
21 | ☐ USA Capital Diversified Trust Deed Fund
☐ USA Capital First Trust Deed Fund, LLC
22 | ☐ USA Securities, LLC

| Case No. BK-S-06-10725-LBR |
| Case No. BK-S-06-10726-LBR (Closed) |
| Case No. BK-S-06-10727-LBR |
| Case No. BK-S-06-10728-LBR (Closed) |
| Case No. BK-S-06-10729-LBR (Closed) |

**CHAPTER 11**

Jointly Administered Under
Case No. BK-S-06-10725-LBR

**NOTICE OF WITHDRAWAL OF CLAIM**

[No Hearing Required]

23

24 | **PLEASE TAKE NOTICE** that the United States Securities and Exchange

25 | Commission hereby withdraws its claim filed in these cases, being Claim No.

26

27

28

1    10725-01162, filed November 19, 2006 in an unknown amount.

2

3

4    Dated: January 27, 2010

5                                                    Respectfully submitted,

6

7                                                    /s/ Sandra W. Lavigna

8                                                    SANDRA W. LAVIGNA
                                                     Senior Bankruptcy Counsel
                                                     Los Angeles Regional Office
9                                                    U. S. Securities and
                                                     Exchange Commission

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28