Judd Robbins  
2305-C Ashland Street #437  
Ashland, OR 97520  

Home/Cell Phone: 541-292-7777  
Business Phone: 541-512-2508  
Fax: 949-666-5030  

Clerk of the Court  
U.S. Bankruptcy Court  
300 Las Vegas Blvd. South  
Las Vegas, NV 89101  

RECEIVED & FILED  
'10 JAN 25 P2 :33  
U.S. BANKRUPTCY COURT  
MARY A. SCHOTT, CLERK  

**CHANGE OF ADDRESS NOTIFICATION**

Tuesday, January 19, 2010

Good Day

I have changed my address from the address below on the left to the address below on the right, effective immediately. Please make the necessary corrections to my:

**RE: USA Commercial Mortgage, BK-S-06-10725**

**Within this bankruptcy, I hold two separate accounts that are labeled:**

1. Retirement Accounts Inc. CFBO Judd Robbins
2. Tesseract Trust

| OLD ADDRESS | NEW ADDRESS |
|---|---|
| Judd Robbins<br>1340 Anderson Creek Rd<br>Talent, OR 97540 | Judd Robbins<br>2305-C Ashland Street #437<br>Ashland, OR 97520 |

Thank you,

*Judd Robbins*

Judd Robbins