JOHN M. McCOY, III (Cal. Bar No. 166244)
GREGORY C. GLYNN (Cal. Bar No. 39999)
SANDRA W. LAVIGNA (Cal. Bar No. 117965)

Attorneys for
SECURITIES AND EXCHANGE COMMISSION
Rosalind R. Tyson, Regional Director
5670 Wilshire Blvd., 11th Floor
Los Angeles, California 90036
Telephone: (323) 965-3998
Facsimile: (323) 965-4530

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERICAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC<br><br>**Affects:**<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR (Closed)<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR (Closed)<br>Case No. BK-S-06-10729-LBR (Closed)<br><br>**CHAPTER 11**<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725-LBR<br><br>**NOTICE OF WITHDRAWAL OF CLAIM**<br><br>[No Hearing Required] |

**PLEASE TAKE NOTICE** that the United States Securities and Exchange Commission hereby withdraws its claim filed in these cases, being Claim No.

1  10725-01162, filed November 19, 2006 in an unknown amount.

Dated: January 27, 2010

                                                    Respectfully submitted,

                                                    /s/ *Sandra W. Lavigna*

                                                    SANDRA W. LAVIGNA
                                                    Senior Bankruptcy Counsel
                                                    Los Angeles Regional Office
                                                    U. S. Securities and
                                                    Exchange Commission

2

Securities and Exchange Commission
5670 Wilshire Blvd., 11th Floor
Los Angeles, California 90036
TEL:(323)965-3998; FAX:(323)965-4530