UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Debt Acquisition Company of America V, LLC<br><br>Plaintiff-Appellant,<br>vs.<br><br>USA Commercial Mortgage Company, et al<br><br>Defendants-Appellees. | District No.    2:07-CV-0160 RCJ<br><br>U.S.C.A. No.    07-16796 |

ORDER ON MANDATE

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on Mar 19, 2009, issued its mandate that the appeal(s) is/are DISMISSED. The Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

Dated this 8th day of May, 2009.

Robert C. Jones
United States District Judge