**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 18024
Email:jhinderaker@lrlaw.com

*Attorneys for USACM Liquidating Trust*

E-Filed on 2/3/2010

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,[1]<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[2]<br><br>USA Securities, LLC,[3]<br>　　　　　　　　　　　　Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**STATUS AND AGENDA FOR FEBRUARY 5, 2010 HEARING FILED BY USACM LIQUIDATING TRUST**<br><br>Hearing Date:　February 5, 2010<br>Hearing Time:　9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2144873.1

**9:30 AM HEARING**

**1.    Objection to Claim 10725-01162 of Securities and Exchange Commission**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 03/27/2009 | Objection to Claim 10725-01162 of Securities and Exchange Commission in the amount of unknown filed by John Hinderaker on behalf of USACM Liquidating Trust [6979] |
| **1/27/10`** | Withdrawal of claim filed by Securities and Exchange Commission [DE 7941] |
| **Status** | Claim was withdrawn. |

**2.    Status Hearing Re: Amended Complaint**: Adv. 08-01058-lbr USACM Liquidating Trust v. Los Valles Land & Golf, LLC et al.: Lead case: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 3/13/08 | Amended Complaint of USACM Liquidating Trust against Los Valles Land & Golf, LLC and Dan S. Palmer, Jr. Filed by Rob Charles on behalf of USACM Liquidating Trust against Dan S. Palmer Jr., Los Valles Land & Golf, LLC [6] |
| **Motion Filed:** 01/13/2010 | Motion to Approve Settlement Agreement Between the USACM Trust, Los Valles Land & Golf, LLC, and Dan S. Palmer, Jr. Filed by John Hinderaker [136] |
| **Filed:** 01/13/2010 | Declaration Of: Geoffrey L. Berman in Support of Motion to Approve Settlement Agreement [137] |
| **Filed:** 01/13/2010 | Joint Motion to Seal Declaration of Dan S. Palmer, Jr. [139] |
| **Filed:** 01/13/2010 | Order Granting Joint Motion To File Declaration Of Dan S. Palmer, Jr. Under Seal [142] |
| **Status** | The parties have reached a settlement and will request that the Court enter an order approving the settlement Agreement. |

2144873.1



**3.    Objection of USACM Trust to Proofs Of Claim Based, In Whole Or In Part, Upon Investment In Del Valle - Isleton Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 01/07/2010 | Objection Of USACM Trust To Proofs Of Claim Based, In Whole Or In Part, Upon Investment In Del Valle - Isleton Loan Filed by John Hinderaker on behalf of USACM Liquidating Trust [7884] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

**4.    Objection of USACM Trust To Proofs Of Claim Based, In Whole Or In Part, Upon Investment In LCG Gilroy LLC Loan** Filed by John Hinderaker on behalf of USACM Liquidating Trust: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 01/07/2010 | Objection of USACM Trust To Proofs Of Claim Based, In Whole Or In Part, Upon Investment In LCG Gilroy LLC Loan Filed by John Hinderaker on behalf of USACM Liquidating Trust [7886] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

**5.    Objection of USACM Trust To Proofs Of Claim Based, In Whole Or In Part, Upon Investment In Gateway Stone Loan**: 06-10725-lbr, USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 01/07/2010 | Objection of USACM Trust To Proofs Of Claim Based, In Whole Or In Part, Upon Investment In Gateway Stone Loan Filed by John Hinderaker on behalf of USACM Liquidating Trust [7888] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

2144873.1

**6.    Objection to Claim 10725-00027 of Timothy F & Joann Ortiz-Burrus in the amount of $50,000.00 Based Upon Investment In Elizabeth May Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 01/07/2010 | Objection to Claim 10725-00027 of Timothy F & Joann Ortiz-Burrus in the amount of $50,000.00 Based Upon Investment In Elizabeth May Loan Filed by Rob Charles on behalf of USACM Liquidating Trust [7891] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

**7.    Objection of USACM Trust To Proofs Of Claim Based, In Whole Or In Part, Upon Investment In Hasley Canyon Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 01/07/2010 | Objection of USACM Trust To Proofs Of Claim Based, In Whole Or In Part, Upon Investment In Hasley Canyon Filed by John Hinderaker on behalf of USACM Liquidating Trust [7892] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

**8.    Objection to Claim 10725-01716-2 of Donna M Cangelosi Family Trust in the amount of $768.560.86 Based Upon Investment In Boise/Gowen 93, LLC Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 01/07/2010 | Objection to Claim 10725-01716-2 of Donna M Cangelosi Family Trust in the amount of $768,560.86 Based Upon Investment In Boise/Gowen 93, LLC Loan Filed by Rob Charles on behalf of USACM Liquidating Trust [7895] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

2144873.1



**9.    Objection of USACM Trust To Proofs Of Claim Based Upon Investment In Glendale Tower Partners, LLC Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 01/07/2010 | Objection of USACM Trust To Proofs Of Claim Based Upon Investment In Glendale Tower Partners, LLC Loan with Certificate of Service Filed by John Hinderaker [7897] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**10.    Objection to Claim 10725-01716-2 of Donna M Cangelosi Family Trust in the amount of $768,560.86 Based, In Whole Or In Part, Upon Investment In The Homes For America Holding, LLC-Riviera 2nd Deed Of Trust Loan on behalf of USACM Liquidating Trust**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 01/07/2010 | Objection to Claim 10725-01716-2 of Donna M Cangelosi Family Trust in the amount of $768,560.86 Based, In Whole Or In Part, Upon Investment In The Homes For America Holding, LLC-Riviera 2nd Deed Of Trust Loan Filed by Rob Charles on behalf of USACM Liquidating Trust [7899] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**11.    Objection of USACM Trust To Proofs Of Claim Based, In Whole Or In Part, Upon Investment In Riviera Homes For America Holding Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 01/07/2010 | Objection of USACM Trust To Proofs Of Claim Based, In Whole Or In Part, Upon Investment In Riviera Homes For America Holding Loan Filed by John Hinderaker [7901] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

2144873.1



**12.    Objection to Claim 10728-00046 of Daniel O & Takeko Carlton Revoc Trust Dtd 4/30/97 in the amount of $55,000.00 Based Upon Investment In Glendale Tower Partners, LLC Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 01/07/2010 | Objection to Claim 10728-00046 of Daniel O & Takeko Carlton Revoc Trust Dtd 4/30/97 in the amount of $55,000.00 Based Upon Investment In Glendale Tower Partners, LLC Loan Filed by Rob Charles on behalf of USACM Liquidating Trust [7903] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**13.    Objection to Claim 10725-01277 of Premiere Holdings Inc Defined Benefit Pen Plan & T Based, In Whole Or In Part, Upon Investment In Standard Property Development, LLC Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 01/07/2010 | Objection to Claim 10725-01277 of Premiere Holdings Inc Defined Benefit Pen Plan & T Based, In Whole Or In Part, Upon Investment In Standard Property Development, LLC Loan with Certificate of Service Filed by Rob Charles on behalf of USACM Liquidating Trust [7905] |
| **Status** | Counsel will request that this hearing be continued to April 1, 2010, pursuant to request from counsel for Premiere Holdings, Inc. |

2144873.1

**14.    Objection of USACM Trust To Proofs Of Claim Based, In Whole Or In Part, Upon Investment In The One Point Street, LLC - HFA North Yonkers Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 01/08/2010 | Objection of USACM Trust To Proofs Of Claim Based, In Whole Or In Part, Upon Investment In The One Point Street, LLC - HFA North Yonkers Loan Filed by John Hinderaker [7909] |
| **Response 1/21/10** | Response to Objection filed by Voss Family Trust [DE 7940] |
| **Status** | The Trust will request that the Court sustain the objection, except as to the Voss Family Trust Claim (No. 10725-01653).  The USACM Trust will withdraw the objection as to the Voss Family Trust Claim because the Response admits that the Voss Family Trust was paid in full on this loan. |

**15.    Objection of USACM Trust To Proofs Of Claim Based Upon Investment In I-40 Gateway West, LLC 2nd Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 01/08/2010 | Objection of USACM Trust To Proofs Of Claim Based Upon Investment In I-40 Gateway West, LLC 2nd Loan Filed by John Hinderaker on behalf of USACM Liquidating Trust [7911] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**16.    Objection of USACM Trust To Proofs Of Claim Based, In Whole Or In Part, Upon Investment In I-40 Gateway West, LLC 2nd Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 01/08/2010 | Objection of USACM Trust To Proofs Of Claim Based, In Whole Or In Part, Upon Investment In I-40 Gateway West, LLC 2nd Loan Filed by John Hinderaker on behalf of USACM Liquidating Trust [7913] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

2144873.1



**17. Objection of USACM Trust To Proofs Of Claim Based, In Whole Or In Part, Upon Investment In I-40 Gateway West Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 01/08/2010 | Objection of USACM Trust To Proofs Of Claim Based, In Whole Or In Part, Upon Investment In I-40 Gateway West Loan Filed by John Hinderaker on behalf of USACM Liquidating Trust [7915] |
| **Status** | The Trust requests the hearing on the objection to claim 10725-01277 be continued to April 1, 2010. The USACM Trust will ask the Court to sustain the objection as to all other claims listed on Exhibit A. |

**18. Objection of USACM Trust To Proofs Of Claim Based, In Whole Or In Part, Upon Investment In Palm Springs Marquis Hotel Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 01/08/2010 | Objection of USACM Trust To Proofs Of Claim Based, In Whole Or In Part, Upon Investment In Palm Springs Marquis Hotel Loan Filed by John Hinderaker on behalf of USACM Liquidating Trust [7917] |
| **Response filed 1/21/10** | Response to objection filed by Voss Family Trust [DE 7940] |
| **Status** | The Trust will request that the Court sustain the objection, except as to the Voss Family Trust Claim (No. 10725-01653). The USACM Trust will withdraw the objection as to the Voss Family Trust Claim because the Response admits that the Voss Family Trust was paid in full on this loan. |

**19. Objection of USACM Trust To Proofs Of Claim Based Upon Investment In Preserve At Galleria Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 01/08/2010 | Objection of USACM Trust To Proofs Of Claim Based Upon Investment In Preserve At Galleria Loan Filed by John Hinderaker on behalf of USACM Liquidating Trust [7919] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

2144873.1

**20.   Objection of USACM Trust To Proofs Of Claim Based In Whole Or In Part, Upon Investment In Preserve At Galleria Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 01/08/2010 | Objection of USACM Trust To Proofs Of Claim Based In Whole Or In Part, Upon Investment In Preserve At Galleria Filed by John Hinderaker [7921] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**21.   Objection of USACM Trust To Proofs Of Claim Based, In Whole Or In Part, Upon Investment In Roam Development Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 01/08/2010 | Objection of USACM Trust To Proofs Of Claim Based, In Whole Or In Part, Upon Investment In Roam Development Loan Filed by John Hinderaker on behalf of USACM Liquidating Trust [7923] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**22.   Objection of USACM Trust To Proofs Of Claim Based, In Whole Or In Part, Upon Investment In Urban Housing Alliance - 435 Lofts Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 01/08/2010 | Objection of USACM Trust To Proofs Of Claim Based, In Whole Or In Part, Upon Investment In Urban Housing Alliance - 435 Lofts Loan Filed by John Hinderaker on behalf of USACM Liquidating Trust [7925] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

2144873.1

**23.  Objection of USACM Trust To Proofs Of Claim Based Upon Investment In Roam Development Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 01/09/2010 | Objection of USACM Trust To Proofs Of Claim Based Upon Investment In Roam Development Loan Filed by John Hinderaker on behalf of USACM Liquidating Trust [7927] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**24.  Objection of USACM Trust To Proofs Of Claim Based, In Whole Or In Part, Upon Investment In Wasco Investments, LLC Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 01/08/2010 | Objection of USACM Trust To Proofs Of Claim Based, In Whole Or In Part, Upon Investment In Wasco Investments, LLC Loan Filed by John Hinderaker on behalf of USACM Liquidating Trust [7930] |
| **Response filed 1/21/10** | Response to objection filed by Voss Family Trust [DE 7940] |
| **Status** | The only unresolved direct lender claim related to this loan is by the Voss Family Trust Claim (No. 10725-01653).  Thus, the USACM Trust will withdraw the objection because the Response admits that the Voss Family Trust was paid in full on this loan.. |

**25.  Objection of USACM Trust To Proofs Of Claim Based, In Whole Or In Part, Upon Investment In Ashby Financial Company $7,200,000 Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 01/08/2010 | Objection of USACM Trust To Proofs Of Claim Based, In Whole Or In Part, Upon Investment In Ashby Financial Company $7,200,000 Loan Filed by John Hinderaker on behalf of USACM Liquidating Trust [7932] |
| **Response filed 1/21/10** | Response to objection filed by Voss Family Trust [DE 7940] |
| **Status** | The only unresolved direct lender claim related to this loan is by the Voss Family Trust Claim (No. 10725-01653).  The USACM Trust will withdraw the objection as because the Response admits |

2144873.1

that the Voss Family Trust was paid in full on this loan.

**26.    Motion to Approve Settlement Agreement Between the USACM Trust, Los Valles Land & Golf, LLC, and Dan S. Palmer, Jr.**: 08-01058-lbr USACM Liquidating Trust v. Los Valles Land & Golf, LLC et al (ap) Lead case: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 01/13/2010 | Motion to Approve Settlement Agreement Between the USACM Trust, Los Valles Land & Golf, LLC, and Dan S. Palmer, Jr. with Certificate of Service Filed By John Hinderaker on behalf of USACM Liquidating Trust [136] |
| **Filed:** 01/13/2010 | Declaration Of: Geoffrey L. Berman [137] |
| **Filed:** 01/13/2010 | Joint Motion to Seal Declaration of Dan S. Palmer, Jr. [139] |
| **Status** | No objections have been filed.  The parties are ready to proceed.  The USACM Trust was advised today by counsel for Los Valles that he will seek leave to appear telephonically. |

**27.    Motion to Dismiss Complaint**: 09-01284-lbr Silar Advisors, LP et al v. USA Commercial Mortgage Company et al (ap) Lead case: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 12/07/2009 | Motion to Dismiss Complaint Filed by Jeanette E. McPherson on behalf of USA Commercial Mortgage Company [17] |
| **Filed:** 12/21/2009 | USACM Liquidating Trust's Joinder in Motion to Dismiss filed by Rob Charles on behalf of Geoffrey L. Berman [23] |
| **Status** | Continued to March 17, 2010 at 9:30 a.m. [34] |

**10:30 AM HEARING**

**1.    Motion to Seal Defendant's Motion to Compel Production of Documents and Testimony**: 08-01135-lbr USACM Liquidating Trust et al v. Wells Fargo Bank, N.A. (ap) Lead case: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 01/04/2010 | Motion to Seal Defendant's Motion to Compel Production of Documents and Testimony with Exhibits Filed by Dean V. Fleming on behalf of Wells Fargo Bank, N.A. [201] |
| **Filed:** 01/05/2010 | Motion to Redact Motion, Exhibits and Appendix [205] |
| **Filed:** 01/22/2010 | Response to Defendant's Motion to Compel Production of Documents and Testimony Filed by Joshua J. Bruckerhoff on behalf of USA Capital Diversified Trust Deed Fund, LLC [221] |
| **Filed:** 01/22/2010 | Declaration Of: Joshua J. Bruckerhoff in Support of Plaintiff's Response to Defendant's Motion to Compel [222] |
| **Status** | Counsel for the Trust is ready to proceed. |

**2.    Motion to Seal Plaintiff's Motion to Compel**: 08-01135-lbr USACM Liquidating Trust et al v. Wells Fargo Bank, N.A. (ap) Lead case: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 01/08/2010 | Motion to Seal Plaintiff's Motion to Compel with Certificate of Service Filed by Joshua J. Bruckerhoff on behalf of USA Capital Diversified Trust Deed Fund, LLC [206] |
| **Filed:** 01/25/2010 | Agreed Stipulation By Wells Fargo Bank, N.A. and Between Plaintiffs to File Defendant's Response to Plaintiff's Motion to Compel and Plaintiff's Reply to Defendant's Response [223] |
| **Status** | Counsel for the Trust is ready to proceed. |

Dated February 3, 2010.

                                      **LEWIS AND ROCA LLP**

                                      By:   /s/ John Hinderaker, AZ 18024
                                           Rob Charles, NV 6593
                                           John Hinderaker, AZ 18024 (*pro hac vice*)
                                      *Attorneys for USACM Liquidating Trust*

2144873.1

1 PROOF OF SERVICE

2 COPY of the aforementioned sent via e-mail or U.S. First Class Mail postage
3 prepaid on February 3, 2010 to the parties listed on Post-Effective Official Service
4 List for Limited Notice No. 5 Dated March 31, 2009.
5

6

7  /s/  Leilani Lista
Leilani Lista

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2144873.1