**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 2/3/10

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,[1]<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[2]<br><br>USA Securities, LLC,[3]<br>                             Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Stipulation to Reinstate Proof of Claim Filed by Melvin W. Kerner, Trustee of the Kerner Revocable Trust as it Relates to Placer Vineyards Investment** |

      USACM Liquidating Trust (the "USACM Trust"), by and through its counsel, Lewis and Roca LLP, and Melvin W. Kerner, Trustee of the Kerner Revocable Trust 3/16/81 ("Kerner"), hereby stipulate:

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007

1

2103276.2

LEWIS AND ROCA LLP
LAWYERS

1. Kerner filed proof of claim No. 10725-02288 in the amount of $50,746.42 unsecured and $50,746.52 secured. Attached to the Proof of claim were loan statements for Roam Development and Placer Vineyards.

2. The claim was reclassified as an unsecured claim in the amount of $101,493.04.

3. Pursuant to an order of the Court [DE 7699], the Double Counted portion of the Kerner claim of $50,746.52 was disallowed.

4. Pursuant to objection and order on Roam Development [DE 6875], the Claim in amount of $49,368.54 related to Roam Development was disallowed, and $631.36 of Unremitted Principal was allowed as an unsecured claim. Consequently, all but about $100 of the claim was resolved.

5. Kerner contacted Counsel for the Trust and explained that he also intended to file a claim for $50,000 based upon an investment in the Placer Vineyards Loan. That claim was effectively disallowed as a duplicate claim.

6. Accordingly, the USACM Trust agrees to reinstate Kerner claim no. 10725-02288 as an unsecured non-priority claim in the amount of $50,000.00, based upon an investment in the Placer Vineyards Loan. The claim is subject to further objection.

.

LEWIS AND ROCA LLP

By  s/John Hinderaker
    Rob Charles NV (#6593)
    John Hinderaker (AZ 18024
    *pro hac vice*)
    Attorneys for USACM Liquidating Trust

DATED:  February 3, 2010

MELVIN W. KERNER
TRUSTEE OF THE KERNER
REVOCABLE TRUST 3/16/81

By:  s/ Melvin W. Kerner,
2012 Mesquite Ct..
Carlsbad, CA 92009-6883

DATED:  February    , 2010.

2103276.2

1. Kerner filed proof of claim No. 10725-02288 in the amount of $50,746.42 unsecured and $50,746.52 secured. Attached to the Proof of claim were loan statements for Roam Development and Placer Vineyards.

2. The claim was reclassified as an unsecured claim in the amount of $101,493.04.

3. Pursuant to an order of the Court [DE 7699], the Double Counted portion of the Kerner claim of $50,746.52 was disallowed.

4. Pursuant to objection and order on Roam Development [DE 6875], the Claim in amount of $49,368.54 related to Roam Development was disallowed, and $631.36 of Unremitted Principal was allowed as an unsecured claim. Consequently, all but about $100 of the claim was resolved.

5. Kerner contacted Counsel for the Trust and explained that he also intended to file a claim for $50,000 based upon an investment in the Placer Vineyards Loan. That claim was effectively disallowed as a duplicate claim.

6. Accordingly, the USACM Trust agrees to reinstate Kerner claim no. 10725-02288 as an unsecured non-priority claim in the amount of $50,000.00, based upon an investment in the Placer Vineyards Loan. The claim is subject to further objection.

LEWIS AND ROCA LLP

By  s/John Hinderaker

   Rob Charles NV (#6593)
   John Hinderaker (AZ 18024 pro hac vice)
   Attorneys for USACM Liquidating Trust

DATED: February 3, 2010

MELVIN W. KERNER
TRUSTEE OF THE
KERNER REVOCABLE
TRUST 3/16/81

By: s/ Melvin W. Kerner,
2012 Mesquite Ct.
Carlsbad, CA 92009-6883

DATED: February 3, 2010.

2

2103276.2