LE[...] LLP
3993 H[...]
Las Ve[...]
Facsim[...]
Teleph[...]

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

**Entered on Docket
February 08, 2010**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,[1]<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[2]<br><br>USA Securities, LLC,[3]<br>                             Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Order Approving Stipulation to Reinstate Proof of Claim Filed by Melvin W. Kerner, Trustee of the Kerner Revocable Trust as it Relates to Placer Vineyards Investment** |

_____

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007

1

2150941.1

1. The parties hereby stipulate and agree the Kerner claim no. 10725-02288 will be reinstated as an unsecured non-priority claim in the amount of $50,000.00 based upon an investment in the Placer Vineyards loan, subject to further objection at a later date

2. This order does not alter or amend the prior order of this Court [DE 6875] disallowing the portion of the claim related to Roam Development and allowing a $631.36 unsecured claim for unremitted principal.

RESPECTFULLY SUBMITTED:

LEWIS AND ROCA LLP

By  s/John Hinderaker
    Rob Charles NV (#6593)
    John Hinderaker (AZ 18024
    *pro hac vice*)
    Attorneys for USACM Liquidating Trust

DATED:  February 3, 2010

APPROVED AS TO FORM AND CONTENT:

MELVIN W. KERNER
TRUSTEE OF THE KERNER REVOCABLE TRUST 3/16/81

By  s/ Melvin W. Kerner,
2018 Mesquite Ct.,
Carlsbad, CA 92009-6883
DATED:  February 3, 2010.

2

2150941.1