MATTHEW Q. CALLISTER, ESQ.
Nevada Bar No. 001396
mqc@call-law.com
**CALLISTER + ASSOCIATES, LLC**
823 Las Vegas Blvd. South, Fifth Floor
Las Vegas, Nevada 89101
Telephone: (702) 385-3343
Fax: (702) 385-3343
*Attorney for Curtis Clark*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC, and<br><br>USA SECURITIES, LLC,<br><br>Debtors. | Case No. BK-S 06-10725-LBR<br>Case No. BK-S 06-10726-LBR (closed)<br>Case No. BK-S 06-10727-LBR<br>Case No. BK-S 06-10728-LBR (closed)<br>Case No. BK-S 06-10729-LBR (closed)<br><br>**CHAPTER 11**<br><br>Jointly Administered under Case No. BK-S-06-10725-LBR<br><br>**STATUS UPDATE OF CURTIS CLARK IN ACCORDANCE WITH COURT'S LIST OF CLASSES, TENDERED ON JANUARY 11, 2010** |

COMES NOW, CURTIS F. CLARK, creditor in the above-captioned Chapter 11 cases being jointly administered under Case No. BK-S-06-10725-LBR, by and through his attorney of record, Matthew Q. Callister, Esq., of the law firm of Callister + Associates, LLC, and hereby respectfully submits the following Status Update of Mr. Clark's compliance with this Court's List of Proposed Classes, as follows:

Mr. Clark has registered to take the Court-approved civil discourse class identified in this Court's Order of June 11, 2010, as:

C101CX1106 - "Communicate with Difficult People With Tact and Skill."

Mr. Clark has registered for this class. Proof of his registration is attached hereto as **Exhibit A**.

The class is being held on February 27, 2010 at 1:00 p.m. The class is three hours in duration, and concludes at 4:00 p.m.

Mr. Clark, by and through his counsel, will provide proof of completion of this class, when the same is available, as the Registrar for the UNLV Adult Outreach program has indicated that Mr. Clark will be mailed a certificate of completion for the class. Mr. Clark will also provide written notice from the instructor of the class certifying his attendance and will contain the contact information for the instructor.

DATED this 9th day of February, 2010.

          **CALLISTER + ASSOCIATES, LLC.**

By   /s/ Matthew Q. Callister, Esq.
      **MATTHEW Q. CALLISTER, ESQ.**
      Nevada Bar No. 001396
      823 Las Vegas Blvd. South, Fifth Floor
      Las Vegas, Nevada 89101
      *Attorney for Curtis Clark*

**CERTIFICATE OF SERVICE**

1. On February 9, 2010 I served the following document(s):

   **STATUS UPDATE OF CURTIS CLARK IN ACCORDANCE WITH COURT'S LIST OF CLASSES, TENDERED ON JANUARY 11, 2010**

2. I served the above-named document(s) by the following means to the persons as listed below:

   X   a.   ECF System as listed below:

   ROB CHARLES on behalf of Attorney LEWIS AND ROCA LLP
   rcharles@lrlaw.com, cjordan@lrlaw.com

   USTPRegion17.lv.ecf@usdoj.gov
   U.S. Trustee - LV - 11

   X   b.   United States Mail, first-class postage fully prepaid and addressed as follows:
   *(See Mailing Matrix attached hereto as Exhibit 1)*

   ☐   c.   Personal Service *(List persons and addresses)*
   I personally delivered the document(s) to the persons at these addresses:

   ☐   d.   By Direct email *(as opposed to through ECF System)*
   *(List persons and email addresses. Attach additional paper if necessary)*

   ☐   e.   By facsimile transmission *(List persons and fax numbers)*

   ☐   f.   By messenger *(List persons and address)*

   DATED:   February 9, 2010

   _____Nikki L. Ramsey_____     _/s/ Nikki L. Ramsey_
   An employee of
   CALLISTER + ASSOCIATES, LLC.

# EXHIBIT "1"

FIT Consulting, Inc.
2 North Central Ave., Ste. 1200
Phoenix, AZ 85004

LEWIS AND ROCA LLP
on behalf of Creditor Committee
Official Committee of Unsecured Creditors
For Usa Commercial Mortgage Company
3993 Howard Hughes Pkwy., #600
Las Vegas, NV 89169

Marvin C. Ruth on behalf of Plaintiff
USACM Liquidating Trust
LEWIS AND ROCA LLP
40 N. Central Ave., Ste. 1900
Phoenix, AZ 85004

August B. Landsis
300 Las Vegas Blvd. South, #4300
Las Vegas, NV 89101

# EXHIBIT "A"



**Educational Outreach**

February 1, 2010

CURTIS CLARK
1403 PUEBLO DR
BOULDER CITY, NV 89005

101CX1106 Communicate with Difficult People with Tact and Skill
02/27/10    - 02/27/10         1:00 PM to 4:00 PM
UNLV Paradise Campus (PAR) Rm 103B
851 E. Tropicana (southeast corner of Swenson and Tropicana)
Please note: course fee includes workbook

| | | |
|---|---|---|
| *Enrollment Fee:* | Registration Fee | $69.00 |

| Payments | | (VISA ) Receipt # C0130014 | $69.00 |
|---|---|---|---|
| | **TOTAL DUE:** $69.00 | **TOTAL PAID:** | $69.00 |
| | | **BALANCE DUE:** | $0.00 |

Division of Educational Outreach
4505 Maryland Parkway Box 451019 Las Vegas, Nevada 89154-1019
For questions, call (702) 895-3394 or FAX (702) 895-4195
http://edoutreach.unlv.edu

Aug 21 09 05:33a    Curtis Clark    (702) 293-7319    p.1