RECEIVED & FILED

#06-10725-lbr

'10 FEB 10 P1 :42

U.S. BANKRUPTCY COURT
MARY A. SCHOTT CLERK

February 8, 2010

Ms. Mary A. Schott
Clerk of the Bankruptcy Court
United States Bankruptcy Court
District of Nevada
<u>Foley Federal Building</u>
300 Las Vegas Boulevard South
Las Vegas, NV 89101

Re: USA Commercial Mortgage Company
    fka USA Capital

Dear Ms. Schott,

As the Independent Executor of the Estate of James C. Still, deceased, I previously wrote you on June 15, 2009 regarding Mr. Still's death. A copy of my letter to you is enclosed for your reference.

I will much appreciate your help on two matters:

  a.  Since Mr. Still was, I understand, out of all investment loans - through USA Capital - by January 1, 2008, I'm wondering why he continues to receive mailings of various "Notices," "Orders" and etc. from the court?

  b.  Because Mr. Still's widow no longer lives at the court's record address, if mailings must continue to be sent, would you now please be able to send them to my address show below and in the enclosed letter?

Thank you for any information you can give me. Should you need anything else from me I will be pleased to provide it.

Sincerely,

*Richard W. Phillips* (signature)

Richard W. Phillips
Independent Executor,
Estate of James C. Still, deceased
23 Gleneden Court
Conroe, TX 77384
Phone: 936-321-6215