RECEIVED & FILED

# C6-10725-16r

'10 FEB 10 P1 :42

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

June 15, 2009

Ms. Mary A. Schott
Clerk of the Bankruptcy Court
United States Bankruptcy Court
District of Nevada
Foley Federal Building
300 Las Vegas Boulevard South
Las Vegas, NV 89101

Re: USA Commercial Mortgage Company
    Fka USA Capital

Dear Ms. Schott,

Enclosed is photo copy of Letters Testamentary issued by Nueces County, Texas on February 11, 2009 showing my appointment as Independent Executor of the estate of JAMES C. STILL, Deceased. See also enclosed State of Texas Certificate of Death # 142-09-000728 together thereon with an amendment showing a corrected date-of- death for the decedent of 01/12/2009.

Before his death Mr. Still (who was previously married to my now deceased mother, Irene Still), resided at 25 Townhouse Ln., Corpus Christi, TX 78412-4264.

As the Independent Executor of Mr. Still's estate, his wife at the time of his death, Retha Still, has forwarded to me various mailings from the Bankruptcy Court and most recently from Lenard E. Schwartzer, all presumably relating to matters regarding referenced bankrupt entity and through whom, I understand, investments in loans had been made by Mr. Still. From conversations with Mr. Still, I believe he was "out" of all such loans before 2008, so I therefore presume there would be no further need for contact concerning bankruptcy matters. For your records, however, I wanted you to have my address:

        Richard W. Phillips
        Independent Executor of the
        Estate of James C. Still, deceased
        23 Gleneden Court,
        Conroe, TX 77384

Thank you.

        Sincerely,

        s) Richard W. Phillips

        Richard W. Phillips

Enclosures (2)