LEWIS
AND
ROCA
LLP
L A W Y E R S

E-filed on 2/11/10

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA Commercial Mortgage Company, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA Capital Realty Advisors, LLC,[1] | Case No. BK-S-06-10729-LBR |
| | CHAPTER 11 |
| USA Capital Diversified Trust Deed Fund, LLC, | |
| | Jointly Administered Under Case No. BK-S- |
| USA Capital First Trust Deed Fund, LLC,[2] | 06-10725 LBR |
| | |
| USA Securities, LLC,[3] | **NOTICE OF POSTING TO WEBSITE** |
| Debtors. | |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

The USACM Liquidating Trust ("USACM Trust"), posted the following document on the USACM Trust web site (http://usacmcucc.bmcgroup.com) maintained at BMC on February 10, 2010, which has remained on the website since that date:

---

[1] This bankruptcy case was closed on October 12, 2007.
[2] This bankruptcy case was closed on December 26, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2151679.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

| 2/9/2010 | DE 7955 | Quarterly Post Confirmation Report for Quarter Ending December 2009 |
|----------|---------|--------------------------------------------------------------------|

RESPECTFULLY SUBMITTED on February 11, 2010.

**LEWIS AND ROCA LLP**


By   /s/ RC (#006593)
Rob Charles
*Attorneys for USACM Liquidating Trust*

2151679.1