

Entered on Docket
February 12, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:    rcharles@lrlaw.com
          jhinderaker@lrlaw.com
          mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br><br>         Debtors. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED, IN WHOLE OR IN PART, UPON INVESTMENT IN ROAM DEVELOPMENT LOAN**<br><br>Hearing Date:    February  5, 2010<br>Hearing Time:    9:30 a.m. |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

1     The Court having considered the "Objection Of USACM Trust To Proofs Of Claim

2    Based, in Whole or in Part, Upon Investment In Roam Development Loan (the "Roam

3    Development Loan") [DE 7923] (the "Objection"); the Court having heard the Objection

4    on February 5, 2010; appropriate notice of the Objection having been given; no response

5    to the Objection having been filed; and good cause appearing:

6     **IT IS ORDERED** that:

7      1.    The Objection [DE 7923] is sustained; and

8      2.    The claims listed on **Exhibit** A attached are disallowed to the extent those

9    claims are based upon a Direct Lender investment in the Roam Development Loan

10   because the Direct Lenders were repaid in full on their investments in that Loan.

11     3.    The claims listed on Exhibit A are not affected by this order to the extent

12   they are based upon an investment in a different loan.

13   PREPARED AND RESPECTFULLY SUBMITTED BY:

14   **LEWIS AND ROCA LLP**

15

16   By   /s/ John Hinderaker (018024)
        Rob Charles

17        John Hinderaker (*pro hac vice*)
     3993 Howard Hughes Parkway, Ste. 600

18   Las Vegas, Nevada 89169-5996
     Telephone:  (702) 949-8320

19   Facsimile:  (702) 949-8321

20
   *Attorneys for USACM Liquidating Trust*

21

22

23

24

25

26

---

[3] This bankruptcy case was closed on December 21, 2007.

In accordance with Local Rule 9021, the undersigned certifies:

☐    The Court waived the requirements of LR 9021.

☐    No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: | |
|---|---|
| ☐  approved the form of this order | ☐    disapproved the form of this order |
| ☒  waived the right to review the order and/or | ☐    failed to respond to the document |
| Other Party: | |
| ☐  approved the form of this order | ☐    disapproved the form of this order |
| ☐  waived the right to review the order and/or | ☐    failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**

By:    /s/ JH  (#018024)
        Rob Charles
        John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

USACM TRUST                          MULTIPLE LOAN CLAIMS
PAID LOAN OBJECTIONS                 ROAM DEVELOPMENT

**Exhibit A**

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Roam Development Loan |
|-------|------|---------|--------------------|--------------------------------------------------------------------------------------------|
| **10725-01408** | Alexander Ind & As Trustees, Stanley & Florence | P.O. Box 95144 Longwood, FL 32779 | $          400,000.00 | $          23,000.00 |