**LEWIS AND ROCA LLP — LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 2/16/10

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| | Case No. BK-S-06-10726-LBR[1] |
| USA Commercial Mortgage Company; | Case No. BK-S-06-10727-LBR |
| USA Capital Realty Advisors, LLC;[1] | Case No. BK-S-06-10728-LBR[2] |
| USA Capital Diversified Trust Deed Fund, LLC; | Case No. BK-S-06-10729-LBR[3] |
| USA Capital First Trust Deed Fund, LLC;[2] | |
| USA Securities, LLC,[3] | CHAPTER 11 |
| Debtors. | |
| **Affects:** | Jointly Administered Under |
| ☐ All Debtors | Case No. BK-S-06-10725 LBR |
| ☒ USA Commercial Mortgage Company | |
| ☐ USA Capital Realty Advisors, LLC | **Supplemental Certificate of Mailing** |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | |
| ☐ USA Capital First Trust Deed Fund, LLC | Hearing: February 5, 2010 |
| ☐ USA Securities, LLC | Time: 9:30 a.m. |

1.   I, Marilyn Schoenike, a Certified Legal Assistant, with the law firm of Lewis and Roca LLP, counsel for USACM Liquidating Trust, declare that on January 7, 2010, I caused the following documents to be served by first class postage prepaid U.S. Mail:

- **Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in Gateway Stone Loan, (the "objection"), [DE 7888]; and**

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2155181.1



- **Notice of Hearing on Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in Gateway Stone Loan (the "notice"), [DE 7889]**

on Ronald M. and Patricia K. Addy, the claimants listed on Exhibit A to the objection and Notice at the following updated address received from claimants on October 9, 2009.

Ronald M. and Priscilla K. Addy
21675 Obsidian Ave.,
Bend, OR 97702.

    I declare the foregoing is true and correct.

DATED:  February 16, 2010        LEWIS AND ROCA LLP

        /s/ Marilyn Schoenike
        Marilyn Schoenike

2155181.1