**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 2/16/10

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>         Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**WITHDRAWAL OF USACM TRUST OBJECTION TO PROOFS OF CLAIM BASED UPON INVESTMENT IN THE ASHBY FINANCIAL COMPANY $7,200,000 LOAN AS IT RELATES TO CLAIM NO. 10725-01653 OF THE VOSS FAMILY TRUST CLAIM ONLY**<br><br>Date of Hearing: February 5, 2010<br>Time of Hearing: 9:30 a.m. |

The USACM Liquidating Trust ("USACM Trust") withdraws its Objection to Proofs of Claim Based, in Whole or in Part, Upon Investment in the Ashby Financial Company $7,200,000 Loan (the "Ashby Loan") (the "Objection") [DE 7932] as it relates

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 26, 2007.

2153195.1

LEWIS AND ROCA LLP
LAWYERS

to Proof of Claim No. 10725-01653 filed by the Voss Family Trust. On January 21, 2010, the Voss Family Trust filed a response to the Objection [DE 7940], which clarifies that the Voss Family Trust has "been paid back in full" for its investment in the Ashby Loan and, therefore, the Voss Family Trust's claim is not based to any extent upon an investment in the Ashby Loan. Accordingly, the USACM Trust will adjust its records and withdraw the Objection to the extent it relates to the Voss Family Trust's Claim.

Dated: February 16, 2010.

LEWIS AND ROCA LLP

By /s/ John Hinderaker (#18024)
   Rob Charles, NV 6593
   John C. Hinderaker, AZ 18024 (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8398
E-mail: rcharles@lrlaw.com
*Attorneys for the USACM Liquidating Trust*

COPY of the foregoing served via e-mail this 16th day of February, 2010 addressed to:

Voss Family Trust
Dated 10/4/ 99
Wolf D. and Claudia Voss, Trustees
14 Via Ambra
Newport Beach, CA 92657
cplusalii@cox.net

  /s/ Leilani Lista
Leilani Lista

2153195.1