

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

E-Filed on 2/16/10

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

USA Commercial Mortgage Company;
USA Capital Realty Advisors, LLC;[1]
USA Capital Diversified Trust Deed Fund, LLC;
USA Capital First Trust Deed Fund, LLC;[2]
USA Securities, LLC,[3]
                          Debtors.

**Affects:**

☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR[1]
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR[2]
Case No. BK-S-06-10729-LBR[3]

CHAPTER 11

Jointly Administered Under
Case No. BK-S-06-10725 LBR

**Supplemental Certificate of Mailing**

**Hearing:  February 5, 2010**
**Time:  9:30 a.m.**

1.      I, Marilyn Schoenike,  a Certified Legal Assistant, with the law firm of
Lewis and Roca LLP, counsel for USACM Liquidating Trust, declare that on January 7,
2010,  I caused the following documents to be served by first class postage prepaid U.S.
Mail:

- **Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in Glendale Tower Partners, LLC Loan (the "Objection"), [DE 7903]; and**

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2155708.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

- **Notice of Hearing on Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment  in Glendale Tower Partners, LLC Loan (the "Notice"), [DE 7904]**

on the claimants listed on  the Exhibit to the Objection and Notice at the following updated

address received from claimant as indicated

Daniel O. & Takeko Carlton Revoc.          Address change provided on 10/8/09
Trust,  Dated 4/30/97
6124 Kami Street
North Las Vegas, NV 89081

         I declare the foregoing is true and correct.

DATED:  February 16, 2010                         LEWIS AND ROCA LLP


                                                  /s/ Marilyn Schoenike
                                                  Marilyn Schoenike
                                                  Certified Legal Assistant

2155708.1