

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 2/16/10

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company;<br>USA Capital Realty Advisors, LLC;[1]<br>USA Capital Diversified Trust Deed Fund, LLC;<br>USA Capital First Trust Deed Fund, LLC;[2]<br>USA Securities, LLC,[3]<br>　　　　　　　　Debtors.<br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**Supplemental Certificate of Mailing**<br><br>Hearing: February 5, 2010<br>Time: 9:30 a.m. |

　　　　1.　　I, Marilyn Schoenike, a Certified Legal Assistant, with the law firm of Lewis and Roca LLP, counsel for USACM Liquidating Trust, declare that on January 7, 2010, I caused the following documents to be served by first class postage prepaid U.S. Mail:

- **Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in Riviera Homes For America Holding Loan (the "Objection"), [DE 7901]; and**

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2155227.1



- **Notice of Hearing on Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in Riviera Homes For America Holding Loan (the "Notice"), [DE 7902]**

on the claimants listed on the Exhibit to the Objection and Notice at the following updated address received from claimants as indicated

| | |
|---|---|
| Alexander Ind., & as Trustees, Stanley & Florence P.O. Box 95144 Longwood, FL 32779 | Mailed to updated address received 3/10/08 |
| Cielen, James 2880 Bicentennial Pkwy. Suite 100-223 Henderson, NV 89044 | Mailed to updated address received 2/29/082 |

Robert LePome, the original attorney for the claimants, filed a Notice of Withdrawal as counsel on June 12, 2007, and filed a request to discontinue notice [DE 4174].

    I declare the foregoing is true and correct.

DATED: February 16, 2010                      LEWIS AND ROCA LLP

                                                   /s/ Marilyn Schoenike
                                                   Marilyn Schoenike
                                                   Certified Legal Assistant

2155227.1