LEWIS
AND
ROCA
LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 2/16/10

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR[1] |
| USA Commercial Mortgage Company; | Case No. BK-S-06-10727-LBR |
| USA Capital Realty Advisors, LLC;[1] | Case No. BK-S-06-10728-LBR[2] |
| USA Capital Diversified Trust Deed Fund, LLC; | Case No. BK-S-06-10729-LBR[3] |
| USA Capital First Trust Deed Fund, LLC;[2] | |
| USA Securities, LLC,[3] | CHAPTER 11 |
| Debtors. | |
| **Affects:** | Jointly Administered Under |
| ☐ All Debtors | Case No. BK-S-06-10725 LBR |
| ☒ USA Commercial Mortgage Company | |
| ☐ USA Capital Realty Advisors, LLC | **Supplemental Certificate of Mailing** |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | |
| ☐ USA Capital First Trust Deed Fund, LLC | **Hearing:  February 5, 2010** |
| ☐ USA Securities, LLC | **Time:  9:30 a.m.** |

1.      I, Marilyn Schoenike,  a Certified Legal Assistant, with the law firm of Lewis and Roca LLP, counsel for USACM Liquidating Trust, declare that on January 7, 2010,  I caused the following documents to be served by first class postage prepaid U.S. Mail:

- **Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in Hasley Canyon Loan, (the "Objection"), [DE 7895]; and**

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

- **Notice of Hearing on Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in Hasley Canyon Loan (the "Notice"), [DE 7896]**

on the claimants listed on Exhibit A to the Objection and Notice at the following addresses listed on the proofs of claim or on an updated address received from claimants as indicated:

| | |
|---|---|
| Alexander Ind & As Trustees, Stanley & Florence - P.O. Box 95144 Longwood, FL 32779 | Mailed to updated address received on 3/10/08 |
| Cielen, James 2880 Bicentennial Pkwy, Suite 100-223 Henderson, NV 89044 | Mailed to updated address received on 2/29/08 |
| Donna M. Cangelosi 5860 Lausanne Dr. Reno, NV 89511-5034 | |

I declare the foregoing is true and correct.

DATED:  February 16, 2010               LEWIS AND ROCA LLP


                                        /s/ Marilyn Schoenike
                                        Marilyn Schoenike

2155204.1