**LEWIS AND ROCA LLP LAWYERS**

E-Filed on 2/16/10

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
Marvin Ruth NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                                    Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF CONTINUED HEARING REGARDING OBJECTION OF USACM TRUST TO PROOF OF CLAIM BASED, IN WHOLE OR IN PART, UPON INVESTMENT IN STANDARD PROPERTY DEVELOPMENT, LLC LOAN WITH CERTIFICATE OF SERVICE**<br><br>Date of Hearing: March 17, 2010<br>Time of Hearing: 9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2154108.1

**NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust filed its Objection of USACM Trust to Proofs of Claim Based, In Whole or in Part, Upon Investment in the Standard Property Development, LLC Loan[DE 7905] (the "Objection"). The objection came before the Court for hearing on February 5, 2010. The information regarding the claim number is attached as Exhibit A

**NOTICE IS GIVEN** that the continued hearing on the Objection will be held before the Honorable Linda B. Riegle, United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 1, Las Vegas, Nevada, on **March 17, 2010 at the hour of 9:30 a.m.**

Dated:  February 16, 2010.

                LEWIS AND ROCA LLP

                By /s/ John Hinderaker (#18024)
                   Rob Charles, NV 6593
                   John C. Hinderaker, AZ 18024 (*pro hac vice*)
                3993 Howard Hughes Parkway, Suite 600
                Las Vegas, Nevada  89169
                Telephone:  (702) 949-8320
                Facsimile:   (702) 949-8398
                E-mail:  mruth@lrlaw.com
                *Attorneys for the USACM Liquidating Trust*

Copy of the foregoing and pertinent portion of Exhibit A mailed by first class postage prepaid U.S. Mail on February 16, 2010 at the following updated address received:

Premiere Holdings, Inc.
10120 W. Flamingo, Suite 4-12
Las Vegas, Nevada 89147


/s/ Leilani Lista
Leilani Lista
**LEWIS AND ROCA LLP**

USACM TRUST  MULTIPLE LOAN CLAIMS
PAID LOAN OBJECTIONS  STANDARD PROPERTY DEVELOPMENT

**Exhibit A**

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Standard Property Loan |
|---|---|---|---|---|
| **10725-01277** | Premiere Holdings Inc Defined Benefit Pen Plan & T | 10120 W. Flamingo Suite 4-12 Las Vegas, Nevada 89147 | $ 380,000.00 | $ 50,000.00 |

2154108.1