

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 2/16/10

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re:

USA Commercial Mortgage Company;
USA Capital Realty Advisors, LLC;[1]
USA Capital Diversified Trust Deed Fund, LLC;
USA Capital First Trust Deed Fund, LLC;[2]
USA Securities, LLC,[3]
            Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR[1]
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR[2]
Case No. BK-S-06-10729-LBR[3]

CHAPTER 11

Jointly Administered Under
Case No. BK-S-06-10725 LBR

**Supplemental Certificate of Mailing**

Hearing:  February 5, 2010
Time:  9:30 a.m.

1.    I, Marilyn Schoenike, a Certified Legal Assistant, with the law firm of Lewis and Roca LLP, counsel for USACM Liquidating Trust, declare that on January 7, 2010, I caused the following documents to be served by first class postage prepaid U.S. Mail:

- **Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in Palm springs Marquis Hotel Loan, (the "Objection"), [DE 7917]; and**

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2156552.1



- **Notice of Hearing on Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in Palm Springs Marquis Hotel Loan (the "Notice"), [DE 7918]**

on the claimants listed on Exhibit A to the Objection and Notice at the following addresses listed on the proofs of claim or on an updated address received from claimants as indicated:

| | |
|---|---|
| Alexander Ind & As Trustees, Stanley & Florence - P.O. Box 95144 Longwood, FL 32779 | Mailed to updated address received on 3/10/08 |
| Cielen, James 2880 Bicentennial Pkwy, Suite 100-223 Henderson, NV 89044 | Mailed to updated address received on 2/29/08 |

I declare the foregoing is true and correct.

DATED: February 16, 2010        LEWIS AND ROCA LLP

/s/ Marilyn Schoenike
Marilyn Schoenike

2156552.1