

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email:  RCharles@LRLaw.com
John Hinderaker AZ State Bar No. 018024
Email:  JHinderaker@LRLaw.com
Marvin C. Ruth, State Bar No. 024220
Email:  MRuth@LRLaw.com
*Attorneys for USACM Liquidating Trust*

E-Filed on 2/17/10

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

USA Commercial Mortgage Company,
USA Capital Realty Advisors, LLC,[1]
USA Capital Diversified Trust Deed Fund, LLC,
USA Capital First Trust Deed Fund, LLC,[2]
USA Securities, LLC,[3]
　　　　　　　　　　Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR[1]
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR[2]
Case No. BK-S-06-10729-LBR[3]

CHAPTER 11

Jointly Administered Under
Case No. BK-S-06-10725 LBR

**AMENDED CERTIFICATE OF SERVICE**

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2123009.1

**LEWIS AND ROCA LLP LAWYERS**

I, Leilani Lista, an employee of Lewis and Roca LLP, served the following document:

- **NOTICE OF CONTINUED HEARING REGARDING OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED, IN WHOLE OR IN PART, UPON INVESTMENT IN I-40 GATEWAY WEST LOAN WITH CERTIFICATE OF SERVICE - PREMIERE HOLDING, INC. ONLY** [DE 7979]

by first class, postage pre-paid, U.S. mail on February 16, 2010 to:

> Premiere Holdings, Inc.
> 10120 W. Flamingo, Suite 4-12
> Las Vegas, Nevada 89147

Dated: February 17, 2010

/s/Leilani Lista
Leilani Lista
**LEWIS AND ROCA LLP**

2

2123009.1