**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 2/18/10

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,[1]<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[2]<br><br>USA Securities, LLC,[3]<br>         Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Notice of Entry of Order Sustaining Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in I-40 Gateway West Loan (Except as to Premiere Holdings Inc.'s Proof of Claim)** |

   **PLEASE TAKE NOTICE** that an Order Sustaining Objection of USACM Trust to

Proofs of Claim Based**,** in Whole or in Part, Upon Investment in I-40 Gateway West Loan

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 26, 2007.

265282.1

LEWIS AND ROCA LLP
LAWYERS

(Except as to Premiere Holdings Inc.'s Proof of Claim) [DE 7983] was entered on February 17, 2010, a true and correct copy of which is attached hereto as Exhibit 1.

RESPECTFULLY SUBMITTED February 18, 2010.

**LEWIS AND ROCA LLP**

By  s/ John Hinderaker (18024)
   Rob Charles
   John Hinderaker (*pro hac vice*)
   *Attorneys for USACM Liquidating Trust*

PROOF OF SERVICE

Copy of the foregoing and the pertinent portion of Exhibit 1 to the attached order mailed by U.S. Mail, first class postage prepaid, on February 18, 2010 and to:

Premiere Holdings Inc.
10120 West Flamingo, Suite 4-12
Las Vegas, NV  89147

 s/ Renee L. Creswell
Renee L. Creswell
Lewis and Roca

2

265282.1