# LEWIS
## AND
# ROCA
### LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona 85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 2/18/10

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

USA Commercial Mortgage Company,

USA Capital Realty Advisors, LLC,[1]

USA Capital Diversified Trust Deed Fund, LLC,

USA Capital First Trust Deed Fund, LLC,[2]

USA Securities, LLC,[3]

Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR[1]
Case No. BK-S-06-10726-LBR[1]
Case No. BK-S-06-10727-LBR[1]
Case No. BK-S-06-10728-LBR[2]
Case No. BK-S-06-10729-LBR[3]

CHAPTER 11

Jointly Administered Under Case No.
BK-S-06-10725 LBR

**Notice of Entry of Order Sustaining Objection of USACM Trust to Proofs of Claim Based Upon Investment in Preserve at Galleria Loan**

**PLEASE TAKE NOTICE** that an Order Sustaining Objection of USACM Trust to Proofs of Claim Based Upon Investment in Preserve at Galleria Loan [DE 7984] was

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 26, 2007.

265280.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

1

2

entered on February 17, 2010, a true and correct copy of which is attached hereto as

Exhibit 1.

3

    RESPECTFULLY SUBMITTED February 18, 2010.

4

                            **LEWIS AND ROCA LLP**

5

6

                    By    s/ John Hinderaker (18024)

7

                            Rob Charles

                            John Hinderaker (*pro hac vice*)

8

                            *Attorneys for USACM Liquidating Trust*

9

PROOF OF SERVICE

10

Copy of the foregoing and the pertinent

11

portion of Exhibit 1 to the attached

order mailed by U.S. Mail, first class

12

postage prepaid, on February 18, 2010.

13

    s/ Renee L. Creswell

14

Renee L. Creswell

Lewis and Roca

15

16

17

18

19

20

21

22

23

24

25

26

2

265280.1