LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona  85004-4429
Facsimile (602) 734-3824
Telephone (602) 262-5756

Rob Charles NV State Bar No. 006593
Email:  rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 2/18/10

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR[1] |
| | Case No. BK-S-06-10726-LBR[1] |
| USA Commercial Mortgage Company, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[2] |
| USA Capital Realty Advisors, LLC,[1] | Case No. BK-S-06-10729-LBR[3] |
| USA Capital Diversified Trust Deed Fund, LLC, | CHAPTER 11 |
| USA Capital First Trust Deed Fund, LLC,[2] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA Securities, LLC,[3] | **Notice of Entry of Order Sustaining Objection of USACM Trust to Proofs of Claim Based Upon Investment in Roam Development Loan** |
| Debtors. | |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

**PLEASE TAKE NOTICE** that an Order Sustaining Objection of USACM Trust to Proofs of Claim Based Upon Investment in Roam Development Loan [DE 7985] was

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 26, 2007.

265278.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

1  entered on February 17, 2010, a true and correct copy of which is attached hereto as

2  Exhibit 1.

3          RESPECTFULLY SUBMITTED February 18, 2010.

4                                          **LEWIS AND ROCA LLP**

5

6                              By __s/ John Hinderaker (18024)_____

7                                    Rob Charles
                                     John Hinderaker (*pro hac vice*)
8                                    *Attorneys for USACM Liquidating Trust*

9

10  PROOF OF SERVICE

11  Copy of the foregoing and the pertinent
    portion of Exhibit 1 to the attached
12  order mailed by U.S. Mail, first class
    postage prepaid, on February 18, 2010.
13
    __s/ Renee L. Creswell_____
14  Renee L. Creswell
    Lewis and Roca
15

16

17

18

19

20

21

22

23

24

25

26