

**Entered on Docket
February 12, 2010**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>            Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED, IN WHOLE OR IN PART, UPON INVESTMENT IN LCG GILROY LLC LOAN**<br><br>Hearing Date:   February 5, 2010<br>Hearing Time:   9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

**Exhibit A**

2151159_1.DOC

1    The Court having considered the "Objection of USACM Trust to Proofs of Claim,
2 Based, in Whole or in Part, Upon the Investment in LCG Gilroy LLC Loan" (the
3 "Gilroy Loan"), [DE 7886] (the "Objection"); the Court having heard the Objection on
4 February 5, 2010; appropriate notice of the Objection having been given; no response to
5 the Objection having been filed; and good cause appearing:

6    **IT IS ORDERED** that:

7    1.    The Objection [DE 7886] is sustained; and

8    2.    The claims listed on **Exhibit A** attached are disallowed to the extent those
9 claims are based upon a Direct Lender investment in the Gilroy Loan because the Direct
10 Lenders were paid in full on the Gilroy Loan.

11    3.    The claims listed on **Exhibit A** are unaffected by this order to the extent they
12 are based upon an investment in a different loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By    /s/ John Hinderaker (018024)
        Rob Charles
        John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321

*Attorneys for USACM Liquidating Trust*

2

2151159_1.DOC

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**

By: /s/ JH  (#018024)
    Rob Charles
    John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

3

2151159_1.DOC

USACM TRUST  MULTIPLE LOAN CLAIMS
PAID LOAN OBJECTIONS  GILROY LOAN

**Exhibit A**

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Gilroy Loan |
|---|---|---|---|---|
| 10725-00076 | Quinn, Edward & Darlene | 660 Nw Brookhaven Dr Lee`s Summit, MO  64081 | $ 156,388.48 | Unknown |
| 10725-00080 | Quinn, Edward & Darlene | 660 Nw Brookhaven Dr Lee`s Summit, MO  64081 | $ 156,388.48 | $ 75,956.63 |
| 10725-00637 | Polacheck Jeweler`S Employee Psp Dtd 2/20/73 | Stephen Polacheck Trustee 4719 Commons Way Ste E Calabasas, CA  91302 | $ 110,000.00 | Unknown |
| 10725-01043 | Ulm Ira, Robert W | Pensco Trust Co Inc FBO 414 Morning Glory Rd St Marys, GA  31558 | Contingent | $ 50,000.00 |

2151159_1.DOC