

**Entered on Docket**
**February 12, 2010**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:    rcharles@lrlaw.com
            jhinderaker@lrlaw.com
            mruth@lrlaw.com

_Attorneys for USACM Liquidating Trust_

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br><div align=right>Debtors.</div> | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED UPON INVESTMENT IN GLENDALE TOWER PARTNERS, LLC LOAN**<br><br>Hearing Date:    February  5, 2010<br>Hearing Time:    9:30 a.m. |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

**Exhibit A**

The Court having considered the "Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in Glendale Tower Partners, LLC Loan" (the "Glendale Tower Partners Loan") [DE 7897] (the "Objection"); the Court having heard the Objection on February 5, 2010; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing;

**IT IS ORDERED** that:

1.      The Objection [DE 7897] is sustained; and

2.      The claims listed on **Exhibit** A attached are disallowed in the amounts shown to the extent those claims are based upon individual investors' investment in the Glendale Tower Partners Loan because the individual investors were paid in full on their investments in the Glendale Tower Partners Loan.

3.      The claims listed on Exhibit A are not affected by this order to the extent they are based upon an investment in another loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**


By    /s/ John Hinderaker (018024)
        Rob Charles
        John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321

*Attorneys for USACM Liquidating Trust*

2

2151441_1.DOC

Case 06-10725-lbr    Doc 7986   Entered 02/19/10 13:08:21   Page 3 of 4

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

### ###

Submitted by:

**LEWIS AND ROCA LLP**

By:____/s/ JH  (#018024)_____
        Rob Charles
        John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

2151441_1.DOC

USACM TRUST
PAID LOAN OBJECTIONS          GLENDALE TOWER PARTNERS LOAN

**Exhibit A**

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Glendale Tower Loan |
|---|---|---|---|---|
| **10725-01716-2** | Donna M Cangelosi Family Trust | C/O Donna M Cangelosi Trustee 5860 Lausanne Dr Reno NV  89511-5034 | $        768,560.86 | $        50,000.00 |
| **10725-01955** | Small Family Trust | Richard & Jacquelind Small Ttees 4801 Calle Santa Cruze Prescott Valley, AZ  86314 | $        703,134.00 | $        60,000.00 |

2151441_1.DOC