LEWIS
AND
ROCA
LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

Attorneys for USACM Liquidating Trust
*Attorneys for USACM Liquidating Trust*

E-Filed on 2/19/10

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR[1] |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[2] |
| USA CAPITAL REALTY ADVISORS, LLC,[1] | Case No. BK-S-06-10729-LBR[3] |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,[2] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC,[3] | **NOTICE OF ENTRY OF ORDER** |
| Debtors. | **SUSTAINING OBJECTION OF USACM** |

**Affects:**

☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

**NOTICE OF ENTRY OF ORDER SUSTAINING OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED, IN WHOLE OR IN PART, UPON INVESTMENT IN THE HOMES FOR AMERICA HOLDING, LLC - RIVIERA 2ND DEED OF TRUST LOAN**

Hearing Date:     February  5, 2010
Hearing Time:     9:30 a.m.

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2157354_1.DOC

**PLEASE TAKE NOTICE** that an Order Sustaining Objection Of USACM Trust To Proofs Of Claim Based, In Whole Or In Part, Upon Investment In The Homes For America Holding, LLC - Riviera 2nd Deed Of Trust Loan [DE 7971] was entered on the 8th day of February, 2010, a true and correct copy of which is attached hereto as Exhibit A.

RESPECTFULLY SUBMITTED February 19, 2010.

LEWIS AND ROCA LLP

By      /s/ John Hinderaker  (#018024)
        Rob Charles
        John Hinderaker (pro hac vice)
        Marvin Ruth
        *Attorneys for USACM Liquidating Trust*

Copy of the foregoing mailed by first class postage prepaid U.S. Mail on February 19, 2010 to:

Donna M Cangelosi Family Trust
C/O Donna M Cangelosi Trustee
5860 Lausanne Dr
Reno, NV  89511-5034

/s/ Leilani Lista
Leilani Lista
Lewis and Roca LLP

2157354_1.DOC