**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 2/19/10

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,[1]<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[2]<br><br>USA Securities, LLC,[3]<br>　　　　　　　　　　　　Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Notice of Entry of Order Approving Stipulation to Reinstate Proof of Claim Filed by Melvin W. Kerner, Trustee of the Kerner Revocable Trust as it Relates to Placer Vineyards Investment** |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007

1

2157266.1

**PLEASE TAKE NOTICE** that an Order Approving Stipulation to Reinstate Proof of Claim Filed by Melvin W. Kerner, Trustee of the Kerner Revocable Trust as it Relates to Placer Vineyards Investment [DE 7954] was entered on the 8th day of February, 2010, a true and correct copy of which is attached hereto as Exhibit A.

RESPECTFULLY SUBMITTED February 19, 2010.

LEWIS AND ROCA LLP

By    /s/ John Hinderaker  (#018024)
       Rob Charles
       John Hinderaker (pro hac vice)
       Marvin Ruth
       *Attorneys for USACM Liquidating Trust*

Copy of the foregoing mailed by first class postage prepaid U.S. Mail on February 19, 2010 to:

Melvin W. Kerner
2012 Mesquite Ct..
Carlsbad, CA 92009-6883


/s/ Leilani Lista
Leilani Lista
Lewis and Roca LLP

2157266.1