1  Robert Ulm
   Name
2  414 Morning Glory Road
   Address
3  St Marys, GA

5  912-673-6020   Pro Se
   Phone #         Bar Code #

RECEIVED & FILED

'10 FEB 22 ?2:23

U.S. BANKRUPTCY COURT
MARY A. SCHOTT CLERK

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE USA Commercial Mortgage Company

Debtor.

BK 06-10725-lbr

CHAPTER 11

**REQUEST FOR SPECIAL NOTICE**

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR, THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTES OF INTEREST.

I request that all notices given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following address and telephone number:

(Please print)

Robert W. Ulm

414 Morning Glory Road

St. Marys, GA 31558

DATED: 2/17/10

_____
Signature

word/forms/Intake/ReqSpNtc                    12/03

## Exhibit "A"

### List of Limited Liability Companies

1. Capital Land Investors, LLC, a California limited liability company

2. Ashby USA, LLC, a California limited liability company

3. Placer County Land Investors. LLC, a California limited liability company (f/k/a Placer County Land Speculators, LLC)

4. Oak Mesa Investors, LLC, a California limited liability company

5. HMA Sales LLC, a Nevada limited liability company

6. Tanamera Properties, LLC

7. Random Developments, LLC, a California limited liability company

8. Buffalo Land Developments, LLC, a California limited liability company

878193.01

13