

E-Filed on 2/23/10

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,[1]<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[2]<br><br>USA Securities, LLC,[3]<br>　　　　　　　　　　　　　　Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER SUSTAINING OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED UPON INVESTMENT IN I-40 GATEWAY WEST , LLC 2ND LOAN** |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007

2158020.1



**PLEASE TAKE NOTICE** that an Order Sustaining Objection of USACM Trust to Proofs of Claim Based Upon Investment in I-40 Gateway West, LLC 2nd Loan [DE 7982] was entered on the 17th day of February, 2010, a true and correct copy of which is attached hereto as Exhibit A.

RESPECTFULLY SUBMITTED February 23, 2010.

LEWIS AND ROCA LLP

By  /s/ John Hinderaker  (#018024)
    Rob Charles
    John Hinderaker (pro hac vice)
    Marvin Ruth
    *Attorneys for USACM Liquidating Trust*

Copy of the foregoing and pertinent
portion of Exhibit A to the Order mailed
by first class postage prepaid U.S. Mail
on February 23, 2010 to all the parties
listed on Exhibit A to the Order attached.


/s/ Leilani Lista
Leilani Lista
Lewis and Roca LLP

2

2158020.1