

Entered on Docket
February 17, 2010

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
           jhinderaker@lrlaw.com
           mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR[1] |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[2] |
| USA CAPITAL REALTY ADVISORS, LLC,[1] | Case No. BK-S-06-10729-LBR[3] |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| | Jointly Administered Under |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,[2] | Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC,[3] | **ORDER SUSTAINING OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED UPON INVESTMENT IN I-40 GATEWAY WEST, LLC 2ND LOAN** |
| Debtors. | |
| **Affects:** | |
| ☐ All Debtors | Hearing Date: February 5, 2010 |
| ☒ USA Commercial Mortgage Company | Hearing Time: 9:30 a.m. |
| ☐ USA Capital Realty Advisors, LLC | |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | |
| ☐ USA Capital First Trust Deed Fund, LLC | |
| ☐ USA Securities, LLC | |

**Exhibit A**

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2153654_1.DOC

The Court having considered the "Objection of USACM Trust to Proofs of Claim, Based Upon Investment in I-40 Gateway West, LLC 2nd Loan (the "I-40 Gateway West 2nd Loan").[DE 7911] (the "Objection"); the Court having heard the Objection on February 5, 2010; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 7911] is sustained; and

2. The claims listed on **Exhibit** A attached are disallowed in the amounts shown to the extent those claims are based upon individual investors' investment in the I-40 Gateway West 2nd Loan because the individual investors were paid in full on their investments in the I-40 Gateway West 2nd Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**


By    /s/ John Hinderaker (018024)
      Rob Charles
      John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321

*Attorneys for USACM Liquidating Trust*

2

2153654_1.DOC

| | |
|---|---|
| 1 | In accordance with Local Rule 9021, the undersigned certifies: |
| 2 | ☐ The Court waived the requirements of LR 9021. |
| 3 | ☐ No parties appeared or filed written objections, and there is no trustee appointed in this case. |
| 5 | ☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document): |

| U.S. Trustee: | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**


By:  /s/ JH  (#018024)
         Rob Charles
         John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

3

USACM TRUST  SINGLE LOAN CLAIMS
PAID LOAN OBJECTIONS  I-40 GATEWAY WEST 2ND

**Exhibit A**

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the I-40 Gateway West 2nd Loan |
|---|---|---|---|---|
| **10725-00864** | Charlotte Snopko Residual Trust Dtd 8/31/04 | Frank Snopko Ttee Stephen R Harris Esq Belding Harris & Petroni Ltd 417 W Plumb Lane Reno, NV 89509 | $ 2,500.00 | $ 2,500.00 |

2153654_1.DOC