#06-10725

Judith Robinson, M.A., MFT
10830 E. Oak Creek Valley Dr.
Cornville, AZ 86325
(928) 634-7048
22 February 2010

FILED     RECEIVED
ENTERED   SERVED ON
COUNSEL/PARTIES OF RECORD

2010 FEB 25  A 11: 03

US DISTRICT COURT
DISTRICT OF NEVADA

BY_____ DEPUTY

RE: In the Matter of: USA Commercial Mortgage Company Court
Case No. BK-S3284-RCJ
US Court of Appeals & US Bankruptcy Court for the District of Nevada, Las Vegas,
And all other jurisdictions that are involved in this case.

To All It May Concern:

Please! take me off your mailing list. The amount of paper this generates is unnecessary, and the postage prohibitive. I was placed there without my knowledge and do not want to receive any further documents, cause any further expense or frivolous use of paper.

Thank you very much.

Sincerely,

Judith Robinson