# LEWIS
### AND
# ROCA
—— LLP ——
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com
Marvin Ruth (NV State Bar No. 10979)
Email:  mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 3/8/10

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR[1] |
| USA Commercial Mortgage Company, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[2] |
| USA Capital Realty Advisors, LLC,[1] | Case No. BK-S-06-10729-LBR[3] |
| USA Capital Diversified Trust Deed Fund, LLC, | CHAPTER 11 |
| USA Capital First Trust Deed Fund, LLC,[2] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA Securities, LLC,[3] | **NOTICE OF ENTRY OF ORDER SUSTAINING OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED, IN WHOLE OR IN PART, UPON INVESTMENT IN RIVIERIA HOMES FOR AMERICA HOLDING LOAN** |
| Debtors. | |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007

2163680.1



**PLEASE TAKE NOTICE** that an Order Sustaining Objection of USACM Trust to

Proofs of Claim Based, In Whole Or In Part, Upon Investment In Riveria Homes For

America Holding Loan [DE 8003] was entered on the 22nd day of February, 2010, a true

and correct copy of which is attached hereto as Exhibit A.

RESPECTFULLY SUBMITTED March 8, 2010.

LEWIS AND ROCA LLP


By    /s/ John Hinderaker  (#018024)
      Rob Charles
      John Hinderaker (pro hac vice)
      Marvin Ruth
      *Attorneys for USACM Liquidating Trust*

Copy of the foregoing and pertinent
portion of Exhibit A to the Order mailed
by first class postage prepaid U.S. Mail
on March 8, 2010 to all the parties listed
on Exhibit A to the Order attached.


/s/ Jennifer Cook
Jennifer Cook
Lewis and Roca LLP

2

2163680.1

# EXHIBIT A



**Entered on Docket
February 22, 2010**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR[1] |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[2] |
| USA CAPITAL REALTY ADVISORS, LLC,[1] | Case No. BK-S-06-10729-LBR[3] |
| | |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| | Jointly Administered Under |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,[2] | Case No. BK-S-06-10725 LBR |
| | |
| USA SECURITIES, LLC,[3] | **ORDER SUSTAINING OBJECTION OF** |
| Debtors. | **USACM TRUST TO PROOFS OF CLAIM** |
| | **BASED, IN WHOLE OR IN PART, UPON** |
| **Affects:** | **INVESTMENT IN RIVIERA HOMES** |
| ☐ All Debtors | **FOR AMERICA HOLDING LOAN** |
| ☒ USA Commercial Mortgage Company | |
| ☐ USA Capital Realty Advisors, LLC | Hearing Date:   February 5, 2010 |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | Hearing Time:   9:30 a.m. |
| ☐ USA Capital First Trust Deed Fund, LLC | |
| ☐ USA Securities, LLC | |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2151541_1.DOC

Case 06-10725-lbr    Doc 8003    Entered 02/22/10 07:19:42    Page 2 of 4

1   The Court having considered the "Objection of USACM Trust to Proofs of Claim

2   Based, in Whole or in Part, Upon Investment in the Riviera Homes for America Holding

3   Loan " (the "HFA Riviera Loan") [DE 7901] (the "Objection"); the Court having heard the

4   Objection on February 5, 2010; appropriate notice of the Objection having been given; no

5   response to the Objection having been filed; and good cause appearing:

6       **IT IS ORDERED** that:

7       1.    The Objection [DE 7901] is sustained; and

8       2.    The claims listed on **Exhibit** A attached are disallowed to the extent those

9   claims are based upon a Direct Lender investment in the HFA Riviera Loan because the

10  Direct Lenders were repaid in full on their investments in that Loan.

11      3.    The claims listed on Exhibit A are not affected by this order to the extent

12  they are based upon an investment in a different loan.

13  PREPARED AND RESPECTFULLY SUBMITTED BY:

14  **LEWIS AND ROCA LLP**

15

16  By____/s/ John Hinderaker (018024)_____
        Rob Charles
17      John Hinderaker (*pro hac vice*)
    3993 Howard Hughes Parkway, Ste. 600
18  Las Vegas, Nevada 89169-5996
    Telephone:  (702) 949-8320
19  Facsimile:  (702) 949-8321

20  *Attorneys for USACM Liquidating Trust*

21

22

23

24

25

26

2

2151541_1.DOC

In accordance with Local Rule 9021, the undersigned certifies:

☐    The Court waived the requirements of LR 9021.

☐    No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: | |
|---|---|
| ☐    approved the form of this order | ☐    disapproved the form of this order |
| ☒    waived the right to review the order and/or | ☐    failed to respond to the document |
| Other Party: | |
| ☐    approved the form of this order | ☐    disapproved the form of this order |
| ☐    waived the right to review the order and/or | ☐    failed to respond to the document |

### 

Submitted by:

**LEWIS AND ROCA LLP**


By:    /s/ JH  (#018024)
        Rob Charles
        John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

3

2151541_1.DOC

USACM TRUST                         MULTIPLE LOAN CLAIMS
PAID LOAN OBJECTIONS                HFA - RIVIERA

**Exhibit A**

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFA - Riviera Loan |
|---|---|---|---|---|
| **10725-01408** | Alexander Ind & As Trustees, Stanley & Florence | P.O. Box 95144 Longwood, FL 32779 | $ 400,000.00 | $ 22,500.00 |
| **10725-01579** | Cielen, James | 2880 Bicentennial Pkwy Ste 100-223 Henderson, NV 89044 | $ 43,750.00 | $ 6,250.00 |

2151541_1.DOC