MATTHEW Q. CALLISTER, ESQ.
Nevada Bar No. 001396
mqc@call-law.com
**CALLISTER + ASSOCIATES, LLC**
823 Las Vegas Blvd. South, Fifth Floor
Las Vegas, Nevada 89101
Telephone: (702) 385-3343
Fax: (702) 385-3343
*Attorney for Curtis Clark*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC, and<br><br>USA SECURITIES, LLC,<br><br>Debtors. | Case No. BK-S 06-10725-LBR<br>Case No. BK-S 06-10726-LBR (closed)<br>Case No. BK-S 06-10727-LBR<br>Case No. BK-S 06-10728-LBR (closed)<br>Case No. BK-S 06-10729-LBR (closed)<br><br>**CHAPTER 11**<br><br>Jointly Administered under Case No. BK-S-06-10725-LBR<br><br>**SECOND STATUS UPDATE OF CURTIS CLARK IN ACCORDANCE WITH COURT'S LIST OF CLASSES, TENDERED ON JANUARY 11, 2010** |

COMES NOW, CURTIS F. CLARK, creditor in the above-captioned Chapter 11 cases being jointly administered under Case No. BK-S-06-10725-LBR, by and through his attorney of record, Matthew Q. Callister, Esq., of the law firm of Callister + Associates, LLC, and hereby respectfully submits the following Status Update of Mr. Clark's compliance with this Court's List of Proposed Classes, as follows:

Please find attached hereto as Exhibit "A" the certificate of Attendance in regards to the Education Outreaches class "Communicate with Difficult People with Tact and Skill", on February 27, 2010.

The attached exhibit also contains the contact information for the instructor.

DATED this 9th day of March, 2010.

        **CALLISTER + ASSOCIATES, LLC.**

By  /s/ Matthew Q. Callister, Esq.
    **MATTHEW Q. CALLISTER, ESQ.**
    Nevada Bar No. 001396
    823 Las Vegas Blvd. South, Fifth Floor
    Las Vegas, Nevada 89101
    *Attorney for Curtis Clark*

# CERTIFICATE OF SERVICE

1. On <u>March 9, 2010</u> I served the following document(s):

   **STATUS UPDATE OF CURTIS CLARK IN ACCORDANCE WITH COURT'S LIST OF CLASSES, TENDERED ON JANUARY 11, 2010**

2. I served the above-named document(s) by the following means to the persons as listed below:

   X   a.   ECF System as listed below:

   ROB CHARLES on behalf of Attorney LEWIS AND ROCA LLP
   rcharles@lrlaw.com, cjordan@lrlaw.com

   USTPRegion17.lv.ecf@usdoj.gov
   U.S. Trustee - LV - 11

   X   b.   United States Mail, first-class postage fully prepaid and addressed as follows:
   *(See Mailing Matrix attached hereto as Exhibit 1)*

   ☐   c.   Personal Service *(List persons and addresses)*
   I personally delivered the document(s) to the persons at these addresses:

   ☐   d.   By Direct email *(as opposed to through ECF System)*
   *(List persons and email addresses. Attach additional paper if necessary)*

   ☐   e.   By facsimile transmission *(List persons and fax numbers)*

   ☐   f.   By messenger *(List persons and address)*

   DATED:   March 9, 2010

   _____Nikki L. Ramsey_____        _/s/ Nikki L. Ramsey_
   An employee of
   CALLISTER + ASSOCIATES, LLC.

FIT Consulting, Inc.
2 North Central Ave., Ste. 1200
Phoenix, AZ 85004

LEWIS AND ROCA LLP
on behalf of Creditor Committee
Official Committee of Unsecured Creditors
For Usa Commercial Mortgage Company
3993 Howard Hughes Pkwy., #600
Las Vegas, NV 89169

Marvin C. Ruth on behalf of Plaintiff
USACM Liquidating Trust
LEWIS AND ROCA LLP
40 N. Central Ave., Ste. 1900
Phoenix, AZ 85004

August B. Landsis
300 Las Vegas Blvd. South, #4300
Las Vegas, NV 89101

# EXHIBIT "A"

UNIVERSITY OF NEVADA LAS VEGAS

February 25, 2010

Curtis Clark

## CERTIFICATE OF ATTENDANCE

This is to certify that Curtis Clark was registered in and attended Educational Outreach's "Communicate with Difficult People with Tact and Skill" class.

The class met at the UNLV Paradise Campus on Saturday, Feb. 27, 2010 from 1-4 p.m.

*[signature]*

Michelle Baker
Program Coordinator

*[signature]*

Roger Burgraff, Ph.D.
Instructor

PO Box 909
Redlands CA 92373
(909) 748-7708
roger@rogerburgraff.com

Division of Educational Outreach
Box 451019 • 4505 S. Maryland Parkway
Las Vegas 89154-1019
Main 702-895-3394 • Fax 702-895-4195
http://edoutreach.unlv.edu