**LEWIS AND ROCA LLP LAWYERS**

E-Filed on 3/11/10

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com
Marvin Ruth (NV State Bar No. 10979)
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,[1]<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[2]<br><br>USA Securities, LLC,[3]<br>                                                    Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER SUSTAINING OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED, IN WHOLE OR IN PART, UPON INVESTMENT IN THE ONE POINT STREET, LLC - HFA NORTH YONKERS LOAN (EXCEPT AS TO VOSS FAMILY TRUST PROOF OF CLAIM)** |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007

2165177.1

**PLEASE TAKE NOTICE** that an Order Sustaining Objection of USACM Trust to Proofs of Claim Based, In Whole Or In Part, Upon Investment In The One Point Street, LLC - HFA North Yonkers Loan (Except as to Voss Family Trust Proof of Claim) [DE 8011] was entered on the 25th day of February, 2010, a true and correct copy of which is attached hereto as Exhibit A.

RESPECTFULLY SUBMITTED March 11, 2010.

LEWIS AND ROCA LLP

By  /s/ John Hinderaker  (#018024)
Rob Charles
John Hinderaker (pro hac vice)
Marvin Ruth
*Attorneys for USACM Liquidating Trust*

Copy of the foregoing and pertinent
portion of Exhibit A to the Order mailed
by first class postage prepaid U.S. Mail
on March 11, 2010 to all the parties
listed on Exhibit A to the Order attached.


/s/ Jennifer Cook
Jennifer Cook
Lewis and Roca LLP

2165177.1

# EXHIBIT A



**Entered on Docket
February 25, 2010**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
            jhinderaker@lrlaw.com
            mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>        Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED, IN WHOLE OR IN PART, UPON INVESTMENT IN THE ONE POINT STREET, LLC - HFA NORTH YONKERS LOAN (EXCEPT AS TO VOSS FAMILY TRUST PROOF OF CLAIM)**<br><br>Hearing Date:  February 5, 2010<br>Hearing Time:  9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2151605_1.DOC

1    The Court having considered the "Objection of USACM Trust to Proofs of Claim
2    Based, in Whole or in Part, Upon Investment in the One Point Street, LLC - HFA North
3    Yonkers Loan" (the "HFA - North Yonkers Loan") [DE 7909] (the "Objection"); the
4    Court having heard the Objection on February 5, 2010; appropriate notice of the Objection
5    having been given; no response to the Objection having been filed; and good cause
6    appearing:

**IT IS ORDERED** that:

   1.   The Objection [DE 7905] is sustained;

   2.   The Objection to the Voss Family Trust claim was withdrawn on the ground that the response to the objection [DE 7940] filed by Voss Family Trust admits that the Voss Family Trust was paid in full on this loan.

   3.   The claims listed on **Exhibit** A attached are disallowed to the extent those claims are based upon an investment in the HFA - North Yonkers Loan because the individual investors were paid in full on their investments in the HFA - North Yonkers Loan.

   4.   The claims listed on Exhibit A are not affected by this order to the extent they are based upon an investment in another loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**


By    /s/ John Hinderaker (018024)
      Rob Charles
      John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321

*Attorneys for USACM Liquidating Trust*

2

2151605_1.DOC

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: VOSS FAMILY TRUST | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☒ failed to respond to the document |

###

Submitted by:

**LEWIS AND ROCA LLP**

By: /s/ JH  (#018024)
    Rob Charles
    John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

APPROVED/DISAPPROVED

*By:Voss Family Trust*
Voss Family Trust
Wolf and Claudia Voss, Trustees
14 Via Ambre
Newport Beach, CA 92657

2151605_1.DOC

USACM TRUST　　　　　　　　　　MULTIPLE LOAN CLAIMS
PAID LOAN OBJECTIONS　　　　　STANDARD PROPERTY DEVELOPMENT

**Exhibit A**

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the HFA - North Yonkers Loan |
|---|---|---|---|---|
| **10725-00637** | Polacheck Jeweler`S Employee Psp Dtd 2/20/73 | Stephen Polacheck Trustee 4719 Commons Way Ste E Calabasas, CA 91302 | $110,000.00 | Unknown |
| **10725-01408** | Alexander Ind & As Trustees, Stanley & Florence | P.O. Box 95144 Longwood, FL 32779 | $400,000.00 | $ 25,000.00 |
| ~~10725-01653~~ | ~~Voss Family Trust Dtd 10/4/99~~ | ~~Voss, Wolf & Claudia Ttees 14 Via Ambra Newport Beach, CA 92657~~ | ~~$346,662.00~~ | ~~$ 31,250.00~~ |
| **10728-00052** | Buckwald Revocable Trust Dtd 2/11/92 | C/O Neil G Buckwald Trustee 5000 N Valadez St Las Vegas, NV 89149-5247 | $ 50,807.00 | $ 2,372.00 |

2151605_1.DOC