**LEWIS AND ROCA LLP LAWYERS**

E-Filed on 3/11/10

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com
Marvin Ruth (NV State Bar No. 10979)
Email:  mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,[1]<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[2]<br><br>USA Securities, LLC,[3]<br>                             Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER SUSTAINING OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED, IN WHOLE OR IN PART, UPON INVESTMENT IN PALM SPRINGS MARQUIS HOTEL LOAN (EXCEPT AS TO VOSS FAMILY TRUST PROOF OF CLAIM)** |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007

2165170.1

**PLEASE TAKE NOTICE** that an Order Sustaining Objection of USACM Trust to Proofs of Claim Based, In Whole Or In Part, Upon Investment In Palm Springs Marquis Hotel Loan (Except as to Voss Family Trust Proof of Claim) [DE 8012] was entered on the 25th day of February, 2010, a true and correct copy of which is attached hereto as Exhibit A.

RESPECTFULLY SUBMITTED March 11, 2010.

                                         LEWIS AND ROCA LLP

By   /s/ John Hinderaker  (#018024)
      Rob Charles
      John Hinderaker (pro hac vice)
      Marvin Ruth
      *Attorneys for USACM Liquidating Trust*

Copy of the foregoing and pertinent
portion of Exhibit A to the Order mailed
by first class postage prepaid U.S. Mail
on March 11, 2010 to all the parties
listed on Exhibit A to the Order attached.


/s/ Jennifer Cook
Jennifer Cook
Lewis and Roca LLP

2165170.1

# EXHIBIT A



Entered on Docket
February 25, 2010

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
            jhinderaker@lrlaw.com
            mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>            Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED, IN WHOLE OR IN PART, UPON INVESTMENT IN PALM SPRINGS MARQUIS HOTEL LOAN (EXCEPT AS TO VOSS FAMILY TRUST PROOF OF CLAIM)**<br><br>Hearing Date:   February  5, 2010<br>Hearing Time:   9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2153678_1.DOC

1　　　　The Court having considered the "Objection Of USACM Trust To Proofs Of Claim

2　Based, In Whole Or In Part, Upon Investment In Palm Springs Marquis Hotel Loan (the

3　"Marquis Hotel Loan") [DE 7917] (the "Objection"); the Court having heard the Objection

4　on February 5, 2010; appropriate notice of the Objection having been given; no response

5　to the Objection having been filed; and good cause appearing:

6　　　　**IT IS ORDERED** that:

7　　　　1.　The Objection [DE 7917] is sustained;

8　　　　2.　The Objection to the Voss Family Trust claim was withdrawn on the ground

9　that the response to the objection [DE 7940] filed by Voss Family Trust admits that the

10　Voss Family Trust was paid in full on this loan.

11　　　　3.　The claims listed on **Exhibit** A attached are disallowed in the amounts

12　shown to the extent those claims are based upon individual investors' investment in the

13　Marquis Hotel Loan because the individual investors were paid in full on their investments

14　in the Marquis Hotel Loan.

15　　　　4.　The claims listed on Exhibit A are not affected by this order to the extent

16　they are based upon an investment in another loan.

17　PREPARED AND RESPECTFULLY SUBMITTED BY:

18　**LEWIS AND ROCA LLP**

19

20　By    /s/ John Hinderaker (018024)
　　　　Rob Charles
21　　　John Hinderaker (*pro hac vice*)
　　3993 Howard Hughes Parkway, Ste. 600
22　Las Vegas, Nevada 89169-5996
　　Telephone:  (702) 949-8320
23　Facsimile:  (702) 949-8321

24　*Attorneys for USACM Liquidating Trust*

25

26

1   APPROVED/DISAPPROVED
2
3   By: <u>Voss Family Trust</u>
         Voss Family Trust
         Wolf and Claudia Voss, Trustees
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

2153678_1.DOC

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: VOSS FAMILY TRUST | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☒ failed to respond to the document |

### 

Submitted by:

**LEWIS AND ROCA LLP**

By: /s/ JH  (#018024)
    Rob Charles
    John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

4

2153678_1.DOC

USACM TRUST  MULTIPLE LOAN CLAIMS
PAID LOAN OBJECTIONS  MARQUIS HOTEL

**Exhibit A**

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marquis Hotel Loan |
|---|---|---|---|---|
| **10725-01408** | Alexander Ind & As Trustees, Stanley & Florence | P.O. Box 95144 Longwood, FL 32779 | $ 400,000.00 | $ 37,500.00 |
| **10725-01579** | Cielen, James | 2880 Bicentennial Pkwy Ste 100-223 Henderson, NV 89044 | $ 43,750.00 | $ 12,500.00 |
| **10725-01653** | ~~Voss Family Trust Dtd 10/4/99~~ | ~~Voss, Wolf & Claudia Ttees 14 Via Ambra Newport Beach, CA 92657~~ | ~~$ 346,662.00~~ | ~~$ 25,000.00~~ |

2153678_1.DOC