**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 18024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

E-Filed on 3/15/2010

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,[1]<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[2]<br><br>USA Securities, LLC,[3]<br>                                Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Status And Agenda For March 17, 2010 Hearing filed by USACM Liquidating Trust**<br><br>Hearing Date:   March 17, 2010<br>Hearing Time:   9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

**1.    Motion to Dismiss Complaint Filed by Jeannette McPherson on Behalf of USA Commercial Mortgage Company** - Adv 09-01284 - Silar Advisors, LP & Silar Special Opportunities Fund, LP & Asset Resolution LLC vs. USA Commercial Mortgage Company & USA Capital First Trust Deed Fund, LLC & Geoffrey L. Berman

| | |
|---|---|
| **Motion Filed:** December 7, 2009 | Motion to Dismiss Complaint Filed by Jeannette McPherson on Behalf of USA Commercial Mortgage Company [DE 17] |
| **Joinder Filed:** December 21, 2009 | Joinder USACM Liquidating Trust's Joinder in Motion to Dismiss with Certificate of Service Filed by Rob Charles on behalf of Geoffrey L. Berman [DE 23] |
| **Filed:** February 2, 2010 | Order Continuing The Hearing Of USACM's Motion To Dismiss Complaint. Hearing scheduled 3/17/2010 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg [DE 34] |

**Status**

**2.    Scheduling Conference Re: Complaint** - Adv 09-01284 - Silar Advisors, LP & Silar Special Opportunities Fund, LP & Asset Resolution LLC vs. USA Commercial Mortgage Company & USA Capital First Trust Deed Fund, LLC & Geoffrey L. Berman

| | |
|---|---|
| **Filed:** February 17, 2010 | Virtual Minute Entry in reference to hearing On: 02/17/2010 Subject: Scheduling Conference RE: Complaint.[DE 42] |

**Status**

2164225.1

**3.    Objection to Claim 10725-01277 of Premiere Holdings Inc Defined Benefit Pen Plan & T in the amount of Based, In Whole Or In Part, Upon Investment In Standard Property Development, LLC Loan with Certificate of Service Filed by Rob Charles on behalf of USACM Liquidating Trust** - 06-10725-lbr, USA Commercial Mortgage Company

| | |
|---|---|
| **Objection Filed:** January 7, 2010 | Objection to Claim 10725-01277 of Premiere Holdings Inc Defined Benefit Pen Plan & T in the amount of Based, In Whole Or In Part, Upon Investment In Standard Property Development, LLC Loan with Certificate of Service Filed by Rob Charles on behalf of USACM Liquidating Trust [DE 7905] |
| **Status** | No response filed.  Counsel will request the Court enter an order sustaining the objection. |

**4.    Objection to Claim of in the amount of Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in I-40 Gateway West Loan with Certificate of Service Filed by John Hinderaker on behalf of USACM Liquidating Trust** - 06-10725-lbr, USA Commercial Mortgage Company

| | |
|---|---|
| **Objection Filed:** January 8, 2010 | Objection to Claim of in the amount of Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in I-40 Gateway West Loan with Certificate of Service Filed by John Hinderaker on behalf of USACM Liquidating Trust [DE 7915] |
| **Order Filed:** February 17, 2010 | Order Sustaining Objection Of USACM Trust To Proofs Of Claim Based, In Whole Or In Part, Upon Investment In I-40 Gateway West Loan **(Except As To Premiere Holdings Inc.'s Proof Of Claim)** [DE 7983] |
| **Status** | No response filed. |

2164225.1

**5.    Second Amended Motion to Compel Production of Documents and Testimony filed by Dean V. Fleming on behalf of Wells Fargo Bank, N.A. -** Adv. 08-01135 - USACM Liquidating Trust & USA Capital Diversified Trust Deed Fund & USA Capital First Trust Deed Fund , LLC vs. Wells Fargo Bank, N.A

**Motion Filed:** February 17, 2010

Second Amended Motion to Compel Production of Documents and Testimony filed by Dean V. Fleming on behalf of Wells Fargo Bank, N.A. [DE 238]

**Response Filed:** March 3, 2010

Response *to* Defendant's Second Amended Motion to Compel Production of Documents and Testimony with Certificate of Service Filed by Joshua J. Bruckerhoff on behalf of USA Capital Diversified Trust Deed Fund, LLC [DE 245]

**Reply Filed:** March 10, 2010

Reply *to* Plaintiff's Response to Defendant's Second Amended Motion to Compel Production of Documents and Testimony with Certificate of Service Filed by Dean V. Fleming on behalf of Wells Fargo Bank, N.A. [DE 260]

**Status:**

2164225.1

LEWIS AND ROCA LLP LAWYERS

**6.    Amended Motion to Compel Defendant to Produce Documents, Provide Testimony, and Respond to Discovery Requests filed by Joshua J. Bruckerhoff on behalf of USA Capital Diversified Trust Deed Fund, LLC -** Adv. 08-01135 - USACM Liquidating Trust & USA Capital Diversified Trust Deed Fund & USA Capital First Trust Deed Fund , LLC vs. Wells Fargo Bank, N.A

| | |
|---|---|
| **Motion Filed:** February 17, 2010 | Amended Motion to Compel Defendant to Produce Documents, Provide Testimony, and Respond to Discovery Requests filed by Joshua J. Bruckerhoff on behalf of USA Capital Diversified Trust Deed Fund, LLC [DE 242] |
| **Response Filed:** March 3, 2010 | Response to Plaintiff's Amended Motion to Compel Defendant to Produce Documents, Provide Testimony and Respond to Discovery Requests with Certificate of Service Filed by Michael W. O'Donnell on behalf of Wells Fargo Bank, N.A.[DE 245] |
| **Reply Filed:** March 10, 2010 | Reply to Defendant's Response to Plaintiff's Amended Motion to Compel with Certificate of Service Filed by Joshua J. Bruckerhoff on behalf of USA Capital Diversified Trust Deed Fund, LLC [DE 262] |
| **Status:** | Ready to proceed |

**7.    Status Conferene Re: Complaint -** Adv. 08-01135 - USACM Liquidating Trust & USA Capital Diversified Trust Deed Fund & USA Capital First Trust Deed Fund , LLC vs. Wells Fargo Bank, N.A

| | |
|---|---|
| **Filed:** February 5, 2010 | **Virtual Minute Entry in reference** Status Hearing [DE 237] |
| **Status:** | Ready to proceed |

2164225.1

**8.    Status Hearing Re: Objection to Claim 136 of Del bunch D.B.A. Loan partners Capital in the Amount of $11,358,662.28 filed by Talitha B. Gray on behalf of Lisa M. Poulin -** 07-11821 - USA Investment Partners, LLC

| | |
|---|---|
| **Objection Filed:** September 30, 2009 | Objection to Claim 136 of Del bunch D.B.A. Loan partners Capital in the Amount of $11,358,662.28 filed by Talitha B. Gray on behalf of Lisa M. Poulin [DE 977] |
| **Response Filed:** October 19. 2009 | Response to Objection to Claim 136 of Del bunch D.B.A. Loan partners Capital in the Amount of $11,358,662.28 filed by Del Bunch [DE 997] |
| **Reply Filed:** November 5, 2009 | Reply to Response to Objection to Claim 136 of Del bunch D.B.A. Loan partners Capital in the Amount of $11,358,662.28 filed by Del Bunch [DE 1023] |
| **Filed:** November 13, 2009 | Virtual Minute Entry in reference to Hearing on 11/13/09 re Objection to Claim 136 of Del Bunch D.B.A. Loan Partners Capital in the Amount of $11,358,662.28 Filed by Talitha B. Gray on behalf of Lisa M Poulin Hearing Continued to 12/18/09 @ 1:30 PM.[DE 1038] |
| **Filed:** December 15, 2009 | Stipulation By Lisa M Poulin and Between Del Bunch Filed by Teresa M. Krapta on behalf of Lisa M Poulin [DE 1082] |
| **Filed:** January 11, 2010 | Second Stipulation By Lisa M Poulin and Between Del Bunch D.B.A. Loan Partners Capital to Continue Hearing Filed by Teresa M. Krapta on behalf of Lisa M Poulin [ DE 1112] |
| **Filed:** January 11, 2010 | Virtual Minute Entry in reference to hearing On: 01/11/2010 re Status Hearing re: Objection to Claim 136 of Del Bunch D.B.A. Loan Partners Capital in the Amount of $11,358,662.28 Filed by Talitha B. Gray on behalf of Lisa M Poulin Continued Status to 2/5/10 @ 9:30 AM. |
| **Filed:** February 8, 2010 | Hearing Scheduled/Rescheduled Hearing scheduled 3/17/2010 at 09:30 AM at LBR-Courtroom 1, Foley Federal Bldg [DE1138] |

**Status:**

**9.    Status Hearing Re:  Complaint -** Adv. 07-01212 - Aurora Investments L.P. et al. vs. Joseph D. Milanowski

**Order Filed:**       Order Status Hearing Re:  Complaint [DE 32]
February 9, 2010

**Status:**


**10.    Status Hearing Re:  Complaint -** Adv. 08-01052 - Kehl et al. vs. Joseph D. Milanowski

**Order Filed:**       Order Status Hearing Re:  Complaint [DE 32]
February 9, 2010

**Status:**


**11.    Status Hearing Re:  Complaint -** Adv. 08-01090 - USA Capital Diversified Trust Deed Fund vs. Joseph D. Milanowski

**Order Filed:**       Order Status Hearing Re:  Complaint [DE 33]
February 9, 2010

**Status:**


**12.    Status Hearing Re:  Complaint -** Adv. 08-01093 - USACM Liquidating Trust vs. Joseph D. Milanowski

**Order Filed:**       Order Status Hearing Re:  Complaint [DE 38]
February 9, 2010

**Status:**

7

2164225.1

| | |
|---|---|
| 1 | Dated March 15, 2010. |
| 2 | **LEWIS AND ROCA LLP** |
| 4 | By: /s/ John Hinderaker, AZ 18024 |
| | Rob Charles, NV 6593 |
| 5 | John Hinderaker, AZ 18024 (*pro hac vice*) |
| | *Counsel for USACM Liquidating Trust* |

6  PROOF OF SERVICE

7  COPY of the aforementioned sent via e-mail or U.S. First Class Mail postage prepaid on March 15, 2010 to the parties listed on Post-Effective Official Service List for Limited Notice No. 5 Dated March 31, 2009.

/s/ Jennifer Cook
Jennifer Cook

2164225.1