

Entered on Docket
March 31, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10726-LBR[1] |
| | Case No. BK-S-06-10727-LBR |
| USA CAPITAL REALTY ADVISORS, LLC,[1] | Case No. BK-S-06-10728-LBR[2] |
| | Case No. BK-S-06-10729-LBR[3] |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,[2] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC,[3]   Debtors. | **ORDER SUSTAINING OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED, IN WHOLE OR IN PART, UPON INVESTMENT IN STANDARD PROPERTY DEVELOPMENT, LLC LOAN** |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Hearing Date:   March 17, 2010<br>Hearing Time:   9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2151564_1.DOC

1  The Court having considered the "Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in the Standard Property Development, LLC Loan" [DE 7905] (the "Objection"); the Court having heard the Objection at its continued hearing held on March 17, 2010; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 7905] is sustained; and

2. The claims listed on **Exhibit** A attached are disallowed in the amounts shown to the extent those claims are based upon investors' investments in the Standard Property Development, LLC Loan because the investors were paid in full on their investments in the Standard Property Development, LLC Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**


By    /s/ John Hinderaker (018024)
        Rob Charles
        John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321

*Attorneys for USACM Liquidating Trust*

Case 06-10725-gwz    Doc 8023    Entered 03/31/10 11:06:29    Page 3 of 4

In accordance with Local Rule 9021, the undersigned certifies:

- ☐ The Court waived the requirements of LR 9021.

- ☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

- ☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

### 

Submitted by:

**LEWIS AND ROCA LLP**

By: /s/ JH  (#018024)
    Rob Charles
    John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

3

2151564_1.DOC

USACM TRUST  MULTIPLE LOAN CLAIMS
PAID LOAN OBJECTIONS  STANDARD PROPERTY DEVELOPMENT

**Exhibit A**

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Standard Property Loan |
|---|---|---|---|---|
| **10725-01277** | Premiere Holdings Inc Defined Benefit Pen Plan & T | Premiere Holdings, Inc. 10120 W. Flamingo, Suite 4-12 Las Vegas, Nevada 89147 | $ 380,000.00 | $ 50,000.00 |

2151564_1.DOC