

**Entered on Docket**
**March 31, 2010**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

1

2

3

4

5

6     **LEWIS AND ROCA LLP**
      Rob Charles (NV 6593)
7     John Hinderaker (AZ 018024)
      Marvin Ruth (NV 10979)
8     3993 Howard Hughes Parkway, Ste. 600
      Las Vegas, Nevada 89169-5996
9     Telephone (702) 949-8320
      Facsimile (702) 949-8321
10    Email:   rcharles@lrlaw.com
               jhinderaker@lrlaw.com
11             mruth@lrlaw.com

12    _Attorneys for USACM Liquidating Trust_

13                     **UNITED STATES BANKRUPTCY COURT**

14                            **DISTRICT OF NEVADA**

15    In re:                                    Case No. BK-S-06-10725-LBR
                                                Case No. BK-S-06-10726-LBR[1]
16    USA COMMERCIAL MORTGAGE COMPANY,          Case No. BK-S-06-10727-LBR
                                                Case No. BK-S-06-10728-LBR[2]
17    USA CAPITAL REALTY ADVISORS, LLC,[1]      Case No. BK-S-06-10729-LBR[3]

18    USA CAPITAL DIVERSIFIED TRUST DEED        CHAPTER 11
      FUND, LLC,
19                                              Jointly Administered Under
      USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]  Case No. BK-S-06-10725 LBR
20
      USA SECURITIES, LLC,[3]                   **ORDER SUSTAINING OBJECTION OF**
21                                 Debtors.     **USACM TRUST TO PROOFS OF CLAIM**
                                                **BASED, IN WHOLE OR IN PART, UPON**
22    **Affects:**                              **INVESTMENT IN I-40 GATEWAY WEST**
      ☐ All Debtors                             **LOAN (AS IT PERTAINS TO PREMIERE**
23    ☒ USA Commercial Mortgage Company         **HOLDINGS INC.)**
      ☐ USA Capital Realty Advisors, LLC
24    ☐ USA Capital Diversified Trust Deed Fund, LLC   Hearing Date:   March 17, 2010
      ☐ USA Capital First Trust Deed Fund, LLC        Hearing Time:   9:30 a.m.
25    ☐ USA Securities, LLC

26    _____
      [1] This bankruptcy case was closed on September 23, 2008.

      [2] This bankruptcy case was closed on October 12, 2007.

      [3] This bankruptcy case was closed on December 21, 2007.

1    The Court having considered the "Objection of USACM Trust to Proofs of Claim

2    Based, in Whole or in Part, Upon Investment in the I-40 Gateway West Loan, (the "I-40

3    Gateway West Loan") [DE 7915] (the "Objection") as it pertained to Premiere Holdings,

4    Inc.; the Court having heard the Objection at its continued hearing held on March 17,

5    2010; appropriate notice of the Objection having been given; no response to the Objection

6    having been filed; and good cause appearing:

7         **IT IS ORDERED** that:

8         1.    The Objection [DE 7915] is sustained; and

9         2.    The claim of Premiere Holdings, Inc. listed on **Exhibit** A attached is

10   disallowed in the amounts shown to the extent the claim is based upon individual

11   investors' investment in the I-40 Gateway West Loan because the individual investors

12   were paid in full on their investments in the I-40 Gateway West Loan.

13   PREPARED AND RESPECTFULLY SUBMITTED BY:

14   **LEWIS AND ROCA LLP**

15

16   By____/s/ John Hinderaker (018024)____
         Rob Charles
17       John Hinderaker (*pro hac vice*)
     3993 Howard Hughes Parkway, Ste. 600
18   Las Vegas, Nevada 89169-5996
     Telephone:  (702) 949-8320
19   Facsimile:  (702) 949-8321

20

21   *Attorneys for USACM Liquidating Trust*

22

23

24

25

26

2

2159007_1.DOC

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of LR 9021.

☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

### ###

Submitted by:

**LEWIS AND ROCA LLP**

By:___/s/ JH  (#018024)_____
        Rob Charles
        John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

3

2159007_1.DOC

USACM TRUST                          MULTIPLE LOAN CLAIMS
PAID LOAN OBJECTIONS                      I-40 Gateway

**Exhibit A**

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the I-40 Gateway West Loan |
|-------|------|---------|--------------------|-------------------------------------------------------------------------------------------------------|
| **10725-01277** | Premiere Holdings Inc Defined Benefit Pen Plan & T | Premiere Holdings, Inc. 10120 W. Flamingo, Suite 4-12 Las Vegas, Nevada 89147 | $ 380,000.00 | $            50,000.00 |