

Entered on Docket
March 31, 2010

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Rob Charles (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
   jhinderaker@lrlaw.com
   mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>        Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED, IN WHOLE OR IN PART, UPON INVESTMENT IN 1-40 GATEWAY WEST LOAN (AS IT PERTAINS TO PREMIERE HOLDINGS INC.)**<br><br>Hearing Date:  March 17, 2010<br>Hearing Time:  9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

**Exhibit A**

2159007_1.DOC

The Court having considered the "Objection of USACM Trust to Proofs of Claim Based, in Whole or in Part, Upon Investment in the I-40 Gateway West Loan, (the "I-40 Gateway West Loan") [DE 7915] (the "Objection") as it pertained to Premiere Holdings, Inc.; the Court having heard the Objection at its continued hearing held on March 17, 2010; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 7915] is sustained; and

2. The claim of Premiere Holdings, Inc. listed on **Exhibit** A attached is disallowed in the amounts shown to the extent the claim is based upon individual investors' investment in the I-40 Gateway West Loan because the individual investors were paid in full on their investments in the I-40 Gateway West Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By ___/s/ John Hinderaker (018024)___
  Rob Charles
  John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

In accordance with Local Rule 9021, the undersigned certifies:

- ☐ The Court waived the requirements of LR 9021.
- ☐ No parties appeared or filed written objections, and there is no trustee appointed in this case.
- ☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below (list each party and whether the party has approved, disapproved, or failed to respond to the document):

| U.S. Trustee: | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

### 

Submitted by:

**LEWIS AND ROCA LLP**

By: /s/ JH  (#018024)
 Rob Charles
 John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

3

2159007_1.DOC

USACM TRUST  
PAID LOAN OBJECTIONS

MULTIPLE LOAN CLAIMS  
I-40 Gateway

**Exhibit A**

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the I-40 Gateway West Loan |
|---|---|---|---|---|
| **10725-01277** | Premiere Holdings Inc Defined Benefit Pen Plan & T | Premiere Holdings, Inc. 10120 W. Flamingo, Suite 4-12 Las Vegas, Nevada 89147 | $ 380,000.00 | $ 50,000.00 |

2159007_1.DOC