**FILED**

UNITED STATES COURT OF APPEALS

APR 06 2010

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

*apr 7-5*

| | |
|---|---|
| In the Matter of: USA COMMERCIAL MORTGAGE COMPANY. | Nos. 09-15632 |
| | D.C. No. 2:07-cv-00892-RCJ<br>District of Nevada,<br>Las Vegas |
| DONNA CANGELOSI; et al., | |
| Plaintiffs - Appellants, | |
| v. | |
| SILAR ADVISORS, LP; et al., | |
| Defendants - Appellees, | |
| WILLIAM A. LEONARD, Jr., Trustee for the Estate of Asset Resolution LLC, | |
| Trustee - Appellee. | |

| | |
|---|---|
| In the Matter of: USA COMMERCIAL MORTGAGE COMPANY. | No. 09-17382 |
| | D.C. No. 2:07-cv-00892-RCJ<br>District of Nevada,<br>Las Vegas |
| ROBERT J. KEHL; et al., | |
| Plaintiffs - Appellees, | |
| v. | |

rb/MOATT

ASSET RESOLUTION, LLC,

    Defendant - Appellant,

SILAR ADVISORS, LP; et al.,

    Defendants - Appellees.

---

In the Matter of: USA COMMERCIAL MORTGAGE COMPANY.

CERTAIN DIRECT LENDERS; et al.,

    Plaintiffs - Appellees,

v.

DEBT ACQUISITION COMPANY OF AMERICA, LLC; et al.,

    Appellees,

ASSET RESOLUTION, LLC; et al.,

    Defendants - Appellants,

UNITED STATES TRUSTEE,

    Trustee - Appellee.

No. 10-15253

D.C. No. 2:07-cv-00892-RCJ
District of Nevada,
Las Vegas

| | |
|---|---|
| ASSET RESOLUTION, LLC; et al.,<br><br>    Debtors - Appellants,<br><br>v.<br><br>SCOTT AUGUST; et al.,<br><br>    Respondents - Appellees,<br><br>and<br><br>WILLIAM A. LEONARD, Jr.,<br><br>    Trustee - Appellee. | No. 10-15496<br><br>D.C. No. BK-S-09-32824-RCJ<br>District of Nevada,<br>Las Vegas |
| DUVAL & STACHENFELD, LLP,<br>former counsel to the Official Committee<br>of Unsecured Creditors in the above<br>captioned Chapter 11 cases (the<br>"Bankruptcy Cases") of Asset Resolution<br>LLC and its affiliated debtors, as debtors<br>in possession (collectively, the "Debtors"),<br><br>    Appellant,<br><br>v.<br><br>ASSET RESOLUTION, LLC; et al.,<br><br>    Debtors - Appellees, | No. 10-15497<br><br>D.C. No. BK-S-09-32824-RCJ<br>District of Nevada,<br>Las Vegas |

| | |
|---|---|
| SCOTT AUGUST; et al.,<br><br>    Respondents - Appellees,<br><br>and<br><br>WILLIAM A. LEONARD, Jr.,<br><br>    Trustee - Appellee. | |
| ASSET RESOLUTION, LLC; et al.,<br><br>    Debtors - Appellants,<br><br>v.<br><br>SCOTT AUGUST; et al.,<br><br>    Respondents - Appellees,<br><br>WILLIAM A. LEONARD, Jr.,<br><br>    Trustee - Appellee. | No. 10-15500<br><br>D.C. No. BK-S-09-32824-RCJ<br>District of Nevada,<br>Las Vegas |
| SILAR ADVISORS, LP and SILAR SPECIAL OPPORTUNITIES FUND, LP,<br><br>    Debtors - Appellants,<br><br>v.<br><br>WILLIAM A. LEONARD, Jr.,<br><br>    Trustee - Appellee. | No. 10-15735<br><br>D.C. No. BK-S-09-32824-RCJ<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

Before: GOODWIN and W. FLETCHER, Circuit Judges, and MILLS, District Judge. \*

Appellants Silar Advisors LP and Silar Special Opportunities Fund LP's motions to stay the district court's April 2, 2010 order are denied. *See Hilton v. Braunskill*, 481 U.S. 770, 776 (1987); *Cal. Pharmacists Ass'n v. Maxwell-Jolly*, 563 F.3d 847, 849-50 (9th Cir. 2009) (order).

Appellants' request to consolidate appeal No. 10-15735 with appeal No. 09-15632, and related appeals, is granted.

Appellants' remaining requests to stay proceedings in the district court, either in district court number 2:07-cv-00892-RCJ or bankruptcy court number BK-S-09-32824-RCJ, made in appellants' February 12, 2010, April 2, 2010, and April 6, 2010 motions to stay, are denied.

Briefing remains suspended pending disposition of the court's March 8, 2010 order to show cause.

---

\* The Honorable Richard Mills, United States District Judge for the Central District of Illinois, sitting by designation.