LEWIS AND ROCA LLP
LAWYERS

E-Filed on 4/12/10

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr., NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10726-LBR[1] |
| | Case No. BK-S-06-10727-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | Case No. BK-S-06-10728-LBR[2] |
| | Case No. BK-S-06-10729-LBR[3] |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC, Debtors. | **DECLARATION OF EDWARD M. BURR IN SUPPORT OF MOTION TO PERMIT OJECTION TO PROOFS OF CLAIM TO BE MAILED TO MOST CURRENT ADDRESS SUPPLIED BY CREDITOR OR CREDITOR'S AUTHORIZED AGENT** |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date of Hearing: May 11, 2010<br>Time of Hearing: 9:30 a.m. |

I, Edward M. Burr, hereby declare under penalty of perjury that:

1. I am a principal with Sierra Consulting Group, LLC ("Sierra"). Sierra is one of the leading providers of restructuring advisory and litigation support services in the

---

[2] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2173571.1

Southwest. Sierra is a leading national consulting firm comprised of experienced CPA's and other financial professionals.

2. I submit this declaration on behalf of the USACM Liquidating Trust's Motion to Permit Objection to Proofs of Claim To Be Mailed to Most Current Address Supplied by Creditor or Creditor's Authorized Agent. I make the following declaration based upon my personal knowledge, and upon the records of the Debtors described in this declaration, including Debtors' original and amended schedules of liabilities and the proofs of claim described herein, as well as Debtors' accounting records.

3. This Court approved the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company's ("Committee") appointment of Sierra as financial advisers on August 11, 2006. Since that date, I have assisted the Committee in analyzing facts concerning these jointly administered bankruptcy cases. As of the Effective Date of the confirmed Plan of Reorganization, Sierra is retained by the USACM Liquidating Trust to investigate and reconcile the claims against the USA Commercial Mortgage Company ("USACM") estate.

4. On April 13, 2006 (the "Petition Date"), USACM and other debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. USACM continued to operate its business as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code, under new management by Thomas J. Allison of Mesirow Financial Interim Management, LLC ("Mesirow"), who served as the Chief Restructuring Officer.

5. On January 8, 2007, the Court entered an order confirming the Plan [Docket No. 2376]. On the March 12, 2007 Effective Date of the Plan, the USACM Liquidating Trust succeeded to USACM's rights with respect to books and records.

2173571.1

6. Sierra has been working closely with both the Trustee for the USACM Liquidating Trust and Development Specialist Inc. ("DSI"), the Trustee's financial advisor, in evaluating all of the claims that were filed in the USACM estate.

7. The USACM Trust has worked with BMC as the original noticing agent, Sierra Consulting Group, LLC and Lewis and Roca staff to try to ensure that each creditor or other entity entitled to notice received notice, and that the addresses used for notice are accurate.

8. The USACM Trust has worked with BMC as the original noticing agent, Sierra Consulting Group, LLC and Lewis and Roca staff to try to ensure that each creditor or other entity entitled to notice received notice, but that the addresses used for notice are accurate.

9. The original master mailing matrix was maintained and updated by BMC. The USACM Trust believes from communications with BMC that as proofs of claim were filed through BMC, BMC updated its mailing list to account for addresses listed on the proofs of claim.

10. Debtors' amended mailing list, maintained by BMC, is no longer accurate. For example, since the creditors filed their proofs of claim, numerous creditors have notified the USACM Trust that their addresses have changed. The USACM Trust has retained Sierra Consulting to track claims. When address changes are received by the Trust, they are forwarded to Sierra Consulting to up date its records. Also, some notices of changed address have been sent directly to Sierra Consulting. These updated addresses have not been filed with the Court, but Sierra Consulting has updated its database as it has received updated address information.

Dated: April 7, 2010

_____
Edward M. Burr

Copy of the foregoing mailed by first class
Postage prepaid U.S. Mail on
April 12, 2010 to:

All parties in interest listed on the
Post Effective Date Service List on
File with this Court.

s/ Jennifer Cook
Jennifer Cook
Lewis and Roca LLP

4

2173571.1