**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr., NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

*Attorneys for USACM Liquidating Trust*

E-Filed on 4/12/10

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>    Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☒ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF HEARING REGARDING MOTION TO PERMIT OBJECTION TO PROOFS OF CLAIM TO BE MAILED TO MOST CURRENT ADDRESS SUPPLIED BY CREDITOR OR CREDITOR'S AUTHORIZED AGENT (With Certificate of Service)**<br><br>Hearing Date: May 11, 2010<br>Hearing Time: 9:30 a.m. |

**NOTICE IS HEREBY GIVEN** that a the USACM Trust filed a Motion to Permit Objection to Proofs of Claim to Be Mailed to Most Current Address Supplied by Creditor

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2173735.1

or Creditor's Authorized Agent on April 12, 2010 [DE 8029].  The Motion seeks the following relief:  The USACM Trust requests that this Court enter its order permitting the USACM Trust to mail objection to proof of claim and the notice of hearing to the most current address of the creditor or its authorized agent.  Many of the creditors have moved since the proof of claim was filed.  Sending the objection to the updated addresses on file also better serves the creditors' due process rights because that practice is best calculated to inform them of the objection.  Any opposition must be filed pursuant to Local Rule 9014(d)(1).

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the motion, unless an exception applies (see Local Rule 9014(d)(3)).  The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014( c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Third Floor, Bankruptcy Courtroom No. 1, Las Vegas, Nevada 89101 on **May 11, 2010, at the hour of 9:30 a.m..**

2173735.1

**LEWIS AND ROCA LLP**
LAWYERS

1 | Dated: April 12, 2010.

**LEWIS AND ROCA LLP**

By /s/ John Hinderaker (#18024)
   Robert M. Charles, Jr., NV 6593
   John C. Hinderaker, AZ 18024 (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Telephone: (702) 949-8200
Facsimile: (702) 949-8398
E-mail: rcharles@lrlaw.com
*Attorneys for the USACM Liquidating Trust*

**PROOF OF SERVICE**

Copy of the foregoing mailed by First Class, U.S. Mail, postage prepaid, on April 12, 2010 to the parties listed on the Post Effective Date Service list on file with the Court.

 /s/ Jennifer Cook
Jennifer Cook
Lewis and Roca LLP

3

2173735.1