Case # 06-10725-lbr

RECEIVED
AND F⬛ ⬛⬛

APR 15   12 03 PM '10

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

To Whom it May Concern;

We are involved in the USA Capital Bankruptcy case and have recently moved. We are requesting that you update your master mailing list with our new mailing address so we may continue to receive information regarding the case.

**Our old** mailing address was:

Jason Holt (or Jason and Sally Holt)
806 Buchanan Blvd. #115 PMB 248
Boulder City, NV  89005

Our **new** address is:

Jason Holt (or Jason and Sally Holt)
1203 Briarstone Dr.
Boulder City, NV  89005

702-630-3129
Jholt@usbr.gov

Thank you for your assistance,
Jason & Sally Holt

Jason J. Holt

Sally Holt