RECEIVED & FILED

# JAMES CIELEN
## 2880 Bicentennial Pkwy, #100
## PMB 223
## Henderson NV 89044-4484
## (702) 616-3202
## (206) 350 8911 fax
## jamescielen@gmail.com

'10 APP 20 A11 :42

U.S. BANKRUPTCY COURT
MARY A SCHOTT CLERK

April 17, 2010

**Requesting Change of Address**
Case Number **06-10725-LBR**
DEBTOR – **USA CAPITAL, USA COMMERCIAL, USA SECURITIES**

Old address:
JAMES R CIELEN IRA
9775 S MARYLAND PKWY #F-102
LAS VEGAS NV 89183

**NEW ADDRESS:**
JAMES R CIELEN IRA
2880 Bicentennial Pkwy Ste 100
PMB 223
Henderson NV 89044-4484

Can you please update my address for future mailings?

Best regards,

James Cielen