

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 18024
Email: jhinderaker@lrlaw.com

*Attorneys for USACM Liquidating Trust*

E-Filed on 5/7/2010

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,[1]<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[2]<br><br>USA Securities, LLC,[3]<br>    Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**STATUS AND AGENDA FOR MAY 11, 2010 HEARING FILED BY USACM LIQUIDATING TRUST**<br><br>Hearing Date:    May 11, 2010<br>Hearing Time:    9:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2188256.1

**9:30 AM HEARING**

    **1.**    **USAMC Trust Motion to Dismiss Adv. 09-1284  Silar Advisors v. USA Commercial Mortgage Company**

| | |
|---|---|
| Motion filed 12/7/09 | Motion to Dismiss Complaint [DE 17] filed on behalf of USA Commercial Mortgage Company |
| Joinder 12/21/09 | Joinder in Motion to Dismiss Complaint [DE 23] filed by Geoffrey L. Berman, USACM Liquidating Trust |
| Status | Unopposed.  This matter was continued to a status hearing upon request of the trustee for Asset Resolution Company, LLC, which is the sole remaining plaintiff. |

    **2.**    **Scheduling Conference re Complaint.  Adv. 09-1284  Silar Advisors v. USA Commercial Mortgage Company**

| | |
|---|---|
| Complaint filed 10/7/09 | Complaint for Breach of Contract and Unjust Enrichment [DE 1] filed by Silar Advisors LP., et al |
| Answer filed 12/07/09 | Answer to Complaint [DE 18] filed on behalf of Geoffrey . Berman |
| Status | This matter was continued to a status hearing upon request of the trustee for Asset Resolution Company, LLC, which is the sole remaining plaintiff |

2188256.1

3. **Motion for Summary Judgment. . Adv. 09-1284 Silar Advisors v. USA Commercial Mortgage Company and USA Capital First Trust Deed Fund. Geoffrey L. Berman**

| | |
|---|---|
| Motion filed 12/21/09 | Motion for Summary Judgment [DE 24] filed by Geoffrey Berman, USACM Liquidating Trust |
| Statement filed 12/21/09 | Statement of Undisputed Facts in Support of Motion for Summary Judgment [DE 25] filed by USACM Liquidating Trust |
| Response filed 1/15/10 | Opposition to USACM Liquidating Trust's Motion for Summary Judgment [DE 26] filed on behalf of Asset Resolution |
| Response filed 1/15/10 | Response to USACM Liquidating Trust's Statement of Undisputed Facts in Support of Motion for summary Judgment [DE 27] filed on behalf of Asset Resolution LLC |
| Opposition filed 1/15/10 | Opposition Statement of Disputed Facts in Opposition to USACM Liquidating Trust's Motion for Summary Judgment [DE 28] filed on behalf of Asset Resolution |
| Reply filed 2/8/10 | Reply in Support of USACM Liquidating Trust's Motion for Summary Judgment [DE 41] filed by behalf of Geoffrey . Berman |
| Status | This matter was continued to a status hearing upon request of the trustee for Asset Resolution Company, LLC, which is the sole remaining plaintiff |

2188256.1



4. **Status hearing re Amended Complaint: USACM Liquidating Trust v. Gentile De Palma, ltd., Adv. 08-01120, USACM Liquidating Trust 06-10725**

| | |
|---|---|
| **Complaint Filed:** 8/5/08 | Amended Complaint to Avoid and Recovery Pre-Petition Transfers [DE 6] filed on behalf of USACM Liquidating Trust |
| **Notice** 2/19/09 | Notice of Settlement and Joint Motion for stay Pending Performance of Settlement Agreement [DE 20] filed on behalf of USACM Liquidating Trust |
| **Report** 5/4/10 | Status Report [DE 23] filed on behalf of USACM Liquidating Trust |
| **Status** | Counsel requests the Court continue the stay pending Defendant's performance on the settlement and hold the stipulated judgment and request its entry by the Court only if Defendants continue to fails to perform as agreed. |

5. **Status hearing re Amended Complaint  Adv. 08-1066   Debt Acquisition Company of America v. Compass USA SPE LLC**

| | |
|---|---|
| **Amended Complaint** 9/22/09 | Complaint in Intervention filed on behalf of Debt Acquisition Company of America V, LLC  [DE 69] |
| **Answer filed** 10/23/09 | Answer to Amended Complaint in Intervention of Debtor Acquisition company of America V. LLC [DE 78] filed on behalf of USACM Liquidating Trust |
| **Stipulation filed** 4/1/09 | Stipulation for Compromise Settlement Between Plaintiff in Intervention and Defendant Milbank, Tweed, Hadley Mc Cloy LLP and Order thereon[DE 89] |
| **Status** | |

2188256.1

**6.** **Motion to Permit Objection to Proofs of Claim to Be Mailed to Most Current Address Supplied by Creditor or Creditor's Authorized Agent.  USA Commercial Mortgage Company 06-10725**

| | |
|---|---|
| **Motion Filed** 4/12/10 | Motion to Permit Objection to Proofs of Claim to Be Mailed to Most Current Address Supplied By Creditor or Creditor's Authorized Agent [DE 8029] filed by USACM Liquidating Trust |
| **Status** | No objections filed.  Counsel will request the Court enter an order granting the motion |

**7.** **Motion to Further Extend Deadline to File Objection to Allowance of Claims.  USA Commercial Mortgage Company, 06 10725**

| | |
|---|---|
| **Motion Filed:** 4/13/10 | Motion to Further Extend Deadline to File Objection to Allowance of Claims [DE 8033] filed by USACM Liquidating Trust |
| **Status** | No objections have been filed.  Counsel will request the Court enter an Order Granting the Motion. |

Dated May 7, 2010.

**LEWIS AND ROCA LLP**

By:   /s/ John Hinderaker, AZ 18024
        Robert M. Charles, Jr., NV 6593
        John Hinderaker, AZ 18024 (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

PROOF OF SERVICE

COPY of the aforementioned sent via e-mail or U.S. First Class Mail postage prepaid on May 7, 2010 to the parties listed on Post-Effective Official Service List for Limited Notice No. 5 Dated March 31, 2009.

 /s/  Leilani Lista
Leilani Lista