# Exhibit A

**Exhibit A**

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Gramercy Court, LTD Loan |
|---|---|---|---|---|
| 10725-00609 | Acosta, Celso | 9061 Black Elk Ave<br>Las Vegas, NV 89143-1180 | 51,661.05 | 51,661.05 |
| 10725-01586 | Beaulieu, Jack J Revocable Living Trust Dtd 9/1/9 | Jack J Beaulieu Trustee<br>2502 Palma Vista Ave<br>Las Vegas, NV 89121 | 112,500.00 | 112,500.00 |
| 10725-00540 | Beryl Winer Family Trust | C/O Beryl Winer<br>776 Birdbay Way<br>Venice, FL 34285 | 50,000.00 | 50,000.00 |
| 10725-01745 | Bishop, Valon | Po Box 50041<br>Reno, NV 89513 | 50,000.00 | 50,000.00 |
| 10725-00763 | Bonnema, Chris | Po Box 877<br>Templeton, CA 93465 | 86,608.00 | 86,608.00 |
| 10725-01474 | Bonnema, Gary | Po Box 8649<br>Horseshoe Bay, TX 78657 | 50,516.67 | 50,516.67 |
| 10725-01853 | Broadwalk Investments Limited Partnership | Attn James R Bonfiglio<br>8635 West Sahara Ave Pmb 220<br>Las Vegas, NV 89117 | 100,000.00 | 100,000.00 |
| 10728-00079 | Center State Beverage Inc | Po Box 877<br>Templeton, CA 93465-0877 | 86,608.00 | 86,608.00 |
| 10725-00958 | Coleman, Joy | Fka Joy C Williams<br>6014 Blue Mist Ln<br>Dallas, TX 75248-2820 | 100,000.00 | 100,000.00 |
| 10725-02295 | Donald & Beverly W Swezey 2001 Trust 2/20/01 | Donald & Beverly W Swezey Ttee<br>3666 Cherokee Dr<br>Carson City, NV 89705-6813 | 100,000.00 | 50,000.00 |