# Exhibit B

# USA Capital

## First Trust Deed Investment

**Borrower:**  Gramercy Court Condominiums
The borrower will be an entity owned and controlled by Tracy Suttles.
Tracy Suttles currently owns nearly 6,000 apartment units in the state of
Texas. Mr. Suttles has done loans with USA Capital in the past.

**Loan Amount:**  $37,250,000

**Rate:**  12.0% (net) interest paid monthly

**Maturity:**  June 30, 2006

**Collateral:**  First deed of trust approximately 3 acres of vacant land located on the
corner of Kirby Drive and Gramercy Boulevard, Houston Texas. The
property is located adjacent to the Kelsey Sebold clinic, which is part of
the Houston Medical Center.

**Project Equity:**  The Borrower has contributed in excess of approximately $3.7 million for
acquisition and entitlements.

**The Project:**  The developer is building a 206-unit condominium project in two 5-story,
buildings, which includes a parking garage.  The condominiums range in
size from approximately 783 to approximately 2,154 square feet, with
prices ranging from approximately $150,000 to nearly $500,000. The
project will also include approximately 10,000 square feet of storage space
for use by the condominium owners.

The first building in the project is approximately 80% pre-sold with 82
units currently under contract.

**Exit Strategy:**  This loan will be taken out with the sales of the condominiums.

**Loan to Value:**  Approximately 73% based on the total project sell out included in an
appraisal prepared by The George Kahle Group dated March 30, 2004.

**Guarantees:**  Tracy D. Suttles with an indicated net worth of approximately $108
million as of January 25, 2005.

**USA Capital**
**702-734-2400**
Licensed by the State of Nevada Division of Mortgage Lending
USA Commercial Mortgage Company 4484 S. Pecos Rd, Las Vegas NV 89121
License #MB 333 10/21/2009
Money invested through a mortgage broker is not guaranteed to earn any interest or return and is not insured. Before
investing investors must be provided applicable disclosure.