**Exhibit A**

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Gramercy Court, LTD Loan |
|---|---|---|---|---|
| 10725-00630 | Donnolo Family Trust Dtd 8/24/88 | Joseph & Loretta Donnolo Ttees<br>3120 Highland Falls Dr<br>Las Vegas, NV 89134-7422 | 150,000.00 | 150,000.00 |
| 10725-00011-2 | Frieda Moon & Sharon C Van Ert JTWRS | 2504 Calita Court<br>Las Vegas, NV 89102 | 51,033.34 | 51,033.34 |
| 10725-00259 | Gackenbach IRA, David E | C/O Peter Susi Esq, Michaelson Susi & Michaelson<br>12240 N 128Th Place<br>Scottsdale, AZ 85259<br><br>David E. Gackenbach IRA<br>c/o Peter Susi, Esq.<br>Michaelson, Susi & Michaelson<br>7 West Figueroa Street, 2nd Floor<br>Santa Barbara, CA 93101 | 150,000.00 | 150,000.00 |
| 10725-01993 | Hall Financial Group Ltd & Hall Phoenix Inwood Ltd | C/O Frank J Wright 14755 Preston Rd #600<br>Dallas, TX 75254 | 581,000.00 | 581,000.00 |
| 10725-00331 | Heyboer, Judy | 1150 Hidden Oaks Dr<br>Menlo Park, CA 94025-6043 | Unknown | Unknown |
| 10725-00842 | Ingrid A Rutherford Family Trust Dtd 7/8/99 | Ingrid A Rutherford Ttee<br>Po Box 224<br>I A R CMR 419 APO AE 09102<br><br>Rutherford, Ingrid A.<br>TTEE of the Ingrid A. Rutherford Family Trust Dated 7/8/99<br>I A R CMR 419<br>P O Box 224<br>APO AE 9102 | 50,198.47 | 50,198.47 |

2190398.1

**Exhibit A**

| | | | | |
|---|---|---|---|---|
| 10725-01602 | Kenneth H & Phyllis P Wyatt Family Trust | Kenneth & Phyllis Wyatt Ttees<br>PO Box 370400<br>Las Vegas, NV  89137-0400 | 108,166.65 | 108,166.65 |
| 10725-00731 | Louise G Sherk Md Employee Benefit Plan Trust | C/O Robert Di Bias & Louise Sherk Ttees<br>3830 Ocean Birch Dr Corona<br>Del Mar, CA  92625-1244 | 50,723.29 | 50,723.29 |
| 10725-01975 | Manter, John | 1449 Tirol Dr<br>Incline Village, NV  89451 | 50,000.00 | 50,000.00 |
| 10725-00402 | Nevada Freedom Corp | FTBO Duane U Deverill<br>P.O. Box 4718<br>Incline Village, NV  89450<br><br>Nevada Freedom Corp.<br>PSP DTD 10/1/90 and 9/1/95<br>FTBO Debra L. Deverill<br>c/o Duane U. Deverill Trustee<br>774 Mays Blvd., Suite 10 PMB 186<br>Incline Village, NV 89451-9613 | 354,947.94 | 354,947.94 |

2190398.1