## 60th STREET VENTURE, LLC

Exhibit A
Single Loan Claims
First Omnibus Objection

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the 60th St. Venture, LLC Loan |
|---|---|---|---|---|
| 10725-01342 | Richard G. Adams | 6990 East Thirsty Cactus Lane Scottsdale, AZ  85262 | $26,280.40 | $26,280.40 |
| 10725-00726 | David Foxcroft | 2605 East Flamingo Road Las Vegas, NV  89121 | $60,000.00 | $60,000.00 |