**60th Street Venture, LLC**
Exhibit A
Multiple Loan Claims
Second Omnibus Objection

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the 60th St. Venture, LLC Loan |
|---|---|---|---|---|
| 10725-01408 | Stanley and Florence Alexander Ind. and as Trustees | Robert C LePome<br>10120 S. Eastern #200<br>Henderson, NV 89052<br>AND<br>P.O. Box 95144<br>Longwood, FL 32779 | $400,000.00 | $25,000.00 |
| 10725-01716-2 | Donna M. Cangelosi Family Trust | c/o Donna M Cangelosi Trustee<br>5860 Lausanne Drive<br>Reno, NV 89511-5034 | $1,537,121.72 | $40,000.00 |
| 10725-02050 | Kay M. Cantrell and Kay J. Hart Jt Ten | 455 Magnolia Avenue<br>Fairhope, AL 36532 | $77,415.06 | $25,000.00 |
| 10725-00092 | James Corison | 1427 Kearney Street<br>Helena, CA 94574<br>AND<br>James Corison<br>P.O. Box 21214<br>Riverside, CA 92516 | $1,023,000.00 | $25,000.00 |
| 10726-00067 | D. Joseph Douchet | Trustee of Doucet Trust<br>6124 Greenbrook Drive<br>Reno, Nevada 89511-8528<br>AND<br>Trustee Of Douchet Trust<br>3301 Skyline Boulevard<br>Reno, NV 89509-6604 | $502,335.71 | unknown |
| 10725-00526 | Christopher Fernandes | 4001 Oak Manor Court<br>Hayward, CA 94542 | $93,287.54 | $35,216.00 |
| 10725-02467 | Foxcroft Living Trust Dtd 1/10/02 | Fred J and Roberta Foxcroft Ttees<br>P.O. Box 362<br>Carnelian Bay, CA 96140-0362 | $553,778.99 | $30,000.00 |
| 10725-01865 | Adrian Oosthuizen, Jr. | 5860 Lausanne Drive<br>Reno, NV 89511 | $2,711,295.30 | $60,000.00 |
| 10725-01214-2 | Phillip Rulon | 2800A Wrondel Way<br>Reno, NV 89502 | $503,479.62 | $25,000.00 |
| 10725-02175 | Alan R. and Judith B. Simmons Hwjtwros | P.O. Box 13296<br>South Lake Tahoe, CA 96151-3296 | $1,186,288.22 | $25,000.00 |
| 10725-02428 | Tiki Investment Enterprises Lp | 2578 Highmore Avenue<br>Henderson, NV 89052 | $2,400,256.00 | $150,000.00 |
| 10725-01365 | Richard G. Vrbancic | 103 Willow Brook Drive N.E.<br>Warren, OH 44483-4630 | $270,000.00 | $25,000.00 |

268521.1