## 60th Street Venture, LLC

Exhibit A
Declaration of Edward M. Burr

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the 60th St. Venture, LLC Loan |
|---|---|---|---|---|
| 10725-01342 | Richard G. Adams | 6990 East Thirsty Cactus Lane<br>Scottsdale, AZ  85262 | $26,280.40 | $26,280.40 |
| 10725-01408 | Stanley and Florence Alexander Ind and As Trustees, | P.O. Box 95144<br>Longwood, FL  32779<br>AND<br>c/o Robert C LePome<br>10120 S. Eastern #200<br>Henderson, NV  89052 | $400,000.00 | $25,000.00 |
| 10725-01716-2 | Donna M. Cangelosi Family Trust | c/o Donna M Cangelosi Trustee<br>5860 Lausanne Drive<br>Reno, NV  89511-5034 | $1,537,121.72 | $40,000.00 |
| 10725-02050 | Kay M. Cantrell and Kay J. Hart Jt Ten | 455 Magnolia Avenue<br>Fairhope, AL  36532 | $77,415.06 | $25,000.00 |
| 10725-00092 | James Corison | 1427 Kearney Street<br>Helena, CA  94574<br>AND<br>James Corison<br>P.O. Box 21214<br>Riverside, CA  92516 | $1,023,000.00 | $25,000.00 |
| 10726-00067 | D. Joseph Douchet | Trustee of Doucet Trust<br>6124 Greenbrook Drive<br>Reno, Nevada  89511-8528<br>AND<br>D. Joseph Doucet<br>Trustee Of Douchet Trust<br>3301 Skyline Boulevard<br>Reno, NV  89509-6604 | $502,335.71 | unknown |
| 10725-00526 | Christopher Fernandes | 4001 Oak Manor Court<br>Hayward, CA  94542 | $93,287.54 | $35,216.00 |
| 10725-00726 | David Foxcroft | 2605 East Flamingo Road<br>Las Vegas, NV  89121 | $60,000.00 | $60,000.00 |
| 10725-02467 | Foxcroft Living Trust Dtd 1/10/02 | Fred J and Roberta Foxcroft Ttees<br>P.O. Box 362<br>Carnelian Bay, CA  96140-0362 | $553,778.99 | $30,000.00 |
| 10725-01865 | Adrian Oosthuizen, Jr. | 5860 Lausanne Drive<br>Reno, NV  89511 | $2,711,295.30 | $60,000.00 |
| 10725-01214-2 | Phillip Rulon | 2800A Wrondel Way<br>Reno, NV  89502 | $503,479.62 | $25,000.00 |

268522.1

## 60th Street Venture, LLC

Exhibit A
Declaration of Edward M. Burr

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the 60th St. Venture, LLC Loan |
|---|---|---|---|---|
| 10725-02175 | Alan R. and Judith B. Simmons Hwjtwros | P.O. Box 13296 South Lake Tahoe, CA 96151-3296 | $1,186,288.22 | $25,000.00 |
| 10725-02428 | Tiki Investment Enterprises Lp | 2578 Highmore Avenue Henderson, NV  89052 | $2,400,256.00 | $150,000.00 |
| 10725-01365 | Richard G. Vrbancic | 103 Willow Brook Drive N.E. Warren, OH  44483-4630 | $270,000.00 | $25,000.00 |

2

268522.1