**Exhibit A**

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Gramercy Court, LTD Loan |
|---|---|---|---|---|
| 10725-00407 | Nevada Freedom Corp | FTBO Duane U Deverill<br>P.O. Box 4718<br>Incline Village, NV  89450<br><br>Nevada Freedom Corp.<br>PSP DTD 10/1/90 and 9/1/95<br>FTBO Duane U. Deverill<br>c/o Duane U. Deverill Trustee<br>774 Mays Blvd., Suite 10 PMB 186<br>Incline Village, NV 89451-9613 | 820,466.12 | 820,466.12 |
| 10725-01812 | Park, Youngjin & Sejin | 4417 Los Reyes Ct<br>Las Vegas, NV  89121-5345 | 50,000.00 | 50,000.00 |
| 10725-01375 | Payne, Shirley | Po Box 208<br>Grass Valley, CA  95945 | 50,000.00 | 50,000.00 |
| 10725-01016 | Preswick Corp | 1400 Colorado St  Ste C<br>Boulder City, NV  89005 | 281,473.51 | 281,473.51 |
| 10725-00378 | Rausch, Lawrence | 10708 Brinkwood<br>Las Vegas, NV  89134 | 49,212.02 | 49,212.02 |
| 10725-00664 | Ronald G Gardner Trust | C/O Ronald G Gardner Trustee<br>430 Bavarian Dr<br>Carson City, NV  89705-7010 | 150,000.00 | 150,000.00 |
| 10725-00456 | Silvestri, Silvio & Kathryn | 13621 Wolf Rd<br>Grass Valley, CA  95949-8187 | 74,340.00 | 74,340.00 |
| 10725-00047 | Simmtex Inc A Nevada Corp | Jed Barish<br>2011 Oak St<br>San Francisco, CA  94117 | 50,000.00 | 50,000.00 |

2190398.1

**Exhibit A**

| | | | | |
|---|---|---|---|---|
| 10725-00464 | Stimpson, Shawn | 5799 Cathedral Peak Dr<br>Sparks, NV  89436 | 50,000.00 | 50,000.00 |
| 10725-00247 | Tuttle, Dale L | 6252 Chinook Way<br>Las Vegas, NV  89108-1733 | 250,000.00 | 250,000.00 |

2190398.1