LEWIS AND ROCA LLP LAWYERS

E-Filed on 5/14/10

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                                            Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**DECLARATION OF GEOFFREY L. BERMAN IN SUPPORT OF OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED UPON INVESTMENT IN THE 60TH STREET VENTURE, LLC LOAN**<br><br>Date of Hearing: June 15, 2010<br>Time of Hearing: 9:30 a.m. |

Geoffrey L. Berman declares under penalty of perjury:

I am an adult person competent to testify in court.

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

268488.1

1.  I make this declaration based upon my personal knowledge, and upon the records USA Commercial Mortgage Company ("USACM") as to which I am a successor custodian of records.

2.  I am the Trustee of the USACM Liquidating Trust ("USACM Trust"), which is an entity created by the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization ("Plan"), in the jointly-administered bankruptcy cases, In re USA Commercial Mortgage Company, BK-S-06-10725-LBR, pending in the United States Bankruptcy Court for the District of Nevada.

3.  On December 22, 2005, 60th Street Venture, LLC made and delivered to various lenders a Promissory Note, in an amount of $3,700,000 (the "Note").

4.  The Note is secured by a second position Deed of Trust, Assignment of Rents, Security Agreement and Fixture Filing ("Deed of Trust") on real property and improvements thereon, as described in the Deed of Trust.

5.  The Deed of Trust was originally recorded on December 30, 2005 at Instrument Number 2005-1119677 in the Official Records of the San Diego County Recorder's Office.

6.  The Deed of Trust expressly states that the deed is in "second position."

7.  The Offer Sheet providing information about the 60th Street Loan that was, upon information and belief, supplied or made available to the 60th Street Claimants prior to their lending money, expressly states that the investment is a **"SUBORDINATED TRUST DEED INVESTMENT"** (emphasis in the original) and further states that the collateral will consist of a "second deed of trust." A true and correct copy of the Offer Sheet obtained from the files of USACM is attached hereto as **Exhibit A.**

8.  Moreover, the Offer Sheet's stated loan to value calculation is supported by the property's Aggregate Retail Value as of November 11, 2004, as assessed by CB Richard Ellis in a November 18, 2004 appraisal.

9.  The Note is also secured by a Guaranty USACM entered into with Matthew Maisel and Rob Presley (the "Guarantors"), wherein the Guarantors expressly agreed to pay all indebtedness owed by 60th Street Venture, LLC related to the Note.

10. According to USACM records, the 60th Street Loan was performing, in that interest was being paid from a reserve, but the Loan defaulted on August 1, 2006. During the bankruptcy case, USACM treated sums due to the Direct Lenders in accordance with this Court's orders and the confirmed Plan. The USACM Trust does not know the ultimate disposition of this loan or whether the Direct Lenders were repaid in whole or in part.

I declare under penalty of perjury that the foregoing is true and correct.

Executed Friday, May 14, 2010 at Los Angeles, California.

s/ Geoffrey L. Berman
Geoffrey L. Berman, Trustee
USACM Liquidating Trust
gberman@dsi.biz
c/o Development Specialists, Inc.
333 South Grand Avenue, Suite 4070
Los Angeles, CA 90071-1544

Copy of the foregoing (without exhibits)
mailed by first class
postage prepaid U.S. Mail on
May 14, 2010 to the
investors in the 60TH Street Venture, LLC Loan listed
on Exhibit A to the Objection.

s/ Renee L. Creswell
Renee L. Creswell

3

268488.1