**Exhibit A**

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Gramercy Court, LTD Loan |
|---|---|---|---|---|
| 10725-01735 | Twichell, Donald V & Michelle | 5385 Cross Creek Ln<br>Reno, NV  89511-9037 | 54,787.34 | 54,787.34 |
| 10725-01441 | Wald Financial Grp Inc Defined Benefit | Pension Trust  249<br>Margo Way<br>Pismo Beach, CA  93449 | 50,516.67 | 50,516.67 |
| 10725-00397 | Walls Family Trust Dtd 12/10/97 | C/O Joseph P & Ellen Walls Ttees<br>2778 Bedford Way<br>Carson City, NV  89703-4618 | 50,000.00 | 50,000.00 |
| 10725-00062-2 | Walter, Diane | C/O Beesley Matteoni Ltd  Caryn S Tijsseling Esq<br>5011 Meadowood Mall Way<br>Sui Reno, NV  89502 | 50,000.00 | 50,000.00 |
| 10725-01269 | Wayne Dotson Co Peter Bogart Ceo | Peter Bogart Ceo<br>1445 City Line Ave.<br>Wynnewood, PA  19096<br><br>Wayne Dotson Co.<br>Peter Bogart, CEO<br>3 Hidden Lake Court<br>Bluffton, SC  29910 | 56,000.00 | 56,000.00 |
| 10725-00559 | William Kostechko Revocable Trust Dtd 10/31/05 | C/O William Kostechko Trustee<br>5415 W Harmon Ave Unit 1035<br>Las Vegas, NV  89103-7013 | 100,000.00 | 100,000.00 |
| 10725-01308 | Wolken, Stan | 598 Lariat Cir<br>Incline Village, NV  89451 | 50,000.00 | 50,000.00 |
| 10725-00501 | Wright, Wanda | 16500 Pyramid Hwy<br>Reno, NV  89510 | 52,400.00 | 52,400.00 |

2190398.1

**Exhibit A**

| | | | | |
|---|---|---|---|---|
| 10725-01019 | Yonai Trustee, Gregory D | 1982 Country Cove Ct<br>Las Vegas, NV  89135-1552 | 54,500.00 | 54,500.00 |

2190398.1