# EXHIBIT A

**Exhibit A**

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Gramercy Court Condos Loan |
|---|---|---|---|---|
| 10725-01904 | Alves Family Trust Dtd 10/27/89 | Arnold R & Agnes J Alves Ttees<br>9904 Villa Granito LN<br>Granite Bay, CA 95746-6481 | 303,616.62 | 50,000.00 |
| 10725-02301 | Anderson Fmly Trust Dtd 7/21/92 | Gary B & Barbara L Anderson Ttee<br>Po Box 699<br>Carnelian Bay, CA 96104 | 1,000,000.00 | 125,000.00 |
| 10725-01962 | Apigian Jt Ten, Larry & Leona | 172 Woodland Rd<br>Goldendale, WA 98620 | 356,300.72 | 50,000.00 |
| 10725-02025 | Apigian, Larry & Leona | 172 Woodland Rd<br>Goldendale, WA 98620-2613 | Unknown | Unknown |
| 10725-02227 | Barzan, Richard D & Lelia J | 7231 Langworth Rd<br>Oakdale, CA 95361 | 1,325,629.78 | 200,000.00 |
| 10725-02431 | Brines Revoc Fam Trust Dtd 11/5/94, Michael & Cindy | Michael R & Cindy G Brines Ttees<br>4935 El Sereno Ave<br>La Crescenta, CA 91214-3018 | 771,119.58 | 50,000.00 |
| 10725-01233 | Casey Family Trust | C/O Richard F & Kathryn A Casey Ttees<br>Po Box 1578<br>Los Gatos, CA 95031-1578 | 150,000.00 | 50,000.00 |
| 10725-02113 | Charles B Dunn Iv Trust Dtd 8/12/05 | C/O Charles B Dunn Iv Trustee<br>17042 Norlene Way<br>Grass Valley, CA 95949-7161 | 690,996.08 | 50,000.00 |
| 10725-01437 | Clawiter Associates Llc | 1620 Colchester St<br>DanVille, CA 94506 | 225,000.00 | 50,000.00 |

2190428.1

**Exhibit A**

| | | | | |
|---|---|---|---|---|
| 10725-02038 | Collins Family Trust Dated 1/29/93 | C/O Shirley M Collins Trustee<br>1975 Snowberry Ct<br>Carlsbad, CA  92009-8408 | 1,760,380.48 | 100,000.00 |

2190428.1