# EXHIBIT C

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT DISTRICT OF Nevada | PROOF OF CLAIM |
|---|---|

Name of Debtor: USA COMMERCIAL MORTGAGE COMPANY
Case Number: 06-10725-LBR

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case A request for payment of an administrative expense may be filed pursuant to 11 U S C § 503

Name of Creditor (The person or other entity to whom the debtor owes money or property) ARNOLD R ALVES & AGNES J ALVES, TRUSTEES OF THE ALVES FAMILY TRUST, DATED 10/27/89

Name and address where notices should be sent
9904 VILLA GRANITO LANE
GRANITE BAY, CA 95746-6481
Telephone number

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars
☐ Check box if you have never received any notices from the bankruptcy court in this case
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor

Check here if this claim ☐ replaces ☐ amends a previously filed claim dated _____

**1  Basis for Claim**
☐ Goods sold
☐ Services performed
☑ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☑ Other  SEE EXHIBIT A

☐ Retiree benefits as defined in 11 U S C § 1114(a)
☐ Wages salaries and compensation (fill out below)
Last four digits of your SS # _____
Unpaid compensation for services performed
from _____ to _____
(date)  (date)

**2.  Date debt was incurred**  6/1/05

**3.  If court judgment, date obtained**

**4  Classification of Claim** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed See reverse side for important explanations.

**Unsecured Nonpriority Claim** $ _____
☑ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it or if c) none or only part of your claim is entitled to priority

**Unsecured Priority Claim**
☐ Check this box if you have an unsecured claim all or part of which is entitled to priority
Amount entitled to priority $ _____

Specify the priority of the claim
☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor s business whichever is earlier  11 U S C § 507(a)(4)
☐ Contributions to an employee benefit plan - 11 U S C § 507(a)(5)

**Secured Claim**
☑ Check this box if your claim is secured by collateral (including a right of setoff)

Brief Description of Collateral
☑ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral  $ UNKNOWN

Amount of arrearage and other charges at time case filed included in secured claim if any  $ LINE 2 OF EX A

☐ Up to $2,225* of deposits toward purchase lease, or rental of property or services for personal family or household use - 11 U S C § 507(a)(7)
☐ Taxes or penalties owed to governmental units - 11 U S C § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U S C § 507(a)(___)
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5  Total Amount of Claim at Time Case Filed**
$ LN 4 EX A   LN 4 EX A   _____   LN 4 EX A
   (unsecured)   (secured)   (priority)   (Total)
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges.

**6  Credits**  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7  Supporting Documents**  Attach copies of supporting documents, such as promissory notes purchase orders invoices itemized statements of running accounts, contracts court judgments mortgages, security agreements and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous, attach a summary

**8  Date-Stamped Copy**  To receive an acknowledgment of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

FILED JAN 09 2007

Date: 1/8/2007
Sign and print the name and title if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
*Arnold R Alves, Trustee*

USA CMC
1072501904

Penalty for presenting fraudulent claim  Fine of up to $500 000 or imprisonment for up to 5 years or both 18 U

# UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA

## PROOF OF CLAIM

**Name of Debtor:** USA Commercial Mortgage Company
**Case Number:** 06-10725-LBR

NOTE See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503

**Name of Creditor and Address:**
Gary B. Anderson & Barbara L. Anderson
Trustees of the Anderson Family Trust
dtd 7/21/92
PO Box 699
Carnelian Bay, CA 96104

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars
☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case
☐ Check box if this address differs from the address on the envelope sent to you by the court.

DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS
If you have already filed a proof of claim with the Bankruptcy Court or BMC, you do not need to file again
THIS SPACE IS FOR COURT USE ONLY

**Creditor Telephone Number** ( )
**Last four digits of account or other number by which creditor identifies debtor:** 3814  3217

☐ Check here if this claim ☐ replaces ☐ amends a previously filed claim dated _____

### 1. BASIS FOR CLAIM
☐ Goods sold
☐ Services performed
☒ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other (describe briefly) See attached
☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #
  Unpaid compensation for services performed from _____ to _____
☐ Unremitted principal
☒ Other claims against servicer (not for loan balances)

### 2. DATE DEBT WAS INCURRED
### 3. IF COURT JUDGMENT, DATE OBTAINED

### 4. CLASSIFICATION OF CLAIM
**UNSECURED NONPRIORITY CLAIM** $500,000.00
☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim all or part of which is entitled to priority
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000)* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4)
☐ Contributions to an employee benefit plan 11 U.S.C. § 507(a)(5)

**SECURED CLAIM**
☒ Check this box if your claim is secured by collateral (including a right of setoff)
Brief description of collateral:
☒ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral $ Unknown
Amount of arrearage and other charges at time case filed included in secured claim if any $ 500,000.00
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use -11 U.S.C. § 507(a)(7)
☐ Taxes or penalties owed to governmental units 11 U.S.C. § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) ( _____ )
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

### 5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED
$ 500,000.00 (unsecured) | $ 500,000.00 (secured) | $ _____ (priority) | $ 500,000.00 (Total)

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

### 6. CREDITS
The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

### 7. SUPPORTING DOCUMENTS
Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary

### 8. DATE-STAMPED COPY
To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5:00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

**BY MAIL TO**
BMC Group
Attn USACM Claims Docketing Center
P O Box 911
El Segundo CA 90245-0911

**BY HAND OR OVERNIGHT DELIVERY TO**
BMC Group
Attn USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo CA 90245

FILED JAN 1 3 2007

**DATE:** 1-12-07
**SIGN:** Erven T. Nelson, Attorney

USA CMC
1072502301

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years or both 18 U.S.C. §§ 152 AND 3571

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF Nevada | PROOF OF CLAIM |
|---|---|---|

Name of Debtor: USA Commercial Mortgage Company
Case Number: 06-10725-LBR

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U S C § 503

Name of Creditor (The person or other entity to whom the debtor owes money or property)
Larry APIGIAN + LEONA APIGIAN, husband & wife, as Joint Tenants with ROS

Name and address where notices should be sent
172 WOODLAND RD
GOLDENDALE WA 98620

Telephone number (509) 773-6901

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars
☐ Check box if you have never received any notices from the bankruptcy court in this case
☐ Check box if the address differs from the address on the envelope sent to you by the court

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor

Check here ☐ replaces ☐ amends  a previously filed claim dated _____
if this claim

**1 Basis for Claim**
☐ Goods sold
☐ Services performed
☒ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☒ Other — See Exhibit A

☐ Retiree benefits as defined in 11 U S C § 1114(a)
☐ Wages salaries and compensation (fill out below)
  Last four digits of your SS # _____
  Unpaid compensation for services performed
  from _____ to _____
       (date)        (date)

**2** Date debt was incurred Jan, 2004

**3.** If court judgment, date obtained

**4 Classification of Claim** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations
Unsecured Nonpriority Claim $ 178,150.36
☒ Check this box if a) there is no collateral or lien securing your claim or b) your claim exceeds the value of the property securing it or if c) none or only part of your claim is entitled to priority

**Unsecured Priority Claim**
☐ Check this box if you have an unsecured claim all or part of which is entitled to priority
Amount entitled to priority $_____

Specify the priority of the claim
☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages salaries, or commissions (up to $10 000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor s business whichever is earlier  11 U S C § 507(a)(4)
☐ Contributions to an employee benefit plan - 11 U S C § 507(a)(5)

**Secured Claim**
☒ Check this box if your claim is secured by collateral (including a right of setoff)

Brief Description of Collateral
☒ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral $ Unknown

Amount of arrearage and other charges at time case filed included in secured claim, if any $ 3,150.36

☐ Up to $2,225* of deposits toward purchase lease or rental of property or services for personal family or household use - 11 U S C § 507(a)(7)
☐ Taxes or penalties owed to governmental units - 11 U S C § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U S C § 507(a)(___)
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5 Total Amount of Claim at Time Case Filed**
$178,150 36 | 178,150 36 | | 178,150.36
(unsecured)  (secured)  (priority)  (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

**6 Credits** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7 Supporting Documents** Attach copies of supporting documents such as promissory notes, purchase orders invoices itemized statements of running accounts, contracts court judgments mortgages security agreements and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous attach a summary

**8 Date Stamped Copy** To receive an acknowledgment of the filing of your claim enclose a stamped self-addressed envelope and copy of this proof of claim

FILED JAN 10 2007

Date  1/9/2007
Sign and print the name and title, if any of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
[signatures] Leona Apigian

Penalty for presenting fraudulent claim Fine of up to $500 000 or imprisonment for up to 5 years, or both 18 U

USA CMC
1072501962

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

# PROOF OF CLAIM

**YOUR CLAIM IS SCHEDULED AS**
Schedule/Claim ID: s31907
Amount/Classification: $41,666.67 Unsecured

**Name of Debtor:** USA Commercial Mortgage Company
**Case Number:** 06-10725-LBR

NOTE: See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A 'request' for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503

**Name of Creditor and Address:**
11321240001836
LARRY APIGIAN & LEONA APIGIAN
172 WOODLAND RD
GOLDENDALE, WA 98620-2613

[ ] Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars
[ ] Check box if you have never received any notices from the bankruptcy court or BMC Group in this case
[ ] Check box if this address differs from the address on the envelope sent to you by the court

The amounts reflected above constitute your claim as scheduled by the Debtor or pursuant to a filed claim. If you agree with the amounts set forth herein and have no other claim against the Debtor, you do not need to file this proof of claim EXCEPT as stated below.

**If the amounts shown above are listed as Contingent, Unliquidated or Disputed, a proof of claim must be filed**

If you have already filed a proof of claim with the Bankruptcy Court or BMC, you do not need to file again.

**THIS SPACE IS FOR COURT USE ONLY**

**Creditor Telephone Number:** ( ) 509-773-6901

Last four digits of account or other number by which creditor identifies debtor:

Check here if this claim  [ ] replaces  [ ] amends  a previously filed claim dated _____

**1. BASIS FOR CLAIM**
[ ] Goods sold
[ ] Services performed
[X] Money loaned
[ ] Personal injury/wrongful death
[ ] Taxes
[ ] Other (describe briefly) _____
[ ] Retiree benefits as defined in 11 U.S.C. § 1114(a)
[ ] Wages, salaries and compensation (fill out below)
Last four digits of your SS # _____
Unpaid compensation for services performed from _____ (date) to _____ (date)
[ ] Unremitted principal
[ ] Other claims against servicer (not for loan balances)

**2. DATE DEBT WAS INCURRED**

**3. IF COURT JUDGMENT, DATE OBTAINED**

**4. CLASSIFICATION OF CLAIM** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**UNSECURED NONPRIORITY CLAIM** $ _____
[ ] Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**
[ ] Check this box if you have an unsecured claim, all or part of which is entitled to priority
Amount entitled to priority $ _____
Specify the priority of the claim:
[ ] Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
[ ] Wages, salaries, or commissions (up to $10,000)* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier 11 U.S.C. § 507(a)(4)
[ ] Contributions to an employee benefit plan 11 U.S.C. § 507(a)(5)

**SECURED CLAIM**
[ ] Check this box if your claim is secured by collateral (including a right of setoff)
Brief description of collateral:
[ ] Real Estate   [ ] Motor Vehicle   [ ] Other _____
Value of Collateral $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any $ _____

[ ] Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use 11 U.S.C. § 507(a)(7)
[ ] Taxes or penalties owed to governmental units 11 U.S.C. § 507(a)(8)
[ ] Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__)
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED**
$ _____ (unsecured)   $ _____ (secured)   $ _____ (priority)   $ _____ (Total)

[ ] Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

**6. CREDITS** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7. SUPPORTING DOCUMENTS** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary

**8. DATE-STAMPED COPY** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5:00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

**BY MAIL TO:**
BMC Group
Attn: USACM Claims Docketing Center
P O Box 911
El Segundo, CA 90245-0911

**BY HAND OR OVERNIGHT DELIVERY TO:**
BMC Group
Attn: USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

**THIS SPACE FOR COURT USE ONLY**

FILED JAN 11 2007

USA CMC
1072502025

**DATE:** 1/9/2007
**SIGN** and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): Leona Apigian

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF Nevada | PROOF OF CLAIM |
|---|---|---|

**Name of Debtor:** USA Commercial Mortgage Company
**Case Number:** 06-10725-LBR

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C § 503.

**Name of Creditor** (The person or other entity to whom the debtor owes money or property):
Richard D Barzan and Lelia J Barzan

**Name and address where notices should be sent:**
Richard Barzan
7231 Langworth Road
Oakdale, CA 95361
**Telephone number:** 209-847-2458

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars
☐ Check box if you have never received any notices from the bankruptcy court in this case
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

**Last four digits of account or other number by which creditor identifies debtor:**

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated: _____

**1. Basis for Claim**
☐ Goods sold
☐ Services performed
☑ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☑ Other — SEE EXHIBIT A

☐ Retiree benefits as defined in 11 U.S.C § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of your SS #: _____
Unpaid compensation for services performed
from _____ to _____

**2. Date debt was incurred:**

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed.
See reverse side for important explanations.

**Unsecured Nonpriority Claim** $ 662,814
☑ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim**
☐ Check this box if you have an unsecured claim all or part of which is entitled to priority
Amount entitled to priority $ _____

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C § 507(a)(4)
☐ Contributions to an employee benefit plan – 11 U.S.C § 507(a)(5)

**Secured Claim**
☑ Check this box if your claim is secured by collateral (including a right of setoff)

Brief Description of Collateral:
☑ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any $ 13,647

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C § 507(a)(7)
☐ Taxes or penalties owed to governmental units – 11 U.S.C § 507(a)(8)
☐ Other – Specify applicable paragraph of 11 U.S.C § 507(a)(___)

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed:**
$ 662,814 (unsecured)  $ 662,814 (secured)  $ _____ (priority)  $ 662,814 (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

FILED JAN 1 2 2007

**Date:** 1-10-07
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
Richard D. Barzan
Lelia J. Barzan

USA CMC
1072502227

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §§ 152 and 3571.

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF Nevada | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor USA Commercial Mortgage Company | Case Number 06-10725-LBR | |

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case A request for payment of an administrative expense may be filed pursuant to 11 USC § 503

Name of Creditor (The person or other entity to whom the debtor owes money or property)
Michael R Brines & Cindy G Brines
Revocable Family Trust U/A Dated 11/5/94
C/O Michael R. Brines & Cindy G. Brines, TTEE

Name and address where notices should be sent
Michael R Brines
4935 El Sereno Avenue
La Crescenta, Ca 91214-3018
Telephone number (818) 249-4344

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars
☐ Check box if you have never received any notices from the bankruptcy court in this case
☐ Check box if the address differs from the address on the envelope sent to you by the court.

RECEIVED AND FILED
2007 JAN 11 P 8:31
US BANKRUPTCY COURT
PATRICIA GRAY, CLERK

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor

Check here ☒ replaces ☐ amends a previously filed claim dated 12/07/06
if this claim

**1 Basis for Claim**
☐ Goods sold
☐ Services performed
☒ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☒ Other See Exhibit A

☐ Retiree benefits as defined in 11 USC § 1114(a)
☐ Wages salaries and compensation (fill out below)
Last four digits of your SS # _____
Unpaid compensation for services performed
from _____ to _____
(date)        (date)

**2. Date debt was incurred** 03/04/03

**3. If court judgment, date obtained**

**4 Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations.

**Unsecured Nonpriority Claim** $ 385,559 79
☒ Check this box if a) there is no collateral or lien securing your claim or b) your claim exceeds the value of the property securing it or if c) none or only part of your claim is entitled to priority

**Unsecured Priority Claim**
☐ Check this box if you have an unsecured claim all or part of which is entitled to priority
Amount entitled to priority $_____

Specify the priority of the claim
☐ Domestic support obligations under 11 USC § 507(a)(1)(A) or (a)(1)(B)
☐ Wages salaries, or commissions (up to $10 000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier 11 USC § 507(a)(4)
☐ Contributions to an employee benefit plan - 11 USC § 507(a)(5)

**Secured Claim**
☒ Check this box if your claim is secured by collateral (including a right of setoff)

Brief Description of Collateral
☒ Real Estate  ☐ Motor Vehicle  ☐ Other_____
Value of Collateral $ unknown

Amount of arrearage and other charges at time case filed included in secured claim if any $ 5,829 00

☐ Up to $2,225* of deposits toward purchase lease or rental of property or services for personal family or household use - 11 USC § 507(a)(7)
☐ Taxes or penalties owed to governmental units - 11 USC § 507(a)(8)
☐ Other Specify applicable paragraph of 11 USC § 507(a)(___)

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5 Total Amount of Claim at Time Case Filed**
$ 385,559 79    385,559.79         $385,559 79
(unsecured)    (secured)    (priority)    (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges.

**6. Credits** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7 Supporting Documents** Attach copies of supporting documents, such as promissory notes, purchase orders invoices itemized statements of running accounts contracts court judgments, mortgages security agreements and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous, attach a summary

**8. Date-Stamped Copy** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

Date 01/08/07

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
Michael R. Brines, Trustee and Cindy G Brines, Trustee
/s/ M.R.B. TTEE  Cindy G. Brines, TTEE

Penalty for presenting fraudulent claim. Fine of up to $500 000 or imprisonment for up to 5 years or both 18 USC §§

USA CMC
1072502431

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF NEVADA | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>USA Commercial Mortgage Company | Case Number<br>06-10725 | |

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case A request for payment of an administrative expense may be filed pursuant to 11 U S C § 503

| Name of Creditor (The person or other entity to whom the debtor owes money or property)<br>CASEY FAMILY TRUST | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars | |
|---|---|---|
| Name and address where notices should be sent<br>CASEY FAMILY TRUST<br>C/O RICHARD F CASEY III & KATHRYN A CASEY TRUSTEES<br>PO BOX 1578<br>LOS GATOS CA 95031 1578<br>Telephone number | ☐ Check box if you have never received any notices from the bankruptcy court in this case<br>☐ Check box if the address differs from the address on the envelope sent to you by the court | THIS SPACE IS FOR COURT USE ONLY |
| Last four digits of account or other number by which creditor identifies debtor | Check here ☐ replaces<br>if this claim ☐ amends  a previously filed claim dated _____ | |

1  **Basis for Claim**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☑ Other __Loan Service__

☐ Retiree benefits as defined in 11 U S C § 1114(a)
☐ Wages salaries and compensation (fill out below)
Last four digits of your SS # _____
Unpaid compensation for services performed
from _____ to _____
         (date)                    (date)

2  Date debt was incurred

3  If court judgment, date obtained

4  **Classification of Claim** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations    **CONTINGENT**
Unsecured Nonpriority Claim $__150,000__

☑ Check this box if a) there is no collateral or lien securing your claim or b) your claim exceeds the value of the property securing it or if c) none or only part of your claim is entitled to priority

**Unsecured Priority Claim**

☐ Check this box if you have an unsecured claim all or part of which is entitled to priority

Amount entitled to priority $_____

Specify the priority of the claim

☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)

☐ Wages salaries or commissions (up to $10 000) * earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier  11 U S C § 507(a)(4)

☐ Contributions to an employee benefit plan  11 U S C § 507(a)(5)

**Secured Claim**

☐ Check this box if your claim is secured by collateral (including a right of setoff)

Brief Description of Collateral
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral  $_____

Amount of arrearage and other charges at time case filed included in secured claim if any  $_____

☐ Up to $2 225* of deposits toward purchase lease or rental of property or services for personal family or household use  11 U S C § 507(a)(7)

☐ Taxes or penalties owed to governmental units  11 U S C § 507(a)(8)

☐ Other  Specify applicable paragraph of 11 U S C § 507(a)(___)

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

5  Total Amount of Claim at Time Case Filed    $ 150 000 _____ _____ 150,000
+ UNLIQUIDATED CLAIMS                            (unsecured)  (secured)  (priority)  (Total)

☑ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

6  Credits  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

7  Supporting Documents  Attach copies of supporting documents such as promissory notes purchase orders invoices itemized statements of running accounts contracts court judgments mortgages security agreements and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available explain  If the documents are voluminous attach a summary

8  Date Stamped Copy  To receive an acknowledgment of the filing of your claim enclose a stamped self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

**FILED**
**NOV 0 9 2006**

USA CMC
1072501233

| Date<br>Nov 7,<br>2006 | Sign and print the name and title if any of the creditor or other person authorized to file this claim (attach copy of power of attorney if any)<br>By _[signature]_<br>Its  _Richard F Casey III Trustee of the Casey Family Trust_ | |
|---|---|---|

Penalty for presenting fraudulent claim  Fine of up to  $500 000 or imprisonment for up to 5 years  or both  18 U S C §§ 152 and 3571

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT DISTRICT OF Nevada | PROOF OF CLAIM |
|---|---|

Name of Debtor: USA COMMERCIAL MORTGAGE COMPANY
Case Number: 06-10725-LBR

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property): CHARLES B DUNN, IV TRUST DATED 8/12/05 C/O CHARLES B DUNN, IV TRUSTEE

Name and address where notices should be sent:
CHARLES B DUNN, IV
17042 Norlene Way
Grass Valley, CA 95949-7161
Telephone number: (530) 273-3980

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor:

Check here if this claim ☐ replaces ☐ amends a previously filed claim dated:_____

1. **Basis for Claim**
   ☐ Goods sold
   ☐ Services performed
   ☑ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☑ Other  SEE EXHIBIT A

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last four digits of your SS # _____
   Unpaid compensation for services performed
   from _____ to _____
         (date)              (date)

2. Date debt was incurred: 5-27-04

3. If court judgment, date obtained.

4. **Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

Unsecured Nonpriority Claim $ 345,498.04
☑ Check this box if a) there is no collateral or lien securing your claim or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Secured Claim**
☑ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☑ Real Estate   ☐ Motor Vehicle   ☐ Other _____
Value of Collateral: $ UNKNOWN

Amount of arrearage and other charges at time case filed included in secured claim, if any $ 4,989.01

Unsecured Priority Claim
☐ Check this box if you have an unsecured claim all or part of which is entitled to priority.
Amount entitled to priority $_____

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4)
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5)

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7)
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___)

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

5. Total Amount of Claim at Time Case Filed:  $345,498.04  345,498.04 _____ 345,498.04
                                                (unsecured)  (secured)  (priority)  (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

7. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

FILED JAN 11 2007

Date: 1/10/07
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
Charles B. Dunn, IV Trustee
CHARLES B. DUNN, IV TRUSTEE

FILED JAN 11 2007

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

USA CMC
1072502113

# UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA

## PROOF OF CLAIM

**Name of Debtor:** USA Commercial Mortgage Co

**Case Number:** 06-10725-LBR

NOTE See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503

**Name of Creditor and Address:**
Clawiter Associates LLC
1620 Colchester St
Danville, CA 94506

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☒ Check box if this address differs from the address on the envelope sent to you by the court

DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS

If you have already filed a proof of claim with the Bankruptcy Court or BMC you do not need to file again

**THIS SPACE IS FOR COURT USE ONLY**

**Creditor Telephone Number:** (925) 736-7153

**Last four digits of account or other number by which creditor identifies debtor:** 3176

Check here ☐ replaces ☐ amends a previously filed claim dated _____
if this claim    or

### 1 BASIS FOR CLAIM
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other (describe briefly)
☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages salaries and compensation (fill out below)
  Last four digits of your SS #
  Unpaid compensation for services performed from _____ to _____
☐ Unremitted principal
☐ Other claims against servicer (not for loan balances)

### 2 DATE DEBT WAS INCURRED

### 3 IF COURT JUDGMENT, DATE OBTAINED

### 4 CLASSIFICATION OF CLAIM
Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM** $ _____
☐ Check this box if a) there is no collateral or lien securing your claim or b) your claim exceeds the value of the property securing it or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim all or part of which is entitled to priority
Amount entitled to priority $ _____
Specify the priority of the claim
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
☐ Wages salaries or commissions (up to $10 000)* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier 11 U.S.C. § 507(a)(4)
☐ Contributions to an employee benefit plan 11 U.S.C. § 507(a)(5)

**SECURED CLAIM**
☐ Check this box if your claim is secured by collateral (including a right of setoff)
Brief description of collateral
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral $ _____
Amount of arrearage and other charges at time case filed included in secured claim if any $ _____
☐ Up to $2 225* of deposits toward purchase lease or rental of property or services for personal family or household use 11 U.S.C. § 507(a)(7)
☐ Taxes or penalties owed to governmental units 11 U.S.C. § 507(a)(8)
☐ Other Specify applicable paragraph of 11 U.S.C. § 507(a) (___)
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

### 5 TOTAL AMOUNT OF CLAIM AT TIME CASE FILED
$ 28,805 (unsecured)   $ 225,000 (secured)   $ _____ (priority)   $ 253,805 (Total)
See attached sheets
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

### 6 CREDITS
The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

### 7 SUPPORTING DOCUMENTS
Attach copies of supporting documents, such as promissory notes purchase orders invoices itemized statements of running accounts contracts court judgments mortgages security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available explain. If the documents are voluminous attach a summary

### 8 DATE-STAMPED COPY
To receive an acknowledgment of the filing of your claim enclose a stamped self addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5:00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

**BY MAIL TO**
BMC Group
Attn USACM Claims Docketing Center
P O Box 911
El Segundo CA 90245-0911

**BY HAND OR OVERNIGHT DELIVERY TO**
BMC Group
Attn USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo CA 90245

**THIS SPACE FOR COURT USE ONLY**

FILED NOV 14 2006

USA CMC
1072501437

**DATE:** 11/10/06

**SIGN:** Thomas E. Kewell

Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years or both 18 U.S.C. §§ 152 AND 3571

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT   DISTRICT OF Nevada | PROOF OF CLAIM |
|---|---|

Name of Debtor: U.S.A Commercial Mortgage Co
Case Number: 06-10725-LBR

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U S C § 503

Name of Creditor (The person or other entity to whom the debtor owes money or property): Shirley M Collins, trustee, as her sole a separate property, under Collins Family Trust – dated 1-29-93

Name and address where notices should be sent:
Shirley M Collins
1975 Snowberry Court
Carlsbad, Ca 92009

Telephone number:

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars
☐ Check box if you have never received any notices from the bankruptcy court in this case
☐ Check box if the address differs from the address on the envelope sent to you by the court

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor:

Check here ☒ replaces ☐ amends a previously filed claim dated 12-15-06

**1 Basis for Claim**
☐ Goods sold
☐ Services performed
☒ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☒ Other — See exhibit A

☐ Retiree benefits as defined in 11 U S C § 1114(a)
☐ Wages salaries and compensation (fill out below)
Last four digits of your SS # ____
Unpaid compensation for services performed
from _____ to _____
(date)        (date)

**2 Date debt was incurred**
12-16-2003

**3 If court judgment, date obtained**

**4 Classification of Claim** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed See reverse side for important explanations

**Unsecured Nonpriority Claim** $_____
☐ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it or if c) none or only part of your claim is entitled to priority

**Unsecured Priority Claim**
☐ Check this box if you have an unsecured claim all or part of which is entitled to priority
Amount entitled to priority $_____

Specify the priority of the claim
☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages salaries, or commissions (up to $10 000) * earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier 11 U S C § 507(a)(4)
☐ Contributions to an employee benefit plan 11 U S C § 507(a)(5)

**Secured Claim**
☒ Check this box if your claim is secured by collateral (including a right of setoff)
Brief Description of Collateral
☒ Real Estate   ☐ Motor Vehicle   ☐ Other_____
Value of Collateral $ Unknown
Amount of arrearage and other charges at time case filed included in secured claim if any $ 12,549.03

☐ Up to $2 225* of deposits toward purchase lease or rental of property or services for personal family or household use - 11 U S C § 507(a)(7)
☐ Taxes or penalties owed to governmental units - 11 U S C § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U S C § 507(a)(___)

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5 Total Amount of Claim at Time Case Filed**
$880,190.24    880,190.24         $880,190.24
(unsecured)   (secured)  (priority)   (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

**6 Credits** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7 Supporting Documents** Attach copies of supporting documents, such as promissory notes purchase orders invoices itemized statements of running accounts contracts court judgments mortgages, security agreements and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous attach a summary

**8 Date-Stamped Copy** To receive an acknowledgment of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim

Date: 1-9-07
Sign and print the name and title if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney if any)
Shirley M. Collins, Trustee

FILED JAN 1 1 2007

USA CMC
1072502038

Penalty for presenting fraudulent claim Fine of up to $500 000 or imprisonment for up to 5 years or both 18 U S C §§ 152 and 3571

8/28/2006