# EXHIBIT A

**Exhibit A**

| Claim | Name | Address | TotalClaimAmount | ApproximateAmountSubjecttoObjectionBecauseitRelatestoanInvestmentIntheGramercyCourtCondosLoan |
|---|---|---|---|---|
| 10725-00092 | Corison,James | 1427KearneyStreetSt. Helena,CA94574 | 1,023,000.00 | 50,000.00 |
| 10725-02030 | DanielDNewmanTrustDtd11/1/92 | C/ODanielDNewmanTrustee 125ElysianDrSedona,AZ86336 | 1,428,037.34 | 75,000.00 |
| 10725-02267 | DanielLivingTrustAsAmendedDtd1/9/98 | MarkA&CAthyADanielTtees 20RedondaIrvine,CA92620-1954 | 1,119,987.66 | 100,000.00 |
| 10725-02356 | DeniseFFagerRevocableTrustUad2/28/03 | DeniseFFagerTtee 23741BrisbaneBay DanaPoint,CA92629 Denise F. Fager, Trustee of the Denise F. Fager Revocable Trust UAD 2/28/03 Denise F. Fager 5 Salvatore Ladera Ranch, CA  92694 | 1,327,564.06 | 100,000.00 |
| 10725-00297 | Donahue,Michael | 1795NewhallAve Cambria,CA93428-5507 | 250,000.00 | 50,000.00 |
| 10725-00473 | DonaldE&JaylyleRedmonFamilyTrstDtd10/31/95 | DonaldE&JaylyleRedmonTtees 51SanloLN MountainHome,AR72653-6333 | 161,662.50 | 60,600.00 |
| 10726-00067 | Doucet,D.Joseph | TrusteeOfDoucetTrust 3301SkylineBlvd. Reno,NV89509-6604 | 502,335.71 | Unknown |
| 10725-02154 | EllenVDustman&OliverHenry | 31596ThSt Boulder,CO80304 | 303,169.26 | 100,000.00 |

**Exhibit A**

| | | | | |
|---|---|---|---|---|
| 10725-02364 | EricCDisbrowMdIncProfitSharingPlan | EricCDisbrowTtee<br>3840FairwayDr<br>CameronPark,CA95682 | 895,134.00 | 50,000.00 |
| 10725-02184 | Everett,JohnP | HeartClinicsNorthwest<br>6002NMayfairSt2ndFL<br>Spokane,WA99208 | 423,138.00 | 90,000.00 |

2190428.1