# EXHIBIT A

**Exhibit A**

| Claim | Name | Address | TotalClaimAmount | ApproximateAmountSubjecttoObjectionBecauseitRelatestoanInvestmentIntheGramercyCourtCondosLoan |
|-------|------|---------|------------------|-----------------------------------------------------------------------------------------------|
| 10725-01206 | EvieDean2000TrustDtd12/12/00 | C/OEvieDeanTrustee 29PheasantRidgeDr Henderson,NV89014-2110 | 65,336.72 | Unknown |
| 10728-00060 | EvoE&BillieDZepponiFamilyTrustAgtDt2/9/9 | C/OEvo&BillieZepponiTtee 14385WMorningSta Surprise,AZ85374-3816 | 3,691.66 | 933.33 |
| 10725-02347 | FarrahMHobbsRevocableTrustDtd3/12/04 | C/OFarrahHHobbsTrustee 3010ParchmentCt LasVegas,NV89117-2557 | 50,000.00 | Unknown |
| 10725-02031 | FredaNewmanTrustDtd7/26/84 | FredaNewmanTrusteeC/ODanielNewman 125ElysianDrSedona,AZ86336 | 233,504.72 | 100,000.00 |
| 10725-01231 | Fuller,David&Monica | 955Mullen Henderson,NV89044 | 215,404.36 | 50,000.00 |
| 10725-02277 | GaleGladstone-KatzRevocableTrust | GaleGladstone-KatzTrustee 4071BonesRd Sebastopol,CA95472-9755  Gladstone-Katz, Gale Trustee Gale Gladstone-Katz Revocable Trust 1320 North St #29 Santa Rosa, CA  95404 | 1,354,118.10 | 100,000.00 |
| 10725-01914 | GilbertManuelLivingTrustDtd1/3/92 | C/OGilbertManuelTtee 4617ConstitutionAveNe Albuquerque,NM87110 | 486,748.60 | 50,000.00 |

2190428.1

**Exhibit A**

| | | | | |
|---|---|---|---|---|
| 10725-00220 | Glen&CarrieDonahueLivingTrustDtd4/30/94 | GlennM&CArrieDonahueTte e<br>39BridgeportRd<br>NewportBeach,CA92657-1015 | 1,908.08 | 722.92 |
| 10725-02162 | Goodwin,MichaelJohn | 555YellowPineRd<br>Reno,NV89511-3714 | 1,011,076.40 | 50,000.00 |
| 10725-01963 | HarouffCharitableRemainderTrustDtd9/5/96 | DwightW&MaryAnnHarouff Ttees<br>5680RuffianRd<br>LasVegas,NV89149 | 568,181.96 | 100,000.00 |