LEWIS AND ROCA LLP LAWYERS

E-Filed on 5/14/10

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
Marvin Ruth NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3] |
| USA CAPITAL REALTY ADVISORS, LLC,[1] | CHAPTER 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,[2] | **DECLARATION OF EDWARD M. BURR IN SUPPORT OF OMNIBUS OBJECTIONS OF USACM TRUST TO PROOFS OF CLAIM BASED UPON INVESTMENT IN THE GRAMERCY COURT LOAN** |
| USA SECURITIES, LLC,[3]    Debtors. | |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Date of Hearing: June 15, 2010<br>Time of Hearing: 9:30 a.m. |

I, Edward M. Burr, hereby declare under penalty of perjury that:

1. I am a principal with Sierra Consulting Group, LLC ("Sierra"). Sierra is one of the leading providers of restructuring advisory and litigation support services in the

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

268538.1

1  Southwest.  Sierra is a leading national consulting firm comprised of experienced CPAs
2  and other financial professionals.

3      2.    I submit this declaration on behalf of the USACM Liquidating Trust's
4  Objections to Proofs of Claim filed this date.

5      3.    This Court approved the Official Committee of Unsecured Creditors of USA
6  Commercial Mortgage Company's ("Committee") appointment of Sierra as financial
7  advisers on August 11, 2006.  From that date to the Effective Date of the Debtors'
8  confirmed Plan of Reorganization, I have assisted the Committee in analyzing facts
9  concerning these jointly administered bankruptcy cases.  As of the Effective Date of the
10 confirmed Plan of Reorganization, Sierra has been retained by the USACM Liquidating
11 Trust to investigate and reconcile the claims against the USA Commercial Mortgage
12 Company ("USACM") estate.

13     4.    I make the following declaration based upon my personal knowledge, and
14 upon the records of the Debtors described in this declaration, including Debtors' original
15 and amended schedules of liabilities and the proofs of claim described herein, as well as
16 Debtors' accounting records.

17     5.    On March 12, 2007 Effective Date of the Plan, the USACM Liquidating
18 Trust succeeded to USACM's rights with respect to books and records.

19     6.    Sierra has been working closely with both the Trustee for the USACM
20 Liquidating Trust and Development Specialist Inc. ("DSI"), the Trustee's financial
21 advisor, in evaluating all of the claims that were filed in the USACM estate.

22     7.    **Exhibit A,** attached, lists Proofs of Claim filed by Direct Lenders that
23 appear to be based, in whole or in part, upon an investment in the Gramercy Court Loan.
24 **Exhibit A** identifies the Proof of Claim number, the claimant, the claimant's address, the
25 total amount of the claim, and the total amount of the claim that appears to be related to an
26

investment in the Gramercy Court Loan based upon the information provided by the claimant.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 14, 2010

        /s/ Edward M. Burr
                Edward M. Burr

Copy of the foregoing (without exhibits
Mailed by first class
Postage prepaid U.S. Mail on
May 14, 2010 to

All parties in interest listed on
Exhibit A attached.

s/ Leilani Lista\_\_\_\_\_
Leilani Lista

3

268538.1

268538.1