# EXHIBIT A

**Exhibit A**

| Claim | Name | Address | TotalClaimAmount | ApproximateAmountSubjecttoObjectionBecauseitRelatestoanInvestmentIntheGramercyCourtCondosLoan |
|---|---|---|---|---|
| 10725-01915 | HauslerJrLivingTrusrDtd1/3/92,EdwinL | C/OEdwinLHauslerTtee 4617ConstitutionAveNe Albuquerque,NM87110 | 486,748.60 | 50,000.00 |
| 10725-02292 | HelmsHomesLlc | TerryHelms 809UplandBlvd LasVegas,NV89107-3719 | 12,697,934.44 | 100,000.00 |
| 10725-01573 | Hodes,GailLivingTrustDtd9/10/03 | C/OGailRHodesTrustee 410UpperLakeRoad LakeSherwood,CA91361

Gail Hodes Living Trust dated 9/10/03 c/o Gail R. Hodes Trustee 16872 Baruna Ln Huntington Beach, Ca  92649 | 129,522.00 | 50,000.00 |
| 10725-01257 | HoughtonDentalCorpPsp | FboGeraldineHoughton 2871PintaPerris,CA92571 | 400,000.00 | 100,000.00 |
| 10725-02122 | HuffmanFamilyTrustDated5/28/98 | HilaryA&CynthiaLHuffmanTtees 140GazelleRd Reno,NV89511 | 202,832.46 | 50,000.00 |
| 10725-02034 | JeanHMurraySeparatePropertyTrDtd9/12/02 | C/OJeanHMurrayTrustee 865ColomaDr CarsonCity,NV89705-7204 | 200,016.26 | 50,000.00 |
| 10725-01183 | KarenPetersenTyndallTrustDtd3/9/94 | C/OKarenPetersenTyndallTtee 1012GreystokeAcresSt LasVegas,NV89145-8659 | 1,115,915.59 | 228,225.00 |
| 10725-01997 | KmTrust | C/OAimeeEKearnsTrustee 5886NBonitaVistaSt LasVegas,NV89149-3911 | 1,535,080.92 | 122,000.00 |

2190428.1

**Exhibit A**

| | | | | |
|---|---|---|---|---|
| 10725-00796 | KptIrrevocableTrustDtd7/16/99 | C/OKarenPetersenTyndallTtee<br>1012GreystokeAcresSt<br>LasVegas,NV89145-8659 | 202,866.38 | 101,433.19 |
| 10725-01194 | KPTIrrevocableTrustDtd7/16/99 | C/OKarenPetersenTyndallTtee<br>1012GreystokeAcresSt<br>LasVegas,NV89145-8659 | 202,866.38 | 101,433.19 |

2190428.1