# EXHIBIT A

**Exhibit A**

| Claim | Name | Address | TotalClaimAmount | ApproximateAmountSubjecttoObjectionBecauseitRelatestoanInvestmentIntheGramercyCourtCondosLoan |
|---|---|---|---|---|
| 10725-02326 | LEarleRomakIra | FirstSavingsBankCustodianLEarleRomakIra PoBox6185 InclineVillage,NV89450 | 2,000,000.00 | 250,000.00 |
| 10725-02174 | LawrenceH&LorraineKTenganRevocableTrust | LawrenceH&LorraineKTengan 504EdgefieldRidgePl Henderson,NV89012-4543 | 506,524.90 | 50,000.00 |
| 10725-00495 | Levy,Robert | 2115BensleySt Henderson,NV89044 | 200,000.00 | 50,000.00 |
| 10725-02057 | LindseyHKeslerJrIra | FirstSavingsBankCustodian 4847DamonCir SaltLakeCity,UT84117 | 517,569.18 | 100,000.00 |
| 10725-02273 | LouiseTeeterIraRollover | 4201ViaMarinaSte300 MarinaDelRey,CA90292-5237 | 898,523.18 | 54,000.00 |
| 10725-02178 | MarshalBrechtTrustDtd2/5/86 | MarshallJ&JanetLBrechtTrustees 640ColonialCir Fullerton,CA92835 | 3,418,022.00 | 50,000.00 |
| 10725-02037 | MillerTrustDated8/13/87 | GaryI&BarbaraMillerTtees 2832TildenAve LosAngeles,CA90064 | 1,111,366.00 | 50,000.00 |
| 10725-01691 | MojaveCanyonInc | JanetLChubb,EsqJonesVargas PoBox281 Reno,NV89504-0281 | 675,000.00 | 150,000.00 |
| 10725-00854 | Motto,GeorgeJ | JoeLaxagueEsqCaneClarkLLP 3272EWarmSprings LasVegas,NV89120 | 550,000.00 | 100,000.00 |

2190428.1

**Exhibit A**

| | | | | |
|---|---|---|---|---|
| 10725-01998 | MurrayTrust | | C/OAimeeEKearnsTrustee 5886NBonitaVistaSt LasVegas,NV89149-3911 | 729,435.88 | 50,000.00 |

2190428.1