# Exhibit A

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Gramercy Court, LTD Loan |
|---|---|---|---|---|
| 10725-00609 | Acosta, Celso | 9061 Black Elk Ave Las Vegas, NV 89143-1180 | 51,661.05 | 51,661.05 |
| 10725-01586 | Beaulieu , Jack J Revocable Living Trust Dtd 9/1/9 | Jack J Beaulieu Trustee 2502 Palma Vista Ave Las Vegas, NV 89121 | 112,500.00 | 112,500.00 |
| 10725-00540 | Beryl Winer Family Trust | C/O Beryl Winer 776 Birdbay Way Venice, FL  34285 | 50,000.00 | 50,000.00 |
| 10725-01745 | Bishop, Valon | Po Box 50041 Reno, NV  89513 | 50,000.00 | 50,000.00 |
| 10725-00763 | Bonnema, Chris | Po Box 877 Templeton, CA 93465 | 86,608.00 | 86,608.00 |
| 10725-01474 | Bonnema, Gary | Po Box 8649 Horseshoe Bay, TX  78657 | 50,516.67 | 50,516.67 |
| 10725-01853 | Broadwalk Investments Limited Partnership | Attn  James R Bonfiglio 8635 West Sahara Ave Pmb 220 Las Vegas, NV 89117 | 100,000.00 | 100,000.00 |
| 10728-00079 | Center State Beverage Inc | Po Box 877 Templeton, CA 93465-0877 | 86,608.00 | 86,608.00 |
| 10725-00958 | Coleman, Joy | Fka Joy C Williams 6014 Blue Mist Ln Dallas, TX 75248-2820 | 100,000.00 | 100,000.00 |
| 10725-02295 | Donald & Beverly W Swezey 2001 Trust 2/20/01 | Donald & Beverly W Swezey Ttee 3666 Cherokee Dr | 100,000.00 | 50,000.00 |

2190660.1

| | | Carson City, NV 89705-6813 | | |
|---|---|---|---|---|
| 10725-00630 | Donnolo Family Trust Dtd 8/24/88 | Joseph & Loretta Donnolo Ttees 3120 Highland Falls Dr Las Vegas, NV 89134-7422 | 150,000.00 | 150,000.00 |
| 10725-00011-2 | Frieda Moon & Sharon C Van Ert JTWRS | 2504 Calita Court Las Vegas, NV 89102 | 51,033.34 | 51,033.34 |
| 10725-00259 | Gackenbach IRA, David E | C/O Peter Susi Esq, Michaelson Susi & Michaelson 12240 N 128Th Place Scottsdale, AZ 85259 | 150,000.00 | 150,000.00 |
| 10725-01993 | Hall Financial Group Ltd & Hall Phoenix Inwood Ltd | C/O Frank J Wright  14755 Preston Rd #600 Dallas, TX  75254 | 581,000.00 | 581,000.00 |
| 10725-00331 | Heyboer, Judy | 1150 Hidden Oaks Dr Menlo Park, CA 94025-6043 | Unknown | Unknown |
| 10725-00842 | Ingrid A Rutherford Family Trust Dtd 7/8/99 | Ingrid A Rutherford Ttee Po Box 224 I A R CMR 419 APO AE  09102 | 50,198.47 | 50,198.47 |
| 10725-01602 | Kenneth H & Phyllis P Wyatt Family Trust | Kenneth & Phyllis Wyatt Ttees PO Box 370400 Las Vegas, NV 89137-0400 | 108,166.65 | 108,166.65 |
| 10725-00731 | Louise G Sherk Md Employee Benefit Plan Trust | C/O Robert Di Bias & Louise Sherk Ttees 3830 Ocean Birch Dr Corona Del Mar, CA 92625-1244 | 50,723.29 | 50,723.29 |
| 10725-01975 | Manter, John | 1449 Tirol Dr Incline Village, NV  89451 | 50,000.00 | 50,000.00 |

2

| | | | | |
|---|---|---|---|---|
| 10725-00402 | Nevada Freedom Corp | FTBO Duane U Deverill P.O. Box 4718 Incline Village, NV  89450 | 354,947.94 | 354,947.94 |
| 10725-00407 | Nevada Freedom Corp | FTBO Duane U Deverill P.O. Box 4718 Incline Village, NV  89450 | 820,466.12 | 820,466.12 |
| 10725-01812 | Park, Youngjin & Sejin | 4417 Los Reyes Ct Las Vegas, NV 89121-5345 | 50,000.00 | 50,000.00 |
| 10725-01375 | Payne, Shirley | Po Box 208 Grass Valley, CA 95945 | 50,000.00 | 50,000.00 |
| 10725-01016 | Preswick Corp | 1400 Colorado St Ste C Boulder City, NV 89005 | 281,473.51 | 281,473.51 |
| 10725-00378 | Rausch, Lawrence | 10708 Brinkwood Las Vegas, NV 89134 | 49,212.02 | 49,212.02 |
| 10725-00664 | Ronald G Gardner Trust | C/O Ronald G Gardner Trustee 430 Bavarian Dr Carson City, NV 89705-7010 | 150,000.00 | 150,000.00 |
| 10725-00456 | Silvestri, Silvio & Kathryn | 13621 Wolf Rd Grass Valley, CA 95949-8187 | 74,340.00 | 74,340.00 |
| 10725-00047 | Simmtex Inc A Nevada Corp | Jed Barish 2011 Oak St San Francisco, CA 94117 | 50,000.00 | 50,000.00 |
| 10725-00464 | Stimpson, Shawn | 5799 Cathedral Peak Dr Sparks, NV  89436 | 50,000.00 | 50,000.00 |
| 10725-00247 | Tuttle, Dale L | 6252 Chinook Way Las Vegas, NV 89108-1733 | 250,000.00 | 250,000.00 |
| 10725-01735 | Twichell, Donald V & Michelle | 5385 Cross Creek Ln Reno, NV  89511-9037 | 54,787.34 | 54,787.34 |

3

| | | | | |
|---|---|---|---|---|
| 10725-01441 | Wald Financial Grp Inc Defined Benefit | Pension Trust 249 Margo Way Pismo Beach, CA 93449 | 50,516.67 | 50,516.67 |
| 10725-00397 | Walls Family Trust Dtd 12/10/97 | C/O Joseph P & Ellen Walls Ttees 2778 Bedford Way Carson City, NV 89703-4618 | 50,000.00 | 50,000.00 |
| 10725-00062-2 | Walter, Diane | C/O Beesley Matteoni Ltd Caryn S Tijsseling Esq 5011 Meadowood Mall Way Sui Reno, NV 89502 | 50,000.00 | 50,000.00 |
| 10725-01269 | Wayne Dotson Co Peter Bogart Ceo | Peter Bogart Ceo 1445 City Line Ave. Wynnewood, PA 19096 | 56,000.00 | 56,000.00 |
| 10725-00559 | William Kostechko Revocable Trust Dtd 10/31/05 | C/O William Kostechko Trustee 5415 W Harmon Ave Unit 1035 Las Vegas, NV 89103-7013 | 100,000.00 | 100,000.00 |
| 10725-01308 | Wolken, Stan | 598 Lariat Cir Incline Village, NV 89451 | 50,000.00 | 50,000.00 |
| 10725-00501 | Wright, Wanda | 16500 Pyramid Hwy Reno, NV 89510 | 52,400.00 | 52,400.00 |
| 10725-01019 | Yonai Trustee, Gregory D | 1982 Country Cove Ct Las Vegas, NV 89135-1552 | 54,500.00 | 54,500.00 |
| 10725-01904 | Alves Family Trust Dtd 10/27/89 | Arnold R & Agnes J Alves Ttees 9904 Villa Granito LN Granite Bay, CA 95746-6481 | 303,616.62 | 50,000.00 |
| 10725-02301 | Anderson Fmly Trust Dtd 7/21/92 | Gary B & Barbara L Anderson Ttee Po Box 699 Carnelian Bay, CA 96104 | 1,000,000.00 | 125,000.00 |

4

| | | | | |
|---|---|---|---|---|
| 10725-01962 | Apigian Jt Ten, Larry & Leona | 172 Woodland Rd Goldendale, WA 98620 | 356,300.72 | 50,000.00 |
| 10725-02025 | Apigian, Larry & Leona | 172 Woodland Rd Goldendale, WA 98620-2613 | Unknown | Unknown |
| 10725-02227 | Barzan, Richard D & Lelia J | 7231 Langworth Rd Oakdale, CA 95361 | 1,325,629.78 | 200,000.00 |
| 10725-02431 | Brines Revoc Fam Trust Dtd 11/5/94, Michael & Cindy | Michael R & Cindy G Brines Ttees 4935 El Sereno Ave La Crescenta, CA 91214-3018 | 771,119.58 | 50,000.00 |
| 10725-01233 | Casey Family Trust | C/O Richard F & Kathryn A Casey Ttees Po Box 1578 Los Gatos, CA 95031-1578 | 150,000.00 | 50,000.00 |
| 10725-02113 | Charles B Dunn Iv Trust Dtd 8/12/05 | C/O Charles B Dunn Iv Trustee 17042 Norlene Way Grass Valley, CA 95949-7161 | 690,996.08 | 50,000.00 |
| 10725-01437 | Clawiter Associates Llc | 1620 Colchester St DanVille, CA 94506 | 225,000.00 | 50,000.00 |
| 10725-02038 | Collins Family Trust Dated 1/29/93 | C/O Shirley M Collins Trustee 1975 Snowberry Ct Carlsbad, CA 92009-8408 | 1,760,380.48 | 100,000.00 |
| 10725-00092 | Corison, James | 1427 Kearney Street  St. Helena, CA 94574 | 1,023,000.00 | 50,000.00 |
| 10725-02030 | Daniel D Newman Trust Dtd 11/1/92 | C/O Daniel D Newman Trustee 125 Elysian Dr Sedona, AZ 86336 | 1,428,037.34 | 75,000.00 |
| 10725-02267 | Daniel Living Trust As Amended Dtd 1/9/98 | Mark A & CAthy A Daniel Ttees 20 Redonda Irvine, | 1,119,987.66 | 100,000.00 |

5

| | | | | |
|---|---|---|---|---|
| | | CA  92620-1954 | | |
| 10725-02356 | Denise F Fager Revocable Trust Uad 2/28/03 | Denise F Fager Ttee<br>23741 Brisbane Bay<br>Dana Point, CA  92629 | 1,327,564.06 | 100,000.00 |
| 10725-00297 | Donahue, Michael | 1795 Newhall Ave<br>Cambria, CA  93428-5507 | 250,000.00 | 50,000.00 |
| 10725-00473 | Donald E & Jaylyle Redmon Family Trst Dtd 10/31/95 | Donald E & Jaylyle Redmon Ttees<br>51 Sanlo LN<br>Mountain Home, AR  72653-6333 | 161,662.50 | 60,600.00 |
| 10726-00067 | Doucet,  D. Joseph | Trustee Of Doucet Trust<br>3301 Skyline Blvd.<br>Reno, NV  89509-6604 | 502,335.71 | Unknown |
| 10725-02154 | Ellen V Dustman & Oliver Henry | 3159 6Th St<br>Boulder, CO  80304 | 303,169.26 | 100,000.00 |
| 10725-02364 | Eric C Disbrow Md Inc Profit Sharing Plan | Eric C Disbrow Ttee<br>3840 Fairway Dr<br>Cameron Park, CA  95682 | 895,134.00 | 50,000.00 |
| 10725-02184 | Everett, John P | Heart Clinics Northwest<br>6002 N Mayfair St 2nd FL<br>Spokane, WA  99208 | 423,138.00 | 90,000.00 |
| 10725-01206 | Evie Dean 2000 Trust Dtd 12/12/00 | C/O Evie Dean Trustee<br>29 Pheasant Ridge Dr<br>Henderson, NV  89014-2110 | 65,336.72 | Unknown |
| 10728-00060 | Evo E & Billie D Zepponi Family Trust Agt Dt 2/9/9 | C/O Evo & Billie Zepponi Ttee<br>14385 W Morning Sta<br>Surprise, AZ  85374-3816 | 3,691.66 | 933.33 |

6

| | | | | |
|---|---|---|---|---|
| 10725-02347 | Farrah M Hobbs Revocable Trust Dtd 3/12/04 | C/O Farrah H Hobbs Trustee 3010 Parchment Ct Las Vegas, NV 89117-2557 | 50,000.00 | Unknown |
| 10725-02031 | Freda Newman Trust Dtd 7/26/84 | Freda Newman Trustee C/O Daniel Newman 125 Elysian Dr Sedona, AZ 86336 | 233,504.72 | 100,000.00 |
| 10725-01231 | Fuller, David & Monica | 955 Mullen Henderson, NV 89044 | 215,404.36 | 50,000.00 |
| 10725-02277 | Gale Gladstone-Katz Revocable Trust | Gale Gladstone-Katz Trustee 4071 Bones Rd Sebastopol, CA 95472-9755 | 1,354,118.10 | 100,000.00 |
| 10725-01914 | Gilbert Manuel Living Trust Dtd 1/3/92 | C/O Gilbert Manuel Ttee 4617 Constitution Ave Ne Albuquerque, NM 87110 | 486,748.60 | 50,000.00 |
| 10725-00220 | Glen & Carrie Donahue Living Trust Dtd 4/30/94 | Glenn M & CArrie Donahue Ttee 39 Bridgeport Rd Newport Beach, CA 92657-1015 | 1,908.08 | 722.92 |
| 10725-02162 | Goodwin, Michael John | 555 Yellow Pine Rd Reno, NV 89511-3714 | 1,011,076.40 | 50,000.00 |
| 10725-01963 | Harouff Charitable Remainder Trust Dtd 9/5/96 | Dwight W & Mary Ann Harouff Ttees 5680 Ruffian Rd Las Vegas, NV 89149 | 568,181.96 | 100,000.00 |
| 10725-01915 | Hausler Jr Living Trusr Dtd 1/3/92, Edwin L | C/O Edwin L Hausler Ttee 4617 Constitution Ave Ne Albuquerque, NM 87110 | 486,748.60 | 50,000.00 |
| 10725-02292 | Helms Homes Llc | Terry Helms 809 Upland Blvd Las Vegas, NV 89107-3719 | 12,697,934.44 | 100,000.00 |

| | | | | |
|---|---|---|---|---|
| 10725-01573 | Hodes, Gail Living Trust Dtd 9/10/03 | C/O Gail R Hodes Trustee 410 Upper Lake Road Lake Sherwood, CA 91361 | 129,522.00 | 50,000.00 |
| 10725-01257 | Houghton Dental Corp Psp | Fbo Geraldine Houghton 2871 Pinta Perris, CA 92571 | 400,000.00 | 100,000.00 |
| 10725-02122 | Huffman Family Trust Dated 5/28/98 | Hilary A & Cynthia L Huffman Ttees 140 Gazelle Rd Reno, NV 89511 | 202,832.46 | 50,000.00 |
| 10725-02034 | Jean H Murray Separate Property Tr Dtd 9/12/02 | C/O Jean H Murray Trustee 865 Coloma Dr Carson City, NV 89705-7204 | 200,016.26 | 50,000.00 |
| 10725-01183 | Karen Petersen Tyndall Trust Dtd 3/9/94 | C/O Karen Petersen Tyndall Ttee 1012 Greystoke Acres St Las Vegas, NV 89145-8659 | 1,115,915.59 | 228,225.00 |
| 10725-01997 | Km Trust | C/O Aimee E Kearns Trustee 5886 N Bonita Vista St Las Vegas, NV 89149-3911 | 1,535,080.92 | 122,000.00 |
| 10725-00796 | Kpt Irrevocable Trust Dtd 7/16/99 | C/O Karen Petersen Tyndall Ttee 1012 Greystoke Acres St Las Vegas, NV 89145-8659 | 202,866.38 | 101,433.19 |
| 10725-01194 | KPT Irrevocable Trust Dtd 7/16/99 | C/O Karen Petersen Tyndall Ttee 1012 Greystoke Acres St Las Vegas, NV 89145-8659 | 202,866.38 | 101,433.19 |
| 10725-02326 | L Earle Romak Ira | First Savings Bank Custodian L Earle Romak Ira | 2,000,000.00 | 250,000.00 |

8

|  |  | Po Box 6185 Incline Village, NV 89450 |  |  |
|---|---|---|---|---|
| 10725-02174 | Lawrence H & Lorraine K Tengan Revocable Trust | Lawrence H & Lorraine K Tengan 504 Edgefield Ridge Pl Henderson, NV 89012-4543 | 506,524.90 | 50,000.00 |
| 10725-00495 | Levy, Robert | 2115 Bensley St Henderson, NV 89044 | 200,000.00 | 50,000.00 |
| 10725-02057 | Lindsey H Kesler Jr Ira | First Savings Bank Custodian 4847 Damon Cir Salt Lake City, UT 84117 | 517,569.18 | 100,000.00 |
| 10725-02273 | Louise Teeter Ira Rollover | 4201 Via Marina Ste 300 Marina Del Rey, CA 90292-5237 | 898,523.18 | 54,000.00 |
| 10725-02178 | Marshal Brecht Trust Dtd 2/5/86 | Marshall J & Janet L Brecht Trustees 640 Colonial Cir Fullerton, CA 92835 | 3,418,022.00 | 50,000.00 |
| 10725-02037 | Miller Trust Dated 8/13/87 | Gary I & Barbara Miller Ttees 2832 Tilden Ave Los Angeles, CA 90064 | 1,111,366.00 | 50,000.00 |
| 10725-01691 | Mojave Canyon Inc | Janet L Chubb, Esq Jones Vargas Po Box 281 Reno, NV 89504-0281 | 675,000.00 | 150,000.00 |
| 10725-00854 | Motto, George J | Joe Laxague Esq Cane Clark LLP 3272 E Warm Springs Las Vegas, NV 89120 | 550,000.00 | 100,000.00 |
| 10725-01998 | Murray Trust | C/O Aimee E Kearns Trustee 5886 N Bonita Vista St Las Vegas, NV 89149-3911 | 729,435.88 | 50,000.00 |

9

| | | | | |
|---|---|---|---|---|
| 10725-02044 | Naylon, Dominique | Po Box 2<br>Topaz, CA  96133 | 1,168,297.62 | 100,000.00 |
| 10725-02170 | Neal, Ronald Douglas | 22853 Boxwood Ln<br>Santa Clarita, CA  91390-4155 | 282,277.38 | 50,000.00 |
| 10725-02121 | Olga O`Buch Trust Dtd 5/28/98 | Olga O`Buch Ttee<br>140 Gazelle Rd<br>Reno, NV  89511 | 507,403.52 | 50,000.00 |
| 10725-01865 | Oosthuizen, Adrian Jr | 5860 Lausanne Dr<br>Reno, NV  89511 | 2,711,295.30 | 150,000.00 |
| 10725-01574 | Ovca Associates Inc Defined Pension Plan | C/O William J Ovca Jr Trustee<br>16872 Baruna Ln<br>Huntington Beach, CA  92649-3020 | 275,000.00 | 75,000.00 |
| 10725-01878 | Raggi, Dennis | Po Box 10475<br>Zephyr Cove, NV  89448 | 10,451.54 | Unknown |
| 10725-02226 | Raggi, Dennis | Po Box 10475<br>Zephyr Cove, NV  89448 | 4,884,068.70 | 100,000.00 |
| 10725-01910 | Rebecca A Rogers Trust Dtd 9/18/96 | RebecCA A Rogers Trustee<br>2309 Sierra Heights Dr<br>Las Vegas, NV  89134 | 548,885.18 | 60,000.00 |
| 10725-00245 | Robert H & Lynn R Perlman Trust Dated 9/17/92 | C/O Robert H & Lynn R Perlman Ttees<br>2877 Paradise Rd Unit 3501<br>Las Vegas, NV  89109-5278 | 1,187,000.00 | 50,000.00 |
| 10725-02000 | Robert L Ogren Trust Dtd 6/30/92 | Robert L Orgren Ttee<br>3768 Rick Stratton Dr<br>Las Vegas, NV  89120 | 1,827,483.14 | 150,000.00 |
| 10725-02088 | Robert W Ulm Living Trust Dtd 4/11/05 | Robert W Ulm Ttee<br>414 Morning Glory Rd<br>St Marys, GA  31558 | 1,376,330.00 | 100,000.00 |
| 10725-01419 | S&P Davis Limited Partnership | 737 Bannerman Lane | 419,981.00 | 25,000.00 |

10

| | | | | |
|---|---|---|---|---|
| | | Fort Mill, SC 29715 | | |
| 10725-00275 | Sailon, David & Joan | 2436 Cliffwood Dr Henderson, NV 89074 | Unknown | Unknown |
| 10725-01644 | Sexton, David | 21929 N 79Th Pl Scottsdale, AZ 85255 | 58,043.27 | Unknown |
| 10725-02175 | Simmons Hwjtwros, Alan R & Judith B | Po Box 13296 South Lake Tahoe, CA 96151-3296 | 1,186,288.22 | 50,000.00 |
| 10725-01909 | Simon Ttees Of Simon Family Tr 2000, Alan & Carol | 1800 Waldman Ave Las Vegas, NV 89102-2437 | 202,866.68 | 50,000.00 |
| 10725-01955 | Small Family Trust | Richard & Jacquelind Small Ttees 4801 CAlle Santa Cruze Prescott Valley, AZ 86314 | 703,134.00 | 50,000.00 |
| 10725-00528 | Sonnenklar, Herbert & Norma R | 2501 Poinciana Dr Weston, FL 33327-1415 | 170,789.00 | 50,000.00 |
| 10725-01581 | Teeter Ira Rollover, Louise | 4201 Via Marina, Suite 300 Marina Del Rey, CA 90292 | 197,814.00 | 13,500.00 |
| 10725-02291 | Terry R Helms Living Trust Dtd 11/11/94 | Terry Helms 809 Upland Blvd Las Vegas, NV 89107-3719 | 11,155,754.80 | 2,000,000.00 |
| 10725-01234 | Tomac, Steven B & Laura J | C/O Scott D Fleming Esq Hale Ln Peek Dennison & Howard 3930 Howard Hughes Las Vegas, NV 89169 | 200,000.00 | 100,000.00 |
| 10725-01169 | Tomlin, Donald S | Donald S & Dorothy R Tomlin Ttee 7145 Beverly Glen Ave Las Vegas, NV 89110-4228 | 2,779,806.00 | 354,468.00 |

11

| | | | | |
|---|---|---|---|---|
| 10725-01174 | Turok, Noemi N | 8808 Rainbow Ridge Dr Las Vegas, NV 89117-5815 | 150,000.00 | Unknown |
| 10725-02089 | Ulm, Robert W | 414 Morning Glory Rd St Marys, GA 31558 | Contingent/ Unliquidated | Contingent/ Unliquidated |
| 10725-02163 | Voglis, Marietta | 3333 Allen Prky. Unit 1102 Houston, TX 77019 | 724,292.85 | 50,000.00 |
| 10725-02299 | Zawacki A California Llc | Po Box 5156 Bear Valley, CA 95223-5156 | 3,000,000.00 | 200,000.00 |
| 10725-01952 | Zerbo, Anthony J | 780 Saratoga Ave Apt S-107 San Jose, CA 95129 | 1,757,710.50 | 125,000.00 |
| 10725-02028 | Zerbo, Marshall R | 20775 Saint Joan Court Saratoga, CA 95070-3004 | 301,259.30 | 50,000.00 |
| | | | | |
| | | | | |