# EXHIBIT A

**Exhibit A**

| Claim | Name | Address | TotalClaimAmount | ApproximateAmountSubjecttoObjectionBecauseitRelatestoanInvestmentIntheGramercyCourtCondosLoan |
|---|---|---|---|---|
| 10725-02044 | Naylon,Dominique | PoBox2 Topaz,CA96133 | 1,168,297.62 | 100,000.00 |
| 10725-02170 | Neal,RonaldDouglas | 22853BoxwoodLn SantaClarita,CA91390-4155 | 282,277.38 | 50,000.00 |
| 10725-02121 | OlgaO`BuchTrustDtd5/28/98 | OlgaO`BuchTtee 140GazelleRd Reno,NV89511 | 507,403.52 | 50,000.00 |
| 10725-01865 | Oosthuizen,AdrianJr | 5860LausanneDr Reno,NV89511 | 2,711,295.30 | 150,000.00 |
| 10725-01574 | OvcaAssociatesIncDefinedPensionPlan | C/OWilliamJOvcaJrTrustee 16872BarunaLn HuntingtonBeach,CA92649-3020 | 275,000.00 | 75,000.00 |
| 10725-01878 | Raggi,Dennis | PoBox10475 ZephyrCove,NV89448 | 10,451.54 | Unknown |
| 10725-02226 | Raggi,Dennis | PoBox10475 ZephyrCove,NV89448 | 4,884,068.70 | 100,000.00 |
| 10725-01910 | RebeccaARogersTrustDtd9/18/96 | RebecCAARogersTrustee 2309SierraHeightsDr LasVegas,NV89134 | 548,885.18 | 60,000.00 |
| 10725-00245 | RobertH&LynnRPerlmanTrustDated9/17/92 | C/ORobertH&LynnRPerlman Ttees 2877ParadiseRdUnit3501 LasVegas,NV89109-5278 | 1,187,000.00 | 50,000.00 |
| 10725-02000 | RobertLOgrenTrustDtd6/30/92 | RobertLOrgrenTtee 3768RickStrattonDr LasVegas,NV89120 | 1,827,483.14 | 150,000.00 |

2190428.1