# EXHIBIT A

**Exhibit A**

| Claim | Name | Address | TotalClaimAmount | ApproximateAmountSubjecttoObjectionBecauseitRelatestoanInvestmentIntheGramercyCourtCondosLoan |
|---|---|---|---|---|
| 10725-02088 | RobertWUlmLivingTrustDtd4/11/05 | RobertWUlmTtee 414MorningGloryRd StMarys,GA31558 | 1,376,330.00 | 100,000.00 |
| 10725-01419 | S&PDavisLimitedPartnership | 737BannermanLane FortMill,SC29715 S&P Davis Limited Partnership A Texas Partnership 6816 Citrine Drive Carlsbad, CA 92009 | 419,981.00 | 25,000.00 |
| 10725-00275 | Sailon,David&Joan | 2436CliffwoodDr Henderson,NV89074 | Unknown | Unknown |
| 10725-01644 | Sexton,David | 21929N79ThPl Scottsdale,AZ85255 | 58,043.27 | Unknown |
| 10725-02175 | SimmonsHwjtwros,AlanR&JudithB | PoBox13296 SouthLakeTahoe,CA96151-3296 | 1,186,288.22 | 50,000.00 |
| 10725-01909 | SimonTteesOfSimonFamilyTr2000,Alan&Carol | 1800WaldmanAve LasVegas,NV89102-2437 | 202,866.68 | 50,000.00 |
| 10725-01955 | SmallFamilyTrust | Richard&JacquelindSmallTtees 4801CAlleSantaCruze PrescottValley,AZ86314 | 703,134.00 | 50,000.00 |
| 10725-00528 | Sonnenklar,Herbert&NormaR | 2501PoincianaDr Weston,FL33327-1415 | 170,789.00 | 50,000.00 |

2190428.1

**Exhibit A**

| | | | | |
|---|---|---|---|---|
| 10725-01581 | TeeterIraRollover,Louise | 4201ViaMarina,Suite300<br>Marina DelRey, CA90292<br><br>Louise Teeter IRA Rollover<br>Robert C. Lepome<br>10120 S. Eastern #200<br>Henderson, NV 89052 | 197,814.00 | 13,500.00 |
| 10725-02291 | TerryRHelmsLivingTrustDtd11/11/94 | TerryHelms<br>809UplandBlvd<br>LasVegas,NV89107-3719 | 11,155,754.80 | 2,000,000.00 |

2190428.1