# EXHIBIT A

Case 06-10725-gwz    Doc 8062-1    Entered 05/14/10 16:29:20    Page 1 of 2

**Exhibit A**

| Claim | Name | Address | TotalClaimAmount | ApproximateAmountSubjecttoObjectionBecauseitRelatestoanInvestmentIntheGramercyCourtCondosLoan |
|---|---|---|---|---|
| 10725-01234 | Tomac,StevenB&LauraJ | C/OScottDFlemingEsqHaleLnPeekDennison&Howard 3930HowardHughes LasVegas,NV89169 | 200,000.00 | 100,000.00 |
| 10725-01169 | Tomlin,DonaldS | DonaldS&DorothyRTomlinTtee 7145BeverlyGlenAve LasVegas,NV89110-4228 | 2,779,806.00 | 354,468.00 |
| 10725-01174 | Turok,NoemiN | 8808RainbowRidgeDr LasVegas,NV89117-5815 | 150,000.00 | Unknown |
| 10725-02089 | Ulm,RobertW | 414MorningGloryRd StMarys,GA31558 | Contingent/ Unliquidated | Contingent/ Unliquidated |
| 10725-02163 | Voglis,Marietta | 3333AllenPrky.Unit1102 Houston,TX77019  Voglis, Marietta 201 East 79th St. New York, NY  10021 | 724,292.85 | 50,000.00 |
| 10725-02299 | ZawackiACaliforniaLlc | PoBox5156 BearValley,CA95223-5156 | 3,000,000.00 | 200,000.00 |
| 10725-01952 | Zerbo,AnthonyJ | 780SaratogaAveAptS-107 SanJose,CA95129 | 1,757,710.50 | 125,000.00 |
| 10725-02028 | Zerbo,MarshallR | 20775SaintJoanCourt Saratoga,CA95070-3004  Marshall R. Zerbo, a single man Marshall R. Zerbo 250 W El Camino Real, Apt. #5100 Sunnyvale, CA 95087 | 301,259.30 | 50,000.00 |

2190428.1