LEWIS AND ROCA LLP LAWYERS

E-Filed on 5/18/10

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| USA Commercial Mortgage Company, | CHAPTER 11 |
| Debtor. | Jointly Administered |
| | **Notice Of Errata Re Declarations Of Edward M. Burr And Geoffrey L. Berman In Support Of Omnibus Objections Of USACM Trust To Proofs Of Claim Based Upon Investment In The 60th Street Venture, LLC Loan** |
| | Date of Hearing: June 15, 2010<br>Time of Hearing: 9:30 a.m. |

On May 14, 2010, the USACM Liquidating Trust ("USACM Trust") filed its First Omnibus Objection of USACM Trust to Proofs of Claim Based Entirely Upon Investment in the 60th Street Venture, LLC Loan [DE 8045] and Second Omnibus Objection of USACM Trust to Proofs of Claim Based in Whole or in Part Upon Investment in the 60th Street Venture, LLC Loan [DE 8046] (the "Objections") and the Declarations of Edward M. Burr (the "Burr Declaration") [DE 8048] and Geoffrey L. Berman (the "Berman Declaration") [DE 8050] (collectively the "Declarations"). The Declarations say that certain exhibits are attached. As served upon creditors, the exhibits are attached to the Objection, and not to the Declarations.

268669.1

Accordingly, references to attached exhibits in the Declarations are in fact to exhibits attached to the Objection. We apologize for any confusion.

Dated: May 18, 2010.

**LEWIS AND ROCA LLP**

By  s/Robert M. Charles, Jr. (NV 6593)
   Robert M. Charles, Jr., NV 6593
   John C. Hinderaker, AZ 18024 (*pro hac vice*)
   3993 Howard Hughes Parkway, Suite 600
   Las Vegas, Nevada  89169
   Telephone:  (520) 629-4430
   Facsimile:   (520) 879-4710
   E-mail: jhinderaker@lrlaw.com
   *Attorneys for the USACM Liquidating Trust*

Copy of the foregoing mailed by first class postage prepaid U.S. Mail on May 18, 2010 to:

Parties listed on Exhibit A attached.

LEWIS AND ROCA LLP


s/ Renee L. Creswell
Renee L. Creswell