
Case 06-10725-gwz    Doc 8070    Entered 05/21/10 07:51:01    Page 1 of 3

**Entered on Docket**
**May 21, 2010**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona  85004-4429

Robert M. Charles, Jr.  NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>      Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER GRANTING MOTION TO FURTHER EXTEND DEADLINE TO FILE OBJECTION TO ALLOWANCE OF CLAIMS**<br><br>Hearing Date:  May 11, 2010<br>Hearing Time:  9:30 a.m. |
|---|---|

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

267234_1.DOC

The Court having considered the "Motion To Further Extend Deadline To File Objection To Allowance Of Claims" [Docket No. 8033] (the "Motion"); with appearances as set forth in the record at the hearing noted above; appropriate notice of the Motion having been given; no response to the Motion having been filed; and good cause appearing:

**IT IS HEREBY ORDERED** that:

1. The Motion is granted; and

2. The deadline to file objections to allowance of claims is extended until October 8, 2010, without prejudice to an additional extension.

DATED AND SIGNED ABOVE.

**Prepared by:**
**LEWIS AND ROCA LLP**

By /s/ Robert M. Charles (6593)
Robert M. Charles, Jr., NV 6593
John Hinderaker, AZ 18024 (pro hac vice)
*Attorneys for USACM Liquidating Trust*

APPROVED/DISAPPROVED

S/ August B. Landis
August B. Landis
Office of U.S. Trustee

2

267234_1.DOC

LEWIS AND ROCA LLP LAWYERS

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of approval under LR 9021.

☒ This is a chapter 11 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

☐ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

| U.S. Trustee: August Landis | |
|---|---|
| ☒ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: Jann L. Chubb | |
| ☒ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

LEWIS AND ROCA LLP

By: /s/ Robert M Charles, Jr., (# 6593)
Robert M. Charles, Jr.
John Hinderaker (pro hac vice)
Attorneys for USACM Liquidating Trust

# # #

3

267234_1.DOC