# EXHIBIT B

**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email: adiamond@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
Email: emadden@diamondmccarthy.com

Special Litigation Counsel for USACM Liquidating Trust

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321

Rob Charles, NV State Bar No. 006593
Email: rcharles@lrlaw.com

Counsel for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC<br><br>USA CAPITAL DIVERSIFIED TRUST DEEF FUND, LLC<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC<br><br>Debtors<br><br>Affects:<br>USA Commercial Mortgage Company | Case No.: BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>Chapter 11<br><br>Jointly Administered Under Case No. BK-S-06-10725-LBR<br><br>Judge Linda B. Riegle<br><br>**DECLARATION OF GEOFFREY L. BERMAN IN SUPPORT OF APPLICATION TO COMPROMISE AND SETTLE CONTROVERSIES WITH ANTHONY MONACO, SUSAN K. MONACO, AND MONACO DIVERSIFIED CORPORATION.**<br><br>Hearing Date:<br>Hearing Time: |

**DECLARATION OF GEOFFREY L. BERMAN IN SUPPORT OF APPLICATION TO COMPROMISE AND SETTLE CONTROVERSIES AGAINST ANTHONY MONACO, SUSAN K. MONACO, AND MONACO DIVERSIFIED CORPORATION IN ADVERSARY NO. 08-01125 PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Geoffrey L. Berman, in his capacity as the Court-appointed Trustee of the USACM Liquidating Trust, declares under penalty of perjury as follows:

1. I am an adult person competent to testify in court. I make the following statements based upon my personal knowledge except where otherwise indicated.

2. I am the Court-appointed trustee of the USACM Liquidating Trust (the "USACM Trust") pursuant to the order confirming the "Debtors' Third Amended Joint Chapter 11 Plan of Reorganization" (the "Joint Plan") entered on January 8, 2007 in *In re USA Commercial Mortgage,* Cause No. BK-S-06-10725 pending in the United States Bankruptcy Court for the District of Nevada (the "Bankruptcy Court"), and submit this declaration in that capacity. The Joint Plan became effective on March 12, 2007 (the "Effective Date").

3. I submit this declaration in support of the USACM Trust's Application to Compromise and Settle Controversies with Anthony Monaco, Susan K. Monaco, and Monaco Diversified Corporation (the "Motion"). As discussed in the Motion, the USACM Trust seeks Bankruptcy Court approval of the Settlement Agreement[1] between the USACM Trust, on the one hand, and Anthony Monaco, Susan K. Monaco, and Monaco Diversified Corporation (collectively, the "Monaco Defendants") on the other. A copy of the Settlement Agreement is attached hereto as Exhibit 1.

4. On April 11, 2008, the USACM Trust commenced adversary proceeding number 08-01125, entitled *USACM Liquidating Trust v. Eagle Ranch, et al.* (the "Adversary Proceeding") seeking restitution from the Monaco Defendants related to the unjust enrichment they received in connection with approximately $7.4 million transferred by USACM to real estate development projects in which the Monaco Defendants held direct or indirect equity interests. The USACM Trust's litigation counsel, Diamond McCarthy LLP, has aggressively pursued the USACM Trust's claim for unjust enrichment.

---

[1] Unless otherwise defined herein, capitalized terms are used as defined in the Motion.

5. Following a series of discussions through our respective counsel, the Parties reached an agreement to resolve the Adversary Proceeding as against the Monaco Defendants subject to the execution of a settlement agreement that is approved by the Bankruptcy Court.

6. As discussed in the Motion, I believe the Settlement Agreement represents a fair and reasonable compromise of the Adversary Proceeding that will result in a significant benefit to the beneficiaries of the USACM Trust. If the proposed settlement it is not approved by this Court, the USACM Trust will be required to incur significant additional expenses to pursue the Adversary Proceeding against the Monaco Defendants. The settlement was reached on the eve of the trial between the parties to this settlement. As such, if this settlement is not approved the Trust would have to seek a new trial date and immediately prepare for trial at significant cost to the Trust. Even if the USACM Trust were ultimately successful at trial, there is substantial uncertainty concerning the ability to recover any resulting judgment from the Monaco Defendants.

7. During settlement discussions, the Monaco Defendants made disclosures, and provided supporting documentation to me regarding their financial condition. The Monaco Defendants have advised that they are not in a financial position to make any settlement involving a cash component, and based on discussions with the Monaco Defendants, I believe that is the case.

8. The terms of the proposed settlement fall within the reasonable range of likely outcomes of the Adversary Proceeding against the Monaco Defendants and will eliminate litigation risks, costs, and delay associated with trial and a potential appeal. Accordingly, I believe that the benefits gained by resolving the Adversary Proceeding on the terms set forth in the Settlement Agreement exceed any benefit that the USACM Trust would receive in further litigating this matter.

9. The proposed settlement is the product of arms length bargaining, without fraud or collusion. The proposed settlement will thus facilitate recoveries for the benefit of the beneficiaries of the USACM Trust who have suffered a loss as a result of the events leading to the USA Bankruptcies without the further expenditure of significant funds of the Trust.

10. Accordingly, I have concluded in the exercise of my reasonable business judgment that the benefits gained by resolving the Adversary Proceeding on the terms set forth in the proposed settlement exceed any benefit that the USACM Trust would likely receive in fully litigating this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed May /2, 2010 at Houston, Texas.

_____
Geoffrey L. Berman
Development Specialists, Inc.
333 South Grand Ave., Suite 4070
Los Angeles, California 90071-1544