# EXHIBIT C

HAROLD P. GEWERTER, ESQ.
Nevada Bar No. 499
HAROLD P. GEWERTER, ESQ. LTD.
2705 Airport Drive
North Las Vegas, Nevada 89032
Telephone: (702) 382-1714
Fax: (702) 382-1759
E-mail: harold@gewerterlaw.com
Attorney for Defendants ANTHONY MONACO, SUSAN K. MONACO & MONACO DIVERSIFIED CORPORATION

E-filed: May    , 2010

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>    Debtor,<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>    Debtor,<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>    Debtor,<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Debtor,<br>In re:<br>USA SECURITIES, LLC,<br>    Debtor,<br>Affects:<br><br>X USA Commercial Mortgage Company<br><br><br>USACM LIQUIDATING TRUST,<br><br>    Plaintff,<br><br>vs.<br><br>EAGLE RANCH, LLC; EAGLE RANCH RESIDENTIAL, LLC; WILLOWBROOK | CASE Nos.<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR<br><br>JOINTLY ADMINISTERED<br>Chapter 11 Cases<br>Judge Linda B. Riegle<br>Adversary No. 08-01125-LBR<br><br>**AFFIDAVIT OF ANTHONY MONACO IN CONNECTION WITH USACM LIQUIDATING TRUST APPLICATION TO COMPROMISE AND SETTLE CONTROVERSIES** |

1

RESIDENTIAL, LLC; BRENTWOOD 128, LLC; RAVENSWOOD APPLE VALLEY, LLC; ANTHONY MONACO, SUSAN K. MONACO; and MONACO DIVERSIFIED CORPORATION,

Defendants.

## AFFIDAVIT OF ANTHONY MONACO

BEFORE ME, the undersigned authority, personally appeared Anthony Monaco, who being first duly sworn, deposes and says as follows:

1. My name is Anthony Monaco, I am over eighteen (18) years of age and am competent to testify concerning the following matters. I am a defendant in the case of USACM LIQUIDATING TRUST v. EAGLE RANCH, LLC; EAGLE RANCH RESIDENTIAL, LLC; WILLOWBROOK RESIDENTIAL, LLC; BRENTWOOD 128, LLC; RAVENSWOOD APPLE VALLEY, LLC; ANTHONY MONACO, SUSAN K. MONACO; and MONACO DIVERSIFIED CORPORATION.

2. On May 12, 2010, I carefully reviewed and subsequently signed a settlement agreement (the "Agreement") with USACM LIQUIDATING TRUST a copy of which is attached to the Plaintiff's Application to Compromise and Settle Controversies (the "Motion").

3. The assets I legally own are insufficient to satisfy a judgment on the damages that the USACM LIQUIDATING TRUST is seeking and that could have been levied against me as a result of USACM's claim against me in the above-captioned lawsuit, and I have no liquid assets to contribute to this settlement.

4. I am not in possession of any property of the USACM bankruptcy estate.

5. I declare under penalty of perjury that the information contained herein and in the attached table of assets is true, complete, and correct.

**"FURTHER, AFFIANT SAYETH NOT."**

SUBSCRIBED AND SWORN TO BEFORE ME, on this_____ day of May, 2010 by said Anthony Monaco to certify with witness my hand and seal of office.

*See Attached*

_____
Notary Public in and for the State of _____

3

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**

State of California

County of Riverside  } ss.

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

1. ~~~~
2. ~~~~
3. ~~~~
4. ~~~~
5. ~~~~
6. ~~~~

_____  _____
Signature of Document Signer No. 1    Signature of Document Signer No. 2 (if any)

Subscribed and sworn to (or affirmed) before me on this
14th day of May, 2010, by
(1) Anthony Monaco
       Name of Signer

☐ Personally known to me
☒ Proved to me on the basis of satisfactory evidence
to be the person who appeared before me (.) (,)
(and

(2) _____
       Name of Signer

☐ Personally known to me
☐ Proved to me on the basis of satisfactory evidence
to be the person who appeared before me.)

_____
Signature of Notary Public

[Notary Seal: VICTORIA A. LEONARD, Commission # 1737811, Notary Public - California, Riverside County, My Comm. Expires May 6, 2011]

Place Notary Seal Above

——————————— **OPTIONAL** ———————————

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: Affidavit of Anthony Monaco

Document Date: May 14, 2010        Number of Pages: 2

Signer(s) Other Than Named Above: none

RIGHT THUMBPRINT OF SIGNER #1 — Top of thumb here
RIGHT THUMBPRINT OF SIGNER #2 — Top of thumb here

©2004 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5910   Reorder: Call Toll-Free 1-800-876-6827

|   |   |
|---|---|
| HAROLD P. GEWERTER, ESQ.<br>Nevada Bar No. 499<br>HAROLD P. GEWERTER, ESQ. LTD.<br>2705 Airport Drive<br>North Las Vegas, Nevada 89032<br>Telephone: (702) 382-1714<br>Fax: (702) 382-1759<br>E-mail: harold@gewerterlaw.com<br>Attorney for Defendants ANTHONY MONACO, SUSAN K. MONACO & MONACO DIVERSIFIED CORPORATION | E-filed: May   , 2010 |

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

* * * * *

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>          Debtor,<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>          Debtor,<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>          Debtor,<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>          Debtor,<br>In re:<br>USA SECURITIES, LLC,<br>          Debtor,<br>Affects:<br><br>X USA Commercial Mortgage Company<br><br><br>USACM LIQUIDATING TRUST,<br><br>          Plaintff,<br>vs.<br><br>EAGLE RANCH, LLC; EAGLE RANCH RESIDENTIAL, LLC; WILLOWBROOK RESIDENTIAL, LLC; BRENTWOOD 128, LLC; | CASE Nos.<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR<br><br>JOINTLY ADMINISTERED<br>Chapter 11 Cases<br>Judge Linda B. Riegle<br>Adversary No. 08-01125-LBR<br><br><br>**AFFIDAVIT OF ANTHONY MONACO ON BEHALF OF MONACO DIVERSIFIED CORPORATION IN CONNECTION WITH USACM LIQUIDATING TRUST APPLICATION TO COMPROMISE AND SETTLE CONTROVERSIES** |

1

RAVENSWOOD APPLE VALLEY, LLC; ANTHONY MONACO, SUSAN K. MONACO; and MONACO DIVERSIFIED CORPORATION,

Defendants.

## AFFIDAVIT OF ANTHONY MONACO

BEFORE ME, the undersigned authority, personally appeared Anthony Monaco, who being first duly sworn, deposes and says as follows:

1. My name is Anthony Monaco, I am over eighteen (18) years of age and am competent to testify concerning the following matters. I am President of Monaco Diversified Corporation, a defendant in the case of USACM LIQUIDATING TRUST v. EAGLE RANCH, LLC; EAGLE RANCH RESIDENTIAL, LLC; WILLOWBROOK RESIDENTIAL, LLC; BRENTWOOD 128, LLC; RAVENSWOOD APPLE VALLEY, LLC; ANTHONY MONACO, SUSAN K. MONACO; and MONACO DIVERSIFIED CORPORATION.

2. On May 12, 2010, I carefully reviewed and subsequently signed a settlement agreement (the "Agreement") with USACM LIQUIDATING TRUST on behalf of Monaco Diversified Corporation, a copy of which is attached to the Plaintiff's Application to Compromise and Settle Controversies (the "Motion").

3. The assets legally owned by Monaco Diversified Corporation are insufficient to satisfy a judgment on the damages that the USACM LIQUIDATING TRUST is seeking and that could have been levied against it as a result of USACM's claim against me in the above-captioned lawsuit, and I have no liquid assets to contribute to this settlement.

4. I am not in possession of any property of the USACM bankruptcy estate.

5. I declare under penalty of perjury that the information contained herein and in the attached table of assets is true, complete, and correct.

**"FURTHER, AFFIANT SAYETH NOT."**

SUBSCRIBED AND SWORN TO BEFORE ME, on this _____ day of May, 2010 by said Anthony Monaco to certify with witness my hand and seal of office.

*See Attached*

_____
Notary Public in and for the State of _____

3

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**

State of California

County of Riverside } ss.

☐ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

1.
2.
3.
4.
5.
6.

_____
Signature of Document Signer No. 1

_____
Signature of Document Signer No. 2 (if any)

Subscribed and sworn to (or affirmed) before me on this 14th day of May, 2010, by

(1) Anthony Monaco
    Name of Signer

☐ Personally known to me
☒ Proved to me on the basis of satisfactory evidence to be the person who appeared before me (.) (,)
   (and

(2) _____
    Name of Signer

☐ Personally known to me
☐ Proved to me on the basis of satisfactory evidence to be the person who appeared before me.)

_____
Signature of Notary Public

[Notary Seal: VICTORIA A. LEONARD, Commission # 1737811, Notary Public - California, Riverside County, My Comm. Expires May 6, 2011]

Place Notary Seal Above

--- **OPTIONAL** ---

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Further Description of Any Attached Document**
Affidavit of Anthony Monaco as President of
Title or Type of Document: Monaco Diversified Corp

Document Date: May 14, 2010    Number of Pages: 3

Signer(s) Other Than Named Above: none

RIGHT THUMBPRINT OF SIGNER #1 — Top of thumb here

RIGHT THUMBPRINT OF SIGNER #2 — Top of thumb here

©2004 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5910   Reorder: Call Toll-Free 1-800-876-6827