RECEIVED
AND ...

MAY 26  11 55 AM '10

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

1 | Name of Attorney _____
  | Bar # _____
2 | Address _____
  | _____
3 | Phone # _____
  | e-mail address _____

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

In re:

USA COMMERCIAL MORTGATE CO.

Debtor.

Bankruptcy No.: 06-10725-LBR
Chapter: 11
Trustee: ___

**CHANGE OF ADDRESS OF:**
☐ **DEBTOR**
☑ **CREDITOR**
☐ **OTHER**

This address change applies to (please check all that apply):

☐ Notices only     ☐ Payments from Trustee     ☑ Both Notices and payments

I request that notice be sent to the following address: (please print)

CAROL KILAND IRA
Name

524 REGENTS GATE DRIVE
Address

HENDERSON        NV              89012
City             State           Zip Code

Please check one of the following:

☑ The change of address is applicable only in the above captioned case.

☐ The change of address is also applicable in the following related cases: (*please list the case numbers*) _____

DATE: 5/24/2010

*[signature: Carol J. Kiland]*
SIGNATURE

NV_4002(ChangeofAddress_DB012-09).wpd