UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

**DESIGNATION OF TRANSCRIPTS
TO BE USED IN RECORD ON APPEAL**

U.S. Bankruptcy Court Case Number: BK-S-06-10725 and Adversary No. 07-1076

Court of Appeals Case Number: 10-15253, Consolidated with Case No. 09-15632

Case Caption: *In the matter of USA Commercial Mortgage Company; Kehl vs. Asset Resolution, LLC*

_____Transcripts are NOT required for this appeal.

The undersigned hereby designates the following transcripts to be used in the record on appeal for the above-listed case and appeal:

| Date of Hearing | Docket Number | Proceeding | Record/ Reporter | Transcript Filed Yes/No |
|---|---|---|---|---|
| 12/19/06 | 2368 | Confirmation Hearings | R. Hannah | Yes |
| 12/20/06 | 2342 | Continuation of Confirmation Hearings | R. Hannah | Yes |
| 05/31/07 | Doc No. Re Minute Order 3862 | Motions Hearing | | |
| 6/20/07 | Doc No. Re Minute Order 4033 | Motions Hearing | L. Espinoza E. Perea | Yes (E-Filed 6-26-07) |
| 07/27/07 | 11 (Case No. 1076) | Motions Hearing | L. Espinoza | Yes 8/2/07 |

Date: 05/17/2010

THE MAJORIE FIRM, LTD.

By: /s/ Francis B. Majorie
    Pro Hac Vice

Melanie A. Ells
Law Office of Melanie Ells

Counsel for Appellants Silar Advisors LP and Silar Special Opportunities Fund LP