

Entered on Docket
May 28, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

LEV
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                          Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING OBJECTION OF USCAM LIQUIDATING TRUST TO PROOF OF CLAIM OF TOBIAS VON EUW AS FILED PARTIALLY IN WRONG DEBTOR'S CASE**<br><br>Date of Hearing: April 22, 2010<br>Time of Hearing: 9:30 a.m. |

      The Court having considered the "Objection of USACM Trust to Proof of Claim of Tobias Von Euw as Filed Partially in Wrong Debtor's Case. [DE 8005], (the "Objection"). The Court having heard the Objection at the hearing held on April 22, 2010; appropriate

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

268560.1

notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 7915] is sustained;

2. $947,616.84 of Proof of Claim No. 10725-02481 filed by Tobias Von Euw is disallowed against USA Commercial Mortgage Company on the ground that it is based on an investment in USA Capital Diversified Trust Deed Fund ("DTDF"), and was filed in the wrong case;

3. This order will not prejudice Tobias Von Euw's rights as a DTDF member to recover from his membership interest; and

4. This order does not affect the remainder of Proof of Claim No. 10725-02481, which is based upon direct lender investments in loans that USACM originated.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**


By    /s/ John Hinderaker (018024)
      Robert M. Charles
      John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321

*Attorneys for USACM Liquidating Trust*

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

:

☐  The Court waived the requirements of approval under LR 9021.

☒  This is a chapter 11 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

☐  I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

| U.S. Trustee: August Landis | |
|---|---|
| ☒  approved the form of this order | ☐  disapproved the form of this order |
| ☐  waived the right to review the order and/or | ☐  failed to respond to the document |
| Other Party: | |
| ☐  approved the form of this order | ☐  disapproved the form of this order |
| ☐  waived the right to review the order and/or | ☐  failed to respond to the document |

# # #

Submitted by:

**LEWIS AND ROCA LLP**


By:  /s/ JH  (#018024)
       Rob Charles
       John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

3

268560.1