JANET L. CHUBB, ESQ.
Nevada Bar # 176
JONES VARGAS
100 W. Liberty St, 12th Floor
P.O. Box 281
Reno, NV 89504-0281
Telephone: (775) 786-5000
Fax: 775-786-1177
Email: jlc@jonesvargas.com
       tbw@jonesvargas.com

**Electronically Filed On May 28, 2010**

Attorneys for Mojave Canyon, Inc.

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>　　　　　　Debtor.<br>Affects:<br>☐ All Debtors<br>■ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Chapter  11<br>Jointly Administered<br><br>**RESPONSE OF MOJAVE CANYON, INC., TO FIFTH OMNIBUS OBJECTION OF USACM LIQUIDATING TRUST TO PROOFS OF CLAIM BASED IN PART UPON INVESTMENT IN THE GRAMERCY COURT LOAN**<br><br>Hearing Date:  June 15, 2010<br>Hearing Time:  9:30 am |

Mojave Canyon, Inc., by and through its counsel, Janet L. Chubb, Esq., of Jones Vargas, responds to the USACM Liquidating Trust's Fifth Omnibus Objection to Proofs of Claim Based in Part Upon Investment in the Gramercy Court Loan. The Proof of Claim filed on behalf of Mojave Canyon, Inc., does not assert a claim for unremitted principal in the Gramercy Court Loan. Therefore the claim should not be disallowed on that basis.

DATED this 28th day of May, 2010.

JONES VARGAS

By: _____/s/ Janet L. Chubb_____
　　　JANET L. CHUBB

Attorneys for Mojave Canyon, Inc.

-1-

**CERTIFICATE OF SERVICE**

1. On May 28, 2010, I served the following document(s):

**RESPONSE OF MOJAVE CANYON, INC., TO FIFTH OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED IN PART UPON INVESTMENT IN THE GRAMERCY COURT LOAN**

2. I served the above-named document(s) by the following means to the persons as listed below:
3.
   - a. **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

- MICHELLE L. ABRAMS    mabrams@abramstanko.com
- FRANKLIN C. ADAMS    franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com
- NANCY L. ALLF    Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com
- FRANK A. ANDERSON    anderson.frank@pbgc.gov, efile@pbgc.gov
- OGONNA M. ATAMOH    oatamoh@nevadafirm.com, bkecf@nevadafirm.com;sliberio@nevadafirm.com;manthony@nevadafirm.com;oswibies@nevadafirm.com
- ANTHONY W. AUSTIN    aaustin@lrlaw.com
- JON MAXWELL BEATTY    mbeatty@diamondmccarthy.com
- BMC GROUP, INC.    ecf@bmcgroup.com, mjohn@bmcgroup.com
- GEORGANNE W. BRADLEY    georganne.bradley@bullivant.com, mopatrny@kcnvlaw.com
- KELLY J. BRINKMAN    kbrinkman@gooldpatterson.com
- JOSHUA J. BRUCKERHOFF    jbruckerhoff@reiddavis.com, rgarza@reiddavis.com;egreen@reiddavis.com
- ANDREW M. BRUMBY    abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com
- LOUIS M. BUBALA    lbubala@jonesvargas.com, tbw@jonesvargas.com;bcopeland@jonesvargas.com
- MATTHEW Q. CALLISTER    mqc@call-law.com, maggie@call-law.com;nramsey@call-law.com
- CANDACE C CARLYON    wapplegate@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com;ltreadway@sheacarlyon.com
- MICHAEL W. CARMEL    michael@mcarmellaw.com, nancy@mcarmellaw.com;ritkin@steptoe.com
- ROB CHARLES    rcharles@lrlaw.com, cjordan@lrlaw.com
- MICHAEL W. CHEN    yvette@ccfirm.com
- KEVIN B. CHRISTENSEN    kbchrislaw@aol.com
- JANET L. CHUBB    tbw@jonesvargas.com
- JANET L. CHUBB    tbw@jonesvargas.com

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177

- DAVID A. COLVIN    dcolvin@marquisaurbach.com, mwalters@marquisaurbach.com;kgallegos@marquisaurbach.com;tszostek@marquisaurbach.com
- WILLIAM D COPE    cope_guerra@yahoo.com
- CICI CUNNINGHAM    ciciesq@cox.net
- LAUREL E. DAVIS    ldavis@fclaw.com, mhurtado@fclaw.com
- THOMAS W. DAVIS    twd@h2law.com
- DEBT ACQUISITION COMPANY OF AMERICA V, LLC (aw)    awhatnall@daca4.com
- J CRAIG DEMETRAS    JCD@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras-oneill.com
- ALLAN B. DIAMOND    adiamond@diamondmccarthy.com
- RICHARD I. DREITZER    richard.dreitzer@bullivant.com
- BRADLEY PAUL ELLEY    bpelleylawbk@sbcglobal.net, elnivnv@sbcglobal.net
- MELANIE A. ELLS    mells@whiteandwetherall.com, ksmith@whiteandwetherall.com
- THOMAS H. FELL    BANKRUPTCYNOTICES@GORDONSILVER.COM;bknotices@gordonsilver.com
- DEAN V. FLEMING    dfleming@fulbright.com, tflores@fulbright.com
- SCOTT D. FLEMING    CArnold@hollandhart.com
- GREGORY E GARMAN    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com
- DOUGLAS D. GERRARD    DGERRARD@GERRARD-COX.COM, ekaymedellin@gerrard-cox.com;dwaddoups@gerrard-cox.com;jberghammer@gerrard-cox.com
- WADE B. GOCHNOUR    WBG@h2law.com, bd@h2law.com;grm@h2law.com
- CARLOS A. GONZALEZ    carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov:Mary.Booker@usdoj.gov
- GERALD M GORDON    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com
- R. VAUGHN GOURLEY    vgourley@lvcm.com
- TALITHA B. GRAY    bankruptcynotices@gordonsilver.com;bknotices@gordonsilver.com
- JAMES D. GREENE    jgreene@greeneinfusolaw.com, cjorvig@greeneinfusolaw.com;fritchie@greeneinfusolaw.com
- MARK H. GUNDERSON    lklino@gundersonlaw.com, kharris@gundersonlaw.com
- MARJORIE A. GUYMON    bankruptcy@goldguylaw.com, selenav@goldguylaw.com;ldeeter@goldguylaw.com
- PETER W. GUYON    pguyon@yahoo.com
- XANNA R. HARDMAN    xhardman@bhfs.com, edavis@bhfs.com;chebert@bhfs.com;kfarney@bhfs.com
- STEPHEN R HARRIS    noticesbh&p@renolaw.biz
- JEFFREY L HARTMAN    notices@bankruptcyreno.com, dlg@bankruptcyreno.com
- WILLIAM H HEATON    will@nwhltd.com, Solana@nwhltd.com
- BRIGID M. HIGGINS    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com
- JOHN HINDERAKER    JHinderaker@LRLaw.com, RCreswell@LRLaw.com

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177

- RICHARD F. HOLLEY    rholley@nevadafirm.com, vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com;manthony@nevadafirm.com;oswibies@nevadafirm.com;oatamoh@nevadafirm.com
- RANDOLPH L. HOWARD    rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com
- DAVID W. HUSTON    dwh@hustonlaw.net
- JASON A. IMES    bkfilings@s-mlaw.com
- ROBBIN L. ITKIN    ritkin@steptoe.com, khollingsworth@steptoe.com;keckert@steptoe.com;jgoldman@steptoe.com;kpiper@steptoe.com
- CHRISTOPHER D JAIME    cjaime@mclrenolaw.com, kbernhardt@mclrenolaw.com
- EVAN L. JAMES    ejameslv@gmail.com, kbchrislaw@aol.com
- LARRY C. JOHNS    lcjohns100@embarqmail.com
- ERIN E. JONES    cburrow@diamondmccarthy.com
- TY E. KEHOE    TyKehoeLaw@aol.com
- ROBERT R. KINAS    rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;lvdocket@mindspring.com;vcampbell@swlaw.com;nbaig@swlaw.com
- DEAN T. KIRBY    dkirby@kirbymac.com, gsparks@kirbymac.com,jrigg@kirbymac.com,jcastranova@kirbymac.com
- REID W. LAMBERT    rlambert@woodburykesler.com
- BART K. LARSEN    blarsen@klnevada.com, jierien@klnevada.com;bankruptcy@klnevada.com
- KENT F. LARSEN    kfl@slwlaw.com, cld@slwlaw.com
- ZACHARIAH LARSON    ecf@lslawnv.com, susans@lslawnv.com;laurar@lslawnv.com;akosina@lslawnv.com
- SANDRA W. LAVIGNA    lavignas@sec.gov
- JOHN J. LAXAGUE    jlaxague@caneclark.com
- GEORGE C LAZAR    glazar@foxjohns.com, gclazar@sbcglobal.net
- NILE LEATHAM    nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com
- ROBERT C. LEPOME    smstanton@cox.net
- STEPHEN T LODEN    sloden@diamondmccarthy.com, cburrow@diamondmccarthy.com
- TYSON M. LOMAZOW    tlomazow@milbank.com
- ANNE M. LORADITCH    aloraditch@foxrothschild.com, pkois@foxrothschild.com;rdittrich@foxrothschild.com
- TIMOTHY A LUKAS    ecflukast@hollandhart.com
- ERIC D. MADDEN    emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com;kbarlett@diamondmccarthy.com
- PATRICIA A. MARR    lvlaw03@yahoo.com
- JAMES C. MCCARROLL    jmccarroll@reedsmith.com, dturetsky@reedsmith.com;aleonard@reedsmith.com
- DANIEL J MCCARTHY    dmccarthy@hillfarrer.com
- REGINA M. MCCONNELL    Regina@MLGLawyer.com
- WILLIAM L. MCGIMSEY    lawoffices601@lvcoxmail.com


- RICHARD MCKNIGHT     mcknightlaw@cox.net, gkopang@lawlasvegas.com;cburke@lawlasvegas.com;kelliottforlorm@gmail.com;mmcalonis@lawlasvegas.com
- JEANETTE E. MCPHERSON     bkfilings@s-mlaw.com
- BRECK E. MILDE     bmilde@terra-law.com
- SHAWN W MILLER     bankruptcyfilings@sheacarlyon.com, smiller@sheacarlyon.com;wapplegate@sheacarlyon.com;clange@sheacarlyon.com;rmsmith@sheacarlyon.com;ltreadway@sheacarlyon.com
- DAVID MINCIN     dmincin@lawlasvegas.com, gkopang@lawlasvegas.com,cburke@lawlasvegas.com;mmcalonis@lawlasvegas.com,kelliottforlorm@gmail.com
- JOHN F MURTHA     jmurtha@woodburnandwedge.com
- PETER D. NAVARRO     pnavarro@klnevada.com, kgregos@klnevada.com;bankruptcy@klnevada.com
- ERVEN T. NELSON     enelson@djplaw.com, sgerace@djplaw.com
- VICTORIA L NELSON     vnelson@nevadafirm.com, bkecf@nevadafirm.com;manthony@nevadafirm.com;sliberio@nevadafirm.com;oatamoh@nevadafirm.com;oswibies@nevadafirm.com;rholley@nevadafirm.com
- MICHAEL W. O'DONNELL     modonnell@fulbright.com, kdecker@fulbright.com
- JOHN F. O'REILLY     , tor@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com
- JOHN F. O'REILLY     jor@oreillylawgroup.com, tor@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com
- TIMOTHY R. O'REILLY     tor@oreillylawgroup.com, jor@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com
- DONNA M. OSBORN     dosborn@wrightlegal.net, tford@wrightlegal.net
- ANDREW M. PARLEN     aparlen@omm.com
- STEVE A. PEIRCE     speirce@fulbright.com
- DONALD T. POLEDNAK     sandplegal@yahoo.com, spbankruptcy@yahoo.com
- LISA A. RASMUSSEN     lisa@lrasmussenlaw.com, secretary@lrasmussenlaw.com
- PAUL C RAY     info@johnpeterlee.com
- WILLIAM T. REID     wreid@reiddavis.com, sblue@reiddavis.com
- HENRY G. RENDLER     henry@rendlerlaw.com
- THOMAS RICE     trice@coxsmith.com, aseifert@coxsmith.com
- GORDON C. RICHARDS     GCR@ClarkandRichards.com, ALM@ClarkandRichards.com
- CHRISTINE A ROBERTS     roberts@sullivanhill.com, hill@sullivanhill.com;vidovich@sullivanhill.com;mcallister@sullivanhill.com;stephens@sullivanhill.com;stein@sullivanhill.com;calderone@sullivanhill.com;manning@sullivanhill.com
- STACY M. ROCHELEAU     stacy@rocheleaulaw.com
- GREGORY M SALVATO     gsalvato@pmcos.com
- SUSAN WILLIAMS SCANN     sscann@deanerlaw.com, palexander@deanerlaw.com
- MICHAEL M. SCHMAHL     mschmahl@mcguirewoods.com
- LENARD E. SCHWARTZER     bkfilings@s-mlaw.com

- MICHAEL J. SCHWARTZER    sbogatz@kcnvlaw.com;jsmyth@kcnvlaw.com
- BRIAN D. SHAPIRO    ecf@brianshapirolaw.com, brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com;wendy@brianshapirolaw.com;sarah@brianshapirolaw.com
- JAMES PATRICK SHEA    bankruptcyfilings@sheacarlyon.com, wapplegate@sheacarlyon.com;jshea@sheacarlyon.com;rmsmith@sheacarlyon.com;ltreadway@sheacarlyon.com
- SHLOMO S. SHERMAN    ssherman@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;wapplegate@sheacarlyon.com;rmsmith@sheacarlyon.com;kculross@sheacarlyon.com;ltreadway@sheacarlyon.com
- AMBRISH S. SIDHU    ecfnotices@sidhulawfirm.com
- JEFFREY SLOANE    lrost@kssattorneys.com, bmoore@kssattorneys.com
- ALAN R SMITH    mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com
- EDGAR C. SMITH    ecs@nvrelaw.com
- ROSA SOLIS-RAINEY    rsr@morrislawgroup.com
- ADAM M. STARR    starra@gtlaw.com
- DAVID A. STEPHENS    dstephens@lvcm.com
- ARIEL E. STERN    ariel.stern@akerman.com, kerri.nash@akerman.com;linda.kapcia@akerman.com
- PETER SUSI    cheryl@msmlaw.com
- EDWARD PATRICK SWAN    pswan@luce.com, dcharles@luce.com
- ERIC W. SWANIS    swanise@gtlaw.com, barberc@gtlaw.com;ayonl@gtlaw.com;chaoa@gtlaw.com;lvlitdock@gtlaw.com
- JEFFREY R. SYLVESTER    jeff@sylvesterpolednak.com
- KAARAN E. THOMAS    kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com
- KAARAN E THOMAS (lv)    mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com
- ROLLIN G. THORLEY    rollin.g.thorley@irscounsel.treas.gov
- LISA SHEAUFENG TSAI    ltsai@reiddavis.com, tstone@diamondmccarthy.com;jbruckerhoff@reiddavis.com;sblue@reiddavis.com;egreen@reiddavis.com
- U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov
- ERIC VAN    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com
- MICHAEL C. VAN    michael@shumwayvan.com, sandy@shumwayvan.com;will@shumwayvan.com
- GREGORY J. WALCH    GWalch@Nevadafirm.com
- RUSSELL S. WALKER    rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com
- WHITNEY B. WARNICK    wbw@albrightstoddard.com, bstessel@albrightstoddard.com
- KIRBY R WELLS    SMartinez@wellsrawlings.com
- GREGORY L. WILDE    bk@wildelaw.com
- KATHERINE M. WINDLER    katherine.windler@bryancave.com
- RYAN J. WORKS    , kbarrett@mcdonaldcarano.com
- RYAN J. WORKS    rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000    Fax: (775) 786-1177

- MICHAEL YODER    myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com
- MATTHEW C. ZIRZOW    bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

    ☐  b.  **United States mail, postage fully prepaid** (list persons and addresses):

    ☐  c.  **Personal Service** (list persons and addresses):
I personally delivered the document(s) to the persons at these addresses:

    ☐  d.  **By direct email (as opposed to through the ECF System**) (list persons and email addresses):

    ☐  e.  **By fax transmission** (list persons and fax numbers):

    ☐  f.  **By messenger**:

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 28th day of May, 2010.

| Tawney Waldo | /s/ Tawney Waldo |
|---|---|
| Name | Signature |

JONES VARGAS
100 W. Liberty Street, 12th Floor
P.O. Box 281
Reno, Nevada 89504-0281
Tel: (775) 786-5000   Fax: (775) 786-1177

-7-