# Exhibit A



Entered on Docket
May 21, 2010

Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona  85004-4429

Robert M. Charles, Jr.  NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR[1] |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[2] |
| USA CAPITAL REALTY ADVISORS, LLC,[1] | Case No. BK-S-06-10729-LBR[3] |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,[2] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC,[3] | |
| Debtors. | **Order Granting Motion to Permit Objection to Proofs of Claim to Be Mailed to Most Current Address Supplied by Creditor or Creditor's Authorized Agent** |
| **Affects:** | |
| ☐ All Debtors | Hearing Date:  May 11, 2010 |
| ☒ USA Commercial Mortgage Company | Hearing Time:  9:30 a.m. |
| ☐ USA Capital Realty Advisors, LLC | |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | |
| ☐ USA Capital First Trust Deed Fund, LLC | |
| ☐ USA Securities, LLC | |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2190456_1.DOC

LEWIS
AND
ROCA
LLP
L A W Y E R S

The Court having considered the "Motion To Permit Objection to Proofs of Claim To Be Mailed to Most Current Address Supplied By Creditor Or Creditor's Authorized Agent [Docket No. 8029] (the "Motion"); with appearances as set forth in the record at the hearing noted above; appropriate notice of the motion having been given; no response to the motion having been filed; and good cause appearing:

**IT IS HEREBY ORDERED** that:

1.      The Motion is granted; and

2.      The USACM Liquidating Trust may satisfy the notice requirements of rule 2002(g) by providing notice to creditors at the most current, or last known, mailing address(es) provided to the USACM Trust by the creditor or its authorized agent.

DATED AND SIGNED ABOVE.

Prepared by:

LEWIS AND ROCA LLP

By /s/ Robert M. Charles, Jr. (6593)
Robert M. Charles, Jr., NV 6593
John Hinderaker, AZ 18024 (pro hac vice)
*Attorneys for USACM Liquidating Trust*

APPROVED/~~DISAPPROVED~~

By:  s/August Landis
      August Landis
      Office of U.S. Trustee

2

2190456_1.DOC



# CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐     The Court waived the requirements of approval under LR 9021.

☒     This is a chapter 11 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

☐     I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

| U.S. Trustee: August Landis | |
|---|---|
| ☒ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party:  Jann L. Chubb | |
| ☒ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

LEWIS AND ROCA LLP


By:     /s/ Robert M Charles, Jr., (# 6593)
            Robert M. Charles, Jr.
            John Hinderaker (pro hac vice)
Attorneys for USACM Liquidating Trust

# # #

3

2190456_1.DOC