RECEIVED & FILED

E-filed on _____

JUN 4  3 13 PM '10

U.S. BA...
...TY A. SCHOTT, CLERK

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re: )

) BK: _06-10725_ - _lbr_

) Adv.: _____

)

_____ )
Debtor. )

) Chapter: _____

_John W. Stewart_ )

)
Plaintiff, )

vs. )

)

)

)

_____ )
Defendant. )

)

CREDITOR

## NOTICE OF CHANGE OF ADDRESS OF ATTORNEY

*A separate notice must be filed in each case and proceeding*

_____ (name of attorney) hereby gives notice of the

following changes of email address, mailing address, or both:

### A. CHANGE OF EMAIL ADDRESS

Old email address: _____

New email address: _____

Date of the change: _____

### B. CHANGE OF MAILING ADDRESS

Old mailing address: _11 Kobi Pl Wagga Wagga Aust, 2650_

New mailing address: _Apt 161S  5600 Boulder Hwy_
_L. V. N. V. 89122_

Date of the change: _6/4/2010_

_____                    _6/4/2010_
Signature of Attorney              Date

May 1, 2006                        1