LEWIS AND ROCA LLP
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 18024
Email:jhinderaker@lrlaw.com

*Attorneys for USACM Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

USA Commercial Mortgage Company,

USA Capital Realty Advisors, LLC,[1]

USA Capital Diversified Trust Deed Fund, LLC,

USA Capital First Trust Deed Fund, LLC,[2]

USA Securities, LLC,[3]

Debtors.

**Affects:**
☐All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR[1]
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR[2]
Case No. BK-S-06-10729-LBR[3]

CHAPTER 11

Jointly Administered Under Case No. BK-S-06-10725 LBR

**STATUS AND AGENDA FOR JUNE 15, 2010 HEARING FILED BY USACM LIQUIDATING TRUST**

Hearing Date: June 15, 2010
Hearing Time: 9:30 a.m.
Estimated Time of Hearing: One hour

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

LEWIS AND ROCA LLP LAWYERS

**1. Pretrial Conference** Adv: 08-01135-lbr USACM Liquidating Trust et al v. Wells Fargo Bank, N.A. (ap) Lead case: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 04/14/2010 | Stipulation and Order Rescheduling Pretrial Conference Date/Time and Enlarging Time to File Motions to Exclude Expert Testimony. [279] |

**Status**

**2. Motion to Exclude in Whole or in Part, Opinion Testimony of Colin A. Johns:** Adv: 08-01135-lbr USACM Liquidating Trust et al v. Wells Fargo Bank, N.A. (ap) Lead case: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 05/14/2010 | Motion to Exclude in Whole or in Part, Opinion Testimony of Colin A. Johns filed by Dean V. Fleming on behalf of Wells Fargo Bank, N.A. [302] |
| **Declaration:** 05/14/2010 | Declaration Of: Dean V. Fleming in Support of Wells Fargo Bank's Motion to Exclude, in Whole or In Part, Opinion Testimony of Colin A. Johns [303] |
| **Response:** 06/01/2010 | Response to Defendant's Motion to Exclude, in Whole or in Part, Opinion Testimony of Colin A. Johns filed by Joshua J. Bruckerhoff on behalf of USA Capital Diversified Trust Deed Fund [320] |
| **Reply** 6/8/10 | Reply to Plaintiff's Response to Defendant's Motion to Exclude in Whole or in Part, Opinion Testimony of Colin A. Johns filed by Dean V. Fleming [DE 324] |

**Status**




**3. Motion to Exclude the Expert Testimony of Andrew Safir, Ph.D:**
Adv. 08-01135-lbr USACM Liquidating Trust et al v. Wells Fargo Bank, N.A. (ap)
Lead case: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 05/14/2010 | Motion to Exclude the Expert Testimony of Andrew Safir, Ph.D filed by Joshua J. Bruckerhoff on behalf of USA Capital Diversified Trust Deed Fund [306] |
| **Declaration:** 05/14/2010 | Declaration Of: Joshua J. Bruckerhoff in Support of Plaintiff's Motion to Exclude the Expert Testimony of Andrew Safir, Ph.D [307] |
| **Response:** 06/01/2010 | Response to Plaintiff's Motion to Partially Exclude the Expert Testimony of Andrew Safir, Ph.D. filed by Dean V. Fleming on behalf of Wells Fargo Bank, N.A. [318] |
| **Declaration:** 06/02/2010 | Declaration Of: Andrew Safir, Ph.D. in Support of Defendant's Response to Plaintiff's Motion to Partially Exclude the Expert Testimony of Andrew Safir, Ph.D [321] |
| **Reply** **6/8/10** | Reply to Defendant's Response to Plaintiff's Motion to Partially Exclude the Expert Testimony of Andrew Safir, Ph.D. filed by Joshua J. Bruckerhoff on behalf of USA Capital Diversified Trust Deed Fund [DE 325] |

**Status**



2198506.1




**4. Motion to Exclude the Expert Testimony of H. Stephen Grace, Jr., Ph.D filed by Joshua J. Bruckerhoff on behalf of USA Capital Diversified Trust Deed Fund, LLC:** Adv. 08-01135-lbr USACM Liquidating Trust et al v. Wells Fargo Bank, N.A. (ap) Lead case: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 05/14/2010 | Motion to Exclude the Expert Testimony of H. Stephen Grace, Jr., Ph.D filed by Joshua J. Bruckerhoff on behalf of USA Capital Diversified Trust Deed Fund, LLC [308] |
| **Declaration:** 05/14/2010 | Declaration Of: Joshua J. Bruckerhoff in Support of Plaintiff's Motion to Exclude the Expert Testimony of H. Stephen Grace, Jr., Ph.D [309] |
| **Response:** 06/01/2010 | Response to Plaintiff's Motion to Exclude the Expert Testimony of H. Stephen Grace, Jr., Ph.D. filed by Dean V. Fleming on behalf of Wells Fargo Bank, N.A. [315] |
| **Declaration:** 06/01/2010 | Declaration Of: H. Stephen Grace, Jr., Ph.D. in Support of Defendant's Response to Plaintiff's Motion to Exclude the Expert Testimony of H. Stephen Grace, Jr., Ph.D. [316] |
| **Declaration:** 06/01/2010 | Declaration Of: John E. Haupert in Support of Defendant's Response to Plaintiff's Motion to Exclude the Expert Testimony of H. Stephen Grace, Jr., Ph.D.[317] |
| **Reply** 6/8/10 | Reply to Defendant's Response to Plaintiff's Motion to Exclude the Expert Testimony of H. Stephen Grace, Jr., Ph.D. filed by Joshua J. Bruckerhoff on behalf of USA Capital Diversified Trust Deed Fund [DE 326] |

**Status**

LEWIS AND ROCA LLP LAWYERS

**5. Status Hearing Re: First Amended Complaint**: Adv. 08-01121-lbr USACM Liquidating Trust v. Fertitta Enterprises, Inc. et al (ap) Lead case: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 04/22/2010 | Status Hearing Re: First Amended Complaint [90] |
| **Filed:** 08/29/2008 | First Amended Complaint Filed by Michael Yoder on behalf of USACM Liquidating Trust against Fertitta Enterprises, Inc. [15] |
| **Filed** 5/26/10 | Stipulation and Proposed Order to Stay Proceedings [DE 92] |
| **Filed** **5/27/10** | Order on Stipulation to Stay Proceedings [DE 93] |
| **Status** | Stipulation to Stay Proceeding until July 31, 2010 entered on May 27, 2010 [DE 93] |

**6. Status Hearing Re: Amended Complaint**: Adv. 08-01066-lbr Debt Acquisition Company of America V, LLC v. Compass USA Spe, LLC et al (ap) Lead case: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 05/11/2010 | Status Hearing Re: Amended Complaint [92] |
| **Filed:** 09/22/2009 | Complaint in Intervention filed by Dean T. Kirby Jr. on Behalf of Debt Acquisition Company of America V, LLC Against Compass Partners LLC, Compass USA Spe, LLC, Milbank, Tweed, Hadley & McCloy LLP, USACM Liquidating Trust [69] |
| **Status** | Default has been entered [DE 91]. Plaintiff's Motion for Entry of Default Judgment as to Defendants Compass USA SPE LLC and Compass Partners, LLC was filed June 1, 2010 [DE 93] and a proposed form of judgment has been uploaded for the Court's consideration. |

**7. First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Gramercy Court**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** | First Omnibus Objection Of USACM Trust To Proofs Of Claim |

LEWIS AND ROCA LLP LAWYERS

| | |
|---|---|
| 05/14/2010` | Based Entirely Upon Investment In The Gramercy Court filed by Rob Charles on behalf of USACM Liquidating Trust [8043] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

**8. Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Gramercy Court**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 05/14/2010 | Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Gramercy Court filed by Rob Charles on behalf of USACM Liquidating Trust [8044] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

**9. First Omnibus Objection to Claim Based Entirely Upon Investment in the 60th Street Venture, LLC Loan filed by John Hinderaker on behalf of USACM Liquidating Trust**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 05/14/2010 | First Omnibus Objection to Claim Based Entirely Upon Investment in the 60th Street Venture, LLC Loan filed by John Hinderaker on behalf of USACM Liquidating Trust [8045] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

**10. Second Omnibus Objection to Claim Based Entirely Upon Investment in the 60th Street Venture, LLC Loan filed by John Hinderaker on behalf of USACM Liquidating Trust**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 05/14/2010 | Second Omnibus Objection to Claim Based Entirely Upon Investment in the 60th Street Venture, LLC Loan filed by John Hinderaker on behalf of USACM Liquidating Trust [8046] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

LEWIS AND ROCA LLP LAWYERS

**11. Third Omnibus Objection Of USACM Trust To Proofs of Claim Based Entirely Upon Investment in the Gramercy Court Loan**: 06-10725-lbr, USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 05/14/2010 | Third Omnibus Objection Of USACM Trust To Proofs of Claim Based Entirely Upon Investment in the Gramercy Court Loan filed by Rob Charles on behalf of USACM Liquidating Trust [8049] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

**12. Fourth Omnibus Objection Of USACM Trust To Proofs of Claim Based Entirely Upon Investment in the Gramercy Court Loan** : 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 05/14/2010 | Fourth Omnibus Objection Of USACM Trust To Proofs of Claim Based Entirely Upon Investment in the Gramercy Court Loan filed by Rob Charles on behalf of USACM Liquidating Trust [8051] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

**13. First Omnibus Objection Of USACM Trust To Proofs of Claim Based In Part Upon Investment in the Gramercy Court Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 05/14/2010 | First Omnibus Objection Of USACM Trust To Proofs of Claim Based In Part Upon Investment in the Gramercy Court Loan filed by John Hinderaker on behalf of USACM Liquidating Trust [8052] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

LEWIS AND ROCA LLP LAWYERS

**14. Second Omnibus Objection Of USACM Trust To Proofs of Claim Based In Part Upon Investment in the Gramercy Court Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 05/14/2010 | Second Omnibus Objection Of USACM Trust To Proofs of Claim Based In Part Upon Investment in the Gramercy Court Loan filed by John Hinderaker on behalf of USACM Liquidating Trust [8053] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

**15. Third Omnibus Objection Of USACM Trust To Proofs of Claim Based In Part Upon Investment in the Gramercy Court Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 05/14/2010 | Third Omnibus Objection Of USACM Trust To Proofs of Claim Based In Part Upon Investment in the Gramercy Court Loan filed by John Hinderaker on behalf of USACM Liquidating Trust [8054] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

**16. Fourth Omnibus Objection Of USACM Trust To Proofs of Claim Based In Part Upon Investment in the Gramercy Court Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 05/14/2010 | Fourth Omnibus Objection Of USACM Trust To Proofs of Claim Based In Part Upon Investment in the Gramercy Court Loan filed by John Hinderaker on behalf of USACM Liquidating Trust [8056] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

**17. Fifth Omnibus Objection Of USACM Trust To Proofs of Claim Based In Part Upon Investment in the Gramercy Court Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 05/14/2010 | Fifth Omnibus Objection Of USACM Trust To Proofs of Claim Based In Part Upon Investment in the Gramercy Court Loan filed by John Hinderaker on behalf of USACM Liquidating Trust [8057] |
| **Response**: 05/28/2010 | Response of Mojave Canyon, Inc. to Fifth Omnibus Objection Of USACM Trust To Proofs of Claim Based In Part Upon Investment in the Gramercy Court Loan [DE 8077] |
| **Status** | Counsel for Mojave Canyon, Inc has clarified that Mojave Canyon's only claims are for unremitted principal. Because there is no unremitted principal associated with the Gramercy Court loan, Mojave Canyon does not have a claim based upon the Gramercy Court loan and counsel for Mojave Canyon will be present at the hearing to confirm this. The USACM will request that the Court sustain the objection. |

**18. Sixth Omnibus Objection Of USACM Trust To Proofs of Claim Based In Part Upon Investment in the Gramercy Court Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 05/14/2010 | Sixth Omnibus Objection Of USACM Trust To Proofs of Claim Based In Part Upon Investment in the Gramercy Court Loan filed by John Hinderaker on behalf of USACM Liquidating Trust [8060] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

LEWIS AND ROCA LLP LAWYERS

**19. Seventh Omnibus Objection Of USACM Trust To Proofs of Claim Based In Part Upon Investment in the Gramercy Court Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 05/14/2010 | Seventh Omnibus Objection Of USACM Trust To Proofs of Claim Based In Part Upon Investment in the Gramercy Court Loan filed by John Hinderaker on behalf of USACM Liquidating Trust [8061] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

**20. Eighth Omnibus Objection Of USACM Trust To Proofs of Claim Based In Part Upon Investment in the Gramercy Court Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 05/14/2010 | Eighth Omnibus Objection Of USACM Trust To Proofs of Claim Based In Part Upon Investment in the Gramercy Court Loan filed by John Hinderaker on behalf of USACM Liquidating Trust [8062] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

**21. Motion to Approve Compromise under Rule 9019 with Anthony Monaco, Susan K. Monaco, And Monaco Diversified Corporation**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 05/21/2010 | Motion to Approve Compromise under Rule 9019 with Anthony Monaco, Susan K. Monaco, And Monaco Diversified Corporation with Certificate of Service filed by Michael Yoder on behalf of USACM Liquidating Trust [8071] |
| **Status** | Counsel for the USACM Liquidating Trust is ready to proceed. |

Dated June 10, 2010.

**LEWIS AND ROCA LLP**

By: /s/ John Hinderaker, AZ 18024
Rob Charles, NV 6593
John Hinderaker, AZ 18024 (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*




**PROOF OF SERVICE**

COPY of the aforementioned sent via e-mail or U.S. First Class Mail postage prepaid on June 10, 2010 to the parties listed on Post-Effective Official Service List for Limited Notice No. 5 Dated March 31, 2009.

/s/ Leilani Lista
Leilani Lista