**Entered on Docket
June 11, 2010**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA Commercial Mortgage Company<br><br>                              Debtor(s) | BK 06-10725-LBR<br>Ch 11<br><br>Hearing Date: N/A<br>Hearing Time: N/A |

## AMENDED ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon the foregoing Motion and in accordance with the provisions of 28 U.S.C. Section 2042, and good cause appearing therefore, it is hereby

ORDERED that the amount of $1,808.86 constituting an unclaimed dividend is declared due to Terrance Johnson.

IT IS FURTHER ORDERED that the Clerk, U.S. Bankruptcy Court, District of Nevada, pay this unclaimed dividend to the order of

Terrance Johnson
8030 Lapis Harbor Avenue
Las Vegas NV 89117

###