

**Entered on Docket
June 18, 2010**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | CHAPTER 11 |
| Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| | **Order Sustaining First Omnibus Objection Of USACM Liquidating Trust To Proofs Of Claim Based Entirely Upon Investment In The Gramercy Court Loan** |
| | Hearing Date:    June 15, 2010<br>Hearing Time:    9:30 a.m. |

The Court having considered the "First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Gramercy Court Loan" [DE 8043] (the "Objection"); the Court having heard the Objection on June 15, 2010; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

2202285_1.DOC

1      **IT IS ORDERED** that:

2          1.      The Objection [DE 8043] is sustained;

3          2.      The claims listed on **Exhibit** A attached are disallowed to the extent those

4    claims are based upon an investment in the Gramercy Court Loan for the reasons set forth

5    in the objection.

6    PREPARED AND RESPECTFULLY SUBMITTED BY:

7    **LEWIS AND ROCA LLP**

8

9    By___/s/ Robert M. Charles, Jr. (# 6593)
           Robert M. Charles, Jr.
10         John Hinderaker (*pro hac vice*)
     3993 Howard Hughes Parkway, Ste. 600
11   Las Vegas, Nevada 89169-5996
     Telephone:  (702) 949-8320
12   Facsimile:  (702) 949-8321

13   *Attorneys for USACM Liquidating Trust*

14

15

16

17

18

19

20

21

22

23

24

25

26

2202285_1.DOC

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐      The Court waived the requirements of approval under LR 9021.

☐      This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document.]

☒      This is a chapter 11 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

☐      I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

| U.S. Trustee: | |
|---|---|
| ☐ approved the form of this order | ☐   disapproved the form of this order |
| ☒   waived the right to review the order and/or | ☐   failed to respond to the document |
| Other Party: | |
| ☐   approved the form of this order | ☐   disapproved the form of this order |
| ☐   waived the right to review the order and/or | ☐   failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ Robert M. Charles, Jr.
Attorneys for USACM Liquidating Trust

# # #

3

2202285_1.DOC

**Exhibit A**

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Gramercy Court, LTD Loan |
|---|---|---|---|---|
| 10725-00609 | Acosta, Celso | 9061 Black Elk Ave Las Vegas, NV 89143-1180 | 51,661.05 | 51,661.05 |
| 10725-01586 | Beaulieu , Jack J Revocable Living Trust Dtd 9/1/9 | Jack J Beaulieu Trustee 2502 Palma Vista Ave Las Vegas, NV 89121 | 112,500.00 | 112,500.00 |
| 10725-00540 | Beryl Winer Family Trust | C/O Beryl Winer 776 Birdbay Way Venice, FL 34285 | 50,000.00 | 50,000.00 |
| 10725-01745 | Bishop, Valon | Po Box 50041 Reno, NV 89513 | 50,000.00 | 50,000.00 |
| 10725-00763 | Bonnema, Chris | Po Box 877 Templeton, CA 93465 | 86,608.00 | 86,608.00 |
| 10725-01474 | Bonnema, Gary | Po Box 8649 Horseshoe Bay, TX 78657 | 50,516.67 | 50,516.67 |
| 10725-01853 | Broadwalk Investments Limited Partnership | Attn James R Bonfiglio 8635 West Sahara Ave Pmb 220 Las Vegas, NV 89117 | 100,000.00 | 100,000.00 |
| 10728-00079 | Center State Beverage Inc | Po Box 877 Templeton, CA 93465-0877 | 86,608.00 | 86,608.00 |
| 10725-00958 | Coleman, Joy | Fka Joy C Williams 6014 Blue Mist Ln Dallas, TX 75248-2820 | 100,000.00 | 100,000.00 |
| 10725-02295 | Donald & Beverly W Swezey 2001 Trust 2/20/01 | Donald & Beverly W Swezey Ttee 3666 Cherokee Dr Carson City, NV 89705-6813 | 100,000.00 | 50,000.00 |

2202285_1.DOC