# LEWIS
### AND
# ROCA
#### LLP
### L A W Y E R S

1

2
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321

3
Telephone (702) 949-8320
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)

4
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996

5
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email: rcharles@lrlaw.com

6
       jhinderaker@lrlaw.com
       mruth@lrlaw.com
Attorneys for *USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

7

8   In re:

9   USA Commercial Mortgage Company,

10                Debtor.

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR
Case No. BK-S-06-10729-LBR

11  CHAPTER 11

12  Jointly Administered Under
Case No. BK-S-06-10725 LBR

13

14  **Notice Of Entry Of Order Sustaining
Second Omnibus Objection Of USACM
Trust To Proofs Of Claim Based Entirely
Upon Investment In The Gramercy Court
Loan**

15

16

17  **PLEASE TAKE NOTICE** that an Order Sustaining Second Omnibus Objection Of

18  USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Gramercy Court

19  Loan[DE 8086] was entered on the 18th day of June, 2010, a true and correct copy of which is

20  attached hereto as Exhibit A.

21       RESPECTFULLY SUBMITTED June 23, 2010.

22

23                   LEWIS AND ROCA LLP

24             By     /s/ Robert M. Charles, Jr. (# 6593)

25                      Robert M. Charles, Jr.
                    John Hinderaker (pro hac vice)

26                      Marvin Ruth
                    *Attorneys for USACM Liquidating Trust*

2204717.1



**CERTIFICATE OF SERVICE**

Copy of the foregoing and pertinent portion of Exhibit A to the Order mailed by first class postage prepaid U.S. Mail on June 23, 2010 to all the parties listed on Exhibit A to the Order attached.


/s/ Leilani Lista
Leilani Lista
Lewis and Roca LLP

2204717.1