Case 06-10725-lbr    Doc 8086    Entered 06/18/10 12:31:14    Page 1 of 4



Entered on Docket
June 18, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

---

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr., (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>        Debtor. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**Order Sustaining Fourth Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Gramercy Court Loan**<br><br>Hearing Date:  June 15, 2010<br>Hearing Time:  9:30 a.m. |
|---|---|

The Court having considered the "Fourth Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Gramercy Court Loan" [DE 8051] (the "Objection"); the Court having heard the Objection on June 15, 2010;

Exhibit A

2202436_1.DOC

Case 06-10725-gwz    Doc 8103-1    Entered 06/23/10 16:01:41    Page 2 of 4
Case 06-10725-lbr    Doc 8088    Entered 06/18/10 12:31:14    Page 2 of 4

appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8051] is sustained;

2. The claims listed on **Exhibit** A attached are disallowed to the extent those claims are based upon an investment in the Gramercy Court Loan for the reasons set forth in the objection.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By   /s/ Robert M. Charles, Jr. (#6593)
       Robert M. Charles, Jr.,
       John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321

*Attorneys for USACM Liquidating Trust*

2202436_1.DOC

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of approval under LR 9021.

☐ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document.]

☒ This is a chapter 11 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

☐ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

| U.S. Trustee: | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP
By:    /s/ Robert M. Charles, Jr.,
Attorneys for USACM Liquidating Trust

# # #

3

2202436_1.DOC

**Exhibit A**

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Gramercy Court, LTD Loan |
|---|---|---|---|---|
| 10725-01735 | Twichell, Donald V & Michelle | 5385 Cross Creek Ln Reno, NV 89511-9037 | 54,787.34 | 54,787.34 |
| 10725-01441 | Wald Financial Grp Inc Defined Benefit | Pension Trust 249 Margo Way Pismo Beach, CA 93449 | 50,516.67 | 50,516.67 |
| 10725-00397 | Walls Family Trust Dtd 12/10/97 | C/O Joseph P & Ellen Walls Ttees 2778 Bedford Way Carson City, NV 89703-4618 | 50,000.00 | 50,000.00 |
| 10725-00062-2 | Walter, Diane | C/O Beesley Matteoni Ltd Caryn S Tijsseling Esq 5011 Meadowood Mall Way Sui Reno, NV 89502 | 50,000.00 | 50,000.00 |
| 10725-01269 | Wayne Dotson Co Peter Bogart Ceo | Peter Bogart Ceo 1445 City Line Ave. Wynnewood, PA 19096  Wayne Dotson Co. Peter Bogart, CEO 3 Hidden Lake Court Bluffton, SC 29910 | 56,000.00 | 56,000.00 |
| 10725-00559 | William Kostechko Revocable Trust Dtd 10/31/05 | C/O William Kostechko Trustee 5415 W Harmon Ave Unit 1035 Las Vegas, NV 89103-7013 | 100,000.00 | 100,000.00 |
| 10725-01308 | Wolken, Stan | 598 Lariat Cir Incline Village, NV 89451 | 50,000.00 | 50,000.00 |
| 10725-00501 | Wright, Wanda | 16500 Pyramid Hwy Reno, NV 89510 | 52,400.00 | 52,400.00 |
| 10725-01019 | Yonai Trustee, Gregory D | 1982 Country Cove Ct Las Vegas, NV 89135-1552 | 54,500.00 | 54,500.00 |