LEWIS AND ROCA LLP
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email: rcharles@lrlaw.com
jhinderaker@lrlaw.com
mruth@lrlaw.com
Attorneys for *USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA Commercial Mortgage Company, | Case No. BK-S-06-10726-LBR |
| | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| Debtor. | Case No. BK-S-06-10729-LBR |

CHAPTER 11

Jointly Administered Under
Case No. BK-S-06-10725 LBR

**Notice Of Entry Of Order Sustaining Seventh Omnibus Objection Of USACM Liquidating Trust To Proofs Of Claim Based In Part Upon Investment In The Gramercy Court Loan**

**PLEASE TAKE NOTICE** that an Order Sustaining Seventh Omnibus Objection Of USACM Liquidating Trust To Proofs Of Claim Based In Part Upon Investment In The Gramercy Court Loan [DE 8094] was entered on the 18th day of June, 2010, a true and correct copy of which is attached hereto as Exhibit A.

RESPECTFULLY SUBMITTED June 24, 2010.

LEWIS AND ROCA LLP

By  /s/ Robert M. Charles, Jr. (# 6593)
Robert M. Charles, Jr.
John Hinderaker (pro hac vice)
Marvin Ruth
*Attorneys for USACM Liquidating Trust*

2204753.1

**CERTIFICATE OF SERVICE**

Copy of the foregoing and pertinent portion of Exhibit A to the Order mailed by first class postage prepaid U.S. Mail on June 24, 2010 to all the parties listed on Exhibit A to the Order attached.

/s/ Leilani Lista
Leilani Lista
Lewis and Roca LLP