

Entered on Docket
June 18, 2010

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
           jhinderaker@lrlaw.com
           mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**Order Sustaining Eighth Omnibus Objection Of USACM Liquidating Trust To Proofs Of Claim Based In Part Upon Investment In The Gramercy Court Loan**<br><br>Hearing Date:  June 15, 2010<br>Hearing Time:  9:30 a.m. |

The Court having considered the "Eighth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Part Upon Investment In The Gramercy Court Loan" [DE 8062] (the "Objection"); the Court having heard the Objection on June 15, 2010; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

Exhibit A

2202672_1.DOC

**IT IS ORDERED** that:

1. The Objection [DE 8062] is sustained;

2. The claims listed on **Exhibit** A attached are disallowed to the extent those claims are based upon an investment in the Gramercy Court Loan for the reasons set forth in the objection.

3. The claims listed on **Exhibit A** are not affected by this order to the extent they are based upon an investment in another loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**


By/s/ Robert M. Charles, Jr. (# 6593)
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

2202672_1.DOC

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of approval under LR 9021.

☐ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document.]

☒ This is a chapter 11 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

☐ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

| U.S. Trustee: | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:  /s/ Robert M. Charles, Jr.
Attorneys for USACM Liquidating Trust

# # #

3

2202672_1.DOC

**Exhibit A**

| Claim | Name | Address | TotalClaim Amount | ApproximateAmountSubjectto ObjectionBecauseitRelatestoan InvestmentIntheGramercyCourtCondosLoan |
|---|---|---|---|---|
| 10725-01234 | Tomac,StevenB&LauraJ | C/OScottDFlemingEsqHaleLnPeekDennison&Howard 3930HowardHughes LasVegas,NV89169 | 200,000.00 | 100,000.00 |
| 10725-01169 | Tomlin,DonaldS | DonaldS&DorothyRTomlinTtee 7145BeverlyGlenAve LasVegas,NV89110-4228 | 2,779,806.00 | 354,468.00 |
| 10725-01174 | Turok,NoemiN | 8808RainbowRidgeDr LasVegas,NV89117-5815 | 150,000.00 | Unknown |
| 10725-02089 | Ulm,RobertW | 414MorningGloryRd StMarys,GA31558 | Contingent/ Unliquidated | Contingent/ Unliquidated |
| 10725-02163 | Voglis,Marietta | 3333AllenPrky.Unit1102 Houston,TX77019<br><br>Voglis, Marietta 201 East 79th St. New York, NY 10021 | 724,292.85 | 50,000.00 |
| 10725-02299 | ZawackiACaliforniaLlc | PoBox5156 BearValley,CA95223-5156 | 3,000,000.00 | 200,000.00 |
| 10725-01952 | Zerbo,AnthonyJ | 780SaratogaAveAptS-107 SanJose,CA95129 | 1,757,710.50 | 125,000.00 |
| 10725-02028 | Zerbo,MarshallR | 20775SaintJoanCourt Saratoga,CA95070-3004<br><br>Marshall R. Zerbo, a single man Marshall R. Zerbo 250 W El Camino Real, Apt. #5100 Sunnyvale, CA 95087 | 301,259.30 | 50,000.00 |