LEWIS AND ROCA LLP LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email: rcharles@lrlaw.com
       jhinderaker@lrlaw.com
       mruth@lrlaw.com
Attorneys for *USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>                       Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**Notice Of Entry Of Order Sustaining Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In The 60th Street Venture, LLC Loan** |

**PLEASE TAKE NOTICE** that an Order Sustaining Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In The 60th Street Venture, LLC Loan [DE 8097] was entered on the 22nd day of June, 2010, a true and correct copy of which is attached hereto as Exhibit A.

RESPECTFULLY SUBMITTED June 24, 2010.

                              LEWIS AND ROCA LLP

                              By     */s/ Robert M. Charles, Jr. (# 6593)*
                                      Robert M. Charles, Jr.
                                      John Hinderaker (pro hac vice)
                                      Marvin Ruth
                                      *Attorneys for USACM Liquidating Trust*

2204968.1

## CERTIFICATE OF SERVICE

Copy of the foregoing and pertinent portion of Exhibit A to the Order mailed by first class postage prepaid U.S. Mail on June 24, 2010 to all the parties listed on Exhibit A to the Order attached.

/s/ Leilani Lista
Leilani Lista
Lewis and Roca LLP

2204968.1