LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email: rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com
Attorneys for *USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| USA Commercial Mortgage Company, | CHAPTER 11 |
| Debtor. | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| | **Notice Of Entry Of Order Sustaining Fifth Omnibus Objection Of USACM Liquidating Trust To Proofs Of Claim Based In Part Upon Investment In The Gramercy Court Loan** |

**PLEASE TAKE NOTICE** that Order Sustaining Fifth Omnibus Objection Of USACM

Liquidating Trust To Proofs Of Claim Based In Part Upon Investment In The Gramercy Court

Loan [DE 8113] was entered on the 25th day of June, 2010, a true and correct copy of which is

attached hereto as Exhibit A.

RESPECTFULLY SUBMITTED June 29, 2010.

LEWIS AND ROCA LLP

By    /s/ Robert M. Charles, Jr. (# 6593)
      Robert M. Charles, Jr.
      John Hinderaker (pro hac vice)
      Marvin Ruth
      *Attorneys for USACM Liquidating Trust*

2206917.1

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

1   **CERTIFICATE OF SERVICE**

2   Copy of the foregoing and pertinent portion
3   of Exhibit A to the Order mailed by first
    class postage prepaid U.S. Mail on June 29,
4   2010 to all the parties listed on Exhibit A to
    the Order attached.

5

6

7   /s/ Leilani Lista
    Leilani Lista
8   Lewis and Roca LLP

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

2206917.1