# United States Bankruptcy Court
## District of Nevada

**Case No. 06–10725–lbr**
**Chapter 11**

In re:
    USA COMMERCIAL MORTGAGE COMPANY
    fka USA CAPITAL

## NOTICE OF FILING OFFICIAL TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

Please take notice that a transcript has been filed on July 13, 2010 for the proceeding held on AUGUST 4, 2006. The deadline for filing a *Request for Redaction* is August 3, 2010.

If a Request for Redaction is filed, the redacted transcript is due August 13, 2010. If no such request is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is October 12, 2010, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber, or you may view the document at the clerk's office public terminal. The transcriber's contact information is available on the case docket, or by calling the CM/ECF Help Desk at 1–866–232–1266. You may review the court's transcript policy on its web site: www.nvb.uscourts.gov.

Dated: 7/13/10

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court