

July 21, 2010

United States Bankruptcy Court
District of Nevada

Change of address:

Dear Sirs,

I have recently moved to a new residence and would like to submit my change of address.

Old address on record

Marlin L & R Yvonne Wonders
PO Box 2262
Overgaard, Az, 85933

New Address:

Marlin L & R Yvonne Wonders
4262 E Catalina Ave.
Mesa, Az, 85206

Phone: 480 985 2160

e-mail address: mywonders@q.com

Case No. 06-10725-lbr
Chapter 11

Thank You,

Marlin L & R Yvonne Wonders