# CHARLEVOIX HOMES

Exhibit A
Single Loan Claims
First Omnibus Objection

| Claim | Name | Address | Total Claim Amount | Approx. Amt. Subject to Objection Because it Relates to an Investment In the Charlevoix Homes, LLC Loan |
|---|---|---|---|---|
| 10725-00158 | Chiappetta Trust Dated 4/1/03 | c/o Pat And Joann Chiappetta Trustees<br>118 Bee Creek Court<br>Georgetown, TX  78633 | $40,000.00 | $40,000.00 |
| 10725-02091 | Christina L. and Donald L. Hess JT Ten. | 1818 Madero Drive<br>The Villages, FL  32159<br>**And copy to:**<br>1800 Jefferson Park Ave., #86<br>Charlottesville, VA 22903 | $50,197.26 | $25,098.63 |
| 10725-02041 | Elizabeth R. Murphy | Payable on Death to Melissa B. Murphy<br>320 Hidden Trails Road<br>Escondido, CA  92027 | $50,197.26 | $25,098.63 |
| 10725-01756 | Rocklin/Redding LLC | Stephen R. Harris, Esq.<br>Belding Harris & Petroni Ltd.<br>417 W. Plumb Lane<br>Reno, NV  89509 | $350,000.00 | $350,000.00 |

267394.1