**CHARLEVOIX HOMES**

Exhibit A
Multiple Loan Claims
Second Omnibus Objection

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Charlevoix Homes, LLC Loan |
|---|---|---|---|---|
| **10725-01626** | Aylene Geringer and Mark Zipkin | (mail was previously returned as undeliverable)<br><br>4321 Cherry Hills Lane Tarzana, CA  91356-5406 | $20,425.79 | $3,134.00 |
| **10725-00550** | Patti Page | 3045 N. Beachwood Drive Los Angeles, CA  90058-1939 | $200,000.00 | $50,000.00 |
| **10725-02217** | Randy Sanchez IRA | 5713 N. White Sands Road Reno, NV  89511 | $694,063.90 | $33,000.00 |
| **10725-01419** | S&P Davis Limited Partnership | 737 Bannerman Lane Fort Mill, SC  29715 | $419,981.00 | $25,000.00 |
| **10725-02428** | Tiki Investment Enterprises LP | 2578 Highmore Avenue Henderson, NV  89052 | $2,400,256.00 | $65,000.00 |

267396.1