# CHARLEVOIX HOMES

Exhibit A
Declaration of Edward M. Burr

| Claim | Name | Address | Total Claim Amount | Approx. Amt. Subject to Objection Because it Relates to an Investment In the Charlevoix Homes, LLC Loan |
|---|---|---|---|---|
| 10725-00158 | Chiappetta Trust Dated 4/1/03 | c/o Pat And Joann Chiappetta Trustees<br>118 Bee Creek Court<br>Georgetown, TX  78633 | $40,000.00 | $40,000.00 |
| 10725-01626 | Aylene Geringer and Mark Zipkin | (mail was previously returned as undeliverable)<br><br>4321 Cherry Hills Lane<br>Tarzana, CA  91356-5406 | $20,425.79 | $3,134.00 |
| 10725-02091 | Christina L. and Donald L. Hess JT Ten. | 1818 Madero Drive<br>The Villages, FL  32159<br>*And copy to:*<br>1800 Jefferson Park Ave., #86<br>Charlottesville, VA 22903 | $50,197.26 | $25,098.63 |
| 10725-02041 | Elizabeth R. Murphy | Payable on Death to Melissa B. Murphy<br>320 Hidden Trails Road<br>Escondido, CA  92027 | $50,197.26 | $25,098.63 |
| 10725-00550 | Patti Page | 3045 N. Beachwood Drive<br>Los Angeles, CA  90058-1939 | $200,000.00 | $50,000.00 |
| 10725-01756 | Rocklin/Redding LLC | Stephen R. Harris, Esq.<br>Belding Harris & Petroni Ltd.<br>417 W. Plumb Lane<br>Reno, NV  89509 | $350,000.00 | $350,000.00 |
| 10725-02217 | Randy Sanchez IRA | 5713 N. White Sands Road<br>Reno, NV  89511 | $694,063.90 | $33,000.00 |
| 10725-01419 | S&P Davis Limited Partnership | 737 Bannerman Lane<br>Fort Mill, SC  29715 | $419,981.00 | $25,000.00 |
| 10725-02428 | Tiki Investment Enterprises LP | 2578 Highmore Avenue<br>Henderson, NV  89052 | $2,400,256.00 | $65,000.00 |

271395.1