3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
Marvin Ruth NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>　　　　　　　　　　　　Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**DECLARATION OF GEOFFREY L. BERMAN IN SUPPORT OF OMNIBUS OBJECTIONS OF USACM TRUST TO PROOFS OF CLAIM BASED UPON INVESTMENT IN THE CHARLEVOIX HOMES**<br><br>Date of Hearing: September 23, 2010<br>Time of Hearing: 10:30 a.m.<br>Estimated Time for Hearing: 10 minutes |

Geoffrey L. Berman declares under penalty of perjury:

1.　　I am an adult person competent to testify in court.

2.　　I make this declaration based upon my personal knowledge, and upon the records USA Commercial Mortgage Company.

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2217202.1

LEWIS AND ROCA LLP LAWYERS

3. I am the Trustee of the USACM Liquidating Trust ("USACM Trust"), which is an entity created by the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization ("Plan"), in the jointly-administered bankruptcy cases, In re USA Commercial Mortgage Company, BK-S-06-10725-LBR, pending in the United States Bankruptcy Court for the District of Nevada.

4. In about March 2006, USACM circulated an Offer Sheet to prospective Direct Lenders soliciting funding for a second position acquisition and development loan to a borrower identified as "Charlevoix Homes, LLC" ("Borrower"). A copy of the Offer Sheet is attached hereto as **Exhibit B** and incorporated by this reference. The total loan amount proposed was $3.4 million. The loan would be used by Charlevoix Homes to develop a 92 lot subdivision in Chandler, Arizona. The Offer Sheet described the investment as a "Subordinated Trust Deed" and noted that the investment would be secured by a subordinated deed of trust to the senior lender, "M&I Bank in Phoenix." The Offer Sheet indicated that the loans would be repaid through the construction and sale of homes and that the combined loan to value would be approximately 92% based on the bulk value of finished lots. The loan to value figure listed in the Offer Sheet was supported by an appraisal from Grumley Valuation & Consulting of Phoenix, Arizona dated February 17, 2006.

5. On April 2, 2006, Borrower made and delivered to various lenders, including the Direct Lenders identified in **Exhibit A**, a "Promissory Note Secured by Deed of Trust" (the "Note") and a related "Loan Agreement" ("Loan Agreement"). The Note and Loan Agreement provided for an acquisition and development loan of $3,400,000

6. The Note is secured by a Deed of Trust, Assignment of Rents, Security Agreement and Fixture Filing ("Deed of Trust") on real property and improvements thereon, as described in the Deed of Trust.

7. The Deed of Trust was recorded on April 6, 2006 in the Official Records of the Maricopa County, Arizona.

8. The Deed of Trust was, pursuant to a Subordination Agreement executed on April 6, 2006, in second position behind a $15,000,000 acquisition and development loan from M&I Marshall and Ilsley Bank ("M&I") and a future construction loan of $8,300,000 also from M&I. The Subordination Agreement was recorded on April 6, 2006 in the Official Records of the Maricopa County, Arizona.

9. According to documents entitled "Loan Summary" kept by USACM, Borrower was performing on the Note as of July 31, 2006 and was still performing as of February 28, 2007.

10. A review of the public records of Maricopa County indicates that M&I foreclosed on the subject property on May 22, 2008. The Arizona Secretary of State's website indicates that Charlevoix Homes, LLC was dissolved in November 2009 by the state for an undeliverable address and is no longer in good standing.

11. During this bankruptcy case, USACM treated the Direct Lenders with respect to any interim payments by the borrower in accordance with this Court's orders. The Trust was not the successor servicer on this loan pursuant to the terms of the confirmed Plan and therefore has not been the recipient of any payments made by the borrower after the effective date of the confirmed Plan. Beyond what it was able to determine from the Maricopa County public records, the USACM Trust does not know the

/////
/////
/////
/////

1 ultimate disposition of the Charlevoix Homes Loan, the collateral securing that loan or
2 whether the Direct Lenders were be repaid in whole or in part.
3     I declare under penalty of perjury that the foregoing is true and correct.
4     Dated: August 4, 2010

6                                                    /s/Geoffrey L. Berman
                                                            Geoffrey L. Berman

2217202.1

LEWIS AND ROCA LLP LAWYERS

Copy of the foregoing (without exhibits) mailed by first class postage prepaid U.S. Mail on August 4, 2010 to the investors in the Charlevoix Homes Loan listed on Exhibit A.

s/ Renee L. Creswell
Renee L. Creswell

5

2217202.1