LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
Marvin Ruth NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br><br>　　　　　　　　　　　Debtors. | Case No. BK-S-06-10725-LBR[1]<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF HEARING REGARDING FIRST OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED UPON INVESTMENT IN CHARLEVOIX HOMES LOAN; AND CERTIFATE OF SERFICE**<br><br>Date of Hearing:  September 23, 2010<br>Time of Hearing: 10:30 a.m.<br>Estimated Time for hearing: 10 min. |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

　　**THE USACM LIQUIDATING TRUST IS OBJECTING TO THE CLAIM THAT _YOU_ FILED.  THE USACM TRUST SEEKS TO DISALLOW YOUR CLAIM AGAINST USACM TO THE EXTENT IT IS BASED UPON AN INVESTMENT IN THE CHARLEVOIX HOMES LOAN.  THIS OBJECTION**

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

1    **WILL <u>NOT</u> AFFECT YOUR RIGHTS AGAINST THE BORROWER AND ANY**

2    **COLLATERAL THAT SECURED YOUR INVESTMENT.  THE USACM TRUST**

3    **CONTENDS THAT YOU DO NOT HAVE A VALID CLAIM BASED UPON YOUR**

4    **INVESTMENT IN THIS LOAN BECAUSE YOU TOOK A KNOWN AND**

5    **OBVIOUS RISK IN MAKING THAT INVESTMENT AND USACM DID NOT**

6    **GUARANTEE REPAYMENT OF THAT LOAN.  THIS OBJECTION WILL NOT**

7    **IMPACT YOUR CLAIM AGAINST USACM TO THE EXTENT IT IS BASED**

8    **UPON AN INVESTMENT IN A DIFFERENT LOAN.**

9    **PLEASE DO NOT CONTACT THE CLERK OF THE BANKRUPTCY**

10   **COURT TO DISCUSS THE MERITS OF YOUR CLAIM.  QUESTIONS**

11   **REGARDING THE AMOUNT OF A CLAIM OR THE FILING OF A CLAIM**

12   **SHOULD BE DIRECTED TO BRANT FYLLING AT SIERRA GROUP**

13   **CONSULTING, LLC (602-424-7009) OR TO UNDERSIGNED COUNSEL, JOHN**

14   **HINDERAKER (520-629-4430).**

15   **NOTICE IS HEREBY GIVEN** that the USACM Liquidating Trust, by and

16   through its counsel, has filed its Omnibus Objections to Proofs of Claim Based Upon

17   Investment in the Charlevoix Homes Loan (with Certificate of Service) (the "Objection").

18   Your Proof of Claim number and other information regarding your claim is provided in

19   **Exhibit A**, which is attached to the Objection.  The USACM Liquidating Trust has

20   requested that this Court enter an order, pursuant to section 502 of title 11 of the United

21   States Code (the "Bankruptcy Code") and Rule 3007 of the Federal Rules of Bankruptcy

22   Procedure (the "Bankruptcy Rules"), disallowing your Proof of Claim to the extent it is

23   based upon an investment in the Charlevoix Homes Loan.  Nor will it affect your rights

24   against the borrower and any collateral that secured your investment.  The Objection will

25   not impact your Claim against USACM to the extent it is based upon an investment in a

26   different loan.

271452.1

**NOTICE IS FURTHER GIVEN** that the hearing on the Objection will be held before the Honorable Linda B. Riegle, U.S. Bankruptcy Court Judge in the Foley Federal Building, 300 Las Vegas Blvd. South, 3rd Floor, Courtroom No. 1, Las Vegas, Nevada on **September 23, 2010, at the hour of 10:30 a.m.**

**NOTICE IS FURTHER GIVEN THAT THE HEARING SET ON SEPTEMBER 23, 2010, WILL BE HELD FOR THE PURPOSE OF STATUS CHECKS AND SCHEDULING EVIDENTIARY HEARINGS ONLY. NO ARGUMENTS WILL BE HEARD ON THAT DATE.**

**NOTICE IS FURTHER GIVEN** that pursuant to Local Rule 9014(d), any response to the objection must be filed and service must be completed no later than fourteen (14) days preceding the hearing date. The opposition must set forth all relevant facts and any relevant legal authority.

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the Court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:

- The Court may *refuse to allow you to speak* at the scheduled hearing; and
- The Court may *rule against you* and sustain the objection without formally calling the matter at the hearing.

Dated: August 4, 2010.

LEWIS AND ROCA LLP

By s/John Hinderaker (AZ 18024)
   Robert M. Charles, Jr., NV 6593
   John Hinderaker, AZ 18024 (*pro hac vice*)
   Marvin Ruth, NV 10979
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
E-mail: JHinderaker@lrlaw.com
*Attorneys for the USACM Liquidating Trust*

271452.1

LEWIS
AND
ROCA
— LLP —
L A W Y E R S

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Copy of the foregoing mailed by first
class postage prepaid U.S. Mail on
August 4, 2010 to all parties listed on
Exhibit A attached to the objection.

s/Renee L. Creswell
LEWIS AND ROCA LLP

271452.1