1  Name of Attorney _____
   Bar # _____
2  Address _____
   _____
3  Phone # _____
   e-mail address _____
4

5                     UNITED STATES BANKRUPTCY COURT

6                            DISTRICT OF NEVADA

7                                * * * * * *

8  In re:                              )      Bankruptcy No.: 06-10725-lbr
                                       )      Chapter: 11
9         **USA commercial**           )      Trustee: _____
                                       )
10               Debtor.               )      **CHANGE OF ADDRESS OF:**
                                       )      ( ) **DEBTOR**
11                                     )      (✓) **CREDITOR**
                                       )      ( ) **OTHER**
12 _____)

13 This address change applies to (please check all that apply):

14 [ ] Notices only    [ ] Payments from Trustee    [✓] Both Notices and payments

15 I request that notice be sent to the following address: (please print)

16

17 Name
   Carol J Pruner
18 Address
   239 18th Street
19
   Sparks            nv              89431
20 City              State           Zip Code

   Please check one of the following:
21
   [✓] The change of address is applicable only in the above captioned case.
22
   [ ] The change of address is also applicable in the following related cases: (*please list the case*
23
   *numbers*) _____.
24

25 DATE: 08/02/2010                    _____
                                       SIGNATURE
26

NV_4002(ChangeofAddress_DB012-09).wpd