Huntsville
Single Loans

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Huntsville Loan |
|---|---|---|---|---|
| 10725-01311 | Anita Watson Living Trust DTD 4/8/03 | c/o Anita Watson TTEE 5309 Parsonage CT Virginia Beach, VA  23455-7101 | 50,000.00 | 50,000.00 |
| 10725-01021 | Calhoun, Anita J | 2026 Bel Air Ave San Jose, CA  95128-1409 | 50,000.00 | 50,000.00 |
| 10725-02442 | Clark Ira, Curtis | 1St Savings Bank C/F Curtis Clark - Ira 2605 E. Flamingo Road Las Vegas, NV  89121 **and** Curtis Clark IRA 1403 Pueblo Drive Boulder City, NV 89005 | 64,791.00 | 64,791.00 |
| 10725-01112 | Cohune, L Kanani | 3530 Hackberry St Silver Springs, NV  89429 | 51,617.88 | 51,617.88 |
| 10725-01103 | Costa, Rose M | Po Box 1234 Sausalito, CA 94966-1234 | 100,000.00 | 50,000.00 |
| 10725-01153 | Doerr, Shirley | 5200 Summit Ridge Dr  Apt 511 Reno, NV 89523-9021 | 50,000.00 | 50,000.00 |
| 10725-01276 | Everett, Dan & Sandra M | 921 Crystal Court Foster City, CA  94404 | 50,000.00 | 50,000.00 |
| 10725-00930 | Lanzas, Jose M & Gladys | 3345 Spotted Fawn Dr Orlando, FL  32817-5006 | 95,000.00 | 95,000.00 |
| 10725-01349 | Loftfield, James | 1532 Beech Grove Dr Las Vegas, NV  89119 | 50,000.00 | 50,000.00 |
| 10725-01188 | Petro, Aleko | 6224 Lone Cypress CT Las Vegas, NV  89141 | 50,000.00 | 50,000.00 |

# EXHIBIT A