Huntsville
Single Loans

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Huntsville Loan |
|---|---|---|---|---|
| 10725-02443 | Rhoda Dybvig Schaefer Revocable Lvg Tr Dtd 7/29/02 | C/O Rhoda Dybvig Schaefer Ttee<br>678 Skyline Rd<br>Henderson, NV 89002 | 50,500.00 | 50,500.00 |
| 10725-00667 | Ronald G Gardner Trust | Jeffrey L Hartman Esq<br>510 West Plumb LN Ste B<br>Reno, NV 89509<br>**and**<br>Ronald G. Gardner Trust<br>C/O Ronald G. Gardner, Trustee<br>430 Bavarian Dr.<br>Carson City, NV 89705-7010 | 50,000.00 | 50,000.00 |
| 10725-01200 | Simon, Ruby | 8728 Castle View Ave<br>Las Vegas, NV 89129-7680 | 56,000.00 | 56,000.00 |
| 10725-00688 | Sterling, David | Po Box 1509<br>Pahrump, NV 89041 | 3,484.61 | 3,484.61 |
| 10725-01267 | Wayne Dotson Co Peter Bogart Ceo | Peter Bogart Ceo<br>1445 City Line Ave.<br>Wynnewood, PA 19096 | 56,000.00 | 56,000.00 |
| 10725-01785 | Worthing, Ralph E & Maryanne H | 443 Arboles Dr<br>Bishop, CA 93514 | 50,000.00 | 50,000.00 |
| 10725-01839 | Zerbo, Anthony | 780 Saratoga Ave #S107<br>San Jose, CA 95129 | 50,516.00 | 50,516.00 |

EXHIBIT A