Huntsville
Multiple Loans

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Huntsville Loan |
|---|---|---|---|---|
| 10725-01274 | Adams, Herman & Brian M & Anthony G | 1341 Cashman Dr<br>Las Vegas, NV  89102 | 2,088,250.00 | 243,250.00 |
| 10725-01619 | Addes, Kenneth | 100 W Broadway  Apt 7V<br>Long Beach, NY  11561 | 394,523.01 | 100,000.00 |
| 10725-00594 | Amberway Equities Llc | 14400 Morning Mountain Way<br>Alpharetta, GA  30004-4521 | 100,000.00 | 50,000.00 |
| 10725-02063 | Dery, James D & Ann R | Husband & Wife<br>10 Longmeadow LN<br>Beachwood, OH  44122 | 2,793,347.72 | 50,000.00 |
| 10725-02482 | Don P Marshall Trust Dated 7/18/95 | C/O Don P Marshall Trustee<br>221 Chiquita Rd<br>Healdsburg, CA  95448-9055 | 145,788.99 | 50,000.00 |
| 10725-02364 | Eric C Disbrow Md Inc Profit Sharing Plan | Eric C Disbrow Ttee<br>3840 Fairway Dr<br>Cameron Park, CA  95682 | 895,134.00 | 50,000.00 |
| 10725-02382 | Essaff Family Trust Dtd 6/18/02 | Robert & Cindy H Essaff Ttees<br>2860 Heybourne Rd<br>Minden, NV  89423 | 3,198,368.02 | 100,000.00 |
| 10725-02031 | Freda Newman Trust Dtd 7/26/84 | Freda Newman Trustee  C/O Daniel Newman<br>125 Elysian Dr<br>Sedona, AZ  86336 | 467,009.44 | 100,000.00 |
| 10725-02286 | Handal, John A M | 3575 Siskiyou Ct<br>Hayward, CA  94542 | 1,422,945.46 | 50,000.00 |
| 10725-01687 | Homfeld Ii Llc | 2515 N Atlantic Blvd<br>Fort Lauderdale, FL  33305-1911 | 2,861,221.63 | 108,550.31 |

# EXHIBIT A