# Exhibit C

# PROOF OF CLAIM

**ORIGINAL**

| Debtor | Case Number |
|---|---|
| USA Commercial Mortgage Company | 06-10725-LBR |

See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor and Address**

11321?420J3454

ADAMS HERMAN
1341 CASHMAN DRIVE
LAS VEGAS NV 89102

Brian M Adams &
Anthony G Adams

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court

IF YOU ARE ONLY OWED MONEY BY A BORROWER WHOSE LOAN IS BEING SERVICED BY THE DEBTORS YOU DO **NOT** HAVE TO FILE A PROOF OF CLAIM THIS INCLUDES MONEY FROM THAT BORROWER HELD IN THE COLLECTION ACCOUNT

DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS

If you have already filed a proof of claim with the Bankruptcy Court or BMC you do not need to file again

**THIS SPACE IS FOR COURT USE ONLY**

Telephone Number (7**)-384-9275

Last four digits of account or other number by which creditor identifies debtor _____

Check here ☐ replaces ☐ amends a previously filed claim dated _____
if this claim

1. **BASIS FOR CLAIM**  See also claim summary
   - ☐ Goods sold
   - ☐ Services performed
   - ☐ Money loaned
   - ☐ Personal injury/wrongful death
   - ☐ Taxes
   - ☒ Other (describe briefly)
   
   Money loaned to 3rd parties & serviced by debtor
   
   - ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   - ☐ Wages salaries and compensation (fill out below)
     Last four digits of your SS # _____
     Unpaid compensation for services performed from _____ to _____
   - ☒ Unremitted principal
   - ☒ Other claims against servicer (not for loan balances)

2. **DATE DEBT WAS INCURRED**  Various

3. **IF COURT JUDGMENT, DATE OBTAINED**

4. **CLASSIFICATION OF CLAIM**  Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See also claim summary

   **UNSECURED NONPRIORITY CLAIM** $ unknown
   Check this box if a) there is no collateral or lien securing your claim or b) your claim exceeds the value of the property securing it or if c) none or only part of your claim is entitled to priority   unknown
   
   **UNSECURED PRIORITY CLAIM**
   Check this box if you have an unsecured claim all or part of which is entitled to priority
   Amount entitled to priority $ unknown
   Specify the priority of the claim
   - ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
   - ☐ Wages salaries or commissions (up to $10 000) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier   11 U.S.C. § 507(a)(4)
   - ☐ Contributions to an employee benefit plan   11 U.S.C. § 507(a)(5)
   
   **SECURED CLAIM**
   ☒ Check this box if your claim is secured by collateral (including a right of setoff)
   Brief description of collateral
   ☒ Real Estate  ☐ Motor Vehicle  ☐ Other _____
   Value of Collateral  $2,088,250.00 Plus
   Amount of arrearage and other charges *at time case filed* included in secured claim, if any $2,088,250.00 Plus
   
   - ☐ Up to $2 225* of deposits toward purchase lease or rental of property or services for personal family or household use   11 U.S.C. § 507(a)(7)
   - ☐ Taxes or penalties owed to governmental units   11 U.S.C. § 507(a)(8)
   - ☐ Other Specify applicable paragraph of 11 U.S.C. § 507(a) (___)
   
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

5. **TOTAL AMOUNT OF CLAIM AT TIME CASE FILED**  
   $ unknown (unsecured)  $2,088,250 00 Plus (secured)  $ unknown (priority)  $2,088,250.00 Plus (Total)
   
   ☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim   Attach itemized statement of all interest or additional charges

6. **CREDITS**  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

7. **SUPPORTING DOCUMENTS**  *Attach copies of supporting documents,* such as promissory notes purchase orders invoices itemized statements of running accounts contracts court judgments mortgages security agreements and evidence of perfection of lien   DO NOT SEND ORIGINAL DOCUMENTS   If the documents are not available explain   If the documents are voluminous attach a summary

8. **DATE-STAMPED COPY**  To receive an acknowledgment of the filing of your claim enclose a stamped self addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm, prevailing Pacific time, on November 13, 2006, by each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

BY MAIL TO
BMC Group
Attn USACM Claims Docketing Center
PO Box 911
El Segundo CA 90245-0911

BY HAND OR OVERNIGHT DELIVERY TO
BMC Group
Attn USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

**THIS SPACE FOR COURT USE ONLY**

| DATE | SIGN and print the name and title if any of the creditor or other person authorized to file this claim (attach copy of power of attorney if any) |
|---|---|
| 11/5/06 | Herman M. Adams, Brian M. Adams, Anthony G. Adams |

Penalty for presenting fraudulent claim is fine of up to $500 000 or imprisonment for up to 5 years or both   18 U S C §§ 152 AND 3571

USA CMC
1072501274

PERS -

C

# PROOF OF CLAIM

**Name of Debtor:** USA Commercial Mortgage Company
**Case Number:** 06-10725-LBR

NOTE: See Reverse for List of Debtors and Case Numbers. This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor and Address:**
11321242033465
ADDES, KENNETH
100 W BROADWAY APT # 7V
LONG BEACH NY 11561

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case.
☐ Check box if this address differs from the address on the envelope sent to you by the court.

IF YOU ARE ONLY OWED MONEY BY A BORROWER WHOSE LOAN IS BEING SERVICED BY THE DEBTORS YOU DO NOT HAVE TO FILE A PROOF OF CLAIM. THIS INCLUDES MONEY FROM THAT BORROWER HELD IN THE COLLECTION ACCOUNT.

DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS.

If you have already filed a proof of claim with the Bankruptcy Court or BMC, you do not need to file again.

THIS SPACE IS FOR COURT USE ONLY

**Creditor Telephone Number** (516) 897-3810/3820
**Last four digits of account or other number by which creditor identifies debtor:** 5801

☐ Check here if this claim ☐ replaces ☐ amends a previously filed claim dated _____

**1. BASIS FOR CLAIM**
☐ Goods sold
☐ Services performed
☒ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☒ Other (describe briefly) INTEREST
☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries and compensation (fill out below)
 Last four digits of your SS #
 Unpaid compensation for services performed from _____ to _____
☒ Unremitted principal
☐ Other claims against servicer (not for loan balances)

**2. DATE DEBT WAS INCURRED**

**3. IF COURT JUDGMENT, DATE OBTAINED**

**4. CLASSIFICATION OF CLAIM.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**UNSECURED NONPRIORITY CLAIM** $ 44,523.01
☒ Check this box if: a) there is no collateral or lien securing your claim; or b) your claim exceeds the value of the property securing it; or if c) none or only part of your claim is entitled to priority.

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000)* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4)
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5)

**SECURED CLAIM**
☒ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other _____
Value of Collateral $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any $ 350,000.00

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7)
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) (__)
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED**
$ 44,523.01 (unsecured) $ 350,000.00 (secured) $ _____ (priority) $ 394,523.01 (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. CREDITS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. SUPPORTING DOCUMENTS:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, and security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. DATE-STAMPED COPY:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5:00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units):

BY MAIL TO
BMC Group
Attn: USACM Claims Docketing Center
P O Box 911
El Segundo, CA 90245-0911

BY HAND OR OVERNIGHT DELIVERY TO
BMC Group
Attn: USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo CA 90245

THIS SPACE FOR COURT USE ONLY

FILED DEC 0 8 2006

USA CMC
1072501619

**DATE:** 12/2/06
**SIGN** and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): Kenneth Addes / Victoria Addes

# PROOF OF CLAIM

**Name of Debtor:** USA Commercial Mortgage Co.
**Case Number:** 06-10725 (LBR)

NOTE See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

**Name of Creditor and Address:**
11321241003306
AMBERWAY EQUITIES LLC
14400 MORNING MOUNTAIN WAY
ALPHARETTA GA 30004-4521

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court

DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS

If you have already filed a proof of claim with the Bankruptcy Court or BMC you do not need to file again

THIS SPACE IS FOR COURT USE ONLY

**Creditor Telephone Number:** (770-330-2921)

**Last four digits of account or other number by which creditor identifies debtor:** CLIENT ID 5014  Acct # 4309

Check here if this claim ☐ replaces ☐ amends a previously filed claim dated _____

**1 BASIS FOR CLAIM**
☐ Goods sold
☐ Services performed
☑ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other (describe briefly)
☐ Retiree benefits as defined in 11 U S C § 1114(a)
☐ Wages salaries and compensation (fill out below)
  Last four digits of your SS #
  Unpaid compensation for services performed from _____ (date) to _____ (date)
☐ Unremitted principal
☐ Other claims against servicer (not for loan balances)

**2 DATE DEBT WAS INCURRED:** 4/2004 & 5/2004
**3 IF COURT JUDGMENT, DATE OBTAINED:**

**4 CLASSIFICATION OF CLAIM** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM** $ _____
☐ Check this box if a) there is no collateral or lien securing your claim or b) your claim exceeds the value of the property securing it or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim all or part of which is entitled to priority
Amount entitled to priority $ _____
Specify the priority of the claim
☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages salaries or commissions (up to $10 000)* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier - 11 U S C § 507(a)(4)
☐ Contributions to an employee benefit plan - 11 U S C § 507(a)(5)

**SECURED CLAIM**
☑ Check this box if your claim is secured by collateral (including a right of setoff)
Brief description of collateral
☑ Real Estate ☐ Motor Vehicle ☐ Other _____
1ST Trust Deed
Value of Collateral $ 100,000.00
Amount of arrearage and other charges at time case filed included in secured claim, if any $ _____

☐ Up to $2 225* of deposits toward purchase lease or rental of property or services for personal family or household use 11 U S C § 507(a)(7)
☐ Taxes or penalties owed to governmental units - 11 U S C § 507(a)(8)
☐ Other Specify applicable paragraph of 11 U S C § 507(a) ( _____ )
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5 TOTAL AMOUNT OF CLAIM AT TIME CASE FILED**
$ _____ (unsecured)  $ 100,000.00 (secured)  $ _____ (priority)  $ 100,000.00 (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

**6 CREDITS** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7 SUPPORTING DOCUMENTS** Attach copies of supporting documents, such as promissory notes purchase orders invoices itemized statements of running accounts contracts court judgments mortgages security agreements and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary

**8 DATE-STAMPED COPY** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

**BY MAIL TO**
BMC Group
Attn USACM Claims Docketing Center
P O Box 911
El Segundo CA 90245-0911

**BY HAND OR OVERNIGHT DELIVERY TO**
BMC Group
Attn USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo CA 90245

THIS SPACE FOR COURT USE ONLY

FILED OCT 16 2006
USA CMC
1072500504

**DATE:** 10/9/06
**SIGN** and print the name and title if any of the creditor or other person authorized to file this claim (attach copy of power of attorney if any)
Ann Stevenson - Managing Member  Amberway Equities, LLC

Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years or both 18 U S C §§ 152 AND 3571

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF Nevada | PROOF OF CLAIM |
|---|---|---|

Name of Debtor: USA COMMERCIAL MORTGAGE CO
Case Number: 06-10725-LBR

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property): JAMES O DERY & ANN R DERY, HUSBAND & WIFE

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
JAMES DERY
19601 VAN AKEN Blvd
SHAKER HTS, OH 44122
Telephone number: 216/283-2505

☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

*This space is for Court Use Only*

Last four digits of account or other number by which creditor identifies debtor:

Check here if this claim ☐ replaces ☐ amends a previously filed claim dated _____

1. **Basis for Claim**
   ☐ Goods sold
   ☐ Services performed
   ☑ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☑ Other SEE EXHIBIT A

   ☐ Retiree benefits as defined in 11 U.S.C § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last four digits of your SS #: _____
   Unpaid compensation for services performed
   from _____ to _____
     (date)           (date)

2. **Date debt was incurred:** MARCH 2001

3. **If court judgment, date obtained:**

4. **Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

   Unsecured Nonpriority Claim $ 1,396,673.86
   ☑ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

   **Unsecured Priority Claim**
   ☐ Check this box if you have an unsecured claim all or part of which is entitled to priority.
   Amount entitled to priority $ _____

   **Secured Claim**
   ☑ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☑ Real Estate  ☐ Motor Vehicle  ☐ Other _____
   Value of Collateral: $ UNKNOWN
   Amount of arrearage and other charges at time case filed included in secured claim, if any $ 22,925.39

   Specify the priority of the claim:
   ☐ Domestic support obligations under 11 U.S.C § 507(a)(1)(A) or (a)(1)(B)
   ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C § 507(a)(4)
   ☐ Contributions to an employee benefit plan - 11 U.S.C § 507(a)(5)

   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C § 507(a)(7)
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C § 507(a)(8)
   ☐ Other - Specify applicable paragraph of 11 U.S.C § 507(a)(___)

   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

5. **Total Amount of Claim at Time Case Filed** $1,396,673.86 / $1,396,673.86 / / $1,396,673.86
   (unsecured) (secured) (priority) (Total)
   ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

7. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy.** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

Date: 1/10/07
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)

FILED JAN 11 2007
USA CMC

Penalty for presenting fraudulent claim. Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C § 152 and 3571.

# PROOF OF CLAIM

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

**Name of Debtor:** USA Commercial Mortgage Company
**Case Number:** 06-10725-LBR

YOUR CLAIM IS SCHEDULED AS
Schedule/Claim ID: s31221
Amount/Classification: $0.00 Unsecured
200,000

NOTE: See Reverse for List of Debtors and Case Numbers. This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor and Address:**
12924490000451
DON P MARSHALL TRUST DATED 7/18/95
C/O DON P MARSHALL TRUSTEE
221 CHIQUITA RD
HEALDSBURG CA 95448 9055

Creditor Telephone Number ( )

### 1. BASIS FOR CLAIM
- [ ] Goods sold
- [ ] Services performed
- [ ] Money loaned
- [ ] Personal injury/wrongful death
- [ ] Taxes
- [ ] Other (describe briefly)
- [ ] Retiree benefits as defined in 11 U.S.C. § 1114(a)
- [ ] Wages, salaries, and compensation (fill out below)
- [ ] Unremitted principal
- [ ] Other claims against servicer (not for loan balances)

### 2. DATE DEBT WAS INCURRED
### 3. IF COURT JUDGMENT, DATE OBTAINED

### 4. CLASSIFICATION OF CLAIM
**UNSECURED NONPRIORITY CLAIM $** _____
**SECURED CLAIM**
**UNSECURED PRIORITY CLAIM**

### 5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED
$ 200,000 (unsecured)    $ (secured)    $ (priority)    $ 200,000 (Total)

### 6. CREDITS
### 7. SUPPORTING DOCUMENTS
### 8. DATE-STAMPED COPY
See Stmt attached

**BY MAIL TO:**
BMC Group
Attn: USACM Claims Docketing Center
P O Box 911
El Segundo CA 90245 0911

**BY HAND OR OVERNIGHT DELIVERY TO:**
BMC Group
Attn: USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo CA 90245

FILED JUN 0 4 2007
USA CMC
1072502482

**DATE:** 5/31/07
**SIGN:** Don P. Marshall, TTEE

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

FORM B10 (Official Form 10) (04/05)     Case 06-10725-lbr    Claim 2364-1    Filed 01/30/07    Page 1 of 4

| UNITED STATES BANKRUPTCY COURT DISTRICT OF Nevada | PROOF OF CLAIM |
|---|---|

Name of Debtor: USA Commercial Mortgage Co.
Case Number: 06-10725-LBR

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property): Eric L Disbrow
Trustee for Eric C Disbrow M.D. Inc Profit Sharing Plan

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
Eric Disbrow
3840 Fairway Dr.
Cameron Park, Ca 95682
Telephone number: 530-672-0126

☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor:
Check here ☐ replaces ☐ amends a previously filed claim, dated: ____

1. **Basis for Claim**
   ☐ Goods sold
   ☐ Services performed
   ☑ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☐ Other ___ See Exhibit A

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last four digits of your SS #: ____
   Unpaid compensation for services performed
   from _____ to _____
   (date)         (date)

2. Date debt was incurred:

3. If court judgment, date obtained:

4. **Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed.
   See reverse side for important explanations.
   Unsecured Nonpriority Claim $ 947,567.04
   ☑ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

   **Secured Claim**
   ☑ Check this box if your claim is secured by collateral (including a right of setoff).
   Brief Description of Collateral:
   ☑ Real Estate  ☐ Motor Vehicle  ☐ Other ____
   Value of Collateral: $ unknown
   Amount of arrearage and other charges at time case filed included in secured claim, if any: $ 6,348.37

   **Unsecured Priority Claim**
   ☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
   Amount entitled to priority $ ____

   Specify the priority of the claim:
   ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
   ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
   ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
   ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
   ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

5. Total Amount of Claim at Time Case Filed:  $947,567  947,567  ____  947,567
   (unsecured)   (secured)   (priority)   (Total)
   ☑ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

7. **Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

Date: 1/11/07
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
Eric L Disbrow Ttee
for Eric L Disbrow M.D., Inc. Pr. Sh. Pl.

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF Nevada | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor: USA Commercial Mortgage Company | Case Number: 06-10725-LBR |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property): ROBERT ESSAFF & CINDY H. ESSAFF TRUSTEES OF THE ESSAFF FAMILY TRUST DATED 6/18/02

Name and address where notices should be sent:
ROBERT & CINDY H. ESSAFF
2860 HEYBOURNE RD
MINDEN, NV 89423
Telephone number: 775-267-5579

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

Last four digits of account or other number by which creditor identifies debtor:

Check here ☐ replaces ☐ amends a previously filed claim dated _____
if this claim

1. **Basis for Claim**
   ☐ Goods sold
   ☐ Services performed
   ☑ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☑ Other SEE EXHIBIT A

   ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last four digits of your SS # _____
   Unpaid compensation for services performed
   from _____ to _____
      (date)     (date)

2. Date debt was incurred: 12/15/03

3. If court judgment, date obtained:

4. Classification of Claim. Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

Unsecured Nonpriority Claim $1,599,184.01
☑ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

Unsecured Priority Claim
☐ Check this box if you have an unsecured claim all or part of which is entitled to priority.
Amount entitled to priority $_____

Secured Claim
☑ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☑ Real Estate   ☐ Motor Vehicle   ☐ Other _____
Value of Collateral: $ UNKNOWN
Amount of arrearage and other charges at time case filed included in secured claim if any $25,260.39

Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4)
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5)

☐ Up to $2,225* of deposits toward purchase, lease or rental of property or services for personal, family or household use - 11 U.S.C. § 507(a)(7)
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___)

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

5. Total Amount of Claim at Time Case Filed: $1,599,184.01 / 1,599,184.01 _____ 1,599,184.01
                                              (unsecured)  (secured)      (priority)    (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6. **Credits**: The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

7. **Supporting Documents**: Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy**: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

FILED JAN 16 2007

| Date 1/11/07 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): _____, ROBERT ESSAFF, TRUSTEE / Cindy H. Essaff, CINDY H. ESSAFF, TRUSTEE | USA CMC |
|---|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT DISTRICT OF Nevada | PROOF OF CLAIM |
|---|---|

**Name of Debtor:** USA COMMERCIAL MORTGAGE CO.
**Case Number:** 06-10725-LBR

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 USC § 503.

**Name of Creditor** (The person or other entity to whom the debtor owes money or property):
FREDA NEWMAN, TRUSTEE OF FREDA NEWMAN TRUST 7/26/04

**Name and address where notices should be sent:**
FREDA NEWMAN
C/O DANIEL NEWMAN
126 ELYSIAN DR SEDONA AZ 86336
**Telephone number:** 928 282 5466

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

**Last four digits of account or other number by which creditor identifies debtor:**
Check here ☐ replaces ☐ amends a previously filed claim dated _____

**1. Basis for Claim**
☐ Goods sold
☐ Services performed
☒ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☒ Other _____

☐ Retiree benefits as defined in 11 U S C § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of your SS # _____
Unpaid compensation for services performed
from _____ to _____
(date) (date)

**2. Date debt was incurred:** OCTOBER 29 2003
**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $ LINE 4 OF EX A
☒ Check this box if a) there is no collateral or lien securing your claim or b) your claim exceeds the value of the property securing it or if c) none or only part of your claim is entitled to priority

**Unsecured Priority Claim**
☐ Check this box if you have an unsecured claim all or part of which is entitled to priority
Amount entitled to priority $_____

Specify the priority of the claim:
☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier 11 U S C § 507(a)(4)
☐ Contributions to an employee benefit plan - 11 U S C § 507(a)(5)

**Secured Claim**
☒ Check this box if your claim is secured by collateral (including a right of setoff)
Brief Description of Collateral:
☒ Real Estate ☐ Motor Vehicle ☐ Other _____
Value of Collateral $ UNKADWAI
Amount of arrearage and other charges at time case filed included in secured claim, if any $ LINE 2 OF EX A

☐ Up to $2,225* of deposits toward purchase, lease or rental of property or services for personal, family, or household use - 11 U S C § 507(a)(7)
☐ Taxes or penalties owed to governmental units 11 U S C § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U S C § 507(a)(__)
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5. Total Amount of Claim at Time Case Filed** $ LN 4 EX A  LN 4 EX A  _____  LN 4 EX A
(unsecured) (secured) (priority) (Total)
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy** To receive an acknowledgment of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

FILED JAN 11 2007

**Date:** JAN 9 2007
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
Freda Newman
FREDA NEWMAN TRUSTEE

USA CMC
1072502091

Penalty for presenting fraudulent claim. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 US

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT DISTRICT OF Nevada | PROOF OF CLAIM |
|---|---|

**Name of Debtor:** USA COMMERCIAL MORTGAGE COMPANY
**Case Number:** 06-10725-LBR

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor** (The person or other entity to whom the debtor owes money or property): JOHN A.M HANDAL, a single man

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars

**Name and address where notices should be sent:**
3575 SISKIYOU CT
HAYWARD, CA (94542)

☐ Check box if you have never received any notices from the bankruptcy court in this case
☐ Check box if the address differs from the address on the envelope sent to you by the court.

**Telephone number:** 510-581-3754

**Last four digits of account or other number by which creditor identifies debtor:** ACC. ID: 5811

Check here ☑ replaces / ☐ amends a previously filed claim dated 11/11/06

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☑ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☑ Other — See EXHIBIT A

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS # _____
  Unpaid compensation for services performed
  from _____ (date) to _____ (date)

**2. Date debt was incurred:** NOVEMBER / 11 / 2004

**3. If court judgment, date obtained:**

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $ 711,472.73
☑ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it or if c) none or only part of your claim is entitled to priority

**Secured Claim**
☑ Check this box if your claim is secured by collateral (including a right of setoff)

Brief Description of Collateral:
☑ Real Estate ☐ Motor Vehicle ☐ Other_____
Value of Collateral: $ UNKNOWN

Amount of arrearage and other charges at time case filed included in secured claim, if any $ 10,755.10

**Unsecured Priority Claim**
☐ Check this box if you have an unsecured claim all or part of which is entitled to priority
Amount entitled to priority $ _____

Specify the priority of the claim
☐ Domestic support obligations under 11 U.S.C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C § 507(a)(4)
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5)

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C § 507(a)(7)
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U.S.C § 507(a)(__)

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed**
$711,472.73 (unsecured) $711,472.73 (secured) _____ (priority) $711,472.73 (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

FILED JAN 12 2007

**Date:** JAN/9/2007

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)
/s/ Handal — JOHN A M HANDAL

USA CMC
1072502286

1. 11 2006 15  U F*   7023692668                                                     ☒003/022

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

**PROOF OF CLAIM**

**Name of Debtor:** USA Commercial Mortgage Co

**Case Number:** 06-10725 /KR

**Name of Creditor and Address:**

Homfeld II, LLC
2515 N Atlantic Blvd
Ft Lauderdale, FL 33305

Creditor Telephone Number: ( ) 954-566-7705

Last four digits of account: 2653

Check here ☒ amends a previously filed claim dated

**1. BASIS FOR CLAIM**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☑ Other (describe briefly): Fraud/RICO/Breach of Fiduciary Duty
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
- ☑ Unremitted principal
- ☐ Other claims against servicer (not for loan balances)

**4. CLASSIFICATION OF CLAIM**

UNSECURED NONPRIORITY CLAIM $ 7,861,221.63
☑ Check this box if: a) there is no collateral...

**DATE:** 12/11/06

Signature: _____ managing member

FILED DEC 11 2006

USA CMC
1072501687