Huntsville
Multiple Loans

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Huntsville Loan |
|---|---|---|---|---|
| 10725-00578 | M Evelyn Fisher Revocable Trust Dtd 11/7/05 | C/O M Evelyn Fisher &/Or Successor(S) In Trust<br>208 Avenida Ostion<br>Rio Rico, AZ  85648 | 157,685.97 | 54,310.67 |
| 10725-02125 | Marilyn Johnson Living Trust Dtd 10/5/99 | Marilyn Johnson Trustee<br>1010 Larue Ave<br>Reno, NV  89509 | 202,800.00 | 50,000.00 |
| 10725-02328 | Marion C Sharp Ira | 20 Leroy Terrace<br>New Haven, CT  06512-3114 | 450,000.00 | 100,000.00 |
| 10725-02433 | Michaelian Holdings Llc | 413 Canyon Greens Dr<br>Las Vegas, NV  89144-0829 | 1,267,075.50 | 50,000.00 |
| 10725-02353 | Musso Living Trust Dtd 11/30/92 | Walter & Barbara Musso Ttees<br>Po Box 2566<br>Avila Beach, CA  93424 | 623,004.79 | 50,000.00 |
| 10725-02097 | Rgf Revocable Trust | Robert G Fuller Ttee<br>5172 English Daisy Way<br>Las Vegas, NV  89142 | 487,047.24 | 50,000.00 |
| 10725-02279 | Winkler Family Trust Dtd 3/13/86 | Carmel & Rudolf Winkler Trustee<br>10000 Rossbury PL<br>Los Angeles, CA  90064 | 1,210,635.98 | 50,000.00 |
| 10725-02278 | Winkler Ira, Rudolf | 10000 Rossbury PL<br>Los Angeles, CA  90064-4826 | 651,800.22 | 50,000.00 |
| 10725-01952 | Zerbo, Anthony J | 780 Saratoga Ave  Apt S-107<br>San Jose, CA  95129 | 1,757,710.50 | 50,000.00 |

# EXHIBIT A