**LEWIS AND ROCA LLP — LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
Marvin Ruth NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br><br>    Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**DECLARATION OF GEOFFREY L. BERMAN IN SUPPORT OF OMNIBUS OBJECTIONS OF USACM TRUST TO PROOFS OF CLAIM BASED UPON INVESTMENT IN THE HUNTSVILLE LOAN AKA THE WEST HILLS PARK LOAN**<br><br>Date of Hearing:  September 23, 2010<br>Time of Hearing:  10:30 a.m.<br>Estimated Time for Hearing:  10 minutes |

Geoffrey L. Berman declares under penalty of perjury:

1. I am an adult person competent to testify in court.

2. I make this declaration based upon my personal knowledge, and upon the records USA Commercial Mortgage Company.

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2223589.1

3. I am the Trustee of the USACM Liquidating Trust ("USACM Trust"), which is an entity created by the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization ("Plan"), in the jointly-administered bankruptcy cases, In re USA Commercial Mortgage Company, BK-S-06-10725-LBR, pending in the United States Bankruptcy Court for the District of Nevada.

4. In about March 2004, USACM circulated an Offer Sheet to prospective Direct Lenders soliciting funding for an acquisition and development loan to a borrower identified as "West Hills Park Joint Venture." A copy of the Offer Sheet is attached hereto as **Exhibit B** and incorporated by this reference. The total loan amount proposed was up to $13,000,000.00. The loan would be used by Borrower for a commercial development on property located in Huntsville, Texas. The Offer Sheet described the investment as a "First Trust Deed" and noted that the investment would be secured by a first deed of trust on approximately 38 acres of land and a subordinated deed of trust on three other parcels totaling 50 acres. The Offer Sheet indicated that the loans would be repaid through the sale of retail pads to end users and indicated that the loan to value would be approximately 62% on the combined parcel appraisals done by Commercial Realty Advisors, Inc. dated September 19, 2003. The Trust was unable to locate a copy of this appraisal, but has assumed it will support this figure.

5. On March 13, 2004, Borrower made and delivered to various lenders, including the Direct Lenders identified in **Exhibit A**, a "Promissory Note Secured by Deed of Trust" (the "Note") and a related "Construction Loan Agreement" ("Loan Agreement") The Note and Loan Agreement provided for a loan in the initial principal amount of $9,000,000, but allowed USACM to increase the loan amount up to $12,500,000. The loan was intended to fund the acquisition of a portion of the subject property and construction of the contemplated commercial development.

2223589.1

6. On July 17, 2004, Borrower executed a first amendment to the deed of trust and a first amendment to loan documents that provided for the funding of an additional $250,000; On December 8, 2004, Borrower executed a second amendment to the deed of trust and a first amendment to loan documents that provided for the funding of an additional $750,000; On February 28, 2004, Borrower executed a third amendment to the deed of trust and a first amendment to loan documents that provided for the funding of an additional $475,000, bringing the total principal amount of the loan to $10,475,000.

7. The Note was secured by a Deed of Trust, Assignment of Rents, Security Agreement and Fixture Filing ("Deed of Trust") on real property and improvements thereon, as described in the Deed of Trust. The Deed of Trust was recorded in the Official Records of the Walker County, Texas on April 7, 2004.

8. The loan came due on April 7, 2005 with the principal amount outstanding of $10,475,000 and interest due in the amount of $507,118.05 through April 30, 2005. The parties entered into a loan extension agreement that extended the due date of the loan for one year to April 7, 2006. Tom Curtis of Curtis Development guaranteed the loan.

9. According to the USACM "Loan Summary" filed in this case, Borrower was not performing on the Note as of July 31, 2006. A review of the public records of Walker County, Texas indicates that the parcels located in Walker County that secured the loan are no longer owned by West Hills Park Joint Venture and at least some of the parcels that secured the loan are owned by an affiliate of ARC.

10. During this bankruptcy case, USACM treated the Direct Lenders with respect to any interim payments by the borrower in accordance with this Court's orders and the confirmed Plan. Beyond what it was able to determine from the Walker County public records, the USACM Trust does not know the ultimate disposition of the Huntsville Loan, the collateral securing that loan or whether the Direct Lenders were repaid in whole or in part.

2223589.1

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 17, 2010

    /s/Geoffrey L. Berman
    Geoffrey L. Berman

Copy of the foregoing (without exhibits) mailed by first class postage prepaid U.S. Mail on August 17, 2010 to the investors in the Huntsville Loan listed on Exhibit A.

s/ Marilyn Schoenike
Marilyn Schoenike

4

2223589.1