Huntsville
Single Loans

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Huntsville Loan |
|---|---|---|---|---|
| 10725-01311 | Anita Watson Living Trust DTD 4/8/03 | c/o Anita Watson TTEE<br>5309 Parsonage CT<br>Virginia Beach, VA  23455-7101 | 50,000.00 | 50,000.00 |
| 10725-01021 | Calhoun, Anita J | 2026 Bel Air Ave<br>San Jose, CA  95128-1409 | 50,000.00 | 50,000.00 |
| 10725-02442 | Clark Ira, Curtis | 1St Savings Bank C/F Curtis Clark - Ira<br>2605 E. Flamingo Road<br>Las Vegas, NV  89121<br>**and**<br>Curtis Clark IRA<br>1403 Pueblo Drive<br>Boulder City, NV 89005 | 64,791.00 | 64,791.00 |
| 10725-01112 | Cohune, L Kanani | 3530 Hackberry St<br>Silver Springs, NV  89429 | 51,617.88 | 51,617.88 |
| 10725-01103 | Costa, Rose M | Po Box 1234<br>Sausalito, CA 94966-1234 | 100,000.00 | 50,000.00 |
| 10725-01153 | Doerr, Shirley | 5200 Summit Ridge Dr  Apt 511<br>Reno, NV  89523-9021 | 50,000.00 | 50,000.00 |
| 10725-01276 | Everett, Dan & Sandra M | 921 Crystal Court<br>Foster City, CA  94404 | 50,000.00 | 50,000.00 |
| 10725-00930 | Lanzas, Jose M & Gladys | 3345 Spotted Fawn Dr<br>Orlando, FL  32817-5006 | 95,000.00 | 95,000.00 |
| 10725-01349 | Loftfield, James | 1532 Beech Grove Dr<br>Las Vegas, NV  89119 | 50,000.00 | 50,000.00 |

EXHIBIT A

Huntsville
Single Loans

| | | | | |
|---|---|---|---:|---:|
| 10725-01188 | Petro, Aleko | 6224 Lone Cypress CT<br>Las Vegas, NV  89141 | 50,000.00 | 50,000.00 |
| 10725-02443 | Rhoda Dybvig Schaefer Revocable Lvg Tr Dtd 7/29/02 | C/O Rhoda Dybvig Schaefer Ttee<br>678 Skyline Rd<br>Henderson, NV  89002 | 50,500.00 | 50,500.00 |
| 10725-00667 | Ronald G Gardner Trust | Jeffrey L Hartman Esq<br>510 West Plumb LN Ste B<br>Reno, NV  89509<br>**And**<br>Ronald G. Gardner Trust<br>C/O Ronald G. Gardner, Trustee<br>430 Bavarian Dr.<br>Carson City, NV 89705-7010 | 50,000.00 | 50,000.00 |
| 10725-01200 | Simon, Ruby | 8728 Castle View Ave<br>Las Vegas, NV  89129-7680 | 56,000.00 | 56,000.00 |
| 10725-00688 | Sterling, David | Po Box 1509<br>Pahrump, NV  89041 | 3,484.61 | 3,484.61 |
| 10725-01267 | Wayne Dotson Co Peter Bogart Ceo | Peter Bogart Ceo<br>1445 City Line Ave.<br>Wynnewood, PA  19096 | 56,000.00 | 56,000.00 |
| 10725-01785 | Worthing, Ralph E & Maryanne H | 443 Arboles Dr<br>Bishop, CA  93514 | 50,000.00 | 50,000.00 |
| 10725-01839 | Zerbo, Anthony | 780 Saratoga Ave  #S107<br>San Jose, CA  95129 | 50,516.00 | 50,516.00 |

EXHIBIT A

Huntsville
Multiple Loans

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Huntsville Loan |
|---|---|---|---|---|
| 10725-01274 | Adams, Herman & Brian M & Anthony G | 1341 Cashman Dr<br>Las Vegas, NV  89102 | 2,088,250.00 | 243,250.00 |
| 10725-01619 | Addes, Kenneth | 100 W Broadway  Apt 7V<br>Long Beach, NY  11561 | 394,523.01 | 100,000.00 |
| 10725-00594 | Amberway Equities Llc | 14400 Morning Mountain Way<br>Alpharetta, GA  30004-4521 | 100,000.00 | 50,000.00 |
| 10725-02063 | Dery, James D & Ann R | Husband & Wife<br>10 Longmeadow LN<br>Beachwood, OH  44122 | 2,793,347.72 | 50,000.00 |
| 10725-02482 | Don P Marshall Trust Dated 7/18/95 | C/O Don P Marshall Trustee<br>221 Chiquita Rd<br>Healdsburg, CA  95448-9055 | 145,788.99 | 50,000.00 |
| 10725-02364 | Eric C Disbrow Md Inc Profit Sharing Plan | Eric C Disbrow Ttee<br>3840 Fairway Dr<br>Cameron Park, CA  95682 | 895,134.00 | 50,000.00 |
| 10725-02382 | Essaff Family Trust Dtd 6/18/02 | Robert & Cindy H Essaff Ttees<br>2860 Heybourne Rd<br>Minden, NV  89423 | 3,198,368.02 | 100,000.00 |
| 10725-02031 | Freda Newman Trust Dtd 7/26/84 | Freda Newman Trustee  C/O Daniel Newman<br>125 Elysian Dr<br>Sedona, AZ  86336 | 467,009.44 | 100,000.00 |
| 10725-02286 | Handal, John A M | 3575 Siskiyou Ct<br>Hayward, CA  94542 | 1,422,945.46 | 50,000.00 |

EXHIBIT A

Huntsville
Multiple Loans

| | | | | |
|---|---|---|---|---|
| 10725-01687 | Homfeld Ii Llc | 2515 N Atlantic Blvd<br>Fort Lauderdale, FL  33305-1911 | 2,861,221.63 | 108,550.31 |
| 10725-00578 | M Evelyn Fisher Revocable Trust Dtd 11/7/05 | C/O M Evelyn Fisher &/Or Successor(S) In Trust<br>208 Avenida Ostion<br>Rio Rico, AZ  85648 | 157,685.97 | 54,310.67 |
| 10725-02125 | Marilyn Johnson Living Trust Dtd 10/5/99 | Marilyn Johnson Trustee<br>1010 Larue Ave<br>Reno, NV  89509 | 202,800.00 | 50,000.00 |
| 10725-02328 | Marion C Sharp Ira | 20 Leroy Terrace<br>New Haven, CT  06512-3114 | 450,000.00 | 100,000.00 |
| 10725-02433 | Michaelian Holdings Llc | 413 Canyon Greens Dr<br>Las Vegas, NV  89144-0829 | 1,267,075.50 | 50,000.00 |
| 10725-02353 | Musso Living Trust Dtd 11/30/92 | Walter & Barbara Musso Ttees<br>Po Box 2566<br>Avila Beach, CA  93424 | 623,004.79 | 50,000.00 |
| 10725-02097 | Rgf Revocable Trust | Robert G Fuller Ttee<br>5172 English Daisy Way<br>Las Vegas, NV  89142 | 487,047.24 | 50,000.00 |
| 10725-02279 | Winkler Family Trust Dtd 3/13/86 | Carmel & Rudolf  Winkler Trustee<br>10000 Rossbury PL<br>Los Angeles, CA  90064 | 1,210,635.98 | 50,000.00 |
| 10725-02278 | Winkler Ira, Rudolf | 10000 Rossbury PL<br>Los Angeles, CA  90064-4826 | 651,800.22 | 50,000.00 |
| 10725-01952 | Zerbo, Anthony J | 780 Saratoga Ave  Apt S-107<br>San Jose, CA  95129 | 1,757,710.50 | 50,000.00 |

EXHIBIT A