E-filed on August 31, 2010

**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email: adiamond@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
Email: emadden@diamondmccarthy.com

Special Litigation Counsel for the
USACM Liquidating Trust

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321

Rob Charles, NV State Bar No. 006593
Email: rcharles@lrlaw.com

Counsel for the USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Debtor. | JOINTLY ADMINISTERED<br>Chapter 11 Cases<br><br>Judge Linda B. Riegle |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br><br>Debtor. | **USACM LIQUIDATING TRUST AND USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC'S EX PARTE MOTION FOR ORDER SHORTENING TIME TO HEAR MOTION FOR APPROVAL OF SETTLEMENT PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE** |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | |

The USACM Liquidating Trust (the "USACM Trust") and USA Capital Diversified Trust

Deed Fund, LLC ("DTDF") hereby file this Ex Parte Motion for Order Shortening Time to Hear

Motion for Approval of Settlement Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Motion") and, in support thereof, respectfully state the following:

1. On or about April 12, 2008, DTDF commenced Adversary Proceeding Number 08-01132 in this Court, entitled *USA Capital Diversified Trust Deed Fund, LLC v. Stanley E. Fulton* (the "Fulton Litigation").

2. On September 4, 2009, this Court transferred the Fulton Litigation to the United States District Court for the District of Nevada for a final ruling on summary judgment and for a jury trial. The Fulton Litigation was docketed in the District Court under Case No. 2:09-CV-1946-RLH-LRL.

3. Trial in the Fulton Litigation was scheduled to begin in the District Court on June 28, 2010. Prior to the start of trial, however, the parties negotiated a settlement and announced their settlement to the District Court on June 23, 2010. During this June 23rd hearing, Fulton's counsel requested that DTDF seek an expedited hearing in this Court to obtain approval of the settlement. DTDF's counsel indicated that he would be willing to request such a hearing. The District Court then ordered DTDF's counsel to seek an expedited hearing on the Rule 9019 motion and to file the necessary pleadings for the District Court to dismiss the Fulton Litigation by July 30, 2010 (the "Dismissal Deadline").

4. Negotiations over the proposed settlement agreement took longer than anticipated. The parties were not able to finalize and execute the proposed settlement agreement until on or about July 27, 2010.

5. On July 28, 2010, the parties filed a filed a Joint Status Report and Request to Extend Deadline to Close Case, requesting that the Dismissal Deadline be extended to August 31, 2010. The District Court granted that request in an order entered on July 30, 2010.

6. Even though the parties had signed the settlement agreement, negotiations over the Rule 9019 motion and related documents took longer than anticipated. As a result, the parties intend to request that the District Court extend the Dismissal Deadline to September 30, 2010.

7. On August 31, 2010, contemporaneous with the filing of this Motion, the USACM Trust and DTDF filed their Motion for Approval of Settlement Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Settlement Motion") (DE #8155).

8. Per the District Court's order, the USACM Trust and DTDF seek an order from the Court shortening time to hear the Settlement Motion and setting it for hearing on the Court's calendar at the earliest available date on the Court's calendar. Without an order shortening time, the USACM Trust and DTDF would suffer prejudice by not complying with the order of the District Court in the Fulton Litigation.

9. The Court can shorten notice pursuant to Federal Rule of Bankruptcy Procedure 9006(c)(1) and Bankruptcy Local Rule 9006(a).

10. Stanley Fulton has consented to the entry of an order shortening time.

WHEREFORE, the USACM Trust and DTDF respectfully request that this Court enter the attached order shortening time to hear the Settlement Motion and setting a hearing on the Settlement Motion at the earliest available date for the Court.

Respectfully submitted the 31st day of August 2010.

**DIAMOND MCCARTHY LLP**

By: /s/ Eric D. Madden
Allan B. Diamond, TX 05801800 (pro hac vice)
Eric D. Madden, TX 24013079 (pro hac vice)
Michael J. Yoder TX 24056572 (pro hac vice)
909 Fannin, Suite 1500
Houston, Texas 77010
(713) 333-5100 (telephone)
(713) 333-5199 (facsimile)

*Special Litigation Counsel for
USACM Liquidating Trust and
USA Capital Diversified Trust Deed Fund, LLC*

**LEWIS AND ROCA LLP**

By: /s/ Rob Charles
Rob Charles, NV 6593
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
(702) 949-8320 (telephone)
(702) 949-8321 (facsimile)

*Counsel for USACM Liquidating Trust*

# CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of August 2010, I caused to be served a true and correct copy of the foregoing **USACM LIQUIDATING TRUST AND USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC'S EX PARTE MOTION FOR ORDER SHORTENING TIME TO HEAR MOTION FOR APPROVAL OF SETTLEMENT PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE** by electronic transmission to the USACM Post-Confirmation Service List Dated March 31, 2009, and by electronic transmission and United States Mail to counsel for Defendant, Timothy R. O'Reilly, O'Reilly Law Group, LLC, 325 South Maryland Parkway, Las Vegas, NV 89101-5300, tor@oreillylawgroup.com, and Steven J. Katzman, Beinert, Miller & Katzman, P.C., 903 Calle Amanecer, Ste. 350, San Clemente, California 92673, skatzman@bmkattorneys.com.

/s/ Catherine A. Burrow
Catherine A. Burrow
Senior Paralegal
Diamond McCarthy LLP