RECEIVED & FILED

August 24, 2010

'10 AUG 30 P1 :19

Roger C. Bruce
7875 Geyser Hill Lane
Las Vegas, NV 89147

U.S. B...
MARY ... ERK

Mary Schott, Clerk
US Bankruptcy Court, District of Nevada
300 Las Vegas Blvd. South
Fourth Floor
Las Vegas, NV 89101

```
                891 NFE 1 CO9I 00 07/16/10
NOTIFY SENDER OF NEW ADDRESS
BRUCE ROG...
     ...YS...L LN
LAS ...AS NV 89147-5640
BC: 89147564075    *0194-00097-16-43
```

Re case # 06-10725-lbr    Incorrect mailing address

Ms. Schott -
This is the third time I've written advising of this problem.

My correct mailing address should read: **7875** Geyser Hill Lane, LV, NV 89147, not 7825.

Your immediate attention to this matter is appreciated.

Roger Bruce