RECEIVED & FILED

8/31/10

'10  SEP -7  A11 :55

U.S. BANKRUPTCY COURT
MARY A. SCHOTT CLERK

Clerk of Bankruptcy Court:

Re: Case # 06-10725-lbr
        USA Capital

    Please change my previous address of
5316 Byron Nelson Ln, Las Vegas Nv 89149
to my current address of 23773 E. Kettle Pl,
Aurora, Co 80016.
    My husband, Douglas passed away 11/23/09.
Any correspondence should be addressed to:
Nancy O'Herron Revocable Trust.
    If you have any questions regarding
this change, I may be reached at: 720-532-4232.

    Thank you,

    Nancy O'Herron