**CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
www.ctlegalsolutions.com

RECEIVED & FILED

'10 SEP -7 A11 :43

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

September 02, 2010

Lenard E. Schwartzer
2850 S. Jones Boulevard, Suite 1,
Las Vegas, NV 89146

Re: USA Commercial Mortgage Company, etc. // To: Unknown Entity

Case No. 06-10725-lbr

Dear Sir/Madam:

The Corporation Trust Company received the enclosed Notice(s) Letter.

Neither the document(s) nor the envelope indicates the name of the entity for which the document(s) is intended. Our company is agent for thousands of companies and cannot determine the party to which the document(s) is to be forwarded unless the document(s) is directed to a particular entity.

Accordingly, we are returning the document for further disposition.

Very truly yours,

Chris Moseder
Process Specialist

Log# 517171476

FedEx Tracking# 791275265592

cc: United States Bankruptcy Court
    300 Las Vegas Boulevard South,
    Las Vegas, NV 89101