THE GARDENS, LLC $2,425,000 LOAN

EXHIBIT A
First Omnibus Objection
Single Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In The Gardens, LLC $2,425,000 Loan |
|---|---|---|---|---|
| 10725-02524 | Robert E. Burnett, Jr. | PSC 2 Box 6533<br>APO AE  09012 | $50,000.00 | $50,000.00 |
| 10725-00485 | Boren Living Trust Dtd 6/21/04 | Richard D. and Connie L. Boren Ttees<br>5333 SW 95th St., Apt. E-34<br>Gainesville, FL  32608-7449 | $50,000.00 | $50,000.00 |
| 10725-02213 | Lynda L. Pinnell IRA | 9915 Saddleback Dr.<br>Lakeside, CA  92040 | $128,729.46 | $64,364.73 |
| 10725-01895 | Dennis Raggi | P.O. Box 10475<br>Zephyr Cove, NV  89448-2475 | $10,309.28 | $10,309.28 |
| 10725-02427 | Nancy C. Serino IRA | 177 Rainbow Dr.  #7730<br>Livingston, TX  77399-0001 | $1,699.89 | $1,699.89 |