# THE GARDENS, LLC $2,425,000 LOAN

## EXHIBIT A
### Second Omnibus Objection
### Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In The Gardens, LLC $2,425,000 Loan |
|---|---|---|---|---|
| 10725-02059 | Jack R. Clark and Linda C. Reid Jt Ten | 9900 Wilbur May Pkwy #4701<br>Reno, NV 89521-3089 | $1,782,032.06 | $100,000.00 |
| 10725-02382 | Essaff Family Trust DTD 6/18/02 | Robert and Cindy H. Essaff Ttees<br>2860 Heybourne Rd.<br>Minden, NV 89423 | $3,198,368.02 | $100,000.00 |
| 10725-01964 | Gold Plated LLC | c/o Dwight W. Harouff, Mgr<br>5680 Ruffian St.<br>Las Vegas, NV 89149-1261 | $1,505,718.54 | $240,000.00 |
| 10725-01997 | KM Trust | c/o Aimee E Kearns Trustee<br>5886 N. Bonita Vista St.<br>Las Vegas, NV 89149-3911 | $1,535,080.92 | $100,000.00 |
| 10725-02256 | James H. Lidster Family Trust Dtd 1/20/92 | James H. and Phyllus M. Lidster Ttees<br>2958 San Mateo Drive<br>Minden, NV 89423-7815 | $1,204,192.58 | Unknown |
| 10725-01898 | Morris Massry | c/o Segel Goldman Mazzotta & Siegel PC<br>9 Washigton Sq<br>Albany, NY 12205 | $1,802,040.00 | $202,933.33 |
| 10725-02037 | Miller Trust Dated 8/13/87 | Gary I. and Barbara Miller Ttees<br>2832 Tilden Ave.<br>Los Angeles, CA 90064 | $1,111,366.00 | $50,000.00 |
| 10725-01878 | Dennis Raggi | P.O. Box 10475<br>Zephyr Cove, NV 89448 | $10,451.54 | Unknown |
| 10725-02226 | Dennis Raggi | P.O. Box 10475<br>Zephyr Cove, NV 89448 | $4,884,068.70 | $50,000.00 |

272523.1