THE GARDENS, LLC $2,425,000 LOAN

EXHIBIT A
Third Omnibus Objection
Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In The Gardens, LLC $2,425,000 Loan |
|---|---|---|---|---|
| 10725-02191 | TDS Revocable Family Trust Dtd 9/29/98 | T. Dwight and Bonnie J. Sper Ttees 1005 Cypress Ridge Lane Las Vegas, NV 89144-1425 | $1,778,674.00 | $100,000.00 |
| 10725-01169 | Donald S. Tomlin | Donald S. and Dorothy R. Tomlin Ttee 7145 Beverly Glen Ave Las Vegas, NV 89110-4228 | $2,779,806.00 | $103,592.00 |
| 10725-02090 | Robert William Ulm IRA | Pensco Trust Company Custodian 414 Morning Glory Rd. St. Marys, GA 31558 | $1,415,506.00 | $55,000.00 |
| 10725-01043 | Robert W. Ulm IRA | Pensco Trust Co. Inc. Fbo 414 Morning Glory Rd St. Marys, GA 31558 | Unknown | $55,000.00 |
| 10725-02309 | World Links Group LLC | c/o Leo G. Mantas 7440 S. Blackhawk St. #12208 Englewood, CO 80112 | $396,000.00 | $50,000.00 |

272589.1