LEWIS
AND
ROCA
——LLP——
L A W Y E R S

1    3993 Howard Hughes Parkway, Suite 600
     Las Vegas, NV 89169-5996
     Facsimile (702) 949-8321
2    Telephone (702) 949-8320

3    Robert M. Charles, Jr. NV State Bar No. 006593
     Email: rcharles@lrlaw.com
     John Hinderaker AZ State Bar No. 018024
     Email: jhinderaker@lrlaw.com
4    Marvin Ruth NV State Bar No. 10979
     Email: mruth@lrlaw.com

5    Attorneys for USACM Liquidating Trust

6

7                    **UNITED STATES BANKRUPTCY COURT**

8                          **DISTRICT OF NEVADA**

9    In re:                              Case No. BK-S-06-10725-LBR
                                         Case No. BK-S-06-10726-LBR[1]
10   USA COMMERCIAL MORTGAGE             Case No. BK-S-06-10727-LBR[2]
     COMPANY,                            Case No. BK-S-06-10728-LBR[2]
11                                       Case No. BK-S-06-10729-LBR[3]
     USA CAPITAL REALTY ADVISORS,
12   LLC,[1]                            CHAPTER 11

13   USA CAPITAL DIVERSIFIED TRUST       Jointly Administered Under Case No.
     DEED FUND, LLC,                     BK-S-06-10725 LBR
14
     USA CAPITAL FIRST TRUST DEED        **DECLARATION OF GEOFFREY L.**
15   FUND, LLC,[2]                       **BERMAN IN SUPPORT OF**
                                         **OMNIBUS OBJECTIONS OF**
16   USA SECURITIES, LLC,[3]             **USACM TRUST TO PROOFS OF**
                              Debtors.   **CLAIM BASED UPON**
17                                       **INVESTMENT IN THE GARDENS**
        **Affects:**                     **$2.425 LOAN**
18      ☐ All Debtors
        ☒ USA Commercial Mortgage Company   Date of Hearing:  October 21, 2010
19      ☐ USA Capital Realty Advisors, LLC    Time of Hearing:  9:30 a.m.
        ☐ USA Capital Diversified Trust Deed Fund, LLC   Estimated Time for Hearing:  10 minutes
20      ☐ USA Capital First Trust Deed Fund, LLC
        ☐ USA Securities, LLC

21
22           Geoffrey L. Berman declares under penalty of perjury:

23           1.      I am an adult person competent to testify in court.

24           2.      I make this declaration based upon my personal knowledge, and upon the

     records USA Commercial Mortgage Company.
25   _____

26   [1] This bankruptcy case was closed on September 23, 2008.
     [2] This bankruptcy case was closed on October 12, 2007.
     [3] This bankruptcy case was closed on December 21, 2007.

2230650.1

3.      I am the Trustee of the USACM Liquidating Trust ("USACM Trust"), which is an entity created by the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization ("Plan"), in the jointly-administered bankruptcy cases, In re USA Commercial Mortgage Company, BK-S-06-10725-LBR, pending in the United States Bankruptcy Court for the District of Nevada.

4.      Around July 2005, USACM circulated an Offer Sheet to prospective Direct Lenders soliciting funding for an acquisition and development loan to a borrower identified as "The Gardens, LLC."  A copy of the Offer Sheet is attached hereto as **Exhibit B** and incorporated by this reference.  The total loan amount proposed was $2,425,000. The loan proceeds were to be used by Borrower to refinance and complete construction of a 164 unit time share development located on 7.5 acres in Orlando, Florida.  The Offer Sheet described the investment as a "First Trust Deed Investment" and noted that the investment would be secured by a first deed of trust on approximately 7.5 acres of land and a subordinated deed of trust on an adjacent property called the Parliament House and 18 other time share units being developed by Parliament Partners.

5.      The Offer Sheet indicated that the loan would be repaid through the sale of time share units and indicated that the loan to value ratio would be approximately 66% including the value of additional collateral.  This loan to value ratio is supported by an appraisal prepared by Integra Realty Resources, Orlando dated August 22, 2005.

6.      On August 15, 2005, Borrower made and delivered to various lenders, including the Direct Lenders identified in **Exhibit A**, a "Promissory Note Secured by Mortgage" (the "Note") and a Loan Agreement. The Note and Loan Agreement provided for a loan in the initial principal amount of $2,425,000.  The loan was intended to refinance, and provide funds to complete, the development of time share condominiums. The Note was secured by two documents entitled "Mortgage, Security Agreement and Assignment of Rents" ("Mortgages") that were recorded in the official records of Orange

2230650.1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

County, Florida on August 24, 2005.  The USACM Trust is aware of no evidence that USACM offered to or did execute any guaranty of the Direct Lenders' Investment in this loan.

7.    Pursuant to its terms, the note was scheduled to mature on August 28, 2006. According to the USACM "Loan Summary" filed in this case, Borrower was performing on the Note as of July 31, 2006.  The USACM "Loan Summary" dated February 28, 2007 filed in this case indicated that the Borrower was in default by that date.  At that time, USACM's records indicated that the unpaid principal balance was $1,925,000.

8.    Based upon a search of the Orange County, Florida public records it appears that the rights of the mortgagees for both Mortgages were assigned to Asset Resolution, LLC on November 24, 2008.  It appears that the original mortgagors still hold title to the two properties securing the Loan, but that tax liens may have been recorded.

9.    During this bankruptcy case through the transfer of servicing to Compass, USACM treated the Direct Lenders with respect to any interim payments by the borrower in accordance with this Court's orders and the confirmed Plan.  The USACM Trust has not been able to determine the ultimate disposition of The Gardens $2.425 Loan, the collateral securing that loan or whether the Direct Lenders were, or may eventually be, repaid in whole or in part.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 9, 2010

/s/Geoffrey L. Berman
Geoffrey L. Berman

Copy of the foregoing (without exhibits)
mailed by first class postage prepaid
U.S. Mail on September 9, 2010 to the
investors in the Gardens $2.425 loan listed
on Exhibit A.

s/ Leilani Ebanks
Leilani Ebanks

2230650.1