# THE GARDENS, LLC $2,425,000 LOAN

## EXHIBIT A

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In The Gardens, LLC $2,425,000 Loan |
|---|---|---|---|---|
| 10725-00485 | Boren Living Trust Dtd 6/21/04 | Richard D. and Connie L. Boren Ttees<br>5333 SW 95th St., Apt. E-34<br>Gainesville, FL  32608-7449 | $50,000.00 | $50,000.00 |
| 10725-02524 | Robert E. Burnett, Jr. | PSC 2 Box 6533<br>APO AE  09012 | $50,000.00 | $50,000.00 |
| 10725-02059 | Jack R. Clark and Linda C. Reid Jt Ten | 9900 Wilbur May Pkwy #4701<br>Reno, NV  89521-3089 | $1,782,032.06 | $100,000.00 |
| 10725-02382 | Essaff Family Trust DTD 6/18/02 | Robert and Cindy H. Essaff Ttees<br>2860 Heybourne Rd.<br>Minden, NV  89423 | $3,198,368.02 | $100,000.00 |
| 10725-01964 | Gold Plated LLC | c/o Dwight W. Harouff Manager<br>5680 Ruffian St.<br>Las Vegas, NV  89149-1261 | $1,505,718.54 | $240,000.00 |
| 10725-01997 | KM Trust | c/o Aimee E Kearns Trustee<br>5886 N. Bonita Vista St.<br>Las Vegas, NV  89149-3911 | $1,535,080.92 | $100,000.00 |
| 10725-02256 | James H. Lidster Family Trust Dtd 1/20/92 | James H. and Phyllus M. Lidster Ttees<br>2958 San Mateo Drive<br>Minden, NV  89423-7812 | $1,204,192.58 | Unknown |
| 10725-01898 | Morris Massry | c/o Segel Goldman Mazzotta & Siegel PC<br>9 Washington Sq<br>Albany, NY  12205 | $1,802,040.00 | $202,933.33 |
| 10725-02037 | Miller Trust Dated 8/13/87 | Gary I. and Barbara Miller Ttees<br>2832 Tilden Ave.<br>Los Angeles, CA  90064 | $1,111,366.00 | $50,000.00 |
| 10725-02213 | Lynda L. Pinnell IRA | 9915 Saddleback Dr.<br>Lakeside, CA  92040 | $128,729.46 | $64,364.73 |

2232595.1

THE GARDENS, LLC $2,425,000 LOAN

EXHIBIT A

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In The Gardens, LLC $2,425,000 Loan |
|---|---|---|---|---|
| 10725-01878 | Dennis Raggi | P.O. Box 10475 Zephyr Cove, NV  89448 | $10,451.54 | Unknown |
| 10725-02226 | Dennis Raggi | P.O. Box 10475 Zephyr Cove, NV  89448 | $4,884,068.70 | $50,000.00 |
| 10725-01895 | Dennis Raggi | P.O. Box 10475 Zephyr Cove, NV  89448-2475 | $10,309.28 | $10,309.28 |
| 10725-02427 | Nancy C. Serino IRA | 177 Rainbow Dr.  #7730 Livingston, TX  77399-0001 | $1,699.89 | $1,699.89 |
| 10725-02191 | TDS Revocable Family Trust Dtd 9/29/98 | T. Dwight and Bonnie J. Sper Ttees 1005 Cypress Ridge Lane Las Vegas, NV  89144-1425 | $1,778,674.00 | $100,000.00 |
| 10725-01169 | Donald S. Tomlin | Donald S. and Dorothy R. Tomlin Ttee 7145 Beverly Glen Ave Las Vegas, NV  89110-4228 | $2,779,806.00 | $103,592.00 |
| 10725-02090 | Robert William Ulm IRA | Pensco Trust Company Custodian 414 Morning Glory Rd. St. Marys, GA  31558 | $1,415,506.00 | $55,000.00 |
| 10725-01043 | Robert W. Ulm IRA | Pensco Trust Co. Inc. Fbo 414 Morning Glory Rd St. Marys, GA  31558 | Unknown | $55,000.00 |
| 10725-02309 | World Links Group LLC | c/o Leo G. Mantas 7440 S. Blackhawk St. #12208 Englewood, CO  80112 | $396,000.00 | $50,000.00 |

2232595.1