Case 06-10725-gwz    Doc 8171    Entered 09/14/10 13:30:26    Page 1 of 1

 **CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
www.ctlegalsolutions.com

RECEIVED & FILED

'10 SEP 13 P2 22

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

September 09, 2010

Dean T. Kirby, Jr.
Kirby & McGuinn, A P.C.
707 Broadway, Suite 1750,
San Diego, CA  92101

Re: USA Commerical Mortgage Company, et al., Debtors, USACM liquidating Trust, Pltf. vs.
Compass USA SPE, LLC, et al. including Compass Partners LLC, Dfts.

Case No.  BK-S-06-10725 LBR

Dear Sir/Madam:

Process in the above referenced case was attempted upon The Corporation Trust Company as the
purported agent for service of process for Compass Partners, L.L.C.

Compass Partners, L.L.C. is inactive on the records of the State DE. Our services for this entity have
also been discontinued for more than five (5) years and, as such, we no longer maintain an active
record of this entity. Since we have no address to which to forward this process, we are returning it
to you for further disposition.

Very truly yours,

Scott LaScala
Section Head Process

Log# 517244295

FedEx Tracking# 790724961033

cc: Nevada District US Bankruptcy Court
    The Foley Federal Bldg.,
    300 Las Vegas Blvd. South,
    Las Vegas, NV  89101