**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 18024
Email:jhinderaker@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,[1]<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[2]<br><br>USA Securities, LLC,[3]<br>                                        Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**STATUS AND AGENDA FOR SEPTEMBER 23, 2010 HEARING FILED BY USACM LIQUIDATING TRUST**<br><br>Hearing Date:   Sept. 23, 2010<br>Hearing Time:   9:30 a.m.<br>Estimated Time of Hearing: 2 hours |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2235485.1

**1.    Omnibus Objection to Claim of in the amount of First Omnibus Objection to Proofs of Claim Based Entirely Upon Investment in the Charlevoix Homes Loan**  06-10726 lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 08/04/2010 | First Omnibus Objection to Proofs of Claim Based Entirely Upon Investment in the Charlevoix Homes Loan  [8131] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**2.    Second Omnibus Objection to Proofs of Claim Based in Part Upon Investment in the Charlevoix Homes Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 08/04/2010 | Second Omnibus Objection to Proofs of Claim Based In Part Upon Investment in the Charlevoix Homes Loan  [8132] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**3.    First Omnibus Objection of USACM Trust to Proofs of Claim Based Entirely Upon Investment in the Huntsville Loan AKA The West Hills Park Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 08/17/2010 | First Omnibus Objection to Proofs of Claim Based Entirely Upon Investment in the Huntsville Homes Loan [8140] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**4.    Second Omnibus Objection of USACM Trust to Proofs of Claim Based Entirely Upon Investment in the Huntsville Loan aka The West Hills Park Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 08/17/2010 | Second Omnibus Objection of USACM Trust to Proofs of Claim Based Entirely Upon Investment in the Huntsville Loan aka The West Hills Park Loan  [8141] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

2235485.1

**5.    Third Omnibus Objection of USACM Trust to Proofs of Claim Based In Part Upon Investment in the Huntsville Loan aka The West Hills Park Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 08/17/2010 | Third Omnibus Objection of USACM Trust to Proofs of Claim Based In PartUpon Investment in the Huntsville Loan aka The West Hills Park Loan [8142] |
| **Response** | An Answer was filed by Edward M. Homfeld. Managing Member of Homfeld II, LLC [ 8172] |
| **Status** | Counsel for the Trustee has conferred with Mr. Homfeld.  No others responses were received.  Counsel will ask that the objection be sustained except as to Homfeld II, LLC and that the claim for Homfeld II go through the required ADR process before the Court sets a hearing date. |

**6.    Fourth Omnibus Objection of USACM Trust to Proofs of Claim Based In Part Upon Investment in the Huntsville Loan aka The West Hills Park Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 08/17/2010 | Fourth Omnibus Objection of USACM Trust to Proofs of Claim Based In Part Upon Investment in the Huntsville Loan aka The West Hills Park Loan  [8143] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**7.    Motion to Extend Time Further Extend Deadline to File Objection to Allowance of Claims**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 08/24/2010 | Motion to Extend Time Further Extend Deadline to File Objection to Allowance of Claims [8154] |
| **Status** | No response filed.  The USACM Trust will ask the Court to grant the Motion. |

2235485.1

8. **Motion to Approve Settlement Agreement Between the USACM Trust, Los Valles Land & Golf, LLC, and Dan S. Palmer, Jr.:** Adv: 08-01058-lbr USACM Liquidating Trust v. Los Valles Land & Golf, LLC et al   (ap) Lead case: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 01/13/2010 | Motion to Approve Settlement Agreement Between the USACM Trust, Los Valles Land & Golf, LLC, and Dan S. Palmer, Jr. Filed by John Hinderaker on behalf of USACM Liquidating Trust [136] |
| **Filed:** 01/13/2010 | Declaration Of: Geoffrey L. Berman [137] |
| **Filed:** 01/13/2010 | Joint Motion to Seal *Declaration of Dan S. Palmer, Jr.* [138] |
| **Filed:** 02/02/2010 | Order Granting Joint Motion To File Declaration Of DAN S. PALMER, JR. Under Seal [142] |
| **Filed:** 02/17/2010 | Order Granting Approval Of Settlement Agreement Between USACM TRUST, LOS VALLES LAND & GOLF, LLC, And DAN S. PALMER, JR. [144] |
| **Filed:** 08/03/2010 | Order Setting Status Hearing. Status hearing to be held on 9/23/2010 at 10:30 AM at LBR-Courtroom 1, Foley Federal Bldg. [146] |
| **Filed** 9/17/10 | Stipulation to Dismiss with Prejudice and Vacate Hearing [148] |
| **Status** | The parties have filed a stipulation and order to dismiss this case with prejudice, although the order has not been entered. |

9. **Status Hearing: USACM Liquidating Trust v. Fertitta Enterprises, Inc., Adv. 2:08-01121**

| | |
|---|---|
| **Complaint filed** 04/11/08 | Complaint filed by USACM Liquidating Trust [1] |
| **Order** 9/15/10 | Order Setting Status Hearing [98] |
| **Stipulation** 9/20/10 | Stipulation to Continue |
| **Status** | Parties have reached a settlement in principal and have filed a Stipulation to Continue Status Hearing [100] for thirty days to give the parties time to finalize the terms of the settlement, |

Dated September 21, 2010.

**LEWIS AND ROCA LLP**

By: /s/ John Hinderaker, AZ 18024
    Rob Charles, NV 6593
    John Hinderaker, AZ 18024 (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

**PROOF OF SERVICE**

COPY of the aforementioned sent via e-mail or U.S. First Class Mail postage prepaid on September 21, 2010 to the parties listed on Post-Effective Official Service List for Limited Notice No. 5 Dated March 31, 2009.

/s/ Leilani Ebanks
Leilani Ebanks

2235485.1