**Entered on Docket**
**September 30, 2010**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * * *

| | |
|---|---|
| In re: USA COMMERCIAL MORTGAGE ) <br> ) <br> ) <br> Debtor(s).  ) <br> USACM LIQUIDATING TRUST ) <br> ) <br> ) <br> Plaintiff(s), ) <br> vs. ) <br> FERTITTA ENTERPRISES, INC. ) <br> ) <br> Defendant(s). ) | Case No. BK-S-06-10725-LBR <br> CHAPTER 11 <br><br> ADV. NO.:  08-1121-LBR <br><br> Status Hearing <br><br> Date:  December 16, 2010 <br> Time:  9:30 a.m. |

**ORDER VACATING PRE-TRIAL AND TRIAL AND SETTING STATUS HEARING**

An order was entered in this adversary on July 1, 2010, setting a pre-trial hearing for November 3, 2010 at 1:30 p.m. and a trial for November 19, 22 and 23, 2010 at 9:30 a.m. Subsequently, the parties have settled.

Therefore, for good cause appearing;

IT IS HEREBY ORDERED that the pre-trial set for November 3, 2010 at 1:30 p.m. and the trial set for November 19, 22 and 23, 2010 are hereby VACATED. A status conference will be heard by the Honorable Linda B. Riegle on December 16, 2010 at 9:30 a.m. at 300 Las Vegas Blvd. South, Courtroom #1, Las Vegas, Nevada.

**IT IS SO ORDERED**.

1

Copies noticed through ECF to:
Michael Yoder
Gregory M. Salvato
Rob Charles
Matthew C. Zirzow
Ambrish S. Sidhu

Copies noticed through mail to:
Fertitta Enterprises, Inc.
2960 W. Sahara, Ste 200
Las Vegas, NV 89102