**Entered on Docket
September 30, 2010**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * * *

| | |
|---|---|
| In re: USA COMMERCIAL MORTGAGE ) | Case No. BK-S-06-10725-LBR |
| ) | CHAPTER 11 |
| ) | |
| ) | ADV. NO.: 08-1121-LBR |
| Debtor(s).  ) | |
| USACM LIQUIDATING TRUST ) | Status Hearing |
| ) | |
| ) | Date: December 16, 2010 |
| Plaintiff(s), ) | Time: 9:30 a.m. |
| vs. ) | |
| FERTITTA ENTERPRISES, INC. ) | |
| ) | |
| Defendant(s). ) | |

**ORDER VACATING PRE-TRIAL AND TRIAL AND SETTING
STATUS HEARING**

An order was entered in this adversary on July 1, 2010, setting a pre-trial hearing for November 3, 2010 at 1:30 p.m. and a trial for November 19, 22 and 23, 2010 at 9:30 a.m. Subsequently, the parties have settled.

Therefore, for good cause appearing;

IT IS HEREBY ORDERED that the pre-trial set for November 3, 2010 at 1:30 p.m. and the trial set for November 19, 22 and 23, 2010 are hereby VACATED. A status conference will be heard by the Honorable Linda B. Riegle on December 16, 2010 at 9:30 a.m. at 300 Las Vegas Blvd. South, Courtroom #1, Las Vegas, Nevada.

**IT IS SO ORDERED**.

1

1 | Copies noticed through ECF to:
  | Michael Yoder
2 | Gregory M. Salvato
  | Rob Charles
3 | Matthew C. Zirzow
  | Ambrish S. Sidhu
4 |
  | Copies noticed through mail to:
5 | Fertitta Enterprises, Inc.
  | 2960 W. Sahara, Ste 200
6 | Las Vegas, NV 89102

# CERTIFICATE OF NOTICE

```
District/off: 0978-2            User: castellan             Page 1 of 1              Date Rcvd: Sep 30, 2010
Case: 06-10725                  Form ID: pdf805             Total Noticed: 0

The following entities were noticed by first class mail on Oct 02, 2010.
  NO NOTICES MAILED.

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 2683530    ##+Fertitta Enterprises, Inc.,   2960 W Sahara Ave Suite 200,   Las Vegas, NV 89102-1709
                                                                                         TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 02, 2010**                    **Signature:**     _Joseph Speetjens_