

**Entered on Docket**
**October 04, 2010**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>                                    Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Order Sustaining Third Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In The Huntsville Loan aka the West Hills Park Loan Loan Except As To Claim 01687 Filed By Edward H. Homfeld, Managing Member of Homfeld II, LLC**<br><br>Date of Hearing:  September 23, 2010<br>Time of Hearing:  10:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

The Court having considered the "Third Omnibus Objection of USACM Trust to Proofs of Claim Based In Whole Or In Part Upon Investment In the Huntsville Loan aka the West Hills Park Loan Loan" [DE 8142] (the "Objection"); the Court having heard the Objection on September 23, 2010; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8142] is sustained except as to claim 01687 filed by Edward M. Homfeld, Managing Member of Homfeld II, LLC ;

2. The claims listed on **Exhibit** A attached are disallowed to the extent those claims are based upon an investment in the Huntsville Loan aka the West Hills Park Loan Loan for the reasons set forth in the objection.

3. The claims listed on **Exhibit A** are not affected by this order to the extent they are based upon an investment in another loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By /s/ John Hinderaker (AZ 18024)
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321

*Attorneys for USACM Liquidating Trust*

273714.1

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of approval under LR 9021.

☐ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document.]

☒ This is a chapter 11 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

☐ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

| U.S. Trustee: | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ John Hinderaker
Attorneys for USACM Liquidating Trust

# # #

3

273714.1

# EXHIBIT A

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Huntsville Loan |
|---|---|---|---|---|
| 10725-01274 | Herman and Brian M. and Anthony G. Adams | 1341 Cashman Drive Las Vegas, NV 89102 | $2,088,250.00 | $243,250.00 |
| 10725-01619 | Kenneth Addes | 100 West Broadway, Apt 7V Long Beach, NY 11561 | $394,523.01 | $100,000.00 |
| 10725-00594 | Amberway Equities LLC | 14400 Morning Mountain Way Alpharetta, GA 30004-4521 | $100,000.00 | $50,000.00 |
| 10725-02063 | James D. and Ann R. Dery | Husband & Wife 10 Longmeadow Lane Beachwood, OH 44122 | $2,793,347.72 | $50,000.00 |
| 10725-02364 | Eric C. Disbrow MD Inc. Profit Sharing Plan | Eric C. Disbrow Ttee 3640 Fairway Drive Cameron Park, CA 95682 | $895,134.00 | $50,000.00 |
| 10725-02382 | Essaff Family Trust Dtd 6/18/02 | Robert and Cindy H. Essaff Ttees 2860 Heybourne Road Minden, NV 89423 | $3,198,368.02 | $100,000.00 |
| 10725-00578 | M. Evelyn Fisher Revocable Trust Dtd 11/7/05 | c/o M. Evelyn Fisher and/or Successor(s) In Trust 208 Avenida Ostion Rio Rico, AZ 85648 | $206,132.75 | $54,310.67 |
| 10725-02286 | John A. M. Handal | 3575 Siskiyou Court Hayward, CA 94542 | $1,422,945.46 | $50,000.00 |
| ~~10725-01687~~ | ~~Homfeld II LLC~~ | ~~2515 North Atlantic Boulevard Fort Lauderdale, FL 33305-1911~~ | ~~$2,861,221.63~~ | ~~$108,550.31~~ |
| 10725-02125 | Marilyn Johnson Living Trust Dtd 10/5/99 | Marilyn Johnson Trustee 1010 Larue Avenue Reno, NV 89509 | $202,800.00 | $50,000.00 |

273714.1