

1

2

**Entered on Docket**
**October 04, 2010**

3

Hon. Linda B. Riegle
**United States Bankruptcy Judge**

4

5

6
**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)

7
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600

8
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320

9
Facsimile (702) 949-8321
Email: rcharles@lrlaw.com

10
        jhinderaker@lrlaw.com
        mruth@lrlaw.com

11

*Attorneys for USACM Liquidating Trust*

12
### UNITED STATES BANKRUPTCY COURT

13
### DISTRICT OF NEVADA

14
In re:

USA COMMERCIAL MORTGAGE
COMPANY,

USA CAPITAL REALTY ADVISORS,
LLC,[1]

USA CAPITAL DIVERSIFIED TRUST
DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED
FUND, LLC,[2]

USA SECURITIES, LLC,[3]
                              Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

15
Case No. BK-S-06-10725-LBR[1]
Case No. BK-S-06-10726-LBR[1]
Case No. BK-S-06-10727-LBR[1]
Case No. BK-S-06-10728-LBR[2]
Case No. BK-S-06-10729-LBR[3]

16
17
CHAPTER 11

18
Jointly Administered Under Case No.
BK-S-06-10725 LBR

19
20
**Order Sustaining First Omnibus Objection**
**Of USACM Trust To Proofs Of Claim**
**Based In Whole Or In Part Upon**
**Investment In The Charlevoix Homes Loan**

21
22
Date of Hearing:  September 23, 2010
Time of Hearing:  10:30 a.m.

23
24
25
26

Exhibit A

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

273708.1

The Court having considered the "First Omnibus Objection of USACM Trust to Proofs of Claim Based In Whole Or In Part Upon Investment In the Charlevoix Homes Loan" [DE 8131] (the "Objection"); the Court having heard the Objection on September 23, 2010; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS ORDERED** that:

1.      The Objection [DE 8131] is sustained;

2.      The claims listed on **Exhibit** A attached are disallowed to the extent those claims are based upon an investment in the Charlevoix Homes Loan for the reasons set forth in the objection.

3.      The claims listed on **Exhibit A** are not affected by this order to the extent they are based upon an investment in another loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**


By /s/ John Hinderaker (AZ 18024)
        Robert M. Charles, Jr.
        John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321

*Attorneys for USACM Liquidating Trust*

273708.1

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐     The Court waived the requirements of approval under LR 9021.

☐     This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document.]

☒     This is a chapter 11 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

☐     I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

| U.S. Trustee: | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ John Hinderaker
Attorneys for USACM Liquidating Trust

# # #

273708.1

# EXHIBIT A

| Claim | Name | Address | Total Claim Amount | Approx. Amt. Subject to Objection Because it Relates to an Investment In the Charlevoix Homes, LLC Loan |
|---|---|---|---|---|
| 10725-00158 | Chiappetta Trust Dated 4/1/03 | c/o Pat And Joann Chiappetta Trustees 118 Bee Creek Court Georgetown, TX 78633 | $40,000.00 | $40,000.00 |
| 10725-02091 | Christina L. and Donald L. Hess JT Ten. | 1818 Madero Drive The Villages, FL 32159 *And copy to:* 1800 Jefferson Park Ave., #86 Charlottesville, VA 22903 | $50,197.26 | $25,098.63 |
| 10725-02041 | Elizabeth R. Murphy | Payable on Death to Melissa B. Murphy 320 Hidden Trails Road Escondido, CA 92027 | $50,197.26 | $25,098.63 |
| 10725-01756 | Rocklin/Redding LLC | Stephen R. Harris, Esq. Belding Harris & Petroni Ltd. 417 W. Plumb Lane Reno, NV 89509 | $350,000.00 | $350,000.00 |

273708.1