**LEWIS AND ROCA LLP — LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com

John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
Marvin Ruth NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10726-LBR [1] |
|  | Case No. BK-S-06-10727-LBR |
| USA CAPITAL REALTY ADVISORS, LLC,[1] | Case No. BK-S-06-10728-LBR [2] |
|  | Case No. BK-S-06-10729-LBR [3] |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | CHAPTER 11 |
| USA CAPITAL FIRST TRUST DEED FUND, LLC,[2] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA SECURITIES, LLC,[3]  Debtors. | **NOTICE OF ENTRY OF AMENDED ORDER SUSTAINING FOURTH OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED IN PART UPON INVESTMENT IN THE HUNTSVILLE LOAN AKA THE WEST HILLS PARK LOAN** |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2271435.1

**PLEASE TAKE NOTICE** that an Amended Order Sustaining Fourth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Part Upon Investment In The Huntsville Loan aka the West Hills Park Loan [DE 8196] was entered on the 8th day of October, 2010, a true and correct copy of which is attached hereto as Exhibit A.

RESPECTFULLY SUBMITTED October 13, 2010.

**LEWIS AND ROCA LLP**

By   /s/ John Hinderaker (018024)
Robert M. Charles, Jr.
John Hinderaker (*pro hac vice*)
Marvin Ruth
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321

*Attorneys for USACM Liquidating Trust*

**CERTIFICATE OF SERVICE**

Copy of the foregoing and pertinent portion of Exhibit A to the Order mailed by first class postage prepaid U.S. Mail on October 13, 2010 to all the parties listed on Exhibit A to the Order attached.

/s/ Leilani Ebanks
Leilani Ebanks
Lewis and Roca LLP

2271435.1