**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 18024
Email:jhinderaker@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR[1] |
| USA Commercial Mortgage Company, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[2] |
| USA Capital Realty Advisors, LLC,[1] | Case No. BK-S-06-10729-LBR[3] |
| USA Capital Diversified Trust Deed Fund, LLC, | CHAPTER 11 |
| USA Capital First Trust Deed Fund, LLC,[2] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA Securities, LLC,[3] | **STATUS AND AGENDA FOR OCTOBER 21, 2010 HEARING FILED BY USACM LIQUIDATING TRUST** |
| Debtors. | |
| **Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Hearing Date:    October 21, 2010<br>Hearing Time:    9:30 a.m.<br>Estimated Time of Hearing: 1.5 hours |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2272282.1

**1.     First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Gardens $2.425 Loan:** 06-10726 lbr USA Commercial Mortgage Company

**Filed:** 09/09/2010     First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Gardens $2.425 Loan [8164]

**Status**     No response filed.  The USACM Trust will ask the Court to sustain the objection.

**2.     Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Gardens $2.425 Loan** : 06-10725-lbr USA Commercial Mortgage Company

**Filed:** 09/09/2010     Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Gardens $2.425 Loan [8165]

**Status**     No response filed.  The USACM Trust will ask the Court to sustain the objection.

**3.     Third Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Part Upon Investment In The Gardens $2.425 Loan**: 06-10725-lbr USA Commercial Mortgage Company

**Filed:** 09/09/2010     Third Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Part Upon Investment In The Gardens $2.425 Loan [8166]

**Status**     No response filed.  The USACM Trust will ask the Court to sustain the objection.

2272282.1

LEWIS AND ROCA LLP LAWYERS

4. **Motion for Sanctions Pursuant to Bankruptcy Rule 9011**: Adv.09-1284 Silar Advisors, LP et al v. USA Commercial Mortgage Company et al

| | |
|---|---|
| **Filed:** 08/03/2010 | Motion for Sanctions Pursuant to Bankruptcy Rule 9011 [63] |
| **Filed:** 08/03/2010 | Declaration Of: Geoffrey L. Berman, Trustee Filed by ROBERT M. CHARLES JR. on behalf of USACM LIQUIDATING TRUST [64] |
| **Filed:** 08/03/2010 | Declaration Of: Robert M. Charles, Jr. in Support of Motion for Sanctions Pursuant to Bankruptcy Rule 9011 Filed by ROBERT M. CHARLES JR. on behalf of USACM LIQUIDATING TRUST [65] |
| **Filed:** 09/09/2010 | Stipulation By GEOFFREY L. BERMAN and Between Randolph L. Howard, Kolesar & Leatham, CHTD. to Reschedule Hearing on USACM Liquidating Trust's Motion for Sanctions Pursuant to Filed by ROBERT M. CHARLES JR. on behalf of GEOFFREY L. BERMAN [68] |
| **Filed:** 09/13/2010 | Order Approving Stipulation to Reschedule Hearing on USACM Liquidating Trust's Motion for Sanctions Pursuant to Bankruptcy Rule 9011 and Notice of Rescheduled Hearing [69] |
| **Filed:** 09/17/2010 | Notice of Entry of Order Approving Stipulation to Reschedule Hearing on USACM Liquidating Trusts Motion for Sanctions Pursuant to Bankruptcy Rule 9011 and Notice of Rescheduled Hearing with Certificate of Service Filed by ROBERT M. CHARLES JR. on behalf of USACM LIQUIDATING TRUST [71] |
| **Filed**: 10/07/2010 | Response to Motion for Sanctions Pursuant to Rule 9011 Filed by PETER D. NAVARRO on behalf of Randolph L. Howard, Esq., KOLESAR & LEATHAM, CHTD. [72] |
| **Filed:** 10/07/2010 | Declaration Of: Peter D. Navarro, Esq. Filed by PETER D. NAVARRO on behalf of Randolph L. Howard, Esq., KOLESAR & LEATHAM, CHTD. [73] |
| **Filed:** 10/14/2010 | Reply Memorandum In Support of Motion for Sanctions Pursuant to Bankruptcy Rule 9011 with Certificate of Service Filed by ROBERT M. CHARLES JR. on behalf of USACM LIQUIDATING TRUST [75] |
| **Status** | Counsel will present oral argument on the motion. |

2272282.1



Dated October 15, 2010.

**LEWIS AND ROCA LLP**

By: /s/ Rob Charles (#6593)
    Rob Charles, NV 6593
    John Hinderaker, AZ 18024 (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

**PROOF OF SERVICE**

COPY of the aforementioned sent via e-mail or U.S. First Class Mail postage prepaid on October 15, 2010 to the parties listed on Post-Effective Official Service List for Limited Notice No. 5 Dated March 31, 2009.

/s/ Marilyn Schoenike
Marilyn Schoenike
Lewis and Roca LLP

4                                                                    2272282.1