06-10725

Robert W. Scott
Joan H. Scott
4112 Sinew Court
Las Vegas, NV 89129

October 20, 2010

U. S. Bankruptcy Court Clerk
300 Las Vegas Blvd. South
Las Vegas, NV 89101

Dear Court Clerk,

Please change the address for the above creditors from PO Box 33014 to the Sinew Court address above. The P.O. Box no longer is rented by us. We have retired. The case is USA Capital. I can't find anything here with the case number on it.

Sincerely,

*Robert W. Scott*
Robert W. Scott