

**Entered on Docket
October 08, 2010**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br><br>Debtors.<br><br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>Date: September 23, 2010<br>Time: 9:30 a.m.<br><br>**ORDER GRANTING MOTION TO FURTHER EXTEND DEADLINE TO FILE OBJECTION TO ALLOWANCE OF CLAIMS**<br><br>**Hearing Date: September 23, 2010**<br>**Hearing Time: 10:30 a.m.** |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2237480.1

1 The Motion to Further Extend Deadline to File Objection to Allowance of Claims

2 [DE 8151] (the "Motion"), filed by the USACM Liquidating Trust (the "Trust") came

3 before the Court for consideration at the hearing held on September 23, 2010.

4 The Court being fully informed, adequate notice having been given, no objections

5 have been filed,

6     IT IS ORDERED:

7 - Granting the Motion;

8 - Extending the deadline to file objections to allowance of claims until

9    February 7, 2011, without prejudice to an additional extension, and

10 - Directing Counsel to Post this Order on the USACM Liquidating Trust

11    website.

12                             ###

13 PREPARED AND SUBMITTED:

14 **LEWIS AND ROCA LLP**

15

16 By: /s/ John Hinderaker (#18024)
    Rob Charles
17     John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*
18

19

20 APPROVED/DISAPPROVED

21

22 By: _____
    August Landis
23 *Office of the U. S. Trustee*

24

25

26

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the Court's ruling and that (check one):

☐ The Court waived the requirements of approval under LR 9021.

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicted below.

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

| U.S. Trustee: August Landis | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

**LEWIS AND ROCA LLP**

By: /s/ John Hinderaker (#18024)
   Rob Charles
   John Hinderaker (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*

3

2237480.1