Robbin L. Itkin, Esq., CA Bar # 117105
(*Admitted Pro Hac Vice*)
Katherine C. Piper, Esq., CA Bar # 222828
(*Admitted Pro Hac Vice*)
**STEPTOE & JOHNSON LLP**
2121 Avenue of the Stars, Suite 2800
Los Angeles CA 90067
Phone:   (310) 734-3200
Fax:      (310) 734-3300
Email:   ritkin@steptoe.com
Email:   kpiper@steptoe.com

E-Filed:  November 1, 2010

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>                              Debtor.<br>In re:<br>USA CAPITAL REALTY INVESTORS, LLC,<br>                              Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                              Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                              Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>                              Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter: 11<br><br>Jointly Administered Under<br>Case No.: BK-S-06-10725-LBR<br><br>**EX PARTE MOTION TO WITHDRAW AND REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND MAILING MATRIX** |

Robbin L. Itkin, Esq. and Katherine C. Piper, Esq., of the law firm of Steptoe & Johnson LLP ("S&J"), bring this Ex Parte Motion to Withdraw and Remove Counsel from the CM/ECF Service List and Mailing Matrix ("Motion").

DOC. # CC-234774 V.1

S&J was the duly retained and approved counsel to the former Chapter 11 Trustee in the involuntary bankruptcy case of Thomas A. Hantges (the "Hantges Case"). On November 25, 2009, the Hantges Case was converted to one under Chapter 7 and S&J was not retained by the Chapter 7 Trustee in connection with the Chapter 7 case. Accordingly, S&J requests that it be removed from the CM/ECF service list in this proceeding and from all other service lists in this proceeding.

Date: November 1, 2010　　　　　　　　　Respectfully Submitted,

*/s/ Robbin L. Itkin*
Robbin L. Itkin, Esq.
Katherine C. Piper, Esq.
Steptoe & Johnson LLP
2121 Avenue of the Stars, Suite 2800
Los Angeles, California 90067

DOC. # CC-234774 V.1