**Entered on Docket
November 03, 2010**

_____
**Mary A. Schott, Clerk
United States Bankruptcy Court**

| | |
|---|---|
| 7 | Robbin L. Itkin, Esq., CA Bar # 117105 |
| 8 | *(Admitted Pro Hac Vice)* |
|   | Katherine C. Piper, Esq., CA Bar # 222828 |
| 9 | (*Admitted Pro Hac Vice*) |

**STEPTOE & JOHNSON LLP**
2121 Avenue of the Stars, Suite 2800
Los Angeles CA 90067
Phone:   (310) 734-3200
Fax:       (310) 734-3300
Email:    ritkin@steptoe.com
Email:    kpiper@steptoe.com

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br>                           Debtor.<br>In re:<br>USA CAPITAL REALTY INVESTORS, LLC,<br>                           Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                           Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                           Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>                           Debtor. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter: 11<br><br>Jointly Administered Under<br>Case No.: BK-S-06-10725-LBR<br><br>**ORDER GRANTING EX PARTE MOTION TO WITHDRAW AND REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND MAILING MATRIX** |

DOC. # CC-236857 V.1

1    Upon review of the *Ex Parte Motion to Withdraw and Remove Counsel from the*
2    *CM/ECF Service List and Mailing Matrix* [Dkt. No. 8213] ("Motion"), filed by Steptoe &
3    Johnson LLP, and there good cause appearing therefor;
4    **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion is
5    hereby granted.

# # #