LEWIS
AND
ROCA
——— LLP ———
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
Marvin Ruth NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE
COMPANY,

USA CAPITAL REALTY ADVISORS,
LLC,[1]

USA CAPITAL DIVERSIFIED TRUST
DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED
FUND, LLC,[2]

USA SECURITIES, LLC,[3]

Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR[1]
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR[2]
Case No. BK-S-06-10729-LBR[3]

CHAPTER 11

Jointly Administered Under Case No.
BK-S-06-10725 LBR

**NOTICE OF ENTRY OF ORDER
SUSTAINING FIRST OMNIBUS
OBJECTION OF USACM TRUST TO
PROOFS OF CLAIM BASED
ENTIRELY UPON INVESTMENT IN
THE GARDENS $2.425 LOAN**

Date of Hearing:  October 21, 2010
Time of Hearing:  9:30 a.m.

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.



1          PLEASE TAKE NOTICE that an Order Sustaining First Omnibus Objection Of

2  USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Gardens

3  $2.425 Loan  [DE 8216] was entered on the 3rd day of November, 2010, a true and correct

4  copy of which is attached hereto as Exhibit A.

5        Dated:  November 4, 2010.

                                    LEWIS AND ROCA LLP
6

7

8                                 By_ s/John Hinderaker (AZ 18024)
                                  Robert M. Charles, Jr., NV 6593

9                                  John Hinderaker, AZ 18024 (*pro hac vice*)
                                  Marvin Ruth, NV 10979

10                               3993 Howard Hughes Parkway, Suite 600
                               Las Vegas, Nevada  89169

11                             E-mail:  JHinderaker@lrlaw.com
                             *Attorneys for the USACM Liquidating Trust*

12  Copy of the foregoing and pertinent
    portion of Exhibits mailed by first

13  class postage prepaid U.S. Mail on
    November 4, 2010 to all parties listed on

14  Exhibit A attached to the Order.

15  LEWIS AND ROCA LLP

16

17   s/ Leilani Ebanks
    Leilani Ebanks

18

19

20

21

22

23

24

25

26

2281398.1