

Entered on Docket
November 03, 2010

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

---

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:    rcharles@lrlaw.com
              jhinderaker@lrlaw.com
              mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br><br>       Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>**ORDER SUSTAINING FIRST ONMIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED ENTIRELY UPON INVESTMENT IN THE GARDENS $2.425 LOAN**<br><br>Hearing Date:    October 21, 2010<br>Hearing Time:    9:30 a.m.<br><br><br>Exhibit A |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

1     The Court having considered the "First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment in The Gardens $2.425 Loan (the "Gardens $2.425") [DE 8164] (the "Objection"); the Court having heard the Objection on October 21, 2010; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8164] is sustained; and
2. The claims listed on **Exhibit** A attached are disallowed in their entirely since those claims are based upon an investment in the Gardens $2.425 Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**


By   /s/ Robert M. Charles, Jr. (# 6593)
      Robert M. Charles, Jr.
      John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

2274941_1.DOC

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

☐ The Court waived the requirements of approval under LR 9021.

☐ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document.]

☒ This is a chapter 11 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

☐ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

| U.S. Trustee: | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:  /s/ Robert M. Charles, Jr.
Attorneys for USACM Liquidating Trust

# # #

3

2274941_1.DOC

# THE GARDENS, LLC $2,425,000 LOAN

## EXHIBIT A
### First Omnibus Objection
### Single Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In The Gardens, LLC $2,425,000 Loan |
|---|---|---|---|---|
| 10725-02524 | Robert E. Burnett, Jr. | PSC 2 Box 6533<br>APO AE 09012 | $50,000.00 | $50,000.00 |
| 10725-00485 | Boren Living Trust Dtd 6/21/04 | Richard D. and Connie L. Boren Ttees<br>5333 SW 75th St., Apt. E-34<br>Gainesville, FL 32608-7449 | $50,000.00 | $50,000.00 |
| 10725-02213 | Lynda L. Pinnell IRA | 9915 Saddleback Dr.<br>Lakeside, CA 92040 | $128,729.46 | $64,364.73 |
| 10725-01895 | Dennis Raggi | P.O. Box 10475<br>Zephyr Cove, NV 89448-2475 | $10,309.28 | $10,309.28 |
| 10725-02427 | Nancy C. Serino IRA | 177 Rainbow Dr. #7730<br>Livingston, TX 77399-0001 | $1,699.89 | $1,699.89 |

2274941_1.DOC