# LEWIS
### AND
# ROCA
##### LLP
#### L A W Y E R S

1    3993 Howard Hughes Parkway, Suite 600
     Las Vegas, NV 89169-5996
     Facsimile (702) 949-8321
2    Telephone (702) 949-8320

3    Robert M. Charles, Jr. NV State Bar No. 006593
     Email: rcharles@lrlaw.com
     John Hinderaker AZ State Bar No. 018024
     Email: jhinderaker@lrlaw.com
4    Marvin Ruth NV State Bar No. 10979
     Email: mruth@lrlaw.com

5    Attorneys for USACM Liquidating Trust

6              **UNITED STATES BANKRUPTCY COURT**

7                      **DISTRICT OF NEVADA**

8    In re:                              Case No. BK-S-06-10725-LBR[1]
                                         Case No. BK-S-06-10726-LBR[1]
9    USA COMMERCIAL MORTGAGE             Case No. BK-S-06-10727-LBR
     COMPANY,                            Case No. BK-S-06-10728-LBR[2]
10                                       Case No. BK-S-06-10729-LBR[3]
     USA CAPITAL REALTY ADVISORS,
11   LLC,[1]                            CHAPTER 11

12   USA CAPITAL DIVERSIFIED TRUST       Jointly Administered Under Case No.
     DEED FUND, LLC,                     BK-S-06-10725 LBR
13
     USA CAPITAL FIRST TRUST DEED        **NOTICE OF ENTRY OF ORDER**
14   FUND, LLC,[2]                       **SUSTAINING SECOND OMNIBUS**
                                         **OBJECTION OF USACM TRUST TO**
15   USA SECURITIES, LLC,[3]             **PROOFS OF CLAIM BASED BASED**
                              Debtors.   **IN PART UPON INVESTMENT IN**
16                                       **THE GARDENS $2.425 LOAN**

17   **Affects:**
       ☐ All Debtors                     Date of Hearing:  October 21, 2010
18     ☒ USA Commercial Mortgage Company Time of Hearing:  9:30 a.m.
       ☐ USA Capital Realty Advisors, LLC
19     ☐ USA Capital Diversified Trust Deed Fund, LLC
       ☐ USA Capital First Trust Deed Fund, LLC
20     ☐ USA Securities, LLC

21

22

23

24

25   _____
     [1] This bankruptcy case was closed on September 23, 2008.
26   [2] This bankruptcy case was closed on October 12, 2007.
     [3] This bankruptcy case was closed on December 21, 2007.

2281399.1

LEWIS
AND
ROCA
—LLP—
L A W Y E R S

1    PLEASE TAKE NOTICE that an Order Sustaining Second Omnibus Objection Of

2  USACM Trust To Proofs Of Claim Based In Part Upon Investment In The Gardens $2.425

3  Loan  [DE 8217] was entered on the 3rd day of November, 2010, a true and correct copy of

4  which is attached hereto as Exhibit A.

5        Dated:  November 4, 2010.

                                    LEWIS AND ROCA LLP
6

7
                                    By  s/John Hinderaker (AZ 18024)
8                                       Robert M. Charles, Jr., NV 6593
                                        John Hinderaker, AZ 18024 (*pro hac vice*)
9                                       Marvin Ruth, NV 10979
                                    3993 Howard Hughes Parkway, Suite 600
10                                  Las Vegas, Nevada  89169
                                    E-mail:  JHinderaker@lrlaw.com
11                                  *Attorneys for the USACM Liquidating Trust*

12  Copy of the foregoing and pertinent
    portion of Exhibits mailed by first
13  class postage prepaid U.S. Mail on
    November 4, 2010 to all parties listed on
14  Exhibit A attached to the Order.

15  LEWIS AND ROCA LLP

16

17   s/ Leilani Ebanks
    Leilani Ebanks
18

19

20

21

22

23

24

25

26

2