LEWIS
AND
ROCA
——LLP——
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
Marvin Ruth NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br>Debtors. | Case No. BK-S-06-10725-LBR[1]<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR,<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER SUSTAINING THIRD OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED IN PART UPON INVESTMENT IN THE GARDENS $2.425 LOAN**<br><br>Date of Hearing:  October 21, 2010<br>Time of Hearing:  9:30 a.m. |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

LEWIS
AND
ROCA
——— LLP ———
L A W Y E R S

1         PLEASE TAKE NOTICE that an Order Sustaining Third Omnibus Objection Of

2    USACM Trust To Proofs Of Claim Based In Part Upon Investment In The Gardens $2.425

3    Loan  [DE 8218] was entered on the 3rd day of November, 2010, a true and correct copy of

4    which is attached hereto as Exhibit A.

5         Dated:  November 4, 2010.

6                                LEWIS AND ROCA LLP

7

8                                By  s/John Hinderaker (AZ 18024)
                               Robert M. Charles, Jr., NV 6593

9                                   John Hinderaker, AZ 18024 (*pro hac vice*)
                               Marvin Ruth, NV 10979

10                             3993 Howard Hughes Parkway, Suite 600
                          Las Vegas, Nevada  89169

11                             E-mail:  JHinderaker@lrlaw.com
                          *Attorneys for the USACM Liquidating Trust*

12   Copy of the foregoing and pertinent
    portion of Exhibits mailed by first

13   class postage prepaid U.S. Mail on
    November 4, 2010 to all parties listed on

14   Exhibit A attached to the Order.

15   LEWIS AND ROCA LLP

16

17     s/ Leilani Ebanks
    Leilani Ebanks

18

19

20

21

22

23

24

25

26

2281403.1