

Entered on Docket
November 03, 2010

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

LEWIS AND ROCA LLP
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email: rcharles@lrlaw.com
 jhinderaker@lrlaw.com
 mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC,[1]

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,

USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]

USA SECURITIES, LLC,[3]

                Debtors.

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Case No. BK-S-06-10725-LBR
Case No. BK-S-06-10726-LBR[1]
Case No. BK-S-06-10727-LBR
Case No. BK-S-06-10728-LBR[2]
Case No. BK-S-06-10729-LBR[3]

CHAPTER 11

Jointly Administered Under
Case No. BK-S-06-10725 LBR

**ORDER SUSTAINING THIRD ONMIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED IN PART UPON INVESTMENT IN THE GARDENS $2.425 LOAN**

Hearing Date: October 21, 2010
Hearing Time: 9:30 a.m.

Exhibit A

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

The Court having considered the "Third Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Part Upon Investment in The Gardens $2.425 Loan (the "Gardens $2.425") [DE 8166] (the "Objection"); the Court having heard the Objection on October 21, 2010; appropriate notice of the Objection having been given; no response to the Objection having been filed; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8166] is sustained; and

2. The claims listed on **Exhibit** A attached are disallowed to the extent those claims are based upon an investment in the Gardens $2.425 Loan.

3. The claims listed on **Exhibit** A are not affected by this order to the extent they are based upon an investment in another loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**


By  /s/ Robert M. Charles, Jr. (# 6593)
  Robert M. Charles, Jr.
  John Hinderaker (*pro hac vice*)
  3993 Howard Hughes Parkway, Ste. 600
  Las Vegas, Nevada 89169-5996
  Telephone: (702) 949-8320
  Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

2

2274953_1.DOC

CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 9021

In accordance with Local Rule 9021, the undersigned certifies:

- ☐ The Court waived the requirements of approval under LR 9021.

- ☐ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document.]

- ☒ This is a chapter 11 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

- ☐ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

| U.S. Trustee: | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By: /s/ Robert M. Charles, Jr.
Attorneys for USACM Liquidating Trust

# # #

3

2274953_1.DOC

# THE GARDENS, LLC $2,425,000 LOAN

## EXHIBIT A
### Third Omnibus Objection
### Multiple Loan Claims

| Claim | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In The Gardens, LLC $2,425,000 Loan |
|---|---|---|---|---|
| 10725-02191 | TDS Revocable Family Trust Dtd 9/29/98 | T. Dwight and Bonnie J. Sper Ttees 1005 Cypress Ridge Lane Las Vegas, NV 89144-1425 | $1,778,674.00 | $100,000.00 |
| 10725-01169 | Donald S. Tomlin | Donald S. and Dorothy R. Tomlin Ttee 7145 Beverly Glen Ave Las Vegas, NV 89110-4228 | $2,779,806.00 | $103,592.00 |
| 10725-02090 | Robert William Ulm IRA | Pensco Trust Company Custodian 414 Morning Glory Rd. St. Marys, GA 31558 | $1,415,506.00 | $55,000.00 |
| 10725-01043 | Robert W. Ulm IRA | Pensco Trust Co. Inc. Fbo 414 Morning Glory Rd St. Marys, GA 31558 | Unknown | $55,000.00 |
| 10725-02309 | World Links Group LLC | c/o Leo G. Mantas 7440 S. Blackhawk St. #12208 Englewood, CO 80112 | $396,000.00 | $50,000.00 |

2274953_1.DOC