**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr.  NV State Bar No. 006593
Email: rcharles@LRLaw.com
John Hinderaker,  Az State Bar 018024
E-mail:  jhindera@LRLaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                  Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**DECLARATION OF GEOFFREY L. BERMAN IN SUPPORT OF STIPULATED MOTION FOR APPROVAL OF COMPROMISE SETTLEMENT OF CLAIMS AND DIRECTING PAYMENT OF PRIORITY CLAIM FILED BY LARRY L. AND PATSY R. RIEGER REVOCABLE TRUST**<br><br>Hearing Date:  December 16, 2010<br>Hearing Time:  9:30 a.m.<br>Estimated Time for Hearing:  10 minutes |

Geoffrey L. Berman declares under penalty of perjury:

1.    I am an adult person competent to testify in court.

2.    I make this declaration based upon my personal knowledge, and upon the records of USA Commercial Mortgage Company.

3.    I am the Trustee of the USACM Liquidating Trust ("USACM Trust"), which is an entity created by the Debtors' Third Amended Joint Chapter 11 Plan of

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

1

275510.2



1  Reorganization ("Plan"), in the jointly-administered bankruptcy cases, In re USA
2  Commercial Mortgage Company, BK-S-06-10725-LBR, pending in the United States
3  Bankruptcy Court for the District of Nevada.

4      4.    Pursuant to the ADR mechanism established under the Debtors' confirmed
5  Plan, I and the Trust's attorney Robert M. Charles, Jr. met with the Riegers on September
6  30, 2010 (without the assistance of a mediator), to review their claims in detail and attempt
7  to negotiate a settlement of their claims. In addition to the substantial documentation the
8  Riegers included with their proof of claim, the Riegers supplied additional documentation
9  to support their claims at the September 30 meeting.

10      5.    I considered the Riegers' proofs of claim, the documents supplied by the
11  Riegers to support their claims and the dialog between the parties during and immediately
12  following the September 30, 2010 meeting with the Riegers about their claims. I believe
13  that a significant portion of the Riegers' claims are valid and that other portions of the
14  claims have arguable merit. Therefore, I believe that a not insubstantial portion of the
15  Riegers' claims would be allowed were the Trust to continue to dispute the Riegers'
16  claims and bring the dispute before the Court. Thus, disputing the remainder of the
17  Riegers' claims would require the Trust to undertake fact intensive litigation in relation to
18  several different loans. I believe that the attorneys' fees and expenses the Trust would
19  incur to challenge the Riegers' claims in such litigation would likely exceed the monetary
20  value to the Trust beneficiaries ultimately derived from challenging the Riegers' claims.

21      I declare under penalty of perjury that the foregoing is true and correct.
22      Dated: November 16, 2010

23
24                                /s/Geoffrey L. Berman
                                  Geoffrey L. Berman
25
26

275510.2

**LEWIS AND ROCA LLP — LAWYERS**

1  Copy of the foregoing served via e-mail if an e-mail address
   Was available, or by First Class Postage prepaid U.S. Mail
2  To all parties in interest listed on the Post Effective Date Official
   Service List on file with the Court on 11/16/10.
3
   s/ Marilyn Schoenike
   Marilyn Schoenike
4  Lewis and Roca LLP

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

3

275510.2