**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 0065934
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,[1]<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[2]<br><br>USA Securities, LLC,[3]<br>                       Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF HEARING ON MOTION FOR APPROVAL OF COMPROMISE SETTLEMENT OF CLAIMS AND DIRECTING PAYMENT OF PRIORITY CLAIM FILED BY LARRY L. AND PASTY R. RIEGER REVOCABLE TRUST (with Certificate of Service)**<br><br>Date of Hearing: December 16, 2010<br>Time of Hearing: 9:30 a.m.<br>Estimate Time for Hearing: 10 minutes |

**NOTICE IS HEREBY GIVEN** that a Motion for Approval of Compromise Settlement of Claims and Directing Payment of Priority Claim Filed by Larry L. and Patsy

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2286098.1

LEWIS AND ROCA LLP LAWYERS

R. Rieger Revocable Trust [DE 8223] was filed on November 16, 2010, by USACM Liquidating Trust. The Motion requests that the Court approve their compromise agreement and grant the Motion.

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the request sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014( c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Third Floor, Bankruptcy Courtroom No. 1, Las Vegas, Nevada 89101 on **December 16, 2010, at the hour of 9:30 a.m**.

2286098.1

**LEWIS AND ROCA LLP**
LAWYERS

1  Dated:  November 16, 2010

2  **LEWIS AND ROCA LLP**

4  By: /s/ JH (#18024)
   Robert M. Charles, Jr., NV 6593
5  John Hinderaker, AZ 18024 (*pro hac vice*)
6  3993 Howard Hughes Parkway, Suite 600
   Las Vegas, Nevada  89169-5996
7  Facsimile (702) 949-8321
   Telephone (702) 949-8320
8  *Counsel for USACM Liquidating Trust*

10  Copy of the foregoing served on
    November 16, 2010, via e-mail or first
11  class postage prepaid U.S. mail to all
    parties listed on the Post Effective Date
12  Service List on file with this Court:

14  s/Marilyn Schoenike
    Lewis and Roca LLP

3

2286098.1