**CT Corporation**

1209 Orange Street  
Wilmington, DE 19801

302 777 0220 tel  
800 677 3394 toll free  
www.ctlegalsolutions.com

RECEIVED & FILED

'10 NOV 15 P12:32

U.S. BANKRUPTCY COURT  
MARY A. SCHOTT, CLERK

November 10, 2010

Dean T. Kirby, Jr.  
Kirby & McGuinn, A.P.C.  
707 Broadway,  
Suite 1750,  
San Diego, CA 92101

Re: USA Commercial Mortgage Company, et al., Debtors, USACM Liquidating Trust, Pltf. vs. Compass USA SPE, LLC, et al., Dfts.

Case No. BK-S-06-10725

Dear Sir/Madam:

Process in the above referenced case was attempted upon The Corporation Trust Company as the purported agent for service of process for Compass Partners, L.L.C.

Compass Partners, L.L.C. is inactive on the records of the State DE. Our services for this entity have also been discontinued for more than five (5) years and, as such, we no longer maintain an active record of this entity. Since we have no address to which to forward this process, we are returning it to you for further disposition.

Very truly yours,

Chris Moseder  
Process Specialist

Log# 517549915

FedEx Tracking# 796437395182

cc: United States Bankruptcy Court  
    300 Las Vegas Boulevard South,  
    Las Vegas, NV 89101