THU-80004 0978-2 trnscrpt 06-10725
LENARD E. SCHWARTZER
2850 S. JONES BOULEVARD, SUITE I
LAS VEGAS, NV 89146

RECEIVED AND FILE
2010 NOV 19 AM 11:21
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

009158 9158 1 AT 0.354 89701 4 1 6617-1-9158
Gayle Harkins
1204 Camballeria Drive
Carson City, NV 89701-8655

06-10725-LBR

THU-80004 0978-2 trnscrpt 06-1072
LENARD E. SCHWARTZER
2850 S. JONES BOULEVARD, SUITE I
LAS VEGAS, NV 89146

009159 9159 1 AT 0.354 89701 4 1 6617-1-9159
Michael H. Ricci
1204 Camballeria Drive
Carson City, NV 89701-8655

# New Address
↓



Ms. Gayle Ann Harkins
PO Box 1730
Zephyr Cove NV 89448-1730

Neil 775-297-1256

# United States Bankruptcy Court
## District of Nevada

Case No. 06-10725-lbr
Chapter 11

In re:
USA COMMERCIAL MORTGAGE COMPANY
fka USA CAPITAL

## NOTICE OF FILING OFFICIAL TRANSCRIPT
## AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

Please take notice that a transcript has been filed on October 26, 2010 for the proceeding held on 06/21/2006. The deadline for filing a *Request for Redaction* is November 16, 2010.

If a Request for Redaction is filed, the redacted transcript is due November 26, 2010. If no such request is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is January 24, 2011, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber, or you may view the document at the clerk's office public terminal. The transcriber's contact information is available on the case docket, or by calling the CM/ECF Help Desk at 1-866-232-1266. You may review the court's transcript policy on its web site: www.nvb.uscourts.gov.

Dated: 10/26/10

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court