
**CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

RECEIVED
AND FILED

2010 NOV 19  PM 12: 01

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

November 09, 2010

Lenard E. Schwartzer
2850 S. Jones Boulevard,
Suite 1,
Las Vegas, NV  89146

Re:  In re: USA Commercial Mortgage Company, etc. // To: Unidentified Entity

Case No.  06-10725

Dear Sir/Madam:

The Corporation Trust Company received the enclosed Notice(s).

Neither the document(s) nor the envelope indicates the name of the entity for which the document(s) is intended. Our company is agent for thousands of companies and cannot determine the party to which the document(s) is to be forwarded unless the document(s) is directed to a particular entity.

Accordingly, we are returning the document for further disposition.

Very truly yours,

Chris Moseder
Process Specialist

Log# 517544731

FedEx Tracking# 796431190051

cc: United States Bankruptcy Court
    300 Las Vegas Boulevard South,
    Las Vegas, NV  89101