**EXHIBIT 1**

**ORDER**
SUSAN WILLIAMS SCANN, ESQ.
Nevada Bar No. 000776
DEANER, DEANER, SCANN,
 MALAN & LARSEN
720 South Fourth Street,
Suite #300
Las Vegas, Nevada  89101 (702) 382-6911
Attorneys for Binford Medical Developers, LLC

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>_____Debtor_____<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC.<br><br>_____Debtor_____<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.<br><br><br>_____Debtor_____<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC.<br><br>_____Debtor_____<br>In re:<br>USA SECURITIES, LLC.<br><br>_____Debtor_____ | Case No.   BK-S-06-10725 LBR<br>Case No.   BK-S-06-10726 LBR<br>Case No.   BK-S-06-10727 LBR<br>Case No.   BK-S-06-10728 LBR<br>Case No.   BK-S-06-10729 LBR<br><br>Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR<br><br>Adversary No.  06-01212<br><br>**PROPOSED ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**<br><br>Date of Hearing:  12/28/10<br>Time of Hearing:  9:30 a.m.<br><br>☐USA Commercial Mortgage Company<br>☐USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐USA Securities, LLC<br>☐USA Realty Advisors, LLC<br>■All Debtors |

|   |   |
|---|---|
| **BINFORD MEDICAL DEVELOPERS,** LLC, an Indiana Limited Liability Company, <br>                          Plaintiff, <br>        vs. <br><br>USA COMMERCIAL MORTGAGE COMPANY and FIDELITY NATIONAL TITLE GROUP <br>                          Defendants | Case No. BK-S-06-10725 LBR <br>Adversary No. 06-01212 <br><br>Date of Hearing: 12/28/10 <br>Time of Hearing: 9:30 a.m. <br><br>**PROPOSED ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |

THIS MATTER having come before this Court pursuant to a Motion to Withdraw as Counsel of Record filed by SUSAN WILLIAMS SCANN, ESQ., of the law firm of DEANER, DEANER, SCANN, MALAN & LARSEN, counsel of record for Claimant BINFORD MEDICAL DEVELOPERS, no Opposition having been filed and no appearance by any other party, and the Court having considered the Motion and good cause appearing therefor;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the Motion to Withdraw as Counsel of Record filed by SUSAN WILLIAMS SCANN, ESQ., of the law firm of DEANER, DEANER, SCANN, MALAN & LARSEN is hereby granted, and DEANER, DEANER, SCANN, MALAN & LARSEN are discharged from any further responsibility in the above-entitled case;

**IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED** that all papers and pleadings in this action be directed to the Claimant, BINFORD MEDICAL DEVELOPERS, personally, at its last known addresses as follows:

> Binford Medical Developers, LLC
> Mr. Ken Schmidt, Managing Member
> 5200 E. 64th Street
> Indianapolis, IN 46220

Submitted By:

DEANER, DEANER, SCANN, MALAN & LARSEN

By _____
     SUSAN WILLIAMS SCANN, ESQ.
     Nevada Bar No. 000776
     720 South Fourth Street, Suite 300
     Las Vegas, Nevada 89101

F:\OFFICE\CLIENTS\Binford Medical Developers, LLC\DOCS\Proposed Order re M2Withdraw.wpd    2