**NOT**
**SUSAN WILLIAMS SCANN, ESQ.**
**Nevada Bar No. 000776**
**DEANER, DEANER, SCANN,**
  **MALAN & LARSEN**
720 South Fourth Street, Suite #300
Las Vegas, Nevada  89101
(702) 382-6911
**Attorneys for Binford Medical Developers, LLC**

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>          Debtor | Case No.  BK-S-06-10725 LBR<br>Case No.  BK-S-06-10726 LBR<br>Case No.  BK-S-06-10727 LBR<br>Case No.  BK-S-06-10728 LBR<br>Case No.  BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC.<br><br>          Debtor | Chapter 11<br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.<br><br>          Debtor | Adversary No.  06-01212<br><br>Date of Hearing: 12/28/10<br>Time of Hearing: 9:30 a.m. |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC.<br><br>          Debtor | Affects:<br>☐USA Commercial Mortgage Company<br>☐USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐USA Securities, LLC<br>☐USA Realty Advisors, LLC<br>■All Debtors |
| In re:<br>USA SECURITIES, LLC.<br><br>          Debtor | |
| **BINFORD MEDICAL DEVELOPERS,**<br>LLC, an Indiana Limited Liability Company,<br>                    Plaintiff,<br>     vs.<br><br>USA COMMERCIAL MORTGAGE COMPANY and FIDELITY  NATIONAL TITLE GROUP<br>                    Defendants | **NOTICE OF HEARING ON**<br>**MOTION FOR LEAVE TO**<br>**WITHDRAW AS COUNSEL** |

    NOTICE IS HEREBY GIVEN that a MOTION FOR LEAVE TO WITHDRAW AS COUNSEL was filed on November 23, 2010, by SUSAN WILLIAMS SCANN, ESQ.

**Any Opposition must be filed pursuant to Local Rule 9014 (d)(1):**

Local Rule 9014(d)(1): "Except as set out in subsection (3), any opposition to a motion must be filed, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any re3levant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule".

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, of if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and

A copy of the Motion may be obtained by accessing PACER through the United States Bankruptcy Court website for Nevada at www.nvb.uscourts.gov.

NOTICE IS FURTHER GIVEN that the hearing on the Motion may be continued without further notice.

NOTICE IS FURTHER GIVEN that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, on December 28, 2010, at the hour of 9:30 a.m.

DATED: 11/23/10 .

Respectfully Submitted,

DEANER, DEANER, SCANN, MALAN & LARSEN

SUSAN WILLIAMS SCANN, ESQ.
Nevada Bar No. 000776
720 South Fourth Street, Suite 300
Las Vegas, Nevada 89101
Attorneys for Binford Medical Developers, LLC

2

# CERTIFICATE OF SERVICE

1. On November 23, 2010, the following Notice of Hearing on Motion for Leave to Withdraw as Counsel was served.

2. The above-named document was served by the following means to the persons listed below:

☐ a. ECF System. See Notice of Electronic Filing.

☐ b. United States mail, postage full prepaid to the following:

☐ c. Personal Service.

☐ d. By direct email.

I caused the documents to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after transmission, any electronic message or other indication that the transmission was unsuccessful.

Imezei@EGPS.com
ron@compass-partners.net

☐ e. By fax transmission.

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the documents to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f. By messenger.

I served the documents by placing in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 24th day of November, 2010.

Employee of DEANER, DEANER, SCANN, MALAN & LARSEN

3