Hi, My name is Rudi Eichler

I need to notify the Court of my new Address of:

5112 ALFINGO ST.
LAS VEGAS NV 89135-3215

Case No 06-10725-lbr Chapter 11
Case No 09-32824-rci Chapter 7

Rudi Eichler

My old address was:
1912 De Osma Street
Las Vegas, NV 89102

11-22-10



Mr. Rudi Eichler
5112 Affingo St
Las Vegas, NV 89135

United States Bankruptcy Court
District of Nevada
300 LV Blvd. South
LV, NV 89101