United States Bankruptcy Court
District of Nevada
300 Las Vegas South
Las Vegas, NV 89101

RECEIVED & FILED

'10 DEC -9 P12 :21

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Re: Case No. 06-10725-lbr
Chapter 11

To Whom It May Concern:

This notice is to inform you of a change of address for notifications received by the Court. In April of this year the FDIC took over First Regional Bank and it no longer exists.

Old Address:

First Regional Bank   (First Regional Bank fbo of Jerry Johnson)
P.O. Box 85410
San Diego, CA 92186

To new Address:

Jerry Johnson
5401 Broadway Terrace
Oakland, CA 94618

Yours truly,

*[signature]*

Jerry R. Johnson
5401 Broadway Terrace
Oakland, CA 94618