

**Entered on Docket
December 14, 2010**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

E-filed on: December 10, 2010
Email: mschmahl@mcguirewoods.com
Richaerd J. Mason (Admitted Pro Hac Vice)
Michael M. Schmahl (Admitted Pro Hac Vice)
MCGUIREWOODS LLP
77 W. Wacker Drive, Suite 4100
Chicago, Illinois 60601
Telephone:    312/849-8100
Facsimile:    312/920-6598

*Attorneys for Dr. Gary M. Kantor, Ms. Lynn Kantor, and Kantor Nephrology Consultants, Ltd. 401(k) PSP*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>            Debtor. | BK-S-06-10725-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>            Debtor. | BK-S-06-10726-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>            Debtor. | BK-S-06-10727-LBR<br>Chapter 11 |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>            Debtor. | BK-S-06-10728-LBR<br>Chapter 11 |
| In re:<br>USA SECURITIES, LLC,<br>            Debtor. | BK-S-06-10729-LBR<br>Chapter 11 |

06536-01/test 3.doc

| | |
|---|---|
| Affects<br>☒ All Debtors<br>☐ USA Commercial Mortgage Co.<br>☐ USA Securities, LLC<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed<br>☐ USA First Trust Deed Fund, LLC | **ORDER GRANTING *EX PARTE* MOTION TO BE REMOVED FROM CM/ECF SERVICE LIST AND *EX PARTE* MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR DR. GARY KANTOR, MS. LYNN KANTOR, AND KANTOR NEPHROLOGY CONSULTANTS, LTD. 401(K) PSP** |

This matter came before the Court on the Ex Parte Motion To Be Removed From the CM/ECF Service List and *Ex Parte* Motion for Leave to Withdraw as Counsel for Dr. Gary Kantor, Ms. Lynn Kantor, and Kantor Nephrology Consultants, Ltd. 401(k) PSP ("Motion") filed by the law firm of McGuireWoods LLP, filed on December 10, 2010.

. . .

The Motion was supported by the Declaration of Michael M. Schmahl, Esq. in Support of Motion filed on December 10, 2010.

The Court having read and considered the papers on file, considering the argument of counsel, and having concluded that due notice has been provided to all parties entitled thereto and that this is a core matter, it is hereby

**ORDERED** that the Ex Parte Motion To Be Removed From the CM/ECF Service List and *Ex Parte* Motion for Leave to Withdraw as Counsel for Dr. Gary Kantor, Ms. Lynn Kantor, and Kantor Nephrology Consultants, Ltd. 401(k) PSP is granted;

ORDERED that McGuireWoods LLP is withdrawn as counsel of record for Dr. Gary Kantor, Ms. Lynn Kantor, and Kantor Nephrology Consultants, Ltd. 401(k) PSP; and

ORDERED that any future notices to Dr. Gary Kantor, Ms. Lynn Kantor, and Kantor Nephrology Consultants, Ltd. 401(k) PSP shall be sent to the addresses listed in the Motion.

**IT IS SO ORDERED**.

\* \* \*

[06536-01/test 3.doc]

**PREPARED AND SUBMITTED BY:**

McGuireWoods LLP
77 W. Wacker Dr., Suite 4100
Chicago, IL 60601
Richard J. Mason, Esq.
Michael M. Schmahl, Esq.