NANCY L. ALLF, ATTORNEY AT LAW
Nancy L. Allf, Bar No. 0128
nancy.allf@gmail.com
Angela T. Nakamura, Bar No. 10164
Angela.nakamura007@gmail.com
415 S. Sixth Street, Suite 200F
Las Vegas, NV 89101
Telephone: (702) 671-0070
Facsimile: (702) 671-0165

UNITED STATES BANKRUPTCY
DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

Debtor.

Case No. BK-S-06-10725-LBR
Chapter 7

Date: n/a
Time: n/a
Estimated Time for Hearing: n/a

## *EX PARTE* MOTION FOR REMOVAL FROM CM/ECF SYSTEM SERVICE LIST AND ORDER

COMES NOW, Nancy L. Allf and files this *Ex Parte* Motion for Removal from the CM/ECF System Service List and Order in the above-entitled matter.

The basis for this Motion is that the law firm has no further interest in the case.

Dated: December 14, 2010

Submitted by:

NANCY L. ALLF, ATTORNEY AT LAW

By: _____
Nancy L. Allf, Bar No. 0128
Angela T. Nakamura, Bar No. 10164

Page 1

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on the 15 day of December, 2010, I caused to be served a true and correct copy of: EX PARTE MOTION FOR REMOVAL FROM CM/ECF SYSTEM SERVICE LIST AND ORDER in the following manner:

__X_ (ELECTRONIC SERVICE) Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through Notice of Electronic Filing automatically generated by that Court's facilities.

_____
An Employee of Nancy L. Allf, Attorney at Law