Entered on Docket
December 15, 2010

*Mary A. Schott*
_____
**Mary A. Schott, Clerk
United States Bankruptcy Court**

NANCY L. ALLF, ATTORNEY AT LAW
Nancy L. Allf, Bar No. 0128
nancy.allf@gmail.com
Angela T. Nakamura, Bar No. 10164
Angela.nakamura007@gmail.com
415 S. Sixth Street, Suite 200F
Las Vegas, NV 89101
Telephone: (702) 671-0070
Facsimile:  (702) 671-0165

UNITED STATES BANKRUPTCY
DISTRICT OF NEVADA

In re:                                                    )
                                                          )   Case No. BK-S-06-10725-LBR
USA COMMERCIAL MORTGAGE          )   Chapter 7
COMPANY,                                        )
                                                          )
            Debtor.                                 )   Date: n/a
                                                          )   Time: n/a
                                                          )   Estimated Time for Hearing: n/a
_____)

### ORDER GRANTING *EX PARTE* MOTION FOR REMOVAL FROM CM/ECF SYSTEM SERVICE LIST

The court having read the EX PARTE MOTION FOR REMOVAL FROM CM/ECF SYSTEM SERVICE LIST, it appearing that no notice of a hearing on the motion is required,

IT IS HEREBY ORDERED AND DECREED Nancy L. Allf and Nancy L. Allf, Attorney at Law be removed from the CM-ECF System Service List in this case.

DATED this 14 day of December, 2010

NANCY L. ALLF, ATTORNEY AT LAW

By: *Nancy L Allf*
_____
Nancy L. Allf, Bar No. 0128

Page 1

Angela T. Nakamura, Bar No. 10164

## CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

X  The court has waived the requirement of approval under LR 9021(b)(1).

___ No party appeared at the hearing or filed an objection to the motion.

___ I have delivered a copy of this proposed order to all counsel who appeared, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the forgoing is true and correct.

_____
An employee of Nancy L. Allf, Attorney at Law

Page 2