LEWIS
AND
ROCA
LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@LRLaw.com
John Hinderaker, Az State Bar No. 18024
Email: jhinderaker@LRLaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR[1] |
| | Case No. BK-S-06-10726-LBR[1] |
| USA Commercial Mortgage Company, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[2] |
| USA Capital Realty Advisors, LLC, | Case No. BK-S-06-10729-LBR[3] |
| USA Capital Diversified Trust Deed Fund, LLC, | CHAPTER 11 |
| USA Capital First Trust Deed Fund, LLC,[1] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| USA Securities, LLC,[2] | |
| Debtors. | **Motion for an Order Shortening Time for Hearing on Motion to Extend Deadline to File Objection to Allowance of Claims with Certificate of Service** |
| **Affects:** | |
| ☐ All Debtors | |
| ☒ USA Commercial Mortgage Company | Date:   OST Requested  February 4, 2011 |
| ☐ USA Capital Realty Advisors, LLC | Time:   OST Requested  1:30 p.m. |
| ☐ USA Capital Diversified Trust Deed Fund, LLC | |
| ☐ USA Capital First Trust Deed Fund, LLC | |
| ☐ USA Securities, LLC | |

The USACM Liquidating Trust is filing a Motion to Further Extend Deadline to File Objection to Allowance of Claims ("Motion"), and asks that the Court set an expedited hearing and shorten notice on the Motion.

---

[1]   This bankruptcy case was closed on September 23, 2008.

[2]   This bankruptcy case was closed on October 12, 2007.

[3]   This bankruptcy case was closed on December 21,2007.

2307399.1



1        The deadline to file objections to allowance of claims set by the confirmed plan of

2 reorganization has been extended from time to time.  No objections to any prior request

3 were ever filed.  Pursuant to the order of this Court, the current deadline to file an

4 objection to proofs of claim is February 7, 2011.  The next omnibus hearing is scheduled

5 for February 25, 2011, two weeks after the expiration of the deadline.  Undersigned

6 counsel contacted Court staff on January 4, 2011 to discuss hearing dates for the Motion.

7 Staff indicated that the Court has time available to hear the Motion on February 4, 2011, at

8 1:30 p.m., but that a motion for order shortening time would be necessary in order for

9 service of the Motion to be considered timely by the Court.  Accordingly, the Court's

10 expedited consideration of the Motion is hereby requested.

11        Dated:  January 6, 2011.

12                          **LEWIS AND ROCA LLP**

13

14 By /s/ John Hinderaker (AZ #18024) (pro hac vice)
   Rob Charles, NV 6593

15    RCharles@LRLaw.com
   John Hinderaker (AZ #18024) *(pro hac vice)*

16    JHinderaker@LRLaw.com
   3993 Howard Hughes Parkway, Suite 600

17    Las Vegas, Nevada  89169-5996
   Facsimile: (702) 949-8321

18    Telephone: (702) 949-8320
   *Attorneys for the USACM Liquidating Trust*

19

20

21

22

23

24

25

26

2307399.1

LEWIS
AND
ROCA
—LLP—
L A W Y E R S

1

## **PROOF OF SERVICE**

2
3        1. On January 6, 2011, I served the foregoing pleading, by the following means, to

the persons as listed below:

4

5    (*Check all that apply*)

6    ☐    **a.  ECF System (*You must attach the "Notice of Electronic Filing", or list all**

7    **persons and addresses and attach additional paper if necessary*)**

8    _____

9    ☐    **b. United States mail, postage fully prepaid**

10    (*List persons and addresses. Attach additional paper if necessary*)

11    _____

12    ☐    **c. Personal Service (*List persons and addresses. Attach additional paper if**

13    **necessary*)**

14    I personally delivered the document(s) to the persons at these addresses:

15    _____

16    ☐    For a party represented by an attorney, delivery was made by handing the

17    document(s) to the attorney or by leaving the documents(s) at the attorney's office

18    with a clerk or other person in charge, or if no one is in charge by leaving the

19    documents(s) in a conspicuous place in the office.

20    ☐    For a party, delivery was made by handing the document(s) to the party or by

21    leaving the document(s) at the person's dwelling house or usual place of abode with

22    someone of suitable age and discretion residing there.

23    ☒    **d. By direct email (as opposed to through the ECF System)**

24    (*List persons and email addresses. Attach additional paper if necessary*)

25

26

2307399.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

1     I caused the document(s) to be sent to the parties listed on Post-Effective Official Service

2     List for Limited Notice to the persons at the email addresses listed below.

3     Abrams, Michelle                              Gordon, Gerald M.
4     mabrams@abramstanko.com                       gmg@gordonsilver.com

5     Berman, Geoffrey L.                           Hami, Asa S.
      gberman@dsi.biz                               ahami@morganlewis.com

6     Boodt, Bradley N.                             Hebert, John
7     bnboodt@hollandhart.com                       jhebert@kirbymac.com

8     Carmel, Michael W.                            Hermann, Jeffrey D.
      michael@mcarmellaw.com                        jhermann@orrick.com

9     Charles, Robert                               Itkin, Robbin
10    RCharles@lrlaw.com                            ritkin@steptoe.com

11    Chubb, Janet L.                               Jones Vargas
      jlc@jonesvargas.com                           tbw@jonesvargas.com

12    Davis, George A.                              Kinas, Robert
13    george.davis@cwt.com                          rkinas@swlaw.com

14    Diamond, Allan B.                             Kirby, Dean T.
      adiamond@diamondmccarthy.com                  dkirby@kirbymac.com

15    Dreitzer, Richard                             Landis, August B.
16    richard.dreitzer@bullivant.com                augie.landis@usdoj.gov

17    Elley, Bradley Paul                           Levinson, Marc A.
      bpelleylawbk@sbcglabal.net                    malevinson@orrick.com

18    Elley, Bradley Paul                           Madden, Eric
19    elnivnv@sbcglobal.net                         emadden@diamondmccarthy.com

20    Esterkin, Richard W.                          Ovca, William J.
      resterkin@morganlewis.com                     N1GL@aol.com

21    Freeman, Susan                                Rasmussen, Lisa A.
22    SFreeman@lrlaw.com                            lisa@lrasmussenlaw.com

23    Garman, Gregory E.                            Scann, Susan Williams
      geg@gordonsilver.com                          sscann@deanerlaw.com

24    Goe, Robert P.                                Shapiro, Brian
25    rgoe@goeforlaw.com                            bshapiro@brianshapirolaw.com

26

2307399.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

Tucker, Michael                              Williamson, Deborah
michael.tucker@fticonsulting.com             dwilliamson@coxsmith.com

I did not receive, within a reasonable time after the transmission, any electronic

message or other indication that the transmission was unsuccessful.

In addition, a copy is posted on the USACM Liquidating Trust website, available at

http://usacmcucc.bmcgroup.com/default.aspx.

---

☐     **e. By fax transmission (*List persons and fax numbers. Attach additional**

       *paper if necessary*)

Based upon the written agreement of the parties to accept service by fax transmission

or a court order, I faxed the document(s) to the persons at the fax numbers listed

below. No error was reported by the fax machine that I used. A copy of the record of

the fax transmission is attached.

---

☐     **f. By messenger (*List persons and addresses. Attach additional paper if**

       *necessary*)

I served the document(s) by placing them in an envelope or package addressed to the

persons at the addresses listed below and providing them to a messenger for service.

(A declaration by the messenger must be attached to this Certificate of Service).

---

I declare under penalty of perjury that the foregoing is true and correct.

Signed: January 6, 2011 at Phoenix, Arizona.


/s/ Jennifer Cook_____
Lewis and Roca LLP

2