**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker, AZ State Bar No. 18024
Email: jhinderaker@LRLaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[1]<br><br>USA Securities, LLC,[2]<br>　　　　　　　　　　　　Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Attorney Information Sheet**<br><br>Date:  OST Requested  February 4, 2011<br>Time:  OST Requested  1:30 p.m. |

As required by the Court's Local Rule, I have contacted the parties listed below regarding the proposed Order Granting Motion for Shortening Time for Hearing on Motion to Further Extend Deadline to File Objection to Allowance of Claims. They agree or disagree to the time being shortened, as indicated below:

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 26, 2007.

2307417.1

LEWIS AND ROCA LLP LAWYERS

| **Name** | **Dated Contacted** | **Agree** | **Disagree** |
|---|---|---|---|
| August B. Landis<br>Office of United States Trustee | January 6, 2010 | X | |

Dated: January 6, 2011.

**LEWIS AND ROCA LLP**

By /s/ John Hinderaker (AZ #18024) (pro hac vice)
Rob Charles, NV 6593
RCharles@LRLaw.com
John Hinderaker (AZ #18024) *(pro hac vice)*
JHinderaker@LRLaw.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Facsimile: (702) 949-8321
Telephone: (702) 949-8320
*Attorneys for the USACM Liquidating Trust*

2307417.1

LEWIS
AND
ROCA
—LLP—
LAWYERS

## PROOF OF SERVICE

1. On January 6, 2011, I served the foregoing pleading, by the following means, to the persons as listed below:

(*Check all that apply*)

☐   **a.  ECF System** (*You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)

_____

☐   **b. United States mail, postage fully prepaid**
(*List persons and addresses. Attach additional paper if necessary*)

_____

☐   **c. Personal Service** (*List persons and addresses. Attach additional paper if necessary*)
I personally delivered the document(s) to the persons at these addresses:

_____

☐   For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

☐   For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☒   **d. By direct email (as opposed to through the ECF System)**
(*List persons and email addresses. Attach additional paper if necessary*)

3

2307417.1

**LEWIS AND ROCA LLP LAWYERS**

1  I caused the document(s) to be sent to the parties listed on Post-Effective Official Service
2  List for Limited Notice to the persons at the email addresses listed below.

| | |
|---|---|
| Abrams, Michelle<br>mabrams@abramstanko.com | Gordon, Gerald M.<br>gmg@gordonsilver.com |
| Berman, Geoffrey L.<br>gberman@dsi.biz | Hami, Asa S.<br>ahami@morganlewis.com |
| Boodt, Bradley N.<br>bnboodt@hollandhart.com | Hebert, John<br>jhebert@kirbymac.com |
| Carmel, Michael W.<br>michael@mcarmellaw.com | Hermann, Jeffrey D.<br>jhermann@orrick.com |
| Charles, Robert<br>RCharles@lrlaw.com | Itkin, Robbin<br>ritkin@steptoe.com |
| Chubb, Janet L.<br>jlc@jonesvargas.com | Jones Vargas<br>tbw@jonesvargas.com |
| Davis, George A.<br>george.davis@cwt.com | Kinas, Robert<br>rkinas@swlaw.com |
| Diamond, Allan B.<br>adiamond@diamondmccarthy.com | Kirby, Dean T.<br>dkirby@kirbymac.com |
| Dreitzer, Richard<br>richard.dreitzer@bullivant.com | Landis, August B.<br>augie.landis@usdoj.gov |
| Elley, Bradley Paul<br>bpelleylawbk@sbcglabal.net | Levinson, Marc A.<br>malevinson@orrick.com |
| Elley, Bradley Paul<br>elnivnv@sbcglobal.net | Madden, Eric<br>emadden@diamondmccarthy.com |
| Esterkin, Richard W.<br>resterkin@morganlewis.com | Ovca, William J.<br>N1GL@aol.com |
| Freeman, Susan<br>SFreeman@lrlaw.com | Rasmussen, Lisa A.<br>lisa@lrasmussenlaw.com |
| Garman, Gregory E.<br>geg@gordonsilver.com | Scann, Susan Williams<br>sscann@deanerlaw.com |
| Goe, Robert P.<br>rgoe@goeforlaw.com | Shapiro, Brian<br>bshapiro@brianshapirolaw.com |

2307417.1

| | |
|---|---|
| Tucker, Michael<br>michael.tucker@fticonsulting.com | Williamson, Deborah<br>dwilliamson@coxsmith.com |

I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

In addition, a copy is posted on the USACM Liquidating Trust website, available at http://usacmcucc.bmcgroup.com/default.aspx.

---

☐    **e. By fax transmission (*List persons and fax numbers. Attach additional paper if necessary*)**

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

---

☐    **f. By messenger (*List persons and addresses. Attach additional paper if necessary*)**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service).

---

I declare under penalty of perjury that the foregoing is true and correct.

Signed: January 6, 2011 at Phoenix, Arizona.

/s/ Jennifer Cook
Lewis and Roca LLP

2

2307417.1