**Entered on Docket**
**January 10, 2011**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR[1] |
| USA Commercial Mortgage Company, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR[2] |
| USA Capital Realty Advisors, LLC, | Case No. BK-S-06-10729-LBR[3] |
| | |
| USA Capital Diversified Trust Deed Fund, LLC, | CHAPTER 11 |
| | |
| USA Capital First Trust Deed Fund, LLC,[1] | Jointly Administered Under Case No. BK-S-06-10725 LBR |
| | |
| USA Securities, LLC,[2] | |
| Debtors. | **Order Granting Motion For an Order Shortening Time For Hearing on Motion to Further Extend Deadline to File Objection to Allowance of Claims** |

**Affects:**
☐ All Debtors
☒ USA Commercial Mortgage Company
☐ USA Capital Realty Advisors, LLC
☐ USA Capital Diversified Trust Deed Fund, LLC
☐ USA Capital First Trust Deed Fund, LLC
☐ USA Securities, LLC

Date:   OST Requested  February 4, 2011
Time:   OST Requested  1:30 p.m.

---

[1]   This bankruptcy case was closed on September 23, 2008.
[2]   This bankruptcy case was closed on October 12, 2007.
[3]   This bankruptcy case was closed on December 26, 2007.

2307431.1

LEWIS
AND
ROCA
——— LLP ———
L A W Y E R S

1    The Court having considered the Motion for an Order Shortening Time for Hearing

2    on Motion to Further Extend Deadline to File Objection to Allowance of Claims filed by

3    the USACM Liquidating Trust [DE 8247], and good cause appearing:

4        IT IS ORDERED:

5        1.    Granting the Motion;

6        2.    Setting an expedited hearing and giving notice of the hearing on February 4.

7    2010 at 1:30 p.m. at U.S. Bankruptcy Court, Foley Federal Building, 300 Las Vegas

8    Boulevard South, 3rd Floor, Courtroom No. 1, Las Vegas, Nevada.

9        3.    Any objection to the Motion shall be filed with the Court on or before 5

10   business days before the hearing and a copy of the filing shall be served on the attorneys

11   for the USACM Liquidating Trust.

12                                    # # #

13   PREPARED AND SUBMITTED BY:

14   **LEWIS AND ROCA LLP**

15

16   By /s/ John Hinderaker (AZ #18024) (pro hac vice)
     Rob Charles, NV 6593
17   RCharles@LRLaw.com
     John Hinderaker (AZ #18024) *(pro hac vice)*
18   JHinderaker@LRLaw.com
     3993 Howard Hughes Parkway, Suite 600
19   Las Vegas, Nevada  89169-5996
     Facsimile: (702) 949-8321
20   Telephone: (702) 949-8320
     *Attorneys for the USACM Liquidating Trust*
21

22

23

24

25

26

2