**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,[1]<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[2]<br><br>USA Securities, LLC,[3]<br>　　　　　　　　　　　　Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**NOTICE OF ENTRY OF ORDER GRANTING MOTION FOR AN ORDER SHORTENING TIME FOR HEARING ON MOTION TO FURTHER EXTEND DEADLINE TO FILE OBJECTION TO ALLOWANCE OF CLAIMS**<br><br>Date: February 4, 2011<br>Time: 1:30 p.m.<br>Estimated Time of Hearing: 10 minutes |

**PLEASE TAKE NOTICE** that the Order Granting Motion For An Order Shortening Time For Hearing On Motion To Further Extend Deadline to File Objection to Allowance of Claims was entered on January 10, 2011, a true and correct copy of which is attached hereto as Exhibit A.

2310268.1

LEWIS AND ROCA LLP
LAWYERS

Dated: January 11, 2011.

**LEWIS AND ROCA LLP**

By /s/ JH (#018024)
　　　Robert M. Charles, Jr., NV 6593
　　　John Hinderaker, AZ 18024 (pro hac vice)
*Attorneys for USACM Liquidating Trust*

2

2310268.1

LEWIS AND ROCA LLP
LAWYERS

1  Copy of the foregoing served on January 11, 2011, via e-mail or first class postage prepaid U.S. Mail to all parties listed on the Post Effective Date Service List on file with this Court:
2
3
4
5  s/Marie H. Mancino
   MARIE H. MANCINO
6  Lewis and Roca LLP
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

2310268.1