**Entered on Docket
January 10, 2011**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**
_____

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[1]<br><br>USA Securities, LLC,[2]<br>                                 Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Order Granting Motion For an Order Shortening Time For Hearing on Motion to Further Extend Deadline to File Objection to Allowance of Claims**<br><br>Date:  OST Requested  February 4, 2011<br>Time:  OST Requested  1:30 p.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 26, 2007.

2307431.1

The Court having considered the Motion for an Order Shortening Time for Hearing on Motion to Further Extend Deadline to File Objection to Allowance of Claims filed by the USACM Liquidating Trust [DE 8247], and good cause appearing:

IT IS ORDERED:

1. Granting the Motion;

2. Setting an expedited hearing and giving notice of the hearing on February 4. 2010 at 1:30 p.m. at U.S. Bankruptcy Court, Foley Federal Building, 300 Las Vegas Boulevard South, 3rd Floor, Courtroom No. 1, Las Vegas, Nevada.

3. Any objection to the Motion shall be filed with the Court on or before 5 business days before the hearing and a copy of the filing shall be served on the attorneys for the USACM Liquidating Trust.

### # # #

PREPARED AND SUBMITTED BY:

**LEWIS AND ROCA LLP**

By /s/ John Hinderaker (AZ #18024) (pro hac vice)
Rob Charles, NV 6593
RCharles@LRLaw.com
John Hinderaker (AZ #18024) *(pro hac vice)*
JHinderaker@LRLaw.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada  89169-5996
Facsimile: (702) 949-8321
Telephone: (702) 949-8320
*Attorneys for the USACM Liquidating Trust*

2307431.1

# CERTIFICATE OF NOTICE

```
District/off: 0978-2           User: lakaswm                Page 1 of 10                   Date Rcvd: Jan 10, 2011
Case: 06-10725                 Form ID: pdf984              Total Noticed: 320

The following entities were noticed by first class mail on Jan 12, 2011.
db          +USA COMMERCIAL MORTGAGE COMPANY,    4484 SOUTH PECOS ROAD,    LAS VEGAS, NV 89121-5030
aty         +ANDREW K ALPER,    6500 WILSHIRE BLVD 17TH FLR,    LOS ANGELES, CA 90048-4904
aty         +ARLEY D FINLEY, III,    DIAMOND MCCARTHY, LLP,    6504 BRIDGEPOINT PKWY, STE 400,
              AUSTIN, TX 78730-5095
aty         +BRADLEY J STEVENS,    3300 N CENTRAL AVE,    PHOENIX, AZ 85012-2501
aty         +CHRISTINE M PAJAK,    STUTMAN TREISTER & GLATT,    1901 AVENUE OF THE STARS, 12TH FLOOR,
              LOS ANGELES, CA 90067-6001
aty         +CONSTANTINE KARIDES,    REED SMITH LLP,    599 LEXINGTON AVENUE,    NEW YORK, NY 10022-7684
aty         +CYNTHIA J LARSEN,    ORRICK, HERRINGTON & SUTCLIFFE LLP,    400 CAPITOL MALL, STE 3000,
              SACRAMENTO, CA 95814-4497
aty         +D G MENCHETTI,    POB 7100,    INCLINE VILLAGE, NV 89452-7100
aty         +DAVID R. GRIFFITH,    STEWRT, HUMPHERYS, TURCHETT, ET. AL.,    3120 COHASSET ROAD, SUITE 6,
              POST OFFICE BOX 720,    CHICO, CA 95927-0720
aty         +DERRICK A. SPATORICO,    PHETERSON, STEN, CALABRESE & NEILANS,,    THE WILDER BLDG,
              ONE EAST MAIN ST  #  150,   ROCHESTER, NY 14614-1880
aty          DOUGLAS M MONSON,    RAY QUINNEY & NEBEKER P.C.,    36 SOUTH STATE STREET, STE 1400,    PO BOX 45385,
              SALT LAKE CITY, UT 84145-0385
aty         +ELIZABETH R. LOVERIDGE,    WOODBURY & KESLER, P.C.,    265 EAST 100 SOUTH, SUITE 300,
              SALT LAKE CITY, UT 84111-1647
aty         +ERIC W. SWANIS,    3773 HOWARD HUGHES PKWY. #500 NORTH,    LAS VEGAS, NV 89169-5940
aty         +EVAN BEAVERS,    1625 HIGHWAY 88, #304,    MINDEN, NV 89423-4625
aty         +FOLEY & LARDNER LLP,    321 NORTH CLARK STREET,    SUITE 2800,    CHICAGO, IL 60654-5313
aty         +GEORGE D FRAME,    601 GREENWAY ROAD, STE D,    HENDERSON, NV 89002-8364
aty         +GEORGE DAVIS,    WEIL GOTHAL & MANGES LLP,    767 FIFTH AVENUE,    NEW YORK, NY 10153-0119
aty         +HOLLAND & HART LLP,    HUGHES CENTER,    3800 HOWARD HUGHES PKWY., 10TH FLOOR,
              LAS VEGAS, NV 89169-5958
aty         +JASON G LANDESS,    7054 BIG SPRINGS COURT,    LAS VEGAS, NV 89113-1379
aty         +JAY L. MICHAELSON,    7 W FIGUEROA ST., 2ND FLR,    SANTA BARBARA, CA 93101-3191
aty         +JONATHAN A. MCMAHON,    TINGLEY PIONTKOWSKI LLP,    10 ALMADEN BOULEVARD, SUITE 430,
              SAN JOSE, CA 95113-2238
aty         +JOSHUA D BRYSK,    LAW OFFICES OF JAMES G SCHWARTZ,    7901 STONERIDGE DRIVE, SUITE 401,
              PLEASANTON, CA 94588-3656
aty         +KATE O. MCMONIGLE,    MARKUN ZUSMAN & COMPTON LLP,    465 CALIFORNIA STREET, 5TH FLOOR,
              SAN FRANCISCO, CA 94104-1814
aty          KERIANN M. ATENCIO,    PHOENIX, AZ  85016
aty         +KRIS PICKERING,    ROSA SOLIS-RAINEY, ESQ.,    300 SOUTH FOURTH STREET,    LAS VEGAS, NV 89101-6014
aty         +LEE D. MACKSON,    SHUTTS & BOWEN LLP,    1500 MIAMI CENTER,    201 SOUTH BISCAYNE BOULEVARD,
              MIAMI, FL 33131-4332
aty         +MARJORIE A. GUYMON,    GOLDSMITH & GUYMON, P.C.,    2055 VILLAGE CENTER CIRCLE,
              LAS VEGAS, NV 89134-6251
aty         +MARVIN C. RUTH,    LEWIS AND ROCA LLP,    40 N. CENTRAL AVENUE, SUITE 1900,
              PHOENIX, AZ 85004-4446
aty         +MICHAEL W ANGLIN,    FULBRIGHT & JAWORSKI LLP,    2200 ROSS AVE, STE 2800,    DALLAS, TX 75201-2784
aty         +MICHELLE L. ABRAMS,    ABRAMS & TANKO, LLLP.,    3085 S. JONES BLVD, STE C,
              LAS VEGAS, NV 89146-6767
aty         +NANCY A. PETERMAN,    GREENBERG TRAURIG, LLP,    77 W. WACKER DR., SUITE 2500,
              CHICAGO, IL 60601-1643
aty         +NICHOLAS J SANTORO,    400 S FOURTH ST 3RD FLOOR,    LAS VEGAS, NV 89101-6201
aty         +PATRICIA K. SMOOTS,    318 N GROVE,    OAK PARK, IL 60302-2024
aty         +PAUL EISINGER,    THORNDAL, ARMSTRONG, DELK, ET. AL.,    1100 E. BRIDGER AVENUE,
              LAS VEGAS, NV 89101-5315
aty         +PHILLIPS, CANTOR & BERLOWITZ, P.A.,    4000 HOLLYWOOD BLVD., SUITE 375-SOUTH,
              HOLLYWOOD, FL 33021-6751
aty         +RANDOLPH L. HOWARD,    3320 W. SAHARA AVE., #380,    LAS VEGAS, NV 89102-3202
aty         +REID W. LAMBERT,    WOODBURY & KESLER,    265 EAST 100 SOUTH, SUITE 300,
              SALT LAKE CITY, UT 84111-1647
aty         +RICHARD D. GREEN, JR.,    3773 HOWARD HUGHES PKWY, STE 500 NO,    LAS VEGAS, NV 89169-5940
aty         +RICHARD F. HOLLEY,    400 S. FOURTH ST., 3RD FLOOR,    LAS VEGAS, NV 89101-6201
aty         +SCOTT D. FLEMING,    HALE LANE PEEK DENNISION & HOWARD,    3930 HOWARD HUGHES PKWY, 4TH FLR,
              LAS VEGAS, NV 89169-0947
aty         +STEVEN C STRONG,    RAY QUINNEY & NEBEKER P.C.,    36 SOUTH STATE STREET, STE 1400,
              SALT LAKE CITY, UT 84111-1451
aty         +STEVEN R ORR,    RICHARDS WATSON & GERSHON,    355 SOUTH GRAND AVENUE, 40TH FLOOR,
              LOS ANGELES, CA 90071-1560
aty         +STEVEN T. WATERMAN,    RAY QUINNEY & NEBEKER, P.C.,    36 SOUTH STATE STREET, SUITE 1400,
              P.O. BOX 45385,    SALT LAKE CITY, UT 84145-0385
aty         +STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION,    1901 AVENUE OF THE STARS, 12TH FLR,
              LOS ANGELES, CA 90067-6001
aty         +THOMAS R. BROOKSBANK,    BROOKSBANK & ASSOCIATES,    689 SIERRA ROSE DR, STE A2,
              RENO, NV 89511-2376
aty         +THOMAS W STILLEY,    1000 SW BROADWAY #1400,    PORTLAND, OR 97205-3066
aty         +VICTORIA L NELSON,    400 S. FOURTH STREET, 3RD FLOOR,    LAS VEGAS, NV 89101-6201
aty         +WENDY W. SMITH,    BINDER & MALTER, LLP,    2775 PARK AVENUE,    SANTA CLARA, CA 95050-6004
aty         +WILLIAM E WINFIELD,    POB 9100,    OXNARD, CA 93031-9100
aty          ZACHARIAH LARSON,    LARSON & STEPHENS,    801 S. CASINO CENTER BLVD. #104,    LAS VEGAS, NV  89101
aty         +ZACHARIAH LARSON,    LARSON & STEPHENS,    810 S. CASINO CENTER BLVD., STE 104,
              LAS VEGAS, NV 89101-6719
cr          +1992 HOWARD G. STRINGER TRUST,    C/O HOWARD G. STRINGER TRUSTEE,
              9330 SOUTH EASTERN AVE., APT 112,    LAS VEGAS, NV 89123
intp        +A. WILLIAM CEGLIA,    3720 POCOHENA COURT,    WASHOE VALLEY, NV 89704-9646
cr          +AARON I. OSHEROW,    8025 MARYLAND AVENUE,    APT 10-C,    ST. LOUIS, MO 63105-3892
cr          +ALDON G. COOK,    259 HAMMOCK TERRACE,    VENICE, FL 34293-1012
cr           AMERICAN EXPRESS BANK FSB,    PO BOX 3001,    MALVERN, PA  19355-0701
```

```
District/off: 0978-2           User: lakaswm                Page 2 of 10                 Date Rcvd: Jan 10, 2011
Case: 06-10725                 Form ID: pdf984              Total Noticed: 320

cr            +AMTRUST BANK,   C/O SIDHU LAW FIRM, LLC,   810 S. CASINO CENTER BLVD,   SUITE 104,
                LAS VEGAS, NV 89101-6719
cr            +ANDREW WELCHER,   C/O WILLIAM E WINFIELD,   1000 TOWN CENTER DR. 6TH FL,   POB 9100,
                OXNARD, CA 93031-9100
cr            +ANGELO GORDON & CO,   C/O JED HART,   245 PARK AVE, 26TH FL,   NEW YORK, NY 10167-0094
cr            +ARNOLD R. ALVES,   9904 VILLA GRANITO LANE,   GRANITE BAY, CA 95746-6481
cr            +ARTHUR I. KRISS,   2398 WEST 1050 NORTH,   HURRICANE, UT 84737-3110
cr            +AUDREY WHIGHTSIL,   12450 E. 38TH PLACE,   YUMA, AZ 85367-5967
cr             BALTES COMPANY,   C/O JANET CHUBB   JONES VARGAS,   100 W LIBERTY ST, 12TH FLR,   P.O. BOX 281,
                RENO, NV 89504-0281
intp          +BANK OF AMERICA,   3930 HOWARD HUGHES PKWY, 4TH FLR,   FOURTH FLOOR,   LAS VEGAS, NV 89169-0947
cr            +BEADLE, MCBRIDE & REEVES, LLP,   HOWARD & HOWARD,   3800 HOWARD HUGHES PKWY #850,
                LAS VEGAS, NV 89169-5914
cr            +BERNIE SANDLER,   C/O MICHAELSON SUSI & MICHAELSON,   SEVEN W FIGUEROA ST,   2ND FLOOR,
                SANTA BARBARA, CA 93101-3191
cr            +BETTE HAUSERMAN,   350 FAIRFIELD LANE,   LOUISVILLE, CO 80027-3211
cr             BETTY J. PHENIK,   1745 CEDARWOOD R.,   MINDEN, NV  89423
intp          +BETTY KOLSTRUP,   1830 BALBOA DRIVE,   RENO, NV 89503-1802
intp          +BINFORD MEDICAL DEVELOPERS, LLC,   5200 E. 64TH STREET,   INDIANAPOLIS, IN 46220-1519
cr            +BLAKES HOUSE FLORAL & BALLOON CO,   1204 CAMBALLERIA DR,   CARSON CITY, NV 89701-8655
intp          +BOISE-GOWAN LLC,   P.O. BOX 28216,   8585 E HARTFORD DR, STE 500,   SCOTTSDALE, AZ 85255-5474
cr             BOREN LIVING TRUST DATED 6/21/04,   5333 SW 75TH ST APT E34,   GAINESVILLE, FL 32608-7449
cr            +CAPITAL CROSSING BANK,   SCHRECK BRIGNONE,   300 SO FOURTH ST, STE 1200,
                LAS VEGAS, NV 89101-6020
cr            +CAROL MORTENSEN,   4847 DAMON CIRCLE,   SALT LAKE CITY, UT 84117-5854
intp           CAROLE TALAN,   2401-A WATERMAN BLVD. #1-230,   FAIRFIELD, CA  94534
cr            +CDW COMPUTER CENTERS INC,   C/O RECEIVABLE MANAGEMENT SERVICES,
                307 INTERNATIONAL CIRCLE, SUITE 270,   HUNT VALLEY, MD 21030-1322
intp          +CELIA ALLEN GRAHAM,   1460 TWINRIDGE ROAD,   SANTA BARBARA, CA 93111-1223
cr            +CHARLES B. ANDERSON TRUST,   C/O JANET CHUBB JONES VARGAS,   100 W LIBERTY ST, 12TH FLR,
                P.O. BOX 281,   RENO, NV 89504-0281
intp          +CHARLES HUFF,   3426 PINO CIRCLE,   LAS VEGAS, NV 89121-4027
cr            +CHARLES SMALL,   12450 E. 38TH PLACE,   YUMA, AZ 85367-5967
cr             CHRISTINA "TINA" M KEHL,   c/o Janet L. Chubb,   Jones Vargas,
                100 West Liberty Street 12th Floor,   P. O. Box 281,   Reno, NV  89504-0281
cr             CHRISTINA M. KEHL,   JONES VARGAS,   P.O. BOX 281,   RENO, NV  89504-0281
intp           CHURCH OF THE MOVEMENT OF SPIRITUAL INNER AWARENES,   P.O. BOX 513935,   NEWARK, CA  94560-1210
cr            +CLARA CADIEUX,   C/O ALAN R. SMITH,   505 RIDGE ST,   RENO, NV 89501-1719
intp          +CLARK BARTKOWSKI,   P.O. BOX 1180,   DARBY, MT 59829-1180
intp          +CLARK COUNTY ASSESSOR'S OFFICE,   DISTRICT ATTORNEY OFF / K. PHILIPS,
                500 GRAND CENTRAL PKWY, #5075,   LAS VEGAS, NV 89155-4502
cr            +CLARK COUNTY ASSESSOR'S OFFICE,   C/O M W SCHOFIELD,   500 S GRAD CENTRAL PKWY,
                LAS VEGAS, NV 89155-4502
intp          +CLAUDIA VOSS,   14 VIA AMBRA,   NEWPORT COAST, CA 92657-1610
cr            +COLLEEN POINDEXTER,   60 JOANN CT.,   WALNUT CREEK, CA 94597-3205
cr            +COPE & GUERRA,   595 HUMBOLDT STREET,   RENO, NV 89509-1603
intp          +CROSBIE B. RONNING,   P.O. BOX 8419,   INCLINE VILLAGE, NV 89452-8419
intp          +CT,   a Wolters Kluwer Business,   1209 ORANGE STREET,   WILMINGTON, DE 19801-1120
intp          +CT CORPORATION,   1209 ORANGE STREET,   WILMINGTON, DE 19801-1120
cr             CYNTHIA A. WINTER,   JONES VARGAS,   P.O. BOX 281,   RENO, NV  89504-0281
cr             DANIEL J. KEHL,   JONES VARGAS,   P.O. BOX 281,   RENO, NV  89504-0281
cr            +DANIEL J. OBERLANDER,   Goold Patterson Ales & Day,   4496 S Pecos Road,
                LAS VEGAS, NV 89121-5030
intp          +DARRELL M. WONG,   250 E. LINE STREET,   BISHOP, CA 93514-3502
cr            +DEEDRA COOK,   259 HAMMOCK TERRACE,   VENICE, FL 34293-1012
cr            +DERRICK SPATORICO,   THE WILDER BLDG,   ONE EAST MAIN ST #150,   ROCHESTER, NY 14614-1880
intp          +DESERT CAPITAL REIT, INC.,   1291 GALLERIA DRIVE, STE 200,   HENDERSON, NV 89014-8634
cr            +DOUGLAS CARSON,   C/O JEFFREY HARTMAN, ESQ,   510 WEST PLUMB LANE,   STE. B,
                RENO, NV 89509-3693
cr            +DR. JAMES & TRACY MURPHY,   MAUPIN, COX & LEGOY,   P.O. BOX 30000,   RENO, NV 89520-3000
cr            +E. GRACE MARSTON TRUSTEE OF THE MARSTON FAMILY TRU,   E. MARSTON,   1184 CAMANO COURT,
                SAN JOSE, CA 95122-3015
cr            +EARL HAUSERMAN,   350 FAIRFIELD LANE,   LOUISVILLE, CO 80027-3211
cr            +EDWARD J. GRYL,   5605 SE MATOUSEK ST,   STUART, FL 34997-3414
cr            +EDWARD KLINE,   9932 ARBUCKLE DRIVE,   LAS VEGAS, NV 89134-7530
cr            +EDWARD SCHOONOVER,   164 SHORETT DR.,   FRIDAY HARBOR, WA 98250-8140
intp          +EDWIN ARNOLD,   20170 REDWOOD DRIVE,   FORESTHILL, CA 95631-9638
cr            +EMILIO J ANGELI & CHRISTINE E ANGELI,   345 LUKE MEADOW LN,   CARY, NC 27519-8720
cr            +ERNA D. GRUNDMAN,   114 E YOLO STREET,   ORLAND, CA 95963-1938
cr            +ESTATE OF DANIEL TABAS,   C/O JONATHAN J. BART, ESQ SILVERMAN....,   TWO PENN CENTER #910,
                PHILADELPHIA, PA 19102-1742
op            +Eugene Buckley,   McDonald Carano Wilson LLP,   2300 W. Sahara Avenue,   Suite 1000,
                Las Vegas, NV 89102-4396
cr            +FERTITTA ENTERPRISES, INC.,   C/O JANET L. CHUBB   JONES VARGAS,   100 W LIBERTY ST, 12TH FLR,
                PO BOX 281,   RENO, NV 89504-0281
cr            +FLOCERFIDA BENINCASA,   9359 ROPING COWBOY AVE,   LAS VEGAS, NV 89178-6251
intp          +FLORENCE ALEXANDER,   P.O. BOX 915144,   LONGWOOD, FL 32791-5144
intp          +FRANCES PHILLIPS,   2275 SCHOONER CIRCLE,   RENO, NV 89519-5743
cr            +FRANK RAYMOND LEE,   P.O. BOX 14023,   LAS VEGAS, NV 89114-4023
intp          +FRANKLIN STRATFORD INVESTMENT LLC,   8585 E HARTFORD DRIVE, STE 500,   SCOTTDALE, AZ 85255-5474
cr             FREEDOM PROPERTIES,   18695 OCEANSIDE LN,   MONUMENT, CO 80132-8860
fa             FTI CONSULTING, INC.,   2 NORTH CENTRAL AVENUE, STE 1200,   PHOENIX, AZ 85004-2349
cr            +GAIL WILCOX,   PO BOX 1051,   MINDEN, NV 89423-1051
intp          +GARETH AR CRANER,   P.O. BOX 1284,   MINDEN, NV 89423-1284
```

```
District/off: 0978-2           User: lakaswm                Page 3 of 10              Date Rcvd: Jan 10, 2011
Case: 06-10725                 Form ID: pdf984              Total Noticed: 320

cr           GATEWAY STONE ASSOCIATES, LLC,    C/O DANIEL WHITE, ESQ.,    23 CORPORATE PLAZA DRIVE,   SUITE 160,
              NEWPORT BEACH, CA 92660-7942
cr          +GEORGE & MIRIAM GAGE,    C/O SCOTT D. FLEMING, ESQ.,    HALE LANE, ATTYS AT LAW,
              3930 HOWARD HUGHES PARKWAY,    FOURTH FLOOR,    LAS VEGAS, NV 89169-0943
cr          +GEORGE GAGE TRUST DATED 10-8-99,    C/O SCOTT D. FLEMING, ESQ.,    HALE LANE, ATTYS AT LAW,
              3930 HOWARD HUGHES PARKWAY,    FOURTH FLOOR,    LAS VEGAS, NV 89169-0943
intp        +GRABLE L RONNING,    P.O. BOX 8419,    INCLINE VILLAGE, NV 89452-8419
intp        +GRAHAM FAMILY TRUST DATED 10/26/78,    1460 TWINRIDGE ROAD,    SANTA BARBARA, CA 93111-1223
intp        +GREAT WHITE INVESTMENTS, NV, INC.,    3990 VEGAS DRIVE,    LAS VEGAS, NV 89108-1933
cr          +HALL FINANCIAL GROUP, LTD,    SANTORO, DRIGGS, WALCH, ET AL.,    400 SOUTH FOURTH STREET, 3RD FLOOR,
              LAS VEGAS, NV 89101-6201
cr          +HALL PHOENIX INWOOD, LTD.,    SANTORO, DRIGGS, WALCH, ET AL.,    400 SOUTH FOURTH STREET, 3RD FLOOR,
              LAS VEGAS, NV 89101-6201
cr          +HARRY JESSUP,    2009 WESTLUND DR.,    LAS VEGAS, NV 89102-6100
cr          +HARVEY FAMILY TRUST DATE APRIL 13, 1987,    2932 EAGLESTON CR,    Las Vegas, NV 89128-7724
cr          +HELEN B. JESSUP,    2009 WESTLUND DR.,    LAS VEGAS, NV 89102-6100
cr         ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
              PHILADELPHIA PA 19101-7346
             (address filed with court: IRS,    POB 21126,    PHILADELPHIA, PA  19114)
intp        +INVESTORS COMMERCIAL CAPITAL, LLC,    9960 West Cheyenne Avenue,    Las Vegas, NV 89129-7701
cr           JACK HOGGARD,    7022 RUSHWOOD DR.,    EL DORADO HILLS, CA 95762-5002
cr          +JACK J. BEAULIEU REVOCABLE LIVING TRUST,    c/o Jack J. Beaulieu, Trustee,
              2502 Palma Bista Avenue,    Las Vegas, NV 89121-2129
cr          +JAIRO CASTILLO,    C/O ALAN R. SMITH,    505 RIDGE,    RENO, NV 89501-1719
intp        +JAMES FEENEY,    PO BOX 19122,    RENO, NV 89511-0893
intp         JAMES SHAW,    14225 PRAIRIE FLOWER CT,    RENO, NV 89511-6710
cr          +JAMES W. MCCOLLUM,    915 OCEAN BLVD.,    CORONADO, CA 92118-2839
cr          +JASON HOLT,    1203 BRIARSTONE DR,    BOULDER CITY, NV 89005-2143
cr          +JASPER BENINCASA, JR.,    9359 ROPING COWBOY AVE.,    LAS VEGAS, NV 89178-6251
cr          +JAY C. MCLAUGHLIN,    4843 SOUTH POINT,    DISCOVERY BAY, CA 94505-9491
cr          +JAY S STEIN,    C/O MICHAELSON SUSI & MICHAELSON,    SEVEN W FIGUEROA ST,    2ND FLOOR,
              SANTA BARBARA, CA 93101-3191
cr          +JAYEM FAMILY LIMITED PARTNERSHIP,    SNELL & WILMER,    3800 HOWARD HUGHES PKWY.,    SUITE 1000,
              LAS VEGAS, NV 89169-5958
intp        +JAYEM FAMILY LTD PARTNERSHIP,    7 PARADISE VALLEY CT,    HENDERSON, NV 89052-6706
intp        +JEAN BARTKOWSKI,    P.O. BOX 1180,    DARBY, MT 59829-1180
cr          +JEAN SPANGLER,    3460 SQUAW ROAD,    WEST SACRAMENTO, CA 95691-5434
cr          +JED BARISH,    SIMMTEX INC.,    6160 MAJESTIC WIND AVE,    LAS VEGAS, NV 89122-3700
intp        +JEFF KARR,    825 COPPER BASIN RD.,    PRESCOTT, AZ 86303-7210
cr          +JERROLD T. MARITIN,    8423 PASO ROBLES,    NORTHRIDGE, CA 91325-3425
cr          +JERRY JOHNSON,    5401 BROADWAY TERRACE,    OAKLAND, CA 94618-1767
cr          +JOAN H. SCOTT,    4112 SINEW COURT,    LAS VEGAS, NV 89129-5448
cr          +JOANNE M. GRUNDMAN,    1608 BROWN STREET,    CARSON CITY, NV 89701-3504
cr          +JOHN C. DUCKLEE,    700 FLANDERS RD.,    RENO, NV 89511-4760
cr          +JOHN L. WADE, TRUSTEE OF THE JOHN L. WADE TRUST DT,    881 LAKE COUNTRY DRIVE,
              INCLINE VILLAGE, NV 89451-9042
intp        +JOHN PETER LEE, LTD.,    830 LAS VEGAS BLVD SO,    LAS VEGAS, NV 89101-6723
cr           JOSEPH H. DEUERLING,    2602 W LAKE RIDGE SHRS,    RENO, NV  89519-5780
cr          +JOYCE WATSON,    10612 BLACK IRON ROAD,    LOUISVILLE, KY 40291-4004
cr          +JUDD ROBBINS,    2305-C ASHLAND STREET #437,    ASHLAND, OR 97520-3777
cr           JUDITH L. FOUNTAIN IRREVOCABLE TRUST DATED 8/26/97,    C/O JANET CHUBB    JONES VARGAS,
              100 W LIBERTY ST, 12TH FLR,    P.O. BOX 281,    RENO, NV  89504-0281
cr           JUDY A. BONNET,    JONES VARGAS,    P.O. BOX 281,    RENO, NV 89504-0281
cr          +KAREN PETERSEN TYNDALL TRUST,    C/O GOOLD PATTERSON ALES & DAY,    4496 SOUTH PECOS RD,
              LAS VEGAS, NV 89121-5030
intp        +KATHLEEN MOORE,    450 OPAL DRIVE,    HENDERSON, NV 89015-6835
cr           KEHL DEVELOPMENT CORPORATION,    JONES VARGAS,    P.O. BOX 281,    RENO, NV  89504-0281
cr          +KENNETH H WYATT,    PO BOX 370400,    LAS VEGAS, NV 89137-0400
cr          +KENNETH ZAWACKI,    PO BOX 5156,    BEAR VALLEY, CA 95223-5156
cr           KEVIN A. KEHL,    C/O JANET CHUBB,    100 W. LIBERTY ST, 12TH FLR,    P.O. BOX 281,
              RENO, NV  89504-0281
cr           KEVIN A. MCKEE,    JONES VARGAS,    P.O. BOX 281,    RENO, NV 89504-0281
cr           KEVIN KEHL ITF ANDREW KEHL,    C/O JANET CHUBB    JONES VARGAS,    100 W LIBERTY ST, 12TH FLR,
              P.O. BOX 281,    RENO, NV  89504-0281
cr           KEVIN KEHL ITF SUSAN L. KEHL,    C/O JANET CHUBB    JONES VARGAS,    100 W LIBERTY ST, 12TH FLR,
              PO BOX 281,    RENO, NV  89504-0281
intp        +KOLESAR & LEATHAM, CHTD.,    3320 W SAHARA AVENUE,    SUITE 380,    LAS VEGAS, NV 89102-3202
cr           KRYSTINA L. KEHL,    JONES VARGAS,    P.O. BOX 281,    RENO, NV 89504-0281
cr          +LESTER AVILA,    61 COUR DE LA CEDRANT,    SPARKS, NV 89434-9500
cr           LOS VALLES LAND & GOLF, LLC,    C/O PAULINE NG LEE, ESQ.,    HALE LANE, ATTYS AT LAW,
              2930 HOWARD HUGHES PARKWAY,    4TH FLOOR,    LAS VEGAS, NV 89169
cr          +LUCIUS BLANCHARD,    c/o GOOLD PATTERSON,    4496 south pecos,    Las Vegas, NV 89121-5030
cr          +LYNN KANTOR,    IRA,    C/O RICHARD J MASON,    130 PINETREE LANE,    RIVERWOODS, IL 60015-1915
op          +MARC A. LEVINSON,    ORRICK, HERRINGTON & SUTCLIFFE LLP,    400 CAPITOL MALL, STE 30000,
              SACRAMENTO, CA 95814-4407
intp        +MARGARET B. MCGIMSEY TRUST,    C/O WILLIAM L. MCGIMSEY, ESQ.,    516 SO 6TH STREET, STE 300,
              LAS VEGAS, NV 89101-6998
intp        +MARGARET GRAF,    2530 GREAT HIGHWAY,    SAN FRANCISCO, CA 94116-2613
intp        +MARILY MOLITCH,    2251 N. RAMPART BLVD. #185,    LAS VEGAS, NV 89128-7640
cr          +MARILYN HILBORN,    798 SAN REMO WAY,    BOULDER CITY, NV 89005-3528
intp        +MARK OLDS,    25 NORTH WASHINGTON STREET,    PORT WASHINGTON, NY 11050-2700
intp        +MARK R CAMPBELL,    300 S. HARBOR BLVD. #700,    ANAHEIM, CA 92805-3719
intp        +MARKUN ZUSMAN & COMPTON LLP,    C/O KATE O. MCMONIGLE,    465 CALIFORNIA STREET, 5TH FLOOR,
              SAN FRANCISCO, CA 94104-1814
```

```
District/off: 0978-2           User: lakaswm                Page 4 of 10             Date Rcvd: Jan 10, 2011
Case: 06-10725                 Form ID: pdf984              Total Noticed: 320

cr           +MARLIN L WONDERS,    4262 E CATALINA AVE,    MESA, AZ 85206-1917
intp         +MARTIN LEAF,   71 PIERCE ROAD   BOX 142,    WINDSOR, MA 01270-0142
intp         +MATTHEW MOLTICH,    2251 N. RAMPART BLVD. #185,    LAS VEGAS, NV 89128-7640
cr           +MESIROW FINANCIAL INTERIM MANAGEMENT, LLC,     C/O GREENBERG TRAURIG, LLP,
               3773 HOWARD HUGHES PARKWAY,    SUITE 500 NORTH,    LAS VEGAS, NV 89169-5940
cr           +MICHAEL P. MOLLO,    316 S. BROADWAY #B,    REDONDO BEACH, CA 90277-3709
cr           +MICHAEL W. GORTZ,    7820 EMERALD HARBOR CT,    LAS VEGAS, NV 89128-7263
cr           +MICHAEL and CAROL HEDLUND,    C/O ALBRIGHT, STODDARD, WARNICK & ALBRIG,
               801 SO RANCHO DR, STE D-4,    LAS VEGAS, NV 89106-3807
intp         +MIKLOS STEUER,    P.O. BOX 60267,    LAS VEGAS, NV 89160-0267
cr           +MIRIAM FRANKLIN,    2431 MARINER SQ. DR. #317,    ALAMEDA, CA 94501-1683
cr           +MMS,   MEETING MANAGEMENT SERVICES, INC.,    1201 NEW JERSEY AVE., NW,    WASHINGTON, DC 20001-1225
cr            MOJAVE CANYON INC.,    C/O JANET CHUBB    JONES VARGAS,    100 W LIBERTY ST, 12TH FLR,
               P.O. BOX 281,    RENO, NV 89504-0281
intp         +MOLITCH 97 TRUST,    2251 N. RAMPART BLVD. #185,    LAS VEGAS, NV 89128-7640
cr           +MORTON J PORT,    PO BOX 4505,    INCLINE VILLAGE, NV 89450-4505
cr           +MOUNTAIN WEST MORTGAGE, LLC,    GOLDSMITH & GUYMON,    2055 N VILLAGE CTR CR,
               LAS VEGAS, NV 89134-6251
intp         +NANCY GOLDEN,    5524 RAINER ST.,    VENTURA, CA 93003-1135
cr            NANCY O’HERRON,    3773 E KETTLE PL,    AURORA, CO   80016
intp         +NATIONAL REAL ESTATE HOLDINGS, INC.,    Adams & Rocheleau, LLC.,    400 N. Stephanie,   Suite 260,
               Henderson, NV 89014-6800
cr           +NEVADA STATE BANK,    C/O HOLLAND & HART LLP,    3800 HOWARD HUGHES PKWY,    10TH FLOOR,
               LAS VEGAS, NV 89169-5958
cr           +NEVADA STATE BANK,    C/O GREENBERG TRAURIG, LLP,    2375 E. CAMELBACK ROAD, SUITE 700,
               PHOENIX, AZ 85016-9000
cr           +NIENKE A. LELS-HOHMANN,    2275 BROADWAY STREET, APT. 206,    SAN FRANCISCO, CA 94115-1207
intp         +NORMA DEULL,    140 RIVERSIDE DR. #8A,    NEW YORK, NY 10024-2605
crcm         +OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA,    3993 HOWARD HUGHES PKWY, STE 600,
               LAS VEGAS, NV 89169-5996
cr           +OSVALDO LIVING TRUST ZUNINO,    3575 TIOGA WAY,    LAS VEGAS, NV 89169-3340
cr           +PALM TERRACE CLAIMANTS,    C/O JONATHAN A. MCMAHON,    10 ALMADEN BOULEVARD, SUITE 430,
               SAN JOSE, CA 95113-2238
cr           +PAT A. DOLCE,    4031 Coogan Circle,    Culver City, CA 90232-3704
cr            PATRICIA E VON EUW,    7431 LINTWHITE ST,    NORTH LAS VEGAS, NV   89084-2500
cr           +PATRICIA L PORT,    PO BOX 4505,    INCLINE VILLAGE, NV 89450-4505
intp         +PATRICIA PONTAK,    250 E. LINE STREET,    BISHOP, CA 93514-3502
cr           +PATRICK & SUSAN DAVIS, HUSBAND & WIFE JTWROS,    737 BANNERMAN LANE,    FORT MILL, SC 29715-7858
cr            PATRICK J. ANGLIN,    JONES VARGAS,    P.O. BOX 281,    RENO, NV 89504-0281
cr           +PAUL A. JACQUES,    810 SE 7TH ST A-103,    DEERFIELD BEACH, FL 33441-4868
intp         +PAUL GRAF,    2530 GREAT HIGHWAY,    SAN FRANCISCO, CA 94116-2613
cr           +PAUL LINNEY,    232 COURT STREET,    RENO, NV 89501-1808
cr           +PEGGY ANN VALLEY,    4843 SOUTH POINT,    DISCOVERY BAY, CA 94505-9491
cr           +PETER M DIGRAZIA,    MAUPIN COX & LEGOY,    P.O. BOX 30000,    RENO, NV 89520-3000
intp         +PHILLIPS FAMILY TRUST DATED OCTOBER 24, 1989,    2275 SCHOONER CIRCLE,    RENO, NV 89519-5743
cr           +PHYLLIS P WYATT,    PO BOX 370400,    LAS VEGAS, NV 89137-0400
cr           +PIERCY BOWLER TAYLOR & KERN,    88 KEARNY STREET, 10TH FLOOR,    SAN FRANCISCO, CA 94108-5524
cr            PLATINUM PROPERTIES 1, INC.,    c/o James D. Greene, Esq.,    Brownstein Hyatt Farber Schreck,
               100 City Parkway, Suite 1600,    Las Vegas, NV 89106-4614
intp         +PONTAK WONG REVOCABLE TRUST DATED JAN. 19, 2004,    250 E. LINE STREET,    BISHOP, CA 93514-3502
intp         +PROJECT DISBURSEMENT GROUP, INC.,    823 SO SIXTH ST,    LAS VEGAS, NV 89101-6923
cr           +R J ROCCO,    12617 COTTAGEVILLE LANE,    KELLER, TX 76244-5711
cr           +R&N REAL ESTATE INVESTMENTS,    3990 VEGAS DRIVE,    LAS VEGAS, NV 89108-1933
intp         +RANEE L. CEGLIA,    3720 POCOHENA COURT,    WASHOE VALLEY, NV 89704-9646
cr           +RAYMOND J. ZURFLUH, JR.,    5719 CONSTITUTION WAY,    REDDING, CA 96003-3078
cr            RETIREMENT ACCOUNTS, INC.,    Bradley Paul Elley, Esq.
cr           +RICHARD CADIEUX,    C/O ALAN R. SMITH,    505 RIDGE STREET,    RENO, NV 89501-1719
intp         +RICHARD PHILLIPS,    ESTATE OF JAMES C. STILL,    23 GLENEDEN COURT,    CONROE, TX 77384-4575
cr           +RICHARD THURMOND LTD PARTNERSHIP,    720 S. FOURTH STREET,    SUITE 300,    LAS VEGAS, NV 89101-6743
intp          RICHARD WILLIAMS,    2401-A WATERMAN BLVD. #1-230,    FAIRFIELD, CA   94534
intp         +RIO RANCHO EXECUTIVE PLAZA LLC,    8324 E HARTFORD DRIVE, STE 110,    SCOTTSDALE, AZ 85255-5497
cr           +RITA P. ANDERSON TRUST,    C/O JANET CHUBB    JONES VARGAS,    100 LIBERTY ST, 12TH FLR,
               P.O. BOX 281,    RENO, NV 89504-0281
intp         +ROAM DEVELOPMENT GROUP, LP,    C/O RICE, SILBEY REUTHER & SULLIVAN, LLP,
               3960 HOWARD HUGHES PKWY, STE 700,    LAS VEGAS, NV 89169-5983
intp          ROBERT A RUSSELL,    110040 E HAPPY VALLEY RD., #351,    SCOTTSDALE, AZ   85255-2380
intp         +ROBERT A. COWMAN,    1525 WINTERWOOD AVENUE,    SPARKS, NV 89434-6730
cr            ROBERT A. KEHL,    JONES VARGAS,    P.O. BOX 281,    RENO, NV 89504-0281
intp         +ROBERT A. RUSSELL,    8585 HARTFORD DRIVE, STE 500,    SCOTTSDALE, AZ 85255-5474
cr           +ROBERT J. KEHL,    C/O JANET CHUBB,    100 W LIBERTY ST, 12TH FLOOR,    P.O. BOX 281,
               RENO, NV 89504-0281
cr           +ROBERT OXENDORF,    ROBERT OXENDORF TRUST,    3023 S 84TH ST,    MILWAUKEE, WI 53227-3703
cr           +ROBERT ROWLEY,    C/O MICHAELSON SUSI & MICHAELSON,    SEVEN W FIGUEROA ST,    2ND FLOOR,
               SANTA BARBARA, CA 93101-3191
cr           +ROBERT SUSSKIND,    9900 WILBUR MAY PARKWAY #206,    RENO, NV 89521-4002
intp         +ROBERT VERCHOTA,    C/O JEFFREY A COGAN, ESQ,    3990 VEGAS DRIVE,    LAS VEGAS, NV 89108-1933
cr           +ROBERT W. SCOTT,    4112 SINEW COURT,    LAS VEGAS, NV 89129-5448
intp         +ROBIN B GRAHAM,    1460 TWINRIDGE ROD,    SANTA BARBARA, CA 93111-1223
intp         +ROGER BRUCE,    7875 GEYSER HILL LANE,    LAS VEGAS, NV 89147-5640
cr           +ROLLAND P. WEDDELL,    C/O MATTHEW J. KREUTZER, ESQ.,    3930 HOWARD HUGHES PKWY, 4TH FLR,
               LAS VEGAS, NV 89169-0947
cr            RUDI EICHLER,    5112 ALFINGO ST,    LAS VEGAS, NV   89135-3215
cr            RUTH ANN KEHL,    JONES VARGAS,    P.O. BOX 281,    RENO, NV 89504-0281
```

```
District/off: 0978-2          User: lakaswm               Page 5 of 10              Date Rcvd: Jan 10, 2011
Case: 06-10725               Form ID: pdf984             Total Noticed: 320

intp         +Randolph L. Howard, Esq.,   c/o Kolesar & Leatham, Chtd.,    3320 W. Sahara Ave., Ste. 380,
               Las Vegas, NV 89102-3202
cr           +SALLY HOLT,    1203 BRIARSTONE DR,    BOULDER CITY, NV 89005-2143
intp         +SALLY OLDS,    25 NORTH WASHINGTON STREET,    PORT WASHINGTON, NY 11050-2700
cr           +SAM COSTANZA,    9809 CANTEBURY ROSE LANE,    LAS VEGAS, NV 89134-5913
intp         +SANDRA L. COWMAN,    1525 WINTERWOOD AVENUE,    SPARKS, NV 89434-6730
cr            SB INVESTORS,    300 SOUTH FOURTH STREET,    SUITE 1200,    LAS VEGAS, NV 89031
cr            SHARON JUNO,    C/O MARION E. WYNNE, ESQUIRE,    POST OFFICE BOX 1367,    FAIRHOPE, AL 36533-1367
sp           +SHEA & CARLYON, LTD.,    228 S 4TH ST 1ST FL,    LAS VEGAS, NV 89101-5705
cr           +SHIRLEY J. ZURFLUH,    5719 CONSTITUTION WAY,    REDDING, CA 96003-3078
intp          SIERRA HEALTH SERVICES, INC.,    ATTN: FRANK COLLINS, ESQ.,    2724 N. TENAYA WAY,    P.O. BOX 15645,
               LAS VEGAS, NV 89114-5645
cr           +SIERRA LIQUIDITY FUND, LLC,    C/O WILDE HANSEN LLP,    208 SOUTH JONES BLVD.,
               LAS VEGAS, NV 89107-2657
intp          SPECTRUM CAPITAL, LLC,    6167 JARIS AVE. #304,    NEWARK, CA 94560-1210
cr           +SPECTRUM FINANCIAL GROUP,    C/O MATTHEW J KREUTZER, ESQ,    3930 HOWARD HUGHES PKWY, 4TH FLR,
               LAS VEGAS, NV 89169-0947
cr           +STANDARD PROPERTY DEVELOPMENT, LLC,    C/O STEPHENS GOURLEY & BYWATER,    3636 NO RANCHO DR,
               LAS VEGAS, NV 89130-3149
intp         +STANLEY ALEXANDER TRUST,    P.O. BOX 915144,    LONGWOOD, FL 32791-5144
intp          STANLEY E FULTON,    Las Vegas, NV 89120
intp         +STEPHEN PHILLIPS,    2275 SCHOONER CIRCLE,    RENO, NV 89519-5743
intp         +STEPTOE & JOHNSON LLP,    2121 Avenue of the Stars, 28th Floor,    Los Angeles, CA 90067-5010
cr           +STEVE WATSON,    10612 BLACK IRON ROAD,    LOUISVILLE, KY 40291-4004
cr           +STEVE WILCOX,    PO BOX 1051,    MINDEN, NV 89423-1051
intp         +STUART MADSEN,    5843 VALLE VISTA COURT,    GRANITE BAY, CA 95746-8215
cr           +SYDNEY SIEMENS,    309 #2 MORETON BAY LANE,    GOLETA, CA 93117-6235
intp         +TECHNOLOGY INVESTMENT PARTNERS, L.L.C.,    ATTN: STACEY L. FARMER,    40950 WOODWARD AVENUE,
               SUITE 201,    BLOOMFIELD HILLS, MI 48304-5127
cr           +TED GLASSRUD ASSOCIATES OF STUART FL, INC BY ITS M,   C/O TED GLASRUD ASSOCIATES INC.,
               1700 WEST HIGHWAY 36 SUITE 650,    ROSEVILLE, MN 55113-4027
cr           +TEMECULA PUBLIC FINANCE AUTHORITY,    c/o SIDHU LAW FIRM, LLC,    810 S. CASINO CENTER BLVD.,
               SUITE 104,    LAS VEGAS, NV 89101-6719
cr           +TERRY MARKWELL,    12765 SILVER WOLF ROAD,    RENO, NV 89511-4797
intp         +THE BOSWORTH 1988 FAMILY TRUST,    P.O. BOX 8419,    INCLINE VILLAGE, NV 89452-8419
cr            THE CHIAPPETTA TRUST DATED 4/1/03,    C/O PAT M & JOANN CHIAPPETTA,    118 BEE CREEK COURT,
               GEORGETOWN, TX 78633-5320
cr           +THE COSTANZA 1987 DECEDENT’S TRUST,    C/O SAM COSTANZA,    9809 CANTEBURY ROSE LANE,
               LAS VEGAS, NV 89134-5913
cr           +THE LARRY L. RIEGER AND PATSY R. RIEGER REVOCABLE,    C/O LARRY & PATSY RIEGER, TRUSTEES,
               2615 GLEN EAGLES DRIVE,    RENO, NV 89523-2080
cr           +THE LEVY FAMILY TRUST - 5/5/94,    C/O MIRIAM FRANKLIN - TRUSTEE,
               2431 MARINER SQUARE DR. APT 317,    ALAMEDA, CA 94501-1683
intp         +THE WILD WATER LIMITED PARTNERSHIP,    P.O. BOX 8419,    INCLINE VILLAGE, NV 89452-8419
cr           +THOMAS M KETELLE AND MARY KETELLE FAMILY TRUST,    3105 LOTUS HILL DRIVE,
               LAS VEGAS, NV 89134-8988
cr           +TIMOTHY AND JO ANN BURRUS,    3880 W. HIDDEN VALEY DR.,    RENO, NV 89502-9584
cr           +TITO CASTILLO,    C/O ALAN R. SMITH,    505 RIDGE ST,    RENO, NV 89501-1719
cr           +TITO CASTILLO,    13390 PARKSIDE TERRACE,    COOPER CITY, FL 33330-2642
cr            TOBIAS VON EUW,    SUN CITY ALIANTE,    7431 LINTWHITE ST,    NORTH LAS VEGAS, NV 89084-2500
cr           +TRUSTEE OF KANTOR NEPHROLOGY CONSULTANTS, LTD,    130 PINETREE LANE,    RIVERWOODS, IL 60015-1915
intp         +U. S. Securities and Exchange Commission,    ATTN: Gregory C. Glynn,
               5670 Wilshire Blvd., 11th Floor,    Los Angeles, CA 90036-5627
intp         +U.S. BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCU,    125 S GRAND AVE,    PASADENA, CA 91105-1643
cr           +UNITED STATES SECURITIES AND EXCHANGE COMMISSION,    5670 WILSHIRE BLVD., 11TH FLOOR,
               LOS ANGELES, CA 90036-5627
cr           +UNIVERSAL MANAGEMENT, INC.,    5280 S. EASTERN AVE., SUITE D-3,    LAS VEGAS, NV 89119-2303
cr           +VINCE DANELIAN,    P.O. BOX 97782,    LAS VEGAS, NV 89193-7782
intp         +VOSS FAMILY TRUST,    14 VIA AMBRA,    NEWPORT COAST, CA 92657-1610
cr           +WALLS FAMILY TRUST DTD 12/10/97,    C/O JOSEPH P & ELLEN WALLS,    2778 BEDFORD WAY,
               CARSON CITY, NV 89703-4618
cr            WARREN HOFFMAN FAMILY INVESTMENTS, LP,    JONES VARGAS,    P.O. BOX 281,    RENO, NV 89504-0281
cr           +WILLIAM R. MORENO,    10016 ROLLING GLEN CT.,    LAS VEGAS, NV 89117-0952
cr           +WILLIAM SPANGLER,    3460 SQUAW ROAD,    WEST SACRAMENTO, CA 95691-5434
intp         +WOLF VOSS,    14 VIA AMBRA,    NEWPORT COAST, CA 92657-1610
cr           +Wendy E Wolkenstein,    6089 Doroca St,    Las Vegas, NV 89148-5575
cr           +YVONNE R WONDERS,    4262 E CATALINA AVE,    MESA, AZ 85206-1917

The following entities were noticed by electronic transmission on Jan 11, 2011.
aty           +E-mail/Text: rcharles@lrlaw.com                            LEWIS AND ROCA LLP,
               3993 HOWARD HUGHES PKWY, #600,    LAS VEGAS, NV 89169-5996
aty           +E-mail/Text: rcharles@lrlaw.com                            LEWIS AND ROCA LLP,   ATTN: ROB CHARLES,
               3993 HOWARD HUGES PKWY, STE 600,    LAS VEGAS, NV 89169-5996
aty            E-mail/Text: twynne@wbbwlaw.com                            MARION E. WYNNE,
               WILKINS, BANKESTER, BILES & WYNNE, P.A.,    POST OFFICE BOX 1367,    FAIRHOPE, AL 36533-1367
cr            +E-mail/Text: cjkiland@aol.com                              CAROL KILAND IRA,    524 REGENTS GATE DRIVE,
               HENDERSON, NV 89012-7234
cr             E-mail/Text: thtjr@me.com                                  CHARMAINE TRIMBLE EXEMPTION TRUST,
               C/O THOMAS H. TRIMBLE JR. TRUSTEE,    PO BOX 820,    CARNELIAN BAY, CA 96140-0820
intp          +E-mail/Text: jjwilliams@haincapital.com                    HAIN CAPITAL GROUP, LLC,
               MEADOWS OFFICE COMPLEX,    301 ROUTE 17,    16TH FLOOR,    RUTHERFORD, NJ 07070-2575
intp           E-mail/Text: prakelt@sbcglobal.net                         HANS J. PRAKELT,
               2401-A WATERMAN BLVD. #1-230,    FAIRFIELD, CA 94534
```

```
District/off: 0978-2           User: lakaswm                Page 6 of 10                  Date Rcvd: Jan 10, 2011
Case: 06-10725                 Form ID: pdf984              Total Noticed: 320

The following entities were noticed by electronic transmission (continued)
intp             E-mail/Text: jamescielen@dovemagic.com                             JAMES CIELEN,
                 2880 BICENTENNIAL PKWY STE 100,    PMB 223,    HENDERSON, NV 89044-4484
intp            +E-mail/Text: jamescielen@dovemagic.com                             JAMES R CIELEN IRA,
                 9775 S. MARYLAND PKWY. #F102,    LAS VEGAS, NV 89183-7122
cr              +E-mail/Text: afurtado@kcnvlaw.com
                 KUMMER KAEMPFER BONNER RENSHAW & FERRARIO,    3800 HOWARD HUGHES PKWY,    LAS VEGAS, NV 89169-0913
cr               Fax: 202-326-4112 Jan 11 2011 03:29:39       PENSION BENEFIT GUARANTY CORPORATION,
                 OFFICE OF GENERAL COUNSEL,    1200 K ST, NW,    WASHINGTON, DC  20005-4026
cr              +E-mail/Text: randdex@gmail.com                               RAND SULLIVAN,    853 OLD QUARRY RD. S.,
                 LARKSPUR, CA 94939-2218
intp            +E-mail/Text: bobogren@gmail.com                              ROBERT L. OGREN,
                 3768 RICK STRATTON DRIVE,    LAS VEGAS, NV 89120-2647
cr              +E-mail/Text: robert.w.ulm@gmail.com                          ROBERT ULM,    414 MORNING GLORY ROAD,
                 ST. MARYS, GA 31558-4139
                                                                                                 TOTAL: 14

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             ANDREW M PARLEN
aty             GORDON & SILVER, LTD.
aty             ORRICK, HERRINGTON & SUTCLIFFE, LLP
aty             RAY, QUINNEY & NEBEKER P.C.
aty             SCHWARTZER & MCPHERSON LAW FIRM
aty             STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
cr              3800 Prince Street, LLC
cr              401(K) PROFIT SHARING PLAN, LYNN KANTOR
cr              ALBERT DANIEL ANDRADE
cr              ALBERT LEE
intp            ALBRIGHT, STODDARD, WARNICK & PALMER
cr              ALEX GASSIO
fa              ALVAREZ & MARSAL, LLC
intp            ANGELINE CHRISTIANSON
intp            ANTHONY G. ADAMS
intp            ASPEN SQUARE MANAGEMENT, INC.
res             ASSET RESOLUTION LLC
cr              AUGUST J. AMARAL, INC.
cr              AUGUSTINE TUFFANELLI
cr              AYLENE GERINGER
cr              Alfred Olsen, Jr.,    3990 Vegas Drive,    Las Vegas
intp            B & L INVESTMENTS, INC.
intp            BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
cr              BARRY J. GOLDSTEIN
sp              BECKLEY SINGLETON, CHTD.
cr              BERNARD SANDLER
intp            BEVERLY SWEZEY
cr              BILL OVCA
cr              BRENDA J. HIGH IRA C/O FIRST TRUST CO. OF ONAGA CU
intp            BRETT SEABERT
intp            BRIAN M. ADAMS, ESQ.
cr              BUCKALEW TRUST
cr              C. NICHOLAS PEREOS, ESQ.
intp            CABERNET HIGHLANDS, LLC
intp            CANEPA GROUP
intp            CANEPA GROUP
cr              CAPITAL MORTGAGE INVESTORS, INC.
intp            CARMEL WINKLER
cr              CAROL J. PRUNER
intp            CAUGHLIN CLUB MANAGEMENT PARTNERS, LLC
intp            CAUGHLIN CLUB REAL PROPERTY INVESTORS, LLC
intp            CCRE INVESTORS, LLC
cr              CELSO ACOSTA
intp            CHARDONNAY VILLAGE INVESTORS, LLC
cr              CHRISTINE L. SPINDEL
cr              CITICORP VENDER FINANCE, INC. fka EAB LEASING CORP
cr              CITY OF TEMECULA
intp            CLASSIC RESIDENCES, LLC
cr              COMMUNITY BANK OF NEVADA
intp            COMPASS PARTNERS LLC
intp            COMSTOCK VILLAGE INVESTORS, LLC
cr              CONNIE COBB
cr              CONNIE WESTBROOK
intp            CRAIG ORROCK
intp            CROSS DEVELOPMENT/MONTGOMERY, LP
intp            CURTIS F CLARK
cr              D.G. MENCHETTI PENSION PLAN
cr              DANIEL AND CLAIRE LISEK
intp            DANIEL D NEWMAN
cr              DANIEL D NEWMAN
cr              DAVID E. GACKENBACH
cr              DAVID FOSSATI
intp            DAVID VAN HATTEM
sp              DAVID W. HUSTON
intp            DAYCO FUNDING CORPORATION
intp            DDH FINANCIAL CORP.
```

```
District/off: 0978-2           User: lakaswm                Page 7 of 10             Date Rcvd: Jan 10, 2011
Case: 06-10725                 Form ID: pdf984              Total Noticed: 320

               ***** BYPASSED RECIPIENTS (continued) *****
intp         DEAN CHRISTIANSON
cr           DEAN SHACKLEY
cr           DEBT ACQUISITION COMPANY OF AMERICA
cr           DEL BUNCH
intp         DELOITTE & TOUCHE LLP
sp           DIAMOND MCCARTHY TAYLOR FINLEY & LEE, LLP
intp         DIAMOND VILLAGE INVESTORS 1 & 12, LLC
intp         DIAMOND VILLAGE INVESTORS 11, LLC
intp         DIRECT LENDERS-BENEFICIARIES
cr           DONALD L HESS
intp         DONALD SWEZEY
cr           DONNA CANGELOSI
intp         DOUBLE DIAMOND HOMES, LLC
intp         DOUBLE DIAMOND MANAGEMENT COMPANY, LLC
cr           ED SCHOONOVER
cr           EDWARD W HOMFELD,   HOMFELD II, LLC
cr           ELLYSON GALLOWAY
intp         EMIGH INVESTMENTS, LLC
intp         EQUUS MANAGEMENT GROUP, INC.
cr           ERIN E MACDONALD, TRUSTEE OF THE ERIN E. MCDONALD
cr           ERNESTINE BUNCH
cr           ERVEN J NELSON AND FRANKIE J NELSON TRUST
cr           ERVEN J NELSON LTD PROFIT SHARING PLAN
cr           EVALYN C TAYLOR
intp         EVELYN ASHER SHEERIN, TRUSTEE FOR THE BENEFIT OF T
intp         EVELYN ASHER SHERRIN, TRUSTEE OF THE CHRIS AND EVE
intp         EVELYN G CANEPA TRUST
cr           FERN APTER
intp         FIRST SAVINGS BANK, CUSTODIAN FOR PATRICK DAVIS IR
intp         FOOTHILL COMMERCE CENTER, LLC
intp         FORD ELSAESSER
cr           FRANK SNOPKO
cr           G KANTOR
cr           GARY KANTON
cr           GARY L. KANTON, M.D., TRUSTEE KANTOR   NEPHROLOGY C
cr           GARY L. KANTOR
cr           GARY MICHELSEN
cr           GARY R. SMITH
intp         GARY T. & LORI R. CANEPA, TRUSTEES OF THE G. & L.
cr           GAYLE HARKINS
cr           GAZELLA TEAGUE LIVING TRUST
cr           GERALD LABOSSIERE
cr           GERALD LEWIS
cr           GOOLD PATTERSON ALES ROADHOUSE, & DAY
cr           GREGORY J. WALCH
cr           GUY ARCHER
cr           HAMILTON M. HIGH IRA C/O FIRST TRUST CO. OF ONAGA
cr           HANSLIK FAMILY TRUST DATED 12/23/91
cr           HASPINOV, LLC
intp         HERMAN M. ADAMS, ESQ.
cr           HIGHLAND CRUSADER FUND, LTD.
app          HILCO REAL ESTATE LLC/HILCO REAL ESTATE APPRAISAL,
cr           HOMES FOR AMERICA HOLDINGS, INC.
intp         HOMEWOOD VILLAGE INVESTORS I, LLC
cr           INTERIM COMMITTEE OF CONCERNED INVESTORS
cr           JACK S. TIANO
cr           JAMES CORISON
cr           JAMES E. MCKNIGHT
intp         JAMIE WISE
cr           JANE HENDLER
cr           JANE UNLAND
cr           JANICE LUCAS
cr           JEFFREY L. EDWARDS
intp         JERRY MCGIMSEY
cr           JOAN M CRITTENDEN
intp         JOE LOPEZ
cr           JOHN DUTKIN
cr           JOHN HANDAL
cr           JOHN MICHELSEN
cr           JOHN UNLAND
cr           JOSEPH AND LORETTA DONNOLO
cr           JOSEPH D. MILANOWSKI
cr           JOSEPH D. MILANOWSKI 1998 TRUST
cr           JUANITA SANTORO
cr           JUDITH LEWIS
cr           JUDITH ROBINSON
intp         KAREN S. CHRISTIANSON
cr           KATHLEEN M. EDWARDS
cr           KEVIN J. HIGGINS & ANA MARIE HIGGINS FAMILY TRUST
intp         KRAIG KNUDSEN
intp         KREG ROWE
intp         LA HACIENDA LAND INVESTORS, INC.
cr           LARRY L. RIEGER
```

```
District/off: 0978-2           User: lakaswm                Page 8 of 10              Date Rcvd: Jan 10, 2011
Case: 06-10725                 Form ID: pdf984              Total Noticed: 320

              ***** BYPASSED RECIPIENTS (continued) *****
 cr              LAW OFFICES OF JAMES J. LEE
 cr              LENDERS PROTECTION GROUP
 cr              LEO G MANTAS
 cr              LERIN HILLS, LTD
 cr              LIBERTY BANK
 cr              LOIS MAE SCOTT
 intp            LONGLEY PROFESSIONAL CAMPUS, LLC
 intp            LONGLEY TOWN CENTRE, LLC
 cr              LORRAINE GUNDERSON
 cr              LOU O. MALDONADO
 intp            LOUIS JOHN CANEPA TRUSTEE OF THE LOUIS JOHN CANEPA
 cr              LOUISE G. SHERK, TRUSTEE OF THE LOUISE G. SHERK, M
 intp            LOUISE TEETER
 cr              LUCILLE LABOSSIERE
 cr              LYNN KANTOR, IRA
 cr              MANFRED S. SPINDEL
 cr              MARCIA J. KNOX
 cr              MARILYN & MATTHEW MOLITCH
 cr              MARILYN MOLITCH
 cr              MARK ZIPKIN
 cr              MATTHEW MOLITCH
 intp            MICHAEL EFSTRATIS
 cr              MICHAEL PETERSEN
 cr              MICHAEL RICCI
 intp            MICHAEL WAGNON
 intp            MICHAELSON, SUSI & MICHAELSON
 intp            MINERS VILLAGE INVESTORS, LLC
 cr              ML CBO IV (CAYMAN) LTD.
 cr              MONROE MAYO
 intp            MONTICELLO INVESTORS, LLC
 intp            MOUNTAINVIEW CAMPUS INVESTORS, LLC
 intp            MP TANAMERA, LLC
 cr              NANCY E. ROMMEL,   TRUSTEE OF ROMMEL FAMILY TRUST - 10/6/78
 intp            NASON,YEAGER, GERSON, WHITE & LIOCE, P.A.
 cr              NICHOLAS J SANTORO
 intp            NORMAN TEETER
 crcm            OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF U
 crcm            OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF U
 crcm            OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS O
 crcm            OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT R
 cr              PAM CAPITAL FUNDING, L.P.
 cr              PAMCO CAYMAN, LTD.
 cr              PATRICIA GOLDSTEIN
 intp            PATRICK DAVIS
 cr              PATSY R. RIEGER
 cr              PCMG TRADING PARTNERS XXII, L.P.
 cr              PECOS PROFESSIONAL PARK, LLC
 cr              PHILP BENJAMIN RBR PARTNERSHIP
 intp            PIONEER VILLAGE INVESTORS, LLC
 intp            PRESERVE AT GALLERIA, LLC
 cr              PROSPECT HIGH INCOME FUND
 intp            RENO CORPORATE CENTER, LLC
 intp            RENO DESIGN CENTER, LLC
 cr              RICHARD G WORTHEN
 cr              RICHARD MCKNIGHT
 cr              ROBERT B. GEIGER
 cr              ROBERT DIBIAS, TRUSTEE OF THE LOUISE G. SHERK, M.D
 intp            ROBERT G TEETER
 cr              ROBERT J. ROWLEY
 cr              ROBERT J. SCOTT
 cr              ROBERT W. ULM, TRUSTEE OF THE ULM LIVING TRUST
 cr              RODNEY ROLOFF
 intp            RONALD H. PACHECO
 cr              ROSEBERRY FAMILY LP
 intp            ROWE FAMILY TRUST
 cr              ROY R. VENTURA, JR.
 intp            ROYAL VACATION SUITES, INC.
 intp            RTTC COMMUNICATIONS, LLC
 intp            RUDOLF WINKLER
 cr              RUTH E. GEIGER
 cr              Royal Landholdings, LLC
 cr              S & J ENTERPRISE INVESTMENTS, INC.
 intp            SALVATORE J REALE
 intp            SANDHILL BUSINESS CAMPUS, LLC
 cr              SANTORO DRIGGS WALCH KEARNEY JOHNSON & THOMPSON
 cr              SCC ACQUISITION CORP.
 intp            SCOTT K CANEPA
 intp            SCOTT K CANEPA DEFINED BENEFIT PENSION PLAN
 intp            SHARON MCGIMSEY
 cr              SHARYN ROLOFF
 cr              SHAUNA M. WALCH
 intp            SHAWNTELLE DAVIS-CANEPA
 cr              SHERRY R. SMITH
```

```
District/off: 0978-2           User: lakaswm              Page 9 of 10             Date Rcvd: Jan 10, 2011
Case: 06-10725                 Form ID: pdf984            Total Noticed: 320

              ***** BYPASSED RECIPIENTS (continued) *****
 fa           SIERRA CONSULTING GROUP, LLC
 intp         SIERRA LIQUIDITY FUND, LLC.
 intp         SIERRA VISTA INVESTORS, LLC
 res          SILAR ADVISORS, LP
 res          SILAR SPECIAL OPPORTUNITIES FUND, LP
 intp         SOUTH MEADOWS COMMERCIAL PROPERTY, LLC
 intp         SOUTH MEADOWS OFFICE INVESTORS, LLC
 intp         SPARKS GALLERIA INVESTORS II, LLC
 intp         SPARKS GALLERIA INVESTORS, LLC
 intp         SPCP GROUP, LLC
 intp         STANLEY ALEXANDER
 intp         STATE OF NEVADA DEPARTMENT OF BUSINESS AND INDUSTR,    Mortgage Lending Division
 intp         STATE OF NEVADA MORTGAGE LENDING DIVISION
 cr           SUE SCHOONOVER
 intp         SUSAN DAVIS
 cr           SUSAN GACKENBACH
 intp         TANAMERA COMMERCIAL DEVELOPMENT, LLC
 intp         TANAMERA CORPORATE CENTER, LLC
 intp         TANAMERA DEVELOPMENT LLC
 intp         TANAMERA HOMES, LLC
 intp         TANAMERA RESORT CONDOMINIUMS, LLC
 intp         TANAMERA RESORT PARTNERS, LLC
 cr           TARIQ CHAUDHRY
 intp         TCD FINANCIAL CORP.
 intp         TCD LAND INVESTMENTS, LLC
 intp         TERRENCE JOHNSON
 cr           TERRI NELSON
 cr           TESSERACT TRUST DATED 3/31/04
 cr           THE IVAN NORMAN AND BEVERLY ANNE DAVIS F
 intp         THE MACDONALD CENTER FOR ARTS AND HUMANITIES
 intp         THE MEADOWS INVESTORS, LLC
 intp         THE VINEYARD INVESTORS, LLC
 cr           THOMAS HANTGES
 op           THOMAS J. ALLISON
 intp         U.S. BANKRUPTCY COURT
 intp         UNITED STATES DISTRICT COURT
 intp         UNITED STATES OF AMERICA
 jtadm        USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
 jtadm        USA CAPITAL FIRST TRUST DEED FUND, LLC
 jtadm        USA CAPITAL REALTY ADVISORS, LLC
 cr           USA COMMERCIAL REAL ESTATE GROUP
 cr           USA INVESTMENT PARTNERS, LLC
 jtadm        USA SECURITIES, LLC
 intp         USACM LIQUIDATING TRUST
 intp         VINEYARD HIGHLANDS, LLC
 intp         VINEYARD PROFESSIONAL CAMPUS, LLC
 cr           WANDA WRIGHT TRUSTEE FOR THE WANDA WRIGHT TRUST 6-
 intp         WATERFORD PARTNERS, LLC
 cr           WELLS FARGO BANK OF NEVADA AND WELLS FARGO BANK
 intp         WESTERN UNITED LIFE ASSURANCE CO
 cr           WILLIAM P. MCQUERY, JR.
 cr           WORLD LINKS GROUP LLC
 intp         WYNDGATE PARTNERS II, LLC
 intp         WYNDGATE VILLAGE INVESTORS, LLC
 cr           WYNN A. GUNDERSON
 cr           ZAWACKI LLC (COLLECTIVELY "MANTAS GROUP")
 aty*        +SHEA & CARLYON, LTD.,    228 S 4TH ST  1ST FL,    LAS VEGAS, NV 89101-5705
 cr*         +HOWARD CONNELL,    1001 JENNIS SILVER ST,    LAS VEGAS, NV 89145-8684
 cr*         +LORENE CONNELL,    1001 JENNIS SILVER ST,    LAS VEGAS, NV 89145-8684
 aty        ##+ANNETTE W JARVIS,    POB 45385,    SALT LAKE CITY, UT 84145-0385
 aty        ##+BOLICK & BOYER,    C/O ERVEN T. NELSON, ESQ.,    6060 W. ELTON AVENUE, SUITE A,
                LAS VEGAS, NV 89107-0126
 aty        ##+RICHARD E KAMMERMAN,    RICHARD KAMMERMAN PC,    7200 N MOPAC, SUITE 150,    AUSTIN, TX 78731-3069
 aty        ##+ROBERT C. LEPOME,    10120 S. EASTERN AVE., #200,    HENDERSON, NV 89052-3926
 intp        ##BONNY K. ENRICO,    2072 ALMYRA ROAD,    SPARTA, TN 38583-5168
 intp       ##+BRUCE MCGIMSEY,    c/o William L. McGimsey, Esq.,    601 East Charleston Blvd.,
                Las Vegas, NV 89104-1508
 intp       ##+CHARMA BLOCK,    201 S. 18th STREET #2119,    PHILADELPHIA, PA 19103-5945
 intp       ##+COPPER SAGE COMMERCE CENTER,    ATTN: ROBERT A RUSSELL,    P.O. BOX 28216,
                SCOTTSDALE, AZ 85255-0153
 intp       ##+CRAIG MEDOFF,    3110 LARKWOOD CREEK,    FALLBROOK, CA 92028-8622
 intp        ##DAVID R. ENRICO,    2072 ALMYRA ROAD,    SPARTA, TN 38583-5168
 cr         ##+GREEN VALLEY SECURE INVESTMENTS,    2625 GREEN VALLEY PARKWAY,    SUITE 125,
                HENDERSON, NV 89014-0218
 intp       ##+HOWARD CONNELL,    1001 JENNIS SILVER ST,    LAS VEGAS, NV 89145-8684
 cr          ##HUMPHRY 1999 TRUST,    C/O JACK & ALICE HUMPHRY TTEES,    3825 CHAMPAGNE WOOD DR.,
                NORTH LAS VEGAS, NV 89031-2056
 intp        ##JAMES DICKINSON,    2652 1/2 LAKE VIEW TERRACE EAST,    LOS ANGELES, CA  90039-2605
 intp       ##+JEROME BLOCK,    201 S. 18th STREET #2119,    PHILADELPHIA, PA 19103-5945
 cr         ##+JOHN W STEWART,    5600 BOULDER HWY,    APT 1615,    LAS VEGAS, NV 89122-7202
 intp       ##+JOHNNY CLARK,    C/O WILLIAM L. MCGIMSEY, ESQ,    601 EAST CHARLESTON BLVD.,
                LAS VEGAS, NV 89104-1508
 cr         ##+LINDA KETTERMAN,    321 N. 19TH STREET,    ENID, OK 73701-4532
```

```
District/off: 0978-2          User: lakaswm              Page 10 of 10            Date Rcvd: Jan 10, 2011
Case: 06-10725               Form ID: pdf984            Total Noticed: 320

            ***** BYPASSED RECIPIENTS (continued) *****
intp        ##+LORENE CONNELL,    1001 JENNIS SILVER ST,    LAS VEGAS, NV 89145-8684
cr          ##+NORMAN KIVEN,    SNELL & WILMER L.L.P.,    3800 HOWARD HUGHES PKWY, STE 1000,
              LAS VEGAS, NV 89169-5958
intp         ##PAMELA MARTON,    2652 1/2 LAKE VIEW TERRACE EAST,    LOS ANGELES, CA  90039-2605
intp        ##+PHYLLIS KARR,    825 COPPER BASIN ROAD,    PRESCOTT, AZ 86303-7210
cr          ##+RAY KETTERMAN,    321 N. 19TH STREET,    ENID, OK 73701-4532
                                                                              TOTALS: 288, * 3, ## 23
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 12, 2011**                               **Signature:**    _Joseph Speetjens_