E-filed: January 24, 2011

| | |
|---|---|
| Marc A. Levinson (California Bar No. 57613) | Robert Kinas (Nevada Bar No. 6019) |
| Jeffery D. Hermann (California Bar No. 90445) | Claire Dossier (Nevada Bar No. 10030) |
| ORRICK, HERRINGTON & SUTCLIFFE LLP | SNELL & WILMER LLP |
| 400 Capitol Mall, Suite 3000 | 3883 Howard Hughes Parkway, Suite 1100 |
| Sacramento, California 95814-4497 | Las Vegas, Nevada 89169 |
| Telephone:    (916) 447-9200 | Telephone:    (702) 784-5200 |
| Facsimile:     (916) 329-4900 | Fax:              (702) 784-5252 |
| Email:    malevinson@orrick.com | Email:    rkinas@swlaw.com |
|            jhermann@orrick.com |            cdossier@swlaw.com |
|            sdon@orrick.com | |

*ATTORNEYS FOR USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br><br>           Debtors | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR<br><br>Chapter Number: 11<br><br>Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |

Affects:
- ☐ All Debtors
- ☐ USA Commercial Mortgage Company
- ☐ USA Securities, LLC
- ☐ USA Capital Realty Advisors, LLC
- ☒ USA Capital Diversified Trust Deed Fund, LLC
- ☐ USA First Trust Deed Fund, LLC

**CERTIFICATE OF SERVICE**

   I served the **POST-EFFECTIVE DATE USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC'S TWELFTH REPORT OF ACTION TAKEN AND PROGRESS TOWARDS CONSUMMATION OF CONFIRMED PLAN OF REORGANIZATION** [Docket No. 8260] for Snell & Wilmer L.L.P. and Orrick, Herrington & Sutcliffe LLP, attorneys for USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, in the above matter via the following means on the date specified to the persons as listed below:

/ / /

/ / /

12427749.1

<div style="writing-mode: vertical-rl">Snell & Wilmer<br>L.L.P.<br>LAW OFFICES<br>3883 HOWARD HUGHES PARKWAY, SUITE 1100<br>LAS VEGAS, NEVADA 89169<br>(702)784-5200</div>

**VIA ECF SYSTEM (January 21, 2011)**:

See ECF filing receipt attached as Exhibit 1.

**VIA U.S. MAIL (postage fully prepaid) (January 24, 2011)**:

GEORGE A DAVIS
CADWALADER WICKERSHAM & TAFT LLP
ONE WORLD FINANCIAL CTR
NEW YORK NY 10281

GEOFFREY L BERMAN
DEVELOPMENT SPECIALISTS INC
333 S GRAND AVE #4070
LOS ANGELES CA 90071-1544

MICHAEL TUCKER
FTI CONSULTING
ONE RENAISSANCE SQ
TWO N CENTRAL AVE #1200
PHOENIX AZ 85004-2322

ROBERT P GOE
GOE & FORSYTHE
660 NEWPORT CTR DR #320
NEWPORT BEACH CA 92660

RICHARD W ESTERKIN
ASA S HAMI
MORGAN LEWIS & BOCKIUS LLP
300 S GRAND AVE 22ND FL
LOS ANGELES CA 90071-3132

AUGUST B LANDIS
OFFICE OF THE US TRUSTEE
300 LAS VEGAS BLVD S #4300
LAS VEGAS NV 89101

WILLIAM J OVCA JR, TRUSTEE
DEFINED PENSION PLAN
OVCA ASSOCIATES INC
16872 BARUNA LN
HUNTINGTON BEACH CA 92649

DEBORAH D WILLIAMSON
COX SMITH MATTHEWS INC
112 E PECAN ST #1800
SAN ANTONIO TX 78205

KATE O MCMONIGLE
MARKUN ZUSMAN & COMPTON LLP
465 CALIFORNIA ST #500
SAN FRANCISCO CA 94104

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702) 784-5200

12427749.1

BRADLEY N BOODT
HOLLAND & HART LLP
3800 HOWARD HUGHES PKWY 10TH FL
LAS VEGAS NV 89169

JAMES W PENGILLY ESQ
CRAIG D SLATER ESQ
PENGILLY ROBBINS SLATER BELL
10080 W ALTA DR #140
LAS VEGAS NV 89145

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 24th day of January, 2011.

_Mary Full_
Mary Full

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

12427749.1

- 3 -

# EXHIBIT 1

# EXHIBIT 1

**Miscellaneous:**

<u>06-10725-lbr</u> USA COMMERCIAL MORTGAGE COMPANY

Type: bk                    Chapter: 11 v              Office: 2 (Las Vegas)
Assets: y                   Judge: lbr                 Case Flag: EXHS, BAPCPA,
                                                       LEAD, JNTADMN, APPEAL

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from ROBERT R. KINAS entered on 1/21/2011 at 3:31 PM PST and filed on 1/21/2011
**Case Name:**        USA COMMERCIAL MORTGAGE COMPANY
**Case Number:**      <u>06-10725-lbr</u>
**Document Number:** <u>8260</u>

**Docket Text:**
*USA Capital Diversified Trust Deed Fund, LLC's Twelfth Report of Action Taken and Progress Towards Consummation of Confirmed Plan of Reorganization* Filed by
ROBERT R. KINAS on behalf of USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC (KINAS, ROBERT)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\fullm\Desktop\DTDF - 12th Rpt.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/21/2011] [FileNumber=18376834-0
] [3e850ffc4b9841f8fa859576aecb8380921c882c77b5eda5da37d00e2243821ca08
d5d67b5a06e4534a008bd4b671be769ff66cd9f0a6a9ab730e55c38904a06]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS on behalf of Cross Defendant ROCKLIN/REDDING LLC
mabrams@abramstanko.com

FRANKLIN C. ADAMS on behalf of Creditor JAMES CORISON
franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L. ALLF on behalf of Defendant THE WILD WATER LP
Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

FRANK A. ANDERSON on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION
anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH on behalf of Defendant ASHBY USA, LLC
oatamoh@nevadafirm.com,
bkecf@nevadafirm.com;sliberio@nevadafirm.com;manthony@nevadafirm.com;rholley@nevadafirm.com;vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevac

ANTHONY W. AUSTIN on behalf of Interested Party USACM LIQUIDATING TRUST
aaustin@lrlaw.com

JON MAXWELL BEATTY on behalf of Interested Party USACM LIQUIDATING TRUST
mbeatty@diamondmccarthy.com

BMC GROUP, INC.
ecf@bmcgroup.com, mjohn@bmcgroup.com

GEORGANNE W. BRADLEY on behalf of Defendant COMPASS PARTNERS LLC
georganne.bradley@bullivant.com, mopatrny@kcnvlaw.com

KELLY J. BRINKMAN on behalf of Creditor GOOLD PATTERSON ALES ROADHOUSE, & DAY
kbrinkman@gooldpatterson.com

JOSHUA J. BRUCKERHOFF on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
jbruckerhoff@reiddavis.com, egreen@reiddavis.com

ANDREW M. BRUMBY on behalf of Creditor STANDARD PROPERTY DEVELOPMENT, LLC
abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com

LOUIS M. BUBALA on behalf of Creditor BALTES COMPANY
lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

MATTHEW Q. CALLISTER on behalf of Interested Party PROJECT DISBURSEMENT GROUP, INC.
mqc@call-law.com, maggie@call-law.com;nramsey@call-law.com

CANDACE C CARLYON on behalf of Creditor WELLS FARGO BANK OF NEVADA AND WELLS FARGO BANK
wapplegate@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheacarlyon.com;ltreadway@sheacarlyon.com

MICHAEL W. CARMEL
michael@mcarmellaw.com, nancy@mcarmellaw.com;ritkin@steptoe.com

ROBERT M. CHARLES on behalf of Attorney LEWIS AND ROCA LLP
rcharles@lrlaw.com, cjordan@lrlaw.com

MICHAEL W. CHEN on behalf of Creditor HSBC AUTO FINANCE
yvette@ccfirm.com;mrosales@ccfirm.com;tsharpe@ccfirm.com

KEVIN B. CHRISTENSEN on behalf of Creditor ROSEBERRY FAMILY LP
kbc@cjmlv.com

JANET L. CHUBB on behalf of Creditor BALTES COMPANY
bsalinas@armstrongteasdale.com

DAVID A. COLVIN on behalf of Defendant ALABRUJ LIMITED PARTNERSHIP
dcolvin@marquisaurbach.com, mwalters@marquisaurbach.com;kgallegos@marquisaurbach.com;tszostek@marquisaurbach.com

WILLIAM D COPE on behalf of Creditor COPE & GUERRA
cope_guerra@yahoo.com

CICI CUNNINGHAM on behalf of Creditor HIGHLAND CRUSADER FUND, LTD.
ciciesq@cox.net

THOMAS W. DAVIS on behalf of Creditor BEADLE, MCBRIDE & REEVES, LLP
twd@h2law.com

LAUREL E. DAVIS on behalf of Interested Party CANEPA GROUP
ldavis@fclaw.com, mhurtado@fclaw.com

J CRAIG DEMETRAS on behalf of Creditor PAUL LINNEY
JCD@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras-oneill.com

ALLAN B. DIAMOND on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE
COMPANY
adiamond@diamondmccarthy.com

RICHARD I. DREITZER on behalf of Interested Party STATE OF NEVADA DEPARTMENT OF BUSINESS AND INDUSTRY
richard.dreitzer@bullivant.com

BRADLEY PAUL ELLEY on behalf of Creditor RETIREMENT ACCOUNTS, INC.
bpelleylawbk@sbcglobal.net, elnivnv@sbcglobal.net

FRANK A ELLIS on behalf of Creditor ANDREW WELCHER
fellis@lvbusinesslaw.com, laurenc@lvbusinesslaw.com;gailk@lvbusinesslaw.com

THOMAS H. FELL on behalf of Attorney GORDON & SILVER, LTD.
BANKRUPTCYNOTICES@GORDONSILVER.COM;bknotices@gordonsilver.com

SCOTT D. FLEMING on behalf of Creditor GEORGE GAGE TRUST DATED 10-8-99
CArnold@hollandhart.com

DEAN V. FLEMING on behalf of Defendant WELLS FARGO BANK, N.A.
dfleming@fulbright.com, tflores@fulbright.com

GREGORY E GARMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST
DEED FUND, LLC
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

DOUGLAS D. GERRARD on behalf of Counter-Claimant SALVATORE REALE
DGERRARD@GERRARD-COX.COM, ekaymedellin@gerrard-cox.com;dwaddoups@gerrard-cox.com

WADE B. GOCHNOUR on behalf of Creditor LIBERTY BANK
WBG@h2law.com, cmartin@buckleyking.com;jakobson@buckleyking.com

CARLOS A. GONZALEZ on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION
carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov;Mary.Booker@usdoj.gov

GERALD M GORDON on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE
COMPANY
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

R. VAUGHN GOURLEY on behalf of Creditor GATEWAY STONE ASSOCIATES, LLC
vgourley@sgblawfirm.com

TALITHA B. GRAY on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE
COMPANY
bankruptcynotices@gordonsilver.com;bknotices@gordonsilver.com

JAMES D. GREENE on behalf of Creditor CAPITAL CROSSING BANK
jgreene@greeneinfusolaw.com, fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;bschmidt@greeneinfusolaw.com

MARK H. GUNDERSON on behalf of Creditor SPECTRUM FINANCIAL GROUP
lklino@gundersonlaw.com, kharris@gundersonlaw.com

MARJORIE A. GUYMON on behalf of Creditor FRANK LEE
bankruptcy@goldguylaw.com, selenav@goldguylaw.com;ldeeter@goldguylaw.com;kristim@goldguylaw.com

PETER W. GUYON on behalf of Cross Defendant GREAT WHITE INVESTMENTS, NV, INC.
pguyon@yahoo.com

XANNA R. HARDMAN on behalf of Creditor ROSEBERRY FAMILY LP
xhardman@bhfs.com, edavis@bhfs.com;lmaile@bhfs.com

STEPHEN R HARRIS on behalf of Creditor FRANK SNOPKO
noticesbh&p@renolaw.biz

JEFFREY L HARTMAN on behalf of Creditor DOUGLAS CARSON
notices@bankruptcyreno.com, dlg@bankruptcyreno.com

WILLIAM H HEATON on behalf of Defendant SHOBER CONSULTING, INC.
will@nwhltd.com, Solana@nwhltd.com

BRIGID M. HIGGINS on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE
COMPANY
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

MELANIE A. HILL on behalf of Defendant SILAR ADVISORS, LP
filings@whiteandwetherall.com, ksmith@whiteandwetherall.com

JOHN HINDERAKER on behalf of Counter-Defendant USACM LIQUIDATING TRUST
JHinderaker@LRLaw.com, RCreswell@LRLaw.com

RICHARD F. HOLLEY on behalf of Creditor HALL FINANCIAL GROUP, LTD
rholley@nevadafirm.com,
vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com;manthony@nevadafirm.com;oatamoh@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@neva

RANDOLPH L. HOWARD on behalf of Interested Party DAYCO FUNDING CORPORATION
rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

DAVID W. HUSTON on behalf of Defendant HOWARD CONNELL
dwh@hustonlaw.net

JASON A. IMES on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY
bkfilings@s-mlaw.com

CHRISTOPHER D JAIME on behalf of Creditor DR. JAMES & TRACY MURPHY
cjaime@mclrenolaw.com, kbernhardt@mclrenolaw.com

EVAN L. JAMES on behalf of Creditor ROSEBERRY FAMILY LP
elj@cjmlv.com

LARRY C. JOHNS on behalf of Defendant LARRY JOHNS
lcjohns100@embarqmail.com

ERIN E. JONES on behalf of Plaintiff USACM LIQUIDATING TRUST
cburrow@diamondmccarthy.com

TY E. KEHOE on behalf of Creditor LERIN HILLS, LTD
TyKehoeLaw@aol.com

ROBERT R. KINAS on behalf of Creditor JAYEM FAMILY LIMITED PARTNERSHIP
rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;nbaig@swlaw.com;nunzueta@swlaw.com

DEAN T. KIRBY on behalf of Creditor DEBT ACQUISITION COMPANY OF AMERICA
dkirby@kirbymac.com, gsparks@kirbymac.com,jrigg@kirbymac.com;jcastranova@kirbymac.com

KENT F. LARSEN on behalf of Creditor WELLS FARGO BANK OF NEVADA AND WELLS FARGO BANK
kfl@slwlaw.com, cjm@slwlaw.com

BART K. LARSEN on behalf of Interested Party KOLESAR & LEATHAM, CHTD.
blarsen@klnevada.com, jierien@klnevada.com;bankruptcy@klnevada.com

ZACHARIAH LARSON on behalf of Attorney ZACHARIAH LARSON
ecf@lslawnv.com, sstanton@lslawnv.com;akosina@lslawnv.com

SANDRA W. LAVIGNA on behalf of Creditor UNITED STATES SECURITIES AND EXCHANGE COMMISSION
lavignas@sec.gov

JOHN J. LAXAGUE on behalf of Defendant JOHN ROBERT MALLIN & MARIE THERESA MALLIN
jlaxague@caneclark.com

GEORGE C LAZAR on behalf of Cross-Claimant DONALD S. TOMLIN AND DOROTHY R. TOMLIN
glazar@foxjohns.com, gclazar@sbcglobal.net

NILE LEATHAM on behalf of Creditor JEFFREY EDWARDS
nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

ROBERT C. LEPOME on behalf of Creditor JAYEM FAMILY LIMITED PARTNERSHIP
smstanton@cox.net

STEPHEN T LODEN on behalf of Attorney DIAMOND MCCARTHY LLP
sloden@diamondmccarthy.com, cburrow@diamondmccarthy.com

TYSON M. LOMAZOW on behalf of Interested Party COMPASS PARTNERS LLC
tlomazow@milbank.com

ANNE M. LORADITCH on behalf of Counter-Defendant USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
aloraditch@foxrothschild.com, pkois@foxrothschild.com;rdittrich@foxrothschild.com

TIMOTHY A LUKAS on behalf of Counter-Claimant LOS VALLES LAND & GOLF, LLC
ecflukast@hollandhart.com

ERIC D. MADDEN on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
emadden@diamondmccarthy.com, cburrow@diamondmccarthy.com;kbarlett@diamondmccarthy.com

PATRICIA A. MARR on behalf of Creditor LAW OFFICES OF JAMES J. LEE
lvlaw03@yahoo.com

JAMES C. MCCARROLL on behalf of Interested Party SPCP GROUP, LLC
jmccarroll@reedsmith.com, dturetsky@reedsmith.com;aleonard@reedsmith.com

DANIEL J MCCARTHY on behalf of Creditor Royal Landholdings, LLC
dmccarthy@hillfarrer.com

REGINA M. MCCONNELL on behalf of Creditor 401(K) PROFIT SHARING PLAN, LYNN KANTOR
Regina@MLGLawyer.com

WILLIAM L. MCGIMSEY on behalf of Defendant MARGARET B. MCGIMSEY TRUST
lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT on behalf of Creditor RICHARD MCKNIGHT
rmcknight@lawlasvegas.com, gkopang@lawlasvegas.com;cburke@lawlasvegas.com;kelliottforlorm@gmail.com;mmcalonis@lawlasvegas.com

JEANETTE E. MCPHERSON on behalf of Attorney RAY, QUINNEY & NEBEKER P.C.
bkfilings@s-mlaw.com

BRECK E. MILDE on behalf of Creditor ALBERT LEE
bmilde@terra-law.com

SHAWN W MILLER on behalf of Creditor Committee OFFICIAL COMMITEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC
smiller@millerwrightlaw.com, ewright@millerwrightlaw.com;ltreadway@millerwrightlaw.com;efile@millerwrightlaw.com

DAVID MINCIN on behalf of Creditor RICHARD MCKNIGHT
dmincin@lawlasvegas.com, gkopang@lawlasvegas.com;mmcalonis@lawlasvegas.com,kelliottforlorm@gmail.com

JOHN F MURTHA on behalf of Creditor GARY MICHELSEN
jmurtha@woodburnandwedge.com

PETER D. NAVARRO on behalf of Interested Party KOLESAR & LEATHAM, CHTD.
pnavarro@klnevada.com, kgregos@klnevada.com;awhite@klnevada.com;bankruptcy@klnevada.com

ERVEN T. NELSON on behalf of Attorney BOLICK & BOYER
enelson@djplaw.com

VICTORIA L NELSON on behalf of Creditor HOMES FOR AMERICA HOLDINGS, INC.
vnelson@nevadafirm.com,
bkecf@nevadafirm.com;sliberio@nevadafirm.com;oatamoh@nevadafirm.com;rholley@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com

MICHAEL W. O'DONNELL on behalf of Defendant WELLS FARGO BANK, N.A.
modonnell@fulbright.com, kdecker@fulbright.com

JOHN F. O'REILLY on behalf of Creditor MICHAEL PETERSEN
, tor@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;sm@oreillylawgroup.com

TIMOTHY R. O'REILLY on behalf of Creditor MICHAEL PETERSEN
tor@oreillylawgroup.com, jor@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;sm@oreillylawgroup.com

JOHN F. O'REILLY on behalf of Defendant STANLEY FULTON
jor@oreillylawgroup.com, tor@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;sm@oreillylawgroup.com

ANDREW M. PARLEN on behalf of Attorney STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
aparlen@omm.com

STEVE A. PEIRCE on behalf of Defendant WELLS FARGO BANK, N.A.
speirce@fulbright.com

DONALD T. POLEDNAK on behalf of Creditor COMMUNITY BANK OF NEVADA
sandplegal@yahoo.com, spbankruptcy@yahoo.com

LISA A. RASMUSSEN on behalf of Creditor CAROL MORTENSEN
lisa@lrasmussenlaw.com, secretary@lrasmussenlaw.com

PAUL C RAY on behalf of Interested Party JOHN PETER LEE, LTD.
info@johnpeterlee.com

WILLIAM T. REID on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC

wreid@reiddavis.com, sblue@reiddavis.com

HENRY G. RENDLER on behalf of Interested Party SPECTRUM CAPITAL, LLC
henry@rendlerlaw.com

THOMAS RICE on behalf of Interested Party FORD ELSAESSER
trice@coxsmith.com, aseifert@coxsmith.com

GORDON C. RICHARDS on behalf of Creditor CHRISTINE SPINDEL
GCR@ClarkandRichards.com, ALM@ClarkandRichards.com

CHRISTINE A ROBERTS on behalf of Creditor HIGHLAND CRUSADER FUND, LTD.
roberts@sullivanhill.com,
hill@sullivanhill.com;vidovich@sullivanhill.com;mcallister@sullivanhill.com;stephens@sullivanhill.com;stein@sullivanhill.com;calderone@sullivanhill.com;manning@sull

STACY M. ROCHELEAU on behalf of Defendant NATIONAL REAL ESTATE HOLDINGS, INC.
stacy@rocheleaulaw.com, holli@rocheleaulaw.com;melissa@rocheleaulaw.com

GREGORY M SALVATO on behalf of Attorney GREGORY SALVATO
Calendar@Salvatolawoffices.com

SUSAN WILLIAMS SCANN on behalf of Counter-Defendant BINFORD MEDICAL DEVELOPERS, LLC
sscann@deanerlaw.com, palexander@deanerlaw.com

LENARD E. SCHWARTZER on behalf of Attorney SCHWARTZER & MCPHERSON LAW FIRM
bkfilings@s-mlaw.com

MICHAEL J. SCHWARTZER on behalf of Creditor KUMMER KAEMPFER BONNER RENSHAW & FERRARIO
sbogatz@kcnvlaw.com;jsmyth@kcnvlaw.com

BRIAN D. SHAPIRO on behalf of Interested Party MICHAEL CARMEL
bshapiro@brianshapirolaw.com, ecf@brianshapirolaw.com;brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com;candice@brianshapirolaw.com

JAMES PATRICK SHEA on behalf of Creditor Committee OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED
FUND, LLC
jshea@sheacarlyon.com, wapplegate@sheacarlyon.com;rmsmith@sheacarlyon.com;ltreadway@sheacarlyon.com;jcowans@sheacarlyon.com

SHLOMO S. SHERMAN on behalf of Creditor Committee OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED
FUND, LLC
ssherman@sheacarlyon.com,
bankruptcyfilings@sheacarlyon.com;wapplegate@sheacarlyon.com;rmsmith@sheacarlyon.com;kculross@sheacarlyon.com;ltreadway@sheacarlyon.com

AMBRISH S. SIDHU on behalf of Creditor AMTRUST BANK
ecfnotices@sidhulawfirm.com

JEFFREY SLOANE on behalf of Creditor 401(K) PROFIT SHARING PLAN, LYNN KANTOR
lrost@kssattorneys.com, bmoore@kssattorneys.com;lrost@kssattorneys.com

EDGAR C. SMITH on behalf of Creditor 3800 Prince Street, LLC
ecs@nvrelaw.com

ALAN R SMITH on behalf of Creditor LENDERS PROTECTION GROUP
mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com

ROSA SOLIS-RAINEY on behalf of Interested Party DELOITTE & TOUCHE LLP
rsr@morrislawgroup.com

ADAM M. STARR on behalf of Creditor MESIROW FINANCIAL INTERIM MANAGEMENT, LLC
starra@gtlaw.com

DAVID A. STEPHENS on behalf of Creditor GATEWAY STONE ASSOCIATES, LLC
dstephens@sgblawfirm.com

ARIEL E. STERN on behalf of Interested Party BINFORD LENDERS, LLC
ariel.stern@akerman.com,
kerri.nash@akerman.com;diana.erb@akerman.com;jacob.bundick@akerman.com;stacy.warner@akerman.com;jessica.keele@akerman.com;christine.parvan@akerman.com;st

PETER SUSI on behalf of Creditor BERNARD SANDLER
cheryl@msmlaw.com

EDWARD PATRICK SWAN on behalf of Defendant DAVID FOGG
pswan@luce.com, dcharles@luce.com

ERIC W. SWANIS on behalf of Creditor MESIROW FINANCIAL INTERIM MANAGEMENT, LLC
swanise@gtlaw.com, barberc@gtlaw.com;lvlitdock@gtlaw.com

JEFFREY R. SYLVESTER on behalf of Counter-Claimant USA COMMERCIAL REAL ESTATE GROUP
jeff@sylvesterpolednak.com

KAARAN E THOMAS (lv) on behalf of Interested Party B & L INVESTMENTS, INC.
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E. THOMAS on behalf of Defendant BINGHAM MCCUTCHEN, LLP
kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

ROLLIN G. THORLEY on behalf of Creditor IRS
rollin.g.thorley@irscounsel.treas.gov

LISA SHEAUFENG TSAI on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
ltsai@reiddavis.com, tstone@reiddavis.com;jbruckerhoff@reiddavis.com;sblue@reiddavis.com;egreen@reiddavis.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

MICHAEL C. VAN on behalf of Creditor DEAN SHACKLEY
michael@shumwayvan.com, sandy@shumwayvan.com;erica@shumwayvan.com;ashley@shumwayvan.com;douglas@shumwayvan.com

ERIC VAN on behalf of Defendant HMA SALES LLC
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

GREGORY J. WALCH on behalf of Creditor GREGORY WALCH
GWalch@Nevadafirm.com

RUSSELL S. WALKER on behalf of Creditor USA INVESTMENT PARTNERS, LLC
rwalker@wklawpc.com, eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

WHITNEY B. WARNICK on behalf of Creditor MICHAEL and CAROL HEDLUND
wbw@albrightstoddard.com, bstessel@albrightstoddard.com

KIRBY R WELLS on behalf of Defendant JAMES FEENEY
SMartinez@wellsrawlings.com

GREGORY L. WILDE on behalf of Creditor SIERRA LIQUIDITY FUND, LLC
bk@wildelaw.com

KATHERINE M. WINDLER on behalf of Plaintiff ASSET RESOLUTION LLC
katherine.windler@bryancave.com

RYAN J. WORKS on behalf of Defendant BINGHAM MCCUTCHEN, LLP
rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com

RYAN J. WORKS on behalf of Other Prof. Eugene Buckley
, kbarrett@mcdonaldcarano.com

MICHAEL YODER on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

MATTHEW C. ZIRZOW on behalf of Creditor BUCKALEW TRUST
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

**06-10725-lbr Notice will not be electronically mailed to:**

1992 HOWARD G. STRINGER TRUST
C/O HOWARD G. STRINGER TRUSTEE
9330 SOUTH EASTERN AVE., APT 112
LAS VEGAS, NV 89119-6053

CELSO ACOSTA
,

ANTHONY G. ADAMS
,

THOMAS J. ALLISON
,

ANDREW K ALPER on behalf of Interested Party DAYCO FUNDING CORPORATION
6500 WILSHIRE BLVD 17TH FLR
LOS ANGELES, CA 90048

ALVAREZ & MARSAL, LLC
,

ARNOLD R. ALVES
9904 VILLA GRANITO LANE
GRANITE BAY, CA 95746

AUGUST J. AMARAL, INC.
,

AMERICAN EXPRESS BANK FSB
PO BOX 3001
MALVERN, PA 19355-0701

ANGELO GORDON & CO
C/O JED HART
245 PARK AVE, 26TH FL
NEW YORK, NY 10167

MICHAEL W ANGLIN on behalf of Interested Party CROSS DEVELOPMENT/MONTGOMERY, LP

FULBRIGHT & JAWORSKI LLP
2200 ROSS AVE, STE 2800
DALLAS, TX 75201

GUY ARCHER
,

KERIANN M. ATENCIO on behalf of Creditor NEVADA STATE BANK
PHOENIX, AZ 85016

BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
,

JED BARISH
SIMMTEX INC.
6160 MAJESTIC WIND AVE
LAS VEGAS, NV 89122

CLARK BARTKOWSKI
P.O. BOX 1180
DARBY, MT 59829

JEAN BARTKOWSKI
P.O. BOX 1180
DARBY, MT 59829

WILLIAM BATES on behalf of Defendant BINGHAM MCCUTCHEN, LLP
BINGHAM MCCUTCHEN LLP
1900 UNIVERSITY AVENUE
EAST PALO ALTO, CA 94303

EVAN BEAVERS on behalf of Creditor ALBERT LEE
1625 HIGHWAY 88, #304
MINDEN, NV 89423

BECKLEY SINGLETON, CHTD.
,

FLOCERFIDA BENINCASA
9359 ROPING COWBOY AVE
LAS VEGAS, NV 89178

JASPER BENINCASA
9359 ROPING COWBOY AVE.
LAS VEGAS, NV 89178

BLAKES HOUSE FLORAL & BALLOON CO
1204 CAMBALLERIA DR
CARSON CITY, NV 89701

CHARMA BLOCK
201 S. 18th STREET #2119
PHILADELPHIA, PA 19103

JEROME BLOCK
201 S. 18th STREET #2119
PHILADELPHIA, PA 19103

BOREN LIVING TRUST DATED 6/21/04
5333 SW 75TH ST APT E34
GAINESVILLE, FL 32608-7449

BRENDA J. HIGH IRA C/O FIRST TRUST CO. OF ONAGA CUSTODIAN
,

BRIAN M. ADAMS, ESQ.
,

THOMAS R. BROOKSBANK on behalf of Creditor AUGUSTINE TUFFANELLI
BROOKSBANK & ASSOCIATES
689 SIERRA ROSE DR, STE A2
RENO, NV 89511

ROGER BRUCE
7875 GEYSER HILL LANE
LAS VEGAS, NV 89147

JOSHUA D BRYSK on behalf of Creditor DEBRA SIERRA
LAW OFFICES OF JAMES G SCHWARTZ
7901 STONERIDGE DRIVE, SUITE 401
PLEASANTON, CA 94588

DEL BUNCH
,

ERNESTINE BUNCH
,

C RANDALL BUPP on behalf of Cross-Claimant PORTER HURT
2000 CROW CANYON PL #330
SAN RAMON, CA 94583

TIMOTHY AND JO ANN BURRUS
3880 W. HIDDEN VALEY DR.
RENO, NV 89502

C. NICHOLAS PEREOS, ESQ.
,

CLARA CADIEUX
C/O ALAN R. SMITH
505 RIDGE ST
RENO, NV 89501

RICHARD CADIEUX
C/O ALAN R. SMITH
505 RIDGE STREET
RENO, NV 89501

ELISSA F CADISH on behalf of Plaintiff SPECTRUM FINANCIAL GROUP
3930 HOWARD HUGHS PKWY, 4TH FLR
LAS VEGAS, NV 89169

JAIRO CASTILLO
C/O ALAN R. SMITH
505 RIDGE
RENO, NV 89501

TITO CASTILLO
13390 PARKSIDE TERRACE
COOPER CITY, FL 33330

TITO CASTILLO
C/O ALAN R. SMITH
505 RIDGE ST
RENO, NV 89501

CDW COMPUTER CENTERS INC
C/O RECEIVABLE MANAGEMENT SERVICES
307 INTERNATIONAL CIRCLE, SUITE 270
HUNT VALLEY, MD 21030

A. WILLIAM CEGLIA
3720 POCOHENA COURT
WASHOE VALLEY, NV 89704

RANEE L. CEGLIA
3720 POCOHENA COURT
WASHOE VALLEY, NV 89704

CHARMAINE TRIMBLE EXEMPTION TRUST
C/O THOMAS H. TRIMBLE JR. TRUSTEE
PO BOX 820
CARNELIAN BAY, CA 96140

TARIQ CHAUDHRY
,

ANGELINE CHRISTIANSON
,

DEAN CHRISTIANSON
,

KAREN S. CHRISTIANSON
,

CHURCH OF THE MOVEMENT OF SPIRITUAL INNER AWARENESS
P.O. BOX 513935
NEWARK, CA 94560-1210

CLARK COUNTY ASSESSOR'S OFFICE
C/O M W SCHOFIELD
500 S GRAD CENTRAL PKWY
LAS VEGAS, NV 89155

CLARK COUNTY ASSESSOR'S OFFICE
DISTRICT ATTORNEY OFF / K. PHILIPS
500 GRAND CENTRAL PKWY, #5075
LAS VEGAS, NV 89155

HOWARD CONNELL
1001 JENNIS SILVER ST
LAS VEGAS, NV 89145

LORENE CONNELL
1001 JENNIS SILVER ST
LAS VEGAS, NV 89117

ALDON G. COOK
259 HAMMOCK TERRACE
VENICE, FL 34293

DEEDRA COOK
259 HAMMOCK TERRACE
VENICE, FL 34293

SAM COSTANZA
9809 CANTEBURY ROSE LANE
LAS VEGAS, NV 89134

JEFFREY LEE COSTELL on behalf of Defendant LOS VALLES LAND & GOLF, LLC
COSTELL & CORNELIUS LAW CORPORATION
1299 OCEAN AVENUE, #400
SANTA MONICA, CA 90401

ROBERT A. COWMAN
1525 WINTERWOOD AVENUE
SPARKS, NV 89434

SANDRA L. COWMAN
1525 WINTERWOOD AVENUE
SPARKS, NV 89434

GARETH AR CRANER
P.O. BOX 1284
MINDEN, NV 89423

JOAN M CRITTENDEN
,

CT
a Wolters Kluwer Business
1209 ORANGE STREET
WILMINGTON, DE 19801

CT CORPORATION
1209 ORANGE STREET
WILMINGTON, DE 19801

VINCE DANELIAN
P.O. BOX 97782
LAS VEGAS, NV 89193

DANIEL AND CLAIRE LISEK
,

PATRICK DAVIS
,

SUSAN DAVIS
,

GEORGE DAVIS on behalf of Interested Party COMPASS PARTNERS LLC
WEIL GOTHAL & MANGES LLP
767 FIFTH AVENUE
NEW YORK, NY 10153
george.davis@weil.com

JOSEPH H. DEUERLING
2602 W LAKE RIDGE SHRS
RENO, NV 89519-5780

NORMA DEULL
140 RIVERSIDE DR. #8A
NEW YORK, NY 10024

DIAMOND MCCARTHY TAYLOR FINLEY & LEE, LLP
,

PAT A. DOLCE
4031 Coogan Circle
Culver City, CA 90232

ROGER DOWD on behalf of Defendant AMESBURYPORT CORPORATION

600 WORCESTER ROAD, SUITE 501
FRAMINGHAM, MA 01702

JOHN C. DUCKLEE
700 FLANDERS RD.
RENO, NV 89511

E. GRACE MARSTON TRUSTEE OF THE MARSTON FAMILY TRUST DATED 08/13/1993
E. MARSTON
1184 CAMANO COURT
SAN JOSE, CA 95122

RUDI EICHLER
5112 ALFINGO ST
LAS VEGAS, NV 89135-3215

PAUL EISINGER on behalf of Creditor PIERCY BOWLER TAYLOR & KERN
THORNDAL, ARMSTRONG, DELK, ET. AL.
1100 E. BRIDGER AVENUE
LAS VEGAS, NV 89101

EMILIO J ANGELI & CHRISTINE E ANGELI
345 LUKE MEADOW LN
CARY, NC 27519

BONNY K. ENRICO
2072 ALMYRA ROAD
SPARTA, TN 38583-5168

DAVID R. ENRICO
2072 ALMYRA ROAD
SPARTA, TN 38583-5168

ERIN E MACDONALD, TRUSTEE OF THE ERIN E. MCDONALD REVOCABLE LIVING TRUST
,

JAMES FEENEY
PO BOX 19122
RENO, NV 89511

ARLEY D FINLEY on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
DIAMOND MCCARTHY, LLP
6504 BRIDGEPOINT PKWY, STE 400
AUSTIN, TX 78730

FOLEY & LARDNER LLP
321 NORTH CLARK STREET
SUITE 2800
CHICAGO, IL 60610

GEORGE D FRAME on behalf of Counter-Claimant JOHN DUTKIN
601 GREENWAY ROAD, STE D
HENDERSON, NV 89015

MIRIAM FRANKLIN
2431 MARINER SQ. DR. #317
ALAMEDA, CA 94501

FREEDOM PROPERTIES
18695 OCEANSIDE LN
MONUMENT, CO 80132-8860

FTI CONSULTING, INC.
2 NORTH CENTRAL AVENUE, STE 1200
PHOENIX, AZ 85004

GAZELLA TEAGUE LIVING TRUST
,

ROBERT B. GEIGER
,

RUTH E. GEIGER
,

GERRARD COX & LARSEN on behalf of Counter-Claimant SALVATORE REALE
2450 SAINT ROSE PARKWAY, SUITE 200
HENDERSON, NV 89074

NANCY GOLDEN
5524 RAINER ST.
VENTURA, CA 93003

ANDREW P GORDON on behalf of Defendant DAVID FOGG
2300 W SAHARA AVENUE

SUITE 1000
LAS VEGAS, NV 89102

ROBIN B GRAHAM
1460 TWINRIDGE ROD
SANTA BARBARA, CA 93111

GREEN VALLEY SECURE INVESTMENTS
2625 GREEN VALLEY PARKWAY
SUITE 125
HENDERSON, NV 89014

RICHARD D. GREEN on behalf of Creditor MESIROW FINANCIAL INTERIM MANAGEMENT, LLC
3773 HOWARD HUGHES PKWY, STE 500 NO
LAS VEGAS, NV 89169

DAVID R. GRIFFITH on behalf of Creditor ALBERT ANDRADE
STEWRT, HUMPHERYS, TURCHETT, ET. AL.
3120 COHASSET ROAD, SUITE 6
POST OFFICE BOX 720
CHICO, CA 95927

ERNA D. GRUNDMAN
114 E YOLO STREET
ORLAND, CA 95963

JOANNE M. GRUNDMAN
1608 BROWN STREET
CARSON CITY, NV 89701

EDWARD J. GRYL
5605 SE MATOUSEK ST
STUART, FL 34997

LORRAINE GUNDERSON
,

WYNN A. GUNDERSON
,

HAIN CAPITAL GROUP, LLC
MEADOWS OFFICE COMPLEX
301 ROUTE 17
16TH FLOOR
RUTHERFORD, NJ 07070

HAMILTON M. HIGH IRA C/O FIRST TRUST CO. OF ONAGA CUSTODIAN
,

JOHN HANDAL
,

HANSLIK FAMILY TRUST DATED 12/23/91
,

GAYLE HARKINS
,

BETTE HAUSERMAN
350 FAIRFIELD LANE
LOUISVILLE, CO 80027

EARL HAUSERMAN
350 FAIRFIELD LANE
LOUISVILLE, CO 80027

JANE HENDLER
,

HERMAN M. ADAMS, ESQ.
,

DONALD L HESS
,

MARILYN HILBORN
798 SAN REMO WAY
BOULDER CITY, NV 89005

HILCO REAL ESTATE LLC/HILCO REAL ESTATE APPRAISAL, LLC
,

JACK HOGGARD
7022 RUSHWOOD DR.
EL DORADO HILLS, CA 95762-5002

HOLLAND & HART LLP on behalf of Creditor NEVADA STATE BANK
HUGHES CENTER
3800 HOWARD HUGHES PKWY., 10TH FLOOR
LAS VEGAS, NV 89169

JASON HOLT
1203 BRIARSTONE DR
BOULDER CITY, NV 89005

SALLY HOLT
1203 BRIARSTONE DR
BOULDER CITY, NV 89005

EDWARD W HOMFELD
HOMFELD II, LLC
,

CHARLES HUFF
3426 PINO CIRCLE
LAS VEGAS, NV 89121

HUMPHRY 1999 TRUST
C/O JACK & ALICE HUMPHRY TTEES
3825 CHAMPAGNE WOOD DR
NORTH LAS VEGAS, NV 89031-2056

DAVID W. HUSTON
,

INTERIM COMMITTEE OF CONCERNED INVESTORS
,

CAROL KILAND IRA
524 REGENTS GATE DRIVE
HENDERSON, NV 89012

PAUL A. JACQUES
810 SE 7TH ST A-103
DEERFIELD BEACH, FL 33441

ANNETTE W JARVIS on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
POB 45385
SALT LAKE CITY, UT 84145

JAYEM FAMILY LTD PARTNERSHIP
7 PARADISE VALLEY CT
HENDERSON, NV 89052

HARRY JESSUP
2009 WESTLUND DR.
LAS VEGAS, NV 89102

HELEN B. JESSUP
2009 WESTLUND DR.
LAS VEGAS, NV 89102

JOHN L. WADE, TRUSTEE OF THE JOHN L. WADE TRUST DTD 5/8/01
881 LAKE COUNTRY DRIVE
INCLINE VILLAGE, NV 89451

JERRY JOHNSON
5401 BROADWAY TERRACE
OAKLAND, CA 94618

TERRENCE JOHNSON
,

RICHARD E KAMMERMAN on behalf of Creditor LERIN HILLS, LTD
RICHARD KAMMERMAN PC
7200 N MOPAC, SUITE 150
AUSTIN, TX 78731

CONSTANTINE KARIDES on behalf of Interested Party SPCP GROUP, LLC
REED SMITH LLP
599 LEXINGTON AVENUE
NEW YORK, NY 10022

JEFF KARR
825 COPPER BASIN RD.
PRESCOTT, AZ 86303

PHYLLIS KARR
825 COPPER BASIN ROAD
PRESCOTT, AZ 86303

STEVEN J KATZMAN on behalf of Defendant KATHRYN PETERSEN
BIENERT, MILLER & KATZMAN
115 AVENIDA MIRAMAR
SAN CLEMENTE, CA 92672

LINDA KETTERMAN
321 N. 19TH STREET
ENID, OK 73701

RAY KETTERMAN
321 N. 19TH STREET
ENID, OK 73701

EDWARD KLINE
9932 ARBUCKLE DRIVE
LAS VEGAS, NV 89134

MARCIA J. KNOX
,

BETTY KOLSTRUP
1830 BALBOA DRIVE
RENO, NV 89503

MATTHEW J. KREUTZER on behalf of Plaintiff SPECTRUM FINANCIAL GROUP
HALE LANE PEEK DENNISON AND HOWARD
3930 HOWARD HUGHES PARKWAY
FOURTH FLOOR
LAS VEGAS, NV 89169

ARTHUR I. KRISS
2398 WEST 1050 NORTH
HURRICANE, UT 84730

GERALD LABOSSIERE
,

LUCILLE LABOSSIERE
,

REID W. LAMBERT on behalf of Creditor USA INVESTMENT PARTNERS, LLC
WOODBURY & KESLER
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

JASON G LANDESS on behalf of Interested Party GREAT WHITE INVESTMENTS, NV, INC.
7054 BIG SPRINGS COURT
LAS VEGAS, NV 89113

CYNTHIA J LARSEN on behalf of Creditor Committee OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST
DEED FUND, LLC
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 CAPITOL MALL, STE 3000
SACRAMENTO, CA 95814

MARTIN LEAF
71 PIERCE ROAD BOX 142
WINDSOR, MA 01270

NIENKE A. LELS-HOHMANN
2275 BROADWAY STREET, APT. 206
SAN FRANCISCO, CA 94115

MARC A. LEVINSON
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 CAPITOL MALL, STE 30000
SACRAMENTO, CA 95814-4497

GERALD LEWIS
,

JUDITH LEWIS
,

LEWIS AND ROCA LLP on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE
COMPANY
3993 HOWARD HUGHES PKWY, #600
LAS VEGAS, NV 0

ELIZABETH R. LOVERIDGE on behalf of Creditor USA INVESTMENT PARTNERS, LLC
WOODBURY & KESLER, P.C.
265 EAST 100 SOUTH, SUITE 300
SALT LAKE CITY, UT 84111

JANICE LUCAS
,

LEE D. MACKSON on behalf of Creditor STANDARD PROPERTY DEVELOPMENT, LLC
SHUTTS & BOWEN LLP
1500 MIAMI CENTER
201 SOUTH BISCAYNE BOULEVARD
MIAMI, FL 33131

STUART MADSEN
5843 VALLE VISTA COURT
GRANITE BAY, CA 95746

MARILYN & MATTHEW MOLITCH
,

JERROLD T. MARITIN
8423 PASO ROBLES
NORTHRIDGE, CA 91325

TERRY MARKWELL
12765 SILVER WOLF ROAD
RENO, NV 89511

PAMELA MARTON
2652 1/2 LAKE VIEW TERRACE EAST
LOS ANGELES, CA 90039-2605

JAMES W. MCCOLLUM
915 OCEAN BLVD.
CORONADO, CA 92118

SCOTT A. MCGATH on behalf of Defendant BG/93 INVESTMENTS, LLC
625 E. 16TH AVE., #100
DENVER, CO 80230

JAMES E. MCKNIGHT
,

JAY C. MCLAUGHLIN
4843 SOUTH POINT
DISCOVERY BAY, CA 94505

JONATHAN A. MCMAHON on behalf of Creditor PALM TERRACE CLAIMANTS
TINGLEY PIONTKOWSKI LLP
10 ALMADEN BOULEVARD, SUITE 430
SAN JOSE, CA 95113

KATE O. MCMONIGLE on behalf of Interested Party MARKUN ZUSMAN & COMPTON LLP
MARKUN ZUSMAN & COMPTON LLP
465 CALIFORNIA STREET, 5TH FLOOR
SAN FRANCISCO, CA 94104

WILLIAM P. MCQUERY
,

CRAIG MEDOFF
3110 LARKWOOD CREEK
FALLBROOK, CA 92028

D G MENCHETTI on behalf of Creditor D.G. MENCHETTI PENSION PLAN
POB 7100
INCLINE VILLAGE, NV 89450

JAY L. MICHAELSON on behalf of Creditor BERNIE SANDLER
7 W FIGUEROA ST., 2ND FLR
SANTA BARBARA, CA 93101

MILBANK TWEED HADLEY & MCCLOY on behalf of Interested Party COMPASS PARTNERS LLC
601 S FIGUEROA ST 30TH FLR
LOS ANGELES, CA 90017

MMS
MEETING MANAGEMENT SERVICES, INC.
1201 NEW JERSEY AVE., NW
WASHINGTON, DC 20001

MARILY MOLITCH
2251 N. RAMPART BLVD. #185
LAS VEGAS, NV 89128

MARILYN MOLITCH
,

MATTHEW MOLITCH

MICHAEL P. MOLLO
316 S. BROADWAY #B
REDONDO BEACH, CA 90277

MATTHEW MOLTICH
2251 N. RAMPART BLVD. #185
LAS VEGAS, NV 89128

DOUGLAS M MONSON on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, STE 1400
PO BOX 45385
SALT LAKE CITY, UT 84145-0385

KATHLEEN MOORE
450 OPAL DRIVE
HENDERSON, NV 89015

WILLIAM R. MORENO
10016 ROLLING GLEN CT.
LAS VEGAS, NV 89117

MOUNTAIN WEST MORTGAGE, LLC
GOLDSMITH & GUYMON
2055 N VILLAGE CTR CR
LAS VEGAS, NV 89134

NASON, YEAGER, GERSON, WHITE & LIOCE, P.A.

HOWARD S. NEVINS on behalf of Defendant NATIONAL REAL ESTATE HOLDINGS, INC.
2150 RIVER PLAZA DR., #450
SACRAMENTO, CA 95833

DANIEL D NEWMAN

NANCY O'HERRON
3773 E KETTLE PL
AURORA, CO 80016

MARK OLDS
25 NORTH WASHINGTON STREET
PORT WASHINGTON, NY 11050

SALLY OLDS
25 NORTH WASHINGTON STREET
PORT WASHINGTON, NY 11050

STEVEN R ORR on behalf of Creditor CITY OF TEMECULA
RICHARDS WATSON & GERSHON
355 SOUTH GRAND AVENUE, 40TH FLOOR
LOS ANGELES, CA 90071

ORRICK HERRINGTON & SUTCLIFFE LLP on behalf of Counter-Defendant USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
400 CAPITOL MALL #3000
SACRAMENTO, CA 95814-4497

ORRICK, HERRINGTON & SUTCLIFFE, LLP

CRAIG ORROCK

DONNA M. OSBORN on behalf of Creditor HARVEY FAMILY TRUST DATE APRIL 13, 1987
WRIGHT, FINLAY & ZAK, LLP
5532 S. FORT APACHE ROAD, STE 110
LAS VEGAS, NV 89148
dosborn@wrightlegal.net, ebaker@wrightlegal.net

AARON I. OSHEROW
8025 MARYLAND AVENUE
APT 10-C
ST. LOUIS, MO 63105

ROBERT OXENDORF
ROBERT OXENDORF TRUST
3023 S 84TH ST
MILWAUKEE, WI 53227

Alfred Olsen, Jr.
3990 Vegas Drive
Las Vegas,

RONALD H. PACHECO
,

CHRISTINE M PAJAK on behalf of Attorney STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
STUTMAN TREISTER & GLATT
1901 AVENUE OF THE STARS, 12TH FLOOR
LOS ANGELES, CA 90067
, ekarasik@stutman.com

ANDREW M PARLEN
,

MARK N PARRY on behalf of Defendant HFAH CLEAR LAKE, LLC
THE CHRYSLER BLDG
405 LEXINGTON AVE
NEW YORK, NY 10174-1299

PATRICK & SUSAN DAVIS, HUSBAND & WIFE JTWROS
737 BANNERMAN LANE
FORT MILL, SC 29715

J. STEPHEN PEEK on behalf of Plaintiff SPECTRUM FINANCIAL GROUP
3930 HOWARD HUGHES PKWY, 4TH FLR
LAS VEGAS, NV 89109

NANCY A. PETERMAN on behalf of Creditor MESIROW FINANCIAL INTERIM MANAGEMENT, LLC
GREENBERG TRAURIG, LLP
77 W. WACKER DR., SUITE 2500
CHICAGO, IL 60601

BETTY J. PHENIK
1745 CEDARWOOD R.
MINDEN, NV 89423

RICHARD PHILLIPS
ESTATE OF JAMES C. STILL
23 GLENEDEN COURT
CONROE, TX 77384

PHILLIPS, CANTOR & BERLOWITZ, P.A. on behalf of Creditor CAPITAL MORTGAGE INVESTORS, INC.
4000 HOLLYWOOD BLVD., SUITE 375-SOUTH
HOLLYWOOD, FL 33021

KRIS PICKERING on behalf of Interested Party SPCP GROUP, LLC
ROSA SOLIS-RAINEY, ESQ.
300 SOUTH FOURTH STREET
LAS VEGAS, NV 89101

COLLEEN POINDEXTER
60 JOANN CT.
WALNUT CREEK, CA 94597

MORTON J PORT
PO BOX 4505
INCLINE VILLAGE, NV 89450

PATRICIA L PORT
PO BOX 4505
INCLINE VILLAGE, NV 89450

HANS J. PRAKELT
2401-A WATERMAN BLVD. #1-230
FAIRFIELD, CA 94534

CAROL J. PRUNER
,

R&N REAL ESTATE INVESTMENTS
3990 VEGAS DRIVE
LAS VEGAS, NV 89108

RAY QUINNEY & NEBEKER P.C. on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
36 SOUTH STATE STREET, SUITE 1400
P.O. BOX 45385
SALT LAKE CITY, UT 84145

SALVATORE J REALE
,

MICHAEL RICCI
,

LARRY L. RIEGER
,

PATSY R. RIEGER
,

JUDD ROBBINS
2305-C ASHLAND STREET #437
ASHLAND, OR 97520

ROBERT W. ULM, TRUSTEE OF THE ULM LIVING TRUST
,

JUDITH ROBINSON
,

R J ROCCO
12617 COTTAGEVILLE LANE
KELLER, TX 76248

NANCY E. ROMMEL
TRUSTEE OF ROMMEL FAMILY TRUST - 10/6/78
,

ROYAL VACATION SUITES, INC.
,

MARVIN C. RUTH on behalf of Interested Party USACM LIQUIDATING TRUST
LEWIS AND ROCA LLP
40 N. CENTRAL AVENUE, SUITE 1900
PHOENIX, AZ 85004

S & J ENTERPRISE INVESTMENTS, INC.
,

SANTORO DRIGGS WALCH KEARNEY JOHNSON & THOMPSON
,

NICHOLAS J SANTORO on behalf of Creditor JUANITA SANTORO
400 S FOURTH ST 3RD FLOOR
LAS VEGAS, NV 89101

SCC ACQUISITION CORP.
,

EDWARD SCHOONOVER
164 SHORETT DR.
FRIDAY HARBOR, WA 98250

JAMES G SCHWARTZ on behalf of Creditor RODNEY ROLOFF
7901 STONERIDGE DR #401
PLEASANTON, CA 94588

SCHWARTZER & MCPHERSON LAW FIRM on behalf of Debtor USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
2850 S. JONES BLVD., #1
LAS VEGAS, NV 89146

JOAN H. SCOTT
4112 SINEW COURT
LAS VEGAS, NV 89129

LOIS MAE SCOTT
,

ROBERT J. SCOTT
,

ROBERT W. SCOTT
4112 SINEW COURT
LAS VEGAS, NV 89129

JAMES E SHAPIRO on behalf of Defendant SALVATORE REALE
GERRARD, COX & LARSEN
2450 ST ROSE PKWY #200
LAS VEGAS, NV 89119

JAMES SHAW
14225 PRAIRIE FLOWER CT
RENO, NV 89511-6710

SHEA & CARLYON, LTD.
228 S 4TH ST 1ST FL
LAS VEGAS, NV 89101

SYDNEY SIEMENS
309 #2 MORETON BAY LANE
GOLETA, CA 93117

SIERRA CONSULTING GROUP, LLC
,

SIERRA HEALTH SERVICES, INC.
ATTN: FRANK COLLINS, ESQ.
2724 N. TENAYA WAY
P.O. BOX 15645
LAS VEGAS, NV 89114-5645

GARY P. SINKELDAM on behalf of Defendant BEADLE MCBRIDE EVANS & REEVES, LLP
618 S. SEVENTH STREET
LAS VEGAS, NV 89109

CHARLES SMALL
12450 E. 38TH PLACE
YUMA, AZ 85367

GARY R. SMITH
,

SHERRY R. SMITH
,

WENDY W. SMITH on behalf of Creditor JANE UNLAND
BINDER & MALTER, LLP
2775 PARK AVENUE
SANTA CLARA, CA 95050

ULRICH W SMITH on behalf of Interested Party AMANDA STEVENS
330 SOUTH 3RD STREET #1075
LAS VEGAS, NV 89101

PATRICIA K. SMOOTS on behalf of Creditor 401(K) PROFIT SHARING PLAN, LYNN KANTOR
318 N GROVE
OAK PARK, IL 60302

SNELL & WILMER LLP on behalf of Counter-Defendant USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
3883 HOWARD HUGHES PKWY #1100
LAS VEGAS, NV 89101

JEAN SPANGLER
3460 SQUAW ROAD
WEST SACRAMENTO, CA 95691

WILLIAM SPANGLER
3460 SQUAW ROAD
WEST SACRAMENTO, CA 95691

DERRICK A. SPATORICO on behalf of Creditor DERRICK SPATORICO
PHETERSON, STEN, CALABRESE & NEILANS,
THE WILDER BLDG
ONE EAST MAIN ST # 150
ROCHESTER, NY 14614

STEPTOE & JOHNSON LLP
2121 Avenue of the Stars, 28th Floor
Los Angeles, CA 90067

BRADLEY J STEVENS on behalf of Creditor LOU MALDONADO
3300 N CENTRAL AVE
PHOENIX, AZ 85012

JOHN W STEWART
5600 BOULDER HWY
APT 1615
LAS VEGAS, NV 26503

THOMAS W STILLEY on behalf of Creditor DAVID FOSSATI
1000 SW BROADWAY #1400
PORTLAND, OR 97205

STEVEN C STRONG on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY
RAY QUINNEY & NEBEKER P.C.
36 SOUTH STATE STREET, STE 1400
SALT LAKE CITY, UT 84145-0385

STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION on behalf of Creditor Committee OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS
OF USA CAPITAL FIRST TRUST DEED FUND, LLC
1901 AVENUE OF THE STARS, 12TH FLR
LOS ANGELES, CA 90067

RAND SULLIVAN
853 OLD QUARRY RD. S.
LARKSPUR, CA 94939

ROBERT SUSSKIND
9900 WILBUR MAY PARKWAY #206
RENO, NV 89521

BEVERLY SWEZEY
,

DONALD SWEZEY
,

Berry D. Spears on behalf of Defendant WELLS FARGO BANK, N.A.
Fulbright & Jaworski L.L.P.
600 Congress Avenue, Suite 2400
Austin, TX 78701-2978

CAROLE TALAN
2401-A WATERMAN BLVD. #1-230
FAIRFIELD, CA 94534

TANAMERA RESORT CONDOMINIUMS, LLC
,

EVALYN C TAYLOR
,

TECHNOLOGY INVESTMENT PARTNERS, L.L.C.
ATTN: STACEY L. FARMER
40950 WOODWARD AVENUE
SUITE 201
BLOOMFIELD HILLS, MI 48304-5128

TED GLASSRUD ASSOCIATES OF STUART FL, INC BY ITS MANAGING AGENT
C/O TED GLASRUD ASSOCIATES INC.
1700 WEST HIGHWAY 36 SUITE 650
ROSEVILLE, MN 55113

LOUISE TEETER
,

NORMAN TEETER
,

THE CHIAPPETTA TRUST DATED 4/1/03
C/O PAT M & JOANN CHIAPPETTA
118 BEE CREEK COURT
GEORGETOWN, TX 78633-5320

THE COSTANZA 1987 DECEDENT'S TRUST
C/O SAM COSTANZA
9809 CANTEBURY ROSE LANE
LAS VEGAS, NV 89134

THE IVAN NORMAN AND BEVERLY ANNE DAVIS F
,

THE LARRY L. RIEGER AND PATSY R. RIEGER REVOCABLE TRUST DTD 8/14/91
C/O LARRY & PATSY RIEGER, TRUSTEES
2615 GLEN EAGLES DRIVE
RENO, NV 89523

THE LEVY FAMILY TRUST - 5/5/94
C/O MIRIAM FRANKLIN - TRUSTEE
2431 MARINER SQUARE DR. APT 317
ALAMEDA, CA 94501

THOMAS M KETELLE AND MARY KETELLE FAMILY TRUST
3105 LOTUS HILL DRIVE
LAS VEGAS, NV 89134

JACK S. TIANO
,

U.S. BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
125 S GRAND AVE
PASADENA, CA 91105

U.S. BANKRUPTCY COURT
,

ROBERT ULM
414 MORNING GLORY ROAD
ST. MARYS, GA 31558

UNITED STATES DISTRICT COURT

UNIVERSAL MANAGEMENT, INC.
5280 S. EASTERN AVE., SUITE D-3
LAS VEGAS, NV 89119

PEGGY ANN VALLEY
4843 SOUTH POINT
DISCOVERY BAY, CA 94514

DAVID VAN HATTEM

ROY R. VENTURA

ROBERT VERCHOTA
C/O JEFFREY A COGAN, ESQ
3990 VEGAS DRIVE
LAS VEGAS, NV 89108

PATRICIA E VON EUW
7431 LINTWHITE ST
NORTH LAS VEGAS, NV 89084-2500

TOBIAS VON EUW
SUN CITY ALIANTE
7431 LINTWHITE ST
NORTH LAS VEGAS, NV 89084-2500

WOLF VOSS
14 VIA AMBRA
NEWPORT COAST, CA 92657

WALLS FAMILY TRUST DTD 12/10/97
C/O JOSEPH P & ELLEN WALLS
2778 BEDFORD WAY
CARSON CITY, NV 89703

WANDA WRIGHT TRUSTEE FOR THE WANDA WRIGHT TRUST 6-14-99

JOYCE WATSON
10612 BLACK IRON ROAD
LOUISVILLE, KY 40291

STEVE WATSON
10612 BLACK IRON ROAD
LOUISVILLE, KY 40291

ROLLAND P. WEDDELL
C/O MATTHEW J. KREUTZER, ESQ.
3930 HOWARD HUGHES PKWY, 4TH FLR
LAS VEGAS, NV 89169

CONNIE WESTBROOK

AUDREY WHIGHTSIL
12450 E. 38TH PLACE
YUMA, AZ 85367

GAIL WILCOX
PO BOX 1051
MINDEN, NV 89423

STEVE WILCOX
PO BOX 1051
MINDEN, NV 89423

WILLIAM E WINFIELD on behalf of Creditor ANDREW WELCHER
POB 9100
OXNARD, CA 93031

MARLIN L WONDERS
4262 E CATALINA AVE
MESA, AZ 85206

YVONNE R WONDERS
4262 E CATALINA AVE
MESA, AZ 85206

KENNETH H WYATT
PO BOX 370400
LAS VEGAS, NV 89137

PHYLLIS P WYATT
PO BOX 370400
LAS VEGAS, NV 89137

MARION E. WYNNE on behalf of Creditor SHARON JUNO
WILKINS, BANKESTER, BILES & WYNNE, P.A.
POST OFFICE BOX 1367
FAIRHOPE, AL 36533-1367

Wendy E Wolkenstein
6089 Doroca St
Las Vegas, NV 89148

KENNETH ZAWACKI
PO BOX 5156
BEAR VALLEY, CA 95223

OSVALDO LIVING TRUST ZUNINO
3575 TIOGA WAY
LAS VEGAS, NV 89109

RAYMOND J. ZURFLUH
5719 CONSTITUTION WAY
REDDING, CA 96003-7517

SHIRLEY J. ZURFLUH
5719 CONSTITUTION WAY
REDDING, CA 96003-7517