## CT Corporation

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
www.ctlegalsolutions.com

January 20, 2011

John Hinderaker
Lewis and Roca LLP
3993 Howard Hughes Parkway,
Suite 600,
Las Vegas, NV 89169-5996

Re: USA Commercial Mortgage Company, etc. // To: Unknown Entity

Case No. 06-10725-lbr

Dear Sir/Madam:

The Corporation Trust Company received the enclosed Order.

Neither the document(s) nor the envelope indicates the name of the entity for which the document(s) is intended. Our company is agent for thousands of companies and cannot determine the party to which the document(s) is to be forwarded unless the document(s) is directed to a particular entity.

Accordingly, we are returning the document for further disposition.

Very truly yours,

Anita Montez
Process Specialist

Log# 517908630

FedEx Tracking# 796677447620

cc: United States Bankruptcy Court
   300 Las Vegas Boulevard South,
   Las Vegas, NV 89101