MILLER & WRIGHT, PLLC
SHAWN W. MILLER, ESQ.
Nevada Bar No.  007825
ERIKA M. WRIGHT, ESQ.
Nevada Bar No. 011741
618 S. 7th Street, Suite B
Las Vegas, Nevada 89101
Telephone: (702) 366-1241
Facsimile:  (702) 946-1677
Email: smiller@millerwrightlaw.com
         ewright@millerwrightlaw.com

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC<br><br>USA CAPITAL FIRST TRUSTE DEED FUND, LLC,<br><br>USA SECURITIES, LLC<br>                              Debtors<br><br>Affects:<br>☒ All Debtors<br>☐ USA Commercial Mortgage Company<br>☐USA Capital Realty Advisors, LLC<br>☐USA Capital Diversified Trust Deed Fund<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR<br>Case No. BK-S-06-10729-LBR<br><br>Chapter 11<br><br>Jointly Administered Under Case No.<br>BK-S-06-10725-LBR |

### EX PARTE MOTION TO REMOVE SHAWN W. MILLER  AND ERIKA M. WRIGHT FROM CM/ECF SERVICE LIST

Shawn W. Miller, Esq. and Erika M. Wright, Esq. of the law firm of Miller & Wright, PLLC submits this Ex Parte Motion to Remove Shawn W. Miller and Erika M. Wright from the CM/ECF Service List in the above-referenced bankruptcy proceeding.

1

Shawn W. Miller and Erika M. Wright have left the law firm of Shea & Carlyon, Ltd. and no longer represent the Official Committee of Equity Security Holders of USA Capital First Trust Deed Fund, LLC, in the above-captioned case. Therefore, Shawn W. Miller and Erika M. Wright request that they be removed from the CM/ECF Service List for this matter.

Dated this 26th day of January, 2011.

MILLER & WRIGHT, PLLC

*Shawn W. Miller*

_____

SHAWN W. MILLER, ESQ.
Nevada Bar No. 007825
ERIKA M. WRIGHT, ESQ.
Nevada Bar No. 011741
618 S. 7th Street, Suite B
Las Vegas, NV 89101

2