Case 06-10725-gwz    Doc 8266    Entered 01/28/11 13:07:55    Page 1 of 2



**Entered on Docket
January 28, 2011**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

MILLER & WRIGHT, PLLC
SHAWN W. MILLER, ESQ.
Nevada Bar No. 007825
ERIKA M. WRIGHT, ESQ.
Nevada Bar No. 011741
618 S. 7th Street, Suite B
Las Vegas, Nevada 89101
Telephone: (702) 366-1241
Facsimile:  (702) 946-1677
Email: smiller@millerwrightlaw.com
           ewright@millerwrightlaw.com

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
|  | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
|  | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC | Case No. BK-S-06-10729-LBR |
|  |  |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC | Chapter 11 |
|  |  |
| USA CAPITAL FIRST TRUSTE DEED FUND, LLC, | Jointly Administered Under Case No. |
|  | BK-S-06-10725-LBR |
| USA SECURITIES, LLC |  |
| Debtors |  |
| Affects: |  |
| ☒ All Debtors |  |
| ☐ USA Commercial Mortgage Company |  |
| ☐ USA Capital Realty Advisors, LLC |  |
| ☐ USA Capital Diversified Trust Deed Fund |  |
| ☐ USA Capital First Trust Deed Fund, LLC |  |
| ☐ USA Securities, LLC |  |

1

### EX PARTE ORDER TO REMOVE SHAWN W. MILLER AND ERIKA M. WRIGHT FROM CM/ECF SERVICE LIST

The Court having considered the Ex Parte Motion to Remove Shawn W. Miller and Erika M. Wright from CM/ECF Service List (the "Motion"), and good cause appearing:

IT IS HEREBY ORDERED that the Motion is granted. The Clerk is directed to remove Shawn W. Miller and Erika M. Wright from the CM/ECF Service List in this matter.

SUBMITTED BY:

MILLER & WRIGHT, PLLC

_____
SHAWN W. MILLER, ESQ.
Nevada Bar No. 007825
ERIKA M. WRIGHT, ESQ.
Nevada Bar No. 011741
618 S. 7th Street, Suite B
Las Vegas, Nevada 89101

###

2