ELECTRONICALLY FILED
FEBRUARY 2, 2011

MILLER & WRIGHT, PLLC
SHAWN W. MILLER, ESQ.
Nevada Bar No. 007825
ERIKA M. WRIGHT, ESQ.
Nevada Bar No. 011741
618 S. 7th Street, Suite B
Las Vegas, Nevada 89101
Telephone: (702) 366-1241
Facsimile: (702) 946-1677
Email: smiller@millerwrightlaw.com
       ewright@millerwrightlaw.com

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
|  | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
|  | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC | Case No. BK-S-06-10729-LBR |
|  |  |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC | Chapter 11 |
|  |  |
| USA CAPITAL FIRST TRUSTE DEED FUND, LLC, | Jointly Administered Under Case No. |
|  | BK-S-06-10725-LBR |
| USA SECURITIES, LLC |  |
|             Debtors |  |
|  |  |
| Affects: |  |
| ☒ All Debtors |  |
| ☐ USA Commercial Mortgage Company |  |
| ☐ USA Capital Realty Advisors, LLC |  |
| ☐ USA Capital Diversified Trust Deed Fund |  |
| ☐ USA Capital First Trust Deed Fund, LLC |  |
| ☐ USA Securities, LLC |  |

**NOTICE OF ENTRY OF EX PARTE ORDER TO REMOVE SHAWN W. MILLER AND ERIKA M. WRIGHT FROM CM/ECF SERVICE LIST**

PLEASE TAKE NOTICE that an Ex Parte Order to Remove Shawn W. Miller and Erika M. Wright From CM/ECF Service List was entered on the 28th day of January, 2011, a true and

1

correct copy of which is attached hereto.

DATED this 2nd day of February, 2011.

                                        MILLER & WRIGHT, PLLC

                                        */s/ Shawn W. Miller, Esq.*
                                        _____
                                        SHAWN W. MILLER, ESQ.
                                        Nevada Bar No. 07825
                                        ERIKA M. WRIGHT, ESQ.
                                        Nevada Bar No. 11741
                                        618 S. 7th Street, Suite B
                                        Las Vegas, NV 89101

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2nd day of February, 2011, I electronically filed the foregoing Notice of Entry of Order Approving Substitution of Counsel via the ECF system of the United States Bankruptcy Court, District of Nevada, which caused a copy to be served electronically upon the following:

MICHELLE L. ABRAMS on behalf of Cross Defendant ROCKLIN/REDDING LLC mabrams@abramstanko.com

FRANKLIN C. ADAMS on behalf of Creditor JAMES CORISON franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L. ALLF on behalf of Defendant THE WILD WATER LP Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

FRANK A. ANDERSON on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH on behalf of Defendant ASHBY USA, LLC oatamoh@nevadafirm.com, bkecf@nevadafirm.com;sliberio@nevadafirm.com;manthony@nevadafirm.com;rholley@nevadafirm.com;vnelson@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com

| | |
|---|---|
| 1 | ANTHONY W. AUSTIN on behalf of Interested Party USACM LIQUIDATING TRUST |
| 2 | aaustin@lrlaw.com |
| 3 | JON MAXWELL BEATTY on behalf of Interested Party USACM LIQUIDATING TRUST |
| 4 | mbeatty@diamondmccarthy.com |
| 5 | BMC GROUP, INC. |
| 6 | ecf@bmcgroup.com, mjohn@bmcgroup.com |
| 7 | GEORGANNE W. BRADLEY on behalf of Defendant COMPASS PARTNERS LLC |
| 8 | georganne.bradley@bullivant.com, mopatrny@kcnvlaw.com |
| 9 | KELLY J. BRINKMAN on behalf of Creditor GOOLD PATTERSON ALES ROADHOUSE, & DAY |
| 10 | kbrinkman@gooldpatterson.com |
| 11 | |
| 12 | JOSHUA J. BRUCKERHOFF on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC |
| 13 | jbruckerhoff@reiddavis.com, egreen@reiddavis.com |
| 14 | ANDREW M. BRUMBY on behalf of Creditor STANDARD PROPERTY DEVELOPMENT, LLC |
| 15 | abrumby@shutts-law.com, rhicks@shutts-law.com;lmackson@shutts-law.com |
| 16 | |
| 17 | LOUIS M. BUBALA on behalf of Creditor BALTES COMPANY lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com |
| 18 | MATTHEW Q. CALLISTER on behalf of Interested Party PROJECT DISBURSEMENT GROUP, INC. |
| 19 | mqc@call-law.com, maggie@call-law.com;nramsey@call-law.com |
| 20 | |
| 21 | CANDACE C CARLYON on behalf of Creditor WELLS FARGO BANK OF NEVADA AND WELLS FARGO BANK |
| 22 | wapplegate@sheacarlyon.com, ccarlyon@sheacarlyon.com;bankruptcyfilings@sheacarlyon.com;rmsmith@sheac |
| 23 | arlyon.com;ltreadway@sheacarlyon.com |
| 24 | MICHAEL W. CARMEL |
| 25 | michael@mcarmellaw.com, nancy@mcarmellaw.com;ritkin@steptoe.com |
| 26 | ROBERT M. CHARLES on behalf of Attorney LEWIS AND ROCA LLP rcharles@lrlaw.com, cjordan@lrlaw.com |
| 27 | |
| 28 | MICHAEL W. CHEN on behalf of Creditor HSBC AUTO FINANCE yvette@ccfirm.com;mrosales@ccfirm.com;tsharpe@ccfirm.com |

3

| | |
|---|---|
| 1 | KEVIN B. CHRISTENSEN on behalf of Creditor ROSEBERRY FAMILY LP |
| 2 | kbc@cjmlv.com |
| 3 | JANET L. CHUBB on behalf of Creditor BALTES COMPANY |
| 4 | bsalinas@armstrongteasdale.com |
| 5 | DAVID A. COLVIN on behalf of Defendant ALABRUJ LIMITED PARTNERSHIP |
| 6 | dcolvin@marquisaurbach.com, |
| 7 | mwalters@marquisaurbach.com;kgallegos@marquisaurbach.com;tszostek@marquisaurbach.com |
| 8 | WILLIAM D COPE on behalf of Creditor COPE & GUERRA |
| 9 | cope_guerra@yahoo.com |
| 10 | CICI CUNNINGHAM on behalf of Creditor HIGHLAND CRUSADER FUND, LTD. ciciesq@cox.net |
| 11 | |
| 12 | THOMAS W. DAVIS on behalf of Creditor BEADLE, MCBRIDE & REEVES, LLP twd@h2law.com |
| 13 | |
| 14 | LAUREL E. DAVIS on behalf of Interested Party CANEPA GROUP ldavis@fclaw.com, mhurtado@fclaw.com |
| 15 | J CRAIG DEMETRAS on behalf of Creditor PAUL LINNEY |
| 16 | JCD@demetras-oneill.com, jar@demetras-oneill.com;mdh@demetras-oneill.com |
| 17 | ALLAN B. DIAMOND on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY |
| 18 | |
| 19 | adiamond@diamondmccarthy.com |
| 20 | RICHARD I. DREITZER on behalf of Interested Party STATE OF NEVADA DEPARTMENT OF BUSINESS AND INDUSTRY |
| 21 | richard.dreitzer@bullivant.com |
| 22 | BRADLEY PAUL ELLEY on behalf of Creditor RETIREMENT ACCOUNTS, INC. |
| 23 | bpelleylawbk@sbcglobal.net, elnivnv@sbcglobal.net |
| 24 | FRANK A ELLIS on behalf of Creditor ANDREW WELCHER |
| 25 | fellis@lvbusinesslaw.com, |
| 26 | laurenc@lvbusinesslaw.com;gailk@lvbusinesslaw.com |
| 27 | THOMAS H. FELL on behalf of Attorney GORDON & SILVER, LTD. BANKRUPTCYNOTICES@GORDONSILVER.COM;bknotices@gordonsilver.com |
| 28 | |

4

| | |
|---|---|
| 1 | SCOTT D. FLEMING on behalf of Creditor GEORGE GAGE TRUST DATED 10-8-99 CArnold@hollandhart.com |
| 2 | |
| 3 | DEAN V. FLEMING on behalf of Defendant WELLS FARGO BANK, N.A. dfleming@fulbright.com, tflores@fulbright.com |
| 4 | GREGORY E GARMAN on behalf of Creditor Committee OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC |
| 5 | |
| 6 | bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com |
| 7 | DOUGLAS D. GERRARD on behalf of Counter-Claimant SALVATORE REALE DGERRARD@GERRARD-COX.COM, ekaymedellin@gerrard-cox.com;dwaddoups@gerrard-cox.com |
| 8 | |
| 9 | WADE B. GOCHNOUR on behalf of Creditor LIBERTY BANK WBG@h2law.com, cmartin@buckleyking.com;jakobson@buckleyking.com |
| 10 | |
| 11 | CARLOS A. GONZALEZ on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION carlos.gonzalez2@usdoj.gov, Darlene.Ruckard@usdoj.gov:Mary.Booker@usdoj.gov |
| 12 | |
| 13 | |
| 14 | GERALD M GORDON on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com |
| 15 | |
| 16 | |
| 17 | R. VAUGHN GOURLEY on behalf of Creditor GATEWAY STONE ASSOCIATES, LLC vgourley@sgblawfirm.com |
| 18 | |
| 19 | TALITHA B. GRAY on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY bankruptcynotices@gordonsilver.com;bknotices@gordonsilver.com |
| 20 | |
| 21 | |
| 22 | JAMES D. GREENE on behalf of Creditor CAPITAL CROSSING BANK jgreene@greeneinfusolaw.com, fritchie@greeneinfusolaw.com;kfarney@greeneinfusolaw.com;bschmidt@greeneinfusolaw.com |
| 23 | |
| 24 | |
| 25 | MARK H. GUNDERSON on behalf of Creditor SPECTRUM FINANCIAL GROUP lklino@gundersonlaw.com, kharris@gundersonlaw.com |
| 26 | |
| 27 | MARJORIE A. GUYMON on behalf of Creditor FRANK LEE bankruptcy@goldguylaw.com, selenav@goldguylaw.com;ldeeter@goldguylaw.com;kristim@goldguylaw.com |
| 28 | |

5

PETER W. GUYON on behalf of Cross Defendant GREAT WHITE INVESTMENTS, NV, INC. pguyon@yahoo.com

XANNA R. HARDMAN on behalf of Creditor ROSEBERRY FAMILY LP xhardman@bhfs.com, edavis@bhfs.com;lmaile@bhfs.com

STEPHEN R HARRIS on behalf of Creditor FRANK SNOPKO noticesbh&p@renolaw.biz

JEFFREY L HARTMAN on behalf of Creditor DOUGLAS CARSON notices@bankruptcyreno.com, dlg@bankruptcyreno.com

WILLIAM H HEATON on behalf of Defendant SHOBER CONSULTING, INC. will@nwhltd.com, Solana@nwhltd.com

BRIGID M. HIGGINS on behalf of Creditor Committee OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS OF USA COMMERCIAL MORTGAGE COMPANY bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

MELANIE A. HILL on behalf of Defendant SILAR ADVISORS, LP filings@whiteandwetherall.com, ksmith@whiteandwetherall.com

JOHN HINDERAKER on behalf of Counter-Defendant USACM LIQUIDATING TRUST JHinderaker@LRLaw.com, RCreswell@LRLaw.com

RICHARD F. HOLLEY on behalf of Creditor HALL FINANCIAL GROUP, LTD
rholley@nevadafirm.com, vnelson@nevadafirm.com;sliberio@nevadafirm.com;bkecf@nevadafirm.com;manthony@nevadafirm.com;oatamoh@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com

RANDOLPH L. HOWARD on behalf of Interested Party DAYCO FUNDING CORPORATION
rhoward@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com

DAVID W. HUSTON on behalf of Defendant HOWARD CONNELL dwh@hustonlaw.net

JASON A. IMES on behalf of Debtor USA COMMERCIAL MORTGAGE COMPANY bkfilings@s-mlaw.com

CHRISTOPHER D JAIME on behalf of Creditor DR. JAMES & TRACY MURPHY cjaime@mclrenolaw.com, kbernhardt@mclrenolaw.com

EVAN L. JAMES on behalf of Creditor ROSEBERRY FAMILY LP elj@cjmlv.com

6

| | |
|---|---|
| 1 | LARRY C. JOHNS on behalf of Defendant LARRY JOHNS |
| 2 | lcjohns100@embarqmail.com |
| 3 | ERIN E. JONES on behalf of Plaintiff USACM LIQUIDATING TRUST |
| 4 | cburrow@diamondmccarthy.com |
| 5 | TY E. KEHOE on behalf of Creditor LERIN HILLS, LTD TyKehoeLaw@aol.com |
| 6 | |
| 7 | ROBERT R. KINAS on behalf of Creditor JAYEM FAMILY LIMITED PARTNERSHIP rkinas@swlaw.com, jmath@swlaw.com;mfull@swlaw.com;cdossier@swlaw.com;nbaig@swlaw.com; |
| 8 | nunzueta@swlaw.com |
| 9 | DEAN T. KIRBY on behalf of Creditor DEBT ACQUISITION COMPANY OF |
| 10 | AMERICA dkirby@kirbymac.com, gsparks@kirbymac.com,jrigg@kirbymac.com,jcastranova@kirbymac.com |
| 11 | |
| 12 | KENT F. LARSEN on behalf of Creditor WELLS FARGO BANK OF NEVADA AND WELLS FARGO BANK kfl@slwlaw.com, cjm@slwlaw.com |
| 13 | |
| 14 | BART K. LARSEN on behalf of Interested Party KOLESAR & LEATHAM, CHTD. blarsen@klnevada.com, |
| 15 | jierien@klnevada.com;bankruptcy@klnevada.com |
| 16 | ZACHARIAH LARSON on behalf of Attorney ZACHARIAH LARSON ecf@lslawnv.com, sstanton@lslawnv.com;akosina@lslawnv.com |
| 17 | |
| 18 | SANDRA W. LAVIGNA on behalf of Creditor UNITED STATES SECURITIES AND EXCHANGE COMMISSION lavignas@sec.gov |
| 19 | |
| 20 | JOHN J. LAXAGUE on behalf of Defendant JOHN ROBERT MALLIN & MARIE THERESA MALLIN jlaxague@caneclark.com |
| 21 | GEORGE C LAZAR on behalf of Cross-Claimant DONALD S. TOMLIN AND |
| 22 | DOROTHY R. TOMLIN glazar@foxjohns.com, gclazar@sbcglobal.net |
| 23 | NILE LEATHAM on behalf of Creditor JEFFREY EDWARDS nleatham@klnevada.com, ckishi@klnevada.com;bankruptcy@klnevada.com |
| 24 | |
| 25 | ROBERT C. LEPOME on behalf of Creditor JAYEM FAMILY LIMITED PARTNERSHIP smstanton@cox.net |
| 26 | |
| 27 | STEPHEN T LODEN on behalf of Attorney DIAMOND MCCARTHY LLP sloden@diamondmccarthy.com, cburrow@diamondmccarthy.com |
| 28 | |

7

TYSON M. LOMAZOW on behalf of Interested Party COMPASS PARTNERS LLC tlomazow@milbank.com

ANNE M. LORADITCH on behalf of Counter-Defendant USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
aloraditch@foxrothschild.com,
pkois@foxrothschild.com;rdittrich@foxrothschild.com

TIMOTHY A LUKAS on behalf of Counter-Claimant LOS VALLES LAND & GOLF, LLC ecflukast@hollandhart.com

ERIC D. MADDEN on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY emadden@diamondmccarthy.com,
cburrow@diamondmccarthy.com;kbarlett@diamondmccarthy.com

PATRICIA A. MARR on behalf of Creditor LAW OFFICES OF JAMES J. LEE
lvlaw03@yahoo.com

JAMES C. MCCARROLL on behalf of Interested Party SPCP GROUP, LLC
jmccarroll@reedsmith.com, dturetsky@reedsmith.com;aleonard@reedsmith.com

DANIEL J MCCARTHY on behalf of Creditor Royal Landholdings, LLC
dmccarthy@hillfarrer.com

REGINA M. MCCONNELL on behalf of Creditor 401(K) PROFIT SHARING PLAN, LYNN KANTOR
Regina@MLGLawyer.com

WILLIAM L. MCGIMSEY on behalf of Defendant MARGARET B. MCGIMSEY TRUST
lawoffices601@lvcoxmail.com

RICHARD MCKNIGHT on behalf of Creditor RICHARD MCKNIGHT
rmcknight@lawlasvegas.com,
gkopang@lawlasvegas.com;cburke@lawlasvegas.com;kelliottforlorm@gmail.com;mmcalonis@lawlasvegas.com

JEANETTE E. MCPHERSON on behalf of Attorney RAY, QUINNEY & NEBEKER P.C. bkfilings@s-mlaw.com

BRECK E. MILDE on behalf of Creditor ALBERT LEE
bmilde@terra-law.com

DAVID MINCIN on behalf of Creditor RICHARD MCKNIGHT
dmincin@lawlasvegas.com,
gkopang@lawlasvegas.com,cburke@lawlasvegas.com;mmcalonis@lawlasvegas.com,kelliottforlorm@gmail.com

8

| | |
|---|---|
| 1 | JOHN F MURTHA on behalf of Creditor GARY MICHELSEN |
| 2 | jmurtha@woodburnandwedge.com |
| 3 | PETER D. NAVARRO on behalf of Interested Party KOLESAR & LEATHAM, CHTD. |
| 4 | pnavarro@klnevada.com, |
| 5 | kgregos@klnevada.com;awhite@klnevada.com;bankruptcy@klnevada.com |
| 6 | ERVEN T. NELSON on behalf of Attorney BOLICK & BOYER<br>enelson@djplaw.com |
| 7 | |
| 8 | VICTORIA L NELSON on behalf of Creditor HOMES FOR AMERICA HOLDINGS, INC. |
| 9 | vnelson@nevadafirm.com, |
| 10 | bkecf@nevadafirm.com;sliberio@nevadafirm.com;oatamoh@nevadafirm.com;rholley@nevadafirm.com;sdwkhtecf@gmail.com;oswibies@nevadafirm.com |
| 11 | MICHAEL W. O'DONNELL on behalf of Defendant WELLS FARGO BANK, N.A. |
| 12 | modonnell@fulbright.com, kdecker@fulbright.com |
| 13 | |
| 14 | JOHN F. O'REILLY on behalf of Creditor MICHAEL PETERSEN<br>tor@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;sm@oreillylawgroup.com |
| 15 | |
| 16 | TIMOTHY R. O'REILLY on behalf of Creditor MICHAEL PETERSEN<br>tor@oreillylawgroup.com, |
| 17 | jor@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;sm@oreillylawgroup.com |
| 18 | |
| 19 | JOHN F. O'REILLY on behalf of Defendant STANLEY FULTON<br>jor@oreillylawgroup.com, |
| 20 | tor@oreillylawgroup.com;mg@oreillylawgroup.com;lc@oreillylawgroup.com;fr@oreillylawgroup.com;sm@oreillylawgroup.com |
| 21 | |
| 22 | ANDREW M. PARLEN on behalf of Attorney STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION |
| 23 | aparlen@omm.com |
| 24 | STEVE A. PEIRCE on behalf of Defendant WELLS FARGO BANK, N.A.<br>speirce@fulbright.com |
| 25 | |
| 26 | DONALD T. POLEDNAK on behalf of Creditor COMMUNITY BANK OF NEVADA |
| 27 | sandplegal@yahoo.com, spbankruptcy@yahoo.com |
| 28 | |

9

| | |
|---|---|
| 1 | LISA A. RASMUSSEN on behalf of Creditor CAROL MORTENSEN lisa@lrasmussenlaw.com, secretary@lrasmussenlaw.com |
| 2 | |
| 3 | PAUL C RAY on behalf of Interested Party JOHN PETER LEE, LTD. info@johnpeterlee.com |
| 4 | WILLIAM T. REID on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC |
| 5 | wreid@reiddavis.com, sblue@reiddavis.com |
| 6 | HENRY G. RENDLER on behalf of Interested Party SPECTRUM CAPITAL, LLC henry@rendlerlaw.com |
| 7 | |
| 8 | THOMAS RICE on behalf of Interested Party FORD ELSAESSER trice@coxsmith.com, aseifert@coxsmith.com |
| 9 | |
| 10 | GORDON C. RICHARDS on behalf of Creditor CHRISTINE SPINDEL GCR@ClarkandRichards.com, ALM@ClarkandRichards.com |
| 11 | |
| 12 | CHRISTINE A ROBERTS on behalf of Creditor HIGHLAND CRUSADER FUND, LTD. |
| 13 | roberts@sullivanhill.com, hill@sullivanhill.com;vidovich@sullivanhill.com;mcallister@sullivanhill.com;stephens@sullivanhill.com;stein@sullivanhill.com;calderone@sullivanhill.com;manning@sullivanhill.com;bellis@sullivanhill.com |
| 14 | |
| 15 | |
| 16 | STACY M. ROCHELEAU on behalf of Defendant NATIONAL REAL ESTATE HOLDINGS, INC. |
| 17 | stacy@rocheleaulaw.com, holli@rocheleaulaw.com;melissa@rocheleaulaw.com |
| 18 | GREGORY M SALVATO on behalf of Attorney GREGORY SALVATO Calendar@Salvatolawoffices.com |
| 19 | |
| 20 | SUSAN WILLIAMS SCANN on behalf of Counter-Defendant BINFORD MEDICAL DEVELOPERS, LLC |
| 21 | sscann@deanerlaw.com, palexander@deanerlaw.com |
| 22 | LENARD E. SCHWARTZER on behalf of Attorney SCHWARTZER & MCPHERSON LAW FIRM bkfilings@s-mlaw.com |
| 23 | |
| 24 | MICHAEL J. SCHWARTZER on behalf of Creditor KUMMER KAEMPFER BONNER RENSHAW & FERRARIO |
| 25 | sbogatz@kcnvlaw.com;jsmyth@kcnvlaw.com |
| 26 | BRIAN D. SHAPIRO on behalf of Interested Party MICHAEL CARMEL bshapiro@brianshapirolaw.com, ecf@brianshapirolaw.com;brianshapiroesq@yahoo.com;bshapiro@brianshapirolaw.com;candice@brianshapirolaw.com |
| 27 | |
| 28 | |

| | |
|---|---|
|1| JAMES PATRICK SHEA on behalf of Creditor Committee OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC |
|2| |
|3| jshea@sheacarlyon.com, wapplegate@sheacarlyon.com;rmsmith@sheacarlyon.com;ltreadway@sheacarlyon.com;jcowans@sheacarlyon.com |
|4| |
|5| SHLOMO S. SHERMAN on behalf of Creditor Committee OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF USA CAPITAL FIRST TRUST DEED FUND, LLC |
|6| |
|7| ssherman@sheacarlyon.com, bankruptcyfilings@sheacarlyon.com;wapplegate@sheacarlyon.com;rmsmith@sheacarlyon.com;kculross@sheacarlyon.com;ltreadway@sheacarlyon.com |
|8| |
|9| AMBRISH S. SIDHU on behalf of Creditor AMTRUST BANK |
|10| ecfnotices@sidhulawfirm.com |
|11| JEFFREY SLOANE on behalf of Creditor 401(K) PROFIT SHARING PLAN, LYNN KANTOR lrost@kssattorneys.com, |
|12| bmoore@kssattorneys.com;lrost@kssattorneys.com |
|13| EDGAR C. SMITH on behalf of Creditor 3800 Prince Street, LLC |
|14| ecs@nvrelaw.com |
|15| ALAN R SMITH on behalf of Creditor LENDERS PROTECTION GROUP |
|16| mail@asmithlaw.com, turk@asmithlaw.com;marsh@asmithlaw.com |
|17| ROSA SOLIS-RAINEY on behalf of Interested Party DELOITTE & TOUCHE LLP rsr@morrislawgroup.com |
|18| |
|19| ADAM M. STARR on behalf of Creditor MESIROW FINANCIAL INTERIM MANAGEMENT, LLC starra@gtlaw.com |
|20| |
|21| DAVID A. STEPHENS on behalf of Creditor GATEWAY STONE ASSOCIATES, LLC dstephens@sgblawfirm.com |
|22| ARIEL E. STERN on behalf of Interested Party BINFORD LENDERS, LLC |
|23| ariel.stern@akerman.com, kerri.nash@akerman.com;diana.erb@akerman.com;jacob.bundick@akerman.com;stacy.warner@akerman.com;jessica.keele@akerman.com;christine.parvan@akerman.com;steven.shevorski@akerman.com |
|24| |
|25| |
|26| PETER SUSI on behalf of Creditor BERNARD SANDLER cheryl@msmlaw.com |
|27| |
|28| EDWARD PATRICK SWAN on behalf of Defendant DAVID FOGG pswan@luce.com, dcharles@luce.com |

ERIC W. SWANIS on behalf of Creditor MESIROW FINANCIAL INTERIM MANAGEMENT, LLC
swanise@gtlaw.com, barberc@gtlaw.com;lvlitdock@gtlaw.com

JEFFREY R. SYLVESTER on behalf of Counter-Claimant USA COMMERCIAL REAL ESTATE GROUP
jeff@sylvesterpolednak.com

KAARAN E THOMAS (lv) on behalf of Interested Party B & L INVESTMENTS, INC.
mmorton@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

KAARAN E. THOMAS on behalf of Defendant BINGHAM MCCUTCHEN, LLP kthomas@mcdonaldcarano.com, mmorton@mcdonaldcarano.com

ROLLIN G. THORLEY on behalf of Creditor IRS
rollin.g.thorley@irscounsel.treas.gov

LISA SHEAUFENG TSAI on behalf of Plaintiff USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC ltsai@reiddavis.com,
tstone@reiddavis.com;jbruckerhoff@reiddavis.com;sblue@reiddavis.com;egreen@reiddavis.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

MICHAEL C. VAN on behalf of Creditor DEAN SHACKLEY
michael@shumwayvan.com,
sandy@shumwayvan.com;erica@shumwayvan.com;ashley@shumwayvan.com;douglas@shumwayvan.com

ERIC VAN on behalf of Defendant HMA SALES LLC
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

GREGORY J. WALCH on behalf of Creditor GREGORY WALCH
GWalch@Nevadafirm.com

RUSSELL S. WALKER on behalf of Creditor USA INVESTMENT PARTNERS, LLC
rwalker@wklawpc.com,
eloveridge@wklawpc.com;ckirk@wklawpc.com;tgrover@wklawpc.com

WHITNEY B. WARNICK on behalf of Creditor MICHAEL and CAROL HEDLUND
wbw@albrightstoddard.com, bstessel@albrightstoddard.com

KIRBY R WELLS on behalf of Defendant JAMES FEENEY
SMartinez@wellsrawlings.com

GREGORY L. WILDE on behalf of Creditor SIERRA LIQUIDITY FUND, LLC
bk@wildelaw.com

KATHERINE M. WINDLER on behalf of Plaintiff ASSET RESOLUTION LLC
katherine.windler@bryancave.com

RYAN J. WORKS on behalf of Defendant BINGHAM MCCUTCHEN, LLP
rworks@mcdonaldcarano.com, kbarrett@mcdonaldcarano.com

RYAN J. WORKS on behalf of Other Prof. Eugene Buckley
, kbarrett@mcdonaldcarano.com

MICHAEL YODER on behalf of Creditor Committee OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA COMMERCIAL MORTGAGE COMPANY
myoder@diamondmccarthy.com, cburrow@diamondmccarthy.com

MATTHEW C. ZIRZOW on behalf of Creditor BUCKALEW TRUST
bankruptcynotices@gordonsilver.com, bknotices@gordonsilver.com

I declare under penalty that the foregoing is true and correct.

DATED this 2nd day of February, 2011.

             */s/ Lissa Treadway*
             _____
             Lissa Treadway, ACP, an employee of
             MILLER & WRIGHT, PLLC

# EXHIBIT "1"



Entered on Docket
January 28, 2011

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

MILLER & WRIGHT, PLLC
SHAWN W. MILLER, ESQ.
Nevada Bar No. 007825
ERIKA M. WRIGHT, ESQ.
Nevada Bar No. 011741
618 S. 7th Street, Suite B
Las Vegas, Nevada 89101
Telephone: (702) 366-1241
Facsimile: (702) 946-1677
Email: smiller@millerwrightlaw.com
          ewright@millerwrightlaw.com

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| | Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Case No. BK-S-06-10727-LBR |
| | Case No. BK-S-06-10728-LBR |
| USA CAPITAL REALTY ADVISORS, LLC | Case No. BK-S-06-10729-LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC | Chapter 11 |
| USA CAPITAL FIRST TRUSTE DEED FUND, LLC, | Jointly Administered Under Case No. |
| USA SECURITIES, LLC | BK-S-06-10725-LBR |
| Debtors | |
| Affects: ☒ All Debtors ☐ USA Commercial Mortgage Company ☐ USA Capital Realty Advisors, LLC ☐ USA Capital Diversified Trust Deed Fund ☐ USA Capital First Trust Deed Fund,LLC ☐ USA Securities, LLC | |

1

# EX PARTE ORDER TO REMOVE SHAWN W. MILLER AND ERIKA M. WRIGHT FROM CM/ECF SERVICE LIST

The Court having considered the Ex Parte Motion to Remove Shawn W. Miller and Erika M. Wright from CM/ECF Service List (the "Motion"), and good cause appearing:

IT IS HEREBY ORDERED that the Motion is granted. The Clerk is directed to remove Shawn W. Miller and Erika M. Wright from the CM/ECF Service List in this matter.

SUBMITTED BY:

MILLER & WRIGHT, PLLC

*/s/ Shawn W. Miller*
_____
SHAWN W. MILLER, ESQ.
Nevada Bar No. 007825
ERIKA M. WRIGHT, ESQ.
Nevada Bar No. 011741
618 S. 7th Street, Suite B
Las Vegas, Nevada 89101

###

2