HENRY G. RENDLER
[CA State Bar #83704]
Attorney at Law
1550 The Alameda, Suite 308
San Jose, California 95126
Telephone:    (408) 293-5112
Facsimile:    (408) 293-4939
henry@rendlerlaw.com

RECEIVED & FILED

'11 FEB -4 P1 :33

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

In re:

USA Commercial Mortgage Company,

Debtor.

Case No. BK-S-06-10725 LBR
Chapter 7

Date:   No Hearing required
Time:

## EX PARTE MOTION FOR REMOVAL FROM CM/ECF SYSTEM SERVICE LIST AND

## ORDER

COMES NOW, Henry G. Rendler and files this Ex Parte Motion for Removal from the CM/ECF System Service List and order in the above-entitled matter.

The basis for this Motion is that the law firm has not further interest in the case.

Respectfully submitted

Dated: February 2, 2011

Henry G. Rendler, Esq.
CA State Bar # 83704

Page 1

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on the 2nd day of February, 2011, I caused to be served a true and correct copy of : **EX PARTE MOTION FOR REMOVAL FROM CM/ECF SYSTEM SERVICE LIST AND ORDER** in the following manner:

 X    ELECTRONIC SERVICE: Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through Notice of Electronic Filing automatically generated by that Court's facilities.

*/s/ Kristy Rendler*
Kristy Rendler