**Entered on Docket
February 09, 2011**

*Mary A. Schott*

_____
**Mary A. Schott, Clerk
United States Bankruptcy Court**

HENRY G. RENDLER
[CA State Bar #83704]
Attorney at Law
1550 The Alameda, Suite 308
San Jose, California 95126
Telephone:   (408) 293-5112
Facsimile:    (408) 293-4939
henry@rendlerlaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

In re:                                                  )   Case No. BK-S-06-10725 LBR
                                                        )   Chapter 7
USA Commercial Mortgage Company,                        )
                                                        )   Date:   No Hearing required
                                                        )   Time:
              Debtor.                                   )   Estimated Time of Hearing:
                                                        )

**<u>ORDER GRANTING EX PARTE MOTION FOR REMOVAL FROM CM/ECF SYSTEM</u>**

**<u>SERVICE LIST AND ORDER</u>**

The Court having read the EX PARTE MOTION FOR REMOVAL FROM CM/ECF SYSTEM SERVICE LIST, it appearing that no notice of a hearing is required,

IT IS HEREBY ORDERED AND DECREED Henry G. Rendler, Attorney at Law be removed the CM-ECF System Service List in this case.

Dated: February 2, 2011

_____
Henry G. Rendler, CA Bar # 83704

## CERTIFICATION

In accordance with LR 9021, Counsel submitting this document certifies that the order accurately reflects the Court's ruling and that:

__X__ The Court has waived the requirement of approval under LR 9021(b)(1).

____ No party appeared at the hearing or filed an objection to the motion.

____ I have delivered a copy of this proposed order to all counsel who appeared, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the foregoing is true and correct.

Dated: February 2, 2011

Henry G. Rendler