**Entered on Docket**
**February 09, 2011**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,[1]<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,[2]<br><br>USA SECURITIES, LLC,[3]<br><br>　　　　　　　　　　　　Debtors.<br><br>**Affecting:**<br>☐ All Cases<br>**or Only:**<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>Date:  September 23, 2010<br>Time:  9:30 a.m.<br><br>**ORDER GRANTING MOTION TO FURTHER EXTEND DEADLINE TO FILE OBJECTION TO ALLOWANCE OF CLAIMS**<br><br>**Hearing Date:  February 4, 2011**<br>**Hearing Time: 1:30 p.m.** |

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2319692.1

1    The Motion to Further Extend Deadline to File Objection to Allowance of Claims

2  [DE 8252] (the "Motion"), filed by the USACM Liquidating Trust (the "Trust") came

3  before the Court for consideration at the hearing held on February 4, 2011.

4    The Court being fully informed, adequate notice having been given, no objections

5  have been filed,

6    IT IS ORDERED:

7        • Granting the Motion;

8        • Extending the deadline to file objections to allowance of claims until

9          August 8, 2011.  The Court will not extend this deadline further absent a

10          showing of extremely good cause; and

11        • Directing Counsel to Post this Order on the USACM Liquidating Trust

12          website.

13                                    ###

14  PREPARED AND SUBMITTED:

15  **LEWIS AND ROCA LLP**

16

17  By:___/s/ John Hinderaker (#18024)_____
         Robert M. Charles, Jr.
18      John Hinderaker (*pro hac vice*)
     *Attorneys for USACM Liquidating Trust*
19

20

21  APPROVED

22

23  By: s/  Augie Landis_____
         August Landis
24   *Office of the U. S. Trustee*

25

26

                                    2

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_\_        This Court has waived the requirement set forth in LR 9021(b)(1).

\_\_XX\_\_        No party appeared at the hearing or filed an objection to the motion.

\_\_\_\_\_        I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

                 Counsel appearing:  _____

\_\_\_\_\_        I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: <u>Augie Landis</u> | |
|---|---|
| ☒  approved the form of this order | ☐ disapproved the form of this order |
| ☐  waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐  waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:    /s/    John Hinderaker
Attorneys for USACM Liquidating Trust

### 

3

2319692.1