CHANGE OF MAILING AND RESIDENCE ADDRESS FOR:

RAYMOND J. ZURFLUH JR. AND SHIRLEY J. ZURFLUH

*Case # 06-10725*

OLD ADDRESS: 5719 CONSTITUTION WAY
REDDING, CA. 96003

NEW ADDRESS: 617 VOLCANO VIEW TRAIL
REDDING, CA. 96003

SAME PHONE NUMBER; 530-244-7005

CC: US BANKRUPTCY COURT
ATTN: CLERKS OFFICE
300 LAS VEGAS BLVD. SOUTH
LAS VEGAS, NEVADA 89101

LEWIS AND ROCA LLP
3993 HOWARD HUGHES PARKWAY    SUITE 600
LAS VEGAS, NEVADA    89169-5996

ATTN: ROB CHARLES

*Thank you,*
*[signature]*