Mark A. Solomon, Esq.
Nevada State Bar No. 00418
E-mail: msolomon@sdfnvlaw.com
Dana A. Dwiggins, Esq.
Nevada State Bar No. 07049
E-mail: ddwiggins@sdfnvlaw.com
Brian P. Eagan, Esq.
Nevada State Bar No. 09395
SOLOMON DWIGGINS FREER & MORSE, LTD.
9060 W. Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone: (702) 853-5483
Facsimile: (702) 853-5485

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: BK-S-06-10725-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | |
| Debtor. | |

### EX PARTE MOTION FOR REMOVE FROM CM/ECF SERVICE LIST

Dana A. Dwiggins, Esq., of the law firm SOLOMON DWIGGINS FREER & MORSE, LTD. (formerly known as SOLOMON DWIGGINS & FREER, LTD.), hereby moves this Court for an Order removing MARK A. SOLOMON, ESQ., DANA A. DWIGGINS, ESQ. and BRIAN P. EAGAN, ESQ. from the electronic service list for this case.

The basis for this Motion is that the law firm and attorneys, referenced herein, have no further interest in this case.

DATED this 10th day of February, 2011.

SOLOMON DWIGGINS FREER & MORSE, LTD.

By_____
Dana A. Dwiggins, Esq.
Nevada Bar No. 07049
9060 W. Cheyenne Avenue
Las Vegas, Nevada 89129

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on the 10th day of February, 2011, I caused to be served a true and correct copy of the foregoing **EX PARTE MOTION FOR REMOVE FROM CM/ECF SERVICE LIST** via Electronic Service, under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and serviced through Notice of Electronic Filing automatically generated by said Court.

/s/ [signature]
An Employee of SOLOMON DWIGGINS FREER & MORSE, LTD.