**Entered on Docket
February 09, 2011**

_____
**Mary A. Schott, Clerk
United States Bankruptcy Court**

HENRY G. RENDLER
[CA State Bar #83704]
Attorney at Law
1550 The Alameda, Suite 308
San Jose, California 95126
Telephone:     (408) 293-5112
Facsimile:      (408) 293-4939
henry@rendlerlaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA

In re:                                                       )    Case No. BK-S-06-10725 LBR
                                                             )    Chapter 7
USA Commercial Mortgage Company,     )
                                                             )    Date:   No Hearing required
                                                             )    Time:
                    Debtor.                              )    Estimated Time of Hearing:
_____)

**ORDER GRANTING EX PARTE MOTION FOR REMOVAL FROM CM/ECF SYSTEM**

**SERVICE LIST AND ORDER**

The Court having read the EX PARTE MOTION FOR REMOVAL FROM CM/ECF SYSTEM SERVICE LIST, it appearing that no notice of a hearing is required,

IT IS HEREBY ORDERED AND DECREED Henry G. Rendler, Attorney at Law be removed the CM-ECF System Service List in this case.

Dated: February 2, 2011

_____
Henry G. Rendler, CA Bar # 83704

Page 1

## CERTIFICATION

In accordance with LR 9021, Counsel submitting this document certifies that the order accurately reflects the Court's ruling and that:

__X__  The Court has waived the requirement of approval under LR 9021(b)(1).

____  No party appeared at the hearing or filed an objection to the motion.

____  I have delivered a copy of this proposed order to all counsel who appeared, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

____  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the foregoing is true and correct.

Dated: February 2, 2011

_____
Henry G. Rendler

# CERTIFICATE OF NOTICE

```
District/off: 0978-2           User: castellan              Page 1 of 10                   Date Rcvd: Feb 09, 2011
Case: 06-10725                 Form ID: pdf984              Total Noticed: 320

The following entities were noticed by first class mail on Feb 11, 2011.
 db           +USA COMMERCIAL MORTGAGE COMPANY,    4484 SOUTH PECOS ROAD,     LAS VEGAS, NV 89121-5030
 aty          +ANDREW K ALPER,    6500 WILSHIRE BLVD 17TH FLR,    LOS ANGELES, CA 90048-4904
 aty          +ARLEY D FINLEY, III,    DIAMOND MCCARTHY, LLP,    6504 BRIDGEPOINT PKWY, STE 400,
                AUSTIN, TX 78730-5095
 aty          +BRADLEY J STEVENS,    3300 N CENTRAL AVE,    PHOENIX, AZ 85012-2501
 aty          +CHRISTINE M PAJAK,    STUTMAN TREISTER & GLATT,    1901 AVENUE OF THE STARS, 12TH FLOOR,
                LOS ANGELES, CA 90067-6001
 aty          +CONSTANTINE KARIDES,    REED SMITH LLP,    599 LEXINGTON AVENUE,    NEW YORK, NY 10022-7684
 aty          +CYNTHIA J LARSEN,    ORRICK, HERRINGTON & SUTCLIFFE LLP,    400 CAPITOL MALL, STE 3000,
                SACRAMENTO, CA 95814-4497
 aty          +DAVID R. GRIFFITH,    STEWRT, HUMPHERYS, TURCHETT, ET. AL.,    3120 COHASSET ROAD, SUITE 6,
                POST OFFICE BOX 720,    CHICO, CA 95927-0720
 aty          +DERRICK A. SPATORICO,    PHETERSON, STEN, CALABRESE & NEILANS,,    THE WILDER BLDG,
                ONE EAST MAIN ST  # 150,    ROCHESTER, NY 14614-1880
 aty           DOUGLAS M MONSON,    RAY QUINNEY & NEBEKER P.C.,    36 SOUTH STATE STREET, STE 1400,    PO BOX 45385,
                SALT LAKE CITY, UT  84145-0385
 aty          +ELIZABETH R. LOVERIDGE,    WOODBURY & KESLER, P.C.,    265 EAST 100 SOUTH, SUITE 300,
                SALT LAKE CITY, UT 84111-1647
 aty          +ERIC W. SWANIS,    3773 HOWARD HUGHES PKWY. #500 NORTH,    LAS VEGAS, NV 89169-5940
 aty          +EVAN BEAVERS,    1625 HIGHWAY 88, #304,    MINDEN, NV 89423-4625
 aty          +FOLEY & LARDNER LLP,    321 NORTH CLARK STREET,    SUITE 2800,    CHICAGO, IL 60654-5313
 aty          +GEORGE D FRAME,    601 GREENWAY ROAD, STE D,    HENDERSON, NV 89002-8364
 aty          +GEORGE DAVIS,    WEIL GOTHAL & MANGES LLP,    767 FIFTH AVENUE,    NEW YORK, NY 10153-0119
 aty          +HOLLAND & HART LLP,    HUGHES CENTER,    3800 HOWARD HUGHES PKWY., 10TH FLOOR,
                LAS VEGAS, NV 89169-5958
 aty          +JASON G LANDESS,    7054 BIG SPRINGS COURT,    LAS VEGAS, NV 89113-1379
 aty          +JAY L. MICHAELSON,    7 W FIGUEROA St., 2ND FLR,    SANTA BARBARA, CA 93101-3191
 aty          +JONATHAN A. MCMAHON,    TINGLEY PIONTKOWSKI LLP,    10 ALMADEN BOULEVARD, SUITE 430,
                SAN JOSE, CA 95113-2238
 aty          +JOSHUA D BRYSK,    LAW OFFICES OF JAMES G SCHWARTZ,    7901 STONERIDGE DRIVE, SUITE 401,
                PLEASANTON, CA 94588-3656
 aty          +KATE O. MCMONIGLE,    MARKUN ZUSMAN & COMPTON LLP,    465 CALIFORNIA STREET, 5TH FLOOR,
                SAN FRANCISCO, CA 94104-1814
 aty           KERIANN M. ATENCIO,    PHOENIX, AZ  85016
 aty          +KRIS PICKERING,    ROSA SOLIS-RAINEY, ESQ.,    300 SOUTH FOURTH STREET,    LAS VEGAS, NV 89101-6014
 aty          +LEE D. MACKSON,    SHUTTS & BOWEN LLP,    1500 MIAMI CENTER,    201 SOUTH BISCAYNE BOULEVARD,
                MIAMI, FL 33131-4332
 aty          +MARJORIE A. GUYMON,    GOLDSMITH & GUYMON, P.C.,    2055 VILLAGE CENTER CIRCLE,
                LAS VEGAS, NV 89134-6251
 aty          +MARVIN C. RUTH,    LEWIS AND ROCA LLP,    40 N. CENTRAL AVENUE, SUITE 1900,
                PHOENIX, AZ 85004-4446
 aty          +MICHAEL W ANGLIN,    FULBRIGHT & JAWORSKI LLP,    2200 ROSS AVE, STE 2800,    DALLAS, TX 75201-2784
 aty          +MICHELLE L. ABRAMS,    ABRAMS & TANKO, LLLP.,    3085 S. JONES BLVD, STE C,
                LAS VEGAS, NV 89146-6767
 aty          +NANCY A. PETERMAN,    GREENBERG TRAURIG, LLP,    77 W. WACKER DR., SUITE 2500,
                CHICAGO, IL 60601-1643
 aty          +NICHOLAS J SANTORO,    400 S FOURTH ST 3RD FLOOR,    LAS VEGAS, NV 89101-6201
 aty          +PATRICIA K. SMOOTS,    318 N GROVE,    OAK PARK, IL 60302-2024
 aty          +PAUL EISINGER,    THORNDAL, ARMSTRONG, DELK, ET. AL.,    1100 E. BRIDGER AVENUE,
                LAS VEGAS, NV 89101-5315
 aty          +PHILLIPS, CANTOR & BERLOWITZ, P.A.,    4000 HOLLYWOOD BLVD., SUITE 375-SOUTH,
                HOLLYWOOD, FL 33021-6751
 aty          +RANDOLPH L. HOWARD,    3320 W. SAHARA AVE., #380,    LAS VEGAS, NV 89102-3202
 aty          +REID W. LAMBERT,    WOODBURY & KESLER,    265 EAST 100 SOUTH, SUITE 300,
                SALT LAKE CITY, UT 84111-1647
 aty          +RICHARD D. GREEN, JR.,    3773 HOWARD HUGHES PKWY, STE 500 NO,    LAS VEGAS, NV 89169-5940
 aty          +RICHARD F. HOLLEY,    400 S. FOURTH ST., 3RD FLOOR,    LAS VEGAS, NV 89101-6201
 aty          +SCOTT D. FLEMING,    HALE LANE PEEK DENNISION & HOWARD,    3930 HOWARD HUGHES PKWY, 4TH FLR,
                LAS VEGAS, NV 89169-0947
 aty          +STEVEN C STRONG,    RAY QUINNEY & NEBEKER P.C.,    36 SOUTH STATE STREET, STE 1400,
                SALT LAKE CITY, UT 84111-1451
 aty          +STEVEN R ORR,    RICHARDS WATSON & GERSHON,    355 SOUTH GRAND AVENUE, 40TH FLOOR,
                LOS ANGELES, CA 90071-1560
 aty          +STEVEN T. WATERMAN,    RAY QUINNEY & NEBEKER, P.C.,    36 SOUTH STATE STREET, SUITE 1400,
                P.O. BOX 45385,    SALT LAKE CITY, UT 84145-0385
 aty          +STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION,    1901 AVENUE OF THE STARS, 12TH FLR,
                LOS ANGELES, CA 90067-6001
 aty          +THOMAS R. BROOKSBANK,    BROOKSBANK & ASSOCIATES,    689 SIERRA ROSE DR, STE A2,
                RENO, NV 89511-2376
 aty          +THOMAS W STILLEY,    1000 SW BROADWAY #1400,    PORTLAND, OR 97205-3066
 aty          +VICTORIA L NELSON,    400 S. FOURTH STREET, 3RD FLOOR,    LAS VEGAS, NV 89101-6201
 aty          +WENDY W. SMITH,    BINDER & MALTER, LLP,    2775 PARK AVENUE,    SANTA CLARA, CA 95050-6004
 aty          +WILLIAM E WINFIELD,    POB 9100,    OXNARD, CA 93031-9100
 aty           ZACHARIAH LARSON,    LARSON & STEPHENS,    801 S. CASINO CENTER BLVD. #104,    LAS VEGAS, NV  89101
 aty          +ZACHARIAH LARSON,    LARSON & STEPHENS,    810 S. CASINO CENTER BLVD., STE 104,
                LAS VEGAS, NV 89101-6719
 cr           +1992 HOWARD G. STRINGER TRUST,    C/O HOWARD G. STRINGER TRUSTEE,
                9330 SOUTH EASTERN AVE., APT 112,    LAS VEGAS, NV 89123
 intp         +A. WILLIAM CEGLIA,    3720 POCOHENA COURT,    WASHOE VALLEY, NV 89704-9646
 cr           +AARON I. OSHEROW,    8025 MARYLAND AVENUE,    APT 10-C,    ST. LOUIS, MO 63105-3892
 cr           +ALDON G. COOK,    259 HAMMOCK TERRACE,    VENICE, FL 34293-1012
 cr            AMERICAN EXPRESS BANK FSB,    PO BOX 3001,    MALVERN, PA  19355-0701
```

```
District/off: 0978-2           User: castellan              Page 2 of 10                   Date Rcvd: Feb 09, 2011
Case: 06-10725                 Form ID: pdf984              Total Noticed: 320


cr              +AMTRUST BANK,    C/O SIDHU LAW FIRM, LLC,    810 S. CASINO CENTER BLVD,    SUITE 104,
                  LAS VEGAS, NV 89101-6719
cr              +ANDREW WELCHER,    C/O WILLIAM E WINFIELD,    1000 TOWN CENTER DR. 6TH FL,    POB 9100,
                  OXNARD, CA 93031-9100
cr              +ANGELO GORDON & CO,    C/O JED HART,    245 PARK AVE, 26TH FL,    NEW YORK, NY 10167-0094
cr              +ARNOLD R. ALVES,    9904 VILLA GRANITO LANE,    GRANITE BAY, CA 95746-6481
cr              +ARTHUR I. KRISS,    2398 WEST 1050 NORTH,    HURRICANE, UT 84737-3110
cr              +AUDREY WHIGHTSIL,    12450 E. 38TH PLACE,    YUMA, AZ 85367-5967
cr               BALTES COMPANY,    C/O JANET CHUBB    JONES VARGAS,    100 W LIBERTY ST, 12TH FLR,    P.O. BOX 281,
                  RENO, NV 89504-0281
intp            +BANK OF AMERICA,    3930 HOWARD HUGHES PKWY, 4TH FLR,    FOURTH FLOOR,    LAS VEGAS, NV 89169-0947
cr              +BEADLE, MCBRIDE & REEVES, LLP,    HOWARD & HOWARD,    3800 HOWARD HUGHES PKWY #850,
                  LAS VEGAS, NV 89169-5914
cr              +BERNIE SANDLER,    C/O MICHAELSON SUSI & MICHAELSON,    SEVEN W FIGUEROA ST,    2ND FLOOR,
                  SANTA BARBARA, CA 93101-3191
cr              +BETTE HAUSERMAN,    350 FAIRFIELD LANE,    LOUISVILLE, CO 80027-3211
cr               BETTY J. PHENIK,    1745 CEDARWOOD R.,    MINDEN, NV  89423
intp            +BETTY KOLSTRUP,    1830 BALBOA DRIVE,    RENO, NV 89503-1802
intp            +BINFORD MEDICAL DEVELOPERS, LLC,    5200 E. 64TH STREET,    INDIANAPOLIS, IN 46220-1519
cr              +BLAKES HOUSE FLORAL & BALLOON CO,    1204 CAMBALLERIA DR,    CARSON CITY, NV 89701-8655
intp            +BOISE-GOWAN LLC,    P.O. BOX 28216,    8585 E HARTFORD DR, STE 500,    SCOTTSDALE, AZ 85255-5474
cr               BOREN LIVING TRUST DATED 6/21/04,    5333 SW 75TH ST APT E34,    GAINESVILLE, FL  32608-7449
cr              +CAPITAL CROSSING BANK,    SCHRECK BRIGNONE,    300 SO FOURTH ST, STE 1200,
                  LAS VEGAS, NV 89101-6020
cr              +CAROL MORTENSEN,    4847 DAMON CIRCLE,    SALT LAKE CITY, UT 84117-5854
intp             CAROLE TALAN,    2401-A WATERMAN BLVD. #1-230,    FAIRFIELD, CA  94534
cr              +CDW COMPUTER CENTERS INC,    C/O RECEIVABLE MANAGEMENT SERVICES,
                  307 INTERNATIONAL CIRCLE, SUITE 270,    HUNT VALLEY, MD 21030-1322
intp            +CELIA ALLEN GRAHAM,    1460 TWINRIDGE ROAD,    SANTA BARBARA, CA 93111-1223
cr              +CHARLES B. ANDERSON TRUST,    C/O JANET CHUBB JONES VARGAS,    100 W LIBERTY ST, 12TH FLR,
                  P.O. BOX 281,    RENO, NV 89504-0281
intp            +CHARLES HUFF,    3426 PINO CIRCLE,    LAS VEGAS, NV 89121-4027
cr              +CHARLES SMALL,    12450 E. 38TH PLACE,    YUMA, AZ 85367-5967
cr               CHRISTINA "TINA" M KEHL,    c/o Janet L. Chubb,    Jones Vargas,
                  100 West Liberty Street 12th Floor,    P. O. Box 281,    Reno, NV  89504-0281
cr               CHRISTINA M. KEHL,    JONES VARGAS,    P.O. BOX 281,    RENO, NV  89504-0281
intp             CHURCH OF THE MOVEMENT OF SPIRITUAL INNER AWARENES,    P.O. BOX 513935,    NEWARK, CA  94560-1210
cr              +CLARA CADIEUX,    C/O ALAN R. SMITH,    505 RIDGE ST,    RENO, NV 89501-1719
intp            +CLARK BARTKOWSKI,    P.O. BOX 1180,    DARBY, MT 59829-1180
intp            +CLARK COUNTY ASSESSOR’S OFFICE,    DISTRICT ATTORNEY OFF / K. PHILIPS,
                  500 GRAND CENTRAL PKWY, #5075,    LAS VEGAS, NV 89155-4502
cr              +CLARK COUNTY ASSESSOR’S OFFICE,    C/O M W SCHOFIELD,    500 S GRAD CENTRAL PKWY,
                  LAS VEGAS, NV 89155-4502
intp            +CLAUDIA VOSS,    14 VIA AMBRA,    NEWPORT COAST, CA 92657-1610
cr              +COLLEEN POINDEXTER,    60 JOANN CT.,    WALNUT CREEK, CA 94597-3205
cr              +COPE & GUERRA,    595 HUMBOLDT STREET,    RENO, NV 89509-1603
intp            +CROSBIE B. RONNING,    P.O. BOX 8419,    INCLINE VILLAGE, NV 89452-8419
intp            +CT,    a Wolters Kluwer Business,    1209 ORANGE STREET,    WILMINGTON, DE 19801-1120
intp            +CT CORPORATION,    1209 ORANGE STREET,    WILMINGTON, DE 19801-1120
cr               CYNTHIA A. WINTER,    JONES VARGAS,    P.O. BOX 281,    RENO, NV  89504-0281
cr               DANIEL J. KEHL,    JONES VARGAS,    P.O. BOX 281,    RENO, NV  89504-0281
cr              +DANIEL J. OBERLANDER,    Goold Patterson Ales & Day,    4496 S Pecos Road,
                  LAS VEGAS, NV 89121-5030
intp            +DARRELL M. WONG,    250 E. LINE STREET,    BISHOP, CA 93514-3502
cr              +DEEDRA COOK,    259 HAMMOCK TERRACE,    VENICE, FL 34293-1012
cr              +DERRICK SPATORICO,    THE WILDER BLDG,    ONE EAST MAIN ST #150,    ROCHESTER, NY 14614-1880
intp            +DESERT CAPITAL REIT, INC.,    1291 GALLERIA DRIVE, STE 200,    HENDERSON, NV 89014-8634
cr              +DOUGLAS CARSON,    C/O JEFFREY HARTMAN, ESQ,    510 WEST PLUMB LANE,    STE. B,
                  RENO, NV 89509-3693
cr              +DR. JAMES & TRACY MURPHY,    MAUPIN, COX & LEGOY,    P.O. BOX 30000,    RENO, NV 89520-3000
cr              +E. GRACE MARSTON TRUSTEE OF THE MARSTON FAMILY TRU,    E. MARSTON,    1184 CAMANO COURT,
                  SAN JOSE, CA 95122-3015
cr              +EARL HAUSERMAN,    350 FAIRFIELD LANE,    LOUISVILLE, CO 80027-3211
cr              +EDWARD J. GRYL,    5605 SE MATOUSEK ST,    STUART, FL 34997-3414
cr              +EDWARD KLINE,    9932 ARBUCKLE DRIVE,    LAS VEGAS, NV 89134-7530
cr              +EDWARD SCHOONOVER,    164 SHORETT DR.,    FRIDAY HARBOR, WA 98250-8140
intp            +EDWIN ARNOLD,    20170 REDWOOD DRIVE,    FORESTHILL, CA 95631-9638
cr              +EMILIO J ANGELI & CHRISTINE E ANGELI,    345 LUKE MEADOW LN,    CARY, NC 27519-8720
cr              +ERNA D. GRUNDMAN,    114 E YOLO STREET,    ORLAND, CA 95963-1938
cr              +ESTATE OF DANIEL TABAS,    C/O JONATHAN J. BART, ESQ SILVERMAN....,    TWO PENN CENTER #910,
                  PHILADELPHIA, PA 19102-1742
op              +Eugene Buckley,    McDonald Carano Wilson LLP,    2300 W. Sahara Avenue,    Suite 1000,
                  Las Vegas, NV 89102-4396
cr              +FERTITTA ENTERPRISES, INC.,    C/O JANET L. CHUBB    JONES VARGAS,    100 W LIBERTY ST, 12TH FLR,
                  PO BOX 281,    RENO, NV 89504-0281
cr              +FLOCERFIDA BENINCASA,    9359 ROPING COWBOY AVE,    LAS VEGAS, NV 89178-6251
intp            +FLORENCE ALEXANDER,    P.O. BOX 915144,    LONGWOOD, FL 32791-5144
intp            +FRANCES PHILLIPS,    2275 SCHOONER CIRCLE,    RENO, NV 89519-5743
cr              +FRANK RAYMOND LEE,    P.O. BOX 14023,    LAS VEGAS, NV 89114-4023
intp            +FRANKLIN STRATFORD INVESTMENT LLC,    8585 E HARTFORD DRIVE, STE 500,    SCOTTDALE, AZ 85255-5474
cr               FREEDOM PROPERTIES,    18695 OCEANSIDE LN,    MONUMENT, CO 80132-8860
fa               FTI CONSULTING, INC.,    2 NORTH CENTRAL AVENUE, STE 1200,    PHOENIX, AZ 85004-2349
cr              +GAIL WILCOX,    PO BOX 1051,    MINDEN, NV 89423-1051
intp            +GARETH AR CRANER,    P.O. BOX 1284,    MINDEN, NV 89423-1284
```

```
District/off: 0978-2           User: castellan             Page 3 of 10                  Date Rcvd: Feb 09, 2011
Case: 06-10725                 Form ID: pdf984             Total Noticed: 320

cr              GATEWAY STONE ASSOCIATES, LLC,   C/O DANIEL WHITE, ESQ.,   23 CORPORATE PLAZA DRIVE,   SUITE 160,
                  NEWPORT BEACH, CA 92660-7942
cr             +GEORGE & MIRIAM GAGE,   C/O SCOTT D. FLEMING, ESQ.,   HALE LANE, ATTYS AT LAW,
                  3930 HOWARD HUGHES PARKWAY,   FOURTH FLOOR,   LAS VEGAS, NV 89169-0943
cr             +GEORGE GAGE TRUST DATED 10-8-99,   C/O SCOTT D. FLEMING, ESQ.,   HALE LANE, ATTYS AT LAW,
                  3930 HOWARD HUGHES PARKWAY,   FOURTH FLOOR,   LAS VEGAS, NV 89169-0943
intp           +GRABLE L RONNING,   P.O. BOX 8419,   INCLINE VILLAGE, NV 89452-8419
intp           +GRAHAM FAMILY TRUST DATED 10/26/78,   1460 TWINRIDGE ROAD,   SANTA BARBARA, CA 93111-1223
intp           +GREAT WHITE INVESTMENTS, NV, INC.,   3990 VEGAS DRIVE,   LAS VEGAS, NV 89108-1933
cr             +HALL FINANCIAL GROUP, LTD,   SANTORO, DRIGGS, WALCH, ET AL.,   400 SOUTH FOURTH STREET, 3RD FLOOR,
                  LAS VEGAS, NV 89101-6201
cr             +HALL PHOENIX INWOOD, LTD.,   SANTORO, DRIGGS, WALCH, ET AL.,   400 SOUTH FOURTH STREET, 3RD FLOOR,
                  LAS VEGAS, NV 89101-6201
cr             +HARRY JESSUP,   2009 WESTLUND DR.,   LAS VEGAS, NV 89102-6100
cr             +HARVEY FAMILY TRUST DATE APRIL 13, 1987,   2932 EAGLESTON CR,   Las Vegas, NV 89128-7724
cr             +HELEN B. JESSUP,   2009 WESTLUND DR.,   LAS VEGAS, NV 89102-6100
cr            ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
               (address filed with court: IRS,   POB 21126,   PHILADELPHIA, PA  19114)
intp           +INVESTORS COMMERCIAL CAPITAL, LLC,   9960 West Cheyenne Avenue,   Las Vegas, NV 89129-7701
cr              JACK HOGGARD,   7022 RUSHWOOD DR.,   EL DORADO HILLS, CA 95762-5002
cr             +JACK J. BEAULIEU REVOCABLE LIVING TRUST,   c/o Jack J. Beaulieu, Trustee,
                  2502 Palma Bista Avenue,   Las Vegas, NV 89121-2129
cr             +JAIRO CASTILLO,   C/O ALAN R. SMITH,   505 RIDGE,   RENO, NV 89501-1719
intp           +JAMES FEENEY,   PO BOX 19122,   RENO, NV 89511-0893
intp            JAMES SHAW,   14225 PRAIRIE FLOWER CT,   RENO, NV  89511-6710
cr             +JAMES W. MCCOLLUM,   915 OCEAN BLVD.,   CORONADO, CA 92118-2839
cr             +JASON HOLT,   1203 BRIARSTONE DR,   BOULDER CITY, NV 89005-2143
cr             +JASPER BENINCASA, JR.,   9359 ROPING COWBOY AVE.,   LAS VEGAS, NV 89178-6251
cr             +JAY C. MCLAUGHLIN,   4843 SOUTH POINT,   DISCOVERY BAY, CA 94505-9491
cr             +JAY S STEIN,   C/O MICHAELSON SUSI & MICHAELSON,   SEVEN W FIGUEROA ST,   2ND FLOOR,
                  SANTA BARBARA, CA 93101-3191
cr             +JAYEM FAMILY LIMITED PARTNERSHIP,   SNELL & WILMER,   3800 HOWARD HUGHES PKWY.,   SUITE 1000,
                  LAS VEGAS, NV 89169-5958
intp           +JAYEM FAMILY LTD PARTNERSHIP,   7 PARADISE VALLEY CT,   HENDERSON, NV 89052-6706
intp           +JEAN BARTKOWSKI,   P.O. BOX 1180,   DARBY, MT 59829-1180
cr             +JEAN SPANGLER,   3460 SQUAW ROAD,   WEST SACRAMENTO, CA 95691-5434
cr             +JED BARISH,   SIMMTEX INC.,   6160 MAJESTIC WIND AVE,   LAS VEGAS, NV 89122-3700
intp           +JEFF KARR,   825 COPPER BASIN RD.,   PRESCOTT, AZ 86303-7210
cr             +JERROLD T. MARITIN,   8423 PASO ROBLES,   NORTHRIDGE, CA 91325-3425
cr             +JERRY JOHNSON,   5401 BROADWAY TERRACE,   OAKLAND, CA 94618-1767
cr             +JOAN H. SCOTT,   4112 SINEW COURT,   LAS VEGAS, NV 89129-5448
cr             +JOANNE M. GRUNDMAN,   1608 BROWN STREET,   CARSON CITY, NV 89701-3504
cr             +JOHN C. DUCKLEE,   700 FLANDERS RD.,   RENO, NV 89511-4760
cr             +JOHN L. WADE, TRUSTEE OF THE JOHN L. WADE TRUST DT,   881 LAKE COUNTRY DRIVE,
                  INCLINE VILLAGE, NV 89451-9042
intp           +JOHN PETER LEE, LTD.,   830 LAS VEGAS BLVD SO,   LAS VEGAS, NV 89101-6723
cr              JOSEPH H. DEUERLING,   2602 W LAKE RIDGE SHRS,   RENO, NV  89519-5780
cr             +JOYCE WATSON,   10612 BLACK IRON ROAD,   LOUISVILLE, KY 40291-4004
cr             +JUDD ROBBINS,   2305-C ASHLAND STREET #437,   ASHLAND, OR 97520-3777
cr              JUDITH L. FOUNTAIN IRREVOCABLE TRUST DATED 8/26/97,   C/O JANET CHUBB   JONES VARGAS,
                  100 W LIBERTY ST, 12TH FLR,   P.O. BOX 281,   RENO, NV  89504-0281
cr              JUDY A. BONNET,   JONES VARGAS,   P.O. BOX 281,   RENO, NV 89504-0281
cr             +KAREN PETERSEN TYNDALL TRUST,   C/O GOOLD PATTERSON ALES & DAY,   4496 SOUTH PECOS RD,
                  LAS VEGAS, NV 89121-5030
intp           +KATHLEEN MOORE,   450 OPAL DRIVE,   HENDERSON, NV 89015-6835
cr              KEHL DEVELOPMENT CORPORATION,   JONES VARGAS,   P.O. BOX 281,   RENO, NV  89504-0281
cr             +KENNETH H WYATT,   PO BOX 370400,   LAS VEGAS, NV 89137-0400
cr             +KENNETH ZAWACKI,   PO BOX 5156,   BEAR VALLEY, CA 95223-5156
cr              KEVIN A. KEHL,   C/O JANET CHUBB,   100 W. LIBERTY ST, 12TH FLR,   P.O. BOX 281,
                  RENO, NV  89504-0281
cr              KEVIN A. MCKEE,   JONES VARGAS,   P.O. BOX 281,   RENO, NV 89504-0281
cr              KEVIN KEHL ITF ANDREW KEHL,   C/O JANET CHUBB   JONES VARGAS,   100 W LIBERTY ST, 12TH FLR,
                  P.O. BOX 281,   RENO, NV  89504-0281
cr              KEVIN KEHL ITF SUSAN L. KEHL,   C/O JANET CHUBB   JONES VARGAS,   100 W LIBERTY ST, 12TH FLR,
                  PO BOX 281,   RENO, NV  89504-0281
intp           +KOLESAR & LEATHAM, CHTD.,   3320 W SAHARA AVENUE,   SUITE 380,   LAS VEGAS, NV 89102-3202
cr              KRYSTINA L. KEHL,   JONES VARGAS,   P.O. BOX 281,   RENO, NV 89504-0281
cr             +LESTER AVILA,   61 COUR DE LA CEDRANT,   SPARKS, NV 89434-9500
cr              LOS VALLES LAND & GOLF, LLC,   C/O PAULINE NG LEE, ESQ.,   HALE LANE, ATTYS AT LAW,
                  2930 HOWARD HUGHES PARKWAY,   4TH FLOOR,   LAS VEGAS, NV  89169
cr             +LUCIUS BLANCHARD,   c/o GOOLD PATTERSON,   4496 south pecos,   Las Vegas, NV 89121-5030
cr             +LYNN KANTOR,  IRA,   C/O RICHARD J MASON,   130 PINETREE LANE,   RIVERWOODS, IL 60015-1915
op             +MARC A. LEVINSON,   ORRICK, HERRINGTON & SUTCLIFFE LLP,   400 CAPITOL MALL, STE 30000,
                  SACRAMENTO, CA 95814-4407
intp           +MARGARET B. MCGIMSEY TRUST,   C/O WILLIAM L. MCGIMSEY, ESQ.,   516 SO 6TH STREET, STE 300,
                  LAS VEGAS, NV 89101-6998
intp           +MARGARET GRAF,   2530 GREAT HIGHWAY,   SAN FRANCISCO, CA 94116-2613
intp           +MARILY MOLITCH,   2251 N. RAMPART BLVD. #185,   LAS VEGAS, NV 89128-7640
cr             +MARILYN HILBORN,   798 SAN REMO WAY,   BOULDER CITY, NV 89005-3528
intp           +MARK OLDS,   25 NORTH WASHINGTON STREET,   PORT WASHINGTON, NY 11050-2700
intp           +MARK R CAMPBELL,   300 S. HARBOR BLVD. #700,   ANAHEIM, CA 92805-3719
intp           +MARKUN ZUSMAN & COMPTON LLP,   C/O KATE O. MCMONIGLE,   465 CALIFORNIA STREET, 5TH FLOOR,
                  SAN FRANCISCO, CA 94104-1814
```

```
District/off: 0978-2           User: castellan              Page 4 of 10                  Date Rcvd: Feb 09, 2011
Case: 06-10725                 Form ID: pdf984              Total Noticed: 320

cr              +MARLIN L WONDERS,    4262 E CATALINA AVE,    MESA, AZ 85206-1917
intp            +MARTIN LEAF,    71 PIERCE ROAD   BOX 142,    WINDSOR, MA 01270-0142
intp            +MATTHEW MOLTICH,    2251 N. RAMPART BLVD. #185,    LAS VEGAS, NV 89128-7640
cr              +MESIROW FINANCIAL INTERIM MANAGEMENT, LLC,    C/O GREENBERG TRAURIG, LLP,
                  3773 HOWARD HUGHES PARKWAY,    SUITE 500 NORTH,    LAS VEGAS, NV 89169-5940
cr              +MICHAEL P. MOLLO,    316 S. BROADWAY #B,    REDONDO BEACH, CA 90277-3709
cr              +MICHAEL W. GORTZ,    7820 EMERALD HARBOR CT,    LAS VEGAS, NV 89128-7263
cr              +MICHAEL and CAROL HEDLUND,    C/O ALBRIGHT, STODDARD, WARNICK & ALBRIG,
                  801 SO RANCHO DR, STE D-4,    LAS VEGAS, NV 89106-3807
intp            +MIKLOS STEUER,    P.O. BOX 60267,    LAS VEGAS, NV 89160-0267
cr              +MIRIAM FRANKLIN,    2431 MARINER SQ. DR. #317,    ALAMEDA, CA 94501-1683
cr              +MMS,   MEETING MANAGEMENT SERVICES, INC.,    1201 NEW JERSEY AVE., NW,    WASHINGTON, DC 20001-1225
cr               MOJAVE CANYON INC.,    C/O JANET CHUBB    JONES VARGAS,    100 W LIBERTY ST, 12TH FLR,
                  P.O. BOX 281,    RENO, NV 89504-0281
intp            +MOLITCH 97 TRUST,    2251 N. RAMPART BLVD. #185,    LAS VEGAS, NV 89128-7640
cr              +MORTON J PORT,    PO BOX 4505,    INCLINE VILLAGE, NV 89450-4505
cr              +MOUNTAIN WEST MORTGAGE, LLC,    GOLDSMITH & GUYMON,    2055 N VILLAGE CTR CR,
                  LAS VEGAS, NV 89134-6251
intp            +NANCY GOLDEN,    5524 RAINER ST.,    VENTURA, CA 93003-1135
cr               NANCY O’HERRON,    3773 E KETTLE PL,    AURORA, CO 80016
intp            +NATIONAL REAL ESTATE HOLDINGS, INC.,    Adams & Rocheleau, LLC.,    400 N. Stephanie,    Suite 260,
                  Henderson, NV 89014-6800
cr              +NEVADA STATE BANK,    C/O GREENBERG TRAURIG, LLP,    2375 E. CAMELBACK ROAD, SUITE 700,
                  PHOENIX, AZ 85016-9000
cr              +NEVADA STATE BANK,    C/O HOLLAND & HART LLP,    3800 HOWARD HUGHES PKWY,    10TH FLOOR,
                  LAS VEGAS, NV 89169-5958
cr              +NIENKE A. LELS-HOHMANN,    2275 BROADWAY STREET, APT. 206,    SAN FRANCISCO, CA 94115-1207
intp            +NORMA DEULL,    140 RIVERSIDE DR. #8A,    NEW YORK, NY 10024-2605
crcm            +OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR USA,    3993 HOWARD HUGHES PKWY, STE 600,
                  LAS VEGAS, NV 89169-5996
cr              +OSVALDO LIVING TRUST ZUNINO,    3575 TIOGA WAY,    LAS VEGAS, NV 89169-3340
cr              +PALM TERRACE CLAIMANTS,    C/O JONATHAN A. MCMAHON,    10 ALMADEN BOULEVARD, SUITE 430,
                  SAN JOSE, CA 95113-2238
cr              +PAT A. DOLCE,    4031 Coogan Circle,    Culver City, CA 90232-3704
cr               PATRICIA E VON EUW,    7431 LINTWHITE ST,    NORTH LAS VEGAS, NV 89084-2500
cr              +PATRICIA L PORT,    PO BOX 4505,    INCLINE VILLAGE, NV 89450-4505
intp            +PATRICIA PONTAK,    250 E. LINE STREET,    BISHOP, CA 93514-3502
cr              +PATRICK & SUSAN DAVIS, HUSBAND & WIFE JTWROS,    737 BANNERMAN LANE,    FORT MILL, SC 29715-7858
cr               PATRICK J. ANGLIN,    JONES VARGAS,    P.O. BOX 281,    RENO, NV 89504-0281
cr              +PAUL A. JACQUES,    810 SE 7TH ST A-103,    DEERFIELD BEACH, FL 33441-4868
intp            +PAUL GRAF,    2530 GREAT HIGHWAY,    SAN FRANCISCO, CA 94116-2613
cr              +PAUL LINNEY,    232 COURT STREET,    RENO, NV 89501-1808
cr              +PEGGY ANN VALLEY,    4843 SOUTH POINT,    DISCOVERY BAY, CA 94505-9491
cr              +PETER M DIGRAZIA,    MAUPIN COX & LEGOY,    P.O. BOX 30000,    RENO, NV 89520-3000
intp            +PHILLIPS FAMILY TRUST DATED OCTOBER 24, 1989,    2275 SCHOONER CIRCLE,    RENO, NV 89519-5743
intp            +PHYLLIS KARR,    825 COPPER BASIN ROAD,    PRESCOTT, AZ 86303-7210
cr              +PHYLLIS P WYATT,    PO BOX 370400,    LAS VEGAS, NV 89137-0400
cr              +PIERCY BOWLER TAYLOR & KERN,    88 KEARNY STREET, 10TH FLOOR,    SAN FRANCISCO, CA 94108-5524
cr               PLATINUM PROPERTIES 1, INC.,    c/o James D. Greene, Esq.,    Brownstein Hyatt Farber Schreck,
                  100 City Parkway, Suite 1600,    Las Vegas, NV 89106-4614
intp            +PONTAK WONG REVOCABLE TRUST DATED JAN. 19, 2004,    250 E. LINE STREET,    BISHOP, CA 93514-3502
intp            +PROJECT DISBURSEMENT GROUP, INC.,    823 SO SIXTH ST,    LAS VEGAS, NV 89101-6923
cr              +R J ROCCO,    12617 COTTAGEVILLE LANE,    KELLER, TX 76244-5711
cr              +R&N REAL ESTATE INVESTMENTS,    3990 VEGAS DRIVE,    LAS VEGAS, NV 89108-1933
intp            +RANEE L. CEGLIA,    3720 POCOHENA COURT,    WASHOE VALLEY, NV 89704-9646
cr              +RAYMOND J. ZURFLUH, JR.,    5719 CONSTITUTION WAY,    REDDING, CA 96003-3078
cr               RETIREMENT ACCOUNTS, INC.,    Bradley Paul Elley, Esq.
cr              +RICHARD CADIEUX,    C/O ALAN R. SMITH,    505 RIDGE STREET,    RENO, NV 89501-1719
intp            +RICHARD PHILLIPS,    ESTATE OF JAMES C. STILL,    23 GLENEDEN COURT,    CONROE, TX 77384-4575
cr              +RICHARD THURMOND LTD PARTNERSHIP,    720 S. FOURTH STREET,    SUITE 300,    LAS VEGAS, NV 89101-6743
intp             RICHARD WILLIAMS,    2401-A WATERMAN BLVD. #1-230,    FAIRFIELD, CA 94534
intp            +RIO RANCHO EXECUTIVE PLAZA LLC,    8324 E HARTFORD DRIVE, STE 110,    SCOTTSDALE, AZ 85255-5497
cr              +RITA P. ANDERSON TRUST,    C/O JANET CHUBB    JONES VARGAS,    100 LIBERTY ST, 12TH FLR,
                  P.O. BOX 281,    RENO, NV 89504-0281
intp            +ROAM DEVELOPMENT GROUP, LP,    C/O RICE, SILBEY REUTHER & SULLIVAN, LLP,
                  3960 HOWARD HUGHES PKWY, STE 700,    LAS VEGAS, NV 89169-5983
intp             ROBERT A RUSSELL,    110040 E HAPPY VALLEY RD., #351,    SCOTTSDALE, AZ 85255-2380
intp            +ROBERT A. COWMAN,    1525 WINTERWOOD AVENUE,    SPARKS, NV 89434-6730
cr               ROBERT A. KEHL,    JONES VARGAS,    P.O. BOX 281,    RENO, NV 89504-0281
intp            +ROBERT A. RUSSELL,    8585 HARTFORD DRIVE, STE 500,    SCOTTSDALE, AZ 85255-5474
cr              +ROBERT J. KEHL,    C/O JANET CHUBB,    100 W LIBERTY ST, 12TH FLOOR,    P.O. BOX 281,
                  RENO, NV 89504-0281
cr              +ROBERT OXENDORF,    ROBERT OXENDORF TRUST,    3023 S 84TH ST,    MILWAUKEE, WI 53227-3703
cr              +ROBERT ROWLEY,    C/O MICHAELSON SUSI & MICHAELSON,    SEVEN W FIGUEROA ST,    2ND FLOOR,
                  SANTA BARBARA, CA 93101-3191
cr              +ROBERT SUSSKIND,    9900 WILBUR MAY PARKWAY #206,    RENO, NV 89521-4002
intp            +ROBERT VERCHOTA,    C/O JEFFREY A COGAN, ESQ,    3990 VEGAS DRIVE,    LAS VEGAS, NV 89108-1933
cr              +ROBERT W. SCOTT,    4112 SINEW COURT,    LAS VEGAS, NV 89129-5448
intp            +ROBIN B GRAHAM,    1460 TWINRIDGE ROD,    SANTA BARBARA, CA 93111-1223
cr              +ROGER BRUCE,    7875 GEYSER HILL LANE,    LAS VEGAS, NV 89147-5640
cr              +ROLLAND P. WEDDELL,    C/O MATTHEW J. KREUTZER, ESQ.,    3930 HOWARD HUGHES PKWY, 4TH FLR,
                  LAS VEGAS, NV 89169-0947
cr               RUDI EICHLER,    5112 ALFINGO ST,    LAS VEGAS, NV 89135-3215
cr               RUTH ANN KEHL,    JONES VARGAS,    P.O. BOX 281,    RENO, NV 89504-0281
```

```
District/off: 0978-2           User: castellan              Page 5 of 10                  Date Rcvd: Feb 09, 2011
Case: 06-10725                 Form ID: pdf984              Total Noticed: 320

intp           +Randolph L. Howard, Esq.,    c/o Kolesar & Leatham, Chtd.,    3320 W. Sahara Ave., Ste. 380,
                 Las Vegas, NV 89102-3202
cr             +SALLY HOLT,    1203 BRIARSTONE DR,    BOULDER CITY, NV 89005-2143
intp           +SALLY OLDS,    25 NORTH WASHINGTON STREET,    PORT WASHINGTON, NY 11050-2700
cr             +SAM COSTANZA,    9809 CANTEBURY ROSE LANE,    LAS VEGAS, NV 89134-5913
intp           +SANDRA L. COWMAN,    1525 WINTERWOOD AVENUE,    SPARKS, NV 89434-6730
cr              SB INVESTORS,    300 SOUTH FOURTH STREET,    SUITE 1200,    LAS VEGAS, NV 89031
cr              SHARON JUNO,    C/O MARION E. WYNNE, ESQUIRE,    POST OFFICE BOX 1367,    FAIRHOPE, AL 36533-1367
sp             +SHEA & CARLYON, LTD.,    228 S 4TH ST 1ST FL,    LAS VEGAS, NV 89101-5705
cr             +SHIRLEY J. ZURFLUH,    5719 CONSTITUTION WAY,    REDDING, CA 96003-3078
intp            SIERRA HEALTH SERVICES, INC.,    ATTN: FRANK COLLINS, ESQ.,    2724 N. TENAYA WAY,    P.O. BOX 15645,
                 LAS VEGAS, NV 89114-5645
cr             +SIERRA LIQUIDITY FUND, LLC,    C/O WILDE HANSEN LLP,    208 SOUTH JONES BLVD.,
                 LAS VEGAS, NV 89107-2657
intp            SPECTRUM CAPITAL, LLC,    6167 JARIS AVE. #304,    NEWARK, CA 94560-1210
cr             +SPECTRUM FINANCIAL GROUP,    C/O MATTHEW J KREUTZER, ESQ,    3930 HOWARD HUGHES PKWY, 4TH FLR,
                 LAS VEGAS, NV 89169-0947
cr             +STANDARD PROPERTY DEVELOPMENT, LLC,    C/O STEPHENS GOURLEY & BYWATER,    3636 NO RANCHO DR,
                 LAS VEGAS, NV 89130-3149
intp           +STANLEY ALEXANDER TRUST,    P.O. BOX 915144,    LONGWOOD, FL 32791-5144
intp            STANLEY E FULTON,    Las Vegas, NV 89120
intp           +STEPHEN PHILLIPS,    2275 SCHOONER CIRCLE,    RENO, NV 89519-5743
intp           +STEPTOE & JOHNSON LLP,    2121 Avenue of the Stars, 28th Floor,    Los Angeles, CA 90067-5010
cr             +STEVE WATSON,    10612 BLACK IRON ROAD,    LOUISVILLE, KY 40291-4004
cr             +STEVE WILCOX,    PO BOX 1051,    MINDEN, NV 89423-1051
intp           +STUART MADSEN,    5843 VALLE VISTA COURT,    GRANITE BAY, CA 95746-8215
cr             +SYDNEY SIEMENS,    309 #2 MORETON BAY LANE,    GOLETA, CA 93117-6235
intp           +TECHNOLOGY INVESTMENT PARTNERS, L.L.C.,    ATTN: STACEY L. FARMER,    40950 WOODWARD AVENUE,
                 SUITE 201,    BLOOMFIELD HILLS, MI 48304-5127
cr             +TED GLASSRUD ASSOCIATES OF STUART FL, INC BY ITS M,    C/O TED GLASRUD ASSOCIATES INC.,
                 1700 WEST HIGHWAY 36 SUITE 650,    ROSEVILLE, MN 55113-4027
cr             +TEMECULA PUBLIC FINANCE AUTHORITY,    c/o SIDHU LAW FIRM, LLC,    810 S. CASINO CENTER BLVD.,
                 SUITE 104,    LAS VEGAS, NV 89101-6719
cr             +TERRY MARKWELL,    12765 SILVER WOLF ROAD,    RENO, NV 89511-4797
intp           +THE BOSWORTH 1988 FAMILY TRUST,    P.O. BOX 8419,    INCLINE VILLAGE, NV 89452-8419
cr              THE CHIAPPETTA TRUST DATED 4/1/03,    C/O PAT M & JOANN CHIAPPETTA,    118 BEE CREEK COURT,
                 GEORGETOWN, TX 78633-5320
cr             +THE COSTANZA 1987 DECEDENT'S TRUST,    C/O SAM COSTANZA,    9809 CANTEBURY ROSE LANE,
                 LAS VEGAS, NV 89134-5913
cr             +THE LARRY L. RIEGER AND PATSY R. RIEGER REVOCABLE,    C/O LARRY & PATSY RIEGER, TRUSTEES,
                 2615 GLEN EAGLES DRIVE,    RENO, NV 89523-2080
cr             +THE LEVY FAMILY TRUST - 5/5/94,    C/O MIRIAM FRANKLIN - TRUSTEE,
                 2431 MARINER SQUARE DR. APT 317,    ALAMEDA, CA 94501-1683
intp           +THE WILD WATER LIMITED PARTNERSHIP,    P.O. BOX 8419,    INCLINE VILLAGE, NV 89452-8419
cr             +THOMAS M KETELLE AND MARY KETELLE FAMILY TRUST,    3105 LOTUS HILL DRIVE,
                 LAS VEGAS, NV 89134-8988
cr             +TIMOTHY AND JO ANN BURRUS,    3880 W. HIDDEN VALEY DR.,    RENO, NV 89502-9584
cr             +TITO CASTILLO,    13390 PARKSIDE TERRACE,    COOPER CITY, FL 33330-2642
cr             +TITO CASTILLO,    C/O ALAN R. SMITH,    505 RIDGE ST,    RENO, NV 89501-1719
cr              TOBIAS VON EUW,    SUN CITY ALIANTE,    7431 LINTWHITE ST,    NORTH LAS VEGAS, NV 89084-2500
cr             +TRUSTEE OF KANTOR NEPHROLOGY CONSULTANTS, LTD,    130 PINETREE LANE,    RIVERWOODS, IL 60015-1915
intp           +U. S. Securities and Exchange Commission,    ATTN: Gregory C. Glynn,
                 5670 Wilshire Blvd., 11th Floor,    Los Angeles, CA 90036-5627
intp           +U.S. BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCU,    125 S GRAND AVE,    PASADENA, CA 91105-1643
cr             +UNITED STATES SECURITIES AND EXCHANGE COMMISSION,    5670 WILSHIRE BLVD., 11TH FLOOR,
                 LOS ANGELES, CA 90036-5627
cr             +UNIVERSAL MANAGEMENT, INC.,    5280 S. EASTERN AVE., SUITE D-3,    LAS VEGAS, NV 89119-2303
cr             +VINCE DANELIAN,    P.O. BOX 97782,    LAS VEGAS, NV 89193-7782
intp           +VOSS FAMILY TRUST,    14 VIA AMBRA,    NEWPORT COAST, CA 92657-1610
cr             +WALLS FAMILY TRUST DTD 12/10/97,    C/O JOSEPH P & ELLEN WALLS,    2778 BEDFORD WAY,
                 CARSON CITY, NV 89703-4618
cr              WARREN HOFFMAN FAMILY INVESTMENTS, LP,    JONES VARGAS,    P.O. BOX 281,    RENO, NV 89504-0281
cr             +WILLIAM R. MORENO,    10016 ROLLING GLEN CT.,    LAS VEGAS, NV 89117-0952
cr             +WILLIAM SPANGLER,    3460 SQUAW ROAD,    WEST SACRAMENTO, CA 95691-5434
intp           +WOLF VOSS,    14 VIA AMBRA,    NEWPORT COAST, CA 92657-1610
cr             +Wendy E Wolkenstein,    6089 Doroca St,    Las Vegas, NV 89148-5575
cr             +YVONNE R WONDERS,    4262 E CATALINA AVE,    MESA, AZ 85206-1917

The following entities were noticed by electronic transmission on Feb 10, 2011.
aty            +E-mail/Text: rcharles@lrlaw.com                              LEWIS AND ROCA LLP,
                 3993 HOWARD HUGHES PKWY, #600,    LAS VEGAS, NV 89169-5996
aty            +E-mail/Text: rcharles@lrlaw.com                              LEWIS AND ROCA LLP,    ATTN: ROB CHARLES,
                 3993 HOWARD HUGES PKWY, STE 600,    LAS VEGAS, NV 89169-5996
aty             E-mail/Text: twynne@wbbwlaw.com                              MARION E. WYNNE,
                 WILKINS, BANKESTER, BILES & WYNNE, P.A.,    POST OFFICE BOX 1367,    FAIRHOPE, AL 36533-1367
cr             +E-mail/Text: cjkiland@aol.com                                CAROL KILAND IRA,    524 REGENTS GATE DRIVE,
                 HENDERSON, NV 89012-7234
cr              E-mail/Text: thtjr@me.com                                    CHARMAINE TRIMBLE EXEMPTION TRUST,
                 C/O THOMAS H. TRIMBLE JR. TRUSTEE,    PO BOX 820,    CARNELIAN BAY, CA 96140-0820
intp           +E-mail/Text: jjwilliams@haincapital.com                      HAIN CAPITAL GROUP, LLC,
                 MEADOWS OFFICE COMPLEX,    301 ROUTE 17,    16TH FLOOR,    RUTHERFORD, NJ 07070-2575
intp            E-mail/Text: prakelt@sbcglobal.net                           HANS J. PRAKELT,
                 2401-A WATERMAN BLVD. #1-230,    FAIRFIELD, CA 94534
```

```
District/off: 0978-2            User: castellan              Page 6 of 10                Date Rcvd: Feb 09, 2011
Case: 06-10725                  Form ID: pdf984              Total Noticed: 320

The following entities were noticed by electronic transmission (continued)
intp            E-mail/Text: jamesciellen@dovemagic.com                           JAMES CIELEN,
              2880 BICENTENNIAL PKWY STE 100,    PMB 223,    HENDERSON, NV 89044-4484
intp           +E-mail/Text: jamesciellen@dovemagic.com                           JAMES R CIELEN IRA,
              9775 S. MARYLAND PKWY. #F102,    LAS VEGAS, NV 89183-7122
cr             +E-mail/Text: afurtado@kcnvlaw.com
              KUMMER KAEMPFER BONNER RENSHAW & FERRARIO,    3800 HOWARD HUGHES PKWY,    LAS VEGAS, NV 89169-0913
cr              Fax: 202-326-4112 Feb 10 2011 02:40:59      PENSION BENEFIT GUARANTY CORPORATION,
              OFFICE OF GENERAL COUNSEL,    1200 K ST, NW,    WASHINGTON, DC  20005-4026
cr             +E-mail/Text: randdex@gmail.com                               RAND SULLIVAN,   853 OLD QUARRY RD. S.,
              LARKSPUR, CA 94939-2218
intp           +E-mail/Text: bobogren@gmail.com                               ROBERT L. OGREN,
              3768 RICK STRATTON DRIVE,    LAS VEGAS, NV 89120-2647
cr             +E-mail/Text: robert.w.ulm@gmail.com                            ROBERT ULM,   414 MORNING GLORY ROAD,
              ST. MARYS, GA 31558-4139
                                                                                                 TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             ANDREW M PARLEN
aty             GORDON & SILVER, LTD.
aty             MILLER & WRIGHT, PLLC
aty             ORRICK, HERRINGTON & SUTCLIFFE, LLP
aty             RAY, QUINNEY & NEBEKER P.C.
aty             SCHWARTZER & MCPHERSON LAW FIRM
aty             STUTMAN, TREISTER & GLATT PROFESSIONAL CORPORATION
cr              3800 Prince Street, LLC
cr              401(K) PROFIT SHARING PLAN, LYNN KANTOR
cr              ALBERT DANIEL ANDRADE
cr              ALBERT LEE
intp            ALBRIGHT, STODDARD, WARNICK & PALMER
cr              ALEX GASSIO
fa              ALVAREZ & MARSAL, LLC
intp            ANGELINE CHRISTIANSON
intp            ANTHONY G. ADAMS
intp            ASPEN SQUARE MANAGEMENT, INC.
res             ASSET RESOLUTION LLC
cr              AUGUST J. AMARAL, INC.
cr              AUGUSTINE TUFFANELLI
cr              AYLENE GERINGER
cr              Alfred Olsen, Jr.,    3990 Vegas Drive,    Las Vegas
intp            B & L INVESTMENTS, INC.
intp            BANKRUPTCY APPELLATE PANEL OF THE NINTH CIRCUIT
cr              BARRY J. GOLDSTEIN
sp              BECKLEY SINGLETON, CHTD.
cr              BERNARD SANDLER
intp            BEVERLY SWEZEY
cr              BILL OVCA
cr              BRENDA J. HIGH IRA C/O FIRST TRUST CO. OF ONAGA CU
intp            BRETT SEABERT
intp            BRIAN M. ADAMS, ESQ.
cr              BUCKALEW TRUST
cr              C. NICHOLAS PEREOS, ESQ.
intp            CABERNET HIGHLANDS, LLC
intp            CANEPA GROUP
intp            CANEPA GROUP
cr              CAPITAL MORTGAGE INVESTORS, INC.
intp            CARMEL WINKLER
cr              CAROL J. PRUNER
intp            CAUGHLIN CLUB MANAGEMENT PARTNERS, LLC
intp            CAUGHLIN CLUB REAL PROPERTY INVESTORS, LLC
intp            CCRE INVESTORS, LLC
cr              CELSO ACOSTA
intp            CHARDONNAY VILLAGE INVESTORS, LLC
cr              CHRISTINE L. SPINDEL
cr              CITICORP VENDER FINANCE, INC. fka EAB LEASING CORP
cr              CITY OF TEMECULA
intp            CLASSIC RESIDENCES, LLC
cr              COMMUNITY BANK OF NEVADA
intp            COMPASS PARTNERS LLC
intp            COMSTOCK VILLAGE INVESTORS, LLC
cr              CONNIE COBB
cr              CONNIE WESTBROOK
intp            CRAIG ORROCK
intp            CROSS DEVELOPMENT/MONTGOMERY, LP
intp            CURTIS F CLARK
cr              D.G. MENCHETTI PENSION PLAN
cr              DANIEL AND CLAIRE LISEK
intp            DANIEL D NEWMAN
cr              DANIEL D NEWMAN
cr              DAVID E. GACKENBACH
cr              DAVID FOSSATI
intp            DAVID VAN HATTEM
sp              DAVID W. HUSTON
intp            DAYCO FUNDING CORPORATION
```

```
District/off: 0978-2              User: castellan              Page 7 of 10              Date Rcvd: Feb 09, 2011
Case: 06-10725                    Form ID: pdf984              Total Noticed: 320

                ***** BYPASSED RECIPIENTS (continued) *****
intp         DDH FINANCIAL CORP.
intp         DEAN CHRISTIANSON
cr           DEAN SHACKLEY
cr           DEBT ACQUISITION COMPANY OF AMERICA
cr           DEL BUNCH
intp         DELOITTE & TOUCHE LLP
sp           DIAMOND MCCARTHY TAYLOR FINLEY & LEE, LLP
intp         DIAMOND VILLAGE INVESTORS 1 & 12, LLC
intp         DIAMOND VILLAGE INVESTORS 11, LLC
intp         DIRECT LENDERS-BENEFICIARIES
cr           DONALD L HESS
intp         DONALD SWEZEY
cr           DONNA CANGELOSI
intp         DOUBLE DIAMOND HOMES, LLC
intp         DOUBLE DIAMOND MANAGEMENT COMPANY, LLC
cr           ED SCHOONOVER
cr           EDWARD W HOMFELD,   HOMFELD II, LLC
cr           ELLYSON GALLOWAY
intp         EMIGH INVESTMENTS, LLC
intp         EQUUS MANAGEMENT GROUP, INC.
cr           ERIN E MACDONALD, TRUSTEE OF THE ERIN E. MCDONALD
cr           ERNESTINE BUNCH
cr           ERVEN J NELSON AND FRANKIE J NELSON TRUST
cr           ERVEN J NELSON LTD PROFIT SHARING PLAN
cr           EVALYN C TAYLOR
intp         EVELYN ASHER SHEERIN, TRUSTEE FOR THE BENEFIT OF T
intp         EVELYN ASHER SHERRIN, TRUSTEE OF THE CHRIS AND EVE
intp         EVELYN G CANEPA TRUST
cr           FERN APTER
intp         FIRST SAVINGS BANK, CUSTODIAN FOR PATRICK DAVIS IR
intp         FOOTHILL COMMERCE CENTER, LLC
intp         FORD ELSAESSER
cr           FRANK SNOPKO
cr           G KANTOR
cr           GARY KANTON
cr           GARY L. KANTON, M.D., TRUSTEE KANTOR  NEPHROLOGY C
cr           GARY L. KANTOR
cr           GARY MICHELSEN
cr           GARY R. SMITH
intp         GARY T. & LORI R. CANEPA, TRUSTEES OF THE G. & L.
cr           GAYLE HARKINS
cr           GAZELLA TEAGUE LIVING TRUST
cr           GERALD LABOSSIERE
cr           GERALD LEWIS
cr           GOOLD PATTERSON ALES ROADHOUSE, & DAY
cr           GREGORY J. WALCH
cr           GUY ARCHER
cr           HAMILTON M. HIGH IRA C/O FIRST TRUST CO. OF ONAGA
cr           HANSLIK FAMILY TRUST DATED 12/23/91
cr           HASPINOV, LLC
intp         HERMAN M. ADAMS, ESQ.
cr           HIGHLAND CRUSADER FUND, LTD.
app          HILCO REAL ESTATE LLC/HILCO REAL ESTATE APPRAISAL,
cr           HOMES FOR AMERICA HOLDINGS, INC.
intp         HOMEWOOD VILLAGE INVESTORS I, LLC
cr           INTERIM COMMITTEE OF CONCERNED INVESTORS
cr           JACK S. TIANO
cr           JAMES CORISON
cr           JAMES E. MCKNIGHT
intp         JAMIE WISE
cr           JANE HENDLER
cr           JANE UNLAND
cr           JANICE LUCAS
cr           JEFFREY L. EDWARDS
intp         JERRY MCGIMSEY
cr           JOAN M CRITTENDEN
intp         JOE LOPEZ
cr           JOHN DUTKIN
cr           JOHN HANDAL
cr           JOHN MICHELSEN
cr           JOHN UNLAND
cr           JOSEPH AND LORETTA DONNOLO
cr           JOSEPH D. MILANOWSKI
cr           JOSEPH D. MILANOWSKI 1998 TRUST
cr           JUANITA SANTORO
cr           JUDITH LEWIS
cr           JUDITH ROBINSON
intp         KAREN S. CHRISTIANSON
cr           KATHLEEN M. EDWARDS
cr           KEVIN J. HIGGINS & ANA MARIE HIGGINS FAMILY TRUST
intp         KRAIG KNUDSEN
intp         KREG ROWE
intp         LA HACIENDA LAND INVESTORS, INC.
```

```
District/off: 0978-2          User: castellan           Page 8 of 10           Date Rcvd: Feb 09, 2011
Case: 06-10725               Form ID: pdf984           Total Noticed: 320

              ***** BYPASSED RECIPIENTS (continued) *****
 cr            LARRY L. RIEGER
 cr            LAW OFFICES OF JAMES J. LEE
 cr            LENDERS PROTECTION GROUP
 cr            LEO G MANTAS
 cr            LERIN HILLS, LTD
 cr            LIBERTY BANK
 cr            LOIS MAE SCOTT
 intp          LONGLEY PROFESSIONAL CAMPUS, LLC
 intp          LONGLEY TOWN CENTRE, LLC
 cr            LORRAINE GUNDERSON
 cr            LOU O. MALDONADO
 intp          LOUIS JOHN CANEPA TRUSTEE OF THE LOUIS JOHN CANEPA
 cr            LOUISE G. SHERK, TRUSTEE OF THE LOUISE G. SHERK, M
 intp          LOUISE TEETER
 cr            LUCILLE LABOSSIERE
 cr            LYNN KANTOR, IRA
 cr            MANFRED S. SPINDEL
 cr            MARCIA J. KNOX
 cr            MARILYN & MATTHEW MOLITCH
 cr            MARILYN MOLITCH
 cr            MARK ZIPKIN
 cr            MATTHEW MOLITCH
 intp          MICHAEL EFSTRATIS
 cr            MICHAEL PETERSEN
 cr            MICHAEL RICCI
 intp          MICHAEL WAGNON
 intp          MICHAELSON, SUSI & MICHAELSON
 intp          MINERS VILLAGE INVESTORS, LLC
 cr            ML CBO IV (CAYMAN) LTD.
 cr            MONROE MAYO
 intp          MONTICELLO INVESTORS, LLC
 intp          MOUNTAINVIEW CAMPUS INVESTORS, LLC
 intp          MP TANAMERA, LLC
 cr            NANCY E. ROMMEL,    TRUSTEE OF ROMMEL FAMILY TRUST - 10/6/78
 intp          NASON,YEAGER, GERSON, WHITE & LIOCE, P.A.
 cr            NICHOLAS J SANTORO
 intp          NORMAN TEETER
 crcm          OFFICIAL COMMITEEE OF EQUITY SECURITY HOLDERS OF U
 crcm          OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS OF U
 crcm          OFFICIAL COMMITTEE OF EXECUTORY CONTRACT HOLDERS O
 crcm          OFFICIAL COMMITTEE OF HOLDERS EXECUTORY CONTRACT R
 cr            PAM CAPITAL FUNDING, L.P.
 cr            PAMCO CAYMAN, LTD.
 cr            PATRICIA GOLDSTEIN
 intp          PATRICK DAVIS
 cr            PATSY R. RIEGER
 cr            PCMG TRADING PARTNERS XXII, L.P.
 cr            PECOS PROFESSIONAL PARK, LLC
 cr            PHILP BENJAMIN RBR PARTNERSHIP
 intp          PIONEER VILLAGE INVESTORS, LLC
 intp          PRESERVE AT GALLERIA, LLC
 cr            PROSPECT HIGH INCOME FUND
 intp          RENO CORPORATE CENTER, LLC
 intp          RENO DESIGN CENTER, LLC
 cr            RICHARD G WORTHEN
 cr            RICHARD MCKNIGHT
 cr            ROBERT B. GEIGER
 cr            ROBERT DIBIAS, TRUSTEE OF THE LOUISE G. SHERK, M.D
 intp          ROBERT G TEETER
 cr            ROBERT J. ROWLEY
 cr            ROBERT J. SCOTT
 cr            ROBERT W. ULM, TRUSTEE OF THE ULM LIVING TRUST
 cr            RODNEY ROLOFF
 intp          RONALD H. PACHECO
 cr            ROSEBERRY FAMILY LP
 intp          ROWE FAMILY TRUST
 cr            ROY R. VENTURA, JR.
 intp          ROYAL VACATION SUITES, INC.
 intp          RTTC COMMUNICATIONS, LLC
 intp          RUDOLF WINKLER
 cr            RUTH E. GEIGER
 cr            Royal Landholdings, LLC
 cr            S & J ENTERPRISE INVESTMENTS, INC.
 intp          SALVATORE J REALE
 intp          SANDHILL BUSINESS CAMPUS, LLC
 cr            SANTORO DRIGGS WALCH KEARNEY JOHNSON & THOMPSON
 cr            SCC ACQUISITION CORP.
 intp          SCOTT K CANEPA
 intp          SCOTT K CANEPA DEFINED BENEFIT PENSION PLAN
 intp          SHARON MCGIMSEY
 cr            SHARYN ROLOFF
 cr            SHAUNA M. WALCH
 intp          SHAWNTELLE DAVIS-CANEPA
```

```
District/off: 0978-2          User: castellan               Page 9 of 10             Date Rcvd: Feb 09, 2011
Case: 06-10725               Form ID: pdf984               Total Noticed: 320

              ***** BYPASSED RECIPIENTS (continued) *****
cr            SHERRY R. SMITH
fa            SIERRA CONSULTING GROUP, LLC
intp          SIERRA LIQUIDITY FUND, LLC.
intp          SIERRA VISTA INVESTORS, LLC
res           SILAR ADVISORS, LP
res           SILAR SPECIAL OPPORTUNITIES FUND, LP
intp          SOUTH MEADOWS COMMERCIAL PROPERTY, LLC
intp          SOUTH MEADOWS OFFICE INVESTORS, LLC
intp          SPARKS GALLERIA INVESTORS II, LLC
intp          SPARKS GALLERIA INVESTORS, LLC
intp          SPCP GROUP, LLC
intp          STANLEY ALEXANDER
intp          STATE OF NEVADA DEPARTMENT OF BUSINESS AND INDUSTR,   Mortgage Lending Division
intp          STATE OF NEVADA MORTGAGE LENDING DIVISION
cr            SUE SCHOONOVER
intp          SUSAN DAVIS
cr            SUSAN GACKENBACH
intp          TANAMERA COMMERCIAL DEVELOPMENT, LLC
intp          TANAMERA CORPORATE CENTER, LLC
intp          TANAMERA DEVELOPMENT LLC
intp          TANAMERA HOMES, LLC
intp          TANAMERA RESORT CONDOMINIUMS, LLC
intp          TANAMERA RESORT PARTNERS, LLC
cr            TARIQ CHAUDHRY
intp          TCD FINANCIAL CORP.
intp          TCD LAND INVESTMENTS, LLC
intp          TERRENCE JOHNSON
cr            TERRI NELSON
cr            TESSERACT TRUST DATED 3/31/04
cr            THE IVAN NORMAN AND BEVERLY ANNE DAVIS F
intp          THE MACDONALD CENTER FOR ARTS AND HUMANITIES
intp          THE MEADOWS INVESTORS, LLC
intp          THE VINEYARD INVESTORS, LLC
cr            THOMAS HANTGES
op            THOMAS J. ALLISON
intp          U.S. BANKRUPTCY COURT
intp          UNITED STATES DISTRICT COURT
intp          UNITED STATES OF AMERICA
jtadm         USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC
jtadm         USA CAPITAL FIRST TRUST DEED FUND, LLC
jtadm         USA CAPITAL REALTY ADVISORS, LLC
cr            USA COMMERCIAL REAL ESTATE GROUP
cr            USA INVESTMENT PARTNERS, LLC
jtadm         USA SECURITIES, LLC
intp          USACM LIQUIDATING TRUST
intp          VINEYARD HIGHLANDS, LLC
intp          VINEYARD PROFESSIONAL CAMPUS, LLC
cr            WANDA WRIGHT TRUSTEE FOR THE WANDA WRIGHT TRUST 6-
intp          WATERFORD PARTNERS, LLC
cr            WELLS FARGO BANK OF NEVADA AND WELLS FARGO BANK
intp          WESTERN UNITED LIFE ASSURANCE CO
cr            WILLIAM P. MCQUERY, JR.
cr            WORLD LINKS GROUP LLC
intp          WYNDGATE PARTNERS II, LLC
intp          WYNDGATE VILLAGE INVESTORS, LLC
cr            WYNN A. GUNDERSON
cr            ZAWACKI LLC (COLLECTIVELY "MANTAS GROUP")
aty*         +SHEA & CARLYON, LTD.,    228 S 4TH ST  1ST FL,    LAS VEGAS, NV 89101-5705
cr*          +HOWARD CONNELL,    1001 JENNIS SILVER ST,    LAS VEGAS, NV 89145-8684
cr*          +LORENE CONNELL,    1001 JENNIS SILVER ST,    LAS VEGAS, NV 89145-8684
aty         ##+ANNETTE W JARVIS,    POB 45385,    SALT LAKE CITY, UT 84145-0385
aty         ##+BOLICK & BOYER,    C/O ERVEN T. NELSON, ESQ.,    6060 W. ELTON AVENUE, SUITE A,
              LAS VEGAS, NV 89107-0126
aty         ##+D G MENCHETTI,    POB 7100,    INCLINE VILLAGE, NV 89452-7100
aty         ##+RICHARD E KAMMERMAN,    RICHARD KAMMERMAN PC,    7200 N MOPAC, SUITE 150,    AUSTIN, TX 78731-3069
aty         ##+ROBERT C. LEPOME,    10120 S. EASTERN AVE., #200,    HENDERSON, NV 89052-3926
intp         ##BONNY K. ENRICO,    2072 ALMYRA ROAD,    SPARTA, TN 38583-5168
intp        ##+BRUCE MCGIMSEY,    c/o William L. McGimsey, Esq.,    601 East Charleston Blvd.,
              Las Vegas, NV 89104-1508
intp        ##+CHARMA BLOCK,    201 S. 18th STREET #2119,    PHILADELPHIA, PA 19103-5945
intp        ##+COPPER SAGE COMMERCE CENTER,    ATTN: ROBERT A RUSSELL,    P.O. BOX 28216,
              SCOTTSDALE, AZ 85255-0153
intp        ##+CRAIG MEDOFF,    3110 LARKWOOD CREEK,    FALLBROOK, CA 92028-8622
intp         ##DAVID R. ENRICO,    2072 ALMYRA ROAD,    SPARTA, TN 38583-5168
cr          ##+GREEN VALLEY SECURE INVESTMENTS,    2625 GREEN VALLEY PARKWAY,    SUITE 125,
              HENDERSON, NV 89014-0218
intp        ##+HOWARD CONNELL,    1001 JENNIS SILVER ST,    LAS VEGAS, NV 89145-8684
cr           ##HUMPHRY 1999 TRUST,    C/O JACK & ALICE HUMPHRY TTEES,    3825 CHAMPAGNE WOOD DR,
              NORTH LAS VEGAS, NV  89031-2056
intp         ##JAMES DICKINSON,    2652 1/2 LAKE VIEW TERRACE EAST,    LOS ANGELES, CA  90039-2605
intp        ##+JEROME BLOCK,    201 S. 18th STREET #2119,    PHILADELPHIA, PA 19103-5945
cr          ##+JOHN W STEWART,    5600 BOULDER HWY,    APT 1615,    LAS VEGAS, NV 89122-7202
```

```
District/off: 0978-2           User: castellan              Page 10 of 10               Date Rcvd: Feb 09, 2011
Case: 06-10725                 Form ID: pdf984              Total Noticed: 320

             ***** BYPASSED RECIPIENTS (continued) *****
intp         ##+JOHNNY CLARK,    C/O WILLIAM L. MCGIMSEY, ESQ,    601 EAST CHARLESTON BLVD.,
               LAS VEGAS, NV 89104-1508
cr           ##+LINDA KETTERMAN,    321 N. 19TH STREET,    ENID, OK 73701-4532
intp         ##+LORENE CONNELL,    1001 JENNIS SILVER ST,    LAS VEGAS, NV 89145-8684
cr           ##+NORMAN KIVEN,    SNELL & WILMER L.L.P.,    3800 HOWARD HUGHES PKWY, STE 1000,
               LAS VEGAS, NV 89169-5958
intp          ##PAMELA MARTON,    2652 1/2 LAKE VIEW TERRACE EAST,    LOS ANGELES, CA  90039-2605
cr           ##+RAY KETTERMAN,    321 N. 19TH STREET,    ENID, OK 73701-4532
                                                                              TOTALS: 289, * 3, ## 23
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 11, 2011**                          **Signature:**  _/s/ Joseph Speetjens_