Entered on Docket
February 14, 2011

*Mary A. Schott*
_____
Mary A. Schott, Clerk
United States Bankruptcy Court

Mark A. Solomon, Esq.
Nevada State Bar No. 00418
E-mail: msolomon@sdfnvlaw.com
Dana A. Dwiggins, Esq.
Nevada State Bar No. 07049
E-mail: ddwiggins@sdfnvlaw.com
Brian P. Eagan, Esq.
Nevada State Bar No. 09395
SOLOMON DWIGGINS FREER & MORSE, LTD.
9060 W. Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone: (702) 853-5483
Facsimile: (702) 853-5485

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

Debtor.

)
)
)
)
)
)
)
)

Case No.: BK-S-06-10725-LBR

**ORDER GRANTING EX PARTE MOTION FOR REMOVE FROM CM/ECF SERVICE LIST**

The Court having read the **EX PARTE MOTION FOR REMOVE FROM CM/ECF SERVICE LIST** and good cause appearing,

IT IS HEREBY ORDERED that MARK A. SOLOMON, ESQ., DANA A. DWIGGINS, ESQ. and BRIAN P. EAGAN, ESQ., of the law firm SOLOMON DWIGGINS FREER & MORSE, LTD. (formerly known as SOLOMON DWIGGINS & FREER, LTD.) be removed from the CM/ECF System Service List in this case.

Submitted by:

Solomon Dwiggins Freer & Morse, Ltd.

By _____
Dana A. Dwiggins, Esq.
Nevada Bar No. 07049

Page 1 of 1