LEWIS AND ROCA LLP — LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@LRLaw.com
John Hinderaker, AZ State Bar 018024
E-mail: jhindera@LRLaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                            Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**MOTION FOR APPROVAL OF COMPROMISE SETTLEMENT OF CLAIMS FILED BY HOMFELD II, LLC AND EDWARD W. HOMFELD**<br><br>Hearing Date: March 17, 2011<br>Hearing Time: 2:00 p.m.<br>Estimated Time for Hearing: 10 minutes |

The USACM Liquidating Trust (the "USACM Trust"), by and through its undersigned counsel, and Homfeld II, LLC, by and through Edward Homfeld, its managing member; and Edward W. Homfeld individually, (collectively "Homfeld") file this stipulated motion seeking to settle the Homfeld claims against the estate of USA Commercial Mortgage Company ("USACM") and directing approval and payment of the

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

1

2323559.2

LEWIS AND ROCA LLP — LAWYERS

unsecured non-priority claims.. This Motion is supported by the Declaration of Geoffrey L. Berman filed herewith. The USACM Trust and Homfeld stipulate:

1. Homfeld II LLC by and through its Managing Member, Edward Homfeld filed Proof of Claim No. 10725-01687 as an unsecured non-priority claim in the amount of $2,861,221.63. Portions of this claim have been disallowed by prior orders of this Court.

2. Edward W. Homfeld filed Proof of Claim 10725-01688 in the amount of $1,195,348.90 as an unsecured non-priority claim.

3. On August 17, 2010, the USACM Trust filed its Third Omnibus Objection to Proofs of Claim Based in Part Upon Investment in the Huntsville Loan aka the West Hills Park Loan [DE 8142] objecting to Claim 10725-01687 filed by Homfeld II, LLC (the "Homfeld II" claim), which claim is based in part upon an investment in the Huntsville loan. No order has been entered on the objection.

4. Homfeld filed a response to the objection [DE 8172]. Thus, to prevail on its objection to the claim, the Trust would have to go to trial before this Court.

5. Pursuant to the ADR mechanism established under the Debtors' confirmed Plan, the Trustee, Geoffrey L. Berman and the Trust's attorney John Hinderaker spoke to Mr. Homfeld on several occasions (without the assistance of a mediator), to review the Homfeld claims in detail and attempt to negotiate a settlement of the claims. In addition to the documentation Mr. Homfeld included with the proofs of claim, Mr. Homfeld supplied additional documentation to support the claims.[4]

6. The Trustee has considered the Homfeld proofs of claim, the documents supplied by Mr. Homfeld to support the claims and the telephone dialog between the parties. The Trustee believes that portions of the Homfeld claims are valid and that other portions of the claims arguably have little merit. Therefore, the Trustee believes that a substantial portion of the Homfeld claims would be allowed were the Trust to continue to

---

[4] Declaration of Geoffrey L. Berman in Support of Stipulated Motion for Approval of Compromise Settlement of Claims and Directing Payment of Priority Claim Filed by: Homfeld II, LLC and Edward W. Homfeld ("Berman Decl.") ¶ 4.

2

2323559.2

LEWIS AND ROCA LLP LAWYERS

dispute the Homfeld claims and bring the dispute before the Court. Further, disputing the remainder of the Homfeld claims would require the Trust to undertake fact intensive litigation in relation to several different loans. The Trustee believes that the attorneys' fees and expenses the Trust would incur to challenge the Homfeld claims in such litigation would likely exceed the monetary value to the Trust beneficiaries ultimately derived from challenging the Homfeld claims.[5]

7. The parties have agreed to settle the Homfeld claims and request that the Court enter an order that:

- Proof of Claim No. 10725-01687 filed by Homfeld II, LLC in the amount of $2,861,221.63 will be allowed as an unsecured non-priority claim in the amount of $2,191,765.92. $225,987.39 of this claim has been previously allowed. The balance of Claim 10725-01687 will be disallowed;

- Proof of Claim No. 10725-01688 filed by Edward W. Homfeld in the amount of $1,195,348.90 will be allowed as an unsecured non-priority claim in the amount of $896,511.68. The balance of Claim 10725-01688 will be disallowed.

- Based upon the portion of Proof of Claim No. 10725-01687, which has not been previously allowed as an unsecured non-priority claim ($1,965,778.53) the Trust will make an immediate 4.92% distribution ($96,716.31) to Homfeld as the *pro rata* share of the funds reserved by the Trust from the initial creditor distribution by the Trust.

- Based upon the allowed portion of Proof of Claim No. 10725-01688 ($896,511.68), the Trust will make an immediate 4.92% distribution ($44,108.38) to Homfeld as the pro-rata share of the funds reserved by the Trust from the initial creditor distribution by the Trust.

---

[5] Berman Decl. ¶ 5.

2323559.2



- All other funds reserved for Homfeld disputed proofs of claim will be released from the Disputed Claims Reserve and made available to the Trust for whatever purpose is appropriate in the administration of the Trust.
- Each party to bear their own costs and attorneys' fees.

8. The Trustee and Homfeld respectfully request that the Court approve their compromise agreement and grant the Motion.

DATED: February 11, 2011.

**LEWIS AND ROCA LLP**

By: /s/ RC (#6593)
Robert M. Charles, Jr.,
*Counsel for USACM Liquidating Trust*
RCharles@LRLaw.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Tel. 702-949-8320
Facsimile: 702-949-8321

AGREED, AND APPROVED AS
TO FORM AND CONTENT:

_____
Homfeld II, LLC, by Edward Homfeld, its Managing Member\

_____
Edward W. Homfeld

Copy of the foregoing served via e-mail if an e-mail address was available, or by first class postage prepaid U.S. Mail to All parties in interest listed on the Official Post Effective Date Service List on file with this Court on February 15, 2011.

By: S/ Marilyn Schoenike
Marilyn Schoenike
Lewis and Roca LLP

2323559.2