LEWIS AND ROCA LLP LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr.  NV State Bar No. 006593
Email: rcharles@LRLaw.com
John Hinderaker,  Az State Bar 018024
E-mail:  jhindera@LRLaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br>                                                    Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**DECLARATION OF GEOFFREY L. BERMAN IN SUPPORT OF STIPULATED MOTION FOR APPROVAL OF COMPROMISE SETTLEMENT OF CLAIMS FILED BY HOMFELD II, LLC AND EDWARD W. HOMFELD**<br><br>Hearing Date:  March 17, 2011<br>Hearing Time:  2:00 p.m.<br>Estimated Time for Hearing:  10 minutes |
|---|---|

Geoffrey L. Berman declares under penalty of perjury:

1. I am an adult person competent to testify in court.

2. I make this declaration based upon my personal knowledge, and upon the records of USA Commercial Mortgage Company.

3. I am the Trustee of the USACM Liquidating Trust ("USACM Trust"), which is an entity created by the Debtors' Third Amended Joint Chapter 11 Plan of

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

1

2324023.2

1  Reorganization ("Plan"), in the jointly-administered bankruptcy cases, In re USA
2  Commercial Mortgage Company, BK-S-06-10725-LBR, pending in the United States
3  Bankruptcy Court for the District of Nevada.

4      4.    Pursuant to the ADR mechanism established under the Debtors' confirmed
5  Plan, I and the Trust's attorney, John Hinderaker, spoke with Edward Homfeld, the
6  managing member of Homfeld II, LLC on several occasions (without the assistance of a
7  mediator), to review the claims filed by Homfeld II, LLC and Edward W. Homfeld in
8  detail and attempt to negotiate a settlement of the claims.  In addition to the documentation
9  Mr. Homfeld included with the proofs of claim, Mr. Homfeld supplied additional
10  documentation to support the Homfeld claims.

11      5.    I considered the Homfeld proofs of claim, the documents supplied by
12  Homfeld to support the claims and the dialog between the parties during the telephone
13  calls about the Homfeld claims.  I believe that some of the Homfeld claims are probably
14  valid and that other portions of the claims arguably have little if any merit.  I believe that a
15  substantial portion of the Homfeld claims might be allowed were the Trust to continue to
16  dispute the Homfeld claims and bring the dispute before the Court.  Thus, disputing the
17  remainder of the Homfeld claims would require the Trust to undertake fact intensive
18  litigation in relation to several different loans.  I believe that the attorneys' fees and
19  expenses the Trust would incur to challenge the Homfeld claims in such litigation would
20  likely exceed the monetary value to the Trust beneficiaries ultimately derived from
21  challenging the Homfeld claim.

22      I declare under penalty of perjury that the foregoing is true and correct.
23      Dated: February 11, 2011

25      /s/Geoffrey L. Berman
26          Geoffrey L. Berman

2324023.2

LEWIS AND ROCA LLP
LAWYERS

1  Copy of the foregoing served via e-mail if an e-mail address
   Was available, or by First Class Postage prepaid U.S. Mail
2  To all parties in interest listed on the Post Effective Date Official
   Service List on file with the Court on 2/15/11, and a copy to:
3
   Edward W. Homfeld
4  2515 N. Atlantic Blvd.,
   Ft. Lauderdale, FL 33305
5
   s/ Marilyn Schoenike
6  Marilyn Schoenike
   Lewis and Roca LLP
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

2324023.2