RECEIVED & FILED

'11 FEB 28 P2 51

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

1  Name of Attorney _____
   Bar # _____
2  Address _____
   _____
3  Phone # _____
   e-mail address _____
4
5            UNITED STATES BANKRUPTCY COURT
6                 DISTRICT OF NEVADA
7                    * * * * * *

8  In re:                              )   Bankruptcy No.: BK-S-06-10725-LBR
9  USA Commercial Mortgage Company )   Chapter: _____
                                       )   Trustee: _____
10                                     )
              Debtor.                  )   CHANGE OF ADDRESS OF:
11                                     )   ( ) DEBTOR
                                       )   (✓) CREDITOR
12 _____)        ( ) OTHER

13
   This address change applies to (please check all that apply):
14
   ☐ Notices only      ☐ Payments from Trustee      ☑ Both Notices and payments
15
   I request that notice be sent to the following address: (please print)
16
      Davis Revocable Living Trust UA 7/06/88
17    Name
      Glenn B. Davis Trustee
18    Address
          7225 Montecito Circle
19
      Las Vegas       NV        89120
20    City            State     Zip Code
   Please check one of the following:
21
   ☑ The change of address is applicable only in the above captioned case.
22
   ☐ The change of address is also applicable in the following related cases: (*please list the case*
23
   *numbers*) _____ .
24
25 DATE: 2/25/2011                    Glenn B. Davis, Jr.
                                      SIGNATURE
26
                                      (702) 451-3444
   NV_4002(ChangeofAddress_DB012-09).wpd