E-filed on 03/08/11

**DIAMOND MCCARTHY LLP**
909 Fannin, Suite 1500
Houston, Texas 77010
Telephone (713) 333-5100
Facsimile (713) 333-5199

Allan B. Diamond, TX State Bar No. 05801800
Email: adiamond@diamondmccarthy.com
Eric D. Madden, TX State Bar No. 24013079
Email: emadden@diamondmccarthy.com

Special Litigation Counsel for USACM Liquidating Trust and
USA Capital Diversified Trust Deed Fund, LLC

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Telephone (702) 949-8320
Facsimile  (702) 949-8321

Rob Charles, NV State Bar No. 006593
Email: rcharles@lrlaw.com

Counsel for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>Debtor.<br>In re:<br>USA SECURITIES, LLC,<br>Debtor. | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR<br><br>JOINTLY ADMINISTERED<br>Chapter 11 Cases Under<br>Case No. BK-S-06-10725-LBR<br><br>Judge Linda B. Riegle |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | **NOTICE OF ENTRY OF ORDER APPROVING MOTION FOR SETTLEMENT PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE** |

**PLEASE TAKE NOTICE** that an Order Approving Motion For Settlement Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (DE #8286) was entered on the 3rd day of March 2011, a true and correct copy of which is attached hereto as Exhibit "A."

1

DATED: March 8, 2011.

| | |
|---|---|
| **DIAMOND MCCARTHY LLP** | **LEWIS AND ROCA LLP** |
| By:  */s/ Michael J. Yoder* <br> Allan B. Diamond, TX 05801800 (pro hac vice) <br> Eric D. Madden, TX 24013079 (pro hac vice) <br> Michael J. Yoder TX 24056572 (pro hac vice) <br> 909 Fannin, Suite 1500 <br> Houston, Texas 77010 <br> (713) 333-5100 (telephone) <br> (713) 333-5199 (facsimile) <br><br> *Special Litigation Counsel for USACM Liquidating Trust* | By:  */s/ Rob Charles* <br> Rob Charles, NV 6593 <br> 3993 Howard Hughes Parkway, Suite 600 <br> Las Vegas, Nevada  89169-5996 <br> (702) 949-8320 (telephone) <br> (702) 949-8321 (facsimile) <br><br> *Counsel for USACM Liquidating Trust* |

# CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of March 2011, I caused to be served a true and correct copy of the foregoing **NOTICE OF ENTRY OF ORDER APPROVING MOTION FOR SETTLEMENT PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE** by electronic transmission to the USACM Post-Confirmation Service List Dated March 31, 2009, and by electronic transmission to (1) counsel for Joseph Milanowski, Russ Walker at rwalker@wklawpc.com; (2) counsel for DTDF, Chas Harvic at Chas.Harvick@FTIConsulting.com; (3) counsel for the Investor Complainants, Janet Chubb at jchubb@ ArmstrongTeasdale.com; (4) counsel for the Mountain West Complainants, George Lazar at GLazar@foxjohns.com; and (5) the United States Trustee, Augie Landis at Augie.Landis@usdoj.gov.

  /s/  Catherine A. Burrow
Catherine A. Burrow
Senior Paralegal
Diamond McCarthy LLP

# EXHIBIT A



Entered on Docket
March 03, 2011

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>           Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>           Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>           Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>           Debtor.<br>In re:<br>USA SECURITIES, LLC,<br><br>           Debtor.<br>Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR<br><br>JOINTLY ADMINISTERED<br>Chapter 11 Cases Under<br>Case No. BK-S-06-10725-LBR<br><br>Judge Linda B. Riegle<br><br><br><br><br><br>**ORDER GRANTING MOTION FOR APPROVAL OF SETTLEMENT PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE** |

Upon consideration of the Motion for Approval of Settlement Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Motion"), filed by the USACM Liquidating Trust (the "USACM Trust") pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure; of the Settlement Agreement, Mutual Release, and Covenants (the "Proposed

Settlement Agreement") between the USACM Trust (and other persons and entities), on the one hand, and Joseph D. Milanowski ("Milanowski"), on the other hand; the other papers and pleadings filed in these jointly administered bankruptcy cases and their related proceedings; and the arguments of counsel; the Court hereby finds and concludes that:

1. Notice of the Motion was properly served on all creditors and parties-in-interest in the above-referenced bankruptcy cases under applicable law and procedure, including the Federal Rules of Bankruptcy Procedure and the local rules.

2. This Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 1334 and 157(a), and this matter is a "core proceeding" under 28 U.S.C. § 157(b).

3. The terms of the Proposed Settlement Agreement were negotiated at arms-length and in good faith by the USACM Trust and Milanowski.

4. The terms of the Proposed Settlement Agreement: (a) are fair and equitable to the USACM Trust; (b) are in the best interests of the USACM Trust and its respective creditors and beneficiaries; and (c) meet the requirements for court approval under Rule 9019 of the Federal Rules of Bankruptcy Procedure.

5. The Motion should be granted, the Proposed Settlement should be approved, and the following order should be entered.

ACCORDINGLY, IT IS HEREBY:

ORDERED that the Motion is granted; and it is further

ORDERED that the Proposed Settlement Agreement is authorized and approved pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure; and it is further

ORDERED that Geoffrey L. Berman, in his capacity as Trustee of the USACM Trust is authorized to execute, deliver, implement, and fully perform any and all obligations, instruments, documents and papers and to take any and all actions reasonably necessary to consummate the Proposed Settlement Agreement and perform any and all obligations contemplated therein on behalf of the USACM Trust; and it is further

ORDERED that this Order shall be subject to a fourteen-day appeal period under the

recently amended Federal Rule of Bankruptcy Procedure 8002 (the "Appeal Period"); and it is further

ORDERED that this Court shall retain jurisdiction to interpret and enforce the terms of the Proposed Settlement Agreement and this Order.

PREPARED AND SUBMITTED BY:

DIAMOND MCCARTHY LLP

By:     /s/  Michael J. Yoder
Allan B. Diamond, TX 05801800 (pro hac vice)
Eric D. Madden, TX 24013079 (pro hac vice)
Michael J. Yoder, TX 24056572 (pro hac vice)
909 Fannin, Suite 1500
Houston, Texas 77010
(713) 333-5100 (telephone)
(713) 333-5199 (facsimile)

Special Litigation Counsel for
USACM Liquidating Trust

3

<u>CERTIFICATION PURSUANT TO LOCAL RULE 9021</u>

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

\_\_\_\_\_    The Court has waived the requirement of approval under LR 9021

\_\_\_\_\_    No parties appeared or filed written objections, and there is no trustee appointed in the case.

\_\_X\_\_    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document.]

        Russ Walker        <u>No response</u>

DATED: February 25, 2011

        <u>/s/ Michael J. Yoder</u>
        Michael J. Yoder

# # #

4