(1.23C.01)

**WALLY KRUSE** -   5150 Oakridge #71,  Pahrump, NV 89048 – Cellular 775. 721. 2189 –
E-mail = wkruse@ix.netcom.com

Mon 3/21/2011

'11 MAR 22 ?2 :48

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

new

Clerk of the Court
300 Las Vegas Bl So
Las Vegas, NV  89101

**Address Change -**

For the following case numbers – please change my address –
   BK-S-06- 10725-LDR -
   BK-S-06- 10726-LDR –
   BK-S-06- 10727-LDR –
   BK-S-06- 10728-LDR –
   BK-S-06- 10729-LDR –
   BK-S-07- 13162-LDR –

<u>Was</u> – 1970 No Leslie St,  #3195 – Pahrump, NV.  89060 –

<u>**IS NOW**</u> – **5150 Oakridge #71 – Pahrump, NV. 89048** -

Cordially,

_____
Wallace L. Kruse

SCANNED