# WINDISCH 1998 LIVING TRUST
## FREDERICK P. WINDISCH, TRUSTEE

P.O. Box 780
Boynton Beach, Fl. 33425
fredpwins@yahoo.com

MARCH 15, 2011
~~November 12, 2010~~

RE: 3rd REQUEST ADDRESS CHANGE
    USA CAPITAL CASE #BK-S-06-10725 LBR
                      "   "    "  10728 LBR

Dear Sirs:

Please take note of my new address on this letterhead above written.

My previous address of Lake Havasu City, Arizona is no longer valid.

Thank you very much.

Sincerely,
Frederick P. Windisch

*[signature]*

RECEIVED AND FILED
MAR 24  2 38 PM '11
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK