SAT-56304 0978-2 pdf984 06-10725
LENARD E. SCHWARTZER
2850 S. JONES BOULEVARD, SUITE 1
LAS VEGAS, NV 89146

06-10725

RECEIVED
AND F FD BNC

MAR 28  12 55 PM '11

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

013283 13283 1 AT 0.354 95636 6 4 6703-1-13283

Norma Wilson
PO Box 248
Grizzly Flats, CA 95636-0248

New Address

Norma Wilson
3518 La Cienega Way
Cameron Park, CA 95682-8824

# ATTENTION: ADDRESS CORRECTION REQUESTED

The United States Postal Service (USPS) National Change of Address database indicates that the address listed above is subject to a forwarding order to a new address. The USPS only provides forwarding service for a limited period of time. **We request that you update your address immediately with the bankruptcy court(s) listed on the notice, pursuant to each court's local procedure, to reflect any change.**