(1.23C.02)

**WALLY KRUSE** - 5150 Oakridge #71, Pahrump, NV 89048 - Cellular 775.721.2189 -
E-mail = wkruse@ix.netcom.com

Thu 3/24/2011

'11 MAR 28 P1 :22

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Clerk of the Court
300 Las Vegas Bl So
Las Vegas, NV 89101

**Address Change -**

For the following case numbers – please change my address –

These numbers are on documents - **received from the Clerk of the Court** -

The numbers – ARE NOT – **specifically** related to debtor's -

~~BK-S-06- 10725-LDR~~ -
BK-S-06- 10726-LDR –
BK-S-06- 10727-LDR –
BK-S-06- 10728-LDR –
BK-S-06- 10729-LDR –
BK-S-07- 13162-LDR –

**DELETE** – 1970 No Leslie St, #3195 – Pahrump, NV. 89060 –

## **REPLACE WITH** – **5150 Oakridge #71 – Pahrump NV. 89048,** -

Cordially,

*Wallace Kruse*
Wallace L. Kruse