200900027299

This instrument prepared by
and after recording return to:

Christopher B. Lega, Esq.
Riemer & Braunstein LLP
71 South Wacker Drive, Suite 3515
Chicago, Illinois 60606

DEBBIE
GILLETTE
KENDALL COUNTY, IL
RECORDED: 12/28/2009 9:40 AM
SHED: 49.00  RHSPS FEE: 10.00
PAGES: 4

## SHERIFF'S DEED

THE GRANTOR, Richard A. Randall, Sheriff of Kendall County, Illinois, pursuant to and under the authority conferred by the provisions of a Judgment by Default of Foreclosure and Sale entered by the Circuit Court of Kendall County, Illinois, on April 3, 2009, in Case 08-CH-0330, entitled Compass Financial Partners, LLC vs. Ocean Atlantic Chicago, LLC *et al.*, and pursuant to notice given in compliance with 735 ILCS 5/15-1507(c) by said grantor on August 10, 2009, does hereby grant, transfer and convey to Asset Resolution LLC, a Delaware limited liability company, the following described real estate situated in the County of Kendall, State of Illinois, to have and to hold forever:

See **EXHIBIT A** attached hereto and made a part hereof;

together with all the appurtenances and privileges thereunto belonging or appertaining.

**PINs:**              02-17-100-004, 02-18-200-004, and 02-17-100-010

**Address of Property:**    SE Corner of Corneils Road and Beecher Road, Yorkville, Illinois

# EXHIBIT C

DATED this 28th day of October, 2009.

_____
RICHARD A. RANDALL
Sheriff of Kendall County, Illinois

STATE OF ILLINOIS    )
                     )  ss:
COUNTY OF KENDALL    )

I, the undersigned, a Notary Public in and for said County, in the State aforesaid, DO HEREBY CERTIFY that **RICHARD A. RANDALL**, an individual, as the Sheriff of Kendall County, Illinois, personally known to me to be the same person whose name is subscribed to the foregoing instrument, appeared before me this day in person and acknowledged that he signed, sealed and delivered the said instrument as his free and voluntary act as such Sheriff, for the uses and purposes therein set forth.

Given under my hand and notarial seal this 28 day of October 2009.

[OFFICIAL SEAL — TONYA JOHNSON — NOTARY PUBLIC - STATE OF ILLINOIS — MY COMMISSION EXPIRES 01/20/13]

Tonya G. Johnson
Notary Public

My Commission Expires: January 20, 2013

**TAX EXEMPT PURSUANT TO PARAGRAPH L, SECTION 31-45, OF THE REAL ESTATE TRANSFER TAX ACT (35 ILCS 200/31-45).**

After recording, send tax bills to:

Asset Resolution LLC
Michael D. Reiner
Manager
Servicing Oversight Solutions, LLC
11 Tacott Notch Road
Farmington, CT 06032

_____
Signature of Buyer, Seller
or Representative

Date: 12-18-09

# EXHIBIT C

## EXHIBIT A
## LEGAL DESCRIPTION

That part of the Northwest 1/4 of Section 17 and the East 1/2 of the Northeast 1/4 of Section 18, all in Township 37 North, Range 7 East of the Third Principal Meridian, described as follows:

Beginning at the Northwest corner of said East 1/2 of the Northeast 1/4 of Section 18; thence South 0 degrees, 22 minutes, 35 seconds East along the West line of said East 1/2 of the Northeast 1/4 1668.70 feet to the North line of property conveyed to the Commonwealth Edison Company by Warranty Deed recorded February 28, 1972 as Document 72-892; thence North 88 degrees, 22 minutes, 03 seconds East along said North line, 2865.87 feet to the Northeast corner of said the Commonwealth Edison Company Property; thence South 00 degrees, 22 minutes, 56 seconds East along the East line of said the Commonwealth Edison Company Property, 975.25 feet, more or less, to the South line of said Northwest 1/4 of Section 17; thence North 88 degrees, 20 minutes, 43 seconds East along said South line 458.62 feet, more or less, to the East line of the West 1/2 of the South East 1/4 of said Northwest 1/4 of Section 17; thence North 00 degrees, 23 minutes, 10 seconds West along the East line of the West 1/2 of the East 1/2 of said Northwest 1/4, 1543.12 feet; thence North 88 degrees, 07 minutes, 57 seconds East 663.59 feet, more or less, to the East line of said Northwest 1/4 of Section 17; thence North 00 degrees, 23 minutes, 23 seconds West along the East line of said Northwest 1/4 1104.36 feet, more or less, to the Northeast corner of said Northwest 1/4 of Section 17; thence South 87 degrees, 58 minutes, 50 seconds West along the North line of said Section 17, 1353.09 feet; thence South 7 degrees, 53 minutes, 22 seconds East 291.72 feet to a point on the prolongation southeasterly of the center line of Corneils Road; thence North 85 degrees, 28 minutes, 45 seconds West along said prolongation and said center line of Corneils Road, 2681.33 feet, more or less, to the point of beginning (except that part described as follows: that part of the Northwest 1/4 of Section 17, Township 37 North, Range 7 East of the Third Principal Meridian, described as follows: Commencing at the Northeast corner of said Northwest 1/4; thence South 88 degrees, 28 minutes, 22 seconds West along the North line of said Northwest 1/4, 1091.77 feet for a point of beginning; thence South 88 degrees, 28 minutes, 22 seconds West along said North line 261.32 feet; thence South 07 degrees, 23 minutes, 50 seconds East, 291.32 feet; thence North 37 degrees, 05 minutes, 47 seconds East, 370.92 feet to the point of beginning), in the City of Yorkville, Kendall County, Illinois;

And also excepting therefrom:

The North 645.0 feet of the East 559.98 feet (as measured along the North and East lines) of the Northeast corner of said Northwest 1/4 of Section 17, Township 37 North, Range 7 East of the Third Principal Meridian, all in the City of Yorkville, Kendall County, Illinois;

And also excepting therefrom:

The North 990.79 feet of the East 630.0 feet (as measured along the North and East lines) of the Northwest quarter of Section 17, Township 37 North, Range 7, East of the Third Principal Meridian; excepting therefrom the North 645.0 feet of the East 559.98 feet (as measured along

# EXHIBIT C

said North and East lines) of said Northwest 1/4; all in the City of Yorkville, Kendall County, Illinois.

**PINs:**  02-17-100-004, 02-18-200-004, and 02-17-100-010

**Address of Property:**  SE Corner of Corneils Road and Beecher Road, Yorkville, Illinois

# EXHIBIT C