# EXHIBIT D

# PROOF OF CLAIM

**Name of Debtor:** USA COMMERCIAL MORTGAGE

**Case Number:** 06-10725-LBR

NOTE See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

**Name of Creditor and Address:**
11321241001881
CHAI MILLER LLC
PO BOX 81191
LAS VEGAS NV 89180-1191

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court

DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS
If you have already filed a proof of claim with the Bankruptcy Court or BMC you do not need to file again
**THIS SPACE IS FOR COURT USE ONLY**

**Creditor Telephone Number:** ( ) 702-592-3525

Last four digits of account or other number by which creditor identifies debtor: **7760**

☐ Check here if this claim  ☐ replaces  ☐ amends  a previously filed claim dated _____

## 1 BASIS FOR CLAIM
☐ Goods sold
☐ Services performed
☒ Money loaned — OCEAN ATLANTIC $9,425,000
☐ Personal injury/wrongful death
☐ Taxes
☐ Other (describe briefly)
☐ Retiree benefits as defined in 11 U S C § 1114(a)
☐ Wages, salaries and compensation (fill out below)
    Last four digits of your SS # _____
    Unpaid compensation for services performed from _____ (date) to _____ (date)
☐ Unremitted principal
☐ Other claims against servicer (not for loan balances)

## 2 DATE DEBT WAS INCURRED: 1/2006

## 3 IF COURT JUDGMENT, DATE OBTAINED:

## 4 CLASSIFICATION OF CLAIM
Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM** $ _____
☐ Check this box if a) there is no collateral or lien securing your claim or b) your claim exceeds the value of the property securing it or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim all or part of which is entitled to priority
Amount entitled to priority $ _____
Specify the priority of the claim
☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages salaries or commissions (up to $10 000)* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier 11 U S C § 507(a)(4)
☐ Contributions to an employee benefit plan - 11 U S C § 507(a)(5)

**SECURED CLAIM**
☒ Check this box if your claim is secured by collateral (including a right of setoff) First Trust Deed
Brief description of collateral
☒ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral $ 14,500,000
Amount of arrearage and other charges at time case filed included in secured claim if any $ _____

☐ Up to $2 225* of deposits toward purchase lease or rental of property or services for personal family or household use 11 U S C § 507(a)(7)
☐ Taxes or penalties owed to governmental units 11 U S C § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U S C § 507(a) ( _____ )
* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

## 5 TOTAL AMOUNT OF CLAIM AT TIME CASE FILED
$ _____ (unsecured)  $ 459,407.54 (secured)  $ _____ (priority)  $ 459,407.54 (Total)

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

## 6 CREDITS
The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

## 7 SUPPORTING DOCUMENTS
Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts contracts, court judgments mortgages, security agreements, and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous, attach a summary

## 8 DATE-STAMPED COPY
To receive an acknowledgment of the filing of your claim enclose a stamped self-addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

BY MAIL TO
BMC Group
Attn USACM Claims Docketing Center
P O Box 911
El Segundo CA 90245-0911

BY HAND OR OVERNIGHT DELIVERY TO
BMC Group
Attn USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

**THIS SPACE FOR COURT USE ONLY**
FILED NOV 0 3 2006
USA CMC
1072500987

**DATE:** 10-20-06

**SIGN** and print the name and title if any of the creditor or other person authorized to file this claim (attach copy of power of attorney if any): NIMROD BARASHY, MANAGING MEMBER

Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years or both 18 U S C §§ 152 AND 3571

⊛ Attached Sheet breakdown

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF Nevada | PROOF OF CLAIM |
|---|---|---|

Name of Debtor: USA Commercial Mortgage
Case Number: BK-S-06-10725 (LBR)

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property):
**G & L Nelson Limited Partnership**

Name and address where notices should be sent:
Maupin, Cox & LeGoy
P.O. Box 30000
Reno, NV 89520 Attn: C. Jaime, Esq.
Telephone number: (775) 827-2000

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor:
Check here ☐ replaces  ☐ amends  a previously filed claim, dated _____
if this claim

1. **Basis for Claim**
   ☐ Goods sold
   ☐ Services performed
   ☒ Money loaned
   ☐ Personal injury/wrongful death
   ☐ Taxes
   ☐ Other _____

   ☐ Retiree benefits as defined in 11 U S C § 1114(a)
   ☐ Wages, salaries, and compensation (fill out below)
   Last four digits of your SS # _____
   Unpaid compensation for services performed
   from _____ to _____
   (date)        (date)

2. Date debt was incurred. **1/2006**
3. If court judgment, date obtained **N/A**

4. **Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

   Unsecured Nonpriority Claim $_____
   ☐ Check this box if a) there is no collateral or lien securing your claim or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

   Unsecured Priority Claim
   ☐ Check this box if you have an unsecured claim all or part of which is entitled to priority
   Amount entitled to priority $_____
   Specify the priority of the claim
   ☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
   ☐ Wages, salaries, or commissions (up to $10,000) * earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier - 11 U.S.C § 507(a)(4)
   ☐ Contributions to an employee benefit plan 11 U S C § 507(a)(5)

   Secured Claim (Ocean Atlantic $9,425,000)
   ☒ Check this box if your claim is secured by collateral (including a right of setoff)
   Brief Description of Collateral
   ☒ Real Estate   ☐ Motor Vehicle   ☐ Other _____
   Value of Collateral $ Unknown
   Amount of arrearage and other charges at time case filed included in secured claim, if any $ 9,259.00

   ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family or household use - 11 U S C § 507(a)(7)
   ☐ Taxes or penalties owed to governmental units - 11 U S C § 507(a)(8)
   ☐ Other - Specify applicable paragraph of 11 U S C § 507(a)(___)
   *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

5. Total Amount of Claim at Time Case Filed
   $ _____  309,259.00  _____  309,259.00
   (unsecured) (secured) (priority) (Total)
   ☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges

6. **Credits** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

7. **Supporting Documents** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain. If the documents are voluminous, attach a summary

8. **Date-Stamped Copy.** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

Date: 10/3/06
Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) Its Attorneys,
Christopher D. Jaime, Esq.

THIS SPACE IS FOR COURT USE ONLY
Filed Date
10/3/2006

USA CMC
1072500284

Penalty for presenting fraudulent claim Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 and 3571

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

# PROOF OF CLAIM

**Name of Debtor:** USA Commercial Mortgage Co

**Case Number:** 06-10725 LBR

NOTE See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case  A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

**Name of Creditor and Address**

11321241002328

PRISCILLA M GUPTAIL AND PRISCILLA K ADDY
PO BOX 9550
BEND OR 97708-9550

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court

**DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS**
If you have already filed a proof of claim with the Bankruptcy Court or BMC you do not need to file again

**THIS SPACE IS FOR COURT USE ONLY**

**Creditor Telephone Number** (541) 617-0201

Last four digits of account or other number by which creditor identifies debtor

☐ Check here if this claim ☐ replaces ☐ amends a previously filed claim dated _____

**1 BASIS FOR CLAIM**
☐ Goods sold
☐ Services performed
☒ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other (describe briefly) _____
☐ Retiree benefits as defined in 11 U S C § 1114(a)
☐ Wages salaries and compensation (fill out below)
Last four digits of your SS # _____
Unpaid compensation for services performed from _____ to _____
☐ Unremitted principal
☐ Other claims against servicer (not for loan balances)

**2 DATE DEBT WAS INCURRED**

**3 IF COURT JUDGMENT, DATE OBTAINED**

**4 CLASSIFICATION OF CLAIM**  Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM** $ _____
☐ Check this box if a) there is no collateral or lien securing your claim  or b) your claim exceeds the value of the property securing it  or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim  all or part of which is entitled to priority
Amount entitled to priority $ _____
Specify the priority of the claim
☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages salaries or commissions (up to $10 000)* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business  whichever is earlier - 11 U S C § 507(a)(4)
☐ Contributions to an employee benefit plan - 11 U S C § 507(a)(5)

**SECURED CLAIM**
☒ Check this box if your claim is secured by collateral (including a right of setoff)
Brief description of collateral  Promissory Note Deed of Trust
☒ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any $ _____
☐ Up to $2 225* of deposits toward purchase lease or rental of property or services for personal  family or household use -11 U S C § 507(a)(7)
☐ Taxes or penalties owed to governmental units  11 U S C § 507(a)(8)
☐ Other  Specify applicable paragraph of 11 U S C § 507(a) ( _____ )
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5 TOTAL AMOUNT OF CLAIM AT TIME CASE FILED**
$ UNKNOWN (unsecured)   $ 50,000 — (secured)   $ _____ (priority)   $ ? UNKNOWN (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

**6 CREDITS** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7 SUPPORTING DOCUMENTS** Attach copies of supporting documents, such as promissory notes purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages security agreements and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available, explain  If the documents are voluminous attach a summary

**8 DATE-STAMPED COPY** To receive an acknowledgment of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

**BY MAIL TO**
BMC Group
Attn USACM Claims Docketing Center
P O Box 911
El Segundo CA 90245-0911

**BY HAND OR OVERNIGHT DELIVERY TO**
BMC Group
Attn USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

**THIS SPACE FOR COURT USE ONLY**
FILED JAN 1 2 2007
USA CMC
1072502238

**DATE:** 1-10-07

**SIGN** and print the name and title  if any  of the creditor or other person authorized to file this claim (attach copy of power of attorney  if any)
Priscilla M. Guptail - deceased    Priscilla K Addy
Executor - Priscilla K. Addy       Priscilla K Addy

Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years  or both  18 U S C  §§ 152 AND 3571

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

## PROOF OF CLAIM

**Name of Debtor:** USA Commercial Mortgage Company

**Case Number:** BK-S-06-10725-LBR

NOTE See Reverse for List of Debtors and Case Numbers. This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

**Name of Creditor and Address:**
11321241001214
L AND R SAENZ FAMILY TRUST
C/O LIONEL SAENZ AND ROSARIO D SAENZ TRUSTEES
281 ANDOVER RIDGE CT
HENDERSON NV 89012 3128

**Creditor Telephone Number:** 702-561-8226  See Attachment

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars
☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case
☐ Check box if this address differs from the address on the envelope sent to you by the court.

DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS
If you have already filed a proof of claim with the Bankruptcy Court or BMC you do not need to file again
THIS SPACE IS FOR COURT USE ONLY

**Last four digits of account or other number by which creditor identifies debtor:** Ocean Atlantic

Check here if this claim ☐ replaces / ☐ amends a previously filed claim dated _____

### 1 BASIS FOR CLAIM
☐ Goods sold
☐ Services performed
☑ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other (describe briefly)
☐ Retiree benefits as defined in 11 U S C § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS # _____
  Unpaid compensation for services performed from _____ to _____
☐ Unremitted principal
☐ Other claims against servicer (not for loan balances)

### 2 DATE DEBT WAS INCURRED
### 3 IF COURT JUDGMENT, DATE OBTAINED

### 4 CLASSIFICATION OF CLAIM
Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**UNSECURED NONPRIORITY CLAIM $ _____**
☐ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim all or part of which is entitled to priority
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages salaries or commissions (up to $10 000) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier - 11 U S C § 507(a)(4)
☐ Contributions to an employee benefit plan 11 U S C § 507(a)(5)

**SECURED CLAIM**
☐ Check this box if your claim is secured by collateral (including a right of setoff)
Brief description of collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other _____
Value of Collateral $ _____
Amount of arrearage and other charges at time case filed included in secured claim if any $ _____

☐ Up to $2,225* of deposits toward purchase lease or rental of property or services for personal, family or household use 11 U S C § 507(a)(7)
☐ Taxes or penalties owed to governmental units - 11 U S C § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U S C § 507(a) (____)
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**TOTAL AMOUNT OF CLAIM AT TIME CASE FILED**
$ 50,000.00 (unsecured) | $ _____ (secured) | $ _____ (priority) | $ 50,000.00 (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

**CREDITS** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim
**SUPPORTING DOCUMENTS** Attach copies of supporting documents, such as promissory notes purchase orders invoices, itemized statements of running accounts contracts court judgments, mortgages, security agreements, and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary
**DATE-STAMPED COPY** To receive an acknowledgment of the filing of your claim, enclose a stamped, self addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals partnerships, corporations joint ventures, trusts and governmental units)

BY MAIL TO
BMC Group
Attn USACM Claims Docketing Center
P O Box 911
El Segundo CA 90245-0911

BY HAND OR OVERNIGHT DELIVERY TO
BMC Group
Attn USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo CA 90245

THIS SPACE FOR COURT USE ONLY
FILED NOV 10 2006

Signed: Rosario D Saenz Trustee
Lionel Saenz, Trustee

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U S C §§ 152 AND 3571

USA CMC
1072501184

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

# PROOF OF CLAIM

**YOUR CLAIM IS SCHEDULED AS**
Schedule/Claim ID    s31791
Amount/Classification
$200 10 Unsecured

| Name of Debtor | Case Number |
|---|---|
| USA Commercial Mortgage Company | 06-10725-LBR |

NOTE  See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case  A request for payment of an administrative expense may be filed pursuant to 11 U S C § 503

**Name of Creditor and Address**

11321240002744
JOHN MANTER
1449 TIROL DR
INCLINE VILLAGE, NV  89451 7902

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court

The amounts reflected above constitute your claim as scheduled by the Debtor or pursuant to a filed claim  If you agree with the amounts set forth herein  and have no other claim against the Debtor  you do not need to file this proof of claim EXCEPT as stated below

**If the amounts shown above are listed as Contingent Unliquidated or Disputed  a proof of claim must be filed**

If you have already filed a proof of claim with the Bankruptcy Court or BMC  you do not need to file again

**THIS SPACE IS FOR COURT USE ONLY**

Creditor Telephone Number (     )  775-831-6667

Last four digits of account or other number by which creditor identifies debtor

Check here if this claim    ☐ replaces    ☐ amends    a previously filed claim dated _____

**1  BASIS FOR CLAIM**
☐ Goods sold
☐ Services performed
☒ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other (describe briefly) _____

☐ Retiree benefits as defined in 11 U S C § 1114(a)
☐ Wages, salaries and compensation (fill out below)
  Last four digits of your SS # _____
  Unpaid compensation for services performed from _____ to _____
       (date)           (date)

☐ Unremitted principal
☐ Other claims against servicer (not for loan balances)

**2  DATE DEBT WAS INCURRED**

**3  IF COURT JUDGMENT, DATE OBTAINED**

**4  CLASSIFICATION OF CLAIM**  Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM** $ _____
☐ Check this box if  a) there is no collateral or lien securing your claim  or b) your claim exceeds the value of the property securing it  or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim  all or part of which is entitled to priority
  Amount entitled to priority   $ _____
  Specify the priority of the claim
☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages salaries or commissions (up to $10 000)  earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier  11 U S C § 507(a)(4)
☐ Contributions to an employee benefit plan  11 U S C § 507(a)(5)

**SECURED CLAIM**
☐ Check this box if your claim is secured by collateral (including a right of setoff)
  Brief description of collateral
  ☒ Real Estate    ☐ Motor Vehicle    ☐ Other _____
  Value of Collateral    $ 14,500,000.00
  Amount of arrearage and other charges at time case filed included in secured claim, if any  $ _____

☐ Up to $2 225* of deposits toward purchase  lease or rental of property or services for personal  family or household use  11 U S C § 507(a)(7)
☐ Taxes or penalties owed to governmental units  11 U S C § 507(a)(8)
☐ Other  Specify applicable paragraph of 11 U S C § 507(a) ( _____ )
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5  TOTAL AMOUNT OF CLAIM AT TIME CASE FILED**
$ _____ (unsecured)    $ 50,000.00 (secured)    $ _____ (priority)    $ 50,000.00 (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

**6  CREDITS**  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7  SUPPORTING DOCUMENTS**  *Attach copies of supporting documents,* such as promissory notes  purchase orders  invoices  itemized statements of running accounts  contracts  court judgments  mortgages, security agreements and evidence of perfection of lien   DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available  explain  If the documents are voluminous  attach a summary

**8  DATE-STAMPED COPY**  To receive an acknowledgment of the filing of your claim  enclose a stamped  self-addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

BY MAIL TO
BMC Group
Attn  USACM Claims Docketing Center
P O Box 911
El Segundo  CA 90245 0911

BY HAND OR OVERNIGHT DELIVERY TO
BMC Group
Attn  USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo  CA 90245

**THIS SPACE FOR COURT USE ONLY**

FILED JAN 10 2007

USA CMC
1072501979

| DATE | SIGN and print the name and title  if any  of the creditor or other person authorized to file this claim  attach copy of power of attorney  if any |
|---|---|
| 1/06/07 | John Manter |

Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years  or both  18 U S C §§ 152 AND 3571

# UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA

# PROOF OF CLAIM

**Name of Debtor**: USA Commercial Mortgage Co.

**Case Number**: 06-10725-LBR

NOTE See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

**Name of Creditor and Address**

11321241001934

MARJORIE Y BERLIN
3422 HOMESTEAD AVE
WANTAGH NY 11793-2600

Creditor Telephone Number ( ) 516-286-4181

Last four digits of account or other number by which creditor identifies debtor

- [ ] Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars
- [ ] Check box if you have never received any notices from the bankruptcy court or BMC Group in this case
- [ ] Check box if this address differs from the address on the envelope sent to you by the court

DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS
If you have already filed a proof of claim with the Bankruptcy Court or BMC you do not need to file again
**THIS SPACE IS FOR COURT USE ONLY**

Check here if this claim [ ] replaces [ ] amends a previously filed claim dated _____

### 1 BASIS FOR CLAIM
- [ ] Goods sold
- [ ] Services performed
- [x] Money loaned
- [ ] Personal injury/wrongful death
- [ ] Taxes
- [ ] Other (describe briefly) _____
- [ ] Retiree benefits as defined in 11 U S C § 1114(a)
- [ ] Wages, salaries and compensation (fill out below)
  Last four digits of your SS # _____
  Unpaid compensation for services performed from _____ to _____
- [ ] Unremitted principal
- [x] Other claims against servicer (not for loan balances)

### 2 DATE DEBT WAS INCURRED 01/27/06

### 3 IF COURT JUDGMENT, DATE OBTAINED

### 4 CLASSIFICATION OF CLAIM
Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM $ _____**
- [ ] Check this box if a) there is no collateral or lien securing your claim or b) your claim exceeds the value of the property securing it or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**
- [ ] Check this box if you have an unsecured claim all or part of which is entitled to priority
  Amount entitled to priority $ _____
  Specify the priority of the claim
- [ ] Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
- [ ] Wages salaries or commissions (up to $10 000)* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier 11 U S C § 507(a)(4)
- [ ] Contributions to an employee benefit plan - 11 U S C § 507(a)(5)

**SECURED CLAIM - see attached explanation**
- [x] Check this box if your claim is secured by collateral (including a right of setoff)
  Brief description of collateral
  - [x] Real Estate
  - [ ] Motor Vehicle
  - [ ] Other _____
  Value of Collateral $ _____
  Amount of arrearage and other charges at time case filed included in secured claim, if any $ _____
- [ ] Up to $2 225* of deposits toward purchase lease or rental of property or services for personal family or household use - 11 U S C § 507(a)(7)
- [ ] Taxes or penalties owed to governmental units - 11 U S C § 507(a)(8)
- [ ] Other - Specify applicable paragraph of 11 U S C § 507(a) ( ___ )
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

### 5 TOTAL AMOUNT OF CLAIM AT TIME CASE FILED
$ 0 (unsecured)     $ 50,000.00 (secured)     $ 0 (priority)     $ 50,000.00 (Total)

- [ ] Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

### 6 CREDITS
The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

### 7 SUPPORTING DOCUMENTS
Attach copies of supporting documents, such as promissory notes purchase orders, invoices, itemized statements of running accounts, contracts court judgments, mortgages, security agreements, and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary

### 8 DATE-STAMPED COPY
To receive an acknowledgment of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

BY MAIL TO
BMC Group
Attn USACM Claims Docketing Center
P O Box 911
El Segundo, CA 90245-0911

BY HAND OR OVERNIGHT DELIVERY TO
BMC Group
Attn USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

**THIS SPACE FOR COURT USE ONLY**

FILED JAN 10 2007

**DATE**: 1/4/07

**SIGN** and print the name and title if any of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) MARJORIE Y BERLIN /s/ Marjorie Y Berlin

USA CMC
1072501957

Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years or both 18 U S C §§ 152 AND 3571

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA | PROOF OF CLAIM | |
|---|---|---|
| Name of Debtor: USA Commercial Mortgage Co. | Case Number: BK-S-06-10725-LBR | |

NOTE: See Reverse for List of Debtors and Case Numbers. This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor and Address:**
E. Grace Marston, Trustee of the Marston Family Trust dated 8/13/93
12441 Road 44
Mancos, CO 81328

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the court.

DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS.
If you have already filed a proof of claim with the Bankruptcy Court or BMC, you do not need to file again.
**THIS SPACE IS FOR COURT USE ONLY**

Creditor Telephone Number ( ) 970-533-9084
Last four digits of account or other number by which creditor identifies debtor:

Check here ☐ replaces ☐ amends  a previously filed claim dated: _____

**1. BASIS FOR CLAIM**
☐ Goods sold
☐ Services performed
☒ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☒ Other (describe briefly) Interest, holdbacks, etc.
☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of your SS #: _____
Unpaid compensation for services performed from: _____ to _____ (date) (date)
☐ Unremitted principal
☐ Other claims against servicer (not for loan balances)

**2. DATE DEBT WAS INCURRED:** 01/27/2006  **3. IF COURT JUDGMENT, DATE OBTAINED:** N/A

**4. CLASSIFICATION OF CLAIM.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**SECURED CLAIM** (Ocean Atlantic $9,425,000)

**UNSECURED NONPRIORITY CLAIM** $ _____
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

☒ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☒ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral: $ Unknown

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000)*, earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

Amount of arrearage and other charges at time case filed included in secured claim, if any: $ 3,090.94 (see attached)

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use -11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) ( ___ ).
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:** $ _____ (unsecured) $ 53,090.94 (secured) $ _____ (priority) $ 53,090.94 (Total)

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. CREDITS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**7. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**8. DATE-STAMPED COPY:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5:00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units).

BY MAIL TO:
BMC Group
Attn: USACM Claims Docketing Center
P. O. Box 911
El Segundo, CA 90245-0911

BY HAND OR OVERNIGHT DELIVERY TO:
BMC Group
Attn: USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

THIS SPACE FOR COURT USE ONLY

**DATE** 10/23/2006
**SIGN** and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): J. Morley Marston, POA for E. Grace Marston (Copy of POA attached)

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

POA for E. Grace Marston

# PROOF OF CLAIM

**Name of Debtor** USA Mortgage Company Ocean Atlantic
**Case Number** 06-10725

NOTE See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

**Name of Creditor and Address**
11321241003020
JERRY PIETRYK AND LEEANN PIETRYK
12811 STELLAR LN
PLAINFIELD IL 60585-4210

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars

☒ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court

**DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS**
If you have already filed a proof of claim with the Bankruptcy Court or BMC you do not need to file again
**THIS SPACE IS FOR COURT USE ONLY**

**Creditor Telephone Number** (815) 609-9386

**Last four digits of account or other number by which creditor identifies debtor** ACCNT # 7615

Check here ☐ replaces ☐ amends    a previously filed claim dated _____
if this claim

**1 BASIS FOR CLAIM**
☐ Goods sold       ☐ Personal injury/wrongful death
☐ Services performed  ☐ Taxes
☒ Money loaned     ☐ Other (describe briefly)
☐ Retiree benefits as defined in 11 U S C § 1114(a)
☐ Wages, salaries and compensation (fill out below)
Last four digits of your SS # _____
Unpaid compensation for services performed from _____ to _____
☐ Unremitted principal
☐ Other claims against servicer (not for loan balances)

**2 DATE DEBT WAS INCURRED** 1-27-06
**3 IF COURT JUDGMENT, DATE OBTAINED**

**4 CLASSIFICATION OF CLAIM** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM** $ _____
☐ Check this box if a) there is no collateral or lien securing your claim or b) your claim exceeds the value of the property securing it or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim all or part of which is entitled to priority
Amount entitled to priority $ _____
Specify the priority of the claim
☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages salaries or commissions (up to $10 000)* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier 11 U S C § 507(a)(4)
☐ Contributions to an employee benefit plan 11 U S C § 507(a)(5)

**SECURED CLAIM**
☒ Check this box if your claim is secured by collateral (including a right of setoff)
Brief description of collateral
☒ Real Estate  ☐ Motor Vehicle  ☒ Other Guarantee by Ocean Atlantic Service Corp
Value of Collateral $ _____
Amount of arrearage and other charges at time case filed included in secured claim, if any $ _____
☐ Up to $2 225* of deposits toward purchase lease or rental of property or services for personal family or household use 11 U S C § 507(a)(7)
☐ Taxes or penalties owed to governmental units - 11 U S C § 507(a)(8)
☐ Other Specify applicable paragraph of 11 U S C § 507(a) ( ___ )
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5 TOTAL AMOUNT OF CLAIM AT TIME CASE FILED**
$ _____ (unsecured)   $ _____ (secured)   $ _____ (priority)   $ 50,000.00 (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

**6 CREDITS** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7 SUPPORTING DOCUMENTS** *Attach copies of supporting documents,* such as promissory notes purchase orders invoices itemized statements of running accounts contracts, court judgments, mortgages, security agreements and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary

**8 DATE-STAMPED COPY** To receive an acknowledgment of the filing of your claim enclose a stamped self-addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

**BY MAIL TO**
BMC Group
Attn USACM Claims Docketing Center
P O Box 911
El Segundo CA 90245-0911

**BY HAND OR OVERNIGHT DELIVERY TO**
BMC Group
Attn USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

**THIS SPACE FOR COURT USE ONLY**

FILED DEC 11 2006

USA CMC
1072501726

**DATE** 11-30-06
**SIGN** and print the name and title if any of the creditor or other person authorized to file this claim (attach copy of power of attorney if any) *Jerry Pietryk*

Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years or both 18 U S C §§ 152 AND 3571

# PROOF OF CLAIM

**Name of Debtor:** USA Commercial Mortgage Co

**Case Number:** 06-10725LBR

NOTE: See Reverse for List of Debtors and Case Numbers.
This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor and Address:**
11321241003295
DONALD W SPRING AND EVELYN MAE SPRING
3153 CANYON OAKS TER
CHICO CA 95928-3987

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the court.

DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS.

If you have already filed a proof of claim with the Bankruptcy Court or BMC, you do not need to file again.

**THIS SPACE IS FOR COURT USE ONLY**

**Creditor Telephone Number** 530 345-7805

Last four digits of account or other number by which creditor identifies debtor: _____

Check here if this claim ☐ replaces ☐ amends a previously filed claim dated: _____

**1. BASIS FOR CLAIM**
- ☐ Goods sold
- ☐ Services performed
- ☐ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other (describe briefly) _____
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  - Last four digits of your SS #: _____
  - Unpaid compensation for services performed from: _____ (date) to _____ (date)
- ☒ Unremitted principal
- ☐ Other claims against servicer (not for loan balances)

**2. DATE DEBT WAS INCURRED:** 1-27-06

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. CLASSIFICATION OF CLAIM.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**UNSECURED NONPRIORITY CLAIM $** _____
- ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**UNSECURED PRIORITY CLAIM**
- ☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
- Amount entitled to priority $ _____
- Specify the priority of the claim:
  - ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
  - ☐ Wages, salaries, or commissions (up to $10,000)*, earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
  - ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**SECURED CLAIM** Ocean Atlantic
- ☒ Check this box if your claim is secured by collateral (including a right of setoff).
- Brief description of collateral:
  - ☒ Real Estate ☐ Motor Vehicle ☐ Other
- Value of Collateral: $ Unknown
- Amount of arrearage and other charges at time case filed included in secured claim, if any: $ 50,000.00 plus interest
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use -11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) (___).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:** $ _____ (unsecured) $ 53025.00 (secured) $ _____ (priority) $ 53025.00 (Total)

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. CREDITS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. DATE-STAMPED COPY:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5:00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units).

**BY MAIL TO:**
BMC Group
Attn: USACM Claims Docketing Center
P.O. Box 911
El Segundo, CA 90245-0911

**BY HAND OR OVERNIGHT DELIVERY TO:**
BMC Group
Attn: USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

**THIS SPACE FOR COURT USE ONLY**

**DATE** 12-08-06

**SIGN** and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): Donald W Spring - /s/ Donald W Spring

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

# PROOF OF CLAIM

**Name of Debtor:** USA Commercial Mortgage Company

**Case Number:** 06-10725-LBR

NOTE: See Reverse for List of Debtors and Case Numbers.
This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor and Address:**
TOM STERLING
213 Royal Aberdeen Way
Las Vegas, NV 89144

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the court.

DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS.

If you have already filed a proof of claim with the Bankruptcy Court or BMC, you do not need to file again.

THIS SPACE IS FOR COURT USE ONLY

**Creditor Telephone Number** (702) 256-9884

**Last four digits of account or other number by which creditor identifies debtor:** 4936, 4214 - OCEAN ATLANTIC

☒ Check here if this claim  ☐ replaces  ☐ amends  a previously filed claim dated: _____

### 1. BASIS FOR CLAIM
- ☐ Goods sold
- ☐ Services performed
- ☒ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other (describe briefly)
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #: _____
  Unpaid compensation for services performed from: _____ to _____
- ☐ Unremitted principal
- ☐ Other claims against servicer (not for loan balances)

### 2. DATE DEBT WAS INCURRED:
### 3. IF COURT JUDGMENT, DATE OBTAINED:

### 4. CLASSIFICATION OF CLAIM.
Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**UNSECURED NONPRIORITY CLAIM $ _____**
☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority.

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
Amount entitled to priority $ _____
Specify the priority of the claim:
☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000)*, earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**SECURED CLAIM**
☒ Check this box if your claim is secured by collateral (including a right of setoff).
Brief description of collateral:
☒ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral: $ UNKNOWN
Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) ( _____ ).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

### 5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:
$ _____ (unsecured)  $ 25,000 (secured)  $ _____ (priority)  $ 25,000 (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

### 6. CREDITS:
The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

### 7. SUPPORTING DOCUMENTS:
Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

### 8. DATE-STAMPED COPY:
To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5:00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units).

**BY MAIL TO:**
BMC Group
Attn: USACM Claims Docketing Center
P. O. Box 911
El Segundo, CA 90245-0911

**BY HAND OR OVERNIGHT DELIVERY TO:**
BMC Group
Attn: USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

THIS SPACE FOR COURT USE ONLY

**DATE:** 10/20/06

**SIGN** and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):
Sterling Tom
STERLING TOM

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571