**OCEAN ATLANTIC $9,425,000**
**MULTIPLE LOAN CLAIMS**
**EXHIBIT A**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Ocean Atlantic $9,425,000 Loan |
|---|---|---|---|---|---|
| 10725-02400 | 1/16/2007 | Banos, Kami & Willie | 7431 Dorie Dr<br>West Hills, CA 91307-5277 | 100,000.00 | 50,000.00 |
| 10725-01921 | 1/10/2007 | Dobyne Living Trust | Robert S & Leah K Dobyne Ttees<br>3416 Cantura Bluff Ave<br>North Las Vegas, NV 89031-3577 | 474,358.44 | 50,000.00 |
| 10725-00525 | 10/10/2006 | Fernandes, Melissa | 4001 Oak Manor Ct<br>Hayward, CA 94542 | 116,143.68 | 58,071.84 |
| 10725-01297 | 11/10/2006 | Kiven, Norman | Andrew J Abrams Esq<br>Sugar Friedberg & Felsenthal LLP<br>30 N Lasalle St Ste 3000<br>Chicago, IL 60602 | 1,040,000.00 | Unknown |
| 10725-01478 | 11/15/2006 | Kiven, Norman | Andrew J Abrams Esq<br>Sugar Friedberg & Felsenthal LLP<br>30 N Lasalle St Ste 3000<br>Chicago, IL 60602 | 96,496.00 | Unknown |
| 10725-01784 | 12/13/2006 | Miller, Penny & Brian J | Po Box 495<br>Zephyr Cove, NV 89448 | 115,000.00 | 50,000.00 |
| 10725-01878 | 1/8/2007 | Raggi, Dennis | Po Box 10475<br>Zephyr Cove, NV 89448 | 10,451.54 | Unknown |

2346053.1

**OCEAN ATLANTIC $9,425,000**
**MULTIPLE LOAN CLAIMS**
**EXHIBIT A**

| | | | | |
|---|---|---|---|---|
| 10725-02226 | 1/12/2007 | Raggi, Dennis | Po Box 10475<br>Zephyr Cove, NV  89448 | 4,884,068.70 | 50,000.00 |
| 10725-02027 | 1/11/2007 | Zadel, William | Po Box 1817<br>Parowan, UT  84761 | 150,000.00 | 50,000.00 |
| 10725-02299 | 1/13/2007 | Zawacki A California LLC | Po Box 5156<br>Bear Valley, CA  95223-5156 | 3,000,000.00 | 50,000.00 |

2346053.1