**USACM TRUST**  
**Ocean Atlantic $9,425,000**  
**Single Loan Claims**

Exhibit A

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Ocean Atlantic $9,425,000 Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Ocean Atlantic $9,425,000 Loan |
|---|---|---|---|---|---|
| 10725-00987 | 11/3/2006 | Chai Miller LLC | Po Box 81191<br>Las Vegas, NV 89180-1191 | 459,407.54 | 459,407.54 |
| 10725-00284 | 10/3/2006 | G&L Nelson Limited Partnership | Attn. Gary Nelson<br>11205 Messina Way<br>Reno, NV 89521 | 309,259.00 | 309,259.00 |
| 10725-02238 | 1/12/2007 | Guptail, Priscilla M & Addy, Priscilla K | 21675 Obsidian Ave.<br>Bend, OR 97702 | 50,000.00 | 50,000.00 |
| 10725-01184 | 11/10/2006 | L And R Saenz Family Trust | C/O Lionel Saenz And Rosario D Saenz Trustees<br>281 Andover Ridge Ct<br>Henderson, NV 89012-3128 | 50,000.00 | 50,000.00 |
| 10725-01979 | 1/10/2007 | Manter, John | 1449 Tirol Dr<br>Incline Village, NV 89451 | 50,000.00 | 50,000.00 |
| 10725-01957 | 1/10/2007 | Marjorie Y Berlin | 3422 Homestead Drive<br>Wantagh, NY 11793 | 50,000.00 | 50,000.00 |
| 10725-00891 | 11/1/2006 | Marston Family Trust Dated 8/13/93 | E Grace Marston Ttee<br>1184 Camano Court<br>San Jose, CA 95122 | 53,090.94 | 53,090.94 |
| 10725-01726 | 12/11/2006 | Pietryk, Jerry & Leeann | 3131 Kewanee Lane<br>Naperville, IL 60564-5024 | 50,000.00 | 50,000.00 |
| 10725-01791 | 12/13/2006 | Spring, Donald W & Evelyn Mae | 3153 Canyon Oaks Ter<br>Chico, CA 95928-3987 | 53,025.00 | 53,025.00 |
| 10725-00997 | 11/6/2006 | Tom, Sterling | 213 Royal Aberdeen Way<br>Las Vegas, NV 89144 | 25,000.00 | 25,000.00 |
| | | | **Total** | **1,149,782.48** | **1,149,782.48** |

**USACM TRUST**  
**Ocean Atlantic $9,425,000**  
**Multiple Loan Claims**  
**Exhibit A**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Ocean Atlantic $9,425,000 Loan |
|---|---|---|---|---|---|
| 10725-02400 | 1/16/2007 | Banos, Kami & Willie | 7431 Dorie Dr<br>West Hills, CA 91307-5277 | 100,000.00 | 50,000.00 |
| 10725-01921 | 1/10/2007 | Dobyne Living Trust | Robert S & Leah K Dobyne Ttees<br>3416 Cantura Bluff Ave<br>North Las Vegas, NV 89031-3577 | 474,358.44 | 50,000.00 |
| 10725-00525 | 10/10/2006 | Fernandes, Melissa | 4001 Oak Manor Ct<br>Hayward, CA 94542 | 116,143.68 | 58,071.84 |
| 10725-01297 | 11/10/2006 | Kiven, Norman | Andrew J Abrams Esq<br>Sugar Friedberg & Felsenthal LLP<br>30 N Lasalle St Ste 3000<br>Chicago, IL 60602 | 1,040,000.00 | Unknown |
| 10725-01478 | 11/15/2006 | Kiven, Norman | Andrew J Abrams Esq<br>Sugar Friedberg & Felsenthal LLP<br>30 N Lasalle St Ste 3000<br>Chicago, IL 60602 | 96,496.00 | Unknown |
| 10725-01784 | 12/13/2006 | Miller, Penny & Brian J | Po Box 495<br>Zephyr Cove, NV 89448 | 115,000.00 | 50,000.00 |
| 10725-01878 | 1/8/2007 | Raggi, Dennis | Po Box 10475<br>Zephyr Cove, NV 89448 | 10,451.54 | Unknown |
| 10725-02226 | 1/12/2007 | Raggi, Dennis | Po Box 10475<br>Zephyr Cove, NV 89448 | 4,884,068.70 | 50,000.00 |
| 10725-02027 | 1/11/2007 | Zadel, William | Po Box 1817<br>Parowan, UT 84761 | 150,000.00 | 50,000.00 |
| 10725-02299 | 1/13/2007 | Zawacki A California LLC | Po Box 5156<br>Bear Valley, CA 95223-5156 | 3,000,000.00 | 50,000.00 |
| | | | **Total** | **9,986,518.36** | **358,071.84** |