**OCEAN ATLANTIC $9,425,000**
**SINGLE LOAN CLAIM**
**EXHIBIT A**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Ocean Atlantic $9,425,000 Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Ocean Atlantic $9,425,000 Loan |
|---|---|---|---|---|---|
| 10725-00987 | 11/3/2006 | Chai Miller LLC | Po Box 81191<br>Las Vegas, NV 89180-1191 | 459,407.54 | 459,407.54 |
| 10725-00284 | 10/3/2006 | G&L Nelson Limited Partnership | Attn. Gary Nelson<br>11205 Messina Way<br>Reno, NV 89521 | 309,259.00 | 309,259.00 |
| 10725-02238 | 1/12/2007 | Guptail, Priscilla M & Addy, Priscilla K | 21675 Obsidian Ave.<br>Bend, OR 97702 | 50,000.00 | 50,000.00 |
| 10725-01184 | 11/10/2006 | L And R Saenz Family Trust | C/O Lionel Saenz And Rosario D Saenz Trustees<br>281 Andover Ridge Ct<br>Henderson, NV 89012-3128 | 50,000.00 | 50,000.00 |
| 10725-01979 | 1/10/2007 | Manter, John | 1449 Tirol Dr<br>Incline Village, NV 89451 | 50,000.00 | 50,000.00 |
| 10725-01957 | 1/10/2007 | Marjorie Y Berlin | 3422 Homestead Drive<br>Wantagh, NY 11793 | 50,000.00 | 50,000.00 |
| 10725-00891 | 11/1/2006 | Marston Family Trust Dated 8/13/93 | E Grace Marston Ttee<br>1184 Camano Court<br>San Jose, CA 95122 | 53,090.94 | 53,090.94 |
| 10725-01726 | 12/11/2006 | Pietryk, Jerry & Leeann | 3131 Kewanee Lane<br>Naperville, IL 60564-5024 | 50,000.00 | 50,000.00 |

23460049.1

OCEAN ATLANTIC $9,425,000
SINGLE LOAN CLAIM
EXHIBIT A

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Ocean Atlantic $9,425,000 Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Ocean Atlantic $9,425,000 Loan |
|---|---|---|---|---|---|
| 10725-01791 | 12/13/2006 | Spring, Donald W & Evelyn Mae | 3153 Canyon Oaks Ter Chico, CA 95928-3987 | 53,025.00 | 53,025.00 |
| 10725-00997 | 11/6/2006 | Tom, Sterling | 213 Royal Aberdeen Way Las Vegas, NV 89144 | 25,000.00 | 25,000.00 |

23460049.1