06- 10725

US Bankruptcy Court dist. of Nevada

Foley Federal Building and US Court House

300 Las Vegas Blvd. South
Las Vegas, Nevada 89101

RECEIVED & FILED

'11  APR -4  P 1 :12

U.S. BANKRUPTCY COURT
MARY A SCHITT CLERK

Clerk of the court
Mary A Schitt

Please be advised that any correspondence in regards to USA COMMERCIAL MORTGAGE
CO. and SILAR.   Should be sent to Jerry Gage 1090 N. Old Chisholm Tr. Dewey Az. 86327

This is an Change of address for NORSCOTT FINANCIAL CORP.  AND JERRY L.GAGE and
DARLENE C GAGE TRUSTTEES OT THE DAKOTA TRUST dated 9/16/96

Norscott Financial Corp.
1090 N. Old Chisholm Tr.
Dewey, Az. 86327

Jerry L. Gage and Darlene C. Gage
Trustees of the Dakota Trust dated 9/16/96
1090 N. Old Chisholm Tr.
Dewey, Az. 86327

Thank you:     Jerry and Darlene Gage