Please be advised that any correspondence in regards to USA COMMERCIAL MORTGAGE CO. and SILAR.  Should be sent to Jerry Gage 1090 N. Old Chisholm Tr. Dewey Az. 86327

This is an Change of address for NORSCOTT FINANCIAL CORP. AND JERRY L.GAGE and DARLENE C GAGE TRUSTTEES OT THE DAKOTA TRUST dated 9/16/96

Norscott Financial Corp.
1090 N. Old Chisholm Tr.
Dewey, Az. 86327

Jerry L. Gage and Darlene C. Gage
Trustees of the Dakota Trust dated 9/16/96
1090 N. Old Chisholm Tr.
Dewey, Az. 86327


Thank you:      Jerry and Darlene Gage

*Jerry L Gage*

[Stamp: RECEIVED AND FILED 2011 APR -5 PM 12:21 U.S. BANKRUPTCY COURT MARY A. SCHOTT, CLERK]

06-10725
09-1284