Oak Shores II (John E. King)
Single Loan Claims

| Claim # | Date Claim Filed | Name/Address | Total Claim Amount Relating to the Oak Shores II (John E. King) Loan | Unremitted Principal to be Allowed as Claim Relating to the Oak Shores II (John E. King) | Approximate Amount Subject to Objection Because it Relates to an Investment In the Oak Shores II (John E. King) Loan |
|---|---|---|---|---|---|
| 10725-01460 | 11/16/2006 | 1989 Duesing Family Trust Dated 1/31/89<br>C/O Duesing, Steven & Deborah Ttees<br>1701 Golden Oak Dr<br>Las Vegas, NV 89117-1453 | 175,719.00 | 35,117.06 | 140,601.94 |
| 10725-00881 | 10/31/2006 | Adams, Michael<br>1730 Winter Moon Ct<br>Reno, NV 89523 | 100,675.82 | - | 100,675.82 |
| 10725-02373 | 1/16/2007 | Aquino, John P & Lisa<br>2950 Cabrillo St<br>San Francisco, CA 94121-3532 | 50,000.00 | 10,033.44 | 39,966.56 |
| 10725-02167 | 1/12/2007 | Benz Family Trust Dtd 7/1/95<br>Bernard D & Margaret W Benz Ttees<br>1265 Old Foothill Rd<br>Gardnerville, NV 89460 | 81,366.44 | 10,033.44 | 30,649.78 |
| 10725-00430 | 10/4/2006 | Dupin, William & Penny<br>545 Cole Cir<br>Incline Village, NV 89451 | 10,238.91 | - | 10,238.91 |
| 10725-00020-2 | 12/12/2006 | Falvai, Brenda<br>252 North Paseo De Juan<br>Anaheim, CA 89101 | 37,860.24 | 10,033.44 | 27,826.80 |
| 10725-02544 | 6/11/2007 | Fischer Family Trust Dtd 6/9/95<br>C/O Aloys & Joyce Fischer Ttees<br>PO Box 579901<br>Modesto, CA 95357-5901 | 121,023.33 | 10,033.44 | 110,989.89 |
| 10725-00757 | 10/26/2006 | Higgins, Kevin<br>10413 Mansion Hills Ave<br>Las Vegas, NV 89144 | 100,000.00 | 20,066.89 | 79,933.11 |

EXHIBIT A

2349775.2

## Oak Shores II (John E. King)
## Single Loan Claims

| Claim # | Date Claim Filed | Name/Address | Total Claim Amount Relating to the Oak Shores II (John E. King) Loan | Unremitted Principal to be Allowed as Claim Relating to the Oak Shores II (John E. King) | Approximate Amount Subject to Objection Because it Relates to an Investment In the Oak Shores II (John E. King) Loan |
|---|---|---|---|---|---|
| 10725-01832 | 12/29/2006 | Jack S Tiano Accountancy Corp<br>32351 Via Antibes<br>Dana Point, CA  92629-3442 | 52,673.28 | 10,033.44 | 42,639.84 |
| 10725-02455 | 5/31/2007 | Johansen Family Trst Dted 10/23/87 Amended 6/11/04<br>C/O Leif A & Roberta K Johansen Trustees<br>PO Box 2773<br>Truckee, CA  96160-2773 | 100,447.47 | 30,100.33 | 70,347.14 |

**EXHIBIT A**

2349775.2