Oak Shores II (John E. King)
Single Loan Claims

| Claim # | Date Claim Filed | Name/Address | Total Claim Amount Relating to the Oak Shores II (John E. King) Loan | Unremitted Principal to be Allowed as Claim Relating to the Oak Shores II (John E. King) | Approximate Amount Subject to Objection Because it Relates to an Investment In the Oak Shores II (John E. King) Loan |
|---|---|---|---|---|---|
| 10725-01867 | 1/5/2007 | Kefalas, Chris & Kathy<br>2806 Rambler Valley Drive<br>Cedar Park, TX 78613-1653 | 50,000.00 | 10,033.44 | 39,966.56 |
| 10725-01145 | 11/8/2006 | Leblanc, Jean-Jacques – IRA<br>Po Box 6434<br>Incline Village, NV 89450-6434 | 39,761.00 | - | 39,761.00 |
| 10725-00873 | 11/1/2006 | Marston, John M & Linda S<br>12441 Road 44<br>Mancos, CO 81328 | 102,950.92 | 20,066.89 | 82,884.03 |
| 10725-02247 | 1/12/2007 | Mcquerry Family Trust<br>William Mcquerry<br>318 Singing Brook Cir<br>Santa Rosa, CA 95409-6483 | 97,985.38 | - | 97,985.38 |
| 10725-02345 | 1/16/2007 | Moore, Raymond C & Rose<br>902 University Ridge Dr<br>Reno, NV 89512 | 80,955.52 | - | 40,477.76 |
| 10725-00200 | 9/20/2006 | MW Gorts & Company<br>Michael Gorts<br>7820 Emerald Harbor Ct<br>Las Vegas, NV 89128 | 100,000.00 | - | 100,000.00 |
| 10725-01528 | 11/30/2006 | Nelson, James<br>408 N Berry Pine Rd<br>Rapid City, SD 57702 | 25,971.00 | 10,033.44 | 15,937.56 |
| 10725-02573 | 10/5/2007 | Nelson, James<br>408 N Berry Pine Rd<br>Rapid City, SD 57702 | 10,033.44 | - | 10,033.44 |

EXHIBIT A

2349775.2

Oak Shores II (John E. King)
Single Loan Claims

| Claim # | Date Claim Filed | Name/Address | Total Claim Amount Relating to the Oak Shores II (John E. King) Loan | Unremitted Principal to be Allowed as Claim Relating to the Oak Shores II (John E. King) | Approximate Amount Subject to Objection Because it Relates to an Investment In the Oak Shores II (John E. King) Loan |
|---|---|---|---|---|---|
| 10725-01899 | 1/9/2007 | Nirenstein 1992 Revoc Trust, Allen M & Dorothy H Dtd 3/4/92  C/O Allen & Dorothy Nirenstein Ttees 403 Woodland Road Kentfield, CA  94904-2635 | 100,000.00 | - | 100,000.00 |
| 10725-00645 | 10/10/2006 | Ramon L & Linda L Snyder Family Trust Dtd 10/14/98 C/O Ramon L & Linda L Snyder Ttees 405 Grayeagle Ct Lincoln, CA  95648-8676 | 125,000.00 | 25,083.61 | 99,916.39 |

**EXHIBIT A**

2349775.2