Oak Shores II (John E. King)
Single Loan Claims

| Claim # | Date Claim Filed | Name/Address | Total Claim Amount Relating to the Oak Shores II (John E. King) Loan | Unremitted Principal to be Allowed as Claim Relating to the Oak Shores II (John E. King) | Approximate Amount Subject to Objection Because it Relates to an Investment In the Oak Shores II (John E. King) Loan |
|---|---|---|---|---|---|
| 10725-02558 | 6/15/2007 | Robert C Toombes And Patsy G Toombes<br>Po Box 11665<br>Zephyr Cove, NV 89448-3665 | 100,000.00 | 20,066.89 | 79,933.11 |
| 10725-00537 | 10/10/2006 | Ruegg Living Trust Dtd 11/28/94<br>Frank C & Margaret S Ruegg Ttees<br>107 Navigator Ln<br>Friday Harbor, WA 98250-6017 | 75,000.00 | 15,050.17 | 59,949.83 |
| 10725-01788 | 12/13/2006 | Spring, Donald W & Evelyn Mae<br>3153 Canyon Oaks Ter<br>Chico, CA 95928-3987 | 52,219.00 | - | 52,219.00 |
| 10725-00375 | 10/2/2006 | Underpass Trust<br>Ronald Montesant Ttee<br>5121 Big River Ave<br>Las Vegas, NV 89130 | 50,000.00 | 10,033.44 | 39,966.56 |
| 10725-00502 | 10/9/2006 | Wanda Wright Revocable Living Trust<br>C/O Wanda C Wright Trustee<br>16500 Pyramid Way<br>Reno, NV 89510-8711 | 54,200.00 | - | 54,200.00 |

EXHIBIT A

2349775.2