## Oak Shores II (John E. King)
## Multiple Loan Claims

| Claim # | Date Claim Filed | Name | Total Claim Amount | Total Claim Amount Relating to Oak Shores II (John E. King) Loan | Unremitted Principal to be Allowed as Claim Relating to the Oak Shores II (John E. King) | Approximate Amount Subject to Objection Because it Relates to an Investment In the Oak Shores II (John E. King) Loan |
|---|---|---|---|---|---|---|
| 10725-02411 | 1/18/2007 | Allen M & Dorothy H Nirenstein 1992 REV Trust Dtd 3/4/92  Allen & Dorothy Nirenstein Ttees 403 Woodland Rd Kentfield, CA  94904-2635 | 805,639.26 | - | 20,066.89 | - |
| 10725-02207 | 1/5/2007 | Barcia, Daniel 1600 Picket Ct Reno, NV  89521 | 225,000.00 | 50,000.00 | - | 50,000.00 |
| 10725-01445 | 11/14/2006 | Brehmer, Hannah 188 Beacon Hill Dr Ashland, OR  97520 | 298,569.00 | 65,000.00 | 13,043.48 | 51,956.52 |
| 10725-01555 | 12/6/2006 | Castillo, Tito 13390 Parkside Ter Cooper City, FL  33330 | 423,845.13 | 73,716.08 | - | 73,716.08 |
| 10725-02215 | 1/12/2007 | Charles B Anderson Trust Janet L Chub, Atty. At Law Armstrong Teasdale LLP 50 W. Liberty, Suite 950 Reno, NV  89501 | 185,281.09 | 32,764.51 | 32,107.02 | 657.49 |
| 10725-02173 | 1/12/2007 | Cook Jt Ten, Aldon G & Deedra 259 Hammock Terrace Venice, FL  34293-1012 | 285,580.12 | 50,000.00 | 10,033.44 | 39,966.56 |
| 10725-02030 | 1/11/2007 | Daniel D Newman Trust Dtd 11/1/92 C/O Daniel D Newman Trustee 125 Elysian Dr Sedona, AZ  86336 | 1,428,037.34 | 85,000.00 | 17,056.86 | 67,943.14 |

## EXHIBIT A

2349823.1

Oak Shores II (John E. King)
Multiple Loan Claims

| Claim # | Date Claim Filed | Name | Total Claim Amount | Total Claim Amount Relating to Oak Shores II (John E. King) Loan | Unremitted Principal to be Allowed as Claim Relating to the Oak Shores II (John E. King) | Approximate Amount Subject to Objection Because it Relates to an Investment In the Oak Shores II (John E. King) Loan |
|---|---|---|---|---|---|---|
| 10725-01416 | 12/4/2006 | Davis, Patrick & Susan IRA<br>737 Bannerman Lane<br>Fort Mill, SC 29715 | 75,500.00 | 17,500.00 | - | 17,500.00 |
| 10725-02382 | 1/16/2007 | Essaff Family Trust Dtd 6/18/02<br>Robert & Cindy H Essaff Ttees<br>2860 Heybourne Rd<br>Minden, NV 89423 | 3,198,368.02 | 100,000.00 | 20,066.89 | 79,933.11 |
| 10725-02467 | 6/1/2007 | Foxcroft Living Trust Dtd 1/10/02<br>Fred J & Roberta Foxcroft Ttees<br>PO Box 362<br>Carnelian Bay, CA 96140-0362<br>And<br>Foxcroft Living Trust Dtd 1/10/02<br>Fred J & Roberta Foxcroft Ttees<br>6216 Citrine Drive<br>Carlsbad, CA 92009 | 553,778.99 | 50,000.00 | 10,033.44 | 39,966.56 |

**EXHIBIT A**

2349823.1