Oak Shores II (John E. King)
Multiple Loan Claims

| Claim # | Date Claim Filed | Name | Total Claim Amount | Total Claim Amount Relating to Oak Shores II (John E. King) Loan | Unremitted Principal to be Allowed as Claim Relating to the Oak Shores II (John E. King) | Approximate Amount Subject to Objection Because it Relates to an Investment In the Oak Shores II (John E. King) Loan |
|---|---|---|---|---|---|---|
| 10725-01914 | 1/10/2007 | Gilbert Manuel Living Trust Dtd 1/3/92 C/O Gilbert Manuel Ttee 4617 Constitution Ave Ne Albuquerque, NM 87110 | 486,748.60 | 50,000.00 | 10,033.44 | 39,966.56 |
| 10725-01915 | 1/10/2007 | Hausler Jr Living Trusr Dtd 1/3/92, Edwin L C/O Edwin L Hausler Ttee 4617 Constitution Ave NE Albuquerque, NM 87110 | 486,748.60 | 50,000.00 | 10,033.44 | 39,966.56 |
| 10725-02117 | 1/11/2007 | Janet P Johnson Living Trust Dated 7/14/04 Janet P & Charles E Johnson Ttees 17 Front St Palm Coast, FL 32137 | 936,603.82 | 100,000.00 | 20,066.89 | 79,933.11 |
| 10725-01314 | 11/13/2006 | John E Michelsen Family Trust John F Murtha Esq PO Box 2311 Reno, NV 89505 | 236,764.00 | 49,812.00 | 10,033.44 | 39,778.56 |
| 10725-02124 | 1/11/2007 | Joy Investment Inc A Nevada Corporation 5280 S Eastern Ave., Suite D-3 Las Vegas, NV 89119 And Joy Investment Inc A Nevada Corporation 8080 Harborview road Blaine, WA 98230 | 1,818,940.00 | 175,000.00 | 35,117.06 | 139,882.94 |

**EXHIBIT A**

2349823.1

## Oak Shores II (John E. King)
## Multiple Loan Claims

| Claim # | Date Claim Filed | Name | Total Claim Amount | Total Claim Amount Relating to Oak Shores II (John E. King) Loan | Unremitted Principal to be Allowed as Claim Relating to the Oak Shores II (John E. King) | Approximate Amount Subject to Objection Because it Relates to an Investment In the Oak Shores II (John E. King) Loan |
|---|---|---|---|---|---|---|
| 10725-02205 | 1/12/2007 | Lorin Loughlin & Rand Yazzolino 1259 Bags Blvd Sonoma, CA 95476 | 250,000.00 | 100,000.00 | 20,066.89 | 79,933.11 |
| 10725-02178 | 1/12/2007 | Marshal Brecht Trust Dtd 2/5/86 Marshall J & Janet L Brecht Trustees 640 Colonial Cir Fullerton, CA 92835 | 3,418,022.00 | 100,000.00 | 20,066.89 | 79,933.11 |
| 10725-01312 | 11/13/2006 | Michelsen, Gary A John F Murtha Esq PO Box 2311 Reno, NV 89505 | 543,373.00 | 49,812.00 | 10,033.44 | 39,778.56 |
| 10725-01208 | 11/10/2006 | Monighetti, Pete 6515 Frankie Ln Prunedale, CA 93907 | 1,509,963.55 | 39,761.00 | 10,033.44 | 29,727.56 |
| 10725-02044 | 1/11/2007 | Naylon, Dominique Po Box 2 Topaz, CA 96133 | 1,168,297.62 | 100,000.00 | - | 100,000.00 |

# EXHIBIT A

2349823.1