Oak Shores II (John E. King)
Multiple Loan Claims

| Claim # | Date Claim Filed | Name | Total Claim Amount | Total Claim Amount Relating to Oak Shores II (John E. King) Loan | Unremitted Principal to be Allowed as Claim Relating to the Oak Shores II (John E. King) | Approximate Amount Subject to Objection Because it Relates to an Investment In the Oak Shores II (John E. King) Loan |
|---|---|---|---|---|---|---|
| 10725-02170 | 1/12/2007 | Neal, Ronald Douglas<br>22853 Boxwood Ln<br>Santa Clarita, CA 91390-4155 | 282,277.38 | 50,000.00 | 10,033.44 | 39,966.56 |
| 10725-01923 | 1/10/2007 | O'Riordan, John E & Sonhild A<br>2745 Hartwick Pines Dr<br>Henderson, NV 89052-7002 | 3,476,504.52 | 325,000.00 | 65,217.39 | 259,782.61 |
| 10725-01865 | 1/10/2007 | Oosthuizen, Adrian Jr<br>5860 Lausanne Dr<br>Reno, NV 89511 | 2,711,295.30 | 100,000.00 | - | 100,000.00 |
| 10725-02550 | 6/18/2007 | Osvaldo Zunino Living Trust Dated 12/18/98<br>C/O Osvaldo Zunino Trustee<br>3575 Tioga Way<br>Las Vegas, NV 89109-3340 | 620,000.00 | 200,000.00 | 40,133.78 | 159,866.22 |
| 10725-02423 | 1/12/2007 | Pinsker, Donald H<br>8650 W Verde Way<br>Las Vegas, NV 89149-4145 | 1,633,057.16 | 140,000.00 | - | 140,000.00 |
| 10725-02496 | 6/4/2007 | Richard N Krupp<br>101 State Pl Ste I<br>Escondido, CA 92029-1365 | 250,167.22 | 250,000.00 | 50,167.22 | 199,832.78 |
| 10725-01409 | 12/4/2006 | Ronning, Grable B<br>PO Box 7804<br>Incline Village, NV 89452-7804 | 80,262.00 | 20,066.89 | 20,066.89 | - |

EXHIBIT A

2349823.1

Oak Shores II (John E. King)
Multiple Loan Claims

| Claim # | Date Claim Filed | Name | Total Claim Amount | Total Claim Amount Relating to Oak Shores II (John E. King) Loan | Unremitted Principal to be Allowed as Claim Relating to the Oak Shores II (John E. King) | Approximate Amount Subject to Objection Because it Relates to an Investment In the Oak Shores II (John E. King) Loan |
|---|---|---|---|---|---|---|
| 10725-00774 | 10/27/2006 | Sklar, Barbara<br>2429 Bryan Ave<br>Venice Beach, CA 90291 | 200,000.00 | 50,000.00 | 10,033.44 | 39,966.56 |
| 10725-01960 | 1/10/2007 | Souza Jt Ten, David A & Elizabeth M<br>542 Socorro Ct<br>Reno, NV 89511 | 1,031,654.42 | 70,000.00 | - | 70,000.00 |
| 10725-01415 | 12/4/2006 | Spectrum Capital LLC<br>6167 Jarvis Ave # 304<br>Newark, CA 94560-1210 | 40,131.24 | 10,238.91 | 10,033.44 | 205.47 |

**EXHIBIT A**

2349823.1