## Oak Shores II (John E. King)
## Multiple Loan Claims

| Claim # | Date Claim Filed | Name | Total Claim Amount | Total Claim Amount Relating to Oak Shores II (John E. King) Loan | Unremitted Principal to be Allowed as Claim Relating to the Oak Shores II (John E. King) | Approximate Amount Subject to Objection Because it Relates to an Investment In the Oak Shores II (John E. King) Loan |
|---|---|---|---|---|---|---|
| 10725-01872 | 1/8/2007 | Susskind, Robert<br>9900 Wilber May Pkwy #206<br>Reno, NV  89521 | 306,214.00 | 50,000.00 | 10,033.44 | 39,966.56 |
| 10725-02291 | 1/12/2007 | Terry R Helms Living Trust Dtd 11/11/94<br>Terry Helms<br>809 Upland Blvd<br>Las Vegas, NV  89107-3719 | 11,155,754.80 | 1,000,000.00 | 200,668.90 | 799,331.10 |
| 10725-02481 | 6/4/2007 | Tobias Von Euw Revocable Trust Dated 11/23/04<br>C/O Tobias Von Euw Trustee<br>Sun City Aliante 7431 Lintwhite St<br>North Las Vegas, NV  89084-2500 | 1,468,967.93 | 50,000.00 | - | 50,000.00 |
| 10725-00437 | 10/4/2006 | Toombes, Patsy<br>Po Box 11665<br>Zephyr Cove, NV  89448 | 371,435.14 | 100,000.00 | - | 100,000.00 |
| 10725-00271 | 9/27/2006 | Tuch, Cary & Carol<br>11445 Gerald Ave<br>Granada Hills, CA  91344-3623 | 100,000.00 | 50,000.00 | 10,033.44 | 39,966.56 |
| 10725-02123 | 1/11/2007 | Universal Management Inc A Nevada Corp<br>8080 Harborview Rd<br>Blaine, WA  98230 | 1,438,118.00 | 50,000.00 | 10,033.44 | 39,966.56 |

# EXHIBIT A

2349823.1

Oak Shores II (John E. King)
Multiple Loan Claims

| Claim # | Date Claim Filed | Name | Total Claim Amount | Total Claim Amount Relating to Oak Shores II (John E. King) Loan | Unremitted Principal to be Allowed as Claim Relating to the Oak Shores II (John E. King) | Approximate Amount Subject to Objection Because it Relates to an Investment In the Oak Shores II (John E. King) Loan |
|---|---|---|---|---|---|---|
| 10725-02318 | 1/13/2007 | USA Commercial Real Estate Group C/O Jeffrey R Sylvester Esq Sylvester & Polednak Ltd 7371 Prairie Falcon Rd, Ste 120 Las Vegas, NV 89128 | 10,719.49 | 204.78 | - | 204.78 |
| 10725-01694 | 12/11/2006 | Wahl, David Po Box 8012 Mammoth Lakes, CA 93546 | 289,414.18 | 50,000.00 | - | 50,000.00 |
| 10725-02315 | 1/13/2007 | Wahl, David C Po Box 8012 Mammoth Lakes, CA 93546 | 144,224.96 | 50,000.00 | - | 50,000.00 |
| 10725-01412 | 12/4/2006 | Wildwater Limited Partnership C/O Eric Ronning P.O. Box 7804 Incline Village, NV 89452 | 42,884.61 | 10,033.44 | 10,033.44 | - |

**EXHIBIT A**

2349823.1