Oak Shores II (John E. King)
Single Loan Claims

| Claim # | Date Claim Filed | Name/Address | Total Claim Amount Relating to the Oak Shores II (John E. King) Loan | Unremitted Principal to be Allowed as Claim Relating to the Oak Shores II (John E. King) | Approximate Amount Subject to Objection Because it Relates to an Investment In the Oak Shores II (John E. King) Loan |
|---|---|---|---|---|---|
| 10725-01460 | 11/16/2006 | 1989 Duesing Family Trust Dated 1/31/89 C/O Duesing, Steven & Deborah Ttees 1701 Golden Oak Dr Las Vegas, NV 89117-1453 | 175,719.00 | 35,117.06 | 140,601.94 |
| 10725-00881 | 10/31/2006 | Adams, Michael 1730 Winter Moon Ct Reno, NV 89523 | 100,675.82 | - | 100,675.82 |
| 10725-02373 | 1/16/2007 | Aquino, John P & Lisa 2950 Cabrillo St San Francisco, CA 94121-3532 | 50,000.00 | 10,033.44 | 39,966.56 |
| 10725-02167 | 1/12/2007 | Benz Family Trust Dtd 7/1/95 Bernard D & Margaret W Benz Ttees 1265 Old Foothill Rd Gardnerville, NV 89460 | 81,366.44 | 10,033.44 | 30,649.78 |
| 10725-00430 | 10/4/2006 | Dupin, William & Penny 545 Cole Cir Incline Village, NV 89451 | 10,238.91 | - | 10,238.91 |
| 10725-00020-2 | 12/12/2006 | Falvai, Brenda 252 North Paseo De Juan Anaheim, CA 89101 | 37,860.24 | 10,033.44 | 27,826.80 |
| 10725-02544 | 6/11/2007 | Fischer Family Trust Dtd 6/9/95 C/O Aloys & Joyce Fischer Ttees PO Box 579901 Modesto, CA 95357-5901 | 121,023.33 | 10,033.44 | 110,989.89 |
| 10725-00757 | 10/26/2006 | Higgins, Kevin 10413 Mansion Hills Ave Las Vegas, NV 89144 | 100,000.00 | 20,066.89 | 79,933.11 |

EXHIBIT A

2349775.2

Oak Shores II (John E. King)
Single Loan Claims

| Claim # | Date Claim Filed | Name/Address | Total Claim Amount Relating to the Oak Shores II (John E. King) Loan | Unremitted Principal to be Allowed as Claim Relating to the Oak Shores II (John E. King) | Approximate Amount Subject to Objection Because it Relates to an Investment In the Oak Shores II (John E. King) Loan |
|---|---|---|---|---|---|
| 10725-01832 | 12/29/2006 | Jack S Tiano Accountancy Corp<br>32351 Via Antibes<br>Dana Point, CA 92629-3442 | 52,673.28 | 10,033.44 | 42,639.84 |
| 10725-02455 | 5/31/2007 | Johansen Family Trst Dted 10/23/87 Amended 6/11/04<br>C/O Leif A & Roberta K Johansen Trustees<br>PO Box 2773<br>Truckee, CA 96160-2773 | 100,447.47 | 30,100.33 | 70,347.14 |
| 10725-01867 | 1/5/2007 | Kefalas, Chris & Kathy<br>2806 Rambler Valley Drive<br>Cedar Park, TX 78613-1653 | 50,000.00 | 10,033.44 | 39,966.56 |
| 10725-01145 | 11/8/2006 | Leblanc, Jean-Jacques – IRA<br>Po Box 6434<br>Incline Village, NV 89450-6434 | 39,761.00 | - | 39,761.00 |
| 10725-00873 | 11/1/2006 | Marston, John M & Linda S<br>12441 Road 44<br>Mancos, CO 81328 | 102,950.92 | 20,066.89 | 82,884.03 |
| 10725-02247 | 1/12/2007 | Mcquerry Family Trust<br>William Mcquerry<br>318 Singing Brook Cir<br>Santa Rosa, CA 95409-6483 | 97,985.38 | - | 97,985.38 |
| 10725-02345 | 1/16/2007 | Moore, Raymond C & Rose<br>902 University Ridge Dr<br>Reno, NV 89512 | 80,955.52 | - | 40,477.76 |
| 10725-00200 | 9/20/2006 | MW Gorts & Company<br>Michael Gorts<br>7820 Emerald Harbor Ct<br>Las Vegas, NV 89128 | 100,000.00 | - | 100,000.00 |

EXHIBIT A

2349775.2

Oak Shores II (John E. King)
Single Loan Claims

| Claim # | Date Claim Filed | Name/Address | Total Claim Amount Relating to the Oak Shores II (John E. King) Loan | Unremitted Principal to be Allowed as Claim Relating to the Oak Shores II (John E. King) | Approximate Amount Subject to Objection Because it Relates to an Investment In the Oak Shores II (John E. King) Loan |
|---|---|---|---|---|---|
| 10725-01528 | 11/30/2006 | Nelson, James<br>408 N Berry Pine Rd<br>Rapid City, SD 57702 | 25,971.00 | 10,033.44 | 15,937.56 |
| 10725-02573 | 10/5/2007 | Nelson, James<br>408 N Berry Pine Rd<br>Rapid City, SD 57702 | 10,033.44 | - | 10,033.44 |
| 10725-01899 | 1/9/2007 | Nirenstein 1992 Revoc Trust, Allen M & Dorothy H Dtd 3/4/92 C/O Allen & Dorothy Nirenstein Ttees<br>403 Woodland Road<br>Kentfield, CA 94904-2635 | 100,000.00 | - | 100,000.00 |
| 10725-00645 | 10/10/2006 | Ramon L & Linda L Snyder Family Trust Dtd 10/14/98 C/O Ramon L & Linda L Snyder Ttees<br>405 Grayeagle Ct<br>Lincoln, CA 95648-8676 | 125,000.00 | 25,083.61 | 99,916.39 |
| 10725-02558 | 6/15/2007 | Robert C Toombes And Patsy G Toombes<br>Po Box 11665<br>Zephyr Cove, NV 89448-3665 | 100,000.00 | 20,066.89 | 79,933.11 |
| 10725-00537 | 10/10/2006 | Ruegg Living Trust Dtd 11/28/94 Frank C & Margaret S Ruegg Ttees<br>107 Navigator Ln<br>Friday Harbor, WA 98250-6017 | 75,000.00 | 15,050.17 | 59,949.83 |
| 10725-01788 | 12/13/2006 | Spring, Donald W & Evelyn Mae<br>3153 Canyon Oaks Ter<br>Chico, CA 95928-3987 | 52,219.00 | - | 52,219.00 |

EXHIBIT A

2349775.2

Oak Shores II (John E. King)
Single Loan Claims

| Claim # | Date Claim Filed | Name/Address | Total Claim Amount Relating to the Oak Shores II (John E. King) Loan | Unremitted Principal to be Allowed as Claim Relating to the Oak Shores II (John E. King) | Approximate Amount Subject to Objection Because it Relates to an Investment In the Oak Shores II (John E. King) Loan |
|---|---|---|---|---|---|
| 10725-00375 | 10/2/2006 | Underpass Trust Ronald Montesant Ttee 5121 Big River Ave Las Vegas, NV 89130 | 50,000.00 | 10,033.44 | 39,966.56 |
| 10725-00502 | 10/9/2006 | Wanda Wright Revocable Living Trust C/O Wanda C Wright Trustee 16500 Pyramid Way Reno, NV 89510-8711 | 54,200.00 | - | 54,200.00 |

**EXHIBIT A**

2349775.2

Oak Shores II (John E. King)
Multiple Loan Claims

| Claim # | Date Claim Filed | Name | Total Claim Amount | Total Claim Amount Relating to Oak Shores II (John E. King) Loan | Unremitted Principal to be Allowed as Claim Relating to the Oak Shores II (John E. King) | Approximate Amount Subject to Objection Because it Relates to an Investment In the Oak Shores II (John E. King) Loan |
|---|---|---|---|---|---|---|
| 10725-02411 | 1/18/2007 | Allen M & Dorothy H Nirenstein 1992 REV Trust Dtd 3/4/92 Allen & Dorothy Nirenstein Ttees 403 Woodland Rd Kentfield, CA 94904-2635 | 805,639.26 | - | 20,066.89 | - |
| 10725-02207 | 1/5/2007 | Barcia, Daniel 1600 Picket Ct Reno, NV 89521 | 225,000.00 | 50,000.00 | - | 50,000.00 |
| 10725-01445 | 11/14/2006 | Brehmer, Hannah 188 Beacon Hill Dr Ashland, OR 97520 | 298,569.00 | 65,000.00 | 13,043.48 | 51,956.52 |
| 10725-01555 | 12/6/2006 | Castillo, Tito 13390 Parkside Ter Cooper City, FL 33330 | 423,845.13 | 73,716.08 | - | 73,716.08 |
| 10725-02215 | 1/12/2007 | Charles B Anderson Trust Janet L Chub, Atty. At Law Armstrong Teasdale LLP 50 W. Liberty, Suite 950 Reno, NV 89501 | 185,281.09 | 32,764.51 | 32,107.02 | 657.49 |
| 10725-02173 | 1/12/2007 | Cook Jt Ten, Aldon G & Deedra 259 Hammock Terrace Venice, FL 34293-1012 | 285,580.12 | 50,000.00 | 10,033.44 | 39,966.56 |
| 10725-02030 | 1/11/2007 | Daniel D Newman Trust Dtd 11/1/92 C/O Daniel D Newman Trustee 125 Elysian Dr Sedona, AZ 86336 | 1,428,037.34 | 85,000.00 | 17,056.86 | 67,943.14 |

EXHIBIT A

2349823.1

Oak Shores II (John E. King)
Multiple Loan Claims

| Claim # | Date Claim Filed | Name | Total Claim Amount | Total Claim Amount Relating to Oak Shores II (John E. King) Loan | Unremitted Principal to be Allowed as Claim Relating to the Oak Shores II (John E. King) | Approximate Amount Subject to Objection Because it Relates to an Investment In the Oak Shores II (John E. King) Loan |
|---|---|---|---|---|---|---|
| 10725-01416 | 12/4/2006 | Davis, Patrick & Susan IRA<br>737 Bannerman Lane<br>Fort Mill, SC 29715 | 75,500.00 | 17,500.00 | - | 17,500.00 |
| 10725-02382 | 1/16/2007 | Essaff Family Trust Dtd 6/18/02<br>Robert & Cindy H Essaff Ttees<br>2860 Heybourne Rd<br>Minden, NV 89423 | 3,198,368.02 | 100,000.00 | 20,066.89 | 79,933.11 |
| 10725-02467 | 6/1/2007 | Foxcroft Living Trust Dtd 1/10/02<br>Fred J & Roberta Foxcroft Ttees<br>PO Box 362<br>Carnelian Bay, CA 96140-0362<br>And<br>Foxcroft Living Trust Dtd 1/10/02<br>Fred J & Roberta Foxcroft Ttees<br>6216 Citrine Drive<br>Carlsbad, CA 92009 | 553,778.99 | 50,000.00 | 10,033.44 | 39,966.56 |
| 10725-01914 | 1/10/2007 | Gilbert Manuel Living Trust Dtd 1/3/92<br>C/O Gilbert Manuel Ttee<br>4617 Constitution Ave Ne<br>Albuquerque, NM 87110 | 486,748.60 | 50,000.00 | 10,033.44 | 39,966.56 |
| 10725-01915 | 1/10/2007 | Hausler Jr Living Trusr Dtd 1/3/92, Edwin L<br>C/O Edwin L Hausler Ttee<br>4617 Constitution Ave NE<br>Albuquerque, NM 87110 | 486,748.60 | 50,000.00 | 10,033.44 | 39,966.56 |

**EXHIBIT A**

Oak Shores II (John E. King)
Multiple Loan Claims

| Claim # | Date Claim Filed | Name | Total Claim Amount | Total Claim Amount Relating to Oak Shores II (John E. King) Loan | Unremitted Principal to be Allowed as Claim Relating to the Oak Shores II (John E. King) | Approximate Amount Subject to Objection Because it Relates to an Investment In the Oak Shores II (John E. King) Loan |
|---|---|---|---|---|---|---|
| 10725-02117 | 1/11/2007 | Janet P Johnson Living Trust Dated 7/14/04 Janet P & Charles E Johnson Ttees 17 Front St Palm Coast, FL 32137 | 936,603.82 | 100,000.00 | 20,066.89 | 79,933.11 |
| 10725-01314 | 11/13/2006 | John E Michelsen Family Trust John F Murtha Esq PO Box 2311 Reno, NV 89505 | 236,764.00 | 49,812.00 | 10,033.44 | 39,778.56 |
| 10725-02124 | 1/11/2007 | Joy Investment Inc A Nevada Corporation 5280 S Eastern Ave., Suite D-3 Las Vegas, NV 89119 And Joy Investment Inc A Nevada Corporation 8080 Harborview road Blaine, WA 98230 | 1,818,940.00 | 175,000.00 | 35,117.06 | 139,882.94 |
| 10725-02205 | 1/12/2007 | Lorin Loughlin & Rand Yazzolino 1259 Bags Blvd Sonoma, CA 95476 | 250,000.00 | 100,000.00 | 20,066.89 | 79,933.11 |
| 10725-02178 | 1/12/2007 | Marshal Brecht Trust Dtd 2/5/86 Marshall J & Janet L Brecht Trustees 640 Colonial Cir Fullerton, CA 92835 | 3,418,022.00 | 100,000.00 | 20,066.89 | 79,933.11 |
| 10725-01312 | 11/13/2006 | Michelsen, Gary A John F Murtha Esq PO Box 2311 Reno, NV 89505 | 543,373.00 | 49,812.00 | 10,033.44 | 39,778.56 |

EXHIBIT A

2349823.1

Oak Shores II (John E. King)
Multiple Loan Claims

| Claim # | Date Claim Filed | Name | Total Claim Amount | Total Claim Amount Relating to Oak Shores II (John E. King) Loan | Unremitted Principal to be Allowed as Claim Relating to the Oak Shores II (John E. King) | Approximate Amount Subject to Objection Because it Relates to an Investment In the Oak Shores II (John E. King) Loan |
|---|---|---|---|---|---|---|
| 10725-01208 | 11/10/2006 | Monighetti, Pete
6515 Frankie Ln
Prunedale, CA 93907 | 1,509,963.55 | 39,761.00 | 10,033.44 | 29,727.56 |
| 10725-02044 | 1/11/2007 | Naylon, Dominique
Po Box 2
Topaz, CA 96133 | 1,168,297.62 | 100,000.00 | - | 100,000.00 |
| 10725-02170 | 1/12/2007 | Neal, Ronald Douglas
22853 Boxwood Ln
Santa Clarita, CA 91390-4155 | 282,277.38 | 50,000.00 | 10,033.44 | 39,966.56 |
| 10725-01923 | 1/10/2007 | O'Riordan, John E & Sonhild A
2745 Hartwick Pines Dr
Henderson, NV 89052-7002 | 3,476,504.52 | 325,000.00 | 65,217.39 | 259,782.61 |
| 10725-01865 | 1/10/2007 | Oosthuizen, Adrian Jr
5860 Lausanne Dr
Reno, NV 89511 | 2,711,295.30 | 100,000.00 | - | 100,000.00 |
| 10725-02550 | 6/18/2007 | Osvaldo Zunino Living Trust Dated 12/18/98
C/O Osvaldo Zunino Trustee
3575 Tioga Way
Las Vegas, NV 89109-3340 | 620,000.00 | 200,000.00 | 40,133.78 | 159,866.22 |
| 10725-02423 | 1/12/2007 | Pinsker, Donald H
8650 W Verde Way
Las Vegas, NV 89149-4145 | 1,633,057.16 | 140,000.00 | - | 140,000.00 |
| 10725-02496 | 6/4/2007 | Richard N Krupp
101 State Pl Ste I
Escondido, CA 92029-1365 | 250,167.22 | 250,000.00 | 50,167.22 | 199,832.78 |

EXHIBIT A

2349823.1

## Oak Shores II (John E. King)
### Multiple Loan Claims

| Claim # | Date Claim Filed | Name | Total Claim Amount | Total Claim Amount Relating to Oak Shores II (John E. King) Loan | Unremitted Principal to be Allowed as Claim Relating to the Oak Shores II (John E. King) | Approximate Amount Subject to Objection Because it Relates to an Investment In the Oak Shores II (John E. King) Loan |
|---|---|---|---|---|---|---|
| 10725-01409 | 12/4/2006 | Ronning, Grable B<br>PO Box 7804<br>Incline Village, NV 89452-7804 | 80,262.00 | 20,066.89 | 20,066.89 | - |
| 10725-00774 | 10/27/2006 | Sklar, Barbara<br>2429 Bryan Ave<br>Venice Beach, CA 90291 | 200,000.00 | 50,000.00 | 10,033.44 | 39,966.56 |
| 10725-01960 | 1/10/2007 | Souza Jt Ten, David A & Elizabeth M<br>542 Socorro Ct<br>Reno, NV 89511 | 1,031,654.42 | 70,000.00 | - | 70,000.00 |
| 10725-01415 | 12/4/2006 | Spectrum Capital LLC<br>6167 Jarvis Ave # 304<br>Newark, CA 94560-1210 | 40,131.24 | 10,238.91 | 10,033.44 | 205.47 |
| 10725-01872 | 1/8/2007 | Susskind, Robert<br>9900 Wilber May Pkwy #206<br>Reno, NV 89521 | 306,214.00 | 50,000.00 | 10,033.44 | 39,966.56 |
| 10725-02291 | 1/12/2007 | Terry R Helms Living Trust Dtd 11/11/94<br>Terry Helms<br>809 Upland Blvd<br>Las Vegas, NV 89107-3719 | 11,155,754.80 | 1,000,000.00 | 200,668.90 | 799,331.10 |
| 10725-02481 | 6/4/2007 | Tobias Von Euw Revocable<br>Trust Dated 11/23/04<br>C/O Tobias Von Euw Trustee<br>Sun City Aliante 7431 Lintwhite St<br>North Las Vegas, NV 89084-2500 | 1,468,967.93 | 50,000.00 | - | 50,000.00 |

# EXHIBIT A

2349823.1

Oak Shores II (John E. King)
Multiple Loan Claims

| Claim # | Date Claim Filed | Name | Total Claim Amount | Total Claim Amount Relating to Oak Shores II (John E. King) Loan | Unremitted Principal to be Allowed as Claim Relating to the Oak Shores II (John E. King) | Approximate Amount Subject to Objection Because it Relates to an Investment In the Oak Shores II (John E. King) Loan |
|---|---|---|---|---|---|---|
| 10725-00437 | 10/4/2006 | Toombes, Patsy<br>Po Box 11665<br>Zephyr Cove, NV 89448 | 371,435.14 | 100,000.00 | - | 100,000.00 |
| 10725-00271 | 9/27/2006 | Tuch, Cary & Carol<br>11445 Gerald Ave<br>Granada Hills, CA 91344-3623 | 100,000.00 | 50,000.00 | 10,033.44 | 39,966.56 |
| 10725-02123 | 1/11/2007 | Universal Management Inc A Nevada Corp<br>8080 Harborview Rd<br>Blaine, WA 98230 | 1,438,118.00 | 50,000.00 | 10,033.44 | 39,966.56 |
| 10725-02318 | 1/13/2007 | USA Commercial Real Estate Group<br>C/O Jeffrey R Sylvester Esq<br>Sylvester & Polednak Ltd<br>7371 Prairie Falcon Rd, Ste 120<br>Las Vegas, NV 89128 | 10,719.49 | 204.78 | - | 204.78 |
| 10725-01694 | 12/11/2006 | Wahl, David<br>Po Box 8012<br>Mammoth Lakes, CA 93546 | 289,414.18 | 50,000.00 | - | 50,000.00 |
| 10725-02315 | 1/13/2007 | Wahl, David C<br>Po Box 8012<br>Mammoth Lakes, CA 93546 | 144,224.96 | 50,000.00 | - | 50,000.00 |
| 10725-01412 | 12/4/2006 | Wildwater Limited Partnership<br>C/O Eric Ronning<br>P.O. Box 7804<br>Incline Village, NV 89452 | 42,884.61 | 10,033.44 | 10,033.44 | - |

EXHIBIT A

2349823.1