# United States Bankruptcy Court
## District of Nevada

Case No. <u>06–10725–lbr</u>

**Chapter 11**

In re: (Name of Debtor)
    USA COMMERCIAL MORTGAGE COMPANY      LISA MAE LINDQUIST
    fka USA CAPITAL      138 EAST HUNTER ROAD
    4484 SOUTH PECOS ROAD      SAND COULEE, MT 59472
    LAS VEGAS, NV 89121

Social Security No.:

## NOTICE OF ASSIGNMENT OF CLAIM AND PENDING ORDER THEREON

**YOU ARE HEREBY NOTIFIED** an Assignment of Claim has been filed in this case by the Assignor named above. Pursuant to Federal Rule of Bankruptcy Procedure 3001(e), you are hereby notified that unless you file your objection within 21 days following the date of this notice, the following Order will become effective without further action by the Court. Any objection filed must be set for hearing and notice sent to the U.S. Trustee, Trustee, creditors, and all parties in interest.

**IT IS ORDERED** that LISA MAE LINDQUIST, ETAL, Assignee, is hereby substituted for ESTATE OF ROBERT E. BROOKS, Assignor, as a claimant against the estate herein, effective on the 22nd day hereafter, absent the filing of a timely objection.

I hereby certify that on this date a copy of the within notice was mailed to each of the parties named above. The Assignment of Claim may be viewed through the PACER (Public Access to Court Electronic Records) system.

Dated: 4/12/11                                                                  BY THE COURT

*Mary A. Schott*

                                                                            Mary A. Schott
                                                                            Clerk of the Bankruptcy Court