LENARD E. SCHWARTZER
2850 S. JONES BOULEVARD, SUITE 1
LAS VEGAS, NV 89146

*New address*
*Roger Marvin Bryan*
*Ann T Bryan*
*123 2nd Ave #512*
*Salt Lake City, UT*
*84103*

RECEIVED & FILED

'11  APR 11  P1 :32

034850 34850 1 AB 0.357 84770 3 3 6703-1-34850

ROGER ~~MARION~~ BRYAN & MARY
ANN T BRYAN FAMILY TRUST DTD 8/19/92
~~1644 N PALO VERDE DR~~
~~ST GEORGE UT 84770-6210~~

# ATTENTION: ADDRESS CORRECTION REQUESTED

The United States Postal Service (USPS) National Change of Address database indicates that the address listed above is subject to a forwarding order to a new address.  The USPS only provides forwarding service for a limited period of time.  **We request that you update your address immediately with the bankruptcy court(s) listed on the notice, pursuant to each court's local procedure, to reflect any change.**

034850    56304034884032