SAT-16306 0978-2 pg5984 06-10725
LENARD E. SCHWARTZER
2850 S. JONES BOULEVARD, SUITE 1
LAS VEGAS, NV 89146

06-10725



*Change address*

043779 43779 1 MB 0.379 11050 9 7 6703-1-44714

David M. Olds & Sally W. Olds
25 N Washington St
Port Washington, NY 11050-2700

*Sally W.*

~~Michael~~ Olds
75 W End Ave Apt C6A
New York, NY 10023

*to :*

*Please change my address to :*

Ms. Sally Olds
Apt. C6A
75 W. End Ave.
New York, NY 10023-7857

*David Olds died Oct 8, 2009*

## ATTENTION: ADDRESS CORRECTION REQUESTED

The United States Postal Service (USPS) National Change of Address database indicates that the address listed above is subject to a forwarding order to a new address. The USPS only provides forwarding service for a limited period of time. **We request that you update your address immediately with the bankruptcy court(s) listed on the notice, pursuant to each court's local procedure, to reflect any change.**

043779     16306043822032