# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                        Debtor. | Case Nos.: RECEIVED & FILED<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR   Chap 13 P1/30<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                        Debtor. | U.S. BANKRUPTCY COURT<br>MARY A. SCHOTT, CLERK<br>JOINTLY ADMINISTERED<br>Chapter 11 Cases Under<br>Case No. BK-S-06-10725-LBR |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED<br>FUND, LLC,<br>                        Debtor. | |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                        Debtor. | Judge Linda B. Riegle |
| In re:<br>USA SECURITIES, LLC,<br>                        Debtor. | * * * |
| Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Bankruptcy No.:<br>Chapter:<br>Trustee:<br><br>**CHANGE OF ADDRESS OF:**<br>☐ **DEBTOR**<br>☒ **CREDITOR**<br>☐ **OTHER** |

This address change applies to (please check all that apply):

☐ Notices only     ☐ Payments from Trustee     ☒ Both Notices and payments

I request that notice be sent to the following address: (please print)

**Name:** Michael H. Ricci   Gayle A. Hankins

**Address:** P.O. Box 1730

**City:** Zephyr Cove   **State:** NV   **Zip Code:** 89448

Please check one of the following:

☒ The change of address is applicable only in the above captioned case.

☐ The change of address is also applicable in the following related cases: (*please list the case numbers*) _____

DATE: 3-11-2011

SIGNATURE: Gayle A. Hankins TTEE

For Michael Ricci
passed 5-29-09

NV_4002(ChangeofAddress_DB012-09).wpd