United States Bankruptcy Court
District of Nevada

In re:                                                              Case No. 06-10725-lbr
USA COMMERCIAL MORTGAGE COMPANY                                     Chapter 11
LISA MAE LINDQUIST
          Debtors

# CERTIFICATE OF NOTICE

District/off: 0978-2         User: hillkc           Page 1 of 1            Date Rcvd: Apr 12, 2011
                             Form ID: nclaim        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 14, 2011.
db          +LISA MAE LINDQUIST,    138 EAST HUNTER ROAD,    SAND COULEE, MT 59472-9719
            +ESTATE OF ROBERT E. BROOKS,    138 EAST HUNTER ROAD,    SAND COULEE, MT 59472-9719

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 14, 2011**                     **Signature:**       _Joseph Speetjens_

# United States Bankruptcy Court
## District of Nevada

Case No. **06–10725–lbr**

Chapter 11

In re: (Name of Debtor)

    USA COMMERCIAL MORTGAGE COMPANY      LISA MAE LINDQUIST
    fka USA CAPITAL      138 EAST HUNTER ROAD
    4484 SOUTH PECOS ROAD      SAND COULEE, MT 59472
    LAS VEGAS, NV 89121

Social Security No.:

## NOTICE OF ASSIGNMENT OF CLAIM AND PENDING ORDER THEREON

**YOU ARE HEREBY NOTIFIED** an Assignment of Claim has been filed in this case by the Assignor named above. Pursuant to Federal Rule of Bankruptcy Procedure 3001(e), you are hereby notified that unless you file your objection within 21 days following the date of this notice, the following Order will become effective without further action by the Court. Any objection filed must be set for hearing and notice sent to the U.S. Trustee, Trustee, creditors, and all parties in interest.

**IT IS ORDERED** that LISA MAE LINDQUIST, ETAL, Assignee, is hereby substituted for ESTATE OF ROBERT E. BROOKS, Assignor, as a claimant against the estate herein, effective on the 22nd day hereafter, absent the filing of a timely objection.

I hereby certify that on this date a copy of the within notice was mailed to each of the parties named above. The Assignment of Claim may be viewed through the PACER (Public Access to Court Electronic Records) system.

Dated: 4/12/11

BY THE COURT

*Mary A. Schott*

Mary A. Schott
Clerk of the Bankruptcy Court