LENARD E. SCHWARTZ
2850 S. JONES BOULEVARD, SUITE 1
LAS VEGAS, NV 89146

RECEIVED & FILED

Mary

'11 APR 15 P1 :08

007555 7555 1 AT 0.354 89121 8 0 6703-1-7555

Martin Gittleman
3375 E. Tompkins Ave. Unit 147
Las Vegas, NV 89121-5780

# ATTENTION: ADDRESS CORRECTION REQUESTED

The United States Postal Service (USPS) National Change of Address database indicates that the address listed above is subject to a forwarding order to a new address. The USPS only provides forwarding service for a limited period of time. **We request that you update your address immediately with the bankruptcy court(s) listed on the notice, pursuant to each court's local procedure, to reflect any change.**

Marty Gittleman
27629 Boston Drive
Sun City, CA 92586

New Address

007555    56304007562039