**Anchor B, LLC**
**Single Loan Claims**

| Claim | Date Claim Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Anchor B, LLC Loan |
|---|---|---|---|---|---|
| 10725-01240 | 11/10/2006 | Fraser, William B & Garrett, Judy A | 1250 E Ave J #2 Lancaster, CA 93535 | 50,000.00 | 50,000.00 |
| 10725-00222 | 9/25/2006 | Gray Ira, Thomas C | 31672 Scenic Dr Laguna Beach, CA 92651-8205 | 50,000.00 | 50,000.00 |
| 10725-01875 | 1/8/2007 | Kriss, Arthur I | 2398 West 1050 North Hurricane, UT 84737 | 120,000.00 | 120,000.00 |
| 10725-01634 | 12/8/2006 | Marcia J Knox Living Trust Dtd 8/16/04 | C/O Marcia J Knox Trustee 1885 Vintners Pl Reno, NV 89519-8334 | 55,266.83 | 55,266.83 |
| 10725-01779 | 12/13/2006 | Rehberger Family Trust Dtd 6/17/92 | C/O Annemarie Rehberger Trustee Po Box 3651 Incline Village, NV 89450-3651 | 50,000.00 | 50,000.00 |
| 10725-00539 | 10/10/2006 | Sugar 1990 Living Revocable Trust Dtd 10/4/90 | William & Marilyn R Sugar Ttees 2790 19Th Ave Apt 4 San Francisco, CA 94132-1673 | 50,000.00 | 50,000.00 |

**EXHIBIT A**

2357347.1