**Anchor B, LLC**
**Multiple Loan Claims**

| Claim | Date Claim Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Anchor B, LLC Loan |
|---|---|---|---|---|---|
| 10725-00549 | 10/11/2006 | Brooks, Robert E | c/o Steven M. Johnson<br>Church, Harris, Johnson & Williams. P.C.<br>21 Third Street North, 3rd Floor<br>P.O. Box 1645<br>Great Falls, MT 59403-1645<br>and<br>c/o Lisa Mae Lindquist<br>138 East Hunter Road<br>Sand Coulee, MT 59472<br>and<br>c/o Candith Ann Brookes<br>2581 78th Street North<br>Glenbum, ND 58740<br>and<br>c/o Becky Rae Nelson<br>638 Goon Hill Road<br>Great Falls, MT 59405 | 148,104.63 | 108,000.00 |
| 10725-01401 | 11/13/2006 | Cardwell Family Trust | C/O Michael J Dawson Esq<br>515 South Third St<br>Las Vegas, NV  89101 | 3,226,795.82 | 141,000.00 |
| 10725-01233 | 11/9/2006 | Casey Family Trust | Casey Family Trust<br>c/o Richard F. & Kathryn A. Casey Ttees<br>130 Lansberry Court<br>Los Gatos, CA 95032<br>and<br>Casey Family Trust<br>c/o BINDER MALTER LLP<br>2775 PARK AVENUE<br>SANTA CLARA, CA  95050 | 150,000.00 | 50,000.00 |

**EXHIBIT A**

23573483.1

**Anchor B, LLC**
**Multiple Loan Claims**

| Claim | Date Claim Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Anchor B, LLC Loan |
|---|---|---|---|---|---|
| 10725-01601 | 12/8/2006 | Clark, Donald | 305 W Moana Ln<br>Reno, NV 89509 | 775,918.76 | 109,041.10 |
| 10725-02393 | 1/16/2007 | Donald P Clark Family Trust | Donald P Clark Ttee<br>305 W Moana Ln Ste C<br>Reno, NV 89509 | 1,118,023.12 | 127,331.12 |
| 10725-00231 | 9/25/2006 | Donald P Clark Family Trust Dtd 10/25/94 | C/O Donald P Clark Trustee<br>305 W Moana LN<br>Reno, NV 89509-4924 | 709,011.56 | 100,000.00 |
| 10725-02042 | 1/11/2007 | Herd Family Trust Dtd 4/23/99 | C/O Allen & Marilyn Herd Trees<br>598 Alawa Pl<br>Angels Camp, CA 95222-9768 | 606,089.02 | 50,000.00 |
| 10725-01297 | 11/10/2006 | Kiven, Norman | Andrew J Abrams Esq  Sugar Friedberg & Fel. LLP<br>30 N Lasalle St Ste 3000<br>Chicago, IL 60602 | 1,040,000.00 | Unknown |
| 10725-01478 | 11/15/2006 | Kiven, Norman | Andrew J Abrams Esq<br>Sugar Friedberg & Felsenthal Llp<br>30 N Lasalle St. Suite 3000<br>Chicago, IL 60602 | 96,496.00 | Unknown |
| 10725-01635 | 12/8/2006 | Marcia J Knox Living Trust Dtd 8/16/04 | C/O Marcia J Knox Trustee<br>1885 Vintners Pl<br>Reno, NV 89519-8334 | Unknown | Unknown |

EXHIBIT A

23557348.1