**Anchor B, LLC**
**Multiple Loan Claims**

| Claim | Date Claim Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Anchor B, LLC Loan |
|---|---|---|---|---|---|
| 10725-01684 | 12/11/2006 | Mcknight, James E | 233 Branch Ave<br>Freeport, NY 11520 | Unknown | Unknown |
| 10725-01208 | 11/10/2006 | Monighetti, Pete | 6515 Frankie LN<br>Prunedale, CA 93907 | 1,509,963.55 | 50,000.00 |
| 10725-02044 | 1/11/2007 | Naylon, Dominique | Po Box 2<br>Topaz, CA 96133 | 1,168,297.62 | 50,000.00 |
| 10725-01865 | 1/10/2007 | Oosthuizen, Adrian Jr | 5860 Lausanne Dr<br>Reno, NV 89511 | 2,711,295.30 | 150,000.00 |
| 10725-01846 | 1/4/2007 | Oppio, Catherine | Po Box 15<br>430 Gonowabie<br>Crystal Bay, NV 89402 | 252,021.41 | 165,450.00 |
| 10725-02283 | 1/12/2007 | Reno Aeronautical Corp Defined Benefit Plan | Janet L Chub, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV 89501 | 456,722.24 | 50,733.34 |
| 10725-01660 | 12/9/2006 | Robert J. And Ruth Ann Kehl | Janet L Chub, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV 89501 | 12,841,680.13 | 250,000.00 |
| 10725-00302 | 9/29/2006 | Ruby M Hill Family Trust Dtd 12/12/92 | C/O Ruby M Hill Trustee<br>7855 N Pershing Ave<br>Stockton, CA 95207-1749 | 4,005.00 | Unknown |
| 10725-00576 | 10/13/2006 | Tischler, Hillari | 3055 East Waterman Way<br>Gilbert, AZ 85297-7622 | 166,246.21 | 59,633.00 |

**EXHIBIT A**

23357348.1