## Anchor B, LLC
## Single Loan Claims

| Claim | Date Claim Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Anchor B, LLC Loan |
|---|---|---|---|---|---|
| 10725-01240 | 11/10/2006 | Fraser, William B & Garrett, Judy A | 1250 E Ave J #2<br>Lancaster, CA  93535 | 50,000.00 | 50,000.00 |
| 10725-00222 | 9/25/2006 | Gray Ira, Thomas C | 31672 Scenic Dr<br>Laguna Beach, CA  92651-8205 | 50,000.00 | 50,000.00 |
| 10725-01875 | 1/8/2007 | Kriss, Arthur I | 2398 West 1050 North<br>Hurricane, UT  84737 | 120,000.00 | 120,000.00 |
| 10725-01634 | 12/8/2006 | Marcia J Knox Living Trust Dtd 8/16/04 | C/O Marcia J Knox Trustee<br>1885 Vintners Pl<br>Reno, NV  89519-8334 | 55,266.83 | 55,266.83 |
| 10725-01779 | 12/13/2006 | Rehberger Family Trust Dtd 6/17/92 | C/O Annemarie Rehberger Trustee<br>Po Box 3651<br>Incline Village, NV  89450-3651 | 50,000.00 | 50,000.00 |
| 10725-00539 | 10/10/2006 | Sugar 1990 Living Revocable Trust Dtd 10/4/90 | William & Marilyn R Sugar Ttees<br>2790 19Th Ave Apt 4<br>San Francisco, CA  94132-1673 | 50,000.00 | 50,000.00 |

# EXHIBIT A

2357347.1

**Anchor B, LLC**
**Multiple Loan Claims**

| Claim | Date Claim Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Anchor B, LLC Loan |
|---|---|---|---|---|---|
| 10725-00549 | 10/11/2006 | Brooks, Robert E | c/o Steven M. Johnson<br>Church, Harris, Johnson & Williams. P.C.<br>21 Third Street North, 3rd Floor<br>P.O. Box 1645<br>Great Falls, MT 59403-1645<br>and<br>c/o Lisa Mae Lindquist<br>138 East Hunter Road<br>Sand Coulee, MT 59472<br>and<br>c/o Candith Ann Brookes<br>2581 78th Street North<br>Glenbum, ND 58740<br>and<br>c/o Becky Rae Nelson<br>638 Goon Hill Road<br>Great Falls, MT 59405 | 148,104.63 | 108,000.00 |
| 10725-01401 | 11/13/2006 | Cardwell Family Trust | C/O Michael J Dawson Esq<br>515 South Third St<br>Las Vegas, NV  89101 | 3,226,795.82 | 141,000.00 |
| 10725-01233 | 11/9/2006 | Casey Family Trust | Casey Family Trust<br>c/o Richard F. & Kathryn A. Casey Ttees<br>130 Lansberry Court<br>Los Gatos, CA 95032<br> and<br>Casey Family Trust<br>c/o BINDER MALTER LLP<br>2775 PARK AVENUE<br>SANTA CLARA, CA  95050 | 150,000.00 | 50,000.00 |

# EXHIBIT A

2357348.1

**Anchor B, LLC**
**Multiple Loan Claims**

| Claim | Date Claim Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Anchor B, LLC Loan |
|---|---|---|---|---|---|
| 10725-01601 | 12/8/2006 | Clark, Donald | 305 W Moana Ln<br>Reno, NV 89509 | 775,918.76 | 109,041.10 |
| 10725-02393 | 1/16/2007 | Donald P Clark Family Trust | Donald P Clark Ttee<br>305 W Moana Ln Ste C<br>Reno, NV 89509 | 1,118,023.12 | 127,331.12 |
| 10725-00231 | 9/25/2006 | Donald P Clark Family Trust Dtd 10/25/94 | C/O Donald P Clark Trustee<br>305 W Moana LN<br>Reno, NV 89509-4924 | 709,011.56 | 100,000.00 |
| 10725-02042 | 1/11/2007 | Herd Family Trust Dtd 4/23/99 | C/O Allen & Marilyn Herd Ttees<br>598 Alawa Pl<br>Angels Camp, CA 95222-9768 | 606,089.02 | 50,000.00 |
| 10725-01297 | 11/10/2006 | Kiven, Norman | Andrew J Abrams Esq Sugar Friedberg & Fel. LLP<br>30 N Lasalle St Ste 3000<br>Chicago, IL 60602 | 1,040,000.00 | Unknown |
| 10725-01478 | 11/15/2006 | Kiven, Norman | Andrew J Abrams Esq<br>Sugar Friedberg & Felsenthal Llp<br>30 N Lasalle St. Suite 3000<br>Chicago, IL 60602 | 96,496.00 | Unknown |
| 10725-01635 | 12/8/2006 | Marcia J Knox Living Trust Dtd 8/16/04 | C/O Marcia J Knox Trustee<br>1885 Vintners Pl<br>Reno, NV 89519-8334 | Unknown | Unknown |

# EXHIBIT A

2357348.1

Anchor B, LLC
Multiple Loan Claims

| Claim | Date Claim Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Anchor B, LLC Loan |
|---|---|---|---|---|---|
| 10725-01684 | 12/11/2006 | Mcknight, James E | 233 Branch Ave<br>Freeport, NY 11520 | Unknown | Unknown |
| 10725-01208 | 11/10/2006 | Monighetti, Pete | 6515 Frankie LN<br>Prunedale, CA 93907 | 1,509,963.55 | 50,000.00 |
| 10725-02044 | 1/11/2007 | Naylon, Dominique | Po Box 2<br>Topaz, CA 96133 | 1,168,297.62 | 50,000.00 |
| 10725-01865 | 1/10/2007 | Oosthuizen, Adrian Jr | 5860 Lausanne Dr<br>Reno, NV 89511 | 2,711,295.30 | 150,000.00 |
| 10725-01846 | 1/4/2007 | Oppio, Catherine | Po Box 15<br>430 Gonowabie<br>Crystal Bay, NV 89402 | 252,021.41 | 165,450.00 |
| 10725-02283 | 1/12/2007 | Reno Aeronautical Corp Defined Benefit Plan | Janet L Chub, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV 89501 | 456,722.24 | 50,733.34 |
| 10725-01660 | 12/9/2006 | Robert J. And Ruth Ann Kehl | Janet L Chub, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV 89501 | 12,841,680.13 | 250,000.00 |
| 10725-00302 | 9/29/2006 | Ruby M Hill Family Trust Dtd 12/12/92 | C/O Ruby M Hill Trustee<br>7855 N Pershing Ave<br>Stockton, CA 95207-1749 | 4,005.00 | Unknown |
| 10725-00576 | 10/13/2006 | Tischler, Hillari | 3055 East Waterman Way<br>Gilbert, AZ 85297-7622 | 166,246.21 | 59,633.00 |

# EXHIBIT A

2357348.1