

April 18, 2011

U.S. Bankruptcy Court
Attn: Clerk
300 Las Vegas Blvd. South
Las Vegas, NV 89101

Re: USA Commercial Mortgage Company Bankruptcy  BK-S-06- 10725-LBR

To Whom It May Concern:

I received a notice concerning a Motion regarding the USA Commercial Mortgage Company. Originally I entered into an investment through a self-directed IRA with USA Capital. The custodian of my account was First Regional Bank. The FDIC closed the bank in 2010 and the account no longer exists. Any future notices or communications regarding this bankruptcy would be sent to me at the new address below.

**Old Address**: Jerry R. Johnson IRA, c/o First Regional Bank Custodian, 5950 La Place Ct., Ste. 160, Carlsbad, CA 92008-8831

**New Address:** Jerry R. Johnson, 5401 Broadway Terrace, Oakland, CA 94618

Yours truly,

Jerry R. Johnson

Entered on Docket
March 03, 2011

Hon. Linda B. Riegle
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                                    Debtor.<br>In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>                                    Debtor.<br>In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>                                    Debtor.<br>In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>                                    Debtor.<br>In re:<br>USA SECURITIES, LLC,<br><br>                                    Debtor.<br>Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☒ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case Nos.:<br>BK-S-06-10725-LBR<br>BK-S-06-10726-LBR<br>BK-S-06-10727-LBR<br>BK-S-06-10728-LBR<br>BK-S-06-10729-LBR<br><br>JOINTLY ADMINISTERED<br>Chapter 11 Cases Under<br>Case No. BK-S-06-10725-LBR<br><br>Judge Linda B. Riegle<br><br><br><br>**ORDER GRANTING MOTION FOR APPROVAL OF SETTLEMENT PURSUANT TO RULE 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE** |

Upon consideration of the Motion for Approval of Settlement Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "Motion"), filed by the USACM Liquidating Trust (the "USACM Trust") pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure; of the Settlement Agreement, Mutual Release, and Covenants (the "Proposed

1