**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr., NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker  AZ State Bar No. 018024

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,[1]<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[2]<br><br>USA Securities, LLC,[3]<br>　　　　　　　　　　　　　Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Stipulation To Extend Deadline To File Response To USACM Liquidating Trust's Second Omnibus Objection to Proofs of Claim Based in Whole or In Part Upon Investment in the Ocean Atlantic Loan as to Proofs Of Claim Of Norman Kiven And Continue Hearing (as to Norman Kiven only)**<br><br>Date of Hearing: May 9, 2011<br>Time of Hearing: 2:00 p.m.<br><br>New Date of Hearing: June 14, 2011<br>Time of Hearing: 10:30 a.m. |

　　　USACM Liquidating Trust (the "USACM Trust") and Norman Kiven, ("Mr. Kiven"). by and through their undersigned counsel stipulate:

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

1

2359349.1

1. The USACM Trust filed its Second Omnibus Objection of USACM Trust To Proofs of Claim Based In Whole Or In Part Upon Investment in the Ocean Atlantic $9,425,000 Loan [DE 8296] which included an objection to Proof of Claim Nos. 10725-01297 and 10725-01478 filed by Mr. Kiven (the "Ocean Atlantic Objection").

2. The Ocean Atlantic Objection is scheduled for hearing before this Court on May 9, 2011 at 2:00 p.m.

3. To allow time to confer with his client, Mr. Kiven's counsel has requested that the deadline to file a response to the Ocean Atlantic Objection be extended and that the hearing on the Ocean Atlantic Objection be continued as to Mr. Kiven only.

4. Therefore it is stipulated and agreed:

- The hearing scheduled for May 9, 2011 at 2:00 p.m. on the Ocean Atlantic Objection to Mr. Kiven's claims be continued to **June 14, 2011 at 10:30 a.m.** The hearing will not be continued as to any of the other claimants.
- The deadline for Mr. Kiven to file a response to the Ocean Atlantic Objection be extended to **June 1, 2011.**

5. The parties submit a stipulated order for the Court's convenience.

DATED: April 26, 2011.

**LEWIS AND ROCA LLP**

By: /s/ John Hinderaker (#018024)
    Robert M. Charles, Jr.  NV 6593
    John Hinderaker, AZ 018024
*Counsel for USACM Liquidating Trust*



**SUGAR & FELSENTHAL LLP**

By: <u>s/ Leland H. Chait</u>
    Leland H. Chait
    30 N. LaSalle St. Suite 3000
    Chicago, IL 60602
    DD 312-704-2192
    E-mail: Lchait@sfllp-law.com

2359349.1