RICHARD I. DREITZER, ESQ.
Nevada Bar No. 6266
**FOX ROTHSCHILD LLP**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: rdreitzer@foxrothschild.com

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br>USA Capital Realty Advisors, LLC,<br>USA Capital Diversified Trust Deed Fund, LLC,<br>USA Capital First Trust Deed Fund, LLC,<br>USA Securities, LLC<br><br>Debtors. | Case No.  BK-S-06-10725-LBR<br>Case No.  BK-S-06-10726-LBR<br>Case No.  BK-S-06-10727-LBR<br>Case No.  BK-S-06-10728-LBR<br>Case No.  BK-S-06-10729-LBR<br><br>Chapter 11<br><br>**EX PARTE MOTION TO WITHDRAW AND REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND MAILING MATRIX** |

Richard I. Dreitzer, Esq., of the law firm of Fox Rothschild LLP ("Counsel"), brings this Ex Parte Motion to Withdraw and Remove Counsel from the CM/ECF Service List and Mailing Matrix ("Motion").

Counsel previously represented Interested Party, State of Nevada Department of Business and Industry, however, Counsel no longer represents this entity and has no further need to receive CM/ECF notification in this case.

Dated this 29th day of April 2011.

**FOX ROTHSCHILD LLP**

By _____
RICHARD I. DREITZER, ESQ.
Nevada Bar No. 6266
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169

VG1 83998v1 04/29/11

1