**Entered on Docket
May 03, 2011**

_____
Mary A. Schott, Clerk
United States Bankruptcy Court

RICHARD I. DREITZER, ESQ.
Nevada Bar No. 6266
**FOX ROTHSCHILD LLP**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: rdreitzer@foxrothschild.com

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BS-S-06-10725-LBR |
| | Case No. BS-S-06-10726-LBR |
| USA Commercial Mortgage Company, | Case No. BS-S-06-10727-LBR |
| USA Capital Realty Advisors, LLC, | Case No. BS-S-06-10728-LBR |
| USA Capital Diversified Trust Deed Fund, LLC, | Case No. BS-S-06-10729-LBR |
| USA Capital First Trust Deed Fund, LLC, | |
| USA Securities, LLC, | Chapter 11 |
| Debtors. | **ORDER GRANTING MOTION TO WITHDRAW AND REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND MAILING MATRIX** |

The Court hereby grants the Motion to Remove Counsel from the CM/ECF Service List and Mailing Matrix filed by Richard I. Dreitzer, Esq., of the law firm of Fox Rothschild LLP ("Counsel").

/ / /

/ / /

/ / /

VG1 84252v1 05/02/11

1

The Clerk of the Court is hereby directed to discontinue notice in the above-captioned case by removing Counsel from the CM/ECF service list and removing Counsel from the mailing matrix.

Submitted by:

**FOX ROTHSCHILD LLP**

By /s/   Richard I. Dreitzer
    RICHARD I. DREITZER, ESQ.
    Nevada Bar No. 6266
    **FOX ROTHSCHILD LLP**
    3800 Howard Hughes Parkway, Suite 500
    Las Vegas, Nevada 89169
    Telephone: (702) 262-6899
    Facsimile: (702) 597-5503
    Email:     rdreitzer@foxrothschild.com

# # #

VG1 84252v1 05/02/11                                2