**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re: USA Commercial Mortgage Company

Case No.  06-10725-LBR

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(GENERAL BUSINESS CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** 03/31/11          **PETITION DATE:** 04/13/06

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here ___ the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
   Dollars reported in  $1

2. **Asset and Liability Structure**

| | End of Current Month | End of Prior Month | As of April 13, 2006 |
|---|---:|---:|---:|
| a. Current Assets | $653,427 | $657,935 | |
| b. Total Assets | $653,427 | $657,935 | $122,468,825 |
| c. Current Liabilities | $5,865 | $3,149 | |
| d. Total Liabilities | $5,865 | $3,149 | $61,634,630 |

3. **Statement of Cash Receipts & Disbursements for Month**

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---:|---:|---:|
| a. Total Receipts | $0 | $0 | $40,576,057 |
| b. Total Disbursements | $4,508 | $7,461 | $40,498,862 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | ($4,508) | ($7,461) | $77,195 |
| d. Cash Balance Beginning of Month | $657,935 | $665,396 | $576,231 |
| e. Cash Balance End of Month (c + d) | $653,427 | $657,935 | $653,427 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---:|---:|---:|
| 4. Profit/(Loss) from the Statement of Operations | ($7,224) | ($9,770) | ($38,360,331) |
| 5. Account Receivables (Pre and Post Petition) | $0 | $0 | |
| 6. Post-Petition Liabilities | $5,865 | $3,149 | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | $0 | $0 | |

**At the end of this reporting month:**

| | | Yes | No |
|---|---|:---:|:---:|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | x |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | x | |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | x | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | x |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | | x |
| 13. | Are a plan and disclosure statement on file? | x | |
| 14. | Was there any post-petition borrowing during this reporting period? | | x |

15. Check if paid: Post-petition taxes __X__;   U.S. Trustee Quarterly Fees __X__;   Check if filing is current for: Post-petition tax reporting and tax returns: __X__.
    (Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date:  4/30/2011 0:00

_____
Responsible Individual

Revised 1/1/98

## STATEMENT OF OPERATIONS
### (General Business Case)
For the Month Ended 03/31/11

| Current Month | | | | | Cumulative | Next Month |
| Actual | Forecast | Variance | | | (Case to Date) | Forecast |
|---|---|---|---|---|---|---|
| | | | | **Revenues:** | | |
| | | $0 | 1 | Gross Sales | $21,102,796 | |
| | | $0 | 2 | less: Sales Returns & Allowances | | |
| $0 | $0 | $0 | 3 | Net Sales | $21,102,796 | $0 |
| $0 | | $0 | 4 | less: Cost of Goods Sold   (Schedule 'B') | | |
| $0 | $0 | $0 | 5 | Gross Profit | $21,102,796 | $0 |
| | | $0 | 6 | Interest | $369,663 | |
| | | $0 | 7 | Other Income: | $8,044 | |
| | | $0 | 8 | Intercompany allocations | $334,467 | |
| | | $0 | 9 | Gain on Sale of Assets | $1,609,428 | |
| $0 | $0 | $0 | 10 | **Total Revenues** | $23,424,398 | $0 |
| | | | | **Expenses:** | | |
| | | $0 | 11 | Compensation to Owner(s)/Officer(s) | | |
| | | $0 | 12 | Salaries | $1,774,342 | |
| | | $0 | 13 | Commissions | $140,833 | |
| | | $0 | 14 | Contract Labor | | |
| | | | | Rent/Lease: | | |
| | | $0 | 15 |   Personal Property | $8,861 | |
| | | $0 | 16 |   Real Property | $543,557 | |
| | | $0 | 17 | Insurance | $71,737 | |
| | | $0 | 18 | Management Fees | | |
| | | $0 | 19 | Depreciation | $176,590 | |
| | | | | Taxes: | | |
| | | $0 | 20 |   Employer Payroll Taxes | $98,105 | |
| | | $0 | 21 |   Real Property Taxes | | |
| | | $0 | 22 |   Other Taxes | $59,452 | |
| | | $0 | 23 | Other Selling | $51,187 | |
| $6,996 | | ($6,996) | 24 | Other Administrative | $1,105,052 | |
| | | $0 | 25 | Interest | $4,556 | |
| | | $0 | 26 | Other Expenses: | | |
| | | $0 | 27 | Loss on Tranfer to Trustee | $37,304,902 | |
| | | $0 | 28 | | | |
| | | $0 | 29 | | | |
| | | $0 | 30 | | | |
| | | $0 | 31 | | | |
| | | $0 | 32 | | | |
| | | $0 | 33 | | | |
| | | $0 | 34 | | | |
| $6,996 | $0 | ($6,996) | 35 | **Total Expenses** | $41,339,174 | $0 |
| ($6,996) | $0 | ($6,996) | 36 | **Subtotal** | ($17,914,776) | $0 |
| | | | | **Reorganization Items:** | | |
| ($228) | | $228 | 37 | Professional Fees | ($20,371,353) | |
| | | $0 | 38 | Provisions for Rejected Executory Contracts | | |
| | | $0 | 39 | Interest Earned on Accumulated Cash from Resulting Chp 11 Case | | |
| | | $0 | 40 | Gain or (Loss) from Sale of Equipment | | |
| | | $0 | 41 | U.S. Trustee Quarterly Fees | ($74,202) | |
| | | $0 | 42 | | | |
| ($228) | $0 | $228 | 43 | **Total Reorganization Items** | ($20,445,555) | $0 |
| ($7,224) | $0 | | 44 | **Net Profit (Loss) Before Federal & State Taxes** | ($38,360,331) | $0 |
| | | $0 | 45 | Federal & State Income Taxes | | |
| ($7,224) | $0 | $0 | 46 | **Net Profit (Loss)** | ($38,360,331) | $0 |

Attach an Explanation of Variance to Statement of Operations (For variances greater than +/- 10% only):

Revised 1/1/98

# BALANCE SHEET
## (General Business Case)
**For the Month Ended** 03/31/11

**Assets**

| | | From Schedules | Market Value[1] |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents - unrestricted | | $653,427 |
| 2 | Cash and cash equivalents - restricted | | |
| 3 | Accounts receivable (net) | A | |
| 4 | Inventory | B | |
| 5 | Prepaid expenses | | |
| 6 | Professional retainers | | |
| 7 | Other: | | |
| 8 | | | |
| 9 | **Total Current Assets** | | $653,427 |
| | **Property and Equipment (Market Value)** | | |
| 10 | Real property | C | |
| 11 | Machinery and equipment | D | |
| 12 | Furniture and fixtures | D | |
| 13 | Office equipment | D | |
| 14 | Leasehold improvements | D | |
| 15 | Vehicles | D | |
| 16 | Other: | D | |
| 17 | | D | |
| 18 | | D | |
| 19 | | D | |
| 20 | | D | |
| 21 | **Total Property and Equipment** | | $0 |
| | **Other Assets** | | |
| 22 | Loans to shareholders | | |
| 23 | Loans to affiliates | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |
| 28 | **Total Other Assets** | | $0 |
| 29 | **Total Assets** | | $653,427 |

**NOTE:**
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

1 - The method used to estimate the market value of assets was net book value at the end of the current reporting period as market value has not been determined.

Revised 1/1/98

# Liabilities and Equity
(General Business Case)

**Liabilities From Schedules**

**Post-Petition**

**Current Liabilities**

| | | | | |
|---|---|---|---|---|
| 30 | Salaries and wages | | | |
| 31 | Payroll taxes | | | |
| 32 | Real and personal property taxes | | | |
| 33 | Income taxes | | | |
| 34 | Sales taxes | | | |
| 35 | Notes payable (short term) | | | |
| 36 | Accounts payable (trade) | A | | $5,865 |
| 37 | Real property lease arrearage | | | |
| 38 | Personal property lease arrearage | | | |
| 39 | Accrued professional fees | | | |
| 40 | Current portion of long-term post-petition debt (due within 12 months) | | | |
| 41 | Other: | | | |
| 42 | | | | |
| 43 | | | | |
| 44 | **Total Current Liabilities** | | | $5,865 |
| 45 | **Long-Term Post-Petition Debt, Net of Current Portion** | | | |
| 46 | **Total Post-Petition Liabilities** | | | $5,865 |

**Pre-Petition Liabilities (allowed amount)[1]**

| | | | |
|---|---|---|---|
| 47 | Secured claims[1] | F | |
| 48 | Priority unsecured claims[1] | F | |
| 49 | General unsecured claims[1] | F | |
| 50 | **Total Pre-Petition Liabilities** | | $0 |
| 51 | **Total Liabilities** | | $5,865 |

**Equity (Deficit)**

| | | |
|---|---|---|
| 52 | Retained Earnings/(Deficit) at time of filing | $38,932,893 |
| 53 | Capital Stock | $75,000 |
| 54 | Additional paid-in capital | |
| 55 | Cumulative profit/(loss) since filing of case | ($38,360,331) |
| 56 | Post-petition contributions/(distributions) or (draws) | |
| 57 | | |
| 58 | Market value adjustment | |
| 59 | **Total Equity (Deficit)** | $647,562 |
| 60 | **Total Liabilities and Equity (Deficit)** | $653,427 |

**NOTE:**

1 - Allowed Amounts have not yet been determined and are contigent upon approval from the Bankruptcy Court. The pre-petition liabilities' amounts above reflect the claimed amounts filed on Schedules.

Revised 1/1/98

## SCHEDULES TO THE BALANCE SHEET
**(General Business Case)**

### Schedule A
### Accounts Receivable and (Net) Payable

| Receivables and Payables Agings | Accounts Receivable [Pre and Post Petition] | Accounts Payable [Post Petition] | Past Due Post Petition Debt |
|---|---|---|---|
| 0 -30 Days | | $5,865 | |
| 31-60 Days | | $0 | |
| 61-90 Days | | $0 | $0 |
| 91+ Days | | $0 | |
| Total accounts receivable/payable | $0 | $5,865 | |
| Allowance for doubtful accounts | | | |
| Accounts receivable (net) | $0 | | |

### Schedule B
### Inventory/Cost of Goods Sold

**Types and Amount of Inventory(ies)**         **Inventory(ies) Balance at End of Month**

**Cost of Goods Sold**

| | |
|---|---|
| Retail/Restaurants - Product for resale | |
| Distribution - Products for resale | |
| Manufacturer - Raw Materials | |
| Work-in-progress | |
| Finished goods | |
| Other - Explain | |
| TOTAL | $0 |

Inventory Beginning of Month
Add -
  Net purchase
  Direct labor
  Manufacturing overhead
  Freight in
  Other:

Less -
  Inventory End of Month
  Shrinkage
  Personal Use

Cost of Goods Sold                 $0

**Method of Inventory Control**

Do you have a functioning perpetual inventory system?
    Yes _____    No _____

How often do you take a complete physical inventory?

Weekly _____
Monthly _____
Quarterly _____
Semi-annually _____
Annually _____

Date of last physical inventory was _____

Date of next physical inventory is _____

**Inventory Valuation Methods**

Indicate by a checkmark method of inventory used.

Valuation methods -
  FIFO cost _____
  LIFO cost _____
  Lower of cost or market _____
  Retail method _____
  Other _____
    Explain

Revised 1/1/98

**Schedule C**
**Real Property**

| Description | Cost | Market Value |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |

**Schedule D**
**Other Depreciable Assets**

| Description | Cost | Market Value |
|---|---|---|
| Machinery & Equipment - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |
| Furniture & Fixtures - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |
| Office Equipment - | | |
| | | |
| | | |
| Total | $0 | $0 |
| Leasehold Improvements - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |
| Vehicles - | | |
| | | |
| | | |
| | | |
| Total | $0 | $0 |

Revised 1/1/98

## Schedule E
### Aging of Post-Petition Taxes
(As of End of the Current Reporting Period)

| Taxes Payable | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days | Total |
|---|---|---|---|---|---|
| **Federal** | | | | | |
| Income Tax Withholding | | | | | $0 |
| FICA - Employee | | | | | $0 |
| FICA - Employer | | | | | $0 |
| Unemployment (FUTA) | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total Federal Taxes** | $0 | $0 | $0 | $0 | $0 |
| **State and Local** | | | | | |
| Income Tax Withholding | | | | | $0 |
| Unemployment (UT) | | | | | $0 |
| Disability Insurance (DI) | | | | | $0 |
| Empl. Training Tax (ETT) | | | | | $0 |
| Sales | | | | | $0 |
| Excise | | | | | $0 |
| Real property | | | | | $0 |
| Personal property | | | | | $0 |
| Income | | | | | $0 |
| Other (Attach List) | | | | | $0 |
| **Total State & Local Taxes** | $0 | $0 | $0 | $0 | $0 |
| **Total Taxes** | $0 | $0 | $0 | $0 | $0 |

## Schedule F
### Pre-Petition Liabilities

| List Total Claims For Each Classification - | Claimed[1] Amount | Allowed[2] Amount (b) |
|---|---|---|
| Secured claims (a) | | |
| Priority claims other than taxes | | |
| Priority tax claims | | |
| General unsecured claims | | |

(a) List total amount of claims even it under secured.
(b) Estimated amount of claim to be allowed after compromise or litigation. As an example, you are a defendant in a lawsuit alleging damage of $10,000,000 and a proof of claim is filed in that amount. You believe that you can settle the case for a claim of $3,000,000. For Schedule F reporting purposes you should list $10,000,000 as the Claimed Amount and $3,000,000 as the Allowed Amount.

## Schedule G
### Rental Income Information
### Not applicable to General Business Cases

## Schedule H
### Recapitulation of Funds Held at End of Month

| | Account 1 | Account 2 | Account 3 | Account 4 | Account 5 |
|---|---|---|---|---|---|
| Bank | Bank of America | | | | |
| Account Type | Analyzed Checking | | | | |
| Account No. | 2383 | | | | |
| Account Purpose | General | | | | |
| Balance, End of Month | $653,427 | | | | |
| Total Funds on Hand for all Accounts | $653,427 | | | | |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

**NOTES:**
1 - Claimed Amounts reflects amounts filed on schedules and is subject to change as proof of claims are filed and further pre-petition invoices are identified.
2 - Allowed Amounts have not yet been determined and are contigent upon approval from the Bankruptcy Court.

Revised 1/1/98

## STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
### Increase/(Decrease) in Cash and Cash Equivalents
#### For the Month Ended 03/31/11

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---:|---:|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | | $7,861,555 |
| 3 | Interest Received | | $559,259 |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | $5,000 |
| 6 | Capital Contributions | | |
| 7 | Management Fees from USA Capital Realty Advisors, LLC | | $1,564,093 |
| 8 | Tax, Security Deposit, and Other Refunds | | $8,929 |
| 9 | Principal Received on Notes Receivable | | $82,832 |
| 10 | Escrow Deposit/Sale Proceeds/Effective Date Transfer | | $30,494,389 |
| 11 | | | $0 |
| 12 | **Total Cash Receipts** | $0 | $40,576,057 |
| | **Cash Disbursements** | | |
| 13 | Payments for Inventory | | |
| 14 | Selling | | $2,619 |
| 15 | Administrative | $1,874 | $1,059,010 |
| 16 | Capital Expenditures | | |
| 17 | Principal Payments on Debt | | $150,645 |
| 18 | Interest Paid | | $4,888 |
| | Rent/Lease: | | |
| 19 | Personal Property | | $9,963 |
| 20 | Real Property | | $569,426 |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 21 | Salaries | | |
| 22 | Draws | | |
| 23 | Commissions/Royalties | | |
| 24 | Expense Reimbursements | | |
| 25 | Other | | |
| 26 | Salaries/Commissions (less employee withholding) | | $1,740,393 |
| 27 | Management Fees | | |
| | Taxes: | | |
| 28 | Employee Withholding | | $213,091 |
| 29 | Employer Payroll Taxes | | $94,063 |
| 30 | Real Property Taxes | | |
| 31 | Other Taxes | | $78,889 |
| 32 | Other Cash Outflows: | | |
| 33 | Professional Fees Paid in Connection with Chapter 11 Case | $2,634 | $19,761,192 |
| 34 | U.S. Trustee Quarterly Fees | | $73,950 |
| 35 | Escrow Deposit/Interpleader Settlement/Transfer to Trustee | | $9,709,591 |
| 36 | DTDF & PBGC Settlement | | $7,031,142 |
| 37 | | | |
| 38 | **Total Cash Disbursements:** | $4,508 | $40,498,862 |
| 39 | **Net Increase (Decrease) in Cash** | ($4,508) | $77,195 |
| 40 | **Cash Balance, Beginning of Period** | $657,935 | $576,231 |
| 41 | **Cash Balance, End of Period** | $653,427 | $653,427 |

Revised 1/1/98

## STATEMENT OF CASH FLOWS
**(Optional) Increase/(Decrease) in Cash and Cash Equivalents**
**For the Month Ended** 03/31/11

|  | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---:|---:|
| | **Cash Flows From Operating Activities** | | |
| 1 | Cash Received from Sales | | $7,861,555 |
| 2 | Rent/Leases Collected | | |
| 3 | Interest Received | | $559,259 |
| 4 | Cash Paid to Suppliers | | |
| 5 | Cash Paid for Selling Expenses | | $2,619 |
| 6 | Cash Paid for Administrative Expenses | $1,874 | $1,059,010 |
| | Cash Paid for Rents/Leases: | | |
| 7 |    Personal Property | | $9,963 |
| 8 |    Real Property | | $569,426 |
| 9 | Cash Paid for Interest | | $4,888 |
| 10 | Cash Paid for Net Payroll and Benefits | | $1,740,393 |
| | Cash Paid to Owner(s)/Officer(s) | | |
| 11 |    Salaries | | |
| 12 |    Draws | | |
| 13 |    Commissions/Royalties | | |
| 14 |    Expense Reimbursements | | |
| 15 |    Other | | |
| | Cash Paid for Taxes Paid/Deposited to Tax Acct. | | |
| 16 |    Employer Payroll Tax | | $94,063 |
| 17 |    Employee Withholdings | | $213,091 |
| 18 |    Real Property Taxes | | |
| 19 |    Other Taxes | | $78,889 |
| 20 | Cash Paid for General Expenses | | |
| 21 | Management Fees from USA Capital Realty Advisors, LLC | | ($1,564,093) |
| 22 | Tax, Security Deposit, and Other Refunds | | ($8,929) |
| 23 | Principal Received on Notes Receivable | | ($82,832) |
| 24 | | | $0 |
| 25 | | | |
| 26 | | | |
| 27 | **Net Cash Provided (Used) by Operating Activities before Reorganization Items** | ($1,874) | $6,304,326 |
| | **Cash Flows From Reorganization Items** | | |
| 28 | Interest Received on Cash Accumulated Due to Chp 11 Case | | |
| 29 | Professional Fees Paid for Services in Connection with Chp 11 Case | $2,634 | $19,761,192 |
| 30 | U.S. Trustee Quarterly Fees | | $73,950 |
| 31 | Escrow Deposit & Settlement/Sale Proceeds/Effective Date Transfer/Settlements | | ($13,753,656) |
| 32 | **Net Cash Provided (Used) by Reorganization Items** | ($2,634) | ($6,081,486) |
| 33 | **Net Cash Provided (Used) for Operating Activities and Reorganization Items** | ($4,508) | $222,840 |
| | **Cash Flows From Investing Activities** | | |
| 34 | Capital Expenditures | | |
| 35 | Proceeds from Sales of Capital Goods due to Chp 11 Case | | |
| 36 | | | |
| 37 | **Net Cash Provided (Used) by Investing Activities** | $0 | $0 |
| | **Cash Flows From Financing Activities** | | |
| 38 | Net Borrowings (Except Insiders) | | |
| 39 | Net Borrowings from Shareholders, Partners, or Other Insiders | | $5,000 |
| 40 | Capital Contributions | | |
| 41 | Principal Payments | | $150,645 |
| 42 | | | |
| 43 | **Net Cash Provided (Used) by Financing Activities** | $0 | ($145,645) |
| 44 | **Net Increase (Decrease) in Cash and Cash Equivalents** | ($4,508) | $77,195 |
| 45 | **Cash and Cash Equivalents at Beginning of Month** | $657,935 | $576,231 |
| 46 | **Cash and Cash Equivalents at End of Month** | $653,427 | $653,427 |

Revised 1/1/98

**USA Commercial Mortgage Company**
**Question 9 - Payments to Professionals**
**March 1, 2011 - March 31, 2011**

|  | Total Paid During Month |
|---|---:|
| Dorsey & Whitney LLP | $ 2,633.84 |
| **Total Fees & Expenses** | **$ 2,633.84** |