United States Bankruptcy Court
District of Nevada

In re:
USA COMMERCIAL MORTGAGE COMPANY
Debtor

Case No. 06-10725-lbr
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0978-2    User: castellan    Page 1 of 112    Date Rcvd: May 03, 2011
Form ID: pdf984    Total Noticed: 4952

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2011.

db +USA COMMERCIAL MORTGAGE COMPANY, 4484 SOUTH PECOS ROAD, LAS VEGAS, NV 89121-5030
aty DOUGLAS M MONSON, RAY QUINNEY & NEBEKER P.C., 36 SOUTH STATE STREET, STE 1400, PO BOX 45385, SALT LAKE CITY, UT 84145-0385
aty +STEVEN C STRONG, RAY QUINNEY & NEBEKER P.C., 36 SOUTH STATE STREET, STE 1400, SALT LAKE CITY, UT 84111-1451
2683759 +1823 Corporation, 128 Mission Terrace, Sonoma, CA 95476-5727
2684495 +1985 Hayward Living Trust dated 7/06/198, c/o Joyce A. Hayward Trustee, 10811 Zoeloer Ct, Reno, NV 89511-4370
2684729 +1988 Joyner Family Trust dtd 12-29-88, c/o Michael E. Joyner & Stephanie M. Joy, PO Box 110, Gunlock, UT 84733-0110
2839940 1989 DUESING FAMILY TRUST DTD 1/31/89, C/O STEVEN J DUESING AND, DEBORAH P DUESING TTEE, 1701 GOLDEN OAK DR, LAS VEGAS NV 89117-1453
2683959 +1989 Duesing Family Trust dated 1/31/89, c/o Steven J. Duesing and Deborah P. Due, 1701 Golden Oak Drive, Las Vegas, NV 89117-1453
2684857 +1989 Kohler Living Trust dated 6/13/89, c/o Guenther A. Kohler & Elfriede Kohler, 842 Overlook Court, San Mateo, CA 94403-3865
2686236 ++1992 HOWARD G STRINGER TRUST, 4330 S EASTERN AVE APT 209, LAS VEGAS NV 89119-6092 (address filed with court: 1992 Howard G. Stringer Trust, c/o Howard G. Stringer Trustee, 4330 South Eastern Ave, Apt 112, Las Vegas, NV 89119-6053)
2685779 +1993 Manuel G. Rice Revocable Trust date, c/o Manuel G. Rice Trustee, 2061 Sea Cove Lane, Costa Mesa, CA 92627-4033
2685310 +1994 Miller Family Trust, c/o Harold B. Miller Trustee, 8800 Kingsmill Dr, Las Vegas, NV 89134-8618
2683229 +1994 Robert Asselin & Mary Asselin Famil, c/o Robert J. Asselin & Mary E. Asselin, 10305 Bighorn Dr, Reno, NV 89508-8567
2684188 +1995 Markus Friedlin and Antoinette Frie, c/o Markus Friedlin and Antoinette Fried, 52 Middlefield Rd., Atherton, CA 94027-3020
2844292 1996 KNOBEL TRUST DTD 9/5/96, C/O ANNA S KNOBEL TTEE, 8919 CHALLIS HILL LN, CHARLOTTE NC 28226-2687
2683870 +1996 Scafidi Childrens Trust dated 6/27/, c/o Kathleen F. Dellarusso Trustee, 2897 Rio Vista Drive, Minden, NV 89423-7845
2685209 +1997 Mazza Family Trust dated 7/23/97, c/o Tom Mazza & Marie Mazza Trustees, 634 Marracco Drive, Sparks, NV 89434-4032
2686062 +1998 Simmons Family Revocable Trust Date, c/o James R. Simmons, Jr. & Patsy K. Sim, 1805 N Carson St Box 316, Carson City, NV 89701-1216
2862108 +1ST SAVINGS BANK CUSTODIAN FOR, MARGUERITE F HARRISON IRA, MARGUERITE F HARRISON, 930 DORCEY DR, INCLINE VILLAGE NV 89451-8503
2929125 +1ST TRUST OF ONAGA FBO CURTIS F CLARK IRA, 1403 PUEBLO DR, BOULDER CITY NV 89005-3203
2683576 +2001 Campbell Family Trust dated 10/03/0, c/o William C. Campbell & Lois M. Campbe, 1733 Warrington Drive, Henderson, NV 89052-6801
2991262 2001 MICHAEL T MCGRATH REVOCABLE, TRUST DTD 12/11/01, C/O MICHAEL T MCGRATH TTEE, 66 SCHANDA DR, NEWMARKET NH 03857-2151
2685232 +2001 Michael T. McGrath Revocable Trust, c/o Michael T. McGrath Trustee, 66 Schanda Dr, New Market, NH 03857-2151
2686196 +2001 Steinmetz Family Trust, c/o Nicholas A. Steinmetz & Cynthia M. S, 2006 Marconi Way, South Lake Tahoe, CA 96150-6635
2684114 +2003 Karyn Y. Finlayson Trust dated 12/2, c/o Karyn Y. Finlayson Trustee, 9768 Derbyhill Circle, Las Vegas, NV 89117-6683
2829917 +42125 TRUST, C/O RICHARD C MACDONALD TTEE, C/O JEFFREY L HARTMAN ESQ, 510 W PLUMB LN STE B, RENO NV 89509-3693
2827969 42145 TRUST, C/O RICHARD C MACDONALD TTEE, 1730 W HORIZON RIDGE PKWY, HENDERSON NV 89012-1001
2828034 92173 FAMILY TRUST (1), C/O RICHARD C MACDONALD, AND CLAIRE MACDONALD CO TTEES, 1730 W HORIZON RIDGE PKWY, HENDERSON NV 89012-1001
2829916 +92173 TRUST (1), C/O RICHARD MCDONALD TTEE, C/O JEFFREY L HARTMAN ESQ, 510 W PLUMB LN STE B, RENO NV 89509-3693
2683210 +A A Salazar Multi Services Inc., c/o Annabelle P. Arcilla President, 2961 East Serene Ave, Henderson, NV 89074-6507
2684695 +A & D 1999 Revocable Trust, c/o Attila Jeszenszky Trustee, 1720 Colavita Way, Reno, NV 89521-3006
2686397 +A'Chun Lin Tsai, 9588 Vervain Street, San Diego, CA 92129-3524
2685263 +A-1 Properties, LLC, 640 N. Racetrack Road, Henderson, NV 89015-4639
2766224 +A-1 SECURITY, 917 SOUTH FIRST, LAS VEGAS NV 89101-6414
2685969 +A. Andrew Schwarzman & Maria T. Cotch, 22395 Rancho Deep Cliff Drive, Cupertino, CA 95014-3927
2685970 +A. Andrew Schwarzman IRA, c/o First Savings Bank Custodian, 22395 Rancho Deep Cliff Drive, Cupertino, CA 95014-3927
2759810 +A. WILLIAM CEGLIA, RANEE L. CEGLIA, 3720 POCOHENA COURT, WASHOE VALLEY, NV 89704-9646
2683641 +A. William Ceglia, 3720 Poco Lena Court, Washoe Valley, NV 89704-9646
2864239 +AARON S & LARA RAMSEY, 7713 N 41ST ST, NIWOT CO 80503-8842
2844524 ABRAMS LIVING TRUST DTD 10/23/96, C/O ANNE E ABRAMS TTEE, 10490 WILSHIRE BLVD APT 703, LOS ANGELES CA 90024-4657
2683027 ACE PEST CONTROL, P.O. BOX 30848, LAS VEGAS, NV 89173-0848
2829910 ACOSTA, RUTH, 2546 GENERAL ARMISTEAD AVE, NORRISTOWN PA 19403-5230

2855098 +ACRES CORPORATION PSP, ANNEMARIE REHBERGER TTEE, PO BOX 3651, INCLINE VILLAGE NV 89450-3651
2801684 ACRES PROFIT SHARING PLAN, C/O ANNEMARIE REHBERGER TTEE, PO BOX 2651, INCLINE VILLAGE NV 89450-3651
2686509 +ACS Nevada, Inc., 7990 Castle Pines, Las Vegas, NV 89113-1207
2792049 +ACS PROPERTIES, PETER MERRIFIELD, 4417 48TH AVE S, ST PETERSBURG FL 33711-4639
2685281 +ACS Properties, Inc., 4417 48th Ave South, St. Petersburg, FL 33711-4639
2803576 ACTION SPORTS ALLIANCE USA INC, 311 W 3RD ST STE C, CARSON CITY NV 89703-4215
2829375 +ADAMS, HERMAN, BRIAN M ADAMS & ANTHONY G ADAMS, 1341 CASHMAN DRIVE, LAS VEGAS NV 89102-2001
2827949 ADAMS, KAREN, 15026 STARBUCK ST, WHITTIER CA 90603-2251
2826005 +ADAMS, MICHAEL, 1730 WINTER MOON CT, RENO NV 89523-4823
2843380 ADDES TRUST, C/O KENNETH ADDES & VICTORIA ADDES CO-TT, 100 W BROADWAY APT 7V, LONG BEACH NY 11561-4019
2843206 +ADDES, KENNETH, 100 W BROADWAY APT #7V, LONG BEACH NY 11561-4019
2683122 +AHA Family Limited Partnership, 18321 Ventura Blvd Ste 920, Tarzana, CA 91356-4255
2860237 AIG LIMITED A NEVADA LIMITED PARTNERSHIP, 9904 VILLA GRANITO LANE, GRANITE BAY CA 95746-6481
2683166 +AIG Limited, 9904 Villa Granito Ln, Granite Bay, CA 95746-6481
2862101 +AIMEE E KEARNS TTEE OF THE KM TRUST, AIMEE KEARNS, 5886 N BONITA VISTA ST, LAS VEGAS NV 89149-3911
2862102 +AIMEE E KEARNS TTEE OF THE MURRAY TRUST, AIMEE KEARNS, 5886 N BONITA VISTA ST, LAS VEGAS NV 89149-3911
2803207 AL-AWAR LIVING TRUST DTD 4/5/01, C/O ADIB M AL-AWAR &, ELLEN A AL-AWAR TTEES, 1330 BURRO CT, CARDNERVILLE NV 89410-6634
2844799 AL-AWAR LIVING TRUST DTD 4/5/01, C/O ADIB M AL-AWAR & ELLEN A AL-AWAR TTE, 1330 BURRO CT, GARDNERVILLE NV 89410-6634
2814030 +ALAMO FAMILY TRUST DTD 12/30/86, C/O ANTONIO C ALAMO TTEE, 85 VENTANA CANYON DR, LAS VEGAS NV 89113-0138
2873479 ALAN GROH IRA, 12613 ALCACER DEL SOL, SAN DIEGO CA 92128-4428
2864556 ALAN R SIMMONS & JUDITH B SIMMONS HWJTWROS, ALAN R SIMONS & JUDITH B SIMMONS, PO BOX 13296, S LAKE TAHOE CA 96151-3296
2860688 ALAN SIMON & CAROL SIMON TTEES OF THE, SIMON FAMILY TRUST 2000, ALAN SIMON & CAROL SIMON TTEES, 1800 WALDMAN AVE, LAS VEGAS NV 89102-2437
2825691 +ALBERT DANIEL ANDRADE, C/O DAVID R. GRIFFITH, ESQ., STEWART, HUMPHERYS, BURCHETT, ET. AL., POST OFFICE BOX 720, CHICO, CA 95927-0720
2766942 +ALBERT LEE, C/O TERRA LAW LLP, 60 S. MARKET STREET, SUITE 200, SAN JOSE, CA 95113-2333
2995077 ALBIOL, MARCIA, PO BOX 221356, CARMEL CA 93922-1356
2828342 +ALDERSON,HARVEY, 2605 E FLAMINGO RD, LAS VEGAS NV 89121-5241
2864258 +ALDON G COOK AND DEEDRA COOK, 259 HAMMOCK TERRACE, VENICE FL 34293-1012
2826008 ALI PIRANI AND ANISHA PIRANI, 13174 N 100TH PL, SCOTTSDALE AZ 85260-7203
2875226 +ALLAN B. DIAMOND, DIAMOND MCCARTHY, LLP, 909 FANNIN, SUITE 1500, HOUSTON, TX 77010-1026
2792044 +ALLEN & SANDY ZALKIND, 684 NAHANE DR, S LAKE TAHOE CA 96150-4108
2759809 +ALLEN J. MAULT, 2422 AQUASANTA, TUSTON, CA 92782-1103
2860234 ALLEN M NIRENSTEIN & DOROTHY H NIRENSTEIN, 1992 REVOCABLE TRUST DTD 3/4/92, C/O ALLEN M & DOROTHY H NIRENSTEIN TTEES, 403 WOODLAND RD, KENTFIELD CA 94904-2635
2873477 ALLEN M NIRENSTEIN & DOROTHY H NIRENSTEIN, 1992 REVOCABLE TRUST DTD 3/4/92, C/O ALLEN NIRENSTEIN & DOROTHY H NIRENST, 403 WOODLAND RD, KENTFIELD CA 94904-2635
2809003 ALLERGY CONSULTANTS, MEDICAL GROUP INC, C/O DIONISIO FERNANDES TTEE, 4001 OAK MANOR CT, HAYWARD CA 94542-1445
2829312 ALTA BATES SUMMIT FOUNDATION TTEE PAUL G, CHELEW CHARITABLE REMAINDER, BERKLEY CA 94705
2812376 AMBERWAY EQUITIES LLC, 14400 MORNING MOUNTAIN WY, ALPHARETTA GA 30004-4521
2683029 AMERICAN EXPRESS, P.O. BOX 360002, FORT LAUDERDALE, FL 33336-0002
2709161 AMERICAN EXPRESS BANK FSB, C/O BECKET AND LEE LLP, POB 3001, MALVERN PA 19355-0701
2809850 ANDREA T MANCUSO, FAMILY LIMITED PARTNERSHIP, C/O ANDREA MANCUSO GEN PTNR, PO BOX 981840, PARK CITY UT 84098-1840
2801699 ANDREW W MARCHUK &, DOREEN W MARCHUK, 325 MARCHE CHASE DR APT 138, EUGENE OR 97401-8894
2775658 +ANDREW WELCHER, C/O WILLIAM E WINFIELD ESQ, NORDMAN CORMANY HAIR & COMPTON LLP, 1000 TOWN CENTER DR 6TH FL, OXNARD CA 93036-1132
2707650 +ANGELO GORDON & CO, C/O JED A HART, 245 PARK AVENUE, 26TH FLR, NEW YORK, NY 10167-0094
2829905 ANITA WATSON LIVING TRUST DTD 4/8/03, C/O ANITA WATSON TTEE, 5309 PARSONAGE CT, VIRGINIA BEACH VA 23455-7101
2863305 +ANN E BRANT SURVIVORS TRUST DTD 5/22/87, C/O RAYMOND F BRANT TTEE, PO BOX 728, DIABLO CA 94528-0728
2863299 +ANN R DERY AND JAMES D DERY HWTIC, 19601 VAN AKEN BLVD, SHAKER HEIGHTS OH 44122-3573
2821201 +ANNA LACERTOSA, 49 ELM ST, VALLEY STREAM NY 11580-5007
2826250 ANNE F DI SALVO, PO BOX 18220, RENO, NV 89511-0220
2863211 +ANNE F DISALVO A SINGLE WOMAN, ANNE F DESALVO, PO BOX 18220, RENO NV 89511-0220
2833661 ANNEE OF PARIS COIFFURES INC, 8057 LANDS END AVE, LAS VEGAS NV 89117-7635
2683030 +ANNEE OF PARIS COIFFURES, INC., 8049 PINNCALE PEAK, LAS VEGAS, NV 89113-1215
2861111 +ANTHONY J ZERBO AN UNMARRIED MAN, 780 SARATOGA AVE APT S-107, SAN JOSE CA 95129-2404
2833634 ANTHONY PASQUALOTTO, & ALICIA PASCQUALOTTO 1997 TRUST, C/O ANTHONY PASQUALOTTO, & ALICIA PASCQUALOTTO TRUST, 5775 DUNEVILLE ST, LAS VEGAS NV 89118-2726
2775663 +APG TRUST DTD 7/5/00, C/O ALEX G GASSIOT TTEE, ALEX G GASSIOT, 3710 CLOVER WY, RENO NV 89509-8216
2684232 +APG Trust dated 7/5/00, c/o Alex G. Gassiot Trustee, 3710 Clover Way, Reno, NV 89509-8216
2860695 +ARCHER, SHERRY, 2944 PIERCE ST, SAN FRANCISCO CA 94123-3825
2799759 +ARECHIGA, ALBERT, 4800 MARCONI AVE, #137, CARMICHAEL CA 95608-4161
2683031 +ARIZONA BUSINESS MAGAZINE, 3101 N. CENTRAL AVE., SUITE 1070, PHOENIX, AZ 85012-2638
2840014 +ARNOLD FAMILT TRUST HANS & HENDRIKA ARNOLD TRUSTEE, 7844 TIBURON COURT, SPARKS NV 89436-7494
2839963 ARNOLD FAMILY TRUST DATED 12/27/95, C/O HANS ARNOLD AND HENDRIKA P ARNOLD TR, 7844 TIBURON CT, SPARKS NV 89436-7494

2860238 ARNOLD R ALVES & AGNES J ALVES TTEES OF, THE ALVES FAMILY TRUST DTD 10/27/89, 9904 VILLA GRANITO LANE, GRANITE BAY CA 95746-6481
2827522 ARTHUR AND JOAN NOXON, TTEES OF THE NOXON FAMILY TRUST, 2657 WINDMILL PKWY #197, HENDERSON NV 89074-3384
2829291 ARTHUR E KEBBLE & THELMA M KEBBLE FAMILY, TRUST DATED 5/19/95, C/O ARTHUR E KEBBLE & THELMA KEBBLE TRUS, 9512 SALEM HILLS CT, LAS VEGAS, NV 89134-7883
2829289 ARTHUR E KEEBLE & THELMA M KEEBLE FAMILY, TRUST DATED 5/19/95, C/O ARTHUR E KEEBLE & THELMA KEEBLE TRUS, 9512 SALEM HILLS CT, LAS VEGAS, NV 89134-7883
2860053 +ARTHUR I KRISS, 2398 W 1050 NORTH, HURRICANE UT 84737-3110
2864236 +ARTHUR P & LYNN S SCHNITZER TTEES OF THE, SCHNITZER LIVING TRUST DTD 10/29/91, 20155 NE 38TH CT #1604, AVENTURA FL 33180-3256
2698948 +ASPEN SQUARE MANAGEMENT INC, C/O ROBERT KINAS, 3800 HOWARD HUGHES PARKWAY, SUITE 1000, LAS VEGAS, NV 89169-5958
2844652 +ASSELIN, ROBERT, 10305 BIG HORN DR, RENO NV 89508-8567
3188064 +AUGUST J AMARAL INC, 9644 ROLLING ROCK WAY, RENO, NV 89521-6132
2729141 +AUGUSTINE TUFFANELLI, C/O THOMAS BROOKSBANK, 689 SIERRA ROSE DR #A-2, RENO NV 89511-2376
2840218 AUSTIN JOHN BORKOSKI TRUST DTD 12/10/92, C/O KATHLEEN K BORKOSKI TTEE, 1110 ELO RD, MCCALL ID 83638-5125
2830255 +AVANZINO, CYNTHIA, 14519 SE 13TH PLACE, BELLEVUE, WA 98007-5658
2684485 +Aaron Hawley, 4075 Losee Road, North Las Vegas, NV 89030-3301
2685225 +Aaron McCoy IRA, c/o First Savings Bank Custodian, 7258 Loma Alta Circle, Las Vegas, NV 89120-3618
2685718 +Aaron S. Ramsey and Lara Ramsey, 7713 N. 41st St., Niwot, CO 80503-8842
2685986 +Abraham Serouya, 8 Cubero Court, West Long Branch, NJ 07764-1281
2683114 +Abyane Family Trust dated 2/7/92, c/o Ali M. Abyane & Soheila M. Abyane Tr, 1707 Greenbriar Road, Glendale, CA 91207-1053
2683118 +Acosta Family Trust dtd 02/06/1992, c/o Jorge M. Acosta & Giorgina Acosta Tr, 8916 Silk Bonnet Court, Las Vegas, NV 89143-5412
2685751 +Acres Corporation Defined Benefit Pensio, P O Box 3651, Incline Village, NV 89450-3651
2685752 +Acres Corporation Defined Benefit Pensio, c/o Annemarie Rehberger Trustee, P O Box 3651, Incline Village, NV 89450-3651
2685753 +Acres Profit Sharing Plan, c/o Annemarie Rehberger, Trustee, P O Box 3651, Incline Village, NV 89450-3651
2684102 +Adam L. Fetterly, P O Box 5986, Incline Village, NV 89450-5986
2686498 +Adam Walker and Rachel Walker, 485 S State St # 306, Provo, UT 84606-7124
2685393 +Adelaide L. Moschogianis & Christine Mos, 2916 Gillis Way, Carson City, NV 89701-6001
2683137 +Ader Family Trust, c/o Harvey D. Ader & Marjorie Ader Trust, 404 Cross Street, Henderson, NV 89015-7817
2685533 +Adrian J.R. Oosthuizen, 5860 Lausanne Dr, Reno, NV 89511-5034
2686511 +Adrian P. Walton & Amy J. Walton, 31 Cottonwood Drive, Carlinville, IL 62626-9226
2686513 +Adrian P. Walton IRA, c/o First Savings Bank Custodian, 31 Cottonwood Drive, Carlinville, IL 62626-9226
2683475 +Akita Bright-Holloway, 1300 Princeton NE, Albuquerque, NM 87106-2619
2684871 +Al Kraus & Katrina Kraus, 7800 Canterberry Rd, Rapid City, SD 57702-6304
2685392 +Al Moschogianis Revocable Trust dated 11, c/o Adelaide L. Moschogianis & Christine, 2916 Gillis Way, Carson City, NV 89701-6001
2683342 +Alan B. Bennett, 14225 S Wisperwood Dr, Reno, NV 89521-5223
2684189 +Alan B. Friedman, P O Box 1713, Bodega Bay, CA 94923-1713
2683934 +Alan G. & Patty J. Dondero 1992 Revocabl, c/o Alan G. Dondero & Patty J. Dondero T, 2301 Alcova Ridge Dr., Las Vegas, NV 89135-1522
2684360 +Alan Groh IRA, c/o First Savings Bank Custodian, 12613 Alcacer Del Sol, San Diego, CA 92128-4428
2685599 +Alan L. Pepper & Tobi Pepper, 5429 Oak Park Ave, Encino, CA 91316-2629
2685150 +Alan M. Markus & Trena L. Markus, 22145 Timberline, Lake Forest, CA 92630-3431
2685466 +Alan Newman & Judith Wolfe-Newman Family, c/o Alan B. Newman & Judith Wolfe-Newman, 3314 Purdue Avenue, Los Angeles, CA 90066-1322
2685491 +Alan R. Nonnenberg IRA, c/o Millenium Trust Company Custodian, 19589 North Hampton Dr, Saratoga, CA 95070-3332
2686061 +Alan R. Simmons & Judith B. Simmons, P O Box 13296, South Lake Tahoe, CA 96151-3296
2685817 +Alan Robinson & Gail Robinson, 4919 N Mildred, Tacoma, WA 98407-1329
2683964 +Alan S. & Carolyn A. Duncan Declaration, c/o Alan S. Duncan & Carolyn A. Duncan T, 2316 Grandview Ave, Manhattan Beach, CA 90266-2220
2685759 +Alan W. Reid & Meriam A. Reid, 935 Festa Way, Sparks, NV 89434-9636
2685490 +Alan and Gretchen Nonnenberg Living Trus, c/o Alan Nonnenberg and Gretchen Nonnenb, 19589 Northampton Dr, Saratoga, CA 95070-3332
2683397 +Albert Blumenthal IRA, c/o First Savings Bank Custodian, 6 Heritage Court, Atherton, CA 94027-2045
2683188 +Albert Daniel Andrade, P. O. Box 2122, Oakdale, CA 95361-5122
2685326 +Albert J. Mineconzo Living Trust dated 1, c/o Albert J. Mineconzo Trustee, 2184 Eagle Watch Drive, Henderson, NV 89012-2504
2685890 +Albert J. Salas, 2456 Desert Butte Dr, Las Vegas, NV 89134-8865
2683211 +Albert M. Arechiga, 511 E San Ysidro Blvd C-149, San Ysidro, CA 92173-3150
2685355 +Albert Montero Family Trust U/A dated 11, c/o Albert Montero Trustee, P O Box 325, Genoa, NV 89411-0325
2686079 +Albert V. Siniscal Living Trust, c/o Albert V. Siniscal Trustee, 93 Quail Run Rd, Henderson, NV 89014-2161
2686605 +Albert Winemiller & Debra Winemiller, P O Box 66157, Houston, TX 77266-6157
2686606 +Albert Winemiller Inc., P O Box 66157, Houston, TX 77266-6157
2686607 +Albert Winemiller Limited Partnership, P O Box 66157, Houston, TX 77266-6157
2684696 +Alberta J. Jett, 2891 Priscilla Ave, Akron, OH 44312-2781

2683148 +Albright Persing & Associates Profit Sha, c/o Deane Albright & Casey Persing Trust, 1025 Ridgeview Dr, Reno, NV 89519-6347
2683743 +Aldon G. Cook and Deedra Cook, 1435 E Venice Ave #261, Venice, FL 34292-3197
2683151 +Aldred Living Trust 2002 U/A dated 10/18, c/o Philip Aldred & Hedwig J Aldred Trus, 2485 W. Wigwam Ave. #86, Las Vegas, NV 89123-1682
2685629 +Aleko Petro, 6224 Lone Cypress Court, Las Vegas, NV 89141-8517
2685187 +Alexander Mathes, 2232 Springwater, Las Vegas, NV 89134-5101
2685143 +Alexander W. Marchuk & Doreen W. Marchuk, 325 Marche Chase Dr Apt 138, Eugene, OR 97401-8894
2684832 +Alexandra Kingzett, 310 Foothill Road, Gardnerville, NV 89460-6525
2684572 +Alfred C. Hipp and Helen M. Fujiwara, P O Box 82, Crystal Bay, NV 89402-0082
2686282 +Alfred C. Taylor & Rachel B. Taylor Trus, c/o Alfred C. Taylor & Rachel B. Taylor, 5405 Indian Hills Ave, Las Vegas, NV 89130-2029
2685815 +Alfred J. Robertson & Sue E. Robertson, 2515 109th Ave SE, Bellevue, WA 98004-7331
2685528 +Alfred Olsen, Jr. & Gail B. Olsen, 11911 66th St Lot 605, Largo, FL 33773-3625
2685658 +Ali Pirani, 13174 N 100th Place, Scottsdale, AZ 85260-7203
2683668 +Alice Choi, 1804 Paseo Overlook Court, Las Vegas, NV 89128-8275
2686140 +Alice I. Sorensen, 1625 Sunset Dr., Pacific Grove, CA 93950-2024
2686025 +Alice Shepherd, 14758 Calla Lily Court, Canyon Country, CA 91387-1519
2684685 +Alicia Jenkins, 211 S Jefferson, Frontenak, KS 66763-2217
2685213 +Alicia McBride & Marlon McBride, 2535 Fenton Pkwy # 110, San Diego, CA 92108-6765
2684014 +Allan R. Eisenbach & Jayne M. Eisenbach, 2418 Topsail Circle, Westlake Village, CA 91361-3435
2683712 +Allen Cohen, 12 Starbrook Dr, Henderson, NV 89052-6628
2684152 +Allen K. Forbes, 335 Brande Way, Carson City, NV 89704-8511
2685485 +Allen M. Nirenstein & Dorothy H. Nirenst, c/o Allen M. Nirenstein & Dorothy H. Nir, 403 Woodland Rd., Kentfield, CA 94904-2635
2683968 +Allen W. Dunn Family Trust, c/o Allen W. Dunn Trustee, 430 Angela Pl, Reno, NV 89509-5407
2686683 +Allen Zalkind & Sandra Zalkind, 684 Nahane Dr, South Lake Tahoe, CA 96150-4108
2684090 +Allergy Consultants Medical Group, Inc., c/o Dionisio Fernandes, Trustee, 4001 Oak Manor Ct, Hayward, CA 94542-1445
2686244 +Allison Sullivan IRA, c/o First Savings Bank Custodian, 21005 Rios St, Woodland Hills, CA 91364-5544
2685364 +Alma B. Moore, 994 Lilac Ct, Minden, NV 89423-5131
2686352 +Alneil Associates, c/o Neil Tobias General Partner, 1140 6th Ave Ste M01, New York, NY 10036-5803
2686353 +Alneil Lipp, LLC, c/o Neil Tobias, Manager, 1140 6th Ave Ste M-01, New York, NY 10036-5803
2683630 +Alta Funding, Inc., 2324 Del Norte, South Lake Tahoe, CA 96150-7211
2683260 +Alterio A.G. Banks IRA, c/o First Savings Bank Custodian, 5750 Via Real Unit 308, Carpinteria, CA 93013-2612
2683259 +Alterio A.G. Banks Living Trust dated 2/, c/o Alterio A.G. Banks Trustee, 5750 Via Real Unit 308, Carpinteria, CA 93013-2612
2686021 +Althea F. Shef Living Trust dated 5/1/03, c/o Althea F. Shef, Trustee, 56 Calle Cadiz Apt G, Laguna Woods, CA 92637-3939
2685606 +Alvaro V. Perez & Heidi L. Perez, 870 NW 99th Ave, Plantation, FL 33324-6114
2683167 +Alves Family Trust dated 10/27/89, c/o Arnold Alves & Agnes Alves Trustees, 9904 Villa Granito Ln, Granite Bay, CA 95746-6481
2683746 +Alvin Broido Marital Trust U/A dated 4/2, c/o June Cook Trustee, 7228 Estrella De Mar Road, Carlsbad, CA 92009-6721
2683158 +Alvin L. Allen & Valerie Allen, 4798 Desert Vista Road, Las Vegas, NV 89121-5627
2686255 +Alvin M. Swanson & Grace E. Swanson Livi, c/o Leland K. Swanson Trustee, 212 Greenbriar Lane, Buffalo, MN 55313-9329
2685980 +Alvina Agatha Sedlak Living Trust dated, c/o Alvina Agatha Sedlak Trustee, 7840 E Camelback Rd #203, Scottsdale, AZ 85251-2250
2683571 +Amanda R. Campbell, 4455 Giselle Ln., Stockton, CA 95206-6292
2686206 +Amanda Stevens IRA, c/o First Savings Bank Custodian, 256 Redwing Village Court, Henderson, NV 89012-3288
2686201 +Amberway Equities, LLC, 14400 Morning Mountain Way, Alpharetta, GA 30004-4521
2685394 +Amelia Moscianese, 1306 W Shellfish Drive, Gilbert, AZ 85233-7434
2684005 +American Professional Valuation, LLC, P O Box 947, Zephyr Cove, NV 89448-0947
2684670 +Amir Hossein Jafarpour and Lecia Renee P, 3951 Blacow Ct, Pleasanton, CA 94566-4771
2685576 +Ampelio O. & Gloria T. Pasqualotto Livin, c/o Gloria T. Pasqualotto Trustee, 5755 S Duneville, Las Vegas, NV 89118-2726
2686346 +An Accountancy Corporation Profit Sharin, c/o Jack S. Tiano, Trustee, 116 W El Portal Ste 103, San Clemente, CA 92672-4634
2683175 +Anderson Family Trust dated 7/21/92, c/o Gary B. Anderson & Barbara L. Anders, P O Box 699, Carnelian Bay, CA 96140-0699
2683830 +Andrew Dauscher & Ellen Dauscher, P O Box 10031, Zephyr Cove, NV 89448-2031
2685592 +Andrew E. Peek & Tina M. Peek, P O Box 897, Truckee, CA 96160-0897
2684988 +Andrew J. Lembersky, 3928 Placita Del Lazo, Las Vegas, NV 89120-2625
2685323 +Andrew Milstead & Suzanne Milstead, 2923 Woodwardia Dr, Los Angeles, CA 90077-2124
2684782 +Andrew R. Kehl UNVUTMA, c/o Kevin Kehl Custodian, 1770 Dover Court, Dubuque, IA 52003-7892
2685625 +Andrew R. Peterson & Sharon Peterson 199, c/o Andrew Peterson & Sharon Peterson Tr, 798 San Remo Way, Boulder City, NV 89005-3528
2686030 +Andrew Shier & Peri Chickering, 38 Prospect Hill Road, Hancock, NH 03449-5206
2686205 +Angela A. Stevens, Chad A. Stevens, and, 284 Merrick Way, Henderson, NV 89014-6052
2683304 +Angela Bauer & Timothy James Bauer, 9008 Teetering Rock Ave, Las Vegas, NV 89143-5410
2683862 +Angela Jane Deglandon, 2442 NW Market St #703, Seattle, WA 98107-4137
2686129 +Angela S. Snyder, 2551 Gracepoint Ct, Caledonia, MI 49316-7979
2686661 +Angie Yi, 12532 Oak Knoll Rd Apt A-14, Poway, CA 92064-8403
2686669 +Anita A. York, 1237 Gold Rush Ln, Placerville, CA 95667-9640
2683566 +Anita J. Calhoun, 2026 Bel Air Avenue, San Jose, CA 95128-1409

2685879 +Anita Sabala, 1832 S. Sierra Vista, Alhambra, CA 91801-5536
2686528 +Anita Watson Living Trust dated 4/8/03, c/o Anita Watson Trustee, 5309 Parsonage, Virginia Beach, VA 23455-7101
2684303 +Ann Gordon IRA, c/o First Savings Bank Custodian, 119 Thornberry Drive, Pittsburg, PA 15237-3347
2685049 +Ann M. Lorenzo, 3361 Skyline Blvd, Reno, NV 89509-5671
2683350 +Ann Marie Berglund IRA, c/o First Savings Bank Custodian, 10400 Leafgold Drive, Las Vegas, NV 89134-7304
2683882 +Ann R. Dery and James D. Dery, P O Box 775107, Steam Boat Springs, CO 80477-5107
2686421 +Ann Ulfelder & Leonard Ulfelder, 630 Blue Spruce Dr, Danville, CA 94506-4523
2684909 +Anna Lacertosa & Marie Lacertosa, 49 Elm Street, Valley Stream, NY 11580-5007
2685010 +Anna Lieblein & John Drakoules, 1122 Douglas Dr, Las Vegas, NV 89102-1814
2686283 +Annabelle E. Taylor Family Trust dated 5, c/o Annabelle E. Taylor TTEE, 532 Oakbrook Lane, Las Vegas, NV 89169-3772
2683449 +Anne E. Brant Survivor Trust, dated 5/22, c/o Raymond F. Brant Trustee, P.O. Box 728, Diablo, CA 94528-0728
2683901 +Anne F. Di Salvo, 15520 Fawn Ln, Reno, NV 89511-8018
2684137 +Anne Flannery IRA, c/o First Savings Bank Custodian, 723 Hillview Drive, Arlington, TX 76011-2371
2685411 +Anne Marie Mueller & Charles Pollard, Jr, 31302 Mulholland Hwy, Malibu, CA 90265-2701
2685412 +Anne Marie Mueller Trust, c/o Anne Marie Mueller Trustee, 31302 Mulholland Hwy, Malibu, CA 90265-2701
2685494 +Annee Nounna Family Trust, c/o Annee Nounna Trustee, 8057 Lands End, Las Vegas, NV 89117-7635
2683195 +Annin Family Trust, c/o Elizabeth J. Annin Trustee, 17430 Parthenia St, Northridge, CA 91325-3241
2683672 +Anthony Christian IRA, c/o First Savings Bank Custodian, 3369 Shallow Pond, Las Vegas, NV 89117-6719
2686692 +Anthony J. Zerbo, 780 Saratoga Ave Apt S107, San Jose, CA 95129-2404
2686655 +Anthony P. Wynn & Sheri J. Wynn, 2675 Friesian Court, Reno, NV 89521-6228
2685575 +Anthony Pasqualotto & Alicia Pasqualotto, c/o Anthony Pasqualotto & Alicia Pasqual, 5775 S Duneville, Las Vegas, NV 89118-2726
2683884 +Anthony W. Desio and Delores J. Desio Fo, 5880 Chambrey Circle, Reno, NV 89511-5024
2686376 +Anton Trapman, 8630 St. James Ave. Apt E21, Elmhurst, NY 11373-3830
2686377 +Anton Trapman IRA, c/o First Savings Bank Custodian, 8630 St. James Ave # E21, Elmhurst, NY 11373-3830
2686378 +Anton Trapman Roth IRA, c/o First Savings Bank Custodian, 8630 St. James Ave # E21, Elmhurst, NY 11373-3830
2683752 +April Corley Trust, dated 4/25/05, c/o April M.Corley Trustee, 1362 W 17th Street, San Pedro, CA 90732-4006
2685659 +April L. Place, 496 Brockway Road, Hopkinton, NH 03229-2012
2685650 +Aprille J. Pihl, 1942 Sutter St. Apt B, San Francisco, CA 94115-3114
2685541 +Arada Investments, LLC, 7121 N Placita Sin Codicia, Tucson, AZ 85718-1252
2683205 +Arbogast Family Trust, c/o Rodney J. Arbogast & Donna Arbogast, C/O Outdoor Resorts, 8175 Arville St # 166, Las Vegas, NV 89139-7111
2685975 +Arden P. Scott, 12995 Thomas Creek Rd, Reno, NV 89511-8662
2685041 +Area 2 LLC,, 2715 Evergreen Oaks Dr, Henderson, NV 89052-6905
2683212 +Arends Family Trust, c/o Joan M. Arends Trustee, 2310 Aqua Hill Road, Fallbrook, CA 92028-9539
2829167 +Argier, Joseph, 2166 Montana Pine Dr, Henderson NV 89052-5800
2686464 +Arif Virani and Salima Virani, 6926 Adobe Villla Avenue, Las Vegas, NV 89142-3710
2683308 +Arlene Beadle, 5990 Skyline Blvd, Oakland, CA 94611-1044
2684106 +Arlene J. Fine IRA, c/o First Trust Co. Of Onaga Custodian, P O Box 487, Oakley, UT 84055-0487
2683785 +Arline L. Cronk & Edward H. Davies Livin, c/o Arline L. Cronk & Edward H. Davies T, 1631 Picetti Way, Fernley, NV 89408-9264
2683216 +Armijo Family Trust dated 8/19/1999, c/o Richard Armijo & Sanayha Armijo, Tru, 24665 El Manzano, Laguna Niguel, CA 92677-7636
2683221 +Arnold Family Trust dated 12/27/95, c/o Hans Arnold and Hendrika P. Arnold,, 7844 Tiburon Court, Sparks, NV 89436-7494
2683674 +Arnold L. Christianson & Angeline M. Chr, 2828 N Houghton Road, Tucson, AZ 85749-9007
2685854 +Arnold Rosenthal, 6059 Woodman Ave, Van Nuys, CA 91401-2925
2686176 +Arnold Stairman Profit Sharing Plan, c/o Arnold Stairman Trustee, 800 Ocean Drive Apt 203, Juno Beach, FL 33408-1717
2685311 +Art-Kay Family Trust, c/o Harold L. Miller Trustee, 55 S Valle Verde 235, Henderson, NV 89012-3434
2686122 +Arthur A. Snedeker, 2425 W 11th St, Cleveland, OH 44113-4401
2685365 +Arthur B. Moore, 994 Lilac Ct, Minden, NV 89423-5131
2685366 +Arthur B. Mooreand Alma B. Moore, 994 Lilac Ct, Minden, NV 89423-5131
2684772 +Arthur E. Kebble & Thelma M. Kebble Fami, c/o Arthur E. Kebble & Thelma M. Kebble, 9512 Salem Hills Ct, Las Vegas, NV 89134-7883
2684326 +Arthur G. Grant & Jean M. Grant, 1136 Ralston Drive, Las Vegas, NV 89106-2008
2684877 +Arthur I. Kriss IRA, c/o First Savings Bank Custodian, 2398 West 1050 North, Hurricane, UT 84737-3110
2684878 +Arthur I. Kriss IRA, c/o Trust Company Pacific Custodian, 2398 W 1050 North, Hurricane, UT 84737-3110
2685487 +Arthur J. Noel Trust dated 2/10/97, c/o Arthur Noel Trustee, 3400 Cabana Dr #1068, Las Vegas, NV 89122-4235
2685668 +Arthur Polacheck and Glorianne Polacheck, 2056 Woodlake Circle, Deerfield Beach, FL 33442-3726

2683933 +Arthur T. Donaldson, P O Box 307, Janesville, WI 53547-0307
2683123 +Arthur V. Adams Trust dated 9/12/97, c/o Arthur V. Adams Trustee, 9519 Carterwood Road, Richmond, VA 23229-7656
2686590 +Arthur Wilson & Maria Wilson, 4800 Morgan Mill Road, Carson City, NV 89701-2969
2686189 +Athanasia T. Stein, 12626 Hunters Chase, San Antonio, TX 78230-1928
2684654 +Athanasios N. Iordanou & Rebecca Iordano, 15 Van Buren Ave, Portsmouth, NH 03801-5832
2683168 August J. Amaral, Inc., P O Box 70097, Reno, NV 89570
2686404 +Augustine Tuffanelli Family Trust dated, c/o Augustine Tuffanelli Trustee, 2260 Mohigan Way, Las Vegas, NV 89169-3374
2782193 +Aurora Investments LP, 2710 Harbor Hills Lane, Las Vegas, NV 89117-7629
2684006 +Aurora Investments Limited Partnership, 2710 Harbor Hills Lane, Las Vegas, NV 89117-7629
2683425 +Austin John Borkoski Trust dated 12/10/9, c/o Kathleen K. Borkoski Trustee, 1110 Elo Road, McCall, ID 83638-5125
2685080 +B & W Precast Construction, Inc., 2511 Harmony Grove Rd, Escondito, CA 92029-2804
2686071 +B S Living Trust, c/o Bernard Sindler Trustee, 2112 Plaza Del Fuentes, Las Vegas, NV 89102-3912
2686371 B. A. Towle & Deborah R. Towle, 1120 Donner Pass Rd #142, Truckee, CA 96161
2683217 +B.E.A. Family, Inc., 82 Innisbrook Ave, Las Vegas, NV 89113-1242
2683319 +B2PW, 1050 Willagillespie Rd Ste 4, Eugene, OR 97401-6718
2829188 +BAGINSKI, MICHAEL, 12881 KNOTT ST, #205, GARDEN GROVE, CA 92841-3940
2804976 +BAKAS-HALLIDAY, IONA, PO BOX 39147, FT LAUDERDALE FL 33339-9147
2843385 +BAKER, SIGFRIED, 8057 LANDS END, LAS VEGAS NV 89117-7635
2683032 BANK OF AMERICA, P.O. BOX 30750, LOS ANGELES, CA 90030-0750
2799774 BANK OF AMERICA LEASING, SUCCESSOR BY MERGER TO FLEET BUSINESS, CREDIT, LLC AS SECURED PARTY, PO BOX 7023, TROY MI 48007-7023
2873466 +BANOS, MIRTHA, 7431 DORIE DR, WEST HILLS CA 91307-5277
2872444 +BANOS, WILLIAM, 7431 DORIE DR, WEST HILLS CA 91307-5277
2827580 +BARASHY, NIMROD, 2868 REDWOOD ST, LAS VEGAS NV 89146-5113
2991250 BARBARA A CECIL IRA, 899 TIMBERLAKE DR, ASHLAND OR 97520-9090
2864257 +BARBARA L GUNTHER A MARRIED WOMAN DEALING, WITH HER SOLE AND SEPARATE PROPERTY, BARBARA L GUNTHER, PO BOX 614, VERDI NV 89439-0614
2805334 BARBARA M SANCHEZ, PO BOX 90528, SANTA BARBARA CA 93190-0528
2823062 +BARCIA, DANIEL, 1600 PICKET CT, RENO NV 89521-5018
2800491 +BARROSO, PEDRO, 3231 CAMBRIDGESHIRE ST, LAS VEGAS NV 89146-6223
2829249 +BARRY J. GOLDSTEIN & PATRICIA B. GOLDSTEIN, C/O JEFFREY S. BERLOWITZ, ESQ., 4000 HOLLYWOOD BLVD., SUITE 375-S, HOLLYWOOD FL 33021-1210
2812378 BARTHOLOMEW FAMILY TRUST, LARRY B AND KAREN S BARTHOLOMEW TTEES, PO BOX 521, AMERICAN FORK UT 84003-0521
2812089 BARTHOLOMEW FAMILY TRUST UNDER AGT DTD 7/1/99, C/O LARRY B BARTHOLOMEW &, KAREN BARTHOLOMEW TTEES, PO BOX 521, AMERICAN FORM, UT 84003-0521
2827527 BASHY, NIMROD, 2868 REDWOOD ST, LAS VEGAS NV 89146-5113
2809791 +BATHISH, JOSEPH, 800 OCEAN DR 1102, JUNO BEACH FL 33408-1724
2995080 BEA FAMILY INC, 82 INNISBROOK AVE, LAS VEGAS NV 89113-1242
2683033 +BEADLE, MCBRIDE & REEVES, LLP, 2285 RENAISSANCE DR. SUITE E, LAS VEGAS, NV 89119-6752
2873476 BECKMAN, GARY, 6756 QUINELLA DR, LAS VEGAS NV 89103-4356
6895861 BECKY RAE NELSON, 638 GOON HILL ROAD, GREAT FALLS, MONTANA 59405
2844280 +BENEDICT E URBAN & ROSELYN N URBAN, FAMILY TRUST DTD 2/3/04, C/O BENEDICT E URBAN & ROSELYN N URBAN T, 2691 EVERGREEN OAKS DR, HENDERSON NV 89052-7060
2821203 +BENJAMIN & ALEATH NICOSIA FAMILY, TRUST DTD 5/10/02, C/O BENJAMIN NICOSIA &, ALEATH NICOSIA TTEES, 15575 W VERDE LN, GOODYEAR AZ 85395
2827001 +BENNETT, ALAN, 14225 S WISPERWOOD DR, RENO NV 89521-5223
2864253 +BERNARD D BENZ & MARGARET W BENZ TTEES, FOR THE BENZ FAMILY TRUST DTD 7/1/95, BERNARD & MARGARET BENZ, 1265 OLD FOOTHILL RD, GARDNERVILLE NV 89460-6218
2938129 +BERNARD SANDLER & LINDA MARIE SANDLER, REVOCABLE INTERVIVOS TRUST DATED 9/13/91, 99 LA VUELTA, SANTA BARBARA, CA 93108-2621
2830257 +BERRY WILLIAM, 11136 ACAMA ST #312, STUDIO CITY CA 91602-3067
2799766 +BERRY, DONALD, 408 WASATCH CIR, FERNLEY NV 89408-4631
2991342 BERT E ARNLUND CHARITABLE REMAINDER, UNITRUST DTD 12/31/01, C/O BERT E ARNLUND TTEE, 82 INNISBROOK AVE, LAS VEGAS NV 89113-1242
2809801 BERYL WINER FAMILY TRUST, C/O BERYL WINER TTEE, 776 BIRDBAY WAY, VENICE FL 34285-6142
2844282 +BETTERIDGE, DAVID, 977 W HANO CIR, IVINS UT 84738-6370
2798922 BETTY R PARDO IRA, 10932 MILL COVE AVE, LAS VEGAS NV 89134-7213
2917820 +BINFORD MEDICAL DEVELOPERS LLC, C/O SUSAN WILLIAMS SCANN, ESQ., DEANER, DEANER, SCANN, MALAN & LARSEN, 720 SOUTH FOURTH STREET, SUITE 300, LAS VEGAS, NV 89101-6743
2823146 +BINFORD MEDICAL DEVELOPERS LLC, 5200 E. 64th Street, Indianapolis, IN 46220-1519
2864576 +BISHOFBERGER, THOMAS, 2176 TIGER WILLOW, HENDERSON NV 89012-6125
2844816 +BISHOP, VALON, PO BOX 50041, RENO NV 89513-0041
2844281 +BISHOP, VALON, PO BOX 5041, RENO NV 89513-5041
2805351 +BLAIR, LLOYD, 1931 QUAIL CREE CT, RENO NV 89519-0671
2804968 +BOBBIE MARRS IRA, 5753 BEDROCK SPRINGS AVE, LAS VEGAS NV 89131-3933
2830258 +BOERIO, CHARLES, 1717 DAMON ROAD, CARSON CITY, NV 89701-4875
2857266 +BONFIGLIO & ASSOCIATES LTD PENSION PLAN, 8635 W SAHARA AVE, PMB 220, LAS VEGAS NV 89117-5858
2819194 +BONNEMA, CHRIS, PO BOX 877, TEMPLETON CA 93465-0877
2819193 +BONNEMA, GARY, PO BOX 8649, HORSESHOE BAY TX 78657-8649
2803205 +BOONE, WILLIAM, 3908 BELLINGHAM DR, RENO NV 89511-6042
2683420 BOREN LIVING TRUST DTD 6/21/04, C/O RICHARD D BOREN & CONNIE BOREN, TTEES, 5333 SW 75TH ST APT E34, GAINESVILLE FL 32608-7449
2839960 +BOYCE II, WILLIAM, 3448 MONTE CARLO DRIVE, LAS VEGAS NV 89121-3412

2872575 +BOYCE, KATHLEEN, 16865 RUE DU PARC, RENO NV 89511-4575
2804972 BRADFORD A HEALD, 44219 CORFU CT, PALM DESERT CA 92260-8536
2758940 +BRADLEY J STEVENS, JENNINGS STROUSS & SALMON PLC, THE COLLIER CENTER 11TH FL, 201 E WASHINGTON ST, PHOENIX AZ 85004-2428
2844639 BRANDON ARNER CANGELOSI, 5860 LAUSANNE DR, RENO NV 89511-5034
2829213 +BRAUER, NANCY, 2222 ALBION ST, DENVER CO 80207-3708
2864559 +BRECHT, MARSHALL TRUST DTD 2/5/86, MARSHALL J & JANET L BRECHT TTEES, 640 COLONIAL CIR, FULLERTON CA 92835-2773
2684070 ++BRENDA FALVAI POWERS, 1545 SANDALWOOD DR, BREA CA 92821-1841 (address filed with court: Brenda Falvai, 252 Paseo de Juan, Anaheim, CA 92807)
2825026 +BRENNAN, GARY, 3496 PUEBLO WY, LAS VEGAS NV 89169-3337
2812084 +BRESSON, JEROME, PO BOX 186, NARBETH PA 19072-0186
2829306 +BRIAN M ADAMS, 525 SO 6TH ST, LAS VEGAS NV 89101-6917
2804528 +BRICE, CHARLES, 785 WINCHESTER DR, RENO NV 89506-6740
2857265 +BROADWALK INVESTMENTS LIMITED PARTNERSHIP, ATTN JAMES R BONFIGLIO, 8635 W SAHARA AVE, PMB 220, LAS VEGAS NV 89117-5858
2863302 BROCK, PENNY, 355 MUGO PINE CIR, RENO NV 89511-8799
2827633 BROOKS LIVING TRUST DTD 6/30/97, C/O HOWARD D BROOKS & DOREEN C BROOKS TT, 1894 US HIGHWAY 50 E STE 4 #344, CARSON CITY NV 89701-3202
2801682 +BROWN, JACECK, 2391 NW IRVING ST, PORTLAND OR 97210-3839
2801687 +BROWN, RAYMOND, PO BOX 173859, DENVER CO 80217-3859
2759814 +BRUCE H. CORUM, TRUSTEE OF CREDIT SHELTER TRUST, JUANITA N. CARTER, 4442 VALMONTE DRIVE, SACRAMENTO, CA 95864-3148
5493682 +BRUCE MCGIMSEY, C/O WILLIAM L. MCGIMSEY, ESQ., 3017 WEST CHARLESTON BLVD., SUITE 30, LAS VEGAS, NV 89102-1927
2863565 +BRUGGEMANS, PAUL, 385 W TAHQUITZ CANYON WAY, PALM SPRINGS CA 92262-5647
2800477 +BRUNO, VINCENT, 4961 E PATTERSON AVE, LAS VEGAS NV 89104-6241
2800476 +BUCKWALD, NEIL, 5000 N VALDEZ ST, LAS VEGAS NV 89149-5247
2683034 +BUNCH, DELL, 1909 RED ROBIN COURT, LAS VEGAS, NV 89134-6157
2829363 +BUNN, FRANK, 8279 PALMADA, LAS VEGAS NV 89123-2322
2827005 BURDIGE, CYNTHIA, 100 NW 82ND AVE STE 305, PLANTATION FL 33324-1835
2830193 BURELLE'S LUCE, 75 E NORTHFIELD RD, LIVINGSTO NJ 07039-4532
2683035 +BURRELLE'S LUCE, 75 EAST NORTHFIELD RD., LIVINGSTON, NJ 07039-4532
2844284 +BURT FAMILY TRUST #1 & 2, DONALD E BURT TTEE, CONNIE L CEJMER TTEE, PO BOX 2018, QUARTZITE AZ 85346-2018
2683036 +BUSINESS REAL ESTATE WEEKLY, P.O. BOX 15216, SCOTTSDALE, AZ 85267-5216
2683248 +Backes Family Trust dated 8/8/88, c/o Paul P. Backes & Loretta D. Backes C, 1570 East Level Street, Covina, CA 91724-3566
2683638 +Barbara A. Cecil, 899 Timberlake Drive, Ashland, OR 97520-9090
2683639 +Barbara A. Cecil IRA, c/o First Savings Bank Custodian, 899 Timberlake Drive, Ashland, OR 97520-9090
2686098 +Barbara C. Smith, 1104 NE Little Harbor Drive, Deerfield Beach, FL 33441-3601
2686406 +Barbara C. Tune, 6335 W Northwest Hwy Apt 1914, Dallas, TX 75225-3555
2684813 +Barbara J. Kewell Trust dated 7/18/89, c/o Frederick W. Kewell II, Trustee, 5426 Hidden Valley CT, Reno, NV 89502-9571
2686151 +Barbara J. Speckert Revocable Living Tru, c/o Barbara J. Speckert Trustee, 2128 Red Dawn Sky Street, Las Vegas, NV 89134-5538
2686471 +Barbara J. Vivero Revocable Trust, c/o Barbara J. Vivero Trustee, P O Box 30295, Las Vegas, NV 89173-0295
2684373 +Barbara L. Gunther, P O Box 614, Verdi, NV 89439-0614
2684664 +Barbara L. Jacobs, 300 John Thomas Ln, Reno, NV 89508-3509
2685095 +Barbara MacFarlane Living Trust Agreemen, c/o Barbara MacFarlane Trustee, P O Box 3930, Sparks, NV 89432-3930
2685712 +Barbara Ram & Ilana Yakuel, 8063 Alpine Fir Ave, Las Vegas, NV 89117-2561
2685306 +Barbara Reiss Miller Revocable Living Tr, c/o Barbara Reiss Miller Trustee, 2652 Crown Ridge Drive, Las Vegas, NV 89134-8329
2686089 +Barbara Sklar Revocable Living Trust dat, c/o Barbara Sklar Trustee, 2429 Bryan Ave, Venice Beach, CA 90291-4713
2686235 +Barbara Stricklin & Robert T. Chylak, 261 Fredricksburg Rd, Gardnerville, NV 89460-6572
2685075 +Barbara Sue Luthi IRA, c/o First Savings Bank Custodian, 4908 Womack Circle, The Colony, TX 75056-2214
2683269 +Barbella Family Trust dated 6/20/80, c/o Anthony M. Barbella and Rose M. Barb, 7075 Royal Ridge Dr., San Jose, CA 95120-4714
2683283 +Barnhart & Associates, 10311 Sweet Fennel Drive, Las Vegas, NV 89135-2823
2683284 +Barnhart Family Trust dated 10/2/92, c/o James G. Barnhart & Mary Ann Barnhar, 10311 Sweet Fennel Drive, Las Vegas, NV 89135-2823
2683285 +Baron Family Trust dated 2-9-05, c/o Clark Rex Baron and Joyce Payne Baro, 1183 W 1380 N, Provo, UT 84604-2367
2684217 +Barry Gambarana, 2761 Carnation Lane, Henderson, NV 89074-2402
2684285 +Barry J. Goldstein & Patricia B. Goldste, 19955 NE 38th Ct Apt #2604, Aventura, FL 33180-3432
2683289 +Bartholomew Family Trust under agreement, c/o Larry B. Bartholomew & Karen S. Bart, P O Box 521, American Fork, UT 84003-0521
2839894 +Bartkowski Family Trust, c/o Robert C. LePome, Esq., 10120 S. Eastern Ave. #200, Henderson, NV 89052-3926
2683290 +Bartkowski Family Trust Dated 8/25/1994, c/o Clark R. Bartkowski and Jean P. Bart, P. O.Box 1180, Darby, MT 59829-1180
2686578 Barton R. Wilkinson & Dianna J. Wilkinso, RR1 Box 55E, Kooskia, ID 83539
2683294 +Barton Revocable Trust, c/o Bruce N. Barton Trustee, 350 Kachina Circle, Las Vegas, NV 89123-2200

2683297 +Barzan Family Trust dated 5/23/90, c/o John C. Barzan and Rosemarie A. Barz, 1409 Morada Dr, Modesto, CA 95350-0655
2684601 +Basil Honikman & Linda Honikman, 638 Charleston Place, Ventura, CA 93004-3784
2686321 +Basil Thacker & Jill M. Thacker, 7349 Rietz Canyon Rd, Las Vegas, NV 89131-2605
2683300 +Basko Revocable Trust UTD 7/21/93, c/o Joseph Basko, Trustee, 1827 Baton Rouge St., Henderson, NV 89052-6834
2683320 +Bay Area Capital, LLC, 1050 Willagillespie Rd Ste 4, Eugene, OR 97401-6718
2683299 +Beatrice Baskin Family Trust Dtd 6/1/91, c/o Beatrice Baskin Trustee, 2784 S Ocean Blvd # 308 N, Palm Beach, FL 33480-5506
2685672 +Beaux Pontak and Denise Pontak, 249 N Brand Blvd # 494, Glendale, CA 91203-2609
2683422 +Becht Borggrebe Trust dated 11/2/04, c/o Randee B. Borggrebe, Trustee, 7126 Kilty Ave, West Hills, CA 91307-1420
2683328 +Bellas 1996 Family Trust, c/o Peter Bellas & Joyce Bellas Trustees, 3201 Plumas Street #293, Reno, NV 89509-4782
2683330 +Belmonte Family Trust, c/o Frank J. Belmonte Trustee, 3 Deerwood East, Irvine, CA 92604-3093
2683333 +Belski 2003 Revocable Trust, c/o Andrzej Belski and Krystyna T. Belsk, 11413 Valley Oak Dr, Oakdale, CA 95361-9548
3213305 Bender Family Trust By-Pass, Trust Dated 7/30/92, c/o Harriet Bender Trustee, 5461A Paseo Del Lago E, Laguna Woods CA, 92637-7320
2683336 +Bender Family Trust dtd 7/30/92 Survivor, c/o Harriet Bender Trustee, 5461A Paseo Del Lago East, Laguna Woods, FL 92637-7320
2683337 +Bender Family Trust, By-Pass Trust, date, c/o Harriet Bender Trustee, 5461A Paseo Del Lago East, Laguna Woods, CA 92637-7320
2685725 +Benita M. Rashall, 216 Edge Hill Drive, San Carlos, CA 94070-4509
2685480 +Benjamin & Aleath Nicosia Family Trust d, c/o Benjamin Nicosia & Aleath Nicosia Tr, 15775 W Verde Lane, Goodyear, AZ 85395-8124
2684019 +Benjamin F. Elias & Sophie Elias Living, c/o Benjamin F. Elias & Sophie Elias Tru, 520 N Martel Ave, Los Angeles, CA 90036-1933
2685767 +Bennie N. Revello, IRA, 9728 Terrace Green Ave, Las Vegas, NV 89117-0690
2799743 +Bernard & Linda Marie Sandler Revocable Trust, c/o Peter Susi Esq, Michaelson, Susi & Michaelson, 7 West Figueroa Street 2nd Floor, Santa Barbara, CA 93101-3191
2683713 +Bernard Cohen Trust dated 3/24/88, c/o Bernard Cohen and Elaine Cohen, Trus, 4533 White Cedar Ln, Del Ray Beach, FL 33445-7036
2684341 +Bernard Greenblatt Living Trust UA dated, c/o Bernard Greenblatt Trustee, 880 Buffwood Ave, Las Vegas, NV 89123-0562
2684744 +Bernard Kaplan Trust UTD 4/11/91, c/o Bernard Kaplan Trustee, 7648 Granville Drive, Tamarack, AK 33321-8753
2684880 +Bernard Kruger, 115 Central Park West Apt 12G, New York, NY 10023-4294
2684115 +Bernard L. Finley and Jacklyn Finley, 3850 Rio Rd Unit #42, Carmel, CA 93923-8627
2686073 +Bernard Sindler IRA, c/o First Savings Bank Custodian, 2112 Plaza Del Fuentes, Las Vegas, NV 89102-3912
2684349 +Bernardo G. Gregorio & Corazon S. M. Gre, 7195 Iron Oak Ave, Las Vegas, NV 89113-3058
2686649 +Bernice L. Wuyts, 1299 Brenalee Ave, Henderson, NV 89002-8665
2683218 +Bert E. Arnlund Charitable Remainder Uni, c/o Bert E. Arnlund Trustee, 82 Innisbrook Avenue, Las Vegas, NV 89113-1242
2686077 +Berta N. Singer, 2613 Byron Drive, Las Vegas, NV 89134-7581
2686231 +Bertha M. Strauss, 2099 Westglen Ct, Reno, NV 89523-3222
2683357 +Berthelot Living Trust dated 4/9/03, c/o Jean Jacques Berthelot Trustee, 9328 Sienna Vista Drive, Las Vegas, NV 89117-7034
2686610 +Beryl Winer Family Trust, c/o Beryl G. Winer Trustee, 776 Bird Bay Way, Venice, FL 34285-6142
2683362 +Bettencourt Family Living Trust dated 9/, c/o William M. Bettencourt, Jr. and Joan, 52 Williams Dr., Moraga, CA 94556-2364
2684167 +Betty A. Fraley, 3175 Solar Blvd 18, Billings, MT 59102-6803
2683372 +Betty Bishofberger, 2176 Tiger Willow Drive, Henderson, NV 89012-6125
2684862 +Betty Kolstrup, 1830 Balboa Dr, Reno, NV 89503-1802
2685386 +Betty R. Morris IRA, c/o Sterling Trust Company Custodian, 18532 Spicer Lake Court, Reno, NV 89508-6007
2685567 +Betty R. Pardo IRA, c/o First Trust Co. Of Onaga Custodian, 10932 Mill Cove Ave, Las Vegas, NV 89134-7213
2683364 +Betz Family Trust, c/o Jay Betz & Joy Betz Trustees, 16716 Otter Road, Grass Valley, CA 95949-9776
2686091 +Beverly Fabrics Inc., 100 Cotton Lane, Soquel, CA 95073-2191
2684491 +Beverly J. Hayes & Charles Hayes, 6760 Killdeer Lane, Creston, CA 93432-9723
2683874 +Billy D. Denny and Donna R. Denny 2000 R, c/o Billy D. Denny and Donna R. Denny, T, 8209 Sunbonnet Dr., Fair Oaks, CA 95628-2731
2683753 +Billy James Corley Revocable Living Trus, c/o Billy James Corley Trustee, 508 Driftstone, Las Vegas, NV 89123-1200
2686036 +Billy Shope, Jr. Family, LP, 2833 Maryland Hills Dr, Henderson, NV 89052-7700
2683369 +Birgen Charitable Trust dated 8/1/90, c/o Virgil L. Birgen & La Donna F. Birge, 2837 Bluffpoint Drive, Las Vegas, NV 89134-8935
2683370 +Birgen Family Trust, c/o Virgil Leo Birgen & La Donna Frances, 2837 Bluffpoint Drive, Las Vegas, NV 89134-8935
2683375 +Bishofberger Char. Rem. Trust UAD 11/3/9, c/o Thomas E. Bishofberger & Betty Bisho, 2176 Tiger Willow, Henderson, NV 89012-6125
2683376 +Bishofberger Restated Family Trust U/A 9, c/o Thomas E. Bishofberger & Betty T. Bi, 2176 Tiger Willow Drive, Henderson, NV 89012-6125
2685803 +Blair E. Roach & Barbara K. Roach, P O Box 1238, Zephyr Cove, NV 89448-1238

2684435 +Blakes House Floral & Balloon Co., 1204 Camballeria Drive, Carson City, NV 89701-8655
2683395 +Blood Family Trust dated 5/18/99, c/o Russell M. Blood & Judy A. Blood Tru, 140 Brownstone Drive, Mooresville, NC 28117-3717
2686340 +Bob G. Thrower and Debra A. Thrower, 1896 Rankin Dr., Carson City, NV 89701-6855
2685505 +Bob O'Connor Self Employed Retirement Ac, c/o Robert O'Connor Sr. Administrator, 200 Rainbow Dr #10236, Livingston, TX 77399-2000
2685157 +Bobbie Marrs IRA, c/o First Savings Bank Custodian, 5753 Bedrock Springs Ave, Las Vegas, NV 89131-3933
2683408 +Bolino Family Revocable Trust dated 3/6/, c/o Peter A. Bolino & Fabiola A. Bolino, 17412 Serene Drive, Morgan Hill, CA 95037-3761
2685224 +Bones McCoy, LLC, c/o Aaron McCoy Manager, 7258 Loma Alta Circle, Las Vegas, NV 89120-3618
2683413 +Bonfiglio & Associates, LTD. Pension Pla, 8635 W. Sahara Ave PMB 220, Las Vegas, NV 89117-5858
2683415 +Bonfiglio Family Limited Partnership, c/o James R. Bonfiglio & Donna M. Bonfig, 8635 W Sahara Ave PMB 220, Las Vegas, NV 89117-5858
2685040 +Boris M. Lokshin IRA, c/o First Savings Bank Custodian, 4208 Pinto Drive, Reno, NV 89519-2950
2685846 +Bosworth 1988 Family Trust for the benef, c/o Grable B. Ronning Trustee, P. O. Box 7804, Incline Village, NV 89452-7804
2838728 +Bosworth 1988 Trust, c/o ROBert C. LePome, Esq., 10120 S. Eastern Ave. #200, Henderson, NV 89052-3926
2683430 +Botton Living Trust dated 11/17/00, c/o William D. Botton Trustee, 9815 Sam Furr Rd # J115, Huntersville, NC 28078-4979
2684532 +Brad Hering, 62929 Golden Street, Joshua Tree, CA 92252-3813
2683438 +Bradbury Family Trust dated 12/20/88, c/o Janice W. Bradbury Trustee, P O Box 1052, Rancho Santa Fe, CA 92067-1052
2683439 Bradbury Retirement Plan and Trust dated, c/o Richard A. Bradbury and Sarah S. Bra, 1059 Martis Landing, Truckee, CA 96161
2683857 +Braden G. Dean, 71 Silverado Ranch, Las Vegas, NV 89183-3418
2685247 +Bradford A. McMullin, 1965 Geneva Street, San Jose, CA 95124-2114
2686099 +Bradford H. Smith & Maggie Smith, P O Box 1455, Felton, CA 95018-1455
2683440 +Bradish Family Trust dated 12/13/89, c/o Gerald W. Bradish Trustee, P O Box 667, Winston, OR 97496-0667
2683588 +Brandon Arner Cangelosi & Donna M. Cange, 5860 Lausanne Dr., Reno, NV 89511-5034
2685212 +Brandon L. McBrayer & Jennifer J. McBray, PSC 3 BOX 967, APO, AP 96266-0010
2683389 +Brandon R. Blevans, 411 Countryside Circle, Santa Rosa, CA 95401-0811
2685078 +Brant C. Lyall and Kathy J. Lyall, 1956 Twin Sun Circle, Walled Lake, MI 48390-4404
2726227 +Brenda Falvai, 252 Paseo de Juan, Anaheim, CA 92807, c/o Nancy L. Allf, Esq., 411 E. Bonneville, Ste. 100, Las Vegas, NV 89101-6632
2726258 +Brenda Falvia c/o Nancy Allf, Esq., 411 E. Bonneville, Ste. 100, Las Vegas, NV 89101-6632
2684555 +Brenda J. High IRA, c/o First Trust Co. Of Onaga Custodian, 2884 E Point Dr, Chesapeake, VA 23321-4125
2684573 +Brenda L. Hitchins Trust dated 8/22/05, c/o Brenda L. Hitchins Trustee, 1970 Papago Lane, Las Vegas, NV 89169-3351
2686157 +Brett W. Sperry, 7824 Bluewater Dr, Las Vegas, NV 89128-6872
2683548 +Brian H. Busse & Dawn Busse, 37 Willow Wisp Terrace, Henderson, NV 89074-1724
2685307 +Brian J. Miller and Penny Miller, P O Box 495, Zephyr Cove, NV 89448-0495
2684214 +Brian K. Gallagher & Mariateresa Gallagh, 2761 Shauna Drive, Golden Valley, AZ 86413-8833
2685793 +Brian L. Riley IRA, c/o First Savings Bank Custodian, 2710 Crestwood Lane, Highland Village, TX 75077-6436
2685881 +Brian M. Sack, 201 W 17th St # 3B, New York, NY 10011-5375
2683472 +Bridges Family Trust, c/o Michael T. Bridges, Trustee, 4235 Citrus Circle, Yorba Linda, CA 92886-2201
2686212 +Bridget Stewart, 7407 S. Catawea Way, Aurora, CO 80016-5213
2683479 +Briney Family Exemption Trust dated 11/5, c/o Donald E. Briney Trustee, 16757 Hillside Drive, Chino Hill, CA 91709-2244
2683478 +Briney Family Trust, c/o Donald Briney Trustee, 16757 Hillside Drive, Chino Hill, CA 91709-2244
2683414 +Broadwalk Investments Limited Partnershi, c/o James R. Bonfiglio & Donna M. Bonfig, 8635 W. Sahara Ave. PMB 220, Las Vegas, NV 89117-5858
2684486 +Brooke Ann Hawley & Stephen Hawley, 4075 Losee Road, North Las Vegas, NV 89030-3301
2683373 +Brooks Bishofberger, 1727 Golden Horizon Drive, Las Vegas, NV 89123-2433
2685818 +Brooks H. & Dee Dee Robinson, P O Box 445, Glenbrook, NV 89413-0445
2683492 +Brooks Living Trust dated 6/30/97, c/o Howard D. Brooks & Doreen C. Brooks, 1894 Hwy 50 Ste 4 # 344, Carson City, NV 89701-3202
2683506 +Browne 1990 Family Trust dated 6/11/90, c/o Robert W. Browne & Muriel L. Browne, 700 Keele Drive, Reno, NV 89509-1156
2686100 +Bruce A. Smith & Annina M. Smith, 7736 Villa Andrade Ave, Las Vegas, NV 89131-1686
2683518 +Bruce Bryen IRA, c/o First Savings Bank Custodian, 777 S Federal Hwy Bldg N-409, Pompano Beach, FL 33062-5914
2683517 +Bruce D. Bryen, 777 S Federal Hwy BLdg N-409, Pompano Beach, FL 33062-5914
2686501 +Bruce D. Wallace & James B. Avanzino, 4895 Golden Springs Dr, Reno, NV 89509-5940
2683291 +Bruce H. Bartlett & Fay Bartlett, 1350 Centerville Ln #29, Gardnerville, NV 89410-9750
2683507 +Bruce Living Trust dated 9/27/01, c/o Don Bruce & Kim Bruce Trustees, 1761 Montelena Court, Carson City, NV 89703-8375
3097087 +Bruce McGimsey, c/o William L. McGimsey, Esq., 516 So. Sixth Street, Suite 300, Las Vegas, NV 89101-6998
2686136 +Bruce Sonnenberg & Rosemary Sonnenberg, 113 Rosewood Lane, Chicago Heights, IL 60411-1151
2686137 +Bruce Sonnenberg IRA, c/o First Savings Bank Custodian, 113 Rosewood Lane, Chicago Heights, IL 60411-1151

2683538 +Bryan F. Burley, 8345 Cretan Blue Lane, Las Vegas, NV 89128-7470
2686327 +Bryan M. Thomas and Lori M. Thomas, 2201 Dupont Drive Ste #820, Irvine, CA 92612-7508
2683321 +Bryce F. Bell, 2570 S. Dayton Way #106, Denver, CO 80231-3944
2683519 +Bryman Family Trust, c/o Michael Bryman & Dorothee Bryman Tru, 19 Wesley Crossing, Savannah, GA 31411-1724
2683525 +Buck Trust dated 7/13/95, c/o Forrest West Buck, Jr. & Mary Jean N, PO Box 5265, Sun City West, AZ 85376-5265
2683526 +Buckalew Trust, c/o Janet Buckalew Trustee, 5101 Desert Lilly Lane, Las Vegas, NV 89130-3607
2683527 +Buckwald Revocable Trust dated 2/11/92, c/o Neil G. Buckwald Trustee, 5000 North Valdez Street, Las Vegas, NV 89149-5247
2683529 +Buechner Family Trust dated 3/30/99, c/o William R. Buechner & Nancy A. Buech, 131 Basque Dr, Truckee, CA 96161-3906
2683531 +Bullock Family Trust dated 8/7/97 (KWA31, c/o Glenn Bullock & Sherry Bullock Trust, 9811 W Charleston Blvd Ste 2429, Las Vegas, NV 89117-7528
2686482 +Bunny C. Vreeland, 2334 Eagle Creek Lane, Oxnard, CA 93036-7771
2686252 +Bunny Suttle, 1904 South 17th Street, Las Vegas, NV 89104-3550
2684712 +Burgarello, Inc. Profit Sharing Plan, c/o Ronald A. Johnson Trustee, 50 Snyder Way, Sparks, NV 89431-6308
2683533 +Burger 1981 Trust, c/o Donald Dean Burger & Peggy T. Burger, 2790 S. Torrey Pines Drive, Las Vegas, NV 89146-5141
2683543 +Burt Family Trust, c/o Donald E. Burt & Connie L. Cejmer Tr, P O Box 158, Camptonville, CA 95922-0158
2683544 +Burt Family Trust #2, c/o Donald E. Burt & Connie L. Cejmer Tr, P O Box 158, Camptonville, CA 95922-0158
2685884 +Burton M. Sack, 415 L’Ambiance Dr PH-D, Longboat Key, FL 34228-3916
2685262 +Byran J. McWaters & Lisa J. McWaters, P O Box 148, Ferndale, CA 95536-0148
2684063 +Byrne Falke Living Trust, c/o Byrne E. Falke Sr. Trustee, P O Box 3774, Incline Village, NV 89450-3774
2864246 +C DONALD AYERS, PO BOX 1769, MAMMOTH LAKES CA 93546-1769
2823073 C NICHOLAS PEREOS IRS, 1610 MEADOW WOOD LN, RENO NV 89502-6510
2685229 +C. D. R. Enterprises, 2574 S Cherry, Fresno, CA 93706-5008
2683980 +C. DeAnn Dutt Trust, c/o Cynthia Deann Dutt & Wayne A. Dutt T, 2929 Harbor Cove Dr, Las Vegas, NV 89128-7083
2683243 +C. Donald Ayers, P. O. Box 605, Islamorada, FL 33036-0605
2684713 +C. I. B. B., Inc. Pension Plan, c/o Ronald A. Johnson Trustee, 50 Snyder Way, Sparks, NV 89431-6308
2684816 +C. K. Khury and Irene K. Bass Family Tru, c/o C. K. Khury and Irene K. Bass, Trust, 1930 Village Center Circle PMB 3-387, Las Vegas, NV 89134-6299
2685603 +C. Nicholas Pereos IRA, c/o First Savings Bank Custodian, 1610 Meadow Wood Lane, Reno, NV 89502-6510
2800495 CALE FAMILY TRUST DTD 11/16/88, C/O KEITH J CALE TTEE, 6070 INGLESTON DR UNIT 1111, SPARKS NV 89436-7082
2827609 CALHOUN, ORVIN, 2026 BEL AIR AVE, SAN JOSE CA 95128-1409
2827947 +CAMPTON MD, DR DENNIS, 5741 KEN’S PLACE, PAHRUMP NV 89060-1751
6895859 CANDITH ANN BROOKS, 2581 78TH STREET NORTH, GLENBURN, NORTH DAKOTA 58740
2857136 +CAPITAL CROSSING BANK, BROWNSTEIN HYATT FARBER SCHRECK, P.C., 300 SOUTH FOURTH STREET, SUITE 1200, LAS VEGAS, NV 89101-6020
2829248 +CAPITAL MORTGAGE INVESTORS, INC., C/O JEFFREY S. BERLOWITZ, ESQ., 4000 HLOOYWOOD BLVD., SUITE 375-S, HOLLYWOOD FL 33021-1210
2829284 +CAPITAL MORTGAGE INVESTORS, INC., C/O JEFFREY S. BERLOWITZ, P.A., 4000 HOLLYWOOD BLVD. SUITE 375-S, HOLLYWOOD FL 33021-1210
2833715 +CARDWELL CHARITABLE TRUST, C/O MICHAEL J DAWSON ESQ, 515 S 3RD ST, LAS VEGAS NV 89101-6501
2833633 +CARDWELL FAMILY TRUST, C/O JAMES B CARDWELL & REBA JO, C/O MICHAEL J DAWSON ESQ, 515 S 3RD ST, LAS VEGAS NV 89101-6501
2861477 +CARLTON, DANIEL, 4697 HOOKTREE RD, TWENTYNINE PALMS CA 92277-6723
2865347 CAROL A TRIPP A MARRIED WOMAN DEALING WITH, HER SOLE AND SEPARATE PROPERTY, CAROL A TRIPP, 2185 KINNEY LN, RENO NV 89511-6553
6219393 +CAROL J. PRUNER, 239 18TH ST, SPARKS, NV 89431-4845
4061711 +CAROL MORTENSEN, C/O LISA A. RASMUSSEN, ESQ., 616 SOUTH 8TH STREET, LAS VEGAS, NV 89101-7005
2863219 +CAROL MORTENSEN FAMILY TRUST DTD 9/9/90, C/O CAROL MORTENSEN TTEE, 4847 DAMON CIRCLE, SALT LAKE CITY UT 84117-5854
2801709 +CAROLINE GERWIN FAMILY TRUST, DTD 11/2/95, C/O CAROLINE M GERWIN TTEE, 4775 SUMMIT RIDGE DR APT 1101, RENO NV 89523-7921
2804985 CARSON, LINDA, PO BOX 8927, ASPEN CO 81612-8927
2828089 CARTER FAMILY TRUST DATED 6/17/96, C/O JERRY W CARTER & NANCY L CARTER TRUS, 4543 NORTHWIND CT, SPARKS NV 89436-4657
2799764 CARY TUCH & CAROL TUCH, 11445 GERALD AVE, GRANADA HILLS CA 91344-3623
2864032 CASEBOLT REVOCABLE TRUST DTD 2/30/94, C/O JOSEPHINE CASEBOLT TTEE, 201 ADA AVE APT 46, MOUNTAIN VIEW CA 94043-4943
2829216 CASEY FAMILY TRUST, C/O RICHARD F CASEY III, & KATHRYN A CASEY TTEES, PO BOX 1578, LOS GATOS CA 95031-1578
2840852 CASTILLO, TITO, 13390 PARKSIDE TER, COOPER CITY FL 33330-2642
2812807 CATHERINE B STRETMATER REVOCABLE, TRUST DTD 6/5/89, C/O CATHERINE B STRETMATER TTEE, 12000 N 90TH ST UNIT 2006, SCOTTSDALE AZ 85260-8631
2707886 +CDW Computer Centers, Inc., c/o Receivable Management Services, P.O. Box 5126, Timonium, Maryland 21094-5126, Contact: Phyllis A. Hayes
2683037 CDW DIRECT LLC, P.O. BOX 75723, CHICAGO, IL 60675-5723
2860692 +CECIL E RIORDAN & BARBARA RIORDAN, 2370 OVERLOOK CT, RENO NV 89509-5070

2819172 CESARI PIAZZA IRA, 1401 MONTEREY DR, BOULDER CITY NV 89005-2224
2827530 +CHAI MILLER LLC, PO BOX 81181, LAS VEGAS NV 89180-1181
2865175 CHARLES B ANDERSON TRUST, JANET L CHUBB ESQ, JONES VARGAS, PO BOX 281, RENO NV 89504-0281
2863573 CHARLES B DUNN IV TRUST DTD 8/12/05, C/O CHARLES B DUNN IV TTEE, 17042 NORLENE WY, GRASS VALLEY CA 95949-7161
2759811 +CHARLES B. ANDERSON TRUST, RITA P. ANDERSON TRUST, BALTES COMPANY, 211 COPPER RIDGE COURT, BOULDER CITY, NV 89005-1211
2823061 CHARLES BOMBARD 1999 TRUST DTD 12/3/99, C/O CHARLES BOMBARD TTEE, 1076 MULLEN AVE, LAS VEGAS NV 89044-9544
2810953 CHARLES D CUNNINGHAM &, SUSAN M CUNNINGHAM, 1964 OLIVER SPRINGS ST, HENDERSON NV 89052-8502
2823198 +CHARLES DUKE AND APRIL M. CUMMINS, C/O DAVID A. COLVIN, ESQ., MARQUIS & AURBACH, 10001 PARK RUN DRIVE, LAS VEGAS, NEVADA 89145-8857
2843463 CHARLES E JOHNSON & JANET P JOHNSON, JTWROS, 17 FRONT ST, PALM COAST FL 32137-1453
2863919 +CHARLES E JOHNSON & JANET P JOHNSON, HWJTWROS, CHARLES JOHNSON, 17 FRONT ST, PALM COAST FL 32137-1453
2805342 +CHARLES O & FLORA A NICHOLS, 2561 SEASCAPE DR, LAS VEGAS NV 89128-6834
2863297 +CHARLES R MARADEN & JEAN MARADEN TTEES, OF THE CHARLES & JEAN MARADEN FAMILY TRU, CHARLES R MARADEN, 12585 CREEK CREST DR, RENO NV 89511-7784
2844644 CHARLES ROBERT & GENEVA COWMAN JNT, REVOCABLE INTER VIVOS TRUST, C/O ROBERT ALAN & TERRY LEE COWMAN CO-TT, 1525 WINTERWOOD AVE, SPARKS NV 89434-6730
2798787 CHARLES T MASTERS & SANDRA O MASTERS, FAMILY TRUST DTD 10/9/92, 18124 WEDGE PKY #550, RENO NV 89511-8134
2877980 +CHAVEZ, ROLAND, 5 FALKNER DR, LADERA RANCH CA 92694-0924
2860241 CHEGWIN 1989 REVOCABLE TRUST DTD 4/13/89, C/O DENNIS M CHEGWIN & VICKI L CHEGWIN T, 78530 ARAPAHOE, INDIAN WELLS CA 92210-9151
2829330 +CHELEW PAUL, 2855 TELEGRAPH AVE STE 601, BERKELEY CA 94705-1161
2819191 +CHRIS J HAMMOND &, TARA M HAMMOND, 10145 SW 151ST PL, BEAVERTON OR 97007-8426
2866258 +CHRIS SHARP & TERRI SHARP HWJTWROS, 29276 WHITEGATE LN, HIGHLAND CA 92346-5805
2829078 +CHRISTENSEN, LISA, 33252 ASTORIA ST, DANA POINT CA 92629-1401
2863455 +CHRISTINA L HESS AN UNMARRIED WOMAN, AND DONALD L HESS AN UNMARRIED MAN JTWRO, DONALD L HESS, 1818 MADERO DR, THE VILLAGES FL 32159-9407
2843846 CHRISTINA M KEHL, JANET L CHUBB ESQ, JONES VARGAS, PO BOX 281, RENO NV 89504-0281
2766957 +CHRISTINE WESTLAND, C/O TERRA LAW LLP, 60 S. MARKET STREET, SUITE 200, SAN JOSE, CA 95113-2333
2822126 +CHRISTOPHER G STEWART &, CHRISTINE STEWART, 734 BRICK DR, HENDERSON NV 89002-8417
2827623 CIADELLA LIVING TRUST DTD 2/8/99, C/O STELLA P CIADELLA TTEE, APT #1114, 650 S TOWN CTR DR BLDG 29, LAS VEGAS NV 89144-4419
2737948 +CIT Technology Financing Services, Inc., Bankruptcy Processing Solutions, Inc., 800 E. Sonterra Blvd., Ste 240, San Antonio, TX 78258-3941
2683038 +CITIBANK, P.O. BOX 26901, SAN FRANCISCO, CA 94126-0901
2814496 +CITICORP VENDER FINANCE, INC. fka EAB LEASING CORP, 1389 Galleria Dr. Suite 200, Henderson, NV 89014-6686
2683039 CITICORP VENDOR FINANCE, INC., P.O. BOX 7247-0322, PHILADELPHIA, PA 19170-0322
2789154 +CITY OF TEMECULA, C/O STEVEN R ORR, 355 SOUTH GRAND AVENUE, 40TH FLOOR, LOS ANGELES, CA 90071-1560
2789176 +CITY OF TEMECULA, C/O STEVEN ORR, RICHARDS, WATSON & GERSHON, 355 S. GRAND AVENUE, 40TH FLOOR, LOS ANGELES, CA 90071-1560
2864573 +CK KHURY & IRENE K BASS FAMILY TRUST DTD 5/10/05, C/O SCOTT D FLEMING ESQ, HALE LANE PEEK DENNISON & HOWARD, 3930 HOWARD HUGHES PKY 4TH FL, LAS VEGAS NV 89169-0947
2996965 CLARA M CADIEUX & RICHARD L CADIEUX, 6801 W POLY WEBB RD APT 225, ARLINGTON, TX 76016-3629
2827625 +CLARK, DONALD, 305 W MOANA LN, RENO NV 89509-4984
2823070 +CLARK, HAROLD, 555 TWINING FLATS RD, ASPEN CO 81611-3119
2839957 +CLAWITER ASSOCIATES LLC, 1620 COLCHESTER ST, DANVILLE CA 94506-2093
2827612 CLENDENING FAMILY TRUST, C/O JOHN P CLENDENING &, DOREEN S CLENDENING TTEES, 1250 DAVIDSON WY, RENO NV 89509-3141
2821205 CLIFTON FAMILY TRUST, C/O HELEN CLIFTON TTEE, 10812 WINDROSE POINT AVE, LAS VEGAS NV 89144-5424
2821206 CLIFTON, HELEN, 10812 WINDROSE POINT AVE, LAS VEGAS NV 89144-5424
2686451 +CMCM Investments, LLC, 1322 Comstock Drive, Las Vegas, NV 89106-2039
2827961 COCKAYNE, ROBERT, 8501 RED HOOK PLZ STE 201, ST THOMAS VI 00802
2809793 COHAN, GEORGE, 2048 FOXFIRE CT, HENDERSON NV 89012-2190
2829325 +COHEN LIVING TRUST DATED 3/6/90, C/O SCOTT D FLEMING ESQ., HALE LANE PEEK DENNISON AND HOWARD, 3930 HOWARD HUGHES PARKWAY, 4TH FL, LAS VEGAS, NV 89169-0947
2829310 +COHEN, ALLEN, 12 STARBROOK DR, HENDERSON NV 89052-6628
2984418 +COHN FAMILY LIVING TRUST DTD 1/15/96, JERRY COHN & GLORIA L COHN TTEES, 301 BRYANT ST #103, SAN FRANCISCO CA 94107-4169
2829053 +COHUNE, L, 3530 HACKBERRY ST, SILVER SPRINGS NV 89429-8805
2803206 +COLAGROSS, CURTIS, 16227 PASQUALE RD, NEVADA CITY NV 95959-8842
2804520 +COLBORN REVOCABLE LIVING TRUST, DTD 8/6/90, C/O LARRY E COLBORN &, LORETTA A COLBORN TTEES, 1127 BROKEN WAGON TRAIL, DEWEY AZ 86327-5422
2855518 +COLLINS, SHIRLEY, 1975 SNOWBERRY CT, CARLSBAD CA 92009-8408
2829976 +COLT GATEWAY, LLC, C/O HOMES FOR AMERICA HOLDINGS, 1 ODELL PLZ, YONKERS, NY 10701-1402, 86 MAIN ST, SECOND FL, YONKERS, NY 10701-8805
2715607 +COMMUNITY BANK OF NEVADA, C/O DONALD POLEDNAK, 7371 PRAIRIE FALCON, SUITE 120, LAS VEGAS, NV 89128-0834
2808513 COMMUNITY BANK OF NEVADA, SUMMERLIN OFFICES, 7676 W LAKE MEAD BLVD, LAS VEGAS NV 89128-6642
2725567 +COPE & GUERRA, 595 HUMBOLDT ST, RENO NV 89509-1603
2823301 +COPPER SAGE COMMERCIAL CENTER LLC, P. O. BOX 28216, Scottsdale, AZ 85255-0153
2804516 +COPPLE, LOIS, 3660 GRAND AVE, DES MOINES IA 50312-4352
2683040 CORPORATE EXPRESS, P.O. BOX 71217, CHICAGO, IL 60694-1217

2855526 COSTANZA, SAM, 9809 CANTEBURY ROSE LN, LAS VEGAS NV 89134-5913
2843382 +COTTRELL, KEVON, PO BOX 716, EL GRANADA CA 94018-0716
2865160 COXEY LIVING TRUST DTD 12/03/98, C/O KENNETH D COXEY & VALERIE COXEY TTEE, 1945 HIDDEN MEADOWS DR, RENO NV 89502-8762
2814012 +CREATING MOVING EXPERIENCES, 502 KIEL ST, HENDERSON NV 89015
2683042 +CRITTENDEN NATIONAL CONFERENCES, INC., 3990 OLD TOWN AVE., SUITE C300, SAN DIEGO, CA 92110-2933
2683043 CRYSTAL SPRINGS, P.O. BOX 933, RENO, NV 89504-0933
2829364 +CUNNINGHAM, JOHN, 1899 REDWOOD VALLEY ST, HENDERSON NV 89052-6853
2812371 CURTIS CLARK IRA, 1403 PUEBLO DR, BOULDER CITY NV 89005-3203
2827004 CYNTHIA D BURDIGE TRUST U/A DTD 4/13/00, C/O CYNTHIA D BURDIGE TTEE, 100 NW 82ND AVE STE 305, PLANTATION FL 33324-1835
2829207 +CYNTHIA DEITZ, 162 OBED PT, CROSSVILLE TN 38571-6803
2860698 CYNTHIA G DAVIS LIVING TRUST, C/O CYNTHIA G DAVIS TTEE, 2465 TELLURIDE DR, RENO NV 89511-9155
2866272 +CYNTHIA MILANOWSKI TRUST, C/O JEFFREY R SYLVESTER ESQ, SYLVESTER & POLEDNAK LTD, 7371 PRAIRIE FALCON RD STE 120, LAS VEGAS NV 89128-0834
2843848 CYNTHIA WINTER, JANET L CHUBB ESQ, JONES VARGAS, PO BOX 281, RENO NV 89504-0281
2683560 +Cadwallader 2001 Trust, c/o David S. Cadwallader & Alyce E. Cadw, 14305 Wintu Way, Redding, CA 96003-9462
2686430 +Cal-Mark Beverage Company Defined Benefi, c/o Nevada Trust Company Custodian for, 440 Corte Sur Suite 200, Ignacio, CA 94949-5926
2686195 +Calbrit Retirement Trust dated 8/1/81, c/o John J. Stein Trustee, 4309 Hale Ranch Lane, Fair Oaks, CA 95628-6400
2683565 +Cale Family Trust dated 11/16/88, c/o Keith J. Cale Trustee, 6070 Ingleston Dr Unit #1111, Sparks, NV 89436-7082
2683361 +Calvin Bettencourt IRA, c/o First Trust Co. Of Onaga Custodian, 1325 Cinder Rock Dr #201, Las Vegas, NV 89128-3837
2683570 +Cameron Survivors Trust dated 12/22/97 F, c/o Ralph F. Cameron Trustee, 25482 Cadillac Dr., Laguna Hills, CA 92653-5209
2684510 +Capital Mortgage Investors, Inc., 2999 NE 191 St Ste 905, Aventura, FL 33180-3115
2684932 +Capstone Asset Management, 1390 Frank Hill Road, Ashland, OR 97520-9615
2686562 +Caralee C. White, P O Box 1565, Minden, NV 89423-1565
2686149 Carallas Holdings, Inc., 6205 Airport Road B 5th Floor, Mississauga, Ontario 0
2683601 +Cardwell Charitable Trust, c/o James B. Cardwell Trustee, 505 E Windmill Ln 1-B-158, Las Vegas, NV 89123-1869
2683600 +Cardwell Family Trust, c/o James B. Cardwell & Reba Jo Cardwell, 505 E Windmill Ln 1-B-158, Las Vegas, NV 89123-1869
2684385 +Carl C. Hagen, P O Box 1267, Fallon, NV 89407-1267
2685819 +Carl L. Robinson & Kathryn S. Robinson, 5951 Saddle Horse Ave, Las Vegas, NV 89122-3412
2686518 +Carl M. Warfield & Laura W. Warfield, 2111 E 66th Ave, Anchorage, AK 99507-2105
2686396 +Carlos A. Trujillo, 2818 Horseshoe Dr, Las Vegas, NV 89120-3338
2843616 +Carmel Winkler, Trustee of Winkler Family Trust 3/, c/o Robert C. LePome, Esq., 10120 S. Eastern Ave. #200, Henderson, NV 89052-3926
2685218 +Carmen G. McColly IRA, c/o First Savings Bank Custodian, 1009 Domnus Lane #102, Las Vegas, NV 89144-0861
2684869 +Carmen Kozlowski Trust dated 5/12/94, c/o Carmen Kozlowski Trustee, 5566 Highway 116, Forestville, CA 95436-9697
2686164 +Carmine Spinelli & Anna Spinelli, 6200 Forestview Drive, Oak Forest, IL 60452-1710
2684122 +Carol A. Fischer Trust dated 8/5/05, c/o Carol A. Fischer Trustee, 6070 Eagle Meadows Cr, Reno, NV 89519-8327
2684796 +Carol A. Kelly, 6323 State Hwy 84 NE, Longville, MN 56655-3085
2686174 +Carol A. Squicci Revocable Trust dated 5, c/o Carol A. Squicci Trustee, 2067 Central Ave, Alameda, CA 94501-4210
2686386 +Carol A.Tripp, 2185 KLinney Ln, Reno, NV 89511-6553
2684141 Carol Flier, 20155 Porto Vita Way 1803, Aventura, FL 33180
2685693 +Carol J. Pruner Trust, c/o Carol J. Pruner Trustee, 7350 Silver Lake Rd Apt # 11A, Reno, NV 89506-3169
2686057 +Carol J. Simcock, P O Box 2932, Sunnyvale, CA 94087-0932
2686058 +Carol J. Simcock IRA, c/o First Savings Bank Custodian, P O Box 2932, Sunnyvale, CA 94087-0932
2684821 +Carol Kiland IRA, c/o First Savings Bank Custodian, 20 Via Potenza Court, Henderson, NV 89011-2213
2685388 +Carol Mortensen Family Trust dated 9/9/9, c/o Carol Mortensen Trustee, 4847 Damon Circle, Salt Lake City, UT 84117-5854
2683973 +Carol Sue Dunton, 75414 Riviera, Indian Wells, CA 92210-7609
2684246 +Caroline Gerwin Family Trust dated 11/2/, c/o Caroline M. Gerwin Trustee, 1520 Sky Valley Dr #207, Reno, NV 89523-7985
2685720 +Carolyn Rand Samuelson IRA, c/o First Savings Bank Custodian, 3933 Ocean Drive, Oxnard, CA 93035-3937
2685719 +Carolyn Rand Samuelson Revocable Trust d, c/o Carolyn Rand Samuelson Trustee, 3933 Ocean Drive, Oxnard, CA 93035-3937
2683611 +Carrier Family Trust dated 8/9/91, c/o Don F. Carrier & Sara L. Carrier Tru, 3175 Greensburg Cir, Reno, NV 89509-6889
2683614 +Carson Family Trust dated 11-19-04, c/o Doyne J. Carson & Elsie L. Carson Tr, 7820 Settlers Ridge Lane, Las Vegas, NV 89145-2924
2683619 +Carter Family Trust dated 6/17/96, c/o Jerry W. Carter & Nancy L. Carter Tr, 4543 Northwind Court, Sparks, NV 89436-4657
2686402 +Cary Tuch & Carol Tuch, 11445 Gerald, Granada Hills, CA 91344-3623

2683625 +Casebolt Revocable Trust dated 2/30/94, c/o Josephine Casebolt Trustee, 201 Ada Avenue 46, Mountain View, CA 94043-4943
2684036 +Caspar H. Escher, Jr., 1800 Whitehall Lane, St. Helena, CA 94574-9786
2685806 +Cassandra J. Robbins, 57 Toppler Drive, Castle Rock, CO 80108-8208
2683628 +Castiglia Family Trust dated 11-10-04, c/o Philip Castiglia and Alis Kurtliyan-, 10115 La Tuna Canyon Road, Sun Valley, CA 91352-2102
2685169 +Castulo O. Martinez, 2208 Hot Oak Ridge, Las Vegas, NV 89134-5520
2683631 +Catalanello Trust dated 2/1/99, c/o Ralph F. Catalanello & Mary Ann Cata, 10421 Button Willow Dr, Las Vegas, NV 89134-7345
2686233 +Catherine B. Stretmater Revocable Trust, c/o Catherine B. Stretmater Trustee, 12000 N 90th St #2006, Scottsdale, AZ 85260-8631
2685534 +Catherine D. Oppio Trust dated 2/11/04, c/o Catherine D. Oppio Trustee, P O Box 15, Crystal Bay, NV 89402-0015
2684227 +Catherine Garland, 318 McSkimming Road, Aspen, CO 81611-2217
2685615 +Catherine Perrone, 923 Croton Road, Celebration, FL 34747-4843
2685799 +Cecil E. Riordan & Barbara Riordan, 2370 Overlook Court, Reno, NV 89509-5070
2683117 +Celso Acosta, 9061 Black Elk Ave, Las Vegas, NV 89143-1180
2683416 +Center State Beverage, Inc., P O Box 877, Templeton, CA 93465-0877
2685644 +Cesari Piazza IRA, c/o First Savings Bank Custodian, 1401 Monterey Drive, Boulder City, NV 89005-2224
2685904 +Chad R. Sandhas, 10121 Tabor St. Apt # 14, Los Angeles, CA 90034-4937
2683652 +Chapman Trust #1015932, c/o Leona M. Chapman Trustee, 5362 Winding Creek Drive, Rockford, IL 61114-5482
2684163 +Charles & Enid Fox Living Trust dated 8/, c/o Charles Fox & Enid Fox Trustees, 2163 Three Wood Ln, Reno, NV 89523-2083
2685137 +Charles & Jean Maraden Family Trust date, c/o Charles R. Maraden & Jean Maraden Tr, 10170 Robilee Ct, Reno, NV 89521-3060
2684690 +Charles A. Jensen & Frances Jensen, 2277 Buckingham Court, Henderson, NV 89074-5315
2686155 +Charles A. Spencer, 4850 Canyon Run Drive, Sparks, NV 89436-4627
2686184 +Charles A. Starr Co. Defined Benefit Pen, c/o Ronald Starr & Gloria J. Starr Trust, 5401 Longley Ln 45, Reno, NV 89511-1817
2683172 +Charles B. Anderson Trust, c/o Charles B. Anderson Trustee, 211 Copper Ridge Court, Boulder City, NV 89005-1211
2683971 +Charles B. Dunn, IV Trust dated 8/12/05, c/o Charles B. Dunn, IV Trustee, 17042 Norlene Way, Grass Valley, CA 95949-7161
2683409 Charles Bombard 1999 Trust dated 12/3/99, c/o Charles Bombard Trustee, 1076 Mullen Ave, Las Vegas, NV 89124
2683796 +Charles D. Cunningham & Susan M. Cunning, 1964 Oliver Springs Rd, Henderson, NV 89052-8502
2683797 +Charles D. Cunningham IRA, c/o First Trust Co. Of Onaga Custodian, 1964 Oliver Springs Street, Henderson, NV 89052-8502
2684607 +Charles D. Hopson Living Trust dated 2/2, c/o Charles D. Hopson Trustee, 3009 Cradle Mountain, Las Vegas, NV 89134-7518
2683795 +Charles Duke Cummins & April M. Cummins, 483 Marina Cove, Boulder City, NV 89005-1047
2683428 +Charles E. Borom & Lanna G. Borom, 6106 Sister Elsie Dr, Tujunga, CA 91042-2543
2683485 +Charles E. Brokop, 13835 N Tatum Blvd Ste 9419, Phoenix, AZ 85032-0412
2684628 +Charles E. Huff & Vana J. Huff, 3426 Pino Circle, Las Vegas, NV 89121-4027
2684701 +Charles E. Johnson & Janet P. Johnson, 17 Front Street, Palm Coast, FL 32137-1453
2684447 +Charles Harper & Evangeline Harper, 360 Bret Harte Ave, Reno, NV 89509-2612
2683108 +Charles J. Abdo, 2812 Ashby Ave, Las Vegas, NV 89102-1902
2683109 +Charles J. Abdo, M.D. Chartered PST, c/o Charles J. Abdo, M.D. Trustee, 2812 Ashby Ave, Las Vegas, NV 89102-1902
2683402 +Charles J. Boerio & Patricia N. Boerio, 1717 Damon Road, Carson City, NV 89701-4875
2683143 +Charles Jeremy Ainsworth, 607 B Old Steede Hwy Apt 741, Fairbanks, AK 99701-3131
2685569 +Charles Lebron Parker & Mary Jane Parker, 14470 Emerald Path, Apple Valley, MN 55124-6640
2684838 +Charles M. Kiven Revocable Trust U/A/D 0, c/o Charles M. Kiven, Trustee, 300 Keystone Court, Glencoe, IL 60022-1957
2685920 +Charles O. Sass, 250 River Front Dr, Reno, NV 89523-8945
2685726 +Charles P. Rashall Living Trust dtd 4/14, c/o Charles P. Rashall Trustee, 1918 Chatwin Ave, Long Beach, CA 90815-3103
2685671 +Charles Pollard Jr., 31302 Mulholland Hwy, Malibu, CA 90265-2701
2683470 +Charles R. Brice and Jayneta L. Brice, 785 Winchester Dr., Reno, NV 89506-6740
2683490 +Charles R. Brooks and Wendy S. Brooks, 1115 Kentfield Dr., Salinas, CA 93901-1085
2683767 +Charles Robert Cowman & Geneva Cowman Jo, c/o Robert Alan Cowman & Terry Lee Cowma, 1525 Winterwood Ave, Sparks, NV 89434-6730
2683786 +Charles S. Cropley & Christine Wrzenski, 21286 Bertram Rd, San Jose, CA 95120-4318
2684402 +Charles T. Hamm & Sandra L. Hamm, P O Box 14098, South Lake Tahoe, CA 96151-4098
2685185 +Charles T. Masters & Sandra O. Masters F, c/o Sandra O. Masters Trustee, 18124 Wedge Pkwy # 550, Reno, NV 89511-8134
2685762 +Charles W. & Kristen J. Remsen Revocable, c/o Charles W. Remsen & Kristen J. Remse, 9750 Brooks Rd, Windsor, CA 95492-7955
2683433 +Charles W. Bowman, 10881 Valley Drive, Plymouth, CA 95669-9523
2685475 +Charles Wilson Nibley IV and Nancy Ann N, 2106 Latham St, Simi Valley, CA 93065-1119
2686124 +Charlotte Snopko Marital Trust dated 8/3, c/o Frank Snopko Trustee, 278 Sussex Pl, Carson City, NV 89703-5360
2686125 +Charlotte Snopko Residual Trust dated 8/, c/o Frank Snopko Trustee, 278 Sussex Pl, Carson City, NV 89703-5360
2683657 +Chaves Group Ltd, LLC, 20155 NE 38th Court #2401, Aventura, FL 33180-3265
2683659 +Chegwin 1989 Revocable Trust dated 4/13/, c/o Dennis M. Chegwin and Vicki L. Chegw, 78530 Arapahoe Dr., Indian Wells, CA 92210-9151
2686627 +Cheryl Lyn Wollard, 3060 Spokane Dr, Las Vegas, NV 89121-2364

2683834 +Chesley R. Davies & Mary E. Davies, 1086 Stone Arches Drive, Henderson, NV 89052-5781
2683835 +Chesley R. Davies, MD Chtd. PSP, c/o Chesley R. Davies Trustee, 1086 Stone Arches Drive, Henderson, NV 89052-5781
2685230 +Chester R. McDowell., 2715 East Avenue Q-6, Palmdale, CA 93550-4163
2683789 +Cheval Enterprises, LLC, 2775 Ravazza Rd, Reno, NV 89521-8859
2686267 +Chi Lap Tai & Jenny H. Lo, 28 Langon Hollow Rd, Bridgewater, NJ 08807-5561
2686177 +Chong Chu Stalder Trust dated 4/19/90, c/o Jennifer Chong Stalder Trustee, 2052 Colvin Run Drive, Henderson, NV 89052-6971
2684938 +Chris F. Lapacik, 562 Los Altos Drive, Chula Vista, CA 91914-4132
2684937 +Chris F. Lapacik and Rosemary D. Lapacik, 562 Los Altos Drive, Chula Vista, CA 91914-4132
2684522 +Chris Hendrickson, P O Box 6802, Incline Village, NV 89450-6802
2684404 +Chris J. Hammond & Tara M. Hammond, 619 S E Division Place, Portland, OR 97202-1022
2684776 +Chris Kefalas & Kathy Kefalas, 2050 S Robb Way, Lakewood, CO 80227-1963
2686011 +Chris Sharp & Terri Sharp, 29276 Whitegate Ln, Highland, CA 92346-5805
2684242 +Christian Geisser & Hildegard Geisser, 6307 Rhea Avenue, Tarzana, CA 91335-6834
2684418 +Christian Hansen, 1466 Westwind Road, Las Vegas, NV 89146-1332
2684420 +Christian Hansen IRA, c/o First Savings Bank Custodian, 1466 Westwind Road, Las Vegas, NV 89146-1332
2685276 +Christiane Mencini-Baker Revocable Trust, c/o Christiane Mencini-Baker Trustee, P O Box 492546, Los Angeles, CA 90049-8546
2686087 +Christiane Skarich, 2448 Arizona Ave #3, Santa Monica, CA 90404-1434
2683673 +Christianson Revocable Family Trust date, c/o Angeline M. Christianson, Trustee, 2828 N Houghton Rd, Tucson, AZ 85749-9007
2684858 +Christina Kokkinos, 2059 32nd Street, Astoria, NY 11105-2054
2684543 +Christina L. Hess and Donald L. Hess, 914 Shore Crest Rd, Carlsbad, CA 92011-1131
2685734 +Christina Reale, 604 Bianca Lane, Healdsburg, CA 95448-3707
2829048 Christine A Peterson Trust, Christine A Peterson TTEE, 1829 Glenview Dr, Las Vegas NV 89134-6101
2685621 +Christine A. Petersen Trust, c/o Christine A. Petersen Trustee, 1829 Glenview, Las Vegas, NV 89134-6101
2685308 Christine E Miller Revocable Trust dated, c/o Christine E Miller Trustee, Crown Court 2, Orinda, CA 94563
2685714 +Christine Hughes Ramberg IRA, c/o Pensco Trust Company Custodian, 15 Carrera Ct, Rancho Mirage, AK 92270-3254
2685139 +Christopher A. Marando and Noreen E. Mar, 385 Maple St, Glen Ellyn, IL 60137-3811
2683907 +Christopher Dickinson & Patricia Dickins, 2845 Klinger Circle # 1, Las Vegas, NV 89121-1020
2686213 +Christopher G. Stewart & Christine Stewa, 734 Brick Drive, Henderson, NV 89002-8417
2684091 +Christopher J. Fernandes and Dionisio A., 4001 Oak Manor Ct, Hayward, CA 94542-1445
2685417 +Christopher L. Mulkey 1998 Irrevocable T, c/o David A. Mulkey Trustee, 2860 Augusta Drive, Las Vegas, NV 89109-1549
2683317 +Christopher M. Begnoche & Francis R. Beg, 685 Moonlight Mesa Dr, Henderson, NV 89011-1882
2684658 +Christopher R. Isaak, 27468 Briars Place, Valencia, CA 91354-1909
2683679 +Chun Living Trust dated 2/17/98, c/o Vernon K. Chun & Kerri J. Chun Trust, 9 Auburn Crest Court, Chico, CA 95973-8231
2685071 +Church of The Movement of Spiritual Inne, 3500 W Adams Blvd, Los Angeles, CA 90018-1822
2702667 +CiCi Cunningham, Esq., 9950 West Cheyenne Avenue, Las Vegas, NV 89129-7700
2683682 +Ciadella Living Trust dated 2/8/99, c/o Stella P. Ciadella Trustee, 650 S Town Ctr Dr, Bldg 29 Apt #1114, Las Vegas, NV 89144-4419
2713728 +Citibank ( USA ) N.A., Assoc./Texaco Payment Center, 4740 121ST ST, URBANDALE, IA 50323-2402
2783675 Citibank USA, N.A., DBA: DELL, PO Box 9025, Des Moines, IA 50368
2685995 +Citizen Printing Company Inc Citizen Inv, 1309 Webster Ave, Fort Collins, CO 80524-2776
2685680 +Clair W. Potter Trust, c/o Clair W. Potter Trustee, 2643 Richmar Drive, Beavercreek, OH 45434-6446
2685557 +Claire H. Pals Revocable Living Trust U/, c/o Harold Pals Trustee, 226 2 Morgyn Lane, Boulder City, NV 89005-1470
2686337 +Clara Threet Living Trust, c/o Clara Threet Trustee, 1508 Flag Circle, Las Vegas, NV 89102-1529
2684347 +Clarence J. Greenwald IRA #69003263337, c/o First Regional Bank Custodian, 1608 Caminito Asterisco, La Jolla, CA 92037-7136
2683693 +Clark 1998 Trust, c/o Terrence R. Clark & Phyllis L. Clark, 217 Via Lido Nord, Newport Beach, CA 92663-4607
3097092 +Clark, Johnny, c/o William L. McGimsey, Esq., 516 So. Sixth St., Suite 300, Las Vegas, NV 89101-6998
2684487 +Classic Land, LLC, c/o Stephen Hawley Manager, 4075 Losee Road, North Las Vegas, NV 89030-3301
2684488 +Classic Plumbing, 4075 Losee Road, N Las Vegas, NV 89030-3301
2684811 +Clawiter Associates, LLC, 2013 Camino Ramon PL, Danville, CA 94526-3070
2683698 +Cleary Family Revocable Living Trust, c/o Philip T. Cleary and Katherine Clear, 9705 ShadowStone Ct., Reno, NV 89521-6125
2683700 +Clendening Family Trust dated 10/08/2004, c/o John P. Clendening and Doreen Clende, 1250 Davidson Way, Reno, NV 89509-3141
2684383 +Clifford D. Hagberg & Claire F. Hagberg, 9601 Lazy River Drive, Las Vegas, NV 89117-0663
2685266 +Clifford J. Mehling II Trust dated 7/22/, c/o Clifford J. Mehling II, Trustee, 2469 Ram Crossing Way, Henderson, NV 89074-8311
2683702 +Clifton Family Trust, c/o Helen Clifton Trustee, 10812 Windrose Point, Las Vegas, NV 89144-5424
2686161 +Clifton H. Spindle & Verna R. Spindle, 1332 Lone Oak Road, Valley View, TX 76272-7339
2683703 +Climo Family Trust dated 2/6/92, c/o James D. Climo and Dolores J. Climo,, 985 Bernice Court, Sparks, NV 89436-0647

2683202 +Clinton Appelt, 11830 Pepper Way, Reno, NV 89506-7902
2683716 +Cohen Living Trust dated 3/6/90, c/o Irwin Cohen & Marilyn T. Cohen Trust, 9004 Rockville Ave, Las Vegas, NV 89143-2304
2683719 +Cohn Family Living Trust dated 1/15/96, c/o Jerry Cohn & Gloria L. Cohn Trustees, 6365 Wetzel Court, Reno, NV 89511-5057
2683726 +Colborn Revocable Living Trust dated 8/6, c/o Larry E. Colborn & Loretta A. Colbor, 38831 Parker Ridge Way, Palm Desert, CA 92260-1053
2686101 +Cole S. Smith, P O Box 2410, Minden, NV 89423-2410
2684899 +Colita Kwiatkowski & Paul Kwiatkowski, 15380 Hamilton Street, Omaha, NE 68154-3714
2685667 +Colleen Poindexter, 60 Joann Ct., Walnut Creek, CA 94597-3205
2683730 +Collins Family Trust dated 1/29/93, c/o Shirley M. Collins Trustee, 1975 Snowberry Court, Carlsbad, CA 92009-8408
2685299 +Connie Mihos & Ivan Loebs, 236 Garrett Ave, Chula Vista, CA 91910-2605
2686557 +Connie Westbrook, 14320 Ghost Rider Dr, Reno, NV 89511-8101
2685578 +Constantine PatariasTrust dtd 9/04/2004, c/o Constantine Patarias, Trustee, 4545 Dundee Drive, Los Angeles, CA 90027-1213
2683648 +Constantyn Chalitsios, 2450 Louisiana #400-110, Houston, TX 77006-2380
2683156 +Consuelo B. Alfonso, 953 Bridgeport Way, Rio Vista, CA 94571-2102
2686541 +Corazon Wehrlin, 161 Orchid Way, Reno, NV 89512-2613
2683553 +Cornelius Buys & Helen Buys, 22 N Lake Circle, Antioch, CA 94509-1932
2685029 +Cornerstone Capital Investments, LLC, 6050 Glowing Cottage Ct, Las Vegas, NV 89139-6427
2737957 +Corporate Express Office Products, Inc., Attn: Legal Dept, One Environmental Way, Broomfield, CO 80021-3416
2683757 +Costanza 1987 Survivor’s Trust dated 3/1, c/o Sam Costanza Trustee, 9809 Catebury Rose Lane, Las Vegas, NV 89134-5913
2684438 +Cousins Family Trust dated 11/21/94, c/o Susan Cousins Harley Trustee, 6554 Cotsfield Ave, Las Vegas, NV 89139-7145
2683770 +Coxey Living Trust dated 12/03/98, c/o Kenneth D. Coxey & Valerie Coxey Tru, 1945 Hidden Meadow Dr., Reno, NV 89502-8762
2686579 +Craig C. Wilkinson, 789 Vortex Ave, Henderson, NV 89002-6547
2685840 +Craig L. Rommel & Ann Marie Rommel, 8 Fresian, Coto De Caza, CA 92679-4838
2683775 +Craig Living Trust UA dated 8/10/00, c/o Howard L. Craig Trustee, 1735 Caughlin Creek Road, Reno, NV 89519-0687
2683774 +Craig Living Trust dated 08/10/00, c/o Howard L. Craig & Frankye D. Craig T, 1735 Caughlin Creek Road, Reno, NV 89519-0687
2683773 +Craig Living Trust dated 08/10/00, c/o Frankye D. Craig, Trustee, 1735 Caughlin Creek Rd, Reno, NV 89519-0687
2686618 +Craig Wisch, 210 Andrew Avenue, Naugatuck, CT 06770-4305
2686681 +Craig Zager SEP IRA, c/o First Savings Bank Custodian, P O Box 10051, Zephyr Cove, NV 89448-2051
2683777 +Craner Family Trust Under Agreement date, c/o Gareth A. R. Craner Trustee, P O Box 1284, Minden, NV 89423-1284
2685496 +Creating Moving Experiences, 503 Kiel Street, Henderson, NV 89015-4729
2683755 +Credit Shelter Trust, c/o Bruce H. Corum Trustee, 4442 Valmonte Drive, Sacramento, CA 95864-3148
2685845 +Crosbie B. Ronning, P O Box 7804, Incline Village, NV 89452-7804
2684876 +Crosstown Living Trust dated 11/12/98 (#, c/o Jack A. Krietzburg & Sharon M. Kriet, 214 Calle Galisteo, Sante Fe, NM 87508-1521
2683689 +Curtis Clark IRA, c/o First Trust Co. Of Onaga Custodian, 1403 Pueblo Dr, Boulder City, NV 89005-3203
2684760 +Curtis G. Kastler, 1082 Hacienda Dr, Simi Valley, CA 93065-4124
2684473 +Curtis Hattsrom IRA, c/o First Savings Bank Custodian, 14222 W Via Montoya, Sun City West, AZ 85375-2202
2684472 +Curtis Hattstrom & Virginia Hattstrom, 14222 W Via Montoya, Sun City West, AZ 85375-2202
2683724 +Curtis R. Colagross and Terri L. Colagro, 16227 Pasquale Rd, Nevada City, CA 95959-8842
2686616 +Cynthia A. Winter, 618 34th Ave North, Clinton, IA 52732-1582
2683532 +Cynthia D. Burdige Trust U/A dated 4/13/, c/o Cynthia D. Burdige Trustee, 100 NW 82 Ave Ste #305, Plantation, FL 33324-1835
2683892 +Cynthia DeVito, 1040 N Lake Shore Dr Unit #17B, Chicago, IL 60611-6162
2683836 +Cynthia G. Davis Living Trust, c/o Cynthia G. Davis Trustee, 2465 Telluride Dr, Reno, NV 89511-9155
2683233 +Cynthia J. Avanzino, 14519 SE 13th Place, Bellevue, WA 98007-5658
2861872 +Cynthia Milanowski Trust, c/o Jeffrey R. Sylvester, Esq., 7371 Prairie Falcon Road Suite 120, Las Vegas, NV 89128-0834
2685302 +Cynthia Milanowski Trust, c/o Cynthia Milanowski Trustee, 4484 S Pecos Rd, Las Vegas, NV 89121-5030
2685439 +D & K Partners Inc., 7293 W Mariposa Grande Ln, Peoria, AZ 85383-3246
2821211 D & P CURTIS TRUST DTD 7/27/01, C/O PATRICIA M CURTIS AND, DAN L CURTIS TTEES, 404 CLUB CT, LAS VEGAS NV 89144-0838
2685264 +D. Nathan Meehan, 450 Gears Rd Ste 860, Houston, TX 77067-4512
2684339 +D.B. Greenberg Trust U/D/T 7/20/98, c/o David B. Greenberg Trustee, 4867 Elkcreek Trail, Reno, NV 89519-8027
2804971 +DALEY, WILLIAM, 162 OBED PT, CROSSVILLE TN 38571-6803
2860060 DALTON TRUST DTD 1/7/94, C/O BERT A STEVENSON TTEE, 500 N ESTRELLA PKWY STE B2-405, GOODYEAR AZ 85338-4135
2799767 DANIEL & VIRGINIA SALERNO FAMILY TRUST, DTD 8/9/89, C/O DANIEL N SLERNO &, VIRGINIA P SALERNO TTEES, PO BOX 7869, INCLINE VILLAGE NV 89452-7869
2810965 DANIEL D NEWMAN, TRUST DTD 11/1/92, C/O DANIEL D NEWMAN TTEE, 125 ELYSIAN DR, SEDONA AZ 86336-6836

2862946 +DANIEL D NEWMAN TTEE, DANIEL D NEWMAN TRUST DTD 11/1/92, DANIEL D NEWMAN, 125 ELYSIAN DR, SEDONA AZ 86336-6836
2683044 +DANIEL OBERLANDER, 5532 SPEARFISH LAKE CT., LAS VEGAS, NV 89148-7645
2860704 +DANIEL R HALSETH & SANDRA K HALSETH TTEES, OF THE HALSETH FAMILY TRUST TOTALLY, RESTATED 4/21/00, 23 MOLAS DR, DURANGO CO 81301-9448
2863213 +DARLENE HAMMOND TTEE OF THE DAR LIVING TRUST, DTD 2/12/03, DARLENE HAMMOND, 308 LA RUE CT, LAS VEGAS NV 89145-4170
2862112 +DARLENE TURNER, 2028 1/2 I ST, SPARKS NV 89431-4613
2812566 DARYL BLANCK & YVONNE BLANCK, TRUST DTD 3/23/94, C/O DARYL L BLANCK &, YVONNE M BLANCK TTEES, 1243 COUNTRY CLUB DR, LAUGHLIN NV 89029-1547
2799768 +DAVID & JOAN SAILON, 2436 CLIFFWOOD DR, HENDERSON NV 89074-5884
2827950 +DAVID A AND ELIZABETH M SOUZA, 542 SOCORRO CT, RENO NV 89511-5389
2862110 DAVID A GEAN REVOCABLE TRUST DTD 4/3/92, C/O MARSHA KENDALL TTEE, 6615 E PACIFIC COAST HWY #260, LONG BEACH CA 90803-4228
2861458 +DAVID A SOUZA & ELIZABETH M SOUZA HWJTWROS, DAVID A SOUZA, 542 SOCCORRO CT, RENO NV 89511-5389
2840229 +DAVID B DOUTT SR & JOHNINE M DOUTT, 1121 COLUMBIA, HOUSTON TX 77008-7009
2872119 +DAVID B KRYNZEL INDIV, DAVID B KRYNZEL, 740 ALDO RAE CT, HENDERSON NV 89052-4916
2872120 +DAVID B KRYNZEL INDIV & AS MANAGING PARTNER, OF GOLD RUNNER LLC, DAVID B KRYNZEL, 740 ALDO RAE CT, HENDERSON NV 89052-4916
2877978 +DAVID B KRYNZEL INDIVIDUALLY AND AS, MANAGING PARTNER OR GOLD RUNNER LLC, DAVID B KRYNZEL, 740 ALDO RAE CT, HENDERSON NV 89052-4916
2866270 DAVID C WAHL A MARRIED MAN DEALING WITH HIS, SOLE & SEPARATE PROPERTY, DAVID C WAHL, PO BOX 8012, MAMMOTH LAKES CA 93546-8012
2866269 DAVID C WAHL AND MARGARET A WAHL JTWROS, DAVID C WAHL, PO BOX 8012, MAMMOTH LAKES CA 93546-8012
2938131 +DAVID E. GACKENBACH IRA, 12240 NORTH 128TH PLACE, SCOTTSDALE, AZ 85259-3502
2938132 +DAVID E. GACKENBACH REVOCABLE TRUST, 12240 NORTH 128TH PLACE, SCOTTSDALE, AZ 85259-3502
2826251 +DAVID FOSSATI, C/O MARTIN P MEYERS ATTY, 1000 SW BROADWAY, #1400, PORTLAND, OR 97205-3066
2773034 +DAVID FOSSATI, C/O MARTIN P MEYERS, 1000 SW BROADWAY STE 1400, PORTLAND OR 97205-3066
2728787 +DAVID FOSSATI, C/O THOMAS STILLEY, 1000 SW BROADWAY #1400, PORTLAND OR 97205-3066
2800490 DAVID L GROSS FAMILY, TRUST DTD 12/4/94, C/O DAVID L GROSS TTEE, 895 ON THE GRN, BILOXI MS 39532-3229
2801705 +DAVID M & ANN D EASTMAN, FAMILY LIVING TRUST, C/O DAVID M EASTMAN &, ANN D EASTMAN TTEES, 474 BEARDSLEY CIR, HENDERSON NV 89052-2647
2994856 DAVID M & MARCY P EDWARDS FAMILY TRUST, C/O DAVID M EDWARDS & MARCY P EDWARDS TT, 9528 YUCCA BLOSSOM DR, LAS VEGAS NV 89134-8937
2855517 +DAVID M BERKOWITZ, 827 UNION PACIFIC BLVD, PMB 71-404, LAREDO TX 78045-9484
2827629 +DAVID ROSNER REVOCABLE TRUST, DTD 1/05/23005, ROSNER, DAVID TTEE, 71 TRINIDAD DR, TIBURON CA 94920-1077
2827009 +DAVID STOEBLING IRA, 3568 E RUSSELL RD STE D, LAS VEGAS NV 89120-2249
2812083 DAVID W SCHROEDER A SINGLE MAN, 864 GRANVILLE AVE APT 1, LOS ANGELES CA 90049-5422
2759817 +DAVID W. SEXTON, PAMELA K. SEXTON, 21929 N. 79TH PLACE, SCOTTSDALE, AZ 85255-4890
2866289 +DAVIS FAMILY TRUST, C/O JOSEPH DAVIS & MARION SHARP CO-TTEES, 3100 ASHBY AVE, LAS VEGAS NV 89102-1908
2685596 DCGT FBO Claude M. Penchina Roth IRA, Ac, 74 Rue De Sevres, Paris, France 75007
2991258 DEAN FAMILY TRUST DTD 12/26/84, C/O RICHMOND DEAN II & JEAN DEAN TTEES, 8730 PETITE CREEK DR, ORANGEVALE CA 95662-2148
2829187 +DEANE ALBRIGHT & CASEY PERSING TRUSTEE, ALBRIGHT PERSING & ASSOCIATES PROFIT SHA, 1025 RIDGEVIEW DR #300, RENO, NV 89519-6325
2862949 +DEBORAH A DANIEL A SINGLE WOMAN, DEBORAH A DANIEL, 249 S VISTA DEL MONTE, ANAHEIM CA 92807-3832
2775655 +DEBRA SIERRA, C/O JOSHUA D BRYSK, LAW OFFICES OF JAMES G SCHWARTZ, 7901 STONERIDGE DR STE 401, PLEASANTON CA 94588-3656
2856735 DEBT ACQUISITION COMPANY OF AMERICA, C/O DEAN T. KIRBY, JR., KIRBY & MCGUINN, A P.C., 600 B STREET, SUITE 1950, SAN IEGO, CA 92101-4515
2856736 +DEBT ACQUISITION COMPANY OF AMERICA, C/O MICHELLE L. ABRAMS, MICHELLE L. ABRAMS, LTD., 7201 WEST LAKE MEAD BLVD., SUITE 210, LAS VEGAS, NV 89128-8360
2828140 DEL AND ERNESTINE BUNCH, 1909 RED ROBIN CT, LAS VEGAS NV 89134-6157
2827614 DENNIS G CAMPTON MD PSP DTD 3/16/72, C/O DENNIS G CAMPTON TTEE, 5741 KENS PL, PAHRUMP NV 89060-1751
2865183 +DENNIS RAGGI A MARRIED MAN DEALING, WITH HIS SOLE AND SEPARATE PROPERTY, DENNIS RAGGI, PO BOX 10475, ZEPHYR COVE NV 89448-2475
2819186 DENNIS SIPIORSKI &, DONNA D SIPIORSKI, 1312 JACKIE LN, MINDEN NV 89423-9070
2683020 DEPARTMENT OF EMPLOYMENT TRAINING, EMPLOYMENT SEC DIV, CONTRIBUTIONS SECTIO, 500 EAST THIRD STREET, CARSON CITY NV 89713-0030
2991337 DERRICK SPATORICO & LAURIE SPATORICO, 47 VINYARD HL, FAIRPORT NY 14450-4617
2819174 +DESERT COMMERCIAL SWEEPING INC, CHRISTOPHER D JAIME ESQ, MAUPIN COX & LEGOY, PO BOX 30000, RENO NV 89520-3000
2808865 +DESERT COMMERCIAL SWEEPING, INC., c/o Christopher D. Jaime, Esq., Maupin, Cox & LeGoy, P.O. Box 30,000, Reno, NV 89520-3000
2798757 +DEVELOPERS CAPITAL FUNDING CORP, 4500 S LAKESHORE DR STE 322, TEMPE AZ 85282-7190
2827007 +DEVIN LEE, 7493 BIG COTTONWOOD CT, LAS VEGAS 89123-1182
2866255 +DEWHURST FAMILY TRUST, PO BOX 6836, INCLINE VILLAGE NV 89450-6836
2839948 +DI JORIO, RICHARD, 856 NONIE ST, SANTA ROSA CA 95403-2018
2857262 +DINA LADD, 255 MOGUL MOUNTAIN DR, RENO NV 89523-9620
2808999 DIONISIO A FERNANDES MD AND, FIOLA FERNANDES, 4001 OAK MANOR CT, HAYWARD CA 94542-1445
2683021 DMV AND PUBLIC SAFETY, RECORDS SECTION, 555 WRIGHT WAY, CARSON CITY NV 89711-0250
2685892 +DNS Second Family Limited Partnership, P O Box 7869, Incline Village, NV 89452-7869

2860700 DOBYNE LIVING TRUST, C/O ROBERT S DOBYNE & LEAH K DOBYNE TTEE, 3416 CANTURA BLUFF AVE, N LAS VEGAS NV 89031-3577
2863212 +DOMINIQUE NAYLON AN UNMARRIED WOMAN, PO BOX 2, TOPAZ CA 96133-0002
2873473 +DON D MEYER & DENNIS E HEIN JTWROS, DON D MEYER, 3425 E RUSSELL RD UNIT 247, LAS VEGAS NV 89120-2260
2792018 +DON F CARRIER & SARA L CARRIER TTEES, OF THE CARRIER FAMILY TRUST, DON & SARA CARRIER, 3175 GREENSBURG CIR, RENO NV 89509-6889
2773073 +DON F CARRIER & SARA L CARRIER TTEES OF, THE CARRIER FAMILY TRUST DATED 8/9/91, DON & SARA CARRIER, 3175 GREENSBURG CIRCLE, RENO NV 89509-6889
2988850 DON MARSHALL TRUST DTD 7/18/95, C/O DON P MARSHALL TTEE, 221 CHIQUITA RD, HEALDSBURG CA 95448-9055
2827627 DON P MARSHALL TRUST DTD 7/18/95, C/O DON P MARSHALL TTEE, 221 CHIQUITA RD, HEALDSBURG CA 95448-9055
2865941 DONALD AND BEVERLY W SWEZEY TTEE, OF THE DONALD SWEZEY & BEVERLY W SWENEY, TRUST OF 2/20/01, 3666 CHEROKEE DR, CARSON CITY CA 89705-6813
2873471 +DONALD C & WANDA DUNBAR TTEES OF THE, DUNBAR RLT DTD 11/21/98, DONALD DUNBAR, 18124 WEDGE PKWY #153, RENO NV 89511-8134
2805338 +DONALD E REDMON & JAYLYLE REDMON, FAMILY TRUST DTD 10/31/95, 51 SANLO LN, MOUNTAIN HOME AR 72653-6333
2827135 +DONALD G BEVAN AND BETER COLEEN BEVAN, 1553 SPRINGWATER DR, OREM, UT 84058-5868
2878539 DONALD H PINKSER, 8650 W VERDE WY, LAS VEGAS NV 89149-4145
2878540 DONALD H PINSKER, 8650 W VERDE WY, LAS VEGAS NV 89149-4145
2877975 DONALD H PINSKER AN UNMARRIED MAN, DONALD H PINSKER, 8650 WEST VERDE WY, LAS VEGAS NV 89149-4145
2863456 +DONALD L HESS AN UNMARRIED MAN, DONALD L HESS, 1818 MADERO DR, THE VILLAGES FL 32159-9407
2863457 +DONALD L HESS AN UNMARRIED MAN AND, KAY J HART AN UNMARRIED WOMAN JTWROS, DONALD L HESS, 1818 MADERO DR, THE VILLAGES FL 32159-9407
2804527 +DONALD L OR SHANON L BERRY, JTWROS, 408 WASATCH CT, FERNLEY NV 89408-4631
2773075 +DONALD M AND JANICE I BERMAN TRUST, DONALD & JANICE BERMAN TTEES, DONALD & JANICE BERMAN, 3775 CLOVER WY, RENO NV 89509-5297
2829296 +DONALD OLSEN, 8728 CASTLE VIEW AVE, LAS VEGAS NV 89129-7680
2798838 +DONALD P CLARK FAMILY TRUST, DATED 10/25/94, C/O DONALD P CLARK TTEE, 305 W MOANA LN, RENO NV 89509-4984
2872445 +DONALD P CLARK TTEE OF THE DONALD P CLARK, FAMILY TRUST, 305 W MOANA LN STE C, RENO NV 89509-4965
2829211 DONALD S TOMLIN & DOROTHY R TOMLIN, TTEE OF THE DONALD S TOMLIN, 7145 BEVERLY GLEN AVE, LAS VEGAS NV 89110-4228
2855122 DONALD W SPRING AND EVELYN MAE SPRING, 3153 CANYON OAKS TER, CHICO CA 95928-3987
2839946 +DONDERO, ALAN, ALAN G DONDERO & PATTY J DONDERO TTEES O, ALAN G & PATTY J DONDERO 1992 REVOCABLE, 10120 W FLAMINGO RD STE #4-252, LAS VEGAS NV 89147-8392
2863572 DONNA DUNN TRUST DTD 8/12/05, C/O DONNA DUNN TTEE, 17042 NORLENE WAY, GRASS VALLEY CA 95949-7161
2844638 DONNA M CANGELOSI FAMILY TRUST, 5860 LAUSANNE DR, RENO NV 89511-5034
2872433 DONNA M CANGELOSI FAMILY TRUST, C/O DONNA M CANGELOSI TTEE, 5860 LAUSANNE DR, RENO NV 89511-5034
2813141 DONNOLO FAMILY TRUST, DTD 8/24/88, JOSEPH & LORETTA DONNOLO TTEES, 3120 HIGHLAND FALLS DR, LAS VEGAS NV 89134-7422
2829656 +DORA R SCHUTTE, C/O SCOTT D FLEMING ESQ, HALE LANE PEEK DENNISON & HOWARD, 3930 HOWARD HUGHES PKWY 4TH FL, LAS VEGAS NV 89169-0947
2798755 DOUGLAS A ESTEVES, 4500 S LAKESHORE DR STE 322, TEMPE AZ 85282-7190
2828091 +DOUGLAS CARSON, HC 34 BOX 34153, ELY NV 89301-9206
2829912 +DOUGLAS CARSON TRUST, C/O JEFFREY L HARTMAN ESQ, 510 W PLUMB LN STE B, RENO NV 89509-3693
2872437 +DOUGLAS MINTER & ELIZABETH F MINTER TTEES, OF MINTER FAMILY 1994 TRUST, C/O DOUGLAS MINTER & ELIZABETH MINTER, 5389 CONTE DR, CARSON CITY NV 89701-6718
2829263 +DOUGLAS S GRAHAM AND VALERIE L GRAHAM, JTWROS, PO BOX 276, CAMBRIA CA 93428-0276
2683045 +DOWNEY BRAND ATTORNEYS LLP, 555 CAPITOL MALL, 10TH FLOOR, SACRAMENTO, CA 95814-4601
2829915 +DOYLE FAMILY TRUST 9/23/1999, C/O JEFFREY L HARTMAN ESQ, 510 W PLUMB LN STE B, RENO NV 89509-3693
2819177 +DOYLE FAMILY TRUST DTD 9/23/1999, C/O PATRICK J DOYLE & JILL M DOYLE TTEES, 10770 OSAGE RD, RENO NV 89508-8516
3973390 +DR DAVID R. ENRICO, DR BONNY K. ENRICO, PO BOX 1524, 38 MUSTANG DR., DRIGGS, ID 83422-0100
2830281 +DR GARY KANTOR, C/O MICHAEL M SCHMAHL, MCGUIREWOODS LLP, 77 W WACKER DR #4100, CHICAGO IL 60601-1818
2866280 +DR GARY L KANTOR, C/O MICHAEL M SCHMAHL, MCGUIREWOODS LLP, 77 W WACKER DR STE 4100, CHICAGO IL 60601-1818
2866266 +DR GARY L KANTOR AS TTEE FBO KANTOR, NEPHROLOGY CONSULTANTS LTD 401K PSP, C/O MICHAEL M SCHMAHL, 77 W WACKER DR STE 4100, CHICAGO IL 60601-1683
2805336 +DR JAMES & TRACY MURPHY TTEES, OF THE MURPHY FAMILY TRUST, CHRISTOPHER D JAIME ESQ, PO BOX 30000, RENO NV 89520-3000
2825027 DR MELODY A PFINGSTEN AND CRYSTAL WITTICH, 43613 SOUTHERLAND WY, FREMONT CA 94539-5933
2685863 ++++DR. LOUIS ROTOLA & BRIDGET ROTOLA, 100 SUNRISE RANCH RD, LOVELAND CO 80538-9603 (address filed with court: Dr. Louis Rotola & Bridget Rotola, 5569 North Country Road 29, Loveland, CO 80538)
2810964 +DUNLOP, MARY E, TTEE OF THE MARY E DUNLOP, 1992 TRUST DTD 7/29/03, 10969 LAS CASITAS, ATASCADERO CA 93422-5816
2862945 +DWAYNE H DEUTSCHER AND, MICHELLE T DEUTSCHER, 5430 FENTON WY, GRANITE BAY CA 95746-6301
2684210 +Dakota Trust dated 9/16/96, c/o Jerry L. Gage & Darlene C. Gage Trus, 185 Gymkhana Ln, Reno, NV 89508-9514

2686558 +Dale L. Westerhout, DDS, Living Trust, c/o Dr. Dale L. Westerhout, DDS, Trustee, 1 Charmaine Ct, Novato, CA 94949-6608
2686559 +Dale Westerhout IRA, c/o IRA Services/First Regional Bank, 1 Charmaine Court, Novato, CA 94949-6608
2686208 +Dalton Trust dated 1/7/94, c/o Bert A. Stevenson Trustee, 500 N Estrella Pkwy Ste B2-405, Goodyear, AZ 85338-4135
2685451 +Dan Nelson & Teri Nelson, 172 W 1720 N, Orem, UT 84057-8552
2684737 +Dana McDaniel Kanne Separate Property Tr, c/o Dana McDaniel Kanne Trustee, 1704 Wincanton Drive, Las Vegas, NV 89134-6183
2683275 +Dana N. Barker & Sonja J. Barker, 4 Hunter Drive, Bow, NH 03304-5303
2683272 +Daniel C. Barcia, 1600 Picket Court, Reno, NV 89521-5018
2683604 +Daniel Carlton & Zora N. Carlton, 390 Corvair Drive, Lake Havasu City, AZ 86406-7074
2685467 +Daniel D. Newman Trust dated 11/1/92, c/o Daniel D. Newman Trustee, 125 Elysian Drive, Sedona, AZ 86336-6836
2683819 +Daniel Family Revocable Living Trust dat, c/o Wolfgang D. Daniel & Kathleen K. Dan, P O Box 3929, Incline Village, NV 89450-3929
2684686 +Daniel Jenkins and Lori J. Jenkins, 1071 S Carson St., Carson City, NV 89701-5209
2684133 +Daniel K. Fix & Barbara J. Fix Family Tr, c/o Daniel K. Fix & Barbara J. Fix Trust, 113 Pebble Beach Drive, Trophy Club, TX 76262-9784
2684052 +Daniel L. Everett & Sandra M. Everett, 921 Crystal Court, Foster City, CA 94404-3517
2685604 +Daniel L. Pereslete Trust dated 8/4/04, c/o Daniel L. Pereslete Trustee, 805 Cline Street, Las Vegas, NV 89145-6235
2685292 +Daniel Meyers, 3800 S Decatur Blvd # 71, Las Vegas, NV 89103-5817
2683603 +Daniel O. Carlton & Takeko Carlton Revoc, c/o Daniel Carlton & Takeko Carlton Trus, 4697 Hooktree Road, Twentynine Palms, CA 92277-6723
2683740 +Daniel O. Conner, IRA, c/o First Savings Bank Custodian, 5231 Suzy Saly Place, Las Vegas, NV 89122-7632
2686102 +Daniel R. Smith & Diann L. Smith, 3531 Canter Drive, N Las Vegas, NV 89032-2408
2685710 +Daniel Rakich IRA, c/o First Trust Co. of Onaga Custodian, 2613 Silverton Drive, Las Vegas, NV 89134-8835
2683951 +Daniel T. Drubin & Laura Drubin, 1363 W Stony Run Pl, Oro Valley, AZ 85755-8581
2683952 +Daniel T. Drubin IRA, c/o First Savings Bank Custodian, 1363 W Stony Run Pl, Oro Valley, AZ 85755-8581
2683953 +Daniel T. Drubin Sep IRA, c/o First Savings Bank Custodian, 1363 W Stony Run Pl, Oro Valley, AZ 85755-8581
2686431 +Daniel Uriarte Family Trust dated 10/9/9, c/o Daniel Uriarte & Alice Uriarte Trust, 2049 Avella Dr, Sparks, NV 89434-2092
2683821 +Danna Trust Agreement of 1990, c/o Klint Thomas Danna & Patricia Anne D, 4230 Waymar Court, Carmichael, CA 95608-1659
2684405 +Dar Living Trust dated 2/12/03, c/o Darlene Hammond Trustee, 308 La Rue Court, Las Vegas, NV 89145-4170
2685931 +Dario R. Scafidi & Wendy Scafidi, 7205 Iron Mountain Blvd, Stage Coach, NV 89429-8464
2683226 +Darlene Ashdown & Vincent N. Greene, P O Box 1144, Sonora, CA 95370-1144
2685279 +Darlene K. Meredith, 10805 Bighorn Drive, Reno, NV 89508-8154
2686407 Darlene M. Turner, 2028 1/2 ’ I ’ Street, Sparks, NV 89431
2685832 +Darrell Rogers IRA, c/o First Savings Bank Custodian, 2869 DelMar Drive, Minden, NV 89423-7841
2686529 +Darren E. Watson, 1465 C St # 3208, San Diego, CA 92101-5739
2686530 +Darren E. Watson, P O Box 2690, Fort Bragg, CA 95437-2690
2683386 +Daryl Blanck & Yvonne Blanck Trust dated, c/o Daryl L. Blanck & Yvonne M. Blanck T, 1243 Country Club Dr, Laughlin, NV 89029-1547
2683828 +Dashosh Family Trust, c/o Sam Dashosh & Ruth Dashosh Trustees, 3113 Sea View Court, Las Vegas, NV 89117-2273
2683833 +Davenport Revocable Trust dated 9/16/87, c/o O.H. Davenport Trustee, 105 Red Oak Circle, Georgetown, TX 78633-4732
2685882 +David A Sack Irrevocable Trust dated 3/2, c/o Burton M Sack Trustee, 415 L’Ambiance Dr PH-D, Longboat Key, FL 34228-3916
2684801 +David A. Gean Revocable Trust dated 4/3/, c/o Marsha Kendall Trustee, 6615 E. Pacific Coast Hwy.#260, Long Beach, CA 90803-4228
2684828 +David A. Kingman Acct # 1, P O Box 209, Glenbrook, NV 89413-0209
2684829 +David A. Kingman Acct # 2, P O Box 209, Glenbrook, NV 89413-0209
2684830 +David A. Kingman Acct # 3, P O Box 209, Glenbrook, NV 89413-0209
2685418 +David A. Mulkey Living Trust dated 4/22/, c/o David A. Mulkey Trustee, 2860 Augusta Drive, Las Vegas, NV 89109-1549
2686143 +David A. Souza & Elizabeth M. Souza, 542 Socorro Ct, Reno, NV 89511-5389
2686532 +David A. Weaver, 30 Palm Springs Court, Sparks, NV 89441-0522
2683647 +David B. & Renee A. Chaffin Family Trust, c/o David B. Chaffin, MD and Renee A. Ch, 1855 Manzanita Circle, Reno, NV 89509-5260
2683941 +David B. Doutt Sr. and Johnine M. Doutt, 1121 Columbia Street, Houston, TX 77008-7009
2683276 +David Barker & Lisa Barker, 9 Sullivan Drive, Bow, NH 03304-4623
2683762 +David C. Coulson & Maria V. Ardila-Couls, 2050 Blue Spruce Rd, Reno, NV 89511-8784
2683763 +David C. Coulson IRA, c/o First Trust Co. Of Onaga Custodian, 2050 Blue Spruce Rd, Reno, NV 89511-8784
2684275 +David C. Goetsch and Barbara L. Goetsch, 1616 Jones St., Minden, NV 89423-8029
2684694 +David C. Jesse, 113 Plymouth Ave, San Carlos, CA 94070-1622
2686493 +David C. Wahl, P O Box 8012, Mammoth Lakes, CA 93546-8012
2686492 +David C. Wahl and Margaret A. Wahl, P O Box 8012, Mammoth Lakes, CA 93546-8012
2685971 +David D. Scillian, 4240 Arnold Way, Mather, CA 95655-3076
2685972 +David D. Scillian Roth IRA, c/o First Savings Bank Custodian for, 4240 Arnold Way, Mather, CA 95655-3076

2683878 +David E. Derby & Patricia J. Derby, 6223 Buffalo Run, Littleton, CO 80125-9047
2684123 +David E. Fischer, 2857 Paradise Road #1004, Las Vegas, NV 89109-5294
2799681 +David E. Gackenbach IRA, c/o Peter Susi Esq, Michaelson, Susi & Michaelson, 7 West Figueroa Street 2nd Floor, Santa Barbara, CA 93101-3191
2684203 +David E. Gackenbach IRA, c/o California National Bank, Custodian, 12240 N 128th Place, Scottsdale, AZ 85259-3502
2799682 +David E. Gackenbach Revocable Trust, c/o Peter Susi Esq, Michaelson, Susi & Michaelson, 7 West Figueroa Street 2nd Floor, Santa Barbara, CA 93101-3191
2684205 +David E. Gackenbach Revocable Trust date, c/o David E. Gackenbach, Trustee, 12240 N 128th Place, Scottsdale, AZ 85259-3502
2684160 +David Fossati, P O Box 1435, Longview, WA 98632-7853
2684164 +David Foxcroft IRA, c/o First Savings Bank custodian, 25 Killiston Ct, Reno, NV 89511-9146
2683465 +David G. Bremner IRA, c/o First Savings Bank Custodian, 2870 NW Kline Street, Roseburg, OR 97471-5501
2683464 +David G. Bremner Living Trust dated 8/18, c/o David G. Bremner Trustee, 2870 NW Kline Street, Roseburg, OR 97471-5501
2685028 +David G. Livingston & Erlinda M. Livings, 1673 Key Colony Drive, Las Vegas, NV 89156-6980
2683737 +David J. Conklin, 8883 Rio Grande Falls Ave, Las Vegas, NV 89178-7219
2685285 +David J. Merzanis & Roberta June Merzani, 124 S Royal Ascot Dr, Las Vegas, NV 89144-4309
2686270 +David J. Tammadge, 7292 Horner Street, San Diego, CA 92120-1915
2684702 +David Johnson & Sue Johnson, 7503 N Moore Road, Littleton, CO 80125-9501
2684727 +David Joyce, 7465 Silver King Drive, Sparks, NV 89436-8474
2686612 +David K. Wingo IRA, c/o First Savings Bank Custodian, 4602 N 5th Street, Phoenix,, AZ 85012-1807
2686611 +David Kennedy Wingo, 8003 S 19th Way, Phoenix, AZ 85042-6839
2684884 +David Krynzel, 357 Evening Side Ave, Henderson, NV 89012-5487
2686540 +David L. Weeks and Janelle Weeks, 4400 Clyde, Casper, WY 82609-3230
2686704 +David L. Zwarg & Cara D. Zwarg, 1391 Newport Ave, Arroyo Grande, CA 93420-2217
2683995 +David M. & Ann D. Eastman Family Living, c/o David M. Eastman & Ann D. Eastman Tr, 474 Beardsley Circle, Henderson, NV 89052-2647
2684007 +David M. & Marcy P. Edwards Family Trust, c/o David M. Edwards and Marcy P. Edward, 9528 Yucca Blossom Drive, Las Vegas, NV 89134-8937
2683351 +David M. Berkowitz SEP/IRA, c/o First Savings Bank Custodian, 2013 Ottawa Drive, Las Vegas, NV 89169-3311
2683394 +David M. Blood, 140 Brownstone Drive, Mooresville, NC 28117-3717
2684001 +David M. Eby and Patricia D. Eby, 3358 Old Hwy #191, Island Park, ID 83429-5125
2685525 +David M. Olds & Sally W. Olds, 25 N Washington St, Port Washington, NY 11050-2700
2686322 +David M. Thatcher, P O Box 37, Sedalia, CO 80135-0037
2683363 +David P. Betteridge, 977 W Hano Circle, Ivins, UT 84738-6370
2686424 +David P. Ulrich, 8015 208th Str Court East, Spanaway, WA 98387-5345
2684196 David R. Fuller & Monica D. Fuller Trust, c/o David R. Fuller & Monica Fuller Trus, 955 Mullen, Las Vegas, NV 89124
2685254 +David R. McPherson & Susan McPherson, P O Box 126, Sturgis, SD 57785-0126
2685690 +David R. Pritchett and Donna J. Pritchet, 15613 N. Greenway Hayden Loop, Scottsdale, AZ 85260-1674
2685758 +David Reichel, 21191 Jasmines Way # 111, Lake Forest, CA 92630-7608
2685855 +David Rosner Revocable Trust dated 01/05, c/o David Rosner Trustee, 71 Trinidad Drive, Tiburon, CA 94920-1077
2685867 +David Rubio & Patricia L. Rubio, 870 Locust Avenue, Boulder, CO 80304-0548
2683173 +David S. Anderson and Sarah Battey-King, 530 S. Magnolia Ln., Denver, CO 80224-1525
2685887 +David Sailon & Joan Sailon, 2436 Cliffwood Dr, Henderson, NV 89074-5884
2686226 +David Stoebling IRA, c/o First Savings Bank Custodian, 3568 E Russell Rd Ste D, Las Vegas, NV 89120-2249
2684314 +David W. Grace & Denise Grace Family Tru, c/o David W. Grace & Denise Grace Truste, 2301 Cooper Crest St NW, Olympia, WA 98502-4033
2685957 +David W. Schroeder, 864 Granville Ave 1, Los Angeles, CA 90049-5422
2685989 +David W. Sexton & Pamela K. Sexton, 21929 N. 79th Place, Scottsdale, AZ 85255-4890
2686361 +David W. Toll, P O Drawer F, Virginia City, NV 89440-0150
2686628 +David W. Womack & Nellene Womack, P O Box 806, Greenville, CA 95947-0806
2683847 +Davis Family 2000 Trust, c/o Martin A. Davis & Virginia Lee Davis, 3900 Galt Ocean Drive, Playa del Mar 1701, Fort Lauderdale, FL 33308-6631
2683845 +Davis Family Trust, c/o Joseph Davis & Marion Sharp Co-Trust, 3100 Ashby Avenue, Las Vegas, NV 89102-1908
2683837 +Davis Investments, 3100 Ashby Avenue, Las Vegas, NV 89102-1908
2683843 +Davis Revocable Living Trust UA 7/06/88, c/o Glenn B. Davis & Bernie S. Davis Tru, 1110 N Henness Rd # 1856, Casa Grande, AZ 85122-5583
2686664 +Davis Yoder Trust dated 2/16/00, c/o Robert J. Yoder & Nancy R. Davis Tru, 12261 Prosser Dam Road, Truckee, CA 96161-2913
2684398 +Dawn L. Halvorson, 15625 64th Ave SE, Snohomish, WA 98296-4225
2683853 +De Ruff 1988 Trust dated 4/25/88, c/o Robert L. De Ruff Trustee, 8175 S Virginia St #850 PMB 221, Reno, NV 89511-8981
2683704 +De Vera Cline, 1860 Papago Lane, Las Vegas, NV 89169-3373
2683861 +DeBolt Living Trust dated 7/30/01, c/o Edward S. Debolt & Sharron DeBolt Tr, 5650 Forest Circle, Reno, NV 89511-5043
2683867 +DeHart/Hooks, LP, 2737 Billy Casper Dr, Las Vegas, NV 89134-7814
2683705 +DeVera Cline IRA, c/o First Trust Co. Of Onaga Custodian, 1860 Papago Lane, Las Vegas, NV 89169-3373
2686354 +Deal Investment Club, LLC, c/o Vivian Tobias, Manager, 1090 Elberon Avenue, Long Branch, NJ 07740-4504
2685529 +Dean D. Olson, 6760 Chesterfield ln, Reno, NV 89523-1767

2683859 +Dean Family Trust dated 12/26/84, c/o Richmond Dean II & Jean Dean Trustee, 8730 Petite Creek Dr, Orangevale, CA 95662-2148
2686438 +Dean Valentino & Nora Valentino, 15445 Ventura Blvd Ste 364, Sherman Oaks, CA 91403-3005
2686192 +Deanna Stein, 1426 Hometown Ave, Henderson, NV 89074-8705
2686191 +Deanna Stein and Donald P. Stein, 1426 Hometown Ave, Henderson, NV 89074-8705
2825485 +Debbie Thrower, c/o Stephen R. Harris, Esq., 417 W. Plumb Lane, Reno, NV 89509-3766
2683815 +Deborah A. Daniel, 248 S Vista del Monte, Anaheim Hills, CA 92807-3833
2684012 +Deborah F. Eifert and Kimberly M. Kulasa, 3889 Eagle Point Drive, Beavercreek, OH 45430-2084
2685489 +Deborah H. Nogaim, 1149 Pincay Drive, Henderson, NV 89015-2957
2686050 +Debra A. Sierra, 42866 Fontainebleau Park Ln, Fremont, CA 94538-3935
2686609 +Debra Ann Winemiller, P O Box 66157, Houston, TX 77266-6157
2683618 +Deette Carter Revocable Trust dated 1/3/, c/o Deette Carter Trustee, 9232 Sailing Water Ave, Las Vegas, NV 89147-6854
2683487 +Dena M. Brook, 7949 Terrace Rock Way Unit 201, Las Vegas, NV 89128-3854
2685424 +Denise A. Murphy, 410 E 17th Avenue, Escondido, CA 92025-6231
2683296 +Denise L. Barzan & Barbara Snelson, 2508 Van Hoeks Circle, Modesto, CA 95356-0367
2684144 Dennis Flier IRA, c/o First Savings Bank Custodian, 20155 Porto Vita Way 1803, Aventura, FL 33180
2684143 Dennis Flier, Inc. Defined Benefit Trust, c/o Dennis Flier Trustee, 20155 Porto Vita Way 1803, Aventura, FL 33180
2683577 +Dennis G. Campton, MD PSP dated 3/16/72, c/o Dennis G. Campton Trustee, 5741 Ken’s Place, Pahrump, NV 89060-1751
2683813 +Dennis J. Dalton & Barbara Dalton, P O Box 402, Hatch, UT 84735-0402
2683814 +Dennis J. Dalton, IRA, c/o First Savings Bank Custodian, P O Box 402, Hatch, UT 84735-0402
2684774 +Dennis M. Keegan and Gwen M. Keegan, 5024 Garlenda Dr, El Dorado Hills, CA 95762-5456
2684625 +Dennis R. Huber Sr. and Carol J. Huber, 6558 Orange Ave, Long Beach, CA 90805-2455
2685706 +Dennis Raggi, PO Box 10475, Zephyr Cove, NV 89448-2475
2686080 +Dennis Sipiorski & Donna Sipiorski, 1312 Jackie Ln, Minden, NV 89423-9070
2686180 +Dennis Stanek, 8456 Pacific Springs Avenue, Las Vegas, NV 89117-1809
2683400 +Dennis W. Boegel and Cynthia Reed, 113 Silver Aspen Crt, Galt, CA 95632-2440
2683879 +Derby Investors, LLC, 6223 Buffalo Run, Littleton, CO 80125-9047
2686150 +Derrick Spatorico & Laurie Spatorico, 47 Vineyard Hill, Fairport, NY 14450-4617
2686502 +Desert Commercial Sweeping Inc., 5620 Madras Street, Carson City, NV 89704-9556
2823300 +Desert Commercial Sweeping, Inc., c/o Christopher D. Jaime, Esq., Maupin, Cox & LeGoy, 4785 Caughlin Parkway, Reno, NV 89519-0906
2684894 +Desert Rose Estate Trust dated 12/01/04, c/o Mary F. Kunis-Bidegary Trustee, 3125 Shadowleaf Court, Las Vegas, NV 89117-3256
2683895 +Dewhurst Family Trust dated 6/15/81, c/o Mary Jane Dewhurst Trustee, PO Box 6836, Incline Village, NV 89450-6836
2684369 +Dexter and Betty Jean Guio Trust dated 4, c/o Betty J. Guio, Trustee, 3201 Plumas St #183, Reno, NV 89509-4796
2683900 +Di Meo Family Trust dated 8/15/00, c/o Anthony Di Meo & Shannon Smith Di Me, 4924 San Sebastian, Las Vegas, NV 89121-6822
2685524 +Diana A. Oldham, C/O Winx Osborne, 1116 Cedar Crest Dr, Minden, NV 89423-5166
2683303 +Diana E. Battle, 214 Wayland St, San Francisco, CA 94134-1728
2739684 +Diana Forde, TTEE of the Michelle Revocable, Trust dated 05/03/02, 4956 Ridge Rd, #83, Las Vegas, NV 89103-5044
2683204 +Diane Aranson, 5041 Suffolk Drive, Boca Ratton, FL 33496-1639
2684551 +Diane H. Higgins, 571 Alden Ln, Incline Village, NV 89451-8333
2683343 +Diane L. Bennett, 1019 Crooked Creek Dr., Los Altos, CA 94024-6707
2684194 +Diane M. Fruth Revocable Living Trust da, c/o Diane M. Fruth, Trustee, 3363 Rolan Court, Las Vegas, NV 89121-3738
2685181 +Diane Massry, AKA Denise D. Azrak-Massry, 62 Brighton Ave, Deal, NJ 07723-1202
2683234 +Diane S. Avanzino, 1116 Cathedral Ridge St, Henderson, NV 89052-3157
2686580 Dianna Wilkinson, IRA, c/o First Savings Bank Custodian, RR1 Box 55E, Kooskia, ID 83539
2684633 +Dianne Humble, 991 Hilltop Dr., Carson City, NV 89705-6000
2684912 +Dina Ladd, 355 Mogul Mountain Drive, Reno, NV 89523-9622
2685919 +Dino Sarno & Donna Sarno, 4054 Ellenita Avenue, Tarzana, CA 91356-5416
2684092 +Dionisio A. Fernandes, MD and Fiola Fern, 4001 Oak Manor Ct., Hayward, CA 94542-1445
2684362 Dixie B. Gross Revocable Trust, c/o Dixie B. Gross Trustee, 1333 Keene Rd Rte 3, Ladysmith, BC 0
2683921 +Dobyne Living Trust, c/o Robert S. Dobyne & Leah K. Dobyne Tr, 3416 Cantura Bluff Ave., North Las Vegas, NV 89031-3577
2683922 +Doerr Family Trust dated 9/12/02, c/o Linda Patrucco Doerr Trustee, 690 W. Riverview Circle, Reno, NV 89509-1130
2685630 +Dolores A. Petro, 14242 Riverside Drive 103, Sherman Oaks, CA 91423-2336
2685216 +Dolores McClintock, 18300 Meadow Song Way, Salinas, CA 93908-1505
2685440 +Dominique Naylon, P O Box 2, Topaz, CA 96133-0002
2684509 +Don & Helen Hellings Family Trust, c/o Don Hellings Trustee, 331 Glennora Way, Buellton, CA 93427-9622
2685290 +Don D. Meyer & Dennis E. Hein, 3425 E Russell Road 247, Las Vegas, NV 89120-2260
2683279 +Don L. Barnes and Miriam M. Tucker-Barne, 13725 Cayo Cantiles Ct, Corpus Christie, TX 78418-6311
2685158 +Don P. Marshall Trust dated 7/18/95, c/o Don P. Marshall Trustee, 221 Chiquita Road, Healdsburg, CA 95448-9055
2684222 +Donald A. Gandolfo & Margaret D. Gandolf, 1724 Arrow Wood Drive, Reno, NV 89521-3015
2684541 +Donald A. Herrmann & Nancy E. Herrmann, 15212 Stinson Dr, Grass Valley, CA 95949-6717
2683963 +Donald C. Dunbar IRA, c/o First Savings Bank custodian, 18124 Wedge Pkwy # 153, Reno, NV 89511-8134
2684299 +Donald E. Goodsell, 10308 Willamette Place, Las Vegas, NV 89134-5151

2684674 +Donald E. James, 2038 Palm Street #438, Las Vegas, NV 89104-4867
2685741 +Donald E. Redmon & Jaylyle Redmon Family, c/o Donald E. Redmon & Jaylyle Redmon Tr, 51 Sanlo Lane, Mountain Home, AR 72653-6333
2685742 +Donald E. Redmon IRA, c/o First Savings Bank Custodian, 51 Sanlo Lane, Mountain Home, AR 72653-6333
2686038 +Donald E. Shoup & Sharon K. Shoup, 417 West St, Wellsville, MO 63384-1145
2683365 +Donald G. Bevan and Bette Coleen Bevan, 1553 W Springwater Dr, Orem, UT 84058-5868
2684900 +Donald H. Kwiatkowski & Sandra L. Kwiatk, 15710 Dawson Creek Drive, Monument, CO 80132-6013
2685656 +Donald H. Pinsker, 8650 W Verde Way, Las Vegas, NV 89149-4145
2686103 +Donald J. Smith & Shirley M. Smith Trust, c/o Donald J. Smith & Shirley M. Smith T, 268 Robindale, Las Vegas, NV 89123-1109
2684544 +Donald L. Hess, 914 Shore Crest Rd, Carlsbad, CA 92011-1131
2684545 +Donald L. Hess & Kay J. Hart, 914 Shore Crest Rd, Carlsbad, CA 92011-1131
2684961 +Donald Lechman IRA, c/o First Savings Bank Custodian, 2561 Date Circle, Torrance, CA 90505-3034
2683354 +Donald M. & Janice I. Berman 1996 Revoca, c/o Donald M. Berman & Janice I. Berman, 3775 Clover Way, Reno, NV 89509-5297
2686104 +Donald M. Smith & Frances L. Smith Revoc, c/o Donald M. Smith & Frances L. Smith T, 18875 Live Oak Road, Red Bluff, CA 96080-9106
2685223 +Donald N. McCord, 2713 Hope Forest Drive, Las Vegas, NV 89134-7323
2685527 +Donald Olsen IRA, c/o First Trust Co. Of Onaga Custodian, 8728 Castleview Ave, Las Vegas, NV 89129-7680
2683688 +Donald P. Clark Family Trust dated 10/25, c/o Donald P. Clark Trustee, 305 W Moana Lane, Reno, NV 89509-4984
2686366 +Donald S. Tomlin & Dorothy R. Tomlin Rev, c/o Donald S. Tomlin & Dorothy R. Tomlin, 7145 Beverly Glen Ave, Las Vegas, NV 89110-4228
2686262 +Donald Swezey & Beverly W. Swezey Trust, c/o Donald Swezey & Beverly W. Swezey T, 3666 Cherokee Drive, Carson City, NV 89705-6813
2686418 +Donald V. Twichell and Michelle Twichell, 5385 Cross Creek Ln, Reno, NV 89511-9037
2683458 +Donald W. Brehm, 16540 Daily Avenue, Fountain Valley, CA 92708-2207
2683744 +Donald W. Cook Trust, c/o Donald W. Cook Trustee, 2505 Anthem Village Dr Ste E-463, Henderson, NV 89052-5505
2686171 +Donald W. Spring and Evelyn Mae Spring, 3153 Canyon Oaks Terrace, Chico, CA 95928-3987
2685077 +Donna C. Luttel, Gerhard Luttel And Gwen, 390 Peaceful Street, Las Vegas, NV 89110-5210
2683970 +Donna Dunn Trust dated 08/12/05, c/o Donna Dunn Trustee, 17042 Norlene Way, Grass Valley, CA 95949-7161
2683491 +Donna J. Brooks, 5555 N Ocean Blvd # 12, Ft Lauderdale, FL 33308-2352
2684511 +Donna J. Hellwinkel, 4555 Saddlehorn Drive, Reno, NV 89511-6735
2683589 +Donna M. Cangelosi Family Trust, c/o Donna M. Cangelosi Trustee, 5860 Lausanne Drive, Reno, NV 89511-5034
2686534 +Donna Webb, 500 N Estrella Pkwy Ste B2-405, Goodyear, AZ 85338-4135
2683935 +Donnolo Family Trust dated 8/24/88, c/o Joseph Donnolo & Loretta Donnolo Tru, 3120 Highland Falls Drive, Las Vegas, NV 89134-7422
2685966 +Dora R. Schutte, 116 Country Club Drive, Jerome, ID 83338-6460
2686323 +Doris D. Thatcher, 508 Eastgate Ct, Grand Junction, CO 81501-4970
2683572 +Doris Mae Campbell Revocable Trust of 19, c/o Doris Mae Campbell, Trustee, 34 Beaver Lake Circle, Ormond Beach, FL 32174-8140
2684870 +Dorothea K Kraft, 1010 Barnegat Lane, Mantoloking, NJ 08738-1702
2684023 +Dorothy Ellis, 2700 Otter Creek Ct #102, Las Vegas, NV 89117-1727
2684775 +Dorothy J. Keeth by Gary Keeth with Powe, 7492 Midfield Court, Las Vegas, NV 89120-3121
2686037 +Dorothy J. Shope, 2833 Maryland Hills Dr, Henderson, NV 89052-7700
2685508 +Douglas & Nancy O'Herron Revocable Trust, c/o Douglas O'Herron & Nancy O'Herron Tr, 5316 Byron Nelson Lane, Las Vegas, NV 89149-6492
2686012 +Douglas C. Sharp and Margaret Sharp, 3128 E University Ave, Las Vegas, NV 89121-5138
2685964 +Douglas Gregg Schulze & Doreen L. Schulz, P O Box 788, Pipestone, MN 56164-0788
2683486 +Douglas L. Bronzie, 1325 Santa Cruz Dr, Minden, NV 89423-7520
2685026 +Douglas Littrell & Joani Littrell, 953 Bridgeport Way, Rio Vista, CA 94571-2102
2684319 +Douglas S. Graham and Valerie L. Graham, P O Box 276, Cambria, CA 93428-0276
2686348 +Douglas Tichenor & Susan Tichenor, 6190 Jensen Street, Las Vegas, NV 89149-1323
2683613 +Douglas W. Carson Trust, c/o Douglas Carson Trustee, HC 34 Box 34153, Ely, NV 89301-9206
2825455 +Downey Brand, LLP, 427 W. Plumb Lane, Reno, NV 89509-3766
2683946 +Doyle Family Trust dated 9/23/1999, c/o Patrick J. Doyle and Jill M. Doyle T, 10770 Osage Rd, Reno, NV 89508-8516
2684537 +Dr. Allan R. Herndobler & Sue Herndobler, 12910 SW Glacier Lily Circle, Tigard, OR 97223-1938
2686268 +Dr. Carole Talan, 1299 kingsbury Grade, Gardnerville, NV 89460-7708
2686512 +Dr. Damon Paul Walton & Rebecca Jean Wal, 19901 Timbered Estates Lane, Carlinville, IL 62626-3939
2686514 +Dr. Damon Paul Walton IRA, c/o First Savings Bank Custodian, 19901 Timbered Estates Lane, Carlinville, IL 62626-3939
2684788 +Dr. Dana D. Keith, DDS, 6603 Rannoch Rd, Bethesda, MD 20817-5425
2684738 +Dr. Gary Kantor, 2816 Vista Del Sol, Las Vegas, NV 89120-3610
2862177 +Dr. James & Tracy Murphy Tr. of Murphy Family Tr., c/o Christopher D. Jaime, Esq., Maupin, Cox & LeGoy, 4785 Caughlin Parkway, Reno, NV 89519-0906
2769458 +Dr. James & Tracy Murphy, Trustees, Murphy Fam. Tr, c/o Christopher D. Jaime, Esq., Maupin, Cox & LeGoy, P.O. Box 30,000, Reno, NV 89520-3000
2683535 +Dr. Joselito Tan Burgos, 30080 Oak Ave, Aitkin, MN 56431-4459
2685634 +Dr. Melody A. Pfingsten and Crystal Witt, 43613 Southerland Way, Fremont, CA 94539-5933
2683948 +Draper Family LLLP, c/o Douglas W. Draper and Leann T. Drape, 53 Moss Way, Golden, CO 80401-5014
2685626 +Drew Peterson & Amy Peterson, 802 Los Tavis Way, Boulder City, NV 89005-3500

2683950 +Driscoll Family Trust Agreement dated Ma, c/o Donald M. Driscoll and Nikki M. Dris, 2928 Aqualine Court, Las Vegas, NV 89117-2576
2683696 +Drs. Raymond J. Clay, Jr. & Joan Marie C, 2794 Vista View Drive, Lewisville, TX 75067-8360
2683154 +Drs. Stanley Alexander and Florence Alex, 812 Sweetwater Club Blvd., Longwood, FL 32779-2125
2685809 +Duane B. Roberts, 1200 Lakeshore Ave Apt 4F, Oakland, CA 94606-1637
2684474 +Duane R. Haugarth & Nancy K. Haugarth, 20010 N Alta Loma Dr, Sun City West, AZ 85375-5573
2686211 +Duane Steward and Diane J. Steward, 600 Muirfield Court, Modesto, CA 95356-9553
2683956 +Dubofsky & Son Inc. Pension Plan and Tru, c/o Robert Dubofsky, Trustee, C/O BWD Group, 113 S Service Rd, Jericho, NY 11753-1046
2683958 +Duesing 1994 Trust, c/o Dennis Duesing & Cherie Duesing Trus, P O Box 2898, Pahrump, NV 89041-2898
2683960 +Duffy 1986 Trust dated 6/18/86, c/o James J. Duffy Jr. Trustee, 4569 South Sacks Drive, Las Vegas, NV 89122-6634
2683962 +Dunbar Revocable Living Trust dated 11/, c/o Donald C. Dunbar and Wanda Dunbar Tr, 18124 Wedge Pkwy #153, Reno, NV 89511-8134
2683965 +Duncan Family Trust dated 4/21/99, c/o Danny R. Duncan & Fumiko J. Duncan T, 2716 Woodflower Ave, Henderson, NV 89052-3927
2683969 +Dunn Family Decedents Trust dated 8/11/1, c/o Allen W. Dunn Trustee, 430 Angela Pl, Reno, NV 89509-5407
2684691 +Durand Jensen Family Ltd Partnership, c/o Harold E Jensen & Norma Lea Jensen C, P O Box 420161, Kanarraville, UT 84742-0161
2683344 +Dusk Bennett & Alan Bennett, 14225 S Whisperwood Dr, Reno, NV 89521-5223
2683887 +Dwayne H. Deutscher and Michelle T. Deut, 5430 Fenton Way, Granite Bay, CA 95746-6301
2685387 +Dwight E. Morrow, 18334 Gault St, Reseda, CA 91335-4414
2684084 +E & M Hardware Profit Sharing Plan, c/o James Feeney Trustee, P O Box 19122, Reno, NV 89511-0893
2826018 +E GRACE MARSTON, TRUSTEE OF THE MARSTON FAMILY TRU, 12441 ROAD 44, MANCOS, CO 81328-9213
2844290 E&M HARDWARE PROFIT SHARING PLAN, C/O JAMES FEENEY TTEE, PO BOX 19122, RENO NV 89511-0893
2686659 +E. C. Yegen, P. O. Box 4900, Casper, WY 82604-0900
2860236 +EARP, ROBERT, 609 N LAUREL, EL PASO TX 79903-3401
2855527 EASTLAND JOINT LIVING TRUST DTD 10/8/01, C/O THOMAS C & CHRISTIANA EASTLAND TTEES, 172 BELLE AVE, PLEASANT HILL CA 94523-4640
2855528 EASTLAND, THOMAS, 172 BELLE AVE, PLEASANT HILL CA 94523-4640
2683311 +EBLA Living Trust dtd 01/15/2004, c/o Mahfoud Beajow & April L. Beajow Tru, 1909 Ginori Court, Henderson, NV 89014-3780
2865331 +EDDIE MAYO AND JOCELYNE HELZER JTWROS, EDDIE MAYO, 115 S DEER RUN RD, CARSON CITY NV 89701-9351
2775653 +EDWARD & MARGE FRASER, EDWARD & MARGE FRASER TTEES, 14220 SORREL LN, RENO NV 89511-6744
2772965 EDWARD AND MARGE FRASER, 14220 SORREL LN, RENO NV 89511-6744
2775652 +EDWARD C FRASER IRA, EDWARD C FRASER, 14220 SORREL LN, RENO NV 89511-6744
2809808 EDWARD KLINE & LEAH KLINE, FAMILY TRUST DTD 7/9/91, C/O EDWARD KLINE AND LEAH KLINE TTEES, 9932 ARBUCKLE DR, LAS VEGAS NV 89134-7530
2844507 +EDWARD N HOMFELD, 2515 N ATLANTIC BLVD, FT LAUDERDALE FL 33305-1911
2863216 +EDWARD O HIGH AN UNMARRIED MAN, EDWARD O HIGH, 1413 PELICAN BAY TRAIL, WINTER PARK FL 32792-8124
2829189 +EDWARDS, DAVID, 9528 YUCCA BLOSSOM DRIVE, LAS VEGAS, NV 89134-8937
2860694 +EDWIN L HAUSLER JR TTEE FOR THE EDWIN, LOWELL HAUSLER JR LIVING TRUST DTD 1/3/9, 4617 CONSTITUTION AVE NE, ALBUQUERQUE NM 87110-5739
2798753 +ELAINE MULLIN, 3115 MERRILL DR #37, TORRANCE CA 90503-7175
2865928 +ELAN REDDELL TTEE, ELAN REDDELL REVOCABLE TRUST DTD 8/4/03, 6770 HAWAII KAI DR #1006, HONOLULU HI 96825-1544
2865182 +ELEANOR L ROGERS 1991 REVOCABLE TRUST, DTD 7/3/91, C/O ELEANOR L ROGERS TTEE, 78 SEAL ROCK DR, SAN FRANCISCO CA 94121-1437
2809805 +ELIAS FAMILY TRUST DTD 5/19/04, C/O DONNA M ELIAS SUCCESSOR TTEE, 9900 WILBUR MAY PKWY APT 502, RENO NV 89521-4005
2863208 +ELIZABETH R MURPHY AN UNMARRIED WOMAN, PAYABLE ON DEATH TO MELISSA B MURPHY, 320 HIDDEN TRAILS RD, ESCONDIDO CA 92027-5300
2829655 +ELLEN B ADAMS, C/O SCOTT D FLEMING ESQ, HALE LANE PEEK DENNISON & HOWARD, 3930 HOWARD HUGHES PKWY 4TH FL, LAS VEGAS NV 89169-0947
2855523 +ELLIS L & SIVIA V ELGART TTEES FOR THE, ELLIS L ELGART REVOCABLE LIVING TRUST 7-, 4534 WHITE CEDAR LN, DEL RAY BEACH, FL 33445-7037
2866265 ELLYSON J GALLOWAY, 7440 S BLACKHAWK ST #12208, ENGLEWOOD CO 80112-4355
2861117 +ELMER EUGENE GILBERT JR A MARRIED MAN, DEALING WITH HIS SOLE & SEPARATE PROPERT, E EUGENE GILBERT, 81590 CHENEL RD, FOLSOM LA 70437-5414
2864238 ELMER EUGENE GILBERT JR A MARRIED MAN DEALING, WITH HIS SOLE AND SEPARATE PROPERTY, 81590 CHENEL RD, FOLSOM LA 70437-5414
2994854 EMIL REYNOLDS & ANNA REYNOLDS, 982 E COUNTY RD 350 S, GREENCASTLE IN 46135-7300
2827006 +ENGLISH, RICHARD, 6727 E SWARTHMORE DR, ANAHEIM CA 92807-5040
2873470 +ERIC B FREEDUS & LINDA P FREEDUS HWJTWROS, ERIC B FREEDUS, 5008 NIGHTHAWK WY, OCEANSIDE CA 92056-5443
2875227 +ERIC D. MADDEN, DIAMOND MCCARTHY, LLP, 1201 ELM STREET, SUITE 3400, DALLAS, TX 75270-2126
2872424 ERIC L DISBROW TTEE FOR ERIC DISBROW MD INC, PROFIT SHARING PLAN, ERIC DISBROW, 3840 FAIRWAY DR, CAMERON PARK CA 95682
2826252 ERIC T & DOLORES Y ERICKSON, 1455 SUPERIOR AVE #342, NEWPORT BEACH, CA 92663-6125
2829898 +ERIN E MACDONALD, TRUSTEE OF THE, ERIN E MCDONAL REVOCABLE LIVING TRUST, 361 E. DELAMAR DR., HENDERSON, NV 89015-8143
2829900 ERIN E. MACDONALD, TRUSTEE OF THE, ERIN E. MCDONALD REVOCABLE LIVING TRUST, 9521 TOURNAMENT CANYON DRIVE, LAS VEGAS, NV 89144-0823
2827957 +ERIN SULLIVAN & JEAN SULLIVAN, 30 PALM SPRINGS CT, SPARKS NV 89441-0522
2862111 +ERNEST J MOORE AN UNMARRIED MAN, ERNEST J MOORE, 2028 I ST, SPARKS NV 89431-4349

2984421 ERNEST W LIBMAN IRA, 1709 GLENVIEW DR, LAS VEGAS NV 89134-6121
2866260 +ERVEN J NELSON & FRANKIE J NELSON TRUST, C/O ERVEN J NELSON & FRANKIE J NELSON TT, 2023 W ASPIRATION POINT, ST GEORGE UT 84790-4877
2866259 +ERVEN J NELSON LTD PSP DTD 10/31/72, C/O ERVEN J NELSON TTEE, 2023 W ASPIRATION POINT, ST GEORGE UT 84790-4877
2799758 ESPERANCE FAMILY TRUST DTD 12/8/04, C/O ROBERT J ESPERANCE &, MARY A ESPERANCE TTEES, 904 DOLCE DR, SPARKS NV 89434-6646
2798731 ESTEVES, DOUG, DEVELOPERS CAPITAL FUNDING, 4500 S LAKESHORE DR, STE 322, TEMPE AZ 85282-7190
2798951 +ESTEVES, DOUGLAS A, 2291 W MAPLEWOOD ST, CHANDLER AZ 85286-6725
2843202 EUGENE AUFFERT AND MARIA TERESA AUFFERT, 534 LAMBETH CT, HENDERSON NV 89014-3863
2766950 +EVA POTTS, C/O TERRA LAW LLP, 60 S. MARKET STREET, SUITE 200, SAN JOSE, CA 95113-2333
2827010 EVALYN C TRYLOR SEPARATE PROPERTY, TRUST DTD 2/17/87, C/O EVALYN C TAYLOR TTEE, 1908 ROLLING DUNES CT, LAS VEGAS NV 89117-6916
2800474 +EVANS, GARY, 9422 SE VIEW PARK RD, PORT ORCHARD WA 98367-8671
2829204 +EVANS, RICHARD, 7143 VIA SOLANA, SAN JOSE CA 95135-1338
2864567 +EVELYN A IVES TTEE OF THE MELVIN J IVES &, EVELYN A IVES QTIP TRUST, 220 FIRST ST #3, SEAL BEACH CA 90740-5908
2864779 +EVELYN A IVES TTEE OF THE MELVIN J IVES &, EVELYN A IVES BYPASS TRUST DTD 1/6/93, 220 FIRST ST #3, SEAL BEACH CA 90740-5908
2829794 +EVERETT DAN AND SANDRA M EVERETT, 921 CRYSTAL COURT, FOSTER CITY CA 94404-3517
2808504 EVERETT H JOHNSON FAMILY TRUST, DTD 1/24/90, C/O EVERETT H JOHNSON TTEE, PO BOX 3605, INCLINE VILLAGE NV 89450-3605
2808693 EVERETT H JOHNSTON FAMILY, TRUST DTD 1/24/90, C/O EVERETT H JOHNSTON TTEE, PO BOX 3605, INCLINE VILLAGE NV 89450-3605
2829219 +EVERETT, DAN & SANDRA M EVERETT, 921 CRYSTAL CT, FOSTER CITY CA 94404-3517
2684477 +Earl Hauserman & Bette Hauserman, 201 International Dr #752, Cape Canaveral, FL 32920-3677
2684478 +Earl Hauserman, IRA, c/o First Savings Bank Custodian, 201 International Dr # 752, Cape Canaveral, FL 32920-3677
2684621 +Earl Howsley, Jr., P O Box 11044, Reno, NV 89510-1044
2684132 +Earlene E Fitzner IRA, c/o First Savings Bank Custodian, 7456 W Mulford Street, Niles, IL 60714-3161
2683671 +Early R. Christian & Phyllis R. Christia, 313 Torrey Pines Drive, Dayton, NV 89403-8763
2683994 +Eastland Family Joint Living Trust dated, c/o William C. Eastland & Carol A. Eastl, 2100 Mulberry Lane, Placerville, CA 95667-9361
2683993 +Eastland Joint Living Trust dated 10/8/0, c/o Thomas C. Eastland and Christiana Ea, 172 Belle Ave., Pleasant Hill, CA 94523-4640
2843716 +Ed Arnold IRA, c/o Robert C. LePome, Esq., 10120 S. Eastern Ave. #200, Henderson, NV 89052-3926
2843715 +Ed Arnold IRA, First Northern Bank, c/o Robert C. LePome, Esq., 10120 S. Eastern Ave. #200, Henderson, NV 89052-3926
2685805 +Eda Robbie Survivor Trust dated 5/22/03, c/o Agueda R. Robbie AKA Eda Robbie Trus, 110 Londonderry Ct, Reno, NV 89511-2718
2685206 +Eddie Mayo & Jocelyne Helzer, 115 S Deer Run Road, Carson City, NV 89701-9351
2686623 +Edgar H. Wolf, 3868 Carlton Dr, Atlanta, GA 30341-1827
2684238 +Edmund G. Gaylord and Betty Boese, 4202 Harbor Blvd, Port Charlotte, FL 33952-9124
2686308 +Edmund T. Temple, P O Box 733, Janesville, CA 96114-0733
2686592 +Edna P. Wilson & Sloan D. Wilson, 512 Linden Ave, Grass Valley, CA 95945-6109
2685562 +Edward & Joan Panyrek Trust dated August, c/o Edward J. Panyrek & Joan Panyrek, Gr, 1636 Kregel Ave, Muskegon, MI 49442-5331
2683534 +Edward Burgess IRA, c/o First Savings Bank Custodian, P O Box 422, Royal, AR 71968-0422
2684175 +Edward C. Fraser IRA, c/o First Savings Bank Custodian, 14220 Sorrel Lane, Reno, NV 89511-6744
2683985 +Edward D. Earl, 121 W Highland Dr, Henderson, NV 89015-7611
2683986 +Edward D. Earl & Marci Maxwell, 121 W Highland Dr, Henderson, NV 89015-7611
2683984 +Edward D. Earl and Marceline Earl, 121 W Highland Dr, Henderson, NV 89015-7611
2685081 +Edward D. Lynch, 3917 Parkview Terrace, Riverside, CA 92501-2359
2684057 +Edward E. Eyre, Jr. 1998 Trust dated 12/, c/o Edward E. Eyre, Jr. & Carol C. Eyre, 7456 Brothers Lane, Washoe Valley, NV 89704-8501
2685051 +Edward G. Loughlin, 2636 Golden Sands Dr, Las Vegas, NV 89128-6805
2685052 +Edward G. Loughlin & Thelma E. Guevara, 2636 Golden Sands Drive, Las Vegas, NV 89128-6805
2684216 +Edward Galvin IRA, c/o First Savings Bank Custodian, 3970 Saddlewood Court, Las Vegas, NV 89121-4166
2684823 +Edward H. Kim, 2101 W. Warm Springs #3814, Henderson, NV 89014-5519
2685701 +Edward J. Quinn & Darlene A. Quinn, 660 NW Brookhaven Dr, Lee’s Summit, MO 64081-2016
2684846 +Edward Kline & Leah Kline Family Trust d, c/o Edward Kline and Leah Kline Trustee, 9932 Arbuckle Drive, Las Vegas, NV 89134-7530
2684554 +Edward O. High, 1413 Pelican Bay Trail, Winter Park, FL 32792-8124
2684598 +Edward W. Homfeld, 2515 N Atlantic Blvd, Ft Lauderdale, FL 33305-1911
2684419 +Edwin C. Hansen & Rachel M. Hansen, 2549 Shettler Road, Muskegon, MI 49444-4356
2683606 +Edwin Carlton lll, 1405 Tumberry Street, Las Vegas, NV 89117-8305
2683220 +Edwin E. Arnold IRA, c/o First Savings Bank Custodian, 20170 Redwood Drive, Foresthill, CA 95631-9638
2684470 +Edwin E. Scott 1996 Revocable Trust, c/o Lois E. Hath & Brenda C. Masnack, Su, 3540 W Sahara Ave Box 590, Las Vegas, NV 89102-5816
2684659 +Edwin Isenberg, 952 Las Lomas Avenue, Pacific Palisades, CA 90272-2430
2685607 +Edwin L. Perez, 806 N Hudson Avenue, Los Angeles, CA 90038-3610
2686123 +Edwin L. Snelson & Barbara Snelson, 2601 Konynenburg Lane, Modesto, CA 95356-0325
2684479 +Edwin Lowell Hausler, Jr. Living Trust d, c/o Edwin L. Hausler, Jr., Trustee, 4521 Pisa Dr, Reno, NV 89509-6614

2685608 +Edwin Perez & Antonia Perez, 806 N. Hudson Ave, Hollywood, CA 90038-3610
2684356 +Egils N. Grieze, 10811 Zoeller Ct., Reno, NV 89511-4370
2684919 +Eileen Marie Lakin IRA, c/o First Trust Co. Of Onaga Custodia, 2727 Amy Court, Mount Shasta, CA 96067-9737
2684984 +Elaine M. Leitner and Craig A. Leitner, 7226 Heatherwood Dr., Reno, NV 89523-2119
2685421 +Elaine P. Mullin Trust dated 8/6/90, c/o Elaine Mullin Trustee, 3115 Merrill Dr #37, Torrance, CA 90503-7175
2685740 +Elan Reddell Revocable Living Trust date, c/o Elan Reddell Trustee, 6770 Hawaii Kai Dr #1006, Honolulu, HI 96825-1544
2686105 +Eldon and Caroly Smith Trust dated the 7, c/o Eldon N. Smith or his successor as T, 370 N Pfeifferhorn Drive, Alpine, UT 84004-1589
2683761 +Eleanor Ada Couch Trust Dtd 12/29/2005, c/o Eleanor A. Couch Trustor and Trustee, 805 Cline Street, Las Vegas, NV 89145-6235
2685831 +Eleanor L. Rogers 1991 Revocable Living, c/o Eleanor L. Rogers Trustee, 22 Lopez Avenue, San Francisco, CA 94116-1449
2686453 +Eleanor Varelli, 1212 N Lake Shore Dr Apt 23CN, Chicago, IL 60610-6680
2684020 Elias Family Trust dated 5/19/04, c/o Donna M. Elias Successor Trustee, 900 Wilbur May Pkwy #1401, Reno, NV 89521
2683925 +Elizabeth P. Dokken Trust dated 1/27/93, c/o Elizabeth P. Dokken-Baxter Trustee, 386 Marsh Road, Carson City, NV 89701-7619
2685426 +Elizabeth R. Murphy, 320 Hidden Trails Rd, Escondido, CA 92027-5300
2686239 +Elizabeth Stryks Shaw, 1545 Broadway 308, San Francisco, CA 94109-2533
2684980 +Ella M. Lehrer, 350 Paseo de Playa Unit 319, Ventura, CA 93001-2754
2683124 +Ellen B. Adams, 2876 Forest Grove Dr, Henderson, NV 89052-6816
2683831 +Ellen D. Dauscher in trust for Carleigh, P. O. Box 10031, Zephyr Cove, NV 89448-2031
2684748 +Ellen Karatzaferis, 3748 Colonial Drive, Las Vegas, NV 89121-4403
2685082 +Ellen Mary Lynch Trust dated 7/6/1998, c/o Ellen Mary Lynch Trustee, 69-411 Ramon Rd #223, Cathedral City, CA 92234-3350
2684018 +Ellis L. Elgart IRA, c/o First Savings Bank Custodian, 4534 White Cedar Lane, Delray Beach, FL 33445-7037
2684017 +Ellis L. Elgart Revocable Living Trust d, c/o Ellis L. Elgart and Sivia V. Elgart,, 4534 White Cedar Lane, Delray Beach, FL 33445-7037
2684215 +Ellyson J. Galloway, 2053 Columbus Way, Vista, CA 92081-8944
2684254 +Elmer Eugene Gilbert, Jr., 81590 Chenel Road, Folsom, LA 70437-5414
2684026 +Emery Living Trust dated 6/04/91, c/o John R. Emery & Sandra Kipp Emery Tr, PO Box 155, 21460 National Street, Volcano, CA 95689-0155
2686106 +Emery T. Smith & Mary C. Smith, 2899 Hatteras Way, Naples, FL 34119-7525
2684652 +Emil D. Incrocci & Therese A. Incrocci, 1065 W Barrymore Dr, Meridian, ID 83646-3898
2685769 +Emil Reynolds & Anna Reynolds, 982 East County Rd 350 South, Greencastle, IN 46135-7300
2683193 +Emilio J. Angeli & Christine E. Angeli, 345 LUKE MEADOW LN, CARY, NC 27519-8720
2684965 +Emily P. Lee, 2223 25th Ave, San Francisco, CA 94116-1749
2685699 +Emmeline Punsalan, 553 Eagle Perch Place, Henderson, NV 89012-6197
2684996 +Eric Lynn Lester and Cassie Lester, 500 W Goldfield Ave, Yerington, NV 89447-3312
2685609 +Eric S. Perlman, P O Box 8636, Truckee, CA 96162-8636
2684033 +Eric T. Erickson & Dolores Y. Erickson, PO Box 5130, Reno, NV 89513-5130
2683838 +Erika Davis, 6201 E Lake Mead Blvd C111, Las Vegas, NV 89156-6990
2685087 +Erika G. Lynn, PO Box 458, Kings Beach, CA 96143-0458
2685409 +Erika Muchenberger Revocable Trust dated, c/o Erika Muchenberger Trustee, 8121 Retriever Ave., Las Vegas, NV 89147-3752
2686690 +Erin Belle Zenor 1994 Trust dated 4/13/9, c/o Erin Belle Zenor, Trustee, P. O. Box 189, Woodhull, IL 61490-0189
2685090 +Erin E. MacDonald Revocable Living Trust, c/o Erin E. MacDonald Trustee, 9521 Tournament Canyon Dr, Las Vegas, NV 89144-0823
2686243 +Erin Sullivan & Jean Sullivan, 30 Palm Springs Court, Sparks, NV 89441-0522
2685367 +Ernest J. Moore, 2028 I St, Sparks, NV 89431-4349
2829051 Ernest W Libman IRA, Ernest W Libman, 1709 Glenview Dr, Las Vegas NV 89134-6121
2829052 Ernest W Libman TTEE, Ernest W Libman etal Trust, 1709 Glenview Dr, Las Vegas NV 89134-6121
2683945 +Ernest W. Downing & Eva M. Downing, 811 NE 157th Avenue, Portland, OR 97230-5428
2685006 +Ernest W. Libman & Cleone Libman Family, c/o Ernest W. Libman Trustee, 1709 Glenview Dr, Las Vegas, NV 89134-6121
2685008 +Ernest W. Libman IRA, c/o First Trust Co. Of Onaga Custodian, 1709 Glenview Drive, Las Vegas, NV 89134-6121
2685007 +Ernest W. Libman, IRA, c/o First Savings Bank Custodian, 1709 Glenview Drive, Las Vegas, NV 89134-6121
2685453 +Erven J. Nelson & Frankie J. Nelson Trus, c/o Erven J. Nelson & Frankie J. Nelson, 9032 N. Cheyenne Way, Park City, UT 84098-5808
2685454 +Erven J. Nelson LTD PSP dated 10/31/72, c/o Erven J. Nelson Trustee, 9032 N. Cheyenne Way, Park city, UT 84098-5808
2684037 +Esperance Family Trust Dated December 9,, c/o Robert J. Esperance & Mary A. Espera, 904 Dolce Drive, Sparks, NV 89434-6646
2684038 +Essaff Family Trust dated 6/18/02, c/o Robert Essaff & Cindy H. Essaff Trus, 2860 Heybourne Road, Minden, NV 89423-8826
2684384 +Estate of Florence L. Hagberg, c/o Clifford D. Hagberg as Personal Repr, 9601 Lazy River Drive, Las Vegas, NV 89117-0663
2683412 +Ethel C. Bonaldi-Rausch, 10708 Brinkwood Ave, Las Vegas, NV 89134-5245
2683231 +Eugene Auffert and Maria Teresa Auffert, 534 Lambeth Court, Henderson, NV 89014-3863
2685099 +Eugene B. Machock & Dianne D. Machock Fa, c/o Eugene B. Machock, Trustee, 857 E Chennault Ave, Fresno, CA 93720-3204
2686571 +Eugene C. Wiehe Trust dated 10/31/85, c/o Eugene C. Wiehe Trustee, 17031 Cerise Avenue, Torrance, CA 90504-2408

2683561 +Eugene W. Cady & Sandra L. Cady Trust da, c/o Eugene W. Cady & Sandra L. Cady Trus, 20 Skyline Circle, Reno, NV 89509-3963
2684935 Eugene and Maria Langworthy Revocable Li, c/o Eugene M. Langworthy and Maria C. La, 1482 Residence Club Ct., Redmond, OR 97756
2686452 +Eulalia M. Vanicek and Ray M. Vanicek, 1322 Comstock Dr, Las Vegas, NV 89106-2039
2737959 +Euler Hermes ACI, Agent of Lg Electronics USA, Inc., 800 Red Brook Blvd, Owings Mills, MD 21117-5173
2683651 +Eunice O. Chapman, 3201 Plumas St Apt 260, Reno, NV 89509-4799
2684240 +Eva M. Gehle Roth IRA, c/o First Savings Bank Custodian, 9123 Garden View Drive, Las Vegas, NV 89134-8827
2686285 +Evalyn C. Taylor Separate Property Trust, c/o Evalyn C. Taylor Trustee, 1908 Rolling Dunes Ct, Las Vegas, NV 89117-6916
2685106 +Evan J. Madow D.C. Trust, c/o Evan J. Madow D.C. Trustee, 7500 Bryan Dairy Rd Ste A, Largo, FL 33777-1437
2684047 +Evangelho Family Revocable Trust dated 1, c/o Frank J. Evangelho & Diana L Evangel, 867 Orange Ave., San Carlos, CA 94070-3829
2683567 +Evelyn A. Calhoun, 369 FM 2848, Valley View, TX 76272-5134
2684116 +Evelyn Finnegan Revocable Trust dated 6/, c/o Evelyn Finnegan Trustee, 5525 W 82nd Street, Burbank, IL 60459-2008
2862159 +Evelyn G. Canepa Trust dated 9/19/00, c/o Laurel E. Davis, Lionel Sawyer & Collins, 300 South Fourth Street, Suite 1700, Las Vegas, NV 89101-6053
2683581 +Evelyn G. Canepa Trust dated 9/19/00, c/o Evelyn G. Canepa & Scott Krusee Cane, 4330 Mt Gate Dr, Reno, NV 89519-7917
2684837 +Evelyn Kitt, 2128 Eaglepath Circle, Henderson, NV 89074-0640
2685952 +Evelyn M. Scholl & Victor M. Shappell, P. O. Box 54309, Phoenix, AZ 85078-4309
2684687 +Evelyn W. Jenkins Trust, c/o Daniel R. Jenkins Trustee, 1692 County Rd Ste C, Minden, NV 89423-4469
2684364 +Everett F. Grotzinger & Frances E. Grotz, 3105 Castlewood Drive, Las Vegas, NV 89102-5733
2684719 +Everett H. Johnston Family Trust dated 1, c/o Everett H. Johnston Trustee, P O Box 3605, Incline Village, NV 89450-3605
2684989 +F. Ted Lemons, 2930 Markridge Drive, Reno, NV 89509-3834
2684777 +F.R. Inc. DBA Bombard Electric, 3570 W Post Rd, Las Vegas, NV 89118-3866
2808996 +FAILLA, FRANK, 182 APACHE TEAR CT, LAS VEGAS NV 89123-2996
2863306 FALKENBORG FAMILY LLC, 727 3RD AVE, CHULA VISTA CA 91910-5803
2860055 +FALLON, THOMAS, 6410 NW 82 AVE, MIAMI FL 33166-2734
2821209 +FARADJOLLAH, JACK, 10851 FURLONG DR, SANTA ANA CA 92705-2516
2860696 +FARRAH FAMILY TRUST, JOSEPH FARRAH TTEE, 1410 MURCHISON DR, MILLBRAE CA 94030-2855
2991249 FARRAH FAMILY TRUST DTD 9/18/03, C/O JOSEPH A FARRAH & EMILY T FARRAH TTE, 1410 MURCHISON DR, MILLBRAE CA 94030-2855
2872123 FARRAH M HOBBS REVOCABLE TRUST DTD 3/12/04, C/O FARRAH M HOBBS TTEE, 3010 PARCHMENT CT, LAS VEGAS NV 89117-2557
2683499 +FBO Raymond E. Brown IRA, c/o Fiserv ISS and Co. Trustee, 24 Danbury Lane, Irvine, CA 92618-3972
2683046 FEDERAL EXPRESS, P.O. BOX 7221, PASADENA, CA 91109-7321
2804975 +FELD, JANE, PO BOX 5086, OROVILLE CA 95966-0086
2801688 +FELDMAN, BENJAMIN, 1 ST MARYS CT, RANCHO MIRAGE CA 92270-3157
2844800 FERGUSON LIVING TRUST DTD 6/28/00, C/O PATRICIA FERGUSON TTEE, 3985 LAKE PLACID DR, RENO NV 89511-6780
2809002 FERNANDES, CHRISTOPHER, 4001 OAK MANOR CT, HAYWARD CA 94542-1445
2809001 FERNANDES, MELISSA, 4001 OAK MANOR CT, HAYWARD CA 94542-1445
2844285 +FETTERLY FAMILY TRUST DTD 6/30/89, LYNN L & MELODY A FETTERLY, PO BOX 5986, INCLINE VILLAGE NV 89450-5986
2844286 +FETTERLY, ADAM, PO BOX 5986, INCLINE VILLAGE NV 89450-5986
2819185 FILKIN, ROY, 2340 WATT ST, RENO NV 89509-4248
2823076 +FINNMAN FAMILY TRUST DTD 4/4/94, C/O MARTHA ANN LUTZ SUCCESSOR TTEE, 2712 EASTERN PKWY, WINTER PARK FL 32789-6600
2810956 +FIRST SAVINGS BANK, CUSTODIAN FOR NADINE MORTON IRA, 2708 LA SOLANA WY, LAS VEGAS NV 89102-2039
2865931 +FIRST SAVINGS BANK C/F, JOHN A M HANDAL IRA, 3575 SISKIYOU CT, HAYWARD CA 94542-2519
2863442 +FIRST SAVINGS BANK C/F CAROL A ELLER IRA, CAROL A ELLER, PO BOX 1614, MAMMOTH LAKES CA 93546-1614
2872125 +FIRST SAVINGS BANK C/F JACK D LA FLESCH IRA, JACK LA FLESCH, 8414 W FARM RD #180-255, LAS VEGAS NV 89131-8170
2872421 +FIRST SAVINGS BANK C/F JANICE A LUCAS IRA, JANICE LUCAS, 1310 SECRET LAKE LOOP, LINCOLN CA 95648-8412
2865328 +FIRST SAVINGS BANK C/F JOCELYNE HELZER IRA, JACELYNE HELZER, 115 S DEER RUN RD, CARSON CITY NV 89701-9351
2865372 +FIRST SAVINGS BANK C/F JOCELYNE HELZER IRA, JOCELYN HELZER, 115 S DEER RUN RD, CARSON CITY NV 89701-9351
2863443 +FIRST SAVINGS BANK C/F JONATHAN M ELLER IRA, JONATHAN M ELLER, PO BOX 1614, MAMMOTH LAKES CA 93546-1614
2866281 +FIRST SAVINGS BANK C/F L EARLE ROMAK IRA, PO BOX 6185, INCLINE VILLAGE NV 89450-6185
2872434 FIRST SAVINGS BANK C/F NANCY R GILMOUR IRA, NANCY R GILMOUR, PO BOX 1241, CAMANO ISLAND WA 98292-1241
2865177 +FIRST SAVINGS BANK C/F RANDY SANCHEZ IRA, RANDY SANCHEZ, 5713 N WHITE SANDS RD, RENO NV 89511-5668
2863460 +FIRST SAVINGS BANK C/F ROBERT G FULLER IRA, ROBERT FULLER, 5172 ENGLISH DAISY WY, LAS VEGAS NV 89142-2740
2863224 +FIRST SAVINGS BANK CUSTODIAN FOR, LINDSEY H KESLER JR IRA, LINDSEY H KESLER JR, 4847 DAMON CIRCLE, SALT LAKE CITY UT 84117-5854

2801686 FIRST TRUST CORPORATION TTEE, FBO EDWARD L FELMAN IRA, FIRST SAVINGS BANK FBO JOHN WARNER JR IR, PO BOX 173301, DENVER CO 80217-3301
2829202 FLORENCE BOLATIN LIVING TRUST, DTD 10/28/93, C/O FLORENCE BOLATIN TTEE, 2105 DIAMOND BROOK CT, LAS VEGAS NV 89117-1866
2860232 FLOYD M SPINDLE, 706 NE 22ND ST, GRAND PRAIRIE TX 75050-4001
2800480 +FOLENDORF, TAD, PO BOX 1, ANGELS CAMP CA 95222-0001
2803208 FOXCROFT LIVING TRUST DTD 1/10/02, C/O FRED J FOXCROFT &, ROBERTA FOXCROFT TTEES, PO BOX 362, CARNELIAN BAY CA 96140-0362
2986759 FOXCROFT LIVING TRUST DTD 1/10/02, C/O FRED J FOXCROFT & ROBERTA FOXCROFT T, PO BOX 362, CARNELIAN BAY CA 96140-0362
2822134 +FOXCROFT, DAVID, 2605 E FLAMINGO RD, LAS VEGAS NV 89121-5241
2805339 FRANK DAVENPORT, 3372 NAROD ST, LAS VEGAS NV 89121-4218
2722634 +FRANKLIN/STRATFORD INVESTMENT LLC, C/O DEANER, DEANER, SCANN, MALAN&LARSEN, 720 SOUTH FOURTH STREET, SUITE 300, LAS VEGAS, NV 89101-6743
2863575 FRANZ W DOERR & LINDA PATRUCCO DOERR, TTEES OF THE DOERR FAMILY TRUST DTD 9/12, LINDA PATRUCCO DOERR, 690 W RIVERVIEW CIR, RENO NV 89509-1130
2773079 +FRASER ATWATER PROPERTIES LLC, EDWARD FRASER, 14220 SORREL LN, RENO NV 89511-6744
2804522 FRED & KELLEE KEMPF TRUST, C/O MARIUS KEMPF &, MARY A KEMPF TTEES, 2560 FOREST CITY DR, HENDERSON NV 89052-6951
2933241 +FRED AND LELLEE KEMPF FAMILY TRUST, MARIUS AND MARY KEMPF TTEES, 2560 FOREST CITY DR, HENDERSON NV 89052-6951
2812567 FRED TERIANO, PO BOX 96331, LAS VEGAS NV 89193-6331
2801689 FREDA NEWMAN TRUST DTD 7/26/84, C/O FREDA NEWMAN TTEE, 189 INTERNATIONAL BLVD, RANCHO MIRAGE CA 92270-1971
2863180 +FREDA NEWMAN TTEE, FREDA NEWMAN TRUST DTD 7/26/84, FREDA NEWMAN C/O DANIEL NEWMAN, 125 ELYSIAN DR, SEDONA AZ 86336-6836
2821204 +FREDERICK SCHOLEM, 9917 WHALERS LANDING CT, LAS VEGAS NV 89117-0918
2839938 FREDERICK W KEWELL, TTEE OF BARBARA J KEWELL TRUST DTD 7/18/, 5426 HIDDEN VALLEY CT, RENO NV 89502-9571
2862099 +FREEDA COHEN TRUST DTD 7/11/04, FREEDA COHEN TTEE, C/O ROSALIND L STARK, 10905 CLARION LANE, LAS VEGAS NV 89134-5504
2684840 FREEDOM PROPERTIES, 18695 OCEANSIDE LN, MONUMENT, CO 80132-8860
2864030 +FREEDUS, MICHAEL, 2535 LAKE RD, DELANSON NY 12053-4212
2800487 +FREY, LLOYD, 2605 E FLAMINGO RD, LAS VEGAS NV 89121-5241
2827954 +FRIED, RANDI, 607 JERSEY AVE #3, JERSEY CITY NJ 07302-2475
2810961 +FUHRIMAN, COURTNEY, 5141 JODI CT, LAS VEGAS NV 89120-1525
2684065 +Falke Family Trust dtd 8/22/89, c/o Byrne E. Falke Trustee, P O Box 3774, Incline Village, NV 89450-3774
2684066 +Falkenborg Family LLC, 727 Third Ave, Chula Vista, CA 91910-5803
2684077 +Farrah Family Trust dated 9/18/03, c/o Joseph A. Farrah & Emily T. Farrah T, 1410 Murchison Drive, Millbrae, CA 94030-2855
2684577 +Farrah M. Hobbs Revocable Trust dated 3/, c/o Farrah M. Hobbs Trustee, 3010 Parchment Court, Las Vegas, NV 89117-2557
2684081 +Favro Trust dated 9/14/00, c/o William H. Favro & Carol M. Favro Tr, 8909 W Rocky Shore Drive, Las Vegas, NV 89117-2378
2737961 +Federal Express, Bankruptcy, 2005 Corporate Plz, 2nd Fl, Memphis, TN 38132-1702
2737951 +Federal Express Corporation, Attn: Revenue Recovery/Bankruptcy, 2005 Corporate Ave, 2nd Fl, Memphis, TN 38132-1796
2684089 +Ferguson Living Trust dated 6/28/00, c/o Patricia Ferguson Trustee, 3985 Lake Placid Drive, Reno, NV 89511-6780
2684096 +Fernandez Family Trust dated 6/20/84, c/o Larry Fernandez Trustee, 3312 Plaza Del Paz, Las Vegas, NV 89102-4032
2683803 +Fernando Cuza & Kristi Cuza, 426 E. MacEwen Drive, Osprey, FL 34229-9235
2684104 +Fetterly Family Trust dated 6/30/89, c/o Lynn L Fetterly & Melody A. Fetterly, P O Box 5986, Incline Village, NV 89450-5986
2684111 +Finkel Family Trust dtd 7/26/05, c/o Ronald G. Finkel & Karen Finkel, Tru, 32158 Beachlake Lane, Westlake Village, CA 91361-3606
2684113 +Finlayson 1991 Family Trust, c/o Iain B. Finlayson Trustee, 7330 Edna Avenue, Las Vegas, NV 89117-2902
2684118 +Finnman Family Trust dated 4/4/94, c/o Robert E. Finnman Trustee, 4538 Silver Berry Court, Jacksonville, FL 32224-6836
2684095 +Fiola Fernandes IRA, c/o Sterling Trust Company Custodian, 4001 Oak Manor Ct., Hayward, CA 94542-1445
2684515 +First American Title Insurance Company, First American Title, 3960 Howard Hughes #380, Las Vegas, NV 89169-5973
2776227 +First Savings Bank, Trust Department, 2605 E. Flamingo Rd., Las Vegas, NV 89121-5241
2777137 +First Savings Bank, Custodian of the Paul Bloch IRA, Trust Department, 2605 E. Flamingo Rd, Las Vegas, NV 89121-5241
2781259 +First Savings Bank, Cust. of John W. Brouwers, MD SEP/IRA, Trust Department, 2605 E. Flamingo Rd., Las Vegas, NV 89121-5241
2684724 +Fisko Ventures, LLC., 1906 Catherine Court, Gardnerville, NV 89410-6665
2684142 +Flier Family Trust dated 1/21/98, c/o Dennis Flier & Carol Flier Trustees, 20155 NE 38th Ct Apt #1803, Aventura, FL 33180-3259
2684146 +Flood Family Trust dated 12/24/85, c/o Donald T. Flood & Betty R. Flood Tru, 3312 S McCarran Blvd. Ste 276, Reno, NV 89502-6442
2684928 +Floyd H. Lander Living Trust U-A 4/23/99, c/o Floyd H. Lander Trustee, 2043 Sunburst Way, Reno, NV 89509-5811
2686162 +Floyd M. Spindle, 706 N E 22nd Street, Grand Prairie, TX 75050-4001
2684153 +Forbes Revocable Trust dated 9/18/03, c/o Donald H. Forbes & Raquel R. Forbes, 2199 Tiger Willow Drive, Henderson, NV 89012-6126

2683974 +Ford S. Dunton, 1119 Ironwood Pkwy, Coeur D'Alene, ID 83814-1412
2684158 +Fort Living Trust, dated 5/17/04, c/o Robert T. Fort and Julie A. Fort, Tr, 7931 E Coronado Rd, Scottsdale, AZ 85257-2248
2684165 +Foxcroft Living Trust dated 1/10/02, c/o Fred J. Foxcroft & Roberta Foxcroft, Box 362, Carnelian Bay, CA 96140-0362
2684168 +Fraley Limited Partnership, 9030 W Sahara Ave #240, Las Vegas, NV 89117-5744
2683745 +Frances J. Cook & John R. Cook, 10400 SW Cowan Rd, Vashon, WA 98070-3058
2685992 +Frances Sgro, 8635 W Sahara Ave #599, Las Vegas, NV 89117-5858
2686141 +Francesco Soro, P O Box 34602, Las Vegas, NV 89133-4602
2686142 +Francesco Soro Retirement Plan dated 1/1, c/o Francesco Soro, Trustee, PO Box 34602, Las Vegas, NV 89133-4602
2684170 +Francis Family Trust Dtd 11/10/98, c/o Bruce Francis and Tamara Francis, Tr, 2360 E Mallory Circle, Mesa, AZ 85213-1471
2683318 +Francis R. Begnoche & Christopher M. Beg, 685 Moonlight Mesa Dr, Henderson, NV 89011-1882
2683593 +Frank & Marie Capodici Family Trust date, c/o Frank Capodici & Marie Capodici Trus, 9025 Rockville Ave, Las Vegas, NV 89143-2304
2684802 +Frank C. Kendrick IRA, c/o First Savings Bank Custodian, 3140 Scarlet Oaks Court, Sparks, NV 89436-8464
2684031 +Frank E. Ensign, P O Box 61770, Boulder City, NV 89006-1770
2685427 +Frank J. Murphy and Margaret F. Murphy, 4945 San Pablo Court, Naples, FL 34109-3386
2686275 +Frank J. Tarantino, 3495 Lakeside Dr. Box 146, Reno, NV 89509-4841
2684805 +Frank Kern, 1060 Country Ridge Drive, Sparks, NV 89434-6601
2685735 +Frank Reale, 6908 Emerald Springs, Las Vegas, NV 89113-1360
2685874 +Frank Russell, Jr., 3314 Paces Ferry Ave SE, Atlanta, GA 30339-3738
2686523 +Frank S. Wasko Revocable Trust dated 5-2, c/o Frank S. Wasko, Trustee, 6222 W. Wickieup Ln, Glendale, AZ 85308-5207
2825486 +Frank Snopko Trustee of the Charlotte Snopko Marit, c/o Stephen R. Harris, Esq., 417 W. Plumb Lane, Reno, NV 89509-3766
2825491 +Frank Snopko Trustee of the Charlotte Snopko Resid, c/o Stephen R. Harris, Esq., 417 W. Plumb Lane, Reno, NV 89509-3766
2825488 +Frank Snopko Trustee of the Snopko 1981 Trust, c/o Stephen R. Harris, Esq., 417 W. Plumb Lane, Reno, NV 89509-3766
2825487 +Frank Snopko Trustee, Charlotte Snopko Marital Tst, c/o Stephen R. Harris, Esq., 417 W. Plumb Lane, Reno, NV 89509-3766
2685497 +Frank T. Novak IRA, c/o First Savings Bank Custodian, 2593 Sumter Street, Henderson, NV 89052-7113
2686439 +Frank Valentino & Stella Valentino, 15335 Del Gado Drive, Sherman Oaks, CA 91403-4333
2686524 +Frank Wasko, 6222 W. Wickieup, Glendale, AZ 85308-5207
2686522 +Frank Wasko as Beneficiary Stephanie Was, c/o First Trust Co. Of Onaga Custodian, 6222 W. Wickieup, Glendale, AZ 85308-5207
2683923 +Franz J. Doerr Shelter Trust Doerr Famil, c/o Linda Patrucco Doerr, Trustee, 690 W Riverview Cr., Reno, NV 89509-1130
2686694 +Franz J. Zimmer Revocable Trust dated 02, c/o Franz J. Zimmer Trustee, 900 Spring Lake Court, St Augustine, FL 32080-6150
2684176 +Fraser Atwater Properties, LLC, 14220 Sorrel Lane, Reno, NV 89511-6744
2684174 +Fraser Revocable Inter Vivos Trust dated, c/o Edward C. Fraser & Marjorie E. Frase, 14220 Sorrel Lane, Reno, NV 89511-6744
2684800 +Fred & Kellee Kempf Trust, c/o Marius Kempf & Mary A. Kempf Trustee, 2560 Forest City Drive, Henderson, NV 89052-6951
2686207 +Fred A. Stevens and Marlys A. Stevens, 284 Merrick Way, Henderson, NV 89014-6052
2683161 +Fred G. Altenburg, 2220 Schroeder Way, Sparks, NV 89431-2168
2685462 +Fred G. Neufeld IRA, c/o Equity Trust Company Custodian, 4014 45th St Ct NW, Gig Harbor, WA 98335-8112
2683176 +Fred L. Baybarz and Carolyn C. Baybarz F, c/o Larry H. Anderson and Frank Cornwell, 13250 Mahogany Dr, Reno, NV 89511-9246
2686473 +Fred Vogel & Janis Moore Vogel, 1710 Cedar Street, Calistoga, CA 94515-1510
2685469 +Freda Newman Trust dated 7/26/84, c/o Freda Newman Trustee, 189 International Blvd, Rancho Mirage, CA 92270-1971
2684228 +Frederick D. Garth and Blair F. Garth, 7166 Sharp Reef Rd, Pensacola, FL 32507-9421
2683842 +Frederick J. Davis, 14111 52nd Ave. NW, Stanwood, WA 98292-8993
2685108 +Frederick J. Maffeo & Alice Maffeo, 4557 Eddie Ward Way, Silver City, NM 88061-4761
2686604 +Frederick Paul Windisch, 2004 S. Federal Hwy., #402, Boynton Beach, FL 33435-6932
2684812 +Frederick W. Kewell IRA, c/o Dunham Trust Company Trustee, 5426 Hidden Valley CT, Reno, NV 89502-9571
2684178 +Frederickson Trust dated 10/02/03, c/o John R. Frederickson and Michele L., P O Box 26, June Lake, CA 93529-0026
2683715 +Freeda Cohen Trust dated 7/11/04, c/o Freeda Cohen Trustee, 10905 Clarion Lane, Las Vegas, NV 89134-5504
2685188 +Frieda Mathes, 2232 Spring Water Dr, Las Vegas, NV 89134-5101
2685363 +Frieda Moon & Sharon C. Van Ert, 2504 Callita Court, Las Vegas, NV 89102-2020
2720439 +Frieda Moon FBO Sharon C. Van Ert, 2504 Callita Court, Las Vegas, NV 89102-2020
2720396 +Frieda Moon FBO Sharon C. Van Ert, c/o Nancy L. Allf, 411 E. Bonneville, Ste. 100, Las Vegas, NV 89101-6632
2720479 +Frieda Moon and Sharon C. Van Ert, Jointly, 2504 Callita Court, Las Vegas, NV 89102-2020
2720381 +Frieda Moon and Sharon C. Van Ert, joint, 2504 Callita Court, Las Vegas, NV 89102-2020
2720233 +Frieda Moon, Trustee of the Decedent's Trust, 2504 Callita Court, Las Vegas, NV 89102, c/o Nancy Allf, 411 E. Bonneville, Ste. 100,, Las Vegas, NV 89101-6632
2720287 +Frieda Moon, Trustee of the Decedent's Trust, 2504 Callita Court, Las Vegas, NV 89102-2020
2686398 +Fu-Mei Tsai, 1716 S. Monterey Street, Alhambra, CA 91801-5457

2684200 +Fuller Family Foundation, c/o Theodore J. Fuller, President, P. O. Box 7800, Incline Village, NV 89452-7800
2683313 +Fumiko Beals, 33 Tidwell Lane, Henderson, NV 89074-3365
2685455 +Fusayo Nelson, 2005 Fife Drive, Reno, NV 89512-1914
2799999 +G & L NELSON LIMITED PARTNERSHIP, c/o Christopher D. Jaime, Esq., Maupin, Cox & LeGoy, 4785 Caughlin Parkway, Reno, NV 89519-0906
2685456 +G & L Nelson Limited Partnership, 900 S Meadows Pkwy # 4821, Reno, NV 89521-2934
2862152 +G & L Trust Dated 11/25/91, Gary & Lori Canepa Trs, c/o Laurel E. Davis, Lionel Sawyer & Collins, 300 South Fourth Street, Suite 1700, Las Vegas, NV 89101-6053
2683583 +G. & L. Trust dated 11/25/91, c/o Gary T. Canepa & Lori R. Canepa Trus, 14170 Powder River Dr., Reno, NV 89511-6707
2684124 +G. J. Fischer Trust dated 11/9/92, c/o Grant J. Fischer Trustee, 813 Williams Place, Ojai, CA 93023-2906
2684854 +G. Robert Knoles and Christina G. Knoles, 85 Wolf Rock Road, Keystone, CO 80435-7653
2685474 +G. Warren Newton, 25105 Carancho Rd, Temecula, CA 92590-4032
2840989 +GAIL HODES LIVING TRUST DTD 9/10/03, C/O GAIL HODES TTEE, 16872 BARUNA LANE, HUNTINGTON BEACH CA 92649-3020
2829906 +GARY A MICHELSEN, C/O JOHN F MURTHA ESQ, PO BOX 2311, RENO NV 89505-2311
2759807 +GARY A. SHEERIN, ESQ., 177 W. PROCTOR ST., #B, CARSON CITY, NV 89703-4133
2866256 +GARY B ANDERSON & BARBARA L ANDERSON TTEES, OF THE ANDERSON FAMILY TRUST DTD 7/21/92, PO BOX 699, CARNELIAN BAY CA 96140-0699
2819187 GARY D WARD IRA, 26077 CHARING CROSS RD, VALENCIA CA 91355-2029
2804517 GARY HOGAN IRA H01BD, 9900 WILBUR MAY PKY APT 1604, RENO NV 89521-4016
2862951 +GARY I & BARBARA L MILLER TTEES OF THE, GARY I & BARBARA L MILLER TRUST DTD 8/13, GARY I MILLER, 2832 TILDEN AVE, LOS ANGELES CA 90064-4012
2800472 GARY L MCDANIEL & VIRGINIA L MCDANIEL, 1991 LIVING TRUST DTD 5/1/91, C/O GARY L MCDANIEL &, VIRGINIA L MCDANIEL TTEES, 2100 LOOKOUT POINT CIR, LAS VEGAS NV 89117-5805
2804518 GARY M HOGAN, 9900 WILBUR MAY PKY APT 1604, RENO NV 89521-4016
2721102 +GARY MICHELSEN, c/o John F. Murtha, Esq., P.O. Box 2311, Reno, Nevada 89505-2311
2722257 +GARY MICHELSEN, C/O JOHN MURTHA, 6100 NEIL RD., STE 500, PO BOX 2311, RENO, NV 89505-2311
2766949 +GARY POTTS, C/O TERRA LAW LLP, 60 S. MARKET STREET, SUITE 200, SAN JOSE, CA 95113-2333
2825025 +GARY R BRENNAN, 3496 PUEBLO WY, LAS VEGAS NV 89169-3337
2800503 GATES FAMILY TRUST DTD 6/16/00, C/O ELWYN G GATES &, MILDRED ANN GATES TTEES, 387 1/2 OCEAN VIEW AVE, ENCINITAS CA 92024-2625
2775665 +GATEWAY STONE ASSOCIATES LLC, 23 CORPORATE PLZ DR, STE 160, NEWPORT BEACH CA 92660-7942
2835097 +GATEWAY STONE ASSOCIATES, LLC, C/O DANIEL WHITE, ESQ., 26 CORPORATE PLAZA DRIVE, SUITE 260, NEWPORT BEACH, CA 92660-7975
6539306 GAYLE ANN HARKINS, PO BOX 1730, ZEPHYR COVER, NV 89448-1730
2940489 +GAZELLA TEAGUE, TRUSTEE OF THE GAZELLA, TEAGUE LIVING TRUST, C/O R. SCOTT PALMER, OSB#764073, 101 E. BROADWAY, SUITE 200, EUGENE, OR 97401-3114
2683880 +GDSS Investors LLC, 6223 Buffalo Run, Littleton, CO 80125-9047
2800468 +GEIGER, ROBERT, 1352 MT HOOD ST, LAS VEGAS NV 89110-1916
2800478 +GELLER, ROBERT, 1849 CHERRY KNOLLS ST, HENDERSON NV 89052-6842
2812095 GENE SMITH & EMILY SMITH, 419 SHIPLEY DR, YERINGTON NV 89447-2632
2727979 +GENERAL ELECTRIC CAPITAL CORPORATION, DLA PIPER RUDNICK GRAY CARY US LLP, ATTN ALEX TERRAS ESQ, 203 N LASALLE ST, STE 1900, CHICAGO IL 60601-1263
2728070 +GENERAL ELECTRIC CAPITAL CORPORATION, ATTN ALEX TERRAS ESQ, DLA PIPER RUDNICK GRAY CARY US LLP, 203 N LASALLE ST, STE 1900, CHICAGO, IL 60601-1263
2829323 +GEORGE GAGE TRUST DATED 10/8/99, C/O SCOTT D FLEMING ESQ., HALE PEEK DENNISON AND HOWARD, 3930 HOWARD HUGHES PARKWAY, 4TH FL, LAS VEGAS, NV 89169-0947
2828143 GEORGE MICHAEL AVERETT AND CLAIRE H AVERETT, 760 LITTLE SWEDEN RD, HEBER CITY UT 84032-3503
2809792 GEORGE S COHAN &, NATALIE H COHAN FAMILY TRUST, DTD 4/1/03, C/O GEORGE S COHAN TTEE, 2048 FOXFIRE CT, HENDERSON NV 89012-2190
2827591 GEORGES 1987 TRUST DATED 12/23/87, C/O LEONARD J GEORGES & JEAN GEORGES CO, TRUSTEES, 701 RANCHO CIR, LAS VEGAS NV 89107-4619
2840220 GEORGETTE ALDRICH IRA, 2117 LAS FLORES ST, LAS VEGAS NV 89102-3813
3318950 GERALD & JUDITH LEWIS, 506 LIGHT ST, HENDERSON, NV 89052
2991341 GERALD L BITTNER SR DDS INC PSP & TRUST, DTD 1/15/91, 14067 APRICOT HL, SARATOGA CA 95070-5614
2823064 +GERALDINE E MARTIN IRA, 4768 VILLAGE GREEN PKWY, RENO NV 89519
2827133 GERALDINE M PRICE, #4101287800, PO BOX 696, FOLSOM, CA 95763-0696
2801710 +GERWIN, CAROLINE, 4775 SUMMIT RIDGE DR APT 1101, RENO NV 89523-7921
2685170 +GGRM Pension Profit Sharing Plan, c/o Gabriel A. Martinez Trustee, 601 S 9th Street, Las Vegas, NV 89101-7012
2840219 +GIANNETTI, RICARDO, 5295 VIA ANDALUSIA, YORBA LINDA CA 92886-5018
2860693 +GILBERT MANUEL TTEE OF THE GILBERT MANUEL, LIVING TRUST DTD 1/3/92, 4617 CONSTITUTION AVE NE, ALBUQUERQUE NM 87110-5739
2991253 +GINA M GOEHNER, 1509 CLAPTON DR, DELAND FL 32720-0853
2801707 GISH FAMILY TRUST DTD 6/25/89, C/O GEORGE J GISH & DEANNA K GISH TTEES, 2104 RED DAWN SKY ST, LAS VEGAS NV 89134-5538
2865923 +GLADSTONE-KATZ, GALE TTEE, GALE GLADSTONE-KATZ REVOCABLE TRUST, 1320 NORTH ST #29, SANTA ROSA CA 95404-3446
2984423 GLENDA LAMBERT SIBLEY IRA, 16326 W WILLOW CREEK LN, SURPRISE AZ 85374-6432
2798736 GLENN & CARRIE DONAHUE LIVING TRUST, DATED 4/30/04, C/O GLENN M DONAHUE & CARRIE DONAHUE TTE, 39 BRIDGEPORT RD, NEWPORT BEACH CA 92657-1015
2800484 GLORIA CHERRINGTON, TTEE OF THE CLORIA N CHERRINGTON, TRUST DTD 10/13/04, 350 E DESERT INN RD APT E204, LAS VEGAS NV 89109-9007
2828133 +GOETSCH, DAVID, 1616 JONES ST, MINDEN NV 89423-8029
2801690 +GOLDEN, JOSEPH, 144 DAWN CT, OLD BRIDGE NJ 08857-1968
2804973 +GOLDSTEIN, MARILYN, 37 LINWOOD RD S, PORT WASHINGTON NY 11050-1413

2844801 GOODNESS LIVING TRUST DTD 6/28/00, C/O RACHELLE A GOODNESS TTEE, 3985 LAKE PLACID DR, RENO NV 89511-6780
2844288 +GOODWIN, MICHAEL, 555 YELLOW PINE RD, RENO NV 89511-3714
2827519 +GOOLD PATTERSON ALES & DAY, 4496 S PECOS RD, LAS VEGAS NV 89121-5030
2683047 +GOOLDE PATTERSON ALES & DAY, 4496 SO. PECOS RD., LAS VEGAS, NV 89121-5030
2808500 GRAHAM FAMILY TRUST DTD 10/26/78, C/O ROBIN B GRAHAM &, CELIA ALLEN-GRAHAM TTEES, 1460 TWINRIDGE RD, SANTA BARBARA CA 93111-1223
2798835 +GRAHAM, WILLIAM, 3124 QUEENSGATE LN, MODESTO CA 95355-8684
2798885 +GRALINSKI, RICHARD, 7825 GEYSER HILL LN, LAS VEGAS NV 89147-5640
2843201 GREATER AMERICAN WAREHOUSE, 9 CHATEAU WHISTLER CT, LAS VEGAS NV 89148-2727
2839942 GREENWALD LIVING TRUST DTD 5/8/90, C/O CLARENCE J GREENWALD &, GERTRUDE R GREEWALD TTEE, 1608 CAMINITO ASTERISCO, LA JOLLA CA 92037-7136
2683048 GREENWALD, PAULY, FOSTER & MILLER, ATTN: RICHARD FOSTER, 1299 OCEAN AVE., SUITE 400, SANTA MONICA, CA 90401-1007
2827572 GREGORY D YONAI TRUSTEE, 1982 COUNTRY COVE CT, LAS VEGAS NV 89135-1552
2821210 GREGORY D YONAI TTEE, 1982 COUNTRY COVE, LAS VEGAS NV 89135-1552
2826002 +GREGORY J WALCH & SHAUNA M WALCH FAMILY, TRUST DTD 11/12/04, C/O GREGORY J WALCH TTEE, 344 DOE RUN CIR, HENDERSON NV 89012-2704
2863933 +GREGORY R THOMPSON AN UNMARRIED MAN, GREGORY R THOMPSON, 1005 W BUFFINGTON ST, UPLAND CA 91784-8702
2860703 +GREGORY V AND JANA L SAK, TTEES OF THE SAK FAMILY TRUST DTD 12/17/, 2512 SKIPPERS COVE AVE, HENDERSON NV 89052-5607
2827586 GREGORY YONAI IRA, 1982 COUNTRY COVE CT, LAS VEGAS NV 89135-1552
2809812 +GRIST, INGE, AN UNMARRIED WOMAN, 9041 NEWCOMBE ST, LAS VEGAS NV 89123-5334
2801712 +GROSS, MARY MARGARET, 717 MERIALDO LN, LAS VEGAS NV 89145-4824
2840847 +GRUNDMAN, ERNA, 1608 BROWN ST, CARSON CITY NV 89701-3504
2840848 +GRUNDMAN, JOANNE, 1608 BROWN ST, CARSON CITY NV 89701-3504
2685401 +GSL Investments LLC, 310 N Grapevine Dr, Payson, AZ 85541-4155
2812087 +GUIO, BETTY, 3201 PLUMAS ST #183, RENO NV 89509-4796
2866277 +GUNDERSON, WYNN, 33941 N 67TH ST, SCOTTSDALE AZ 85266-7250
2864242 +GUNNING, TOBY, 7245 BROCKWAY CT, RENO NV 89523-3247
2864575 GUYER, NANCY, 455 ENTERPRISE CT, BOULDER CITY NV 89005-1508
2683169 +Gaetano Ambrosino & Orsola Ambrosino, 4872 Knollwood Drive, Las Vegas, NV 89147-4812
2684184 +Gail A. Freitas Revocable Trust dated 6/, c/o Gail A. Freitas Trustee, 4572 Telephone Rd # 912, Ventura, CA 93003-5663
2684844 +Gail Klevay, 818 N Victoria Park Rd, Ft. Lauderdale, FL 33304-4476
2684578 +Gail M. Hock,, 2881 Sagittarius Drive, Reno, NV 89509-3885
2683999 +Gale Ebert, 336 S Spalding Dr # 201, Beverly Hills, CA 90212-3624
2684266 +Gale Gladstone-Katz Revocable Living Tru, c/o Gale Gladstone-Katz Trustee, 1320 North Street 29, Santa Rosa, CA 95404-3446
2683701 +Garth Neal Clifford & Rosemary Clifford, 1648 Warrington Dr, Henderson, NV 89052-6820
2685296 +Gary A. Michelsen, P Box 2010, Stateline, NV 89449-2010
2686325 +Gary A. Thibault & Sandra C. Thibault, 4525 Dawn Peak Street, Las Vegas, NV 89129-3235
2686516 +Gary D. Ward IRA, c/o First Savings Bank Custodian, 26077 Charing Cross Rd, Valencia, CA 91355-2029
2683872 +Gary DeMaine IRA, c/o First Savings Bank Custodian, 12602 James Circle, Broomfield, CO 80020-5864
2683876 +Gary Deppe, 5961 Cross Rd, Seguin, TX 78155-8132
2683877 +Gary Deppe, IRA, c/o Pensco Trust Company Custodian, 5961 Cross Rd, Seguin, TX 78155-8132
2686333 +Gary E. Thompson, 640 N Race Track Rd, Henderson, NV 89015-4639
2686369 +Gary E. Topp, P O Box 3008, Grass Valley, CA 95945-3008
2686403 +Gary E. Tucker & Linda L. Tucker, 388 Riesling Court, Fremont, CA 94539-7766
2684386 +Gary Haider IRA, c/o First Savings Bank Custodian, 9286 Edgewater Circle, Pequot Lakes, MN 56472-3230
2684583 +Gary Hogan IRA H01BD, c/o Pensco Trust Company Custodian, 9900 Wilbur May Pkwy #1604, Reno, NV 89521-4016
2685309 +Gary I. & Barbara L. Miller Trust dated, c/o Gary I. Miller & Barbara L. Miller T, 2832 Tilden Avenue, Los Angeles, CA 90064-4012
2683227 +Gary K Ashworth & Dan Schapiro, 3232 Shoreline Drive, Las Vegas, NV 89117-3309
2683417 +Gary L. Bonnema, P. O. Box 8649, Horseshoe Bay, TX 78657-8649
2685226 +Gary L. McDaniel & Virginia L. McDaniel, c/o Gary L. McDaniel & Virginia L. McDan, 2100 Lookout Point Circle, Las Vegas, NV 89117-5805
2684941 +Gary Larson & Dolores Larson, 544 Rolling Hills Dr, Mesquite, NV 89027-8806
2684956 +Gary Leach & Stacie Leach, 23 Milrose, Irvine, CA 92603-0204
2684582 +Gary M. Hogan, 9900 Wilbur May Pkwy # 1604, Reno, NV 89521-4016
2685244 +Gary McMahon SEP IRA, c/o First Savings Bank Custodian, 2921 Granite Point Dr, Reno, NV 89511-5366
2685337 +Gary Moberly & Karen Moberly, 420 Warren Terrace, Hinsdale, IL 60521-3243
2685335 +Gary Moberly IRA, c/o Equity Trust Company Custodian, 420 warren Terrace, Hinsdale, IL 60521-3243
2685334 +Gary Moberly beneficiary IRA of Charles, c/o Equity Trust Company Custodian, 420 Warren Terrance, Hinsdale, IL 60521-3243
2686013 +Gary O. Sharp IRA, c/o First Savings Bank Custodian, 1411 Foster Drive, Reno, NV 89509-1209
2683295 +Gary R. Barton & Mavis J. Barton, 4645 Rio Encantado Ln, Reno, NV 89502-5343
2683467 +Gary R. Brennan, 3496 Pueblo Way, Las Vegas, NV 89169-3337
2686108 +Gary R. Smith and Sherry R. Smith, 24427 145th Place SE, Kent, WA 98042-3347
2683476 +Gary S. Brill Living Trust dated 9/21/83, c/o Gary S. Brill Trustee, 16255 Ventura Blvd, Encino, CA 91436-2302
2686301 +Gary Tebbutt, 3723 Vancouver Drive, Reno, NV 89511-6050

2685131 +Gaston Trust dated 12/31/02, c/o Titan Management, LTD Trustee, 2578 Highmore, Henderson, NV 89052-6934
2684235 +Gates Family Trust dated 6/16/00, c/o Elwyn G. Gates & Mildred Ann Gates T, 387 1/2 Ocean View Ave, Encinitas, CA 92024-2625
2684436 +Gayle Harkins, 1204 Camballeria Drive, Carson City, NV 89701-8655
2685820 +Gayle L. Robinson, P.O. Box 20963, Reno, NV 89515-0963
2686300 +Gazella Teague Living Trust, c/o Gazella Teague Trustee, 1183 NW Lanaias Way, Roseburg, OR 97471-6518
2684960 +Gene & Linda Leblanc Family Trust dated, c/o Linda Leblanc and Gene A. Leblanc, T, 4013 Clover Creek Crt, Reno, NV 89519-0629
2685360 +Gene Montoya and Angela J. Howard, 2700 Prism Cavern Ct, Henderson, AK 89052-3944
2686110 +Gene Smith & Emily Smith, 419 Shipley Drive, Yerrington, NV 89447-2632
2686109 +Gene Smith & Emily Smith Patricia Gunn, 419 Shipley Drive, Yerington, NV 89447-2632
2685179 +Gentle Bay 1997 Trust, c/o Jacques M. Massa TTEE, 7 Paradise Valley Ct, Henderson, NV 89052-6706
2685400 +Geoffrey Mott & Maryann Mott, 310 N Grapevine Dr, Payson, AZ 85541-4155
2683896 +George A. Di Gioia IRA, c/o First Savings Bank Custodian, 1843 Bougainvillea Dr., Minden, NV 89423-5175
2683138 +George Adornato and Arlene Adornato, 3712 Liberator Way, North Las Vegas, NV 89031-0149
2684306 +George C. Gorman, 952 The Alameda, Berkeley, CA 94707-2308
2686055 +George F. Simao & Leonard Newman, 1597 Santa Anita Drive, Las Vegas, NV 89119-6289
2686227 +George F. Stone and Margaret A. Stone, 4366 Wendy Way, Schwenksville, PA 19473-2093
2684208 +George Gage Trust dated 10/8/99, c/o George J. Gage & Miriam B. Gage Co-T, 10813 Brinkwood Ave, Las Vegas, NV 89134-5248
2684209 +George J. Gage Trust dated 10/8/99, c/o George J. Gage & Miriam B. Gage Co-T, 10813 Brinkwood Avenue, Las Vegas, NV 89134-5248
2685403 +George J. Motto IRA, c/o First Savings Bank Custodian, 17212 Spates Hill Rd, Poolesville, MD 20837-2163
2684773 +George Kechejian & Rosalie L. Kechejian, 118 Windshire Dr, South Windsor, CT 06074-2138
2683241 +George Michael Averett and Claire H. Ave, 760 Little Sweden Rd, Heber City, UT 84032-3503
2685404 +George Motto & Jane R. Motto, 17212 Spates Hill Road, Poolesville, MD 20837-2163
2684417 +George R. Haney IRA, c/o First Savings Bank Custodian, 2640 Gallery Court, Cameron Park, CA 95682-8640
2683711 +George S. Cohan & Natalie H. Cohan Famil, c/o George S. Cohan Trustee, 2048 Foxfire Court, Henderson, NV 89012-2190
2686584 +George S. Willett and Laurene Willett, 405 El Camino Real # 417, Menlo Park, CA 94025-5240
2686408 +George Turner, 3013 West Oakey, Las Vegas, NV 89102-2045
2684396 +George W. Hall & Susan P. Hall Revocable, c/o Susan P. Hall Trustee, 224 Stone Quarry Road, Westfield, PA 16950-1118
2684623 +George W. Hubbard Roth IRA, c/o First Savings Bank Custodian, 6340 N Calle Tregua Serena, Tucson, AZ 85750-0951
2686429 +George W. Urda, 440 Corte Sur Ste 200, Ignacio, CA 94949-5926
2684243 +Georges 1987 Trust dated 12/23/87, c/o Leonard J. Georges & Jean Georges Co, 701 Rancho Circle, Las Vegas, NV 89107-4619
2683152 +Georgette Aldrich IRA, c/o First Trust Co. Of Onaga Custodian, 2117 Las Flores Street, Las Vegas, NV 89102-3813
2686029 +Gerald A. Sherwin, 1195 81st South, St. Petersburg, FL 33707-2726
2685283 +Gerald B. Merz & Nancy J. Merz, 2839 Scotts Valley Dr, Henderson, NV 89052-6848
2683190 +Gerald E. Andrews and Frances A. Andrews, 2505 Mountain Rail Dr, North Las Vegas, NV 89084-3130
2683729 +Gerald E. Colligan, P O Box 5781, Incline Village, NV 89450-5781
2683608 +Gerald J. Caron IRA, c/o First Savings Bank Custodian, 1956 Barranca Drive, Henderson, NV 89074-1014
2683379 +Gerald L. Bittner Sr. DDS and Susan I. B, 14067 Apricot Hill, Saratoga, CA 95070-5614
2683378 +Gerald L. Bittner, Jr. DDS Profit Sharin, 14309 Chester Ave, Saratoga, CA 95070-5624
2683380 +Gerald L. Bittner, Sr. DDS Inc Profit Sh, 14067 Apricot Hill, Saratoga, CA 95070-5614
2685005 +Gerald Lewis & Judith J. Lewis, 10524 Courtney Cove, Las Vegas, NV 89144-5428
2685175 +Gerald Marts & Linda R. Marts, 3181 Kips Korner Road, Norco, CA 92860-2518
2686545 +Gerald R. Weiland & Diana F. Weiland Tru, c/o Diana F. Weiland Trustee, 977 W Hano Circle, Ivins, UT 84738-6370
2685166 +Geraldine E. Martin IRA, c/o First Savings Bank Custodian, 4786 Village Green Pkwy, Reno, NV 89519-8030
2684985 +Gernot Leitzinger & Rosemarie Leitzinger, 2857 Sloat RD, Pebble Beach, CA 93953-2625
2685943 +Gerry Schloss IRA, c/o First Savings Bank Custodian for, Springs Club, 12 Duke Drive, Rancho Mirage, CA 92270-3648
2684891 +Gertrude Kuhny Trust dated 8/1/95, c/o Gertrude J. Kuhny, Trustee, 2824 Link View Drive, Las Vegas, NV 89134-8600
2684247 +Ggem Family Trust dated 1/23/03, c/o Paul Ggem & Eve Sylvie Ggem Trustees, 17950 Lazy Dog Rd, Nevada City, CA 95959-8409
2683271 +Gilbert Barbieri & Anna-Maria Barbieri, 5 Ventana Canyon Drive, Las Vegas, NV 89113-0138
2685136 +Gilbert Manuel Living Trust dated 1/3/92, c/o Gilbert Manuel, Trustee, 4521 Pisa Dr, Reno, NV 89509-6614
2684097 +Gilda Ferrara, 36 Pine Street, Trumbull, CT 06611-3538
2685142 +Gilles Marchand, 512 Summer Mesa Dr, Las Vegas, NV 89144-1505
2684273 +Gina M. Goehner, 255 Veronica Ave, Sparks, NV 89436-8915
2686169 +Giovanni Spinelli Trust, c/o Michele Spinelli Trustee, 16636 Fairfax Court, Tinley Park, IL 60477-2856
2684263 +Gish Family Trust dtd 6/25/89, c/o George J. Gish & Deanna K. Gish Trus, 2104 Red Dawn Sky St., Las Vegas, NV 89134-5538
2684135 Gladys Flanders, P O Box 8926, Incline Village, NV 89451

2685186 +Gladys Mathers, & Joann Nunes, 1741 Lavender Court, Minden, NV 89423-5121
2684267 +Gledhill Revocable Family Trust, c/o Jo M. Gledhill Trustee, 10500 Valley Drive, Plymouth, CA 95669-9515
2686044 +Glenda Lambert Sibley IRA, c/o First Trust Co. Of Onaga Custodian, 16326 W Willow Creek Lane, Surprise, AZ 85374-6432
2683931 +Glenn & Carrie Donahue Living Trust date, c/o Glenn M. Donahue and Carrie Donahue,, 39 Bridgeport Rd, Newport Beach, CA 92657-1015
2684340 +Glenn Greenberg and Denise M. Greenberg, 2088 Chestnut St., San Francisco, CA 94123-2735
2684202 +Glenn W. Gaboury and Sharon M. Gaboury, 1751 S.W. 18th Street, Pendleton, OR 97801-4457
2685457 +Gloria J. Nelson, 408 N. Berry Pine Road, Rapid City, SD 57702-1857
2686260 +Gloria M. Swett, 3635 Jewel Cave Drive, Las Vegas, NV 89122-4032
2686261 +Gloria M. Swett and Deborah H. Nogaim, 3635 Jewel Cave Drive, Las Vegas, NV 89122-4032
2686437 +Gloria Valair, 3524 Webster Street, San Francisco, CA 94123-1717
2684410 +Gloria W. Handelman and Jim Handelman, 2324 Caserta Ct, Henderson, NV 89074-5316
2683125 +Gloria Weiner Adams Revocable Trust date, c/o Gloria Weiner Adams, Trustee, 9519 Carterwood Rd, Richmond, VA 23229-7656
2684274 +Goertz Family Trust dated 1/31/03, c/o James J. Goertz & Phyllis A. Goertz, 5210 Mountcrest Lane, Reno, NV 89523-1805
2684885 +Gold Runner, LLC,, c/o David Krynzel Managing Partner, 357 Evening Side Ave, Henderson, NV 89012-5487
2686165 +Gold Rush Lounge, Inc., 16636 Fairfax Court, Tinley Park, IL 60477-2856
2684283 +Goldman Family Trust dated 10/29/93, c/o Ronald Goldman & Barbara Goldman, Tr, 1717 Montana Avenue, Santa Monica, CA 90403-1907
2684288 +Gonska Foundation, LLC, 7520 Bridlehorne Ave, Las Vegas, NV 89131-3357
2684296 +Goodness Living Trust dated 6/28/00, c/o Rachelle A. Goodness Trustee, 3985 Lake Placid Drive, Reno, NV 89511-6780
2822911 +Goold Patterson Ales & Day, Attn: Kelly Brinkman, Esq., 4496 South Pecos Road, Las Vegas, Nevada 89121-5030
2683787 +Gordon Cross IRA, c/o First Savings Bank Custodian, 5009 Forest Oaks, Las Vegas, NV 89149-5709
2685177 +Gordon Marx, 2620 Western Ave, Las Vegas, NV 89109-1112
2685847 +Grable B. Ronning, P O Box 7804, Incline Village, NV 89452-7804
2684316 +Graf Family Trust dated 2/7/77, c/o Glenn W. Graf Trustee, 2613 White Pines Drive, Henderson, NV 89074-1313
2684322 +Graham Family Marital Trust B dated 2/13, c/o Robin B. Graham Trustee, 1460 Twinridge Road, Santa Barbara, CA 93111-1223
2684321 +Graham Family Trust dated 10/26/78, c/o Robin B. Graham & Celia Allen-Graham, 1460 Twinridge Road, Santa Barbara, CA 93111-1223
2683546 +Grant M. & J. Laurel Bushman Family Trus, c/o J. Laurel Bushman Trustee, PO Box 576, Overton, NV 89040-0576
2684134 +Graydon L. Fladager and Cynthia A. Flada, 2235 Longwood Drive, Reno, NV 89509-5153
2685103 +Great Basin Foundation For Biomedical Re, c/o F. Roy MacKintosh Trustee, 7350 Lakeside Dr, Reno, NV 89511-7608
2685422 +Greater American Warehouse, 9 Chateau Whistler Court, Las Vegas, NV 89148-2727
2684345 +Greene Family Trust dated 4/25/91, c/o Nelson R. Greene & Eunice A. Greene, PO Box 62328, Boulder City, NV 89006-2328
2684346 +Greenwald Living Trust dated 5/8/90, c/o Clarence J. Greenwald & Gertrude R., 1608 Caminito Asterisco, La Jolla, CA 92037-7136
2685301 +Greg Milano & Jane Milano, 1105 Carousel, Bedford, TX 76021-3378
2683537 +Gregory C. Burkett & Kathy Burkett, P O Box 67, Gonzales, LA 70707-0067
2686667 +Gregory D. Yonai Family Trust, c/o Gregory D. Yonai Trustee, 1982 Country Cove Ct, Las Vegas, NV 89135-1552
2683421 +Gregory E. Borgel, 3747 Heritage Ave., Las Vegas, NV 89121-4424
2686549 +Gregory E. Weir, 1901 Vallejo St Apt 8, San Francisco, CA 94123-4945
2684352 +Gregory Family Trust UAD 5/25/93, c/o Marjorie C. Gregory Trustee, 32016 Crystalaire Drive, Llano, CA 93544-1203
2684351 +Gregory Family Trust of 1988, c/o Kim W. Gregory & Debbie R. Gregory T, 6242 W Coley Avenue, Las Vegas, NV 89146-5213
2686494 +Gregory J. Walch and Shauna M. Walch Fam, c/o Gregory J. Walch Trustee, 344 Doe Run Circle, Henderson, NV 89012-2704
2684183 +Gregory L. Freeman, 32 Cross Ridge Street, Las Vegas, NV 89135-7842
2686045 +Gregory R. Sibley, 4759 Laurel Canyon St, Las Vegas, NV 89129-5305
2686334 +Gregory R. Thompson, 1005 W Buffington St, Upland, CA 91784-8702
2686223 +Gregory W. Stimpson & Carrie M. Stimpson, 2665 Firenze Drive, Sparks, NV 89434-2135
2686666 +Gregory Yonai IRA, c/o First Savings Bank Custodian, 1982 Country Cove Ct., Las Vegas, NV 89135-1552
2684355 +Gresher Family Trust dated 10/18/02, c/o William R. Gresher & Sandra C. Gresh, 5705 Camino De Bryant, Yorba Linda, CA 92887-4228
2684358 +Griffith Family Trust dated 4/30/92, c/o David L. Griffith and Dianne R. Grif, 561 Keystone Ave PMB# 211, Reno, NV 89503-4304
2684994 +Guenther & Adelle Leopold Family Trust d, c/o Guenther Leopold & Adelle Leopold Tr, 3080 Arguello Dr, Burlingame, CA 94010-5804
2685125 +Guido Mandarino POD Maria Rocco, 7951 Avalon Island Street, Las Vegas, NV 89139-6187
2683208 +Guy Archer, 1725 Fairfield Ave, Reno, NV 89509-3221
2683387 +Guy R. Blatt & Cherie A. Blatt, 2712 Pepperwood Pl, Hayward, CA 94541-4581
2792090 +H DANIEL WHITMAN AN UNMARRIED MAN, PO BOX 10200, ZEPHYR COVE NV 89448-2200
2686567 +H. Daniel Whitman, P O Box 10200, Zephyr Cove, NV 89448-2200
2827018 +HANDAL, JOHN A, 3575 SISKIYOU CT, HAYWARD CA 94542-2519
2840168 HANDELMAN CHARITABLE REMAINDER, UNITRUST DATED 5/3/97, C/O GLORIA W HANDELMAN TRUSTEE, 2324 CASERTA CT, HENDERSON NV 89074-5316

2840176 +HANDELMAN, GLORIA AND JIM, 2324 CASERTA CT, HENDERSON NV 89074-5316
2840175 +HANDELMAN, GLORIS AND JIM, 2324 CASERTA CT, HENDERSON NV 89074-5316
2819163 HANDLIN FAMILY TRUST DTD 4/16/04, C/O SHIRLEY M HALDLIN TTEE, 8855 LEROY ST, RENO NV 89523-9777
2873480 +HANEY, GEORGE, 3289 TOPAZ LN, CAMERON PARK CA 95682-8514
2839935 +HANNAH BREHMER, 188 BEACON HILL DR, ASHLAND OR 97520-9701
2801697 HANSEN FAMILY TRUST DTD 6/6/89, C/O KENNETH L HANSEN &, DONNA J HANSEN TTEES, 13287 RATTLESNAKE RD, GRASS VALLEY CA 95945-8814
2828304 +HANSEN, TERRY, PO BOX 458, SPARKS NV 89432-0458
2800500 +HANSLIK, WALDEMAR, 10420 MARYMONT PL, LAS VEGAS NV 89134-5124
2798876 HAROLD EPSTEIN REVOCABLE LIVING TRUST, DATED FEBRUARY 14, 1991, C/O HAROLD EPSTEIN TTEE, 40 W 3RD AVE APT 703, SAN MATEO CA 94402-7117
2799773 HAROLD WILLARD AND BEVERLY WILLARD, 1980 TRUST DTD 12/18/80, C/O HAROLD WILLARD AND, BEVERLY WILLARD TTEES, 400 BAVARIAN DR, CARSON CITY NV 89705-7008
2862109 +HARRISON FAMILY TRUST DTD 7/27/99, THOMAS B & MARGUERITE F HARRISON TTEES, THOMAS B AND MARGUIERITE F HARRISON, 930 DORCEY DR, INCLINE VILLAGE NV 89451-8503
2812092 HARRY B MCHUGH REVOCABLE, TRUST DTD 3/12/01, C/O HARRY B MCHUGH TTEE, 525 COURT ST, RENO NV 89501-1731
2827628 +HARTWELL, HAROLD, 3424 E TONOPAH AVE, N LAS VEGAS NV 89030-7434
2829050 HARVEY ALDERSON IRA, 4941 HARRIS AVE, LAS VEGAS NV 89110-2448
2864244 +HARVEY KORNHABER, PO BOX 10376, TRUCKEE CA 96162-0376
2683049 +HASPINOV, LLC, 4484 SOUTH PECOS RD., LAS VEGAS, NV 89121-5030
2737778 +HASPINOV, LLC, C/O SYLVESTER & POLEDNAK, LTD, 7371 PRAIRIE FALCON, SUITE 120, LAS VEGAS, NV 89128-0834
2810963 +HAVINS, KIMBERLY, 3125 SHADOWLEAF CT, LAS VEGAS NV 89117-3256
2809797 HEFNER, STEPHEN R, 10329 EVENING PRIMROSE AVE, LAS VEGAS NV 89135-2801
2804965 +HEINBAUGH, JUDITH, PO BOX 8537, INCLINE VILLAGE NV 89452-8537
2827621 HELLER TRUST DTD 4/30/90, C/O ROBERT E HELLER & EDNA W HELLER TTEE, 152 AVE DE LA BLEU DE CLAIR, SPARKS NV 89434-9558
2808501 +HELMBERGER, RICHARD A, 39080 SANTA ROSA CT, MURRIETTA CA 92563-7872
2804970 HENDLER, JANE, 4154 ST CLAIR AVE, STUDIO CITY CA 91604-1607
2805352 HERBERT HANSEN IRA, PO BOX 841217, DALLAS TX 75284-1217
2863209 HERD FAMILY TRUST DTD 4/23/90, C/O ALLEN HERD AND MARILYN HERD TTEES, 598 ALAWA PL, ANGELS CAMP CA 95222-9768
2827016 HERMAINE & SEYMOUR HINDEN LIVING, TRUST DTD 2/22/00, C/O HERMAINE HINDEN & SEYMOUR HINDEN TTE, 2721 ORCHID VALLEY DR, LAS VEGAS NV 89134-7327
2829327 HERMAN M ADAMS BRIAN M ADAMS &, ANTHONY G ADAMS, 1341 CASHMAN DR, LAS VEGAS, NV 89102-2001
2800502 HERPST FAMILY TRUST DTD 8/16/90, C/O ROBERT L HERPST TTEE, 1805 ROYAL BIRKDALE DR, BOULDER CITY NV 89005-3661
2988855 HEWBY 1984 FAMILY TRUST DTD 3/19/84, C/O C E NEWBY & CAROLE NEWBY TTEES, 5209 ELM GROVE DR, LAS VEGAS NV 89130-3669
2772976 HEWLETT-PACKARD FINANCIAL SERVICES COMPANY, ATTN PETER J ASHCROFT ESQ, BERNSTEIN LAW FIRM PC, 707 GRANT ST, 2200 GULF TOWER, PITTSBURGH PA 15219
2800499 +HEYBOER, JUDY, 1150 HIDDEN OAKS DR, MENLO PK CA 94025-6043
2830027 +HFAH ASYLUM LLC, C/O HOMES FOR AMERICA HOLDINGS, INC., 86 MAIN ST, SECOND FLOOR, YONKERS, NY 10701-8805
2822128 +HIGGINS, KEVIN, 10413 MANSION HILLS AVE, LAS VEGAS NV 89144-4327
2829210 +HOFFMAN, WARREN, 5764 FLINTCREST DR, BURLINGTON IA 52601-9050
2798880 +HOGGARD, JACK, 7022 RUSHWOOD DR, EL DORADO HILLS CA 95762-5002
2844506 +HOMFELD II LLC, 2515 N ATLANTIC BLVD, FT LAUDERDALE FL 33305-1911
2829357 +HOUGHTON DENTAL CORP PSP, F/B/O/ GERALDINE HOUGHTON, 2871 PINTA, PERRIS CA 92571-4849
2855521 HOUSTON, SUSAN, 7737 SPANISH BAY DR, LAS VEGAS NV 89113-1396
2844648 +HOWARD L CRAIG TTEE, FRANKYE D CRAIG TTEE, CRAIG FAMILY TRUST DTD 8/10/00, 1735 CAUGHLIN CREEK RD, RENO NV 89519-0687
2844649 +HOWARD L CRAIG TTEE, CRAIG FAMILY TRUST DTD 8/10/00, 1735 CAUGHLIN CREEK RD, RENO NV 89519-0687
2827615 +HOWARTH, MARJORIE, 30116 CORTE SAN LUIS, TEMECULA CA 92591-1918
2823063 HUFF, GAIL L, 3578 APRIL SPRINGS ST, LAS VEGAS NV 89147-7720
2829817 +HUISH JAMIE, 2013 MADAGASCAR LANE, LAS VEGAS NV 89117-5925
2827523 +HULSE FAMILY TRUST, C/O RODNEY C HULSE AND CATHRYN J HULSE T, 255 E 1100 S, MAPLETON UT 84664-5030
2827014 HUMBERTO D'ELIA, 72 PARADISE PKWY, HENDERSON NV 89074-6200
2825046 HUMBLE, DIANNE, 991 HILLTOP DR, CARSON CITY NV 89705-6000
2984403 HUMPHRY 1999 TRUST, C/O JACK HUMPHRY & ALICE HUMPHRY TTEES, 3825 CHAMPAGNE WOOD DR, NORTH LAS VEGAS NV 89031-2056
2825035 +HUTHERT, JAMES, 487 SUDDEN VALLEY, BELLINGHAM WA 98229-4809
2861876 +Hall Financial Group, Ltd. and Hall Phoenix Inwood, c/o Frank J. Wright, 14755 Preston Rd., #600, Dallas, TX 75254-6825
2684397 +Halseth Family Trust restated 4/21/00, c/o Daniel R. Halseth & Sandra K Halseth, 23 Molas Drive, Durango, CO 81301-9448
2684557 +Hamilton M. High & Brenda J. High, 2884 E Point Dr, Chesapeake, VA 23321-4125
2684556 +Hamilton M. High IRA, c/o First Trust Co. Of Onaga Custodian, 2884 East Point Drive, Chesapeake, VA 23321-4125
2684403 +Hamm Trust dated 3/17/05, c/o Charles T. Hamm and Sandra L. Hamm,, P O Box 14098, South Lake Tahoe, CA 96151-4098
2684966 +Han K. Lee & Carol L. Lee, 2910 Sarina Avenue, Henderson, NV 89074-2850
2684411 +Handelman Charitable Remainder Unitrust,, c/o Gloria W. Handelman, Trustee, 2324 Caserta Ct, Henderson, NV 89074-5316
2684412 +Handlin family trust dated 4/16/2004, c/o Shirley M. Handlin Trustee, 8855 Leroy St, Reno, NV 89523-9777

2683461 +Hannah Brehmer & Marti McAllister, 188 Beacon Hill, Ashland, OR 97520-9701
2683460 +Hannah Brehmer and Billy Gates, 188 Beacon Hill Lane, Ashland, OR 97520-9701
2686250 +Hans - Ueli Surber, 2 Saturn St, San Francisco, CA 94114-1421
2839893 +Hans J. Prakelt, c/o Robert C. LePome, Esq., 10120 S. Eastern Ave. #200, Henderson, NV 89052-3926
2684421 +Hansen Family Trust dated 6/6/89, c/o Kenneth L. Hansen & Donna J. Hansen, 13287 Rattlesnake Rd, Grass Valley, CA 95945-8814
2684429 +Hanslik Family Trust dated 12/23/91, c/o Katharina Hanslik, 2113 RED DAWN SKY ST., LAS VEGAS, NV 89134-5540
2684430 +Hanson Family Trust 06/01/2001, c/o Kenneth D. Hanson and Jamie L. Hanso, 10269 Copper Cloud Dr, Reno, NV 89511-5348
2684433 +Harford Family Trust dated 10/15/1993, c/o Ronald W. Harford and Dora D. Harfor, 1894 Hwy 50 E #4 PMB 502, Carson City, NV 89701-3202
2684437 +Harkins 2001 Revocable Trust dated 8/23/, c/o Leslie Harkins & Linda Harkins Trust, 5406 Hidden Valley Court, Reno, NV 89502-9571
2683398 +Harkley E. Boak & Carrie Boak, 2336 Sun Cliff Street, Las Vegas, NV 89134-5556
2686335 +Harold A. Thompson & Diana C. Thompson R, c/o Harold A. Thompson & Diana C. Thomps, 973 Pete’s Way, Sparks, NV 89434-9659
2683749 +Harold Corcoran & Joyce Corcoran, 2200 N D’Andrea Pkwy #413, Sparks, NV 89434-2178
2685556 +Harold E. Pals IRA, c/o First Trust Co. Of Onaga Custodian, 226-2 Morgyn Lane, Boulder City, NV 89005-1470
2684032 +Harold Epstein Revocable Living Trust da, c/o Harold Epstein Trustee, 40 W 3rd Ave Apt 703, San Mateo, CA 94402-7117
2683690 +Harold F. Clark Jr., 555 Twining Flats Rd, Aspen, CO 81611-3119
2684463 +Harold G. Hartwell, 3424 E Tonopah Ave, N Las Vegas, NV 89030-7434
2686240 +Harold Sturza, 2705 Orchid Valley Drive, Las Vegas, NV 89134-7327
2686582 +Harold Willard and Beverly Willard 1980, c/o Harold Willard & Beverly Willard, Tr, 400 Bavarian Drive, Carson City, NV 89705-7008
2684448 +Harper Family Trust dated 2/28/84, c/o T. Claire Harper Trustee, 541 West 2nd St, Reno, NV 89503-5310
2684898 +Harriet Kutzman IRA, c/o First Savings Bank Custodian, 2529 High Range Drive, Las Vegas, NV 89134-7619
2684456 +Harrison Family Trust dated 7/27/99, c/o Thomas B. Harrison & Marguerite F. H, 930 Dorcey Drive, Incline Village, NV 89451-8503
2685233 +Harry B. McHugh Revocable Trust dated 3/, c/o Harry B. McHugh Trustee, 525 Court St., Reno, NV 89501-1731
2684191 +Harry G. Fritz & Beverly C. Fritz Family, c/o Beverly C. Fritz Trustee, 3242 Brookfield Drive, Las Vegas, NV 89120-1939
2685705 +Harry J. Rafferty & Laverne F. Rafferty, c/o Laverne F. Rafferty Trustee, 2083 Leisure World, Mesa, AZ 85206-5342
2684458 +Hart Family Trust dated 8/30/99, c/o Dolores M. Hart, Trustee, P. O. Box 442, Genoa, NV 89411-0442
2684462 +Hartmann 1997 Trust U/A dated 1/29/97, c/o Christian K. Hartmann & Katharina Ha, 2400 Ocean Edge Ct, Las Vegas, NV 89134-5114
2684864 +Harvey A. Kornhaber, P O Box 10376, Truckee, CA 96162-0376
2683150 +Harvey Alderson, 4941 East Harris Avenue, Las Vegas, NV 89110-2448
2683149 +Harvey Alderson IRA, c/o First Savings Bank Custodian, 4941 E Harris Avenue, Las Vegas, NV 89110-2448
2685798 +Harvey Andrew Rineer III Trust UTA dated, c/o Harvey Andrew Rineer III Trustee, 3756 Sauceda Lane, Las Vegas, NV 89103-0102
2684466 +Harvey Family Trust, dated 4/13/87, c/o Roderick J. Harvey, Sr. and Pauline, 2932 Eaglestone Circle, Las Vegas, NV 89128-7724
2684481 +Havers Family Trust, c/o Franklin J. & Roxanne Havers, Truste, 2738 Chokecherry Ave, Henderson, NV 89074-7300
2684490 +Hawley Family Trust dated 8/15/96, c/o Stephen L. Hawley & Sidney A. Hawley, 4075 Losee Road, N. Las Vegas, NV 89030-3301
2685204 +Hazel R. Council Trust dated 9/23/05, c/o Mary Council Mayfield, Trustee, 1134 La Mesa Dr, Richardson, TX 75080-3729
2686602 +Heather Winchester & William Winchester, 2215 Stowe Drive, Reno, NV 89511-9105
2685100 +Heidi Machock IRA, c/o Fiserv ISS & Co. Custodian, 32792 Rosemont Drive, Trabuco Canyon, CA 92679-3387
2686536 +Heinrich Richard Weber & Brigitte S. Web, 2099 Westglen Ct, Reno, NV 89523-3222
2684507 +Heintzelman Rev Living Trust Dtd 8/15/94, c/o Richard Heintzelman & Roberta Heintz, 664 Pinnacle Court, Mesquite, NV 89027-3315
2685112 +Helen C. Makepeace Survivor’s Trust UAD, c/o Helen C. Makepeace Trustee, 2445 Harden Ridge Drive, Henderson, NV 89052-7084
2684315 +Helen N. Graeber, P O Box 48, Yazoo City, MS 39194-0048
2685651 +Helen R. Pile & William E. Pile, 5118 Range View Ave, Los Angeles, CA 90042-1738
2683251 +Helen T. Bahneman, 930 Tahoe Blvd 802, Incline Village, NV 89451-9488
2683432 +Helena A. Bova, 8137 Regis Way, Los Angeles, CA 90045-2618
2684508 +Heller Trust dated 4/30/90, c/o Robert E. Heller & Edna W. Heller, T, 152 Av Bleu De Clair, Sparks, NV 89434-9558
2683903 +Helms Grandchildren Educational Trust Fo, c/o Tamara Dias Trustee, 1316 Sonia Court, Vista, CA 92084-4237
2685694 +Helmut O. Przystaw & Erika L. Przystaw, 1609 Wheatgrass Dr, Reno, NV 89509-6908
2683919 +Helmut R. Dobeck & Eloise A. Dobeck, 2411 Sungold Drive, Las Vegas, NV 89134-8893
2685066 +Hendarsin Lukito & Shu S. Lukito, 3009 Beaverwood Ln, Silver Springs, MD 20906-3011
2685057 +Henri L. Louvigny IRA, c/o First Savings Bank Custodian, 2648 Aspen Valley Ln., Sacramento, CA 95835-2137

2685517 +Henry & Mengia Obermuller Trust dated 9/, c/o Henry J. Obermuller & Mengia K. Ober, P O Box 1161, Tahoe City, CA 96145-1161
2685618 +Henry A. Peters and Donna M. Peters, 2954 Denise Court, West Sacramento, CA 95691-4229
2683480 +Henry C. Brock, Jr. & Lorraine E. Brock, c/o Lorraine E. Brock Trustee, 316 Kiel St, Henderson, NV 89015-4828
2685582 +Henry E. Pattison & Ruth V. Pattison, 5219 West Ave L14, Quartz Hill, CA 93536-3629
2684257 +Henry Herr Gill & Mary Jane Gill, 1904 Scenic Sunrise Drive, Las Vegas, NV 89117-7236
2684997 +Henry L. Letzerich and Norma W. Letzeric, 2322 Joshua Circle, Santa Clara, UT 84765-5436
2685415 +Herbert & Linda Mueller Trust dated 2/10, c/o Herbert W. Mueller & Linda Mueller,, 2479 San Sebastian, Los Osos, CA 93402-4201
2685067 +Herbert Lum Trust dated 11/27/96, c/o Herbert Lum Trustee, 5783 Ballenger Drive, Las Vegas, NV 89142-2656
2684503 +Herbert R. Heider IRA, c/o First Savings Bank Custodian, 9721 SW 192 Ct Rd, Dunnellon, FL 34432-4235
2686093 +Herbert Slovis & Julie B. Slovis, 50 Nottingham Drive, Old Bridge, NJ 08857-3243
2686138 +Herbert Sonnenklar & Norma R. Sonnenklar, 2501 Poinciana Drive, Weston, FL 33327-1415
2685413 +Herbert W. Mueller IRA, c/o First Trust Co. Of Onaga Custodian, 2479 San Sebastian, Los Osos, CA 93402-4201
2684529 +Herd Family Trust dated 4/23/90, c/o Allen Herd and Marilyn Herd, Trustee, 598 Alawa Pl, Angels Camp, CA 95222-9768
2684567 +Hermaine & Seymour Hinden Living Trust d, c/o Hermaine Hinden & Seymour Hinden Tru, 2721 Orchid Valley Drive, Las Vegas, NV 89134-7327
2683126 +Herman M. Adams, Brian M. Adams & Anthon, 1341 Cashman Drive, Las Vegas, NV 89102-2001
2684533 +Herman, Inc., 4590 Eucalyptus Ave Ste A, Chino, CA 91710-9203
2684538 +Herndon Family Trust dated 05/29/1997, c/o Brian K. Herndon and Sharon L. Hernd, 5450 Idlewood Rd, Santa Rosa, CA 95404-1219
2684539 +Herpst Family Trust dated 8/16/90, c/o Robert L. Herpst Trustee, 1805 Royal Birkdale Drive, Boulder City, NV 89005-3661
2684569 +Hine Family Trust, c/o Christopher Hine & Nancy D. Hine Tru, 13814 Cedar Creek Ave, Bakersfield, CA 93314-8319
2684968 +Hock Yen Lee Marital QTIP Trust, c/o Marilyn Lee, Trustee, 7321 W. Caribbean Lane, Peoria, AZ 85381-4482
2684580 +Hodgson Living Trust dated 1/12/90, c/o James A. Hodgson & Cynthia H. Hodgso, 20758 N Enchantment Dr, Surprise, AZ 85387-2823
2684581 +Hoffman Family Investments LP, 5764 Flintcrest Drive, Burlington, IA 52601-9050
2684588 +Holder Revocable Trust dated 10/21/91, c/o Ralph C. Holder & Naomi S. Holder Tr, 526 Greenbriar DR, Carson City, NV 89701-6498
2684589 +Holeyfield Family Trust dated 01/12/01, c/o Richard Holeyfield and Marsha Holeyf, 1103 W Red Oak Rd, P O Box 538, Waxahachie, TX 75168-0538
2685645 +Holly J. Pickerel, 3415 Cooper Street, San Diego, CA 92104-5211
2684599 +Homfeld II, LLC, 2515 N Atlantic Blvd, Fort Lauderdale, FL 33305-1911
2684602 +Honikman 1992 Trust dated 12/28/92, c/o Terence C. Honikman & Jane I Honikma, 927 N Kellogg Ave., Santa Barbara, CA 93111-1022
2684600 +Honikman 1993 Trust dated 2/19/93, c/o Alfred Harold Honikman, Trustee, 927 N Kellogg Ave, Santa Barbara, CA 93111-1022
2684604 +Hoover Family 1985 Trust dated 4/3/85, c/o John M. Hoover & Suzanne J. Hoover,, 2443 Garzoni Drive, Sparks, NV 89434-2132
2684309 +Horizon Investment Management, LLC, P O Box 8173, Truckee, CA 96162-8173
2684610 +Hornberger Family Trust dated 1/14/03, c/o Raymond Hornberger & Florence Hornbe, 1834 Scarborough Drive, Columbia, MO 65201-9254
2684612 +Houghton Dental Corp Profit Sharing Plan, 2871 Pinta, Perris, CA 92571-4849
2685956 +Howard G. Schrock & June Schrock, 5571 Barcelona Ct, Sparks, NV 89436-2678
2684861 +Howard Kolodny Trust dated 3/22/99, c/o Howard Kolodny Trustee, 4404 Portico Place, Encino, CA 91316-4018
2685343 +Howard Molitch IRA, c/o First Savings Bank Custodian, 4448 NW Crescent Valley Dr, Corvallis, OR 97330-9714
2686550 +Howard P. Weiss & Curtis Weiss, 2871 San Lago Court, Las Vegas, NV 89121-3926
2685895 +Howard Samsen & Vera Samsen, 9948 Arbuckle Drive, Las Vegas, NV 89134-7530
2684990 +Howie’s Cigars, LLC, 9900 Wilbur May Pkwy 2702, Reno, NV 89521-4027
2684624 +Hubbard trust dated 7/29/1998, c/o George W. Hubbard and Carol N. Hubba, 6340 N Calle Tregua Serena, Tucson, AZ 85750-0951
2684632 +Hulse Family Trust, c/o Rodney C. Hulse and Cathryn J. Hulse, 355 East 1100 South, Mapleton, UT 84664-5012
2683804 +Humberto D’Elia, 72 Paradise Pkway, Henderson, NV 89074-6200
2684637 +Humphry 1999 Trust, c/o Jack Humphry & Alice Humphry Trustee, 3825 Champagne Wood Drive, North Las Vegas, NV 89031-2056
2684640 +Huppi Trust dated 1/30/92, c/o Rodney G. Huppi & Virginia M. Huppi, 378 Odin Place, Pleasant Hill, CA 94523-1803
2683902 +I. Anthony Di Silvestro 1991 Trust dated, c/o I. Anthony Di Silvestro Trustee, 344 Abies Road, Reno, NV 89511-8779
2683050 +IDCSERVCO, P.O. BOX 1925, CULVER CITY, CA 90232-1925
2683051 IKON FINANCIAL SERVICES, P.O. BOX 650073, DALLAS, TX 75265-0073
2737958 +IKON Financial Services, Bankruptcy Administration, PO Box 13708, Macon, GA 31208-3708
2683024 ++INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346
(address filed with court: INTERNAL REVENUE SERVICE, ATTN: BANKRUPTCY DEPT., STOP 5028, 110 CITY PARKWAY, LAS VEGAS NV 89106)
2683052 +IOS CAPITAL, P.O. BOX 650073, DALLAS, TX 75265-0073
2683053 IRON MOUNTAIN RECORDS MANAGEMENT, P.O. BOX 601002, LOS ANGELES, CA 90060-1002
2812381 +IRWIN, MARTIN, 5221 LINDELL RD M102, LAS VEGAS NV 89118-5417

2684060 Ian A. Falconer, PO Box 48447 Bentall Center, Vancouver, BC 0
2686657 +Ian Yamane IRA, c/o First Savings Bank Custodian, 2304 Silver Bluff Ct, Las Vegas, NV 89134-6092
2684651 +Inch Family Trust dtd 04/19/95, c/o Robert W. Inch and Jennie R. Inch Tr, 73487 Purslane, Palm Desert, CA 92260-5723
2684558 +India C. High, 1 Bon Secour Way Ste 135, Portsmouth, VA 23703-4539
2685875 Ingrid A. Rutherford Family Trust dated, c/o Ingrid A. Rutherford, Trustee, P.O. Box l4l6, San Andreas, CA 95249
2683252 +Iona Pete Bakas Halliday, P O Box 39147, Ft Lauderdale, FL 33339-9147
2684655 +Ippolito Family Trust dated 8/31/89, c/o John A. Ippolito & Patricia M. Ippol, 5527 Vista Terrace Ln, Sparks, NV 89436-7690
2686008 +Ira Jay Shapiro & Blanche Shapiro, 82-41 257th Street, Floral Park, NY 11004-1441
2686007 +Ira Jay Shapiro and Anton Trapman, 82-41 257th Street, Floral Park, NY 11004-1441
2685312 +Irene M. Miller Revocable Trust dated 12, c/o Irene M. Miller Trustee, 617 Sycamore Ave, S. Milwaukee, WI 53172-1335
2685507 +Irene R. O’Hare Trust dated 7/28/88, c/o Dennis J. O’Hare & Irene R. O’Hare T, 4844 East Eden Drive, Cave Creek, AZ 85331-2929
2686379 +Irene Trapman & Anton Trapman, 67 25 Clyde St Apt # 2E, Forest Hills, NY 11375-4017
2683754 +Iris G. Corley Trust dated 9/19/84, c/o Iris G. Corley Trustee, 1289 Ironwood St, Boulder City, NV 89005-2017
2685002 +Irwin Levine IRA C/O Pollycomp, c/o First Regional Bank Custodian, 10024 Button Willow, Las Vegas, NV 89134-7620
2685947 +Irwin Schneider & Ursula Schneider, 25A Eastgate Drive, Boynton Beach, FL 33436-6841
2685035 +Ivan Loebs, 236 Garrett Avenue, Chula Vista, CA 91910-2605
2684660 +Iverson Family Trust dated 5/14/01, c/o Darin B. Iverson & Tamara C. Iverson, 9811 W Charleston Blvd #2-534, Las Vegas, NV 89117-7528
2684638 +J. & S. Bliss/Hunewill 2004 Trust dated, c/o Stanley L Hunewill and Janet Bliss H, 200 Hunewill Lane, Wellington, NV 89444-9514
2684040 +J. Jarrell Estes & Sarah S. Estes, 3557 Brookwood Road, Birmingham, AL 35223-1445
2684794 +J. Kord Kelley, 21 Wilcox St Unit C, Castle Rock, CO 80104-3337
2776230 +J.W.B. Investments, Inc. Pension Plan, 2333 Dolphin Court, Henderson, NV 89074-5320
2872126 +JACK D LA FLESCH TTEE JDL TRUST DTD 1/27/04, 8414 W FARM RD #180-255, LAS VEGAS NV 89131-8170
2865348 JACK GOLDENTHAL & SYLVIA GOLDENTHAL, 20155 NE 38TH CT, APT 1603, AVENTURA FL 33180-3256
2844520 +JACK J BEAULIEU REVOCABLE LIVING TRUST, DTD 9/1/94, JACK J BEAULIEU TTEE, 2502 PALMA VISTA AVE, LAS VEGAS NV 89121-2129
2863210 JACK R CLARK AND LINDA C REID HWJTWROS, JACK R CLARK AND LINDA C REID, 9900 WILBUR MAY PKWY #4701, RENO NV 89521-3089
2829657 +JACK SNOW AND HEIDI SNOW, C/O SCOTT D FLEMING ESQ, HALE LANE PEEK DENNISON & HOWARD, 3930 HOWARD HUGHES PKWY 4TH FL, LAS VEGAS NV 89169-0947
2829286 JACQUELINE BARBARA VALIENTE, REVOCABLE LIVING TRUST, C/O JACQUELINE BARBARA VALIENTE TRUSTEE, 8804 RIO GRANDE FALLS AVE, LAS VEGAS, NV 89178-7217
2833638 +JAMES B CARDWELL, C/O MICHAEL J DAWSON ESQ, 515 S 3RD ST, LAS VEGAS NV 89101-6501
2701424 +JAMES CORISON, C/O FRANKLIN ADAMS, 3750 UNIVERSITY AVE., PO BOX 1028, RIVERSIDE, CA 92502-1028
2863300 +JAMES D DERY AND ANN R DERY HW, 19601 VAN AKEN BLVD, SHAKER HEIGHTS OH 44122-3573
2801714 JAMES E REARDON IRA, 120 S MAIN ST, MANSFIELD MA 02048-2529
2804978 JAMES GARY MACHETTA, TRUST DTD 7/9/02, C/O JAMES GARY MACHETTA TTEE, PO BOX 2242, DENVER CO 80201-2242
2829919 +JAMES J LEE ESQ, 7674 W LAKE MEAD BLVD #108, LAS VEGAS NV 89128-6648
2829073 +JAMES L SCHULTE AND CYNTHIA L SCHULTE, 162 OBED POINT, CROSSVILLE TN 38571-6803
2843204 +JAMES M MCCONNELL IRA, 970 FAIRWAY BLVD, INCLINE VILLAGE NV 89451-9002
2812377 JAMES W JELF & KARENE K JELF, 550 N MCCARRAN BLVD #303, SPARKS NV 89431-5278
2843205 JAMES W SHAW IRA, 14225 PRAIRIE FLOWER CT, RENO NV 89511-6710
2865180 +JAMES WILLIAM ROGERS, 78 SEAL ROCK DR, SAN FRANCISCO CA 94121-1437
2860049 +JAMIE KEFALAS TRUST, C/O FRANCIS HOWARD TTEE, 7 COMMERCE CENTER DR STE A, HENDERSON NV 89014-2395
2798760 JANET E ZAK, 9720 VERLAINE CT, LAS VEGAS NV 89145-8695
2863918 +JANET P JOHNSON & CHARLES E JOHNSON TTEES, OF THE JANET P JOHNSON LIVING TRUST DTD, CHARLES JOHNSON, 17 FRONT ST, PALM COAST FL 32137-1453
2843462 JANET P JOHNSON LIVING TRUST DTD 7/15/04, CHARLES E JOHNSON & JANET P JOHNSON TTEE, 17 FRONT ST, PALM COAST FL 32137-1453
2827594 +JANIE TAMMADGE, 1400 COLORADO ST SUITE C, BOULDER CITY NV 89005-2436
2860050 +JASON KEFALAS TRUST, C/O FRANCIS HOWARD TTEE, 7 COMMERCE CENTER DR STE A, HENDERSON NV 89014-2395
6228657 +JASON/SALLY HOLT, 1203 BRIARSTONE DR, BOULDER CITY NV 89005-2143
2827575 JASPER BENINCASA JR, 9359 ROPING COWBOY AVE, LAS VEGAS NV 89178-6251
2766201 +JAY LIM, 208 CLARENCE WY, FREMONT CA 94539-3873
2938133 +JAY S. STEIN CHARITABLE REMAINDER, UNITRUST OF 7/15/02, C/O CONNIE COBB, CPA, P.O. BOX 5339, SANTA BARBARA, CA 93150-5339
2938134 +JAY S. STEIN IRA, C/O CONNIE COBB, CPA, P.O. BOX 5339, SANTA BARBARA, CA 93150-5339
2938135 +JAY S. STEIN TRUST 12/12/00, C/O CONNIE COBB, CPA, P.O. BOX 5339, SANTA BARBARA, CA 93150-5339
2865944 JAYEM FAMILY LP, JACQUES MASSA GP, 7 PARADISE VALLEY CT, HENDERSON NV 89052-6706
2684916 +JDL Trust, dated 1/27/04, c/o Jack D. LaFlesch, Trustee, 8414 West Farm Road #180-255, Las Vegas, NV 89131-8170
2873468 +JEAN G RICHARDS TTEE OF THE JEAN G RICHARDS, TRUST DTD 9/30/99, JEAN G RICHARDS, 1160 MAGNOLIA LN, LINCOLN CA 95648-8423
2862948 +JEAN H MURRAY SEPARATE PROPERTY TRUST, DTD 9/12/02, C/O JEAN H MURRAY TTEE, 865 COLOMA DR, CARSON CITY NV 89705-7204

2829094 JEAN JACQUES BERTHELOT TTEE OF THE, BERTHELOT LIVING TRUST DTD 4/9/03, 9328 SIENNA VISTA DR, LAS VEGAS NV 89117-7034
2829174 JEAN-JACQUES LEBLANC IRA, PO BOX 6434, INCLINE VILLAGE NV 89450-6434
2766953 +JEFF GUITERREZ, C/O TERRA LAW LLP, 60 S. MARKET STREET, SUITE 200, SAN JOSE, CA 95113-2333
2864254 JEFFREY JANUS, C/O LINCOLN TRUST COMPANY TTEE, 8013 GLENDALE DR, FREDERICK MD 21702-2919
2833266 JEFFREY L. & KATHLEEN M. EDWARDS, 1525 Cedar Court, Southlake, TX 76092-4133
2766947 +JEN-SHIH LEE, C/O TERRA LAW LLP, 60 S. MARKET STREET, SUITE 200, SAN JOSE, CA 95113-2333
2865437 +JENNEFER C PEELE TTEE OF THE PEELE SPOUSAL, TRUST DTD 2/10/87, JENNEFER C PEELE, 2581 RAMPART TERRACE, RENO NV 89519-8362
2865338 +JENNEFER COLE PEELE TTEE OF THE PEELE, BYPASS TRUST DTD 2/10/87, JENNEFER C PEELE, 2581 RAMPART TERR, RENO NV 89519-8362
2683393 ++JEROME L BLOCK AND CHARMA N BLOCK, 1901 JOHN F KENNEDY BLVD, APT 2426, PHILADELPHIA PA 19103-1521
(address filed with court: Jerome L. Block & Charma N. Block, 201 S 18th St Apt 2119, Philadelphia, PA 19103)
2800493 +JERROLD T MARTIN AND JAMES T MARTIN, JTWROS, 8423 PASO ROBLES, NORTHRIDGE CA 91325-3425
2736258 +JERROLD T. MARTIN, 8423 PASO ROBLES, NORTHRIDGE, CA 91325-3425
2865172 +JILLIAN CAMPBELL AND PATSY RIEGER JTWROS, JILLIAN CAMPBELL, 2024 DOUGLAS RD, STOCKTON CA 95207-4032
2829647 +JOAN ARENDS TTEE OF ARENDS FAMILY TRUST, JOAN ARENDS, 2310 AQUA HILL RD, FALLBROOK CA 92028-9539
2775664 +JOAN B GASSIOT 1987 TRUST DTD 8/7/87, JOAN B GASSIOT, 4050 BITTER CREEK CT, RENO NV 89519-0609
4262150 +JOAN M CRITTENDEN, 3355 S. TEN SLEEP DR #10, JACKSON, WY 83001-9293
3001864 +JOANNE HALVORSON, 3716 N NORMANDIE, SPOKANE WA 99205-3051
2865329 +JOCELYNE HELZER & EDDIE MAYO JTWROS, JOCELYNE HELZER & EDDIE MAYO, 115 S DEER RUN RD, CARSON CITY NV 89701-9351
2737779 +JOE MILANOWSKI, C/O SYLVESTER & POLEDNAK, LTD., 7371 PRAIRIE FALCON, SUITE 120, LAS VEGAS, NV 89128-0834
2827958 +JOHN & JANE UNLAND, C/O WENDY W SMITH, BINDER & MALTER LLP, 2775 PARK AVE, SANTA CLARA CA 95050-6004
2800509 JOHN & JANET MRASZ, TRUST DTD 12/2/04, C/O JOHN T MRASZ &, JANET F MRASZ TTEES, 10015 BARLING ST, SHADOW HILLS CA 91040-1512
2839943 +JOHN A M HANDAL, 3575 SISKIYOU CT, HAYWARD CA 94542-2519
2865932 +JOHN A M HANDAL A SINGLE MAN, 3575 SISKIYOU CT, HAYWARD CA 94542-2519
2829332 JOHN BAUER IRA, 40808 N RIVER BEND RD, ANTHEM AZ 85086-2946
2829214 JOHN BRAUER IRA, 40808 N RIVER BEND RD, ANTHEM AZ 85086-2946
2865185 JOHN C BARZAN AND ROSEMARIE A BARZAN TTEES, 1409 MORADA DR, MODESTO CA 95350-0655
2773071 +JOHN C DUNKLEE IRA, JOHN C DUNKLEE, 700 FLANDERS RD, RENO NV 89511-4760
2819195 JOHN D MULKEY 1998 IRREVOCABLE TRUST, C/O DAVID MULKEY TTEE, 2860 AUGUSTA DR, LAS VEGAS NV 89109-1549
2833632 +JOHN DUTKIN TTEE, C/O GEORGE D FRAME ESQ, 601 GREENWAY STE D, HENDERSON NV 89002-8364
2829343 JOHN E MCKENNON AND SHARON M MCKENNON, 1017 LONG POINT RD, GRASONVILLE MD 21638-1074
2829907 +JOHN E MICHELSEN FAMILY TRUST, C/O JOHN F MURTHA ESQ, PO BOX 2311, RENO NV 89505-2311
2860702 JOHN E O’RIORDAN & SONHILD A O’RIORDAN, MR & MRS JOHN O’RIORDAN, 2745 HARTWICK PINES DR, HENDERSON NV 89052-7002
2840225 +JOHN H SAUNDERS & ANITA SAUNDERS, 3665 BRIGHTON WY, RENO NV 89509-6812
2872432 +JOHN I MAGUIRE & DIANE M MAGUIRE, TTEES OF THE JOHN J MAGUIRE & DIANE M MA, 5590 SAN PALAZZO CT, LAS VEGAS NV 89141-3913
2799775 +JOHN J DOUGLASS, 1951 QUAIL CREEK CT, RENO NV 89519-0671
2822129 JOHN J MAGUIRE & DIANE M MAGUIRE, TTEES OF THE JOHN J MAGUIRE &, DIANE M MAGUIRE LIVING TRUST DTD 8/4/00, 5590 SAN PALAZZO CT, LAS VEGAS NV 89141-3913
2866282 JOHN L WADE TRUST DTD 5/8/01, C/O JOHN L WADE TTEE, 881 LAKE COUNTRY DR, INCLINE VILLAGE NV 89451-9042
2864245 JOHN M LUONGO & GLORIA LUONGO, 965 LEAH CIR, RENO NV 89511-8524
2861479 +JOHN M LUONGO HWJTWROS PAYABLE ON DEATH, TO STEPHANIE LUONGO, JOHN M LUONGO & GLORIA LUONGO, 965 LEAH CIRCLE, RENO NV 89511-8524
2826010 +JOHN M MARSTON & LINDA S MARSTON, 12441 ROAD 44, MANCOS, CO 81328-9213
2721101 +JOHN MICHELSEN, c/o John F. Murtha, Esq., P.O. Box 2311, Reno, Nevada 89505-2311
2722256 +JOHN MICHELSEN, C/O JOHN MURTHA, 6100 NEIL RD., STE 500, PO BOX 2311, RENO, NV 89505-2311
2766945 +JOHN NASH, C/O TERRA LAW LLP, 60 S. MARKET STREET, SUITE 200, SAN JOSE, CA 95113-2333
2829288 +JOHN NIX, 836 TEMPLE ROCK CT, BOULDER CITY, NV 89005-1285
2827611 JOHN P CLENDENING & DOREEN S CLENDENING, 1250 DAVIDSON WY, RENO NV 89509-3141
2864565 +JOHN P EVERETT, HEART CLINICS NW, 6002 N MAYFAIR ST 2ND FL, SPOKANE WA 99208-1128
2861474 +JOHN P MANTER, 1449 TIROL DR, INCLINE VILLAGE NV 89451-7902
2861472 +JOHN P MANTER & NANCY K MANTER LIVING TRUST, 1449 TIROL DR, INCLINE VILLAGE NV 89451-7902
2861473 +JOHN P MANTER & NANCY K MANTER LIVING TRUST, C/O JOHN P MANTER & NANCY K MANTER TTEES, 1449 TIROL DR, INCLINE VILLAGE NV 89451-7902
2859950 +JOHN R CANGELOSI & MARGARET M CANGELOSI, 614 HILLSIDE CROSSING, POMPTON PLAINS, NJ 07444-2181
2819196 +JOHN R GREEN AND LORETTA GREEN, 1305 TUOLUMNE WY, OAKLEY CA 94561-5239
2800510 JOHN T MRASZ ENTERPRISES INC, DEFINED BENEFIT PLAN DTD 5/86, C/O JOHN T MRASZ &, JANET F MRASZ TTEES, 10015 BARLING ST, SHADOW HILLS CA 91040-1512
2822118 JOHN W & BARBARA S GAY TRUST DTD 10/17/89, 54 HOFF RD, C/O JOHN W GAY AND BARBARA S GAY TTEES, PO BOX 974, KENWOOD CA 95452-0974
2825028 JOHN W BROUWERS MD SEP IRA, 2333 DOLPHIN CT, HENDERSON NV 89074-5320
2855533 +JOHN W STEWART, 5600 BOULDER HWY, APT 1495, LAS VEGAS NV 89122-7202
5416696 JOHN W. STEWART, 11 KOBI PLACE, WAGGA WAGGA N.S.W., AUSTRALIA 2650
5493683 +JOHNNY CLARK, C/O WILLIAM L. MCGIMSEY, ESQ., 3017 WEST CHARLESTON BLVD., SUITE 30, LAS VEGAS, NV 89102-1927

2829339 +JOHNSON FAMILY TRUST DATED 2/17/98, C/O SCOTT D FLEMING, ESQ., HALE LANE PEEK DENNISON AND HOWARD, 3930 HOWARD HUGHES PARKWAY, 4TH FL, LAS VEGAS, NV 89169-0947
2814011 +JOHNSON, MARILYN & RONALD, 1010 LARUE AVE, RENO NV 89509-1941
2799770 +JOHNSON, TAMARA, 310 PARKHURST DR, CALDWELL ID 83605-4513
2863444 +JONATHAN M ELLER & CAROL A ELLER, JONATHAN M AND CAROL A ELLER, PO BOX 1614, MAMMOTH LAKES CA 93546-1614
2863445 +JONATHAN M ELLER INC, JONATHAN M ELLER, PO BOX 1614, MAMMOTH LAKES CA 93546-1614
2864569 +JOSEPH B LAFAYETTE & CATHERINE D LAFAYETTE, JOSEPH B LAFAYETTE, 9030 JUNIPERO AVE, ATASCADERO CA 93422-5210
2866287 +JOSEPH DAVIS IRA, 3100 ASHBY AVE, LAS VEGAS NV 89102-1908
2801698 JOSEPH J MACHETTA TRUST DTD 8/25/04, C/O JOSEPH J MACHETTA TTEE, PO BOX 187, BRUSH CO 80723-0187
2864033 JOSEPHINE CASEBOLT TTEE OF THE CASEBOLT, REVOCABLE TRUST DTD 2/30/94, JOSEPHINE CASEBOLT, 201 ADA AVE APT 46, MOUNTAIN VIEW CA 94043-4943
2827131 JOY COLEMAN fka JOY C WILLIAMS, 6014 BLUE MIST LN, DALLAS, TX 75248-2820
2863925 +JOY INVESTMENT INC A NEVADA CORPORATION, JOY INVESTMENT INC, 8080 HARBORVIEW RD, BLAINE WA 98230-9613
2823074 JOYCE BOMBARD 2000 TRUST DTD 11/11/00, C/O JOYCE BOMBARD TTEE, 8122 DARK HOLLOW PL, LAS VEGAS NV 89117-7618
2788265 JOYCE WATSON, 10612 BLACK IRON ROAD, LOUISVILLE, KY 40291-4004
2808508 +JOYCE, DAVID, 7465 SILVER KING DR, SPARKS NV 89436-8474
2995075 JUNE F BREHM, 103 MONTESOL DR, HENDRESON NV 89012-5204
2825033 JWB INVESTMENTS INC PENSION PLAN, 2333 DOLPHIN CT, HENDERSON NV 89074-5320
2683497 +JWB Investments, Inc. Pension Plan, 2333 Dolphin Court, Henderson, NV 89074-5320
2683280 +JWB Trust Agreement dated 8/1/97, c/o James W. Barnes Trustee, 2100 Freedom Place, Fayetteville, AR 72704-5668
2683500 +Jaceck M. Brown, 2020 8th Ave #176, West Linn, OR 97068-4657
2685670 +Jack & Gladys Polen Family Trust dated 6, c/o Jack Polen Trustee, 3150 E Tropicana #234, Las Vegas, NV 89121-7323
2685390 +Jack B Morton & Joy N Morton, 6921 Highway 67 East, Alvarado, TX 76009-6860
2684915 +Jack D. LaFlesch IRA, c/o First Savings Bank Custodian, 8414 W Farm Rd #180-255, Las Vegas, NV 89131-8170
2684075 +Jack Faradjollah & Sharon Faradjollah, 10851 Furlong Drive, Santa Ana, CA 92705-2516
2684280 +Jack Goldenthal & Sylvia Goldenthal, 20155 NE 38th Ct Unit 1603, Aventura, FL 33180-3256
2683314 +Jack J. Beaulieu Revocable Living Trust, c/o Jack J. Beaulieu Trustee, 2502 Palma Vista Ave, Las Vegas, NV 89121-2129
2683982 +Jack L. Dysart, P.O. Box 776149, Steamboat Springs, CO 80477-6149
2684721 +Jack L. Jones, 40217 N Lytham Wy, Anthem, AZ 85086-2928
2685723 +Jack L. Rankin, 2128 Rainbow Falls, Las Vegas, NV 89134-0331
2683972 +Jack M. Dunphy, 3898 Chase Glen Circle, Las Vegas, NV 89121-4100
2685277 +Jack Mennis IRA, c/o First Savings Bank Custodian, 4074 Little Spring Drive, Allison Park, PA 15101-3136
2683691 +Jack R. Clark & Linda C. Reid, 9900 Wilbur May Pkwy #4701, Reno, NV 89521-3089
2685278 +Jack R. Mennis & Susan A. Mennis, 4074 Little Spring Drive, Allison Park, PA 15101-3136
2686128 +Jack Snow & Heidi Snow, P.O. Box 67, Zephyr, NV 89448-0067
2686475 +Jackie Vohs, 1202 Jessie Road, Henderson, NV 89002-9242
2684668 +Jacobson Family Trust dated 2/13/97, c/o David M. Jacobson & Cristina Jacobso, 12219 Oakview Way, San Diego, CA 92128-6301
2686440 +Jacqueline Barbara Valiente Revocable Li, c/o Jacqueline Barbara Valiente Trustee, 8804 Rio Grande Falls, Las Vegas, NV 89178-7217
2683751 +Jacqueline Corkill & David Corkill, 7057 Lexington Avenue 106, Los Angeles, CA 90038-1019
2685976 +Jacqueline L. Scott, 306 Torrey Pines, Dayton, NV 89403-8761
2686237 +Jacqueline S. Stroehmann, 349 Lincoln Ave., Williamsport, PA 17701-2357
2686343 +Jacqueline Thurmond & Traci Landig, 1512 MacDonald Ranch Dr, Henderson, NV 89012-7249
2686342 +Jacqueline Thurmond IRA, c/o First Savings Bank Custodian, 347 Marlin Cove Road, Henderson, NV 89012-4829
2686344 +Jacqueline Thurmond with Traci Landig as, 1512 MacDonald Ranch Dr, Henderson, NV 89012-7249
2684616 +Jaime Kefalas Trust, c/o Francis Howard Trustee, 7 Commerce Center Drive #A, Henderson, NV 89014-2395
2683734 +James A. Conboy, 1206 D. South Barranca Avenue, Glendora, CA 91740-4901
2683772 +James A. Coy & Margaret G. Coy Revocabl, c/o James A. Coy & Margaret G. Coy Trust, 3333 Royal Glen Court, Las Vegas, NV 89117-0719
2684606 +James B. Hopper, P O Box 9051, Reno, NV 89507-9051
2685958 +James B. Schryver 1990 Trust dated 12/6/, c/o James B. Schryver Trustee, 41880 Creighton Rd, Fall River Mills, CA 96028-9749
2683443 +James Brady & Evelyn Brady, 10701 S E Evergreen Hwy, Vancouver, WA 98664-5338
2685685 +James C. Presswood IRA, c/o First Savings Bank Custodian, 9227 Arbor Trail Drive, Dallas, TX 75243-6309
2683569 +James Cameron & Kirsten Cameron, 774 Mays Blvd 10 PMB 313, Incline Village, NV 89451-9613
2683883 +James D. Dery & Ann R. Dery, PO Box 775107, Steam Boat Springs, CO 80477-5107
2684259 +James D. Gillmore & Lynn M. Gillmore Liv, c/o James D. Gillmore & Lynn M. Gillmore, 17502 N Rainbow Blvd, Surprise, AZ 85374-3599
2684258 +James D. Gillmore IRA, c/o First Savings Bank Custodian, 17502 N Rainbow Blvd, Surprise, AZ 85374-3599
2685436 +James D. Nafziger, 116 Country Club Drive, Jerome, ID 83338-6460
2683141 +James E. Ahern, 6766 Runnymede Drive, Sparks, NV 89436-8444
2683140 +James E. Ahern & Mildred Ahern, 3065 N 158th Ave, Goodyear, AZ 85395-8109
2684563 +James E. Hill, 7855 N Pershing Ave, Stockton, CA 95207-1749
2684704 +James E. Johnson, 900 US Hwy 1 Suite 210, Lake Park, FL 33403-2856

2685191 +James E. Mathieson & Doris R. Mathieson, 5100 Jordan Frey Unit 101, Las Vegas, NV 89130-3811
2685239 +James E. McKnight, 233 Branch Ave, Freeport, NY 11520-6007
2685737 +James E. Reardon IRA, c/o Pensco Trust Company Custodian, 120 S Main Street, Mansfield, MA 02048-2529
2684055 +James F. Eves IRA, c/o First Savings Bank Custodian, P O Box 6860, Incline Village, NV 89450-6860
2684646 +James F. Huthert & Elizabeth A. Huthert, 487 Sudden Valley, Bellingham, WA 98229-4809
2685096 +James Gary Machetta Trust dated 7/9/02, c/o James Gary MachettaTrustee, P O Box 2242, Denver, CO 80201-2242
2684236 +James Gay IRA, c/o First Savings Bank Custodian, 3933 Ocean Drive, Oxnard, CA 93035-3937
2684963 +James H. LeCourt and Louise M. LeCourt, 32061 Via Flores, San Juan Capistrano, CA 92675-3867
2685009 +James H. Lidster Family Trust dated 1/20, c/o James H. Lidster & Phyllus M. Lidste, P O Box 2577, Minden, NV 89423-2577
2685960 +James L. Schulte and Cynthia L. Schulte, 1973 N. Nellis #180, Las Vegas, NV 89115-3647
2685221 +James M. McConnell IRA, c/o First Savings Bank Custodian, 970 Fairway Blvd, Incline Village, NV 89451-9002
2684527 +James Michael Henry, 629 Backbone Mountain Drive, Henderson, NV 89012-5816
2685368 +James Michael Moore & Jody C. Moore, 2009 Willow Tree Ct, Thousand Oaks, CA 91362-1347
2683864 +James N. Deglandon & Maureen Detoy, P O Box 958, North San Juan, CA 95960-0958
2683863 +James N. Deglandon IRA, c/o First Savings Bank Custodian, P O Box 958, North San Juan, CA 95960-0958
2685722 +James P. Randisi and Mary M. Randisi, 806 Chestnut Glen Garth, Towson, MD 21204-3710
2684293 +James Paul Goode, 300 John Thomas Lane, Reno, NV 89508-3509
2684292 +James Paul Goode IRA, c/o First Savings Bank Custodian, 300 John Thomas Ln, Reno, NV 89508-3509
2685724 +James R. Rappaport & Marilyn R. Rappapor, 3356 Nambe Dr, Reno, NV 89511-4300
2685834 +James Rogers IRA, c/o Pensco Trust Company Custodian, 22 Lopez Avenue, San Francisco, CA 94116-1449
2685458 +James S. Nelson, 408 N Berry Pine Rd, Rapid City, SD 57702-1857
2685460 +James S. Nelson, IV & Delana D. Nelson, 13555 Bittersweet Road, Rapid City, SD 57702-6113
2684157 +James W. Forsythe & Earlene M. Forsythe, 2660 Lake Ridge Shores West, Reno, NV 89519-5780
2684388 +James W. Hale, Sr., 6139 Tigertail Drive SW, Olympia, WA 98512-2137
2684681 +James W. Jelf & Karene K. Jelf, 550 N. McCarran #303, Sparks, NV 89431-5278
2685109 +James W. Magne & Joseph P. Magner, 9312 E Jewel Circle, Denver, CO 80231-5728
2685217 +James W. McCollum & Pamela P. McCollum, 1011 F Ave, Coronado, CA 92118-2815
2686017 +James W. Shaw IRA, c/o First Savings Bank Custodian, 14225 Prairie Flower Ct, Reno, NV 89511-6710
2686289 +James W. Taylor & Maxine D. Taylor, 2394 W 1050 N, Hurricane, UT 84737-3110
2685833 +James William Rogers, 22 Lopez Avenue, San Francisco, CA 94116-1449
2684631 +Jamie Huish & Margo Huish, 2013 Madagascar Lane, Las Vegas, NV 89117-5925
2683366 +Jamie R. Bianchini, 5111 Gardena Ave, San Diego, CA 92110-1339
2683367 +Jamie R. Bianchini Account #2, 5111 Gardena Ave, San Diego, CA 92110-1339
2684614 +Jan Houston Properties Inc., Montreux RE Sales Att: Jan Houston, 16475 Bordeaux Drive, Reno, NV 89511-9001
2685321 +Jan Mills, 1103 Sunshine Run, Arnolds Park, IA 51331-7531
2684061 +Jane Falke Living Trust dated 10/16/01, c/o Jane Falke, Trustee, P O Box 3774, Incline Village, NV 89450-3774
2686374 +Jane P. Trader, 20 Cross Ridge Street, Las Vegas, NV 89135-7842
2686682 +Janet E. Zak, 9720 Verlaine Court, Las Vegas, NV 89145-8695
2683431 +Janet F. Bourque, 957 La Senda, Santa Barbara, CA 93105-4512
2684705 +Janet P. Johnson Living Trust dated 7/15, c/o Janet P. Johnson & Charles E. Johnso, 17 Front Street, Palm Coast, FL 32137-1453
2685063 +Janice A. Lucas, IRA, c/o First Savings Bank Custodian, 1310 Secret Lake Loop, Lincoln, CA 95648-8412
2683908 +Janice A. Magrisi & Phillip W. Dickinson, 3725 Dorrington Drive, Las Vegas, NV 89129-7053
2684531 +Janice J. Hergert Revocable Living Trust, c/o Janice J. Hergert Trustee, 4865 W Lakeridge Terrace, Reno, NV 89509-5850
2685320 +Janice Mills IRA, c/o First Trust Co. Of Onaga Custodian, 1103 Sunshine Run, Arnolds Park, IA 51331-7531
2686271 +Janie C. Tammadge, 1400 Colorado St Ste C, Boulder City, NV 89005-2436
2684617 +Jason A. Kefalas Trust, c/o Francis Howard Trustee, 7 Commerce Center Dr # A, Henderson, NV 89014-2395
2686537 +Jason C. Weber, 226 W J St, Encinitas, CA 92024-5030
2684093 +Jason D. Fernandes and Fiola Fernandes, 4001 Oak Manor Ct, Hayward, CA 94542-1445
2684596 +Jason L. Holt, 806 Buchanan Blvd # 115 PMB 248, Boulder City, NV 89005-2144
2684595 +Jason L. Holt & Sally A. Holt, 806 Buchanan Blvd # 115 PMB 248, Boulder City, NV 89005-2144
2685560 +Jay A. Pandaleon & Leigh B. Pandaleon, 142 Brighton Close, Nashville, TN 37205-2501
2685559 +Jay A. Pandaleon Profit Sharing Trust un, c/o Jay A. Pandaleon & Leigh B. Pandaleo, 142 Brighton Close, Nashville, TN 37205-2501
2684524 +Jay E. Henman, 1023 Ridgeview Ct, Carson City, NV 89705-8054
2684523 +Jay E. Henman Retirement Plan, c/o Jay E. Henman Trustee, 1023 Ridgeview Ct, Carson City, NV 89705-8054
2684287 +Jay F Golida, 16 Covered Wagon Lane, Rolling Hills Estates, CA 90274-4822
2685016 +Jay Lim & Kim M. Lim, 208 Clarence Way, Fremont, CA 94539-3873
2684570 +Jay P. Hingst IRA, c/o First Savings Bank Custodian, 7287 E. Mingus Trail, Prescott Valley, AZ 86315-9766
2686193 +Jay S. Stein 2000 Trust dated 12/12/00, c/o Jay S. Stein Trustee, P O Box 188, Summerland, CA 93067-0188

2799740 +Jay S. Stein Charitable Remainder Tst 7/15/02, c/o Peter Susi Esq, Michaelson, Susi & Michaelson, 7 West Figueroa Street 2nd Floor, Santa Barbara, CA 93101-3191
2686194 +Jay S. Stein Charitable Remainder Unitru, c/o Jay S. Stein, Trustee, P O Box 188, Summerland, CA 93067-0188
2799714 +Jay S. Stein IRA, c/o Peter Susi Esq, Michaelson, Susi & Michaelson, 7 West Figueroa Street 2nd Floor, Santa Barbara, CA 93101-3191
2686190 +Jay S. Stein IRA, c/o California National Bank Custodian, P O Box 188, Summerland, CA 93067-0188
2799716 +Jay S. Stein Trust 12/12/00, c/o Peter Susi Esq, Michaelson, Susi & Michaelson, 7 West Figueroa Street 2nd Floor, Santa Barbara, CA 93101-3191
2685180 +Jayem Family LP, 7 Paradise Valley Ct, Henderson, NV 89052-6706
2684680 +Jean B. Jaureguy, 1345 Santa Cruz Dr, Minden, NV 89423-7521
2683792 +Jean C. Crowley, 5724 S. E. Hazel Road, Bartlesville, OK 74006-7952
2685782 +Jean G. Richards Trust dated 9/30/1999, c/o Jean G. Richards Trustee, 1160 Magnolia Ln, Lincoln, CA 95648-8423
2685431 +Jean H. Murray Separate Property Trust d, c/o Jean H. Murray Trustee, 865 Coloma Dr, Carson City, NV 89705-7204
2684335 +Jean V. Greco Living Trust dated 1/22/02, c/o Jean Greco Trustee, 2301 South Gunderson Avenue, Berwyn, IL 60402-2477
2684958 +Jean-Jacques LeBlanc IRA, c/o First Trust Co. Of Onaga Custodian, P O Box 6434, Incline Village, NV 89450-6434
2686276 +Jeanette D. Tarantino, P. O. Box 2076, Carmel, CA 93921-2076
2686027 +Jeanne Heater Trust II, c/o Karryn Rae Sherman Trustee, UBS Financial-Eric Kirshner #KV64541EK, 3800 Howard Hughes Pkwy Ste 1200, Las Vegas, NV 89169-5966
2685728 +Jeanne Rawdin, 4974 Via Cinta, San Diego, CA 92122-3905
2685350 +Jeannie M. Monroe, 510 E Jackpine Ct, Spokane, Wa 99208-8732
2683111 +Jeff Abodeely IRA, c/o First Savings Bank Custodian, 2257 Sapphire Ridge Way, Reno, NV 89523-6212
2684380 +Jeff Hacker, 3815 Magnolia Dr., Palo Alto, CA 94306-3232
2683914 Jeff P. Dillenburg and Karen A. Dillenbu, OS135 Forbes Dr, Geneva, IL 60134
2683471 +Jeffrey D. Brick, 278 Route 308, Rhinebeck, NY 12572-2321
2684679 +Jeffrey Janus, c/o Lincoln Trust Company Trustee, 8013 Glendale Drive, Frederick, MD 21702-2919
2684008 +Jeffrey L. Edwards & Kathleen M. Edwards, 1525 Cedar Court, Southlake, TX 76092-4133
2685024 +Jeffrey Lipshitz IRA, c/o First Regional Bank Custodian, 1489 Cantera Ave, Santa Barbara, CA 93110-2402
2684711 +Jeffrey S. Johnson Trust dated 1/10/1993, c/o Ronald A. Johnson and Janice Burgare, 50 Snyder Way, Sparks, NV 89431-6308
2684665 +Jenifer Jacobs, 1267 Avis Dr, San Jose, CA 95126-4005
2684666 +Jenifer Jacobs and Robert Furton, 1267 Avis Drive, San Jose, CA 95126-4005
2684886 +Jennie Krynzel, 138 Mauve St, Henderson, NV 89012-5483
2829057 +Jennifer A Wade, 2314 Tall Timbers Ln, Marietta GA 30066-2117
2683677 +Jennifer A. Chun, 9 Auburn Crest Court, Chico, CA 95973-8231
2683678 +Jennifer A. Chun & Vernon Chun, 9 Auburn Crest Ct, Chico, CA 95973-8231
2686483 +Jennifer A. Wade, University Hall LMU, 1LMU Drive MSB 5913, Los Angeles, CA 90045-2650
2684439 +Jennifer J. Harmon and Cheryl Hoff, 3368 Shore Acres NW, Longville, MN 56655-3384
2684440 +Jennifer J. Harmon, Cheryl Hoff, and Ric, 3368 Shore Acres Rd NW, Longville, MN 56655-3384
2683469 +Jerome Bresson Revocable Trust dated 12/, c/o Jerome Bresson, Trustee, P O Box 186, Narberth, PA 19072-0186
2684464 +Jerome L. Harvey Jr. and Marisa Deville, 2850 Gardenside Ct, Brentwood, CA 94513-5485
2685159 +Jerome Marshall & Rochelle Marshall, 3175 La Mancha Way, Henderson, NV 89014-3626
2685167 +Jerrold T. Martin & James T. Martin, 8423 Paso Robles, Northridge, CA 91325-3425
2686548 +Jerrold Weinstein Self Declaration Trust, c/o Jerrold Weinstein Trustee, 10524 Back Plains, Las Vegas, NV 89134-7410
2686338 +Jerry A. Threet Family Trust dated 9/23/, c/o Jerry A. Threet Trustee, 9665 W Regena Ave, Las Vegas, NV 89149-1391
6879315 +Jerry L. and Darlene C. Gage, 1090 N. Old Chisholm Tr, Dewey, AZ 86327-6011
2685376 +Jerry Moreo, 485 Annet St, Henderson, NV 89052-2615
2684703 +Jerry R. Johnson IRA, c/o First Regional Bank Custodian, 5950 La Place Ct Ste 160, Carlsbad, CA 92008-8831
2685811 +Jerry Roberts & Barbara Roberts, 7614 Spanish Bay Drive, Las Vegas, NV 89113-1310
2685165 +Jerry W. Martak, 270 Hercules Drive, Sparks, NV 89441-9213
2686621 +Jerry Woldorsky, 1415 Lakeview Avenue South, Minneapolis, MN 55416-3632
2684922 +Jester, LP, 2024 Winter Wind, Las Vegas, NV 89134-6697
2683666 +Jill Chioino & John W. Choe, 901 Harbor View Dr, Martinez, CA 94553-2761
2683574 +Jillian Campbell & Patsy Rieger, 2024 Douglas Road, Stockton, CA 95207-4032
2685558 +Jingxiu Jason Pan, 4296 Desert Highlands Dr, Sparks, NV 89436-7653
2684234 +Joan B. Gassiot 1987 Trust dated 8/7/87, c/o Joan B. Gassiot Trustee, 4050 Bitter Creek Ct., Reno, NV 89519-0609
2686035 +Joan L. Shoop and Kenneth D. Shoop, 10050 Aniane St., Reno, NV 89521-3003
2684959 +Joan M. LeBlanc, P. O. Box 6434, Incline Village, NV 89450-6434
2685878 +Joan Ryba, 3509 Robinhood St, Houston, TX 77005-2229
2685888 +Joan Sailon IRA, c/o First Savings Bank Custodian For, 2436 Cliffwood Drive, Henderson, NV 89074-5884
2685973 +Joan Scionti IRA, c/o First Trust Co. Of Onaga Custodian F, P O Box 29974, Laughlin, NV 89028-8974
2685502 +Joann B. Nunes & Gladys Mathers, 1741 Lavender Court, Minden, NV 89423-5121
2684399 +Joanne A. Halvorson, 3295 Palm Grove Dr, Lake Havasu, AZ 86404-2746

2684367 +Joanne M. Grundman, 1608 Brown St, Carson City, NV 89701-3504
2684519 +Jocelyne Helzer, 115 S Deer Run Rd, Carson City, NV 89701-9351
2684520 Jocelyne Helzer & Eddie Mayo, 115 S S Deer Run Rd, Carson City, NV 89701
2684518 +Jocelyne Helzer IRA, c/o First Savings Bank Custodian, 115 South Deer Run, Carson City, NV 89701-9351
2684827 +Joe H. King & Toni J. King, 411 Walnut St 2239, Green Cove Springs, FL 32043-3443
2685987 +Joe M. Serpa, PO Box 144, Verdi, NV 89439-0144
2684866 +Johanna B. Kovacs, P. O. Box 275, Upper Lake, CA 95485-0275
2685406 +John & Janet Mrasz Trust dated 12/2/04, c/o John T. Mrasz & Janet F. Mrasz Trust, 10015 Barling Street, Shadow Hill, CA 91040-1512
2684789 +John & Kathleen Keith Living Trust dated, c/o John W. Keith & Kathleen B. Keith Tr, 10550 Realm Way, Las Vegas, NV 89135-2155
2685405 +John & Kay Mount Living Trust dated 9/25, c/o John F. Mount & L. Kay Schultz Mount, 316 California Ave # 312, Reno, NV 89509-1650
2683390 +John A. & April D. Blevins, 704 Fife Street, Henderson, NV 89015-4632
2684584 +John A. Hoglund IRA, c/o First Savings Bank Custodian, 7574 E Green Lake Drive North, Seattle, WA 98103-4914
2684409 +John A. M. Handal, 3575 Siskiyou Court, Hayward, CA 94542-2519
2684408 +John A. M. Handal IRA, c/o First Savings Bank Custodian, 3575 Siskiyou Court, Hayward, CA 94542-2519
2685210 +John A. McAfee and Jennifer A. McAfee, 2506 S 24th St, Leavenworth, KS 66048-6540
2686427 +John A. Unland & Jane E. Unland, 2105 Lilac Lane, Morgan Hill, CA 95037-9559
2683305 +John Bauer IRA, c/o First Savings Bank Custodian, 40808 N. Riverbend, Anthem, AZ 85086-2946
2683966 +John C. Dunklee IRA, c/o First Savings Bank Custodian, 700 Flanders Road, Reno, NV 89511-4760
2683747 +John Cooke IRA, c/o First Savings Bank Custodian, 9790 Brightridge Drive, Reno, NV 89506-5543
2684471 +John D. Hathcock and Susan K. Hathcock, 3016 Pismo Beach Dr., Las Vegas, NV 89128-6973
2684930 +John D. Lane & Laura Jane Lane Revocable, c/o John D. Lane & Laura Jane Lane Trust, 9404 Olympia Fields Drive, San Ramon, CA 94583-3943
2684931 +John D. Lane, IV, 9404 Olympia Fields Dr, San Ramon, CA 94583-3943
2685419 +John D. Mulkey 1998 Irrevocable Trust, c/o David Mulkey Trustee, 2860 Augusta Drive, Las Vegas, NV 89109-1549
2683979 +John Dutkin Revocable Living Trust dated, c/o John Dutkin Trustee, 4635 Rose Dr, Emmaus, PA 18049-5327
2683281 +John E. Barnes & Ginger M. Barnes, 130 Garland Broom Rd., Prentiss, MS 39474-2933
2685237 +John E. McKennon and Sharon M. McKennon, 1017 Long Point Dr, Grasonville, MD 21638-1074
2685297 +John E. Michelsen Family Trust dated 11/, c/o John E. Michelsen Trustee, P O Box 646, Zephyr Cove, NV 89448-0646
2685510 +John E. O’Riordan & Sonhild A. O’Riordan, 2745 Hartwick Pines Dr, Henderson, NV 89052-7002
2683127 +John F. Adams & Jackie Adams, 103 Carson Street, P O Box 1294, Zephyr Cove, NV 89448-1294
2685523 +John F. Okita & Michiko M. Yamamoto, 9036 Alpine Peaks Avenue, Las Vegas, NV 89147-7819
2684072 +John Fanelli & Jodi Fanelli, 47 Barrett Road, Greenville, NH 03048-3305
2685942 +John G. Schlichting and Elizabeth A. Sch, 10653 Edgemont Pl., Highland Ranch, CO 80129-1835
2686324 +John G. Theriault and Pamala J. Theriaul, 11209 SW 238th St, Vashon, WA 98070-7613
2684294 +John Goode, 5150 S Oakridge Box 126, Pahrump, NV 89048-8007
2683955 +John H. Duberg, 4455 Vista Coronado Drive, Chula Vista, CA 91910-3233
2685926 +John H. Saunders & Anita Saunders, 3665 Brighton Way, Reno, NV 89509-6812
2684073 +John J. & Gina A. Fanelli, 27 Larch St., Fitchburg, MA 01420-2009
2683939 +John J. Douglass, 1951 Quail Creek Court, Reno, NV 89519-0671
2685110 +John J. Maguire & Diane M. Maguire Livin, c/o John J. Maguire & Diane M. Maguire T, 5590 San Palazzo Court, Las Vegas, NV 89141-3913
2684873 +John Krebbs & Elizabeth Lundy, 7200 Hwy 50 E, P O Box 22030, Carson City, NV 89721-2030
2684125 +John L. Fisher, 8340 Desert Way, Reno, NV 89521-5237
2686484 +John L. Wade Trust dated 5/8/01, c/o John L. Wade, Trustee, 881 Lake Country Drive, Incline Village, NV 89451-9042
2686589 +John L. Willis, Jr., 1307 W Lake St Unit #304, Addison, IL 60101-1153
2684913 +John Lafayette & Marina Lafayette, 3600 Riviera Ave, Las Vegas, NV 89107-2151
2685030 +John Lloyd IRA, c/o First Savings Bank Custodian, 6050 Glowing Cottage Ct, Las Vegas, NV 89139-6427
2685070 +John M. Luongo & Gloria Luongo, 965 Leah Circle, Reno, NV 89511-8524
2685164 +John M. Marston & Linda S. Marston, 12441 County Rd 44, Mancos, CO 81328-9213
2685134 +John Manter, 1449 Tirol Dr, Incline Village, NV 89451-7902
2683473 +John McGarry and Maxine McGarry 1990 Tru, c/o Patricia M. Briggs Trustee, 23301 Arminta St, West Hills, CA 91304-4412
2685486 +John Nix & Lisa Nix, 836 Temple Rock Ct, Boulder City, NV 89005-1285
2781341 +John Nix and Lisa M. Nix, 836 Temple Rock Ct., Boulder City, NV 89005-1285
2683203 +John P. Aquino and Lisa Aquino, 2950 Cabrillo St, San Francisco, CA 94121-3532
2683699 +John P. Clendening & Doreen S. Clendenin, 1250 Davidson Way, Reno, NV 89509-3141
2684053 +John P. Everett, Heart Clinics Northeast, 6002 N. Mayfair St. 2nd floor, Spokane, WA 99208-1128
2685135 +John P. Manter & Nancy K. Manter Living, c/o John P. Manter & Nancy K. Manter Tru, 1449 Tirol Dr, Incline Village, NV 89451-7902
2686425 +John P. Ulrich, 308 NE 17th Ave Apt 1, Boynton Beach, FL 33435-2556
2684895 +John Parker Kurlinski & Claire Sawyer Ku, c/o John Parker Kurlinski & Claire S. Ku, 3322 Beam, Las Vegas, NV 89139-5902
2685577 +John Pasqualotto, 5950 W Quail Ave, Las Vegas, NV 89118-2708
2683590 +John R. Cangelosi & Margaret M. Cangelos, 346 Griggs Ave, Teaneck, NJ 07666-3155
2683798 +John R. Cunningham & Mary Ann Cunningham, 1899 Redwood Valley St, Henderson, NV 89052-6853
2684338 +John R. Green and Loretta Green, 433 Ventura PL, San Ramon, CA 94583-3310

2685804 +John Roach & Mary Ann Roach, 35 Alder Court, Blairsden, CA 96103-9406
2685856 +John Ross Enterprises, Inc., P O Box 862, Mammoth Lakes, CA 93546-0862
2683423 +John S. Borkoski & Kathleen Borkoski, 1110 Elo Road, McCall, ID 83638-5125
2683482 +John S. Broders, 1372 Puente St, San Dimas, CA 91773-4447
2683667 +John T. Chirgwin, P O Box 488, Edgartown, MA 02539-0488
2684166 +John V. Fragola, P.O. Box 10172, Zephyr Cove, NV 89448-2172
2684237 +John W. & Barbara S. Gay Trust dated 10/, c/o John W. Gay & Barbara S. Gay, Truste, P O Box 974 54 Hoff Rd, Kenwood, CA 95452-0974
2683495 +John W. Brouwers MD SEP IRA, c/o First Savings Bank Custodian, 2333 Dolphin Court, Henderson, NV 89074-5320
2685974 +John W. Scionti IRA, c/o First Trust Co. Of Onaga Custodian F, P O Box 29974, Laughlin, NV 89028-8974
2686214 John W. Stewart, Unit 7-8/10 Marshall Way, Nambucca Heads Australia, NSW 2448
2686533 +John Weaver & Colleen Weaver, 9225 Cordoba Blvd, Sparks, NV 89441-7235
2684999 +John-Eric M. Levin & Kimberly A Levin, 12417 SW Sheldrake Way, Beaverton, OR 97007-6228
2684716 +Johnson Family Trust dated 2/17/98, c/o Albert G. Johnson Jr. & Norma J. Joh, 20802 N Grayhawk Dr Unit 1035, Scottsdale, AZ 85255-6434
2684699 +Johnson Family Trust dated 2/18/04, c/o Arthur V. Johnson & Susan A. Johnson, 991 Pete’s Way, Sparks, NV 89434-9659
2684717 +Johnston Estate Revocable Trust dated 5/, c/o Delbert T. Johnston, Jr. & Rebecca J, 8027 East Williams Drive, Scottsdale, AZ 85255-4910
2684720 +Johnston Trust dated 9/7/85, c/o Rodney L. Johnston and Diane E. John, 4326 Arcadian Dr, Castro Valley, CA 94546-1048
2684967 +Jon J.Lee & Tracy Lee, 1820 N Princeton Way, Eagle, ID 83616-3953
2684692 +Jon Paul Jensen & Tamara Lee Jensen, 3777 N 161st Ave, Goodyear, AZ 85395-8049
2684764 +Jonathan D. Katz, 4820 W San Jose St, Tampa, FL 33629-6436
2684021 +Jonathan M. Eller & Carol A. Eller, P O Box 1614, Mammoth Lakes, CA 93546-1614
2684022 +Jonathan M. Eller, Inc., P O Box 1614, Mammoth Lakes, CA 93546-1614
2684648 +Jonathan R. Iger, 1708 E. Sheena Drive, Phoenix, AZ 85022-4564
2684722 +Jones Family Trust dated 9/3/98, c/o Maurice Jones & Marlene Y. Jones Tru, P O Box 9610, Santa Rosa, CA 95405-1610
2684949 +Jor Law, 5196 N Pkwy Calabasas, Calabasas, CA 91302-1480
2684998 +Jordan Levenson, P O Box 19606, Los Angeles, CA 90019-0606
2684993 +Jorg U. Lenk, 10636 Bardilino St, Las Vegas, NV 89141-4266
2684992 +Jorg U. Lenk IRA, c/o First Savings Bank Custodian, 10636 Bardilino Street, Las Vegas, NV 89141-4266
2684936 +Jose M. Lanzas & Gladys Lanzas, 3345 Spotted Fawn Dr., Orlando, FL 32817-5006
2684914 +Joseph B. LaFayette & Catherine D. LaFay, 9030 Junipro Ave, Atascadero, CA 93422-5210
2683327 +Joseph C. Bellan & Verna J. Bellan Revoc, c/o Joseph C. Bellan & Verna J. Bellan T, 2466 23rd Ave., San Francisco, CA 94116-2437
2685327 +Joseph C. Mineo, Mary Lynn Denton with P, 4734 Columbine Drive, Redding, CA 96002-4032
2683839 +Joseph Davis IRA, c/o First Savings Bank Custodian, 3100 Ashby Avenue, Las Vegas, NV 89102-1908
2685269 +Joseph E. Mele, 16882 Rose Apple Dr, Delray Beach, FL 33445-7022
2683329 +Joseph F. Bellesorte, 9953 N 101 Street, Scottsdale, AZ 85258-4818
2685248 +Joseph F. McMullin & Pearl A. McMullin, 1887 N Washington St, Twin Falls, ID 83301-3055
2683823 +Joseph G. Daraskevius & Ardee S. Daraske, 635 Meadows Dr, Lake Havasu City, AZ 86404-3337
2686684 +Joseph G. Zappulla & Carol A. Zappulla, 2482 Provence Place, Biloxi, MS 39531-2202
2684278 +Joseph Golden & Lorraine Golden, 144 Dawn Court, Old Bridge, NJ 08857-1968
2683885 +Joseph H. Deuerling IRA, c/o First Savings Bank Custodian, 2602 W Lakeridge Shores, Reno, NV 89519-5780
2683213 +Joseph J. Argier & Janice G. Argier, 2166 Montana Pine Drive, Henderson, NV 89052-5800
2683347 +Joseph J. Benoualid & Helen L. Benoualid, c/o Joseph J. Benoualid & Helen Benouali, 1852 Bogey Way, Henderson, NV 89074-1728
2685097 +Joseph J. Machetta Trust dated 8/25/04, c/o Joseph J. Machetta, Trustee, P O Box 187, Brush, CO 80723-0187
2685271 +Joseph J. Melz and Linda M. Melz, 10947 Phoenix Way, Naples, FL 34119-8932
2685272 +Joseph L. Melz and Sandra L. Melz, 1025 Carlisle Ln, Franklin, TN 37064-4802
2685098 +Joseph Machetta, PO Box 187, Brush, CO 80723-0187
2683302 +Joseph N. Bathish & Riina Bathish, 800 Ocean Drive 1102, Juno Beach, FL 33408-1724
2685802 Joseph N. Rizzuto Family Trust dated 4/2, c/o Joseph N. Rizzuto & Dorothy Rizzuto, 5655 Monterey Road, Gilroy, CA 95020
2685797 +Joseph R. Rinaldi & Gloria E. Rinaldi Re, c/o Joseph R. Rinaldi & Gloria E. Rinald, 1069 Vanlier, Henderson, NV 89015-6977
2686317 +Joseph Terry and Leslie Terry, 113 Worthen Circle, Las Vegas, NV 89145-4017
2686355 +Joseph Tobias, 1140 6th Ave Ste M-01, New York, NY 10036-5803
2683189 +Joseph W. Andreski & Martha Andreski, 3329 Spyglass Court, Fairfield, CA 94534-8310
2685880 +Joseph W. Sabia & Victoria L. Sabia, 2720 E Quail Ave, Las Vegas, NV 89120-2443
2683427 +Josette Bornilla and Rogie Madlambayan, 29 Olive Tree Court, Henderson, NV 89074-1595
2684725 +Josifko Family Living Trust U/T/D 9/21/9, c/o Mark R. Josifko & Deborah F. Josifko, 1906 Catherine Court, Gardnerville, NV 89410-6665
2686585 +Joy C. Williams, 6014 Blue Mist Lane, Dallas, AK 75248-2820
2683654 +Joy Investment, Inc., 14375 White Star Lane, Valley Center, CA 92082-3820
2684663 +Joy M. Jackson Revocable Living Trust, c/o Joy M. Jackson Trustee, 827 Union Pacific Blvd., PMB 71175, Laredo, TX 78045-9484
2683410 +Joyce Bombard 2000 Trust dated 11/11/00, c/o Joyce Bombard Trustee, 8122 Dark Hollow Place, Las Vegas, NV 89117-7618
2684282 +Joyce E. Goldman, 13572 Loretta Drive, Tustin, CA 92780-1910
2683620 +Juanita N. Carter, C/O Bruce H. Corum, 4442 Valmonte Dr, Sacramento, CA 95864-3148

3010668 +Judd Robbins IRA, Retirement Accounts INC CFBO, c/o Bradley Paul Elley Esq, 120 Country Club Dr Ste 5, Incline Village, NV 89451-9362
2685821 +Judith A. Robinson Revocable Living Trus, c/o Judith A. Robinson, Trustee, 10830 E Oak Creek Valley Dr, Cornville, AZ 86325-5814
2683580 +Judith Candelario, 2575 Kellogg Loop, Livermore, CA 94550-7356
2683996 Judith Eaton & Dixie B. Gross, 1333 Keene Road Rte 3, Ladysmith, BC 0
2685589 +Judith G. Pech, IRA, c/o First Savings Bank Custodian, 80382 Green Hills Drive, Indio, CA 92201-0839
2684561 +Judith Hilgenberg Trust dated 1/26/06, c/o Judith W. Hilgenberg Trustee, 1840 Canal St, Auburn, CA 95603-2818
2684162 +Judith L. Fountain Irrevocable Trust dat, c/o Judith L. Fountain Trustee, 9808 Bridgeview Dr., Reno, NV 89521-4051
2686447 +Judy A. Van Winkle 1994 Trust dated 3/25, c/o Judy A. Van Winkle Trustee, P. O. Box 195, Midpines, CA 95345-0195
2684548 +Judy Heyboer, 1150 Hidden Oaks Drive, Menlo Park, CA 94025-6043
2686673 +Judy S. Young, 13825 Virginia Foothills Drive, Reno, NV 89521-7394
2684726 +Julia B. Joslyn, 2388 Lillie Drive, Santa Rosa, CO 95403-3105
2684078 +Julia Farrah Revocable Living Trust date, c/o Julia Farrah Trustee, 788 Ulloa Street, San Francisco, CA 94127-1115
2686465 +Julie A. Virga, 2567 Harkness St, Sacramento, CA 95818-2325
2683722 +Julie C. Coit, P. O. Box 86, Genoa, NV 89411-0086
2686631 +Juliet Wong, 2223 25th Avenue, San Francisco, CA 94116-1749
2683459 +June F. Brehm, 103 Montesol Drive, Henderson, NV 89012-5204
2684252 +June Gibson, 2796 Misty View Way, Sierra Vista, AZ 85650-5729
2683539 +June Y. Burlingame & David B. Burlingame, 4465 Boca Way Sp 215, Reno, NV 89502-6440
2686446 +K. Van Ummersen, P O Box 33, Reno, NV 89504-0033
2840217 KALI GENE BORKOSKI TRUST DTD 12/21/89, C/O KATHLEEN K BORKOSKI TTEE, 1110 ELO RD, MCCALL ID 83638-5125
2873467 +KAMI BANOS & WILLIE BANOS, 7431 DORIE DR, WEST HILLS CA 91307-5277
2843200 KANEDA LIVING TRUST DTD 5/30/02, C/O K KEN KANEDA &, BRIGITTE AREND-KANEDA TTEES, PO BOX 485, TRUCKEE CA 96160-0485
2812375 KANTOR FAMILY TRUST DTD 5/6/82, C/O RONDALD A KANTOR AND, RUTH E KANTOR TTEES, 1921 N BEVERLY DR, BEVERLY HILLS CA 90210-1612
2830280 +KANTOR NEPHROLOGY CONSULTANTS LTD 401K, PSP GARY KANTOR TTEE, C/O MICHAEL M SCHMAHL/MCGUIREWOODS LLP, 77 W WACKER DR #4100, CHICAGO IL 60601-1683
2801708 KAREN E SASS IRA, 250 RIVER FRONT DR, RENO NV 89523-8945
2840200 KAREN L PIDGEON 2006 LIVING, TRUST DATED 2/27/2006, C/0 KAREN L PIDGEON TRUSTEE, PO BOX 41619, SACRAMENTO CA 95841-1619
2829290 KAREN PETERSEN TYNDALL, TRUST DATED 3/9/94, C/O KAREN PETERSEN TYNDALL TRUSTEE, 1012 GREYSTOKE ACRES ST, LAS VEGAS NV 89145-8659
2864256 +KAREN R ALLISON, 2656 SEASHORE DR, LAS VEGAS NV 89128-6813
2827012 KARLIN TRUST DTD 3/3/89, C/O FRANCIS J KARLIN TTEE, 4009 CUTTING HORSE AVE, N LAS VEGAS NV 89032-2674
2808997 +KARREN, THOMAS, 20483 POWDER MOUNTAIN CT, BEND OR 97702-9552
2801157 KASSEL 1988 TRUST, C/O WILLIAM J KASSEL TTEE, 4533 PONY EXPRESS ST, N LAS VEGAS NV 89031-0114
2800504 +KASSEL, WILLIAM, 4533 PONY EXPRESS ST, N LAS VEGAS NV 89031-0114
2840853 KATHY JOHN & TINA EDEN JTWROS, 57 POINSETTIA DR, ORMOND BEACH FL 32176-3518
2766954 +KATIE GUITERREZ, C/O TERRA LAW LLP, 60 S. MARKET STREET, SUITE 200, SAN JOSE, CA 95113-2333
2801685 KATZMAN FAMILY TRUST DTD 4/3/87, C/O HAROLD KATZMAN TTEE, 5 TORREY PINE DR, NEWPORT COAST CA 92657-1539
2863217 +KAY J HART AN UNMARRIED WOMAN, KAY J HART, 455 MAGNOLIA AVE, FAIRHOPE AL 36532-2220
2863458 +KAY M CANTRELL AN UNMARRIED WOMAN, AND DONALD L HESS AN UNMARRIED MAN JTWRO, DONALD L HESS, 1818 MADERO DR, THE VILLAGES FL 32159-9407
2863243 +KAY M CANTRELL AN UNMARRIED WOMAN AND KAY, J HART AN UNMARRIED WOMAN JTWROS, KAY J HART, 455 MAGNOLIA AVE, FAIRHOPE AL 36532-2220
2844291 KEELEY N GASPARRO AND NICOLAS S GASPARRO, 8919 CHALLIS HILL LN, CHARLOTTE NV 28226-2687
2860047 KEFALAS TRUST DTD 7/3/97, C/O KENNETH KEFALAS & DEBBIE KEFALAS TTE, 2742 CARINA WAY, HENDERSON NV 89052-4055
2844637 KEHL DEVELOPMENT CORPORATION, JANET L CHUBB ESQ, JONES VARGAS, PO BOX 281, RENO NV 89504-0281
2759808 +KEHL FAMILY, C/O MR. KEN BONNET, 3184 HIGHWAY 22, P.O. BOX 720, RIVERSIDE, IA 52327-9690
2812569 +KEIL, RONALD, 700 MARKER LN, LOVELOCK NV 89419-5102
2825038 +KELLER, PETER, 640 VALENCIA DR, BOULDER CITY NV 89005-1520
2855538 KEN H WYATT IRA, PO BOX 370400, LAS VEGAS NV 89137-0400
2804981 +KENNEDY, VALDA, PO BOX 2845, RENO NV 89505-2845
2843379 KENNETH ADDES IRA, 100 W BROADWAY APT 7V, LONG BEACH NY 11561-4019
2843193 KENNETH H & PHYLLIS P WYATT FAMILY TRUST, C/O KENNETH H WYATT &, PHYLLIS P WYATT TTEES, PO BOX 370400, LAS VEGAS NV 89137-0400
2843196 KENNETH H WYATT IRA, PO BOX 370400, LAS VEGAS NV 89137-0400
2825892 KENNETH KISTINGER & TINA KISTINGER, 839 LYNDON ST, S PASADENA CA 91030-3712
2826006 KENNETH L SCHUMANN LIVING TRUST, DTD 7/19/96, C/O KENNETH L SCHUMANN TTEE, 10 TOWN PLZ #99, DURANGO CO 81301-5104
2863214 +KENNETH W KOERWITZ & JAN CASE KOERWITZ, TTEES OF THE KENNETH W KOERWITZ AND, JAN CASE KORWITZ FAMILY TRUST DTD 5/13/0, 44 WINFIELD LN, WALNUT CREEK CA 94595-2640
2825030 +KERN, FRANCIS, 1060 COUNTRY RIDGE DR, SPARKS NV 89434-6601
2798874 +KETELLE, THOMAS, 3105 LOTUS HILL DR, LAS VEGAS NV 89134-8988
2843842 KEVIN KEHL, JANET L CHUBB ESQ, JONES VARGAS, PO BOX 281, RENO NV 89504-0281
2843844 KEVIN KEHL C/F ANDREW R KEHL, JANET L CHUBB ESQ, JONES VARGAS, PO BOX 281, RENO NV 89504-0281

2843843 KEVIN KEHL C/F SUSAN L KEHL, JANET L CHUBB ESQ, JONES VARGAS, PO BOX 281, RENO NV 89504-0281
2843850 KEVIN MCKEE AND PAMELA MCKEE, JANET L CHUBB ESQ, JONES VARGAS, PO BOX 281, RENO NV 89504-0281
2683054 KEY EQUIPMENT FINANCE, SYSTEM OPS - NY, P.O. BOX 1865, ALBANY, NY 12201-1865
2684304 +KGG Living Trust dated 7/29/96, c/o Karen Gordon Trustee, 2305 Plaza Del Prada, Las Vegas, NV 89102-3976
2988845 KIERAU LIVING TRUST DTD 9/14/98, C/O ROBERT D MIERAU & SANDRA J MIERAU TT, PO BOX 562, GLENBROOK NV 89413-0562
2829974 KIESEL, JEFFREY, 809 TALLY-HO-LANE, CHESTER SPRINGS, PA 19425
2809807 +KLINE, EDWARD, 9932 ARBUCKLE DR, LAS VEGAS NV 89134-7530
2683055 +KLVX CHANNEL, 4210 CHANNEL 10 DRIVE, LAS VEGAS, NV 89119-5413
2685389 +KM Financials, LLC., 4847 Damon Circle, Salt Lake City, UT 84117-5854
2862103 +KM GROUP A NEVADA GENERAL PARTNERSHIP, AIMEE KEARNS, 5886 N BONITA VISTA ST, LAS VEGAS NV 89149-3911
2684771 +KM Group, 5886 Bonita Vista St, Las Vegas, NV 89149-3911
2684770 +KM Trust, c/o Aimee E. Kearns, Trustee, 5886 N. Bonita Vista St., Las Vegas, NV 89149-3911
2844509 +KOLBERT, CARL, 11200 BONDSHIRE DR, RENO NV 89511-6233
2685624 +KPT Irrevocable Trust dated 7/16/99, c/o Karen Petersen Tyndall Trustee, 1012 Greystoke Acres, Las Vegas, NV 89145-8659
2843847 KRYSTINA L KEHL, JANET L CHUBB ESQ, JONES VARGAS, PO BOX 281, RENO NV 89504-0281
2862950 KTAYLORGO INVESTMENTS LET, PO BOX 911209, ST GEORGE UT 84791-1209
2686294 +KTaylorGO Investments, LTD, P. O. Box 911209, St. George, UT 84791-1209
2988848 KWIATKOWSKI REVOCABLE TRUST DTD 12/17/04, C/O PAUL L KWIATKOWSKI AND, COLITA JO KWIATKOWSKI TTEES, 15380 HAMILTON ST, OMAHA NE 68154-3714
2829356 +KWONG, WENDY, 1817 CALIFORNIA ST UNIT #211, SAN FRANCISCO CA 94109-4537
3183300 +KYONG AUSTIN, 5155 W. TROPICANA #2117, LAS VEGAS, NV 89103-7009
2684732 +Kaaiakamanu Family Trust dated 6/25/98, c/o Marvelen Kaaiakamanu Trustee, 7871 Locke Haven Dr, Las Vegas, NV 89123-0740
2683426 +Kali Gene Borkoski Trust dated 12/21/89, c/o Kathleen K. Borkoski Trustee, 1110 Elo Road, McCall, ID 83638-5125
2686619 +Kamelot Trust dated 3/9/99, c/o Arthur Withop & Thelma Withop Truste, 8115 W La Madre Way, Las Vegas, NV 89149-4714
2683261 +Kami Banos & Willie Banos, 7431 Dorie Drive, Westhills, CA 91307-5277
2686644 +Kami D. Wright and David M. Wright, 1205 Cambria Terrace NE, Leesburg, VA 20176-6671
2684736 +Kaneda Living Trust dated 5/30/02, c/o K. Ken Kaneda & Brigitte Arend-Kaned, P O Box 485, Truckee, CA 96160-0485
2684743 +Kantor Family Trust, dated 5/6/82, c/o Ronald A. Kantor and Ruth E. Kantor,, 1921 N Beverly Drive, Beverly Hills, CA 90210-1612
2684740 +Kantor Nephrology Consultants Ltd. 401 (, c/o Gary L. Kantor Trustee, 1750 E Desert Inn Rd #200, Las Vegas, NV 89169-3202
2683663 +Kar Sei Cheung, 3200 W Alta Drive, Las Vegas, NV 89107-3206
2683128 +Karen Adams, 15026 Starbuck Street, Whittier, CA 90603-2251
2685921 +Karen E. Sass IRA, c/o First Savings Bank Custodian, 250 River Front Drive, Reno, NV 89523-8945
2683381 +Karen G. Blachly, 1003 E Calaveras ST, Altadena, CA 91001-2531
2686553 +Karen K. Wener and Kenneth A. Wener, 1138 Huntsman Ln, Memphis, TN 38120-3304
2685588 +Karen L. Pearl IRA, c/o First Savings Bank Custodian, 8760 White Fir St, Reno, NV 89523-8937
2685646 +Karen L. Pidgeon 2006 Living Trust dated, c/o Karen L. Pidgeon Trustee, P O Box 41619, Sacramento, CA 95841-1619
2685319 +Karen Miller-Regnier and Yves Regnier, 4365 Gander Ln, Carson City, NV 89704-9797
2685623 +Karen Petersen Tyndall Trust dated 3/9/9, c/o Karen Petersen Tyndall Trustee, 1012 Greystoke Acres, Las Vegas, NV 89145-8659
2683160 +Karen R. Allison, 2656 Seashore Dr, Las Vegas, CA 89128-6813
2685336 +Karen S. Moberly IRA, c/o First Trust Co. Of Onaga Custodian, 420 Warren Terrace, Hinsdale, IL 60521-3243
2684013 +Karl Eisele & Margaret Eisele, 1557 Sunnyslope Ave., Belmont, CA 94002-3731
2684942 +Karl Larson, P O Box 402, Silver City, NV 89428-0402
2685941 +Karl O. Schelling, 4848 McCain Road, Jackson, MI 49201-8934
2684750 +Karlin Trust dated 3/3/89, c/o Francis J. Karlin Trustee, 4009 Cutting Horse Street, N Las Vegas, NV 89032-2674
2684759 +Kassel 1988 Trust, c/o William J. Kassel Trustee, 4533 Pony Express St, North Las Vegas, NV 89031-0114
2685610 +Katherine S. Perlman, 218 Kenneth Dr, Aptos, CA 95003-5010
2686454 +Katherine Vaughan, PO Box 2018, Gardnerville, NV 89410-2018
2684887 +Kathleen Kubly & Marshall D. Kubly, 4687 Bradford Lane, Reno, NV 89519-0933
2683293 +Kathleen S. Bartlett, 1725 Hunter Creek, Reno, NV 89519-0682
2683292 +Kathleen S. Bartlett IRA, c/o First Savings Bank Custodian, 1725 Hunter Creek, Reno, NV 89519-0682
2686069 +Kathryn Simon-Block Trust dated 2/1/2006, c/o Kathryn Simon-Block Trustee, 9900 Wilbur May Pkwy #3202, Reno, NV 89521-3069
2683247 +Kathy Azzinaro, 1372 Puente St, San Dimas, CA 91773-4447
2686593 +Kathy A. Wilson Separate Property Trust, c/o Kathy A. Wilson, Trustee, 3581 Birtcher Dr, Las Vegas, NV 89118-3865
2684698 +Kathy John & Tina Eden, 57 Poinsettia Dr, Ormond Beach, FL 32176-3518
2685332 +Katrine Mirzaian, 708 Prospect Drive, Glendale, CA 91205-3425
2684763 +Katz Family Limited Partnership, c/o Jerry M. Katz & Lisa A. Katz, Genera, 716 Sea Pines Lane, Las Vegas, NV 89107-2035

2684765 +Katzman Family Trust dated 4/3/87, c/o Harold Katzman Trustee, 5 Torrey Pine Drive, Newport Coast, CA 92657-1539
2684766 +Kaufman Revocable Living Trust dated 4/1, c/o Herbert C. Kaufman, Jr. and Hannah K, 472 Pacheco Street, San Francisco, CA 94116-1472
2684459 +Kay J. Hart, 2240 Park Newport Apt. 312, Newport Beach, CA 92660-5818
2684546 +Kay M. Cantrell, and Donald L. Hess, 914 Shore Crest Rd., Carlsbad, CA 92011-1131
2684460 +Kay M. Cantrell, and Kay J. Hart, 455 Magnolia Ave., Fairhope, AL 36532-2220
2684643 +Kaye Hutchison, 100 Hansen Dr P O Box 1022, Verdi, NV 89439-1022
2684230 +Keeley N. Gasparro and Nicolas S. Gaspar, 8919 Challis Hill Lane, Charlotte, NC 28226-2687
2684778 +Kefalas Trust dated 7/3/97, c/o Kenneth Kefalas & Debbie Kefalas Tru, 2742 Carina Way, Henderson, NV 89052-4055
2684781 +Kehl Development, 4963 Mesa Capella Drive, Las Vegas, NV 89148-1441
2685048 +Keith Lopeman & La Creta Lopeman, 260 E. Country Club Drive, Henderson, NV 89015-7404
2686460 +Keith W. Vescial and Karen A. Roth, 3612 E Vermont St, Long Beach, CA 90814-2749
2684791 +Keller Family Trust UDT 3/4/98, c/o Peter Keller & Vicki L. Keller Trust, 640 Valencia Drive, Boulder City, NV 89005-1520
2684792 +Keller Family Trust dated 9/16/05, c/o Ernest J. Keller, Jr. and Helen Kell, 15265 Rosina Pl, Waldorf, MD 20601-5407
2684793 +Kelley Family Trust UAD 10/10/91, c/o David G. Kelley & Ana W. Kelley Trus, 633 Haverkamp Drive, Glendale, CA 91206-3118
2684387 +Kelley M. Hains & Jamie K. Hains, 5349 Mira Loma Dr, Reno, NV 89502-7787
2684489 +Kelli A. Garvey, 5405 Ireland St, Las Vegas, NV 89149-2020
2685442 +Kelly F. Neal, 4632 Marbella Court, San Jose, CA 95124-3464
2686658 Kem Yee and Emmelene Yee, 2100 Wilbeam Ave # 313, Castro Valley, CA 94549
2684671 +Ken M. Jaffe & Amy Jaffe-Rosen, c/o Carole Jaffe In Trust, 3675 N Country Club Dr # 2102, Aventura, FL 33180-1709
2686652 +Ken Wyatt Enterprises, Inc., P.O. Box 370400, Las Vegas, NV 89137-0400
2685532 +Kenji Omoto Revocable Trust dated 6/2/93, c/o Kenji Omoto Trustee, 6301 Chimney Wood Ct, Las Vegas, NV 89130-2351
2686555 +Kenneth A. Wener IRA, c/o First Savings Bank Custodian, 226 California Ave., Reno, NV 89509-1621
2683134 +Kenneth Addes IRA, c/o First Savings Bank Custodian, 100 W Broadway Apt # 7V, Long Beach, NY 11561-4019
2685963 +Kenneth B. Schulz & Mary Kay Bryan-Schul, 525 Jones Drive, Lake Havasu City, AZ 86406-7529
2685927 +Kenneth D. Sawyer, 15227 NE 6th Street, Bellevue, WA 98007-5013
2684431 +Kenneth H. Hanson & Bernetta Hanson, P O Box 731, Ashton, ID 83420-0731
2686650 +Kenneth H. Wyatt IRA, c/o First Savings Bank Custodian, P O Box 370400, Las Vegas, NV 89137-0400
2684310 +Kenneth Jerry Goulding & Florie Goulding, P O Box 8173, Truckee, CA 96162-8173
2684836 +Kenneth Kistinger & Tina Kistinger, 839 Lyndon Street, South Pasadena, CA 91030-3712
2685965 +Kenneth L. Schumann Living Trust dated 7, c/o Kenneth L. Schumann Trustee, 10 Town Plaza #99, Durango, CO 81301-5104
2686022 +Kenneth O. Shelley IRA, c/o First Savings Bank Custodian, 4334 Desert Hills Dr, Sparks, NV 89436-2615
2683315 +Kenneth R. Becker & Joanne T. Becker & G, 920 South Elizabeth Street, Denver, CO 80209-5114
2684344 +Kenneth R. Greene & N. Dean Greene, 821 6th St. NE, Arab, AL 35016-1140
2684004 +Kenneth S. Eckstein & Judy A. Eckstein, 377 Prewett Dr, Folsom, CA 95630-6520
2684856 +Kenneth W. Koerwitz & Jan Case Koerwitz, c/o Kenneth W. Koerwitz & Jan Case Koerw, 411 Walnut St PMB298, Green Cove Springs, FL 32043-3443
2684882 +Kermit Kruse, 2710 Albany Ave, Davis, CA 95618-6112
2683170 +Kes G. Andersen and Ruth Andersen, 924 Cayo Grande Ct, Newbury Park, CA 91320-1947
2684161 +Kevin & Allison Foster Family Trust date, c/o Kevin L. Foster & Allison J. Foster, 1354 Howard Road, Marion, IL 62959-8589
2685236 +Kevin A. McKee and Pamela J. McKee, 3414 34th Ave North Court, Clinton, IA 52732-1465
2683541 +Kevin Burr, IRA, c/o First Savings Bank, Custodian, 9900 Wilbur May Pkwy #2405, Reno, NV 89521-4024
2684468 +Kevin J. Haselhorst, 5777 N 78th PL, Scottsdale, AZ 85250-6170
2684552 +Kevin J. Higgins & Ana Marie Higgins Fam, c/o Kevin J. Higgins & Ana Marie Higgins, 10413 Mansion Hills Avenue, Las Vegas, NV 89144-4327
2684784 +Kevin Kehl, 1770 Dover Court, Dubuque, IA 52003-7892
2685461 +Kevin Ness and Karen Ness, P O Box 270447, Susanville, CA 96127-0008
2686286 +Kevin Taylor IRA, c/o First Savings Bank Custodian, P O Box 911209, St. George, UT 84791-1209
2683760 +Kevon Cottrell & Karen Cottrell, P O Box 716, El Granada, CA 94018-0716
2684814 +Kewell Living Trust dated 7/18/89, c/o Frederick W. Kewell, II Trustee, 5426 Hidden Valley CT, Reno, NV 89502-9571
2684350 +Kim Gregory IRA, c/o First Savings Bank Custodian, 6242 W Coley Ave, Las Vegas, NV 89146-5213
2684826 +Kindred Family Trust dated 3/17/97, c/o G. R. & F. A. Kindred Trustees, 2155 Skyline Boulevard, Reno, NV 89509-5174
2684825 +Kindred Family Trust dated 9/19/96, c/o Davis Kindred & Kathleen Kindred Tru, 1203 S Marsh Avenue, Reno, NV 89509-2535
2686470 +Kip E. Virts & Melissa A. Virts, 5925 Bar Harbor Ct, Elk Grove, CA 95758-4230
2686468 +Kip E. Virts IRA, c/o First Savings Bank Custodian, 5925 Bar Harbor Crt, Elk Grove, CA 95758-4230
2684833 +Kirk Family Trust dated 8/24/99, c/o J. Douglas Kirk and Catherine Kirk,, 8 Belcanto, Irvine, CA 92614-0251
2684834 +Kirk Revocable Trust dated 2/10/84, c/o Jerry Kirk and Luci Kirk, Trustees, P. O. Box 26832, Santa Ana, CA 92799-6832

2684835 +Kirkham & Sanginiti Trust dated 2/29/96, c/o Lawrence A. Kirkham & Kathleen B. Sa, 2350 High Terrace Dr, Reno, NV 89509-5075
2686489 +Kirsten Wagner, P O Box 523, Cumberland, WI 54829-0523
2684328 +Kit Graski & Karen Graski, 4442 Amber Canyon Drive, Las Vegas, NV 89129-1804
2686654 +Kiwi-Nevada LP, P. O. Box 370400, Las Vegas, NV 89137-0400
2684863 +Klaus Kopf & Colette Kopf, 8096 Merlewood Avenue, Las Vegas, NV 89117-7647
2684841 +Klay Living Trust dated 7/11/90, c/o Othmar Klay and Christine Klay, Trus, 5530 Lausanne Dr, Reno, NV 89511-5022
2684848 +Kloenne Living Trust dated 3/11/87, c/o Gregor Kloenne & Otilla M. Kloenne T, P O Box 661, Kailua, HI 96734-0661
2684849 +Kloepfer Trust dated 11/27/00, c/o James R. Kloepfer & Nancy Ann Kloepf, 225 Shadowmere Way, Aptos, CA 95003-9605
2684860 +Kolbert Family Trust dated 4/3/03, c/o Carl A. Kolbert & Claudia C. Kolbert, 11200 Bondshire Drive, Reno, NV 89511-6233
2684872 +Kravitz Family Revocable Trust under agr, c/o David Kravitz & Mable R. Kravitz Tru, 19223 N 132nd Ave, Sun City West, AZ 85375-4502
2684767 +Kristie A. Kayser IRA, c/o First Savings Bank Custodian, 8647 Solera Drive, San Jose, CA 95135-2147
2685526 +Kristin A. Olivas, 3909 NE 89th Way, Vancover, WA 98665-5329
2684785 +Krystina A. Kehl, 9001 Lincoln Rd, Fulton, IL 61252-9724
2684892 +Kuiper Trust, c/o Lammert Kuiper, Jr. & Audrey H. Kuip, 1120 Broken Hills Drive, Henderson, NV 89011-3049
2684441 +Kurt Harms & Sandra Harms, 5513 Indian Hills Avenue, Las Vegas, NV 89130-2073
2686399 +Kurt Tsai, 1716 S. Monterey Street, Alhambra, CA 91801-5457
2686538 +Kurt Weber & Patricia Weber, 33 Treadwell Ave, Westport, CT 06880-4729
2684901 +Kwiatkowski Revocable Trust, dated 12/17, c/o Paul L. Kwiatkowski and Colita Jo Kw, 15380 Hamilton Street, Omaha, NE 68154-3714
2685446 +Kyle Nehdar, UGMA, c/o Howard Nehdar Custodian, 28955 Bardell Dr, Agoura Hills, CA 91301-2133
2829294 L AND R SAENZ FAMILY TRUST, C/O LIONEL SAENZ AND ROSARIO D SAENZ TRU, 281 ANDOVER RIDGE CT, HENDERSON, NV 89012-3128
2685886 +L and R Saenz Family Trust, c/o Lionel Saenz and Rosario D. Saenz, T, 281 Andover Ridge Ct, Henderson, NV 89012-3128
2684253 +L. Dean Gibson Revocable Trust of 2003, c/o L. Dean Gibson Trustee, 2796 Misty View Way, Sierra Vista, AZ 85650-5729
2685839 +L. Earle Romak IRA, c/o First Savings Bank Custodian, P O Box 6185, Incline Village, NV 89450-6185
2683721 +L. Kanani Cohune, 3530 Hackberry Street, Silver Springs, NV 89429-8805
2686382 +L. Ronald Trepp & Jacqueline P. Trepp Fa, c/o L. Ronald Trepp & Jacqueline P. Trep, 13829 Jolly Roger Street, Corpus Chrisi, TX 78418-6924
2686381 +L. Ronald Trepp IRA, c/o First Savings Bank Custodian, 13829 Jolly Roger St, Corpus Chrisi, TX 78418-6924
2684851 +L. V. Knight & Margaret E. Knight, 529 Shasta Ave, Oroville, CA 95965-4041
2988545 +LABOSSIERE FAMILY TRUST DTD 3/10/1987, GERALD A LABOSSIERE &, LUCILLE LABOSSIERE TTEES, 635 JESSICA DR, MESQUITE NV 89027-7035
2804693 LAENA EMMERICH SURVIVORS, TRUST DTD 5/18/89, C/O TODD A HUMPHREY TTEE, 18665 MEADOWLARK CT, PENN VALLEY CA 95946-9655
2840227 +LAGUNA PALOMA INC VIRGINIA SWILLEY PRES, C/O GEORGE SWILLEY, 2714 N PEACH HOLLOW DIR, PEARLAND TX 77584-2023
2804966 LAMOINE MURRY & LOIS H MURRAY, 4934 LARKSPUR LN, OGDEN UT 84403-4426
2839945 +LANGE, ROBERT, 7915 HELENA AVE, LAS VEGAS NV 89129-5401
2827000 LANZAS, JOSE, 3345 SPOTTED FAWN DR, ORLANDO FL 32817-5006
2773077 +LARRY AND NANCY ANDERSON, LARRY AND NANCY ANDERSON, 13250 MAHOGANY DR, RENO NV 89511-9246
2773078 +LARRY ANDERSON IRA, LARRY ANDERSON, 13250 MAHOGANY DR, RENO NV 89511-9246
2773076 +LARRY ANDERSON TRUSTEE, LARRY ANDERSON, 13250 MAHOGANY DR, RENO NV 89511-9246
2864570 +LARRY E COLBORN & LORETTA A COLBORN TTEES, FOR THE COLBORN REVOCABLE LIVING TRUST D, LARRY & LORETTA COLBORN, 1127 BROKEN WAGON TR, DEWEY AZ 86327-5422
2864237 +LARRY J NEWMAN & ELSIE D NEWMAN TTEES OF THE, NEWMAN FAMILY TRUST DTD 9/30/97, LARRY NEWMAN, 1775 AUTUMN VALLEY WY, RENO NV 89523-3811
2865170 +LARRY L RIEGER & PATSY R REIGER REVOCABLE, TRUST DTD 8/14/91, LARRY L & PATSY R RIEGER TTEE, 2615 GLEN EAGLES DR, RENO NV 89523-2080
2855099 +LARSON, GARY & DOLORES, 544 ROLLING HILLS DR, MESQUITE NV 89027-8806
2683057 +LAS VEGAS COLOR GRAPHICS, INC., 4265 WEST SUNSET ROAD, LAS VEGAS, NV 89118-3873
2683058 LAS VEGAS REVIEW-JOURNAL, P.O. BOX 920, LAS VEGAS, NV 89125-0920
2683059 +LASER PRINTER SPECIALISTS, INC., 4625 WYNN ROAD, #104, LAS VEGAS, NV 89103-5327
2844518 +LAUREN, WHITNEY, 2581 RAMPART TERRACE, RENO NV 89519-8362
2819164 LAURENCE A DA COSTA JR &, SYLVIA J DA COSTA, 1172 DEL MESA CT, MINDEN NV 89423-7816
2819166 LAURENCE LA DA COSTA JR AND, SYLVIA J DA COSTA JTWROS, 1172 DEL MESA CT, MINDEN NV 89423-7816
2829914 +LAURIE CARSON, C/O JEFFREY L HARTMAN ESQ, 510 W PLUMB LN STE B, RENO NV 89509-3693
2683060 +LAW OFFICE OF RICHARD MCKNIGHT, PC, 330 SOUTH THIRD ST. SUITE 900, LAS VEGAS, NV 89101-6016
2864259 LAWRENCE H TENGAN & LORRAINE K TENGAN, REVOCABLE TRUST, C/O LAWRENCE H TENGAN & LORRAINE K TENGA, 504 EDGEFIELD RIDGE PL, HENDERSON NV 89012-4543
2860699 +LEAH K DOBYNE IRA, 3418 CANTURA BLUFF AVE, N LAS VEGAS NV 89031
2804529 LEANA EMMERICH SURVIVORS, TRUST DTD 5/18/89, C/O TODD A HUMPHREY TTEE, 18665 MEADOWLARK CT, PENN VALLEY CA 95946-9655
2829093 +LEBLANC, JOAN, PO BOX 6434, INCLINE VILLAGE NV 89450-6434
2872440 +LEE, EMILY, 2223 25TH AVE, SAN FRANCISCO CA 94116-1749
2872439 +LEE, RICHARD, 1446 35TH AVE, SAN FRANCISCO CA 94122-3117
2840224 LEE, WILLIAM, 9050 DOUBLE R BLVD APT 421, RENO NV 89521-4850

2843469 +LEE, WILLIAM, 9050 DOUBLE R BLVD UNIT 421, RENO NV 89521-4850
2812806 +LEFF-KAPLAN, RENEE, 4330 ROMERO DR, TARZANA CA 91356-5510
2804986 +LEHART, MILTON, 184 BUCKLAND DR, RENO NV 89511-9128
2823060 +LELS-HOHMANN, NIENKE, 2275 BROADWAY STREET, SAN FRANCISCO CA 94115-1284
2683018 +LENARD E. SCHWARTZER, ESQ., SCHWARTZER & MCPHERSON LAW FIRM, 2850 SOUTH JONES BLVD., SUITE 1, LAS VEGAS NV 89146-5640
2866263 LEO G MANTAS, 7440 S BLACKHAWK ST #12208, ENGLEWOOD CO 80112-4355
2833324 +LERIN HILLS LTD, a Texas limited partnership, C/O DAVID A. COLVIN, ESQ., MARQUIS & AURBACH, 10001 PARK RUN DRIVE, LAS VEGAS, NV 89145-8857
2829706 LERIN HILLS, LTD, 4820 BACON RD, SAN ANTONIO, TX 78249-4001
2805344 +LESLIE & LINDA HARKINS, TTEES OF THE HARKINS 2001, REVOCABLE TRUST DTD 8/23/01, 2050 LONGLEY LN APT 2008, RENO NV 89502-7113
2726231 +LESTER AVILA, C/O WILLIAM D COPE, ESQ., COPE & GUERRA, 595 HUMBOLDT STREET, RENO, NV 89509-1603
2839955 +LESTER, ERIC, 500 W GOLFIELD AVE, YERINGTON NV 89447-3312
2808499 LEVY, ROBERT, 2115 BENSLEY ST, HENDERSON NV 89044-0155
2855524 +LEXEY S PARKER, 4005 PLAUTEAU RD, RENO NV 89519-7957
2994850 LHV LIVING TRUST DTD 10/31/01, C/O LEONARD VANDERGAAG &, HILDA VANDERGAAG TTEES, 7242 EVENING HILLS AVE, LAS VEGAS NV 89113-3013
2686449 +LHV Living Trust dated 10/31/01, c/o Leonard Vandergaag & Hillegonda Vand, 7242 Evening Hills Avenue, Las Vegas, NV 89113-3013
2766948 +LIAN-PIN LEE, C/O TERRA LAW LLP, 60 S. MARKET STREET, SUITE 200, SAN JOSE, CA 95113-2333
2830756 LIBERTY BANK, C/O WHITE AND WILLIAMS LLP, ATTN STEVEN OSTROW ESQ, 1800 LIBERTY PLACE, PHILADELPHIA PA 19103-7395
2737390 +LIBERTY BANK, C/O HANEY, WOLOSON & MULLINS, 1117 SOUTH RANCHO DRIVE, LAS VEGAS, NV 89102-2216
2829648 +LIEM FAMILY TRUST, C/O SCOTT D FLEMING ESQ, HALE LANE PEEK DENNISON & HOWARD, 3930 HOWARD HUGHES PKWY 4TH FL, LAS VEGAS NV 89169-0947
2840236 LILY MARKHAM & IRENE ANNE MARKHAM-TAFOYA, JTWROS, 7746 FOREDAWN DR, LAS VEGAS NV 89123-0756
2683061 LINCOLN BENEFIT LIFE, P.O. BOX 3582, AKRON, OH 44309-3582
2863222 +LINDA H KESLER FAMILY REVOCABLE TRUST, DTD 10/15/80, C/O MILDRED P KESLER TTEE, 4847 DAMON CIRCLE, SALT LAKE CITY UT 84117-5854
2766943 +LINDA LEE, C/O TERRA LAW LLP, 60 S. MARKET STREET, SUITE 200, SAN JOSE, CA 95113-2333
2775662 +LINDA M WALKER, LINDA M WALKER, 3710 CLOVER WY, RENO NV 89509-8216
2809794 LINDA MERIALDO LIVING, TRUST DTD 8/6/02, C/O LINDA MERIALDO TTEE, 9550 W SAHARA AVE APT 1044, LAS VEGAS NV 89117-5376
2863576 LINDA PATRUCCO DOERR TTEE OF THE DOERR, FAMILY TRUST DTD 9/12/02, LINDA PATRUCCO DOERR, 690 W RIVERVIEW CIR, RENO NV 89509-1130
2863574 LINDA PATRUCCO DOERR TTEE OF THE FRANZ, J DOERR SHELTER TRUST OF THE DOERR FAMIL, TRUST DTD 9/12/02, 690 W RIVERVIEW CIR, RENO NV 89509-1130
2863684 LINDA PATRUCCO DOERR TTEE OF THE FRANZ, J DOERR SHELTER TRUST OF THE DOERR, FAMILY TRUST DTD 9/12/02, 690 W RIVERVIEW CIR, RENO NV 89509-1130
2844278 +LINDA S REED IRA, 259 OVERLOOK DR, CADIZ KY 42211-8132
2863221 +LINDSEY H KESLER FAMILY REVOCABLE TRUST, DTD 10/15/80, KESLER, MILDRED TTEE, 4847 DAMON CIRCLE, SALT LAKE CITY UT 84117-5854
2863223 +LINDSEY H KESLER FAMILY REVOCABLE TRUST, DTD 10/15/80, C/O MILDRED P KESLER TTEE, 4847 DAMON CIRCLE, SALT LAKE CITY UT 84117-5854
2829658 +LISA M HOLLIFIELD PERSONAL REPRESENATIVE OF THE ES, C/O SCOTT D FLEMING ESQ, HALE LANE PEEK DENNISON & HOWARD, 3930 HOWARD HUGHES PKWY 4TH FL, LAS VEGAS NV 89169-0947
2877972 LIVEOFFICE CORPORATION, ATTN ADAM BUCKLEY, 2780 SKYPARK DR STE 300, TORRANCE CA 90505-7518
2686624 +LK Wolfe Family, LP, 5035 Landy Bank Court, Reno, NV 89519-0981
2843198 +LOADER, NICHOLAS, 101425 OVERSEAS HWY PMB 706, KEY LARGO FL 33037-4505
2829309 +LOCOCO, RANDALL & ALLISON, 3001 SAN LUIS COURT, FORT COLLINS CO 80525-6631
2830194 +LOFTFIELD, JAMES, 1532 BEECH GROVE DRIVE, LAS VEGAS NV 89119-0367
2808503 LOOB, VICTORIA S, 3613 HILLSDALE CT, LAS VEGAS NV 89108-1163
2819189 LORA AND LOYAL CROWNOVER FAMILY TRUST, C/O LOYAL CROWNOVER TTEE, 2213 PLAZA DEL PUERTO, LAS VEGAS NV 89102-4045
2830261 LOS VALLES LAND & GOLF LLC, 233 WILSHIRE BLVD STE 800, SANTA MONICA CA 90401-1207
2705279 +LOU O. MALDONADO, TRUSTEE- MALDONADO TRUST, C/O BRADLEY J. STEVENS, ESQ., ROBBINS & GREEN, P.A., 3300 N. CENTRAL AVE., SUITE 1800, PHOENIX, AZ 85012-2518
2840850 LOUGHLIN FAMILY TRUST, 50 GREENBRIAR CIR, NAPA CA 94558-1587
2827619 LOUGHLIN FAMILY TRUST, C/O RICHARD J LOUGHLIN, & ROBERTA L LOUGHLIN TTEES, 50 GREENBRIAR CIR, NAPA CA 94558-1587
2805340 +LOUGHLIN, EDWARD, 2636 GOLDEN SANDS DR, LAS VEGAS NV 89128-6805
2865166 +LOUGHLIN, LORIN AND RAND YAZZOLINO, 1259 BAGS BLVD, SONOMA CA 95476-4745
2830248 +LOUGHLIN, R, 12286 CLIPPER CREEK ROAD, NEVADA CITY, CA 95959-9659
2773064 +LOUIS H TURNER & SHIRLEY M TURNER, OF THE LOUIS H TURNER & SHIRLEY M TURNER, FAMILY TRUST DATED 9/9/97, LOUIS TURNER, 9558 MAMMOTH CT, RENO NV 89521-4067
2773067 +LOUIS H TURNER AND SHIRLEY M TURNER, FAMILY TRUST DATED 9/9/97, LOUIS TURNER, 9558 MAMMOTH CT, RENO NV 89521-4067
2865179 +LOUIS M TURNER & SHIRLEY M TURNER TTEES, OF THE LOUIS H & SHIRLEY M TURNER FAMILY, LOUIS H TURNER, 9558 MAMMOTH CT, RENO NV 89521-4067
2864566 +LOUISE ALPORT KOLBERG TTEE OF THE, LOUISE ALPORT KOLBERG REVOCABLE TRUST, C/O LOUISE ALPORT KOLBERG TTEE, 5914 ONONDAGA RD, BETHESDA MD 20816-2036
2865920 LOUISE TEETER & NORMAN TEETER, 4201 VIA MARINA STE 300, MARINA DEL REY CA 90292-5237
2865919 LOUISE TEETER IRA ROLLOVER, 4201 VIA MARINA STE 300, MARINA DEL REY CA 90292-5237
2864563 LOUS DEGRAVINA, 1138 W SEA FOG DR, GILBERT AZ 85233-7544
2685691 +LP Trust Dtd 3/1/06, c/o Lore Probst, Trustee, 2057 Fountain City St, Henderson, NV 89052-8707
2684394 +LPGE Corp., 2530 Pacific Heights Rd, Honolulu, HI 96813-1027

2684534 +LRD Lending, 4590 Eucalyptus Ave Ste A, Chino, CA 91710-9203
2865173 +LYNDA L PINNELL IRA, LYNDA L PINNELL, 9915 SADDLEBACK DR, LAKESIDE CA 92040-3411
2865174 +LYNDA L PINNELL TTEE OF THE LYNDA L, PINNELL LIVING TRUST DTD 7/24/00, LYNDA L PINNELL, 9915 SADDLEBACK DR, LAKESIDE CA 92040-3411
2812085 +LYNDA STEWART, 4605 E JUANA CT, CAVE CREEK AZ 85331-2200
2829904 +LYNN FETTERLY IRA, PO BOX 5968, INCLINE VILLAGE NV 89450-5968
2844287 +LYNN L FETTERLY IRA, PO BOX 5986, INCLINE VILLAGE NV 89450-5986
2830282 +LYNN M KANTOR, C/O MICHAEL M SCHMAHL, MCGUIREWOODS LLP, 77 W WACKER DR #4100, CHICAGO IL 60601-1818
2866267 +LYNN M KANTOR FKA LYNN MAGUIRE, C/O MICHAEL M SCHMAHL, 77 W WACKER DR STE 4100, CHICAGO IL 60601-1683
2809804 +LYNN WILKELIS JEWELL NOWAK &, DR JANA MOLVANEY, PO BOX 642, BUELLTON CA 93427-0642
2798875 +LYNNE KELLER, 2375 RANGE VIEW CT, RENO NV 89519-8360
2822117 LYNNETTE S THURMAN AND, JOHN H THURMAN, 1635 GREYCREST WY, RENO NV 89521-4052
2684907 +LaBossiere Family Trust dated 3/20/1987, c/o Gerard A. LaBossiere & Lucille LaBos, 1271 Skylark St, Sparks, NV 89434-0768
2684635 +Laena Emmerich Survivors Trust dated 5/1, c/o Todd A. Humphrey, Trustee, 18665 Meadowlark Ct, Penn Valley, CA 95946-9655
2686263 +Laguna Paloma Inc., Virginia Swilley Pre, 210 Kameha Street, Galveston, TX 77554-7169
2683246 +Laila Aziz, 9785 Ice Box Canyon Ct, Las Vegas, NV 89117-8438
2684046 +Lamberto Eugenio IRA, c/o First Savings Bank Custodian, 3012 Crib Point Drive, Las Vegas, NV 89134-7401
2684893 +Lammert Kuiper, Jr. & Audrey Kuiper, 1120 Broken Hills Drive, Henderson, NV 89011-3049
2685432 +Lamoine Murray & Lois H. Murray, 4934 Larkspur Lane, Ogden, UT 84403-4426
2685580 +Lance M. Patrick & Michele L. Patrick, 4122 E MC Lellan Rd Unit 3, Mesa, AZ 85205-3108
2685579 +Lance M. Patrick IRA, c/o First Savings Bank Custodian, 4122 E McLellan # 3, Mesa, AZ 85205-3108
2683177 +Larry & Nancy Anderson 2004 Revocable Li, c/o Larry H. Anderson and Nancy A. Ander, 13250 Mahogany Dr, Reno, NV 89511-9246
2684389 +Larry D. Hale & Veronica S. Hale, 621 E. Chestnut, Goldsby, OK 73093-9111
2684553 +Larry D. Higgins, 571 Alden, Incline Village, NV 89451-8333
2684943 +Larry D. Larson & Sobeyda Larson, 58 South 3430 East, New Harmony, UT 84757-5003
2683322 +Larry E. Bell & Garnet F. Bell, 2850 Old Pinto Ct, Sparks, NV 89436-6416
2683323 +Larry E. Bell 1998 Irrevocable Trust dat, c/o Larry E. Bell Trustee, 2850 Old Pinto Ct, Sparks, NV 89436-6416
2684947 +Larry E. Laub IRA, c/o Sterling Trust Company Custodian, 18532 Spicer Lake Court, Reno, NV 89508-6007
2686586 +Larry G. Williams and Mary Lou Williams, 2525 Willow Ridge Ct, Florence, OR 97439-7726
2683174 +Larry H. Anderson IRA, c/o First Savings Bank Custodian, 13250 Mahgony Dr, Reno, NV 89511-9246
2685790 +Larry L. Rieger & Patsy R. Rieger Revoca, c/o Larry L. Rieger & Patsy R. Rieger Tr, 2615 Glen Eagles Drive, Reno, NV 89523-2080
2684946 +Larry Laub & Betty Morris-Laub, 18532 Spicer Lake Court, Reno, NV 89508-6007
2683501 +Larry M. Brown & Marie S. Brown, 7020 Earldom Avenue, Playa Del Rey, CA 90293-7722
2684706 +Larry W. Johnson and Lyn Owen, 6424 Orange Tree Avenue, Las Vegas, NV 89142-0796
2686519 +Larry Warner Revocable Trust dated 5/20/, c/o Larry Warner, Trustee, 27701 Forester, Bonita Springs, FL 34134-3806
2684944 +Larson Family Trust dated 6/19/94, c/o Sidney L. Larson & Ruth Ann Larson T, 5613 N. 133rd Ave, Litchfield Park, AZ 85340-8344
2737953 Las Vegas Review-Journal, Credit Office, PO Box 70, Las Vegas, NV 89125-0070
2685420 +Laura Anne Taylor Mulkey, 2860 Augusta Drive, Las Vegas, NV 89109-1549
2683826 +Laura Dashosh, 11333 Moorpark #85, Toluca Lake, CA 91602-2618
2683717 +Laura M. Cohen, 3676 Military Ave, Los Angeles, CA 90034-7006
2683642 +Lauren Ceglia, P.O. Box 3049, Stateline, NV 89449-3049
2684256 +Lauren J. Gilbert, c/o Michele Gilbert Custodian, 3331 S. Park Street, Las Vegas, NV 89117-6722
2684255 +Lauren J. Gilbert & Erin M. Gilbert, c/o Michele Gilbert Custodian, 3331 S. Park Street, Las Vegas, NV 89117-6722
2685736 +Lauren Reale, 211 Cherry St., Petaluma, CA 94952-2143
2683808 +Laurence A. Da Costa, Jr. & Sylvia J. Da, 1172 Del Mesa Ct, Minden, NV 89423-7816
2683545 Lawrence A. Bush & Mary L. Bush, HCR 79 Box 64, Crowley Lake, CA 93546
2683940 +Lawrence G. Doull II Living Trust dated, c/o Lawrence G. Doull II & Janet K. Doul, 2766 Westwind Road, Las Vegas, NV 89146-5458
2685770 +Lawrence H. Reynolds & Jayne L. Reynolds, 650 W National Ave, Winnemucca, NV 89445-2633
2686309 +Lawrence H. Tengan & Lorraine K. Tengan, c/o Lawrence H. Tengan & Lorraine K. Ten, 504 Edgefield Ridge Place, Henderson, NV 89012-4543
2683223 +Lawrence J Aronson & Henrietta Aronson, 21150 Point Place Apt 606, Aventura, FL 33180-4034
2686364 +Lawrence P. Tombari, 8420 O’Hare Road, Las Vegas, NV 89143-1235
2685727 +Lawrence Rausch, 10708 Brinkwood Avenue, Las Vegas, NV 89134-5245
2684954 +Layne Family Trust, c/o Bruce Layne and Sherry Lane, Trustee, 26 Club Vista Drive, Henderson, NV 89052-6603
2683920 +Leah K. Dobyne IRA, c/o First Trust Co. Onaga Custodian, 3416 Cantura Bluff Ave, North Las Vegas, NV 89031-3577
2683515 +Lee Bryant & Patricia Bryant, 521 W Painted Trails Rd, Pahrump, NV 89060-1824
2683782 +Lee Craven and Christine Craven, 4427 Blue Creek Drive, Redding, CA 96002-5160
2685861 +Lee Rotchy Trust dated 12/5/00, c/o Lee Rotchy Trustee, 338 Omni Dr, Sparks, NV 89441-7256
2684979 +Lehrer Family Trust dated 2/3/04, c/o Bernard Lehrer, Trustee, 350 Paseo de Playa Unit 319, Ventura, CA 93001-2754
2684981 +Lehrmann Family Trust dated 4/19/96, c/o Larry D. Lehrmann & Kathleen F. Lehr, 204 W. Mill Valley Drive, Colleyville, TX 76034-3669

2685561 +Leigh B. Pandaleon IRA, c/o National Investor Services Corp. Inc, 142 Brighton Close, Nashville, TN 37205-2501
2685184 +Lela F. Masters, 305 Washington Ave, Gulf Breeze, FL 32561-4205
2685518 +Leland L. Orvis 2005 Revocable Trust dat, c/o Roxanna L. Ochoa and Leland L. Orvis, 382 Kern Street, Ventura, CA 93003-5216
2685587 +Leland T. Pearce & Isabelle J. Pearce, 3160 Eaglewood Drive, Reno, NV 89502-7714
2683288 +Len Barrow & Martha Barrow Trust R-501, c/o Len Barrow & Martha Barrow Trustees, 7845 Rancho Destino Road, Las Vegas, NV 89123-1725
2685064 +Leo & Mary Lucas Family Revocable Trust, c/o Leo Lucas & Mary Lucas Trustees, 6121 West Eugene, Las Vegas, NV 89108-3308
2685132 +Leo G. Mantas, 2053 Columbus Way, Vista, CA 92081-8944
2684493 +Leo L. Haynes and Glenda G. Haynes, 2118 S Noche De Paz, Mesa, AZ 85202-6339
2685032 +Leo W. Lloyd IRA, c/o First Savings Bank Custodian, P O Box 347 379 E Lakeside, Bayfield, CO 81122-0347
2686078 +Leon E. Singer & Suzy Singer Revocable T, c/o Leon E. Singer & Suzy Singer Trustee, 2601 Byron Drive, Las Vegas, NV 89134-7581
2685061 +Leona Lubliner Living Trust U/A dated 7/, c/o Leona Lubliner Trustee, 880 Buffwood Avenue, Las Vegas, NV 89123-0562
2685171 +Leonard Martinez &Tara Martinez, 6297 Elvido Ave, Las Vegas, NV 89122-7562
2685472 +Leonard Newman Trust dated 10/11/05, c/o Leonard Newman, Trustee, 1597 Santa Anita Drive, Las Vegas, NV 89119-6289
2686299 +Leonard and Therese Teachenor Trust date, c/o Leonard L. Teachenor & Therese M. Te, P O Box 399, Sparks, NV 89432-0399
2684995 +Leopold Family Trust dated 9/18/04, c/o Jeffrey S. Leopold & Michelle R. Leo, 70 Corte Amado, Greenbrae, CA 94904-1104
2684808 +Leslie F. Kerns & Alma D. Kerns, 4465 Boca Wy 193, Reno, NV 89502-6439
2686051 +Leslie P. Siggs, 2122 143rd Place SE, Mill Creek, WA 98012-1334
2684933 +Leslie S. Lanes, 1390 Frank Hill Road, Ashland, OR 97520-9615
2684962 +Lester Leckenby & Barbara Leckenby, 1699 Bridgeview Ct, Reno, NV 89521-4047
2685570 +Lexey S. Parker, 4005 Plateau Road, Reno, NV 89519-7957
2683119 +Liberty Resource Management Corp., P O Box 7069, Audubon, PA 19407-7069
2685147 +Libradeaux LLC, 3455 Cliff Shadows Pkwy Ste 190, Las Vegas, NV 89129-1076
2683307 +Lidia Bazzoli & Daniela Bazzoli-Ferrari, PMB 293 774 Mays Blvd 10, Incline Village, NV 89451-9613
2685011 +Liem Family Trust, c/o James Liem Trustee, 3324 East Valley Vista, Paradise Valley, AZ 85253-3739
2684182 +Lillian M. Freeman Trust dated 5/31/85, c/o Gregory L. Freeman Trustee, 32 Cross Ridge Street, Las Vegas, NV 89135-7842
2685149 +Lily Markham & Irene Anne Markham-Tafoya, 7746 Foredawn Dr, Las Vegas, NV 89123-0756
2683483 +Linda Broders, 86 Corsica Drive, Newport Beach, CA 92660-3237
2686525 +Linda D. Waterhouse, 2000 Whiskey Springs Road, Reno, NV 89510-9340
2685771 +Linda E. Reynolds, 337 Westminster Avenue, Salt Lake City, UT 84115-2227
2683616 +Linda F. Carsten, 2330 Overlook Ct., Reno, NV 89509-5070
2684818 +Linda Kiel, 12001 Clover Avenue, Los Angeles, CA 90066-1003
2685000 +Linda Levin, 8000 Castle Pines Ave, Las Vegas, NV 89113-1203
2684530 +Linda M. Herdman Family Trust dated 12/1, c/o Linda M. Herdman Trustee, 3709 Lake Avenue, Newport Beach, CA 92663-3121
2686499 +Linda M. Walker, 3710 Clover Way, Reno, NV 89509-8216
2685280 +Linda Merialdo Living Trust dated 8/6/02, c/o Linda Merialdo Trustee, 9550 West Sahara Ave. #1044, Las Vegas, NV 89117-5376
2683116 +Linda S. Ackerman Separate Property Trus, c/o Linda S. Ackerman Trustee, 158 Inveraray Court, Henderson, NV 89074-0667
2685744 +Linda S. Reed IRA, c/o First Savings Bank Custodian, 259 Overlook Drive, Cadiz, KY 42211-8132
2683286 +Lindsay Barron, 78 Purchase St. #4, Rye, AK 10580-3028
2684810 +Lindsey H. Kesler Family Revocable Trust, c/o Mildred P. Kesler Trustee, 4847 Damon Circle, Salt Lake City, UT 84117-5854
2685023 +Linthicum Revocable Trust, dated 1/14/80, c/o James Allen Linthicum and Carol Dian, 21886 Wilson Court, Cupertino, CA 95014-1245
2683670 +Lisa Christensen Trust dated 1/9/06, c/o Lisa Christensen, Trustee, 33252 Astoria St, Dana Point, CA 92629-1401
2825331 +Lisa M. Hollifield, Personal Representative, of the Estate of James D. Nafziger, Dece, c/o Scott D. Fleming, Esq., Hale Lane Peek Dennison and Howard, 3930 Howard Hughes Parkway, 4th Floor, Las Vegas, Nevada 89169-0947
2686139 +Lisa Sooy, 1925 Anaheim Avenue A3, Costa Mesa, CA 92627-5527
2683829 +Lisa Y. Daskas, 3464 Caraway Lane, Yorba Linda, CA 92886-6252
2685025 +Lisek Family Trust dated 1/29/92, c/o Daniel B. Lisek, Claire Lisek & Gayl, 729 Garys Way, Carson City, NV 89701-8611
2686097 +Liselotte Smika, 117 Lilac Lane, Reno, NV 89512-2611
2684850 +Lloyd A. Knauss Revocable Living Trust, c/o Lloyd A. Knauss Trustee, 1968 Las Palmas Lane #145, Laughlin, NV 89029-1233
2684187 +Lloyd Frey IRA, c/o First Savings Bank Custodian, 16 Meredith Drive, Nashua, NH 03063-2002
2684641 +Lloyd R. Hurst Jr. & Judith G. Hurst, 11885 Lone Desert Dr, Reno, NV 89506-7595
2685037 +Loftfield Revocable Living Trust, c/o James Ronald Loftfield & Catherine P, 1532 Beech Grove Drive, Las Vegas, NV 89119-0367
2683573 +Lois M. Campbell IRA, c/o First Trust Co. Of Onaga Custodian, 1733 Warrington Drive, Henderson, NV 89052-6801
2685039 +Lokshin Family Trust dated 6/3/96, c/o Boris M. Lokshin & Mindy F. Lokshin, 4208 Pinto Dr, Reno, NV 89519-2950

2683793 +Lora and Loyal Crownover Family Trust, c/o Loyal Crownover, Trustee, 2213 Plaza Del Puerto, Las Vegas, NV 89102-4045
2684644 +Lorayne J. Hutchison & James H. Hutchiso, 702 W McArthur Ave # 68, Winnemucca, NV 89445-4908
2686573 +Loren J. Wilcox, 3361 Skyline Blvd, Reno, NV 89509-5671
2683306 +Loreto O. Bautista & Myrna R. Bautista, 2479 Citrus Garden Circle, Henderson, NV 89052-2386
2684921 +Loretta A. Lamont, 6870 Folsom Oaks Ct, Granite Bay, CA 95746-9326
2685692 +Lori A. Procter, 2178 Vizcaya Circle, Campbell, CA 95008-5664
2683912 +Lori Dietzman and William Dietzman, 10374 Summer Holly Circle, Los Angeles, CA 90077-2116
2685548 +Lori E. Oxx, 6501 Dume Drive, Malibu, CA 90265-4274
2685053 +Lorin Loughlin and Rand Yazzolino, 1259 Bags Blvd, Sonoma, CA 95476-4745
2685395 +Lorraine Moscianese, 1306 West Shellfish Drive, Gilbert, AZ 85233-7434
2685050 +Loschiavo Family Trust dated 3/20/96, c/o Giovanni Loschiavo & Elizabeth Losch, 702 Nickleby Ave, Las Vegas, NV 89123-3068
2685563 +Lou Christian Trust, c/o Peter Papas & Rita Papas Trustees, 2060 Diamond Bar Drive, Las Vegas, NV 89117-1929
2685055 +Loughlin Family Trust, c/o Richard J. Loughlin & Roberta L. Lou, 50 Greenbriar Circle, Napa, CA 94558-1587
2683237 +Louis A. Avanzino, 14519 SE 13th Place, Bellevue, WA 98007-5658
2686264 +Louis C. Swilley, 4314 Dickson Street, Houston, TX 77007-7321
2683582 +Louis Canepa IRA, c/o First Savings Bank Custodian, 1395 HillTop Rd, Reno, NV 89509-3973
2683865 +Louis DeGravina, 1138 West Sea Fog Drive, Gilbert, AZ 85233-7544
2685182 +Louis E Massry, 62 Brighton Ave, Deal, NJ 07723-1202
2686409 +Louis H. & Shirley M. Turner Family Trus, c/o Louis H. Turner & Shirley M. Turner, 9558 Mammoth Court, Reno, NV 89521-4067
2862158 +Louis J. Canepa IRA, c/o Laurel E. Davis, Lionel Sawyer & Collins, 300 South Fourth Street, Suite 1700, Las Vegas, NV 89101-6053
2862157 +Louis John Canepa Rev. Tr. Dtd. 6/18/98, c/o Laurel E. Davis, Lionel Sawyer & Collins, 300 South Fourth Street, Suite 1700, Las Vegas, NV 89101-6053
2683584 +Louis John Canepa Revocable Trust dated, c/o Louis John Canepa Trustee, 1395 HillTop Rd, Reno, NV 89509-3973
2686384 +Louisa M. Trifiletti, 1306 W Shellfish Drive, Gilbert, AZ 85233-7434
2684859 +Louise Alport Kolberg Revocable Trust, c/o Louise Alport Kolberg, trustee, 5914 Onondaga Rd, Bethesda, MD 20816-2036
2683906 +Louise G. Sherk, MD, a medical corporati, c/o Robert DiBias & Louise G. Sherk Trus, 3830 Ocean Birch Drive, Corona Del Mar, CA 92625-1244
2686304 +Louise Teeter & Norman Teeter, 4201 Via Marina #300, Marina Del Rey, CA 90292-5237
2686303 +Louise Teeter IRA Rollover, c/o First Savings Bank Custodian, 4201 Via Marina 300, Marina Del Rey, CA 90292-5237
2685060 +Lowe Family Trust, c/o Robert L. Lowe & Mary M. Lowe Truste, 225 Garfield Drive, Henderson, NV 89074-1028
2683191 +Lowell V. Andrews, 9850 Garfield Ave SP #60, Huntington Beach, CA 92646-2415
2684927 +Lucas W. Landau, 10582 Eagle Fall Way, Reno, NV 89521-4164
2684080 +Lucille Farrlow Trust 2000, 7821 Sailboat Lane, Las Vegas, NV 89145-5961
2685119 +Lucinda Malott, 957 La Senda, Santa Barbara, CA 93105-4512
2686147 +Lucrecia Sparks Living Trust dated 3/29/, c/o Lucrecia Sparks Trustee, 868 Vegas Valley Drive, Las Vegas, NV 89109-1537
2683238 +Lui A. Avanzino & Audrey L. Avanzino, 744 Jackpine Court, Sunnyvale, CA 94086-8562
2686280 +Luther E. Tate, 678 Wells Road, Boulder City, NV 89005-1717
2683961 +Lyle J. Duffy Trust dated 4/12/99, c/o Lyle J. Duffy Trustee, 5203 Cloudcraft Court, Katy, TX 77494-2339
2684815 +Lyle O. Keys and Melissa W. Keys, 432 Via Ventana Drive, Mesquite, NV 89027-3701
2683178 +Lynda Gay Anderson Trust dated 7/7/04, c/o Lynda Gay Anderson, Trustee, 802 San Remo Way, Boulder City, NV 89005-3526
2685653 +Lynda L. Pinnell IRA, c/o First Savings Bank Custodian, 9915 Saddleback Drive, Lakeside, CA 92040-3411
2685654 +Lynda L. Pinnell Living Trust dated 7/24, c/o Lynda L. Pinnell Trustee, 9915 Saddleback Drive, Lakeside, CA 92040-3411
2685988 +Lynda M. Settle IRA, c/o First Trust Co. Of Onaga Custodian F, 1001 S 9th Street, Mena, AR 71953-4119
2684298 +Lynelle L. Goodreau, 19120 Victory Blvd, Tarzana, CA 91335-6423
2684297 +Lynelle L. Goodreau and David M. Bailey, 19120 Victory Blvd, Tarzana, CA 91335-6423
2684103 +Lynn Fetterly IRA, c/o First Savings Bank Custodian, P O Box 5986, Incline Village, NV 89450-5986
2684741 +Lynn M. Kantor, 2816 Vista Del Sol, Las Vegas, NV 89120-3610
2684742 +Lynn M. Maguire, 2816 Vista Del Sol, Las Vegas, NV 89120-3610
2686576 +Lynn Wilkelis & Ann Marsden, PO Box 642, Buellton, CA 93427-0642
2686577 +Lynn Wilkelis, Jewell Nowak, & Dr. Jana, PO Box 642, Buellton, CA 93427-0642
2684790 +Lynne Keller, 2375 Range View Dr, Reno, NV 89519-8360
2686341 +Lynnette S. Thurman and John H. Thurman, 1635 Greycrest Way, Reno, NV 89521-4052
2683632 +M & J Cauchois Family Trust dated 2/25/9, c/o Maurice A. Cauchois & Jacqueline M., 697 Blue Lake Drive, Boulder City, NV 89005-1534
2683453 +M & M Imports Retirement Plan Trust, 1705 Calle De Espana, Las Vegas, NV 89102-4003
2685373 +M & R M, LLC, 2877 Paradise Rd Ste 1004, Las Vegas, NV 89109-5263
2685777 +M. Anne Riccio, 5 Oak Brook Club Dr Apt P4N, Oak Brook, IL 60523-1325
2857161 +M. Craig Medoff, Trustee, of M. Craig Medoff Family Trust, c/o Robert C. LePome, Esq., 10120 S. Eastern Ave. #200, Henderson, NV 89052-3926
2683873 +M. Glenn Dennison & Susan M. Dennison, 3345 Meridian Lane, Reno, NV 89509-3841
2686113 +M. L. and Pauline Smith Family Living Tr, c/o M. L. Smith and Pauline Smith, Trust, 3108 N Minersville Hwy, Cedar City, UT 84721-5407

2829911 +MACDONALD CENTER FOR THE ARTS & HUMANITIES, C/O JEFFREY L HARTMAN ESQ, 510 W PLUMB LN STE B, RENO NV 89509-3693
2827953 MACDONALD CTR FOR THE ARTS AND HUMANITIES, 1730 W HORIZON RIDGE PKWY, HENDERSON NV 89012-1001
2804979 MACHETTA, JAMES, PO BOX 2242, DENVER CO 80201-2242
2803723 MACHETTA, JOSEPH, PO BOX 187, BRUSH CO 80723-0187
2839921 MAKI MARIE & RAYMOND E. MAKI, 9024 COLUMBIA STREET, SAINT JOHN IN 46373-9345
2986757 MALCOLM TELLOIAN JR AND JOAN B TELLOIAN, 7806 BROADWING DR, N LAS VEGAS NV 89084-2434
2805343 +MAMUAD, TAMRA, 7935 PLACID ST, LAS VEGAS NV 89123-1848
2861476 +MANTER, JOHN, 1835 CIRCLE LANE SE, APT 502, LACEY WA 98503-2576
2819180 MARCIA J KNOX LIVING TRUST, DTD 8/16/04, C/O MARCIA J KNOX TTEE, 1885 VINTNERS PL, RENO NV 89519-8334
2827597 +MARCIA J KNOX LIVING TRUST, C/O MARCIA J KNOX TRUSTEE, 1885 VINTNERS PL, RENO, NV 89519-8334
2814020 +MARCIA J KNOX TRUST, DTD 8/16/2004, 1885 VINTNERS BL, RENO NV 89519-8334
2812574 +MARCIA J KNOX TRUST DTD 8/16/04, C/O MARCIA J KNOX TRUSTEE, 1885 VINTNERS PL, RENO NV 89519-8334
5493684 +MARGARET B. MCGIMSEY TRUST, C/O WILLIAM L. MCGIMSEY, ESQ., 3017 WEST CHARLESTON BLVD., SUITE 30, LAS VEGAS, NV 89102-1927
2872435 +MARGARET M CANGELOSI TTEE, 614 HILLSIDE CROSSING, POMPTON PLAINS NJ 07444-2181
2863307 MARGUERITE FALKENBORG 2000 TRUST DTD 6/20/00, C/O MARGUERITE FALKENBORD TTEE, 727 3RD AVE, CHULA VISTA CA 91910-5803
2863330 MARGUERITE FALKENBORG 2000 TRUST DTD 6/20/00, C/O MARGUERITE FALKENBORG TTEE, 727 3RD AVE, CHULA VISTA CA 91910-5803
2806934 +MARIA PENA, C/O DONNA OSBORN, ESQ., 10001 PARK RUN DRIVE, LAS VEGAS, NV 89145-8857
2872438 +MARIETTA S VON BERG, 24622 RIMROCK CANYON RD, SALINAS CA 93908-9410
2766956 +MARILEE CICHON, C/O TERRA LAW LLP, 60 S. MARKET STREET, SUITE 200, SAN JOSE, CA 95113-2333
5558718 +MARILYN HILBORN, 798 SAN REMO WAY, BOULDER CITY, NV 89005-3528
2863926 +MARILYN JOHNSON LIVING TRUST DTD 10/5/99, MARILYN JOHNSON TTEE, 1010 LARUE AVE, RENO NV 89509-1941
2812379 MARINA MEHLMAN IRA, 2027 HATHAWAY AVE, WESTLAKE VILLAGE CA 91362-5171
2866283 MARION C SHARP IRA, 20 LEROY TERR, NEW HAVEN CT 06512-3114
2866284 MARION C SHARP TRUST, C/O MARION C SHARP TTEE, 20 LEROY TERR, NEW HAVEN CT 06512-3114
2714025 +MARLIN LEASING CORPORATION, 300 FELLOWSHIP ROAD, MOUNT LAUREL, NEW JERSEY 08054-1727
2822125 MARLIN WONDERS & R YVONNE WONDERS, PO BOX 2262, OVERGAARD AZ 85933-2262
2683062 +MARRON & ASSOCIATES, ATTN: KATHRYN TSCHOPIK, 111 W. OCEAN BLVD., LONG BEACH, CA 90802-4622
2804967 +MARRS, BOBBIE, 5753 BEDROCK SPRINGS AVE, LAS VEGAS NV 89131-3933
2775651 +MARSHALL D KUBLY & KATHLEEN KUBLY JTWOS, MARSHALL & KATHLEEN KUBLY, 4687 BRADFORD LN, RENO NV 89519-0933
2823065 +MARTIN, GERALDINE, 2605 E FLAMINGO RD, LAS VEGAS NV 89121-5241
2861463 +MARY ANN HAROUFF & DWIGHT W HAROUFF TTEES, OF THE SKIP & MARY HAROUFF TRUST DTD 12/, DWIGHT W & MARY ANN HAROUFF, 5680 RUFFIAN RD, LAS VEGAS NV 89149-1261
2800485 +MARY COLEMAN IRA, 108 LOW ST, NEWBURPORT MA 01950-3517
2860052 MARY H EARP, 700 POST OAK CT, EL PASO TX 79932-2512
2984422 MARY MONICA CADY IRA, 3261 WATERVIEW CT, HAYWARD CA 94542-2124
2827020 +MASNACK, BRENDA, 9553 E LYNWOOD CR, MESA AZ 85207-2508
2810959 +MATHIEU, MARIA, 2623 ALBANO VILLA CT, LAS VEGAS NV 89121-5355
2798837 +MAURER, TODD, 3100 CHINO HILLS PKY APT 1411, CHINO HILLS CA 91709-4298
2766946 +MAUREY NASH, C/O TERRA LAW LLP, 60 S. MARKET STREET, SUITE 200, SAN JOSE, CA 95113-2333
2830761 +MAUS VICTOR, 2999 DOUGLAS BLVD #155, ROSELLE CA 95661-4217
2829335 MAX MATHEWS, C/O SCOTT D FLEMING, ESQ., HALE LANE PEEK DENNISON AND HOWARD, 3930 HOWARD HUGHES PARKWAY, 4TH WAY, LAS VEGAS, NV 89169
2829652 +MAX MATHEWS, RICHARD G MESSERSMITH AND, DALE PATTERSON, C/O SCOTT D FLEMING ESQ, HALE LANE PEEK DENNISON & HOWARD, 3930 HOWARD HUGHES PKWY 4TH FL, LAS VEGAS NV 89169-0947
2844517 +MAYO FAMILY TRUST, C/O MONROE MAYO & LOUISE MAYO TTEES, 8635 W SAHARA AVE #532, LAS VEGAS NV 89117-5858
2844516 +MAYO, MONROE, 8635 W SAHARA AVE #532, LAS VEGAS NV 89117-5858
2822124 +MCALLISTER, MARLIN, 2670 MARVIN TRAIL, REDDING CA 96001-5366
2814016 +MCBRIDE REX GP MCBRIDE INVESTMENTS, A NEVADA FAMILY LLP, 1345 E GLENDALE, SPARKS NV 89431-6418
2843203 +MCCONNELL, JAMES M & MAUDRENE F TTEES, OF MCCONNELL FAMILY TRUST OF 12/3/81, 970 FAIRWAY BLVD, INCLINE VILLAGE NV 89451-9002
2812091 +MCHUGH, RANDI, 4790 CAUGHLIN PKWY #239, RENO NV 89519-0907
2812090 +MCHUGH, WILLIAM, 335 DESERT MEADOW CT, RENO NV 89502-8725
2827022 +MCKENNON, MARY, 303 ESPLANADE, NEWPORT BEACH CA 92660-3924
2819179 +MCKNIGHT, JAME E, 233 BRANCH AVE, FREEPORT NY 11520-6007
2844293 +MCKNIGHT, JAMES, 233 BRANCH AVE, FREEPORT KY 11520-6007
2812380 +MCMAHON, GARY, 2605 E FLAMINGO RD, LAS VEGAS NV 89121-5241
2804974 MCMICHAEL LIVING TRUST, DTD 12/16/88, C/O J RICHARD &, KAREN L MCMICHAEL TTEES, 13840 18TH AVE SW, BURIEN WA 98166-1049
2865336 +MCQUERRY FAMILY TRUST, 318 SINGING BROOK CIR, SANTA ROSA CA 95409-6483
2865337 +MCQUERRY FAMILY TRUST, WILLIAM L MCQUERRY, 318 SINGING BROOK CIR, SANTA ROSA CA 95409-6483
2840849 MCQUERRY FAMILY TRUST DTD 1/25/80, CO WILLIAM L MCQUERRY TTEE, 318 SINGING BROOK CIR, SANTA ROSA CA 95409-6483
2814014 +MEHLING II, CLIFFORD, 2469 RAM CROSSING WY, HENDERSON NV 89074-8311
2792092 +MELANIE COWAN, 10794 GRANDE PALLADIUM WY, BOYNTON BEACH FL 33436-5063
2830214 +MELE JOSEPH, 16882 ROSE APPLE DR, DELRAY BEACH FL 33445-7022
2877973 +MELVIN, TERI, 2704 CHOKECHERRY WY, HENDERSON NV 89074-1990
2810966 +MEMON, SHAHNAZ, 7210 NATIVE DANCER DR, RENO NV 89502-8771
2753012 +MICHAEL & CAROL HEDLUND, C/O WHITNEY B. WARNICK, ESQ, ALBRIGHT, STODDARD, WARNICK & ALBRIGHT, 801 SOUTH RANCHO DRIVE, SUITE D-4, LAS VEGAS, NV 89106-3807

2766955 +MICHAEL CICHON, C/O TERRA LAW LLP, 60 S. MARKET STREET, SUITE 200, SAN JOSE, CA 95113-2333
6539305 MICHAEL H. RICCI, PO BOX 1730, ZEPHYR COVE, NV 89448-1730
2827617 MICHAEL J MALONEY & JO ANN MALONEY, REVOCABLE TRUST DTD 12/1/04,
C/O MICHAEL J MALONEY & JO ANN MALONEY T, 2198 PEYTEN PARK ST, HENDERSON NV 89052-7053
2819197 MICHAEL M ALLDREDGE &, ELLEN M ALLDREDGE, 3270 SOCRATES DR, RENO NV 89512-4507
2840177 +MICHAEL PETERSON, C/O JOHN F O'REILLY LAW GROUP LLC, NEVADA PROFESSIONAL CENTER,
325 S MARYLAND PKWY, LAS VEGAS NV 89101-5320
2840886 MICHAEL R BRINES & CINDY G BRINES, REVOCABLE FAMILY TRUST U/A DTD 11/5/94,
C/O MICHAEL R BRINES & CINDY G BRINES TT, 4935 EL SERENO AVE, LA CRESCENTA CA 91214-3018
2775650 +MICHAEL RAICHBART, C/O JOSHUA D BRYSK, LAW OFFICES OF JAMES G SCHWARTZ, 7901 STONERIDGE DR,
STE 401, PLEASANTON CA 94588-3656
2844539 +MICHAEL REED IRA, 259 OVERLOOK DR, CADIZ KY 42211-8132
2812570 MICHAEL S BRAIDA IRA, 1168 DOVER LN, FOSTER CITY CA 94404-3609
2864031 +MICHAEL S FREEDUS DDS PC DEFINED BENEFIT, PENSION PLAN, 2535 LAKE RD,
DELANSON NY 12053-4212
2799769 MICHAEL, ALAIN & DAWN LEVY, TTEES OF THE MICHAEL FAMILY TRUST, DTD 12/4/03,
1861 TUSCAN GROVE PL, CAMARILLO CA 93012-8960
2799762 MICHEL F AIELLO AND PATRICIA A AIELLO, TRUST AGREEMENT DTD 10/4/94, C/O MICHEL F AIELLO AND,
PATRICIA A AIELLO TTEES, 312 SKI WAY, INCLINE VILLAGE NV 89451-9223
2829203 MICHEL TESSEL, JEAN JACQUES BERTHELOT W/POA, 9328 SIENNA VISTA DR, LAS VEGAS NV 89117-7034
2995079 MICHELLE REVOCABLE TRUST DTD 05/03/02, C/O DIANA FORDE TTEE, 4956 RIDGE DR #83,
LAS VEGAS NV 89103-5044
2855780 MIERAU LIVING TRUST DTD 9/14/98, C/O ROBERT D MIERAU &, SANDRA J MIERAU TTEES, PO BOX 562,
GLENBROOK NV 89413-0562
2833265 +MIKLOS STEUER, PO BOX 60267, LAS VEGAS, NV 89160-0267
2863936 +MILLAR, DR RUSSELL, 923 CERES RD, PALM SPRINGS CA 92262-4385
2855119 +MILLER PROPERTIES, A NEVADA LIMITED PARTNERSHIP, PO BOX 495, ZEPHYR COVE NV 89448-0495
2840531 MILLER, CHRISTINE, CROWN COURT 2, ORINDA, CA 94563
2810968 MILTON LEROY OWENS MD INC, DEFINED BENEFIT PENSION PLAN & TRUST, C/O MILTON LEROY OWENS TTEE,
1094 W 7TH ST, SAN PEDRO CA 90731-2928
2814013 MILTON P KAPLAN PSP DTD 10/1/77, C/O MILTON P KAPLAN MD TTEE, 18370 BURBANK BLVD STE 501,
TARZANA CA 91356-2836
4257260 MIRIAM FRANKLIN, 2431 MARINER SQUARE DR APT 317, ALAMEDA, CA 94501-1683
2829170 +MITCHELL, BETH, 2605 E FLAMINGO RD, LAS VEGAS NV 89121-5241
2684684 +MJ Jellison, Inc, 1415 Lakeview Avenue South, Minneapolis, MN 55416-3632
2684649 +MJI Trust dtd, c/o Mary Jean Ignacio Trustee, 1816 Ridgefield Drive,
Las Vegas, NV 89108-2149
2821202 +ML AND PAULINE SMITH FAMILY LIVING TRUST, C/O ML SMITH AND PAULINE SMITH TTEES,
3108 N MINERSVILLE HWY, CEDAR CITY UT 84721-5407
2684423 +MLH Family Investment Limited, 8912 E Pinnacle Peak Rd F9-602, Scottsdale, AZ 85255-3659
2844510 MOJAVE CANYON INC, JANET L CHUBB ESQ, JONES VARGAS, PO BOX 281, RENO NV 89504-0281
2759819 +MOJAVE CANYON INC., ATTN: J.B. PARTAIN, PRESIDENT, 1400 COLORADO ST., #C,
BOULDER CITY, NV 89005-2436
2829314 +MOLILNA, SERGIO AND IRENE SCHMUKER, 12150 S DART RD, PO BOX 859, MOLALLA OR 97038-0859
2801691 MOLLO, MIKE, 316 S BROADWAY #B, REDONDO BCH CA 90277-3709
2683065 MONARCH INTERNATIONAL'S, SHOW CIRCUIT MAGAZINE, CHATSWORTH, CA 91311
2821199 MONICA C EBAUGH, 412 ELK CIR, BASALT CO 81621-8202
2829311 +MONIGHETTI, PETE, 6515 FRANKIE LANE, PRUNEDALE CA 93907-8540
2861465 +MONIQUE MARKWELL A SINGLE WOMAN, MONIQUE MARKWELL, 100 N ARLINGTON AVE #94,
RENO NV 89501-1204
2801696 +MONTESANT, RONALD TTEE, 5121 BIG RIVER AVE, LAS VEGAS NV 89130-2919
2821212 +MOORE, JAMES, 2009 WILLOW TREE CT, THOUSAND OAKS CA 91362-1347
2864240 +MOORE, PATRICK C/O MUKS REALTY LLC, 77-251 IROQUOIS DR, INDIAN WELLS CA 92210-9028
2825040 +MORGAN, KENNETH, 3080 RED SPRINGS DR, LAS VEGAS NV 89135-1548
2840232 +MORGAN, ROSALIE, 6869 EAGLE WING CIR, SPARKS NV 89436-8496
2840235 +MORGAN, ROSALIE, 2605 E FLAMINGO RD, LAS VEGAS NV 89121-5241
2827019 +MORGAN, STEPHANIE, 3014 W WILLIAM CANNON APT #1538, AUSTIN TX 78745-5040
2860233 +MORRIS MASSRY, C/O SEGEL GOLDMAN MAZZOTTA & SIEGEL PC, 9 WASHINGTON SQ,
ALBANY NY 12205-5524
2863218 +MORTENSEN, CAROL FAMILY TRUST DTD 9/9/90, 4847 DAMON CIRCLE, SALT LAKE CITY UT 84117-5854
2810955 +MORTON, NADINE, AN UNMARRIED WOMAN, 2708 LA SOLANA WY, LAS VEGAS NV 89102-2039
2810957 +MORTON, NADINE, FIRST SAVINGS BANK C/F, NADINE MORTON IRA, 2708 LA SOLANA WY,
LAS VEGAS NV 89102-2039
2686204 +MS Trust, dated 3/2/05, c/o Miklos Steuer Trustee, P O Box 60267, Las Vegas, NV 89160-0267
2827631 +MULKEY, LAURA, 2860 AUGUSTA DR, LAS VEGAS NV 89109-1549
2872423 +MURRAY HERTZ, 2013 GROUSE ST, LAS VEGAS NV 89134-6125
2812571 +MURRAY, LAMOINE, 4934 LARKSPUR LN, OGDEN UT 84403-4426
2800482 MUSSO LIVING TRUST DTD 11/30/92, C/O WALTER MUSSO AND BARBARA MUSSO TTEES,
2535 LUPINE CANYON RD, PO BOX 2566, AVILA BEACH CA 93424-2566
2983983 +MW SCHOFIELD, CLARK COUNTY ASSESSOR, 500 S GRAND CENTRAL PKWY, LAS VEGAS, NV 89155-4502
2685091 +MacDonald Center for the Arts and Humani, 1730 Horizon Ridge Pkwy, Henderson, NV 89012-1001
2685062 +Madalene Luca, 1398 Minuet Street, Henderson, NV 89052-6456
2685328 +Mae Mineo Trust dated 3/23/00, c/o Mae Mineo Trustee, 2287 Western Oak Drive,
Redding, CA 96002-5115
2686307 +Malcolm Telloian Jr. and Joan B. Telloia, 7806 Broadwing Drive,
North Las Vegas, NV 89084-2434
2686456 Malden Ventures Ltd., 400 Dorla Ct Ste 171 PMB 10162, Zephyr Cove, NV 89448
2686457 Malden Ventures Ltd. Defined Benefit Pen, 400 Dorla Ct Ste #173 PMB 10162,
Zephyr Cove, NV 89448

2685117 +Mallin Family Trust dated 7/12/99, c/o John Robert Mallin, Jr. & Marie Ther, 9809 Pinnacle Pass Drive, Las Vegas, NV 89117-5997
2686160 +Manfred S. Spindel & Christine L. Spinde, 299 N Hollywood Blvd, Las Vegas, NV 89110-5224
2685128 +Mansdorf 1993 Trust, c/o Zeev Mansdorf & Cila Mansdorf Truste, 2816 Brianwood Court, Las Vegas, NV 89134-8906
2685778 +Manuel G. Rice IRA, c/o First Savings Bank Custodian, 2061 Sea Cove Lane, Costa Mesa, CA 92627-4033
2686600 +Marc & Ann Winard Family Trust dated 6/2, c/o Marc Winard & Ann Winard Trustees, 712 Canyon Greens St, Las Vegas, NV 89144-0834
2684269 +Marc A. Goddard and Damara R. Stone-Godd, P. O. Box 2028, Truckee, CA 96160-2028
2684653 +Marc M. Ingman, 1923 La Mesa Drive, Santa Monica, CA 90402-2322
2684045 +Marc Scot Etterman Living Trust dated 2/, c/o Marc Scot Etterman Trustee, P O Box 492546, Los Angeles, CA 90049-8546
2685201 +Marceline Maxwell & Edward D. Earl, 121 W Highland Dr, Henderson, NV 89015-7611
2685058 +Marcelle A. Louvigny IRA, c/o First Savings Bank Custodian, 2648 Aspen Valley Lane, Sacramento, CA 95835-2137
2685202 +Marci Maxwell & Edward D. Earl, 121 W Highland Dr, Henderson, NV 89015-7611
2683147 +Marcia C. Albiol & Henry Albiol, P O Box 221356, Carmel, CA 93922-1356
2684855 +Marcia J. Knox Living Trust dated 8/16/0, c/o Marcia J. Knox Trustee, 1885 Vintners Place, Reno, NV 89519-8334
2686258 +Marcia Sweany-Volpe, 33766 SE Terra Circle, Corvallis, OR 97333-2307
3097090 +Margaret B. McGimsey Trust, c/o William L. McGimsey, Esq., 516 So. Sixth St., Suite 300, Las Vegas, NV 89101-6998
2683771 +Margaret Coy IRA, c/o First Savings Bank Custodian, 3333 Royal Glen Court, Las Vegas, NV 89117-0719
2685959 +Margaret E. Schryver Trust dated 12/6/90, c/o Margaret E. Schryver Trustee, 41880 Creighton Rd, Fall River Mills, CA 96028-9749
2683591 +Margaret M. Cangelosi, 346 Griggs Ave., Teaneck, NJ 07666-3155
2683917 +Margaret Patterson Living Trust Dated 11, c/o Heidi R. Dixon, Trustee, 210 N Mall Dr Unit 78, St George, UT 84790-8194
2686315 +Margaret W. Terry IRA, c/o First Savings Bank Custodian for, 113 Worthen Circle, Las Vegas, NV 89145-4017
2684755 +Marge Karney, 8445 Allenwood Road, Los Angeles, CA 90046-1002
2683706 +Margo J. Cline, 956 Avalon Drive, Stockton, CA 95215-1202
2684454 +Marguerite F. Harrison IRA, c/o First Savings Bank custodian, 930 Dorcey Drive, Incline Village, NV 89451-8503
2684067 +Marguerite Falkenborg 2000 Trust dated 6, c/o Marguerite Falkenborg Trustee, 727 Third Ave, Chula Vista, CA 91910-5803
2685733 +Maria Adelaide Rayment, 7662 Villa Del Mar Avenue, Las Vegas, NV 89131-1667
2683339 +Maria Benitez, 17544 Underhill Ave, Fresh Meadows, NY 11365-1131
2684028 +Maria Enamorado, 955 Temple View Drive, Las Vegas, NV 89110-2900
2685192 +Maria I. Mathieu, 2623 Albano Villa Court, Las Vegas, NV 89121-5355
2686166 +Maria Spinelli, 16636 Fairfax Court, Tinley Park, IL 60477-2856
2683854 +Maria Y. De Silva and Iliana Silva-Rudbe, 4212 Highview Dr., San Mateo, CA 94403-5042
2683268 +Marian D. Barbarigos, 2675 Del Norte Court, Minden, NV 89423-8035
2685113 +Marie A. Maki & Raymond E. Maki, 9024 Columbia Street, Saint John, IN 46373-9345
2684536 +Marie D. Hernandez, 915 Derringer Lane, Henderson, NV 89014-3060
2683598 +Marie K. Carano, 2780 Lakeside Drive, Reno, NV 89509-4218
2684009 +Marie L. Ehlers, 7265 Shady Lane Way, Roseville, CA 95747-8045
2684286 +Marilyn E. Goldstein Living Trust dated, c/o Marilyn E. Goldstein, Trustee, 37 Linwood Rd South, Port Washington, NY 11050-1413
2684559 +Marilyn Hilborn Trust dated 11/18/93, c/o Marilyn Hilborn Trustee, 102 Topsail, Boulder City, NV 89005-1634
2684707 +Marilyn Johnson Living Trust dated 10/5/, c/o Marilyn Johnson Trustee, 1010 LaRue Ave, Reno, NV 89509-1941
2685345 +Marilyn Molitch & Matthew Molitch, 2251 N. Rampart Drive #185, Las Vegas, NV 89128-7640
2685267 +Marina Mehlman, IRA, c/o First Trust Co. of Onaga Custodian, 2027 Hathaway Ave, Westlake Village, CA 91362-5171
2685842 +Mario West Romo, a minor under UTMA, c/o Janis N. Romo, the custodian, P O Box 50522, Henderson, NV 89016-0522
2683916 +Marion B. Dittman, P O Box 15187, Kansas City, MO 64106-0187
2686015 +Marion C. Sharp Trust, c/o Marion C. Sharp Trustee, 20 Leroy Terrace, New Haven, CT 06512-3114
2686014 +Marion C.Sharp IRA, c/o First Savings Bank Custodian, 20 Leroy Terrace, New Haven, CT 06512-3114
2684465 +Marisa Deville Harvey, 2850 Gardenside Ct, Brentwood, CA 94513-5485
2684593 +Marjorie Anne Holler and Debra Underwood, 3632 Madrid Street, Las Vegas, NV 89121-3415
2686269 +Marjorie Dodge Tambellini Trust Dated 12, c/o Marjorie Dodge Tambellini Trustee, 1106 Vannessa Drive, San Jose, CA 95126-4257
2684619 +Marjorie Howarth, 30116 Corte San Luis, Temecula, CA 92591-1918
2683352 +Marjorie Y. Berlin, 3422 Homestead Ave, Wantagh, NY 11793-2600
2683928 +Mark A. Dolginoff Separate Property Trus, c/o Mark A. Dolginoff Trustee, 2003 Silverton Drive, Henderson, NV 89074-1551
2685923 +Mark A. Sauceda, P.O. Box 736, Burbank, CA 91503-0736
2685922 +Mark A. Sauceda & Lisa A. Sauceda, P.O. Box 736, Burbank, CA 91503-0736
2686200 +Mark A. Stephens, 9729 Fast Elk St, Las Vegas, NV 89143-1162
2683457 +Mark Bredesen & Katharine Bredesen Livin, c/o Mark Bredesen & Katharine Bredesen T, PO Box 3937, Incline Village, NV 89450-3937
2683936 +Mark Daniel Donnolo, 6413 Hillside Brook Ave, Las Vegas, NV 89130-1836

2683536 +Mark E. Burke & Joyce J. Burke Revocable, c/o Mark E. Burke & Joyce J. Burke, Trus, P O Box 785, Beaver Dam, AZ 86432-0785
2684074 +Mark Fanelli, 244 Prospect Street, Leominster, MA 01453-3004
2683121 +Mark S. Acri & Sherri L. Acri, 2022 Marconi Way, South Lake Tahoe, CA 96150-6635
2686420 +Mark Tysseling & Sharon Vey-Tysseling, 210 Oneida Street, St Paul, MN 55102-2821
2685410 +Markus Muchenberger Revocable Trust date, c/o Markus Muchenberger Trustee, 617 Effort Drive, Las Vegas, NV 89145-4818
2685152 +Markwell Family Trust, c/o Terry Markwell & Christiane Markwell, 12765 Silver Wolf Rd, Reno, NV 89511-4797
2686485 +Marlene C. Wade, 2314 Tall Timbers Lane, Marietta, GA 30066-2117
2686630 +Marlin L. Wonders & R. Yvonne Wonders, PO Box 2262, Overgaard, AZ 85933-2262
2683488 +Marlo Brooke, 9171 Warfield Dr, Huntington Beach, CA 92646-3446
2683846 +Marrice L. Davis and Nanci E. Davis, P O Box 7290, Tahoe City, CA 96145-7290
2686461 +Marsha G. Vieira, 110 Egret Place, Grass Valley, CA 95945-5746
2684888 +Marshall D. Kubly & Kathleen Kubly, 4687 Bradford Lane, Reno, NV 89519-0933
2683456 +Marshall J. Brecht Trust dated 2/5/86, c/o Marshall J. Brecht & Janet L. Brecht, 640 Colonial Circle, Fullerton, CA 92835-2773
2685160 +Marson Family Trust dated 1/18/95, c/o Joseph V. Marson & Veronica M. Marso, 5974 Blue Hills Ct, Reno, NV 89502-8708
2685161 +Marson Family Trust dated 6/9/86, c/o Richard P. Marson & Mary I. Marson T, 2046 Cascade Canyon Dr, Saint George, UT 84770-6368
2685163 +Marston Family Trust dated 8/13/93, c/o E. Grace Marston Trustee, 12441 Road 44, Mancos, CO 81328-9213
2685681 +Martha W. Potter Revocable Trust, c/o Martha W. Potter Trustee, 2643 Richmar Drive, Beavercreek, OH 45434-6446
2683502 +Martin E. Brown Exempt Trust dated 3/21/, c/o Martin E. Brown Trustee, 2315 Western Oak Dr, Redding, CA 96002-5115
2684265 +Martin Gittleman, 3375 E. Tompkins Ave. Unit 147, Las Vegas, NV 89121-5780
2685127 +Martin L. Manning, PO Box 426, Genoa, NV 89411-0426
2684379 +Martin N. Haas Living Trust dtd 8/7/03, c/o Martin N. Haas Trustee, 2448 Desert Glen Drive, Las Vegas, NV 89134-8871
2684957 +Martin N. Leaf, 71 Pierce Road Box 142, Windsor, MA 01270-0142
2685996 +Martin Shafron & Margaret Shafron Revoca, c/o Martin H. Shafron Trustee, 2708 Vista Butte Drive, Las Vegas, NV 89134-7624
2685220 +Martin W. McColly & Carmen Garcia McColl, c/o Martin W. McColly & Carmen Garcia Mc, 1009 Domnus Lane #102, Las Vegas, NV 89144-0861
2685219 +Martin W. McColly IRA, c/o First Savings Bank Custodian, 1009 Domnus Lane #102, Las Vegas, NV 89144-0861
2685172 +Martinez Family Trust dated 2/24/97, c/o Marcella Martinez & Ross Martinez Tr, 2283 Vegas Valley Dr, Las Vegas, NV 89169-1875
2685173 +Marty A. Martinez, & Antonio Soltero, 4051 Furnace Creek Rd, Carson City, NV 89706-1249
2781381 +Marvin & Valliera Myers Trust, c/o Marvin & Valliera Myers, Trustees, 3655 S. Decatur #14-169, Las Vegas, NV 89103-6860
2685434 +Marvin & Valliera Myers Trust, c/o Marvin Myers & Valliera Myers Truste, 6822 Baile Road, Las Vegas, NV 89146-6549
2685479 +Marvin Lynn Nicola Family Trust dated 6/, c/o Marvin L Nicola Trustee, 10447 Chevy Lane, La Mesa, CA 91941-4398
2685478 +Marvin Nicola, IRA, c/o First Savings Bank Custodian, 10447 Chevy Lane, La Mesa, CA 91941-4398
2684264 +Marvin W. Gittelman & Toby E. Gittelman, 645 Highlands Hammock Dr, Poinciana, FL 34759-3225
2685178 +Marx Family Trust, c/o Steven Marx & Shauna M. Marx Trustee, 5990 Thiros Circle, Las Vegas, NV 89146-5363
2685794 +Mary A. Riley and Brian L. Riley, 2710 Crestwood Ln, Highland Village, TX 75077-6436
2683856 +Mary Ann Deal, 1813 N California St, Burbank, CA 91505-1510
2683989 +Mary Ann Earp & Mary H. Earp, 700 Post Oak Court, El Paso, TX 79932-2512
2685746 +Mary Ann Rees IRA, c/o First Savings Bank Custodian, 2304 Sun Cliffs Street, Las Vegas, NV 89134-5555
2684185 +Mary Betty French, 4206 Flamingo Crest Drive, Las Vegas, NV 89121-5224
2683727 +Mary Coleman IRA, c/o First Savings Bank Custodian, 2270 Silver Ridge Circle, Reno, NV 89509-5073
2685203 +Mary Council Mayfield, 1134 La Mesa Dr., Richardson, TX 75080-3729
2685205 +Mary Counsil Mayfield and Morris L. Mayf, 1134 La Mesa Dr, Richardson, TX 75080-3729
2683967 +Mary E. Dunlop 1992 Trust dated 7/29/03, c/o Mary E. Dunlop Trustee, 419 Sierra Leaf Circle, Reno, NV 89511-2049
2684365 +Mary E. Groves Trust dated 9/11/03, c/o Mary E. Groves Trustee, 2328 Airlands St, Las Vegas, NV 89134-5317
2684139 +Mary Elizabeth Fleming, HC 79 Box 1033, Crowley Lake, CA 93546-9703
2685516 +Mary Esther Oates, 8400 Westwold Avenue #106, Bakersfield, CA 93311
2683669 Mary G. Christ, 75-6060 Kuakini Hwy, B-3 Kona Sea Villas, Kailua-Kona, HI 96740
2684219 +Mary Gambosh IRA, c/o First Trust Co. Of Onaga Custodian, 14669 Penmore Lane, Charlotte, NC 28269-6237
2683990 +Mary H. Earp, 700 Post Oak Court, El Paso, TX 79932-2512
2683987 +Mary H. Earp IRA, c/o First Savings Bank Custodian, 700 Post Oak Court, El Paso, TX 79932-2512
2684626 +Mary J. Hubert, 2709 Cricket Hollow Court, Henderson, NV 89074-1925
2684831 +Mary Jane Kingman, P. O. Box 209, Glenbrook, NV 89413-0209
2684683 +Mary Jean Jellison, 1415 Lakeview Avenue South, Minneapolis, MN 55416-3632
2684682 +Mary Jellison IRA, c/o First Savings Bank Custodian, 1415 Lakeview Ave South, Minneapolis, MN 55416-3632
2683324 +Mary K. Bell, 3196 Lilly Avenue, Long Beach, CA 90808-3259

2683359 +Mary K. Bessler Family Trust of 2001, c/o Mary K. Bessler Trustee, 9756 Autumn Leaf Way, Reno, NV 89506-5523
2684363 +Mary Margaret Gross, 717 Merialdo Lane, Las Vegas, NV 89145-4824
2683563 +Mary Monica Cady, 3261 Waterview Ct, Hayward, CA 94542-2124
2683562 +Mary Monica Cady IRA, c/o First Savings Bank, Custodian, 3261 Waterview Ct, Hayward, CA 94542-2124
2685640 +Mary P. Phillips Trust dated 7/26/01, c/o Mary P. Phillips Trustee, 2934 N Hartwick Ave, Tucson, AZ 85715-3766
2685622 +Mary Petersen, 9021 Grove Crest Lane, Las Vegas, NV 89134-0522
2686167 +Mary T. Spinelli, 16636 Fairfax Court, Tinley Park, IL 60477-2856
2684733 +Masaru Kagawa & Mitzi Kagawa, 2701 Echo Mesa Drive, Las Vegas, NV 89134-8328
2685193 +Matonovich Family Trust dated 5/16/73 (K, c/o Evelyn Matonovich Trustee, Linsco/Private Ledger Acct # 6906-6529, 9785 Towne Centre Drive, San Diego, CA 92121-1968
2685194 +Matonovich Marital Trust UAD 1/25/77, c/o Evelyn Matonovich Trustee, 29 Pheasant Ridge Dr, Henderson, NV 89014-2110
2684925 +Matthew K. Lamph Account, c/o Premier Trust Inc., as agent, 2980 S Monte Cristo Way, Las Vegas, NV 89117-3223
2840887 +Matthew Molitch IRA, c/o Robert C. LePome, Esq., 10120 S. Eastern Ave. #200, Las Vegas, NV 89052-3926
2685344 +Matthew Molitch IRA, c/o First Savings Bank Custodian, 2251 N. Rampart #185, Las Vegas, NV 89128-7640
2840890 +Matthew Molitch, Trustee of Molitch 1997 Trust, c/o Robert C. LePome, Esq., 10120 S. Eastern Ave. #200, Henderson, NV 89052-3926
2684575 +Maureen A. Hjelte & G. Craig Hjelte, P O Box 1462, Tahoe City, CA 96145-1462
2683809 +Maureen DaCosta, P O Box I, Aspen, CO 81612-7410
2684109 +Maurice Fink Trust, c/o Maurice Fink Trustee, 3111 Bel Air Dr Unit 15G, Las Vegas, NV 89109-1505
2685843 +Maury R. Romonoski, 4429 Peaceful Morning Ln, Las Vegas, NV 89129-3204
2685189 +Max Mathews, 1351 Poplar Avenue, Twin Falls, ID 83301-6650
2685190 +Max Mathews as to an undivided one-half, 1351 Poplar Avenue, Twin Falls, ID 83301-6650
2684213 +Maxine Gaines Revocable Trust dated 07/1, c/o Maxine Gaines Trustee, 511 W Blackhawk Dr # 5, Phoenix, AZ 85027-3715
2685207 +Mayo Family Trust, c/o Monroe Mayo & Louise Mayo Trustees, 8635 W Sahara Ave # 532, Las Vegas, NV 89117-5858
2686660 +Mazal Yerushalmi, 8904 Greensboro Lane, Las Vegas, NV 89134-0502
2685222 +McConnell Family Trust dated 12/3/81, c/o James M. McConnell and Maudrene F. M, 970 Fairway Blvd., Incline Village, NV 89451-9002
3097091 +McGimsey, Sharon or Jerry, c/o William L. McGimsey, Esq., 516 So. Sixth St., Suite 300, Las Vegas, NV 89101-6998
2685240 +McKnight 2000 Family Trust, dated 4/20/0, c/o Richard McKnight and Sheila J. McKni, 330 S. Third Street, Las Vegas, NV 89101-6032
2686443 +McLaughlin-Valley Trust dated 2/24/97, c/o Peggy Ann Valley Trustee, 1952 Dolphin Place, Discovery Bay, CA 94505-9367
2686442 +McLaughlin-Valley Trust dated 2/24/97, c/o Jay C. McLaughlin & Peggy Ann Valley, 1952 Dolphin Place, Discovery Bay, CA 94505-9367
2685245 +McMichael Living Trust dated 12/16/88, c/o J. Richard McMichael & Karen L. McMi, 13840 18th Ave SW, Seattle, WA 98166-1049
2685246 +McMullan Living Trust dated 8/19/94, c/o Dale J. McMullan Trustee, 2605 Youngdale Drive, Las Vegas, NV 89134-7874
2685255 +McQuerry Family Partnership, c/o Joann L. McQuerry Trustee, 318 Singing Brook Circle, Santa Rosa, CA 95409-6483
2685256 +McQuerry Family Trust dated 1/25/80, c/o William L. McQuerry, Trustee, 318 Singing Brook Circle, Santa Rosa, CA 95409-6483
2685258 +McShaffrey Living Trust dated 3/27/81, c/o Harvey J. McShaffrey & Christina F., PO Box 560, Big Bear, CA 92315-0560
2684535 +Mel Herman & Emma Herman, 4590 Eucalyptus Ave Ste A, Chino, CA 91710-9203
2683764 +Melanie Cowan, 10794 Grand Paladium Way, Boynton Beach, FL 33436-5063
2683454 +Melanie L. Brazil-Walton, 712 Descartes Avenue, Henderson, NV 89002-6509
2686318 +Melba L.Terry, 2236 Clinton Lane, Las Vegas, NV 89156-5751
2684041 +Melinda Estevez & Richard David Estevez, 8916 Balboa Blvd, Northridge, CA 91325-2609
2684094 +Melissa A. Fernandes and Dionisio Fernan, 4001 Oak Manor Ct, Hayward, CA 94542-1445
2686469 +Melissa A. Virts IRA, c/o First Savings Bank Custodian, 5925 Bar Harbor Crt, Elk Grove, CA 95758-4230
2685313 +Melissa F. Miller, 1553 South Livonia, Los Angeles, CA 90035-4201
2685122 +Melissa Mamula, 3318 Trickling Stream Cl, Las Vegas, NV 89117-6716
2686463 +Melody J. Violet, P O Box 2201, Vista, CA 92085-2201
2684661 +Melvin J. Ives & Evelyn A. Ives Bypass T, c/o Evelyn A. Ives Trustee, 220 First Street #3, Seal Beach, CA 90740-5908
2684924 +Melvin Lamph Trust dated 2/19/87, c/o Melvin Lamph Trustee, 9700 Verlaine Court, Las Vegas, NV 89145-8695
2685284 +Merz Family Living Trust dated 10/26/05, c/o Gerald B. Merz and Nancy J. Merz, Tr, 2839 Scotts Valley Dr, Henderson, NV 89052-6848
2684413 +Mesa LLC, P O Box 31450, Mesa, AZ 85275-1450
2684662 +Mevin J. Ives & Evelyn A. Ives QTIP Trus, c/o Evelyn A. Ives Trustee, 220 First Street #3, Seal Beach, CA 90740-5908
2684492 +Michael A. & Marsha M. Hayes Family Trus, c/o Michael A. Hayes & Marsha M. Hayes T, 109 So Royal Ascot Dr, Las Vegas, NV 89144-4308
2684127 +Michael A. Fisher, P O Box 308, Crystal Bay, NV 89402-0308
2685382 +Michael A. Morgan & Rosalie A. Morgan, 465 S Meadows Pkwy Ste # 8, Reno, NV 89521-5946

2685379 +Michael A. Morgan SEP IRA, c/o First Savings Bank Custodian, 465 S. Meadows Parkway, Suite 8, Reno, NV 89521-5946
2683468 +Michael Brenner and Marilyn Brenner, 10317 Sweet Fennel Drive, Las Vegas, NV 89135-2823
2685154 +Michael C Maroko & Haviva Maroko 2001 Re, c/o Michael C Maroko & Haviva Maroko Tru, 2395 Buckingham Lane, Bel Air, CA 90077-1339
2685755 +Michael C. Rehberger and Jeana L. Rehber, 688 Bridger CT, P O Box 3813, Incline Village, NV 89450-3813
2686639 +Michael D. Work and Stacy Snyder, 1406 River Road, Selkirk, NY 12158-1602
2683827 +Michael Dashosh & Elizabeth Dashosh, 8019 160th Avenue, Howard Beach, NY 11414-2939
2683932 +Michael Donahue, 1795 Newhall Avenue, Cambria, CA 93428-5507
2684461 +Michael E. Hartley & Julee Hillenbrand, P.O. Box 11253, Zephyr Cove, Nv 89448-3253
2685652 +Michael E. Pile, 10225 Coyote Creek Drive, Reno, NV 89521-5188
2685772 +Michael E. Reynolds and Teresa Reynolds, 8119 Pinnacle Peak, Las Vegas, NV 89113-1217
2685655 +Michael Eugene Pinney, 1122 Washington Ave., Greenville, OH 45331-1137
2685293 +Michael Family Trust dated 12/4/03, c/o Alain Michael & Dawn Levy Michael Tr, 2984 Eagles Claw Ave, Thousand Oaks, CA 91362-1770
2685827 +Michael G. Rogal and Elisabeth Rogal, 9529 Chasewood Blvd, Conroe, TX 77304-7403
2684336 +Michael H. Greeley IRA, c/o First Savings Bank Custodian, 5631 Granary Way, Athens, AL 35611-8820
2685776 +Michael H. Ricci, 1204 Camballeria Drive, Carson City, NV 89701-8655
2684501 +Michael Hedlund & Carol Hedlund, 130 East Adams PO Box 823, O'Neill, NE 68763-0823
2684562 +Michael Hilgenberg & Shellie Hilgenberg, 370 Pinecrest Dr, Laguna Beach, CA 92651-1452
2683130 +Michael J. Adams, 1730 Winter Moon Ct, Reno, NV 89523-4823
2685118 +Michael J. Maloney & Jo Ann L. Maloney R, c/o Michael J. Maloney & Jo Ann L. Malon, 2198 Peyten Park St, Henderson, NV 89052-7053
2685242 +Michael J. McLaws, 755 Keokuk Lane, Mendota Heights, MN 55120-1629
2685241 +Michael J. McLaws IRA, c/o First Savings Bank Custodian, 755 Keokuk Lane, Mendota Heights, MN 55120-1629
2685287 +Michael J. Messer and Lisa K. Redfern, 523 Howard Street, Santa Rosa, CA 95404-3709
2686508 +Michael J. Walter & Diane J. Walter, 3 Malachite Road, Yerington, NV 89447-2821
2684301 +Michael John Goodwin, 555 Yellow Pine Rd, Reno, NV 89511-3714
2683230 +Michael K. M. Au, 850 E Desert Inn Rd # PH3, Las Vegas, NV 89109-9382
2685688 +Michael L. Price and Susan M. Price, P. O. Box 5322, Kent, WA 98064-5322
2684905 Michael LaTorra & Joan LaTorra, 42226 N. 10th Avenue, Phoenix, AZ 85086
2684964 +Michael Ledbetter IRA, c/o First Savings Bank Custodian, P O Box 2246, Roseburg, OR 97470-0458
2683157 +Michael M. Alldredge & Ellen M. Alldredg, 3270 Socrates Dr, Reno, NV 89512-4507
2683474 +Michael M. Bright & Anne E. Bright, P. O. Box 883, Sandwich, MA 02563-0883
2685146 +Michael Marinchak and Jennifer Marinchak, 967 Willow Glen Way, San Jose, CA 95125-3344
2685595 +Michael Pelczar, M.D., 133 River Run, Queenstown, MD 21658-1642
2822895 +Michael Petersen, c/o John F. O'Reilly Law Group, LLC, Nevada Professional Center, 325 S. Maryland Parkway, Las Vegas, Nevada 89101-5320
2685632 +Michael Pezzano & Lisa Pezzano, 2216 Harrison Ave, Medford, OR 97504-6962
2683477 +Michael R. Brines & Cindy G. Brines Revo, c/o Michael R. Brines & Cindy G. Brines, 4935 El Sereno Ave, La Crescenta, CA 91214-3018
2683610 +Michael R. Carpenter & Anne M. Carpenter, 687 W Ella Drive, Corrales, NM 87048-7248
2684903 +Michael R. La Bar and Heidi La Bar, 2400 Tyneside, Henderson, NV 89044-1550
2684904 +Michael R. LaBar, 2400 Tyneside, Henderson, NV 89044-1550
2685214 +Michael R. McCartney & Teresa R. McCartn, 7678 East Windrose Dr, Scottsdale, AZ 85260-4828
2685707 +Michael Raichbart and Irit Raichbart, 4450 Enterprise St Ste #107, Fremont, CA 94538-6300
2685745 +Michael Reed IRA, c/o First Savings Bank Custodian, 259 Overlook Drive, Cadiz, KY 42211-8132
2683388 +Michael S. Blau and Shamiran Blau, 1204 Palomar Drive, Tracy, CA 95377-8900
2683445 +Michael S. Braida IRA, c/o First Savings Bank Custodian, 1168 Dover Lane, Foster City, CA 94404-3609
2684180 +Michael S. Freedus & Helen C. Freedus, 2535 Lake Road, Delanson, NY 12053-4212
2684181 +Michael S. Freedus, DDS, PC Defined Bene, 2535 Lake Road, Delanson, NY 12053-4212
2686060 +Michael S. Simcock & Dina M. Simcock, 7601 Killdeer Way, Elk Grove, CA 95758-1006
2686059 +Michael S. Simcock IRA, c/o First Savings Bank Custodian, 7601 Killldeer Way, Elk Grove, CA 95758-1006
2686040 +Michael Shubic, 750 Chimney Creek Dr, Golden, CO 80401-5706
2686039 +Michael Shubic IRA, c/o First Trust Co. Of Onaga Custodian, 750 Chimney Creek Dr, Golden, CO 80401-5706
2686168 +Michael Spinelli, 16636 Fairfax Court, Tinley Park, IL 60477-2856
2686278 +Michael Tarr, 2812 Toronja Way, Sacramento, CA 95833-3746
2683640 +Michael W. Cecil, 899 Timberlake Drive, Ashland, OR 97520-9090
2686638 +Michael Woolard, Vice President of Spina, 90 Adar Ave, Clayton, IN 46118-9036
2751690 +Michael and Carol Hedlund, c/o Albright, Stoddard, Warnick & Albrig, 801 South Rancho Drive, Suite D-4, Las Vegas, Nevada 89106-3807
2685295 +Michaelian Holdings, LLC, 413 Canyon Greens Drive, Las Vegas, NV 89144-0829
2683142 +Michel F. Aiello and Patricia A. Aiello, c/o Michel F. Aiello and Patricia A. Aie, 312 Ski Way, Incline Village, NV 89451-9223
2685162 +Michele L. Marson-Ruiz & Phillip J. Ruiz, 1890 Hidden Meadows Dr, Reno, NV 89502-8733
2683554 +Michelle Buys, P O Box 3715, Olympic Valley, CA 96146-3715
2684155 +Michelle Revocable Trust dated 05/03/02, c/o Diana Forde, TTEE, 4956 Ridge Drive #83, Las Vegas, NV 89103-5044
2683937 +Mieko Donovan & Richard Donovan, 3603 Herring Gull LAne, North Las Vegas, NV 89084-2425
2685298 +Mierau Living Trust dated 9/14/98, c/o Robert D. Mierau & Sandra J. Mierau, P O Box 562, Glenbrook, NV 89413-0562
2683905 +Miguel Diaz & Cynthia Diaz, 1350 Athens Point Avenue, Las Vegas, NV 89123-5803

2686491 +Mike Wagnon, 1613 Laskin Rd., Virginia Beach, VA 23451-6113
2862156 +Mike Wagnon, c/o Laurel E. Davis, Lionel Sawyer & Collins, 300 South Fourth Street, Suite 1700, Las Vegas, NV 89101-6053
2684608 +Mila Horak, 2319 Meadowland Ct, Westlake Village, CA 91361-1820
2685316 +Miller Family Trust dated 7/30/2001, c/o Sarah E. Miller, Trustee, P O Box 5738, Incline Village, NV 89450-5738
2685314 +Miller Properties, P O Box 495, Zephyr Cove, NV 89448-0495
2685983 +Milton B. Senfeld & Barbara A. Senfeld, 12422 Crystal Pointe Dr 201, Boyton Beach, FL 33437-7214
2684973 +Milton H. Lees III, P. O. Box 315, Tahoe Vista, CA 96148-0315
2684977 +Milton J. Lehart, 184 Buckland Dr., Reno, NV 89511-9128
2685545 +Milton Leroy Owens, M. D., Inc. Defined, c/o Milton Leroy Owens, Trustee, 1094 7th St, San Pedro, CA 90731-2928
2684745 +Milton P Kaplan Profit Sharing Plan Dtd, c/o Milton P Kaplan, MD, TTEE, 18370 Burbank Blvd, Ste 501, Tarzana, CA 91356-2836
2684918 +Milton W. Laird & Beverly J. Laird, 712 Pinnacle Court, Mesquite, NV 89027-3308
2684374 +Ming Guo & Zhi Ling Mao, 824 Pat Lane, Carson City, NV 89701-5622
2685330 +Minter Family 1994 Trust, c/o Douglas Minter & Elizabeth F. Minter, 5389 Conte Drive, Carson City, NV 89701-6718
2685331 +Minter Investments LP, 1990 S Roop St, Carson City, NV 89701-5354
2683520 +Miriam D. Nelson Trust dated 12/30/77, c/o Mary Jean Nelson Buck, Trustee, P O Box 5265, Sun City West, AZ 85376-5265
2829065 +Mitchell, Andrew, 1170 Wisteria Dr, Minden NV 89423-5124
2829066 +Mitchell, Andrew, 2605 E Flamingo Rd, Las Vegas NV 89121-5241
2685340 +Moen Trust dated 05/12/1997, c/o Lloyd F. Moen and Rosemarie M. Moen, 2215 Springdale Ct., Reno, NV 89523-3201
2685573 +Mojave Canyon, Inc.,, c/o J.B. Partain, President, 1400 Colorado St #C, Boulder City, NV 89005-2436
2685346 +Molitch 1997 Trust, c/o Matthew Molitch Trustee, 2251 N Rampart #185, Las Vegas, NV 89128-7640
2685600 +Mollie Pepper, 5429 Oak Park Ave, Encino, CA 91316-2629
2686034 +Mollie Shoichet & Henrietta Aronson, 21150 Point Place Apt 606, Aventura, FL 33180-4034
2685348 +Molsberry Trust dated 7/10/79, c/o Merrill Molsberry Trustee, 8144 Maddingley Ave, Las Vegas, NV 89117-7638
2683997 +Monica C. Ebaugh, 412 Elk Circle, Basalt, CO 81621-8202
2683869 +Monica J. Della, 6061 Bankside Way, Reno, NV 89523-1707
2684622 +Monica M. Hruby, P O Box 3191, Incline Village, NV 89450-3191
2685349 +Monighetti, Inc., 6515 Frankie Lane, Prunedale, CA 93907-8540
2685151 +Monique A. Markwell, 100 N. Arlington Ave Apt # 9-H, Reno, NV 89501-1232
2683731 +Montana Skies Ret Trust dated 1/1/99, c/o Holly Combs Trustee, International Business Management, 9696 Culver Blvd Suite 203, Culver City, CA 90232-2754
2683396 +Monte P. Blue IRA, c/o First Savings Bank Custodian, 290 Livermore Dr, Reno, NV 89519-0101
2684317 +Montgomery A. Graf and Mallory Salmero-G, 1112 Noriega St., San Francisco, CA 94122-4516
2685361 +Moody Family Trust, c/o Harold G. Moody & Mary J. Moody Trus, 2225 Trentham Way, Reno, NV 89509-2350
2685372 +Moore Family Trust dated 9/5/96, c/o William Moore & Judy Moore Trustees, 1626 Indian Wells, Boulder City, NV 89005-3639
2685378 +Moretto Family Living Trust dated 9/19/9, c/o Robert J. Moretto & Josephine Morett, 3211 Baker Street, San Francisco, CA 94123-1806
2684499 +Morningstar Limited Partnership, 11271 Ventura Blvd Suite 326, Studio City, CA 91604-3136
2685129 +Morris Mansell IRA, c/o First Trust Co. Of Onaga Custodian, 2578 Highmore Avenue, Henderson, NV 89052-6934
2685183 +Morris Massry, 255 Washington Ave Extension, Albany, NY 12205-5591
2685674 +Morton J. Port, P O Box 7724, Incline Village, NV 89452-7724
2791266 +Mountain West Mortgage Co../Lerin Hills, 630 Trade Center Dr., Las Vegas, NV 89119-3712, 89119
2685369 +Muks Realty, LLC, 77-251 Iroquois Dr, Indian Wells, CA 92210-9028
2684542 +Murray Hertz, 4425 Dean Martin Dr, Las Vegas, NV 89103-4156
2685145 +Murray Marcus, 545 Canosa Avenue, Las Vegas, NV 89104-2812
2684769 +Murray Trust, c/o Aimee E. Kearns Trustee, 5886 N. Bonita Vista St., Las Vegas, NV 89149-3911
2686686 +Murray and Marlene Zaroff Rev Trust dtd, c/o Murray Zaroff and Marlene C. Zaroff,, 5957 Rod Avenue, Woodland Hills, CA 91367-1067
2685433 +Musso Living Trust dated 11/30/92, c/o Walter Musso & Barbara Musso Trustee, 2535 Lupine Canyon Rd, P O Box 2566, Avila Beach, CA 93424-2566
2685928 +Myron G. Sayan, 101 Winters Creek Ln, Carson City, NV 89704-7511
2685929 +Myron G. Sayan IRA, c/o Western Sierra Bank Custodian For, 101 Winters Creek Ln, Carson City, NV 89704-7511
2685849 +Myrtle C. Roscelli and Georgette M. Chia, 1671 Northwood Dr, Hayden, ID 83835-8582
2683066 +N.E.T.T., P.O. BOX 96042, LAS VEGAS, NV 89193-6042
2819192 +NAKASHIMA, VICKY, 1681 FAIRBURN AVE, LOS ANGELES CA 90024-6059
2829201 NANCY BRAUER IRA, 2222 ALBION ST, DENVER CO 80207-3708
2877976 NANCY C SERINO IRA, 177 RAINBOW DR #7730, LIVINGSTON TX 77399-0001
2866257 +NANCY N LAFLEUR A MARRIED WOMAN TRANSFER, ON DEATH TO STEPHEN M LAFLEUR AND, JAMES R LAFLEUR, 9508 GRENVILLE AVE, LAS VEGAS NV 89134-6202
2863449 +NANCY R DAVIS TTEE OF THE NANCY R DAVIS, DEFINED BENEFIT PLAN, NANCY DAVIS, 12291 PROSSER DAM RD, TRUCKEE CA 96161-2913
2860936 NANCY R GILMOUR IRA, C/O FIRST SAVINGS BANK CUSTODIAN, P.O. BOX 1241, CAMANO ISLAND, WAS 98292-1241

2843384 +NATIONAL CITY COMMERCIAL CAPITAL CORPORATION, FKA INFORMATION LEASING CORPORATION, LISA M MOORE, 995 DALTON AVE, CINCINNATI OH 45203-1101
2766202 +NATIONAL CITY COMMERCIAL CAPITAL CORPORATION, ATTN LISA M MOORE ESQ, 995 DALTON AVE, CINCINNATI OH 45203-1101
2844514 +NAYLON, DOMINIQUE, PO BOX 2, TOPAZ CA 96133-0002
2685441 +NBNA Unique Properties, LLC, 74478 Highway 111 #342, Palm Desert, CA 92260-4112
2827017 NEIL TOBIAS, 1994 E 4TH ST, BROOKLYN NY 11223-3053
2829324 +NELSON L COHEN IRA, C/O SCOTT D FLEMING, ESQ., HALE LANE PEEK DENNISON AND HOWARD, 3930 HOWARD HUGHES PARKWAY, 4TH FL, LAS VEGAS, NV 89169-0947
2840654 +NELSON, GLORIA, 408 N. BERRY PINE RD, RAPID CITY SD 57702-1857
2840647 +NELSON, JAMES, 408 BERRY PINE RD, RAPID CITY SD 57702-1857
2827003 NEMO HARDING & ERIN HARDING, 419A ATKINSON DR APT 504, HONOLULU HI 96814-4711
2683068 +NEVADA BUSINESS JOURNAL, 4386 S. EASTERN AVE. SUITE #B, LAS VEGAS, NV 89119-6052
2683069 NEVADA DEPARTMENT OF TAXATION, P.O. BOX 52674, PHOENIX, AZ 85072-2674
2741423 +NEVADA DEPARTMENT OF TAXATION, ATTN: BANKRUPTCY SECTION, 555 E. WASHINGTON AVE. #1300, LAS VEGAS NV 89101-1046
2801716 NEVADA FREEDOM CORP, PSP DTD 10/1/90 AND 9/1/95, FTBO DEBRA L DEVERILL, C/O DUANE U DEVERILL TTEE, 774 MAYS BLVD STE 10 PMB 186, INCLINE VILLAGE NV 89451-9613
2683070 NEVADA STATE BANK, P.O. BOX 990, LAS VEGAS, NV 89125-0990
2825024 NEVADA STATE BANK, CORPORATE BANKING, PO BOX 990, LAS VEGAS NV 89125-0990
2991259 NEVINS FAMILY TRUST DTD 6/9/00, C/O LEONARD JAY NEVINS & RUTH NEVINS TTE, 3027 BIG GREEN LN, LAS VEGAS NV 89134-7455
2988989 NEWBY 1984 FAMILY TRUST DTD 3/19/84, C/O C E NEWBY & CAROLE NEWBY TTEES, 5209 ELM GROVE DR, LAS VEGAS NV 89130-3669
2855535 +NEWMAN FAMILY TRUST DTD 9/30/97, LARRY J NEWMAN TTEE, 1775 AUTUMN VALLEY WY, RENO NV 89523-3811
2707651 +NICHOLAS J SANTORO AND JUANITA SANTORO, AS TRUSTEES OF THE NICHOLAS J AND, JUANITA SANTORO FAMILY TRUST, 400 S FOURTH ST, THIRD FLOOR, LAS VEGAS, NV 89101-6201
2991331 NICHOLAS PERRONE TRUST DTD 7/12/99, C/O NICHOLAS PERRONE TTEE, 5112 SAN ANSELMO ST, LAS VEGAS NV 89120-1775
2805341 +NICHOLS, SUZANNE, 2561 SEASCAPE DR, LAS VEGAS NV 89128-6834
2822131 NIELSON FAMILY TRUST DTD 3/9/78, DYSART RNCH, C/O DELL R & PENNY NIELSON TTEES, PO BOX 281145, LAMOILLE NV 89828-1145
2685967 +NMS Living Trust dated 12/27/01, c/o Nina M. Schwartz Trustee, 2112 Plaza Del Fuentes, Las Vegas, NV 89102-3912
2872425 +NORMA LAMB-GROVES, 1355 PLAYER CIR, ST GEORGE UT 84790-7647
2872881 +NORMA LAMB-GROVES TRUST DTD 2/18/03, NORMA LAMB-GROVES TTEE, 1355 PLAYER CIR, ST GEORGE UT 84790-7647
2840213 NORMAN & CHARLENE PRINS REV LIVING TRUST DTD 10/29, C/O NORMAN D PRINS & CHARLENE J PRINS TT, 7425 W 104TH ST, BLOOMINGTON MN 55438-2114
2829901 +NORMAN KIVEN, ANDREW J ABRAMS ESQ, SUGAR FRIEDBERG & FELSENTHAL LLP, 30 N LASALLE ST STE 3000, CHICAGO IL 60602-3327
2840204 +NORMAN KIVEN, ANDREW J ABRAMS ESQ SUGAR FRIEDBERG & FE, 30 N LASALLE ST STE 3000, CHICAGO IL 60602-3327
2829902 +NORMAN KIVEN& CARYN KIVEN AS JOINT TENANTS, ANDREW J ABRAMS ESQ, SUGAR FRIEDBERG & FELSENTHAL LLP, 30 N LASALLE ST STE 3000, CHICAGO IL 60602-3327
2865921 NORMAN TEETER, 4201 VIA MARINA STE 300, MARINA DEL REY CA 90292-5237
6878963 +NORSCOTT FINANCIAL CORP., 1090 N. OLD CHISHOLM TR., DEWEY, AZ 86327-6011
2988851 NOVAK LIVING TRUST DTD 10/21/97, C/O FRANK T NOVAK & PATRICIA A NOVAK TTE, 2593 SUMTER ST, HENDERSON NV 89052-7113
2809798 +NOVAK, LEE, 503 KIEL ST, HENDERSON NV 89015-4729
2683023 +NV DEPT OF TAXATION, BANKRUPTCY DIVISION, 555 EAST WASHINGTON, #1300, LAS VEGAS NV 89101-1046
2685435 +Nacht Family Trust dtd 6/4/99, c/o Steve J. Nacht & Patricia K. Nacht T, 4184 Del Rosa Court, Las Vegas, NV 89121-5011
2685391 +Nadine Morton, 2708 La Solana Way, Las Vegas, NV 89102-2039
2683451 +Nancy Brauer IRA, c/o First Savings Bank Custodian, 2222 Albion Street, Denver, CO 80207-3708
2685985 +Nancy C. Serino IRA, c/o First Savings Bank Custodian For, 177 Rainbow Dr #7730, Livingston, TX 77399-1077
2839892 +Nancy Golden, c/o Robert C. LePome, Esq., 10120 S. Eastern Ave. #200, Henderson, NV 89052-3926
2684475 +Nancy K. Haugarth Revocable Trust, c/o Nancy K. Haugarth Trustee, 20010 N Alta Loma Dr, Sun City West, AZ 85375-5573
2685800 +Nancy Kathryn Rivard & David Lee Olden T, c/o Nancy K. Rivard & David L. Olden Tru, P O Box 31257, Las Vegas, NV 89173-1257
2683214 +Nancy L. Argier, 5260 Ladyhawk Way, Las Vegas, NV 89118-0960
2684312 +Nancy L. Gouveia Trust dated 10/23/98, c/o Nancy L. Gouveia Trustee, 1543 Alisal Avenue, San Jose, CA 95125-5034
2684357 +Nancy L. Griffin, and Karen L. Cecchi, 6025 Pintail Lane, Citrus Heights, CA 95621-1645
2683452 +Nancy M. Brauer, 2222 Albion Street, Denver, CO 80207-3708
2684917 +Nancy N. LaFleur, 9508 Grenville Ave, Las Vegas, NV 89134-6202
2683848 +Nancy R. Davis Defined Benefit Plan, c/o Nancy R. Davis Trustee, 12261 Prosser Dam Road, Truckee, CA 96161-2913
2684261 +Nancy R. Gilmour IRA, c/o First Savings Bank custodian, P O Box 1241, Camano Island, WA 98292-1241
2684395 +Nash Irrevocable Trust, c/o Reverend Timothy Hall Trustee, 75 Prospect Street, Nanticoke, PA 18634-2319
2686188 +Neal & Kam Stehly Family Trust dated 1/, c/o Neal J. Stehly & Kam E. Stehly Trust, 6586 Windflower Drive, Carlsbad, CA 92011-2508

2685445 Needens 1997 Living Trust, c/o Lelia Yvonne Needens Trustee, 1329 Hwy 395 10130, Gardnerville, NV 89410
2686656 +Neil A. Xavier and Josephine E. Xavier, 2506 Libretto Ave, Henderson, NV 89052-6563
2686356 +Neil Tobias, 1994 East 4th Street, Brooklyn, NY 11223-3053
2685449 +Neilan Living Trust dated 01/02/04, c/o Carla D. Neilan Trustee, 6298 Canyon Park Lane, Reno, NV 89523-1740
2683653 +Nelson & Virginia Chardoul Trust dated 1, c/o Nelson Chardoul & Virginia Chardoul, 7013 Hershberger Court, Citrus Heights, CA 95610-4039
2683714 +Nelson L. Cohen IRA, c/o First Savings Bank Custodian, 9004 Rockville Ave, Las Vegas, NV 89143-2304
2684432 +Nemo Harding & Erin Harding, 419A Atkinson Drive 504, Honolulu, HI 96814-4711
2686232 +Nettesheim-Streby Family Trust dtd 6/2/9, c/o William J. Streby & Jane Nettesheim,, 860 California Way, Emerald Hills, CA 94062-4008
2683889 +Nevada Freedom Corp. PSP dated 10/1/90 A, c/o Duane U. Deverill Trustee, 774 Mays Blvd #10 PMB 186, Incline Village, NV 89451-9613
2749456 +Nevada Power Company, Attn: Yvonne Enos, P.O. Box 10100, Reno, NV 89520-0024
2685463 +Nevins Family Trust dated 6/9/00, c/o Leonard Jay Nevins & Ruth Nevins Tru, 3027 Big Green Lane, Las Vegas, NV 89134-7455
2685465 +Newby 1984 Family Trust dated 3/19/84, c/o C. E. Newby & Carole Newby Trustees, 5209 Elm Grove Drive, Las Vegas, NV 89130-3669
2685471 +Newman Family Trust dated 9/30/97, c/o Larry J. Newman & Elsie D. Newman Tr, 1150 Monroe Court, Reno, NV 89509-2600
2685033 +Nicholas Loader Trust U/A, c/o Nicholas Loader Trustee, 101425 Overseas Hwy PMB 706, Key Largo, FL 33037-4505
2685616 +Nicholas Perrone Trust dated 7/12/99, c/o Nicholas Perrone Trustee, 5112 San Anselmo St, Las Vegas, NV 89120-1775
2686266 +Nicholas Randazzo, Linda Tabas Stempel &, 915 Delaware Avenue, Philadelphia, PA 19123-3110
2686172 +Nick Springer, General Delivery, Elwood, IN 46036-9999
2685477 +Nicksick Family Trust dtd 3/19/98, c/o James N. Nicksick & Z. Kay Nicksick, 4337 Fanuel Street, San Diego, CA 92109-4216
2684145 +Nicole Dana Flier, 21574 St Andrews Grand Circle, Boca Raton, FL 33486-8671
2685483 +Nielson Family Trust dated 3/9/78, c/o Dell R. Nielson and Penny Nielson Tr, Box 281145 Dysart Ranch, Lamoille, NV 89828-1145
2684986 +Nienke A. Lels-Hohmann Revocable Trust A, c/o Nienke A. Lels-Hohmann, Trustee, 2275 Broadway Street, San Francisco, CA 94115-1284
2684221 +Nila Ganahl SEP IRA, c/o First Savings Bank Custodian, 522 S San Vicente Ln, Anaheim, CA 92807-4069
2686546 +Nili Weingart, 1406 Camden Avenue 201, Los Angeles, CA 90025-8009
2685747 +Noel E. Rees IRA, c/o First Savings Bank Custodian, 2304 Sun Cliffs Street, Las Vegas, NV 89134-5555
2683575 +Noel L. Campbell, 2640 N. Ave, Chico, CA 95973-1336
2684313 +Noel S. Gouveia, 1543 Alisal Ave, San Jose, CA 95125-5034
2685748 +Noel and Mary Ann Rees Family Trust, c/o Noel E. Rees and Mary Ann Rees Trust, 2304 Sun Cliff St, Las Vegas, NV 89134-5555
2686415 +Noemi N. Turok, 8808 Rainbow Ridge Dr, Las Vegas, NV 89117-5815
2684239 +Nogah Gaynor, Laurie Merlis & Steven Els, 110 Scoter Lane, Hicksville, NY 11801-6434
2686539 +Norm Webster, 2219 E Thousand Oaks Ste 277, Thousand Oaks, CA 91362-2930
2684920 +Norma Lamb-Groves Trust dated 2/18/03, c/o Norma Lamb-Groves Trustee, 1355 Player Circle, St George, UT 84790-7647
2683886 +Norma M. Deull, 140 Riverside Dr Apt 8A, New York, NY 10024-2605
2840883 +Norma M. Duell, c/o Robert C. LePome, Esq., 10120 S. Eastern Ave. #200, Henderson, NV 89052-3926
2686594 +Norma Wilson, P O Box 248, Grizzly Flats, CA 95636-0248
2685689 +Norman & Charlene Prins Revocable Living, c/o Norman D. Prins & Charlene J. Prins, 7425 W 104th St, Bloomington, MN 55438-2114
2686417 +Norman J. Tweiten & Terri Ann Wilson, P O Box 846, Lillian, AL 36549-0846
2684839 +Norman Kiven, 5 Barnard Ct, Rancho Mirage, CA 92270-3701
2685168 +Norman Martineau & Kathryn J. Martineau, P O Box 575, Valley Center, CA 92082-0575
2686305 +Norman Teeter, 4201 Via Marina 300, Marina Del Rey, CA 90292-5237
2686347 +Norman Tiano, 7070 Rock Dove St, Carlsbad, CA 92011-5025
2683723 +Norris R. Coit Family Trust dated 5/19/0, c/o Norris R. Coit Trustee, P O Box 86, Genoa, NV 89411-0086
2684211 +Norscot Financial Corp., 185 Gymkhana Ln, Reno, NV 89508-9514
2685495 +Nounna Family Partnership, c/o Annee Nounna, General Partner, 8057 Lands End, Las Vegas, NV 89117-7635
2685498 +Novak Living Trust dtd 10/21/97, c/o Frank T. Novak & Patricia A. Novak T, 2593 Sumter Street, Henderson, NV 89052-7113
2685501 +Nuckols 2004 Revocable Trust U/D/T 10/4/, c/o Thomas E. Nuckols and Joanne M. Nuck, 1531 Ramona Ave., South Pasadena, CA 91030-3734
2685504 +O’Connor Revocable Trust UTD 9/17/97, c/o Robert H. O’Connor & Cathleen B. O’C, 200 Rainbow Dr #10236, Livingston, TX 77399-2000
2685506 +O’Hara Familty Trust dated 2/26/93, c/o Gary J. O’Hara & Janice D. O’Hara Co, 18310 Calle La Serra, Rancho Santa Fe, CA 92091-0103
2829173 OAK SHORES II, JEAN-JACQUES LEBLANC IRA, PO BOX 6434, INCLINE VILLAGE NV 89450-6434
2875169 +OFFICAL COMMITTEE OF THE UNSECURED CREDITORS OF, USA COMMERCIAL MORTGAGE COMPANY, C/O ERIC D MADDEN, 1201 ELM STREET, SUITE 3400, DALLAS, TX 75270-2126
2875168 +OFFICAL COMMITTEE OF THE UNSECURED CREDITORS OF, USA COMMERCIAL MORTGAGE COMPANY, C/O ALLAN B DIAMOND, 909 FANNIN, SUITE 1500, HOUSTON, TX 77010-1026
2683071 OFFICE DEPOT, P.O. BOX 70001, LOS ANGELES, CA 90074-0001
2801704 +OGREN, WILLIAM W &, BETTY R OGREN, 22102 SHANNON DELL DR, AUDUBON PA 19403-5657

2829355 +OLYMPIA CAPITAL MANAGEMENT, C/O GERALDINE HOUGHTON, 2871 PINTA, PERRIS CA 92571-4849
2994852 OMAYE 1990 TRUST, C/O ANNIE OMAYE & STANLEY OMAYE TTEES, 1846 THREE MILE DR, RENO NV 89509-3993
2873472 +OMAYE, ANNIE, 1846 THREE MILE DR, RENO NV 89509-3993
2844640 OOSTHUIZEN, ADRIAN, 5860 LAUSANNE DR, RENO NV 89511-5034
2857263 +OPPIO, CATHERINE, 430 GONOWABIE, PO BOX 15, CRYSTAL BAY NV 89402-0015
2861116 +OSHEROW TRUST DTD 9/11/89, AARON OSHEROW TTEE, 200 S BRENTWOOD BLVD #9D, ST LOUIS MO 63105-1633
3001863 +OSVALDO ZUNINO LIVING TRUST DTD 12/18/98, C/O OSVALDO ZUNINO TTEE, 3575 TIOGA WY, LAS VEGAS NV 89169-3340
2864558 +OTHMAR KLAY & CHRISTINE KLAY TTEES OF THE, KLAY LIVING TRUST DTD 7/11/90, OTHMAR & CHRISTINE KLAY, 5530 LAUSANNE DR, RENO NV 89511-5022
2685447 +Oakwood Financial, LLC, 5737 Kanan Rd # 125, Agoura Hills, CA 91301-1601
2684566 +Oliver C. Hilson & Bette A. Hilson Famil, c/o Bette A. Hilson Trustee, 2549 Big Timber Drive, Las Vegas, NV 89134-7830
2686114 +Oliver F. Smith Incorporated Profit Shar, c/o Oliver F. Smith Trustee, 2871 Joseph Ave, Sacramento, CA 95864-7729
2685695 +Oliver Puhr, 1696 Hearthstone Court, Reno, NV 89521-4048
2685571 +Olynnda Long Living Trust dated 1/18/80, c/o Olynnda Parmer Trustee, P O Box 62404, Boulder City, NV 89006-2404
2685531 +Omaye 1990 Trust, c/o Annie Omaye & Stanley Omaye Trustees, 1846 Three Mile Drive, Reno, NV 89509-3993
2685535 +Orloff IRA, c/o First Savings Bank Custodian, 275 Snowy River Circle, Henderson, NV 89074-4256
2683568 +Orvin Calhoun & Anita J. Calhoun, 2026 Bel Air Ave, San Jose, CA 95128-1409
2685538 +Osherow Trust dated 9/11/89, c/o Aaron I. Osherow, Trustee, 8025 Maryland Avenue, Apt 10-C, St. Louis, MO 63105-3892
2686702 +Osvaldo Zunino Living Trust dated 12/18/, c/o Osvaldo Zunino Trustee, 3575 Tioga Way, Las Vegas, NV 89169-3340
2685542 +Ott Family Revocable Trust dated 4/29/98, c/o Franklin D. Ott and Kathryn R. Ott,, 5832 N Misty Ridge Dr, Tucson, AZ 85718-3433
2685543 +Ourdoune Living Trust dated 1/16/98, c/o Jean A. Ourdoune Trustee, 3029 Lotus Hill Dr, Las Vegas, NV 89134-8971
2684592 +P & W Trust dated 8/19/93, c/o Wallace Hollander Trustee, 2728 Hope Forest Dr, Las Vegas, NV 89134-7322
2830189 P MORGAN, PAULA A MORGAN TTEE, 1005 WINDFAIR VILLAGE ST, LAS VEGAS NV 89145-8664
2830263 P MORGAN TRUST, PAULA A MORGAN TTEE, 1005 WINDFAIR VILLAGE ST, LAS VEGAS NV 89145-8664
2685383 +P. Morgan Trust dated 7/1/88, c/o Paula A. Morgan Trustee, 1005 Windfair Village St, Las Vegas, NV 89145-8664
2829328 +PACZOSA, STANLEY, 8617 LINDERWOOD, LAS VEGAS, NV 89134-8657
2810962 PAEPAE ESTATE TRUST DTD 05/01/00, C/O KIMBERLY HAVINS TTEE, 3125 SHADOWLEAF CT, LAS VEGAS NV 89117-3256
2809811 +PAGE, PATTI, 1225 TRIUMPH CT, LAS VEGAS NV 89117-7122
2840230 PANAGIOTIS DOVANIDIS & AIKATERINI GIANNOPOULOUS, 14 MIKINON ST, GLYFADA 16674, ATHENS HELLAS, GREECE
2840231 PANAGIOTIS DOVANIDIS & DIMITRA DOVANIDOU JTWROS, 14 MIKINON ST, GLYFADA 16674, ATHENS HELLAS, GREECE
2801693 +PANEK, WILLIAM, 106 MANGO CT, HENDERSON NV 89015-2401
2683072 +PARIS LINE LLC, 4759 ILLUSTRIOUS STREET, LAS VEGAS, NV 89147-5111
2860235 +PARKER, CHARLES & MARY PARKER, 14470 EMERALD PATH, APPLE VALLEY MN 55124-6640
2839944 PASQUALE C MAURO FAMILY TRUST, DTD 4/19/95, C/O PASQUALE C MAURO TTEE, 7768 PAINTED SUNSET DR, LAS VEGAS NV 89149-6453
4982888 +PATRICIA AND MORTON PORT, PO BOX 4505, INCLINE VILLAGE, NV 89450-4505
2991330 +PATRICIA ANN WEBBER, 9072 PROSPERITY WY, FORT MEYERS FL 33913-7095
2994851 PATRICIA DARNOLD IRA, 2061 SAPPHIRE VALLEY AVE, HENDERSON NV 89074-1533
2833150 PATRICIA HERRIN & TERRY W ROYDER, 9404 MOUNTAINAIR AVE, LAS VEGAS NV 89134-6215
2827946 PATRICK EDWARD O'SULLIVAN, & SOON YOUNG O'SULLIVAN, 7328 GENTLE VALLEY ST, LAS VEGAS NV 89149-1616
2843849 PATRICK J ANGLIN, JANET L CHUBB ESQ, JONES VARGAS, PO BOX 281, RENO NV 89504-0281
2848453 PATRICK J. ANGLIN, c/o Janet L. Chubb, Jones Vargas, 100 West Liberty Street 12th Floor, P. O. Box 281, Reno, NV 89504-0281
2800000 +PATRICK J. HORGAN, c/o Christopher D. Jaime, Esq., Maupin, Cox & LeGoy, 4785 Caughlin Parkway, Reno, NV 89519-0906
2863610 PAUL BRUGGEMANS, 385 W TAHQUITZ CANYON WAY, PALM SPRINGS CA 92262-5647
2855544 PAUL D GRAF AND MARGARET A GRAF, 2530 GREAT HWY, SAN FRANCISCO CA 94116-2613
2872757 +PAUL L GARCELL & PAMELA HERTZ, REVOCABLE FAMILY TRUST, PAUL L GARCELL TTEE, 2013 GROUSE ST, LAS VEGAS NV 89134-6125
2777840 PAUL L LINNEY TTEE OF THE PAUL L & MARIE LINNEY, TRUST DATED 10/25/96, PAUL L LINNEY, 2079 MERITAGE DR, SPARKS NV 89434-2102
2863446 +PAUL OSTER AN UNMARRIED MAN, PAUL OSTER, PO BOX 2618, MAMMOTH LAKES CA 93546-2618
2830726 +PAYNE, SHIRLEY, PO BOX 208, GRASS VALLEY CA 95945-0208
2683073 +PECOS PROFESSIONAL PARK, 4484 SOUTH PECOS PARK, LAS VEGAS, NV 89121-5030
2737780 +PECOS PROFESSIONAL PARK, LLC., C/O SYLVESTER & POLEDNAK, LTD., 7371 PRAIRIE FALCON, SUITE 120, LAS VEGAS, NV 89128-0834
2800492 PEDRO L & CAROL A BARROSO, TRUST DTD 22/39/90, C/O PEDRO LUIS BARROSO &, CAROL AN BARROSO TTEES, 3231 CAMBRIDGESHIRE ST, LAS VEGAS NV 89146-6223
2984456 PEDRO L & CAROL A BARROSO, TRUST DTD 11/29/90, C/O PEDRO LUIS BARROSO & CAROL ANN BARRO, 3231 CAMBRIDGESHIRE ST, LAS VEGAS NV 89146-6223
2844642 +PEELE BYPASS TRUST DTD 2/10/87, C/O JENNIFER COLE PEELE TTEE, 2581 RAMPART TER, RENO NV 89519-8362

2844641 +PEELE SPOUSAL TRUST DTD 2/10/87, C/O JENNIFER C PEELE TTEE, 2581 RAMPART TER, RENO NV 89519-8362
2991420 PENNY STANARD, 16004 VILLAGE GREEN DR APT D, MILL CREEK WA 98012-5879
2865181 +PENSCO TRUST CO INC, C/F JAMES ROGERS IRA, 78 SEAL ROCK DR, SAN FRANCISCO CA 94121-1437
2872443 +PEREZ, EDWIN, 806 N HUDSON AVE, HOLLYWOOD CA 90038-3610
2798956 +PERLMAN, ROBERT, 2877 PARADISE RD 3501, LAS VEGAS NV 89109-5278
2827616 +PERRONE, NICHOLAS, 5112 SAN ANSELMO ST, LAS VEGAS NV 89120-1775
2844279 PETER E SPROCK 2001 TRUST, C/O PETER E SPROCK TTEE, PO BOX 4517, STATELINE NV 89449-4517
2805335 +PETER M DEGRAZIA DMD PSP, CHRISTOPHER D JAIME ESQ, PO BOX 30000, RENO NV 89520-3000
2994853 PETER W CAPONE & DIEDRE D CAPONE, PO BOX 1470, GARDNERVILLE NV 89410-1470
2829190 +PETERS, HENRY, 2954 DENISE COURT, WEST SACRAMENTO, CA 95691-4229
2799760 +PETERS, RONALD, 531 CAMBRIAN WY, DANVILLE CA 94526-6201
2683074 +PETERSON, MICHAEL, C/O JOHN F. O'REILLY, O'REILLY LAW GROUP, LLC, 325 SOUTH MARYLAND PARKWAY, LAS VEGAS, NV 89101-5320
2829297 +PETRO, ALEXO, 6224 LONE CYPRESS COURT, LAS VEGAS, NV 89141-8517
2843464 PHILIP HIGERD FAMILY TRUST DTD 5/30/03, C/O PHILIP C HIGERD TTEE, PO BOX 2535, MAMMOTH LAKES CA 93546-2535
2839932 +PHILIP L ORNDOFF & MARY ORNDOFF 1977, FAMILY TRUST DTD 7/4/77, C/O MARY ORNDOFF & LEWIS ORNDOFF CO-TTEE, 604 CAMEO CIR, HENDERSON NV 89002-8301
2991254 PHILLIP E MCMULLIN & ROSEMARIE L MCMULLIN, FAMILY TRUST DTD 4/4/80 AS AMD 3/19/94, C/O PHILLIP E & ROSEMARIE L MCMULLIN TTE, 578 SUTTON WY PMB 223, GRASS VALLEY CA 95945-5390
2855146 PHILLIP W DICKINSON, 3725 DORRINGTON DR, LAS VEGAS NV 89129-7053
2863928 +PHYLLIS JOHNSON A SINGLE WOMAN, C/O RON JOHNSON, BOX 27, RENO NV 89504-0027
2843197 PHYLLIS P WYATT IRA, PO BOX 370400, LAS VEGAS NV 89137-0400
2801711 PIERCY BOWLER TAYLOR & KERN, 5100 ELTON AVE STE 1000, LAS VEGAS NV 89107-0123
2826009 PIRANI, ALI, 13174 N 100TH PL, SCOTTSDALE AZ 85260-7203
2683550 +PLB Enterprises, LLC, P O Box 67405, Phoenix, AZ 85082-7405
2814007 +POLACHECK & ASSOCIATES INC, PSP DTD 2/20/73, C/O STEPHEN B POLACHECK TTEE, 4719 COMMONS WY STE E, CALABASAS CA 91302-3360
2814006 +POLACHECK, STEPHEN, POLACHECK'S JEWELERS EMPLOYEE, PSP DTD 2/20/73, 4719 COMMONS WY STE E, CALABASAS CA 91302-3360
2814008 +POLACHECK, STEPHEN, TTEE, POLACHECK'S JEWELER'S, EMPLOYEE PSP DTD 2/20/73, 4719 COMMONS WY STE E, CALABASAS CA 91302-3360
2829299 +PORTER A HURT, BARDELLINI, STRAW & CAVIN LLP, ATTN C RANDALL BUPP ESQ, 2000 CROW CANYON PLACE, STE 330, SAN RAMON, CA 94583-1367
2829645 +PREMIERE HOLDINGS INC DEFINED BENEFIT PENSION PLAN, C/O SCOTT D FLEMING ESQ, HALE LANE PEEK DENNISON & HOWARD, 3930 HOWARD HUGHES PKWY 4TH FL, LAS VEGAS NV 89169-0947
2872442 PRESCIA INVESTMENTS, ANTHONY & NANCY MANAGERS, 5475 WEST TECO AVE, LAS VEGAS NV 89118-2814
2827593 +PRESWICK CORP, 1400 COLORADO ST SUITE C, BOULDER CITY NV 89005-2436
2683075 PRINCIPAL LIFE GROUP, GRAND ISLAND, DES MOINES, IA 50306-3513
2683076 +PRO CLEAN MAINTENANCE, INC., 927 HASKELL ST., RENO, NV 89509-2812
2728606 +PROSPECT HIGH INCOME FUND, ET AL, C/O CiCi CUNNINGHAM, ESQ., 9950 WEST CHEYENNE AVENUE, LAS VEGAS, NV 89129-7700
2685641 +PS II Management, LLC, 1800 Valley View Ln Ste 300, Dallas, TX 75234-8945
2683077 +PURDUE MARION & ASSOCIATES, 3455 CLIFF SHADOWS PARKWAY, LAS VEGAS, NV 89129-1062
2685549 +Padgett Family Trust dated 3/25/03, c/o Varnell O. Padgett & Dorothy A. Padg, 1520 Sky Valley Dr #106, Reno, NV 89523-7984
2684482 +Paepae Estate Trust dated 05/01/00, c/o Kimberly Havins Trustee, 3125 Shadowleaf Court, Las Vegas, NV 89117-3256
2684795 +Palms & Pines, LLC, 202 N Curry St Ste 100, Carson City, NV 89703-4121
2683115 +Paola Accusani, 2749 Glenbrook Way, Bishop, CA 93514-3119
2683224 +Paolo M. Arroyo and Mario D. Arroyo, 847 5th St Apt 201, Santa Monica, CA 90403-1336
2685200 +Pasquale C. Mauro Family Trust dated 4/1, c/o Pasquale C. Mauro Trustee, 7768 Painted Sunset Drive, Las Vegas, NV 89149-6453
2683926 +Pat A Dolce & Lora Dean Dolce, 4410 W Jefferson Blvd, Los Angeles, CA 90016-4039
2838734 +Pat Davis IRA, 737 BANNERMAN LANE, FORT MILL, SC 29715-7858
2683840 +Pat Davis IRA, c/o First Savings Bank Custodian, 104 Van Buren Court, Colleyville, TX 76034-6817
2684908 +Patrice A. Labossiere, 745 Matterhorn Blvd, Reno, NV 89506-8318
2683429 +Patricia A. Boschetto Living Trust dtd 4, c/o Patricia A. Boschetto, Trustee, 3010 Fort Stanwix Rd, Henderson, NV 89052-8509
2684540 +Patricia A. Herrin & Terry W. Royder, 9404 Mountainair Ave, Las Vegas, NV 89134-6215
2683855 +Patricia B. De Sota, 2381 Juniper Rd, Gardnerville, NV 89410-6639
2683825 +Patricia Darnold IRA, c/o First Trust Co. Of Onaga Custodian, 2061 Sapphire Valley Ave, Henderson, NV 89074-1533
2683888 +Patricia Deverell, 9124 Eagle Ridge Dr, Las Vegas, NV 89134-6309
2686477 +Patricia E. Von Euw Revocable Trust Date, c/o Patricia E. Von Euw, Trustee, 10405 Shoalhaven Dr, Las Vegas, NV 89134-7108
2829075 Patricia L Tiede, 5225 Pooks Hill Rd Apt 1520N, Bethesda Md 20814-6765
2685675 +Patricia L. Port Trust dated 1/28/04, c/o Patricia L. Port Trustee, PO Box 7724, Incline Village, NV 89452-7724
2686349 +Patricia L. Tiede, 5225 Pooks Hill Rd #1520-N, Bethesda, MD 20814-6765
2683257 +Patricia Marie Baldwin, 4435 Topaz Street, Las Vegas, NV 89121-5350
2684585 +Patricia O. Hoglund IRA, c/o First Savings Bank custodian, 7574 E Green Lake Dr N, Seattle, WA 98103-4914
2685012 +Patricia R. Lietz, 3676 Woodhurst Drive, Covina, CA 91724-3366
2685370 +Patrick B. Moore, 2995 Woodside Rd. Ste 400, Woodside, CA 94062-2448
2683849 +Patrick Davis & Susan Davis, 104 Van Buren Court, Colleyville, TX 76034-6817
2838730 +Patrick Davis, IRA and Susan Davis, IRA, 737 BANNERMAN LANE, FORT MILL, SC 29715-7858
2685514 +Patrick Edward O'Sullivan & Soon Young O, 7328 Gentle Valley St., Las Vegas, NV 89149-1616

2684088 +Patrick F. Fenlon and Angela B. Fenlon, 121 W. Harmont Drive, Phoenix, AK 85021-5639
2684289 +Patrick Gonzales and Rosemary Gonzales, 5114 E Kingsgrove Drive, Somis, CA 93066-9718
2684528 +Patrick Henry & Cynthia B. Henry, P O Box 181, Anatone, WA 99401-0181
2684609 +Patrick J. Horgan, 1560 Kestrel Court, Reno, NV 89509-3981
2685428 +Patrick J. Murphy & Penny E. Murphy, 20 Lacrosse Court, Henderson, NV 89052-6608
2685781 +Patrick M. Rich Trust UAD 4/4/01, c/o Patrick M. Rich, Trustee, 27810 Forester Dr, Bonita Springs, FL 34134-3805
2686086 +Patrick M. Skain and Saw Lim-Skain, 300 Crestlake Dr, San Francisco, CA 94132-1321
2685083 +Patrick P. Lynch, 25130 Genuine Risk Rd, Monterey, CA 93940-6610
2838731 Patrick and Susan Davis, Husband and Wife as Joint, 6216 Citrine Drive, Carlsbad, CA 92009
2685581 +Patterson-Rogers Family 2001 Trust, date, c/o Robert C. Patterson-Rogers and Joyce, P O Box 60175, Las Vegas, NV 89160-0175
2683391 +Paul Bloch IRA, c/o First Savings Bank Custodian, 2111 Strada Mia, Las Vegas, NV 89117-1980
2776240 Paul Bloch Living Trust, 2111 Strada Mia, Las Vegas, NV 89117-1980
2683392 +Paul Bloch Living Trust UA 10/29/02, c/o Paul Bloch Trustee, 2111 Strada Mia, Las Vegas, NV 89117-1980
2776241 Paul Bloch Living Trust dated 10/29/02, 2111 Strada Mia, Las Vegas, NV 89117-1980
2683510 +Paul Bruggemans, 385 West Tahquitz Canyon Way, Palm Springs, CA 92262-5647
2684318 +Paul D. Graf and Margaret A. Graf, 2530 Great Highway, San Francisco, CA 94116-2613
2683187 +Paul E. Anderson, Jr., 2559 Perra Circle, Las Vegas, NV 89121-4024
2684083 +Paul Fedrizzi, 11005 SE 18th Street, Vancouver, WA 98664-6196
2684082 +Paul Fedrizzi & Jane E. Fedrizzi, 11005 S E 18th Street, Vancouver, WA 98664-6196
2683661 +Paul G. Chelew, P. O. Box 370, Dayton, NV 89403-0370
2683660 +Paul G. Chelew Charitable Remainder Unit, c/o Alta Bates Summit Foundation, Truste, 2855 Telegraph Ave Ste 601, Berkeley, CA 94705-1161
2685911 +Paul J. Sapourn Grantor Retained Annuity, c/o Michael P. Sapourn, Trustee, 286 Lansing Island Drive, Satellite Beach, FL 32937-5101
2684879 +Paul Kron Estate Trust dtd 06/12/90, c/o Paul N. Kron Trustee, 1108 Villeroy Drive, Sun City Center, FL 33573-4415
2685021 +Paul L. & Marie Linney Trust dated 10/25, c/o Paul L. Linney Trustee, 2079 Meritage Dr, Sparks, NV 89434-2102
2684223 +Paul L. Garcell & Pamela Hertz Revocable, c/o Paul L. Garcell Trustee, 2013 Grouse Street, Las Vegas, NV 89134-6125
2685540 +Paul Oster, P.O. Box 2618, Mammoth Lakes, CA 93546-2618
2685829 +Paul Rogan, P.O. Box 1687, Crystal Bay, NV 89402-1687
2685828 +Paul Rogan & Maureen Rogan, P O Box 1687, Crystal Bay, NV 89402-1687
2685991 +Paul Seyb & Wendy M. Seyb, 9250 Breckenridge Lane, Eden Prairie, MN 55347-3443
2686601 +Paul Winard Revocable Trust dated 1/27/9, c/o Paul Winard Trustee, 4200 Spring Mountain Rd, Las Vegas, NV 89102-8748
2737949 +Paul and Donna Jacques, 810 SE 7th St, A-103, Deerfield Beach, FL 33441-4868
2684952 +Paula M. Lawson, P O Box 18652, Reno, NV 89511-0652
2683334 +Paula S. Bender IRA, c/o First Savings Bank Custodian, 733 Champagne, Incline Village, NV 89451-8000
2683927 +Pauline Dolce Trust dtd May 9, 1996, c/o Pat Dolce & Frank Dolce Co-Trustees, 4410 W Jefferson Blvd, Los Angeles, CA 90016-4039
2685397 +Paulius Mosinskis, 1545 Gruversvile Road, Richland Town, PA 18955-1111
2683316 +Pavey Family Trust dated 12/20/00, c/o Susan Pavey-Becker, Trustee, 10107 Justamere Ln, Elk Grove, CA 95624-9358
2683424 +Payette Lakes Consulting LLC 401k FBO Jo, c/o John S. Borkoski TTEE, 1110 Elo Road, McCall, ID 83638-5125
2822786 +Pecos Professional Park Limited Partnership, c/o Sylvester & Polednak, Ltd., 7371 Prairie Falcon Road, Suite 120, Las Vegas, Nevada 89128-0834
2683287 +Pedro L. & Carol A. Barroso Trust dated, c/o Pedro Luis Barroso & Carol Ann Barro, 3231 Cambridgeshire St, Las Vegas, NV 89146-6223
2685594 +Peele Bypass Trust dated 2/10/87, c/o Jennefer Cole Peele Trustee, 2581 Rampart Terrace, Reno, NV 89519-8362
2685593 +Peele Spousal Trust dated 2/10/87, c/o Jennefer C. Peele Trustee, 2581 Rampart Terrace, Reno, NV 89519-8362
2686441 +Peggy Ann Valley IRA, c/o First Savings Bank Custodian, 1952 Dolphin Place, Discovery Bay, CA 94505-9367
2685598 +Penn Family Trust dated 1/20/90, c/o Bill Penn & Isa Penn Trustees, 7800 Topanga Canyon Blvd #301, Canoga Park, CA 91304-5558
2685315 +Penny Miller and Brian J. Miller, P O Box 495, Zephyr Cove, NV 89448-0495
2686179 +Penny Stanard, 16004-D Village Green Dr, Mill Creek, WA 98012-5879
2686674 +Percy Young & Ruth Young, 1814 W.Olney Ave., Phoenix, AZ 85041-8617
2685612 +Perlman Investment Partners, L.P., P O Box 8636, Truckee, CA 96162-8636
2686031 +Perry Becker Shirley & Susan A. Shirley, c/o Perry Becker Shirley & Susan A. Shir, 3634 Darren Thornton Way, Las Vegas, NV 89120-2600
2686032 +Perry and Margaret Shirley Living Trust, c/o Perry Becker Shirley Jr. power of at, 3634 Darren Thornton Way, Las Vegas, NV 89120-2600
2683720 +Peter C. Cohn & Margaret H. Cohn, 260 Monarch Dr, Carson City, NV 89704-9731
2683781 +Peter C. Cranston IRA, c/o First Savings Bank Custodian, 8709 Litchfield Avenue, Las Vegas, NV 89134-8551
2683852 +Peter De Luca, 2316 Hermosita Dr., Glendale, CA 91208-1933
2686173 +Peter E. Sprock 2001 Trust, c/o Peter E. Sprock Trustee, P O Box 4517, Stateline, NV 89449-4517
2683249 +Peter L. Backes Trust, c/o Peter L. Backes Trustee, 9448 Quail Ridge Drive, Las Vegas, NV 89134-8938
2862176 +Peter M. DiGrazia DMD LTD PSP, c/o Christopher D. Jaime, Maupin, Cox & LeGoy, 4785 Caughlin Parkway, Reno, NV 89519-0906

2769459 +Peter M. DiGrazia DMD PSP, c/o Christopher D. Jaime, Esq., Maupin, Cox & LeGoy, P.O. Box 30,000, Reno, NV 89520-3000
2683913 +Peter M. Digrazia DMD LTD PSP, 1625 Lakeside Dr, Reno, NV 89509-3408
2685918 +Peter Sarmanian & Helena Sarmanian, 14 Cushing Road, Wellesley, MA 02481-2931
2684207 +Peter T. Gacs & Ute D. Gacs, P O Box 6268, Incline Village, NV 89450-6268
2683595 +Peter W. Capone & Deidre D. Capone, P O Box 1470, Gardnerville, NV 89410-1470
2685631 +Petuck Capital Corporation, 80 Doubling Rd, Greenwich, CT 06830-4047
2685633 +Phil L. Pfeiler & Loy E. Pfeiler, 806 Buchanan Blvd #115 PMB #249, Boulder City, NV 89005-2144
2686311 +Phil Teri, PO Box 96331, Las Vegas, NV 89193-6331
2685089 +Philip & Dora Lyons Trust UA 8/9/99, c/o Philip Lyons & Dora Lyons Trustees, 2008 Marble Gorge Drive, Las Vegas, NV 89117-5955
2683340 +Philip Benjamin and Maureen Benjamin, P.O. Box 376, Indian Springs, NV 89018-0376
2685084 +Philip H. Lynch, 410 East 17th Street, Escondido, CA 92025-6231
2685536 +Philip L Orndoff & Mary Orndoff 1977 Fam, c/o Mary Orndoff & Lewis Orndoff as Co-T, 604 Cameo Circle, Henderson, NV 89002-8301
2684378 +Philip L. Haagenson & Carol H. Haagenson, 597 Maxwell Dr, Grand Junction, CO 81504-7047
2685870 +Philip Ruffino & Grace Ruffino, 3047 Van Buskirk, Las Vegas, NV 89121-5107
2684620 +Philip Stephen Howell and Lisa Beth Howe, 15 Eastridge, Coto de Caza, CA 92679-4702
2686217 +Philip Stidham IRA, c/o First Trust Co. OF Onaga Custodian, 1930 Village Center Circle 3326, Las Vegas, NV 89134-6299
2683196 +Philip T. Ansuini & Carol J. Ansuini, 10716 Clear Meadows Dr, Las Vegas, NV 89134-7364
2684277 +Phillip Darin Goforth & Francesca M. Gof, 13301 Silver Peak Place NE, Albuquerque, NM 87111-8264
2685251 +Phillip E. McMullin, 578 Sutton Way PMB 223, Grass Valley, CA 95945-5390
2685249 +Phillip E. McMullin & Rosemarie L. McMul, c/o Phillip E. McMullin & Rosemarie L. M, 578 Sutton Way PMB 223, Grass Valley, CA 95945-5390
2685250 +Phillip E. McMullin & Rosemarie L. McMul, c/o Phillip E. McMullin Trustee, 578 Sutton Way PMB 223, Grass Valley, CA 95945-5390
2684911 +Phillip Lackman & Tillie Lackman, 1350 Town Center Dr Unit 2023, Las Vegas, NV 89144-0583
2685872 +Phillip M. Rulon & Shirley S. Rulon, 2800 A Wrondel Way, Reno, NV 89502-4297
2683909 +Phillip W. Dickinson LP, 3725 Dorrington Drive, Las Vegas, NV 89129-7053
2685638 +Phillips Family Trust dated 10/24/89, c/o Frances E. Phillips, Trustee, 2275 Schooner Circle, Reno, NV 89519-5743
2685637 +Phillips Family Trust dated 10/24/89, c/o A. Stephen Phillips & Frances E. Phi, 2275 Schooner Circle, Reno, NV 89519-5743
2684708 +Phyllis Johnson, 2270 Watt St., Reno, NV 89509-3764
2686651 +Phyllis P. Wyatt IRA, c/o First Savings Bank Custodian, P O Box 370400, Las Vegas, NV 89137-0400
2683579 +Pierre G. Candau, 1550 Apt A 20th Ave, San Francisco, CA 94122-3464
2685662 +Pleser Family Trust dated 1/28/00, c/o Nellie Pleser Trustee, 2836 Meadow Park Avenue, Henderson, NV 89052-7011
2685669 +Polacheck & Associates, Inc. Profit Shar, c/o Stephen B. Polacheck Trustee, 4719 Commons Way Ste E, Calabasas, CA 91302-3360
2685042 +Pompeo J. Lombardi, 572 Sugarpine Drive, Incline Village, NV 89451-8414
2685043 +Pompeo J. Lombardi and Sarah A. Grant, 2660 W Lakeridge Shores, Reno, NV 89519-5780
2685673 +Pontak Wong Revocable Trust dated Jan 19, c/o Patricia A. Pontak and Darrell M. Wo, 130 Scott Road, Bishop, CA 93514-7110
2685027 +Portal Venture, LLC, 728 N Rockbury Dr, Beverly Hills, CA 90210-3212
2684642 +Porter A. Hurt, 4833 N Hidden Terrace, Litchfield Park, AZ 85340-5066
2685678 +Portnoff Building, P O Box 97593, Las Vegas, NV 89193-7593
2685682 +Powell Family Trust dated 09/01/05, c/o Ronald D. Powell and Jane A. Powell,, 4820 W Hidden Valley Dr, Reno, NV 89502-9402
2683110 +Premiere Holdings Inc. Defined Benefit P, 10120 W Flamingo Rd Ste 4-12, Las Vegas, NV 89147-8392
2685684 +Prescia Investments, Anthony Prescia an, 5475 W Teco Ave, Las Vegas, NV 89118-2814
2686272 +Preswick Corp., 1400 Colorado S Ste C, Boulder City, NV 89005-2436
2685697 +Pulley Living Trust dated 4/30/01, c/o Michael J. Pulley & Deborah A. Pulle, 2708 N. Pennington Dr, Chandler, AZ 85224-2252
2685696 +Pulley Revocable Trust dated 12/20/00, c/o Evelyn E. Pulley Trustee, 404 Paramount Lane, Birmingham, AL 35226-1536
2684923 +Pulmonary Associates Profit Sharing Plan, c/o Robert M. Lampert Trustee, 2024 Winter Wind, Las Vegas, NV 89134-6697
2685698 +Pumphrey Family Trust dated 11/8/89, c/o David Pumphrey & Patricia Pumphrey T, 10800 Sand Hollow Ct, Reno, NV 89521-6294
2991257 QUINN FAMILY TRUST DTD 1/11/00, CO RUSSELL S QUINN & MARION M QUINN TTEE, 2293 SUTTER VIEW LN, LINCOLN NE 95648-7718
2902023 +QUINN, SIDNEY, PO BOX 340, BIG PINE CA 93513-0340
2685702 +Quinn Family Trust dated 1/11/00, c/o Russell S. Quinn & Marion M. Quinn T, 2293 Sutter View Lane, Lincoln, CA 95648-7718
2685700 +Quinn Living Trust dated 8/26/04, c/o Christine M. Quinn Trustee, 13435 Mahogany Drive, Reno, NV 89511-6262
2718939 +R & N REAL ESTATE INVESTMENTS, LP, c/o Jeffrey A. Cogan, Esq., 3990 Vegas Drive, Las Vegas, NV 89108-1933
2686458 +R & N Real Estate Investments LP, c/o Robert J. Verchota, General Partner, 8365 So Bonita Vista, Las Vegas, NV 89148-4407
2685259 +R & S McTee 1995 Trust dated 4/20/95, c/o Rudy Leroy McTee & Sharon Kaye McTee, P O Box 2480, Gardnerville, NV 89410-2480
2685838 +R & S Roloff Trust dated 9/20/03, c/o Rodney L. Roloff & Sharyn A. Roloff, 1319 Stony Brook Lane, Pleasanton, CA 94566-5402

2864557 +R L ALLGEIER FAMILY TRUST DTD 10/4/97, ROBERT ALLGEIER, 1767 SHAMROCK CIR, MINDEN NV 89423-4706
2819184 R&D FILKIN TRUST DTD 9/26/90, C/O ROY FILKIN & DIANNA L FILKIN TTEES, 2340 WATT ST, RENO NV 89509-4248
2684105 +R&D Filkin Trust dated 9/26/90, c/o Roy Filkin & Dianna L. Filkin Truste, 2340 Watt Street, Reno, NV 89509-4248
2991421 R&S MCTEE 1995 TRUST DTD 4/20/95, C/O RUDY LEROY MCTEE & SHARON KAYE MCTEE, PO BOX 2480, GARDNERVILLE NV 89410-2480
2684100 +R. David Ferrera & Evelyn C. Ferrera, 621 Mills Road, Sacramento, CA 95864-4913
2684099 +R. David Ferrera IRA, c/o First Savings Bank Custodian, 621 Mills Road, Sacramento, CA 95864-4913
2685288 +R. G. Messersmith & Deaun Messersmith, 2705 Sun Meadow Dr, Twin Falls, ID 83301-8968
2683159 +R. L. Allgeier Family Trust dated 10/4/9, c/o Robert L. Allgeier & Donna L. Allgei, 1767 Shamrock Circle, Minden, NV 89423-4706
2685054 +R. Lance Loughlin, 12286 Clipper Creek Road, Nevada City, CA 95959-9659
2685305 +R.G.T. Millar Trust dated 6-28-1988, c/o Dr. Russell Gordon Tilley Millar Tru, 923 Ceres Road, Palm Springs, CA 92262-4385
2686131 +R.S. & S. L. Snyder Family Trust dtd 10/, c/o Robert A. Snyder & Suzanne L Snyder,, 5127 Somerset Drive, Las Vegas, NV 89120-1544
2775656 +RABINDER MAHESHWARI & USHA MAHESHWAR, C/O JOSHUA D BRYSK, LAW OFFICES OF JAMES G SCHWARTZ, 7901 STONERIDGE DR STE 401, PLEASANTON CA 94588-3656
2821278 +RAINS PROPERTIES, LLP, C/O DONNA M. OSBORN, ESQ., MARQUIS & AURBACH, 10001 PARK RUN DRIVE, LAS VEGAS, NEVADA 89145-8857
2855121 +RALPH E WORTHING & MARYANNE H WORTHING, 443 ARBOLES DR, BISHOP CA 93514-7651
2683078 +RAMIREZ DESIGN GROUP, 2016 ASPEN OAK STREET, LAS VEGAS, NV 89134-6735
2800508 RAMON L SNYDER & LINDA L SNYDER, FAMILY TRUST DTD 10/14/98, C/O RAMON L SNYDER & LINDA L SNYDER TTEE, 405 GRAYEAGLE CT, LINCOLN CA 95648-8676
2773065 +RANDY M SANCHEZ & SHARON SANCHEZ, TTEES OF THE SANCHEZ LIVING TRUST, DATED 10/13/03, 5713 N WHITE SANDS RD, RENO NV 89511-5668
2773070 +RANDY SANCHEZ IRA, RANDY SANCHEZ, 5713 N WHITE SANDS RD, RENO NV 89511-5668
2826004 +RAUL L WOOD, 5211 N LISA LANE, LAS VEGAS NV 89149-4647
2801700 +RAUSCH, LAWRENCE, 10708 BRINKWOOD, LAS VEGAS NV 89134-5245
2829329 +RAUSCH, LAWRENCE, 2605 E FLAMINGO RD, LAS VEGAS, NV 89121-5241
2798877 +RAYMOND BELACIO, 1533 SHADY REST DR, HENDERSON NV 89014-0821
2872122 +RAYMOND C MOORE & ROSE MOORE, ROSE MOORE, 902 UNIVERSITY RIDGE DR, RENO NV 89512-4515
2863304 +RAYMOND F BRANT AND ANN L BRANT TRUST, DTD 12/22/92, C/O RAYMOND F BRANT TTEE, PO BOX 728, DIABLO CA 94528-0728
6734498 +RAYMOND J. ZURFLUH JR., SHIRTY J. ZURFLUH, 617 VOLCANO VIEW TRAIL, REDDING, CA 96003-3006
2991334 RAYMOND M SMITH REVOCABLE TRUST DTD 3/12/79, C/O RAYMOND M SMITH & MARGARET, M SMITH GRANTORS, PO BOX 1195, MINDEN NV 89423-1195
2855530 RAYMOND TROLL TRUST, C/O RAYMOND TROLL TTEE, 77420 SKY MESA LN, INDIAN WELLS CA 92210-6103
2683341 +RBR Partnership, P O Box 376, Indian Springs, NV 89018-0376
2683079 +RD ADVERTISING, 3230 E. FLAMINGO ROAD, #8-532, LAS VEGAS, NV 89121-4320
2683179 +RDJ Investments, LLC, 7417 Oak Grove, Las Vegas, NV 89117-1455
2800496 RE INK OF NEVADA, PO BOX 19543, RENO NV 89511-0867
2833637 +REBA JO CARDWELL, C/O MICHAEL J DAWSON ESQ, 515 S 3RD ST, LAS VEGAS NV 89101-6501
2860689 +REBECCA A ROGERS TTEE, REBECCA A ROGERS TRUST DTD 9/18/96, 2309 SIERRA HEIGHTS DR, LAS VEGAS NV 89134-5108
2810970 REBER FAMILY TRUST DTD 01/18/99, C/O JOHN J REBER TTEE, PO BOX 570032, LAS VEGAS NV 89157-0032
2810967 +REBER, JOHN, PO BOX 570032, LAS VEGAS NV 89157-0032
2805337 +REDMON, DONALD, 51 SANLO LN, MOUNTAIN HOME AR 72653-6333
2683080 +REDWOOD PROPERTIES, LLC, ATTN: ROBERT ZAMORANO, 319 TYNEBRIDGE LANE, HOUSTON, TX 77024-7422
2684678 +REF!, c/o Dr. Lawrence M. Janus, MD & Nancy Ja, 1950 Hidden Meadows Dr, Reno, NV 89502-8754
2855100 +REHBERGER FAMILY TRUST DTD 6/17/2006, ANNEMARIE REHBERGER TTEE, PO BOX 3651, INCLINE VILLAGE NV 89450-3651
2855104 +REHBERGER FAMILY TRUST DTD 6/17/92, ANNEMARIE REHBERGER TTEE, PO BOX 3651, INCLINE VILLAGE NV 89450-3651
2830202 +REHN, THOMAS, 2605 E FLAMINGO RD, LAS VEGAS NV 89121-5241
2843386 +REICH, ORBAN, PO BOX 1844, RENO NV 89505-1844
2683081 +REINK OF NEVADA, P.O. BOX 19543, RENO, NV 89511-0867
2865929 RENO AERONAUTICAL CORPORATION, DEFINED BENEFIT RETIREMENT PLAN, C/O RICHARD R TRACY TTEE, PO BOX 1404, CARSON CITY NV 89702-1404
2775659 REPUBLIC SERVICES, REPUBLIC SILVER STATE DISPOSAL INC DBA, REPUBLIC SERVICES, 770 E SARARA AVE, LAS VEGAS NV 89104
2827585 +RESIDENT AGENTS OF NEVADA, 711 S CARSON ST #4, CARSON CITY NV 89701-5292
3711026 +RETIREMENT ACCOUNTS, INC., CUSTODIAN, FOR JUDD ROBBINS IRA,TESSARACT TRUST DTD, 3/31/04/ C/O BRADLEY PAUL ELLEY, ESQ., 120 COUNTRY CLUB DRIVE, SUITE 5, INCLINE VILLAGE, NV 89451-9362
2683082 +RETIREMENT PLANNING CO,. INC., 2920 SOUTH JONES BLVD., LAS VEGAS, NV 89146-5395
2829653 +RG MESSERSMITH AND DEAUN MESSERSMITH, C/O SCOTT D FLEMING ESQ, HALE LANE PEEK DENNISON & HOWARD, 3930 HOWARD HUGHES PKWY 4TH FL, LAS VEGAS NV 89169-0947
2684198 +RGF Revocable Trust, c/o Robert G. Fuller Trustee, 5172 English Daisy Way, Las Vegas, NV 89142-2740
2827963 +RHODA DYBVIG SCHAEFER REVOCABLE LIVING, TRUST DTD 7/29/02, 678 SKYLINE RD, HENDERSON NV 89002-8260
2808646 RICHARD A HELMBERGER, 2300 ROCK SPRINGS DR APT 2044, LAS VEGAS NV 89128-3150
2822969 +RICHARD A HELMBERGER &, GENENE M HELMBERGER, 2300 ROCK SPRINGS DR APT 2044, LAS VEGAS NV 89128-3150

2819183 RICHARD A NIELSEN INC PSP, 1305 BONNIE COVE AVE, GLENDORA CA 91740-5204
2865184 +RICHARD D BARZAN AND LELIA J BARZAN, RICHARD BARZAN, 7231 LANGWORTH RD, OAKDALE CA 95361-7822
2825043 +RICHARD E SCHNEIDER & PHYLLIS I PRATT, REVOCABLE TRUST DTD 12/16/04, C/O RICHARD E SCHNEIDER &, PHYLLIS I PRATT TTEES, 3424 HERRING GULL LN, N LAS VEGAS NV 89084-2424
2830205 +RICHARD G ADAMS, 6990 E THIRSTY CACTUS LANE, SCOTTSDALE, AZ 85266-7302
2830260 RICHARD G VRBANCIC, 103 WILLOW BROOK DR NE, WARREN OH 44483-4630
2808502 RICHARD HELMBERGER, 2300 ROCK SPRINGS DR APT 2044, LAS VEGAS NV 89128-3150
2983467 +RICHARD I. DREITZER, DEPUTY ATTORNEY GENERAL, STATE OF NEV. ATTORNEY GENERAL'S OFFICE, 555 E. WASHINGTON AVENUE, SUITE 3900, LAS VEGAS, NV 89101-1068
2864568 +RICHARD M RAKER TTEE OF THE RICHARD M RAKER, LIVING TRUST DTD 3/18/98, RICHARD M RAKER, 982 SHORELINE DR, SAN MATEO CA 94404-2025
2718780 +RICHARD MASON PC, PATRICA K SMOOTS, MICHAEL SCHMAHL, MCGUIRE WOODS LLP, 77 W WACKER DRIVE STE 4100, CHICAGO IL 60601-1818
2698023 +RICHARD MCKNIGHT, C/O LAW OFFICES OF RICHARD MCKNIGHT P.C., 330 S. THIRD ST., #900, LAS VEGAS, NV 89101-6016
2991255 RICHARD N KRUPP, 101 STATE PL STE 1, ESCONDIDO CA 92029-1365
2862942 +RICHARD NEVINS AND MICHELE NEVINS HWJTWROS, RICHARD NEVINS, 1547 BOB GOALBY LN, EL PASO TX 79935-4301
2865930 RICHARD R TRACY & URSULA TRACY HWJTWROS, PO BOX 1404, CARSON CITY NV 89702-1404
2861113 +RICHARD SMALL & JACQUELINE SMALL, TTEES OF THE SMALL FAMILY TRUST, RICHARD SMALL, 4801 CALLE SANTA CRUZE, PRESCOTT VALLEY AZ 86314-5128
2840649 +RICHARD THURMOND LTD PARTNERSHIP, 749 WILLOW AVENUE, HENDERSON, NV 89002-8351
2877751 RICHARD W. ESTERKIN, ASA S. HAMI, MORGAN LEWIS & BOCKIUS LLP, 300 SOUTH GRAND AVENUE, 22ND FLOOR, LOS ANGELES, CA 90071-3132
2865176 RITA P ANDERSON TRUST, JANET L CHUBB ESQ, JONES VARGAS, PO BOX 281, RENO NV 89504-0281
2808498 RNR LIVING TRUST DTD 10/1/04, C/O ROBERT LEVY & RENEE LEVY TTEES, 2115 BENSLEY ST, HENDERSON NV 89044-0155
2685003 +RNR Living Trust dated 10/1/04, c/o Robert Levy & Renee Levy Trustees, 2115 Bensley St, Henderson, NV 89044-0155
2865939 +ROACH, BLAIR & BARBARA K ROACH, PO BOX 1238, ZEPHYR COVE NV 89448-1238
2768818 +ROBERT & BEVERLEY CAROLLO, C/O MORSE & MOWBRAY, 300 S. FOURTH STREET, SUITE 1400, LAS VEGAS, NEVADA 89101-6021
2843851 ROBERT A KEHL AND TINA M KEHL, JANET L CHUBB ESQ, JONES VARGAS, PO BOX 281, RENO NV 89504-0281
2759815 +ROBERT A. COWMAN, SANDRA L. COWMAN, 1525 WINTERWOOD AVENUE, SPARKS, NV 89434-6730
2872118 +ROBERT C PATTERSON-ROGERS AND JOYCE, PATTERSON-ROGERS TTEES OF THE PATTERSON-, ROGERS FAMILY TRUST DTD 9/5/01, PO BOX 60175, LAS VEGAS NV 89160-0175
2855536 ROBERT D EARP, 609 N LAUREL ST, EL PASO TX 79903-3401
2844283 ROBERT D EARP IRA, 609 N LAUREL ST, EL PASO TX 79903-3401
2822269 ROBERT DIBIAS AND LOUISE G. SHERK, TRUSTEES OF LOUISE G. SHERK, MD,, EMPLOYEE BENEFIT PLAN, 3830 OCEAN BIRCH DRIVE, CORONA DEL MAR, CALIFORNIA 92625-1244
2872436 +ROBERT ESSAFF & CINDY H ESSAFF TTEES OF, THE ESSAFF FAMILY TRUST DTD 6/18/02, ROBERT & CINDY H ESSAFF, 2860 HEYBOURNE RD, MINDEN NV 89423-8826
2862106 ROBERT F AND TERRYLIN W SMITH TRUST DTD 2/6/92, C/O ROBERT F SMITH AND TERRYLIN W SMITH, PO BOX 40072, RENO NV 89504-4072
2863461 +ROBERT G FULLER TTEE OF THE, RGF REVOCABLE TRUST, ROBERT FULLER, 5172 ENGLISH DAISY WY, LAS VEGAS NV 89142-2740
2716526 +ROBERT G. WORTHEN, C/O KEVIN B. CHRISTENSEN, CHTD., 7440 W. SAHARA AVENUE, LAS VEGAS, NV 89117-2740
2843467 ROBERT H KNOBEL II AND MATTHEW S KNOBEL, 225 RIVERTON RD, WEDDINGTON NC 28104-6003
2798881 ROBERT H PERLMAN & LYNN R PERLMAN, TRUST DATED 9/17/92, C/O ROBERT H PERLMAN & LYNN R PERLMAN TT, 2877 PARADISE RD UNIT 3501, LAS VEGAS NV 89109-5278
2843845 ROBERT J AND RUTH ANN KEHL, JANET L CHUBB ESQ, JONES VARGAS, PO BOX 281, RENO NV 89504-0281
2804524 ROBERT J REINER ROTH IRA, 4643 CORDOBA WY, OCEANSIDE CA 92056-5105
2863448 +ROBERT J YODER & NANCY R DAVIS, TTEES OF THE DAVIS YODER TRUST DTD 2/16/, ROBERT YODER, 12291 PROSSER DAM RD, TRUCKEE CA 96161-2913
2863447 +ROBERT J YODER TTEE OF THE ROBERT J YODER, DEFINED BENEFIT PLAN, ROBERT J YODER, 12291 PROSSER DAM RD, TRUCKEE CA 96161-2913
2938130 +ROBERT J. ROWLEY & KATHLEEN M. ROWLEY LIVING TRUST, 398 ARBOLEDA ROAD, SANTA BARBARA, CA 93110-2002
2877752 +ROBERT P. GOE, GOE & FORSYTHE, 660 NEWPORT CENTER DRIVE, SUITE 320, NEWPORT BEACH, CA 92660-6499
2840194 ROBERT R LANGE FAMILY TRUST, BERNARD LANGE, TRUSTEE OF, ROBERT R LANGE FAMILY TRUST, 7915 ITELENA AVE, LAS VEGAS NV 89129
2840222 ROBERT S SPECKERT REV LIVING TRUST DTD 6/11/92, C/O ROBERT S SPECKERT TTEE, 2128 RED DAWN SKY ST, LAS VEGAS NV 89134-5538
2867660 +ROBERT VERCHOTA, 8365 S. BONITA VISTA ST., LAS VEGAS, NV 89148-4407
2867659 +ROBERT VERCHOTA, GENERAL PARTNER, R & N REAL ESTATE INVESTMENTS, 8365 S. BONITA VISTA ST., LAS VEGAS, NV 89148-4407
2829340 ROBERT W & JOAN H SCOTT, TRUST DATED 3/22/93, C/O ROBERT W SCOTT & JOAN H SCOTT TTEES, PO BOX 33014, LAS VEGAS NV 89133-3014
2805346 +ROBERTS, GEORGE, 1272 CASTLECOMBE LN, MONUMENT CO 80132-2861
2872128 +RODNEY L JOHNSTON & DIANE E JOHNSTON, TTEES OF THE JOHNSTON TRUST DTD 9/7/85, RODNEY JOHNSTON, 4326 ARCADIAN DR, CASTRO VALLEY CA 94546-1048
2775654 +RODNEY L ROLOFF & SHARYN A ROLLOFF, TTEES OF R&S ROLOFF TRUST DTD 9/20/03, C/O JOSHUA D BRYSK, LAW OFFICES OF JAMES G SCHWARTZ, 7901 STONERIDGE DR STE 401, PLEASANTON CA 94588-3656

2827632 ROGER N HAVEKOST, 204 N BLUE RIDGE TRL, HORSESHOE BAY TX 78657-5912
2825044 +ROHAY, MARQUERITE, 5935 W OAKEY BL, LAS VEGAS NV 89146-1289
2829301 +ROLAND CHAVEZ, 5 FALKNER DRIVE, LADERA RANCH, CA 92694-0924
2829665 +ROLLAND P WEDDELL, C/O MATTHEW J KREUTZER ESQ, HALE LANE PEEK DENNISON & HOWARD, 3930 HOWARD HUGHES PKWY 4TH FL, LAS VEGAS NV 89169-0947
2829650 +ROLLAND P WEDDELL, 2271 ARROWHEAD DR, CARSON CITY, NV 89706-0459
2866286 +ROMONOSKI, MAURY, 4429 PEACEFUL MORNING LN, LAS VEGAS NV 89129-3204
2863927 RONALD A & MARILYN JOHNSON, 50 SNIDER WAY, SPARKS NV 89431-6308
2865342 RONALD A JOHNSON TTEE OF CIBB INC, PENSION PLAN, C/O RONALD A JOHNSON, 50 SNIDER WY, SPARKS NV 89431-6308
2865341 RONALD A JOHNSON TTEE OF THE BUGARELLO INC, PROFIT SHARING PLAN, C/O RONALD A JOHNSON TTEE, 50 SNIDER WY, SPARKS NV 89431-6308
2863929 RONALD A JOHNSON TTEE OF THE BURGARELLO INC, PROFIT SHARING PLAN, C/O RONALD A JOHNSON TTEE, 50 SNIDER WAY, SPARKS NV 89431-6308
2863930 RONALD A JOHNSON TTEE OF THE CIBB INC, PENSION PLAN, C/O RONALD A JOHNSON, 50 SNIDER WAY, SPARKS NV 89431-6308
2855126 +RONALD ABRAMS & CLAIRE ABRAMS TTEES, RONALD ABRAMS ENT INC EMP RETIREMENT TRU, 2894 WOODWARDIA DR, LOS ANGELES CA 90077-2123
2864255 RONALD DOUGLAS NEAL, 22853 BOXWOOD LN, SANTA CLARITA CA 91390-4155
2819176 RONALD G GARDNER TRUST, C/O RONALD G GARDNER TTEE, 430 BAVARIAN DR, CARSON CITY NV 89705-7010
2829913 +RONALD G GARDNER TRUST, C/O JEFFREY L HARTMAN ESQ, 510 W PLUMB LN STE B, RENO NV 89509-3693
2819167 RONALD KREYKES & LINDA KREYKES, 4928 WIND HILL CT W, FT WORTH TX 76179-6410
2839936 RORY L TRIANTOS, 13842 MALCOM AVE, SARATOGA CA 95070-5314
2683165 ++ROSA A ALVAREZ, PO BOX 401543, LAS VEGAS NV 89140-1543
(address filed with court: Rosa A. Alvarez, P O Box 2042, Las Vegas, NV 89125)
2840233 +ROSALIE A MORGAN IRA, 6869 EAGLE WING CIR, SPARKS NV 89436-8496
2840234 +ROSALIE ALLEN MORGAN TRUST DTD 1/31/03, C/O ROSALIE ALLEN MORGAN TTEE, 6869 EAGLE WING CIR, SPARKS NV 89436-8496
2865936 +ROSANNE L CLARK A SINGLE WOMAN, 2350 HIGH TERRACE DR, RENO NV 89509-5075
2716525 +ROSEBERRY FAMILY LP, C/O KEVIN B. CHRISTENSEN, CHTD., 7440 W. SAHARA AVENUE, LAS VEGAS, NV 89117-2740
2803204 +ROSENTHAL, ARNOLD, 6059 WOODMAN AVE, VAN NUYS CA 91401-2925
2988852 +ROSS DELLER SR, 5796 AMBASSADOR AVE #102, LAS VEGAS NV 89122-0253
2829313 ++++ROTOLA, LOUIS, 100 SUNRISE RANCH RD, LOVELAND CO 80538-9603
(address filed with court: ROTOLA, LOUIS, 5569 N COUNTRY ROAD 29, LOVELAND CO 80538)
2829344 +ROUTSIS, THALIA, PO BOX 4311, INCLINE VILLAGE NV 89450-4311
2829352 +ROUTSISS, THALIA, PO BOX 4311, INCLINE VILLAGE NV 89450-4311
2814009 +ROY R VENTURA JR & NANCY B VENTURA, AMERICAN EMBASSY-JAKARTA, UNIT 8135 USAID, FPO AP 96520-8135, ARMED FORCES PACIFIC
2829308 +ROYAL LANDHOLDINGS LLC, C/O0 DANIEL J MCCARTHY, 300 S GRAND AVE 37TH FL, LOS ANGELES CA 90071-3147
2718253 +ROYAL VACATION SUITES, INC., C/O JOAN C. WRIGHT, ESQ., 402 NORTH DIVISION STREET, POST OFFICE BOX 646, CARSON CITY, NV 89702-0646
6561044 RUDI EICHLER, 5112 ALFINGO ST., LAS VEGAS, NV 89135-3215
2865924 RUDOLF WINKLER IRA, 10000 ROSSBURY PL, LOS ANGELES CA 90064-4826
2829322 +RULON, PHILLIP, 2800A WRONDEL WAY, RENO NV 89502-4297
2683083 +RUPP AERIAL PHOTOGRAPHY, INC., 4340 S. VALLEY VIEW BLVD., #200, LAS VEGAS, NV 89103-4048
2683084 +RUSSELL AD DEVELOPMENT GROUP, LLC, P.O. BOX 28216, SCOTTSDALE, AZ 85255-0153
2988843 RUSSELL J ZUARDO & BETTY J ZUARDO COMMUNITY, PROPERTY TRUST RESTATED 5/5/00, C/O RUSSELL J ZUARDO & BETTY J ZUARDO TT, 1296 HIGH FOREST AVE, LAS VEGAS NV 89123-3803
2825031 +RUSSELL JR, FRANK, 3314 PACES FERRY RD SE, ATLANTA GA 30339-3738
2933239 +RUTH ACOSTA T/A LIBERTY RESOURCE MANAGEMENT, 2546 GENERAL ARMISTEAD AVE, NORRISTOWN PA 19403-5230
2801713 +RUTH E RUDD REVOCABLE TRUST, DTD 11/11/92, C/O RUTH E RUDD TTEE, 1519 DEERFORD CIR, LAS VEGAS NV 89110-1984
2862947 +RUTH ZIMMERMAN AN UNMARRIED WOMAN AND, MOSHE KIRSH AN UNMARRIED MAN JTWROS, 15721 MILBANK ST, ENCINO CA 91436-1636
2825047 RUTHERFORD, INGRID A, TTEE OF THE INGRID A RUTHERFORD, FAMILY TRUST DTD 7/8/99, I.A.R. CMR 419, PO BOX 224, APO AE 9102
2685111 +Rabinder Maheshwari and Usha Maheshwari, 101 Utah St Room 130, San Francisco, CA 94103-4839
2685791 +Rachel Riehle, 9962 Westhaven Circle, Westminster, CA 92683-7552
2686560 +Rachel Wheeler Trust, c/o Rachel Wheeler, Trustee, 739 W Windsor Drive, St George, UT 84770-6154
2685708 +Rains Properties, LP, P O Box 12088, Las Vegas, NV 89112-0088
2686033 +Ralph A. Shively, 1100 Cottonwood Road, Reno, NV 89511-4716
2686643 +Ralph E. Worthing & Maryanne H. Worthing, 443 Arboles RR2, Bishop, CA 93514-7651
2686564 +Ralph M. White, 426 Whitewater Drive, Bullhead City, AZ 86442-5216
2686229 +Ralph Raymond Storch IRA, c/o First Savings Bank Custodian, 13424 Lark Court, Redding, CA 96003-8928
2684587 +Ralph V. Hogue, 1367 E Rosemary Trail, Casa Grande, AZ 85122-1159
2685711 +Ralston Family Trust, dated 5/16/00, c/o Phillip N. Ralston and Benita M. Ral, 28 Hassayampa Trail, Henderson, NV 89052-6667
2686130 +Ramon L. Snyder & Linda L. Snyder Family, c/o Ramon L. Snyder & Linda L. Snyder Tr, 405 Graeagle Court, Lincoln, CA 95648-8676
2685586 +Ramon Pazos and Maria V. Pazos, 7653 NW 88th Lane, Tamarac, FL 33321-2407
2685717 +Ramos Family Trust dated 8/27/97, c/o Leonard J. Ramos & Claudia C. Ramos, 115 Mia Vista Court, Reno, NV 89502-9100
2829074 +Ramsey, Aaron & Lara, 7713 N 41st St, Niwot CO 80503-8842
2686246 +Rand Sullivan, 215 Stags Leap Circle, Sparks, NV 89441-7284

2683820 +Randall B. Danielson & Teri D. Nanko, 5 Deauville, Newport Coast, CA 92657-1067
2684085 +Randall L. Fela & Roberta L. Fela, 3661 E Elderberry Street, Pahrump, NV 89048-0910
2685034 +Randall Lococo & Allison Lococo, 3001 San Luis Court, Fort Collins, CO 80525-6631
2685721 +Randall Revocable Living Trust dated 05/, c/o John M. Randall & Shirley A. Randall, 11761 View Dr, Grass Valley, CA 95945-8851
2684290 +Randall S. Gonzales and Carissa L. Chapm, 4112 Boston Bell Court, North Las Vegas, NV 89031-3684
2685234 +Randi E. McHugh, 4790 Caughlin Pkwy #239, Reno, NV 89519-0907
2685900 +Randy Sanchez IRA, c/o First Savings Bank Custodian, 5713 N White Sands Rd, Reno, NV 89511-5668
2683643 +Ranee L. Ceglia, 3720 Poco Lena Court, Washoe Valley, NV 89704-9646
2685977 +Rare Earth Real Estate, 3885 Sleepy Hollow Dr, Reno, NV 89502-8673
2683930 +Raul A. Domiguez, P O Box 1531, Lovelock, NV 89419-1531
2686632 +Raul A. Wood, 5211 N Lisa Lane, Las Vegas, NV 89149-4647
2683228 +Ray Assar Separate Property Trust dated, c/o Ray Assar, Trustee, 7 Fecam, Newport Coast, CA 92657-1056
2685730 +Ray Family Trust dated 6/28/89, c/o Robert E. Ray & Peggie Ray Trustees, 1202 Jessie Rd, Henderson, NV 89002-9242
2683709 +Ray L. Coffin, 4179 Mentone Avenue, Culver City, CA 90232-3440
2683708 +Ray L. Coffin & Toni H. Coffin, 4179 Mentone Avenue, Culver City, CA 90232-3440
2685731 +Ray Properties, LLC, 1202 Jessie Rd, Henderson, NV 89002-9242
2685371 +Raymond C. Moore & Rose Moore, 902 University Ridge Dr, Reno, NV 89512-4515
2684457 +Raymond E. & Margaret Elise Harshman Fam, c/o Raymond E. Harshman & Margaret E. Ha, PO Box 716, Oceanside, CA 92049-0716
2683503 +Raymond E. Brown, 24 Danbury lane, Irvine, CA 92618-3972
2683448 +Raymond F. Brant and Ann L. Brant Trust,, c/o Raymond F. Brant and Ann L. Brant Tr, P O Box 728, Diablo, CA 94528-0728
2684483 Raymond G. Hawkins, 940 Venetian Shores Blvd., Islamorada, FL 33036
2683998 +Raymond J. Eberlin & Karen Eberlin, P O Box 6795, Stateline, NV 89449-6795
2684496 +Raymond J. Healey, 330 S. Decatur Blvd #360, Las Vegas, NV 89107-2804
2686703 +Raymond J. Zurfluh, Jr. & Shirley J. Zur, 120 Danbury Dr, Redding, CA 96003-7517
2686115 +Raymond M. Smith Revocable Trust dated 3, c/o Raymond M. Smith & Margaret M. Smith, P O Box 1195, Minden, NV 89423-1195
2683728 +Raymond T. Colhouer for the benefit of G, 4328 Threashold Ct, North Las Vegas, NV 89032-1143
2684353 +Raymond T. Grenier, Jr. Trust dated 2/10, c/o Raymond T. Grenier Jr.Trustee, 450 La Costa Circle, Dayton, NV 89403-8783
2686395 +Raymond Troll Trust, c/o Raymond Troll Trustee, 77-420- Sky Mesa Lane, Indian Wells, CA 92210-6103
2683602 +Reba Jo Cardwell, 505 E Windmill Lane 1-B-158, Las Vegas, NV 89123-1869
2683910 +Rebecca A. Dickson Family Trust dated 7/, c/o Rebecca A. Dickson, Trustee, 1030 Caughlin Crossing, Reno, NV 89519-0612
2685835 +Rebecca A. Rogers Trust dated 9/18/96, c/o Rebecca A. Rogers Trustee, 2309 Sierra Heights Dr, Las Vegas, NV 89134-5108
2685739 +Reber Family Trust dated 01/18/99, c/o John J. Reber Trustee, P O Box 570032, Las Vegas, NV 89157-0032
2685754 +Rehberger Family Trust dated 6/17/92, c/o Annemarie Rehberger, Trustee, P O Box 3651, Incline Village, NV 89450-3651
2683383 +Rene C. Blanchard Charitable Remainder T, c/o Rene C. Blanchard Trustee, 3131 West Meade Ave A1, Las Vegas, NV 89102-7809
2683384 +Rene C. Blanchard Revocable Living Trust, c/o Rene C. Blanchard Trustee, 3131 West Mead Ave A1, Las Vegas, NV 89102-7809
2684976 +Renee Leff-Kaplan, 4330 Romero Drive, Tarzana, CA 91356-5510
2686373 +Reno Aeronautical Corporation Defined Be, c/o Richard R. Tracy Trustee, P O Box 1404, Carson City, NV 89702-1404
2686302 +Resident Agents of Nevada, Inc., 711 S Carson St Ste #4, Carson City, NV 89701-5292
2686024 +Restated Shelton Revocable Trust dated 1, c/o Phillip Eugene Shelton, Trustee, 75653 Camino De Paco, Indian Wells, CA 92210-7605
2685808 +Retirement Accounts Inc. CFBO Judd Robb, 1340 Anderson Creek Rd, Talent, OR 97540-7719
2685215 +Revocable Living Trust Agreement of Barb, c/o Barbara McClaflin Trustee, 1472 Thurston Ave #201, Honolulu, HI 96822-3600
2685954 +Revocable Living Trust Dtd 12/22/98, c/o Marc D. & Jane R. Schorr Trustees, P O Box 15107, Las Vegas, NV 89114-5107
2684422 +Reynold E. Palesh Trust dated 6/17/01, c/o Lynn J. Hansen Trustee, 8912 E Pinnacle Peak Rd F9-602, Scottsdale, AZ 85255-3659
2685774 +Rhoades Passive Investments, LLC, 3385 Meridian Lane, Reno, NV 89509-3841
2685933 +Rhoda Dybvig Schaefer Revocable Living T, c/o Rhoda Dybvig Schaefer Trustee, 2173 Burris Hill Drive, Henderson, NV 89052-7132
2684250 +Ricardo & Rose Giannetti Trust, c/o Ricardo Giannetti & Rose Giannetti T, 5295 Via Andalusia, Yorba Linda, CA 92886-5018
2685780 +Rich Family Trust dated 12/1/95, c/o Curtis L. Rich & Deborah N. Rich Tru, P O Box 2884, Truckee, CA 96160-2884
2684512 +Richard A Helmberger IRA, c/o First Savings Bank Custodian, 39080 Santa Rosa Ct, Murrieta, CA 92563-7872
2683466 +Richard A. Brening, Sr. and Helen R. Bre, c/o Richard A. Brening, Sr. and Helen R., 656 Goldstrike Court, Lincoln, CA 95648-8338
2684513 +Richard A. Helmberger, 2300 Rock Springs Dr # 2044, Las Vegas, NV 89128-3150
2684514 +Richard A. Helmberger & Genene M. Helmbe, 2300 Rock Springs Dr # 2044, Las Vegas, NV 89128-3150
2684709 +Richard A. Johnson, PO Box 1844, Zephyr Cove, NV 89448-1844
2685481 +Richard A. Nielsen Inc., 1305 Bonnie Cove Ave, Glendora, CA 91740-5204

2685482 +Richard A. Nielsen Incorporated Profit S, 1305 Bonnie Cove Ave, Glendora, CA 91740-5204
2685572 +Richard A. Paroli and Nancy C. Paroli, 522 Barkentine Lane, Redwood City, CA 94065-1128
2683131 +Richard Adams Revocable Trust U/T/A date, c/o Richard G. Adams & Janet L. Adams Tr, 6990 E Thirsty Cactus LAne, Scottsdale, AZ 85266-7302
2684969 +Richard C. L. Lee & Estella W. Y. Lee, 1446 35th Avenue, San Francisco, CA 94122-3117
2683624 +Richard Case, 3333 228th St Southeast 46, Bothel, WA 98021-8953
2683794 +Richard Cruise & Margaret Cruise, 8021 Divernon Avenue, Las Vegas, NV 89149-4942
2683298 +Richard D. Barzan and Lelia J. Barzan, 7231 Langworth Rd, Oakdale, CA 95361-7822
2683897 +Richard E. Di Jorio, 856 Nonie St, Santa Rosa, CA 95403-2018
2685948 +Richard E. Schneider & Phyllis I. Pratt, c/o Richard E. Schneider & Phyllis I. Pr, 3424 Herring Gull Lane, North Las Vegas, NV 89084-2424
2686345 +Richard E. Thurmond Limited Partnership, 749 Willow Ave, Henderson, NV 89002-8351
2684889 +Richard F. Kudrna Jr., P O Box 2846, Gardnerville, NV 89410-2846
2686426 +Richard F. Ulrich, 1849 Amsterdam, Scotia, NY 12302-6312
2683133 +Richard G. Adams IRA, c/o Smith Barney/CGM Custodian, 6990 E Thirsty Cactus Lane, Scottsdale, AZ 85266-7302
2684048 +Richard G. Evans IRA, c/o First Savings Bank Custodian, 7143 Via Solana, San Jose, CA 95135-1338
2686481 +Richard G. Vrbancic, 103 Willowbrook Dr, Waren, OH 44483-4630
2686641 +Richard G. Worthen Family Trust, c/o Richard G. Worthen and La Rue S. Wor, 125 Worthen Circle, Las Vegas, NV 89145-4017
2683894 +Richard Harrison DeVoe, 2708 Oak Road #42, Walnut Creek, CA 94597-2857
2684613 +Richard Houlihan, P.O. Box 18977, Reno, NV 89511-0550
2684647 +Richard Ianni, 2840 N Ocean Blvd #1004, Fort Lauderdale, FL 33308-7501
2684453 +Richard J. Harris Trust dated 1/6/95, c/o Richard J. Harris Trustee, 2400 West Coast Hwy Suite K, Newport Beach, CA 92663-4733
2684735 +Richard J. Kane & Dianne M. Kane, 2525 Greensboro Point, Reno, NV 89509-5708
2684455 +Richard K. Harrison, 5463 Sierra Brook Court, Las Vegas, NV 89149-0902
2684824 +Richard Kim, 139 Skyview Way, San Francisco, CA 94131-1228
2684843 +Richard Kleinbaum & Jennifer Kleinbaum, 419 Indigo Springs, Henderson, NV 89014-3739
2683558 +Richard L. Cadieux IRA, c/o First Savings Bank Custodian, 1730 Terrace Heights Ln, Reno, NV 89523-1832
2684029 +Richard L. English, 6727 East Swarthmore Drive, Anaheim, CA 92807-5040
2684672 +Richard L. Jagodzinski Trust dated 4/8/9, c/o Richard L. Jagodzinski Trustee, 4615 Monterey Circle # 2, Las Vegas, NV 89169-7120
2686677 +Richard L. Younge IRA, c/o First Savings Bank Custodian, 6131 SW Luradel St, Portland, OR 97219-5737
2684169 +Richard Leon France, 46 Nelson Court, Daly City, CA 94015-2820
2684505 +Richard M. Heinen, P O Box 401, Windermere, FL 34786-0401
2685709 +Richard M. Raker Living Trust dated 3/18, c/o Richard M. Raker, Trustee, 982 Shoreline Dr, San Mateo, CA 94404-2025
2685238 +Richard McKnight IRA, c/o First Savings Bank Custodian, 330 South Third Street, Las Vegas, NV 89101-6032
2683180 +Richard N. Anderson Separate Property Tr, c/o Richard N. Anderson Trustee, 7417 Oak Grove, Las Vegas, NV 89117-1455
2683811 +Richard N. Dahlke,, 25 Harmony Lane, Walnut Creek, CA 94597-2434
2684881 +Richard N. Krupp, 101 State Place Ste. I, Escondido, CA 92029-1365
2685464 +Richard Nevins & Michele Nevins, 1547 Bob Goalby, El Paso, TX 79935-4301
2685665 +Richard Pocock & Cathy Pocock, 1101 West Broadway, Needles, CA 92363-2704
2683957 +Richard R. Dubovick & Joan M. Dubovick T, c/o Richard R. Dubovick & Joan M. Dubovi, 3670 Chama Avenue, Las Vegas, NV 89121-6034
2686372 +Richard R. Tracy & Ursula W. Tracy, P. O. Box 1404, Carson City, NV 89702-1404
2686642 +Richard S. Worthen Family Trust dated 5/, c/o Richard S. Worthen and Stephany Wort, 117 Worthen Circle, Las Vegas, NV 89145-4017
2686095 +Richard Small IRA, c/o First Savings Bank Custodian, 4801 Calle Santa Cruz, Prescott Valley, AZ 86314-5128
2684119 +Richard T. Fiory Revocable Trust dated 0, c/o Richard T. Fiory Trustee, 55 New Montgomery Blvd #805, San Francisco, CA 94105-3435
2684262 +Richard W. Gilmour IRA, c/o First Savings Bank custodian, PO Box 1241, Camano Island, WA 98292-1241
2685429 +Richard W. Murphy & Virgnia E. Murphy Re, c/o Richard W. Murphy & Virgnia E. Murph, 255 Stags Leap Circle, Sparks, NV 89441-7285
2686622 +Richard Woldorsky, 2517 Lynn Avenue South, St. Louis Park, MN 55416-3953
2684050 +Richard Z. Evans, 10409 Summershade Lane, Reno, NV 89521-5168
2685784 +Richardson Family Trust Under Agreement, c/o Frank W. Richardson & Margaret S. Ri, 8 Corte Ladino, San Clemente, CA 92673-6876
2685792 +Rifkin 2000 Trust, c/o Allen Rifkin & Rosalyn Rifkin Truste, 10024 Pinnacle View Place, Las Vegas, NV 89134-2596
2685795 +Riley Family Trust dated 8/12/04, c/o Michael R. Riley and Carol M. Riley, 2025 Hot Oak Ridge, Las Vegas, NV 89134-5517
2683267 +Rina Baraz & Boris Baraz, 28955 Bardell Drive, Agoura Hills, CA 91301-2133
2686295 +Rita B. Taylor Revocable Living Trust da, c/o Rita B. Taylor Trustee, P O Box 81, McArthur, CA 96056-0081
2685115 +Rita K. Malkin Trust dated 7/26/2002, c/o Rita K. Malkin Trustee, 1705 Burwood Circle, Reno, NV 89521-4219
2683181 +Rita P. Anderson Trust, c/o Rita P. Anderson Trustee, 211 Copper Ridge Court, Boulder City, NV 89005-1211
2684276 +Robert & Alicia Goffstein Trust dated 2/, c/o Robert Goffstein Trustee, 1440 McDonald Ranch Dr, Henderson, NV 89012-7247

2686092 +Robert & Mary Sleeper Family Trust dated, c/o Robert D. Sleeper & Mary A. Sleeper, 4340 Johanna Road, Aptos, CA 95003-2730
2683766 +Robert A. Cowman & Sandra L. Cowman, 1525 Winterwood Ave, Sparks, NV 89434-6730
2684786 +Robert A. Kehl & Tina M. Kehl, 9001 Lincoln Road, Fulton, IL 61252-9724
2807073 +Robert A. Russell, 8585 E. Hartford Drive, Ste., 500, Scottsdale, AZ 85255-5474
2685939 +Robert A. Schell IRA, c/o First Savings Bank Custodian For, 855 Blue Spruce Rd, Reno, NV 89511-8757
2685994 +Robert A. Shaddy, 7968 Marbella Circle, Las Vegas, NV 89128-2801
2686251 +Robert A. Susskind, 9900 Wilbur May Pkwy #206, Reno, NV 89521-4002
2683338 +Robert B. Bender & Paula S. Bender, 733 Champagne, Incline Village, NV 89451-8000
2683335 +Robert B. Bender, IRA, c/o First Savings Bank Custodian, 733 Champagne, Incline Village, NV 89451-8000
2683707 +Robert B. Cockayne Revocable Trust dated, c/o Robert B. Cockayne Trustee, 6501 Red Hook Plaza Ste 201 PMB 7, St. Thomas, VI 00802-1305
2684951 +Robert B. Lawrence and Patricia A. Lawre, 44560 Country Club Dr, El Macero, CA 95618-1046
2685068 +Robert B. Lundberg, 340 E 300 N, Manti, UT 84642-1152
2683346 +Robert Bennett & Dorothy Bennett, 426 W Englewood Ave, Chicago, IL 60621-3238
2683345 +Robert Bennett & Michele Bennett, 426 W Englewood Ave, Chicago, IL 60621-3238
2684371 +Robert C. Gunning & Nancy R. Gunning, 6627 Long Lake Drive, Nine Mile Falls, WA 99026-9542
2686368 +Robert C. Toombes and Patsy G. Toombes, P. O. Box 11665, Zephyr Cove, NV 89448-3665
2683607 +Robert Carollo & Beverly Carollo, 5607 Gateway Road, Las Vegas, NV 89120-3811
2683991 +Robert D. Earp, 609 North Laurel, El Paso, TX 79903-3401
2683988 +Robert D. Earp IRA, c/o First Savings Bank Custodian, 609 North Laurel, El Paso, TX 79903-3401
2685072 +Robert D. Lurie and Lois J. Swanson, 11812 Marble Arch Drive, North Tustin, CA 92705-2946
2685398 +Robert D. Moskowitz, 387 Jalisco Court, Camarillo, Ca 93010-6246
2685642 +Robert D. Phillips, 5382 Edinger Avenue, Huntington Beach, CA 92649-1503
2683540 +Robert E. Burnett Jr., PSC 2 Box 6533, APO, AE 09012-0015
2684630 +Robert E. Hughes, 3465 Brittlewood Avenue, Las Vegas, NV 89120-2010
2685268 +Robert E. Meldrum, 7077 Heatherwood Drive, Reno, NV 89523-2094
2685729 +Robert E. Ray IRA, c/o First Savings Bank Custodian, 1202 Jessie Rd, Henderson, NV 89002-9242
2683182 +Robert F. Anderson & Roberta J. Anderson, 530 E. Bonanza Dr, Carson City, NV 89706-0201
2685896 +Robert F. Samuels & Linda M. Samuels, 5324 Boca Marina Circle North, Boca Raton, FL 33487-5221
2686116 +Robert F. and Terrylin W. Smith Trust da, c/o Robert F. Smith and Terrylin W. Smit, P O Box 40072, Reno, NV 89504-4072
2683356 +Robert G. Berry Jr. and Jeannette K. Ber, 4460 Mountaingate Dr., Reno, NV 89519-7921
2684197 +Robert G. Fuller IRA, c/o First Savings Bank Custodian, 5172 English Daisy Way, Las Vegas, NV 89142-2740
2686053 +Robert G. Sikorski, 2877 Paradise Road 2702, Las Vegas, NV 89109-5245
2686306 +Robert G. Teeter, 4201 Via Marina Suite 300, Marina Del Rey, CA 90292-5237
2684241 +Robert Geiger & Ruth Geiger, 1352 Mt Hood Street, Las Vegas, NV 89110-1916
2684853 +Robert H. Knobel II, and Matthew S. Knob, 225 Riverton Rd, Weddington, NC 28104-6003
2685613 +Robert H. Perlman & Lynn R. Perlman Trus, c/o Robert H. Perlman & Lynn R. Perlman, 2877 Paradise Road 3501, Las Vegas, NV 89109-5278
2685962 +Robert H. Schultz & Sharon L. Schultz Li, c/o Robert H. Schultz & Sharon L. Schult, P.O. Box 8648, South Lake Tahoe, CA 96158-1648
2684574 +Robert Hitchins, 5935 30th Ave Apt 214, Gulfport, FL 33707-5335
2799537 +Robert J Rowley & Kathleen M Rowley Living Tst, c/o Peter Susi Esq., Michaelson Susi & Michaelson, 7 West Figueroa Street 2nd Floor, Santa Barbara, CA 93101-3191
2683644 +Robert J. Centanni, Sr. & Susan R. Centa, P O Box 458, Genoa, NV 89411-0458
2683765 +Robert J. Cowen Trust dated 11/7/97, c/o Robert J. Cowen Trustee, 10403 Sawmill Avenue, Las Vegas, NV 89134-5226
2683807 +Robert J. D’Ambrosio, 14 Madrono Court, Corte Madera, CA 94925-1645
2683805 +Robert J. D’Ambrosio Contributory IRA, c/o First Savings Bank Custodian, 14 Madrono Court, Corte Madera, CA 94925-1645
2683806 +Robert J. D’Ambrosio IRA, c/o First Savings Bank Custodian, 14 Madrono Court, Corte Madera, CA 94925-1645
2684787 +Robert J. Kehl & Ruth Ann Kehl, 4963 Mesa Capella Dr, Las Vegas, NV 89148-1441
2685140 +Robert J. March, 5305 Tannerwood Dr, Reno, NV 89511-8012
2685760 +Robert J. Reiner Roth IRA, c/o First Trust Co. Of Onaga Custodian, 4643 Cordoba Way, Oceanside, CA 92056-5105
2685860 +Robert J. Rossetter & Jane L. Rossetter, 1090 S E Shadowood Dr, Bend, OR 97702-2490
2685978 +Robert J. Scott & Lois Mae Scott, 2100 Plaza Way Apt 101, Walla Walla, WA 99362-9298
2686665 +Robert J. Yoder Defined Benefit Plan, c/o Robert J. Yoder Trustee, 12261 Prosser Dam Rd, Truckee, CA 96161-2913
2683312 +Robert L. Beall & Vicki E. Beall, 1802 East Park Avenue, Gilbert, AZ 85234-6104
2683348 +Robert L. Benson and Mona L. Benson, 605 Centennial Drive, Whitefish, MT 59937-3263
2684424 +Robert L. Hansen & Patricia S. Hansen, PO Box 110, Clio, CA 96106-0110
2685591 +Robert L. Pech & Judith G. Pech Family T, c/o Robert L. Pech & Judith G. Pech Trus, 80382 Green Hills Drive, Indio, CA 92201-0839
2685590 +Robert L. Pech, IRA, c/o First Savings Bank Custodian, 80382 Green Hills Dr, Indio, CA 92201-0839
2686042 +Robert L. Shurley IRA, c/o First Savings Bank Custodian For, 4501 Gun Smoke Circle, North Las Vegas, NV 89031-2124
2683282 +Robert M. Barnes & Violet M. Barnes, 105 Devere Way, Sparks, NV 89431-2309
2684000 +Robert M. Ebinger, 812 South 6th Street, Las Vegas, NV 89101-6924
2686296 +Robert M. Taylor & Lettie Ladelle Taylor, 275 La Cuenta Circle, Henderson, NV 89074-5925

2683183 +Robert P. Anderson Revocable Living Trus, c/o Robert P. Anderson, Trustee, 3363 Rolan Court, Las Vegas, NV 89121-3738
2737956 +Robert Patterson, Rogers and Joyce Patterson-Rogers, TEES, of the Patterson-Rogers Family 2001 Trus, PO Box 60175, Las Vegas, NV 89160-0175
2686486 +Robert R. Wade & Shirley E. Wade, P.O. Box 911209, St George, UT 84791-1209
2686487 +Robert R. Wade Revocable Trust dated 5/2, c/o Robert R. Wade Trustee, P.O. Box 911209, St. George, UT 84791-1209
2684934 Robert Richard Lange Family Trust, c/o Robert Richard Lange, Trustee, 774 Silver Wells Rd, Las Vegas, NV 89149
2685826 +Robert Roeder & Patricia Roeder, 728 Carpenter Drive, Las Vegas, NV 89107-3459
2684002 Robert Roy Ecker, RR 1 Box 4482, Kooskia, ID 83539
2683192 +Robert S. Angel IRA, c/o Pensco Trust Company Custodian, 13419 W. Ballard Drive, Sun City West, AZ 85375-1727
2686153 +Robert S. Speckert Rev. Living Trust dat, c/o Robert S. Speckert Trustee, 2128 Red Dawn Sky St, Las Vegas, NV 89134-5538
2686531 +Robert S. Watson & Joyce A. Watson, 2903 Wimpole Court, Louisville, KY 40218-4774
2686009 +Robert Shapiro & Betty Grant, 139 Weatherstone Drive, Henderson, NV 89074-3302
2686152 +Robert Speckert IRA, c/o First Trust Co. of Onaga Custodian, 2128 Red Dawn Sky St, Las Vegas, NV 89134-5538
2686245 +Robert Sullivan IRA, c/o First Savings Bank Custodian, 21005 Rios Street, Woodland Hills, CA 91364-5544
2683911 Robert T. Dietz Family Trust of 1997, c/o Robert T. Dietz Trustee, PO Box 612599, South Lake Tahoe, CA 96152
2685353 +Robert T. Monsen IRA, c/o First Savings Bank custodian, 711 Anrey Ct, Murphys, CA 95247-9630
2686634 +Robert T. Wood, 774 Mays Blvd #10-191, Incline Village, NV 89451-9669
2686287 +Robert Taylor IRA, c/o First Savings Bank Custodian, 275 La Cuenta Circle, Henderson, NV 89074-5925
2684331 +Robert W. & Gail A. Gray Revocable Trust, c/o Gail A. Gray and Robert W. Gray, Tru, 4572 Telephone Rd #912, Ventura, CA 93003-5663
2685979 +Robert W. & Joan H. Scott Trust dated 3/, c/o Robert W. Scott & Joan H. Scott Trus, P O Box 33014, Las Vegas, NV 89133-3014
2684506 +Robert W. Heinsohn & Phyllis A. Heinsohn, c/o Robert W. Heinsohn & Phyllis A. Hein, 546 Wedge Lane, Fernley, NV 89408-5657
2684564 +Robert W. Hill, 4900 San Timoteo Ave NW, Albuquerque, NM 87114-3813
2684650 +Robert W. Inch IRA, c/o First Savings Bank Custodian, 73487 Purselane, Palm Desert, CA 92260-5723
2685812 +Robert Wm. Roberts & Donna R. Roberts, 4708 NE. 199th Ave, Vancouver, WA 98682-9162
2686565 +Robert White & Mary Etta White, 982 E 5575 S, Ogden, UT 84405-7056
2685079 +Roberta J. Lycett, 2806 Otsego Drive, Oak Hill, VA 20171-2444
2685257 +Robin E. McQuown and Brian C. McQuown, 2399 Brockton Way, Henderson, NV 89074-5462
2684611 +Rochelle Hornsby Trust dated 1/92, c/o Rochelle Hornsby Trustee, 3959 Pembridge Ct, Las Vegas, NV 89121-4857
2737955 +Rochelle Hornsby, TEE of the Rochelle, Hornsby Trust Dated 1/92, 3959 Pembridge Ct, Las Vegas, NV 89121-4857
2825489 +Rocklin Redding LLC, c/o Stephen R. Harris, Esq., 417 W. Plumb Lane, Reno, NV 89509-3766
2686127 +Rocklin/Redding LLC, 278 Sussex St, Carson City, NV 89703-5360
2685022 +Roderick W. Lins, 1502 Stanford Drive, Carson City, NV 89701-3473
2683578 +Roger Canary IRA, c/o First Savings Bank Custodian, 561 Calle de La Plata, Sparks, NV 89441-8519
2684249 +Roger L. Ghormley & Frances L. Ghormley, 2770 Harbor Hills Lane, Las Vegas, NV 89117-7629
2684677 +Roger L. Janssen, 16600 92nd Ave. N, #324, Maple Grove, MN 55311-5455
2686675 +Roger L. Young, P.O. Box 18797, Reno, NV 89511-0797
2684480 +Roger N. Havekost, 204 N Blue Ridge Trail, Horseshoe Bay, TX 78657-5912
2685492 +Roger Noorthoek, 13910 Northwest Passage #106, Marina Del Rey, CA 90292-7445
2683184 +Roger Scott Anderson & Tiffiny Leigh And, 116 Newcastle Drive, Jacksonville, NC 28540-4093
2685830 +Rogers Revocable Living Trust dated 04/, c/o Darrell Rogers & Patricia Rogers Tru, 2869 Del Mar Dr., Minden, NV 89423-7841
2685104 +Rogie C. Madlambayan, 29 Olive Tree Court, Henderson, NV 89074-1595
2685105 +Rogie Madlambayan Trust dated 2/22/05, c/o Rogie Madlambyan Trustee, 29 Olive Tree Court, Henderson, NV 89074-1595
2685836 +Roisentul Family Trust, c/o Saul Roisentul & Ilene Roisentul Tru, 74075 Kokopelli Circle, Palm Desert, CA 92211-2075
2683658 +Roland Chavez & Assoc., Inc. Defined Ben, c/o Roland Chavez, Administrator, 5 Falkner Drive, Ladera Ranch, CA 92694-0924
2684497 +Roland J. Hearn & Risa V.S. Hearn Living, c/o Roland J. Hearn & Risa V.S. Hearn Tr, 3080 S Needles Hwy Ste 2700-80, Laughlin, NV 89029-1400
2686401 +Rolf Tschudi and Louise Tschudi 1989 Rev, c/o Rolf Tschudi and Louise Tschudi, Tru, 2320 15th Ave., San Francisco, CA 94116-2502
2825246 +Rolland P. Weddell, c/o Matthew J. Kreutzer, Esq., Hale Lane Peek Dennison and Howard, 3930 Howard Hughes Parkway, 4th Floor, Las Vegas, Nevada 89169-0947
2685841 +Rommel Family Trust dated 10/6/78, c/o Nancy E. Rommel Trustee, 1980 Silverleaf Circle, #M308, Carlsbad, CA 92009-8447
2685399 +Ron L. Moskowitz, 4724 Mascagni St, Ventura, Ca 93003-0384
2684710 +Ronald A. Johnson & Marilyn Johnson, 50 Snyder Way, Sparks, NV 89431-6308
2683113 +Ronald Abrams Enterprises Inc. Employee, c/o Ronald Abrams & Claire Abrams Truste, 9665 Wilshire Blvd Ste 101, Beverly Hills, CA 90212-2320
2683547 +Ronald C. Busk Separate Property Trust d, c/o Ronald C. Busk Trustee, 10624 S Eastern Avenue A161, Henderson, NV 89052-2982

2684819 +Ronald D. Kiel Trust dated 6/2/93, c/o Ronald D. Kiel, Trustee, 700 Marker Ln, Lovelock, NV 89419-5102
2685443 +Ronald Douglas Neal, 22853 Boxwood Lane, Saugus, CA 91390-4155
2685877 +Ronald F. Ryan and Mary A. Ryan, 217 Pancho Via Dr, Henderson, NV 89012-5016
2684689 +Ronald G Doe GST Dtd 1/6/95, c/o Charles A Jensen & Shirley Cupp-Doe,, 2345 Villandry Court, Henderson, NV 89074-5332
2683800 +Ronald G. Doe Marital Trust DTD 1-6-95, c/o Shirley Cupp-Doe & Charles A. Jensen, 2345 Villandry Court, Henderson, NV 89074-5332
2684110 +Ronald G. Finkel & Karen B. Finkel, 32158 Beachlake Lane, Westlake Village, CA 91361-3606
2684225 +Ronald G. Gardner Trust, c/o Ronald G. Gardner Trustee, 430 Bavarian Drive, Carson City, NV 89705-7010
2683504 +Ronald Gene Brown & Jagoda Brown, P O Box 7006, Menlo Park, CA 94026-7006
2683498 +Ronald Gene Brown IRA, c/o First Savings Bank Custodian, P O Box 7006, Menlo Park, CA 94026-7006
2684875 +Ronald Kreykes & Linda Kreykes, 4928 Wind Hill Court West, Ft Worth, TX 76179-6410
2683646 +Ronald M. Cetovick and Barbara Cetovick, 2410 Sunburst View St, Henderson, NV 89052-2945
2686358 +Ronald M. Toft, P. O. Box 1474, Carson City, NV 89702-1474
2685488 +Ronald Noel, 7 Red Fox Lane, Flagler Beach, FL 32136-4301
2683636 +Ronald Norman Cazier & Karen Rae Cazier, c/o Ronald Norman Cazier & Karen Rae Caz, 3053 S Sweetgum Way, St George, UT 84790-8273
2683918 +Ronald O. Dixon & Heidi R. Dixon, 210 N. Mall Drive Unit 78, St. George, UT 84790-8194
2684058 +Ronald W. Ezra Living Trust, c/o Ronald W. Ezra Trustee, 1944 Grey Eagle Street, Henderson, NV 89074-0670
2686339 +Ronda L. Threlfall, 9915 Saddleback Drive, Lakeside, CA 92040-3411
2685844 +Ronk Trust dated 05/18/00, c/o Murlyn F. Ronk & Penny Ronk Trustees, 1413 Clover Hills Drive, Elko, NV 89801-7931
2685243 +Ronnie McLemore & Peggy McLemore, 307 Wind Ridge Road, Palestine, TX 75801-2179
2685069 +Ronny K. Lundin, P O Box 18331, Fountain Hills, AZ 85269-8331
2686383 +Rory L. Triantos, 13842 Malcolm Ave, Saratoga, CA 95070-5314
2685380 +Rosalie A. Morgan IRA, c/o First Savings Bank Custodian, 6869 Eagle Wing Circle, Sparks, NV 89436-8496
2685384 +Rosalie Allen Morgan Trust dated 1/31/03, c/o Rosalie Allen Morgan Trustee, 6869 Eagle Wing Circle, Sparks, NV 89436-8496
2684500 +Rose O. Hecker & Anita Rosenfield, 250 Rain Trail Rd., Sedona, AZ 86351-7360
2685252 +Rosemarie L. McMullin, as her separate p, 578 Sutton Way PMB 223, Grass Valley, CA 95945-5390
2737952 +Ross Deller, 1469 Harmony Hill, Henderson, NV 89014-2525
2683871 +Ross Deller, Sr., 1469 Harmony Hill Drive, Henderson, NV 89014-2525
2685857 +Ross Family Trust dated 6/12/03, c/o Michael C. Ross & Gayle G. Ross Trus, 276 Tram Way Road, Incline Village, NV 89451-9361
2684549 +Roy H. Hibdon & Oma C. Hibdon, 4860 Hilton Ct, Reno, NV 89519-2925
2686455 +Roy R. Ventura, Jr. & Nancy B. Ventura, American Embassy- Jakarta, Unit 8135 - USAID, FPO, AP 96520-8135
2684688 +Royce G. Jenkins, 2021 Fresno Road, Plano, TX 75074-3612
2683325 +Ruby Bell, 9101 Kings Town Ave, Las Vegas, NV 89145-8523
2686065 +Ruby Simon, IRA, c/o First Trust Co. of Onaga Custodian, 8728 Castle View Ave, Las Vegas, NV 89129-7680
2684011 +Rudi Eichler, 1912 De Osma St, Las Vegas, NV 89102-2024
2686614 +Rudolf Winkler IRA, c/o First Savings Bank Custodian, 10000 Rossbury Place, Los Angeles, CA 90064-4826
2843617 +Rudolf Winkler and Carmel Winkler, Trustees, of the Winkler Family Trust 3/13/86, c/o Robert C. LePome, Esq., 10120 S. Eastern Ave. #200, Henderson, NV 89052-3926
2685912 +Rugby Associates, LLLP, 100 Rialto Place # 721, Melbourne, FL 32901-3002
2782194 +Rulon D. Robinson Profit Sharing Plan, 9100 Eagle Hills Drive, Las Vegas, NV 89134-6116
2685822 +Rulon D. Robison Profit Sharing Plan, c/o Rulon D. Robison Trustee, 9100 Eagle Hills Dr, Las Vegas, NV 89134-6116
2685322 +Russell E. Mills and Shirley A. Mills, 120 Spyglass Ln, Half Moon Bay, CA 94019-8003
2686701 +Russell J. Zuardo & Betty J. Zuardo Com, c/o Russell J. Zuardo & Betty J. Zuardo, 1296 Highforest Avenue, Las Vegas, NV 89123-3803
2685873 +Russell Revocable Trust dated 9/21/93, c/o Mary E. Russell Trustee, 9543 Broadway #7, Temple City, CA 91780-3163
2684034 +Ruth A. Errington Living Trust dated 11/, c/o Ruth A. Errington Trustee, 1146 Buckbrush Rd, Minden, NV 89423-7862
2684890 +Ruth A. Kuester Trust dated 1/29/91, c/o Ruth A. Kuester Trustee, 1013 Anita Ave, Big Bear City, CA 92314-9575
2683242 +Ruth C. Ax, 4005 Radbourne Avenue, Las Vegas, NV 89121-4858
2683612 +Ruth D. Carriere Family Trust dated 8/5/, c/o Ruth D. Carriere Trustee, 13147 Parkway Rd, Pound, WI 54161-8817
2685868 +Ruth E. Rudd Revocable Trust dated 11/11, c/o Ruth E. Rudd Trustee, 1519 Deerford Circle, Las Vegas, NV 89110-1984
2685903 +Ruth Sanders, 7362 Offenhauser Dr., Reno, NV 89511-1416
2686695 +Ruth Zimmerman and Moshe Kirsh, 15721 Milbank Street, Encino, CA 91436-1636
2685876 +Ryan 1999 Revocable Living Trust dated 1, c/o Richard J. Ryan Trustee, 9072 Sundial Drive, Las Vegas, NV 89134-8320
2684896 +Ryan E. Kurlinski, 4335 Glen Lytle Road, Pittsburgh, PA 15217-2817
2686003 +Ryan S. Shane, P O Box 1078, Dayton, NV 89403-1078
2686004 +Ryan S. Shane and Tracy Benson, P O Box 1078, Dayton, NV 89403-1078
2709006 +S & J ENTERPRISE INVESTMENTS, INC., C/O CARYN S. TIJSSELING, ESQ., 5011 MEADOWOOD MALL WAY, STE. 300, RENO, NV 89502-6576
2838732 +S & P Davis Limited Partnership, 737 BANNERMAN LANE, FORT MILL, SC 29715-7858
2683850 +S & P Davis Limited Partnership, 104 Van Buren Court, Colleyville, TX 76034-6817

2800497 S J MEYER CO, 2660 S RAINBOW BLVD STE H108, LAS VEGAS NV 89146-5183
2685291 +S. J. Meyer Co., 2660 S. Rainbow Blvd Suite H-108, Las Vegas, NV 89146-5183
2684415 +S.A. Hanes Profit Sharing Plan, c/o S. A. Hanes Trustee, P. O. Box 10054, Zephyr Cove, NV 89448-2054
2686645 +S.B. Wright Family Trust dated 12/28/94, c/o Melvin B. Wright & Susan D. Wright T, 3983 S McCarran Blvd, Reno, NV 89502-7510
2804982 +SABIA, JOSEPH & VICTORIA, 2720 E QUAIL AVE, LAS VEGAS NV 89120-2443
2808511 +SAID MOBIN, 722 N ROYAL CREST CIR, #36, LAS VEGAS NV 89169-3850
6913421 +SALLY OLDS, 75 W END AVE APT C6A, NEW YORK, NY 10023-7857
2865178 +SANCHEZ LIVING TRUST DTD 10/13/03, C/O RANDY M SANCHEZ & SHARON SANCHEZ TTE, RANDY M SANCHEZ, 5713 N WHITE SANDS RD, RENO NV 89511-5668
2798734 +SANDLER LIVING TRUST DATED AUGUST 29 2005, C/O ROBERT B SANDLER & PATRICIA D SANDLE, 8912 E PINNACLE RD, BOX 591, SCOTTSDALE AZ 85252-0591
2994857 SANDRA I HOLLANDER REVOCABLE TRUST, C/O SANDRA HOLLANDER TTEE, 10533 SANTO MARCO CT, LAS VEGAS NV 89135-2457
2685468 ++SANDRA L NEWMAN SURVIVING TRUSTEE, 2003 LYON AVE, BELMONT CA 94002-1636
(address filed with court: Newman Trust dated 1/26/94, c/o David R. Newman and Sandra L. Newman, 2207 Merino Crt, Rocklin, CA 95765)
2798788 SANDRA O MASTERS, 18124 WEDGE PKY #550, RENO NV 89511-8134
2775657 +SANDRA T OHMS AND PAUL OHMS, C/O JOSHUA D BRYSK, LAW OFFICES OF JAMES G SCHWARTZ, 7901 STONERIDGE DR STE 401, PLEASONTON CA 94588-3656
2773074 +SANTA FE STATION CASINO, SANTA FE CASINO, 4949 N RANCHO, LAS VEGAS NV 89130-3505
2840191 SANTORO FAMILY TRUST U/T/D 4/29/02, C/O NICHOLAS J SANTORO, AND JUANITA SANTORO TRUSTEES, 2312 PEARL CREST ST, LAS VEGAS NV 89134-6732
2798758 +SASS, CHARLES, 250 RIVER FRONT DR, RENO NV 89523-8945
2865927 SAUL & ILENE ROISENTUL TTEES, ROISENTUL FAMILY TRUST, 7405 KOKOPELLI CIR, PALM DESERT CA 92211-2075
2823059 SAYLER FAMILY TRUST DTD 9/2/98, C/O HOWARD C SAYLER &, PHYLLIS L SAYLER TTEES, PO BOX 1311, KINGS BEACH CA 96143-1311
2857135 +SB INVESTORS, BROWNSTEIN HYATT FARBER SCHRECK, P.C., 300 SOUTH FOURTH STREET, SUITE 1200, LAS VEGAS, NV 89101-6020
2800494 SB WRIGHT FAMILY TRUST, DTD 12/28/94, C/O MELVIN B WRIGHT &, SUSAN D WRIGHT TTEES, 3983 S MCCARRAN BLVD, RENO NV 89502-7510
2683085 SBC, PAYMENT CENTER, WEST SACRAMENTO, CA 95798-9045
2984425 SCATENA, 34 W 9TH ST, RENO NV 89503-3717
2878109 +SCC ACQUISITION CORP., C/O GOE & FORSYTHE, 660 NEWPORT CENTER DRIVE, SUITE 320, NEWPORT BEACH, CA 92660-6499
2878108 SCC ACQUISITION CORP., C/O MORGAN, LEWIS & BOCKIUS LLP, 300 SOUTH GRAND AVENUE, TWENTY-SECOND FLOOR, LOS ANGELES, CA 90071-3132
2801150 SCHEIDEGGER FAMILY TRUST DTD 12/26/01, C/O EDWARD J SCHEIDEGGER TTEE, 5101 CASHMERE CT, FAIR OAKS CA 95628-5365
2825042 +SCHNEIDER, RICHARD, 3424 HERRING GULL LN, N LAS VEGAS NV 89084-2424
2821280 +SCHOLEM, FREDERICK, 9917 WHALERS LANDING CT, LAS VEGAS NV 89117-0918
2860057 +SCHOONOVER FAMILY, THE, TRUST DTD 2/23/04, C/O EDWARD L & SUSAN A SCHOONOVER CO-TTE, 164 SHOREET DR, FRIDAY HARBOR WA 98250-8140
2800489 +SCHORR, MARC, PO BOX 15107, LAS VEGAS NV 89114-5107
2800486 +SCHUHRKE, RANDOLPH, 20 E MT ELDEN LOOKOUT RD, FLAGSTAFF AZ 86001-7885
2829072 +SCHULTE, JAMES, 162 OBED POINT, CROSSVILLE TN 38571-6803
2826007 SCHUMANN, KENNETH, 10 TOWN PLZ #99, DURANGO CO 81301-5104
2829205 +SCHWAB, ARDATH, 73 SMOKESTONE CT, LAS VEGAS NV 89110-5237
2855125 SCHWARTZ & EARP JV, 609 N LAUREL ST, EL PASO TX 79903-3401
2683086 SCOTSMAN PUBLISHING, INC., P.O. BOX 692, BOTHELL, WA 98041-0692
2766951 +SCOTT MOLLAHAN, C/O TERRA LAW LLP, 60 S. MARKET STREET, SUITE 200, SAN JOSE, CA 95113-2333
2988857 +SCOTT WILGAR & GAIL WILGAR, 8812 GLENISTAR GATE AVE, LAS VEGAS NV 89143-1376
2812808 +SCOTT, JACQUELINE, 306 TORREY PINES, DAYTON NV 89403-8761
2683025 +SECRETARY OF STATE, STATE OF NEVADA, 202 NORTH CARSON STREET, CARSON CITY NV 89701-4201
2861459 SECURE RETIREMENT TRUST B, C/O LEONA APIGIAN TTEE, 172 WOODLAND RD, GOLDENDALE WA 98620-2613
2829936 +SEDLAK, ALVINA, 7840 CAMELBACK RD #203, SCOTTSDALE, AZ 85251-2250
2843468 +SEXTON, DAVID, 21929 N 79TH PL, SCOTTSDALE AZ 85255-4890
2801706 +SEXTON, THOMAS, 450 WAYCLIFFE AVE N, WAYZATA MN 55391-1384
2858164 +SHANE W. CLAYTON AND JENNIFER C. CLAYTON, C/O DONNA M. OSBORN, ESQ., MARQUIS & AURBACH, 10001 PARK RUN DRIVE, LAS VEGAS, NEVADA 89145-8857
5493681 +SHARON OR JERRY MCGIMSEY, C/O WILLIAM L. MCGIMSEY, ESQ., 3017 WEST CHARLESTON BLVD., SUITE 30, LAS VEGAS, NV 89102-1927
2800473 +SHEFSKY & FROELICH, 111 E WACKER DR STE 2800, CHICAGO IL 60601-4277
2872431 +SHEILA ROTHBERG, 21 RANDOLPH DR, DIX HILLS NY 11746-8307
2829071 ++++SHELLEY WIKE CRANLEY TTEE, SHELLY W CRANLEY, 4240 MONT BLANC WAY, LAS VEGAS NV 89124-9218
(address filed with court: Shelley Wike Cranley TTEE, Shelly W Cranley, 174 Mont Blanc Wy, Las Vegas NV 89124-9122)
2798886 SHIRLEY J SUTTON TRUST, C/O SHIRLEY J SUTTON TTEE, 1477 BEAR CREEK DR, BISHOP CA 93514-1947
2862952 +SHIRLEY M COLLINS TTEE AS HER SOLE, AND SEPARATE PROPERTY UNDER COLLINS, FAMILY TRUST DTD 1/29/93, 1975 SHOWBERRY CT, CARLSBAD CA 92009-8408
2863181 +SHIRLEY M COLLINS TTEE AS HER SOLE AND, SEPARATE PROPERTY UNDER COLLINS FAMILY T, DTD 1-29-93, 1975 SNOWBERRY CT, CARLSBAD CA 92009-8408
2809809 +SHULER, MICHAEL, 201 VALHALLA, SOLVANG CA 93463-3100
2843381 +SIDNEY QUINN, PO BOX 340, BIG PINE CA 93513-0340
2759813 SIERRA HEALTH SERVICES, ATTN: FRANK COLLINS, 2724 N. TENAYA WAY, P.O. BOX 15645, LAS VEGAS, NV 89114-5645

2909587 +SIERRA LIQUIDITY FUND LLC, C/O DAVID T COHEN, WARNER STEVENS LLP, 301 COMMERCE ST, #1700, FT WORTH TX 76102-4126
2848868 +SIERRA LIQUIDITY FUND, L.L.C., C/O WARNER STEVENS, L.L.P., 301 COMMERCE STREET, SUITE 1700, FORT WORTH, TX 76102-4126
2848869 +SIERRA LIQUIDITY FUND, L.L.C., C/O MICHELLE L. ABRAMS, LTD., 7201 WEST LAKE MEAD BLVD., STE. 210, LAS VEGAS, NV 89128-8360
2683087 +SIERRA PACIFIC, P.O. BOX 10100, RENO, NV 89520-0024
2683088 SIERRA SPRINGS, P.O. BOX 660579, DALLAS, TX 75266-0579
2775668 +SILVER SAVER MART INC, PO BOX 124, SILVER SPRINGS NV 89429-0124
2683089 +SILVER STATE COMMUNICATIONS, 1005 TERMINAL WAY, RENO, NV 89502-2120
2801695 +SIMMONS, SHERMAN, 3725 INDUSTRIAL RD, LAS VEGAS NV 89109-3436
2829918 +SINETT, SHELDON, 239 HARBOR VIEW DR, PORT WASHINGTON NY 11050-4706
2830254 +SINETT, TODD, 11 CEDAR LANE, SANDS POINT NY 11050-1334
2823066 +SKLAR, BARBARA, 2429 BRYAN AVE, VENICE BEACH CA 90291-4713
2684201 +SMA LLC Fund, 4484 S. Pecos Road, Las Vegas, NV 89121-5030
2798879 +SMALL, RICHARD, 4801 N CALLE SANTA CRUZ, PRESCOTT VALLEY AZ 86314-5128
2844523 +SMITH, FRASER, 2620 WESTERN AVE, LAS VEGAS NV 89109-1112
2814017 +SNYDER, RAMON, 405 GRAY EAGLE CT, LINCOLN CA 95648-8676
2801703 +SOBESKY, STEPHEN, 1118 OLMO, BOULDER CITY NV 89005-3116
2829218 +SOLDO, MARIE, 1905 DAVINA ST, HENDERSON NV 89074-1091
2827021 SPARKS FAMILY TRUST DTD 2/26/93, C/O MICHAEL R SPARKS &, MURIEL S SPARKS CO-TTEES, 1812 CYPRESS GREENS AVE, HENDERSON NV 89012-6143
2991265 +SPECTRUM CAPITAL LLC, 6167 JARVIS AVE #304, NEWARK CA 94560-1210
2825242 +SPECTRUM FINANCIAL GROUP, LLC, C/O WILLIAM SCHILZ, 225 VALLEY GLEN LANE, MARTINEZ, CA 94553-5873
2805332 SPINA FAMILY TRUST DTD 3/8/01, C/O CHARLES J SPINA, & NANCY HOWELL SPINA TTEES, 960 WALKER AVE, RENO NV 89509-1926
2825039 +SPRING, DONALD, 3153 CANYON OAKS TERR, CHICO CA 95928-3987
2829654 STANDARD PROPERTY DEVELOPMENT LLC, ANDREW M BRUMBY ESQ, SHUTTS & BOWEN LLP, PO BOX 4956, ORLANDO FL 32802-4956
2844653 STANLEY AND FLORENCE FERRARO, 2300 AIRLANDS ST, LAS VEGAS NV 89134-5317
2860058 STANLEY C GERMAIN & DOROTHY GERMAIN, HUSBAND & WIFE JTWROS, PO BOX 307, MONTROSE CA 91021-0307
2862100 +STARK FAMILY TRUST DTD 4/2/84, ROSALIND L STARK TTEE, 10905 CLARION LANE, LAS VEGAS NV 89134-5504
2830558 +STEPHAN G WALTHER & SONJA WALTHER, 7990 CASTLE PINES, LAS VEGAS NV 89113-1207
2826001 STEPHEN FAMILY TRUST DTD 3/22/84, C/O ROY M STEPHEN & CAROL J STEPHEN TTEE, 1214 YUCCA CIR, ST GEORGE UT 84790-7551
2830556 STEPHEN G. WALTHER & SONJA WALTHER, 790 CASTLE PINES, LAS VEGAS NV 89113
2800506 STEPHEN R LIMA AND PAULETTE C LIMA, 460 WHISKEY HILL RD, WATSONVILLE CA 95076-8522
2829076 +STEPHEN,TAD, 120 E SOUTH AVE, REDLANDS CA 92373-7171
2840192 STERLING TRUST COMPANY, CUSTODIAN, FBO RICHARD CASEY, PO BOX 2526 WACO TX 76702-2526
2819190 +STERLING, DAVID, 8170 S EASTERN AVE BOX 4-44, LAS VEGAS NV 89123-2579
2766944 +STEVE MILLER, C/O TERRA LAW LLP, 60 S. MARKET STREET, SUITE 200, SAN JOSE, CA 95113-2333
2788266 STEVE WATSON, 10612 BLACK IRON ROAD, LOUISVILLE, KY 40291-4004
2822120 STEVEN ANTHONY FONTANA TRUST DTD 6/28/02, C/O STEVEN ANTHONY FONTANA TTEE, 262 VIOLET NOTE ST, HENDERSON NV 89074-8900
2829333 +STEVEN B TOMAC AND LAURA J TOMAC, C/O SCOTT D FLEMING ESQ., HALE PEEK DENNISON AND HOWARD, 3930 HOWARD HUGHES PARKWAY, 4TH FL, LAS VEGAS, NV 89169-0947
2794487 +STEVEN R. ORR, RICHARDS, WATSON & GERSHON, 355 S. GRAND AVENUE, 40TH FLOOR, LOS ANGELES, CA 90071-1560
2860061 STEVENSON PENSION TRUST DTD 1/7/94, C/O BERT A STEVENSON TTEE, 10 PINE LN, LAKESIDE OR 97449-8664
2860062 STEVENSON, BERT, 500 N ESTRELLA PKWY STE B2-405, GOODYEAR AZ 85338-4135
2855123 +STEWART BASKIN, 2625 N GREEN VALLEY PKWY, STE 125, HENDERSON NV 89014-0218
2805331 STIMPSON, SHAWN, 5799 CATHEDRAL PEAK DR, SPARKS NV 89436-1848
2827008 +STOEBLING FAMILY TRUST 075400958, C/O DAVID STOEBLING TTEE, 3568 E RUSSELL RD STE D, LAS VEGAS NV 89120-2249
2685402 +STSK Investments, LLC, 310 N Grapevine Dr, Payson, AZ 85541-4155
2801968 +STURZA, HAROLD, 2705 ORCHID VALLEY DR, LAS VEGAS NV 89134-7327
2809800 SUGAR 1990 LIVING REVOCABLE TRUST, DTD 10/4/90, C/O WILLIAM SUGAR & MARILYN SUGAR TTEES, 2790 19TH AVE APT 4, SAN FRANCISCO CA 94132-1673
2812374 SUMPOLEC 1989 TRUST DTD 4/13/06, C/O JOHN SUMPOLEC JR TTEE, 2405 HOWARD DR, LAS VEGAS NV 89104-4224
2683093 +SUN CITY SUMMERLIN, 9107 DEL WEBB BLVD., LAS VEGAS, NV 89134-8567
2827624 SUSAN C GRUSH, 24402 LA HERMOSA AVE, LAGUNA NIGUEL CA 92677-2113
2938136 +SUSAN F. STEIN TRUST, C/O MATT DAWSON, CPA, P.O. BOX 5339, SANTA BARBARA, CA 93150-5339
2938138 +SUSAN GACKENBACH IRA, C/O MATT DAWSON, CPA, P.O. BOX 5339, SANTA BARBARA, CA 93150-5339
2819188 SUSAN J WARD IRA, 26077 CHARING CROSS RD, VALENCIA CA 91355-2029
2827525 +SUSAN MARIE WILLIAMS, PO BOX 9270, TRUCKEE CA 96162-7270
2844521 SUSIE & WILLIAM LURTZ 1991 TRUST DTD 3/18/91, C/O WILLIAM OTTO &, SUSIE ALICE BYRD-LURTZ TTEES, PO BOX 49, GLENBROOK NV 89413-0049
2860051 +SUSSKIND, ROBERT, 9900 WILBER MAY PKWY, #206, RENO NV 89521-4002
2863931 +SUZANNE L ARBOGAST AN UNMARRIED WOMAN, SUZANNE L ARBOGAST, 1005 W BUFFINGTON ST, UPLAND CA 91784-8702
2863932 +SUZANNE L ARBOGAST AN UNMARRIED WOMAN AND, GGREGORY R THOMPSON AN UNMARRIED MAN JTW, SUZANNE L ARBOGAST AND GREG THOMPSON, 1005 W BUFFINGTON ST, UPLAND CA 91784-8702
2863975 +SUZANNE L ARBOGAST AN UNMARRIED WOMAN AND, GREGORY R THOMPSON AN UNMARRIED MAN JTWR, SUZANNE L ARBOGAST AND GREG THOMPSON, 1005 W BUFFINGTON ST, UPLAND CA 91784-8702

2821208 SUZANNE LIEWER 2000 REVOCABLE, TRUST DTD 1/18/00, C/O SUZANNE LIEWER TTEE, 6 EDDYSTONE CT, REDWOOD CITY CA 94065-1264
2863225 SUZE HARRINGTON AN UNMARRIED WOMAN, 2131 CONNOR PARK CV, SALT LAKE CITY UT 84109-2468
2860130 +SWEDELSON FAMILY, c/o ROBERT SWEDELSON TRUSTEE, 2539 JADA DRIVE, HENDERSON NV 89044-4445
2865159 +SWEDELSON FAMILY TRUST DTD 12/23/92, C/O ROBERT SWEDELSON TTEE, 2539 JADA DR, HENDERSON NV 89044-4445
2840228 +SWILLEY, LOUIS, 4314 DICKSON ST, HOUSTON TX 77007-7321
2685885 +Sack Family Partners, LP, 415 L’Ambiance Drive PH-D, Longboat Key, FL 34228-3916
2684101 +Sacramento Research Medical Group Define, c/o R. David Ferrera Trustee, 621 Mills Road, Sacramento, CA 95864-4913
2684054 +Sagrario T. Evers Living Trust dated 5/1, c/o Sagrario T. Evers Trustee, 9101 Kings Town Ave, Las Vegas, NV 89145-8523
2683594 +Salvatore Capodici & Mary Capodici, 792 Mancill Road, Wayne, PA 19087-2043
2685555 +Salvatore J. Palmisano and Maryann Palmi, 4022 W Ravenna court, Mequon, WI 53092-5164
3107006 +Salvatore J. Reale, c/o Gerrard Cox & Larsen, 2450 St. Rose Parkway, Ste. #200, Henderson, NV 89074-7770
2686047 +Salvatore Siciliano, 2711 Briggs Avenue, Bronx, NY 10458-4000
2684051 +Samuel & Beverly Evans Living Trust, c/o Samuel Evans & Beverly Evans Trustee, P O Box 714, Logandale, NV 89021-0714
2685120 +Samuel A. Mammano and Karen M. Mammano, 1490 Ridge Rd, Webster, NY 14580-3619
2686595 +Samuel C. Wilson, 6661 Silverstream St Apt 1046, Las Vegas, NV 89107-1167
2685898 +Samuels 1999 Trust, c/o Taylor Samuels Trustee, 198 Concho Drive, Reno, NV 89521-7823
2685897 +Samuels Foundation, Inc., 198 Concho Drive, Reno, NV 89521-7823
2685901 +Sanchez Living Trust dated 10/13/03, c/o Randy M. Sanchez & Sharon Sanchez Tr, 5713 N White Sands Rd, Reno, NV 89511-5668
2685906 +Sandler Living Trust dated August 29, 20, c/o Robert B. Sandler & Patricia D. Sand, 8912 E Pinnacle Rd Box 591, Scottsdale, AZ 85252-0591
2686005 +Sandra A. Shankle, 1095 Flamingo Rd., Laguna Beach, CA 92651-2804
2684343 +Sandra D. Greenblatt and Michael A. Gree, 1243 Ridge Rd, Highland Park, IL 60035-2931
2684591 +Sandra I. Hollander Revocable Trust, c/o Sandra Hollander Trustee, 10533 Santo Marco Ct, Las Vegas, NV 89135-2457
2685341 +Sandra M. Mogg Revocable Living Trust da, c/o Sandra M. Mogg Trustee, 485 Annet St, Henderson, NV 89052-2615
2685522 +Sandra T. Ohms and Paul Ohms, 38120 Lansing Ct., Fremont, CA 94536-5005
2685910 +Santoro Family Trust U/T/D 4/29/02, c/o Nicholas J. Santoro and Juanita Sant, 2312 Pearl Crest Street, Las Vegas, NV 89134-6732
2685913 +Sapourn Legacy, LLC, 286 Lansing Island Drive, Satellite Beach, FL 32937-5101
2686281 +Sara’s Hope ’It’s A Wonderful World’ Cha, 12839 Triton Lane, Victorville, CA 92392-8022
2684149 +Sarah A Foley & Bernadette Foley, 27 E Hattendorf Ave # 217, Roselle, IL 60172-1598
2685925 +Saulsberry Revocable Inter-Vivos Trust d, c/o Hollis Lee Saulsberry, Trustee, 13600 Marina Point Dr Unit 801, Marina Del Ray, CA 90292-9250
2685930 +Sayler Family Trust dated 9/2/98, c/o Howard C. Sayler & Phyllis L. Sayler, P O Box 1311, Kings Beach, CA 96143-1311
2685932 +Scatena, 34 W 9th, Reno, NV 89503-3717
2685937 +Scheidegger Family Trust dated 12/26/01, c/o Edward J. Scheidegger, Trustee, 5101 Cashmere Court, Fair Oaks, CA 95628-5365
2685940 +Schell Family Trust dated 8/21/92, c/o Robert A. Schell & Ruth M Schell Tru, 855 Blue Spruce Rd, Reno, NV 89511-8757
2685944 +Schmidt Family Trust, c/o Julius Schmidt Trustee, 2759 Darby Falls Drive, Las Vegas, NV 89134-7475
2685946 +Schnadt Trust dated 6/18/93, c/o William E. Schnadt & Janet E. Schnad, 1471 Bear Creek Drive, Bishop, CA 93514-1947
2685950 +Schnitzer Living Trust dated 10/29/91, c/o Arthur P. Schnitzer & Lynn S. Schnit, 20155 N E 38Th Court #1604, Aventura, FL 33180-3256
2685955 +Schreiber Family Trust, c/o Edward Schreiber & Sally Schreiber T, 9713 Geiger Peak Court, Las Vegas, NV 89148-1645
2685961 +Schultz Living Trust dated 5/2/02, c/o Beatrice L. Schultz Trustee, 1840 Arboleda Ct, Reno, NV 89521-3067
2683992 +Schwartz & Earp Joint Venture, 609 North Laurel, El Paso, TX 79903-3401
2685883 +Scott A Sack Irrevocable Trust dated 3/1, c/o Burton M Sack Trustee, 415 L’Ambiance Dr PH-D, Longboat Key, FL 34228-3916
2684897 +Scott A. Kusich, 2720 Preston Ct, Mountain View, CA 94040-4426
2686490 +Scott E. Wagner, P O Box 523, Cumberland, WI 54829-0523
2684025 +Scott J. Elowitz, 200 Daniels Way, Ste 210, Freehold, NJ 07728-2622
2684024 +Scott J. Elowitz & Cynthia Elowitz, 200 Daniels Way Ste 210, Freehold, NJ 07728-2622
2683585 +Scott K Canepa Defined Benefit Pension P, 851 S Rampart Blvd Ste 160, Las Vegas, NV 89145-4885
2683586 +Scott K. Canepa, 851 S Rampart Blvd. Ste 160, Las Vegas, NV 89145-4885
2862155 +Scott K. Canepa Defined Ben. Pension Pln, c/o Laurel E. Davis, Lionel Sawyer & Collins, 300 South Fourth Street, Suite 1700, Las Vegas, NV 89101-6053
2862154 +Scott Krusee Canepa, c/o Laurel E. Davis, 300 South Fourth Street, Suite 1700, Las Vegas, NV 89101-6000
2685101 +Scott Machock & Heidi Machock, 32792 Rosemont Drive, Trabuco Canyon, CA 92679-3387
2686575 +Scott Wilgar & Gail Wilgar, 9585 Stange Avenue, Las Vegas, NV 89129-2625
2683799 +Sean P. Cunningham & Shelley R. Cunningh, 4616 Providence Lane, Las Vegas, NV 89107-2954
2683549 +Separate Property Subtrust Butcher Famil, c/o Queen Butcher Trustee, 5555 Mount Diablo Drive, Las Vegas, NV 89118-1935
2683904 +Separate Property Trust of Tamara Dias d, c/o Tamara Dias Trustee, 1316 Sonia Court, Vista, CA 92084-4237
2685982 +Seymore J. Seinfeld & Helene Seinfeld, 2277 Ramsgate Dr, Henderson, NV 89074-6141

2684171 +Seymour Frank, 5000 Boardwalk Apt 1404, Ventnor, NJ 08406-2921
2685851 +Seymour H. Rosenberg Revocable Trust dat, c/o Seymour H. Rosenberg, Trustee, 15322 Strathearn Dr Apt 11801, Delray Beach, FL 33446-2848
2685993 +Shackelford Family Trust dated 9/21/04, c/o Ronald C. Shackelford, Trustee, 23381 St Andrews St, Mission Viejo, CA 92692-1538
2685273 +Shahnaz I. Memon and Mohammed I. Memon, 7210 Native Dancer Dr., Reno, NV 89502-8771
2683697 +Shane W. Clayton and Jennifer C. Clayton, 2816 Autumn Haze Lane, Las Vegas, NV 89117-0633
2686359 +Shannon Tokuda-Labrie & Susan L. Tokuda, 593 Ponderosa Ave., Incline Village, NV 89451-8411
2686277 +Sharon D. Tarpinian Revocable Living Tru, c/o Sharon D. Tarpinian Trustee, 327 Jacaranda Dr, Danville, CA 94506-2124
2685686 +Sharon E. Presswood IRA, c/o First Savings Bank Custodian, 9227 Arbor Trail Drive, Dallas, TX 75243-6309
2685628 +Sharon Peterson for Benefit Peterson Fam, 798 San Remo Way, Boulder City, NV 89005-3528
2684129 +Sharon R. Fitzgerald, 24 Carrington Way, Reno, NV 89506-1994
2684955 +Sharon S. Lazar, 705 Kendall Lane, Boulder City, NV 89005-1111
2685377 +Sharon T. Moret, 3755 Pacific Street, Las Vegas, NV 89121-4153
2686224 +Shawn A. Stimpson, 5799 Cathedral Peak Dr, Sparks, NV 89436-1848
2683587 +Shawntelle Davis-Canepa, 9704 Highridge Dr., Las Vegas, NV 89134-6723
2862153 +Shawntelle Davis-Canepa, c/o Laurel E. Davis, Lionel Sawyer & Collins, 300 South Fourth Street, Suite 1700, Las Vegas, NV 89101-6053
2686448 +Sheehan Van Woert Bigotti Architects 401, c/o Kenneth B. Van Woert Trustee, 300 S Wells Ave Ste One, Reno, NV 89502-1699
2686020 +Sheerins Inc., JoAnn Sheerin President, 177 West. Procter St., Carson City, NV 89703-4133
2685862 +Sheila E. Rothberg, 21 Randolph Drive, Dix Hills, NY 11746-8307
2686075 +Sheldon Sinett & Annette Sinett, 239 Harbor View Drive, Port Washington, NY 11050-4706
2686023 +Shelley Family Trust dated 3/7/03, c/o Kenneth O. Shelley & Dagmar K. Shell, 4334 Desert Hills Dr, Sparks, NV 89436-2615
2684560 +Shellie Hilgenberg IRA, c/o First Savings Bank Custodian, 370 Pinecrest Dr, Laguna beach, CA 92651-1452
2686026 +Shepherd Trust dated 6/28/05, c/o Alice Shepherd, Trustee, 14758 Calla Lily Court, Canyon Country, CA 91387-1519
2683209 +Sherry Archer, 17401 Seco Court, Rowland Heights, CA 91748-4137
2684926 +Sherry Lamph, 9700 Verlaine Court, Las Vegas, NV 89145-8695
2685088 +Sherry Lynne, 29657 Strawberry Hill Drive, Agoura Hills, CA 91301-4015
2685605 +Shimon Peress & Hannah K. Peress Trust d, c/o Shimon Peress & Hannah Peress Truste, 8109 Sapphire Bay, Las Vegas, NV 89128-7738
2683924 +Shirley Doerr, 5200 Summit Ridge Dr Apt # 511, Reno, NV 89523-9021
2684112 +Shirley J. Finlay, 24 Carrington Way, Reno, NV 89506-1994
2686253 +Shirley J. Sutton Trust, c/o Shirley J. Sutton Trustee, 1477 Bear Creek Drive, Bishop, CA 93514-1947
2686405 +Shirley Jean Tuffanelli Trust dated 6/18, c/o Shirley Jean Tuffanelli Trustee, 2260 Mohigan Way, Las Vegas, NV 89169-3374
2685761 +Shirley M. Reinesch Revocable Living Tru, c/o Shirley M. Reinesch Trustee, P O Box 582, Sisters, OR 97759-0582
2685585 +Shirley Payne, P O Box 208, Grass Valley, CA 95945-0208
2686400 +Shu-Chih Tsai, 1716 S Monterey Street, Alhambra, CA 91801-5457
2686041 +Shuler Revocable Trust, c/o Michael R. Shuler Trustee, 201 Valhalla, Solvang, CA 93463-3100
2686043 +Sibley Family Trust dated 3/7/01, c/o Burton D. Sibley & Glenda Lambert Si, 16326 W Willow Creek Lane, Surprise, AZ 85374-6432
2686046 +Sibrava-Rapp Trust dated 1/2/97, c/o Joan F. Sibrava & Howard D. Rapp Tru, 1077 Washington St, Reno, NV 89503-2847
2683132 +Sidney R. Adams and Lisa Adams Investmen, 5009 N Tomsik St., Las Vegas, NV 89149-4735
2683976 +Sierra Eye Associates Profit Sharing Pla, 950 Ryland St, Reno, NV 89502-1605
2685553 +Sierra Health Services, Inc., Attn: Tim Coulter/Treasury Dept, PO Box #14189, Las Vegas, NV 89114-4189
2684068 +Sierra West, Inc., P O Box 8346, Incline Village, NV 89452-8346
2683256 +Sigfried Baker, 8057 Lands End, Las Vegas, NV 89117-7635
2686054 +Silvio Silvestri and Kathryn Silvestri, 13621 Wolf Rd, Grass Valley, CA 95949-8187
2686056 +Simari Revocable Trust dated 4/25/96, c/o Bartolo F. Simari & Sandra K. Simari, 17650 Peacock Lane, Tinley Park, IL 60487-5208
2737954 +Simmtex, Inc., A Nevada Corp., Attn Jed Barish, 2011 Oak St, San Francisco, CA 94117-1802
2686066 +Simon Family Trust, c/o Larry Simon & Lori Simon Trustees, 15517 Oakstand Court, Poway, CA 92064-2290
2686063 +Simon Family Trust 2000, c/o Alan Simon & Carol Simon Trustees, 1800 Waldman Ave, Las Vegas, NV 89102-2437
2686070 +Simpson Family Trust dated 1/13/04, c/o James B. Simpson & Janet D. Simpson, 4090 Partridge Lane, Carson City, NV 89704-9073
2686085 +Sistek Family Trust dated 10/3/02, c/o William L. Sistek, III & Carole A. S, 3495 South Hampton Dr., Reno, NV 89509-3882
2686596 +Sloan D. Wilson & Edna P. Wilson, 2655 Polk St 404, San Francisco, CA 94109-1532
2686096 +Small Family Trust, c/o Richard Small & Jacqueline Small Tru, 4801 N Calle Santa Cruz, Prescott Valley, AZ 86314-5128
2686111 +Smith Family Living Trust, c/o Howard S. Smith & Louise T. Smith Tr, 2299 Pebblestone Lane, Lincoln, CA 95648-8710
2686126 +Snopko 1981 Trust dated 10/27/81, c/o Frank Snopko Trustee, 278 Sussex Pl, Carson City, NV 89703-5360
2686135 +Solomon Family Living Trust dated 3/12/9, c/o Benjamin J. Solomon & Margaret C. So, P O Box 3303, Incline Village, NV 89450-3303
2686088 +Sondra Skipworth Revocable Trust dated 1, c/o Sondra Skipworth, Trustee, 3033 Via Venezia, Henderson, NV 89052-3807

2685663 +Sonja Plesko, 6301 Bruma Avenue, Las Vegas, NV 89122-1908
2685304 +South Meadows Operations, 4484 South Pecos Road, Las Vegas, NV 89121-5030
2686274 +Sovereign Capital Advisors, LLC, 930 Tahoe Blvd Ste 802-550, Incline Village, NV 89451-9451
2683521 +Spanish Springs Mini-Storage, P.O. Box 5127, Reno, NV 89513-5127
2686148 +Sparks Family Trust dated 2/26/93, c/o Michael R. Sparks & Muriel S. Sparks, 1812 Cypress Green Avenue, Henderson, NV 89012-6143
2686679 +Spectrum Capital, LLC, 6167 Jarvis Ave 304, Newark, CA 94560-1210
2686158 Sperry Family Trust UDO 4/15/97, c/o Gilbert L. Sperry Trustee, Suite 623 PO Box 439060, San Diego, CA 921439060
2686159 +Spina Family Trust dated 3/8/01, c/o Charles J. Spina & Nancy Howell Spin, 960 Walker Avenue, Reno, NV 89509-1926
2737960 Sprint Spectrum LP dba Sprint PCS, M/S: KSOPHT0101-Z2850, 6391 Sprint Pky, Overland Park, KS 66251-2850
2684734 +Staci Kaiser, 2348 Pickwick Dr, Henderson, NV 89014-3761
2686175 +Stagg Family Trust dated 1985, c/o Shirley Stagg Trustee, 1409 Parkland Ave, Carson City, NV 89701-7551
2686178 +Stampfli Family Decedent’s Trust dated 1, c/o Patricia L. Stampfli Trustee, 1270 Greenwich, Reno, NV 89519-0663
2684416 +Stan A. Hanes & Vicki M. Hanes Revocable, c/o Stan A. Hanes & Vicki M. Hanes TTEE, P O Box 10054, Zephyr Cove, NV 89448-2054
2686625 +Stan C. Wolken, 598 Lariat Circle, Incline Village, NV 89451-8326
2683153 +Stanley Alexander Trust, c/o Dr. Stanley Alexander Trustee, 812 Sweetwater Club Blvd, Longwood, FL 32779-2125
2683331 +Stanley Belnap & Gloria Belnap, 9900 Fox Springs Drive, Las Vegas, NV 89117-0941
2684245 +Stanley C. Germain & Dorothy Germain, P O Box 307, Montrose, CA 91021-0307
2686620 +Stanley C. Witt & Lois J. Witt Revocable, c/o Stanley C. Witt & Lois J. Witt Trust, 3642 Broadwater Ave, Billings, MT 59102-4352
2684098 +Stanley Ferraro & Florence Ferraro and M, 2300 Airlands Street, Las Vegas, NV 89134-5317
2684391 +Stanley Halfter, P O Box 34054, Las Vegas, NV 89133-4054
2684390 +Stanley Halfter & Dolores Halfter, P O Box 34054, Las Vegas, NV 89133-4054
2683258 +Stanley J. Baldwin & Patricia A. Baldwin, 44 Innisbrook Avenue, Las Vegas, NV 89113-1225
2686597 +Stanley R. Wilson & Camilla M. Wilson Re, c/o Stanley Wilson & Camilla Wilson Trus, 5909 Bartlett Avenue, Las Vegas, NV 89108-3222
2686697 +Stanley Ziskin & Mary C. Ziskin, 5258 Europa Drive Apt F, Boynton Beach, FL 33437-2145
2838727 +Stanley and Florence Alexander, Individually and a, c/o Robert C. LePome, Esq., 10120 S. Eastern Ave. #200, Henderson, NV 89052-3926
2686182 +Stark Family Trust dated 4/2/84, c/o Rosalind L. Stark Trustee, 10905 Clarion Lane, Las Vegas, NV 89134-5504
2686183 +Starr Family Trust dated 9/6/96, c/o James Starr & Sally Starr Trustees, 251 Hunting Ridge Road, Stamford, CT 06903-3224
2686185 +Stater Family Ltd Partnership, 5760 Topaz Street, Las Vegas, NV 89120-2429
2686186 +States Living Trust dated 9/29/03, c/o Justin W. States and Gia M. States,, 14560 E. Reed Ave., Truckee, CA 96161-3621
2683634 +Stefan R. Cavin, 508 N Clearpoint Way, Eagle, ID 83616-7206
2683633 +Stefan R. Cavin Revocable Living Trust d, c/o Stefan R. Cavin Trustee, 508 N Clearpoint, Eagle, ID 83616-7206
2685764 +Stellar Innovations, Inc., P O Box 292, Belton, TX 76513-0292
2686132 +Stephanie J. Snyder, P O Box 11707, Zephyr Cove, NV 89448-3707
2685765 +Stephanie K. Resley, 821 Valley Drive, Manhattan Beach, CA 90266-5543
2686375 +Stephanie Trager & Lawrence B. Trager, 4027 La Colina Rd, Santa Barbara, CA 93110-1426
2685019 +Stephen & Patricia Lincoln Trust dated 8, c/o Stephen Lincoln & Patricia Lincoln T, P. O. Box 2441, Carson City, NV 89702-2441
2684657 +Stephen C. Irwin, P. O. Box 7885, Mammoth Lakes, CA 93546-7885
2686198 +Stephen Family Trust dated 3/22/84, c/o Roy M. Stephen & Carol J. Stephen Tr, 1214 W Yucca Circle, St George, UT 84790-7551
2686510 +Stephen G. Walther & Sonja Walther, 7990 Castle Pines, Las Vegas, NV 89113-1207
2684195 +Stephen J. Fuchs, 117 29th Ave N, St. Cloud, MN 56303-4253
2686574 +Stephen L. Wilcox and Gail M. Wilcox, P O Box 1051, Minden, NV 89423-1051
2684425 +Stephen P. Hansen and Sandra M. Hansen, 1014 Appleton Rd, Simi Valley, CA 93065-5178
2685018 +Stephen R. Lima and Paulette C. Lima, 460 Wiskey Hill Rd, Watsonville, CA 95076-8522
2684868 +Stephen V. Kowalski & Maria T. Sutherlan, 29202 Posey Way, Rancho Palos Verdes, CA 90275-4629
2684867 +Stephen V. Kowalski IRA, c/o First Savings Bank Custodian, 29202 Posey Way, Rancho Palos Verdes, CA 90275-4629
2686203 +Sterling Family Trust dated 6/14/02, c/o Joseph Sterling & Theresa Sterling T, 25236 Via Entrada, Laguna Niguel, CA 92677-7353
2686202 +Sterling Living Trust dated 02/02/00, c/o David Gray Sterling & Mary Jane Ster, 8170 S Eastern Ave Box #4-44, Las Vegas, NV 89123-2579
2685816 +Stevan S. Robertson Jr. and Marsha T. Ro, 12080 Kate Dr, Los Altos Hills, CA 94022-5145
2685015 +Steve Likourinou & June M. Likourinou, 38 Chalet Hills Terrace, Henderson, NV 89052-6697
2685020 +Steve Lindquist Charitable Remainder Uni, c/o Steve Lindquist Trustee, 43-524 Calle Espada, La Quinta, CA 92253-8837
2683725 +Steve M. Colamonico & Anita J. Colamonic, 339 Cindy Street, Old Bridge, NJ 08857-1852
2686154 +Steve Spector, 458 B East 7th Street, Reno, NV 89512-3331
2683401 +Steven & Ingrid Boehm trust dtd 3/29/89, c/o Steven D.A. Boehm & Ingrid S. Boehm, 665 Coyote Road, Santa Barbara, CA, CA 93108-1012
2686002 +Steven A. Shane IRA, c/o First Savings Bank Custodian, 1810 Lakeland Hills Dr, Reno, NV 89523-1268
2684151 +Steven Anthony Fontana Trust, dtd 6/28/0, c/o Steven Anthony Fontana, Trustee, 262 Violet Note Street, Henderson, NV 89074-8900
2683353 +Steven B. Berlin, 2510 Bayview Ave, Wantagh, NY 11793-4306

2684746 +Steven B. Kaplan, 1800 Glen View Drive, Las Vegas, NV 89134-6100
2683278 +Steven Barker, 496 Brockway Road, Hopkinton, NH 03229-2012
2683164 +Steven C. Altman, 2424 W 207th St, Olympia Fields, IL 60461-1945
2685915 +Steven G. Sapourn, 774 Mays Blvd Ste #10 PMB 295, Incline Village, NV 89451-9613
2685914 +Steven G. Sapourn & Valerie K. Sapourn, 774 Mays Blvd Ste #10 PMB 295, Incline Village, NV 89451-9613
2683185 +Steven K. Anderson Family Trust dated 6/, c/o Steven K. Anderson Trustee, 1024 Nawkee Drive, N Las Vegas, NV 89031-1424
2686319 +Steven M. & Margaret W. Terry Trust Date, c/o Steven Melvin Terry and Margaret Wor, 113 Worthen Circle, Las Vegas, NV 89145-4017
2686316 +Steven M. Terry IRA, c/o First Savings Bank Custodian for, 113 Worthen Circle, Las Vegas, NV 89145-4017
2686328 +Steven M. Thomas & Joyce A. Thomas Revoc, c/o Steven M. Thomas & Joyce A. Thomas T, 242 River Front Dr., Reno, NV 89523-8945
2686209 +Stevenson Pension Trust dated 1/7/94, c/o Bert A. Stevenson Trustee, 10 Pine Lane, Lakeside, OR 97449-8664
2684752 +Stewart Karlinsky & Mark Weissman, 55 Hallmark Circle, Menlo Park, CA 94025-6682
2684754 +Stewart Karlinsky and Hilary Karlinsky, 55 Hallmark Circle, Menlo Park, CA 94025-6682
2684753 +Stewart Karlinsky and Lee Katz, 55 Hallmark Circle, Menlo Park, CA 94025-6682
2684751 +Stewart S. Karlinsky IRA, c/o First Savings Bank Custodian, 55 Hallmark Circle, Menlo Park, CA 94025-6682
2686218 +Stidham Revocable Trust dated 5/15/02, c/o Philip J. Stidham & Martha L. Stidha, 1930 Village Center Circle 3326, Las Vegas, NV 89134-6299
2686220 +Stiles Trust dated 4/2/96, c/o Don A. Stiles Trustee, 1708 Arrow Wood Drive, Reno, NV 89521-3015
2686225 +Stoebling Family Trust 075400958, c/o David Stoebling Trustee, 3568 E Russell Rd Ste D, Las Vegas, NV 89120-2249
2686228 +Stonier Family 1994 Living Trust dated 1, c/o Rea Charles Stonier and Carol Stonie, H C 60 Box 52504, Round Mountain, NV 89045-9612
2686230 +Storch Family Trust, dated 5/3/04, c/o Ralph Raymond Storch and Denise Rose, 13424 Lark Court, Redding, CA 96003-8928
2685107 +Stuart J. Madsen Trust dated 9/7/00, c/o Stuart J. Madsen Trustee, 5843 Valle Vista Court, Granite Bay, CA 95746-8215
2685859 +Stuart J. Ross Heather Goolsby, 8512 Tuscany Ave #310, Playa Del Rey, CA 90293-8160
2685853 +Stuart M. Rosenstein & Deborah H. Rosens, 10 Heathrow Court, Marlboro, NJ 07746-2707
2686242 Sugar 1990 Living Revocable Trust dated, c/o William Sugar & Marilyn R. Sugar Tru, 4 Stern Grove Court, San Francisco, CA 94132
2686297 +Suksamarn C. Taylor, 4602 Neil Rd # 94, Reno, NV 89502-5826
2686247 +Sumpolec 1989 Trust dated 4/13/89, c/o John Sumpolec, Jr. Trustee, 2405 Howard, Las Vegas, NV 89104-4224
2683522 +Sunrise Mini-Storage, P O Box 5127, Reno, NV 89513-5127
2684368 +Susan C. Grush, 24402 La Hermosa, Laguna Niguel, CA 92677-2113
2683841 +Susan Davis IRA, c/o First Savings Bank Custodian, 104 Van Buren Court, Colleyville, TX 76034-6817
2838735 +Susan Davis IRA, 737 BANNERMAN LANE, FORT MILL, SC 29715-7858
2799623 +Susan F Stein Trust, c/o Peter Susi Esq, Michaelson, Susi & Michaelson, 7 West Figueroa Street 2nd Floor, Santa Barbara, CA 93101-3191
2683783 +Susan F. Criste & Francis M. Criste, 1406 Palm Ave., San Mateo, CA 94402-2442
2684204 +Susan F. Gackenbach IRA, c/o California National Bank, Custodian, P O Box 5339, Santa Barbara, CA 93150-5339
2685773 +Susan F. Reynolds, 1619 Preston Park Drive, Henderson, NV 89052-6907
2684206 +Susan F. Stein Trust Dated 2/12/00, c/o Susan F. Gackenbach, Trustee, P O Box 5339, Santa Barbara, CA 93150-5339
2799678 +Susan Gackenbach IRA, c/o Peter Susi Esq, Michaelson, Susi & Michaelson, 7 West Figueroa Street 2nd Floor, Santa Barbara, CA 93101-3191
2684476 +Susan Hauser IRA, c/o First Savings Bank Custodian, 3635 Brighton Way, Reno, NV 89509-6812
2686517 +Susan J. Ward IRA, c/o First Savings Bank Custodian, 26077 Charing Cross Rd, Valencia, CA 91355-2029
2684783 +Susan L. Kehl UIAUTMA, c/o Kevin Kehl Custodian, 1770 Dover Court, Dubuque, IA 52003-7892
2685102 +Susan M. Mack & Kelly Cooper, P O Box 123, Underwood, WA 98651-0123
2686090 +Susan M. Slater, 1224 Carolina Dr, Merced, CA 95340-2510
2686588 +Susan M. Williams, P O Box 9270, Truckee, CA 96162-7270
2685679 +Susan Postigo, 160 Kane Dr, Hollister, CA 95023-3114
2685073 +Susie & William Lurtz 1991 Trust dated 3, c/o William Otto Lurtz & Susie Alice Byr, P.O. Box 49, Glenbrook, NV 89413-0049
2683441 +Suzane M. Bradshaw IRA, c/o First Trust Co. of Onaga Custodian, 1015 Sundown Court, Gardnerville, NV 89460-8698
2683462 +Suzanne Brehmer, 1235 White Avenue, Grand Junction, CO 81501-4535
2683463 +Suzanne Brehmer IRA, c/o First Trust Co. of Onaga Custodian, 1235 White Avenue, Grand Junction, CO 81501-4535
2683954 +Suzanne DuBary, 9 Levan Hills Trail, Henderson, NV 89052-6703
2683206 +Suzanne L. Arbogast, 1005 W Buffington St, Upland, CA 91784-8702
2683207 +Suzanne L. Arbogast and Gregory R. Thomp, 1005 W Buffington St, Upland, CA 91784-8702
2684627 +Suzanne L. Hudson, and Carolyn J. Chrzas, 1540 Candelero Dr., Walnut Creek, CA 94598-1006
2685013 +Suzanne Liewer 2000 Revocable Trust date, c/o Suzanne Liewer Trustee, 6 Eddystone Ct, Redwood City, CA 94065-1264
2684400 +Suzanne M. Halvorson Trust dated 3/21/03, c/o Suzanne M. Halvorson Trustee, 21820 Quartz Way, Wildomar, CA 92595-8076
2685476 +Suzanne Nichols, 2561 Seascape Drive, Las Vegas, NV 89128-6834
2685796 +Suzanne S. Riley, 1683 Mar West, Tiburon, CA 94920-1829

2684450 +Suze Harrington, 2131 Connor Park Cove, Salt Lake City, UT 84109-2468
2685001 +Sven-Eric & Linda Levin 1994 Trust dated, c/o Sven-Eric Levin & Linda Levin Co-Tru, 8000 Castle Pines Avenue, Las Vegas, NV 89113-1203
2686254 +Swanson Family Trust dated 9/14/94, c/o Leland K. Swanson & Lena M. Swanson, 212 Greenbriar Lane, Buffalo, MN 55313-9329
2686259 +Swedelson Family Trust dated 12/23/92, c/o Robert Swedelson Trustee, 2086 King Mesa, Henderson, NV 89012-6132
2685703 +Sydney Quinn, P O Box 340, Big Pine, CA 93513-0340
2686265 +Syfert Trust dated 3/90, c/o Ray Syfert Trustee, 5234 Blue Gum Court, Las Vegas, NV 89148-4678
2684281 +Sylvia Goldenthal & Jack Goldenthal, 20155 NE 38th Ct Unit 1603, Aventura, FL 33180-3256
2684603 +Sylvia Hooks IRA, c/o First Savings Bank Custodian, 2737 Billy Casper Drive, Las Vegas, NV 89134-7814
2684291 +Sylvia M. Good Survivor's Trust establi, c/o Sylvia M. Good Successor Trustee, 610 Cole Place, Beverly Hills, CA 90210-1918
2683513 +T & G Brunton Trust dated 7/30/97, c/o Thomas A. Brunton & Grace M. Brunton, P. O. Box 11949, Zephyr Cove, NV 89448-3949
2863569 +T-2 ENTERPRISES LLC, MANAGER WARREN W TRIPP, WARREN W TRIPP, 250 GREG ST, SPARKS NV 89431-6201
2686388 +T-2 Enterprises, LLC., c/o Manager, Warren W. Tripp, 250 Greg Street, Sparks, NV 89431-6201
2863570 +T-3 ENTERPRISES LLC, MANAGER WARREN W TRIPP, WARREN W TRIPP, 250 GREG ST, SPARKS NV 89431-6201
2686389 +T-3 Enterprises, LLC., c/o Manager, Warren W. Tripp, 250 Greg Street, Sparks, NV 89431-6201
2684747 +T. & C. Kapp Family Trust, c/o Thomas J. Kapp & Cynthia S. Roher Tr, 3861 Hildebrand Lane, Las Vegas, NV 89121-4202
2686156 +T.D.S. Revocable Family Trust dated 9/29, c/o T. Dwight Sper & Bonnie J. Sper Trus, 1005 Cypress Ridge Lane, Las Vegas, NV 89144-1425
2686413 +T.J. Trust dated 7/24/97, c/o Thomas Turner & Judy K. Turner Trust, 6425 Meadow Country Dr, Reno, NV 89519-6301
2830251 +TAMMADGE, DAVID, 7292 HORNER STREET, SAN DIEGO, CA 92120-1915
2808742 TDS REVOCABLE FAMILY TRUST, DTD 9/29/98, C/O T DWIGHT SPER &, BONNIE J SPER TTEES, 1005 CYPRESS RIDGE LN, LAS VEGAS NV 89144-1425
2864571 TDS REVOCABLE FAMILY TRUST DTD 9/29/98, C/O T DWIGHT SPER & BONNIE SPER TTEES, 1005 CYPRESS RIDGE LN, LAS VEGAS NV 89144-1425
2808512 TDS REVOCABLE TRUST DTD 9/29/98, C/O T DWIGHT SPER &, BONNIE J SPER TTEES, 1005 CYPRESS RIDGE LN, LAS VEGAS NV 89144-1425
2828075 TECHNOLOGY INVESTMENT PARTNERS LLC, AS SECURED PARTY, 3955 PINNACLE CT STE 200, AUBURN HILLS MI 48326-1787
2829921 +TED GLASRUD ASSOCIATES OF STUART, FL, INC BY ITS MANAGING AGENT, TED GLASRUD ASSOCIATES INC., 1700 WEST HIGHWAY 36 SUITE 650, ROSEVILLE, MN 55113-4027
2827634 +TEEGARDIN, ALAN, 711 S CARSON ST STE #4, CARSON CITY NV 89701-5292
3002420 +TERRY A. COFFING, ESQ., C/O DAVID A. COLVIN, ESQ., MARQUIS & AURBACH, 10001 PARK RUN DRIVE, LAS VEGAS, NEVADA 89145-8857
2860048 TERRY BOMBARD 1998 TRUST DTD 1/23/98, C/O TERRY BOMBARD TTEE, 3570 W POST RD, LAS VEGAS NV 89118-3866
2861464 +TERRY MARKWELL AND CHRISTIANE MARKWELL TTEES, OF THE MARKWELL FAMILY TRUST, TERRY MARKWELL, 12765 SILVER WOLF RD, RENO NV 89511-4797
2861467 +TERRY MARKWELL PSP & TRUST, C/O TERRY MARKWELL TTEE, 12765 SILVER WOLF RD, RENO NV 89511-4797
2861466 +TERRY MARKWELL TTEE OF THE TERRY MARKWELL, PROFIT SHARING PLAN & TRUST, TERRY MARKWELL, 12765 SILVER WOLF RD, RENO NV 89511-4797
2865937 TERRY R HELMS LIVING TRUST DTD 11/11/94, TERRY HELMS, 809 UPLAND BLVD, LAS VEGAS NV 89107-3719
2683094 TEXAS REAL ESTATE BUSINESS, TWO SECURITIES CENTRE, ATLANTA, GA 30305
2683881 +TGBA Properties, 6223 Buffalo Run, Littleton, CO 80125-9047
2829351 THALIA ROUTSIS FAMILY TRUST, DATED 7/24/90, C/O THALIA NICHOLAS ROUTSIS TTEE, PO BOX 4311, INCLINE VILLAGE NV 89450-4311
2805333 THE BARBARA M SANCHEZ 2002, REVOCABLE LIVING TRUST DTD 4/4/02, C/O BARBARA M SANCHEZ TTEE, PO BOX 90528, SANTA BARBARA CA 93190-0528
2801694 +THE BEULAH J JOHNSON LIVING TRUST, DTD 5/3/01, C/O BEULAH J JOHNSON TTEE, 8122 W FLAMINGO RD UNIT 180, LAS VEGAS NV 89147-4222
2827528 THE CHAI 18 TRUST, C/O SAM BARASHY AND SIMHA BARASHY TTEES, 7447 TAMARIND AVE, LAS VEGAS NV 89147-4380
2775666 THE CHIAPETTA TRUST, PAT & JOANNE CHIAPETTA TTEES, JOANNE CHIAPETTA, 9043 CINNAMON DR, SPARKS NV 89436
2839934 THE CHIAPPE FAMILY TRUST DTD 1/22/96, C/O ELIO A CHIAPPE AND, GERALDINE N CHIAPPE TTEES, PO BOX 7288, CARMEL CA 93921-7288
2776212 THE CHIAPPETTA TRUST, PAT & JOANNE CHIAPPETTA TTEES, JOANNE CHIAPPETTA, 2043 CINNAMON DR, SPARKS NV 89436
3511823 THE CHIAPPETTA TRUST DATED 4/1/03, C/O PAT M. & JOANN CHIAPPETTA, 118 BEE CREEK COURT, GEORGETOWN, TX 78633-5320
2855525 THE COSTANZA 1987 DECEDENT'S TRUST, C/O SAM COSTANZA TTEE, 9809 CANTEBURY ROSE LN, LAS VEGAS NV 89134-5913
2865161 +THE COXEY LIVING TRUST 12-3-98, 1945 HIDDEN MEADOWS DR, RENO NV 89502-8762
2775660 +THE COXEY LIVING TRUST DTD 12-3-98, 1945 HIDDEN MEADOWS DR, RENO NV 89502-8762
2683095 +THE DESIGN FACTORY, 3622 N. RANCHO DRIVE, LAS VEGAS, NV 89130-3161
2801717 THE DUANE U DEVERILL FAMILY, TRUST DTD 10/25/90 TRUST #1, C/O DUANE U DEVERILL TTEE, 774 MAYS BLVD STE 10 PMB 186, INCLINE VILLAGE NV 89451-9613

2840885 THE EARL WIGERT & DOROTHY WIGERT 1994, REVOCABLE TRUST, C/O EARL WIGERT TTEE, 3115 MERRILL DR, TORRANCE CA 90503-7128
2827583 THE EMERALD 18 TRUST, C/O AVI BARASHI TTEE, PO BOX 81191, LAS VEGAS NV 89180-1191
2827529 +THE EMERALD TRUST, C/O AVI BARASHI TTEE, PO BOX 81181, LAS VEGAS NV 89180-1181
2830478 +THE ERIC NOEL CARTAGENA TRUST, C/O ERIC N. CARTAGENA TRUSTEE, 2066 FLAG AVENUE SOUTH, ST LOUIS PARK MN 55426-2328
2995074 THE FISCHER FAMILY TRUST DTD 6/9/95, C/O ALOYS FISCHER & JOYCE FISCHER TTEES, PO BOX 579901, MODESTO CA 95357-5901
2855124 THE JOHANSEN FAMILY TRUST DTD, 10/23/87 AS AMENDED 6/11/04, C/O LIEF A JOHANSEN & ROBERTA K JOHANSEN, PO BOX 2773, TRUCKEE CA 96160-2773
2855539 THE KENNETH H & PHYLLIS P WYATT FAMILY TRUST, KENNETH H WYATT & PHYLLIS P WYATT TTEES, PO BOX 370400, LAS VEGAS NV 89137-0400
2812088 THE M EVELYN FISHER REVOCABLE TRUST, DTD 11/07/05, C/O M EVELYN FISHER AND/OR SUCCESSOR IN, 12051 S CHEROKEE LN, TUCSON AZ 85736-1317
2799765 +THE MARK COMBS PENSION & PSPS, 4790 CAUGHLIN PKY, RENO NV 89519-0907
2800507 THE MARY H CROSS TRUST DTD 12/29/88, C/O MARY H CROSS TTEE, 1474 WESSEX CIR, RENO NV 89503-1542
2683096 THE MOSER GROUP, INC., 4919 WEST UNIONVILLE, INDIAN TRAIL, NC 28079
2827521 THE NOXON FAMILY TRUST, C/O ARTHUR G NOXON & JOAN NOXON TTEES, 2657 WINDMILL PKWY #197, HENDERSON NV 89074-3384
2809799 THE RUEGG LIVING TRUST, DTD 11/28/94, C/O FRAN CHARLES RUEGG JR &, MARGARET S RUEGG TTEES, 107 NAVIGATOR LN, FRIDAY HARBOR WA 98250-6017
2683779 ++++THE S.W. CRANLEY REVOCABLE TRUST DATED 2, C/O SHELLEY WIKE CRANLEY TRUSTEE, 4240 MONT BLANC WAY, LAS VEGAS NV 89124-9218
(address filed with court: The S.W. Cranley Revocable Trust dated 2, c/o Shelley Wike Cranley Trustee, 174 Mont Blanc Way, Las Vegas, NV 89124)
2773066 +THE SANCHEZ LIVING TRUST, RANDY & SHARON SANCHEZ TTEES, RANDY & SHARON SANCHEZ, 5713 N WHITE SANDS RD, RENO NV 89511-5668
2773069 +THE SANCHEZ LIVING TRUST 10/03/06, RANDY AND SHARON SANCHEZ, RANDY SANCHEZ, 5713 N WHITE SANDS RD, RENO NV 89511-5668
2773068 +THE SANCHEZ LIVING TRUST 10/13/03, RANDY AND SHARON SANCHEZ, RANDY SANCHEZ, 5713 N WHITE SANDS RD, RENO NV 89511-5668
2827526 THE SAPPHIRE 18 TRUST, C/O NIMROD BARASHY TTEE, 2868 REDWOOD ST, LAS VEGAS NV 89146-5113
2863935 THE SCHOONOVER FAMILY TRUST DTD 2/23/04, C/O EDWARD L AND SUSAN A SCHOONOVER COTT, EDWARD L AND SUSAN A SCHOONOVER, 164 SHORETT DR, FRIDAY HARBOR WA 98250-8140
2994858 +THE THOMAS D LYNCH 1995, REVOCABLE LIVING TRUST, C/O THOMAS D LYNCH TTEE, 1011 ARMADILLO CT, HENDERSON NV 89002-9446
3004989 THE VOSS FAMILY TRUST UNDER TRUST DTD 10/4/99, C/O WOLF DIETER VOSS & CLAUDIA VOSS TTEE, 14 VIA AMBRA, NEWPORT BEACH CA 92657-1610
2872426 +THE WHITEMAN TRUST DTD 12/01/04, C/O H DANIEL WHITMAN TTEE, PO BOX 10200, ZEPHYR COVE NV 89448-2200
2792091 +THE WHITMAN TRUST, H DANIEL WHITMAN TTEE 12-1-04, PO BOX 10200, ZEPHYR COVE NV 89448-2200
2833636 +THE WHITMAN TRUST DTD 12/1/04, WHITMAN TTEE, PO BOX 10200, ZEPHYR COVE NV 89448-2200
2810958 +THE WILLIAM KOSTECHKO REVOCABLE, TRUST DTD 10/31/05, C/O WILLIAM KOSTECHKO TTEE, 5415 W HARMON AVE UIT 1035, LAS VEGAS NV 89103-5098
3001865 +THOMAS & JOANNE HALVORSON, 3716 N NORMANDIE, SPOKANE WA 99205-3051
3048115 +THOMAS A. HANTGES, 47 NIGHTSHADE COURT, HENDERSON, NV 89074-1723
2862107 +THOMAS B HARRISON AND MARGUERITE F HARRISON, TTEES OF THE HARRISON FAMILY TRUST DTD 7, THOMAS B & MARGUERITE F HARRISON, 930 DORCEY DR, INCLINE VILLAGE NV 89451-8503
2798754 THOMAS C GRAY IRA, 31672 SCENIC DR, LAGUNA BCH CA 92651-8205
2994859 +THOMAS D LYNCH FAMILY FOUNDATION, C/O THOMAS D LYNCH PRESIDENT, 1011 ARMADILLO CT, HENDERSON NV 89002-9446
2808998 +THOMAS J KARREN LIVING TRUST, C/O THOMAS KARREN SOLE TTEE, 20483 POWDER MOUNTAIN CT, BEND OR 97702-9552
2830195 THOMAS REHN IRA, 15405 W ROBERTSON DR, SUN CITY WEST AZ 85375-3038
2683097 THOMSON FINANCIAL, P.O. BOX 71601, CHICAGO, IL 60694-1601
2802048 +TIANO, JACK, 116 W EL PORTAL STE 103, SAN CLEMENTE CA 92672-4634
2810952 TIANO, NORMAN, 7070 ROCK DOVE ST, CARLSBAD CA 92011-5025
2775649 +TIM S PARTCH & KATHLEEN L PARTCH, C/O JOSHUA D BRYSK, LAW OFFICES OF JAMES G SCHWARTZ, 7901 STONERIDGE DR, STE 401, PLEASANTON CA 94588-3656
2798884 TIMOTHY FOLENDORF TRUST, DATED 3/21/00, C/O TIMOTHY FOLENDORF TTEE, PO BOX 2, ANGELS CAMP CA 95222-0002
3060601 TIMOTHY J PORTER IRA, 8970 S BANK DR, ROSEBURG, OR 97470-7993
2829659 +TIMOTHY J PORTER IRA, C/O SCOTT D FLEMING ESQ, HALE LANE PEEK DENNISON & HOWARD, 3930 HOWARD HUGHES PKWY 4TH FL, LAS VEGAS NV 89169-0947
2812241 +TIMOTHY JAMES BAUER and ANGELA BAUER, C/O DONNA M. OSBORN, ESQ., MARQUIS & AURBACH, 10001 PARK RUN DRIVE, LAS VEGAS, NV 89145-8857
2812086 +TISCHLER, HILLARI, 7408 DOE AVE, LAS VEGAS NV 89117-1444
2840851 TITO A CASTILLO & JAIRO A CASTILLO, 13390 PARKSIDE TER, COOPER CITY FL 33330-2642
2685231 +TK & Associates, 31140 361 Lane, Le Sueur, MN 56058-3392
3989728 TOBIAS AND PATRICIA VON EUW, SUN CITY ALIANTE, NORTH LAS VEGAS, NV 89084-2500
2988849 TOBIAS VON EUW REVOCABLE TRUST DTD 11/23/04, C/O TOBIAS VON AUW TTEE, 2448 LARK SPARROW ST, LAS VEGAS NV 89084-3726
2843199 TOBY A GUNNING, 7245 BROCKWAY CT, RENO NV 89523-3247
2840214 +TODD DAVIS, 360 W 55TH ST APT 1G, NEW YORK NY 10019-5126
2803210 +TODD HUMPHREY, 18665 MEADOWLARK CT, PENN VALLEY CA 95946-9655
2822127 TOM HANTGES, 1641 STARLIGHT CANYON AVE, LAS VEGAS NV 89183-6338
2827568 +TOM, STERLING, 213 ROYAL ABERDEEN WAY, LAS VEGAS NV 89144-4330
2827587 +TOM,STERLING, 213 ROYAL ABERDEEN WY, LAS VEGAS NV 89144-4330
2804526 TOOMBES, PATSY, PO BOX 11665, ZEPHYR COVE NV 89448-3665

2829359 +TOPP, GARY, PO BOX 3008, GRASS VALLEY CA 95945-3008
2863566 +TRIPP ENTERPRISES INC A NEVADA CORPORATION, WARREN W TRIPP, 250 GREG ST, SPARKS NV 89431-6201
2988853 +TROY ALLEN COX, 6493 ROSEMOUNT AVE, LAS VEGAS NV 89156
2686072 +TS Irrevocable Trust, c/o Bernard Sindler Trustee, 2112 Plaza Del Fuentes, Las Vegas, NV 89102-3912
2830097 +TURNER DEVELOPMENT, LLC, A CALIFORNIA LIMITED LIABILITY CO, CHRIS TURNER, 461 N CARLISLE PLACE, ORANGE, CA 92869-6020
2683098 +TWELVE HORSES OF NORTH AMERICA, 10315 PROFESSIONAL CIRCLE, RENO, NV 89521-5861
2822121 +TYSSELING, MARK & SHARON VEY-TYSSELING, 210 ONEIDA ST, ST PAUL MN 55102-2821
2684147 +Tad Folendorf, P O Box 1, Angels Camp, CA 95222-0001
2686199 +Tad Stephen & Diane Stephen, 120 E South Ave, Redlands, CA 92373-7171
2684820 +Tally-Ho Fund, 809 TallyHo Lane, Chester Springs, PA 19425-2305
2685611 +Tamara J. Perlman IRA, c/o Pensco Trust Company Custodian, P O Box 10672, Truckee, CA 96162-0672
2684714 +Tamara M. Johnson, 310 Parkhurst Dr, Caldwell, ID 83605-4513
2685121 +Tamra A. Mamuad, 7935 Placid Street, Las Vegas, NV 89123-1848
2686219 +Tana Stigile IRA, c/o First Savings Bank Custodian, 4110 Santa Fe Drive, Fallon, NV 89406-5247
2686074 +Tara Sindler, 2112 Plaza Del Fuentes, Las Vegas, NV 89102-3912
2686298 +Taylor Family Trust dated 12/23/86, c/o William Taylor & Lyla Taylor Trustee, 8604 Soneto Lane, Las Vegas, NV 89117-1172
2686292 +Taylor Living Trust dated 2/27/98, c/o Kerry S. Taylor & Joyce L. Taylor Tr, 4275 Settler Dr, Reno, NV 89502-5905
2686310 +Tennariello Revocable Trust dated 7/10/9, c/o Alfonso Tennariello & Jean Tennariel, 2617 Spalding Drive, Las Vegas, NV 89134-7551
2683326 +Teresa Anne Bell Living Trust, c/o Teresa Anne Bell Trustee, 1944 Grey Eagle St, Henderson, NV 89074-0670
2683736 +Teresa Conger, 13108 Woodstock Drive, Nevada City, CA 95959-8101
2686689 +Teresa G. Zeller Trust, c/o Teresa G. Zeller Trustee, 2920 Whalers Cove Circle, Las Vegas, NV 89117-3696
2685459 +Teri E. Nelson, 465 Puesta Del Sol, Arroyo Grande, CA 93420-1437
2685738 +Terrance E. Reay and Debra L. Barnes Rea, 25 Mainsail Drive, Corona Del Mar, CA 92625-1427
2686117 +Terrance H. Smith, 22 Pelican Place, Belle Air, FL 33756-1568
2683741 +Terrence D. Conrad and Doreen C. Conrad, 8035 North Casas Carmen, Tucson, AZ 85742-9779
2684715 +Terrence Johnson, 1739 Sand Storm Drive, Henderson, NV 89074-1744
2686314 +Terrill Family Revocable Living Trust da, c/o Cal Terrill & Judy Terrill Trustees, 6149 Aragon Ave, New Port Richey, FL 34653-4058
2686696 +Terry Audbrey Zimmerman Living Trust da, c/o Terry A. Zimmerman Trustee, 2274 Trafalgar Court, Henderson, NV 89074-5326
2683411 +Terry Bombard 1998 Trust dated 1/23/98, c/o Terry Bombard Trustee, 3570 W Post Road, Las Vegas, NV 89118-3866
2683710 +Terry Coffing, 10001 Park Run Dr, Las Vegas, NV 89145-8857
2684517 +Terry Helms Living Trust dated 11/11/94, c/o Terry Helms Trustee, 809 Upland Blvd, Las Vegas, NV 89107-3719
2684426 +Terry L. Hansen Revocable Living Trust d, c/o Terry L. Hansen Trustee, P O Box 458, Sparks, NV 89432-0458
2685153 +Terry Markwell Profit Sharing Plan & Tru, c/o Terry Markwell Trustee, 12765 Silver Wolf Rd, Reno, NV 89511-4797
2685511 +Terry P. O’Rourke & Nettie Jo O’Rourke, 4308 Cicada Way, Las Vegas, NV 89121-4631
2686676 +Terry Thomas Young, 648 Clement St, San Francisco, CA 94118-2207
3010686 +Tesseract Trust Dated 3/31/07, c/o Bradley Paul Elley, Esq., 120 Country Club Dr Ste 5, Incline Village, NV 89451-9362
2685807 +Tesseract Trust dated 3/31/04, c/o Judd Robbins & Lin Van Heuit-Robbins, 1340 Anderson Creek Rd, Talent, OR 97540-7719
2685864 +Thalia Routsis Family Trust dated 7/24/9, c/o Thalia Nicholas Routsis Trustee, P O Box 4311, Incline Village, NV 89450-4311
2683139 +The 1991 Agliolo Revocable Living Trust, c/o Joseph R. Agliolo Trustee, 1309 Palm Drive, Burlingame, CA 94010-3715
2684469 +The 2001 R.K. Hatfield Family Trust date, c/o Roberta K. Hatfield Trustee, 2747 Crown Ridge Drive, Las Vegas, NV 89134-8319
2684618 +The 2001 Robert D. Howard Sr. Trust, c/o Robert D. Howard Sr. Trustee, 2361 Zuni Avenue, Pahrump, NV 89048-4840
2686608 +The Albert Winemiller Trust, c/o Albert Winemiller, Trustee, P O Box 66157, Houston, TX 77266-6157
2685660 +The Alois Plainer Revocable Living Trust, c/o Alois Plainer, Trustee, 698 Mt. Bona Way, Boulder City, NV 89005-1031
2685998 +The Andrew H. Shahin Trust dated 6/6/94, c/o Andrew H. Shahin Trustor & Trustee, 17158 Forest Hills Drive, Victorville, CA 92395-4614
2683368 +The Anthony Bilotto Trust dated 01/16/03, c/o Anthony Bilotto Trustee, 2956 Crib Point Drive, Las Vegas, NV 89134-7626
2683186 +The Baltes Company, 211 Copper Ridge Court, Boulder City, NV 89005-1211
2685899 +The Barbara M. Sanchez 2002 Revocable Li, c/o Barbara M. Sanchez Trustee, P O Box 90528, Santa Barbara, CA 93190-0528
2686428 +The Benedict E. Urban & Roselyn N. Urban, c/o Benedict E. Urban & Roselyn N. Urban, 2691 Evergreen Oaks Dr, Henderson, NV 89052-7060
2683349 +The Benz Family Trust dated 7/14/95, c/o Bernard D. Benz & Margaret W. Benz T, 1265 Old Foothills Rd, Gardnerville, NV 89460-6218
2685905 +The Bernard Sandler and Linda Marie Sand, c/o Bernard Sandler and Linda Marie Sand, C/O Ridgeway & Warner, 735 State St Ste 250, Santa Barbara, CA 93101-5509

2683434 +The Bowman 1989 Revocable Trust, c/o Richard L. Bowman Trustee, 10500 Valley Drive, Plymouth, CA 95669-9515
2683446 +The Brandin Family Trust dated December, c/o Gregory M. Brandin and Robert Eric B, 726 Idaho Ave #305, Santa Monica, CA 90403-2813
2683447 +The Brandin Family Trust dated December, c/o Robert Eric Brandin and Evelyn Mary, 2 La Lomita Street, Newbury Park, CA 91320-1013
2685743 +The Bushman-Elias Family Trust Dated 9/5, c/o Corey J. Reed, Trustee, 25 Francesca Ave, Somerville, MA 02144-2001
2683592 +The Cangiano Trust dated 3/30/90, c/o Louis Cangiano, Jr. & Nancy E. Cangi, 32085 Via Flores, San Juan Capistrano, CA 92675-3867
2686052 +The Carey B. Sigmen & Lisa K. Sigmen Tru, c/o Carey B. Sigmen & Lisa K. Sigmen Tru, P. O. Box 1554, Mammoth Lakes, CA 93546-1554
2683645 +The Cerrone Family Trust dated 1/26/96, c/o Frank A. Cerrone & Shari L. Cerrone, 1502 Big Valley Drive, Reno, NV 89521-6141
2683266 +The Chai 18 Trust, c/o Sam Barashy and Simha Barashy, Trust, 7447 Tamarind Ave, Las Vegas, NV 89147-4380
2685664 +The Charles B. Plunkett Revocable Trust, c/o Charles B. Plunkett Trustee, 142 Cody Erin Drive, Henderson, NV 89074-0148
2683664 +The Chiappe Family Trust dated 1/22/96, c/o Elio A. Chiappe and Geraldine N. Chi, P O Box 7288, Carmel, CA 93921-7288
2683758 +The Costanza 1987 Decedent's Trust, c/o Sam Costanza, Trustee, 9809 Cantebury Rose Lane, Las Vegas, NV 89134-5913
2685362 +The Decedent's Trust Restated Moon 1987, c/o Frieda Moon Trustee, 2504 Callita Court, Las Vegas, NV 89102-2020
2684910 +The Dennis & Linda Lack Family Trust dat, c/o Dennis G. Lack & Linda J. Lack Co-Tr, 17654 Yellow Pine Ave, Shasta Lake, CA 96019-2074
2683875 +The Denny 1983 Marital Trust dated 2/14/, c/o Donna Lou Denny Trustee, 4350 Sleepy Hollow Dr, Reno, NV 89502-8623
2685289 +The Dixie F. Meyer Trust dated March 23,, c/o Dixie F. Meyer, Trustee, 8420 Cinnamon Hill Avenue, Las Vegas, NV 89129-6859
2683929 +The Dollar Family Trust dated 3/16/01, c/o Robert Dollar & Barbara Dollar Trust, 8 Tether Moon Lane, Ladera Ranch, CA 92694-0714
2686617 +The Doris E. Winter Trust, c/o Doris E. Winter, Trustee, 2855 Olie Ann Place, Enumclaw, WA 98022-7429
2683891 +The Duane U. Deverill Family Trust Dated, c/o Duane U. Deverill Trustee,, 774 Mays Blvd #10 PMB 186, Incline Village, NV 89451-9613
2684693 +The Durand Jensen Ltd Family Partnership, PO Box 420161, Kanarraville, UT 84742-0161
2686572 +The Earl Wigert & Dorothy Wigert 1994 Re, c/o Earl Wigert Trustee, 3115 Merrill Drive, Torrance, CA 90503-7128
2684156 +The Edwin and Dianne Foreman Trust, c/o Edwin L. Foreman and Dianne E. Forem, 10109 Shenandoah Drive, Santee, CA 92071-1656
2685473 +The Eleanor A. Newton Family Trust dtd, c/o Eleanor Newton, TTEE,, 3320 Thorndale Road, Pasadena, CA 91107-4636
2683263 +The Emerald 18 Trust, c/o Avi Barashi, Trustee, P O Box 81191, Las Vegas, NV 89180-1191
2683617 +The Eric Noel Cartagena Trust, c/o Eric N. Cartagena, Trustee,, P O Box 60742, San Diego, CA 92166-8742
2686672 +The Ernie C. Young Living Trust dated 9/, c/o Ernie C. Young Trustee, P.O. Box 19035, Jean, NV 89019-9035
2684324 +The Esther & Richard Gralinski Family Tr, c/o Richard Gralinski Trustee, 7825 Geyser Hill Lane, Las Vegas, NV 89147-5640
2686691 +The Evo E. Zepponi and Billie D. Zepponi, c/o Evo Zepponi and Billie Zepponi, Trus, 14385 W. Morning Star Trail, Surprise, AZ 85374-3816
2684087 +The Feldman Family Revocable Trust dated, c/o Robert S. Feldman & Joan Feldman, Tr, 10107 Lakeview Drive, Rancho Mirage, CA 92270-1473
2684086 +The Feldman Family Trust dated 01/01/93, c/o Benjamin J. Feldman & Evelyn Feldman, 1 St Marys Court, Rancho Mirage, CA 92270-3157
2684121 +The Fischer Family Trust dated 6/9/95, c/o Aloys Fischer and Joyce Fischer, Tru, P O Box 579901, Modesto, CA 95357-5901
2684186 +The Frey Family Trust, c/o Donald Frey & Barbara Frey Trustees, 926 W 3450 S, Hurricane, UT 84737-2569
2684190 +The Friedmutter Family Trust, c/o Brad H. Friedmutter Trustee, 4022 Dean Martin Dr, Las Vegas, NV 89103-4134
2684193 +The Fruscione Family Trust dated11/21/20, c/o Anthony Fruscione and Lyda Fruscione, 2385 Audubon Way, Reno, NV 89509-4204
2684218 +The Gambello Trust, c/o Anthony V. Gambello & Elizabeth Gamb, 2220 Hot Oak Ridge St, Las Vegas, NV 89134-5520
2683778 +The Gareth A. R. Craner Trust Dtd 6/01/0, c/o Gareth A. R. Craner Trustee, P O Box 1284, Minden, NV 89423-1284
2685639 +The Gordon Ray and Nancy S. Phillips Liv, c/o Gordon Ray Phillips, Trustee, 4906 E Desert Inn Rd, Las Vegas, NV 89121-2808
2684939 +The Harold Larragueta Family Trust dated, c/o Dolores Larragueta Trustee, 244 Castellana South, Palm Desert, CA 92260-2114
2684498 +The Heaton Family Trust Dated December 4, c/o James F. Heaton and Nadine B. Heaton, P O Box 120, Gunlock, UT 84733-0120
2685059 +The Henry L. Louvigny & Marcelle A. Louv, c/o Henri L. Louvigny & Marcelle A. Louv, 2648 Aspen Valley Ln, Sacramento, CA 95835-2137
2684590 +The Holland Family Trust dated 1993, c/o Fred Holland & Marjorie Holland Trus, 606 Bryant Court, Boulder City, NV 89005-3017
2683844 The Ivan Norman and Beverly Anne Davis F, c/o Ivan N. Davis & Beverly Anne Davis,, 3229 Cottage Way, Sacramento, CA 95825-0449

2685155 +The J V Marrone Revocable Trust dated 12, c/o J V Marrone Trustee, 55 Colonial Drive, Rancho Mirage, CA 92270-1600
2684950 +The James F. Lawrence and Arla Lawrence, c/o James F. Lawrence and Arla M. Lawren, 14412 N. Giant Saguaro Place, Tucson, AZ 85755-8556
2684971 +The Janet L. Leedham Revocable Trust, dt, c/o Janet L. Leedham, TTEE, Realty Executives, Attn: Janet Leedham, 10750 W Charleston Blvd, Ste 180, Las Vegas, NV 89135-1043
2684799 +The Jesse J. Kelsey Revocable Living Tru, c/o Michael D. Kelsey, Trustee, 4910 Ellicott Hwy, Calhan, CO 80808-7894
2684697 +The Johansen Family Trust dated 10/23/87, c/o Leif A. Johansen & Roberta K. Johans, P O Box 2773, Truckee, CA 96160-2773
2685381 +The Kenneth Griffyn Morgan Living Trust, c/o Kenneth G. Morgan, Trustee, 2147 Alisa Maria Way, Las Vegas, NV 89104-5021
2686653 +The Kenneth H. & Phyllis P. Wyatt Family, c/o Kenneth H. Wyatt & Phyllis P. Wyatt, P .O. Box 370400, Las Vegas, NV 89137-0400
2683450 +The Larry R. & Susan L. Brasuell 1996 Li, c/o Larry R. Brasuell & Susan L. Brasuel, P. O. Box 6585, Gardnerville, NV 89460-4609
2683129 +The Leonard Adams Revocable Trust Under, c/o Leonard C. Adams and Denise M. Adams, 9290 E Thompson Peak Pkwy # 491, Scottsdale, AZ 85255-4519
2683801 +The Lepp Trust, c/o Pamela A.L. Curtis Trustee of, 1101 Cambridge Manor Drive, Scotia, NY 12302-2457
2684173 +The Levy Family Trust dated 5/5/94, c/o Miriam Franklin Trustee, 2550 Dana Street Apt 8D, Berkeley, CA 94704-2869
2685704 +The Lewis/Rafferty Family Trust dated 6/, c/o Justin D. Rafferty & Patricia L. Lew, 625 West Silver Creek Road, Gilbert, AZ 85233-5855
2683683 +The Living Trust of Sher Ciaramitaro dat, c/o Sher Ciaramitaro Trustee, 10 Robinsdale Rd., Martinez, CA 94553-3054
2685999 +The Louis H. Shahin Trust dated 6/9/94, c/o Louis H. Shahin Trustor & Trustee, 19211 Chole Rd., Apple Valley, CA 92307-4619
2684300 +The Lyna Young Goodson LP, c/o Gordon Ray Phillips, Trustee, 4906 E Desert Inn Rd, Las Vegas, NV 89121-2808
2684126 +The M. Evelyn Fisher Revocable Trust dat, c/o M. Evelyn Fisher, and/or successor(s, 3406 S Feldspar Ave, Tucson, AZ 85735-9007
2683732 +The Mark Combs Pension & Profit Sharing, 4790 Caughlin Parkway, Reno, NV 89519-0907
2683788 +The Mary H. Cross Trust dated 12/29/88, c/o Mary H. Cross Trustee, 1474 Wessex Circle, Reno, NV 89503-1542
2685197 +The Mault Family Trust, c/o Allen J. Mault and Marita Mault, Tru, 2422 Aquasanta, Tustin, CA 92782-1103
2685354 +The Monsen 2005 Revocable Trust dated 6/, c/o Robert T. Monsen and Amelia A. Monse, 711 Anrey Ct, Murphys, CA 95247-9630
2685425 +The Murphy Family Trust, c/o Dr. James & Tracy Murphy, Trustees, 13005 Thunderbolt Dr, Reno, NV 89511-4765
2685437 +The Najarian Family Revocable Living Tru, c/o Roger Najarian & Janice Najarian Tru, 8320 Sedona Sunrise Dr, Las Vegas, NV 89128-8257
2685470 +The Newman Family Trust 07/18/1997, c/o Jerrold B. Newman and Ruth C. Newman, 35 Buckingham Ct., Hillsborough, CA 94010-7303
2685500 +The Noxon Family Trust, c/o Arthur G. Noxon & Joan Noxon Trustee, 2657 Windmill Pkwy # 197, Henderson, NV 89074-3384
2685552 +The Palmer Family Trust, c/o David A. Palmer Trustee UA 2/13/90, 1601 Benchley Court, Henderson, NV 89052-6918
2685539 +The Patti Ossen 1999 Revocable Trust, c/o Patti Ossen Trustee of, 7841 E. Berner St., Long Beach, CA 90808-4417
2685493 +The Paula Nordwind 2001 Revocable Trust, c/o Aaron Nordwind and Paula Nordwind Tr, 1840 Veteran Ave 302, Los Angeles, CA 90025-4579
2685583 +The Paulsen Family Trust Under Agreement, c/o Lowell Arthur Paulsen and Sherri Lyn, 47557 Rd 630, Oakhurst, CA 93644-9423
2685614 +The Pernicano Family Living Trust, c/o Angelo Pernicano & Barbara Pernicano, 6212 Naha Port Ave, Las Vegas, NV 89110-2763
2684550 +The Philip Higerd Family Trust dated 5-3, c/o Philip C. Higerd, Trustee, P O Box 2535, Mammoth Lake, CA 93546-2535
2685713 +The Ram Family Trust dated 6/22/01, c/o Moshe Ram & Barbara Ram Trustees, 8063 Alpine Fir Avenue, Las Vegas, NV 89117-2561
2684953 +The Raymond & Sandra Nunez Family Trust, c/o Raymond Nunez & Sandra L. Lawson Tru, 4238 Curragh Oaks lane, Fair Oaks, CA 95628-6604
2685452 +The Reva H. Nelson Family Trust, c/o E. Christian Nelson & Dan F. Nelson, 172 West 1720 North, Orem, UT 84057-8552
2685858 +The Richard & Lynda Ross Family Trust da, c/o Richard K. Ross and Lynda J. Ross, T, 386 Questa Ct, Reno, NV 89511-5381
2684049 +The Richard G. Evans and Dorothy D. Evan, c/o Richard G. Evans and Dorothy D. Evan, 7143 Via Solana, San Jose, CA 95135-1338
2686587 +The Richard J. Williams Living Trust dat, c/o Richard J. Williams, Trustee, 1282 Conestoga Dr, Minden, NV 89423-8880
2686000 +The Rifqa Shahin Trust dated 6/8/94, c/o Rifqa Shahin Trustor & Trustee, 19211 Chole Rd, Apple Valley, CA 92307-4619
2686419 +The Robert A. Tyndall & Sydney N. Tyndal, c/o Robert A. Tyndall & Sydney N. Tyndal, 9508 Balatta Canyon Ct, Las Vegas, NV 89144-0837
2683516 +The Robert Alan Bryant Sr. Revocable Tru, c/o Robert Alan Bryant Sr. Trustee, 16247 W Cottonwood St, Surprise, AZ 85374-5742
2685141 +The Robert J. March Family Trust dated 1, c/o Robert J. March, Trustee, 5305 Tannerwood Dr, Reno, NV 89511-8012

2685865 +The Robert J. Rowley and Kathleen M. Row, c/o Robert J. Rowley and Kathleen M. Row, 398 Arboleda Rd., Santa Barbara, CA 93110-2002
2683776 +The Robert L. Crane Living Trust, c/o Robert L. Crane, Trustee, 2155 W 700 S Unit 9, Cedar City, UT 84720-1949
2685056 +The Robert S. Louis and Rose M. Louis Fa, c/o Robert S. Louis and Rose M. Louis, T, 5814 Engstrom Dr, Riverbank, CA 95367-9524
2685825 +The Roe Living Trust dated 2/14/95, c/o Audrey A. Roe Trustee of, 2211 Louisetown Rd, Reno, NV 89521-7012
2685643 +The Roger and Joann Phillips Revocable 2, c/o Roger C. Phillips and Joann Phillips, 7132 Oakcreek Drive, Stockton, CA 95207-1433
2685869 +The Ruegg Living Trust dated 11/28/94, c/o Frank Charles Ruegg, Jr. & Margaret, 107 Navigator Lane, Friday Harbor, WA 98250-6017
2685889 +The Sak Family Trust dated 12-17-04, c/o Gregory V. Sak and Jana L. Sak, Trus, 2512 Skippers Cove Ave, Henderson, NV 89052-5607
2781481 +The Sandler Living Trust, Trustee of the Sandler Living Trust, 8912 E. Pinnacle Peak Rd., Box 591, Scottsdale, AZ 85255-3659
2683265 +The Sapphire 18 Trust, c/o Nimrod Barashy, Trustee, 2868 Redwood Street, Las Vegas, NV 89146-5113
2685945 +The Schmitt Trust, c/o Eric J. Schmitt and Valerie L. Schmi, 5941 Brassie Circle, Huntington Beach, CA 92649-2748
2685953 +The Schoonover Family Trust dated 2/23/0, c/o Edward L. Schoonover & Susan A. Scho, 164 Shorett Drive, Friday Harbor, WA 98250-8140
2686028 +The Sherriff Family, LLC, 774 Mays Blvd 10 PMB 313, Incline Village, NV 89451-9613
2686083 +The Sisk Family Foundation, c/o Tommie W. Sisk Trustee, 164 E 4635 N, Provo, UT 84604-5447
2686134 +The Soldo Family Limited Partnership, 1905 Davina Street, Henderson, NV 89074-1091
2684327 +The Stacy Grant Revocable Trust, c/o Stacy Grant Trustee of, 934 E Grandview Rd, Phoenix, AZ 85022-2623
2686181 +The Stange Trust dated 8/8/02, c/o Brian R. Stange & Amy M. Stange Trus, 746 Rome Drive, Bishop, CA 93514-2323
2685499 +The Stanley M Novara Family Trust dated, c/o Stanley M. Novara Trustee, 1010 Industrial Road Space 60, Boulder City, NV 89005-1714
2686222 +The Stimpson Family Trust Dated 5/9/00, c/o Gordon N. Stimpson & Marjorie I. Sti, 728 Pinnacle Court, Mesquite, NV 89027-3308
2686001 +The Suhayla Shahin Living Trust dated 7-, c/o Suhayla Shahin, Trustee, 19211 Chole Road, Apple Valley, CA 92307-4619
2686326 +The Thiel Living Trust dated 2/13/99, c/o Beth M. & Daniel E. Thiel Trustees,, 1008 Malaga Ct., Pleasanton, CA 94566-6987
2685086 +The Thomas D. Lynch 1995 Revocable Livin, c/o Thomas D. Lynch Trustee, 1011 Armadillo Ct., Henderson, NV 89002-9446
2685085 +The Thomas D. Lynch Family Foundation, c/o Thomas D. Lynch President, 1011 Armadillo Court, Henderson, NV 89002-9446
2683635 +The Tracy Cavin Family Trust UTD 11/10/0, c/o Tracy Cavin Trustee, 1424 W Hereford Dr, Eagle, ID 83616-4846
2686391 +The Tripp Family Trust, c/o Walter C. Tripp Trustee, 5590 Briarhills Lane, Reno, NV 89502-9624
2685356 +The Underpass Trust, c/o Ronald K. Montesano Trustee, 5121 Big River Ave, Las Vegas, NV 89130-2919
2686445 +The Van Sickle Family Trust dated 5/20/9, c/o Lloyd F. Van Sickle Trustee, 5626 E Edgemont Avenue, Scottsdale, AZ 85257-1026
2685265 +The Verena Mehler Family Trust dated 1/1, c/o Verena Mehler Trustee, 3913 Oakhill Avenue, Las Vegas, NV 89121-6235
2685196 +The Vincent J Matthews LLC, 5459 Pine Ranch Street, Las Vegas, NV 89113-1525
2685325 +The Virginia & George Minar Living Trust, c/o George Minar & Virginia Minar Truste, 10800 Clarion Lane, Las Vegas, NV 89134-5263
2686480 +The Voss Family Trust Under Trust dated, c/o Wolf Dieter Voss & Claudia Voss Trus, 14 Via Ambra, Newport Beach, CA 92657-1610
2686647 +The Wanda Wright Revocable Living Trust, c/o Wanda C. Wright, Trustee, 16500 Pyramid Hwy, Reno, NV 89510-8711
2686520 +The Warner Family Trust dated 3/17/00, c/o John H. Warner, Jr. & Linda M. Warne, 2048 N Chettro Trail, St George, UT 84770-5345
2686551 +The Welcher Family Trust dated 7/13/99, c/o Andrew A. Welcher & Rosanne Welcher, 1175 Church Street, Ventura, CA 93001-2148
2686556 +The Werthing Senior Family Trust dated 1, c/o John Austin Werthing, Sr. & Sallie M, 56 Country Club Cove, Jackson, TN 38305-3909
2685848 +The Wild Water Limited Partnership, P O Box 9288, Incline Village, NV 89452-9288
2838729 +The Wildwater Limited Partnership, c/o Robert C. LePome, Esq., 10120 S. Eastern Ave. #200, Henderson, NV 89052-3926
2684865 +The William Kostechko Revocable Trust da, c/o William Kostechko, Trustee, 5415 W Harmon Ave #1035, Las Vegas, NV 89103-7013
2685924 +Theodore S. Saulino and Alicia Saulino, 11720 Capri Drive, Whittier, CA 90601-2208
2684446 +Third Party Nevada Services, 6825 Antler Court, Las Vegas, NV 89149-9602
2684568 +Thomas A. Hinds, 1000 Lakeshore Blvd 11, Incline Village, NV 89451-9457
2686216 +Thomas A. Stewart & Tiffani J. Stewart, 330 Glistening Cloud Drive, Henderson, NV 89012-3119
2683222 +Thomas A.C. Arnott Revocable Trust dated, c/o Thomas A. C. Arnott Trustee, 3839 Mariposa Drive, Honolulu, HI 96816-3915
2683240 +Thomas Avena & Cindy Avena, 235 Mountain View Dr, Swall MeadowsBishop, CA 93514-7156
2684330 +Thomas C. Gray IRA, c/o First Trust Co. Onaga Custodian, 31672 Scenic Drive, Laguna Beach, CA 92651-8205
2683899 +Thomas Di Jorio, 4220 East Maya Way, Cave Creek, AZ 85331-2614
2683898 +Thomas Di Jorio & Antonette Di Jorio, 4220 East Maya Way, Cave Creek, AZ 85331-2614

2683695 +Thomas E. Clarke, 11316 East Persimmon Avenue, Mesa, AZ 85212-1909
2685551 +Thomas E. Page, 7888 Rye Canyon Dr., Las Vegas, NV 89123-0729
2684069 Thomas F. Fallon, USAID/Jordan Unit 70206, APO, AE 0
2686329 +Thomas Family Trust dated 4/13/00, c/o William E. Thomas, Jr. & Ingeborg Th, P O Box 323, Genoa, NV 89411-0323
2686412 +Thomas G. Turner & Diane M. Turner, 5686 Church Hill Green Dr, Sparks, NV 89436-2843
2686526 +Thomas G. Waters and Anne M. Waters, 13906 Man Of War Ct, Corpus Christi, TX 78418-6340
2684268 +Thomas H. Gloy, P. O. Box 4497, Incline Village, NV 89450-4497
2686581 +Thomas H. Wilkinson Living Trust dated 5, c/o Thomas H. Wilkinson & Susan L. Wilki, 173 Mandarin Dr, Mooresville, NC 28117-8156
2684757 +Thomas J. Karren Living Trust, c/o Thomas J. Karren, Sole Trustee, 20483 Powder Mountain Court, Bend, OR 97702-9552
2684076 +Thomas John Farano, 24 Van Keuren Ave, Bound Brook, NJ 08805-1929
2684401 +Thomas L. Halvorson & Joanne Halvorson, 3295 Palm Grove Dr, Lake Havasu, AZ 86404-2746
2686313 +Thomas L. Terrell & Judith J. Terrell, 40 Churchill Dr, Bella Vista, AR 72715-6232
2685176 +Thomas Maruna and Sayuri Maruna, 7 Calle Alamitos, Rancho Santa Margarita, CA 92688-4133
2686118 +Thomas N. Smith & Deborah L. Bertossa, P O Box 589, New Meadows, ID 83654-0589
2685907 +Thomas R. Sanford & Anne H. Sanford, 22225 Misner Road, Lapwai, ID 83540-6031
2683742 +Thomas Raymond Conway & Victoria C. E. C, 12835 Ridge Road, Grass Valley, CA 95945-4929
2685756 +Thomas Rehn IRA, c/o First Savings Bank Custodian, 15405 Robertson Dr., Sun City West, AZ 85375-3038
2684452 +Thomas T. Harrington, 160 Norwegian Ave. Apt B, Modesto, CA 95350-3548
2684451 +Thomas T. Harrington and Beverly J. Harr, 160 Norwegian Ave Apt B, Modesto, CA 95350-3548
2685787 +Thomas T. Riedman, 995 Putnam Ave, North Merrick, NY 11566-1215
2685786 +Thomas T. Riedman IRA, c/o First Savings Bank Custodian, 995 Putnam Ave, North Merrick, NY 11566-1215
2686331 +Thompson 1993 Trust dated 1/26/93, c/o Daryl D. Thompson Trustee, 2204 Point Rock Lane, Las Vegas, NV 89134-6742
2686330 +Thompson Family Trust, dtd 8/20/04, c/o Albert Thompson and Derwen Thompson,, 2505 Anthem Village Dr, Suite E Box 595, Henderson, NV 89052-5505
2684229 +Thornton Garth and Sharon R. Garth, P O Box 424, Lillian, AL 36549-0424
2685130 +Tiki Investment Enterprises LP, 2578 Highmore Ave, Henderson, NV 89052-6934
2683694 +Tim J. Clark & Tracy E. Clark, 1161 W. Sunrise Place, Chandler, AZ 85248-3738
2685574 +Tim S. Partch & Kathleen L. Partch, 41536 Chiltern Drive, Fremont, CA 94539-4661
2683542 +Timothy F. Burrus & Joann Ortiz-Burrus, 3880 W Hidden Valley Dr, Reno, NV 89502-9584
2684148 +Timothy Folendorf Trust dated 3/21/00, c/o Timothy Folendorf, Trustee, P O Box 2, Angels Camp, CA 95222-0002
2685676 +Timothy J. Porter IRA, c/o First Savings Bank Custodian, 8970 S Bank Dr, Roseburg, CA 97470-7993
2684797 +Timothy T. Kelly IRA, c/o First Savings Bank Custodian, 155 Gardner Street, Reno, NV 89503-5665
2684798 +Timothy T. Kelly and P. Michael Kelly, 155 Gardner St Apt #12, Reno, NV 89503-5542
2686552 +Tina M. Wener IRA, c/o First Savings Bank Custodian for, 226 California Ave, Reno, NV 89509-1621
2685347 +Tino J. Molossi and Monica A. Shah-Molos, P.O. Box 1657, El Granada, CA 94018-1657
2683629 +Tito A. Castillo & Jairo A. Castillo, 13390 Parkside Terrace, Cooper City, FL 33330-2642
2685601 +Tobi S. Pepper Inter Vivos Trust dated 7, c/o Tobi S. Pepper, Trustee,, 5429 Oak Park Ave, Encino, CA 91316-2629
2686478 +Tobias Von Euw Revocable Trust dated 11/, c/o Tobias Von Euw Trustee, 10405 Shoalhaven Dr, Las Vegas, NV 89134-7108
2684372 +Toby A. Gunning, 7245 Brockway Court, Reno, NV 89523-3247
2685852 +Toby Lee Rosenblum Trust dated 9/11/95, c/o Toby Lee Rosenblum Trustee, 1882 Colvin Avenue, St Paul, MN 55116-2712
2684251 +Todd & E. June Smith Family Trust, c/o E. June Smith Trustee, 2796 Misty View Way, Sierra Vista, AZ 85650-5729
2685198 +Todd C. Maurer IRA, c/o First Savings Bank Custodian, 3100 Chino Hills Pkwy Apt 1411, Chino Hills, CA 91709-4298
2683851 +Todd Davis, 322 W 57th St Apt 12R, New York, NY 10019-3701
2686357 +Todd Family Living Trust Agreement dated, c/o Richard T. Todd & Valere J. Todd Tru, 5961 Saddle Tree Rd, Pahrump, NV 89061-8278
2685333 +Todd O. Mitchell & Michelle L. Mitchell, 4596 Creeping Fig Court, Las Vegas, NV 89129-3694
2686076 +Todd Sinett & Wendy Sinett, 11 Cedar Lane, Sands Point, NY 11050-1334
2685416 +Tom Mueller, 8591 Fairfield Ave, Las Vegas, NV 89123-2221
2686362 +Tom Trust, c/o Sterling Tom Trustee, 213 Royal Aberdeen Way, Las Vegas, NV 89144-4330
2686365 +Tomczak Family Trust dated 4/25/83, c/o Sigmund L. Tomczak & Diana Tomczak T, 8507 S Harmon Extension Rd, Spokane, WA 99223-9346
2686084 +Tommie W. Sisk, 164 East 4635 North, Provo, UT 84604-5447
2686367 +Ton 1998 Revocable Trust, c/o James Gee Ton & Dorothy Ton Trustees, 10405 Trenton Place, Las Vegas, NV 89134-5129
2686671 +Toni A. York Family Trust dated 10/4/05, c/o Toni A. York, Trustee, P O Box 1957, Minden, NV 89423-1957
2686670 +Toni A. York IRA, c/o First Savings Bank Custodian, P O Box 1957, Minden, NV 89423-1957
2683198 +Tonia M. Antonacci Family Trust dated 6/, 631 N Stephanie #210, Henderson, NV 89014-2633
2683649 +Tony Chamoun & Carmen Chamoun, 1935 Parkside Circle South, Boca Raton, FL 33486-8568
2686241 +Tony Suarez, 16 Bland Street, Emerson, NJ 07630-1154
2684120 +Topflight Specs Profit Sharing Plan, c/o Richard T. Fiory Trustee, 55 New Montgomery St. #805, San Francisco, CA 94105-3435
2684929 +Traci Landig & Jacqueline Thurmond, 654 Moonlight Stroll St, Henderson, NV 89002-3305
2683860 +Tracy A. DeBerry, 1616 Scott Place, Encinitas, CA 92024-2465
2683332 +Tracy Belnap & Stanley W. Belnap & Glori, 4268 East Cassia Way, Phoenix, AZ 85044-4651

2684822 +Travis L. Killebrew & Lorna F. Killebrew, 1520 Palomino Drive, Henderson, NV 89002-8719
2684003 +Trevin B. Eckersley & Cynthia L. Eckersl, 14710 Lido Park Ct, Humble, TX 77396-3480
2686390 +Tripp Enterprises Inc., 250 Greg Street, Sparks, NV 89431-6201
2686393 +Tripp Enterprises, Inc. Restated Profit, c/o Warren W. Tripp Trustee, 250 Greg Street, Sparks, NV 89431-6201
2686387 +Tripp Family Trust 1997, c/o John M. Tripp Trustee, 6550 Viewpoint Drive, Las Vegas, NV 89156-7004
2685444 +Troy A. Nearpass and Brenda L. Nearpass, 4024 Palisades Park Dr, Billings, MT 59106-1432
2683769 +Troy Allen Cox, 6483 Rosemount Ave, Las Vegas, NV 89156-5962
2684366 +Troy C. Groves Trust, c/o Troy C. Groves Trustee, 2328 Airlands St, Las Vegas, NV 89134-5317
2684056 +Trust A 1983 Living Trust Agreement date, c/o Carol C. Eyre & Edward E. Eyre, Jr., 7456 Brothers Lane, Washoe Valley, NV 89704-8501
2686414 +Turner Development, LLC, 461 N. Carlisle Pl., Orange, CA 92869-6020
2686410 +Turner Family Trust dated 12/15/00, c/o Paul M. Turner & Carol I. Turner, Tr, 106 S Cedar Circle, Snowflake, AZ 85937-6100
2683100 U.S. BANK, ADVANTAGE LINES, SAINT LOUIS, MO 63179-0179
2863924 +UNIVERSAL MANAGEMENT INC A NEVADA CORPORATION, UNIVERSAL MANAGEMENT INC, 8080 HARBORVIEW RD, BLAINE WA 98230-9613
2747795 ++US BANK, PO BOX 5229, CINCINNATI OH 45201-5229
(address filed with court: US BANK, PO BOX 5229, CINCINNATI, OH 45201)
2683099 ++US BANK, PO BOX 5229, CINCINNATI OH 45201-5229
(address filed with court: U.S. BANK, P.O. BOX 790179, SAINT LOUIS, MO 63179-0179)
2829208 +US SECURITIES AND EXCHANGE COMMISSION, 5670 WILSHIRE BLVD 11TH FL, LOS ANGELES CA 90036-5627, ATTN LYNN M DEAN
2683101 +USA COMMERCIAL REAL ESTATE GROUP, 4484 SOUTH PECOS RD, LAS VEGAS, NV 89121-5030
2866273 +USA COMMERCIAL REAL ESTATE GROUP, C/O JEFFREY R SYLVESTER ESQ, SYLVESTER & POLEDNAK LTD, 7371 PRAIRIE FALCON RD STE 120, LAS VEGAS NV 89128-0834
2737781 +USA COMMERCIAL REAL ESTATE GROUP, C/O SYLVESTER & POLEDNAK, LTD., 7371 PRAIRIE FALCON, SUITE 120, LAS VEGAS, NV 89128-0834
2686434 +USA Commercial Real Estate Group, 4484 S Pecos Rd, Las Vegas, NV 89121-5030
2686436 +USA Investment Partners, 4484 S Pecos Rd, Las Vegas, NV 89121-5030
2910384 +USACM LIQUIDATING TRUST, C/O ALLAN B. DIAMOND, TWO HOUSTON CENTER, 909 FANNIN STREET, SUITE 1500, HOUSTON, TX 77010-1026
2910385 +USACM LIQUIDATING TRUST, C/O ERIC MADDEN, DIAMOND, MCCARTHY TAYLOR ET. AL., 1201 ELM STREET, SUITE 3400, DALLAS, TX 75270-2126
2910383 +USACM LIQUIDATING TRUST, C/O SUSAN M. FREEMAN & ROB CHARLES, LEWIS AND ROCA LLP, 3993 HOWARD HUGHES PARKWAY, SUITE 600, LAS VEGAS, NV 89169-5996
2684039 +Una B. Essaff Trust dated 10/23/96, c/o Una B. Essaff Trustee, 269 Castenada Drive, Millbrae, CA 94030-3013
2684634 +Uncnu C. Hummel and Robert W. Hummel, 9045 Jerlyn St., Las Vegas, NV 89113-6258
2683650 +Unique Concept Design, Inc., 1134 Blitzen Dr, Henderson, NV 89012-4472
2749011 +United Parcel Service, c/o Receivable Management Services, P.O. Box 4396, Timonium, Maryland 21094-4396, Telephone Number: (410) 773-4088
2683655 +Universal Management, Inc., 14375 White Star Lane, Valley Center, CA 92082-3820
2685916 +Universe Partners, LLC, 774 Mays Blvd #10-295, Incline Village, NV 89451-9669
2684348 +Ursula R. Greger and Stephanie Curran, 95703 Kittery Rd, Brookings, OR 97415-8158
2685156 V. R. & Reba F. Marrone Trust dated 10/2, c/o V. R. Marrone & Reba F. Marrone Trus, 8975 430 Lawrence Welk Dr, Escondido, CA 92026
2863329 +VALERIE CALLAHAN AN UNMARRIED WOMAN &, CHARLES R MARADEN AN UNMARRIED MAN JTWRO, CHARLES R MARADEN, 12585 CREEK CREST DR, RENO NV 89511-7784
2863298 +VALERIE CALLHAN AN UNMARRIED WOMAN AND, CHARLES R MARADEN AN UNMARRIED MAN JTWRO, CHARLES R MARADEN, 12585 CREEK CREST DR, RENO NV 89511-7784
2766952 +VALERIE MOLLAHAN, C/O TERRA LAW LLP, 60 S. MARKET STREET, SUITE 200, SAN JOSE, CA 95113-2333
2801681 VALLEY INVESTMENTS CORP, 3131 MEADE AVE STE A-1, LAS VEGAS NV 89102-7809
2808509 VALON BISHOP TRUST DTD 5/7/03, C/O VALON R BISHOP TTEE, PO BOX 50041, RENO NV 89513-0041
2801721 VALON R BISHOP TRUST DTD 5/7/03, C/O VALON R BISHOP TTEE, PO BOX 50041, RENO NV 89513-0041
2814010 +VENTURA, ROY, AMERICAN EMBASSY-JAKARTA, UNIT 8135 USAID, FPO AP 96520-8135
2844527 +VERUSIO SOLUTIONS LLC, 208 CLARENCE WY, FREMONT CA 94539-3873
2829304 +VIRANI, ARIS, 6926 ADOBE VILLA AVE, LAS VEGAS NV 89142-3710
2857264 VOEPEL, GUNTER TTEE, VOEPEL TRUST DTD 2/2/96, THE, COOS BAY OR 97420
2864249 +VOGLIS, MARIETTA, 201 E 79TH ST, NEW YORK NY 10075-0830
2801683 VOLPEL TRUST DATED 2/2/96, C/O GUNTER VOLPEL AND, CHRISTIANE VOLPEL TTEES, 90876 LIBBY LN, COOS BAY OR 97420-7645
2857278 +VOLPEL, GUNTER TTEE, VOLPEL TRUST DTD 2/2/96, THE, 90876 LIBBY LN, COOS BAY OR 97420-7645
2684803 +Valda L. Kennedy, P. O. Box 2845, Reno, NV 89505-2845
2685138 +Valerie Callahan, & Charles R. Maraden, 12585 Creek Crest Drive, Reno, NV 89511-7784
2683385 +Valley Investments Corp., 3131 West Meade Ave A1, Las Vegas, NV 89102-7809
2683377 +Valon R. Bishop Trust dated 5/7/03, c/o Valon R. Bishop Trustee, P.O. Box 50041, Reno, NV 89513-0041
2686444 Van Damme Family Trust, c/o Gilbert Van Damme Trustee, 69 Ave Alphonse XIII, Brussels, Belgium 1180
2686450 +Vanderslice Trust dated 6/1/96, c/o John D. Vanderslice & Nancy C. Vande, PO Box 5354, Mohave Valley, AZ 86446-5354
2686197 +Vanguard Financial, LTD, 1390 Willow Pass Rd Ste #190, Concord, CA 94520-7935
2685031 +Ventura Trust dated 11/14/03, c/o Karen Lloyd Trustee, 3700 Dix Lane, Modesto, CA 95356-1750
2683676 +Vernon K. Chun IRA, c/o First Savings Bank Custodian, 9 Auburn Crest Court, Chico, CA 95973-8231

2685017 +Verusio Solutions, LLC, 208 Clarence Way, Fremont, CA 94539-3873
2685537 +Veslav Orvin & Yelena V. Ilchuk, 5817 Oak Place Court, Fair Oaks, CA 95628-2966
2685648 +Vickie Pieper, 2664 San Lago Court, Las Vegas, NV 89121-3923
2685647 +Vickie Pieper Living Trust dated Sept 16, c/o Vickie Pieper Trustee, 2664 San Lago Court, Las Vegas, NV 89121-3923
2685438 +Vicky L. Nakashima, 1681 Fairburn Ave, Los Angeles, CA 90024-6059
2683509 +Victor Bruckner & Sally Bruckner, P O Box 232, Calpine, CA 96124-0232
2686010 +Victor M. Shappell & Evelyn M. Scholl, P. O. Box 54309, Phoenix, AZ 85078-4309
2685909 +Victor Santiago, 4604 Gretel Circle, Las Vegas, NV 89102-0633
2685908 +Victor Santiago - Roth IRA, c/o First Trust Co. Of Onaga Custodian, 4604 Gretel Circle, Las Vegas, NV 89102-0633
2686119 +Victoria L. Smith, 2016 Wildwood Dr., Modesto, CA 95350-3057
2685997 +Vijay Shah & Bina Shah, 18539 Deloise Avenue, Cerritos, CA 90703-8024
2684064 +Village Hardware Pension Trust, c/o Byrne E. Falke Sr. Trustee, P O Box 3774, Incline Village, NV 89450-3774
2683686 +Vincent Anthony Cimorelli, 2300 Silverado Ranch #1085, Las Vegas, NV 89183-3969
2683511 +Vincent Bruno, 4961 E Patterson Ave, Las Vegas, NV 89104-6241
2683512 +Vincent H. Bruno and Cristina J. Bruno, 9050 W Warm Springs Rd # 2075, Las Vegas, NV 89148-3834
2684525 +Virgil P. Hennen & Judith J. Hennen, P O Box 1416, Friday Harbor, WA 98250-1416
2684427 +Virginia M. Hansen, 10403 Sawmill Ave, Las Vegas, NV 89134-5226
2683419 +Vivien C. Bonzo and Sonia Rodriguez, 20760 E Covina Hills Rd, Covina, CA 91724-3734
2686476 +Volpel Trust dated 2/2/96, c/o Gunter Volpel and Christiane Volpel,, 90876 Libby Lane, Coos Bay, OR 97420-7645
2686479 +Von Tagen Trust dated 5/2/96, c/o Madeline P. Von Tagen Trustee, 8557 Little Fox St, Las Vegas, NV 89123-2711
2686273 +W & W Tao Family Trust dated 10/30/97, c/o William Charles Tao Trustee, 3135 Villa Marbella Circle, Reno, NV 89509-6603
2683622 W D Carter Trust dated 3/22/99, c/o William Daniel Carter Trustee, 8170 54th Ave East, Bradenton, FL 34211
2683524 +W. E. Buck Family Trust dated 7/02/87, c/o William E. Buck & Elenor F. Buck Tru, PO Box 5127, Reno, NV 89513-5127
2683523 +W.E. Buck Family Trust dated 7/2/87 & Wi, c/o William E. Buck & Eleanor F. Buck Co, P. O. Box 5127, Reno, NV 89513-5127
2829058 +WADE, MARLEE, 2314 TALL TIMBERS LN, MARIETTA GA 30066-2117
2844511 +WAHL, DAVID, PO BOX 8012, MAMMOTH LAKES CA 93546-8012
2840032 WALD FINANCIAL GROUP INC, DEFINED BENEFIT PENSION TRUST, 249 MARGO WAY, PO BOX 307, PISMO BEACH CA 93448-0307
2839962 +WALD FINANCIAL GROUP INC DEFINED BENEFIT, PENSION TRUST, 249 MARGO WAY, PISMO BEACH CA 93449-3252
2839961 WALD FINANCIAL GROUP INC DEFINED BENEFIT PENSION, TRUST 2, 249 MARGO WAY, PO BOX 307, PIMSO BEACH CA 93448-0307
6838449 +WALLACE L. KRUSE, 5150 OAKRIDGE #71, PAHRUMP, NV 89048-7484
2801715 WALLS FAMILY TRUST DTD 12/10/97, C/O JOSEPH P WALLS &, ELLEN WALLS TTEES, 2778 BEDFORD WY, CARSON CITY NV 89703-4618
2865345 +WALTER C TRIPP A MARRIED MAN DEALING WITH, HIS SOLE AND SEPARATE PROPERTY, WALTER C TRIPP, 5590 BRIARHILLS LN, RENO NV 89502-9624
2865346 +WALTER C TRIPP TTEE OF TRIPP FAMILY TRUST, C/O WALTER C TRIPP TTEE, 5590 BRIARHILLS LN, RENO NV 89502-9624
2991260 WALTER E WHITE IRA, 2101 CALLE DE ESPANA, LAS VEGAS NV 89102-4007
2827610 WALTER F HENNINGSEN REVOCABLE TRUST, DTD 2/18/03, C/O WALTER F HENNINGSEN TTEE, 5470 SW SPRUCE AVE, BEAVERTON OR 97005-3561
2872127 +WALTER MUSSO & BARBARA MUSSO TTEES OF THE, MUSSO LIVING TRUST DTD 11/30/92, WALTER MUSSO, PO BOX 2566, AVILA BEACH CA 93424-2566
2808507 WANDA WRIGHT REVOCABLE LIVING TRUST, C/O WANDA C WRIGHT TTEE, 16500 PYRAMID HWY, RENO NV 89510-8711
2933240 +WARA LP, 2546 GENERAL ARMISTEAD AVE, NORRISTOWN PA 19403-5230
2933242 +WARA LP, RUTH ACOSTA, 2546 GENERAL ARMISTEAD AVE, NORRISTOWN PA 19403-5230
2829909 WARA LP RUTH ACOSTA, VALLEY FORGE BUSINESS CTR, 2546 GENERAL ARMISTEAD AVE, NORRISTOWN PA 19403-5230
2863567 +WARREN W TRIPP A MARRIED MAN DEALING WITH, HIS SOLE & SEPARATE PROPERTY, WARREN W TRIPP, 250 GREG ST, SPARKS NV 89431-6201
2863568 +WARREN W TRIPP TTEE OF THE TRIPP, ENTERPRISES INC RESTATED PROFIT SHARING, WARREN W TRIPP, 250 GREG ST, SPARKS NV 89431-6201
2804523 +WARWICK, WILLIAM, 170 DAYTON ST, DANVERS MA 01923-1019
2708333 WASHOE COUNTY TREASURER, PO BOX 30039, RENO NV 89520-3039
2829365 +WAYNE DOTSON CO, PETER BOGART CEO, 3 HIDDEN LAKE COURT, BLUFFTON SC 29910-4730
2829371 +WAYNE DOTSON CO, PETER BOGART CEO, 3 HIDDEN LANE COURT, BLUFFTON SC 29910-4730
2829062 +WAYNE DOTSON CO PETER BOGART, CEO, 3 HIDDEN LAKE COURT, BLUFFTON SC 29910-4730
2801722 +WEAVER, JOHN, 9225 CORDOBA BLVD, SPARKS NV 89441-7235
2873469 +WEIBLE 1981 TRUST DTD 6/30/81, C/O DEAN F WEIBLE & ARDIS WEIBLE CO-TTEE, 6314 TARA AVE, LAS VEGAS NV 89146-5241
2829360 +WEICHERDING, GARY, 4960 HARRISON DRIVE #107, LAS VEGAS NV 89120-1056
2683102 +WELLS FARGO BANK, MAC T5601-012, P.O. BOX 659700, SAN ANTONIO, TX 78265-9700
2817923 +WENDY W. SMITH, BINDER & MALTER, 2775 PARK AVENUE, SANTA CLARA, CA 95050-6004
2683103 WEST COAST LIFE INSURANCE COMPANY, P.O. BOX 11407, BIRMINGHAM, AL 35246-0078
2773072 +WEST VERIZON WIRELESS, AFNI/VERIZON WIRELESS, 404 BROCK DR, BLOOMINGTON IL 61701-2654
2844289 +WESTBROOK, CONNIE, 14320 GHOST RIDER DR, RENO NV 89511-8101
2844294 +WESTBROOK, CONNIE, 14320 GOST RIDER DR, RENO NV 89511-8101
2872422 +WHAT’S ON LIMITED PARTNERSHIP, 2013 GROUSE ST, LAS VEGAS NV 89134-6125

2804984 WHITEHURST FUND LLC, C/O LINDA KELLY CARSON MGR, PO BOX 8927, ASPEN CO 81612-8927
2844519 +WHITNEY H LAUREN FAMILY TRUST DTD 3/5/98, C/O WHITNEY H LAUREN TTEE, 2581 RAMPART TER, RENO NV 89519-8362
2865339 +WHITNEY H LAUREN TTEE OF THE WHITNEY H, LAUREN FAMILY TRUST DTD 3/5/98, WHITNEY H LAUREN, 2581 RAMPART TERR, RENO NV 89519-8362
2809803 +WILKELIS, LYNN, PO BOX 642, BUELLTON CA 93427-0642
2801701 ++++WILLIAM & WALTRUUD SCHNEIDER, TRUST DTD 1995, 143 CLEARVIEW DR, CARSON CITY NV 89701-6698 (address filed with court: WILLIAM & WALTRUUD SCHNEIDER, TRUST DTD 1995, 135 CLEARVIEW DR, CARSON CITY NV 89701-6698)
2685949 ++++WILLIAM & WALTRUUD SCHNEIDER FAMILY TRUS, 143 CLEARVIEW DR, CARSON CITY NV 89701-6698 (address filed with court: William & Waltruud Schneider Family Trus, 135 Clearview Drive, Carson City, NV 89701)
2829341 +WILLIAM AND CARILYN BOLDING, 3961 ARIZONA AVE, LAS VEGAS NV 89104-5105
2829336 +WILLIAM AND CAROLYN BODING, 3961 ARIZONA AVE, LAS VEGAS NV 89104-5105
2829337 WILLIAM B FRASER AND JUDY A GARRETT, 1250 E AVENUE J #2, LANCASTER CA 93535
2991473 WILLIAM C WALLACE II & PATRICIA M WALLACE, 3851 CANYON COVE DR, LAKE HAVASU CITY AZ 86404-2350
2991263 WILLIAM C WALLACE II & PATRICIA M WALLACE TTEES, 3851 CANYON COVE DR, LAKE HAVASU CITY AZ 86404-2350
2819175 +WILLIAM C WALLACE III &, ANNA MARIE K WALLACE, CHRISTOPHER D JAIME ESQ, MAUPIN COX & LEGOY, PO BOX 30000, RENO NV 89520-3000
2808864 +WILLIAM C. WALLACE III & ANNA MARIE K. WALLACE, c/o Christopher D. Jaime, Esq., Maupin, Cox & LeGoy, P.O. Box 30000, Reno, NV 89520-3000
2830268 WILLIAM CHAD BERRY, 11136 ACAMA ST APT 312, STUDIO CITY CA 91602-3067
2991261 WILLIAM CLYDE WALLACE & PATRICIA MAXINE, WALLACE FAMILY TRUST DTD 7/20/00, C/O WILLIAM C II & PATRICIA M WALLACE TT, 3851 CANYON COVE DR, LAKE HAVASU CITY AZ 86404-2350
2725876 +WILLIAM D. COPE, ESQ., COPE & GUERRA, 595 HUMBOLDT STREET, RENO, NV 89509-1603
2828255 WILLIAM DANIEL CARTER TRUSTEE, 8710 54TH AVE E, BRADENTON FL 34211-3704
2872427 +WILLIAM DOWNEY, 3637 LARCH AVE, STE 3, SOUTH TAHOE CA 96150-8478
2804519 WILLIAM DUPIN & PENNY DUPIN, 545 COLE CIR, INCLINE VILLAGE NV 89451-8108
2855520 WILLIAM H HOUSTON & SUSAN N HOUSTON, REVOCABLE FAMILY TRUST DTD 12/20/85, C/O SUSAN N HOUSTON & WILLIAM H HOUSTON, 7737 SPANISH BAY DR, LAS VEGAS NV 89113-1396
2840988 WILLIAM H LENHART LIVING TRUST, C/O WILLIAM H LENHART TTEE, 1209 WILSHIRE ST, LAS VEGAS NV 89146-1429
2798836 WILLIAM L GRAHAM AND WILTA L GRAHAM, 3124 QUEENS GATE LN, MODESTO CA 95355-8684
2800501 WILLIAM RIZZO, 146 TRIBERG CT, HENDERSON NV 89074-2498
2819170 WILLIAM S REEVES, 2930 E SERENE AVE, HENDERSON NV 89074-6536
2840223 WILLIAM W LEE & TERESA H LEE 2003, FAMILY TRUST AGREEMENT DTD 6/26/03, C/O TERESA H LEE TTEE, 9050 DOUBLE R BLVD APT 421, RENO NV 89521-4850
2843470 +WILLIAM W LEE & TERESA H LEE 2003, FAMILY TRUST AGREEMENT DTD 6/26/03, C/O TERESA H LEE TTEE, 9050 DOUBLE R BLVD UNIT 421, RENO NV 89521-4850
2864247 +WILLIAM W OGREN & BETTY R OGREN, 22102 SHANNON DELL DR, AUDUBON PA 19403-5657
2863934 +WILMA JEAN THOMPSON AN UNMARRIED WOMAN, WILMA JEAN THOMPSON, 12 BREWSTER WAY, REDLANDS CA 92373-6102
2827524 WINDER & HASLAM PC, 175 W 200 S #4000, PO BOX 2668, SALT LAKE CITY UT 84110-2668
2683104 +WINDER & HASLAM PC, 175 WEST 200 SOUTH, #4000, SALT LAKE CITY, UT 84101-1445
2865926 +WINKLER, CARMEL TTEE, WINKLER FAMILY TRUST DTD 3/13/86, 10000 ROSSBURY PL, LOS ANGELES CA 90064-4826
2865925 WINKLER, RUDOLF & CARMEL WINKLER TTEE, WINKLER FAMILY TRUST DTD 3/13/86, 10000 ROSSBURY PL, LOS ANGELES CA 90064-4826
2819168 +WOLF, EDGAR, 3868 CARLTON DR, ATLANTA GA 30341-1827
2829973 +WOLKEN, STAN, 598 LARIAT CIRCLE, INCLINE VILLAGE, NV 89451-8326
2839937 +WONDERS, MARLIN L & R YVONNE, PO BOX 2262, OVERGAARD AZ 85933-2262
2872441 +WONG, JULIET, 2223 25TH AVE, SAN FRANCISCO CA 94116-1749
2812372 WOOD FAMILY TRUST DTD 9/29/98, C/O TINA KL LOW WOOD TTEE, 7195 LIGHTHOUSE LN, RENO NV 89511-1022
2826003 +WOOD, RAUL, 5211 N LISA LANE, LAS VEGAS NV 89149-4647
2827622 WOODS FAMILY TRUST, C/O ROBERT D WOODS TTEE, 1032 PAISLEY CT, SPARKS NV 89434-3946
2866338 WORLD LINKS GROUP LLC, C/O LEO G MANTAS, 7440 S BLACKHAWK ST #12208, ENGLEWOOD CO 80112-4355
2866264 WORLDWIDE LINKS GROUP LLC, C/O LEO G MANTAS, 7440 S BLACKHAWK ST #12208, ENGLEWOOD CO 80112-4355
2808505 +WRIGHT, WANDA, 16500 PYRAMID HWY, RENO NV 89510-8711
2866276 +WYNN A GUNDERSON & LORRAINE J GUNDERSON, 33941 N 67TH ST, SCOTTSDALE AZ 85266-7250
2686488 +Wagman Family Trust dated 8/13/93, c/o Norma Wagman Trustee, 4436 Coventry Circle, Las Vegas, NV 89121-5737
2686495 +Wald Financial Group Inc. Defined Benefi, 249 Margo Way P O Box 307, Pismo Beach, CA 93449-3252
2686497 +Wald Financial Group, Inc., 249 Margo Way, Pismo Beach, CA 93449-3252
2683637 +Walk The Land, LLC 401 K Plan, c/o Barbara A. Cecil Trustee, 899 Timberlake Drive, Ashland, OR 97520-9090
2684883 +Wallace L. Kruse, 1970 N Leslie St #3195, Pahrump, NV 89060-3678
2823303 +Wallace, William C. III and Annamarie K., c/o Christopher D. Jaime, Esq., Maupin, Cox & LeGoy, 4785 Caughlin Parkway, Reno, NV 89519-0906
2686506 +Walls Family Trust dated 12/10/97, c/o Joseph P. Walls & Ellen Walls Truste, 2778 Bedford Way, Carson City, NV 89703-4618
2686507 +Walls Living Trust dated 7/7/03, c/o Samuel P. Walls & Nancy A. Walls Tru, 2443 Klein Road, San Jose, CA 95148-1802
2686392 +Walter C. Tripp, 5590 Briarhill Ln, Reno, NV 89502-9624

2685981 +Walter E. Seebach Living Trust dated 11/, c/o Walter E. Seebach Trustee, P O Box 6912, San Jose, CA 95150-6912
2686563 +Walter E. White IRA, c/o First Savings Bank Custodian, 2101 Calle De Espana, Las Vegas, NV 89102-4007
2684526 +Walter F. Henningsen Revocable Trust dat, c/o Walter F. Henningsen Trustee, 5470 S W Spruce Ave, Beaverton, OR 97005-3561
2684673 +Walter Jagodzinski Family Trust dated 10, c/o Walter M. Jagodzinski & Jacqueline F, 2000 S Tenaya Way, Las Vegas, NV 89117-2007
2684845 +Walter Klevay & Gail Klevay, 818 N Victoria Park Rd, Fort Lauderdale, FL 33304-4476
2684231 +Walter L. Gasper, Jr., 2140 Bush St. #1A, San Francisco, CA 94115-3166
2685423 +Walter Mumm & Arlys Mumm, 8055 50th Ave. NW, Montevideo, MN 56265-2717
2685546 +Walter Warren Owens, 1501 S West Temple, Salt Lake City, UT 84115-5243
2683120 +Wara LP, 2546 General Armistead Ave, Valley Forge Business Center, Norristown, PA 19403-5230
2686515 +Ward Trust dated 5/21/96, c/o Dennis J. Ward & Patricia A. Ward Tr, 1928 Windward Pt, Byron, CA 94505-9510
2683551 +Warren Buttram, P. O. Box 27, Reno, NV 89504-0027
2686394 +Warren W. Tripp, 250 Greg Street, Sparks, NV 89431-6201
2686527 +Watkins Family Trust dated 7/24/92, c/o Delbert Watkins & Mary Ann Watkins T, 265 E Farris Avenue, Las Vegas, NV 89183-3523
2683981 +Wayne A. Dutt Trust, c/o Wayne A. Dutt & Cynthia Deann Dutt T, 2929 Harbor Cove Dr, Las Vegas, NV 89128-7083
2683371 +Wayne K. Bisbee & Mae M. Bisbee, 3020 Rosanna Street, Las Vegas, NV 89117-3142
2686279 +Wayne P. Tarr & Elizabeth G. Tarr, 251 Western Drive, Point Richmond, CA 94801-4015
2685318 +Wayne S. Miller and Kathryn A. Miller, 1237 County Road TT, Roberts, WI 54023-8603
2683309 +Webster I. Beadle & Susanne Beadle, 4834 Venner Rd, Martinez, CA 94553-4547
2686542 +Weible 1981 Trust dated 6/30/81, c/o Ardis Weible & Dean F. Weible Co-Tru, 6314 W Tara Ave, Las Vegas, NV 89146-5241
2686543 +Weible 1981 Trust dated 6/30/81, c/o Dean F. Weible & Ardis Weible Co-TTE, 6314 W Tara Ave, Las Vegas, NV 89146-5241
2686547 +Weinman Family Trust dated 9/6/96, c/o Frank Weinman Trustee, 2947 Pinehurst Drive, Las Vegas, NV 89109-1524
2683812 +Wen Dai & Zhimin Chen, 14840 Redmond Drive, Reno, NV 89511-4530
2683171 +Wendell Andersen and Barbara Andersen, 626 Sugar Leo Circle, St. George, UT 84790-7458
2686626 +Wendy E. Wolkenstein Trust, c/o Wendy E. Wolkenstein Trustee, 2778 -J Sweetwater Springs Blvd # 103, Spring Valley, CA 91977-7137
2684902 +Wendy Kwong, 1817 California St Unit # 211, San Francisco, CA 94109-4537
2686554 +Wengert Family Trust Dated 2/20/98, c/o Lawrence D. Wengert & Dawn M. Wenger, 868 Judi Place, Boulder City, NV 89005-1108
2685352 +Wesley L. Monroe, 510 E. Jackpine Ct, Spokane, WA 99208-8732
2685351 +Wesley L. Monroe & Jeannie M. Monroe, 510 East Jackpine CT, Spokane, WA 99208-8732
2683790 +West Philly Enterprises, Inc., 595 N Nova Road 113, Ormond Beach, FL 32174-4427
2684224 +What’s On LP, 4425 Dean Martin Dr, Las Vegas, NV 89103-4156
2683615 +Whitehurst Fund LLC, c/o Linda Kelly Carson, Manager, P O Box 8927, Aspen, CO 81612-8927
2686566 +Whitman Trust dated 12/1/04, c/o H. Daniel Whitman Trustee, P O Box 10200, Zephyr Cove, NV 89448-2200
2684948 +Whitney H. Lauren Family Trust dated 3/5, c/o Whitney H. Lauren Trustee, 2581 Rampart Terrace, Reno, NV 89519-8362
2686568 +Wickland Family Trust dated 2/10/81, c/o Gerald W. Wickland & Irene F. Wickla, P O Box 8465, 6062 Via Posada Del Norte, Rancho Santa Fe, CA 92067-8465
2686570 +Wiechers Family Trust, c/o Dick Wiechers Trustee, 136 Bernoulli Street, Reno, NV 89506-8704
2685934 +Wilbur A. Schaff and Judy K. Schaff, 1330 Athens Point, Las Vegas, NV 89123-5803
2683215 +Willard Arledge IRA, c/o First Savings Bank Custodian, P O Box 657, Marcus, WA 99151-0657
2683262 +William A. Banos & Angel J. Banos, 7431 Dorie Drive, West Hills, CA 91307-5277
2683609 +William A. Carone IRA, c/o First Savings Bank Custodian, 3125 Quarry Road, Manchester, NJ 08759-5420
2683944 +William A. Downey, 3637 Larch Ave Suite 3, South Tahoe, CA 96150-8478
2683947 +William A. Drago & Loraine A. Drago, 645 Sage Brush St, Portola, CA 96122-5134
2684768 +William A. Kayser & Kristie Kayser, 8647 Solera Drive, San Jose, CA 95135-2147
2686680 +William A. Zadel Revocable Family Trust, c/o William A. Zadel Trustee, P O Box 1817, Parowan, UT 84761-1817
2684131 +William B. Fitzgerald, 24 Carrington Way, Reno, NV 89506-1994
2684130 +William B. Fitzgerald & Sharon R. Fitzge, 24 Carrington Way, Reno, NV 89506-1994
2684177 +William B. Fraser and Judy A. Garrett, 1250 E. Ave J-2, Lancaster, CA 93535-3948
2683407 +William Bolding & Carolyn Bolding, 3961 Arizona Ave, Las Vegas, NV 89104-5105
2683437 +William Boyce II & Alice D. Boyce, 3448 Monte Carlo Drive, Las Vegas, NV 89121-3412
2686503 +William C. Wallace II & Patricia M. Wall, 3851 Canyon Cove Dr., Lake Havasu City, AZ 86404-2350
2686505 +William C. Wallace, III & Anna Marie K., 5620 Madras Street, Carson City, NV 89704-9556
2683355 +William Chad Berry, 11136 Acama St # 312, Studio City, CA 91602-3067
2686504 +William Clyde Wallace and Patrica Maxine, c/o William C. Wallace II and Patrcia M., 3851 Canyon Cove Dr., Lake Havasu, AZ 86404-2350
2684226 +William D. Gardner and Patricia A. Gardn, 42760 Glass Drive, Bermuda Dunes, CA 92203-1443
2686569 +William D. Wickland & Victoria R. Wickla, P O Box 283, Tahoe Vista, CA 96148-0283
2683975 +William Dupin & Penny Dupin, 545 Cole Circle, Incline Village, NV 89451-8108
2684140 +William E. Fletcher and Patricia C. Flet, 6020 W Hidden Valley Dr, Reno, NV 89502-9521
2684428 +William E. Hansen & Kathleen Hansen, 217 N. Lindeblad Ln, Liberty Lake, WA 99019-8628
2686380 +William E. Trappman and Carol B. Trappma, 125 34th Ave N, St Petersburg, FL 33704-2239
2684035 +William F. Errington, 1335 South Santa Barbara, Minden, NV 89423-7513

2684467 +William F. Harvey OD, LTD PSP, c/o William Harvey Trustee, 815 South 7th, Las Vegas, NV 89101-6909
2683768 +William G. A. Cox, IRA, c/o First Savings Bank Custodian, P O Box 461, Sterling, IL 61081-0461
2684597 +William G. Homer, 648 Pinnacle Court, Mesquite, NV 89027-3313
2685253 +William G. McMurtrey and Janet L. McMurt, 79920 Kingston Drive, Bermuda Dunes, CA 92203-1709
2686521 +William G. Warwick & Virginia B. Warwick, 170 Dayton Street, Danvers, MA 01923-1019
2684305 +William H. Gordon & Elaine Gordon, 2710 Frangipani Court, North Las Vegas, NV 89031-1117
2684615 +William H. Houston and Susan N. Houston, c/o Susan N. Houston & William H. Housto, 7737 Spanish Bay Drive, Las Vegas, NV 89113-1396
2684667 +William H. Jacobsen, Jr., 1411 Samuel Way, Reno, NV 89509-1160
2684991 +William H. Lenhart Living Trust, c/o William H. Lenhart Trustee, 1209 Wilshire St, Las Vegas, NV 89146-1429
2685385 +William H. and Donna R. Morgan Living Tr, c/o William H. Morgan and Donna R. Morga, 3818 Joy Ln, Reno, NV 89512-1107
2684311 +William Harrison Goulding and Elizabeth, 5444 Clovercrest Drive, San Jose, CA 95118-3009
2683552 +William J. Buttram, 1929 Davina Street, Henderson, NV 89074-1020
2684571 +William J. Hinson, Jr., 13305 Woodstock Drive, Nevada City, CA 95959-8102
2685515 +William J. Oakey & Mary Jane Oakey, 21120 W Braxton Lane, Plainfield, IL 60544-7658
2685866 +William J. Rozak, Jr., 3928 Placita Del Lazo Street, Las Vegas, NV 89120-2625
2685902 +William J. Sandberg & Shang’Ling J. Tsai, 9588 Vervain Street, San Diego, CA 92129-3524
2683780 +William K. Cranney, P.O. Box 1957, Minden, NV 89423-1957
2683484 +William L. Brogan & Dyxeen L. Brogan, 2892 Evergold Drive, Henderson, NV 89074-5754
2684248 +William L. Ghidossi, 197 Riverside Ave, Portola, CA 96122-8403
2684323 +William L. Graham and Wilta L. Graham, 3124 Queensgate Lane, Modesto, CA 95355-8684
2684414 +William L. Hane Family Trust dated 9/1/9, c/o William L. Hane & Marcia L. Hane Tru, P O Box 31450, Mesa, AZ 85275-1450
2685357 +William L. Montgomery Jr. IRA, c/o First Savings Bank Custodian, 630 Garfield St, Denver, CO 80206-4516
2685359 +William L. Montgomery, Jr., 630 Garfield, Denver, CO 80206-4516
2685358 +William L. Montgomery, Jr. Guaranty Loan, 630 Garfield St, Denver, CO 80206-4516
2685065 +William Lukasavage & Joanne Lukasavage, 8641 Castle Hill Ave, Las Vegas, NV 89129-7665
2683360 +William M. Bettencourt, Jr. IRA, c/o First Savings Bank Custodian, 52 Williams Dr., Moraga, CA 94556-2364
2686144 +William M. Spangler IRA, c/o First Savings Bank Custodian, 711 Gordon Ave, Reno, NV 89509-1406
2683232 William P. Austin & Mary Lee Austin, 453 Head Street, Victoria, BC 0
2684804 +William P. Kenny and Nancy J. Costello, P O Box 4242, Truckee, CA 96160-4242
2685661 +William Platt and Sondra B. Platt, 501 Taxon Hallow, Broomall, PA 19008-3128
2829166 +William R Godfrey and Cynthia J Godfrey, TTEEs of the William R and, Cynthia J Godfrey Living Trust 2005, 7250 Birkland Ct, Las Vegas NV 89117-3167
2684271 +William R. Godfrey & Cynthia Godfrey, 9520 Coral Way, Las Vegas, NV 89117-3603
2685046 +William R. Long, 93 Broken Rock Drive, Henderson, NV 89074-1041
2684272 +William R. and Cynthia J. Godfrey Living, c/o William R. Godfrey and Cynthia J. Go, 9520 Coral way, Las Vegas, NV 89117-3603
2685375 +William Richard Moreno, 10016 Rolling Glen Court, Las Vegas, NV 89117-0952
2685801 +William Rizzo, 146 Triberg Court, Henderson, NV 89074-2498
2685750 +William S. Reeves, 2930 Serene St, Henderson, NV 89074-6536
2686170 +William Spitzner & Kathleen Spitzner, 9900 Wilbur May Pkwy #3405, Reno, NV 89521-3074
2684605 +William T. Hoover, 1340 N. Desoto St, Chandler, AZ 85224-3919
2685235 +William T. McHugh, 335 Desert Meadow Court, Reno, NV 89502-8725
2686678 +William Thomas Younger & Lisa K. Younger, 1746 Lake Street, Huntington Beach, CA 92648-3166
2684970 +William W. Lee & Teresa H. Lee 2003 Fami, c/o Teresa H. Lee, Trustee, 9050 Double R Blvd Unit 421, Reno, NV 89521-4850
2685521 +William W. Ogren & Betty R. Ogren, 421 Schoolhouse Lane, Devon, PA 19333-1222
2862178 +William Wallace, c/o Christopher D. Jaime, Esq., Maupin, Cox & LeGoy, 4785 Caughlin Parkway, Reno, NV 89519-0906
2685951 +Williams Trust, c/o Frederick William Scholem ll Trustee, 9075 San Diego Ave NE, Albuquerque, NM 87122-3833
2686336 +Wilma Jean Thompson, 12 Brewster Way, Redlands, CA 92373-6102
2685935 +Wilmer H. Scharf Living Trust dated 3/10, c/o Wilmer H. Scharf Trustee, 517 Cypress Links Ave, Henderson, NV 89012-6117
2686598 +Wilson Investments, 5909 Bartlett Avenue, Las Vegas, NV 89108-3222
2685783 +Wilson J. Richards & Virginia F. Richard, 20075 Black Butte Road, Lewistown, MT 59457-4074
2686603 +Windisch 1998 Living Trust, c/o Frederick P. Windisch Trustee, P O Box 626, Lake Havasu City, AZ 86405-0626
2686107 +Windscape R.E., c/o Fraser Smith Trustee, 2620 Western Avenue, Las Vegas, NV 89109-1112
2686613 +Winkler Family Trust UTD 3/13/86, c/o Carmel Winkler Trustee, 10000 Rossbury Place, Los Angeles, CA 90064-4826
2686615 +Winkler Family Trust dated 3/13/86, c/o Rudolf Winkler & Carmel Winkler Trus, 10000 Rossbury Place, Los Angeles, CA 90064-4826
2684128 +Wm. Penn Fisher Family Revocable Living, c/o Wm. Penn Fisher & Mary Dae Fisher Tr, 309 Fruitland Avenue N., Buhl, ID 83316-6432
2686629 +Womble Living Trust dtd 2/3/98, c/o Bruce H. Womble & R. Joanne Womble T, 2734 Riceville Drive, Henderson, NV 89052-6854
2686635 +Wood Family Trust dated 9/29/98, c/o Tina K.L. Low Wood Trustee, 7195 Lighthouse Ln, Reno, NV 89511-1022
2686633 +Wood Living Trust dated 10/1/99, c/o Richard D. Wood Trustee, 1075 La Guardia Lane, Reno, NV 89511-3406
2686120 +Woodrow Smith & Mary Alyce Smith, 6847 W Tree Haven Court, Las Vegas, NV 89146-5174

2686636 +Woods Family Trust,, c/o Robert D. Woods, Trustee, 1032 Paisley Ct, Sparks, NV 89434-3946
2686637 +Woody Contracting, Inc., 63210 McKenzie Ln, Summerville, OR 97876-8136
2685133 +World Links Group, LLC, 2053 Columbus Way, Vista, CA 92081-8944
2686121 +Wormack E Smith III & Christina C Smith, 700 Washington St Apt 910, Denver, CO 80203-3760
2686646 +Wright Trust, c/o Robert R. Wright & Betty M. Wright T, 1258 Dotta Drive, Elko, NV 89801-2750
2686648 +Wu Family Trust dated 06/19/91, c/o James C. Wu & Jeanne K. Wu Trustees, 67 Marsh Road, Atherton, CA 94027-2046
2684370 +Wynn A. Gunderson & Lorraine J. Gunderso, 33941 N 67th Street, Scottsdale, AZ 85266-7250
2829651 +X-FACTOR INC, C/O SCOTT D FLEMING ESQ, HALE LANE PEEK DENNISON & HOWARD, 3930 HOWARD HUGHES PKWY 4TH FL, LAS VEGAS NV 89169-0947
2683225 +X-Factor, Inc., 4012 S Rainbow Ste D92, Las Vegas, NV 89103-2010
2855529 YOUNG JIN PARK & SEJIN PARK, 4417 LOS REYES CT, LAS VEGAS NV 89121-5345
2844657 +YOUNG, JUDY, 13825 VIRGINIA FOOTHILL DR, RENO NV 89521-7394
2823068 YOUNG, PERCY, 1814 W OLNEY AVE, PHOENIX AZ 85041-8617
2827011 +YOUNGER, WILLIAM & LISA K YOUNGER, 1746 LAKE ST, HUNTINGTON BEACH CA 92648-3166
2686462 +Yadira C. Vigil Revocable Trust dated 5/, c/o Yadira C. Vigil Trustee, 298 San Felipe Way, Novato, CA 94945-1671
2685893 +Yankee Holdings, LLC, 455 Montazona Trail, Sedona, AZ 86351-7532
2686351 +Yit Tisoni, 2485 Firenze Drive, Sparks, NV 89434-2271
2686663 +Yoder Family Trust dated 10/25/00, c/o Dwight J. Yoder & Nancy E. Yoder Tru, 24 Santa Catalina Drive, Rancho Palos Verdes, CA 90275-6603
2686662 +Yoder Living Trust dated 10/11/96, c/o Dennis G. Yoder & Janice L. Yoder Tr, P O Box 19219, Reno, NV 89511-0972
2685568 +Young Jin Park and Sejin Park, 4417 Los Reyes Court, Las Vegas, NV 89121-5345
2685195 +Yukiyo Matsumura and Machi Liu, 728 N Rockbury Drive, Beverly Hills, CA 90210-3212
2862943 +ZADEL, WILLIAM, PO BOX 1817, PAROWAN UT 84761-1817
2855541 +ZEBRO, ANTHONY, 780 SARATOGA AVE #S107, SAN JOSE CA 95129-2404
2823075 +ZERBO, ANTHONY, 780 SARATOGA AVE #S107, SAN JOSE CA 95129-2404
2855534 +ZIMMER TTEE, FRANZ, 900 SPRING LANE CT, ST AUGUSTINE FL 32080-6150
2839933 +ZOE BROWN 1989 FAMILY TRUST, ZOE BROWN TTEE, 2877 PARADISE RD #803, LAS VEGAS NV 89109-5244
2804964 ZOE BROWN 1989 FAMILY TRUST, C/O ZOE BROWN TTEE, 2877 PARADISE RD UNIT 803, LAS VEGAS NV 89109-5244
2864572 +ZOE BROWN 1989 FAMILY TRUST, C/O SCOTT D FLEMING ESQ, HALE LANE PEEK DENNISON & HOWARD, 3930 HOWARD HUGHES PKY 4TH FL, LAS VEGAS NV 89169-0947
2823069 +ZORRILLA, REINALDO, PO BOX 11305, LAS VEGAS NV 89111-1305
2800471 ZRUDSKY, COLLEEN, 106 E VICTORIAN AVE SPC 35, SPARKS NV 89431-5408
2683106 ZURICH NORTH AMERICA, 8712 INNOVATION WAY, CHICAGO, IL 60682-0087
2686688 +Zawacki, a California LLC, P.O. Box 5156, Bear Valley, CA 95223-5156
2686685 +Zepur Zarikian and Aznif Zarikian, 1912 Scenic Sunrise Dr, Las Vegas, NV 89117-7236
2683505 +Zoe Brown 1989 Family Trust, c/o Zoe Brown Trustee, 2877 Paradise Road 803, Las Vegas, NV 89109-5244
2686698 +Zook Revocable Living Trust for the bene, c/o David A. Zook Trustee, 911 S Andreasen Dr, Escondido, CA 92029-1934
2685810 +q Roberts Trust dated 3/11/03, c/o George A. Roberts & Sharon D. Robert, 2415 High Vista Drive, Henderson, NV 89014-3708

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
2707650 +E-mail/Text: gbaiera@angelogordon.com May 04 2011 02:19:15 ANGELO GORDON & CO, C/O JED A HART, 245 PARK AVENUE, 26TH FLR, NEW YORK, NY 10167-0094
2683144 +E-mail/Text: lubnanina@gmail.com May 04 2011 02:18:49 Al-Awar Living Trust dated 04/05/01, c/o Adib M. Al-Awar & Ellen A. Al-Awar T, 1330 Burro Ct, Gardnerville, NV 89410-6634
2685396 +E-mail/Text: angelamo@sbcglobal.net May 04 2011 02:18:51 Angela G. Mosinskis Family Trust dated 1, c/o Angela Mosinskis Trustee, 7563 McConnell Ave, Los Angeles, CA 90045-1037
2684062 +E-mail/Text: byrnefalke@sbcglobal.net May 04 2011 02:18:26 Byrne E. Falke Living Trust dated 6/3/03, c/o Byrne E. Falke Jr. Trustee, P O Box 5676, Incline Village, NV 89450-5676
2863571 E-mail/Text: jgirlink@gmail.com May 04 2011 02:19:11 CHARLES S BOGGS TRUSTEE OF THE CHARLES, S BOGGS LIVING TRUST DTD 8/27/98, 406 PEARL ST, BOULDER CO 80302-4931
2683041 E-mail/Text: bankruptcy@cox.com May 04 2011 02:17:13 COX COMMUNICATIONS, P.O. BOX 6059, CYPRESS, CA 90630-0059
2683564 +E-mail/Text: jjcaferro@hotmail.com May 04 2011 02:19:12 Caferro Living Trust dated 12/22/03, c/o Jay J. Caferro & Jacqueline L. Cafer, 3524 West Euclid Ave., Spokane, WA 99205-3952
2683597 +E-mail/Text: mcapra@earthlink.net May 04 2011 02:19:12 Capra 1998 Trust, c/o Merle L. Capra & Marlys J. Capra Tru, 2538 Malabar Ave, Las Vegas, NV 89121-5451
2756566 E-mail/Text: bankruptcy@centurylink.com May 04 2011 02:17:03 Central Telephone Company - Nevada Division, PO Box 7971, Shawnee Mission, KS 66207-0971
2683264 +E-mail/Text: avibarashi@yahoo.com May 04 2011 02:18:49 Chai Miller LLC, P O Box 81191, Las Vegas, NV 89180-1191
2684761 +E-mail/Text: chuck@kastler.com May 04 2011 02:18:19 Charles Kastler III & Margaret L. Kastle, c/o Charles Kastler III & Margaret L. Ka, 9170 Heritage Ridge Ct, Reno, NV 89523-6857
2684762 +E-mail/Text: chuck@kastler.com May 04 2011 02:18:19 Charles Kastler, III IRA, c/o First Savings Bank Custodian For, 9170 Heritage Ridge Ct, Reno, NV 89523-6857
2683405 +E-mail/Text: jgirlink@gmail.com May 04 2011 02:19:11 Charles S. Boggs Living Trust, dated 8/2, c/o Charles S. Boggs, Trustee, 406 Pearl Street, Boulder, CO 80302-4931
2686385 E-mail/Text: thtjr@me.com May 04 2011 02:18:00 Charmaine Trimble Exemption Trust, c/o Thomas H. Trimble, Jr. Trustee, P O Box 820, Carnelian Bay, CA 96140-0820
2686284 +E-mail/Text: john.taylor26@ca.rr.com May 04 2011 02:18:55 Citrus Grove Apartments, LLC, 13658 La Jolla Circle Unit 8-B, La Mirada, CA 90638-3337

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

2683791 +E-mail/Text: susan.crowe@earthlink.net May 04 2011 02:18:51
Crowe 1989 Family Revocable Trust dated, c/o Gary W. Crowe & Susan R. Crowe Trust,
9132 Golden Eagle Drive, Las Vegas, NV 89134-6134

2865914 +E-mail/Text: markirvine@aol.com May 04 2011 02:18:02
DANIEL LIVING TRUST AS AMENDED DTD 1/9/98, C/O MARK A DANIEL & CATHY A DANIEL TTEES,
20 REDONDA, IRVINE CA 92620-1954

2865344 +E-mail/Text: markirvine@aol.com May 04 2011 02:18:02
DANIEL LIVING TRUST AS AMENDED DTD 1/9/98, C/O MARK A DANIEL AND CATHY A DANIEL TTE,
20 REDONDA, IRVINE CA 92620-1954

2864250 +E-mail/Text: markirvine@aol.com May 04 2011 02:18:02 DANIEL, GREGORY (GREGORY SCOTT DANIEL),
20 REDONDA, IRVINE CA 92620-1954

2829897 +E-mail/Text: suehays@cox.net May 04 2011 02:18:52 DAVID & SUE HAYS, REVOCABLE FAMILY TRUST,
361 E DELMAR DRIVE, HENDERSON, NV 89015-8143

2860986 +E-mail/Text: HJustus@daca4.com May 04 2011 02:19:10 DEBT ACQUISITION CO OF AMERICA V LLC,
ASSIGNEE OF GARY E TOPP A MARRIED MAN, DEALING WITH HIS SOLE & SEPARATE PROPERT,
1565 HOTEL CIRCLE S STE 310, SAN DIEGO CA 92108-3419

2860990 +E-mail/Text: HJustus@daca4.com May 04 2011 02:19:10 DEBT ACQUISITION CO OF AMERICA V LLC,
ASSIGNEE OF LARRY D SARGENT & MARJEAN SA, HUSBAND & WIFE JTWROS, 1565 HOTEL CIRCLE S STE 310,
SAN DIEGO CA 92108-3419

2860995 +E-mail/Text: HJustus@daca4.com May 04 2011 02:19:10 DEBT ACQUISITION CO OF AMERICA V LLC,
ASSIGNEE OF TAYLOR SAMUELS TTEE OF THE, SAMUELS 1999 TRUST, 1565 HOTEL CIRCLE S STE 310,
SAN DIEGO CA 92108-3419

2860992 +E-mail/Text: HJustus@daca4.com May 04 2011 02:19:10 DEBT ACQUISITION CO OF AMERICA V LLC,
ASSIGNEE OF M & RH LLC A NV LIMITED, LIABILITY COMPANY, 1565 HOTEL CIRCLE S STE 310,
SAN DIEGO CA 92108-3419

2860989 +E-mail/Text: HJustus@daca4.com May 04 2011 02:19:10 DEBT ACQUISITION CO OF AMERICA V LLC,
ASSIGNEE OF JOYCE A HAYWARD TTEE OF THE, 1985 HAYWARD LIVING TRUST DTD 7/6/85,
1565 HOTEL CIRCLE S STE 310, SAN DIEGO CA 92108-3419

2860991 +E-mail/Text: HJustus@daca4.com May 04 2011 02:19:10 DEBT ACQUISITION CO OF AMERICA V LLC,
ASSIGNEE OF LORI DIETZMAN & WILLIAM DIET, WIFE & HUSBAND JTWROS, 1565 HOTEL CIRCLE S STE 310,
SAN DIEGO CA 92108-3419

2860993 +E-mail/Text: HJustus@daca4.com May 04 2011 02:19:10 DEBT ACQUISITION CO OF AMERICA V LLC,
ASSIGNEE OF PETER A BOLINO & FABIOLA A B, TTEES OF THE BOLINO FAMILY REVOCABLE TRU,
1565 HOTEL CIRCLE S STE 310, SAN DIEGO CA 92108-3419

2860988 +E-mail/Text: HJustus@daca4.com May 04 2011 02:19:10 DEBT ACQUISITION CO OF AMERICA V LLC,
ASSIGNEE OF JOHN D EICHHORN & JILL A EIC, HUSBAND AND WIFE JTWROS,
1565 HOTEL CIRCLE S STE 310, SAN DIEGO CA 92108-3419

2860996 +E-mail/Text: HJustus@daca4.com May 04 2011 02:19:10 DEBT ACQUISITION CO OF AMERICA V LLC,
ASSIGNEE OF TAYLOR SAMUELS TTEE OF THE, SAMUELS 1999 TRUST - BAY POMPANO BEACH,
1565 HOTEL CIRCLE S STE 310, SAN DIEGO CA 92108-3419

2860999 +E-mail/Text: HJustus@daca4.com May 04 2011 02:19:10 DEBT ACQUISITION CO OF AMERICA V LLC,
ASSIGNEE OF M&RM LLC A NV LTD LIABILITY, 1565 HOTEL CIRCLE S STE 310,
SAN DIEGO CA 92108-3419

2823071 +E-mail/Text: HJustus@daca4.com May 04 2011 02:19:10 DEBT ACQUISITION CO OF AMERICA V LLC,
1565 HOTEL CIR SOUTH, STE 310, SAN DIEGO CA 92108-3419

2860985 +E-mail/Text: HJustus@daca4.com May 04 2011 02:19:10 DEBT ACQUISITION CO OF AMERICA V LLC,
ASSIGNEE OF FIRST SAVINGS BANK CUSTODIAN, TANA STIGILE IRA, 1565 HOTEL CIRCLE S STE 310,
SAN DIEGO CA 92108-3419

2860987 +E-mail/Text: HJustus@daca4.com May 04 2011 02:19:10 DEBT ACQUISITION CO OF AMERICA V LLC,
ASSIGNEE OF JANICE A MAGRISI AN UNMARRIE, WOMAN & PHILLIP DICKINSON AN UNMARRIED M,
1565 HOTEL CIRCLE S STE 310, SAN DIEGO CA 92108-3419

2860984 +E-mail/Text: HJustus@daca4.com May 04 2011 02:19:10 DEBT ACQUISITION CO OF AMERICA V LLC,
ASSIGNEE OF CHRISTOPHER DICKINSON & PATR, 1565 HOTEL CIRCLE S STE 310,
SAN DIEGO CA 92108-3419

2860994 +E-mail/Text: HJustus@daca4.com May 04 2011 02:19:10 DEBT ACQUISITION CO OF AMERICA V LLC,
ASSIGNEE OF SAPOURN LEGACY LLC A FL, LIMITED LIABILITY COMPANY, 1565 HOTEL CIRCLE S STE 310,
SAN DIEGO CA 92108-3419

2860983 +E-mail/Text: HJustus@daca4.com May 04 2011 02:19:10 DEBT ACQUISITION CO OF AMERICA V LLC,
ASSIGNEE OF BARBARA J VIVERO TTEE OF THE, BARBARA J VIVERO REVOCABLE TRUST,
1565 HOTEL CIRCLE S STE 310, SAN DIEGO CA 92108-3419

2856734 +E-mail/Text: HJustus@daca4.com May 04 2011 02:19:10 DEBT ACQUISITION COMPANY OF AMERICA,
HOWARD JUSTUS, 1565 HOTEL CIRCLE SOUTH, #310, SAN DIEGO, CA 92108-3419

2861461 +E-mail/Text: LVAngell@aol.com May 04 2011 02:18:11 DWIGHT W HAROUFF & MARY ANN HAROUFF TTEES,
OF THE HAROUFF CHARITABLE REMAINDER TRUS, 5680 RUFFIAN RD, LAS VEGAS NV 89149-1261

2683818 +E-mail/Text: markirvine@aol.com May 04 2011 02:18:02 Daniel Living Trust as amended dated 1/9,
c/o Mark A. Daniel and Cathy A. Daniel,, 20 Redonda, Irvine, CA 92620-1954

2684016 +E-mail/Text: alfiefujitani@yahoo.com May 04 2011 02:18:11
David F. Eldridge and Elfriede R. Fujita, P O Box 946, Crystal Bay, NV 89402-0946

2683146 +E-mail/PDF: crmlman@aol.com May 04 2011 02:31:28 David J. Albiol, P O Box 22007,
Carmel, CA 93922-0007

2684361 +E-mail/Text: DAVIDG@GCLAUNDRY.COM May 04 2011 02:18:16
David L. Gross Family Trust dated 12/4/9, c/o David L. Gross Trustee, 895 On The Green,
Biloxi, MS 39532-3229

2686591 +E-mail/Text: allenortep@gmail.com May 04 2011 02:18:11 David R. Wilson, 320 Sunset Dr,
Reno, NV 89509-3752

2684594 +E-mail/Text: delholt@gmail.com May 04 2011 02:18:05 Delwin C. Holt, 6606 Evergreen Ave,
Oakland, CA 94611-1516

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

2683949 +E-mail/Text: patdreikosen@gmail.com May 04 2011 02:18:08
Dreikosen Revocable Trust dated 9/25/97, c/o Patrick J. Dreikosen & Marion T. Dre,
9321 Queen Charlotte Drive, Las Vegas, NV 89145-8709
2684443 +E-mail/Text: LVAngell@aol.com May 04 2011 02:18:11 Dwight W. Harouff & Mary Ann Harouff,
5680 Ruffian Road, Las Vegas, NV 89149-1261
2860249 +E-mail/Text: ellen@delphivideo.com May 04 2011 02:18:08 ELLEN DUSTMAN & OLIVER HENRY,
3159 6TH ST, BOULDER CO 80304-2507
2860240 +E-mail/Text: ellen@delphivideo.com May 04 2011 02:18:08 ELLEN DUSTMEN & OLIVER HENRY,
3159 6TH ST, BOULDER CO 80304-2507
2864241 +E-mail/Text: ellen@delphivideo.com May 04 2011 02:18:08 ELLEN V DUSTMAN & OLIVER HENRY,
ELLEN DUSTMAN, 3159 6TH ST, BOULDER CO 80304-2507
2685512 +E-mail/Text: wajohno@msn.com May 04 2011 02:18:19 Eileen V. O’Sullivan, 730 E Probert Rd,
Shelton, WA 98584-6910
2683978 +E-mail/Text: ellen@delphivideo.com May 04 2011 02:18:08 Ellen V. Dustman and Oliver Henry,
440 Calhoun Street, Port Townsand, WA 98368-8107
2684179 +E-mail/Text: EFreedus@Freedus.net May 04 2011 02:18:10 Eric B. Freedus and Linda P. Freedus,
5008 Nighthawk Way, Oceanside, CA 92056-5443
2683915 +E-mail/Text: helipcs@sbcglobal.net May 04 2011 02:19:11
Eric C. Disbrow MD Inc. Profit Sharing P, c/o Eric C. Disbrow Trustee, 3640 Fairway Drive,
Cameron Park, CA 95682-8626
2829215 +E-mail/Text: fullermonicad@gmail.com May 04 2011 02:18:54 FULLER, DAVID AND MONICA,
955 MULLEN, HENDERSON NV 89044-9542
2861462 +E-mail/Text: LVAngell@aol.com May 04 2011 02:18:11 GOLD PLATED LLC, DWIGHT W HAROUFF MGR,
DWIGHT W & MARY ANN HAROUFF, 5680 RUFFIAN RD, LAS VEGAS NV 89149-1261
2683455 +E-mail/Text: gjbjkb@roadrunner.com May 04 2011 02:18:25 Glen J. Brecht Trust dated 1/24/86,
c/o Glen J. Brecht & Janine K. Brecht Tr, 630 West Hermosa Drive, Fullerton, CA 92835-1406
2684444 +E-mail/Text: LVAngell@aol.com May 04 2011 02:18:11 Gold Plated LLC,
c/o Dwight W. Harouff, Manager, 5680 Ruffian Road, Las Vegas, NV 89149-1261
2683816 +E-mail/Text: markirvine@aol.com May 04 2011 02:18:02 Gregory Scott Daniel, 20 Redonda,
Irvine, CA 92620-1954
2865938 E-mail/Text: HelmsHomesLLC@gmail.com May 04 2011 02:19:09 HELMS HOMES LLC, TERRY HELMS,
809 UPLAND BLVD, LAS VEGAS NV 89107-3719
2863923 +E-mail/Text: hilaryhuffman6@hotmail.com May 04 2011 02:19:09
HILARY A HUFFMAN & CYNTHIA L HUFFMAN TTEES, OF THE HUFFMAN FAMILY TRUST DTD 5/28/98,
HILARY HUFFMAN, 140 GAZELLE RD, RENO NV 89511-6642
2844656 E-mail/Text: hilaryhuffman6@hotmail.com May 04 2011 02:19:09 HUFFMAN FAMILY TRUST DTD 5/28/98,
C/O HILARY A HUFFMAN & CYNTHIA L HUFFMAN, 140 GAZELLE RD, RENO NV 89511-6642
2685683 E-mail/Text: prakelt@sbcglobal.net May 04 2011 02:18:19 Hans J. Prakelt,
2401-A Waterman Blvd Suite 4-230, Fairfield, CA 94534
2684442 +E-mail/Text: LVAngell@aol.com May 04 2011 02:18:11 Harouff Charitable Remainder Trust 9/5/9,
c/o Dwight W. Harouff & Mary Ann Harouff, 5680 Ruffian Road, Las Vegas, NV 89149-1261
2684494 +E-mail/Text: suehays@cox.net May 04 2011 02:18:52 Hays Revocable Trust,
c/o David R. Hays and Sue Hays, Trustees, 361 E Delamar Drive, Henderson, NV 89015-8143
2684502 +E-mail/Text: mtheffner@charter.net May 04 2011 02:18:49 Heffner Family Trust dated 9/10/02,
c/o Michael T. Heffner & Barbara C. Heff, 1705 Caughlin Creek Road, Reno, NV 89519-0687
2684516 +E-mail/Text: HelmsHomesLLC@gmail.com May 04 2011 02:19:09 Helms Homes, LLC,
809 Upland Boulevard, Las Vegas, NV 89107-3719
2684629 +E-mail/Text: hilaryhuffman6@hotmail.com May 04 2011 02:19:09
Huffman Family Trust dated 5/28/98, c/o Hilary A. Huffman & Cynthia L. Huffm, 140 Gazelle Rd,
Reno, NV 89511-6642
2861468 +E-mail/Text: carcollector@rtci.net May 04 2011 02:18:09 JAMES PAUL GOODE, 401 PUUHALE RD,
HONOLULU HI 96819-3239
2861469 +E-mail/Text: carcollector@rtci.net May 04 2011 02:18:09 JAMES PAUL GOODE IRA,
C/O FIRST SAVINGS BANK CUSTODIAN, 401 PUUHALE RD, HONOLULU HI 96819-3239
2863462 E-mail/Text: jgirlink@yahoo.com May 04 2011 02:19:12 JANICE JANIS AND CHRISTINE BRAGER,
TENANTS IN COMMON, 406 PEARL ST, BOULDER CO 80302-4931
2863668 +E-mail/Text: jgirlink@yahoo.com May 04 2011 02:19:12 JANICE JANIS LIVING TRUST DTD 2/3/99,
C/O JANICE JANIS TTEE, 406 PEARL ST, BOULDER CO 80302-4931
2863463 E-mail/Text: jgirlink@yahoo.com May 04 2011 02:19:12 JANICE JANIS TTEE OF THE LIVING TRUST,
DTD 2/3/99, C/O JANICE JANIS TTEE, 406 PEARL ST, BOULDER CO 80302-4931
2798872 E-mail/Text: mgahring1@cox.net May 04 2011 02:18:49 JEANNINE M GAHRING REVOCABLE TRUST,
DATED 6/27/97, C/O JEANNINE M GAHRING TTEE, 17282 CANDLEBERRY, IRVINE CA 92612-2310
2683684 +E-mail/Text: jamescielen@dovemagic.com May 04 2011 02:17:40 James Cielen,
9775 S Maryland Pkwy # F102, Las Vegas, NV 89183-7122
2684159 +E-mail/Text: jany4chun@att.net May 04 2011 02:18:14 Janice Fortune Living Trust dated 10/8/9,
c/o Janice Fortune Trustee, 6460 Montreux Lane, Reno, NV 89511-5054
2684676 +E-mail/Text: jgirlink@yahoo.com May 04 2011 02:19:12 Janice Janis Living Trust dated 2/3/99,
c/o Janice Janis Trustee, 406 Pearl Street, Boulder, CO 80302-4931
2684675 +E-mail/Text: jgirlink@yahoo.com May 04 2011 02:19:12 Janice Janis and Christine Brager,
406 Pearl Street, Boulder, CO 80302-4931
2684212 +E-mail/Text: mgahring1@cox.net May 04 2011 02:18:49 Jeannine M. Gahring Revocable Trust dat,
c/o Jeannine M. Gahring Trustee, 17282 Candleberry, Irvine, CA 92612-2310
2684010 +E-mail/Text: jdeichhorn@earthlink.net May 04 2011 02:18:11
John D. Eichhorn & Jill A. Eichhorn, 2259 Green Mountain Court, Las Vegas, NV 89135-1534
2685513 +E-mail/Text: wajohno@msn.com May 04 2011 02:18:19 John O’Sullivan & Patricia O’Sullivan,
730 E Probert Rd, Shelton, WA 98584-6910
2684138 +E-mail/Text: fleinerkm@att.net May 04 2011 02:18:06 John R. & Karen M. Fleiner Family Trust,
c/o John R. Fleiner and Karen M. Fleiner, 7825 Las Plumas Dr, Sparks, NV 89436-6218

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

2686291 +E-mail/Text: john.taylor26@ca.rr.com May 04 2011 02:18:55 Joy Dorine Taylor, 13658 La Jolla Circle Unit 8 B, La Mirada, CA 90638-3337
2683056 +E-mail/Text: afurtado@kcnvlaw.com May 04 2011 02:18:16 KUMMER KAEMPFER BONNER & RENSHAW, 3800 HOWARD HUGHES PKWAY, 7TH FL, LAS VEGAS, NV 89169-5965
2844658 E-mail/Text: rieger65@gmail.com May 04 2011 02:18:05 LARRY L REIGER & PATSY R REIGER, REVOCABLE TRUST DTD 8/14/91, C/O LARRY L & PATSY R RIEGER TTEES, 2615 GLEN EAGLES DR, RENO NV 89523-2080
2865168 +E-mail/Text: rieger65@gmail.com May 04 2011 02:18:05 LARRY L RIEGER IRA, LARRY L RIEGER, 2615 GLEN EAGLES DR, RENO NV 89523-2080
2685286 +E-mail/Text: babyrnjuana@hotmail.com May 04 2011 02:18:26 La Playa Trust dated 1/9/02, c/o Juanita Mesa Trustee, 212 Red Cloud Terrance, Henderson, NV 89015-2704
2685788 +E-mail/Text: rieger65@gmail.com May 04 2011 02:18:05 Larry L. Rieger IRA, c/o First Savings Bank Custodian, 2615 Glen Eagles Dr, Reno, NV 89523-2080
2684983 +E-mail/Text: carolleiby@hotmail.com May 04 2011 02:18:02 Leiby Family 1992 Trust dated 7/8/92, c/o Richard Glenn Leiby & Carol K. Leiby, 3101 Brownbirds Nest Dr, Henderson, NV 89052-8553
2686234 +E-mail/Text: lestricker@optonline.net May 04 2011 02:18:08 Lesley Stricker, 4 Stanley Street, Pleasantville, NY 10570-3419
2685014 +E-mail/Text: rlifton@gmail.com May 04 2011 02:18:50 Lifton Trust dated 2/9/99, c/o Ron Lifton & Leonora Lifton Trustees, 5706 Meadows Del Mar, San Diego, CA 92130-4868
2684809 +E-mail/Text: lkesler43@gmail.com May 04 2011 02:18:26 Lindsey H. Kesler Jr. IRA, c/o First Savings Bank Custodian, 4847 Damon Circle, Salt Lake City, UT 84117-5854
2685045 +E-mail/Text: dllondon@gmail.com May 04 2011 02:18:19 London Trust dated 9/20/99, c/o Dennis L. London Trustee, 301 W Leslie St # 58, Pahrump, NV 89060-1118
4680154 +E-mail/Text: matthewmolitch@yahoo.com May 04 2011 02:18:01 MARILYN & MATTHEW MOLITCH, 11262 CORSICA MIST AVE, LAS VEGAS, NV 89135-1349
4680155 +E-mail/Text: matthewmolitch@yahoo.com May 04 2011 02:18:01 MARILYN MOLITCH, 11262 CORSICA MIST AVE, LAS VEGAS, NV 89135-1349
4680153 +E-mail/Text: matthewmolitch@yahoo.com May 04 2011 02:18:01 MATTHEW MOLITCH, TRUSTEE OF THE MOLITCH 1997 TRUST, 11262 CORSICA MIST AVE, LAS VEGAS, NV 89135-1349
2865935 E-mail/Text: mmcgrath33@hotmail.com May 04 2011 02:18:25 MICHAEL T MCGRATH TTEE OF THE 2001 MICHAEL, T MCGRATH REVOCABLE TRUST DTD 12/11/01, MICHAEL T MCGRATH, 66 SCHANDA DR, NEWMARKET NH 03857-2151
2829316 +E-mail/Text: sermol@hotmail.com May 04 2011 02:18:09 MOLINA, SERGIO AND IRENE SCHMUKER, 12150 S DART RD, PO BOX 859, MOLALLA OR 97038-0859
2685894 +E-mail/Text: padlr@npgcable.com May 04 2011 02:18:09 Marion L. Sample and Vernon Olson, 3748 Clearwater Drive, Lake Havasu City, AZ 86406-7238
6856402 E-mail/Text: grizzlyq98@att.net May 04 2011 02:19:13 NORMA WILSON, 3518 LA CIENEGA WAY, CAMERON PARK, CA 95682-8824
2844655 E-mail/Text: hilaryhuffman6@hotmail.com May 04 2011 02:19:11 OLGA O’BUCH TRUST DTD 5/28/98, C/O OLGA O’BUCH TTEE, 140 GAZELLE RD, RENO NV 89511-6642
2863922 +E-mail/Text: hilaryhuffman6@hotmail.com May 04 2011 02:19:11 OLGA O’BUCH TTEE OF THE OLGA O’BUCH, TRUST DTD 5/28/98, OLGA O’BUCH, 140 GAZELLE RD, RENO NV 89511-6642
2685503 +E-mail/Text: hilaryhuffman6@hotmail.com May 04 2011 02:19:11 Olga O’Buch Trust dated 5/28/98, c/o Olga O’Buch Trustee, 140 Gazelle Rd, Reno, NV 89511-6642
2798878 E-mail/Text: jym136@cox.net May 04 2011 02:19:11 PARDO FAMILY TRUST DATED 4/13/90, C/O BETTY R PARDO TTEE, 10932 MILL COVE AVE, LAS VEGAS NV 89134-7213
2865169 +E-mail/Text: rieger65@gmail.com May 04 2011 02:18:05 PATSY R RIEGER IRA, PATSY R RIEGER, 2615 GLEN EAGLES DR, RENO NV 89523-2080
2827626 +E-mail/Text: robert.w.ulm@gmail.com May 04 2011 02:18:40 PENSCO TRUST CO INC, FBO ROBERT W ULM IRA #UL006, 414 MORNING GLORY RD, ST MARYS GA 31558-4139
2863454 E-mail/Text: robert.w.ulm@gmail.com May 04 2011 02:18:42 PENSCO TRUST COMPANY, CUSTODIAN FOR ROBERT WILLIAM ULM IRA, ROBERT W ULM BENEFICIARY, 414 MORNING GLORY RD, ST MARYS GA 31558-4139
2946704 Fax: 202-326-4112 May 04 2011 02:51:03 PENSION BENEFIT GUARANTY CORP., ATTN: FRANK ANDERSON, ATTORNEY, OFFICE OF THE CHIEF COUNSEL, 1200 K STREET, N.W., SUITE 340, WASHINGTON, D.C. 20005-4026
2685554 +E-mail/Text: phil.palmintere@gmail.com May 04 2011 02:18:14 Palmintere Revocable Trust dated 6/19/98, c/o Philip A. Palmintere & Nanci S. Palm, 11219 Stauffer Lane, Cupertino, CA 95014-5150
2685566 +E-mail/Text: jym136@cox.net May 04 2011 02:19:11 Pardo Family Trust dated 4/13/90, c/o Betty R. Pardo Trustee, 10932 Mill Cove Ave, Las Vegas, NV 89134-7213
2685789 +E-mail/Text: rieger65@gmail.com May 04 2011 02:18:05 Patsy R. Rieger IRA, c/o First Savings Bank Custodian, 2615 Glen Eagles Drive, Reno, NV 89523-2080
2823399 +Fax: 202-326-4112 May 04 2011 02:51:03 Pension Benefit Guaranty Corporation, 1200 K Street, N.W., Washington, D.C 20005-4026
2685602 +E-mail/Text: manzanitaone@hotmail.com May 04 2011 02:19:05 Percy Family Trust U/A 9/28/99, c/o Michael Percy & Carol Percy Trustees, 1902 Deep Springs Lane, Lincoln, CA 95648-8785
2684756 +E-mail/Text: mysticaltrader@gmail.com May 04 2011 02:19:12 Phyllis Marina Karr Living Trust dtd 8/8, c/o Phyllis Marina Karr and Jeffrey Crai, 825 Copper Basin Road, Prescott, AZ 86303-7210
4169534 +E-mail/Text: randdex@gmail.com May 04 2011 02:18:07 RAND SULLIVAN, 853 OLD QUARRY RD S, LARKSPUR CA 94939-2218
2862104 +E-mail/Text: bobogren@gmail.com May 04 2011 02:18:05 ROBERT L OGREN TTEE FOR THE BENEFIT OF, THE ROBERT L OGREN TRUST DTD 6/30/92, ROBERT L OGREN, 3768 RICK STRATTON DR, LAS VEGAS NV 89120-2647

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

2862105 +E-mail/Text: bobogren@gmail.com May 04 2011 02:18:05 ROBERT L OGREN TTEE FOR THE BENEFIT OF, THE ROBERT L OGREN TRUST DTD 6/30/92(ACC, ROBERT L OGREN, 3768 RICK STRATTON DR, LAS VEGAS NV 89120-2647
2863453 E-mail/Text: robert.w.ulm@gmail.com May 04 2011 02:18:41 ROBERT W ULM AN UNMARRIED MAN, ROBERT W ULM, 414 MORNING GLORY RD, ST MARYS GA 31558-4139
2827955 +E-mail/Text: robert.w.ulm@gmail.com May 04 2011 02:18:41 ROBERT W ULM LIVING TRUST DTD 4/11/05, ROBERT W ULM TTEE, 414 MORNING GLORY RD, ST MARYS GA 31558-4139
2863450 E-mail/Text: robert.w.ulm@gmail.com May 04 2011 02:18:41 ROBERT W ULM LIVING TRUST DTD 4/11/05, C/O ROBERT W ULM TTEE, 414 MORNING GLORY RD, ST MARYS GA 31558-4139
2863452 E-mail/Text: robert.w.ulm@gmail.com May 04 2011 02:18:41 ROBERT W ULM TTEE OF THE ROBERT W ULM, LIVING TRUST DTD 4/11/05, ROBERT W ULM TTEE, 414 MORNING GLORY RD, ST MARYS GA 31558-4139
2863451 E-mail/Text: robert.w.ulm@gmail.com May 04 2011 02:18:41 ROBERT WILLIAM ULM IRA, 414 MORNING GLORY RD, ST MARYS GA 31558-4139
2685835 +E-mail/Text: rags04@gmail.com May 04 2011 02:19:14 Rebecca A. Rogers Trust dated 9/18/96, c/o Rebecca A. Rogers Trustee, 2309 Sierra Heights Dr, Las Vegas, NV 89134-5108
2685785 +E-mail/Text: irish5rick@yahoo.com May 04 2011 02:19:04 Rickling Family Trust, c/o Marvin Rickling & Rosemary Rickling, 3017 Haddon Drive, Las Vegas, NV 89134-8982
2685519 +E-mail/Text: bobogren@gmail.com May 04 2011 02:18:05 Robert L. Ogren Trust dated 6/30/92, c/o Robert L. Ogren Trustee, 3768 Rick Stratton Drive, Las Vegas, NV 89120-2647
2685520 +E-mail/Text: bobogren@gmail.com May 04 2011 02:18:05 Robert L. Ogren Trust dated 6/30/92 (Acc, c/o Robert L. Ogren Trustee, 3768 Rick Stratton Drive, Las Vegas, NV 89120-2647
2686423 +E-mail/Text: robert.w.ulm@gmail.com May 04 2011 02:18:40 Robert W. Ulm Living Trust dated 4/11/05, c/o Robert W. Ulm Trustee, 414 Morning Glory Rd, St Marys, GA 31558-4139
2686422 +E-mail/Text: robert.w.ulm@gmail.com May 04 2011 02:18:40 Robert William Ulm IRA, c/o Pensco Trust Company Custodian, 414 Morning Glory Rd, St Marys, GA 31558-4139
2683692 +E-mail/Text: roseclark59@yahoo.com May 04 2011 02:18:25 Rosanne L. Clark, 2350 High Terrace Dr, Reno, NV 89509-5075
2686257 +E-mail/Text: alfiefujitani@yahoo.com May 04 2011 02:18:11 Rose F. Swayze and Elfriede R. Fujitani, P O Box 946, Crystal Bay, NV 89402-0946
2860691 +E-mail/Text: sport82129@gmail.com May 04 2011 02:18:07 SHELDON & MARION G PORTMAN TRUST DTD 11/01/85, SHELDON PORTMAN & MARION G PORTMAN TTEES, 9505 CITY HILL CT, LAS VEGAS NV 89134-1711
2800479 E-mail/Text: david.johnson@sterlingnationalbank.com May 04 2011 02:18:47 STERLING NATIONAL BANK, 500 7TH AVE 11TH FL, NEW YORK NY 10018-4502
2683091 +E-mail/Text: david.johnson@sterlingnationalbank.com May 04 2011 02:18:47 STERLING NATIONAL BANK, 500 SEVENTH AVENUE, 11TH FLOOR, NEW YORK, NY 10018-4502
2861115 +E-mail/Text: lestricker@optonline.net May 04 2011 02:18:08 STRICKER, LESLEY, 4 STANLEY ST, PLEASANTVILLE NY 10570-3419
2685342 +E-mail/Text: sermol@hotmail.com May 04 2011 02:18:09 Sergio Molina and Irene Schmuker, 12150 S Dart Rd, P O Box 859, Molalla, OR 97038-0859
2685677 +E-mail/Text: sport82129@gmail.com May 04 2011 02:18:07 Sheldon & Marion G. Portman Trust dated, c/o Sheldon Portman & Marion G. Portman, 9505 City Hill Court, Las Vegas, NV 89134-1711
2685968 +E-mail/Text: mrscis@bellsouth.net May 04 2011 02:18:25 Shirley E. Schwartz Revocable Living Tru, c/o Shirley E. Schwartz, Trustee, 20155 NE 38th Ct Apt 3104, Aventura, FL 33180-3274
2684445 +E-mail/Text: LVAngell@aol.com May 04 2011 02:18:11 Skip and Mary Harouff Trust dated 12/5/9, c/o Mary Ann Harouff and Dwight W. Harou, 5680 Ruffian Road, Las Vegas, NV 89149-1261
2686290 +E-mail/Text: john.taylor26@ca.rr.com May 04 2011 02:18:55 Taylor Family Trust dated 6/18/97, c/o John Colin Taylor & Joy Dorine Taylo, 13658 La Jolla Circle Unit 8 B, La Mirada, CA 90638-3337
2684982 +E-mail/Text: carolleiby@hotmail.com May 04 2011 02:18:02 The Leiby Family 1992 Trust Dtd 7/8/92, c/o Richard And Carol K. Leiby, Trustees, 3101 Brown Birds Nest Dr, Henderson, NV 89052-8553
2683019 +E-mail/Text: USTPRegion17.LV.ECF@usdoj.gov May 04 2011 02:16:12 U.S. TRUSTEE, 300 LAS VEGAS BLVD. SO., SUITE 4300, LAS VEGAS NV 89101-5803
2685530 +E-mail/Text: padlr@npgcable.com May 04 2011 02:18:09 Vernon Olson, 9628 Blue Bell Drive, Las Vegas, NV 89134-7831
2683105 E-mail/Text: Vanessa.Adams@xerox.com May 04 2011 02:18:48 XEROX CORPORATION, P.O. BOX 7405, PASADENA, CA 91109-7405
2808510 +E-mail/Text: Vanessa.Adams@xerox.com May 04 2011 02:18:48 XEROX CORPORATION, C/O XEROX CAPITAL SERVICE LLC, ATTN TROY RACHUI, PO BOX 660506, DALLAS TX 75266-0506

TOTAL: 143

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

2768819 222
2857267 90876 LIBBY LN
2683107 Abdo Kent Holdings, LLC, Alte Landstrasse 39A, CH-8700 Kusnacht, Zurich, 0
2685732 Alexander P. Rayment & Maria A. Rayment, Impasse Hauts de Bayle 9, Marmande 47200, Magdelaine, 0
2825353 Beverly Stiles Revocable Trust dated 8/10/05
2825357 Bolino Family Revocable Trust dated 3/6/95
2683810 Chris Dagiantis Revocable Inter Vivos Tr, c/o Chris Dagiantis Trustee, Levidi Arcadias, TK, 22002

***** BYPASSED RECIPIENTS (continued) *****

2751081 DIANE WALTER
2825358 Daniel and Laura Drubin
2683219 Delana D. Arnold, General Delivery, Utila, Bay Islands 0
2684302 Elan Rael Gordon, 80 Carlton Park Ave, London, 0
2852212 Frank Snopko, Trustee Charlotte Snopko Marital Tst
2852262 Frank Snopko, Trustee Charlotte Snopko Residual Ts
2825352 George J. Motto, individually and for his IRA
2685414 Herbert W. Mueller IRA, c/o First Trust Company of Onaga Custodi, NULL, NULL 0
2684359 Inge Grist, Ave. Paseo De La Marina Norte 535, Apartamento # 504, Puerto Vallarta, Jalisco 48300
2683596 Kirk Capra & Mary Capra, HC02 Box 14404, Vieques, 765
2684260 Lynn M. Gillmore & James D. Gillmore, NULL, NULL 0
2829326 PAUL G CHELEW CHARITABLE REMAINDER UNITRUST III, c/O ALTA BATES SUMMIT FOUNDATION TRUSTEE, 2855 TELEGRAPH AVE STE 601
2683943 Panagiotis Dovanidis & Dimitra Dovanidou, 14 Mikinon Street, 16675 Glyfada, Athens 0
2683942 Panagiotis Dovanidis and Aikaterini Gian, 14, Mikinon Street, 166 74 Glyfada, Athens Hellas 0
2683866 Rena DeHart IRA, c/o First Savings Bank Custodian, NULL, NULL 0
2685635 Ronald C. Phelps Trust, dated 10/19/01, c/o Ronald C. Phelps Trustee, , MT 0
2684945 Ruth M. Lataille, 543 Granville Road, Hartland, CT 6027
2751075 SERGIO DEL CANIZO, TANAMARA CORPORATE CENTER, LLC
2819178 THE ERIC NOEL CARTAGENA TRUST, C/O ERIC N CARTAGENA TTEE, PO BOX 60742-8742
2819214 THE ERIC NOEL CARTAGENA TRUST, C/O ERIC N CARTAGENA TTEE, PO BOX 60742-8742
2753390 TOM GLOY
2686583 Willard Family Trust, c/o Shirley Mae Willard Trustee, NULL, NULL 0
2801718* AIG LIMITED, 9904 VILLA GRANITO LN, GRANITE BAY CA 95746-6481
2860705* ALAN SIMON & CAROL SIMON TTEES OF THE, SIMON FAMILY TRUST 2000, ALAN SIMON & CAROL SIMON TTEES, 1800 WALDMAN AVE, LAS VEGAS NV 89102-2437
2833635* ALBERT DANIEL ANDRADE, PO BOX 2122, OAKDALE CA 95361-5122
2801742* ANDREW W MARCHUK &, DOREEN W MARCHUK, 325 MARCHE CHASE DR APT 138, EUGENE OR 97401-8894
2827608* ANITA J CALHOUN, 2026 BEL AIR AVE, SAN JOSE CA 95128-1409
2821200* ANNA LACERTOSA & MARIE LACERTOSA, 49 ELM ST, VALLEY STREAM NY 11580-5007
2860712* +ARCHER, SHERRY, 2944 PIERCE ST, SAN FRANCISCO CA 94123-3825
2810960* ARTHUR B MOORE, 994 LILAC CT, MINDEN NV 89423-5131
2828093* ARTHUR T DONALDSON, PO BOX 307, JANESVILLE WI 53547-0307
3648990* +AUGUST J. AMARAL, INC., 9644 ROLLING ROCK WAY, RENO, NV 89521-6132
2843383* AYLENE GERINGER AND MARK ZIPKIN, 4321 CHERRY HILLS LN, TARZANA CA 91356-5406
2686256* +Alvin M. Swanson & Grace E. Swanson Livi, c/o Leland K. Swanson Trustee, 212 Greenbriar Lane, Buffalo, MN 55313-9329
2872475* +BANOS, WILLIAM, 7431 DORIE DR, WEST HILLS CA 91307-5277
2988854* BARBARA A CECIL, 899 TIMBERLAKE DR, ASHLAND OR 97520-9090
2865167* +BARCIA, DANIEL, 1600 PICKET CT, RENO NV 89521-5018
2865194* +BARCIA, DANIEL, 1600 PICKET CT, RENO NV 89521-5018
2800535* +BARROSO, PEDRO, 3231 CAMBRIDGESHIRE ST, LAS VEGAS NV 89146-6223
2855519* BARROSO, PEDRO, 3231 CAMBRIDGESHIRE ST, LAS VEGAS NV 89146-6223
2829250* +BARRY J. GOLDSTEIN & PATRICIA B. GOLDSTEIN, C/O JEFFREY S. BERLOWITZ, ESQ., 4000 HOLLYWOOD BLVD., SUITE 375-S, HOLLYWOOD FL 33021-1210
2801692* +BEADLE MCBRIDE & REEVES LLP, 2285 RENAISSANCE DR STE E, LAS VEGAS NV 89119-6752
2801735* +BEADLE MCBRIDE & REEVES LLP, 2285 RENAISSANCE DR STE E, LAS VEGAS NV 89119-6752
2800549* BETTER BUSINESS BUREAU OF S NV, 2301 PALOMINO LN, LAS VEGAS NV 89107-4503
2873474* BETTY BISHOFBERGER, 2176 TIGER WILLOW DR, HENDERSON NV 89012-6125
2805350* BETTY J PHENIX, PO BOX 982, MINDEN NV 89423-0982
2865940* +BLAIR E ROACH & BARBARA K ROACH, PO BOX 1238, ZEPHYR COVE NV 89448-1238
2865971* +BLAIR E ROACH & BARBARA K ROACH, PO BOX 1238, ZEPHYR COVE NV 89448-1238
2819230* +BONNEMA, CHRIS, PO BOX 877, TEMPLETON CA 93465-0877
2819229* +BONNEMA, GARY, PO BOX 8649, HORSESHOE BAY TX 78657-8649
2839947* +BONNEMA, GARY, PO BOX 8649, HORSESHOE BAY TX 78657-8649
2805347* BOREN LIVING TRUST DTD 6/21/04, C/O RICHARD D BOREN & CONNIE BOREN, TTEES, 5333 SW 75TH ST APT E34, GAINESVILLE FL 32608-7449
2726257* ++BRENDA FALVAI POWERS, 1545 SANDALWOOD DR, BREA CA 92821-1841 (address filed with court: Brenda Falvai, 252 Paseo de Juan, Anaheim, CA 92807)
2684071* ++BRENDA FALVAI POWERS, 1545 SANDALWOOD DR, BREA CA 92821-1841 (address filed with court: Brenda Falvai, 252 Paseo de Juan, Anaheim, CA 92807)
2864235* BROOKS BISHOFBERGER, 1727 GOLDEN HORIZON DR, LAS VEGAS NV 89123-2433
2801725* +BROWN, JACECK, 2391 NW IRVING ST, PORTLAND OR 97210-3839
2801730* +BROWN, RAYMOND, PO BOX 173859, DENVER CO 80217-3859
2800521* +BRUNO, VINCENT, 4961 E PATTERSON AVE, LAS VEGAS NV 89104-6241
2800520* +BUCKWALD, NEIL, 5000 N VALDEZ ST, LAS VEGAS NV 89149-5247
2793959* +Billy Shope, Jr. Family LP, 2833 Maryland Hills Dr., Henderson, NV 89052-7700
2776203* +Billy Shope, Jr., Family LP, 2833 Maryland Hills Dr., Henderson, NV 89052-7700
2821207* C DONALD AYERS, PO BOX 605, ISLAMORADA FL 33036-0605
2840221* C DONALD AYERS, PO BOX 605, ISLAMORADA FL 33036-0605
2800514* C ZRUDSKY INC, 106 E VICTORIAN AVE SPC 35, SPARKS NV 89431-5408
2800539* CALE FAMILY TRUST DTD 11/16/88, C/O KEITH J CALE TTEE, 6070 INGLESTON DR UNIT 1111, SPARKS NV 89436-7082
2827965* +CAMPTON MD, DR DENNIS, 5741 KEN’S PLACE, PAHRUMP NV 89060-1751
2829251* +CAPITAL MORTGAGE INVESTORS, INC., C/O JEFFREY S. BERLOWITZ, ESQ., 4000 HLOOYWOOD BLVD., SUITE 375-S, HOLLYWOOD FL 33021-1210

***** BYPASSED RECIPIENTS (continued) *****

2865917* +CAROL A TRIPP A MARRIED WOMAN DEALING, WITH HER SOLE AND SEPARATE PROPERTY, CAROL A TRIPP, 2185 KINNEY LN, RENO NV 89511-6553
2865948* +CAROL A TRIPP A MARRIED WOMAN DEALING, WITH HER SOLE AND SEPARATE PROPERTY, CAROL A TRIPP, 2185 KINNEY LN, RENO NV 89511-6553
2865368* CAROL A TRIPP A MARRIED WOMAN DEALING WITH, HER SOLE AND SEPARATE PROPERTY, CAROL A TRIPP, 2185 KINNEY LN, RENO NV 89511-6553
2805345* CAROL EDWARD ASSOCIATES, PO BOX 8543, INCLINE VILLAGE NV 89452-8543
6397704* +CAROL J. PRUNER, 239 18TH ST, SPARKS NV 89431-4845
2801752* +CAROLINE GERWIN FAMILY TRUST, DTD 11/2/95, C/O CAROLINE M GERWIN TTEE, 4775 SUMMIT RIDGE DR APT 1101, RENO NV 89523-7921
2825029* CATHERINE PERRONE, 923 CROTON RD, CELEBRATION FL 34747-4843
2860709* +CECIL E RIORDAN & BARBARA RIORDAN, 2370 OVERLOOK CT, RENO NV 89509-5070
2812572* CELSO ACOSTA, 9061 BLACK ELK AVE, LAS VEGAS NV 89143-1180
2819208* CESARI PIAZZA IRA, 1401 MONTEREY DR, BOULDER CITY NV 89005-2224
2865202* CHARLES B ANDERSON TRUST, JANET L CHUBB ESQ, JONES VARGAS, PO BOX 281, RENO NV 89504-0281
2810954* CHARLES D CUNNINGHAM IRA, C/O FIRST TRUST CO OF ONAGA CUSTODIAN, 1964 OLIVER SPRINGS ST, HENDERSON NV 89052-8502
2994906* +CHARLES E BROKOP, 13835 N TATUM BLVD STE 9419, PHOENIX AZ 85032-0412
2844650* CHARLES E O’NEILL AND LOIS O’NEILL, 2340 ARMSTRONG LN, RENO NV 89509-3861
2830256* CHARLES J BOERIO & PATRICIA N BOERIO, 1717 DAMON RD, CARSON CITY, NV 89701-4875
2812568* +CHESTER R MCDOWELL, 2715 EAST AVE Q-6, PALMDALE CA 93550-4163
2819227* +CHRIS J HAMMOND &, TARA M HAMMOND, 10145 SW 151ST PL, BEAVERTON OR 97007-8426
2860046* CHRIS KEFALAS & KATHY KEFALAS, 2050 S ROBB WAY, LAKEWOOD CO 80227-1963
2822141* +CHRISTOPHER G STEWART &, CHRISTINE STEWART, 734 BRICK DR, HENDERSON NV 89002-8417
2983984* CIADELLA LIVING TRUST DTD 2/8/99, C/O STELLA P CIADELLA TTEE, APT #1114, 650 S TOWN CTR DR BLDG 29, LAS VEGAS NV 89144-4419
2737950* +CIT Technology Financing Services, Inc., Bankruptcy Processing Solutions, Inc., 800 E Sonterra Blvd, Ste 240, San Antonio, TX 78258-3941
2843194* +CLARK, DONALD, 305 W MOANA LANE, RENO NV 89509-4984
2855532* +CLARK, DONALD, 305 W MOANA LN, RENO NV 89509-4984
2827979* COCKAYNE, ROBERT, 8501 RED HOOK PLZ STE 201, ST THOMAS VI 00802
2844540* CONNIE WESTBROOK, 14320 GHOST RIDER DR, RENO NV 89511-8101
2829661* +COPPER SAGE COMMERCIAL CENTER LLC, ATTN ROBERT A RUSSELL, PO BOX 28216, SCOTTSDALE AZ 85255-0153
2865187* COXEY LIVING TRUST DTD 12/03/98, C/O KENNETH D COXEY & VALERIE COXEY TTEE, 1945 HIDDEN MEADOWS DR, RENO NV 89502-8762
2862113* +CRAIG WISCH, 210 ANDREW AVE, NAUGATUCK CT 06770-4305
2864561* +CRAIG WISCH, 210 ANDREW AVE, NAUGATUCK CT 06770-4305
2814027* +CREATING MOVING EXPERIENCES, 502 KIEL ST, HENDERSON NV 89015
2860715* CYNTHIA G DAVIS LIVING TRUST, C/O CYNTHIA G DAVIS TTEE, 2465 TELLURIDE DR, RENO NV 89511-9155
2805349* DANIEL CARLTON & ZORA N CARLTON, 390 CORVAIR DR, LAKE HAVASU CITY AZ 86406-7074
2865945* +DANIEL LIVING TRUST AS AMENDED DTD 1/9/98, C/O MARK A DANIEL & CATHY A DANIEL TTEES, 20 REDONDA, IRVINE CA 92620-1954
2865365* +DANIEL LIVING TRUST AS AMENDED DTD 1/9/98, C/O MARK A DANIEL AND CATHY A DANIEL TTE, 20 REDONDA, IRVINE CA 92620-1954
2827015* DANIEL OBERLANDER, 5532 SPEARFISH LAKE CT, LAS VEGAS NV 89148-7645
2827520* DANIEL OBERLANDER, 5532 SPEARFISH LAKE CT, LAS VEGAS NV 89148-7645
2860721* +DANIEL R HALSETH & SANDRA K HALSETH TTEES, OF THE HALSETH FAMILY TRUST TOTALLY, RESTATED 4/21/00, 23 MOLAS DR, DURANGO CO 81301-9448
2827968* +DAVID A AND ELIZABETH M SOUZA, 542 SOCORRO CT, RENO NV 89511-5389
2872131* +DAVID B KRYNZEL INDIV, DAVID B KRYNZEL, 740 ALDO RAE CT, HENDERSON NV 89052-4916
2872132* +DAVID B KRYNZEL INDIV & AS MANAGING PARTNER, OF GOLD RUNNER LLC, DAVID B KRYNZEL, 740 ALDO RAE CT, HENDERSON NV 89052-4916
2844512* +DAVID C WAHL, PO BOX 8012, MAMMOTH LAKES CA 93546-8012
2866268* DAVID C WAHL, PO BOX 8012, MAMMOTH LAKES CA 93546-8012
2800534* DAVID L GROSS FAMILY, TRUST DTD 12/4/94, C/O DAVID L GROSS TTEE, 895 ON THE GRN, BILOXI MS 39532-3229
2873475* +DAVID L WEEKS & JANELLE WEEKS, 4400 CLYDE, CASPER WY 82609-3230
2801748* +DAVID M & ANN D EASTMAN, FAMILY LIVING TRUST, C/O DAVID M EASTMAN &, ANN D EASTMAN TTEES, 474 BEARDSLEY CIR, HENDERSON NV 89052-2647
2866288* +DAVIS INVESTMENTS, 3100 ASHBY AVE, LAS VEGAS NV 89102-1908
2865192* +DEAN SHACKLEY, C/O MICHAEL C VAN ESQ, MICHAEL C VAN CHTD, 4129 W CHEYENNE AVE STE A, N LAS VEGAS NV 89032-3476
2872449* +DENISE F FAGER TTEE OF THE DENISE F FAGER, REVOCABLE TRUST UAD 2/28/03, DENISE F FAGER, 5 SALVATORE, LADERA RANCH CA 92694-1425
2860054* DENNIS RAGGI, PO BOX 10475, ZEPHYR COVE NV 89448-2475
2865210* +DENNIS RAGGI A MARRIED MAN DEALING, WITH HIS SOLE AND SEPARATE PROPERTY, DENNIS RAGGI, PO BOX 10475, ZEPHYR COVE NV 89448-2475
2819222* DENNIS SIPIORSKI &, DONNA D SIPIORSKI, 1312 JACKIE LN, MINDEN NV 89423-9070
2819210* +DESERT COMMERCIAL SWEEPING INC, CHRISTOPHER D JAIME ESQ, MAUPIN COX & LEGOY, PO BOX 30000, RENO NV 89520-3000
2825045* DIANNE HUMBLE, 991 HILLTOP DR, CARSON CITY NV 89705-6000
2860717* DOBYNE LIVING TRUST, C/O ROBERT S DOBYNE & LEAH K DOBYNE TTEE, 3416 CANTURA BLUFF AVE, N LAS VEGAS NV 89031-3577
2844541* DOMINIQUE NAYLON, PO BOX 2, TOPAZ CA 96133-0002
2844515* +DOMINIQUE, NAYLON, PO BOX 2, TOPAZ CA 96133-0002
2865972* DONALD AND BEVERLY W SWEZEY TTEE, OF THE DONALD SWEZEY & BEVERLY W SWENEY, TRUST OF 2/20/01, 3666 CHEROKEE DR, CARSON CITY CA 89705-6813

***** BYPASSED RECIPIENTS (continued) *****

2872476* +DONALD P CLARK TTEE OF THE DONALD P CLARK, FAMILY TRUST, 305 W MOANA LN STE C, RENO NV 89509-4965
2844654* DONALD V TWICHELL AND MICHELLE TWICHELL, 5385 CROSS CREEK LN, RENO NV 89511-9037
2872464* DONNA M CANGELOSI FAMILY TRUST, C/O DONNA M CANGELOSI TTEE, 5860 LAUSANNE DR, RENO NV 89511-5034
2829671* +DORA R SCHUTTE, C/O SCOTT D FLEMING ESQ, HALE LANE PEEK DENNISON & HOWARD, 3930 HOWARD HUGHES PKWY 4TH FL, LAS VEGAS NV 89169-0947
2840215* DOROTHEA K KRAFT, 1010 BARNEGAT LN, MANTOLOKING NJ 08738-1702
2872468* +DOUGLAS MINTER & ELIZABETH F MINTER TTEES, OF MINTER FAMILY 1994 TRUST, C/O DOUGLAS MINTER & ELIZABETH MINTER, 5389 CONTE DR, CARSON CITY NV 89701-6718
2829209* DOUGLAS S GRAHAM & VALERIE L GRAHAM, PO BOX 276, CAMBRIA CA 93428-0276
2819213* +DOYLE FAMILY TRUST DTD 9/23/1999, C/O PATRICK J DOYLE & JILL M DOYLE TTEES, 10770 OSAGE RD, RENO NV 89508-8516
2684739* +Dr. Gary Kantor, 2816 Vista Del Sol, Las Vegas, NV 89120-3610
2683245* +Dr. Henry C. Ayoub, 1537 Tonada Way, Las Vegas, NV 89117-1199
2770196* +Dr. James & Tracy Murphy, Trustees, Murphy Fam Tr, c/o Christopher D. Jaime, Esq., Maupin, Cox & LeGoy, P.O. Box 30,000, Reno, NV 89520-3000
2683155* +Drs. Stanley Alexander and Florence Alex, 812 Sweetwater Club Blvd., Longwood, FL 32779-2125
2863215* E&M HARDWARE PROFIT SHARING PLAN, C/O JAMES FEENEY TTEE, PO BOX 19122, RENO NV 89511-0893
2865352* +EDDIE MAYO AND JOCELYNE HELZER JTWROS, EDDIE MAYO, 115 S DEER RUN RD, CARSON CITY NV 89701-9351
2775703* +EDWARD C FRASER IRA, EDWARD C FRASER, 14220 SORREL LN, RENO NV 89511-6744
2805366* EDWARD G LOUGHLIN & THELMA E GUEVARA, 2636 GOLDEN SANDS DR, LAS VEGAS NV 89128-6805
2799771* EDWIN ISENBERG, 952 LAS LOMAS AVE, PACIFIC PALISADES CA 90272-2430
2860711* +EDWIN L HAUSLER JR TTEE FOR THE EDWIN, LOWELL HAUSLER JR LIVING TRUST DTD 1/3/9, 4617 CONSTITUTION AVE NE, ALBUQUERQUE NM 87110-5739
2872448* EDWIN L PEREZ, 806 N HUDSON AVE, LOS ANGELES CA 90038-3610
2872479* EDWIN L PEREZ, 806 N HUDSON AVE, LOS ANGELES CA 90038-3610
2865959* +ELAN REDDELL TTEE, ELAN REDDELL REVOCABLE TRUST DTD 8/4/03, 6770 HAWAII KAI DR #1006, HONOLULU HI 96825-1544
2865209* +ELEANOR L ROGERS 1991 REVOCABLE TRUST, DTD 7/3/91, C/O ELEANOR L ROGERS TTEE, 78 SEAL ROCK DR, SAN FRANCISCO CA 94121-1437
2829670* +ELLEN B ADAMS, C/O SCOTT D FLEMING ESQ, HALE LANE PEEK DENNISON & HOWARD, 3930 HOWARD HUGHES PKWY 4TH FL, LAS VEGAS NV 89169-0947
2800483* +EMILIO J ANGELI & CHRISTINE E ANGELI, 345 LUKE MEADOW LN, CARY, NC 27519-8720
2800527* +EMILIO J ANGELI & CHRISTINE E ANGELI, 345 LUKE MEADOW LN, CARY, NC 27519-8720
2827630* EMILY P LEE, 2223 25TH AVE, SAN FRANCISCO CA 94116-1749
2872455* ERIC L DISBROW TTEE FOR ERIC DISBROW MD INC, PROFIT SHARING PLAN, ERIC DISBROW, 3840 FAIRWAY DR, CAMERON PARK CA 95682
2839954* +ERIC LYNN LESTER & CASSIE LESTER, 500 W GOLDFIELD AVE, YERINGTON NV 89447-3312
2827975* +ERIN SULLIVAN & JEAN SULLIVAN, 30 PALM SPRINGS CT, SPARKS NV 89441-0522
2827613* ERNEST W DOWNING & EVA M DOWNING, 811 NE 157TH AVE, PORTLAND OR 97230-5428
2821213* ETHEL C BONALDI-RAUSCH, 10708 BRINKWOOD AVE, LAS VEGAS NV 89134-5245
2800518* +EVANS, GARY, 9422 SE VIEW PARK RD, PORT ORCHARD WA 98367-8671
3001868* EVERETT H JOHNSTON FAMILY TRUST, DTD 1/24/90, C/O EVERETT H JOHNSTON TTEE, PO BOX 3605, INCLINE VILLAGE NV 89450-3605
3004991* EVERETT H JOHNSTON FAMILY TRUST DTD 1/24/90, C/O EVERETT H JOHNSTON TTEE, PO BOX 3605, INCLINE VILLAGE NV 89450-3605
2865164* FALKENBORG FAMILY LLC, 727 3RD AVE, CHULA VISTA CA 91910-5803
2865191* FALKENBORG FAMILY LLC, 727 3RD AVE, CHULA VISTA CA 91910-5803
2860713* +FARRAH FAMILY TRUST, JOSEPH FARRAH TTEE, 1410 MURCHISON DR, MILLBRAE CA 94030-2855
2872135* FARRAH M HOBBS REVOCABLE TRUST DTD 3/12/04, C/O FARRAH M HOBBS TTEE, 3010 PARCHMENT CT, LAS VEGAS NV 89117-2557
2801731* +FELDMAN, BENJAMIN, 1 ST MARYS CT, RANCHO MIRAGE CA 92270-3157
2819221* FILKIN, ROY, 2340 WATT ST, RENO NV 89509-4248
2865962* +FIRST SAVINGS BANK C/F, JOHN A M HANDAL IRA, 3575 SISKIYOU CT, HAYWARD CA 94542-2519
2872137* +FIRST SAVINGS BANK C/F JACK D LA FLESCH IRA, JACK LA FLESCH, 8414 W FARM RD #180-255, LAS VEGAS NV 89131-8170
2872452* +FIRST SAVINGS BANK C/F JANICE A LUCAS IRA, JANICE LUCAS, 1310 SECRET LAKE LOOP, LINCOLN CA 95648-8412
2865349* +FIRST SAVINGS BANK C/F JOCELYNE HELZER IRA, JACELYNE HELZER, 115 S DEER RUN RD, CARSON CITY NV 89701-9351
2872451* +FIRST SAVINGS BANK C/F LINDA S REED IRA, LINDA S REED, 259 OVERLOOK DR, CADIZ KY 42211-8132
2872450* +FIRST SAVINGS BANK C/F MICHAEL REED IRA, MICHAEL REED, 259 OVERLOOK DR, CADIZ KY 42211-8132
2872465* FIRST SAVINGS BANK C/F NANCY R GILMOUR IRA, NANCY R GILMOUR, PO BOX 1241, CAMANO ISLAND WA 98292-1241
2865204* +FIRST SAVINGS BANK C/F RANDY SANCHEZ IRA, RANDY SANCHEZ, 5713 N WHITE SANDS RD, RENO NV 89511-5668
2864252* +FIRST SAVINGS BANK C/F ROBERT G FULLER IRA, ROBERT FULLER, 5172 ENGLISH DAISY WY, LAS VEGAS NV 89142-2740
2801729* FIRST TRUST CORPORATION TTEE, FBO EDWARD L FELMAN IRA, FIRST SAVINGS BANK FBO JOHN WARNER JR IR, PO BOX 173301, DENVER CO 80217-3301
2844525* FORD S DUNTON, 1119 IRONWOOD PKWY, COEUR D ALENE ID 83814-1412
2902024* FRED G ALTENBURG, 2220 SCHROEDER WAY, SPARKS NV 89431-2168
2801732* FREDA NEWMAN TRUST DTD 7/26/84, C/O FREDA NEWMAN TTEE, 189 INTERNATIONAL BLVD, RANCHO MIRAGE CA 92270-1971
2800531* +FREY, LLOYD, 2605 E FLAMINGO RD, LAS VEGAS NV 89121-5241
2827972* +FRIED, RANDI, 607 JERSEY AVE #3, JERSEY CITY NJ 07302-2475
2822130* +FUHRIMAN, COURTNEY, 5141 JODI CT, LAS VEGAS NV 89120-1525

***** BYPASSED RECIPIENTS (continued) *****

2822145* +FUHRIMAN, COURTNEY, 5141 JODI CT, LAS VEGAS NV 89120-1525
2720497* +Frieda Moon, Trustee of the Decedent's Trust, 2504 Callita Court, Las Vegas, NV 89102-2020
2823299* +G & L Nelson Limited Partnership, c/o Christopher D. Jaime, Esq., Maupin, Cox & LeGoy, 4785 Caughlin Parkway, Reno, NV 89519-0906
2812805* GARY A THIBAULT &, SANDRA C THIBAULT, 4525 DAWN PEAK ST, LAS VEGAS NV 89129-3235
2819223* GARY D WARD IRA, 26077 CHARING CROSS RD, VALENCIA CA 91355-2029
2829358* GARY E TOPP, PO BOX 3008, GRASS VALLEY CA 95945-3008
2800516* GARY L MCDANIEL & VIRGINIA L MCDANIEL, 1991 LIVING TRUST DTD 5/1/91, C/O GARY L MCDANIEL &, VIRGINIA L MCDANIEL TTEES, 2100 LOOKOUT POINT CIR, LAS VEGAS NV 89117-5805
2800547* GATES FAMILY TRUST DTD 6/16/00, C/O ELWYN G GATES &, MILDRED ANN GATES TTEES, 387 1/2 OCEAN VIEW AVE, ENCINITAS CA 92024-2625
2800512* +GEIGER, ROBERT, 1352 MT HOOD ST, LAS VEGAS NV 89110-1916
2800522* +GELLER, ROBERT, 1849 CHERRY KNOLLS ST, HENDERSON NV 89052-6842
2812094* GENE SMITH & EMILY SMITH PATRICIA GUNN, 419 SHIPLEY DR, YERINGTON NV 89447-2632
2728073* +GENERAL ELECTRIC CAPITAL CORPORATION, ATTN ALEX TERRAS ESQ, DLA PIPER RUDNICK GRAY CARY US LLP, 203 N LASALLE ST, STE 1900, CHICAGO, IL 60601-1263
2728071* +GENERAL ELECTRIC CAPITAL CORPORATION, ATTN ALEX TERRAS ESQ, DLA PIPER RUDNICK GRAY CARY US LLP, 203 N LASALLE ST, STE 1900, CHICAGO, IL 60601-1263
2728072* +GENERAL ELECTRIC CAPITAL CORPORATION, ATTN ALEX TERRAS ESQ, DLA PIPER RUDNICK GRAY CARY US LLP, 203 N LASALLE ST, STE 1900, CHICAGO, IL 60601-1263
2865943* GENTLE BAY 1997 TRUST, C/O JACQUES M MASSA TTEE, 7 PARADISE VALLEY CT, HENDERSON NV 89052-6706
2865974* GENTLE BAY 1997 TRUST, C/O JACQUES M MASSA TTEE, 7 PARADISE VALLEY CT, HENDERSON NV 89052-6706
2991340* GERALD E COLLIGAN, PO BOX 5781, INCLINE VILLAGE NV 89450-5781
2999699* +GERALD MARTS & LINDA R MARTS, 3181 KIPS KORNER RD, NORCO CA 92860-2518
2801753* +GERWIN, CAROLINE, 4775 SUMMIT RIDGE DR APT 1101, RENO NV 89523-7921
2860710* +GILBERT MANUEL TTEE OF THE GILBERT MANUEL, LIVING TRUST DTD 1/3/92, 4617 CONSTITUTION AVE NE, ALBUQUERQUE NM 87110-5739
2801750* GISH FAMILY TRUST DTD 6/25/89, C/O GEORGE J GISH & DEANNA K GISH TTEES, 2104 RED DAWN SKY ST, LAS VEGAS NV 89134-5538
2865954* +GLADSTONE-KATZ, GALE TTEE, GALE GLADSTONE-KATZ REVOCABLE TRUST, 1320 NORTH ST #29, SANTA ROSA CA 95404-3446
2800528* GLORIA CHERRINGTON, TTEE OF THE CLORIA N CHERRINGTON, TRUST DTD 10/13/04, 350 E DESERT INN RD APT E204, LAS VEGAS NV 89109-9007
2840170* GLORIA W HANDELMAN AND JIM HANDELMAN, 2324 CASERTA CT, HENDERSON NV 89074-5316
2801733* +GOLDEN, JOSEPH, 144 DAWN CT, OLD BRIDGE NJ 08857-1968
2844522* GORDON MARX, 2620 WESTERN AVE, LAS VEGAS NV 89109-1112
2798843* GORDON MURRAY & SHIRLEY MURRAY, 8100 SUNSET COVE DR, LAS VEGAS NV 89128-7714
2827573* GREGORY D YONAI FAMILY TRUST, C/O GREGORY D YONAI TRUSTEE, 1982 COUNTRY COVE CT, LAS VEGAS NV 89135-1552
2860720* +GREGORY V AND JANA L SAK, TTEES OF THE SAK FAMILY TRUST DTD 12/17/, 2512 SKIPPERS COVE AVE, HENDERSON NV 89052-5607
2801755* +GROSS, MARY MARGARET, 717 MERIALDO LN, LAS VEGAS NV 89145-4824
2825041* GUY ARCHER, 1725 FAIRFIELD AVE, RENO NV 89509-3221
2829334* +H. DANIEL WHITMAN, AN UNMARRIED MAN, PO BOX 10200, ZEPHYR COVE NV 89448-2200
2819199* HANDLIN FAMILY TRUST DTD 4/16/04, C/O SHIRLEY M HALDLIN TTEE, 8855 LEROY ST, RENO NV 89523-9777
2801740* HANSEN FAMILY TRUST DTD 6/6/89, C/O KENNETH L HANSEN &, DONNA J HANSEN TTEES, 13287 RATTLESNAKE RD, GRASS VALLEY CA 95945-8814
2800544* +HANSLIK, WALDEMAR, 10420 MARYMONT PL, LAS VEGAS NV 89134-5124
2800532* HARRY G FRITZ & MARGARET A FRITZ, 29 BUCKINGHAM WY, RANCHO MIRAGE CA 92270-1656
2828084* HART FAMILY TRUST DATED 8/30/99, C/O DOLORES M HART TRUSTEE, PO BOX 442, GENOA NV 89411-0442
2865969* HELMS HOMES LLC, TERRY HELMS, 809 UPLAND BLVD, LAS VEGAS NV 89107-3719
2809790* HERBERT SONNENKLAR &, NORMA R SONNENKLAR, 2501 POINCIANA DR, WESTON FL 33327-1415
2800546* HERPST FAMILY TRUST DTD 8/16/90, C/O ROBERT L HERPST TTEE, 1805 ROYAL BIRKDALE DR, BOULDER CITY NV 89005-3661
2800543* +HEYBOER, JUDY, 1150 HIDDEN OAKS DR, MENLO PK CA 94025-6043
2822143* +HIGGINS, KEVIN, 10413 MANSION HILLS AVE, LAS VEGAS NV 89144-4327
2829206* HOFFMAN FAMILY INVESTMENTS LP, 5764 FLINTCREST DR, BURLINGTON IA 52601-9050
2991336* IKON FINANCIAL SERVICES, BANKRUPTCY ADMINISTRATION, PO BOX 13708, MACON GA 31208-3708
2814019* IKON FINANCIAL SERVICES, BANKRUPTCY ADMINISTRATION, PO BOX 13708, MACON GA 31208-3708
2814034* IKON FINANCIAL SERVICES, BANKRUPTCY ADMINISTRATION, PO BOX 13708, MACON GA 31208-3708
2804977* +IONA PETE BAKAS-HALLIDAY, PO BOX 39147, FT LAUDERDALE FL 33339-9147
2872138* +JACK D LA FLESCH TTEE JDL TRUST DTD 1/27/04, 8414 W FARM RD #180-255, LAS VEGAS NV 89131-8170
2995078* JACK FARADJOLLAH & SHARON FARADJOLLAH, 10851 FURLONG DR, SANTA ANA CA 92705-2516
2991332* JACK GOLDENTHAL & SYLVIA GOLDENTHAL, 20155 NE 38TH CT APT 1603, AVENTURA FL 33180-3256
2865369* JACK GOLDENTHAL & SYLVIA GOLDENTHAL, 20155 NE 38TH CT, APT 1603, AVENTURA FL 33180-3256
2865918* +JACK GOLDENTHAL & SYLVIA GOLDENTHAL, 20155 NE 38TH CT APT 1603, AVENTURA FL 33180-3256
2865949* +JACK GOLDENTHAL & SYLVIA GOLDENTHAL, 20155 NE 38TH CT APT 1603, AVENTURA FL 33180-3256
2829672* +JACK SNOW AND HEIDI SNOW, C/O SCOTT D FLEMING ESQ, HALE LANE PEEK DENNISON & HOWARD, 3930 HOWARD HUGHES PKWY 4TH FL, LAS VEGAS NV 89169-0947
2819181* JAMES E HILL, 7855 N PERSHING AVE, STOCKTON CA 95207-1749
2819217* JAMES E HILL, 7855 N PERSHING AVE, STOCKTON CA 95207-1749
2821215* JAMES E MCKNIGHT, 233 BRANCH AVE, FREEPORT NY 11520-6007
2801757* JAMES E REARDON IRA, 120 S MAIN ST, MANSFIELD MA 02048-2529
2825037* +JAMES F HUTHERT & ELIZABETH A HUTHERT, 487 SUDDEN VALLEY, BELLINGHAM WA 98229-4809

***** BYPASSED RECIPIENTS (continued) *****

2865361* +JAMES H LIDSTER FAMILY TRUST DTD 1/20/92, C/O JAMES H LIDSTER &, PHYLLIS M LIDSTER TTEES, PO BOX 2577, MINDEN NV 89423-2577
2865207* +JAMES WILLIAM ROGERS, 78 SEAL ROCK DR, SAN FRANCISCO CA 94121-1437
2804969* JANE HENDLER, 4154 ST CLAIR AVE, STUDIO CITY CA 91604-1607
2809000* JASON D FERNANDES AND, FIOLA FERNANDES, 4001 OAK MANOR CT, HAYWARD CA 94542-1445
2829319* +JAY E HENMAN RETIREMENT PLAN, C/O JAY E HENMAN TRUSTEE, 1023 RIDGEVIEW CT, CARSON CITY NV 89705-8054
2844526* +JAY LIM, 208 CLARENCE WY, FREMONT CA 94539-3873
2865975* JAYEM FAMILY LP, JACQUES MASSA GP, 7 PARADISE VALLEY CT, HENDERSON NV 89052-6706
2865942* JAYEM FAMILY LP, 7 PARADISE VALLEY CT, HENDERSON NV 89052-6706
2865973* JAYEM FAMILY LP, 7 PARADISE VALLEY CT, HENDERSON NV 89052-6706
2991339* JEAN-JACQUES LEBLANC IRA, PO BOX 6434, INCLINE VILLAGE NV 89450-6434
2865359* +JENNEFER COLE PEELE TTEE OF THE PEELE, BYPASS TRUST DTD 2/10/87, JENNEFER C PEELE, 2581 RAMPART TERR, RENO NV 89519-8362
2800537* +JERROLD T MARTIN AND JAMES T MARTIN, JTWROS, 8423 PASO ROBLES, NORTHRIDGE CA 91325-3425
2844646* JERRY PIETRYK AND LEEANN PIETRYK, 12811 STELLAR LN, PLAINFIELD IL 60585-4210
2865199* +JILLIAN CAMPBELL AND PATSY RIEGER JTWROS, JILLIAN CAMPBELL, 2024 DOUGLAS RD, STOCKTON CA 95207-4032
2829662* +JOAN ARENDS TTEE OF ARENDS FAMILY TRUST, JOAN ARENDS, 2310 AQUA HILL RD, FALLBROOK CA 92028-9539
2829307* JOAN M CRITTENDEN, PO BOX 2577, OLYMPIC VALLEY, CA. 96146-2577
2991338* JOAN M LEBLANC, PO BOX 6434, INCLINE VILLAGE NV 89450-6434
2829175* JOAN M LEBLANC, PO BOX 6434, INCLINE VILLAGE NV 89450-6434
2865330* +JOCELYNE HELZER, 115 S DEER RUN RD, CARSON CITY NV 89701-9351
2865351* +JOCELYNE HELZER, 115 S DEER RUN RD, CARSON CITY NV 89701-9351
2865350* +JOCELYNE HELZER & EDDIE MAYO JTWROS, JOCELYNE HELZER & EDDIE MAYO, 115 S DEER RUN RD, CARSON CITY NV 89701-9351
2827976* +JOHN & JANE UNLAND, C/O WENDY W SMITH, BINDER & MALTER LLP, 2775 PARK AVE, SANTA CLARA CA 95050-6004
2800553* JOHN & JANET MRASZ, TRUST DTD 12/2/04, C/O JOHN T MRASZ &, JANET F MRASZ TTEES, 10015 BARLING ST, SHADOW HILLS CA 91040-1512
2827618* +JOHN A GODFREY, PINNACLE ENTERTAINMENT INC, 3800 HOWARD HUGHES PKWY STE 1800, LAS VEGAS NV 89169-5921
2865963* +JOHN A M HANDAL A SINGLE MAN, 3575 SISKIYOU CT, HAYWARD CA 94542-2519
2865212* JOHN C BARZAN AND ROSEMARIE A BARZAN TTEES, 1409 MORADA DR, MODESTO CA 95350-0655
2819231* JOHN D MULKEY 1998 IRREVOCABLE TRUST, C/O DAVID MULKEY TTEE, 2860 AUGUSTA DR, LAS VEGAS NV 89109-1549
2860719* JOHN E O'RIORDAN & SONHILD A O'RIORDAN, MR & MRS JOHN O'RIORDAN, 2745 HARTWICK PINES DR, HENDERSON NV 89052-7002
2863308* +JOHN H DUBERG, 4455 VISTA CORONADO DR, CHULA VISTA CA 91910-3233
2865162* +JOHN H DUBERG, 4455 VISTA CORONADO DR, CHULA VISTA CA 91910-3233
2865189* +JOHN H DUBERG, 4455 VISTA CORONADO DR, CHULA VISTA CA 91910-3233
2872463* +JOHN I MAGUIRE & DIANE M MAGUIRE, TTEES OF THE JOHN J MAGUIRE & DIANE M MA, 5590 SAN PALAZZO CT, LAS VEGAS NV 89141-3913
2822144* JOHN J MAGUIRE & DIANE M MAGUIRE, TTEES OF THE JOHN J MAGUIRE &, DIANE M MAGUIRE LIVING TRUST DTD 8/4/00, 5590 SAN PALAZZO CT, LAS VEGAS NV 89141-3913
2988846* JOHN KREBBS & ELIZABETH LUNDY, 7200 HWY 50 E, PO BOX 22030, CARSON CITY NV 89721-2030
2861475* +JOHN MANTER, 1449 TIROL DR, INCLINE VILLAGE NV 89451-7902
2872430* JOHN P AQUINO & LISA AQUINO, 2950 CABRILLO ST, SAN FRANCISCO CA 94121-3532
2872461* JOHN P AQUINO & LISA AQUINO, 2950 CABRILLO ST, SAN FRANCISCO CA 94121-3532
2819232* +JOHN R GREEN AND LORETTA GREEN, 1305 TUOLUMNE WY, OAKLEY CA 94561-5239
2840216* JOHN S BORKOSKI & KATHLEEN BORKOSKI, 1110 ELO RD, MCCALL ID 83638-5125
2800554* JOHN T MRASZ ENTERPRISES INC, DEFINED BENEFIT PLAN DTD 5/86, C/O JOHN T MRASZ &, JANET F MRASZ TTEES, 10015 BARLING ST, SHADOW HILLS CA 91040-1512
2822133* JOHN W & BARBARA S GAY TRUST DTD 10/17/89, 54 HOFF RD, C/O JOHN W GAY AND BARBARA S GAY TTEES, PO BOX 974, KENWOOD CA 95452-0974
2801720* +JOHN WEAVER & COLLEEN WEAVER, 9225 CORDOBA BLVD, SPARKS NV 89441-7235
2801763* +JOHN WEAVER & COLLEEN WEAVER, 9225 CORDOBA BLVD, SPARKS NV 89441-7235
2986758* +JOHN WEAVER & COLLEEN WEAVER, 9225 CORDOBA BLVD, SPARKS NV 89441-7235
2814026* +JOHNSON, MARILYN & RONALD, 1010 LARUE AVE, RENO NV 89509-1941
2826999* JOSE M LANZAS & GLADYS LANZAS, 3345 SPOTTED FAWN DR, ORLANDO FL 32817-5006
2801741* JOSEPH J MACHETTA TRUST DTD 8/25/04, C/O JOSEPH J MACHETTA TTEE, PO BOX 187, BRUSH CO 80723-0187
2803722* JOSEPH MACHETTA, PO BOX 187, BRUSH CO 80723-0187
2991264* JOSEPH W SABIA & VICTORIA L SABIA, 2720 E QUAIL AVE, LAS VEGAS NV 89120-2443
2804983* +JOSEPH W SABIA & VICTORIA L SABIA, 2720 E QUAIL AVE, LAS VEGAS NV 89120-2443
2866279* JUDY S YOUNG, 13825 VIRGINIA FOOTHILLS DR, RENO NV 89521-7394
2844513* JULIE A VIRGA, 2567 HARKNESS ST, SACRAMENTO CA 95818-2325
2683685* +James Cielen, 9775 S Maryland Pkwy # F102, Las Vegas, NV 89183-7122
2683824* +Joseph G. Daraskevius & Ardee S. Daraske, 635 Meadows Dr, Lake Havasu City, AZ 86404-3337
2855531* KANEDA LIVING TRUST DTD 5/30/02, C/O K KEN KANEDA &, BRIGITTE AREND-KANEDA TTEES, PO BOX 485, TRUCKEE CA 96160-0485
2988844* KANEDA LIVING TRUST DTD 5/30/02, C/O K KEN KANEDA &, BRIGITTE AREND-KANEDA TTEES, PO BOX 485, TRUCKEE CA 96160-0485
2827948* KAREN ADAMS, 15026 STARBUCK ST, WHITTIER CA 90603-2251
2827966* KAREN ADAMS, 15026 STARBUCK ST, WHITTIER CA 90603-2251
2801751* KAREN E SASS IRA, 250 RIVER FRONT DR, RENO NV 89523-8945
2800548* +KASSEL, WILLIAM, 4533 PONY EXPRESS ST, N LAS VEGAS NV 89031-0114
2872129* KASSU LLC PSP DTD 1/1/05, C/O KATHLEEN A BOYCE TTEE, 16865 RUE DU PARC, RENO NV 89511-4575

***** BYPASSED RECIPIENTS (continued) *****

2773080* +KATHLEEN J MOORE, 1603 LEFTY GARCIA WY, HENDERSON NV 89002-9362
2861112* +KATRINE MIRZAIAN, 708 PROSPECT DR, GLENDALE CA 91205-3425
2801728* KATZMAN FAMILY TRUST DTD 4/3/87, C/O HAROLD KATZMAN TTEE, 5 TORREY PINE DR, NEWPORT COAST CA 92657-1539
2863459* KAY M CANTRELL AND DONALD L HESS, 914 SHORE CREST RD, CARLSBAD CA 92011-1131
2864243* +KELLEY M HAINS & JAMIE K HAINS, 5349 MIRA LOMA DR, RENO NV 89502-7787
2855537* KEN WYATT ENTERPRISES INC, PO BOX 370400, LAS VEGAS NV 89137-0400
2827956* KIRSTEN WAGNER, PO BOX 523, CUMBERLAND WI 54829-0523
2827974* KIRSTEN WAGNER, PO BOX 523, CUMBERLAND WI 54829-0523
2843195* KIWI-NEVADA LP, PO BOX 370400, LAS VEGAS NV 89137-0400
2844643* KIWI-NEVADA LP, PO BOX 370400, LAS VEGAS NV 89137-0400
2812373* KLAUS KOPF & COLETTE KOPF, 8096 MERLEWOOD AVE, LAS VEGAS NV 89117-7647
2863220* +KM FINANCIALS LLC, 4847 DAMON CIRCLE, SALT LAKE CITY UT 84117-5854
2801719* KURT HARMS & SANDRA HARMS, 5513 INDIAN HILLS AVE, LAS VEGAS NV 89130-2073
2801762* KURT HARMS & SANDRA HARMS, 5513 INDIAN HILLS AVE, LAS VEGAS NV 89130-2073
2862941* LARRY APIGIAN AND LEONA APIGIAN, 172 WOODLAND RD, GOLDENDALE WA 98620-2613
2827132* LARRY D HIGGINS, 571 ALDEN, INCLINE VILLAGE, NV 89451-8333
2865197* +LARRY L RIEGER & PATSY R REIGER REVOCABLE, TRUST DTD 8/14/91, LARRY L & PATSY R RIEGER TTEE, 2615 GLEN EAGLES DR, RENO NV 89523-2080
2865195* +LARRY L RIEGER IRA, LARRY L RIEGER, 2615 GLEN EAGLES DR, RENO NV 89523-2080
2819200* LAURENCE A DA COSTA JR &, SYLVIA J DA COSTA, 1172 DEL MESA CT, MINDEN NV 89423-7816
2819201* LAURENCE A DA COSTA JR &, SYLVIA J DA COSTA, 1172 DEL MESA CT, MINDEN NV 89423-7816
2819165* LAURENCE A DA COSTA JR &, SYLVIA J DA COSTA, 1172 DEL MESA CT, MINDEN NV 89423-7816
2819202* LAURENCE LA DA COSTA JR AND, SYLVIA J DA COSTA JTWROS, 1172 DEL MESA CT, MINDEN NV 89423-7816
2988847* LAWRENCE RAUSCH, 10708 BRINKWOOD AVE, LAS VEGAS NV 89134-5245
2860716* +LEAH K DOBYNE IRA, 3418 CANTURA BLUFF AVE, N LAS VEGAS NV 89031
2872471* +LEE, EMILY, 2223 25TH AVE, SAN FRANCISCO CA 94116-1749
2872470* +LEE, RICHARD, 1446 35TH AVE, SAN FRANCISCO CA 94122-3117
2805348* +LESLIE & LINDA HARKINS, TTEES OF THE HARKINS 2001 REVOCABLE, TRUST DTD 8/23/01, 2050 LONGLEY LN APT 2008, RENO NV 89502-7113
2812573* +LESLIE & LINDA HARKINS, TTEES OF THE HARKINS 2001 REVOCABLE, TRUST DTD 8/23/01, 2050 LONGLEY LN APT 2008, RENO NV 89502-7113
2991333* LEWIS H FINE & ARLENE J FINE, PO BOX 487, OAKLEY UT 84055-0487
2995081* LEWIS H FINE & ARLENE J FINE, PO BOX 487, OAKLEY UT 84055-0487
2799772* +LEXEY S PARKER, 4005 PLATEAU RD, RENO NV 89519-7957
2829663* +LIEM FAMILY TRUST, C/O SCOTT D FLEMING ESQ, HALE LANE PEEK DENNISON & HOWARD, 3930 HOWARD HUGHES PKWY 4TH FL, LAS VEGAS NV 89169-0947
2829673* +LISA M HOLLIFIELD PERSONAL REPRESENATIVE OF THE ES, C/O SCOTT D FLEMING ESQ, HALE LANE PEEK DENNISON & HOWARD, 3930 HOWARD HUGHES PKWY 4TH FL, LAS VEGAS NV 89169-0947
2819225* LORA AND LOYAL CROWNOVER FAMILY TRUST, C/O LOYAL CROWNOVER TTEE, 2213 PLAZA DEL PUERTO, LAS VEGAS NV 89102-4045
2828141* LORI E OXX, 6501 DUME DR, MALIBU CA 90265-4274
2865193* +LOUGHLIN, LORIN AND RAND YAZZOLINO, 1259 BAGS BLVD, SONOMA CA 95476-4745
2865206* +LOUIS M TURNER & SHIRLEY M TURNER TTEES, OF THE LOUIS H & SHIRLEY M TURNER FAMILY, LOUIS H TURNER, 9558 MAMMOTH CT, RENO NV 89521-4067
2865951* LOUISE TEETER & NORMAN TEETER, 4201 VIA MARINA STE 300, MARINA DEL REY CA 90292-5237
2865950* LOUISE TEETER IRA ROLLOVER, 4201 VIA MARINA STE 300, MARINA DEL REY CA 90292-5237
2865200* +LYNDA L PINNELL IRA, LYNDA L PINNELL, 9915 SADDLEBACK DR, LAKESIDE CA 92040-3411
2865201* +LYNDA L PINNELL TTEE OF THE LYNDA L, PINNELL LIVING TRUST DTD 7/24/00, LYNDA L PINNELL, 9915 SADDLEBACK DR, LAKESIDE CA 92040-3411
2809796* LYNN WILKELIS & ANN MARSDEN, PO BOX 642, BUELLTON CA 93427-0642
2822132* LYNNETTE S THURMAN AND, JOHN H THURMAN, 1635 GREYCREST WY, RENO NV 89521-4052
2684645* +Lorayne J. Hutchison & James H. Hutchiso, 702 W McArthur Ave # 68, Winnemucca, NV 89445-4908
2827971* MACDONALD CTR FOR THE ARTS AND HUMANITIES, 1730 W HORIZON RIDGE PKWY, HENDERSON NV 89012-1001
2860690* MARC M INGMAN, 1923 LA MESA DR, SANTA MONICA CA 90402-2322
2860707* MARC M INGMAN, 1923 LA MESA DR, SANTA MONICA CA 90402-2322
2995076* MARCIA C ALBIOL & HENRY ALBIOL, PO BOX 221356, CARMEL CA 93922-1356
2819216* MARCIA J KNOX LIVING TRUST, DTD 8/16/04, C/O MARCIA J KNOX TTEE, 1885 VINTNERS PL, RENO NV 89519-8334
2821214* MARCIA J KNOX LIVING TRUST, DTD 8/16/04, C/O MARCIA J KNOX TTEE, 1885 VINTNERS PL, RENO NV 89519-8334
2843465* +MARCIA J KNOX LIVING TRUST DTD 8/16/04, C/O MARCIA J KNOX TTEE, 1885 VINTNERS PL, RENO NV 89519-8334
2860239* +MARCIA J KNOX LIVING TRUST DTD 8/16/04, C/O MARCIA J KNOX TTEE, 1885 VINTNERS PL, RENO NV 89519-8334
2814035* +MARCIA J KNOX TRUST, DTD 8/16/2004, 1885 VINTNERS BL, RENO NV 89519-8334
2872466* +MARGARET M CANGELOSI TTEE, 614 HILLSIDE CROSSING, POMPTON PLAINS NJ 07444-2181
2865163* MARGUERITE FALKENBORG 2000 TRUST DTD 6/20/00, C/O MARGUERITE FALKENBORG TTEE, 727 3RD AVE, CHULA VISTA CA 91910-5803
2865190* MARGUERITE FALKENBORG 2000 TRUST DTD 6/20/00, C/O MARGUERITE FALKENBORG TTEE, 727 3RD AVE, CHULA VISTA CA 91910-5803
2828138* MARIE K CARANO, 2780 LAKESIDE DR, RENO NV 89509-4218
2872469* +MARIETTA S VON BERG, 24622 RIMROCK CANYON RD, SALINAS CA 93908-9410
2861114* MARJORIE Y BERLIN, 3422 HOMESTEAD AVE, WANTAGH NY 11793-2600
2813140* MARK DANIEL DONNOLO, 6413 HILLSIDE BROOK AVE, LAS VEGAS NV 89130-1836
2822140* MARLIN WONDERS & R YVONNE WONDERS, PO BOX 2262, OVERGAARD AZ 85933-2262
3004987* MARTIN L MANNING, PO BOX 426, GENOA NV 89411-0426
2800529* +MARY COLEMAN IRA, 108 LOW ST, NEWBURPORT MA 01950-3517

***** BYPASSED RECIPIENTS (continued) *****

2829667* +MAX MATHEWS, RICHARD G MESSERSMITH AND, DALE PATTERSON, C/O SCOTT D FLEMING ESQ, HALE LANE PEEK DENNISON & HOWARD, 3930 HOWARD HUGHES PKWY 4TH FL, LAS VEGAS NV 89169-0947
2827134* MAZAL YERUSHALMI, 8904 GREENSBORO LN, LAS VEGAS, NV 89134-0502
2822139* +MCALLISTER, MARLIN, 2670 MARVIN TRAIL, REDDING CA 96001-5366
2814031* +MCBRIDE REX GP MCBRIDE INVESTMENTS, A NEVADA FAMILY LLP, 1345 E GLENDALE, SPARKS NV 89431-6418
2819215* +MCKNIGHT, JAME E, 233 BRANCH AVE, FREEPORT NY 11520-6007
2865357* +MCQUERRY FAMILY TRUST, 318 SINGING BROOK CIR, SANTA ROSA CA 95409-6483
2865358* +MCQUERRY FAMILY TRUST, WILLIAM L MCQUERRY, 318 SINGING BROOK CIR, SANTA ROSA CA 95409-6483
2814029* +MEHLING II, CLIFFORD, 2469 RAM CROSSING WY, HENDERSON NV 89074-8311
2860056* +MELODY J VIOLET, PO BOX 2201, VISTA CA 92085-2201
2865965* +MELVIN W KERNER, TTEE OF THE KERNER REVOCABLE TRUST 3/16/, 15758 SUNSET DR, POWAY CA 92064-2366
2800475* MICHAEL DONAHUE, 1795 NEWHALL AVE, CAMBRIA CA 93428-5507
2800519* MICHAEL DONAHUE, 1795 NEWHALL AVE, CAMBRIA CA 93428-5507
2843466* MICHAEL H RICCI, 1204 CAMBALLERIA DR, CARSON CITY NV 89701-8655
2864248* +MICHAEL JOHN GOODWIN, 555 YELLOW PINE RD, RENO NV 89511-3714
2872121* MICHAEL JOHN GOODWIN, 555 YELLOW PINE RD, RENO NV 89511-3714
2872133* MICHAEL JOHN GOODWIN, 555 YELLOW PINE RD, RENO NV 89511-3714
2819233* MICHAEL M ALLDREDGE &, ELLEN M ALLDREDGE, 3270 SOCRATES DR, RENO NV 89512-4507
2860697* MICHAEL R BRINES & CINDY G BRINES, REVOCABLE FAMILY TRUST U/A DTD 11/5/94, C/O MICHAEL R BRINES & CINDY G BRINES TT, 4935 EL SERENO AVE, LA CRESCENTA CA 91214-3018
2860714* MICHAEL R BRINES & CINDY G BRINES, REVOCABLE FAMILY TRUST U/A DTD 11/5/94, C/O MICHAEL R BRINES & CINDY G BRINES TT, 4935 EL SERENO AVE, LA CRESCENTA CA 91214-3018
2877979* MICHAEL R BRINES & CINDY G BRINES, REVOCABLE FAMILY TRUST U/A DTD 11/5/94, C/O MICHAEL R BRINES & CINDY G BRINES TT, 4935 EL SERENO AVE, LA CRESCENTA CA 91214-3018
2827962* MICHAEL R CARPENTER & ANNE M CARPENTER, 687 W ELLA DR, CORRALES NM 87048-7248
2827980* MICHAEL R CARPENTER & ANNE M CARPENTER, 687 W ELLA DR, CORRALES NM 87048-7248
2865966* MICHAEL T MCGRATH TTEE OF THE 2001 MICHAEL, T MCGRATH REVOCABLE TRUST DTD 12/11/01, MICHAEL T MCGRATH, 66 SCHANDA DR, NEWMARKET NH 03857-2151
2877981* +MICHAELIAN HOLDINGS LLC, 413 CANYON GREENS DR, LAS VEGAS NV 89144-0829
2814028* MILTON P KAPLAN PSP DTD 10/1/77, C/O MILTON P KAPLAN MD TTEE, 18370 BURBANK BLVD STE 501, TARZANA CA 91356-2836
2801734* MOLLO, MIKE, 316 S BROADWAY #B, REDONDO BCH CA 90277-3709
2801182* MONICA M HRUBY, PO BOX 3191, INCLINE VILLAGE NV 89450-3191
2801739* +MONTESANT, RONALD TTEE, 5121 BIG RIVER AVE, LAS VEGAS NV 89130-2919
2812810* +MORTON, NADINE, AN UNMARRIED WOMAN, 2708 LA SOLANA WY, LAS VEGAS NV 89102-2039
2872454* +MURRAY HERTZ, 2013 GROUSE ST, LAS VEGAS NV 89134-6125
2800526* MUSSO LIVING TRUST DTD 11/30/92, C/O WALTER MUSSO AND BARBARA MUSSO TTEES, 2535 LUPINE CANYON RD, PO BOX 2566, AVILA BEACH CA 93424-2566
2684042* +Melinda Estevez & Richard David Estevez, 8916 Balboa Blvd., Northridge, CA 91325-2609
2684043* +Melinda Estevez & Richard David Estevez, 8916 Balboa Blvd., Northridge, CA 91325-2609
2819228* +NAKASHIMA, VICKY, 1681 FAIRBURN AVE, LOS ANGELES CA 90024-6059
2827596* +NAKASHIMA, VICKY, 1681 FAIRBURN AVE, LOS ANGELES, CA 90024-6059
2872429* NANCI GRAHAM, 240 UPPER TERRACE #3, SAN FRANCISCO CA 94117-4516
2872460* NANCI GRAHAM, 240 UPPER TERRACE #3, SAN FRANCISCO CA 94117-4516
2991335* NBNA UNIQUE PROPERTIES LLC, 74478 HIGHWAY 111 #342, PALM DESERT CA 92260-4112
2800469* +NEIL A XAVIER AND JOSEPHINE E XAVIER, 2506 LIBRETTO AVE, HENDERSON NV 89052-6563
2800513* +NEIL A XAVIER AND JOSEPHINE E XAVIER, 2506 LIBRETTO AVE, HENDERSON NV 89052-6563
2863303* +NEIL A XAVIER AND JOSEPHINE E XAVIER, 2506 LIBRETTO AVE, HENDERSON NV 89052-6563
2801759* NEVADA FREEDOM CORP, PSP DTD 10/1/90 AND 9/1/95, FTBO DEBRA L DEVERILL, C/O DUANE U DEVERILL TTEE, 774 MAYS BLVD STE 10 PMB 186, INCLINE VILLAGE NV 89451-9613
2822146* NIELSON FAMILY TRUST DTD 3/9/78, DYSART RNCH, C/O DELL R & PENNY NIELSON TTEES, PO BOX 281145, LAMOILLE NV 89828-1145
2872456* +NORMA LAMB-GROVES, 1355 PLAYER CIR, ST GEORGE UT 84790-7647
2865964* +NORMA M KERNER TTEE OF EUGENE H, AND NORMA M STOKES TRUST UTD 5/16/84, 15758 SUNSET DR, POWAY CA 92064-2366
2865952* NORMAN TEETER, 4201 VIA MARINA STE 300, MARINA DEL REY CA 90292-5237
2810951* NORMAN TIANO, 7070 ROCK DOVE ST, CARLSBAD CA 92011-5025
2866271* NV MILANOWSKI & J MARLENE MILANOWSKI, 1004 HALEY PL, DELTA CO 81416-2443
2683890* +Nevada Freedom Corp. PSP dated 10/1/90 A, c/o Duane U. Deverill Trustee, 774 Mays Blvd #10 PMB 186, Incline Village, NV 89451-9613
2801747* +OGREN, WILLIAM W &, BETTY R OGREN, 22102 SHANNON DELL DR, AUDUBON PA 19403-5657
2832336* +OLYMPIA CAPITAL MANAGEMENT, C/O GERALDINE HOUGHTON, 2871 PINTA, PERRIS CA 92571-4849
2801736* +PANEK, WILLIAM, 106 MANGO CT, HENDERSON NV 89015-2401
2819209* +PAOLO M ARROYO & MARIO D ARROYO, 4607 WILLIS AVE #22, SHERMAN OAKS CA 91403-2603
2827964* PATRICK EDWARD O’SULLIVAN, & SOON YOUNG O’SULLIVAN, 7328 GENTLE VALLEY ST, LAS VEGAS NV 89149-1616
2872428* PATRICK M SKAIN & SAW LIM SKAIN, 300 CRESTLAKE DR, SAN FRANCISCO CA 94132-1321
2872459* PATRICK M SKAIN & SAW LIM SKAIN, 300 CRESTLAKE DR, SAN FRANCISCO CA 94132-1321
2865196* +PATSY R RIEGER IRA, PATSY R RIEGER, 2615 GLEN EAGLES DR, RENO NV 89523-2080
2800536* PEDRO L & CAROL A BARROSO, TRUST DTD 22/39/90, C/O PEDRO LUIS BARROSO &, CAROL AN BARROSO TTEES, 3231 CAMBRIDGESHIRE ST, LAS VEGAS NV 89146-6223
2855120* +PENNY MILLER & BRIAN J MILLER, PO BOX 495, ZEPHYR COVE NV 89448-0495
2865208* +PENSCO TRUST CO INC, C/F JAMES ROGERS IRA, 78 SEAL ROCK DR, SAN FRANCISCO CA 94121-1437
2823067* PERCY YOUNG & RUTH YOUNG, 1814 W OLNEY AVE, PHOENIX AZ 85041-8617
2872474* +PEREZ, EDWIN, 806 N HUDSON AVE, HOLLYWOOD CA 90038-3610
2877974* PETER W CAPONE & DEIDRE D CAPONE, PO BOX 1470, GARDNERVILLE NV 89410-1470
2812382* PHIL TERI, PO BOX 96331, LAS VEGAS NV 89193-6331

***** BYPASSED RECIPIENTS (continued) *****

2866275* PHILIP BENJAMIN & MAUREEN BENJAMIN, PO BOX 376, INDIAN SPRINGS NV 89018-0376
2865343* +PHYLLIS JOHNSON A SINGLE WOMAN, C/O RON JOHNSON, BOX 27, RENO NV 89504-0027
2865364* +PHYLLIS JOHNSON A SINGLE WOMAN, C/O RON JOHNSON, BOX 27, RENO NV 89504-0027
2855540* PHYLLIS P WYATT IRA, PO BOX 370400, LAS VEGAS NV 89137-0400
2801754* PIERCY BOWLER TAYLOR & KERN, 5100 ELTON AVE STE 1000, LAS VEGAS NV 89107-0123
2814022* +POLACHECK & ASSOCIATES INC, PSP DTD 2/20/73, C/O STEPHEN B POLACHECK TTEE, 4719 COMMONS WY STE E, CALABASAS CA 91302-3360
2814021* +POLACHECK, STEPHEN, POLACHECK'S JEWELERS EMPLOYEE, PSP DTD 2/20/73, 4719 COMMONS WY STE E, CALABASAS CA 91302-3360
2814023* +POLACHECK, STEPHEN, TTEE, POLACHECK'S JEWELER'S, EMPLOYEE PSP DTD 2/20/73, 4719 COMMONS WY STE E, CALABASAS CA 91302-3360
2829660* +PREMIERE HOLDINGS INC DEFINED BENEFIT PENSION PLAN, C/O SCOTT D FLEMING ESQ, HALE LANE PEEK DENNISON & HOWARD, 3930 HOWARD HUGHES PKWY 4TH FL, LAS VEGAS NV 89169-0947
2872473* PRESCIA INVESTMENTS, ANTHONY & NANCY MANAGERS, 5475 WEST TECO AVE, LAS VEGAS NV 89118-2814
2865355* +PRISCILLA M GUPTAIL, PO BOX 9550, BEND OR 97708-9550
2865334* +PRISCILLA M GUPTAIL, PO BOX 9550, BEND OR 97708-9550
2865356* +PRISCILLA M GUPTAIL AND PRISCILLA K ADDY, PO BOX 9550, BEND OR 97708-9550
2823236* +Patrick J. Horgan, c/o Christopher D. Jaime, Esq., Maupin, Cox & LeGoy, 4785 Caughlin Parkway, Reno, NV 89519-0906
2782231* +Petuck Capital Corp., 80 Doubling Road, Greenwich, CT 06830-4047
2861277* +Philip Benjamin and Maureen Benjamin, P.O. Box 376, Indian Springs, NV 89018-0376
2776271* +Portnoff Building, P.O. Box 97593, Las Vegas, NV 89193-7593
2819220* R&D FILKIN TRUST DTD 9/26/90, C/O ROY FILKIN & DIANNA L FILKIN TTEES, 2340 WATT ST, RENO NV 89509-4248
2800552* RAMON L SNYDER & LINDA L SNYDER, FAMILY TRUST DTD 10/14/98, C/O RAMON L SNYDER & LINDA L SNYDER TTEE, 405 GRAYEAGLE CT, LINCOLN CA 95648-8676
2814018* RAMON L SNYDER & LINDA L SNYDER, FAMILY TRUST DTD 10/14/98, C/O RAMON L SNYDER & LINDA L SNYDER TTEE, 405 GRAYEAGLE CT, LINCOLN CA 95648-8676
2814033* RAMON L SNYDER & LINDA L SNYDER, FAMILY TRUST DTD 10/14/98, C/O RAMON L SNYDER & LINDA L SNYDER TTEE, 405 GRAYEAGLE CT, LINCOLN CA 95648-8676
2801743* +RAUSCH, LAWRENCE, 10708 BRINKWOOD, LAS VEGAS NV 89134-5245
2872134* +RAYMOND C MOORE & ROSE MOORE, ROSE MOORE, 902 UNIVERSITY RIDGE DR, RENO NV 89512-4515
2866274* RBR PARTNERSHIP, PO BOX 376, INDIAN SPRINGS NV 89018-0376
2800540* RE INK OF NEVADA, PO BOX 19543, RENO NV 89511-0867
2860706* +REBECCA A ROGERS TTEE, REBECCA A ROGERS TRUST DTD 9/18/96, 2309 SIERRA HEIGHTS DR, LAS VEGAS NV 89134-5108
2865960* RENO AERONAUTICAL CORPORATION, DEFINED BENEFIT RETIREMENT PLAN, C/O RICHARD R TRACY TTEE, PO BOX 1404, CARSON CITY NV 89702-1404
2829361* +RESIDENT AGENTS OF NEVADA, 711 S CARSON ST #4, CARSON CITY NV 89701-5292
2829668* +RG MESSERSMITH AND DEAUN MESSERSMITH, C/O SCOTT D FLEMING ESQ, HALE LANE PEEK DENNISON & HOWARD, 3930 HOWARD HUGHES PKWY 4TH FL, LAS VEGAS NV 89169-0947
2798728* RHOADES PASSIVE INVESTMENTS LLC, 3385 MERIDIAN LN, RENO NV 89509-3841
2827981* +RHODA DYBVIG SCHAEFER REVOCABLE LIVING, TRUST DTD 7/29/02, 678 SKYLINE RD, HENDERSON NV 89002-8260
2819182* RICHARD A NIELSEN INC, 1305 BONNIE COVE AVE, GLENDORA CA 91740-5204
2819218* RICHARD A NIELSEN INC, 1305 BONNIE COVE AVE, GLENDORA CA 91740-5204
2819219* RICHARD A NIELSEN INC PSP, 1305 BONNIE COVE AVE, GLENDORA CA 91740-5204
2801702* RICHARD CRUISE & MARGARET CRUISE, 8021 DIVERNON AVE, LAS VEGAS NV 89149-4942
2801745* RICHARD CRUISE & MARGARET CRUISE, 8021 DIVERNON AVE, LAS VEGAS NV 89149-4942
2865211* +RICHARD D BARZAN AND LELIA J BARZAN, RICHARD BARZAN, 7231 LANGWORTH RD, OAKDALE CA 95361-7822
2865961* RICHARD R TRACY & URSULA TRACY HWJTWROS, PO BOX 1404, CARSON CITY NV 89702-1404
2839959* RICHARD Z EVANS, 10409 SUMMERSHADE LN, RENO NV 89521-5168
2865203* RITA P ANDERSON TRUST, JANET L CHUBB ESQ, JONES VARGAS, PO BOX 281, RENO NV 89504-0281
2865970* +ROACH, BLAIR & BARBARA K ROACH, PO BOX 1238, ZEPHYR COVE NV 89448-1238
2844645* ROBERT A COWMAN & SANDRA L COWMAN, 1525 WINTERWOOD AVE, SPARKS NV 89434-6730
2827960* +ROBERT A RUSSELL, 8585 E HARTFORD DR, STE 500, SCOTTSDALE AZ 85255-5474
2827978* +ROBERT A RUSSELL, 8585 E HARTFORD DR, STE 500, SCOTTSDALE AZ 85255-5474
2872130* +ROBERT C PATTERSON-ROGERS AND JOYCE, PATTERSON-ROGERS TTEES OF THE PATTERSON-, ROGERS FAMILY TRUST DTD 9/5/01, PO BOX 60175, LAS VEGAS NV 89160-0175
2804525* ROBERT C TOOMBES AND, PATSY G TOOMBES, PO BOX 11665, ZEPHYR COVE NV 89448-3665
3004988* ROBERT C TOOMBES AND PATSY G TOOMBES, PO BOX 11665, ZEPHYR COVE NV 89448-3665
2860059* ROBERT D EARP, 609 N LAUREL ST, EL PASO TX 79903-3401
2844647* ROBERT D EARP IRA, 609 N LAUREL ST, EL PASO TX 79903-3401
2809810* ROBERT E BROOKS, 1405 14TH AVE SW, MINOT ND 58701-5781
2991422* +ROBERT E BURNETT JR, PSC 2 BOX 6533, APO AE 09012-0015
2799763* ROBERT E MELDRUM, 7077 HEATHERWOOD DR, RENO NV 89523-2094
2872467* +ROBERT ESSAFF & CINDY H ESSAFF TTEES OF, THE ESSAFF FAMILY TRUST DTD 6/18/02, ROBERT & CINDY H ESSAFF, 2860 HEYBOURNE RD, MINDEN NV 89423-8826
2865922* ROBERT G TEETER, 4201 VIA MARINA STE 300, MARINA DEL REY CA 90292-5237
2865953* ROBERT G TEETER, 4201 VIA MARINA STE 300, MARINA DEL REY CA 90292-5237
2800498* ROBERT GEIGER & RUTH GEIGER, 1352 MT HOOD ST, LAS VEGAS NV 89110-1916
2800542* ROBERT GEIGER & RUTH GEIGER, 1352 MT HOOD ST, LAS VEGAS NV 89110-1916
2863310* ROBERT R RODRIGUEZ, 2809 EASY ST, PLACERVILLE CA 95667-3906
2801680* ROBERT W HILL, 4900 SAN TIMOTEO AVE NW, ALBUQUERQUE NM 87114-3813
2801723* ROBERT W HILL, 4900 SAN TIMOTEO AVE NW, ALBUQUERQUE NM 87114-3813
2827973* +ROBERT W ULM LIVING TRUST DTD 4/11/05, ROBERT W ULM TTEE, 414 MORNING GLORY RD, ST MARYS GA 31558-4139

***** BYPASSED RECIPIENTS (continued) *****

2872140* +RODNEY L JOHNSTON & DIANE E JOHNSTON, TTEES OF THE JOHNSTON TRUST DTD 9/7/85, RODNEY JOHNSTON, 4326 ARCADIAN DR, CASTRO VALLEY CA 94546-1048
2865363* RONALD A JOHNSON TTEE OF CIBB INC, PENSION PLAN, C/O RONALD A JOHNSON, 50 SNIDER WY, SPARKS NV 89431-6308
2865362* RONALD A JOHNSON TTEE OF THE BUGARELLO INC, PROFIT SHARING PLAN, C/O RONALD A JOHNSON TTEE, 50 SNIDER WY, SPARKS NV 89431-6308
2819212* RONALD G GARDNER TRUST, C/O RONALD G GARDNER TTEE, 430 BAVARIAN DR, CARSON CITY NV 89705-7010
2819203* RONALD KREYKES & LINDA KREYKES, 4928 WIND HILL CT W, FT WORTH TX 76179-6410
3001867* +RONALD KREYKES & LINDA KREYKES, 4928 WIND HILL CT W, FT WORTH TX 76179-6410
2865353* +RONALD M ADDY & PRISCILA K ADDY, PO BOX 9550, BEND OR 97708-9550
2865354* +RONALD M ADDY & PRISCILLA K ADDY, PO BOX 9550, BEND OR 97708-9550
2865333* +RONALD M ADDY & PRISCILLA K ADDY, PO BOX 9550, BEND OR 97708-9550
2865171* +RONDA L THRELFALL, 9915 SADDLEBACK DR, LAKESIDE CA 92040-3411
2865198* +RONDA L THRELFALL, 9915 SADDLEBACK DR, LAKESIDE CA 92040-3411
2865967* +ROSANNE L CLARK A SINGLE WOMAN, 2350 HIGH TERRACE DR, RENO NV 89509-5075
2828144* ROSE M COSTA, 101 SAN CARLOS AVE, SAUSALITO CA 94965-2018
2829354* +ROUTSIS, THALIA, PO BOX 4311, INCLINE VILLAGE NV 89450-4311
2814024* +ROY R VENTURA JR & NANCY B VENTURA, AMERICAN EMBASSY-JAKARTA, UNIT 8135 USAID, FPO AP 96520-8135, ARMED FORCES PACIFIC
2829293* +RUBY SIMON, 8728 CASTLE VIEW AVE, LAS VEGAS NV 89129-7680
2829295* RUBY SIMON, 8728 CASTLE VIEW AVE, LAS VEGAS NV 89129-7680
2829300* RUBY SIMON, 8728 CASTLE VIEW AVE, LAS VEGAS NV 89129-7680
2829302* RUBY SIMON, 8728 CASTLE VIEW AVE, LAS VEGAS NV 89129-7680
2829303* RUBY SIMON, 8728 CASTLE VIEW AVE, LAS VEGAS NV 89129-7680
2829305* RUBY SIMON, 8728 CASTLE VIEW AVE, LAS VEGAS NV 89129-7680
2829298* RUBY SIMON & EVIE SIMON, 8728 CASTLE VIEW AVE, LAS VEGAS NV 89129-7680
2865955* RUDOLF WINKLER IRA, 10000 ROSSBURY PL, LOS ANGELES CA 90064-4826
2801756* +RUTH E RUDD REVOCABLE TRUST, DTD 11/11/92, C/O RUTH E RUDD TTEE, 1519 DEERFORD CIR, LAS VEGAS NV 89110-1984
2825490* +Rocklin/Redding LLC, c/o Stephen R. Harris, Esq., 417 W. Plumb Lane, Reno, NV 89509-3766
2838733* +S & P Davis Limited Partnership, 737 BANNERMAN LANE, FORT MILL, SC 29715-7858
2800541* S J MEYER CO, 2660 S RAINBOW BLVD STE H108, LAS VEGAS NV 89146-5183
2865205* +SANCHEZ LIVING TRUST DTD 10/13/03, C/O RANDY M SANCHEZ & SHARON SANCHEZ TTE, RANDY M SANCHEZ, 5713 N WHITE SANDS RD, RENO NV 89511-5668
2865958* SAUL & ILENE ROISENTUL TTEES, ROISENTUL FAMILY TRUST, 7405 KOKOPELLI CIR, PALM DESERT CA 92211-2075
2800538* SB WRIGHT FAMILY TRUST, DTD 12/28/94, C/O MELVIN B WRIGHT &, SUSAN D WRIGHT TTEES, 3983 S MCCARRAN BLVD, RENO NV 89502-7510
2800533* +SCHORR, MARC, PO BOX 15107, LAS VEGAS NV 89114-5107
2800530* +SCHUHRKE, RANDOLPH, 20 E MT ELDEN LOOKOUT RD, FLAGSTAFF AZ 86001-7885
2799761* SCOTT E WAGNER, PO BOX 523, CUMBERLAND WI 54829-0523
2829317* SERGIO MOLINA AND IRENE SCHMUKER, 12150 S DART RD, PO BOX 859, MOLALLA OR 97038-0859
2801749* +SEXTON, THOMAS, 450 WAYCLIFFE AVE N, WAYZATA MN 55391-1384
2805330* SHAWN A STIMPSON, 5799 CATHEDRAL PEAK DR, SPARKS NV 89436-1848
2800517* +SHEFSKY & FROELICH, 111 E WACKER DR STE 2800, CHICAGO IL 60601-4277
2872462* +SHEILA ROTHBERG, 21 RANDOLPH DR, DIX HILLS NY 11746-8307
2860708* +SHELDON & MARION G PORTMAN TRUST DTD 11/01/85, SHELDON PORTMAN & MARION G PORTMAN TTEES, 9505 CITY HILL CT, LAS VEGAS NV 89134-1711
2827620* SIERRA WEST INC, PO BOX 8346, INCLINE VILLAGE NV 89452-8346
2804980* SILVIO SILVESTRI AND, KATHRYN SILVESTRI, 13621 WOLF RD, GRASS VALLEY, CA 95949-8187
2801738* +SIMMONS, SHERMAN, 3725 INDUSTRIAL RD, LAS VEGAS NV 89109-3436
2830262* +SINETT, SHELDON, 239 HARBOR VIEW DR, PORT WASHINGTON NY 11050-4706
2814032* +SNYDER, RAMON, 405 GRAY EAGLE CT, LINCOLN CA 95648-8676
2801746* +SOBESKY, STEPHEN, 1118 OLMO, BOULDER CITY NV 89005-3116
2812809* SPECIAL ORDER SYSTEMS, 575 MENLO DR STE 4, ROCKLIN CA 95765-3709
2829664* +SPECTRUM FINANCIAL GROUP LLC, C/O WILLIAM SCHILZ, 225 VALLEY GLEN LANE, MARTINEZ, CA 94553-5873
2829669* STANDARD PROPERTY DEVELOPMENT LLC, ANDREW M BRUMBY ESQ, SHUTTS & BOWEN LLP, PO BOX 4956, ORLANDO FL 32802-4956
2822137* STEFFI FONTANA, 16400 SAYBROOK LN SPC 111, HUNTINGTON BEACH CA 92649-2268
2819169* STEPHANIE TRAGER & LAWRENCE B TRAGER, 4027 LA COLINA RD, SANTA BARBARA CA 93110-1426
2819205* STEPHANIE TRAGER & LAWRENCE B TRAGER, 4027 LA COLINA RD, SANTA BARBARA CA 93110-1426
2994855* STEPHEN FAMILY TRUST DTD 3/22/84, C/O ROY M STEPHEN & CAROL J STEPHEN TTEE, 1214 YUCCA CIR, ST GEORGE UT 84790-7551
2830557* +STEPHEN G WALTHER & SONJA WALTHER, 7990 CASTLE PINES, LAS VEGAS NV 89113-1207
2822123* STEPHEN J FUCHS, 117 29TH AVE N, ST CLOUD MN 56303-4253
2822138* STEPHEN J FUCHS, 117 29TH AVE N, ST CLOUD MN 56303-4253
2800550* STEPHEN R LIMA AND PAULETTE C LIMA, 460 WHISKEY HILL RD, WATSONVILLE CA 95076-8522
2800523* STERLING NATIONAL BANK, 500 7TH AVE 11TH FL, NEW YORK NY 10018-4502
2819226* +STERLING, DAVID, 8170 S EASTERN AVE BOX 4-44, LAS VEGAS NV 89123-2579
2819234* +STEVE H MILLER & KAREN L MILLER, 7527 E PASARO DR, SCOTTSDALE AZ 85266-2741
2863920* +STEVE H MILLER & KAREN L MILLER, 7527 E PASARO DR, SCOTTSDALE AZ 85266-2741
2822135* STEVEN ANTHONY FONTANA TRUST DTD 6/28/02, C/O STEVEN ANTHONY FONTANA TTEE, 262 VIOLET NOTE ST, HENDERSON NV 89074-8900
2819224* SUSAN J WARD IRA, 26077 CHARING CROSS RD, VALENCIA CA 91355-2029
2864560* +SUZANNE DUBARY, 9 LEVAN HILLS TRAIL, HENDERSON NV 89052-6703
2865186* +SWEDELSON FAMILY TRUST DTD 12/23/92, C/O ROBERT SWEDELSON TTEE, 2539 JADA DR, HENDERSON NV 89044-4445

***** BYPASSED RECIPIENTS (continued) *****

2686048* +Salvatore Siciliano, 2711 Briggs Avenue, Bronx, NY 10458-4000
2799624* +Susan F Stein Trust, c/o Peter Susi Esq, Michaelson, Susi & Michaelson, 7 West Figueroa Street 2nd Floor, Santa Barbara, CA 93101-3191
2799677* +Susan F Stein Trust, c/o Peter Susi Esq, Michaelson, Susi & Michaelson, 7 West Figueroa Street 2nd Floor, Santa Barbara, CA 93101-3191
2799680* +Susan Gackenbach IRA, c/o Peter Susi Esq, Michaelson, Susi & Michaelson, 7 West Figueroa Street 2nd Floor, Santa Barbara, CA 93101-3191
2827959* +TEEGARDIN, ALAN, 711 S CARSON ST STE #4, CARSON CITY NV 89701-5292
2827977* +TEEGARDIN, ALAN, 711 S CARSON ST STE #4, CARSON CITY NV 89701-5292
2829362* +TEEGARDIN, ALAN, 711 S CARSON ST STE #4, CARSON CITY NV 89701-5292
2872136* TERI L MELVIN, 2704 CHOKECHERRY AVE, HENDERSON NV 89074-1990
2798873* TERRY COFFING, 10001 PARK RUN DR, LAS VEGAS NV 89145-8857
2800511* +TERRY L MCCASKILL MD, PROFIT SHARING PLAN DTD 1/1/89, TERRY L MCCASKILL MD, AND BRAD T GRAVES MD TTEES, 6630 S MCCARRAN BLVD STE 12, RENO NV 89509-6136
2865968* TERRY R HELMS LIVING TRUST DTD 11/11/94, TERRY HELMS, 809 UPLAND BLVD, LAS VEGAS NV 89107-3719
2829353* THALIA ROUTSIS FAMILY TRUST, DATED 7/24/90, C/O THALIA NICHOLAS ROUTSIS TTEE, PO BOX 4311, INCLINE VILLAGE NV 89450-4311
2801737* +THE BEULAH J JOHNSON LIVING TRUST, DTD 5/3/01, C/O BEULAH J JOHNSON TTEE, 8122 W FLAMINGO RD UNIT 180, LAS VEGAS NV 89147-4222
2865188* +THE COXEY LIVING TRUST 12-3-98, 1945 HIDDEN MEADOWS DR, RENO NV 89502-8762
2801760* THE DUANE U DEVERILL FAMILY, TRUST DTD 10/25/90 TRUST #1, C/O DUANE U DEVERILL TTEE, 774 MAYS BLVD STE 10 PMB 186, INCLINE VILLAGE NV 89451-9613
2991251* THE MARY H CROSS TRUST DTD 12/29/88, C/O MARY H CROSS TTEE, 1474 WESSEX CIR, RENO NV 89503-1542
2800551* THE MARY H CROSS TRUST DTD 12/29/88, C/O MARY H CROSS TTEE, 1474 WESSEX CIR, RENO NV 89503-1542
2800525* THE RUBY M HILL FAMILY TRUST, DTD 12/12/92, C/O RUBY M HILL TTEE, 877 E MARCH LN APT 377, STOCKTON CA 95207-5880
2872457* +THE WHITEMAN TRUST DTD 12/01/04, C/O H DANIEL WHITMAN TTEE, PO BOX 10200, ZEPHYR COVE NV 89448-2200
2877977* +TIKI INVESTMENT ENTERPRISES LP, 2578 HIGHMORE AVE, HENDERSON NV 89052-6934
2829674* +TIMOTHY J PORTER IRA, C/O SCOTT D FLEMING ESQ, HALE LANE PEEK DENNISON & HOWARD, 3930 HOWARD HUGHES PKWY 4TH FL, LAS VEGAS NV 89169-0947
2866285* +TODD DAVIS, 360 W 55TH ST APT 1G, NEW YORK, NY 10019-5126
2822142* TOM HANTGES, 1641 STARLIGHT CANYON AVE, LAS VEGAS NV 89183-6338
2829285* +TOM, STERLING, 213 ROYAL ABERDEEN WY, LAS VEGAS NV 89144-4330
2829287* +TOM, STERLING, 213 ROYAL ABERDEEN WY, LAS VEGAS NV 89144-4330
2829292* +TOM, STERLING, 213 ROYAL ABERDEEN WY, LAS VEGAS NV 89144-4330
2812093* +TOMIE S FORD, 335 DESERT MEADOW CT, RENO NV 89502-8725
2872446* +TONY SUAREZ, 16 BLAND ST, EMERSON NJ 07630-1154
2872477* +TONY SUAREZ, 16 BLAND ST, EMERSON NJ 07630-1154
2822136* +TYSSELING, MARK & SHARON VEY-TYSSELING, 210 ONEIDA ST, ST PAUL MN 55102-2821
2826276* +URSULA R GREGER & STEPHANIE CURRAN, 95703 KITTERY RD, BROOKINGS, OR 97415-8158
5228029* USA CAPITAL FIRST TRUST DEED FUND, LLC, 4484 S PECOS RD, LAS VEGAS, NV 89121-5030
2683017* +USA COMMERCIAL MORTGAGE COMPANY, 4484 SOUTH PECOS ROAD, LAS VEGAS NV 89121-5030
2801724* VALLEY INVESTMENTS CORP, 3131 MEADE AVE STE A-1, LAS VEGAS NV 89102-7809
2801764* VALON R BISHOP TRUST DTD 5/7/03, C/O VALON R BISHOP TTEE, PO BOX 50041, RENO NV 89513-0041
2814025* +VENTURA, ROY, AMERICAN EMBASSY-JAKARTA, UNIT 8135 USAID, FPO AP 96520-8135
2829342* +VIRANI, ARIS, 6926 ADOBE VILLA AVE, LAS VEGAS NV 89142-3710
2801726* VOLPEL TRUST DATED 2/2/96, C/O GUNTER VOLPEL AND, CHRISTIANE VOLPEL TTEES, 90876 LIBBY LN, COOS BAY OR 97420-7645
2840167* WALD FINANCIAL GROUP INC, 249 MARGO WAY, PISMO BEACH CA 93449-3252
2801758* WALLS FAMILY TRUST DTD 12/10/97, C/O JOSEPH P WALLS &, ELLEN WALLS TTEES, 2778 BEDFORD WY, CARSON CITY NV 89703-4618
2865916* +WALTER C TRIPP, TTEE OF TRIPP FAMILY TRUST, C/O WALTER C TRIPP TTEE, 5590 BRIARHILLS LN, RENO NV 89502-9624
2865947* +WALTER C TRIPP, TTEE OF TRIPP FAMILY TRUST, C/O WALTER C TRIPP TTEE, 5590 BRIARHILLS LN, RENO NV 89502-9624
2865366* +WALTER C TRIPP A MARRIED MAN DEALING WITH, HIS SOLE AND SEPARATE PROPERTY, WALTER C TRIPP, 5590 BRIARHILLS LN, RENO NV 89502-9624
2865915* +WALTER C TRIPP A MARRIED MAN DEALING WITH, HIS SOLE AND SEPARATE PROPERTY, WALTER C TRIPP, 5590 BRIARHILLS LN, RENO NV 89502-9624
2865946* +WALTER C TRIPP A MARRIED MAN DEALING WITH, HIS SOLE AND SEPARATE PROPERTY, WALTER C TRIPP, 5590 BRIARHILLS LN, RENO NV 89502-9624
2865367* +WALTER C TRIPP TTEE OF TRIPP FAMILY TRUST, C/O WALTER C TRIPP TTEE, 5590 BRIARHILLS LN, RENO NV 89502-9624
2872139* +WALTER MUSSO & BARBARA MUSSO TTEES OF THE, MUSSO LIVING TRUST DTD 11/30/92, WALTER MUSSO, PO BOX 2566, AVILA BEACH CA 93424-2566
2829373* +WAYNE DOTSON CO, PETER BOGART CEO, 3 HIDDEN LANE COURT, BLUFFTON SC 29910-4730
2829366* +WAYNE DOTSON CO, PETER BOGART CEO, 3 HIDDEN LAKE COURT, BLUFFTON SC 29910-4730
2829367* +WAYNE DOTSON CO, PETER BOGART CEO, 3 HIDDEN LAKE COURT, BLUFFTON SC 29910-4730
2829368* +WAYNE DOTSON CO, PETER BOGART CEO, 3 HIDDEN LAKE COURT, BLUFFTON SC 29910-4730
2829369* +WAYNE DOTSON CO, PETER BOGART CEO, 3 HIDDEN LAKE COURT, BLUFFTON SC 29910-4730
2829372* +WAYNE DOTSON CO, PETER BOGART CEO, 3 HIDDEN LAKE COURT, BLUFFTON SC 29910-4730
2801765* +WEAVER, JOHN, 9225 CORDOBA BLVD, SPARKS NV 89441-7235
2860701* +WESTBROOK, CONNIE, 14320 GHOST RIDER DR, RENO NV 89511-8101
2860718* +WESTBROOK, CONNIE, 14320 GHOST RIDER DR, RENO NV 89511-8101
2872453* +WHAT'S ON LIMITED PARTNERSHIP, 2013 GROUSE ST, LAS VEGAS NV 89134-6125

***** BYPASSED RECIPIENTS (continued) *****

2829331* +WHITMAN TRUST DATED 12/1/04, C/O H. DANIEL WHITMAN TRUSTEE, PO BOX 10200, ZEPHYR COVE NV 89448-2200
2865360* +WHITNEY H LAUREN TTEE OF THE WHITNEY H, LAUREN FAMILY TRUST DTD 3/5/98, WHITNEY H LAUREN, 2581 RAMPART TERR, RENO NV 89519-8362
2801744* ++++WILLIAM & WALTRUUD SCHNEIDER, TRUST DTD 1995, 143 CLEARVIEW DR, CARSON CITY NV 89701-6698 (address filed with court: WILLIAM & WALTRUUD SCHNEIDER, TRUST DTD 1995, 135 CLEARVIEW DR, CARSON CITY NV 89701-6698)
2872447* +WILLIAM A BANOS & ANGEL J BANOS, 7431 DORIE DR, WEST HILLS CA 91307-5277
2872478* +WILLIAM A BANOS & ANGEL J BANOS, 7431 DORIE DR, WEST HILLS CA 91307-5277
2829338* WILLIAM B FRASER AND JUDY A GARRETT, 1250 E AVENUE J #2, LANCASTER CA 93535
2819211* +WILLIAM C WALLACE III &, ANNA MARIE K WALLACE, CHRISTOPHER D JAIME ESQ, MAUPIN COX & LEGOY, PO BOX 30000, RENO NV 89520-3000
2872458* +WILLIAM DOWNEY, 3637 LARCH AVE, STE 3, SOUTH TAHOE CA 96150-8478
2839939* +WILLIAM DUPIN & PENNY DUPIN, 545 COLE CIR, INCLINE VILLAGE NV 89451-8108
2855522* WILLIAM LUKASAVAGE & JOANNE LUKASAVAGE, 8641 CASTLE HILL AVE, LAS VEGAS NV 89129-7665
2830259* +WILLIAM M SPANGLER, 711 GORDON AVE, RENO NV 89509-1406
2800545* WILLIAM RIZZO, 146 TRIBERG CT, HENDERSON NV 89074-2498
2819206* WILLIAM S REEVES, 2930 E SERENE AVE, HENDERSON NV 89074-6536
2819207* WIMSATT JTRUST DTD 10/19/04, C/O LINDA J WIMSATT TTEE, 4920 AMADOR DR, OCEANSIDE CA 92056-4971
2865957* +WINKLER, CARMEL TTEE, WINKLER FAMILY TRUST DTD 3/13/86, 10000 ROSSBURY PL, LOS ANGELES CA 90064-4826
2865956* WINKLER, RUDOLF & CARMEL WINKLER TTEE, WINKLER FAMILY TRUST DTD 3/13/86, 10000 ROSSBURY PL, LOS ANGELES CA 90064-4826
2819204* +WOLF, EDGAR, 3868 CARLTON DR, ATLANTA GA 30341-1827
2872472* +WONG, JULIET, 2223 25TH AVE, SAN FRANCISCO CA 94116-1749
2827013* +WOODY CONTRACTING INC, 63210 MCKENZIE LANE, SUMMERVILLE OR 97876-8136
2808506* +WRIGHT, WANDA, 16500 PYRAMID HWY, RENO NV 89510-8711
2686496* +Wald Financial Group Inc. Defined Benefi, 249 Margo Way P O Box 307, Pismo Beach, CA 93449-3252
2685047* +William R. Long, 93 Broken Rock Drive, Henderson, NV 89074-1041
2829666* +X-FACTOR INC, C/O SCOTT D FLEMING ESQ, HALE LANE PEEK DENNISON & HOWARD, 3930 HOWARD HUGHES PKWY 4TH FL, LAS VEGAS NV 89169-0947
2866254* ZAWACKI A CALIFORNIA LLC, PO BOX 5156, BEAR VALLEY CA 95223-5156
2825032* +ZERBO, ANTHONY, 780 SARATOGA AVE #S107, SAN JOSE CA 95129-2404
2800515* ZRUDSKY, COLLEEN, 106 E VICTORIAN AVE SPC 35, SPARKS NV 89431-5408
2686699* +Zook Revocable Living Trust for the bene, c/o David A. Zook Trustee, 911 S Andreasen Dr, Escondido, CA 92029-1934
aty ##+ANNETTE W JARVIS, POB 45385, SALT LAKE CITY, UT 84145-0385
2686411 ##+1994 Turner Family Trust dated 9/23/94, c/o Robert H. Turner & Nancy A. Turner T, 60354 Woodside Loop, Bend, OR 97702-9438
2683680 ##+1995 Tobe Eugene Stricklin and Barbara S, c/o Barbara M. Chylak, Trustee, 261 Fredricksburg Rd, Gardnerville, NV 89460-6572
2804521 ##A-1 SECURITY LTD, 734 SPICE ISLAND DR, SPARKS NV 89431-7101
2683868 ##+A. Robert De Hart Trust C dated 1/21/93, c/o Rena F. De Hart Trustee, 2737 Billy Casper Drive, Las Vegas, NV 89134-7814
2683028 ##+ADVANCED INFORMATION SYSTEMS, 4270 CAMERON STREET, SUITE #1, LAS VEGAS, NV 89103-3769
2826684 ##ADVISOR FINANCIAL ALLIANCE, C/O CURTIS R TINGLEY/BRUCE PIONTKOWSKI, ROPERS MAJESKI KOHN & BENTLEY, 80 N FIRST ST, SAN JOSE CA 95113-1201
2812096 ##ALICE HUMPHRY & VALERIE JAEGER, 3825 CHAMPAGNE WOOD DR, N LAS VEGAS NV 89031-2056
2839941 ##+ALLEN D STRUNK, 2762 DARBY FALLS DR, LAS VEGAS NV 89134-7474
2991252 ##ALTMAN LIVING TRUST DTD 11/4/04, C/O DANIEL C ALTMAN & BARBARA A ALTMAN T, PO BOX 4134, INCLINE VILLAGE NV 89450-4134
2809795 ##ANDREA MANCUSO, FAMILY LIMITED PARTNERSHIP, C/O ANDREA MANCUSO GEN PARTNER, PO BOX 981840, PARK CITY UT 84098-1840
2861471 ##+AUDREY M WHIGHTSIL REVOCABLE TRUST, AUDREY M WHIGHTSIL TTEE, 12754 JOLEANE AVE, YUMA AZ 85367-6490
2683656 ##+Alan Chaulk & Mary Chaulk, 2315 Via Cadiz, Albuquerque, NM 87104-3099
2685715 ##+Alicia Ramirez & Claudia Martinez, 4162 Jacqueline Way, Las Vegas, NV 89115-4105
2683162 ##+Altman Living Trust dated 11/4/04, c/o Barbara A. Altman, Trustee, P O Box 4134, Incline Village, NV 89450-4134
2683163 ##+Altman Living Trust dated 11/4/04, c/o Daniel C. Altman & Barbara A. Altman, P O Box 4134, Incline Village, NV 89450-4134
2685123 ##+Andrea T. Mancuso Family Limited Partner, c/o Andrea Mancuso General Partner, P O Box 981840, Park City, UT 84098-1840
2685124 ##+Andrea T. Mancuso Living Trust dated 5/3, c/o Andrea T. Mancuso Trustee, P O Box 981840, Park City, UT 84098-1840
2684136 ##+Anne Flannery, 723 Hillview Dr, Arlington, TX 76011-2371
2683489 ##+Ashley Brooks, 25161 Via Azul, Laguna Niguel, CA 92677-7361
2686561 ##+Audrey M. Whightsil Revocable Living Tru, c/o Audrey M. Whightsil Trustee, 12754 Joleane Ave, Yuma, AZ 85367-6490
2683239 ##+Avena Living Trust dated 3/28/84, c/o Lois J. Avena, Trustee, 742 Diamond Glen Circle, Folsom, CA 95630-3165
2684244 ##+Aylene Geringer and Mark Zipkin, 4321 Cherry Hills Lane, Tarzana, CA 91356-5406
2686500 ##+B.D.W. 1987 Trust dated 9/29/87, c/o Bruce D. Wallace Trustee, 4895 Golden Springs Dr, Reno, NV 89509-5940
2800505 ##BETTER BUSINESS BUREAU OF S NV, 2301 PALOMINO LN, LAS VEGAS NV 89107-4503
2731106 ##+BMC GROUP, INC., 1330 E FRANKLIN AVE, EL SEGUNDO, CA 90245-4306

***** BYPASSED RECIPIENTS (continued) *****

2866278 ##BOYCE 1989 TRUST DTD 6/12/89, C/O KATHLEEN A BOYCE TTEE, 16865 RUE DU PARC, RENO NV 89511-4575
2863301 ##BROCK FAMILY TRUST DTD 5/25/95, C/O PENNY L BROCK TTEE, 355 MUGO PINE CIR, RENO NV 89511-8799
2685074 ##+Barbara Sue Luthi Trust dated 7/9/97, c/o Barbara Sue Luthi Trustee, 4908 Womack Circle, The Colony, TX 75056-2214
2685116 ##+Barbara Susan Malkoff, 16 Redwood Drive, Plainview, NY 11803-5215
2683270 ##+Barber Family Trust dated 4/24/98, c/o Jeffrey E. Barber & Suzanne M. Barbe, 9104 Blazing Fire Ct, Las Vegas, NV 89117-7037
2685260 ##+Barry D. McWaters, P O Box 1807, Zephyr Cove, NV 89448-1807
2684044 ##+Beatrice Etterman, 15496 Lakes of Delray Blvd.#105, Delray Beach, FL 33484-4153
2685036 ##+Ben Lofgren & Dana Lofgren,, 28292 Pinebrook, Mission Viejo, CA 92692-3008
2684847 ##+Bernard Kloenne Living Trust dated 10/10, c/o Bernard A. Kloenne Trustee, 1646 Avenida Verde Vista, San Dimas, CA 91773-4238
2685636 ##+Betty J. Phenix, P. O. Box 982, Minden, NV 89423-0982
2683687 ##+Billie R. Cislaghi Trust, c/o Billie R. Cislaghi Trustee, 14924 E Mayan Dr, Fountain Hills, AZ 85268-1617
2683435 ##+Boyce 1989 Trust dated 6/12/89, c/o Kathleen A. Boyce Trustee, 16865 Rue Du Parc, Reno, NV 89511-4575
2684940 ##+Brad L. Larson, 1852 Inverness Drive, Yardley, PA 19067-3908
2683442 ##+Bradshaw Family Trust dated 8/18/99, c/o Paul D. Bradshaw Trustee, 1015 Sundown Ct, Gardnerville, NV 89460-8698
2686466 ##+Brent E. Virts, 4381 W Hidden Valley, Reno, NV 89502-9537
2685300 ##+Bridgett A. Milano, 1040 Country Hwy 126, Amsterdam, NY 12010-6288
2683481 ##+Brock Family Trust dated 5/25/95, c/o Penny L. Brock Trustee, 355 Mugo Pine Circle, Reno, NV 89511-8799
2683496 ##+Brouwers Family Trust dated 1/11/1995, c/o John P. Brouwers Trustee, 8040 Vista Twilight Dr., Las Vegas, NV 89123-0726
2825355 ##+Bruce McGimsey, c/o William L. McGimsey, Esq., 601 East Charleston Blvd., Las Vegas, NV 89104-1508
2684987 ##+Bruce R. LeMar, 4009 Grand Ave, Western Springs, IL 60558-1136
2684392 ##+Bryan K. Hall, 300 W Beech St Unit #1506, San Diego, CA 92101-8450
2683528 ##+C & B Cattle Company, LLC, P O Box 460570, Leeds, UT 84746-0570
2800470 ##C ZRUDSKY INC, 106 E VICTORIAN AVE SPC 35, SPARKS NV 89431-5408
2686700 ##+C. Zrudsky, Inc., 106 E Victorian Ave # 35, Sparks, NV 89431-5408
2809802 ##CAROL A MARCONI, 3731 SARASOTA SQ BLVD, APT 307, SARASOTA FL 34238-5462
2826689 ##CAROL GRAY, C/O CURTIS R TINGLEY/BRUCE PIONTKOWSKI, ROPERS MAJESKI KOHN & BENTLEY, 80 N FIRST ST, SAN JOSE CA 95113-1201
2826683 ##CATALYST FUNDING CORP, C/O CURTIS R TINGLEY/BRUCE PIONTKOWSKI, ROPERS MAJESKI KOHN & BENTLEY, 80 N FIRST ST, SAN JOSE CA 95113-1201
2826693 ##CATHI CIARDELLA, C/O CURTIS R TINGLEY/BRUCE PIONTKOWSKI, ROPERS MAJESKI KOHN & BENTLEY, 80 N FIRST ST, SAN JOSE CA 95113-1201
2861470 ##CHARLES H SMALL TTEE OF THE CHARLES, HENRY SMALL REVOCABLE LIVING TRUST, CHARLES H SMALL TTEE, 12754 JOLEANE AVE, YUMA AZ 85367-6490
2863921 ##+CHRISTINE E MILLER TTEE OF THE CHRISTINE E, MILLER REVOCABLE TRUST DTD 3/5/07, STEVE MILLER, 7527 E PASARO DR, SCOTTSDALE AZ 85266-2741
2800762 ##+COLEMAN, MARY, FIRST SAVINGS BANK CUSTODIAN, FOR MARY COLEMAN, 108 LOW ST, NEWBURPORT MA 01950-3517
2826692 ##CONNIE FINCH, C/O CURTIS R TINGLEY/BRUCE PIONTKOWSKI, ROPERS MAJESKI KOHN & BENTLEY, 80 N FIRST ST, SAN JOSE CA 95113-1201
2829646 ##+COPPER SAGE COMMERCIAL CENTER LLC, ATTN ROBERT A RUSSELL, PO BOX 28216, SCOTTSDALE AZ 85255-0153
2988856 ##CYNTHIA ANN PARDEE TRUST DTD 6/20/03, C/O CYNTHIA ANN PARDEE TTEE, 3395 DOVE CANYON DR, OXNARD CA 93036-6325
2684723 ##+Cadd Family Living Trust dated 8/20/1996, c/o Susan M. Jones Trustee, 2116 Sand Point Rd, Discovery Bay, CA 94505-9102
2685564 ##+Carlo J. Paradiso, 10005 Villa Ridge Dr, Las Vegas, NV 89134-7637
2685448 ##+Carmen Neidig, 3003 Lodgepole Trail, South Lake Tahoe, CA 96150-4529
2685144 ##+Carol A. Marconi, 3731 Sarasota Sq Blvd #307, Sarasota, FL 34238-5462
2684974 ##+Carol Edward Associates, P O Box 8543, Incline Village, NV 89452-8543
2684975 ##+Carol Lefcourt, P O Box 8543, Incline Village, NV 89452-8543
2684354 ##+Carter L. Grenz, 925 Marion County 7002, Flippin, AR 72634-9559
2683626 ##+Casey Family Trust, c/o Richard F. Casey, III & Kathryn A. C, P O Box 1578, Los Gatos, CA 95031-1578
2685509 ##+Charles E. O’Neill and Lois O’Neill, 2340 Armstrong Ln, Reno, NV 89509-3861
2686094 ##+Charles Henry Small Revocable Living Tru, c/o Charles H Small Trustee, 12754 Joleane Ave, Yuma, AZ 85367-6490
2685208 ##+Charles T. Mazza, 634 Marracco Drive, Sparks, NV 89434-4032
2685584 ##+Charlette A. Payne, 8515 Costa Verde Blvd Unit 610, San Diego, CA 92122-1140
2683273 ##+Chet M. Bardo and Valerie Maciejowska, P. O. Box 371105, Montara, CA 94037-1105
2686019 ##+Chris and Evelyn Sheerin 1990 Trust, c/o Evelyn Asher Sheerin Trustee, 549 Ruby Lane, Carson City, NV 89706-0211
2684779 ##+Christina M. Kehl, 5130 Dunn Road, East Dubuque, IL 61025-9711
2683557 ##+Clara M. Cadieux, 1730 Terrace Heights Ln, Reno, NV 89523-1832
2683556 ##+Clara M. Cadieux & Richard L. Cadieux, 1730 Terrace Heights Ln, Reno, NV 89523-1832
2684749 ##+Clas G. Karlberg & Ulla G. Karlberg, P O Box 7388, Incline Village, NV 89452-7388
2685565 ##+Cynthia Ann Pardee Trust dated 6/20/03, c/o Cynthia Ann Pardee Trustee, 3395 Dove Canyon Dr, Oxnard, CA 93036-6325

***** BYPASSED RECIPIENTS (continued) *****

2683802 ##+D & P Curtis Trust dated 07/27/01, c/o Patricia M. Curtis and Dan L. Curtis, 404 Club Court, Las Vegas, NV 89144-0838
2685275 ##+D. G. Menchetti, P. O. Box 7100, Incline Village, NV 89452-7100
2685274 ##+D. G. Menchetti LTD Pension Plan, c/o D. G. Menchetti Trustee, P O Box 7100, Incline Village, NV 89452-7100
2683938 ##+D. Joseph & Louise M. Doucet 1989 Trust, c/o D. Joseph Doucet & Louise M. Doucet, 3301 Skyline Blvd, Reno, NV 89509-6604
2798883 ##DALE L TUTTLE, 6252 CHINOOK WY, LAS VEGAS NV 89108-1733
2826691 ##DAVID N KANG, C/O CURTIS R TINGLEY/BRUCE PIONTKOWSKI, ROPERS MAJESKI KOHN & BENTLEY, 80 N FIRST ST, SAN JOSE CA 95113-1201
2865165 ##+DEAN SHACKLEY, C/O MICHAEL C VAN ESQ, MICHAEL C VAN CHTD, 4129 W CHEYENNE AVE STE A, N LAS VEGAS NV 89032-3476
2872418 ##+DENISE F FAGER TTEE OF THE DENISE F FAGER, REVOCABLE TRUST UAD 2/28/03, DENISE F FAGER, 5 SALVATORE, LADERA RANCH CA 92694-1425
2866261 ##DG MENCHETTI, PO BOX 7100, INCLINE VILLAGE NV 89452-7100
2866262 ##DG MENCHETTI LTD PENSION PLAN, C/O DG MENCHETTI TTEE, PO BOX 7100, INCLINE VILLAGE NV 89452-7100
2864429 ##+DONALD E VIRTS & PATRIZIA VIRTS TTEES OF, THE VIRTS REVOCABLE TRUST, DONALD VIRTS, 4381 W HIDDEN VALLEY, RENO NV 89502-9537
2864251 ##+DONALD E VIRTS & PATRIZIA VIRTS TTEES OF, THE VIRTS REVOCABLE LIVING TRUST, DONAD VIRTS, 4381 W HIDDEN VALLEY, RENO NV 89502-9537
2759816 ##DR. DAVID R. ENRICO, DR. BONNY K. ENRICO, 2072 ALMYRA ROAD, SPARTA, TN 38583-5168
2840844 ##+DUNHAM TRUST COMPANY TRUSTEE, FREDERICK W KEWELL II IRA, 4777 CAUGHLIN PARWAY, RENO, NV 89519-0906
2827002 ##+DUSK BENNETT & ALAN BENNETT, #J2004, 8640 GULANA AVE, PLAYA DEL REY CA 90293-7320
2683738 ##+Dacian Connell, 13967 W 22nd Ave, Golden, CO 80401-6820
2686416 ##+Dale L. Tuttle, 6252 Chinook Way, Las Vegas, NV 89108-1733
2685891 ##+Daniel & Virginia Salerno Family Trust d, c/o Daniel N. Salerno & Virginia P. Sale, P O Box 7869, Incline Village, NV 89452-7869
2684780 ##+Daniel J. Kehl, 421 South Lumina, Wrightsville Beach, NC 28480-6007
2685228 ##+David B. McDougall & Barbara K. McDougal, 13095 Hillside Dr, Truckee, CA 96161-6333
2684342 ##+David M. Greenblatt, 880 Buffwood Ave, Las Vegas, NV 89123-0562
2683675 ##+Dean Christianson & Karen Christianson, 11975 N Labyrinth Drive, Oro Valley, AZ 85737-3454
2683623 ##+Delbert C. Case, P O Box 4639, Incline Village, NV 89450-4639
2684059 ##+Denise F. Fager Revocable Trust under ag, c/o Denise F. Fager Trustee, 5 Salvatore, Ladera Ranch, CA 92694-1425
2683893 ##+Dennis A. DeVito, 17071 W Dixie Hwy, Miami, FL 33160-3773
2684334 ##+Dennis M. Greco & Gloria J. Greco, 2515 Perryville Dr, Reno, NV 89521-6244
2683358 ##+Donald Besemer, 11417 Red Dog Road, Nevada City, CA 95959-9563
2684576 ##+Douglas Ho GST Exempt Trust, c/o Douglas Ho Trustee, PO Box 9025, Incline Village, NV 89452-9025
2684030 ##+Dr. David R. Enrico & Dr. Bonny K. Enric, 2072 Almyra Road, Sparta, TN 38583-5168
2683244 ##+Dr. Henry C. Ayoub, 1537 Tonada Way, Las Vegas, NV 89117-1199
2684295 ##+Dr. Stanley L. Goodman, MD, 27975 Red Pine Court, Valencia, CA 91354-1888
2683022 ##+EMPLOYERS INSURANCE CO. OF NV, ATTN: BANKRUPTCY DESK, 9790 GATEWAY DRIVE, RENO NV 89521-8921
2684718 ##+Edith A. Johnston, P O Box 6447, Kaneohe, HI 96744-9175
2684728 ##+Edmound J. Joyce & Robin Joyce, 316 Stellars Jay Drive, Highlands Ranch, CO 80129-6916
2685716 ##+Edward & Jacqueline Ramos Family Trust d, c/o Edward Ramos & Jacqueline Ramos Trus, 2330 Ridge Field Trail, Reno, NV 89523-6803
2685837 ##+Edward Roldan and Stephanie K. Roldan, 1128 Brookline Circle, Roseville, CA 95747-7539
2684807 ##+Eugene H. & Norma M. Stokes Trust dated, c/o Norma M. Kerner Trustee, 15758 Sunset Drive, Poway, CA 92064-2366
2683858 ##+Evie Dean 2000 Trust dated 12/12/00, c/o Evie Dean Trustee, 29 Pheasant Ridge Dr, Henderson, NV 89014-2110
2686064 ##+Evie Simon & Ruby Simon, 8728 Castle View Avenue, Las Vegas, NV 89129-7680
2864562 ##+FERTITTA ENTERPRISES INC, ATTN WILLIAM J BULLARD, 2960 W SAHARA AVE STE 200, LAS VEGAS NV 89102-1709
2844508 ##+FERTITTA ENTERPRISES INC, 2960 W SAHARA #200, LAS VEGAS NV 89102-1709
2759818 ##+FERTITTA ENTERPRISES, INC., ATTN: WILLIAM J. BULLARD, CFO, 2960 W. SAHARA AVE., SUITE 200, LAS VEGAS, NV 89102-1709
2826680 ##FIDELITY MANAGEMENT ALLIANCE INC, C/O CURTIS R TINGLEY/BRUCE PIONTKOWSKI, ROPERS MAJESKI KOHN & BENTLEY, 80 N FIRST ST, SAN JOSE CA 95113-1201
2826679 ##FIRST INTERSTATE RESOURCE MANAGEMENT INC, C/O CURTIS R TINGLEY/BRUCE PIONTKOWSKI, ROPERS MAJESKI KOHN & BENTLEY, 80 N FIRST ST, SAN JOSE CA 95113-1201
2872420 ##+FIRST SAVINGS BANK C/F LINDA S REED IRA, LINDA S REED, 259 OVERLOOK DR, CADIZ KY 42211-8132
2872419 ##+FIRST SAVINGS BANK C/F MICHAEL REED IRA, MICHAEL REED, 259 OVERLOOK DR, CADIZ KY 42211-8132
2825023 ##FREEDOM PROPERTIES INC, 1820 STAR PINE CT, RENO NV 89523-4807
2685338 ##+Felix N. Moccia Trust dated 4/11/94, c/o Felix N. Moccia Trustee, 3037 Conquista Court, Las Vegas, NV 89121-3865
2683530 ##+Fertitta Enterprises, Inc., 2960 W Sahara Ave Suite 200, Las Vegas, NV 89102-1709
2684117 ##+Finnegan Family Trust, c/o James E. Finnegan & Nancy Finnegan T, P. O. Box 19131, Reno, NV 89511-0902
2685850 ##+Freeman Rosebrooks, 2008 Marconi Way, South Lake Tahoe, CA 96150-6635
2684199 ##+Fuller Family Trust dated 5/29/97, c/o Theodore J. Fuller and Joan L. Fulle, C/O Ashley Quinn CPA'S, P O Box 7800, Incline Village, NV 89452-7800
2873478 ##+GERRY TOPP A MARRIED MAN DEALING WITH HIS, SOLE & SEPARATE PROPERTY, GERRY TOPP, 10745 W RIVER ST, TRUCKEE CA 96161-0534

***** BYPASSED RECIPIENTS (continued) *****

2826681 ##GLOBAL PROPERTY NETWORK INC, C/O CURTIS R TINGLEY/BRUCE PIONTKOWSKI, ROPERS MAJESKI KOHN & BENTLEY, 80 N FIRST ST, SAN JOSE CA 95113-1201
3001866 ##GORDON CROSS IRA, 5009 FOREST OAKS DR, LAS VEGAS NV 89149-5709
2684579 ##+Gail Hodes Living Trust dated 9/10/03, c/o Gail R. Hodes Trustee, 16872 Baruna Lane, Huntington Beach, CA 92649-3020
2686288 ##+Gary N. Taylor PSP, c/o Gary N. Taylor Trustee, 532 College Drive #313, Henderson, NV 89015-7536
2686544 ##+Gary S. Weicherding and Yvonne Strommen, 4960 Harrison Drive Unit #107, Las Vegas, NV 89120-1056
2684393 ##+Gayle D. Hall, 2530 Pacific Heights Rd, Honolulu, HI 96813-1027
2685294 ##+George H. Michael Family Trust Agreement, c/o George H. Michael & Doramae Michael, 999 E Eliason Ave, Brigham City, UT 84302-2756
2685004 ##+Gerald Lewis & Judith J. Lewis,, 4196 Kingsview Rd, Moorpark, CA 93021-2789
2686370 ##+Gerry Topp, 10745 W River St, Truckee, CA 96161-0534
2683662 ##+Gloria N. Cherrington Trust dated 10/13/, c/o Gloria N. Cherrington Trustee, 350 E. Desert Inn Rd #E-204, Las Vegas, NV 89109-9007
2685430 ##+Gordon Murray & Shirley Murray, 8100 Sunset Cove Dr, Las Vegas, NV 89128-7714
2684329 ##+Grauberger Family Trust dated 5/20/00, c/o Verle R. Grauberger & Darla Kay Grau, 1533 Merialdo Lane, Las Vegas, NV 89117-5472
2685768 ##+Greg Revers, 11055 Slater Ave, Fountain Valley, CA 92708-4919
2683555 ##+H. George Cabanting & Ann T. Cabanting, 2442 Melody Lane, Reno, NV 89512-1435
2686006 ##+H. Lee Shapiro, 777 S. Kihei Road #212, Kihei, HI 96753-7510
2775667 ##+HANS LEER, 2024 GANTRY LN, CARSON CITY NV 89701-4858
2800488 ##HARRY G FRITZ & MARGARET A FRITZ, 29 BUCKINGHAM WY, RANCHO MIRAGE CA 92270-1656
2800764 ##HARRY G FRITZ & MARGERET A FRITZ, 29 BUCKINGHAM WY, RANCHO MIRAGE CA 92270-1656
2684972 ##+Hans J. Leer & Carolyn F. Leer, 2024 Gentry Ln, Carson City, NV 89701-4858
2684192 ##+Harry G. Fritz & Margeret A. Fritz, 29 Buckingham Way, Rancho Mirage, CA 92270-1656
2684333 ##+Helen R. Gray Revocable Trust dated 1/17, c/o Helen R. Gray Trustee, 118 S 1470 W, Provo, UT 84601-4087
2684547 ##+Hewitt Family Trust dated 5/1/96, c/o Connie J. Hewitt Trustee, 4017 Vista Drive, Erie, PA 16506-4065
2686350 ##+Hillari Tischler, 7408 Doe Avenue, Las Vegas, NV 89117-1444
2683739 ##+Howard Connell & Lorene Connell, 1001 Jennis Silver Street, Las Vegas, NV 89145-8684
2685450 ##+Huiyon Neilan & Jennifer Neilan, P O Box 96001, Las Vegas, NV 89193-6001
2855542 ##+JACK S TIANO ACCOUNTANCY CORP, 116 W EL PORTAL STE 103, SAN CLEMENTE CA 92672-4634
2826690 ##JAMES DOUGLAS, C/O CURTIS R TINGLEY/BRUCE PIONTKOWSKI, ROPERS MAJESKI KOHN & BENTLEY, 80 N FIRST ST, SAN JOSE CA 95113-1201
2865340 ##+JAMES H LIDSTER FAMILY TRUST DTD 1/20/92, C/O JAMES H LIDSTER &, PHYLLIS M LIDSTER TTEES, PO BOX 2577, MINDEN NV 89423-2577
2718779 ##+JEFFREY SLOANE ESQ, REGINA MCCONNELL ESQ, KRAVITZ SCHNITZER SLOANE JOHNSON ETAL, 1389 GALLERIA DRIVE STE 200, HENDERSON NV 89014-6686
2826688 ##JIM THYLIN, C/O CURTIS R TINGLEY/BRUCE PIONTKOWSKI, ROPERS MAJESKI KOHN & BENTLEY, 80 N FIRST ST, SAN JOSE CA 95113-1201
2775661 ##+JOAN B GASSIOT IRA, C/O AMERICAN PENSION SERVICES, 11027 S STATE ST, SANDY UT 84070-5116
2829903 ##JOHN B JAEGER & PRISCILLA J JAEGER, FAMILY TRUST, C/O JOHN B JAEGER & PRISCILLA J JAEGER T, 2256 HOT OAK RIDGE ST, LAS VEGAS NV 89134-5520
3004990 ##+JOHN BACON & SANDRA BACON, 2001 FALLSBURG WY, HENDERSON NV 89002-3624
2826686 ##JOHN R OSBORNE, C/O CURTIS R TINGLEY/BRUCE PIONTKOWSKI, ROPERS MAJESKI KOHN & BENTLEY, 80 N FIRST ST, SAN JOSE CA 95113-1201
2825034 ##+JOSEPH G DARASKEVIUS &, ARDEE S DARASKEVIUS, 2761 KIOWA BLVD SOUTH, LAKE HAVASU CITY AZ 86403-3916
2863207 ##+JOSEPH G ZAPPULLA & CAROL A ZAPPULLA, 12706 W MYER LN, EL MIRAGE AZ 85335-8217
2826107 ##JOYCE E SMITH TRUST DTD 11/3/99, C/O JOYCE E SMITH TTEE, 3080 RED SPRINGS DR, LAS VEGAS NV 89135-1548
2684842 ##+James & Shirley Klega Trust dated 06/22/, c/o James Klega & Shirley Klega Trustees, 6805 Anteus Court, Las Vegas, NV 89131-3568
2683235 ##+James B. Avanzino, 4895 Golden Springs Drive, Reno, NV 89509-5940
2683236 ##+James B. Avanzino & Bruce D. Wallace, 4895 Golden Springs Drive, Reno, NV 89509-5940
2683750 ##+James B. Corison Trust dated 12/3/98, c/o James B. Corison Trustee, P O Box 21214, Riverside, CA 92516-1214
2686221 ##+James C. Still, 25 Townhouse Ln, Corpus Christi, TX 78412-4264
2685038 ##+James E. Lofton & Denise G. Lofton, 1573 Diamond County Dr, Reno, NV 89521-6152
2685484 ##+James Nikolovski & Natalija Nikolovski, 6529 Crest Top Drive, West Bloomfield, MI 48322-2655
2686249 ##+James Supple, P O Box 29, Fallon, NV 89407-0029
2684978 ##+James W. Lehr & Julie Anne Lehr, 624 E Cozza Dr, Spokane, WA 99208-5226
2781340 ##+James W. Pengilly, 232 Muldowney Lane, Las Vegas, NV 89138-1575
2685597 ##+James W. Pengilly and Amanda M. Pengilly, 232 Muldowney Lane, Las Vegas, NV 89138-1575
2684521 ##+Jane Hendler, 4154 St. Clair Avenue, Studio City, CA 91604-1607
2685666 ##+Janet K. Pohl Trust dated 6/24/94, c/o Janet K. Pohl & Ronald L. Pohl Trust, 14070 Boxford Court, Chesterfield, MO 63017-3452
2683201 ##+Jerry Appelhans and Debra Appelhans, 10966 Willow Valley Court, Las Vegas, NV 89135-1711
2683382 ##+Jerry L. Blackman, Sr. and Carolyn N. Bl, P O Box 228, Lincoln City, OR 97367-0228
2685649 ##+Jerry Pietryk and LeeAnn Pietryk, 12811 Stellar Ln, Plainfield, IL 60585-4210
2684233 ##+Joan B. Gassiot IRA, c/o American Pension Services, Inc. Cust, 11027 South State, Sandy, UT 84070-5116
2683784 ##+Joan M. Crittenden, P O Box 2577, Olympic Valley, CA 96146-2577
2684270 ##+John A. Godfrey, Pinnacle Entertainment, Inc., 3800 Howard Hughes Pkwy Ste 1800, Las Vegas, NV 89169-5921
2684586 ##+John A. Hoglund & Patricia O. Hoglund, 7574 E Green Lake Dr N, Seattle, WA 98103-4914

***** BYPASSED RECIPIENTS (continued) *****

2685126 ##+John A. Manney & Kathryn B. Manney, P O Box 370354, Las Vegas, NV 89137-0354
2684669 ##+John B. Jaeger & Priscilla J. Jaeger Fam, c/o John B. Jaeger & Priscilla J. Jaeger, 2256 Hot Oak Ridge Street, Las Vegas, NV 89134-5520
2683250 ##+John Bacon & Sandra Bacon, 2001 Fallsburg Way, Henderson, NV 89002-3624
2685408 ##+John T. Mrasz & Janet Mrasz, 10015 Barling Street, Shadow Hill, CA 91040-1512
2685407 ##+John T. Mrasz Enterprises, Inc. Defined, c/o John T. Mrasz & Janet Mrasz Trustees, 10015 Barling Street, Shadow Hill, CA 91040-1512
2825339 ##+Johnny Clark, c/o William L. McGimsey, Esq., 601 East Charleston Blvd., Las Vegas, NV 89104-1508
2686112 ##+Joyce E. Smith Trust dated 11/3/99, c/o Joyce E. Smith Trustee, 3080 Red Springs Drive, Las Vegas, NV 89135-1548
2684504 ##+Judith Ann Heinbaugh Living Trust dated, c/o Judith A. Heinbaugh, Trustee, P O Box 8537, Incline Village, NV 89452-8537
2683418 ##+Judy A. Bonnet, 11 Rose Lane, Fulton, IL 61252-1926
2872117 ##KASSU LLC PSP DTD 1/1/05, C/O KATHLEEN A BOYCE TTEE, 16865 RUE DU PARC, RENO NV 89511-4575
2773063 ##+KATHLEEN J MOORE, 1603 LEFTY GARCIA WAY, HENDERSON NV 89002-9362
2773062 ##+KATHLEEN J MOORE, 1603 LEFTY GARCIA WY, HENDERSON NV 89002-9362
2827595 ##+KEY EQUIPMENT FINANCE INC FKA AMEXBF, KEF 600 TRAVIS STE 1300, HOUSTON TX 77002-3029
2683822 ##+Karen R. Danner, 3214 La Mancha Way, Henderson, NV 89014-3122
2684758 ##+Karsten 1987 Trust, c/o Russell E. Karsten Trustee, 6325 South Valley View Blvd, Las Vegas, NV 89118-3813
2683436 ##+Kassu, LLC Profit Sharing Plan dated 1/1, c/o Kathleen A. Boyce Trustee, 16865 Rue Du Parc, Reno, NV 89511-4575
2684382 ##+Kelly L. Hadland and Karen J. Hadland, 1235 E Palo Verdo, Gilbert, AZ 85296-1326
2684806 ##+Kerner Revocable Trust B dated 3/16/81, c/o Melvin W. Kerner Trustee, 15758 Sunset Drive, Poway, CA 92064-2366
2686293 ##+Kimberly Taylor, 17324 Rosalla Drive, Eden Prairie, MN 55346-4282
2683374 ##+Kip Bishofberger & Betty Bishofberger, 2148-B 33rd Street, Los Alamos, UT 87544-2460
2684874 ##+Kreiser Living Trust dated 9/10/95, c/o John G. Kreiser & Paula Kreiser Trus, 10 Clover Lane, San Carlos, CA 94070-1550
2684406 ##+Kris J. Hamper, 16463 SW Snowy Owl Lane, Beaverton, OR 97007-8682
2798735 ##+LABOSSIERE FAMILY TRUST DTD 3/10/87, C/O GERARD A LABOSSIERE &, LUCILLE LEBOSSIERE TRUST, 635 JESSICA DR, MESQUITE NV 89027-7035
2861460 ##+LARRY APIGIAN & LEONA APIGIAN HWJTWROS, 172 WOODLAND RD, GOLDENDALE WA 98620-2613
2829920 ##+LAW OFFICES OF JAMES J LEE, 7674 W LAKE MEAD BLVD #108, LAS VEGAS NV 89128-6648
2824625 ##+LAW OFFICES OF JAMES J. LEE, 7674 W. LAKE MEAD BLVD., STE. 108, LAS VEGAS, NV 89128-6648
2827566 ##LEONARD BAKER & BARBARA BAKER, REVOCABLE TRUST, C/O LEONARD BAKER & BARBARA BAKER CO-TRU, 8520 BAYLAND DR, LAS VEGAS NV 89134-8641
2829212 ##LEONARD BAKER & BARBARA BAKER, REVOCABLE TRUST, C/O LEONARD BAKER & BARBARA BAKER TTEES, 8520 BAYLAND DR, LAS VEGAS NV 89134-8641
2792047 ##+LUCRECIA SPARKS, 868 VEGAS VALLEY DR, LAS VEGAS NV 89109-1537
2683404 ##+Land Exchange Accommodators, 2775 S Rainbow Blvd #150, Las Vegas, NV 89146-5192
2683199 ##+Larry Apigian & Leona Apigian, 172 Woodland Road, Goldendale, WA 98620-2613
2685917 ##+Larry D. Sargent & Marjean Sargent, 26813 Oak Branch Circle, Newhall, CA 91321-1428
2684407 ##+Larry E. Hanan Revocable Trust dated 5/2, c/o Larry E. Hanan Trustee, 4410 Endicott Place, Tampa, FL 33624-2621
2685617 ##+Larry Peschke & Susan Peschke, 24215 Falcon Point, Katy, TX 77494-6188
2683253 ##+Leonard Baker & Barbara Baker Revocable, c/o Leonard Baker & Barbara Baker Co-Tru, 8520 Bayland Drive, Las Vegas, NV 89134-8641
2686360 ##+Lesleigh J. Tolin, 5950 Canterbury Dr C-210, Culver City, CA 90230-6719
2683977 ##+Leslie E. Durham and Brandon A. Durham, 9505 Rusty Nail Dr., Reno, NV 89521-4057
2684656 ##+Leslie Irwin, P. O. Box 22342, Carson City, NV 89721-2342
2683817 ##+Leslie Shane Daniel and Denise M. Daniel, P O Box 4, Genoa, NV 89411-0004
2684108 ##+Lewis H. Fine & Arlene J. Fine, P O Box 487, Oakley, UT 84055-0487
2684107 ##+Lewis H. Fine IRA, c/o First Trust Co. of Onaga Custodian, P O Box 487, Oakley, UT 84055-0487
2686472 ##+Linda C. Vlautin Trust dated 10/31/01, c/o Linda C. Vlautin Trustee, 6152 Wycliffe Circle, Reno, NV 89519-7346
2683301 ##+Lisa Bastian Living Trust dated August 3, c/o Lisa Ann Bastian Trustee, 2004 Spruce Brook Dr, Henderson, NV 89074-1529
2683748 ##+Lois R. Copple, 393 Highland Hills Ct, Las Vegas, NV 89148-2788
2685044 ##+Lommori Family Trust dated 4/12/93, c/o Mario M. Lommori & Clarice E. Lommor, 20 South West St., Yerrington, NV 89447-2524
2683277 ##+Louise M. Barker, 17 Birchdale RD, Bow, NH 03304-4405
2683254 ##+Luanne Marie Baker, 2700 Prism Cavern Ct, Henderson, NV 89052-3944
2684307 ##+M. W. Gorts & Company, 7820 Emerald Harbor Ct, Las Vegas, NV 89128-7263
2829908 ##+MARGARET B MCGIMSEY TRUST, C/O WILLIAM L MCGIMSEY ESQ, 601 E CHARLESTON BLVD, LAS VEGAS NV 89104-1508
2840226 ##+MARIETTA VOGLIS, 201 E 79TH ST APT 17A, NEW YORK NY 10075-0844
2991256 ##MARK SCHEINER LIVING TRUST, C/O MARK SCHEINER TTEE, 1900 PLANTEA CT, LAS VEGAS NV 89117-1983
2862944 ##+MARSHALL R ZERBO A SINGLE MAN, MARSHALL R ZERBO, 250 W EL CAMINO REAL APT 5100, SUNNVALE CA 94087-1387
2685627 ##++MARY DIANE PETERSON, 353 MORITZ WAY, MT CHARLESTON NV 89124-9186 (address filed with court: Mary Diane Peterson, 65 Moritz Way, Mt. Charleston, NV 89124)
2683063 ##+MASSMEDIA, LLC, 4065 E. POST ROAD, LAS VEGAS, NV 89120-3992
2683064 ##+MATS, INC., 1849 US HWY 41, CALHOUN, GA 30701-3624
2865934 ##+MELVIN W KERNER, TTEE OF THE KERNER REVOCABLE TRUST 3/16/, 15758 SUNSET DR, POWAY CA 92064-2366

***** BYPASSED RECIPIENTS (continued) *****

2861478 ##MICHAEL W CARLTON & HELEN I CARLTON, HWJTWROS, 416 N 10TH ST, BLYTHE CA 92225-1835
2685339 ##+Mahendra C. Mody, 100 N Arlington Ave #7-A, Reno, NV 89501-1216
2685114 ##+Maldonado Trust under agreement dated 10, c/o Lou O. Maldonado Trustee, 303 E. Wildwood Drive, Phoenix, AZ 85048-2015
2685763 ##+Manuel F. Rendon & Constance M. Rendon, 9900 Wilbur May Pkwy #1206, Reno, NV 89521-4012
2825334 ##+Margaret B. McGimsey Trust, c/o William L. McGimsey, Esq., 601 East Charleston Blvd., Las Vegas, NV 89104-1508
2684730 ##+Margarita Jung, 1405 Vegas Valley Drive 317, Las Vegas, NV 89169-2265
2686474 ##+Marietta Voglis, 201 E 79 St Apt 17A, New York, NY 10075-0844
2683983 ##+Mark L. Eames & Sandra K. Eames, 7849 S Valentia St, Englewood, CO 80112-3338
2685938 ##+Mark Scheiner Living Trust, c/o Mark Scheiner Trustee, 1900 Plantea Court, Las Vegas, NV 89117-1983
2686693 ##+Marshall R. Zerbo, 250 W El Camino Real #5100, Sunnyvale, CA 94087-1387
2683399 ##+Martin Bock, 6300 Park Avenue, West New York, NJ 07093-4108
2684220 ##+Mary F. Gambosh, 14669 Penmore Lane, Charlotte, NC 28269-6237
2683599 ##+Matthew T. Carbone and Angela D. Carbone, 1012 Orchard Lane, Broadview Heights, CO 44147-3614
2685261 ##+McWaters Living Trust dated 9/03/2005, c/o Barry D. McWaters Trustee, P O Box 1807, Zephyr Cove, NV 89448-1807
2684337 ##+Michael Greeley Trust dated 7/27/00, c/o Michael H. Greeley Trustee, 5631 Granary Way, Athens, AL 35611-8820
2684381 ##+Michael Hadjigeorgalis and Brenda G. Had, 1 Councilman Avenue, Baltimore, MD 21206-1321
2683605 ##+Michael W. Carlton & Helen I. Carlton, 416 North 10th, Blythe, CA 92225-1835
2686320 ##+Michel Tessel. Jean-Jacques Berthelot w, 9328 Sienna Vista Drive, Las Vegas, NV 89117-7034
2685324 ##+Minami Revocable Trust dated 1/07/2005, c/o Jimmy Minami and MaryDianne M. Minam, 22770 S Hwy 125, Fairland, OK 74343-2418
2685329 ##+Minerva Family Trust dated 11/14/96, c/o Vito P. Minerva Trustee, P O Box 8973, Incline Village, NV 89452-8973
2686668 ##+Mitose Catherine Yonai Trust, c/o Mitose Catherine Yonai Trustee, 2316 Bleakwood Drive, Monterey Park, CA 91754-5903
2684817 ##+Mohammad Kianjah, P O Box 3412, Cedar City, UT 84721-3412
2684639 ##+Monica L. Hunt, 33 N Crestwood Dr, Billings, MT 59102-4928
2685303 ##+N.V. Milanowski & J. Marlene Milanowski, 1004 Haley Place, Delta, CO 81416-2443
2864564 ##NANCI GRAHAM, 240 UPPER TERRACE #3, SAN FRANCISCO CA 94117-4516
2864574 ##NANCY GUYER & TODD BARRETT, 455 ENTERPRISE CT, BOULDER CITY NV 89005-1508
2683067 ##+NATIONAL CREDIT CHECK, 3840 YORK ST., SUITE 230-A, DENVER, CO 80205-3574
2865933 ##+NORMA M KERNER TTEE OF EUGENE H, AND NORMA M STOKES TRUST UTD 5/16/84, 15758 SUNSET DR, POWAY CA 92064-2366
2861873 ##NV Milanowski & J Marlene Milanowski, 1004 HALEY PL, DELTA CO 81416-2443
2684320 ##+Nanci Graham, 240 Upper Terrace No. 3, San Francisco, CA 94117-4516
2684279 ##+Nancy Golden, 3456 Ridgecrest Drive, Reno, NV 89512-1442
2684377 ##+Nancy Guyer & Todd Barrett, 455 Enterprise Court, Boulder City, NV 89005-1508
2686187 ##+Naomi F. Stearns Trust Dated 8/9/1985, c/o Naomi F. Stearns Trustee, 3200 Port Royale Dr N Apt 412, Ft. Lauderdale, FL 33308-7803
2686459 ##+Nickolas Verlinich & Beverly Verlinich, 3749 S 4th Ave Unit 209, Yuma, AZ 85365-4562
2844651 ##O'NEILL, CHARLES AND LOIS O'NEILL, 2340 ARMSTRONG LN, RENO NV 89509-3861
2840990 ##+OVCA ASSOCIATES INC DEFINED PENSION PLAN, C/O WILLIAM J OVCA JR TTEE, 16872 BARUNA LN, HUNTINGTON BEACH CA 92649-3020
2827130 ##OVCA ASSOCIATES INC DEFINED PENSION PLAN, C/O WILLIAM J OVCA JR TRUSTEE, 16872 BARUNA LN, HUNTINGTON BEACH, CA 92649-3020
2810969 ##+OWENS, MILTON, 1094 W 7TH ST, SAN PEDRO CA 90731-2928
2685757 ##+Orban H. Reich Trust dated 12/27/00, c/o Orban H. Reich Trustee, P O Box 1844, Reno, NV 89505-1844
2685544 ##+Ovca Associates, Inc. Defined Pension Pl, c/o William J. Ovca, Jr. Trustee, 16872 Baruna Lane, Huntington Beach, CA 92649-3020
2826678 ##PALM TERRACE LLC, C/O CURTIS R TINGLEY/BRUCE PIONTKOWSKI, ROPERS MAJESKI KOHN & BENTLEY, 80 N FIRST ST, SAN JOSE CA 95113-1201
2819173 ##+PAOLO M ARROYO & MARIO D ARROYO, 4607 WILLIS AVE #22, SHERMAN OAKS CA 91403-2603
2829320 ##PETER VALVE COMPANY INC, 2800 WRONDEL WAY STE A, RENO NV 89502-4297
2865335 ##+PRISCILLA M GUPTAIL AND PRISCILLA K ADDY, PO BOX 9550, BEND OR 97708-9550
2685174 ##+Pamela Jean Marton, 2652 1/2 Lake View Terrace East, Los Angeles, CA 90039-2605
2683735 ##+Pamela M. Conboy, 2310 Oak Park Rd, Glendora, CA 91741-4019
2683194 ##+Patrick J. Anglin, 5130 Dunn Road, East Dubuque, IL 61025-9711
2685550 ##+Patti Page, 1225 Triumph Court, Las Vegas, NV 89117-7122
2684434 ##+Paul Hargis & Susan Gail Hargis, 6950 Darby Avenue, Las Vegas, NV 89117-3102
2685211 ##+Paul M. McAffee, P. O. Box 2580, Carson City, NV 89702-2580
2683733 ##+Penny Lee Comsia Revocable Trust UDT 4/1, c/o Penny Lee Comsia, Trustee, 53 Encantado Canyon, Rancho Santa Margarita, CA 92688-2906
2684906 ##+Peter Labadia and Beverly Labadia, 1604 Wandering Winds Way, Las Vegas, NV 89128-7974
2685871 ##+Peter Valve Company, Inc., 2800 A Wrondel Way, Reno, NV 89502-4297
2685619 ##+Peters Family Trust dated 7/22/00, c/o Ronald K. Peters Trustee, 531 Cambrian Way, Danville, CA 94526-6201
2684015 ##+Pioneer Accounting & Investments, LLC, c/o Christian Elbert Manager, 10333 Fairlawn Trail, Highlands Ranch, CO 80130-8963
2685687 ##+Presswood Living Trust dated 12/18/02, c/o James Columbus Presswood & Sharon El, 9227 Arbor Trail Drive, Dallas, TX 75243-6309
2684027 ##+Prince Emmanuel, 643 Woodside Sierra #2, Sacramento, CA 95825-7513
2684375 ##+Priscilla M. Guptail, P O Box 9550, Bend, OR 97708-9550
2684376 ##+Priscilla M. Guptail and Priscilla K. Ad, P O Box 9550, Bend, OR 97708-9550
2828276 ##RALPH W SHEARER TRUST, PO BOX 987, RENO NV 89504-0987

***** BYPASSED RECIPIENTS (continued) *****

2829217 ##RICHARD F CASEY III IRA #086082, PO BOX 1578, LOS GATOS CA 95031-1578
2826687 ##ROBERT HELMS, C/O CURTIS R TINGLEY/BRUCE PIONTKOWSKI, ROPERS MAJESKI KOHN & BENTLEY, 80 N FIRST ST, SAN JOSE CA 95113-1201
2863309 ##ROBERT R RODRIGUEZ REVOCABLE TRUST, DTD 1/31/06, THE, C/O ROBERT R RODRIGUEZ TTEE, 2809 EASY ST, PLACERVILLE CA 95667-3906
2855543 ##ROBERTS FAMILY TRUST DTD 4/28/04, C/O SARAH R ROBERTS TTEE, 520 CLEARVIEW DR, LOS GATOS CA 95032-1743
2809806 ##+ROGER MARION BRYAN &, ANN T BRYAN FAMILY TRUST DTD 8/19/92, 1644 N PALO VERDE DR, ST GEORGE UT 84770-6210
2865332 ##+RONALD M ADDY & PRISCILA K ADDY, PO BOX 9550, BEND OR 97708-9550
2826685 ##RUSSELL W GRAY, C/O CURTIS R TINGLEY/BRUCE PIONTKOWSKI, ROPERS MAJESKI KOHN & BENTLEY, 80 N FIRST ST, SAN JOSE CA 95113-1201
2683444 ##+Raymond Brahy & Rita Brahy, 323 S Academy, New Braunfels, TX 78130-5611
2685076 ##+Richard D. Luthi Trust dated 5/20/93, c/o Richard D. Luthi Trustee, 4908 Womack Circle, The Colony, TX 75056-2214
2683627 ##+Richard F. Casey III, IRA #086082, c/o Sterling Trust Company Custodian, P O Box 1578, Los Gatos, CA 95031-1578
2683559 ##+Richard L. Cadieux & Clara M. Cadieux, 1730 Terrace Heights Lane, Reno, NV 89523-1832
2685766 ##+Richard Retin, 1755 Rockhaven Drive, Reno, NV 89511-8665
2685227 ##+Richard S. McDonough, 6912 South 125 East, Midvale, UT 84047-1206
2683493 ##+Robert E. Brooks, 1405 14th Ave SW, Minot, ND 58701-5781
2683494 ##+Robert E. Brooks and Candith Brooks, 1405 14th Ave SW, Minot, ND 58701-5781
2683255 ##+Robert G. Baker & Miriam D. Baker, 3951 S Jeffreys St, Las Vegas, NV 89119-5194
2684484 ##+Robert G. Hawkins & Debra B. Hawkins Rev, c/o Robert G. Hawkins & Debra B. Hawkins, 33416 Overland Trail, Agua Dulce, CA 91390-3464
2685547 ##+Robert Oxendorf Trust dated 3/27/90, c/o Robert Oxendorf & Gary C. Mehlberg T, 6902 W Oklahoma Ave, Milwaukee, WI 53219-2940
2685823 ##+Robert R. Rodriguez, 2809 Easy St, Placerville, CA 95667-3906
2683681 ##+Robert T Chylak & Barbara M Chylak Famil, c/o Robert T. Chylak & Barbara M Chylak, 261 Fredricksburg Rd, Gardnerville, NV 89460-6572
2685813 ##+Roberts Family Trust dated 4/28/04, c/o Sarah R. Roberts Trustee, 520 Clearview Dr, Los Gatos, CA 95032-1743
2683508 ##+Roger C. Bruce, 7825 Geyser Hill Lane, Las Vegas, NV 89147-5640
2685620 ##+Ronald K. Peters and Susan A. Johnson, 531 Cambrian Way, Danville, CA 94526-6201
2683136 ##+Ronald M. Addy & Priscilla K. Addy, P. O. Box 9550, Bend, OR 97708-9550
2683621 ##+Ronald R. Carter & Leslie A. Carter Revo, c/o Ronald R. Carter & Leslie A. Carter, 6508 Anasazi NE, Albuquerque, NM 87111-7115
2686016 ##+Ronald Sharpe, 3150 S. Arville St. #52, Las Vegas, NV 89102-7640
2683756 ##+Rose M. Costa, 101 San Carlos Ave, Sausalito, CA 94965-2018
2685775 ##+Ruby C. Rhoads & Nancy R. Davis, 3249 San Amadeo Apt. O, Laguna Woods, CA 92637-3050
2686068 ##+Ruby Simon, 8728 Castle View Ave, Las Vegas, NV 89129-7680
2686067 ##+Ruby Simon & Evie Simon, 8728 Castle View Ave, Las Vegas, NV 89129-7680
2685374 ##+Rudolph W. Moreno & Beatriz Moreno, 7951 Monaco Bay Court, Las Vegas, NV 89117-2512
2683090 ##+SPECIAL ORDER SYSTEMS, 575 MENLO DRIVE, SUITE 4, ROCKLIN, CA 95765-3709
2822122 ##STEFFI FONTANA, 16400 SAYBROOK LN SPC 111, HUNTINGTON BEACH CA 92649-2268
2803766 ##STEPHEN F SOBESKY, 1118 OLMO WY, BOULDER CITY NV 89005-3116
2819198 ##+STEVE H MILLER & KAREN L MILLER, 7527 E PASARO DR, SCOTTSDALE AZ 85266-2741
2683092 ##+SUMMIT ELECTRIC, INC., 6363 S. PECO RD. SUITE 104, LAS VEGAS, NV 89120-6291
2798882 ##SYDNEY J SIEMENS 1997 REVOCABLE TRUST, DATED 5/23/97, C/O SYDNEY J SIEMENS TTEE, 652 E VALERIO ST, SANTA BARBARA CA 93103-1954
2685148 ##+Sally Mark, 7673 Granville Drive, Tamarack, FL 33321-8748
2685814 ##+Sarah R. Roberts, 520 Clearview Dr, Los Gatos, CA 95032-1743
2683200 ##+Secure Retirement Trust B, c/o Leona Apigian Trustee, 172 Woodland Road, Goldendale, WA 98620-2613
2686687 ##+Shahriar Zavosh, 3800 S Cantabria Circle #1042, Chandler, AZ 85248-4247
2684731 ##+Sharon Juno, 27139 Stratford Glen Drive, Daphne, AL 36526-8308
2825336 ##+Sharon or Jerry McGimsey, c/o William L. McGimsey, Esq., 601 East Charleston Blvd., Las Vegas, NV 89104-1508
2686248 ##+Shiqi Charlie Sun & Jianzhen Jean Sun, 6649 Rainbow Drive, San Jose, CA 95129-3846
2683274 ##+Simmtex, Inc., 2011 Oak Street, San Francisco, CA 94117-1802
2686081 ##+Sirrine Trust dated 1/28/93, c/o Jon Reno Sirrine Trustee, PO Box 785, Mt. Juliet, TN 37121-0785
2684150 ##+Steffi Fontana, 16400 Saybrook Lane # 111, Huntington Beach, NV 92649-2268
2686133 ##+Stephen F. Sobesky, 1118 Olmo, Boulder City, NV 89005-3116
2684172 ##+Stephen Frankel & Karen Frankel, 129 Arthur Street, Garden City, NY 11530-3043
2683718 ##+Stephen M. Cohen and Jayne B. Cohen, 1011 Victoria Avenue, Corona, CA 92879-2138
2685984 ##+Stephen S. Senfeld Living Trust dated 12, c/o Stephen S. Senfeld Trustee, 16300 Golf Club Rd #807, Weston, FL 33326-1664
2685317 ##+Steve H. Miller & Karen L. Miller, 7527 E Passaro, Scottsdale, AZ 85266-2741
2686363 ##+Steven B. Tomac & Laura J. Tomac, 37 Panavista Circle, Yerrington, NV 89447-9508
2686210 ##+Stevenson Family Trust, c/o Richard Stevenson & Doris Stevenson, 2051 High Mesa Dr, Henderson, NV 89012-2592
2686215 ##+Stewart Family Trust dated 1/15/98, c/o Michael D. Stewart & Mary Jude Stewa, 15 Vista Mirage Way, Rancho Mirage, CA 92270-1906
2684284 ##+Sumner R. Goldman, 7294 Kahana Dr., Boynton Beach, FL 33437-8102
2686049 ##+Sydney J. Siemens 1997 Revocable Trust d, c/o Sydney J. Siemens Trustee, 652 E Valerio Street, Santa Barbara, CA 93103-1954
2872124 ##TERI L MELVIN, 2704 CHOKECHERRY AVE, HENDERSON NV 89074-1990

***** BYPASSED RECIPIENTS (continued) *****

2800467 ##+TERRY L MCCASKILL MD, PROFIT SHARING PLAN DTD 1/1/89, TERRY L MCCASKILL MD, AND BRAD T GRAVES MD TTEES, 6630 S MCCARRAN BLVD STE 12, RENO NV 89509-6136
2800481 ##THE RUBY M HILL FAMILY TRUST, DTD 12/12/92, C/O RUBY M HILL TTEE, 877 E MARCH LN APT 377, STOCKTON CA 95207-5880
2685936 ##++THE WILLIAM L. SCHEER AND MARY L. SCHEER, C/O DR. WILLIAM L. SCHEER AND MARY L. SC, 392 RAINBOW CANYON BLVD, LAS VEGAS NV 89124-9185
(address filed with court: The William L. Scheer and Mary L. Scheer, c/o Dr. William L. Scheer and Mary L. Sc, 206 Rainbow Canyon Blvd, Las Vegas, NV 89124)
2685270 ##+Teri L. Melvin, 2704 Chokecherry Way, Henderson, NV 89074-1990
2683197 ##+The Anthony Family Living Trust, c/o Ronald J. Anthony & Nadine Anthony T, 1717 Pepper Street, Burbank, CA 91505-1842
2684700 ##+The Beulah J. Johnson Living Trust dated, c/o Beulah J. Johnson Trustee, 8122 W Flamingo Rd #160, Las Vegas, NV 89147-4210
2683514 ##+The Bryan Family Trust dated August 19,, c/o Roger Marvin Bryan and Ann T. Bryan,, 1644 N Palo Verde Drive, St George, UT 84770-6210
2683665 ##+The Chiappetta Trust dated 4/1/03, c/o Pat M. Chiappetta & Joann Chiappetta, 7043 Cinnamon Drive, Sparks, NV 89436-7401
2686018 ##+The Chris H. Sheein (deceased) & Evelyn, c/o Evelyn Asher Sheerin Trustee, 549 Ruby Lane, Carson City, NV 89706-0211
2684325 ##+The Grams 1999 Family Trust, c/o Jerome Grams & Bernice Grams Trustee, 10681 Hawes End Court, Las Vegas, NV 89183-4547
2686146 ##+The Joseph F. and Marcia A. Sparks Revoc, c/o Joseph F. Sparks and Marcia A. Spark, 10401 W Charleston Blvd Unit A210, Las Vegas, NV 89135-1176
2685824 ##+The Robert R. Rodriguez Revocable Trust, c/o Robert R. Rodriguez, Trustee, 2809 Easy St, Placerville, CA 95667-3906
2684565 ##+The Ruby M. Hill Family Trust dated Dece, c/o Ruby M. Hill, Trustee, 877 E March Ln #377, Stockton, CA 95207-5880
2686082 ##+The Sisk Family Foundation, c/o Daryl B. Sisk, Trustee, 1813 E Cranberry Way, Springville, UT 84663-3931
2684308 ##+Theodora Gottwald, P O Box 16532, San Francisco, CA 94116-0532
2684079 ##+Theresa M. Farrah, 1410 Murchison Drive, Millbrae, CA 94030-2855
2685990 ##+Thomas R. Sexton, 450 Waycliffe Ave N, Wayzata, MN 55391-1384
2686332 ##+Thompson Family Trust dated 5/21/92, c/o David H. Thompson & Kathryn Thompson, 3145 W Torino Ave, Las Vegas, NV 89139-7856
2685199 ##+Todd Charles Maurer, 3100 Chino Hills Pkwy Apt 1411, Chino Hills, CA 91709-4298
2684154 ##+Tomie S. Ford, 335 Desert Meadow Ct., Reno, NV 89502-8725
2685094 ##+Tony T. Macey, 18055 NW Tillamook, Portland, OR 97229-3347
2686435 ##+USA Capital Diversified Trust Deed Fund, 4484 S Pecos Rd, Las Vegas, NV 89121-5030
2686432 ##+USA Capital First Trust Deed Fund, 4484 S Pecos Rd, Las Vegas, NV 89121-5030
2686433 ##+USA Commercial Mortgage Company, 4484 S Pecos Rd, Las Vegas, NV 89121-5030
2698949 ##+VINCE DANELIAN, C/O EDWARD HANIGAN, 199 N ARROYO GRAND BLVD #200, HENDERSON, NV 89074-1609
2686467 ##+Virts Revocable Living Trust, c/o Donald E. Virts & Patricia Virts Tru, 4381 W Hidden Valley, Reno, NV 89502-9537
2825036 ##+WILLIAM M SPANGLER, JEAN A SPANGLER, 711 GORDON AVE, RENO NV 89509-1406
2823072 ##+WILLIAM M SPANGLER, 711 GORDON AVE, RENO NV 89509-1406
3098214 ##+WILLIAM MCGIMSEY, 601 E CHARLESTON BLVD, LAS VEGAS NV 89104-1508
2819171 ##WIMSATT JTRUST DTD 10/19/04, C/O LINDA J WIMSATT TTEE, 4920 AMADOR DR, OCEANSIDE CA 92056-4971
2826682 ##WOW ENTERPRISES INC, C/O CURTIS R TINGLEY/BRUCE PIONTKOWSKI, ROPERS MAJESKI KOHN & BENTLEY, 80 N FIRST ST, SAN JOSE CA 95113-1201
2683403 ##+Wayne Dotson Co., P O Box 3663, Incline Village, NV 89450-3663
2686535 ##+Webber Family Trust dated 10/31/89, c/o Patricia Ann Webber Trustee, 9157 Shadow Glen Way, Fort Myers, FL 33913-6602
2683310 ##+Wendy Beadle, 1440 Yosemite Ave, San Jose, CA 95126-2916
2684449 ##+William L. Harper, 375 River Flow Drive, Reno, NV 89523-8934
2685749 ##+William Lee Reeves, P O Box 3933, Carson City, NV 89702-3933
2686145 ##+William M. Spangler & Jean A. Spangler, 711 Gordon Ave, Reno, NV 89509-1406
2686599 ##+Wimsatt Trust dated October 19, 2004, c/o Linda J. Wimsatt, Trustee, 4920 Amador Dr, Oceanside, CA 92056-4971
2686640 ##+Work Holdings Inc., 317 E. Wildwood Drive, Phoenix, AZ 85048-2015
2684332 ##+declaration of trust dated 7/19/79, c/o Gerald W. Gray & Sherry A. Gray Co-T, P O Box 8351, Incline Village, NV 89452-8351

TOTALS: 29, * 614, ## 403

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 05, 2011** **Signature:** Joseph Speetjens

Entered on Docket
May 03, 2011

Mary A. Schott

Mary A. Schott, Clerk
United States Bankruptcy Court

RICHARD I. DREITZER, ESQ.
Nevada Bar No. 6266
**FOX ROTHSCHILD LLP**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: rdreitzer@foxrothschild.com

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

USA Commercial Mortgage Company,
USA Capital Realty Advisors, LLC,
USA Capital Diversified Trust Deed Fund, LLC,
USA Capital First Trust Deed Fund, LLC,
USA Securities, LLC,

Debtors.

Case No. BS-S-06-10725-LBR
Case No. BS-S-06-10726-LBR
Case No. BS-S-06-10727-LBR
Case No. BS-S-06-10728-LBR
Case No. BS-S-06-10729-LBR

Chapter 11

**ORDER GRANTING MOTION TO WITHDRAW AND REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND MAILING MATRIX**

The Court hereby grants the Motion to Remove Counsel from the CM/ECF Service List and Mailing Matrix filed by Richard I. Dreitzer, Esq., of the law firm of Fox Rothschild LLP ("Counsel").

///

///

///

The Clerk of the Court is hereby directed to discontinue notice in the above-captioned case by removing Counsel from the CM/ECF service list and removing Counsel from the mailing matrix.

Submitted by:

**FOX ROTHSCHILD LLP**

By /s/ Richard I. Dreitzer
RICHARD I. DREITZER, ESQ.
Nevada Bar No. 6266
**FOX ROTHSCHILD LLP**
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 262-6899
Facsimile: (702) 597-5503
Email: rdreitzer@foxrothschild.com

###

FOX ROTHSCHILD LLP
3800 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
(702) 262-6899
(702) 597-5503 (fax)