Anne F. Di Salvo

P. O. Box 18220

Reno, Nevada 89511-0220

RECEIVED AND FILED

2011 MAY -4 PM 12: 03

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Telephone: 775-852-9047    Fax: 775-852-9046    E-Mail: afdisalvo@juno.com

April 26, 2011

Clerk's Office
300 Booth Street
Room 1109
Reno, NV 89509

Re: USA Commercial Mortgage Company
Case No.: BK-S-06-10725-LBR

Dear Sirs or Madam:

Please change my mailing address pertaining to the above case from 15520 Fawn Lane, Reno, NV, 89511-8018 to:

P.O. Box 18220
Reno, NV 89511-0220

Thank you,

Sincerely,

*[signature: Anne F. Di Salvo]*

Anne F. Di Salvo