**LEWIS AND ROCA LLP — LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr., NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker  AZ State Bar No. 018024

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,[1]<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[2]<br><br>USA Securities, LLC,[3]<br>　　　　　　　　　　　　Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Stipulation To Extend Deadline To File Response To Sixth Omnibus Objection of USACM Liquidating Trust's to Proofs of Claim Based in Whole or In Part Upon Investment in the Oak Shores II Loan as to Proof Of Claim Of Donald H. Pinsker And Continue Hearing (as to Donald H. Pinsker only)**<br><br>Date of Hearing:  May 9, 2011<br>Time of Hearing:  2:00 p.m.<br><br>New Date of Hearing:  June 14, 2011<br>Time of Hearing:  10:30 a.m. |

　　　　USACM Liquidating Trust (the "USACM Trust") and Donald H. Pinsker, ("Mr. Pinsker") by and through their undersigned counsel stipulate:

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

1. The USACM Trust filed its Sixth Omnibus Objection of USACM Trust To Proofs of Claim Based In Whole Or In Part Upon Investment in the Oak Shores II Loan [DE 8309] which included an objection to Proof of Claim No. 10725-02423 filed by Mr. Pinsker (the "Oak Shores Objection").

2. The Oak Shores Objection is scheduled for hearing before this Court on May 9, 2011 at 2:00 p.m.

3. To allow time for Mr. Pinsker to review his records, Mr. Pinsker requested that the deadline to file a response to the Oak Shores Objection be extended and that the hearing on the Oak Shores Objection be continued as to Mr. Pinsker only.

4. Therefore it is stipulated and agreed:

- The hearing scheduled for May 9, 2011 at 2:00 p.m. on the Oak Shores Objection to Mr. Pinsker's claim be continued to **June 14, 2011 at 10:30 a.m.** The hearing will not be continued as to any of the other claimants.
- The deadline for Mr. Pinsker to file a response to the Oak Shores Objection be extended to **June 7, 2011.**

5. The parties submit a stipulated order for the Court's convenience.

DATED: May 6, 2011.

**LEWIS AND ROCA LLP**

By:  /s/ John Hinderaker (#018024)
    Robert M. Charles, Jr.  NV 6593
    John Hinderaker, AZ 018024 *Pro Hac Vice*
*Counsel for USACM Liquidating Trust*
\

By: s/ *Donald H. Pinsker*
    Donald H. Pinsker
    8650 W. Verde Way
    Las Vegas NV 89149-1365

2

2365577.1