**USACM Trust**
**Marlton Square**
**Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Marlton Square Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marlton Square Loan |
|---|---|---|---|---|---|
| 10725-01278 | 11/10/2006 | Arends Family Trust | Joan Arends As Trustee 2310 Aqua Hill Rd Fallbrook, CA 92026 | 100,000.00 | 100,000.00 |
| 10725-01629 | 12/8/2006 | Baker, Sigfried | 8057 Lands End Las Vegas, NV 89117 | 50,000.00 | 50,000.00 |
| 10725-02320 | 1/13/2007 | Benjamin, Philip & Maureen | Po Box 376 Indian Springs, NV 89018-0376 | 55,381.90 | 55,381.90 |
| 10725-00191 | 9/8/2006 | Billy Shope Jr Family Lp | *Undeliverable Address* 2833 Maryland Hills Dr Henderson, NV 89052 | 101,493.06 | 101,493.06 |
| 10725-00195 | 9/8/2006 | Brouwers Family Trust | 8040 Vista Twilight Dr Las Vegas, NV 89123 | 50,746.53 | 50,746.53 |
| 10725-00325 | 9/28/2006 | Cale Family Trust Dtd 11/16/88 | C/O Keith J Cale Ttee 6070 Ingleston Dr Unit 1111 Sparks, NV 89436-7082 | 103,204.00 | 103,204.00 |
| 10725-02432 | 1/12/2007 | Chavez, Roland | 5 Falkner Dr Ladera Ranch, CA 92694-0924 | 50,000.00 | 50,000.00 |
| 10725-01295 | 11/10/2006 | David & Sue Hays Revocable Family Trust | David & Sue Hays Ttee 361 E Delmar Dr Henderson, NV 89015 | 100,000.00 | 100,000.00 |

EXHIBIT A

2361253.1

**USACM Trust**
**Marlton Square**
**Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Marlton Square Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marlton Square Loan |
|---|---|---|---|---|---|
| 10725-01546 | 12/4/2006 | Dcgt FBO Claude M Penchina Roth IRA | 74 Rue De Sevres Paris 75007, France | 51,692.44 | 51,692.44 |
| 10725-01339 | 11/10/2006 | Fanelli, John J & Gina A | 27 Larch St Fitchburg, MA 01420-2009 | 102,500.00 | 102,500.00 |

EXHIBIT A

2361253.1