**USACM Trust**
**Marlton Square**
**Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Marlton Square Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marlton Square Loan |
|---|---|---|---|---|---|
| 10725-00193 | 9/8/2006 | First Savings Bank | Trust Department<br>2605 E Flamingo Rd<br>Las Vegas, NV 89119 | 101,493.06 | 101,493.06 |
| 10725-00739 | 10/26/2006 | Fontana, Steffi | 16400 Saybrook Ln Spc 111<br>Huntington Beach, CA 92649-2268 | 54,437.00 | 54,437.00 |
| 10725-00014-2 | 12/6/2006 | Frieda Moon & Sharon C Van Ert JTWRS | 2504 Callita Ct<br>Las Vegas, NV 89102 | 51,076.38 | 51,076.38 |
| 10725-01965 | 1/10/2007 | Harouff Jt Ten, Dwight W & Mary Ann | 5680 Ruffian Rd<br>Las Vegas, NV 89149 | 253,732.40 | 126,866.20 |
| 10725-00214 | 9/29/2006 | Harvey, Roderick J Sr & Pauline W | Trustees Of Harvey Family Trust, Dtd 4/13/97<br>Donna M Osborn Esq Marquis & Aurbach<br>10001 Park Ru<br>Las Vegas, NV 89145 | 50,000.00 | 50,000.00 |
| 10725-00082 | 7/17/2006 | Hoglund, John & Patricia | 7574 E Green Lake Dr N  Seattle, WA 98103 | 51,597.18 | 51,597.18 |
| 10725-00278 | 9/27/2006 | Isenberg, Edwin | 952 Las Lomas Ave<br>Pacific Palisades, CA 90272-2430 | 50,000.00 | 50,000.00 |

EXHIBIT A

2361253.1

**USACM Trust**
**Marlton Square**
**Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Marlton Square Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marlton Square Loan |
|---|---|---|---|---|---|
| 10725-00906 | 10/31/2006 | Joyce E Smith Trust Dated 11/3/99 | C/O Joyce E Smith Trustee 3080 Red Springs Dr Las Vegas, NV 89135-1548 | 134,114.58 | 134,114.58 |
| 10725-00815 | 10/30/2006 | JWB Investments Inc Pension Plan | 2333 Dolphin Ct Henderson, NV 89052-5320 | 108,506.96 | 108,506.96 |
| 10725-00591 | 10/16/2006 | Kopf, Klaus & Colette | 8096 Merlewood Ave Las Vegas, NV 89117-7647 | 53,767.00 | 53,767.00 |

EXHIBIT A

2361253.1