# EXHIBIT C

FORM B10 (Official Form 10) (10/05)

| United States Bankruptcy Court - District of Nevada | | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor<br>**USA Commercial Mortgage Company** | Case Number<br>**BK-S-06-10725 LBR** | |
|---|---|---|

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

| Name of Creditor (The person or other entity to whom the debtor owes money or property)<br>**First Savings Bank**<br><br>Name and address where notices should be sent<br>**First Savings Bank**<br>**Trust Department**<br>**2605 E Flamingo Rd**<br>**Las Vegas, NV 89119**<br><br>Telephone number | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars<br><br>☐ Check box if you have never received any notices from the bankruptcy court in this case<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court | This Space is for Court Use Only |
|---|---|---|

| Last 4 digits of account or other number by which creditor identifies debtor | Check here if this claim ☒ replaces ☐ amends a previously filed claim dated 8/28/06 | |
|---|---|---|

**1 Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ■ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other_____

- ☐ Retiree benefits as defined in 11 U S C § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of SS # _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)                    (date)

| 2 Date debt was incurred **August 11, 2005** | 3 If court judgment, date obtained |
|---|---|

**4 Classification of Claim** Check the appropriate box or boxes that describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**Unsecured Nonpriority Claim $_____**

☐ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority

**Unsecured Priority Claim**

☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority

Amount entitled to priority $_____
Specify the priority of the claim

☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)

☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U S C § 507(a)(4)

☐ Contributions to an employee benefit plan - 11 U S C § 507(a)(5)

**Secured Claim**

■ Check this box if your claim is secured by collateral (including a right of setoff)
Brief Description of Collateral
■ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral $ unknown

Amount of arrearage and other charges at time case filed included in the secured claim, if any $ **101,493 06**

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U S C § 507(a)(7)

☐ Taxes or penalties owed to governmental units - 11 U S C § 507(a)(8)

☐ Other - Specify applicable paragraph of 11 U S C § 507(a)(_____)

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

**5 Total Amount of Claim at Time Case Filed  $ _____     101,493 06     _____     101,493 06**
(unsecured)              (secured)          (priority)          (Total)

■ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

| 6 **Credits** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim<br><br>7 **Supporting Documents** *Attach copies of supporting documents* such as promissory notes purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages security agreements and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary<br><br>8 **Date-Stamped Copy** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim | This Space is for Court Use Only<br><br>filed date<br>9/8/06 |
|---|---|

| Date<br>8-10-06 | Sign and print the name and title if any of the creditor or other person authorized to file this claim (attach copy of power of attorney if any)<br>*Susan O'Connor*<br>**Cust of the John W Brouwers, MD SEP/IRA** | USA CMC<br>[barcode]<br>1072500193 |
|---|---|---|

*Penalty for presenting fraudulent claim* Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U S C §§ 152 and 3571

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

## PROOF OF CLAIM

| Name of Debtor | Case Number |
|---|---|
| USA Commercial Mortgage Company | BK-S-06-10725LBR |

NOTE   See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case   A 'request' for payment of an administrative expense may be filed pursuant to 11 U S C § 503

**Name of Creditor and Address**

|||||||| 11321241002214

STEFFI FONTANA
16400 SAYBROOK LN SPC 111
HUNTINGTON BEACH CA  92649-2268

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim   Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court

**DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS**

If you have already filed a proof of claim with the Bankruptcy Court or BMC  you do not need to file again

**THIS SPACE IS FOR COURT USE ONLY**

Creditor Telephone Number (   )   714 377 4494

Last four digits of account or other number by which creditor identifies debtor

Client ID 7012  Account ID 7115

Check here if this claim  ☐ replaces  ☐ amends  a previously filed claim dated _____

**1 BASIS FOR CLAIM**
- ☐ Goods sold
- ☐ Services performed
- ☒ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other (describe briefly) _____
- ☐ Retiree benefits as defined in 11 U S C § 1114(a)
- ☐ Wages  salaries  and compensation (fill out below)
  Last four digits of your SS # _____
  Unpaid compensation for services performed from _____ (date) to _____ (date)
- ☐ Unremitted principal
- ☐ Other claims against servicer (not for loan balances)

**2 DATE DEBT WAS INCURRED** 08/2005

**3 IF COURT JUDGMENT, DATE OBTAINED** N/A

**4 CLASSIFICATION OF CLAIM**   Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM  $** _____
☐ Check this box if  a) there is no collateral or lien securing your claim  or b) your claim exceeds the value of the property securing it  or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim  all or part of which is entitled to priority
Amount entitled to priority    $ _____
Specify the priority of the claim
☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages  salaries  or commissions (up to $10 000)* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business  whichever is earlier - 11 U S C § 507(a)(4)
☐ Contributions to an employee benefit plan - 11 U S C § 507(a)(5)

**SECURED CLAIM**
☒ Check this box if your claim is secured by collateral (including a right of setoff)
Brief description of collateral
☒ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral  $ 36 000 000 —
Amount of arrearage and other charges at time case filed included in secured claim, if any  $ Approx 54 437 00

☐ Up to $2 225* of deposits toward purchase  lease  or rental of property or services for personal  family  or household use -11 U S C § 507(a)(7)
☐ Taxes or penalties owed to governmental units  11 U S C § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U S C § 507(a) ( ____ )

* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5 TOTAL AMOUNT OF CLAIM AT TIME CASE FILED**   $ _____ (unsecured)   $ Approx 54 437 00 (secured)   $ _____ ( priority)   $ 54 437.00 (Total)

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim   Attach itemized statement of all interest or additional charges

**6 CREDITS** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7 SUPPORTING DOCUMENTS** *Attach copies of supporting documents,* such as promissory notes  purchase orders  invoices  itemized statements of running accounts  contracts  court judgments  mortgages  security agreements  and evidence of perfection of lien   DO NOT SEND ORIGINAL DOCUMENTS   If the documents are not available  explain   If the documents are voluminous, attach a summary

**8 DATE-STAMPED COPY**   To receive an acknowledgment of the filing of your claim  enclose a stamped  self-addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

BY MAIL TO
BMC Group
Attn  USACM Claims Docketing Center
P O Box 911
El Segundo, CA 90245-0911

BY HAND OR OVERNIGHT DELIVERY TO
BMC Group
Attn  USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo  CA 90245

**THIS SPACE FOR COURT USE ONLY**

FILED OCT 2 6 2006

| DATE | SIGN and print the name and title  if any  of the creditor or other person authorized to file this claim (attach copy of power of attorney  if any) |
|---|---|
| 10/24/06 | Steffi Fontana |

USA CMC
1072500739

Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years  or both  18 U S C §§ 152 AND 3571

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT _____ DISTRICT OF __NEVADA__ | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>USA COMMERCIAL MORTGAGE CO. | Case Number<br>06-10725 | |

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U S C § 503

| Name of Creditor (The person or other entity to whom the debtor owes money or property)  **Frieda Moon, an unmarried woman and Sharon C. Van Ert, an unmarried woman as JTWRS** | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars | |
|---|---|---|
| Name and address where notices should be sent<br>**Frieda Moon**<br>**2504 CAlita Court**<br>**Las Vegas, NV 89102**<br>Telephone number, **702-599-6000** | ☐ Check box if you have never received any notices from the bankruptcy court in this case.<br>☐ Check box if the address differs from the address on the envelope sent to you by the court | THIS SPACE IS FOR COURT USE ONLY |
| Last four digits of account or other number by which creditor identifies debtor | Check here ☐ replaces<br>if this claim ☒ amends a previously filed claim dated __5/23/06__ | |

| 1    Basis for Claim   **General Claim Class 4**<br>☐  Goods sold<br>☐  Services performed<br>☐  Money loaned<br>☐  Personal injury/wrongful death<br>☐  Taxes<br>☒  Other __Negligence and Fraud__ | ☐  Retiree benefits as defined in 11 U S C § 1114(a)<br>☐  Wages salaries and compensation (fill out below)<br>        Last four digits of your SS # _____<br>        Unpaid compensation for services performed<br>        from _____ to _____<br>                  (date)                        (date) |
|---|---|
| 2.    Date debt was incurred<br>**October 26, 2005** | 3.    If court judgment, date obtained |

4  Classification of Claim  Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

| Unsecured Nonpriority Claim $ __51,076.38__<br>☒  Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority | Secured Claim<br>☐  Check this box if your claim is secured by collateral (including a right of setoff)<br>   Brief Description of Collateral<br>   ☐ Real Estate  ☐ Motor Vehicle  ☐ Other_____<br>   Value of Collateral  $_____ |
|---|---|
| Unsecured Priority Claim<br>☐  Check this box if you have an unsecured claim all or part of which is entitled to priority<br>Amount entitled to priority  $_____ | Amount of arrearage and other charges at time case filed included in secured claim if any  $_____ |
| Specify the priority of the claim<br>☐  Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)<br>☐  Wages salaries or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier - 11 U S C § 507(a)(4)<br>☐  Contributions to an employee benefit plan - 11 U S C § 507(a)(5) | ☐  Up to $2,225* of deposits toward purchase lease, or rental of property or services for personal family or household use  11 U S C § 507(a)(7)<br>☐  Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8)<br>☐  Other - Specify applicable paragraph of 11 U S C. § 507(a)(___)<br>*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment |

| 5.    Total Amount of Claim at Time Case Filed  **As of Nov. 6, 2006**<br>☐  Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges | $ **51,076. 38** _____ _____ **51,076.18**<br>    (unsecured)    (secured)    (priority)    (Total) |
|---|---|

| 6    Credits    The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim<br><br>7    Supporting Documents  *Attach copies of supporting documents*, such as promissory notes, purchase orders invoices itemized statements of running accounts contracts court judgments, mortgages, security agreements and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous, attach a summary<br><br>8    Date-Stamped Copy  To receive an acknowledgment of the filing of your claim enclose a stamped self-addressed envelope and copy of this proof of claim | THIS SPACE IS FOR COURT USE ONLY<br><br>**FILED DEC 0 6 2006** |
|---|---|
| Date<br>**12/6/06** | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney if any)<br>*Nancy L. Allf*<br>**Nancy L. Allf, Esq., Bar #0128** | |

Penalty for presenting fraudulent claim  Fine of up to  $500,000 or imprisonment for up to 5 years  or both  18 U.S.C

USA CMC<br>1072500014 2

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT _____ DISTRICT OF Nevada | PROOF OF CLAIM |
|---|---|

| Name of Debtor  USA Commercial Mortgage Company | Case Number  06-10725-LBR |
|---|---|

NOTE. This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U S C § 503

| Name of Creditor (The person or other entity to whom the debtor owes money or property)  Dwight W Harouff & Mary Ann Harouff, joint tenants with right of survivorship | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars | |
|---|---|---|
| Name and address where notices should be sent  Dwight W & Mary Ann Harouff  5680 Ruffian Road  Las Vegas, NV  89149  Telephone number (702) 873-6688 | ☐ Check box if you have never received any notices from the bankruptcy court in this case  ☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |

| Last four digits of account or other number by which creditor identifies debtor | Check here  if this claim | ☐ replaces  ☐ amends  a previously filed claim  dated _____ |
|---|---|---|

**1  Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☑ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☑ Other  See Exhibit A

- ☐ Retiree benefits as defined in 11 U S C § 1114(a)
- ☐ Wages salaries and compensation (fill out below)
  Last four digits of your SS # _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)                      (date)

| 2.  Date debt was incurred  June, 2005 | 3.  If court judgment, date obtained |
|---|---|

**4  Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $ 126,866 20
- ☑ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**Unsecured Priority Claim**
- ☐ Check this box if you have an unsecured claim all or part of which is entitled to priority
  Amount entitled to priority  $ _____

Specify the priority of the claim
- ☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
- ☐ Wages salaries or commissions (up to $10 000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier  11 U S C § 507(a)(4)
- ☐ Contributions to an employee benefit plan - 11 U S C § 507(a)(5)

**Secured Claim**
- ☑ Check this box if your claim is secured by collateral (including a right of setoff)

  Brief Description of Collateral
  - ☑ Real Estate   ☐ Motor Vehicle   ☐ Other_____
  Value of Collateral  $ unknown

  Amount of arrearage and other charges at time case filed included in secured claim if any  $ 1,866 20

- ☐ Up to $2 225* of deposits toward purchase lease or rental of property or services for personal family or household use - 11 U S C § 507(a)(7)
- ☐ Taxes or penalties owed to governmental units - 11 U S C § 507(a)(8)
- ☐ Other - Specify applicable paragraph of 11 U S C § 507(a)(___)

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

| 5  Total Amount of Claim at Time Case Filed | $ 126866 20 (unsecured) | 126,866 20 (secured) | _____ (priority) | 126,866 20 (Total) |
|---|---|---|---|---|

- ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

| 6.  Credits  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| 7  Supporting Documents  Attach copies of supporting documents, such as promissory notes, purchase orders invoices itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available explain  If the documents are voluminous, attach a summary | FILED JAN 10 2007 |
| 8  Date-Stamped Copy  To receive an acknowledgment of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim | |

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney if any) | |
|---|---|---|
| 1/9/07 | *Dwight W Harouff* (signature)  *Mary Ann Harouff* (signature)  Dwight W Harouff  Mary Ann Harouff | USA CMC  1072501965 |

Penalty for presenting fraudulent claim. Fine of up to $500,000 or imprisonment for up to 5 years or both 18 U S C

Form B10 (Official Form 10)(10/05)

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor  USA COMMERCIAL MORTGAGE COMPANY | Case Number | |

NOTE  This form should not be used to make a claim for an administrative expense arising after the commencement of the case  A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

| Name of Creditor (The person or other entity to whom the debtor owes money or property)<br><br>RODERICK J HARVEY  SR  AND PAULINE W HARVEY  TRUSTEES OF THE HARVEY FAMILY TRUST  DATED 4/13/87 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars<br>☐ Check box if you have never received any notices from the bankruptcy court in this case<br>☐ Check box if the address differs from the address on the envelope sent to you by the court | E-FILED _____ |
|---|---|---|
| Name & address where notices should be sent<br>DONNA M  OSBORN, ESQ<br>Marquis & Aurbach<br>10001 Park Run Drive<br>Las Vegas, NV 89145<br>Telephone number  ( 702 ) 382-0711 | | THIS SPACE IS FOR COURT USE ONLY |
| Account or other number by which creditor identifies debtor<br>MARLTON SQUARE | Check here<br>if this claim  ☐ replaces<br>☐ amends a previously filed claim, dated _____ | |

**1  BASIS FOR CLAIM**
- ☐ Goods sold
- ☐ Services performed
- ☒ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other

☐ Retiree benefits as defined in 11 U S C § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
   Last four digits of your SS # _____
   Unpaid compensation for services performed

from _____ to _____
     (date)       (date)

**2  Date debt was incurred**
6-20-05

**3  If court judgment, date obtained**

**4  Classification of Claim**  Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

| Unsecured Nonpriority Claim $_____<br><br>☐ Check this box if  a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority | **Secured Claim**<br>☒ Check this box if your claim is secured by collateral (including a right of setoff) |
|---|---|
| **Unsecured Priority Claim**<br>☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority<br><br>Amount entitled to priority $_____<br><br>Specify the priority of the claim<br><br>☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)<br><br>☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U S C § 507(a)(4)<br><br>☐ Contributions to an employee benefit plan - 11 U S C § 507(a)(5) | Brief description of collateral<br>X Real Estate    ☐ Motor Vehicle    ☐ Other _____<br>Value of collateral  $Unknown<br><br>Amount of arrearage and other charges at time case filed included in secured claim, if any  $ 50,000 00<br><br>☐ Up to $2,225* of deposits toward purchase, lease or rental of property or services for personal, family or household use- 11 U S C § 507(a)(7)<br><br>☐ Taxes or penalties owed to governmental units  11 U S C § 507(a)(8)<br><br>☐ Other-Specify applicable paragraph of 11 U S C § 507(a)( )<br><br>*Amounts are subject to adjustment on 4/1/07 and every three years thereafter with respect to cases commenced on or after the date of adjustment |

| **5  Total Amount of Claim at Time Case Filed** | $____ (unsecured) | $50,000 00 (secured) | $____ (priority) | $____ (total) |
|---|---|---|---|---|

☒ Check this box if claim includes interest or other charges in addition to the principle amount of the claim  Attach itemized statement of all interest or additional charges

| **6  Credits**  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim<br>**7  Supporting documents**  Attach copies of supporting documents, such as promissory notes purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available, explain  If the documents are voluminous, attach a summary<br>**8  Date-Stamped copy**  To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and a copy of this proof of claim | THIS SPACE IS FOR COURT USE ONLY<br><br>filed date<br><br>9/29/06 |
|---|---|
| **Date**<br><br>9 29-06 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney if any)<br><br>_[signature]_       Donna M  Osborn  Esq | |

Penalty for presenting fraudulent claim  Fine of up to $500,000 or imprisonment for up to 5 years, or both  18 U S C §§ 152 & 3571

USA CMC

1072500214

M&A 08139-001 401909_1 9/29/2006 9 06 AM

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF _NEVADA_ | PROOF OF CLAIM |
|---|---|---|

Name of Debtor  
*USA Capital Commercial Mortgage*

Case Number **06- /0725** RECD & FILED

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case A request for payment of an administrative expense may be filed pursuant to 11 USC § 503

RECD JUL 2 0 2006

JUL 17   3 17 PM '06

BANKRUPTCY COURT
PATRICIA GRAY
CLERK

Name of Creditor (The person or other entity to whom the debtor owes money or property)  
*John A. + Patricia O. Hoglund*

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars

Name and address where notices should be sent  
*7574 E. Green Lake Drive N.*  
*Seattle, Washington 98103*  
Telephone number *360-239-2006*

☐ Check box if you have never received any notices from the bankruptcy court in this case

☐ Check box if the address differs from the address on the envelope sent to you by the court

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor *24071 / Investor Report*

Check here ☐ replaces  
if this claim ☐ amends a previously filed claim dated _____

| 1 | Basis for Claim |
|---|---|

☐ Goods sold  
☐ Services performed  
☒ Money loaned  
☐ Personal injury/wrongful death  
☐ Taxes  
☐ Other _____

☐ Retiree benefits as defined in 11 USC § 1114(a)  
☐ Wages salaries and compensation (fill out below)  
Last four digits of your SS # _____  
Unpaid compensation for services performed  
from _____ to _____  
(date)            (date)

**2  Date debt was incurred**  
*6/20/05 Funded   Due 6/20/06*

**3  If court judgment, date obtained**

**4  Classification of Claim** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed See reverse side for important explanations

**Unsecured Nonpriority Claim** $_____

☐ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it or if c) none or only part of your claim is entitled to priority

**Secured Claim** *Marlton Square Associates, a CVE Entity, LLC*  
☒ Check this box if your claim is secured by collateral (including a right of setoff)

Brief Description of Collateral  
☒ Real Estate ☐ Motor Vehicle ☐ Other _____  
Value of Collateral $*50,000,000 (est)*

Amount of arrearage and other charges at time case filed included in secured claim, if any $*51,597.18*

**Unsecured Priority Claim**

☐ Check this box if you have an unsecured claim all or part of which is entitled to priority

Amount entitled to priority $_____

Specify the priority of the claim

☐ Domestic support obligations under 11 USC § 507(a)(1)(A) or (a)(1)(B)

☐ Wages salaries, or commissions (up to $10 000) * earned within 180 days before filing of the bankruptcy petition or cessation of the debtor s business whichever is earlier  11 USC § 507(a)(4)

☐ Contributions to an employee benefit plan - 11 USC § 507(a)(5)

☐ Up to $2 225* of deposits toward purchase lease or rental of property or services for personal family or household use  11 USC § 507(a)(7)

☐ Taxes or penalties owed to governmental units  11 USC § 507(a)(8)

☐ Other - Specify applicable paragraph of 11 USC § 507(a)(___)

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

| 5 | Total Amount of Claim at Time Case Filed | $ | *50000 +1597.18* | *51,597.18* |
|---|---|---|---|---|
| | | | (unsecured)   (secured)   (priority) | (Total) |

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

**6  Credits**  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7  Supporting Documents**  *Attach copies of supporting documents,* such as promissory notes, purchase orders invoices itemized statements of running accounts contracts, court judgments, mortgages, security agreements and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available  explain  If the documents are voluminous, attach a summary

**8  Date Stamped Copy**  To receive an acknowledgment of the filing of your claim  enclose a stamped self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

Date  
*7/13/06*

Sign and print the name and title  if any of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)  
*John A. Hoglund*   *Patricia Hoglund*

USA CMC

1072500082

Penalty for presenting fraudulent claim  Fine of up to  $500 000  or imprisonment for up to 5 years  or both 18 USC §§ ___ ___

# PROOF OF CLAIM

| | |
|---|---|
| Name of Debtor USA COMMERCIAL MORTGAGE COMPANY | Case Number BK-S-06 10725 DR |

NOTE  See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case  A "request" for payment of an administrative expense may be filed pursuant to 11 U S C  § 503

**Name of Creditor and Address·**

▮▮▮▮▮▮▮▮▮▮▮  11321241002490
EDWIN ISENBERG
952 LAS LOMAS AVE
PACIFIC PALISADES CA  90272-2430

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court.

**DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS**

If you have already filed a proof of claim with the Bankruptcy Court or BMC, you do not need to file again

**THIS SPACE IS FOR COURT USE ONLY**

Creditor Telephone Number 310 454-7405

Last four digits of account or other number by which creditor identifies debtor·
6863

Check here if this claim ☐ replaces ☐ amends a previously filed claim dated _____

## 1  BASIS FOR CLAIM
☐ Goods sold
☐ Services performed
☑ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other (describe briefly) _____

☐ Retiree benefits as defined in 11 U S C  § 1114(a)
☐ Wages, salaries  and compensation (fill out below)
    Last four digits of your SS # _____
    Unpaid compensation for services performed from _____ to _____
    (date)       (date)
☐ Unremitted principal
☐ Other claims against servicer (not for loan balances)

## 2  DATE DEBT WAS INCURRED· 7-1-2005
## 3  IF COURT JUDGMENT, DATE OBTAINED

## 4  CLASSIFICATION OF CLAIM  Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM  $ _____**
☐ Check this box if· a) there is no collateral or lien securing your claim, or  b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim  all or part of which is entitled to priority
    Amount entitled to priority  $ _____
    Specify the priority of the claim
☐ Domestic support obligations under 11 U S C  § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries  or commissions (up to $10,000)*, earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U S C  § 507(a)(4)
☐ Contributions to an employee benefit plan - 11 U S C  § 507(a)(5)

**SECURED CLAIM**
☑ Check this box if your claim is secured by collateral (including a right of setoff)
    Brief description of collateral
    ☑ Real Estate  ☐ Motor Vehicle  ☐ Other _____
    Value of Collateral  $ 50,000.00
    Amount of arrearage and other charges  at time case filed included in secured claim, if any· $ 50,000.00

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal  family  or household use - 11 U S C  § 507(a)(7)
☐ Taxes or penalties owed to governmental units - 11 U S C  § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U S C  § 507(a) ( ____ )

* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

## 5  TOTAL AMOUNT OF CLAIM AT TIME CASE FILED
$ _____ (unsecured)    $ 50,000.00 (secured)    $ _____ ( priority)    $ _____ (Total)

☑ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

## 6  CREDITS· The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

## 7.  SUPPORTING DOCUMENTS· Attach copies of supporting documents, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available, explain  If the documents are voluminous, attach a summary

## 8  DATE-STAMPED COPY:  To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

BY MAIL TO
BMC Group
Attn  USACM Claims Docketing Center
P O Box 911
El Segundo, CA 90245-0911

BY HAND OR OVERNIGHT DELIVERY TO·
BMC Group
Attn  USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

**THIS SPACE FOR COURT USE ONLY**
Filed Date
9/27/2006

DATE 9-26-2006
SIGN  and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)

Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years, or both  18 U S C  §§ 152 AND 3571

USA CMC
1072500278

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA | PROOF OF CLAIM | |
|---|---|---|

**YOUR CLAIM IS SCHEDULED AS**

Schedule/Claim ID    s31845

Amount/Classification

$ ~~134,114.58~~

$ 134,114.58

| Name of Debtor **USA Commercial Mortgage Company** | Case Number **06-10725-LBR** |
|---|---|

NOTE  See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense
arising after the commencement of the case  A request" for payment of an
administrative expense may be filed pursuant to 11 U S C  § 503

**Name of Creditor and Address**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖  11321240001113
JOYCE E SMITH TRUST DATED 11/3/99
C/O JOYCE E SMITH TRUSTEE
3080 RED SPRINGS DR
LAS VEGAS  NV  89135 1548

Creditor Telephone Number (702) 240-8007

□ Check box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars

□ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

□ Check box if this address differs from the address on the envelope sent to you by the court

The amounts reflected above constitute your claim as scheduled by the Debtor or pursuant to a filed claim  If you agree with the amounts set forth herein  and have no other claim against the Debtor  you do not need to file this proof of claim EXCEPT as stated below

**If the amounts shown above are listed as Contingent Unliquidated or Disputed, a proof of claim must be filed**

If you have already filed a proof of claim with the Bankruptcy Court or BMC  you do not need to file again

**THIS SPACE IS FOR COURT USE ONLY**

Last four digits of account or other number by which creditor identifies debtor    Acct - 2296

Check here if this claim    □ replaces  or  □ amends    a previously filed claim dated _____

**1  BASIS FOR CLAIM**

□ Goods sold
□ Services performed
☑ Money loaned
□ Personal injury/wrongful death
□ Taxes
□ Other (describe briefly) _____

□ Retiree benefits as defined in 11 U S C  § 1114(a)
□ Wages  salaries  and compensation (fill out below)
Last four digits of your SS # _____
Unpaid compensation for services performed from _____ (date) to _____ (date)

□ Unremitted principal
□ Other claims against servicer (not for loan balances)

**2  DATE DEBT WAS INCURRED**  5-25-05      **3  IF COURT JUDGMENT, DATE OBTAINED**

**4  CLASSIFICATION OF CLAIM**    Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM  $ _____**

□ Check this box if  a) there is no collateral or lien securing your claim  or  b) your claim exceeds the value of the property securing it  or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**

□ Check this box if you have an unsecured claim  all or part of which is entitled to priority

Amount entitled to priority    $ _____

Specify the priority of the claim

□ Domestic support obligations under 11 U S C  § 507(a)(1)(A) or (a)(1)(B)

□ Wages  salaries  or commissions (up to $10 000)* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business  whichever is earlier  11 U S C  § 507(a)(4)

□ Contributions to an employee benefit plan  11 U S C  § 507(a)(5)

**SECURED CLAIM**

☑ Check this box if your claim is secured by collateral (including a right of setoff)

Brief description of collateral

☑ Real Estate    □ Motor Vehicle    □ Other _____

Value of Collateral    $ 134 114.58

Amount of arrearage and other charges <u>at time case filed</u> included in secured claim  if any  $ 134,114.58

□ Up to $2 225 of deposits toward purchase  lease  or rental of property or services for personal  family or household use  11 U S C  § 507(a)(7)

□ Taxes or penalties owed to governmental units  11 U S C  § 507(a)(8)

□ Other  Specify applicable paragraph of 11 U S C  § 507(a) (____)

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

**5  TOTAL AMOUNT OF CLAIM AT TIME CASE FILED**    $ _____ (unsecured)    $ 134,114.58 (secured)    $ _____ ( priority)    $ 134,114.58 (Total)

☑ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

**6  CREDITS**  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7  SUPPORTING DOCUMENTS**  *Attach copies of supporting documents,* such as promissory notes  purchase orders  invoices  itemized statements of running accounts  contracts, court judgments  mortgages  security agreements and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available  explain  If the documents are voluminous  attach a summary

**8  DATE-STAMPED COPY**  To receive an acknowledgment of the filing of your claim  enclose a stamped  self-addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

BY MAIL TO
BMC Group
Attn  USACM Claims Docketing Center
P O Box 911
El Segundo  CA 90245 0911

BY HAND OR OVERNIGHT DELIVERY TO
BMC Group
Attn  USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo  CA 90245

THIS SPACE FOR COURT USE ONLY

FILED OCT 3 1 2006

USA CMC
1072500906

DATE  10-27-06

SIGN and print the name and title  if any  of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)    *Joyce E Smith Trustee*

Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years  or both  18 U S C  §§ 152 AND 3571

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

# PROOF OF CLAIM

| Name of Debtor | Case Number |
|---|---|
| USA Capital | BK-S-06-10725, 10726, 10727, 10728, 10729 LBR |

NOTE  See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case  A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

**Name of Creditor and Address**

‖‖‖‖‖‖‖‖‖  11321241002008
JWB INVESTMENTS INC PENSION PLAN
2333 DOLPHIN CT
HENDERSON NV  89074-5320

Creditor Telephone Number (702) 898-2606

☒ Check box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court

DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS

If you have already filed a proof of claim with the Bankruptcy Court or BMC  you do not need to file again

**THIS SPACE IS FOR COURT USE ONLY**

Last four digits of account or other number by which creditor identifies debtor
TIN -- 1676

Check here ☐ replaces or ☐ amends  a previously filed claim dated _____
if this claim

**1  BASIS FOR CLAIM**
- ☐ Goods sold
- ☐ Services performed
- ☒ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other (describe briefly) _____
- ☐ Retiree benefits as defined in 11 U S C § 1114(a)
- ☐ Wages  salaries  and compensation (fill out below)
  Last four digits of your SS # _____
  Unpaid compensation for services performed from _____ (date) to _____ (date)
- ☐ Unremitted principal
- ☐ Other claims against servicer (not for loan balances)

**2  DATE DEBT WAS INCURRED** | **3  IF COURT JUDGMENT, DATE OBTAINED**

**4  CLASSIFICATION OF CLAIM**  Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM**  $ _____
- ☐ Check this box if  a) there is no collateral or lien securing your claim  or  b) your claim exceeds the value of the property securing it  or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**
- ☐ Check this box if you have an unsecured claim  all or part of which is entitled to priority
  Amount entitled to priority  $ _____
  Specify the priority of the claim
- ☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
- ☐ Wages  salaries  or commissions (up to $10 000)* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business  whichever is earlier - 11 U S C § 507(a)(4)
- ☐ Contributions to an employee benefit plan - 11 U S C § 507(a)(5)

**SECURED CLAIM**
- ☒ Check this box if your claim is secured by collateral (including a right of setoff)
  Brief description of collateral
  - ☒ Real Estate  ☐ Motor Vehicle  ☐ Other _____
  Value of Collateral  $ _____
  Amount of arrearage and other charges  at time case filed  included in secured claim, if any  $ _____
- ☐ Up to $2 225* of deposits toward purchase  lease  or rental of property or services for personal  family  or household use -11 U S C § 507(a)(7)
- ☐ Taxes or penalties owed to governmental units - 11 U S C § 507(a)(8)
- ☐ Other - Specify applicable paragraph of 11 U S C § 507(a) ( ___ )

* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5  TOTAL AMOUNT OF CLAIM AT TIME CASE FILED**
$ _____ (unsecured)  $ 100,000 ⊕ (secured)  Interest due $ 8500.00 (priority)  $ _____ (Total)

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

**6  CREDITS**  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7  SUPPORTING DOCUMENTS**  *Attach copies of supporting documents,* such as promissory notes  purchase orders  invoices  itemized statements of running accounts  contracts  court judgments  mortgages  security agreements  and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available, explain  If the documents are voluminous  attach a summary

**8  DATE-STAMPED COPY**  To receive an acknowledgment of the filing of your claim, enclose a stamped  self-addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

BY MAIL TO
BMC Group
Attn  USACM Claims Docketing Center
P O  Box 911
El Segundo, CA 90245-0911

BY HAND OR OVERNIGHT DELIVERY TO
BMC Group
Attn  USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo  CA 90245

**THIS SPACE FOR COURT USE ONLY**

FILED OCT 3 0 2006

USA CMC
‖‖‖‖‖‖‖‖‖
1072500815

DATE 10/25/06

SIGN and print the name and title  if any  of the creditor or other person authorized to file this claim  (attach copy of power of attorney  if any)
John W Browman  John W Browman  TTEE

Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years  or both  18 U S C §§ 152 AND 3571

## PROOF OF CLAIM

| Name of Debtor | Case Number |
|---|---|
| *Morlton Square Associates L.L.C.* | 06-10725 z BTR |

NOTE  See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case  A "request" for payment of an administrative expense may be filed pursuant to 11 U S C  § 503

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court

**DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS**

If you have already filed a proof of claim with the Bankruptcy Court or BMC  you do not need to file again

**THIS SPACE IS FOR COURT USE ONLY**

**Name of Creditor and Address**
▮▮▮▮▮▮▮▮▮▮▮▮▮▮  11321241002594
KLAUS KOPF & COLETTE KOPF
8096 MERLEWOOD AVE
LAS VEGAS NV  89117-7647

Creditor Telephone Number ( 702. 243-6201

Last four digits of account or other number by which creditor identifies debtor
*Client JO. # 2623*

Check here if this claim ☐ replaces  or  ☐ amends  a previously filed claim dated _____

### 1  BASIS FOR CLAIM
☐ Goods sold
☐ Services performed
☒ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☒ Other (describe briefly) *INTEREST*

☐ Retiree benefits as defined in 11 U S C  § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of your SS # *1688* _____
Unpaid compensation for services performed from _____ to _____ (date) (date)

☒ Unremitted principal
☐ Other claims against servicer (not for loan balances)

### 2  DATE DEBT WAS INCURRED  *06.09.2005*
### 3  IF COURT JUDGMENT, DATE OBTAINED

### 4  CLASSIFICATION OF CLAIM
Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM  $ _____**
☐ Check this box if  a) there is no collateral or lien securing your claim, or  b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim  all or part of which is entitled to priority
Amount entitled to priority  $ _____
Specify the priority of the claim
☐ Domestic support obligations under 11 U S C  § 507(a)(1)(A) or (a)(1)(B)
☐ Wages  salaries  or commissions (up to $10 000)*, earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business  whichever is earlier - 11 U S C  § 507(a)(4)
☐ Contributions to an employee benefit plan - 11 U S C  § 507(a)(5)

**SECURED CLAIM**
☒ Check this box if your claim is secured by collateral (including a right of setoff)
Brief description of collateral
☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral  $ *49,000,000.*
Amount of arrearage and other charges at time case filed included in secured claim, if any  $ _____

☐ Up to $2 225* of deposits toward purchase  lease  or rental of property or services for personal  family  or household use -11 U S C  § 507(a)(7)
☐ Taxes or penalties owed to governmental units - 11 U S C  § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U S C  § 507(a) ( ____ )
* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

### 5  TOTAL AMOUNT OF CLAIM AT TIME CASE FILED
$ _____  |  $ *50,000.00 + Interest* (secured)  |  $ _____ (priority)  |  $ *53,767.00* (Total)
(unsecured)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

### 6  CREDITS
The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

### 7  SUPPORTING DOCUMENTS
*Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available, explain  If the documents are voluminous, attach a summary

### 8  DATE-STAMPED COPY
To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

**BY MAIL TO**
BMC Group
Attn  USACM Claims Docketing Center
P O  Box 911
El Segundo  CA 90245-0911

**BY HAND OR OVERNIGHT DELIVERY TO**
BMC Group
Attn  USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

**THIS SPACE FOR COURT USE ONLY**
USA CMC
▮▮▮▮▮▮▮▮▮▮▮
1072500591

| DATE | SIGN and print the name and title, if any of the creditor or other person authorized to file this claim (attach copy of power of attorney if any) |
|---|---|
| 10/10/06 | *Colette Kopf* |

FILED OCT 16 2006

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years  or both  18 U S C  §§ 152 AND 3571