**USACM Trust**
**Marlton Square**
**Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Marlton Square Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marlton Square Loan |
|---|---|---|---|---|---|
| 10725-00340 | 9/28/2006 | Lima, Stephen R & Pauletta C | 460 Whiskey Hill Rd<br>Watsonville, CA  95076-8522 | 100,000.00 | 100,000.00 |
| 10725-00198 | 9/8/2006 | Maurice Fink Trust | *Undeliverable Address*<br>Maurice Fink Ttee<br>3111 Bel Air Dr #15G<br>Las Vegas, NV  89109 | 253,732.64 | 253,732.64 |
| 10725-01296 | 11/10/2006 | Mcdonald, Erin E  Revocable Living Trust | Erin E Macdonald Ttee<br>361 E Delamar Dr.<br>Henderson, NV  89015 | 100,000.00 | 100,000.00 |
| 10725-00567 | 10/12/2006 | Memon, Shahnaz | 7210 Native Dancer Dr<br>Reno, NV  89502 | 753.28 | 753.28 |
| 10725-00201 | 9/20/2006 | MW Gorts & Company | Michael Gorts<br>7820 Emerald Harbor Ct<br>Las Vegas, NV  89128 | 100,000.00 | 100,000.00 |
| 10725-00197 | 9/8/2006 | Paul Bloch Living Trust Dtd 10/29/02 | 2111 Strada Mia<br>Las Vegas, NV  89117-1980 | 253,732.64 | 253,732.64 |
| 10725-01217 | 11/10/2006 | Paul G Chelew Charitable Remainder | Alta Bates Summit Foundation Ttee<br>2855 Telegraph Ave Ste 601<br>Berkeley, CA  94705-1161 | 50,000.00 | 50,000.00 |

EXHIBIT A

2361253.1

**USACM Trust**
**Marlton Square**
**Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Marlton Square Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marlton Square Loan |
|---|---|---|---|---|---|
| 10725-01378 | 11/13/2006 | Payne, Shirley | Po Box 208 Grass Valley, CA 95945 | 50,000.00 | 50,000.00 |
| 10725-00196 | 9/8/2006 | Portnoff Building | Po Box 97593 Las Vegas, NV 89193 | 76,119.79 | 76,119.79 |
| 10725-00711 | 11/7/2006 | Rains Properties LP | Donna M Osborn Esq Marquis & Aurbach 10001 Park Run Dr Las Vegas, NV 89145 | 350,000.00 | 350,000.00 |
| 10725-02319 | 1/13/2007 | RBR Partnership | Po Box 376 Indian Springs, NV 89018-0376 | 55,381.90 | 55,381.90 |

EXHIBIT A

2361253.1