**USACM Trust**
**Marlton Square**
**Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Marlton Square Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marlton Square Loan |
|---|---|---|---|---|---|
| 10725-00657 | 10/23/2006 | Reeves, William S | 2930 E Serene Ave<br>Henderson, NV  89074-6536 | 50,000.00 | 50,000.00 |
| 10725-01782 | 12/13/2006 | Rehberger Family Trust Dtd 6/17/92 | Annemarie Rehberger Trustee<br>PO Box 3651<br>Incline Village, NV  89450 | 50,000.00 | 50,000.00 |
| 10725-01754 | 12/26/2006 | Rocklin/Redding Llc | Stephen R Harris Esq  Belding Harris & Petroni Ltd<br>417 W Plumb Ln<br>Reno, NV  89509 | 225,000.00 | 225,000.00 |
| 10725-00323 | 9/29/2006 | SB Wright Family Trust Dtd 12/28/94 | Melvin B & Susan D Wright Ttees<br>3983 S Mccarran Blvd<br>Reno, NV  89502-7510 | 746.52 | 746.52 |
| 10725-01126 | 11/9/2006 | Shelley Wike Cranley Trustee | Shelley W Cranley<br>174 Mont Blanc Way<br>Las Vegas, NV  89124-9122 | 200,000.00 | 200,000.00 |
| 10725-00194 | 9/8/2006 | Simon Family Trust | Trustee Of The Simon Family Trust<br>15517 Oakstand Ct<br>Poway, CA  92064 | 507,465.28 | 507,465.28 |

EXHIBIT A

2361253.1

**USACM Trust**
**Marlton Square**
**Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Marlton Square Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marlton Square Loan |
|---|---|---|---|---|---|
| 10725-00737 | 10/26/2006 | Steven Anthony Fontana Trust Dtd 6/28/02 | C/O Steven Anthony Fontana Ttee 262 Violet Note St Henderson, NV 89074-8900 | 86,000.00 | 86,000.00 |
| 10725-01498 | 11/29/2006 | Swilley, Louis | 4314 Dickson St Houston, TX 77007 | 16,377.74 | 16,377.74 |
| 10725-00685 | 10/20/2006 | Ward, Gary D IRA | 26077 Charing Cross Rd Valencia, CA 91355-2029 | 75,000.00 | 75,000.00 |
| 10725-02360 | 1/16/2007 | What`s On Limited Partnership | 2013 Grouse St Las Vegas, NV 89134 | 200,000.00 | 100,000.00 |
| 10725-01447 | 11/14/2006 | Zoe Brown 1989 Family Trust | Zoe Brown Ttee C/O Scott D Fleming, Esq. Hale Ln Peek Den. & How. 3930 Howard Hughes Pkwy Las Vegas, NV 89169 | 50,000.00 | 50,000.00 |

EXHIBIT A

2361253.1