**USACM Trust**
**Marlton Square**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marlton Square Loan |
|---|---|---|---|---|---|
| 10725-02301 | 1/13/2007 | Anderson Famly Trust Dtd 7/21/92 | Gary B & Barbara L Anderson Ttee Po Box 699 Carnelian Bay, CA 96104 | 1,000,000.00 | 125,000.00 |
| 10725-01399 | 11/13/2006 | Andrade, Albert Daniel | Po Box 2122 Oakdale, CA 95361-5122 | 100,912.00 | 51,040.00 |
| 10725-01398 | 11/13/2006 | Anthony & Alicia Pasqualotto 1997 Trust | Anthony & Alicia Pasqualotto Trust 5775 Duneville St Las Vegas, NV 89118-2726 | 296,359.65 | 150,000.00 |
| 10725-01962 | 1/10/2007 | Apigian Jt Ten, Larry & Leona | 13501 Muir Drive SE Monroe, WA 98272 | 356,300.72 | 75,000.00 |
| 10725-02025 | 1/11/2007 | Apigian, Larry & Leona | 13501 Muir Drive SE Monroe, WA 98272 | Unknown | Unknown |
| 10725-01243 | 11/9/2006 | Bauer, John IRA | 40808 N River Bend Rd Anthem, AZ 85086-2946 | 500,000.00 | 100,000.00 |
| 10725-02311 | 1/13/2007 | Benefit Of Kantor Nephrology Cons Ltd 401K PSP | Gary L Kantor TTE C/O Michael M Schmahlmcguirewood 77 W Wacker Dr, Suite 4100 Chicago, IL 60601 | Unliquidated | Unliquidated |
| 10725-01050 | 11/6/2006 | Brooks Living Trust Dtd 6/30/97 | C/O Howard D & Doreen C Brooks Ttees 1894 Us Highway 50 E Ste 4-344 Carson City, NV 89701-3202 | 300,000.00 | 50,000.00 |

EXHIBIT A

2361250.1

**USACM Trust**
**Marlton Square**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marlton Square Loan |
|---|---|---|---|---|---|
| 10725-01401 | 11/13/2006 | Cardwell Family Trust | C/O Michael J Dawson Esq<br>515 South Third St<br>Las Vegas, NV 89101 | 3,226,795.82 | 100,000.00 |
| 10726-00010 | 5/30/2006 | Cronk, Arlene | C/O Michael Lehners, Esq.<br>429 Marsh Ave<br>Reno, NV 89509 | 272,206.96 | 25,000.00 |

EXHIBIT A

2361250.1