**USACM Trust**
**Marlton Square**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marlton Square Loan |
|---|---|---|---|---|---|
| 10725-01964 | 1/10/2007 | Gold Plated LLC | C/O Dwight W Harouff Manager 5680 Ruffian St Las Vegas, NV 89149-1261 | 1,505,718.54 | 110,000.00 |
| 10725-02162 | 1/12/2007 | Goodwin, Michael John | 555 Yellow Pine Rd Reno, NV 89511-3714 | 1,011,076.40 | 100,000.00 |
| 10725-00868 | 10/31/2006 | Gregory J & Shauna M Walch Family Trst Dtd 11/2/04 | C/O Gregory J Walch Trustee 344 Doe Run Cir Henderson, NV 89012-2704 | 500,000.00 | 75,000.00 |
| 10725-02058 | 1/11/2007 | Harrington, Suze | 2131 Connor Park CV Salt Lake City, UT 84109-2468 | 609,068.50 | 100,000.00 |
| 10725-01573 | 12/7/2006 | Hodes, Gail Living Trust Dtd 9/10/03 | C/O Gail R Hodes Trustee 410 Upper Lake Road Lake Sherwood, CA 91361 | 129,522.00 | 50,000.00 |
| 10725-00806 | 10/30/2006 | John W Brouwers MD SEP IRA | 2333 Dolphin Ct Henderson, NV 89074-5320 | 163,611.11 | 108,506.96 |
| 10725-02124 | 1/11/2007 | Joy Investment Inc A Nevada Corporation | 5280 S Eastern Ave., Suite D-3 Las Vegas, NV 89119 | 1,818,940.00 | 160,000.00 |
| 10725-00893 | 10/31/2006 | Joyce E Smith Trust Dated 11/3/99 | C/O Joyce E Smith Trustee 3080 Red Springs Dr Las Vegas, NV 89135-1548 | 853,678.82 | 134,114.58 |

EXHIBIT A

2361250.1

**USACM Trust**
**Marlton Square**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marlton Square Loan |
|---|---|---|---|---|---|
| 10725-02325 | 1/13/2007 | Kantor, Dr Gary L | C/O Michael M Schmahl Mcguirewoods LLP 77 W Wacker Dr. Ste 4100 Chicago, IL 60601 | Unliquidated | Unliquidated |
| 10725-02312 | 1/13/2007 | Kantor, Lynn M FKA Lynn Maguire | C/O Micahel M Schmahl Mcguirewoods LLP 77 W Wacker Dr. Ste 4100 Chicago, IL 60601 | Unliquidated | Unliquidated |

EXHIBIT A

2361250.1