**USACM Trust**
**Marlton Square**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marlton Square Loan |
|---|---|---|---|---|---|
| 10725-01258 | 11/10/2006 | Topp, Gary | Po Box 3008<br>Grass Valley, CA  95945 | 4,394.44 | 972.22 |
| 10725-02123 | 1/11/2007 | Universal Management Inc A Nevada Corp | 8080 Harborview Rd<br>Blaine, WA  98230 | 1,438,118.00 | 60,000.00 |
| 10725-02163 | 1/12/2007 | Voglis, Marietta | 3333 Allen Prky. Unit 1102<br>Houston, TX  77019 | 724,292.85 | 50,000.00 |
| 10725-02299 | 1/13/2007 | Zawacki A California LLC | Po Box 5156<br>Bear Valley, CA  95223-5156 | 3,000,000.00 | 70,000.00 |
| 10725-00441 | 10/5/2006 | Zoe Brown 1989 Family Trust | C/O Zoe Brown Ttee<br>2877 Paradise Rd #803<br>Las Vegas, NV  89109 | 75,000.00 | 50,000.00 |
| 10725-02192 | 1/12/2007 | Zoe Brown 1989 Family Trust | Zoe Brown Ttee C/O Scott D Fleming, Esq.<br>Hale Ln Peek Den. & How.<br>3930 Howard Hughes Pkwy<br>Las Vegas, NV  89169 | Unknown | Unknown |

EXHIBIT A

2361250.1