**USACM Trust**
**Marlton Square**
**Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Marlton Square Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marlton Square Loan |
|---|---|---|---|---|---|
| 10725-01278 | 11/10/2006 | Arends Family Trust | Joan Arends As Trustee<br>2310 Aqua Hill Rd<br>Fallbrook, CA 92026 | 100,000.00 | 100,000.00 |
| 10725-01629 | 12/8/2006 | Baker, Sigfried | 8057 Lands End<br>Las Vegas, NV 89117 | 50,000.00 | 50,000.00 |
| 10725-02320 | 1/13/2007 | Benjamin, Philip & Maureen | Po Box 376<br>Indian Springs, NV 89018-0376 | 55,381.90 | 55,381.90 |
| 10725-00191 | 9/8/2006 | Billy Shope Jr Family Lp | *Undeliverable Address*<br>2833 Maryland Hills Dr<br>Henderson, NV 89052 | 101,493.06 | 101,493.06 |
| 10725-00195 | 9/8/2006 | Brouwers Family Trust | 8040 Vista Twilight Dr<br>Las Vegas, NV 89123 | 50,746.53 | 50,746.53 |
| 10725-00325 | 9/28/2006 | Cale Family Trust Dtd 11/16/88 | C/O Keith J Cale Ttee<br>6070 Ingleston Dr Unit 1111<br>Sparks, NV 89436-7082 | 103,204.00 | 103,204.00 |
| 10725-02432 | 1/12/2007 | Chavez, Roland | 5 Falkner Dr<br>Ladera Ranch, CA 92694-0924 | 50,000.00 | 50,000.00 |
| 10725-01295 | 11/10/2006 | David & Sue Hays Revocable Family Trust | David & Sue Hays Ttee<br>361 E Delmar Dr<br>Henderson, NV 89015 | 100,000.00 | 100,000.00 |

EXHIBIT A

2361253.1

**USACM Trust**
**Marlton Square**
**Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Marlton Square Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marlton Square Loan |
|---|---|---|---|---|---|
| 10725-01546 | 12/4/2006 | Dcgt FBO Claude M Penchina Roth IRA | 74 Rue De Sevres Paris  75007, France | 51,692.44 | 51,692.44 |
| 10725-01339 | 11/10/2006 | Fanelli, John J & Gina A | 27 Larch St Fitchburg, MA  01420-2009 | 102,500.00 | 102,500.00 |
| 10725-00193 | 9/8/2006 | First Savings Bank | Trust Department 2605 E Flamingo Rd Las Vegas, NV  89119 | 101,493.06 | 101,493.06 |
| 10725-00739 | 10/26/2006 | Fontana, Steffi | 16400 Saybrook Ln  Spc 111 Huntington Beach, CA  92649-2268 | 54,437.00 | 54,437.00 |
| 10725-00014-2 | 12/6/2006 | Frieda Moon & Sharon C Van Ert JTWRS | 2504 Callita Ct Las Vegas, NV  89102 | 51,076.38 | 51,076.38 |
| 10725-01965 | 1/10/2007 | Harouff Jt Ten, Dwight W & Mary Ann | 5680 Ruffian Rd Las Vegas, NV  89149 | 253,732.40 | 126,866.20 |
| 10725-00214 | 9/29/2006 | Harvey, Roderick J Sr & Pauline W | Trustees Of Harvey Family Trust, Dtd 4/13/97 Donna M Osborn Esq Marquis & Aurbach 10001 Park Ru Las Vegas, NV  89145 | 50,000.00 | 50,000.00 |
| 10725-00082 | 7/17/2006 | Hoglund, John & Patricia | 7574 E Green Lake Dr N   Seattle, WA  98103 | 51,597.18 | 51,597.18 |

# EXHIBIT A

2361253.1

**USACM Trust**
**Marlton Square**
**Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Marlton Square Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marlton Square Loan |
|---|---|---|---|---|---|
| 10725-00278 | 9/27/2006 | Isenberg, Edwin | 952 Las Lomas Ave<br>Pacific Palisades, CA 90272-2430 | 50,000.00 | 50,000.00 |
| 10725-00906 | 10/31/2006 | Joyce E Smith Trust Dated 11/3/99 | C/O Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV 89135-1548 | 134,114.58 | 134,114.58 |
| 10725-00815 | 10/30/2006 | JWB Investments Inc Pension Plan | 2333 Dolphin Ct<br>Henderson, NV 89052-5320 | 108,506.96 | 108,506.96 |
| 10725-00591 | 10/16/2006 | Kopf, Klaus & Colette | 8096 Merlewood Ave<br>Las Vegas, NV 89117-7647 | 53,767.00 | 53,767.00 |
| 10725-00340 | 9/28/2006 | Lima, Stephen R & Pauletta C | 460 Whiskey Hill Rd<br>Watsonville, CA 95076-8522 | 100,000.00 | 100,000.00 |
| 10725-00198 | 9/8/2006 | Maurice Fink Trust | *Undeliverable Address*<br>Maurice Fink Ttee<br>3111 Bel Air Dr #15G<br>Las Vegas, NV 89109 | 253,732.64 | 253,732.64 |
| 10725-01296 | 11/10/2006 | Mcdonald, Erin E Revocable Living Trust | Erin E Macdonald Ttee<br>361 E Delamar Dr.<br>Henderson, NV 89015 | 100,000.00 | 100,000.00 |
| 10725-00567 | 10/12/2006 | Memon, Shahnaz | 7210 Native Dancer Dr<br>Reno, NV 89502 | 753.28 | 753.28 |

EXHIBIT A

2361253.1

**USACM Trust**
**Marlton Square**
**Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Marlton Square Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marlton Square Loan |
|---|---|---|---|---|---|
| 10725-00201 | 9/20/2006 | MW Gorts & Company | Michael Gorts 7820 Emerald Harbor Ct Las Vegas, NV 89128 | 100,000.00 | 100,000.00 |
| 10725-00197 | 9/8/2006 | Paul Bloch Living Trust Dtd 10/29/02 | 2111 Strada Mia Las Vegas, NV 89117-1980 | 253,732.64 | 253,732.64 |
| 10725-01217 | 11/10/2006 | Paul G Chelew Charitable Remainder | Alta Bates Summit Foundation Ttee 2855 Telegraph Ave Ste 601 Berkeley, CA 94705-1161 | 50,000.00 | 50,000.00 |
| 10725-01378 | 11/13/2006 | Payne, Shirley | Po Box 208 Grass Valley, CA 95945 | 50,000.00 | 50,000.00 |
| 10725-00196 | 9/8/2006 | Portnoff Building | Po Box 97593 Las Vegas, NV 89193 | 76,119.79 | 76,119.79 |
| 10725-00711 | 11/7/2006 | Rains Properties LP | Donna M Osborn Esq Marquis & Aurbach 10001 Park Run Dr Las Vegas, NV 89145 | 350,000.00 | 350,000.00 |
| 10725-02319 | 1/13/2007 | RBR Partnership | Po Box 376 Indian Springs, NV 89018-0376 | 55,381.90 | 55,381.90 |
| 10725-00657 | 10/23/2006 | Reeves, William S | 2930 E Serene Ave Henderson, NV 89074-6536 | 50,000.00 | 50,000.00 |

EXHIBIT A

2361253.1

**USACM Trust**
**Marlton Square**
**Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Marlton Square Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marlton Square Loan |
|---|---|---|---|---|---|
| 10725-01782 | 12/13/2006 | Rehberger Family Trust Dtd 6/17/92 | Annemarie Rehberger Trustee PO Box 3651 Incline Village, NV 89450 | 50,000.00 | 50,000.00 |
| 10725-01754 | 12/26/2006 | Rocklin/Redding Llc | Stephen R Harris Esq Belding Harris & Petroni Ltd 417 W Plumb Ln Reno, NV 89509 | 225,000.00 | 225,000.00 |
| 10725-00323 | 9/29/2006 | SB Wright Family Trust Dtd 12/28/94 | Melvin B & Susan D Wright Ttees 3983 S Mccarran Blvd Reno, NV 89502-7510 | 746.52 | 746.52 |
| 10725-01126 | 11/9/2006 | Shelley Wike Cranley Trustee | Shelley W Cranley 174 Mont Blanc Way Las Vegas, NV 89124-9122 | 200,000.00 | 200,000.00 |
| 10725-00194 | 9/8/2006 | Simon Family Trust | Trustee Of The Simon Family Trust 15517 Oakstand Ct Poway, CA 92064 | 507,465.28 | 507,465.28 |
| 10725-00737 | 10/26/2006 | Steven Anthony Fontana Trust Dtd 6/28/02 | C/O Steven Anthony Fontana Ttee 262 Violet Note St Henderson, NV 89074-8900 | 86,000.00 | 86,000.00 |
| 10725-01498 | 11/29/2006 | Swilley, Louis | 4314 Dickson St Houston, TX 77007 | 16,377.74 | 16,377.74 |

EXHIBIT A

2361253.1

**USACM Trust**
**Marlton Square**
**Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Marlton Square Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marlton Square Loan |
|---|---|---|---|---|---|
| 10725-00685 | 10/20/2006 | Ward, Gary D IRA | 26077 Charing Cross Rd<br>Valencia, CA 91355-2029 | 75,000.00 | 75,000.00 |
| 10725-02360 | 1/16/2007 | What's On Limited Partnership | 2013 Grouse St<br>Las Vegas, NV 89134 | 200,000.00 | 100,000.00 |
| 10725-01447 | 11/14/2006 | Zoe Brown 1989 Family Trust | Zoe Brown Ttee C/O Scott D Fleming, Esq.<br>Hale Ln Peek Den. & How.<br>3930 Howard Hughes Pkwy<br>Las Vegas, NV 89169 | 50,000.00 | 50,000.00 |

EXHIBIT A

2361253.1

**USACM Trust**
**Marlton Square**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marlton Square Loan |
|---|---|---|---|---|---|
| 10725-02301 | 1/13/2007 | Anderson Fmly Trust Dtd 7/21/92 | Gary B & Barbara L Anderson Ttee<br>Po Box 699<br>Carnelian Bay, CA  96104 | 1,000,000.00 | 125,000.00 |
| 10725-01399 | 11/13/2006 | Andrade, Albert Daniel | Po Box 2122<br>Oakdale, CA  95361-5122 | 100,912.00 | 51,040.00 |
| 10725-01398 | 11/13/2006 | Anthony & Alicia Pasqualotto 1997 Trust | Anthony & Alicia Pasqualotto Trust<br>5775 Duneville St<br>Las Vegas, NV  89118-2726 | 296,359.65 | 150,000.00 |
| 10725-01962 | 1/10/2007 | Apigian Jt Ten, Larry & Leona | 13501 Muir Drive SE<br>Monroe, WA  98272 | 356,300.72 | 75,000.00 |
| 10725-02025 | 1/11/2007 | Apigian, Larry & Leona | 13501 Muir Drive SE<br>Monroe, WA  98272 | Unknown | Unknown |
| 10725-01243 | 11/9/2006 | Bauer, John IRA | 40808 N River Bend Rd<br>Anthem, AZ  85086-2946 | 500,000.00 | 100,000.00 |
| 10725-02311 | 1/13/2007 | Benefit Of Kantor Nephrology Cons Ltd 401K PSP | Gary L Kantor TTE<br>C/O Michael M Schmahlmcguirewood<br>77 W Wacker Dr, Suite 4100<br>Chicago, IL  60601 | Unliquidated | Unliquidated |
| 10725-01050 | 11/6/2006 | Brooks Living Trust Dtd 6/30/97 | C/O Howard D & Doreen C Brooks Ttees<br>1894 Us Highway 50 E Ste 4-344<br>Carson City, NV  89701-3202 | 300,000.00 | 50,000.00 |

EXHIBIT A

2361250.1

**USACM Trust**
**Marlton Square**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marlton Square Loan |
|---|---|---|---|---|---|
| 10725-01401 | 11/13/2006 | Cardwell Family Trust | C/O Michael J Dawson Esq<br>515 South Third St<br>Las Vegas, NV 89101 | 3,226,795.82 | 100,000.00 |
| 10726-00010 | 5/30/2006 | Cronk, Arlene | C/O Michael Lehners, Esq.<br>429 Marsh Ave<br>Reno, NV 89509 | 272,206.96 | 25,000.00 |
| 10725-00297 | 9/29/2006 | Donahue, Michael | 1795 Newhall Ave<br>Cambria, CA 93428-5507 | 250,000.00 | 50,000.00 |
| 10725-02223 | 1/12/2007 | Eleanor L Rogers 1991 Revocable Trust Dtd 7/3/91 | C/O Eleanor L Rogers Ttee<br>78 Seal Rock Dr<br>San Francisco, CA 94121 | 608,719.56 | 100,000.00 |
| 10725-02305 | 1/13/2007 | Erven J & Frankie J Nelson Trust | C/O Erven J Nelson Trustee<br>2136 River Of Fortune Drive<br>St George, UT 84790 | 450,000.00 | 100,000.00 |
| 10728-00060 | 10/5/2006 | Evo E & Billie D Zepponi Family Trust Agt Dt 2/9/9 | C/O Evo & Billie Zepponi Ttee  14385 W Morning<br>Sta Surprise, AZ 85374-3816 | 3,691.66 | 972.22 |
| 10725-02181 | 1/12/2007 | Fertitta Enterprises Inc | Janet L Chub, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV 89501 | 12,214,670.00 | 3,286,134.00 |

EXHIBIT A

2361250.1

**USACM Trust**
**Marlton Square**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marlton Square Loan |
|---|---|---|---|---|---|
| 10725-02467 | 6/1/2007 | Foxcroft Living Trust Dtd 1/10/02 | Fred J & Roberta Foxcroft Ttees PO Box 362 Carnelian Bay, CA 96140-0362 | 553,778.99 | 75,000.00 |
| 10725-00801 | 10/30/2006 | Freedom Properties Inc | 18695 Oceanside Ln Monument, CO 80132 | 450,000.00 | 50,000.00 |
| 10725-02404 | 1/17/2007 | Freedus Jt Ten, Eric B & Linda P | 5008 Nighthawk Way Oceanside, CA 92056 | 608,838.00 | 50,000.00 |
| 10725-01215 | 11/10/2006 | George Gage Trust Dtd 10/8/99 | C/O Scott D Fleming Esq Hale Lane Peek Dennison & Howard 3930 Howard HugheS Las Vegas, NV 89169 | 12,951.80 | Unknown |
| 10725-01862 | 1/8/2007 | George W Hubbard Roth IRA | 6340 N. Calle Tregua Serena Tucson, AZ 85750 | 156,125.00 | 25,000.00 |
| 10725-01964 | 1/10/2007 | Gold Plated LLC | C/O Dwight W Harouff Manager 5680 Ruffian St Las Vegas, NV 89149-1261 | 1,505,718.54 | 110,000.00 |
| 10725-02162 | 1/12/2007 | Goodwin, Michael John | 555 Yellow Pine Rd Reno, NV 89511-3714 | 1,011,076.40 | 100,000.00 |
| 10725-00868 | 10/31/2006 | Gregory J & Shauna M Walch Family Trst Dtd 11/2/04 | C/O Gregory J Walch Trustee 344 Doe Run Cir Henderson, NV 89012-2704 | 500,000.00 | 75,000.00 |
| 10725-02058 | 1/11/2007 | Harrington, Suze | 2131 Connor Park CV Salt Lake City, UT 84109-2468 | 609,068.50 | 100,000.00 |

EXHIBIT A

2361250.1

**USACM Trust**
**Marlton Square**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marlton Square Loan |
|---|---|---|---|---|---|
| 10725-01573 | 12/7/2006 | Hodes, Gail Living Trust Dtd 9/10/03 | C/O Gail R Hodes Trustee 410 Upper Lake Road Lake Sherwood, CA 91361 | 129,522.00 | 50,000.00 |
| 10725-00806 | 10/30/2006 | John W Brouwers MD SEP IRA | 2333 Dolphin Ct Henderson, NV 89074-5320 | 163,611.11 | 108,506.96 |
| 10725-02124 | 1/11/2007 | Joy Investment Inc A Nevada Corporation | 5280 S Eastern Ave., Suite D-3 Las Vegas, NV 89119 | 1,818,940.00 | 160,000.00 |
| 10725-00893 | 10/31/2006 | Joyce E Smith Trust Dated 11/3/99 | C/O Joyce E Smith Trustee  3080 Red Springs Dr Las Vegas, NV 89135-1548 | 853,678.82 | 134,114.58 |
| 10725-02325 | 1/13/2007 | Kantor, Dr Gary L | C/O Michael M Schmahl  Mcguirewoods LLP 77 W Wacker Dr.  Ste 4100 Chicago, IL  60601 | Unliquidated | Unliquidated |
| 10725-02312 | 1/13/2007 | Kantor, Lynn M FKA Lynn Maguire | C/O Micahel M Schmahl Mcguirewoods LLP 77 W Wacker Dr.  Ste 4100 Chicago, IL  60601 | Unliquidated | Unliquidated |
| 10725-01183 | 11/10/2006 | Karen Petersen Tyndall Trust Dtd 3/9/94 | C/O Karen Petersen Tyndall Ttee 1012 Greystoke Acres St Las Vegas, NV  89145-8659 | 1,115,915.59 | 152,239.44 |
| 10725-02177 | 1/12/2007 | Klay Living Trust Dtd 7/11/90 | Othmar & Christine Klay Ttees 5530 Lausanne Dr Reno, NV  89511 | 708,473.90 | 100,000.00 |

**EXHIBIT A**

2361250.1

**USACM Trust**
**Marlton Square**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marlton Square Loan |
|---|---|---|---|---|---|
| 10725-00768-2 | 10/27/2006 | Nienke A Lels Hohmann | Revocable Trust Agreement Dated 3/8/00 c/o Nienke A Lels Hohmann Trustee 2275 Broadway Street San Francisco, CA 94115 | 131,474.82 | 50,000.00 |
| 10725-02057 | 1/11/2007 | Lindsey H Kesler Jr IRA | First Savings Bank Custodian 4847 Damon Cir Salt Lake City, UT 84117 | 517,569.18 | 100,000.00 |
| 10725-01081 | 11/7/2006 | Macdonald Center | For The Arts & Humanities 1730 W Horzon Ridge Pkwy Henderson, NV 89012-1001 | 1,525,000.00 | 525,000.00 |
| 10725-02308 | 1/13/2007 | Mantas, Leo G | 7440 S Blackhawk St #12208 Englewood, CO 80112-4355 | 329,116.00 | 150,000.00 |
| 10725-01898 | 1/9/2007 | Massry, Morris | C/O Segel Goldman Mazzotta & Siegel Pc 9 Washigton SQ Albany, NY 12205 | 1,802,040.00 | 101,527.78 |
| 10725-00596 | 10/16/2006 | Mehlman, Marina IRA | 2027 Hathaway Ave Westlake Village, CA 91362-5171 | 112,088.96 | 52,000.00 |
| 10725-02187 | 1/12/2007 | Melvin J & Evelyn A Ives Bypass Trust Dtd 1/6/93 | Evelyn A Ives Trustee 220 First St #3 Seal Beach, CA 90740 | 447,246.00 | 75,000.00 |
| 10725-02306 | 1/13/2007 | Menchetti, D G | Po Box 7100 Incline Village, NV 89452-7100 | 1,800,000.00 | 250,000.00 |

EXHIBIT A

2361250.1

**USACM Trust**
**Marlton Square**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marlton Square Loan |
|---|---|---|---|---|---|
| 10725-02037 | 1/11/2007 | Miller Trust Dated 8/13/87 | Gary I & Barbara Miller Ttees  2832 Tilden Ave Los Angeles, CA  90064 | 1,111,366.00 | 50,000.00 |
| 10725-01480 | 11/27/2006 | Norman & Charlene Prins Revoc Living Trust | Dtd 10/29/03  Norman & Charlene Prins Ttees 7425 W 104Th St Bloomington, MN  55438-2114 | 118,827.74 | 50,000.00 |
| 10725-01959 | 1/10/2007 | Osherow Trust Dtd 9/11/89 | Aaron Osherow Trustee 8025 Maryland Avenue Apt 10-C Clayton, MO  63105 | 1,088,466.02 | 50,000.00 |
| 10725-02082 | 1/11/2007 | Oster, Paul | Po Box 2618 Mammoth Lakes, CA  93546 | 308,164.00 | 51,665.00 |
| 10725-02550 | 6/18/2007 | Osvaldo Zunino Living Trust Dated 12/18/98 | C/O Osvaldo Zunino Trustee 3575 Tioga Way Las Vegas, NV  89109-3340 | 620,000.00 | 100,000.00 |
| 10725-00659 | 10/23/2006 | Piazza, Cesari IRA | 1401 Monterey Dr Boulder City, NV  89005-2224 | 138,000.58 | 85,000.00 |
| 10725-02176 | 1/12/2007 | R L Allgeier Family Trust Dtd 10/4/97 | Robert Allgeier 1767 Shamrock Cir Minden, NV  89423 | 430,473.09 | 50,000.00 |
| 10725-01910 | 1/10/2007 | Rebecca A Rogers Trust Dtd 9/18/96 | Rebecca A Rogers Trustee 2309 Sierra Heights Dr Las Vegas, NV  89134 | 548,885.18 | 50,000.00 |

EXHIBIT A

2361250.1

**USACM Trust**
**Marlton Square**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marlton Square Loan |
|---|---|---|---|---|---|
| 10725-02496 | 6/4/2007 | Richard N Krupp | 101 State Pl Ste I<br>Escondido, CA 92029-1365 | 250,167.22 | 250,000.00 |
| 10725-00254 | 10/3/2006 | Robert J & Kathleen M Rowley Living Trust | C/O Peter Susi Esq, Michaelson Susi & Michaelson<br>398 Arboleda Road<br>Santa Barbara, CA 93110 | 160,000.00 | 60,000.00 |
| 10725-02000 | 1/10/2007 | Robert L Ogren Trust Dtd 6/30/92 | Robert L Orgren Ttee<br>3768 Rick Stratton Dr<br>Las Vegas, NV 89120 | 1,827,483.14 | 50,000.00 |
| 10725-01472 | 11/15/2006 | Santoro Family Trust Utd 4/29/02 | C/O Nicholas J & Juanita Santoro Ttees<br>2312 Pearl Crest St<br>Las Vegas, NV 89134-6732 | 300,000.00 | 50,000.00 |
| 10725-01367 | 11/13/2006 | Sinett, Sheldon | 239 Harbor View Dr<br>Port Washington, NY 11050 | 100,000.00 | 50,000.00 |
| 10725-01361 | 11/13/2006 | Sinett, Sheldon & Annette | 239 Harbor View Dr<br>Port Washington, NY 11050-4706 | 100,000.00 | 50,000.00 |
| 10725-00774 | 10/27/2006 | Sklar, Barbara | 2429 Bryan Ave  Venice Beach, CA 90291 | 200,000.00 | 50,000.00 |
| 10725-02191 | 1/12/2007 | TDS Revocable Family Trust Dtd 9/29/98 | T Dwight & Bonnie J Sper Ttees<br>1005 Cypress Ridge Ln<br>Las Vegas, NV 89144-1425 | 1,778,674.00 | 100,000.00 |
| 10725-02291 | 1/12/2007 | Terry R Helms Living Trust Dtd 11/11/94 | Terry Helms<br>809 Upland Blvd<br>Las Vegas, NV 89107-3719 | 11,155,754.80 | 1,000,000.00 |

EXHIBIT A

2361250.1

**USACM Trust**
**Marlton Square**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marlton Square Loan |
|---|---|---|---|---|---|
| 10725-00623 | 10/17/2006 | Thibault, Gary A & Sandra C | 4525 Dawn Peak St<br>Las Vegas, NV 89129-3235 | 105,074.00 | 273.00 |
| 10725-00576 | 10/13/2006 | Tischler, Hillari | 7408 Doe Ave<br>Las Vegas, NV 89117 | 166,246.21 | 52,829.87 |
| 10725-01169 | 11/10/2006 | Tomlin, Donald S | Donald S & Dorothy R Tomlin Ttee<br>7145 Beverly Glen Ave<br>Las Vegas, NV 89110-4228 | 2,779,806.00 | 251,365.00 |
| 10725-01258 | 11/10/2006 | Topp, Gary | Po Box 3008<br>Grass Valley, CA 95945 | 4,394.44 | 972.22 |
| 10725-02123 | 1/11/2007 | Universal Management Inc A Nevada Corp | 8080 Harborview Rd<br>Blaine, WA 98230 | 1,438,118.00 | 60,000.00 |
| 10725-02163 | 1/12/2007 | Voglis, Marietta | 3333 Allen Prky. Unit 1102<br>Houston, TX 77019 | 724,292.85 | 50,000.00 |
| 10725-02299 | 1/13/2007 | Zawacki A California LLC | Po Box 5156<br>Bear Valley, CA 95223-5156 | 3,000,000.00 | 70,000.00 |
| 10725-00441 | 10/5/2006 | Zoe Brown 1989 Family Trust | C/O Zoe Brown Ttee<br>2877 Paradise Rd #803<br>Las Vegas, NV 89109 | 75,000.00 | 50,000.00 |
| 10725-02192 | 1/12/2007 | Zoe Brown 1989 Family Trust | Zoe Brown Ttee C/O Scott D Fleming, Esq.<br>Hale Ln Peek Den. & How.<br>3930 Howard Hughes Pkwy<br>Las Vegas, NV 89169 | Unknown | Unknown |

EXHIBIT A

2361250.1