**USACM Trust**
**Marlton Square**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marlton Square Loan |
|---|---|---|---|---|---|
| 10725-00297 | 9/29/2006 | Donahue, Michael | 1795 Newhall Ave<br>Cambria, CA  93428-5507 | 250,000.00 | 50,000.00 |
| 10725-02223 | 1/12/2007 | Eleanor L Rogers 1991 Revocable Trust Dtd 7/3/91 | C/O Eleanor L Rogers Ttee<br>78 Seal Rock Dr<br>San Francisco, CA  94121 | 608,719.56 | 100,000.00 |
| 10725-02305 | 1/13/2007 | Erven J & Frankie J Nelson Trust | C/O Erven J Nelson Trustee<br>2136 River Of Fortune Drive<br>St George, UT  84790 | 450,000.00 | 100,000.00 |
| 10728-00060 | 10/5/2006 | Evo E & Billie D Zepponi Family Trust Agt Dt 2/9/9 | C/O Evo & Billie Zepponi Ttee   14385 W Morning Sta Surprise, AZ  85374-3816 | 3,691.66 | 972.22 |
| 10725-02181 | 1/12/2007 | Fertitta Enterprises Inc | Janet L Chub, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV  89501 | 12,214,670.00 | 3,286,134.00 |
| 10725-02467 | 6/1/2007 | Foxcroft Living Trust Dtd 1/10/02 | Fred J & Roberta Foxcroft Ttees<br>PO Box 362<br>Carnelian Bay, CA  96140-0362 | 553,778.99 | 75,000.00 |
| 10725-00801 | 10/30/2006 | Freedom Properties Inc | 18695 Oceanside Ln<br>Monument, CO 80132 | 450,000.00 | 50,000.00 |
| 10725-02404 | 1/17/2007 | Freedus Jt Ten, Eric B & Linda P | 5008 Nighthawk Way<br>Oceanside, CA  92056 | 608,838.00 | 50,000.00 |

**EXHIBIT A**

2361250.1

USACM Trust
Marlton Square
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marlton Square Loan |
|---|---|---|---|---|---|
| 10725-01215 | 11/10/2006 | George Gage Trust Dtd 10/8/99 | C/O Scott D Fleming Esq<br>Hale Lane Peek Dennison & Howard<br>3930 Howard HugheS<br>Las Vegas, NV 89169 | 12,951.80 | Unknown |
| 10725-01862 | 1/8/2007 | George W Hubbard Roth IRA | 6340 N. Calle Tregua Serena<br>Tucson, AZ 85750 | 156,125.00 | 25,000.00 |

EXHIBIT A

2361250.1