# EXHIBIT C

## PROOF OF CLAIM

| Name of Debtor | Case Number |
|---|---|

NOTE  See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case  A "request" for payment of an administrative expense may be filed pursuant to 11 U S C  § 503

**Name of Creditor and Address**

11321241000246

MICHAEL DONAHUE
1795 NEWHALL AVE
CAMBRIA CA  93428-5507

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court

**DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS**
If you have already filed a proof of claim with the Bankruptcy Court or BMC  you do not need to file again

Creditor Telephone Number (      )

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor

Check here if this claim   ☐ replaces   ☐ amends   a previously filed claim dated _____ ?

**1 BASIS FOR CLAIM**

☐ Goods sold
☐ Services performed
☒ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other (describe briefly)

☐ Retiree benefits as defined in 11 U S C  § 1114(a)
☐ Wages, salaries  and compensation (fill out below)
Last four digits of your SS #
Unpaid compensation for services performed from _____ to _____ (date) (date)

☐ Unremitted principal
☐ Other claims against servicer (not for loan balances)

**2  DATE DEBT WAS INCURRED**

**3  IF COURT JUDGMENT, DATE OBTAINED**

**4  CLASSIFICATION OF CLAIM**  Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM**  $ _____
☐ Check this box if  a) there is no collateral or lien securing your claim  or  b) your claim exceeds the value of the property securing it  or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority
Amount entitled to priority   $ _____
Specify the priority of the claim
☐ Domestic support obligations under 11 U S C  § 507(a)(1)(A) or (a)(1)(B)
☐ Wages  salaries  or commissions (up to $10 000)*  earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business  whichever is earlier - 11 U S C  § 507(a)(4)
☐ Contributions to an employee benefit plan - 11 U S C  § 507(a)(5)

**SECURED CLAIM**
☒ Check this box if your claim is secured by collateral (including a right of setoff)
Brief description of collateral
☒ Real Estate   ☐ Motor Vehicle   ☐ Other
Value of Collateral   $ 250,000
Amount of arrearage and other charges  at time case filed  included in secured claim, if any   $ INTREST OF $2500 / MONTH

☐ Up to $2 225* of deposits toward purchase  lease  or rental of property or services for personal  family  or household use - 11 U S C  § 507(a)(7)
☐ Taxes or penalties owed to governmental units - 11 U S C  § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U S C  § 507(a) (_____)
* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5  TOTAL AMOUNT OF CLAIM AT TIME CASE FILED**  $ INTREST 2500/month  (unsecured)  $ 250,000  (secured)  $ _____ (priority)  $ _____ (Total)

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

**6  CREDITS**  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7  SUPPORTING DOCUMENTS**  Attach copies of supporting documents  such as promissory notes  purchase orders  invoices  itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available, explain  If the documents are voluminous  attach a summary

**8  DATE-STAMPED COPY**  To receive an acknowledgment of the filing of your claim  enclose a stamped, self-addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

BY MAIL TO
BMC Group
Attn  USACM Claims Docketing Center
P O  Box 911
El Segundo, CA 90245-0911

BY HAND OR OVERNIGHT DELIVERY TO
BMC Group
Attn  USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo  CA 90245

THIS SPACE FOR COURT USE ONLY

| DATE  9/24/06 | SIGN and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney  if any)   MICHAEL DONAHUE   LENDER / CREDITOR |
|---|---|

Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years  or both  18 U S C   §§ 152 AND 3571

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

## PROOF OF CLAIM

**Name of Debtor**
*USA Commercial Mortgage Company*

**Case Number**
*06-10725-LBR*

NOTE: See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

**Name of Creditor and Address**
*Eleanor L. Rogers 1991 Revocable Trust*
*dated 7-3-91*
*c/o Eleanor L. Rogers, TTEE*
*78 Seal Rock Drive*
*San Francisco, CA 94121*

**Creditor Telephone Number** *415 564-1932*

Last four digits of account or other number by which creditor identifies debtor

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court

**DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS**
If you have already filed a proof of claim with the Bankruptcy Court or BMC you do not need to file again

**THIS SPACE IS FOR COURT USE ONLY**

Check here if this claim ☒ replaces / ☐ amends a previously filed claim dated _____

**1 BASIS FOR CLAIM**
- ☐ Goods sold
- ☐ Services performed
- ☒ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other (describe briefly) *SEE EXHIBIT A*
- ☐ Retiree benefits as defined in 11 U S C § 1114(a)
- ☐ Wages salaries and compensation (fill out below)
  Last four digits of your SS # _____
  Unpaid compensation for services performed from _____ to _____ (date) (date)
- ☐ Unremitted principal
- ☐ Other claims against servicer (not for loan balances)

**2 DATE DEBT WAS INCURRED**

**3 IF COURT JUDGMENT DATE OBTAINED**

**4 CLASSIFICATION OF CLAIM** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM** $ _____
- ☐ Check this box if a) there is no collateral or lien securing your claim or b) your claim exceeds the value of the property securing it or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**
- ☐ Check this box if you have an unsecured priority claim all or part of which is entitled to priority
  Amount entitled to priority $ _____
  Specify the priority of the claim
- ☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
- ☐ Wages salaries or commissions (up to $10 000)* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier 11 U S C § 507(a)(4)
- ☐ Contributions to an employee benefit plan 11 U S C § 507(a)(5)

**SECURED CLAIM**
- ☒ Check this box if your claim is secured by collateral (including a right of setoff)
  Brief description of collateral
  - ☒ Real Estate ☐ Motor Vehicle ☐ Other _____
  Value of Collateral $ *Unknown*
  Amount of arrearage and other charges at time case filed included in secured claim if any $ *4,359.78*
- ☐ Up to $2 225* of deposits toward purchase lease or rental of property or services for personal family or household use 11 U S C § 507(a)(7)
- ☐ Taxes or penalties owed to governmental units 11 U S C § 507(a)(8)
- ☐ Other Specify applicable paragraph of 11 U S C § 507(a) (____)
  *Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5 TOTAL AMOUNT OF CLAIM AT TIME CASE FILED**
$ *304,359.78* (unsecured) $ *304,359.78* (secured) $ _____ ( priority) $ *304,359.78* (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

**6 CREDITS** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7 SUPPORTING DOCUMENTS** *Attach copies of supporting documents*, such as promissory notes purchase orders invoices itemized statements of running accounts contracts court judgments mortgages security agreements and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary

**8 DATE-STAMPED COPY** To receive an acknowledgment of the filing of your claim enclose a stamped self-addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm prevailing Pacific time on November 13, 2006 for each person or entity (including individuals partnerships corporations, joint ventures and governmental units)

**BY MAIL TO**
BMC G oup
Attn USACM Claims Docketing Center
P O Box 911
El Segundo CA 90245 0911

**BY HAND OR OVERNIGHT DELIVERY TO**
BMC Group
Attn USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo CA 90245

**THIS SPACE FOR COURT USE ONLY**

FILED JAN 1 2 2007

**DATE** *January 11, 2007*

**SIGN** and print the name and title if any of the creditor or other person authorized to file this claim (attach copy of power of attorney if any)
*Eleanor L. Rogers, TTEE*

USA CMC

Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years or both 18 U S C §§ 152 AND 3571

1072502223

# PROOF OF CLAIM

**YOUR CLAIM IS SCHEDULED AS**

| Name of Debtor | Case Number |
|---|---|
| **USA Commercial Mortgage Company** | 06-10725-LBR |

Schedule/Claim ID        s31319

Amount/Classification

$2 329 94 Unsecured

NOTE  See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case  A  request  for payment of an administrative expense may be filed pursuant to 11 U S C  § 503

**Name of Creditor and Address**

‖‖‖‖‖‖‖‖‖‖  11321240000535

ERVEN J NELSON & FRANKIE J NELSON TRUST
C/O ERVEN J NELSON & FRANKIE J NELSON TRUSTEES
~~9032 CHEYENNE WAY~~ 20234 Aspiration Point Ci
~~PARK CITY  UT  84008-5808~~  St George Ut
George 84790

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court

The amounts reflected above constitute your claim as scheduled by the Debtor or pursuant to a filed claim  If you agree with the amounts set forth herein  and have no other claim against the Debtor  you do not need to file this proof of claim EXCEPT as stated below

If the amounts shown above are listed as Contingent, Unliquidated or Disputed, a proof of claim must be filed

If you have already filed a proof of claim with the Bankruptcy Court or BMC  you do not need to file again

**THIS SPACE IS FOR COURT USE ONLY**

Creditor Telephone Number (    )

Last four digits of account or other number by which creditor identifies debtor

3951

Check here if this claim  ☐ replaces  ☐ or  ☐ amends   a previously filed claim dated _____

**1 BASIS FOR CLAIM**

- ☐ Goods sold
- ☐ Services performed
- ☒ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☒ Other (describe briefly)  ~~ATTACHED~~
- ☐ Retiree benefits as defined in 11 U S C  § 1114(a)
- ☐ Wages  salaries  and compensation (fill out below)
  Last four digits of your SS # 
  Unpaid compensation for services performed from _____ (date) to _____ (date)
- ☐ Unremitted principal
- ☒ Other claims against servicer (not for loan balances)

**2 DATE DEBT WAS INCURRED**

**3 IF COURT JUDGMENT, DATE OBTAINED**

**4 CLASSIFICATION OF CLAIM**  Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed  See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM**  $ 450,000.00
☒ Check this box if a) there is no collateral or lien securing your claim  or b) your claim exceeds the value of the property securing it  or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim  all or part of which is entitled to priority
Amount entitled to priority    $ 
Specify the priority of the claim
- ☐ Domestic support obligations under 11 U S C  § 507(a)(1)(A) or (a)(1)(B)
- ☐ Wages  salaries  or commissions (up to $10 000)*  earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business  whichever is earlier  11 U S C  § 507(a)(4)
- ☐ Contributions to an employee benefit plan  11 U S C  § 507(a)(5)

**SECURED CLAIM**
☒ Check this box if your claim is secured by collateral (including a right of setoff)
Brief description of collateral
☒ Real Estate  ☐ Motor Vehicle  ☐ Other
Value of Collateral    $ unknown
Amount of arrearage and other charges at time case filed included in secured claim, if any  $ 450,000.00

- ☐ Up to $2 225* of deposits toward purchase  lease  or rental of property or services for personal  family  or household use  11 U S C  § 507(a)(7)
- ☐ Taxes or penalties owed to governmental units  11 U S C  § 507(a)(8)
- ☐ Other  Specify applicable paragraph of 11 U S C  § 507(a) (___)
  * Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5 TOTAL AMOUNT OF CLAIM AT TIME CASE FILED**  $ 450,000.00 (Unsecured)  $ 450,000.00 (Secured)  $ _____ (Priority)  $ 450,000.00 (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

**6 CREDITS**  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7 SUPPORTING DOCUMENTS**  *Attach copies of supporting documents,* such as promissory notes  purchase orders  invoices  itemized statements of running accounts, contracts  court judgments  mortgages  security agreements  and evidence of perfection of lien   DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available  explain  If the documents are voluminous  attach a summary

**8 DATE-STAMPED COPY**  To receive an acknowledgment of the filing of your claim  enclose a stamped, self addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm  prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

| BY MAIL TO | BY HAND OR OVERNIGHT DELIVERY TO |
|---|---|
| BMC Group | BMC Group |
| Attn  USACM Claims Docketing Center | Attn  USACM Claims Docketing Center |
| P O  Box 911 | 1330 East Franklin Avenue |
| El Segundo  CA 90245 0911 | El Segundo  CA 90245 |

**THIS SPACE FOR COURT USE ONLY**

FILED JAN 1 8 2007

USA CMC
1072502305

| DATE | SIGN  and print the name and title  if any  of the creditor or other person authorized to file this claim (attach copy of power of attorney  if any) |
|---|---|
| 1-12-07 | Erven J Nelson   ERVEN NELSON, ATTY |

*Penalty for presenting fraudulent claim is a fine of up to $500 000  or imprisonment for up to 5 years  or both  18 U S C  §§ 152 AND 3571*

# PROOF OF CLAIM

**Name of Debtor**
(SERVER) 1ST
USA Commercial Mortgage Trust Deeds

**Case Number**

NOTE See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

**Name of Creditor and Address**

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖  11321241000554

THE EVO E ZEPPONI AND BILLIE D ZEPPONI
FAMILY TRUST UNDER AGREEMENT DATED 2/9/1993
C/O EVO ZEPPONI AND BILLIE ZEPPONI TRUSTEES
14385 W MORNING STAR TRL
SURPRISE AZ  85374-3816

                                        OR
Creditor Telephone Number  465-456-1506   623-546-7876

Last four digits of account or other number by which creditor identifies debtor

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court

**DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS**
If you have already filed a proof of claim with the Bankruptcy Court or BMC you do not need to file again

**THIS SPACE IS FOR COURT USE ONLY**

☐ Check here if this claim ☐ replaces ☐ amends a previously filed claim dated _____

| 1 BASIS FOR CLAIM | | |
|---|---|---|
| ☐ Goods sold | ☐ Personal injury/wrongful death | ☐ Retiree benefits as defined in 11 U S C § 1114(a) |
| ☐ Services performed | ☐ Taxes | ☐ Wages, salaries and compensation (fill out below) |
| ☐ Money loaned | ☐ Other (describe briefly) | Last four digits of your SS # 4408 |

INTEREST from 3-1-06 TO 4-12-06
Unpaid compensation for services performed from 3-1-06 to 4-12-06
                                                (date)        (date)

☐ Unremitted principal
☐ Other claims against servicer (not for loan balances)

**2 DATE DEBT WAS INCURRED**

**3 IF COURT JUDGMENT, DATE OBTAINED**

**4 CLASSIFICATION OF CLAIM** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM** $ _____
☐ Check this box if a) there is no collateral or lien securing your claim or b) your claim exceeds the value of the property securing it or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim all or part of which is entitled to priority

Amount entitled to priority $ _____

Specify the priority of the claim

☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)

☐ Wages salaries or commissions (up to $10 000)* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier - 11 U S C § 507(a)(4)

☐ Contributions to an employee benefit plan  11 U S C § 507(a)(5)

**SECURED CLAIM**
☒ Check this box if your claim is secured by collateral (including a right of setoff)

Brief description of collateral
☒ Real Estate  ☐ Motor Vehicle  ☐ Other _____

Value of Collateral $ _____

Amount of arrearage and other charges at time case filed included in secured claim, if any $ 3,691 66

☐ Up to $2 225* of deposits toward purchase lease or rental of property or services for personal family or household use 11 U S C § 507(a)(7)

☐ Taxes or penalties owed to governmental units - 11 U S C § 507(a)(8)

☐ Other Specify applicable paragraph of 11 U S C § 507(a) ( ____ )

* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

| 5 TOTAL AMOUNT OF CLAIM AT TIME CASE FILED | $ _____ | $ 3,691 66 | $ _____ | $ _____ |
|---|---|---|---|---|
| | (unsecured) | (secured) | ( priority) | (Total) |

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

**6 CREDITS** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7 SUPPORTING DOCUMENTS** Attach copies of supporting documents such as promissory notes purchase orders invoices itemized statements of running accounts contracts court judgments, mortgages security agreements and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous attach a summary

**8 DATE-STAMPED COPY** To receive an acknowledgment of the filing of your claim enclose a stamped self-addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

| BY MAIL TO | BY HAND OR OVERNIGHT DELIVERY TO |
|---|---|
| BMC Group | BMC Group |
| Attn USACM Claims Docketing Center | Attn USACM Claims Docketing Center |
| P O Box 911 | 1330 East Franklin Avenue |
| El Segundo CA 90245-0911 | El Segundo CA 90245 |

**THIS SPACE FOR COURT USE ONLY**

FILED OCT 05 2006

USA FIRST TRUST

**DATE**
10-2-06

**SIGN** and print the name and title if any of the creditor or other person authorized to file this claim (attach copy of power of attorney if any)
EVO E ZEPPONI    Evo E Zepponi

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
1072800060

Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years or both  18 U S C  §§ 152 AND 3571

# PROOF OF CLAIM

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| Name of Debtor | Case Number |
|---|---|
| USA Commercial Mortgage Company | 06-10725 (LBR) |

NOTE  See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case  A 'request' for payment of an administrative expense may be filed pursuant to 11 U S C  § 503

**Name of Creditor and Address**

Fertitta Enterprises, Inc
Attn   William J  Bullard
2960 W  Sahara Avenue, Suite 200
Las Vegas, NV  89102

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if the address differs from the address on the envelope sent to you by the court

**DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS**

If you have already filed a proof of claim with the Bankruptcy Court or BMC  you do not need to file again

**THIS SPACE IS FOR COURT USE ONLY**

Creditor Telephone Number (702) 221-4715

Last four digits of account or other number by which creditor identifies debtor

Client ID# 3970

Check here ☐ replaces
if this claim ☐ amends    a previously filed claim dated _____

| 1 BASIS FOR CLAIM | |
|---|---|
| ☐ Goods sold | ☐ Personal injury/wrongful death |
| ☐ Services performed | ☐ Wages  salaries and compensation (fill out below) |
| ☒ Money loaned | ☐ Taxes    Last four digits of your SS # _____ |
| | ☐ Other (describe briefly) _____  Unpaid compensation for services performed from ____ (date) to ____ (date) |

☐ Retiree benefits as defined in 11 U S C  § 1114(a)

☐ Unremitted principal
☐ Other claims against servicer (not for loan balances)

**2 DATE DEBT WAS INCURRED**   Various

**3 IF COURT JUDGMENT, DATE OBTAINED**

**4 CLASSIFICATION OF CLAIM**   Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM** $ 12,214,670

☐ Check this box if  a) there is no collateral or lien securing your claim  or  b) your claim exceeds the value of the property securing it  or if c) none or only part of your claim is entitled to priority  **See attached "Reasons"**

**UNSECURED PRIORITY CLAIM**

☐ Check this box if you have an unsecured claim  all or part of which is entitled to priority

Amount entitled to priority    $ _____

Specify the priority of the claim

☐ Domestic support obligations under 11 U S C  § 507(a)(1)(A) or (a)(1)(B)

☐ Wages  salaries  or commissions (up to $10 000)* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor s business  whichever is earlier  11 U S C  § 507(a)(4)

☐ Contributions to an employee benefit plan  11 U S C  § 507(a)(5)

**SECURED CLAIM**

☐ Check this box if your claim is secured by collateral (including a right of setoff)

Brief description of collateral

☐ Real Estate    ☐ Motor Vehicle    ☐ Other

Value of Collateral    $ _____

Amount of arrearage and other charges at time case filed included in secured claim  if any  $ _____

☐ Up to $2 225* of deposits toward purchase  lease  or rental of property or services for personal  family  or household use  11 U S C  § 507(a)(7)

☐ Taxes or penalties owed to governmental units  11 U S C  § 507(a)(8)

☐ Other  Specify applicable paragraph of 11 U S C  § 507(a) (___)

* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

| 5 TOTAL AMOUNT OF CLAIM AT TIME CASE FILED | $ 12,214,670 | $ | $ | $ 12,214,670 |
|---|---|---|---|---|
| | (unsecured) | (secured) | (priority) | (Total) |

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

**6 CREDITS** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7 SUPPORTING DOCUMENTS** *Attach copies of supporting documents,* such as promissory notes  purchase orders  invoices  itemized statements of running accounts  contracts  court judgments  mortgages  security agreements  and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available  explain  If the documents are voluminous  attach a summary

**8 DATE-STAMPED COPY** To receive an acknowledgment of the filing of your claim  enclose a stamped  self-addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

**THIS SPACE FOR COURT USE ONLY**

FILED JAN 12 2007

USA CMC

1072502181

BY MAIL TO
BMC Group
Attn  USACM Claims Docketing Center
P O  Box 911
El Segundo  CA 90245-0911

BY HAND OR OVERNIGHT DELIVERY TO
BMC Group
Attn  USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo  CA 90245

| DATE | SIGN and print the name and title  if any  of the creditor or other person authorized to file this claim (attach copy of power of attorney  if any) |
|---|---|
| 1-10-07 | W. Bullard    SECRETARY, FERTITTA ENTERPRISES, INC |

Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years  or both  19 U S C  §§ 152 AND 3571

# PROOF OF CLAIM

**YOUR CLAIM IS SCHEDULED AS:**

Schedule/Claim ID    s31478

Amount/Classification

$10,033.44 Unsecured

| Name of Debtor: | Case Number: |
|---|---|
| **USA Commercial Mortgage Company** | **06-10725-LBR** |

NOTE: See Reverse for List of Debtors and Case Numbers. This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the court.

**Name of Creditor and Address:**

12924490000857

FOXCROFT LIVING
TRUST DATED 1/10/02
C/O FRED J FOXCROFT & ROBERTA FOXCROFT
TRUSTEES
PO BOX 362
CARNELIAN BAY, CA 96140-0362

The amounts reflected above constitute your claim as scheduled by the Debtor or pursuant to a filed claim. If you agree with the amounts set forth herein, and have no other claim against the Debtor, you do not need to file this proof of claim EXCEPT as stated below.

**If the amounts shown above are listed as Contingent, Unliquidated or Disputed, a proof of claim must be filed.**

If you have already filed a proof of claim with the Bankruptcy Court or BMC, you do not need to file this again.

**THIS SPACE IS FOR COURT USE ONLY**

Creditor Telephone Number ( ) *530-580-2836*

Last four digits of account or other number by which creditor identifies debtor: *ACCT. ID 3398 CLIENT ID 4015*

Check here ☐ replaces ☒ or ☐ amends a previously filed claim dated: *9/27/06*

**1. BASIS FOR CLAIM**
- ☐ Goods sold
- ☐ Services performed
- ☒ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other (describe briefly)
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #: _____
  Unpaid compensation for services performed from: _____ to _____
  (date)        (date)
- ☐ Unremitted principal
- ☐ Other claims against servicer (not for loan balances)

**2. DATE DEBT WAS INCURRED:** *4/13/06*    **3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. CLASSIFICATION OF CLAIM.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**UNSECURED NONPRIORITY CLAIM** ☐
- ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**UNSECURED PRIORITY CLAIM**
- ☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
  Amount entitled to priority $ _____
  Specify the priority of the claim:
- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
- ☐ Wages, salaries, or commissions (up to $10,000)*, earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**SECURED CLAIM**
- ☒ Check this box if your claim is secured by collateral (including a right of setoff).
  Brief description of collateral:
  - ☒ Real Estate   ☐ Motor Vehicle   ☐ Other
  Value of Collateral: $ *506,677.07*
  Amount of arrearage and other charges at time case filed included in secured claim, if any: $ _____
- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) (___).
  * Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:**
$ _____ (unsecured)    $ *553,778.99* (secured)    $ _____ (priority)    $ *553,778.99* (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. CREDITS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents*, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. DATE-STAMPED COPY:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED)

**BY MAIL TO:**
BMC Group
Attn: USACM Claims Docketing Center
P. O. Box 911
El Segundo, CA 90245-0911

**BY HAND OR OVERNIGHT DELIVERY TO:**
BMC Group
Attn: USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

**THIS SPACE FOR COURT USE ONLY**

DATE *5/30/07*

SIGN and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) *TRUSTEE*

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

| UNITED STATES BANKRUPTCY COURT, DISTRICT OF NEVADA | PROOF OF CLAIM |
|---|---|

**YOUR CLAIM IS SCHEDULED AS**

| Name of Debtor | Case Number |
|---|---|
| **USA Commercial Mortgage Company** | 06-10725-LBR |

Schedule/Claim ID    s31484

Amount/Classification

$12 951 80 Unsecured

NOTE  See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case  A 'request for payment of an administrative expense may be filed pursuant to 11 U S C § 503

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars

**FILED OCT 3 0 2006**

The amounts reflected above constitute your claim as scheduled by the Debtor or pursuant to a filed claim  If you agree with the amounts set forth herein and have no other claim against the Debtor  you do not need to file this proof of claim EXCEPT as stated below

**Name of Creditor and Address**

11321240002585

FREEDOM PROPERTIES INC
1820 STAR PINE CT
RENO, NV 89523 4807

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court

**If the amounts shown above are listed as Contingent, Unliquidated or Disputed, a proof of claim must be filed**

If you have already filed a proof of claim with the Bankruptcy Court or BMC  you do not need to file again

**THIS SPACE IS FOR COURT USE ONLY**

Creditor Telephone Number ( *775* ) *824-3344*

Last four digits of account or other number by which creditor identifies debtor  *3 3 1 2*

Check here if this claim  ☐ replaces  ☐ or amends  a previously filed claim dated _____

**1 BASIS FOR CLAIM**

☐ Goods sold
☐ Services performed
☒ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other (describe briefly)

☐ Retiree benefits as defined in 11 U S C § 1114(a)
☐ Wages  salaries  and compensation (fill out below)

Last four digits of your SS # _____
Unpaid compensation for services performed from _____ to _____
(date) (date)

☐ Unremitted principal
☐ Other claims against servicer (not for loan balances)

**2 DATE DEBT WAS INCURRED** *2004 to 2005* ~~2005 - 2006~~

**3 IF COURT JUDGMENT, DATE OBTAINED**

**4 CLASSIFICATION OF CLAIM**  Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM**  $_____

☐ Check this box if a) there is no collateral or lien securing your claim  or  b) your claim exceeds the value of the property securing it  or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**

☐ Check this box if you have an unsecured claim  all or part of which is entitled to priority

Amount entitled to priority  $_____

Specify the priority of the claim

☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages  salaries  or commissions (up to $10 000)*  earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business  whichever is earlier  11 U S C § 507(a)(4)
☐ Contributions to an employee benefit plan  11 U S C § 507(a)(5)

**SECURED CLAIM**

☒ Check this box if your claim is secured by collateral (including a right of setoff)

Brief description of collateral

☒ Real Estate  ☐ Motor Vehicle  ☐ Other

Value of Collateral  $ *450,000*

Amount of arrearage and other charges at time case filed included in secured claim  if any  $ *+ ACCRUED INTEREST*

☐ Up to $2 225* of deposits toward purchase  lease  or rental of property or services for personal  family  or household use  11 U S C § 507(a)(7)
☐ Taxes or penalties owed to governmental units  11 U S C § 507(a)(8)
☐ Other  Specify applicable paragraph of 11 U S C § 507(a) ( ____ )

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment*

**5 TOTAL AMOUNT OF CLAIM AT TIME CASE FILED**  $_____  $ *450,000 + INT*  $_____  $ *450,000 + Int*

(unsecured)  (secured)  (priority)  (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest and additional charges

**6 CREDITS**  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7 SUPPORTING DOCUMENTS**  *Attach copies of supporting documents*  such as promissory notes  purchase orders  invoices  itemized statements of running accounts  contracts  court judgments  mortgages  security agreements  and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available  explain  If the documents are voluminous  attach a summary

**8 DATE-STAMPED COPY**  To receive an acknowledgment of the filing of your claim  enclose a stamped  self addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

BY MAIL TO
BMC Group
Attn  USACM Claims Docketing Center
P O  Box 911
El Segundo, CA 90245 0911

BY HAND OR OVERNIGHT DELIVERY TO
BMC Group
Attn  USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo  CA 90245

THIS SPACE FOR COURT USE ONLY

**FILED OCT 3 0 2006**

USA CMC

1072500801

DATE  *10/26/06*

SIGN and print the name and title  if any  of the creditor or other person authorized to file this claim (attach copy of power of attorney  if any)

*H. KLAUS, PRES*

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years  or both  18 U S C §§ 152 AND 3571

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF Nevada | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor    USA Commercial Mortgage Company | Case Number    06-10725-LBR | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 USC § 503

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br>Eric B Freedus And Linda P Freedus, husband and wife, as joint tenants with the right of survivorship | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars |
|---|---|
| Name and address where notices should be sent<br>Eric B Freedus<br>5008 Nighthawk Way<br>Oceanside CA 92056<br>Telephone number 760-726-9919 | ☐ Check box if you have never received any notices from the bankruptcy court in this case<br>☐ Check box if the address differs from the address on the envelope sent to you by the court. |

THIS SPACE IS FOR COURT USE ONLY

| Last four digits of account or other number by which creditor identifies debtor | Check here ☐ replaces ☐ amends    a previously filed claim dated _____ if this claim |
|---|---|

**1    Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☑ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☑ Other    See Exhibit A

- ☐ Retiree benefits as defined in 11 USC § 1114(a)
- ☐ Wages salaries and compensation (fill out below)
  Last four digits of your SS # _____
- ☐ Unpaid compensation for services performed
  from _____ to _____
       (date)              (date)

**2    Date debt was incurred**    June 2005

**3    If court judgment, date obtained**

**4    Classification of Claim** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**Unsecured Nonpriority Claim** $ 304,419
- ☐ Check this box if a) there is no collateral or lien securing your claim or b) your claim exceeds the value of the property securing it or if c) none or only part of your claim is entitled to priority

**Unsecured Priority Claim**
- ☐ Check this box if you have an unsecured claim all or part of which is entitled to priority

Amount entitled to priority $ _____

Specify the priority of the claim
- ☐ Domestic support obligations under 11 USC § 507(a)(1)(A) or (a)(1)(B)
- ☐ Wages salaries or commissions (up to $10 000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier 11 USC § 507(a)(4)
- ☐ Contributions to an employee benefit plan 11 USC § 507(a)(5)

**Secured Claim**
- ☑ Check this box if your claim is secured by collateral (including a right of setoff)

Brief Description of Collateral
- ☑ Real Estate    ☐ Motor Vehicle    ☐ Other_____

Value of Collateral $ unknown

Amount of arrearage and other charges at time case filed included in secured claim if any $ 4,419

- ☐ Up to $2 225* of deposits toward purchase lease or rental of property or services for personal family or household use 11 USC § 507(a)(7)
- ☐ Taxes or penalties owed to governmental units 11 USC § 507(a)(8)
- ☐ Other - Specify applicable paragraph of 11 USC § 507(a)(___)

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5    Total Amount of Claim at Time Case Filed**

| $ 304,419 | 304,419 | | 304,419 |
|---|---|---|---|
| (unsecured) | (secured) | (priority) | (Total) |

- ☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

**6    Credits**    The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7    Supporting Documents** *Attach copies of supporting documents,* such as promissory notes, purchase orders invoices itemized statements of running accounts contracts court judgments, mortgages, security agreements and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available explain If the documents are voluminous, attach a summary

**8    Date-Stamped Copy** To receive an acknowledgement of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

FILED JAN 17 2007

USA CMC

| Date<br>1/13/07 | Sign and print the name and title if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)<br>Eric B Freedus    *Eric B Freedus* |
|---|---|

Penalty for presenting fraudulent claim Fine of up to $500 000 or imprisonment for up to 5 years or both 18 USC §§ 152 ___

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA (LAS VEGAS) | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor<br>    USA Commercial Mortgage Company | Case Number:<br>06-10725–LBR | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

| Name of Creditor (The person or other entity to whom the debtor owes money or property):<br><br>**George Gage Trust dated October 8, 1999**<br><br>Name and address where notices should be sent:<br>c/o Scott D. Fleming, Esq.<br>Hale Lane Peek Dennison and Howard<br>3930 Howard Hughes Parkway, 4th Floor<br>Las Vegas, Nevada 89169<br>Telephone number: 702-222-2500 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>☐ Check box if you have never received any notices from the bankruptcy court in this case.<br><br>☐ Check box if the address differs from the address on the envelope sent to you by the court. | **FILED NOV 1 0 2006**<br><br>THIS SPACE IS FOR COURT USE ONLY. |

| Last four digits of account or other number by which creditor identifies debtor:    Account ID 508//3420 | Check here<br>if this claim | ☐ replaces<br>☐ amends | a previously filed claim, dated: _____ |
|---|---|---|---|

**1. Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☒ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes

- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensations (fill out below)
  Last four digits of SS #: _____
  Unpaid compensations for services performed
  from _____ to _____
        (date)        (date)

| 2. Date debt was incurred:    See Attachment A | 3. If court judgment, date obtained: |
|---|---|

**4. Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim $__12,951.80 (see Attachment A)__**

a) Check this box if: a) there is no collateral or lien securing your claim, or b) Your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim**

____ Check this box if you have an unsecured claim, all or part of which is entitled to priority.

Amount entitled to priority

Specify the priority of the claim:

- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
- ☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier — 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan — 11 U.S.C. § 507(a)(5).

**Secured Claim**

☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
- ☐ Real Estate  ☐ Motor Vehicle  ☐ Other _____

Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use — 11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

*Amounts are subject to adjustment of 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**5. Total Amount of Claim at Time Case Filed:**   $__12,951.80__  _____  _____  $__12,951.80__
                                                (unsecured)  (secured)  (priority)  (Total)

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

| 6. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.<br>7. **Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.<br>8. **Date-Stamped Copy:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | THIS SPACE IS FOR COURT USE ONLY<br><br>**FILED**<br><br>NOV 1 0 2006<br>USA CMC<br><br>1072501215 |
|---|---|

| Date<br><br>November 9, 2006 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br><br>/s/ Scott D. Fleming, Esq. | |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF _NEVADA_ | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor: _USA COMMERCIAL MORTGAGE Co._ | Case Number _06-10725_ | |
|---|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or property): _FIRST SAVINGS BANK CUSTODIAN FOR GEORE W. HUBBARD ROTH IRA_

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Name and address where notices should be sent:
_ROBERT C. LEPOME_
_10120 S. EASTERN # 200_
_HENDERSON, NV 89052_
Telephone number: _(702) 492-1271_

☐ Check box if you have never received any notices from the bankruptcy court in this case.

☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE

Last four digits of account or other number by which creditor identifies debtor: _6645_

Check here ☐ replaces
if this claim ☐ amends a previously filed claim, dated: _____

1. **Basis for Claim** _GENERAL UNSECURED CLAIM - CLASS 4_
   - ☐ Goods sold
   - ☐ Services performed
   - ☐ Money loaned
   - ☐ Personal injury/wrongful death
   - ☐ Taxes _NEGLIGENCE & FRAUD_

   - ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
   - ☐ Wages, salaries, and compensation (fill out below)
   Last four digits of your SS #: _____
   Unpaid compensation for services performed
   from _____ to _____
   (date)          (date)

2. **Date debt was incurred:** _JAN 1, 2005 TO APRIL 12, 2006_

3. **If court judgment, date obtained:**

4. **Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $ _156,125_

☒ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**Unsecured Priority Claim**

☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.

Amount entitled to priority $_____

Specify the priority of the claim:

☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)

☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim**

☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate ☐ Motor Vehicle ☐ Other_____
Value of Collateral: $_____

Amount of arrearage and other charges at time case filed included in secured claim, if any: $_____

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C § 507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

5. **Total Amount of Claim at Time Case Filed:** $ _156,125_ _____ _____ _____ _156,125_
   (unsecured)    (secured)    (priority)    (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

6. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

7. **Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

8. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

FILED JAN 0 8 2007

| Date _1-5-07_ | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): _BAR # 1980_ _ROBERT C. LEPOME, ATTY FOR CLAIMANT_ | |
|---|---|---|

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C.

USA CMC
10725011882