**USACM Trust**
**Marlton Square**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marlton Square Loan |
|---|---|---|---|---|---|
| 10725-01183 | 11/10/2006 | Karen Petersen Tyndall Trust Dtd 3/9/94 | C/O Karen Petersen Tyndall Ttee 1012 Greystoke Acres St Las Vegas, NV 89145-8659 | 1,115,915.59 | 152,239.44 |
| 10725-02177 | 1/12/2007 | Klay Living Trust Dtd 7/11/90 | Othmar & Christine Klay Ttees 5530 Lausanne Dr Reno, NV 89511 | 708,473.90 | 100,000.00 |
| 10725-00768-2 | 10/27/2006 | Nienke A Lels Hohmann | Revocable Trust Agreement Dated 3/8/00 c/o Nienke A Lels Hohmann Trustee 2275 Broadway Street San Francisco, CA 94115 | 131,474.82 | 50,000.00 |
| 10725-02057 | 1/11/2007 | Lindsey H Kesler Jr IRA | First Savings Bank Custodian 4847 Damon Cir Salt Lake City, UT 84117 | 517,569.18 | 100,000.00 |
| 10725-01081 | 11/7/2006 | Macdonald Center | For The Arts & Humanities 1730 W Horzon Ridge Pkwy Henderson, NV 89012-1001 | 1,525,000.00 | 525,000.00 |
| 10725-02308 | 1/13/2007 | Mantas, Leo G | 7440 S Blackhawk St #12208 Englewood, CO 80112-4355 | 329,116.00 | 150,000.00 |
| 10725-01898 | 1/9/2007 | Massry, Morris | C/O Segel Goldman Mazzotta & Siegel Pc 9 Washigton SQ Albany, NY 12205 | 1,802,040.00 | 101,527.78 |

**EXHIBIT A**

2361250.1

**USACM Trust**
**Marlton Square**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marlton Square Loan |
|---|---|---|---|---|---|
| 10725-00596 | 10/16/2006 | Mehlman, Marina IRA | 2027 Hathaway Ave<br>Westlake Village, CA 91362-5171 | 112,088.96 | 52,000.00 |
| 10725-02187 | 1/12/2007 | Melvin J & Evelyn A Ives Bypass Trust Dtd 1/6/93 | Evelyn A Ives Trustee<br>220 First St #3<br>Seal Beach, CA 90740 | 447,246.00 | 75,000.00 |
| 10725-02306 | 1/13/2007 | Menchetti, D G | Po Box 7100<br>Incline Village, NV 89452-7100 | 1,800,000.00 | 250,000.00 |

EXHIBIT A

2361250.1