*Please change our address! We have moved*

| | |
|---|---|
| Name of Attorney **Diamond McCarthy LLP** | RECEIVED AND _____ |
| Bar # 05801800 | MAY 9  1 20 PM '11 |
| Address 909 Fannin, Suite 1500 | |
| Houston, Texas 77010 | U.S. BANKRUPTCY COURT |
| Phone # 713-333-5100 | MARY A. SCHOTT, CLERK |
| e-mail address emadden@diamondmccarthy.com | |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

* * * * * *

In re:

**Joseph D. Milanowski**

Debtor.

Bankruptcy No.: 07-13162-lbr
Chapter: _____
Trustee: _____

**CHANGE OF ADDRESS OF:**
☑ **DEBTOR**
☑ **CREDITOR**  } *Not sure what we need to check here?*
☑ **OTHER**

This address change applies to (please check all that apply):

☐ Notices only    ☐ Payments from Trustee    ☑ Both Notices and payments

I request that notice be sent to the following address: (please print)

Name: Kes G. Andersen and Ruth Andersen
Address: 3137 N. Cajun Cir.

City: Hanford    State: CA    Zip Code: 93230

*our previous address was Kes G. Andersen and Ruth M. Andersen, 924 Cayo Grande ct, Newbury Park, CA 91320*

Please check one of the following:

☐ The change of address is applicable only in the above captioned case.

☑ The change of address is also applicable in the following related cases: (*please list the case numbers*) BK-S-06-10725-LBR, BK-S-06-10726-LBR, BK-S-06-10727-LBR, BK-S-06-10728-LBR, BK-S-06-10729-LBR

DATE: 5/6/2011

SIGNATURE: *Ruth Andersen*
*Kes G Andersen (case #15)*

→ *more on back*

*You can reach us by phone at: 805-231-2970*

NV_4002(ChangeofAddress_DB012-09).wpd

US Bankruptcy Court, Dist of Nev
Foley Fed Bldg & US Courthouse
300 Las Vegas Blvd. So.
Las Vegas, NV  89101

Case #'s also applicable
BK-S-09-32824-RCJ
BK-S-07-13162-LBR

Please change our address on any applicable cases in regard/associated to this case.  Thanks!

Ruth Allen
Ke Allen