SAT-56304 0978-2 pdf984 06-10725
LENARD E. SCHWARTZER
2850 S. JONES BOULEVARD, SUITE 1
LAS VEGAS, NV 89146

RECEIVED AND [illegible] pwc

MAY 9   1 07 PM '11

009120 9120 1 AT 0.354 89512 4 6 6703-1-9120

William H. and Donna R. Morgan Living Tr
c/o William H. Morgan and Donna R. Morga
~~3818 Joy Ln~~
~~Reno, NV 89512-11~~07

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

*[handwritten:]* 182 Gault Way
Sparks NV 89431

## ATTENTION: ADDRESS CORRECTION REQUESTED

The United States Postal Service (USPS) National Change of Address database indicates that the address listed above is subject to a forwarding order to a new address. The USPS only provides forwarding service for a limited period of time. **We request that you update your address immediately with the bankruptcy court(s) listed on the notice, pursuant to each court's local procedure, to reflect any change.**

For faster and more convenient noticing, consider receiving your notices electronically through the free Electronic Bankruptcy Noticing (EBN) Program. For more information, go to ebn.uscourts.gov.

009120    56304009129038