RAND SULLIVAN

RECEIVED & FILED

'11 MAY -9 P1 :21

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

May 5, 2011

U.S. Bankruptcy Court
300 Las Vegas South
Las Vegas, NV 89101

Dear U.S. Bankruptcy Court:

I Rand Sullivan, a single man am sending this letter in regards to an address change. Case number BK-S-06-10725 (Lead Case) USA capital Chapter 11. This address change applies to all notices and any payments.

My address is as follows:

527 Old Quarry Rd. N.

Larkspur, California

[Sincerely,]

Rand Sullivan

527 OLD QUARRY RD. N.
LARKSPUR, CA ..... [COMPANY E-MAIL] [COMPANY PHONE]