**TEETER & ASSOCIATES, CPAs**
Louise Teeter
Certified Public Accountant

RECEIVED & FILED

'11 MAY 12 P12 51

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

May 9, 2011

U S Bankruptcy Court
Attn: Clerk
300 Las Vegas Blvd
Las Vegas, NV 98101

Please change your records to indicate our new mailing address:

Norman Teeter
Robert G. Teeter
Louise Teeter IRA Rollover
Louise Teeter Trustee of the Louise Teeter Trust dtd 5/21/1990
Louise and Norman Teeter, Joint Tenants

And any other combination of the above names.

New mailing Address is:

5301 Beethoven Street, Suite 160
Los Angeles, CA 90066-7045

I am enclosing some of the envelopes with the old mailing address for reference.

Thank you,

Louise Teeter          Norman Teeter          Robert G. Teeter

5301 Beethoven Street, Suite 160, Los Angeles, CA 90066
Phone: 310.823.2234    FAX: 310.574.9965
Email: lteeter@roadrunner.com