

Entered on Docket
May 17, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

---

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
          jhinderaker@lrlaw.com
          mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**Order Sustaining First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Oak Shores II Loan**<br><br>Hearing Date:  May 9, 2011<br>Hearing Time:  10:30 a.m. |

The Court having considered the "First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment in The Oak Shores II Loan ("Oak Shores II Loan") [DE 8304] (the "Objection"); the Court having heard the Objection on May 9, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed on Exhibit A does not affect the direct lenders' right to repayment by the

2370106_1.DOC

borrower or from the collateral securing the Oak Shores II Loan; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8304] is sustained; and

2. The claims listed on **Exhibit** A attached are disallowed in their entirely since and to the extent that those claims are based upon an investment in the Oak Shores II Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**


By   /s/ John Hinderaker
Robert M. Charles, Jr.
John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

2370106_1.DOC

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____ This Court has waived the requirement set forth in LR 9021(b)(1).

__XXX__ No party appeared at the hearing or filed an objection to the motion.

_____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐ approved the form of this order | ☐ disapprove d the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapprove d the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By: /s/ John Hinderaker.
Attorneys for USACM Liquidating Trust

# # #

Oak Shores II (John E. King)
Single Loan Claims

| Claim # | Date Claim Filed | Name/Address | Total Claim Amount Relating to the Oak Shores II (John E. King) Loan | Unremitted Principal to be Allowed as Claim Relating to the Oak Shores II (John E. King) | Approximate Amount Subject to Objection Because it Relates to an Investment In the Oak Shores II (John E. King) Loan |
|---|---|---|---|---|---|
| 10725-01460 | 11/16/2006 | 1989 Duesing Family Trust Dated 1/31/89 C/O Duesing, Steven & Deborah Ttees 1701 Golden Oak Dr Las Vegas, NV 89117-1453 | 175,719.00 | 35,117.06 | 140,601.94 |
| 10725-00881 | 10/31/2006 | Adams, Michael 1730 Winter Moon Ct Reno, NV 89523 | 100,675.82 | - | 100,675.82 |
| 10725-02373 | 1/16/2007 | Aquino, John P & Lisa 2950 Cabrillo St San Francisco, CA 94121-3532 | 50,000.00 | 10,033.44 | 39,966.56 |
| 10725-02167 | 1/12/2007 | Benz Family Trust Dtd 7/1/95 Bernard D & Margaret W Benz Ttees 1265 Old Foothill Rd Gardnerville, NV 89460 | 81,366.44 | 10,033.44 | 30,649.78 |
| 10725-00430 | 10/4/2006 | Dupin, William & Penny 545 Cole Cir Incline Village, NV 89451 | 10,238.91 | - | 10,238.91 |
| 10725-00020-2 | 12/12/2006 | Falvai, Brenda 252 North Paseo De Juan Anaheim, CA 89101 | 37,860.24 | 10,033.44 | 27,826.80 |
| 10725-02544 | 6/11/2007 | Fischer Family Trust Dtd 6/9/95 C/O Aloys & Joyce Fischer Ttees PO Box 579901 Modesto, CA 95357-5901 | 121,023.33 | 10,033.44 | 110,989.89 |
| 10725-00757 | 10/26/2006 | Higgins, Kevin 10413 Mansion Hills Ave Las Vegas, NV 89144 | 100,000.00 | 20,066.89 | 79,933.11 |

EXHIBIT A

Oak Shores II (John E. King)
Single Loan Claims

| Claim # | Date Claim Filed | Name/Address | Total Claim Amount Relating to the Oak Shores II (John E. King) Loan | Unremitted Principal to be Allowed as Claim Relating to the Oak Shores II (John E. King) | Approximate Amount Subject to Objection Because it Relates to an Investment In the Oak Shores II (John E. King) Loan |
|---|---|---|---|---|---|
| 10725-01832 | 12/29/2006 | Jack S Tiano Accountancy Corp<br>32351 Via Antibes<br>Dana Point, CA 92629-3442 | 52,673.28 | 10,033.44 | 42,639.84 |
| 10725-02455 | 5/31/2007 | Johansen Family Trst Dted 10/23/87 Amended 6/11/04<br>C/O Leif A & Roberta K Johansen Trustees<br>PO Box 2773<br>Truckee, CA 96160-2773 | 100,447.47 | 30,100.33 | 70,347.14 |

**EXHIBIT A**