| | |
|---|---|
| 1 | Name of Attorney _____ |
| 2 | Bar # _____<br>Address _____ |
| 3 | _____<br>Phone # _____ |
| 4 | e-mail address _____ |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

\* \* \* \* \* \*

CASE NO 07-13162 /br

In re:

Joseph D. Milanowski

        Debtor.

Bankruptcy No.:
Chapter:
Trustee:

**CHANGE OF ADDRESS OF:**
☐ **DEBTOR**
☒ **CREDITOR**
☐ **OTHER**

This address change applies to (please check all that apply):

☐ Notices only     ☐ Payments from Trustee     ☒ Both Notices and payments

I request that notice be sent to the following address: (please print)

Name: Don Bruce

Address: 1191 Thompson St.

City: Carson City    State: NV    Zip Code: 89703

Please check one of the following:

☐ The change of address is applicable only in the above captioned case.

☒ The change of address is also applicable in the following related cases: (*please list the case numbers*) BK-S-06-10725 LBR, BK-S-06-10727 LBR

DATE: 5/13/11        SIGNATURE: Don Bruce

NV_4002(ChangeofAddress_DB012-09).wpd

old address →

008056 8056 1 AT 0.362 89703 7 7 6742-1-8056

Bruce Living Trust dated 9/27/01
c/o Don Bruce & Kim Bruce Trustees
1761 Montelena Court
Carson City, NV 89703-8375