```
1   Name of Attorney _____
    Bar # _____
2   Address _____
    _____
3   Phone # _____
    e-mail address _____
4
5                    UNITED STATES BANKRUPTCY COURT
6   In re:                               ... OF NEVADA
7   USA Commercial Mortgage Company,      : * * * *
8   USA Capital Realty Advisors, LLC,[1]  )   Case No. BK-S-06-10725-LBR ✓
                                          )   Case No. BK-S-06-10726-LBR[1]
9   USA Capital Diversified Trust Deed Fund, ) Case No. BK-S-06-10727-LBR
    LLC,                                  )   Case No. BK-S-06-10728-LBR[2]
                                          )   Case No. BK-S-06-10729-LBR[3]
10  USA Capital First Trust Deed Fund, LLC,[2])
                                          )   CHANGE OF ADDRESS OF:
11  USA Securities, LLC,[3]               )   ☐ DEBTOR
                              Debtors.    )   ☒ CREDITOR
12                                        )   ☐ OTHER
```

This address change applies to (please check all that apply):

☐ Notices only     ☐ Payments from Trustee     ☒ Both Notices and payments

I request that notice be sent to the following address: (please print)

Name: **DON BRUCE**

Address: **1191 Thompson St**

City: **Carson City**   State: **NV**   Zip Code: **89703**

Please check one of the following:

☒ The change of address is applicable only in the above captioned case.

☐ The change of address is also applicable in the following related cases: (*please list the case numbers*) _____

DATE: **5/17/11**                           SIGNATURE: /s/ Don Bruce

NV_4002(ChangeofAddress_DB012-09).wpd

*old address* →

008056 8056 1 AT 0.362 89703 7 7 6742-1-8056
Bruce Living Trust dated 9/27/01
c/o Don Bruce & Kim Bruce Trustees
1761 Montelena Court
Carson City, NV 89703-8375