RECEIVED AND ~ ~ DOC

MAY 13   2 50 PM '11

~~ BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

May 10, 2011

Clerk of the Court

300 Las Vegas Blvd S.

Las Vegas NV  89101

06 - 10725 ✓

RE:  ███████████████  06-10725 ✓

Case # BK-S-06-10726-LBR

Case # BK-S-06-10727-LBR

Case # BK-S-06-10728-LBR

Case # BK-S-06-10729 LBR

To Whom It May Concern:

Please change the address on record for Secure Retirement Trust B from c/o Leona Apigian TTEE, 172 Woodland Rd., Goldendale WA  98620-2613 to c/o Leona Apigian TTEE, 13501 Muir Drive SE, Monroe, WA  98272.

Any other documents for Leona Apigian, Larry Apigian, or Secure Retirement Trust B that relate to the USA Capital Bankruptcy, please send to the new address at 13501 Muir Drive SE, Monroe, WA  98272.

Thank you for your attention to this matter!

*Leona Apigian*

Leona Apigian, Trustee

*The new owners are getting tired of forwarding the mail! ☺*

*I appreciate it!*