MICHAEL LEHNERS, ESQ.,
429 Marsh Avenue
Reno, NV 89509
Bar No.: 003331
(775) 786-1695

FORMER ATTORNEY FOR CREDITOR
ARLENE CRONK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

oOo

IN RE:

USA COMMERCIAL MORTGAGE COMPANY,

USA CAPITAL REALTY ADVISORS, LLC.,

USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC.,

USA CAPITOL FIRST TRUST DEED FUND, LLC

USA SECURITY, LLC.

    Debtors.
_____/

CASE NO.:  06-10725-LBR
              06-10726-LBR
              06-10727-LBR
              06-10728-LBR
              06-10729-LBR

(Chapter 11)

**CREDITOR'S CHANGE OF MAILING ADDRESS**

PLEASE TAKE NOTICE that all future notices, pleading etc. are to be sent directly to Creditor, Arlene Cronk as follows and no longer to her in care of Michael Lehners, Esq.

Arlene Cronk
1631 Picetti Way
Fernley, NV 89408

DATED: This ___ day of May, 2011.

_____
MICHAEL LEHNERS, ESQ.,
Former Counsel for Creditor

## CERTIFICATE OF SERVICE BY MAIL

Pursuant to Federal Rule of Civil Procedure 5(b), I certify that on the 18 day of May 2011 I deposited for mailing in the United States Post Office in Reno, Nevada, with postage thereon fully prepaid, a true copy of the within **CREDITOR'S CHANGE OF MAILING ADDRESS** addressed as follows:

Arlene Cronk
1631 Picetti Way
Fernley, NV 89408

Dolores Stigall