

Entered on Docket
May 19, 2011

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr.  (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE
COMPANY,

                                    Debtor.

Case No. BK-S-06-10725-LBR

CHAPTER 11

**Order Sustaining Fourth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment In The Oak Shores II Loan**

Hearing Date:    May 9, 2011
Hearing Time:    10:30 a.m.

The Court having considered the "Fourth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment in The Oak Shores II  Loan ("Oak Shores") [DE 8307] (the "Objection"); the Court having heard the Objection on May 9, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record that the disallowance of the

Claims listed on Exhibit A does not affect the direct lenders' right to repayment by the borrower or from the collateral securing the Oak Shores II Loan; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8307] is sustained; and

2. The claims listed on **Exhibit** A attached are disallowed in whole or in part, to the extent that those claims are based upon an investment in the Oak Shores II Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**


By___ /s/ John Hinderaker
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

2370376_1.DOC

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____    This Court has waived the requirement set forth in LR 9021(b)(1).

__XXX__    No party appeared at the hearing or filed an objection to the motion.

_____    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

_____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐  approved the form of this order | ☐ disapprove d the form of this order |
| ☒  waived the right to review the order and/or | ☐ failed to respond to  the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapprove d the form of this order |
| ☐  waived the right to review the order and/or | ☐ failed to respond to  the document |

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ John Hinderaker._____
Attorneys for USACM Liquidating Trust

# # #

2370376_1.DOC

Oak Shores II (John E. King)
Multiple Loan Claims

| Claim # | Date Claim Filed | Name | Total Claim Amount | Total Claim Amount Relating to Oak Shores II (John E. King) Loan | Unremitted Principal to be Allowed as Claim Relating to the Oak Shores II (John E. King) | Approximate Amount Subject to Objection Because it Relates to an Investment In the Oak Shores II (John E. King) Loan |
|---|---|---|---|---|---|---|
| 10725-02411 | 1/18/2007 | Allen M & Dorothy H Nirenstein 1992 REV Trust Dtd 3/4/92 Allen & Dorothy Nirenstein Ttees 403 Woodland Rd Kentfield, CA 94904-2635 | 805,639.26 | - | 20,066.89 | - |
| 10725-02207 | 1/5/2007 | Barcia, Daniel 1600 Picket Ct Reno, NV 89521 | 225,000.00 | 50,000.00 | - | 50,000.00 |
| 10725-01445 | 11/14/2006 | Brehmer, Hannah 188 Beacon Hill Dr Ashland, OR 97520 | 298,569.00 | 65,000.00 | 13,043.48 | 51,956.52 |
| 10725-01555 | 12/6/2006 | Castillo, Tito 13390 Parkside Ter Cooper City, FL 33330 | 423,845.13 | 73,716.08 | - | 73,716.08 |
| 10725-02215 | 1/12/2007 | Charles B Anderson Trust Janet L Chub, Atty. At Law Armstrong Teasdale LLP 50 W. Liberty, Suite 950 Reno, NV 89501 | 185,281.09 | 32,764.51 | 32,107.02 | 657.49 |
| 10725-02173 | 1/12/2007 | Cook Jt Ten, Aldon G & Deedra 259 Hammock Terrace Venice, FL 34293-1012 | 285,580.12 | 50,000.00 | 10,033.44 | 39,966.56 |
| 10725-02030 | 1/11/2007 | Daniel D Newman Trust Dtd 11/1/92 C/O Daniel D Newman Trustee 125 Elysian Dr Sedona, AZ 86336 | 1,428,037.34 | 85,000.00 | 17,056.86 | 67,943.14 |

EXHIBIT A

2349823.1

Oak Shores II (John E. King)
Multiple Loan Claims

| Claim # | Date Claim Filed | Name | Total Claim Amount | Total Claim Amount Relating to Oak Shores II (John E. King) Loan | Unremitted Principal to be Allowed as Claim Relating to the Oak Shores II (John E. King) | Approximate Amount Subject to Objection Because it Relates to an Investment In the Oak Shores II (John E. King) Loan |
|---|---|---|---|---|---|---|
| 10725-01416 | 12/4/2006 | Davis, Patrick & Susan IRA<br>737 Bannerman Lane<br>Fort Mill, SC 29715 | 75,500.00 | 17,500.00 | - | 17,500.00 |
| 10725-02382 | 1/16/2007 | Essaff Family Trust Dtd 6/18/02<br>Robert & Cindy H Essaff Ttees<br>2860 Heybourne Rd<br>Minden, NV 89423 | 3,198,368.02 | 100,000.00 | 20,066.89 | 79,933.11 |
| 10725-02467 | 6/1/2007 | Foxcroft Living Trust Dtd 1/10/02<br>Fred J & Roberta Foxcroft Ttees<br>PO Box 362<br>Carnelian Bay, CA 96140-0362<br>And<br>Foxcroft Living Trust Dtd 1/10/02<br>Fred J & Roberta Foxcroft Ttees<br>6216 Citrine Drive<br>Carlsbad, CA 92009 | 553,778.99 | 50,000.00 | 10,033.44 | 39,966.56 |

2349823.1

**EXHIBIT A**