

Entered on Docket
May 19, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**Order Sustaining Fifth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment In The Oak Shores II Loan**<br><br>Hearing Date:  May 9, 2011<br>Hearing Time:  10:30 a.m. |

The Court having considered the "Fifth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment in The Oak Shores II Loan ("Oak Shores") [DE 8308] (the "Objection"); the Court having heard the Objection on May 9, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record that the disallowance of the

Claims listed on Exhibit A does not affect the direct lenders' right to repayment by the borrower or from the collateral securing the Oak Shores II Loan; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8308] is sustained; and

2. The claims listed on **Exhibit** A attached are disallowed in whole or in part, to the extent that those claims are based upon an investment in the Oak Shores II Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By  /s/ John Hinderaker
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

2370384_1.DOC

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____    This Court has waived the requirement set forth in LR 9021(b)(1).

XXX    No party appeared at the hearing or filed an objection to the motion.

_____    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

_____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ John Hinderaker.
Attorneys for USACM Liquidating Trust

# # #

2370384_1.DOC

Oak Shores II (John E. King)
Multiple Loan Claims

| Claim # | Date Claim Filed | Name | Total Claim Amount | Total Claim Amount Relating to Oak Shores II (John E. King) Loan | Unremitted Principal to be Allowed as Claim Relating to the Oak Shores II (John E. King) | Approximate Amount Subject to Objection Because it Relates to an Investment In the Oak Shores II (John E. King) Loan |
|---|---|---|---|---|---|---|
| 10725-01914 | 1/10/2007 | Gilbert Manuel Living Trust Dtd 1/3/92 C/O Gilbert Manuel Ttee 4617 Constitution Ave Ne Albuquerque, NM 87110 | 486,748.60 | 50,000.00 | 10,033.44 | 39,966.56 |
| 10725-01915 | 1/10/2007 | Hausler Jr Living Trusr Dtd 1/3/92, Edwin L C/O Edwin L Hausler Ttee 4617 Constitution Ave NE Albuquerque, NM 87110 | 486,748.60 | 50,000.00 | 10,033.44 | 39,966.56 |
| 10725-02117 | 1/11/2007 | Janet P Johnson Living Trust Dated 7/14/04 Janet P & Charles E Johnson Ttees 17 Front St Palm Coast, FL 32137 | 936,603.82 | 100,000.00 | 20,066.89 | 79,933.11 |
| 10725-01314 | 11/13/2006 | John E Michelsen Family Trust John F Murtha Esq PO Box 2311 Reno, NV 89505 | 236,764.00 | 49,812.00 | 10,033.44 | 39,778.56 |
| 10725-02124 | 1/11/2007 | Joy Investment Inc A Nevada Corporation 5280 S Eastern Ave., Suite D-3 Las Vegas, NV 89119 And Joy Investment Inc A Nevada Corporation 8080 Harborview road Blaine, WA 98230 | 1,818,940.00 | 175,000.00 | 35,117.06 | 139,882.94 |

**EXHIBIT A**

2349823.1

Oak Shores II (John E. King)
Multiple Loan Claims

| Claim # | Date Claim Filed | Name | Total Claim Amount | Total Claim Amount Relating to Oak Shores II (John E. King) Loan | Unremitted Principal to be Allowed as Claim Relating to the Oak Shores II (John E. King) | Approximate Amount Subject to Objection Because it Relates to an Investment In the Oak Shores II (John E. King) Loan |
|---|---|---|---|---|---|---|
| 10725-02205 | 1/12/2007 | Lorin Loughlin & Rand Yazzolino 1259 Bags Blvd Sonoma, CA 95476 | 250,000.00 | 100,000.00 | 20,066.89 | 79,933.11 |
| 10725-02178 | 1/12/2007 | Marshall Brecht Trust Dtd 2/5/86 Marshall J & Janet L Brecht Trustees 640 Colonial Cir Fullerton, CA 92835 | 3,418,022.00 | 100,000.00 | 20,066.89 | 79,933.11 |
| 10725-01312 | 11/13/2006 | Michelsen, Gary A John F Murtha Esq PO Box 2311 Reno, NV 89505 | 543,373.00 | 49,812.00 | 10,033.44 | 39,778.56 |
| 10725-01208 | 11/10/2006 | Monighetti, Pete 6515 Frankie Ln Prunedale, CA 93907 | 1,509,963.55 | 39,761.00 | 10,033.44 | 29,727.56 |
| 10725-02044 | 1/11/2007 | Naylon, Dominique Po Box 2 Topaz, CA 96133 | 1,168,297.62 | 100,000.00 | - | 100,000.00 |

**EXHIBIT A**

2349823.1