

Entered on Docket
May 19, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
             jhinderaker@lrlaw.com
             mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**Order Sustaining Third Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Oak Shores II Loan**<br><br>Hearing Date:  May 9, 2011<br>Hearing Time:  10:30 a.m. |

    The Court having considered the "Third Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment in The Oak Shores II Loan ("Oak Shores") [DE 8306] (the "Objection"); the Court having heard the Objection on May 9, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed

on Exhibit A does not affect the direct lenders' right to repayment by the Borrower or from the collateral securing the Oak Shores II Loan, and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8306] is sustained; and

2. The claims listed on **Exhibit** A attached are disallowed in their entirely since and to the extent that those claims are based upon an investment in the Oak Shores II Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By  /s/ John Hinderaker
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

    _____    This Court has waived the requirement set forth in LR 9021(b)(1).

    <u>XXX</u>    No party appeared at the hearing or filed an objection to the motion.

    _____    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

    _____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:  <u>/s/ John Hinderaker.</u>
Attorneys for USACM Liquidating Trust

# # #

2370374_1.DOC

Oak Shores II (John E. King)
Single Loan Claims

| Claim # | Date Claim Filed | Name/Address | Total Claim Amount Relating to the Oak Shores II (John E. King) Loan | Unremitted Principal to be Allowed as Claim Relating to the Oak Shores II (John E. King) | Approximate Amount Subject to Objection Because it Relates to an Investment In the Oak Shores II (John E. King) Loan |
|---|---|---|---|---|---|
| 10725-02558 | 6/15/2007 | Robert C Toombes And Patsy G Toombes<br>Po Box 11665<br>Zephyr Cove, NV 89448-3665 | 100,000.00 | 20,066.89 | 79,933.11 |
| 10725-00537 | 10/10/2006 | Ruegg Living Trust Dtd 11/28/94<br>Frank C & Margaret S Ruegg Ttees<br>107 Navigator Ln<br>Friday Harbor, WA 98250-6017 | 75,000.00 | 15,050.17 | 59,949.83 |
| 10725-01788 | 12/13/2006 | Spring, Donald W & Evelyn Mae<br>3153 Canyon Oaks Ter<br>Chico, CA 95928-3987 | 52,219.00 | - | 52,219.00 |
| 10725-00375 | 10/2/2006 | Underpass Trust<br>Ronald Montesant Ttee<br>5121 Big River Ave<br>Las Vegas, NV 89130 | 50,000.00 | 10,033.44 | 39,966.56 |
| 10725-00502 | 10/9/2006 | Wanda Wright Revocable Living Trust<br>C/O Wanda C Wright Trustee<br>16500 Pyramid Way<br>Reno, NV 89510-8711 | 54,200.00 | - | 54,200.00 |

EXHIBIT A

2349775.2