# EXHIBIT A



Entered on Docket
May 19, 2011

Hon. Linda B. Riegle
United States Bankruptcy Judge

---

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email: rcharles@lrlaw.com
       jhinderaker@lrlaw.com
       mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**Order Sustaining Seventh Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment In The Oak Shores II Loan**<br><br>Hearing Date: May 9, 2011<br>Hearing Time: 10:30 a.m. |

The Court having considered the "Seventh Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment in The Oak Shores II Loan ("Oak Shores") [DE 8310] (the "Objection"); the Court having heard the Objection on May 9, 2011; appropriate notice of the Objection having been given; no responses to the Objection having been filed; the Court noting on the record that the disallowance of

2370400_1.DOC

the Claims listed on Exhibit A does not affect the direct lenders' right to repayment by the borrower or from the collateral securing the Oak Shores II Loan; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8310] is sustained; and
2. The claims listed on **Exhibit A** attached are disallowed in whole or in part, to the extent that those claims are based upon an investment in the Oak Shores II Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By  /s/ John Hinderaker
Robert M. Charles, Jr.
John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

2370400_1.DOC

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____  This Court has waived the requirement set forth in LR 9021(b)(1).

XXX  No party appeared at the hearing or filed an objection to the motion.

_____  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

_____  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐ approved the form of this order | ☐ disapprove d the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapprove d the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:  /s/ John Hinderaker.
Attorneys for USACM Liquidating Trust

# # #

Oak Shores II (John E. King)
Multiple Loan Claims

| Claim # | Date Claim Filed | Name | Total Claim Amount | Total Claim Amount Relating to Oak Shores II (John E. King) Loan | Unremitted Principal to be Allowed as Claim Relating to the Oak Shores II (John E. King) | Approximate Amount Subject to Objection Because it Relates to an Investment In the Oak Shores II (John E. King) Loan |
|---|---|---|---|---|---|---|
| 10725-01872 | 1/8/2007 | Susskind, Robert<br>9900 Wilber May Pkwy #206<br>Reno, NV 89521 | 306,214.00 | 50,000.00 | 10,033.44 | 39,966.56 |
| 10725-02291 | 1/12/2007 | Terry R Helms Living Trust Dtd 11/11/94<br>Terry Helms<br>809 Upland Blvd<br>Las Vegas, NV 89107-3719 | 11,155,754.80 | 1,000,000.00 | 200,668.90 | 799,331.10 |
| 10725-02481 | 6/4/2007 | Tobias Von Euw Revocable<br>Trust Dated 11/23/04<br>C/O Tobias Von Euw Trustee<br>Sun City Aliante 7431 Lintwhite St<br>North Las Vegas, NV 89084-2500 | 1,468,967.93 | 50,000.00 | - | 50,000.00 |
| 10725-00437 | 10/4/2006 | Toombes, Patsy<br>Po Box 11665<br>Zephyr Cove, NV 89448 | 371,435.14 | 100,000.00 | - | 100,000.00 |
| 10725-00271 | 9/27/2006 | Tuch, Cary & Carol<br>11445 Gerald Ave<br>Granada Hills, CA 91344-3623 | 100,000.00 | 50,000.00 | 10,033.44 | 39,966.56 |
| 10725-02123 | 1/11/2007 | Universal Management Inc A Nevada Corp<br>8080 Harborview Rd<br>Blaine, WA 98230 | 1,438,118.00 | 50,000.00 | 10,033.44 | 39,966.56 |

**EXHIBIT A**

2349823.1

Oak Shores II (John E. King)
Multiple Loan Claims

| Claim # | Date Claim Filed | Name | Total Claim Amount | Total Claim Amount Relating to Oak Shores II (John E. King) Loan | Unremitted Principal to be Allowed as Claim Relating to the Oak Shores II (John E. King) | Approximate Amount Subject to Objection Because it Relates to an Investment In the Oak Shores II (John E. King) Loan |
|---|---|---|---|---|---|---|
| 10725-02318 | 1/13/2007 | USA Commercial Real Estate Group C/O Jeffrey R Sylvester Esq Sylvester & Polednak Ltd 7371 Prairie Falcon Rd, Ste 120 Las Vegas, NV 89128 | 10,719.49 | 204.78 | - | 204.78 |
| 10725-01694 | 12/11/2006 | Wahl, David Po Box 8012 Mammoth Lakes, CA 93546 | 289,414.18 | 50,000.00 | - | 50,000.00 |
| 10725-02315 | 1/13/2007 | Wahl, David C Po Box 8012 Mammoth Lakes, CA 93546 | 144,224.96 | 50,000.00 | - | 50,000.00 |
| 10725-01412 | 12/4/2006 | Wildwater Limited Partnership C/O Eric Ronning P.O. Box 7804 Incline Village, NV 89452 | 42,884.61 | 10,033.44 | 10,033.44 | - |

EXHIBIT A

2349823.1