**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com

John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
Marvin Ruth NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: <br><br>USA COMMERCIAL MORTGAGE COMPANY, <br><br>                        Debtor. | Case No. BK-S-06-10725-LBR <br><br> CHAPTER 11 <br><br> **NOTICE OF ENTRY OF ORDER SUSTAINING FIFTH OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED IN WHOLE OR IN PART UPON INVESTMENT IN THE OAK SHORES II LOAN** |

**PLEASE TAKE NOTICE** that an Order Sustaining Fifth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In The Oak Shores II Loan [DE 8374] was entered on the 19th day of May, 2011, a true and correct copy of which is attached hereto as **Exhibit A**.

2374585.1

1  RESPECTFULLY SUBMITTED May 20, 2011.

**LEWIS AND ROCA LLP**

By  /s/ John Hinderaker (018024)
Robert M. Charles, Jr.
John Hinderaker (*pro hac vice*)
Marvin Ruth
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone:  (702) 949-8320
Facsimile:  (702) 949-8321

*Attorneys for USACM Liquidating Trust*

**CERTIFICATE OF SERVICE**

Copy of the foregoing and pertinent portion of Exhibit A to the Order mailed by first class postage prepaid U.S. Mail on May 20, 2011 to all the parties listed on Exhibit A to the Order attached.

/s/ Marie H. Mancino
Marie H. Mancino
Lewis and Roca LLP

2374585.1