**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com

John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
Marvin Ruth NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                      Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**NOTICE OF ENTRY OF ORDER SUSTAINING FIRST OMNIBUS OBJECTION OF USACM TRUST TO PROOFS OF CLAIM BASED ENTIRELY UPON INVESTMENT IN THE OCEAN ATLANTIC LOAN** |

      **PLEASE TAKE NOTICE** that an Order Sustaining First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Ocean Atlantic Loan [DE 8364] was entered on the 17th day of May, 2011, a true and correct copy of which is attached hereto as Exhibit A.

2271432.1

RESPECTFULLY SUBMITTED May 20, 2011.

**LEWIS AND ROCA LLP**

By /s/ John Hinderaker (018024)
Robert M. Charles, Jr.
John Hinderaker (*pro hac vice*)
Marvin Ruth
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

**CERTIFICATE OF SERVICE**

Copy of the foregoing and pertinent portion of Exhibit A to the Order mailed by first class postage prepaid U.S. Mail on May 20, 2011 to all the parties listed on Exhibit A to the Order attached.

/s/ Marie H. Mancino
Marie H. Mancino
Lewis and Roca LLP

2

2271432.1