# EXHIBIT A



**Entered on Docket**
**May 19, 2011**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

LEWIS AND ROCA LLP
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>    Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**Order Sustaining Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment In The Ocean Atlantic Loan (Except as to Norman Kiven)**<br><br>Hearing Date:  May 9, 2011<br>Hearing Time:  10:30 a.m. |

The Court having considered the "Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment in The Ocean Atlantic $9,425,000 Loan ("Ocean Atlantic ") [DE 8296] (the "Objection"); the Court having heard the Objection on May 9, 2011; appropriate notice of the Objection having been given; Norman Kiven filed a response and the hearing has been continued as to Norman Kiven only [DE 8331]; no other response to the Objection having been filed; the Court noting on

2369999_1.DOC

the record that the disallowance of the Claims listed on Exhibit A does not affect the lender's claim on the applicable direct loan; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8295] is sustained; and
2. The claims listed on **Exhibit** A attached (except for Norman Kiven) are disallowed to the extent that those claims are based upon an investment in the Ocean Atlantic Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By  /s/ John Hinderaker
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
    3993 Howard Hughes Parkway, Ste. 600
    Las Vegas, Nevada 89169-5996
    Telephone: (702) 949-8320
    Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

2369999_1.DOC

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____    This Court has waived the requirement set forth in LR 9021(b)(1).

XXX       No party appeared at the hearing or filed an objection to the motion.

_____    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

_____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐ approved the form of this order | ☐ disapprove d the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapprove d the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:  /s/ John Hinderaker.
Attorneys for USACM Liquidating Trust

# # #

3

2369999_1.DOC

OCEAN ATLANTIC $9,425,000
MULTIPLE LOAN CLAIMS
EXHIBIT A

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Ocean Atlantic $9,425,000 Loan |
|---|---|---|---|---|---|
| 10725-02400 | 1/16/2007 | Banos, Kami & Willie | 7431 Dorie Dr<br>West Hills, CA 91307-5277 | 100,000.00 | 50,000.00 |
| 10725-01921 | 1/10/2007 | Dobyne Living Trust | Robert S & Leah K Dobyne Ttees<br>3416 Cantura Bluff Ave<br>North Las Vegas, NV 89031-3577 | 474,358.44 | 50,000.00 |
| 10725-00525 | 10/10/2006 | Fernandes, Melissa | 4001 Oak Manor Ct<br>Hayward, CA 94542 | 116,143.68 | 58,071.84 |
| ~~10725-01297~~ | ~~11/10/2006~~ | ~~Kiven, Norman~~ | ~~Andrew J Abrams Esq~~<br>~~Sugar Friedberg & Felsenthal LLP~~<br>~~30 N Lasalle St Ste 3000~~<br>~~Chicago, IL 60602~~ | ~~1,040,000.00~~ | ~~Unknown~~ |
| ~~10725-01478~~ | ~~11/15/2006~~ | ~~Kiven, Norman~~ | ~~Andrew J Abrams Esq~~<br>~~Sugar Friedberg & Felsenthal LLP~~<br>~~30 N Lasalle St Ste 3000~~<br>~~Chicago, IL 60602~~ | ~~96,496.00~~ | ~~Unknown~~ |
| 10725-01784 | 12/13/2006 | Miller, Penny & Brian J | Po Box 495<br>Zephyr Cove, NV 89448 | 115,000.00 | 50,000.00 |
| 10725-01878 | 1/8/2007 | Raggi, Dennis | Po Box 10475<br>Zephyr Cove, NV 89448 | 10,451.54 | Unknown |

2346053.1

OCEAN ATLANTIC $9,425,000
MULTIPLE LOAN CLAIMS
EXHIBIT A

| | | | | | |
|---|---|---|---|---|---|
| 10725-02226 | 1/12/2007 | Raggi, Dennis | Po Box 10475<br>Zephyr Cove, NV 89448 | 4,884,068.70 | 50,000.00 |
| 10725-02027 | 1/11/2007 | Zadel, William | Po Box 1817<br>Parowan, UT 84761 | 150,000.00 | 50,000.00 |
| 10725-02299 | 1/13/2007 | Zawacki A California LLC | Po Box 5156<br>Bear Valley, CA 95223-5156 | 3,000,000.00 | 50,000.00 |

2346053.1