**Frank M. Bunn**
**9511 Iris Flat Ct**
**Las Vegas, NV 89178-7221**

RECEIVED & FILED

'11 MAY 19 A11:45

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Please be advised, in the matter of:

USA CAPITAL                    CASE # 06-10725-LBR
USA COMMERCIAL MORTGAGE

I have a new address.

Old address:

**Frank M. Bunn**
**8279 Palmada Drive**
**Las Vegas, NV 89123-2322**

New address:

**Frank M. Bunn**
**9511 Iris Flat Court**
**Las Vegas, NV 89178-7221**

If you have any questions, you may contact me at either
my home phone – 702-896-5426 or
my email address frankbunn@hotmail.com

Thank you for your attention,

Frank M. Bunn