WED-54605 0978-2 pdf984 06-10725
LENARD E. SCHWARTZER
2850 S. JONES BOULEVARD, SUITE 1
LAS VEGAS, NV 89146

**OFFICIAL BUSINESS**

UNITED STATES BANKRUPTCY COURT
PENALTY FOR PRIVATE USE $300
**CONTAINS NOTICE of a PROCEEDING**
in the
UNITED STATES BANKRUPTCY COURT

COA

*Undeliverable, Commercial Mail Receiving Agency*

PRESORTED
FIRST-CLASS MA
POSTAGE & FEES P
UNITED STATES COL
PERMIT NO. G-18

010137 10137 1 AT 0.354 89005 8 0 6691-0-10137
Phil L. Pfeiler & Loy E. Pfeiler
806 Buchanan Blvd #115 PMB #249
Boulder City, NV 89005-2144

*FROM THIS*

**FIRST-CLASS M**

*CHANGE TO THIS*

891 NFE 1 310F 00 03/05/1
NOTIFY SENDER OF NEW ADDRESS
PFEILER
1203 BRIARSTONE DR
BOULDER CITY NV 89005-2143
BC: 89005214303    *1314-05691-28-4

89005@2143

RECEIVED & FILED
'11 MAY 19 P12:53
U.S. BANKRUPTCY COURT
MARY A. SCHOTT CLERK

*Undeliverable, Commercial Mail Receiving Agency*

Dear Sir —

Please change my address on all future correspondence on all court matters

Thank you —
Phil Pfeiler