Change Of Address Request

My cousin, Alice Shepherd, passed away on March 17, 2011. I am the Trustee of the Shepherd Trust Dated June 28, 2005. Please update the mailing address as described below. If there are any questions, I may be reached at 661-927-7773.

Thank you,

*[signed] Conrad Frank, Trustee*

Conrad Frank, Trustee of the Shepherd Trust Dated June 28, 2005

Known case numbers:

(BK-S-06-10725-LBR)
BK-S-06-10726-LBR
BK-S-06-10727-LBR
BK-S-06-10728-LBR
BK-S-06-10729-LBR

BK-N-07-13162-LBR

Mailing addresses that are no longer valid:

Alice Shepherd
14758 Calla Lily CT
Canyon Country, CA 91387-1519

Shepherd Trust Dated 6/28/05
C/O Alice Shepherd Trustee
14758 Calla Lily CT
Canyon Country, CA 91387-1519

Please use the following address:

Shepherd Trust Dated 6/28/05
C/O Conrad Frank Trustee
27564 Courtview Drive
Valencia, CA 91354-1600

*[stamp: RECEIVED & FILED '11 MAY 23 P1:58 U.S. BANKRUPTCY COURT MARY A. SCHOTT, CLERK]*

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

## COUNTY OF LOS ANGELES DEPARTMENT OF PUBLIC HEALTH

### CERTIFICATE OF DEATH

State File Number: 3201119012432

| Field | Value |
|---|---|
| 1. Name of Decedent—First (Given) | ALICE |
| 2. Middle | - |
| 3. Last (Family) | SHEPHERD |
| AKA | MARIE ALICE SHEPHERD |
| 4. Date of Birth | 09/18/1953 |
| 5. Age | 57 |
| 6. Sex | F |
| 9. Birth State/Foreign Country | GERMANY |
| 11. Ever in U.S. Armed Forces? | NO |
| 12. Marital Status | DIVORCED |
| 7. Date of Death | 03/17/2011 |
| 8. Hour (24 Hours) | 0339 |
| 13. Education | DOCTORATE |
| 14/15. Hispanic/Latino/Spanish | NO |
| 16. Decedent's Race | CAUCASIAN |
| 17. Usual Occupation | TECHNICAL WRITER |
| 18. Kind of Business or Industry | JOURNALISM |
| 19. Years in Occupation | 15 |
| 20. Decedent's Residence | 14758 CALLA LILY COURT |
| 21. City | CANYON COUNTRY |
| 22. County/Province | LOS ANGELES |
| 23. Zip Code | 91387 |
| 24. Years in County | 12 |
| 25. State/Foreign Country | CALIFORNIA |
| 26. Informant's Name, Relationship | CONRAD P. FRANK, AHCD AGENT |
| 27. Informant's Mailing Address | 27564 COURTVIEW DRIVE, VALENCIA, CA 91354 |
| 31. Name of Father/Parent—First | KURT |
| 33. Last | SCHLICHTER |
| 34. Birth State | GERMANY |
| 35. Name of Mother/Parent—First | ALICE |
| 37. Last (Birth Name) | FRANK |
| 38. Birth State | GERMANY |
| 39. Disposition Date | 03/24/2011 |
| 40. Place of Final Disposition | AT SEA OFF THE COAST OF LOS ANGELES COUNTY |
| 41. Type of Disposition(s) | CR/SEA |
| 42. Signature of Embalmer | NOT EMBALMED |
| 44. Name of Funeral Establishment | ANGELENO MORTUARY |
| 45. License Number | FD1812 |
| 46. Signature of Local Registrar | JONATHAN FIELDING, MD |
| 47. Date | 03/23/2011 |
| 101. Place of Death | HENRY MAYO NEWHALL MEMORIAL HOSPITAL |
| 102. If Hospital | IP |
| 104. County | LOS ANGELES |
| 105. Facility Address | 23845 W MCBEAN PKWY |
| 106. City | VALENCIA |

### 107. Cause of Death

| | |
|---|---|
| (A) Immediate Cause | CARDIOPULMONARY ARREST — MINS |
| (B) | ACUTE RESPIRATORY FAILURE — DAYS |
| (C) Underlying Cause | BREAST CANCER WITH METASTASIS — YEARS |

108. Death reported to coroner? NO
109. Biopsy performed? NO
110. Autopsy performed? NO

112. Other Significant Conditions: HYPERTENSION

113. Was Operation Performed: VIDEO ASSISTED THORACIC SURGERY 02/28/2011

113A. If Female, Pregnant in Last Year? NO

115. Signature and Title of Certifier: ARMAND T MASONGSONG M.D.
116. License Number: A70428
117. Date: 03/23/2011
118. Attending Physician's Name, Address: ARMAND T MASONGSONG M.D, 21700 GOLDEN TRIANGLE RD # 105, SANTA CLARITA, CA 91350

Decedent Attended Since: 02/22/2011
Decedent Last Seen Alive: 03/16/2011

---

This is a true certified copy of the record filed in the County of Los Angeles Department of Public Health if it bears the Registrar's signature in purple ink.

Jonathan E. Fielding MD
NH

DATE ISSUED: MAR 24 2011

*HD2339709*

Director of Public Health and Registrar

This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.

TRUSTEE'S CERTIFICATE OF TRUST
(California Probate Code Section 18100.5)

I, the undersigned, declare the following:

1. Alice Shepherd was the original settlor and trustee of the Shepherd Trust dated June 28, 2005 ("Trust".) The Trust was executed on June 28, 2005 and subsequently amended on August 3, 2007. The Trust remains in effect.

2. Alice Shepherd died on March 17, 2011. A Certified copy of her Death Certificate is attached hereto. The Trust states if Alice Shepherd fails or ceases to act as trustee, I become the sole trustee of the Trust.

3. Attached is a copy of the main body of the Trust instrument as is effective now. Such copy includes my powers as trustee of the Trust. I acting alone may exercise such powers by my signature.

4. The taxpayer identification number of the Trust is my social security number: 45-6208326.

5. Title to the Trust assets should be held as follows (or in at least some reasonable abbreviation of the following):

**Conrad Frank, Trustee of the Shepherd Trust dated June 28, 2005.**

6. The Trust is now irrevocable. Moreover, the Trust has not been amended, revoked or terminated in any manner which would cause the representations in this certification of trust to be incorrect. This certification has been signed by all of the currently acting trustees of the Trusts.

I declare under penalty of perjury under the laws of the State of California that the foregoing statements are true and correct.

Dated: April 4, 2011

_____
Conrad Frank, Trustee

STATE OF CALIFORNIA         )(
                            )( ss.
COUNTY OF LOS ANGELES       )(

On April 4, 2011 before me, MARIA N. JONSSON, a Notary Public, personally appeared CONRAD FRANK, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY of PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
         Notary Public

MARIA N. JONSSON
Commission # 1901391
Notary Public - California
Los Angeles County
My Comm. Expires Sep 23, 2014

(Seal)