RECEIVED
AN~ ~' ~D

MAY 23   I 32 PH '11

U.S. BANKRUPTCY COURT
MARY A. SCHOTT. CLERK

1  Name of Attorney _____
   Bar # _____
2  Address _____
   _____
3  Phone # _____
   e-mail address _____
4

5              UNITED STATES BANKRUPTCY COURT

6                    DISTRICT OF NEVADA

7                        * * * * * *

8  In re: *USA Commercial*            )    Bankruptcy No.: 06-10725
9         *Mortgage*                   )    Chapter: _____
                                       )    Trustee: _____
10                                     )
                     Debtor.           )    **CHANGE OF ADDRESS OF:**
11                                     )    ⊡ **DEBTOR**
                                       )    ⊡ **CREDITOR**
12 _____)    ⊡ **OTHER**

13

   This address change applies to (please check all that apply):
14
   ☐ Notices only      ☐ Payments from Trustee    ☑ Both Notices and payments
15
   I request that notice be sent to the following address: (please print)
16

17 **Name** _____
   PORTNOFF BUILDING
18 **Address** _____
   285 FRANCISCO ST.
19
   HENDERSON      NEVADA              89014
20 **City**        **State**          **Zip Code**
   Please check one of the following:
21
   ☐ The change of address is applicable only in the above captioned case.
22
   ☑ The change of address is also applicable in the following related cases: (*please list the case*
23
   *numbers*) BK-S-06-10725-LBR   BK-N-07-13162-LBR   and anything else for PORTNOFF BUILDING          .
24

25 DATE: 5/19/11 _____          _Sarah Portnoff_
                                              SIGNATURE
26

   NV_4002(ChangeofAddress_DB012-09).wpd