**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr.  NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | |
| Debtor. | CHAPTER 11 |
| | **NOTICE OF ENTRY OF ORDER APPROVING STIPULATION TO EXTEND DEADLINE TO FILE RESPONSE TO USACM LIQUIDATING TRUST'S SECOND OMNIBUS OBJECTION TO PROOFS OF CLAIM BASED IN WHOLE OR IN PART UPON INVESTMENT IN THE OCEAN ATLANTIC LOAN AS TO PROOF OF CLAIM OF NORMAN KIVEN AND CONTINUE HEARING** |

1

2384090.1

**LEWIS AND ROCA LLP**
LAWYERS

**PLEASE TAKE NOTICE** that an Order Approving Stipulation To Extend Deadline To File Response To USACM Liquidating Trust's Second Omnibus Objection to Proofs Of Claim Based In Whole Or In Part Upon Investment In The Ocean Atlantic Loan As To Proof Of Claim Of Norman Kiven and Continue Hearing [DE 8331] was entered on the 27th day of April, 2011. A true and correct copy of which is attached hereto as **Exhibit A**.

RESPECTFULLY SUBMITTED May 26, 2011.

**LEWIS AND ROCA LLP**

By  /s/ John Hinderaker (018024)
Robert M. Charles, Jr.
John Hinderaker (*pro hac vice*)
Marvin Ruth
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

COPY of the foregoing was e-mailed this 26th day of May, 2011, to:

Leland H. Chait
SUGAR & FELSENTHAL LLP
30 N. LaSalle Street, Suite 3000
Chicago, IL  60602
Email: Lchait @sfllp-law.com

By  /s/ *Marie H. Mancino*
    MARIE H. MANCINO