# EXHIBIT A

**Entered on Docket**
**April 27, 2011**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinder@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,[1]<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[2]<br><br>USA Securities, LLC,[3]<br>　　　　　　　　　　　Debtors.<br><br>Affects:<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Order Approving Stipulation to Extend Deadline to File Response to USACM Liquidating Trust's Second Omnibus Objection to Proofs of claim Based In Whole or In Part Upon Investment in the Ocean Atlantic Loan as to Proof of Claim of Norman Kiven and Continue Hearing**<br><br>Date of Hearing: May 9, 2011<br>Time: 2:00 p.m.<br><br>New Date of Hearing: June 14, 2011<br>Time: 10:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007

2359436.1

LEWIS AND ROCA LLP
LAWYERS

The Stipulation of USACM Liquidating Trust (the "USACM Trust") and Norman Kiven ("Mr. Kiven") to Extend Deadline to File Response to USACM Liquidating Trust's Second Omnibus Objection to Proof of Claim Based In Whole Or In Part Upon Investments in the Ocean Atlantic Loan to Proof of Claim of Norman Kiven And Continue Hearing, [DE 8330] came before the Court for consideration, no notice being necessary, and good cause appearing,

IT IS ORDERED:

- The hearing on the Ocean Atlantic Objection scheduled for May 9, 2011 at 2:00 p.m. is hereby continued to **June 14, 2011 at 10:30 a.m.** as to the Proofs of Claim filed by Norman Kiven. The May 9, 2011 hearing date is reaffirmed as to all other claimants.
- The deadline for Mr. Kiven to file a response to the Ocean Atlantic Objection is hereby extended to **June 1, 2011.**

# # #

APPROVED AS TO FORM AND CONTENT:

**SUGAR & FELSENTHAL LLP**

By:      s/ Leland H. Chait
Leland H. Chait
30 N. LaSalle St.  Suite 3000
Chicago, IL 60602
DD 312-704-2192
E-mail: Lchait@sfllp-law.com

LEWIS AND ROCA LLP
LAWYERS

**PREPARED AND SUBMITTED BY:**

**LEWIS AND ROCA LLP**


By  /s/ John Hinderaker (018024)
    John Hinderaker (pro hac vice)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8200
Facsimile: (702) 949-8398
*Attorneys for USACM Liquidating Trust*

2359436.1