LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr.  NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**Notice of Entry Of Order Approving Stipulation To Extend Deadline To File Response to USACM Liquidating Trust's Sixth Omnibus Objection To Proofs Of Claim Based In Whole Or In Part Upon Investment In The Oak Shores II Loan As to Proof Of Claim Of Donald H. Pinsker and Continue Hearing** |

      **PLEASE TAKE NOTICE** that an Order Approving Stipulation To Extend Deadline To File Response To USACM Liquidating Trust's Sixth Omnibus Objection to Proofs Of Claim Based In Whole Or In Part Upon Investment In The Oak Shores II Loan As To Proof Of Claim Of Donald H. Pinsker and Continue Hearing [DE 8340] was entered on the 9th day of May, 2011.  A true and correct copy of which is attached hereto as **Exhibit A**.

1

2383851.1

**LEWIS AND ROCA LLP**
LAWYERS

RESPECTFULLY SUBMITTED May 26, 2011.

**LEWIS AND ROCA LLP**

By /s/ John Hinderaker (018024)
Robert M. Charles, Jr.
John Hinderaker (*pro hac vice*)
Marvin Ruth
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

COPY of the foregoing mailed this 26th day of May, 2011, to:

Donald H. Pinsker
8650 W. Verde Way
Las Vegas, NV   89149-1365

By /s/ *Marie H. Mancino*
MARIE H. MANCINO

2

2383851.1