# EXHIBIT A

Entered on Docket
May 09, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhindera@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,[1]<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[2]<br><br>USA Securities, LLC,[3]<br>　　　　　　　　　　　Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**Order Approving Stipulation to Extend Deadline to File Response to USACM Liquidating Trust's Sixth Omnibus to Proofs of claim Based In Whole or In Part Upon Investment in the Oak Shores II Loan as to Proof of Claim of Donald H. Pinsker and Continue Hearing**<br><br>Date of Hearing: May 9, 2011<br>Time: 2:00 p.m.<br><br>New Date of Hearing: June 14, 2011<br>Time : 10:30 a.m. |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007

1

2365583.1

LEWIS AND ROCA LLP
LAWYERS

The Stipulation of USACM Liquidating Trust (the "USACM Trust") and Donald H. Pinsker ("Mr. Pinsker") to Extend Deadline to File Response to USACM Liquidating Trust's Sixth Omnibus Objection to Proofs of Claim Based In Whole Or In Part Upon Investments in the Oak Shores II Loan to Proof of Claim of Donald H. Pinsker And Continue Hearing, [DE 8339] came before the Court for consideration, no notice being necessary, and good cause appearing,

IT IS ORDERED:

- The hearing on the Oak Shores II Objection scheduled for May 9, 2011 at 2:00 p.m. is hereby continued to **June 14, 2011 at 10:30 a.m.** as to the Proof of Claim filed by Donald H. Pinsker. The May 9, 2011 hearing date is reaffirmed as to all other claimants.
- The deadline for Mr. Pinsker to file a response to the Oak Shores II Objection is hereby extended to **June 7, 2011.**

# # #

APPROVED AS TO FORM AND CONTENT:

By: _____s/ Donald H. Pinsker_____
Donald H. Pinsker
8650 W. Verde Way
Las Vegas, NV 89149-4145

**PREPARED AND SUBMITTED BY:**

**LEWIS AND ROCA LLP**


By___/s/ John Hinderaker (018024)___
    John Hinderaker (pro hac vice)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8200
Facsimile: (702) 949-8398
*Attorneys for USACM Liquidating Trust*

2365583.1

**Burns, Matthew**

| | |
|---|---|
| **From:** | Jordan, Christopher |
| **Sent:** | Monday, May 09, 2011 5:48 PM |
| **To:** | Burns, Matthew; Charles, Robert; Schoenike, Marilyn |
| **Subject:** | USA 06-10725, DE 8340 Order Approving Stipulated To Extend Deadline To File Response To USACM Liquidating Trust's Sixth Omnibus To Proofs Of Claim ..... |

**Attachments:** 8340.pdf

**Case Name:** USA COMMERCIAL MORTGAGE COMPANY
**Case Number:** 06-10725-lbr
**Document Number:** 8340

**Docket Text:**
Order Approving Stipulated To Extend Deadline To File Response To USACM Liquidating Trust's Sixth Omnibus To Proofs Of Claim Based In Whole Or In Part Upon Investment In The Oak Shores II Loan As To Proof Of Claim Of Donald H. Pinsker And Continued Hearing. Hearing scheduled 6/14/2011 at 10:30 AM at LBR-Courtroom 1, Foley Federal Bldg. (Related document(s)[8309] Objection to Claim filed by Interested Party USACM LIQUIDATING TRUST, [8339] Stipulation filed by Interested Party USACM LIQUIDATING TRUST.) (ccc)

Christopher Jordan
Litigation/Bankruptcy Support
LEWIS and ROCA
Tucson, Arizona
520.838.7736
520.622.2090

5/23/2011