LEWIS
AND
ROCA
LLP
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com

Attorneys for USACM Liquidating Trust

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>              Debtor. | Case No. BK-S-06-10725-LBR<br>Chapter 11<br><br>**Motion To Limit Notices Mailed<br>To All Creditors**<br><br>Date:  July 26, 2011<br>Time:  1:30 p.m.<br>Estimated Time for Hearing:  10 minutes |

The USACM Liquidating Trust  (the "USACM Trust") moves this Court for an order limiting the notices mailed to all creditors.  This Motion is based upon the following Memorandum of Points and Authorities and is supported by the Court's record and the declaration of Marilyn Schoenike filed this date.

### MEMORANDUM

On January 8, 2007, this Court entered its Order Confirming the "Debtors' Third Amended Joint Chapter 11 Plan of Reorganization" As Modified Herein [DE 2376]. Notice of Entry of the Confirmation Order was filed on January 9, 2007, and served on January 11 and 12, 2007 [DE 2387].  The proof of claim deadlines of November 13, 2006 and the deadline for Direct Lenders to file proofs of claim of January 13, 2007 have passed.

Since the Effective Date, the USACM Trust has worked with BMC Group, Inc., ("BMC"), as the original noticing agent, Sierra Consulting Group, LLC and Lewis and

2384579.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

Roca staff to try to ensure that each creditor or other entity entitled to notice received notice, and that the addresses used for notice are accurate.

The original master mailing matrix is maintained and updated by BMC. The USACM Trust believes from communications with BMC that as proofs of claim were filed through BMC, BMC updated its mailing list to account for addresses listed on the proofs of claim. The USACM Trust has retained Sierra Consulting to track claims. When address changes are received by the Trust, they are forwarded to Sierra Consulting to update its records. These updated addresses have not been filed with the Court, but Sierra Consulting has updated its database as it has received updated address information.

The USACM Trust has also worked with BMC to take the original and amended mailing lists and update them as creditors provide notices of change of address. Similarly, when mail is returned undeliverable, the USACM Trust has used Sierra Consulting and Lewis and Roca personnel to research the creditor name, searching for valid addresses. The USACM Trust now has a working service list that tracks change of address information and deletes addresses where mail is returned as undeliverable.

This bankruptcy case is now post confirmation. All required notices under Bankruptcy Rule 2002 have been provided, with the exception of the objection to proofs of claim 2002(g) which is ongoing. Counsel for the USACM Liquidating Trust is providing notice as required to the parties in interest.

Pursuant to an Order [DE 8069], of this Court dated May 21, 2010, the USACM Trust was permitted to satisfy the notice requirements of Rule 2002(g) by providing notice to creditors at the most current, or last known, mailing address(es) provided to the USACM Trust by the creditor or its authorized agent.

During the last twelve months, BNC Noticing Service mailed out twenty four notices to creditors. It does not appear that BNC is using the most current information on file with BMC. The notices consisted of: Notice of Transcript of Hearing; Notice of

2384579.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

1   Stipulation and Order to Continue Hearing;  Notice of Request for Removal from Master

2   Mailing List and ECF Filing;  Notice of Entry of Order Sustaining Objection to Proofs of

3   Claim. (collectively "Notices").  The  majority of the Notices were mailed to

4   approximately 5,000 creditors each time, at a minimum expense to the estate of

5   $44,000.00.  A copy of a BNC Certificate of Mailing is attached as Exhibit A.

6       Most of the notices did not materially affect the creditor, or did not pertain to that

7   creditor.  Notice had previously been provided to the parties in interest by counsel for the

8   USACM Liquidating Trust, and an appropriate Affidavit of Mailing filed.  In addition, the

9   receipt of the Notices caused confusion among the recipients.  Counsel for the Trustee has

10  spent hours responding to inquiries on the receipt of the most recent mailing of the Orders

11  Sustaining the Objection to the Oak Shores II, and Ocean Atlantic Proofs of Claim.

12      Recently, over 1,200 of the notices were returned as undeliverable.  Counsel for the

13  USACM Liquidating Trust has spent countless hours reviewing the returned mail and

14  updating its address base with new forwarding addresses as provided by the U.S. Postal

15  Service.

16                              **DISCUSSION**

17      There is no requirement in the Bankruptcy Code or Rules that directs master

18  mailing matrix notice after the Effective Date of the Plan.  This Court would greatly limit

19  expense and creditor confusion if it were to order that no further mailings be sent to the

20  master mailing matrix without a specific Court order.  In the event that notice to all

21  creditors is required,  this Court could enter an Order specifically directing that notice be

22  sent to all creditors listed on the Master Mailing List.

23                          **REQUEST FOR RELIEF**

24      Wherefore,  it is requested  this Court enter an order that no notice be sent to all

25  creditors unless a specific Order is entered directing such notice.

26

                                    3                                    2384579.1

LEWIS
AND
ROCA
LLP
L A W Y E R S

Dated:  May 31, 2011.

LEWIS AND ROCA LLP


By /s/ Robert M. Charles, Jr., (# 6593)
     Robert M. Charles, Jr., NV 6593
     John H. Hinderaker, *pro hac vice*
     *Attorneys for USACM Liquidating Trust*

4

2384579.1