

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

40 North Central Avenue, Suite 1900
Phoenix, Arizona  85004-4429

Rob Charles NV State Bar No. 006593
Email: RCharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>                           Debtor. | Case No. BK-S-06-10725-LBR<br><br>Chapter 11<br><br>**Declaration of Marilyn Schoenike in Support of Motion to Limit Notices Mailed to All Creditors**<br><br>Hearing Date:  July 26, 2011<br>Hearing Time:  1:30 p.m. |

    I Marilyn Schoenike , hereby declare under penalty of perjury that:

    I am a Certified Legal Assistant with Lewis and Roca LLP, ("Lewis and Roca").

    I submit this declaration on behalf of the Motion to Limit Notices Mailed to All Creditors, (the "Motion") [DE 8403] filed by the USACM Liquidating Trust (the "USACM Trust"), as successor to USA Commercial Mortgage Company ("USACM").

    Lewis and Roca represents the USACM Liquidating Trust ("USACM Trust").  As counsel for the USACM Trust, we have filed numerous objections to proofs of claim and notices of hearing, various motions, and stipulations.  I have assisted Lewis and Roca in the filing and service of these documents.

2385186.1

1. I make the following declaration based upon my personal knowledge, and upon the records of the Debtors and the USACM Trust described in this declaration.

2. Upon notification of a new address of a creditor, I forward that information to BMC Noticing Services (the appointed claims agent), Development Specialists, Inc., Sierra Consulting and update the information maintained by Lewis and Roca. Notice as appropriate is provided to the most current address available to Lewis and Roca.

3. Recently, the BNC Noticing Service, ("BNC") mailed out nine Orders Sustaining the Omnibus Objections to Claims (the "Orders"), to the master mailing list, a total mailing of 43,524 notices. Counsel for the USACM Trust had previously noticed these Orders to the parties listed on Exhibit A to the Orders.

4. I have received and responded to a large number of telephone calls regarding the receipt of the Orders. The creditors receiving the Orders were confused since the Order did not pertain to them, and also many commented on the waste of money in mailing of the Orders. It is not only an expense to the estate, but a time consuming task to respond to each of these calls.

5. During the last twelve months, BNC Noticing Service mailed out twenty four notices to creditors. It does not appear that BNC is using the most current information on file with BMC Group, Inc., the claims agent.. The notices consisted of: Notice of Transcript of Hearing; Notice of Stipulation and Order to Continue Hearing; Notice of Request for Removal from Master Mailing List and ECF Filing; Notice of Entry of Order Sustaining Objection to Proofs of Claim. (collectively "Notices"). The majority of the Notices were mailed to approximately 5,000 creditors each time, at a minimum expense to the estate of $44,000.00.

2385186.1


1  I make this declaration under penalty of perjury of the laws of the United States of
2  America on May 31, 2011.

3  By /s/ *Marilyn Schoenike*
4  Marilyn Schoenike

2385186.1