**TEETER & ASSOCIATES, CPAs**
Louise Teeter
Certified Public Accountant



*06-10725* RECEIVED & FILED

*MARY*
MAY 31 P 1:57

*THIRD REQUEST*

U.S. BANKRUPTCY COURT
MARY A. SCHOTT CLERK

May 27, 2011

U.S. Bankruptcy Court
Attn: Clerk
300 Las Vegas Blvd
Las Vegas, NV  98101

Please change your records to indicate our new mailing address:

Norman Teeter
Robert G. Teeter
Louise Teeter IRA Rollover
Louise Teeter Trustee of the Louise Teeter Trust dtd 5/21/1990
Louise and Norman Teeter, Joint Tenants

...And any other combination of the above names.

New mailing Address is:

5301 Beethoven Street, Suite 160
Los Angeles, CA  90066-7045

## Please remove our names from the mailing lists for loans that we are not invested in.  We have no investment in Oak Shores II Loan

I am enclosing some of the envelopes with the old mailing address for reference.

Thank you,


Louise Teeter                Norman Teeter                Robert G. Teeter

5301 Beethoven Street, Suite 160, Los Angeles, CA 90066
Phone: 310.823.2234    FAX: 310.574.9965
Email: lteeter@roadrunner.com



Entered on Docket
May 17, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

NoT ouR LoAN

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE
COMPANY,

                          Debtor.

Case No. BK-S-06-10725-LBR

CHAPTER 11

**Order Sustaining First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Oak Shores II Loan**

Hearing Date:   May 9, 2011
Hearing Time:   10:30 a.m.

The Court having considered the "First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment in The Oak Shores II  Loan ("Oak Shores II Loan") [DE 8304] (the "Objection"); the Court having heard the Objection on May 9, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed on Exhibit A does not affect the direct lenders' right to repayment by the

2370106_1.DOC