RECEIVED AND FILED
JUN 2  12 43 PM '11
U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

1  Name of Attorney LEWIS AND ROCA LLP
   Bar # NV 6593
2  Address 3993 HOWARD HUGHES, SUITE 600

3  Phone # 702-949-8320
   e-mail address RCHARLES @LRLAW.COM

4

5                UNITED STATES BANKRUPTCY COURT

6                     DISTRICT OF NEVADA

7                        * * * * * *

8  In re:                                )   Bankruptcy No.: 06-10725
9                                         )   Chapter: _____
     usa commercial mortgage company     )   Trustee: _____
10                                        )
                      Debtor.             )   **CHANGE OF ADDRESS OF:**
11                                        )   ☐ **DEBTOR**
                                          )   ☑ **CREDITOR**
12  _____ )   ☐ **OTHER**

13

14  This address change applies to (please check all that apply):

    ☐ Notices only       ☐ Payments from Trustee       ☑ Both Notices and payments
15
    I request that notice be sent to the following address: (please print)
16
         DANIEL BARCIA
17       Name
         2785 BULL RIDER DRIVE
18       Address

19       _____

         RENO           NV           89521
20       City           State        Zip Code
    Please check one of the following:
21
    ☐ The change of address is applicable only in the above captioned case.
22
    ☑ The change of address is also applicable in the following related cases: (*please list the case*
23
    *numbers*) _____.
24

25  DATE: May 27, 2011                              [signature] Daniel Barcia
                                                         SIGNATURE
26

NV_4002(ChangeofAddress_DB012-09).wpd