Dean V. Fleming, TX State Bar No. 07122100
Email: dfleming@fulbright.com
Steve A. Peirce, TX State Bar No. 15731200
Email: speirce@fulbright.com
Michael W. O'Donnell, TX State Bar No. 24002705
Email: modonnell@fulbright.com
Thomas A. Countryman, TX State Bar No. 4888100
Email: tcountryman@fulbright.com
Ronald D. Smith, TX State Bar No. 24056344
Email: rsmith@fulbright.com
**FULBRIGHT & JAWORSKI L.L.P.**
300 Convent Street, Suite 2200
San Antonio, TX 78205-3792
Telephone: (210) 224-5575
Facsimile: (210) 270-7205

Berry D. Spears, TX State Bar No. 18893300
Email: bspears@fulbright.com
**FULBRIGHT & JAWORSKI L.L.P.**
600 Congress Avenue, Suite 2400
Austin, TX 78701
Telephone : (512) 474-5201
Facsimile: (512) 536-4598

Kent F. Larsen, Esq.
NEVADA BAR NO. 3463
Email: kfl@slwlaw.com
**SMITH LARSEN & WIXOM**
Hills Center Business Park
1935 Village Center Circle
Las Vegas, NV 89134
Telephone: (702) 252-5002
Facsimile: (702) 252-5006
ATTORNEYS FOR WELLS FARGO BANK, N.A.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                        Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                        Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                        Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                        Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                                        Debtor. | |

| | |
|---|---|
| USACM LIQUIDATING TRUST,<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, and USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>    Plaintiffs,<br>v.<br><br>WELLS FARGO BANK, N.A. | Adversary No. 08-01135<br><br>**EX-PARTE MOTION FOR REMOVAL OF MICHAEL W. O'DONNELL FROM ECF LIST** |

TO THE HONORABLE LINDA B. RIEGLE, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Fulbright & Jaworski L.L.P. and files this its Ex-Parte Motion for Removal of Michael W. O'Donnell from ECF List and states:

1. Michael W. O'Donnell and the law firm of Fulbright & Jaworski L.L.P. filed his Verified Petition for Permission to Practice in this Case Only by Attorney Not Admitted to the Bar of this Court on August 7, 2008 (Dkt. 241) on behalf of Wells Fargo Bank, N.A.

2. Fulbright requests the Court enter an order removing Michael W. O'Donnell as from all Debtors' Service Lists for all future notices on the grounds that Wells Fargo Bank, N.A.'s participation in this case has concluded by final judgment.

3. Wells Fargo Bank, N.A. approves of the relief requested in this motion.

WHEREFORE, Michael W. O'Donnell prays that his name be removed from the Court's ECF system for this case.

| | |
|---|---|
| Dated: June 9, 2011 | Respectfully submitted, |

*/s/ Michael W. O'Donnell*

Dean V. Fleming, TX State Bar No. 07122100
Steve A. Peirce, TX State Bar No. 15731200
Michael W. O'Donnell, TX Bar No. 24002705
Thomas A. Countryman, TX Bar No. 4888100
Ronald D. Smith, TX Bar No. 24056344
**FULBRIGHT & JAWORSKI L.L.P.**
300 Convent Street, Suite 2200
San Antonio, TX  78205-3792
Telephone:  (210) 224-5575
Facsimile:  (210) 270-7205

Berry D. Spears, TX State Bar No. 18893300
**FULBRIGHT & JAWORSKI L.L.P.**
600 Congress Avenue, Suite 2400
Austin, TX  78701
Telephone :  (512) 474-5201
Facsimile:  (512) 536-4598

Kent F. Larsen, NV 3463
**SMITH LARSEN & WIXOM**
Hills Center Business Park
1935 Village Center Circle
Las Vegas, NV  89134
Telephone:  (702) 252-5002
Facsimile:  (702) 252-5006
Email: kfl@slwlaw.com

**ATTORNEYS FOR WELLS FARGO BANK, N.A.**

DOCUMENT PREPARED ON RECYCLED PAPER

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Fulbright & Jaworski L.L.P. and that on June 9, 2011 I served a true and correct copy of the Ex Parte Motion for Removal of Michael W. O'Donnell from ECF List by electronic transmission to Allan B. Diamond at adiamond@diamondmccarthy.com, Eric D. Madden at emadden@diamondmccarthy.com, William T. Reid, IV at wreid@rctlegal.com; Lisa Tsai at ltsai@rctlegal.com, and Joshua Bruckerhoff at jbruckerhoff@rctlegal.com, attorneys for Plaintiffs, USA Capital Diversified Trust Deed Fund, LLC and by depositing a copy in the U.S. Mail, postage prepaid and addressed as follows:

> Allan B. Diamond
> Diamond McCarthy, LLP
> 909 Fannin, Suite 1500
> Houston, Texas  77010
>
> Eric D. Madden
> Diamond McCarthy, LLP
> 1201 Elm Street, Suite 3400
> Dallas, Texas  75270
>
> William T. Reid
> Lisa Tsai
> Joshua Bruckerhoff
> Reid Collins & Tsai LLP
> 4301 Westbank Dr., Bldg. B, Suite 230
> Austin, Texas  78746

/s/ *Thelma M. Flores*
Thelma M. Flores, An employee of
Fulbright & Jaworski L.L.P.