**Entered on Docket
June 09, 2011**

_____
**Mary A. Schott, Clerk
United States Bankruptcy Court**

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>                                 Debtor. | Case No. BK-S-06-10725 LBR<br>Case No. BK-S-06-10726 LBR<br>Case No. BK-S-06-10727 LBR<br>Case No. BK-S-06-10728 LBR<br>Case No. BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>                                 Debtor. | |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>                                 Debtor. | Chapter 11<br><br>Jointly Administered Under<br>Case No. Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>                                 Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>                                 Debtor. | |
| USACM LIQUIDATING TRUST,<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, and USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>     Plaintiffs,<br>v.<br><br>WELLS FARGO BANK, N.A. | Adversary No. 08-01135<br><br>**ORDER GRANTING EX-PARTE MOTION FOR REMOVAL OF DEAN V. FLEMING FROM ECF LIST** |

      On this day came on to be considered the Ex-Parte Motion for Removal of Dean V. Fleming from ECF List. The Court, having considered the Motion and the pleadings on file, is of

81007596.1

1  the opinion and finds that the Motion should be and hereby is in all things GRANTED. It is
2  therefore
3     ORDERED that Dean V. Fleming of Fulbright & Jaworski L.L.P. be removed from ECF
4  Service.

###

DOCUMENT PREPARED ON RECYCLED PAPER