**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 18024
Email:jhinderaker@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,[1]<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[2]<br><br>USA Securities, LLC,[3]<br>                          Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No. BK-S-06-10725 LBR<br><br>**STATUS AND AGENDA FOR JUNE 14, 2011 HEARING FILED BY USACM LIQUIDATING TRUST**<br><br>Hearing Date:   June 14, 2011<br>Hearing Time:   10:30 a.m.<br>Estimated Time of Hearing: 1.5 hours |

---

[1] This bankruptcy case was closed on September 23, 2008.

[2] This bankruptcy case was closed on October 12, 2007.

[3] This bankruptcy case was closed on December 21, 2007.

2360403.1

**1.    Sixth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In The Oak Shores II Loan:** 06-10725 lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 04/11/2011 | Sixth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In The Oak Shores II Loan [8309] |
| **Filed:** 05/06/2011 | Stipulation To Extend Deadline To File Response To Sixth Omnibus Objection of USACM Liquidating Trust Proof of Claim Based In Whole Or In Part Upon Investment in The Oak Shores II Loan as to Proof of Claim of Donald H,. Pinsker and Continue Hearing (as to Donald H. Pinsker only) [DE 8339] |
| **Filed:** 05/09/2011 | Order Approving Stipulation to Extend Deadline To File Response To Sixth Omnibus Objection of USACM Liquidating Trust Proof Of Claim In Whole Or In Part Upon Investment In The Oak Shores II Loan As To Proof Of Claim of Donald H. Pinsker and Continue Hearing [DE 8340] |
| **Status** | Pursuant to the Approved Plan, the Trust has agreed to meet with Mr. Pinsker for a settlement conference, either in person or telephonically, on June 23, 2011 at 1:00 p.m.  The Trust will ask that the Court put off Mr. Pinsker's deadline to respond to the objection until July 26, 2011. |

**2.    Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In The Ocean Atlantic $9,425,000 Loan** : 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 03/31/2011 | Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In The Ocean Atlantic $9,425,000 Loan [8296] |
| **Filed:** 04/26/2011 | Stipulation to Extend Deadline to File Response to USACM Liquidating Trust's Second Omnibus Objection to Proofs of Claim Based In Whole Or In Part Upon Investment In Ocean Atlantic $9,425,000 Loan as to Proofs of Claim of Norman Kiven and Continue Hearing [DE 8330] |
| **Filed:** 04/27/2011 | Order Approving Stipulation to Extend Deadline to File Response to USACM Liquidating Trust's Second Omnibus Objection to Proofs of Claim Based In Whole or In Part Upon Investment In Ocean Atlantic $9,425,000 Loan as to Proofs of Claim of Norman Kiven and Continue Hearing [DE 8331] |
| **Status** | The Court granted this objection as to all of the Direct Lenders except Norman Kiven.  Mr. Kiven's attorney has asked that the initial hearing be postponed until July 26, 2011.  The Trustee will agree to this but will not agree to further extensions. |

2360403.1

3.  **First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In Anchor B Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 04/20/2011 | First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In Anchor B Loan [8322] |
| **Status** | Response filed by Arthur I. Kriss on 5/23/11 [DE 8397]. Pursuant to the approved plan, the Trust has arranged to conduct a settlement conference in Las Vegas with Mr. Kriss on June 23, 2011 at 3:00 p.m. The Trust will ask the Court to set a status conference for July 26, 2011. |

4.  **Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In Anchor B Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 04/20/2011 | Second Omnibus Objection Of USACM Trust To Proofs of Claim Based In Whole Or In Part Upon Investment In Anchor B Loan [8323] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

5.  **Third Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In Anchor B Loan** : 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 04/20/2011 | Third Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In Anchor B Loan [8324] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

6.  **First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In Marlton Square Loan** : 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 05/09/2011 | First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In Marlton Square Loan [8341] |
| **Status** | No response filed. The USACM Trust will ask the Court to sustain the objection. |

7.      **Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In Marlton Square Loan** : 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 05/09/2011 | Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In Marlton Square Loan [8342] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

8.      **Third Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In Marlton Square Loan** : 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 05/09/2011 | Third Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In Marlton Square Loan [8343] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

9.      **Fourth Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In Marlton Square Loan** : 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 05/09/2011 | Fourth Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In Marlton Square Loan [8344] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

10.     **Fifth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In Marlton Square Loan** : 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 05/09/2011 | Fifth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In Marlton Square Loan [8345] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

2360403.1

**11.     Amended Sixth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In Marlton Square Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 05/10/2011 | Amended Sixth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In Marlton Square Loan [8356] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**12.     Seventh Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In Marlton Square Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 05/09/2011 | Seventh Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In Marlton Square Loan [8347] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**13.     Amended Eighth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In Marlton Square Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 05/10/2011 | Amended Eighth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In Marlton Square Loan [8357] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**14.     Ninth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In Marlton Square Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 05/09/2011 | Ninth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In Marlton Square Loan [8349] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

2360403.1

**15.  Tenth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In Marlton Square Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 05/09/2011 | Tenth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In Marlton Square Loan [8350] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

**16.  Eleventh Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In Marlton Square Loan**: 06-10725-lbr USA Commercial Mortgage Company

| | |
|---|---|
| **Filed:** 05/09/2011 | Eleventh Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole Or In Part Upon Investment In Marlton Square Loan [8351] |
| **Status** | No response filed.  The USACM Trust will ask the Court to sustain the objection. |

Dated June 10, 2011.

**LEWIS AND ROCA LLP**

By: /s/ John Hinderaker  (#018024)
 Rob Charles, NV 6593
 John Hinderaker, AZ 18024 (*pro hac vice*)
*Attorneys for USACM Liquidating Trust*