**LEWIS AND ROCA LLP — LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Rob Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 18024
Email: jhinderaker@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA Commercial Mortgage Company,<br><br>USA Capital Realty Advisors, LLC,[1]<br><br>USA Capital Diversified Trust Deed Fund, LLC,<br><br>USA Capital First Trust Deed Fund, LLC,[2]<br><br>USA Securities, LLC,[3]<br>                              Debtors.<br><br>**Affects:**<br>☐ All Debtors<br>☒ USA Commercial Mortgage Company<br>☐ USA Capital Realty Advisors, LLC<br>☐ USA Capital Diversified Trust Deed Fund, LLC<br>☐ USA Capital First Trust Deed Fund, LLC<br>☐ USA Securities, LLC | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR[1]<br>Case No. BK-S-06-10727-LBR<br>Case No. BK-S-06-10728-LBR[2]<br>Case No. BK-S-06-10729-LBR[3]<br><br>CHAPTER 11<br><br>Jointly Administered Under Case No.<br>BK-S-06-10725 LBR<br><br>**CERTIFICATE OF SERVICE**<br><br>Hearing Date:   June 14, 2011<br>Hearing Time:   10:30 a.m.<br>Estimated Time of Hearing: 1.5 hours |

On June 10, 2011, I served the foregoing pleading, by the following means, to the persons as listed below:

Status And Agenda For June 14, 2011 Hearing Filed By USACM Liquidating Trust **[DE 8425]**

---

[1] This bankruptcy case was closed on September 23, 2008.
[2] This bankruptcy case was closed on October 12, 2007.
[3] This bankruptcy case was closed on December 21, 2007.

2401541.1



**(Check all that apply)**

☒ **a.**   **ECF System** (*You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)

☒ **b.**   **United States mail, postage fully prepaid**
(*List persons and addresses. Attach additional paper if necessary*)

> Robert W. Ulm
> 414 Morning Glory Road
> St. Marys, GA   31558

☐ **c.**   **Personal Service** (*List persons and addresses. Attach additional paper if necessary*)

I personally delivered the document(s) to the persons at these addresses:

For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☒ **d.**   **By direct e-mail (as opposed to through the ECF System)** (*List persons and e-mail addresses. Attach additional paper if necessary*)

I caused the document(s) to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**Names on the Post Effective Official Service List For Limited Notice No. 5 dated March 31, 2009.**

Richard I. Dreitzer
Richard.dreitzer@bullivant.com

2401541.1

**LEWIS AND ROCA LLP — LAWYERS**

| | |
|---|---|
| 1 | George A. Davis<br>George.davis@cwt.com |
| 2 | |
| 3 | Michael W. Carmel<br>Michael@mcarmellaw.com |
| 4 | Deborah D. Williamson<br>dwilliamson@coxsmith.com |
| 5 | |
| 6 | Susan Williams Scann<br>sscann@deanerlaw.com |
| 7 | Geoffrey L. Berman<br>gberman@dsi.biz |
| 8 | |
| 9 | Allan B. Diamond<br>adiamond@diamondmccarthy.com |
| 10 | Eric Madden<br>emadden@diamondmccarthy.com |
| 11 | |
| 12 | Michael Tucker<br>Michael.tucker@fticonsulting.com |
| 13 | Robert P. Goe<br>rgoe@goeforlaw.com |
| 14 | |
| 15 | Gerald M. Gordon<br>gmg@gordonsilver.com<br>geg@gordonsilver.com |
| 16 | |
| 17 | Janet L. Chubb<br>Louis M. Bubala III<br>jlc@jonesvargas.com |
| 18 | tbw@jonesvargas.com<br>lbubala@jonesvargas.com |
| 19 | |
| 20 | Dean T. Kirby, Jr.<br>John Hebert<br>dkirby@kirbymac.com |
| 21 | jhebert@kirbymac.com |
| 22 | Michelle Abrams<br>mabrams@abramstanko.com |
| 23 | |
| 24 | Richard W. Esterkin<br>Asa S. Hami<br>resterkin@morganlewis.com |
| 25 | ahami@morganlewis.com |
| 26 | August B. Landis<br>Augie.landis@usdoj.gov |
| | Jeffrey D. Hermann<br>jhermann@orrick.com |

2401541.1

Marc A. Levinson
malevinson@orrick.com

William J. Ovca, Jr.
N1GL@aol.com

Brian D. Shapiro
bshapiro@brianshapirolaw.com

Robert R. Kinas
rkinas@swlaw.com

Lisa A. Rasmussen
lisa@lrasmussenlaw.com

Bradley Paul Elley
bpelleylawbk@sbcglobal.net

Bradley N. Boodt
bnboodt@hollandhart.com

William A. Brewer III
Michael J. Collins
Kenneth N. Hickox, Jr.
Robert M. Millimet
wab@bickelbrewer.com
mjc@bickelbrewer.com
kzh@bickelbrewer.com
rrm@bickelbrewer.com

☐    e.    **By fax transmission (*List persons and fax numbers. Attach additional paper if necessary*)**

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐    f.    **By messenger (*List persons and addresses. Attach additional paper if necessary*)**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service).

2401541.1

I declare under penalty of perjury that the foregoing is true and correct. Signed this 10th day of June, 2011 at Phoenix, Arizona.

/s/ *Marie H. Mancino*
Lewis and Roca LLP

2401541.1

## Miscellaneous:

06-10725-lbr USA COMMERCIAL MORTGAGE COMPANY

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: lbr | Case Flag: EXHS, BAPCPA, LEAD, JNTADMN, APPEAL |

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from JOHN HINDERAKER entered on 6/10/2011 at 10:20 AM PDT and filed on 6/10/2011
**Case Name:** USA COMMERCIAL MORTGAGE COMPANY
**Case Number:** 06-10725-lbr
**Document Number:** 8425

**Docket Text:**
*Status And Agenda For June 14, 2011 Hearing Filed By USACM Liquidating Trust* Filed by JOHN HINDERAKER on behalf of USACM LIQUIDATING TRUST (HINDERAKER, JOHN)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\2360403_1.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=6/10/2011] [FileNumber=19675149-0
] [a0becfb20dee33030c1f7aa790f45c96fd548c156a63963b72d5cd696a782e147f4
d693dff4379ce297fc465e8fa79d7e690c3a01634558ce56f352adcdec7c3]]

**06-10725-lbr Notice will be electronically mailed to:**

MICHELLE L. ABRAMS on behalf of Cross Defendant ROCKLIN/REDDING LLC
mabrams@abramstanko.com

FRANKLIN C. ADAMS on behalf of Creditor JAMES CORISON
franklin.adams@bbklaw.com, arthur.johnston@bbklaw.com

NANCY L. ALLF on behalf of Defendant THE WILD WATER LP
Nancy.Allf@gmail.com, karen.lawrence007@gmail.com;angela.nakamura007@gmail.com

FRANK A. ANDERSON on behalf of Creditor PENSION BENEFIT GUARANTY CORPORATION
anderson.frank@pbgc.gov, efile@pbgc.gov

OGONNA M. ATAMOH on behalf of Defendant ASHBY USA, LLC
oatamoh@nevadafirm.com,
bkecf@nevadafirm.com;sliberio@nevadafirm.com;rholley@nevadafirm.com;vnelson@nevadafirm.com;sdwkhtecf@gma

JON MAXWELL BEATTY on behalf of Interested Party USACM LIQUIDATING TRUST
mbeatty@diamondmccarthy.com

BMC GROUP, INC.
ecf@bmcgroup.com, mjohn@bmcgroup.com

GEORGANNE W. BRADLEY on behalf of Defendant COMPASS PARTNERS LLC
georganne.bradley@bullivant.com, mopatrny@kcnvlaw.com

KELLY J. BRINKMAN on behalf of Creditor GOOLD PATTERSON ALES ROADHOUSE, & DAY