# EXHIBIT A

**Entered on Docket
June 08, 2011**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

LEWIS AND ROCA LLP
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**Order Approving Compromise Settlement of Claims Filed by Homfeld II LLC and Edward W. Homfeld**<br>Hearing Date:  May 9, 2011<br>Hearing Time:  10:30 a.m. |

The Motion for Approval of Compromise Settlement of Claims filed by Homfeld II, LLC and Edward W. Homfeld, (the "Motion"), [DE 8277] came before the Court for consideration at the hearing held on May 9, 2011; due notice of the Motion and Notice of Hearing [DE 8279] having been given; no objections having been filed; and good cause now appearing, it is

2370010_1.DOC

ORDERED:

1. The Motion is granted;

2. Proof of Claim No. 10725-01687 filed by Homfeld II, LLC in the amount of $2,861,221.63 is hereby allowed as an unsecured non-priority claim in the amount of $2,191,765.92 (including $225,987.39 previously allowed on this claim). Portions of this claim have been disallowed by prior orders of this Court. The remaining balance of Claim 10725-01687 of $655,259.51 is hereby disallowed;

3. Proof of Claim No. 10725-01688 filed by Edward W. Homfeld in the amount of $1,195,348.90 is hereby allowed as an unsecured non-priority claim in the amount of $896,511.68. The balance of Claim 10725-01688, $298,837.22 is hereby disallowed.

4. Based upon the portion of Proof of Claim No. 10725-01687, which has not been previously allowed as an unsecured non-priority claim ($1,965,778.53) the Trust is hereby directed to make an immediate 4.92% distribution ($96,716.31) to Homfeld as the *pro rata* share of the funds reserved by the Trust from the initial creditor distribution by the Trust.

5. Based upon the allowed portion of Proof of Claim No. 10725-01688 ($896,511.68), the Trust is hereby directed to make an immediate 4.92% distribution ($44,108.38) to Homfeld as the pro-rata share of the funds reserved by the Trust from the initial creditor distribution by the Trust.

6. All other funds reserved for disputed proofs of claim submitted by Homfeld will be released from the Disputed Claims Reserve and made available to the Trust for whatever purpose is appropriate in the administration of the Trust.

7. Each party to bear their own costs and attorneys' fees.

2370010_1.DOC

APPROVED AS TO FORM AND CONTENT

By: s/ *Edward W. Homfeld*
Edward W. Homfeld,
Individually and on behalf
of Homfeld II, LLC

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**
By   /s/ John Hinderaker
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321
*Attorneys for USACM Liquidating Trust*

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____   This Court has waived the requirement set forth in LR 9021(b)(1).

XXX   No party appeared at the hearing or filed an objection to the motion.

_____   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

_____   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐ approved the form of this order | ☐ disapprove d the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: Edward M. Homfeld | |
| ☒ approved the form of this order | ☐ disapprove d the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:   /s/ John Hinderaker.
Attorneys for USACM Liquidating Trust

# # #

2370010_1.DOC