LENARD E SCHWARTZER
2850 S JONES BOULEVARD
SUITE 1
LAS VEGAS NV 89146

RECEIVED
AND FILED

JUN 8  3 54 PM '11

RE: Case No.:   BK-S-06-10725-LBR ✓
BK-S-06-10726-LBR
BK-S-06-10727-LBR
BK-S-06-10728-LBR
BK-S-06-10729-LBR

CHAPTER 11

Dear Sirs:

Please accept my change of address:

Old Address:  369 FM 2848
Valley View TX 76272

## NEW ADDRESS: 429 CR 261
## VALLEY VIEW TX 76272

Old Phone: 940.726.3491

## NEW PHONE: 940.637.3049

Thanks for making these changes

*Evelyn Calhoun*   5/31/2011

Evelyn Calhoun
429 CR 261
Valley View TX 76272

PH: 940.637.3049