**Placer Vineyards II**
**Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In The Placer Vineyards II Loan |
|---|---|---|---|---|---|
| 10725-01357 | 11/13/2006 | Boerio, Charles | 1717 Damon Rd<br>Carson City, NV 89701 | 50,000.00 | 50,000.00 |
| 10725-01856 | 1/4/2007 | Broadwalk Investments Limited Partnership | Attn James R Bonfiglio<br>8635 West Sahara Ave Pmb 220<br>Las Vegas, NV 89117 | 100,000.00 | 100,000.00 |
| 10725-00157 | 8/14/2006 | Chiappetta Trust Dated 4/1/03 | C/O Pat And Joann Chiappetta Trustees<br>118 Bee Creek Court<br>Georgetown, TX 78633 | 50,000.00 | 50,000.00 |
| 10725-02120 | 1/11/2007 | Christine E Miller Revocable Trust Dtd 3/5/07 | Christine E Miller Tee<br>10954 E. Wildcat Hill Rd.<br>Scottsdale, AZ 85262 | 50,000.00 | 50,000.00 |
| 10725-02237 | 1/12/2007 | Guptail, Priscilla M | 21675 Obsidian Ave.<br>Bend, OR 97702 | 25,000.00 | 25,000.00 |
| 10725-00348 | 9/28/2006 | John T Mrasz Ent Inc Defined Benefit Plan Dtd 5/86 | C/O John T & Janet Mrasz Ttees<br>Po Box 38<br>Sun Valley, CA 91353-0038 | 100,000.00 | 100,000.00 |
| 10725-01523 | 11/29/2006 | Lily Markham & Irene Anne Markham-Tafoya Jt WROS | 7746 Foredawn Dr<br>Las Vegas, NV 89123-0756 | 60,000.00 | 60,000.00 |

**EXHIBIT A**

2399278.1

**Placer Vineyards II**
**Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In The Placer Vineyards II Loan |
|---|---|---|---|---|---|
| 10725-01432 | 11/14/2006 | Maki, Marie & Raymond E | 9024 Columbia St<br>Saint John, IN  46373-9345 | 25,511.10 | 25,511.10 |
| 10725-01073 | 11/7/2006 | O'Sullivan, Patrick Edward & Soon Young | 7328 Gentle Valley St<br>Las Vegas, NV  89149-1616 | 50,000.00 | 50,000.00 |
| 10725-01748 | 12/26/2006 | Rocklin/Redding LLC | Stephen R Harris Esq<br>Belding Harris and Petroni Ltd<br>417 W Plumb Ln<br>Reno, NV  89509 | 500,000.00 | 500,000.00 |
| 10725-00691 | 10/20/2006 | Sterling, David | Po Box 1509<br>Pahrump, NV  89144 | 2,000.01 | 2,000.01 |
| 10725-01176 | 10/30/2006 | Sterling, Tom | 213 Royal Aberdeen Wy<br>Las Vegas, NV  89144 | 25,000.00 | 25,000.00 |
| 10725-00996 | 11/6/2006 | Tom, Sterling | 213 Royal Aberdeen Way<br>Las Vegas, NV  89134 | 25,000.00 | 25,000.00 |
| 10725-01015 | 10/27/2006 | Yonai Trustee, Gregory D | 1982 Country Cove Ct<br>Las Vegas, NV  89135-1552 | 28,000.00 | 28,000.00 |

**EXHIBIT A**

2399278.1

Placer Vineyards II
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In The Placer Vineyards II Loan |
|---|---|---|---|---|---|
| 10728-00052 | 9/29/2006 | Buckwald Revocable Trust DTD 2/11/92 | C/O Neil G Buckwald Trustee 5000 N Valadez St Las Vegas, NV 89149-5247 | 50,000.00 | 50,000.00 |
| 10725-02051 | 1/11/2007 | Carol Mortensen Family Trust DTD 9/9/90 | C/O, CArol Mortense Ttee 4847 Damon CIR Salt Lake City, UT 84117 | 345,750.98 | 70,000.00 |
| 10725-01094 | 11/8/2006 | Carter Family Trust DTD 6/17/96 | C/O Jerry W & Nancy L, Carter Ttees 4543 Northwind Ct Sparks, NV 89436-4657 | 75,000.00 | 25,000.00 |
| 10725-01579 | 12/8/2006 | Cielen, James | 2880 Bicentennial Pkwy STE 100-223 Henderson, NV 89044 | 43,750.00 | 12,500.00 |
| 10725-01716-2 | 1/10/2007 | Donna M Cangelosi Family Trust | C/O Donna M Cangelosi Trustee 5860 Lausanne Dr Reno, NV 89511-5034 | 1,537,121.72 | 50,000.00 |
| 10726-00067 | 1/12/2007 | Doucet, D. Joseph | Trustee Of Doucet Trust 6124 Greenbrook Drive Reno, NV 89511-8528 | 502,335.71 | Unknown |
| 10725-00900 | 11/1/2006 | Erickson, Eric T And Dolores Y | 1455 Superior Ave #342 Newport Beach, CA 92663-6125 | 390,000.00 | 35,000.00 |
| 10725-02018 | 1/12/2007 | Evelyn G Canepa Trust DTD 9/19/00 | C/O Laurel E Davis  Lionel Sawyer & Collins 300 South Fourth Ste 1700 Las Vegas, NV 89101 | Unknown | 25,000.00 |

EXHIBIT A

2399301.1

Placer Vineyards II
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In The Placer Vineyards II Loan |
|---|---|---|---|---|---|
| 10725-02122 | 1/11/2007 | Huffman Family Trust Dated 5/28/98 | Hilary A & Cynthia L Huffman Ttees 140 Gazelle Rd Reno, NV 89511 | 202,832.46 | 25,000.00 |
| 10725-00233 | 9/26/2006 | Jeannine M Gahring Revocable Trust DTD 6/27/97 | C/O Jeanniene M Gahring Ttee 17282 Candleberry Irvine, CA 92612-2310 | 75,000.00 | 25,000.00 |
| 10725-02046 | 1/11/2007 | Koerwitz Family Trust DTD 5/13/03 | Kenneth & Jan, CAse Koerwitz Ttees 44 Winfield Ln Walnut Creek, CA 94595 | 1,528,005.76 | 150,000.00 |
| 10725-02557 | 6/15/2007 | Manning, Martin L | Po Box 426 Genoa, NV 89411-0426 | 75,000.00 | 25,000.00 |
| 10725-00854 | 11/13/2006 | Motto, George J | Joe Laxague Esq Cane Clark Llp 3272 E Warm Springs Las Vegas, NV 89120 | 550,000.00 | 100,000.00 |
| 10725-01501 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt WROS | 14 Mikinon St Glyfada Athens Hellas16675 Greece | 30,000.00 | Unknown |
| 10725-01502 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt WROS | 14 Mikinon St Glyfada Athens Hellas16675 Greece | 50,000.00 | Unknown |
| 10725-01503 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt WROS | 14 Mikinon St Glyfada Athens Hellas16675 Greece | 50,000.00 | Unknown |

EXHIBIT A

2399301.1

**Placer Vineyards II**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In The Placer Vineyards II Loan |
|---|---|---|---|---|---|
| 10725-01504 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt WROS | 14 Mikinon St Glyfada Athens Hellas16675 Greece | 50,000.00 | Unknown |
| 10725-01505 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt WROS | 14 Mikinon St Glyfada Athens Hellas16675 Greece | 50,000.00 | Unknown |
| 10725-01506 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt WROS | 14 Mikinon St Glyfada Athens Hellas16675 Greece | 50,000.00 | Unknown |
| 10725-01507 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt WROS | 14 Mikinon St Glyfada Athens Hellas16675 Greece | 30,000.00 | Unknown |
| 10725-01508 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt WROS | 14 Mikinon St Glyfada Athens Hellas16675 Greece | 30,000.00 | Unknown |
| 10725-01509 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt WROS | 14 Mikinon St Glyfada Athens Hellas16675 Greece | 50,000.00 | Unknown |
| 10725-01510 | 11/29/2006 | Panagiotis Dovanidis & Dimitra Dovanidou Jt WROS | 14 Mikinon St Glyfada Athens Hellas16675 Greece | 50,000.00 | Unknown |
| 10725-02254 | 1/12/2007 | Peele Spousal Trust DTD 2/10/87 | Jennefer C Peele Ttee 2581 Rampart Ter Reno, NV 89519 | 507,424.02 | 50,000.00 |
| 10725-00844 | 11/13/2006 | Premiere Holdings Inc Defined Benefit | 10120 W. Flamingo, Suite 4-12 Las Vegas, NV 89147 | 380,000.00 | 30,000.00 |

**EXHIBIT A**

2399301.1

**Placer Vineyards II**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In The Placer Vineyards II Loan |
|---|---|---|---|---|---|
| 10725-01277 | 11/10/2006 | Premiere Holdings Inc Defined Benefit Pen Plan & Trust | 10120 W. Flamingo, Suite 4-12 Las Vegas, NV 89147 | 380,000.00 | 30,000.00 |
| 10725-00245 | 9/26/2006 | Robert H & Lynn R Perlman Trust Dated 9/17/92 | C/O Robert H & Lynn R Perlman Ttees 2877 Paradise Rd Unit 3501 Las Vegas, NV 89109-5278 | 1,187,000.00 | 50,000.00 |
| 10725-02071 | 1/11/2007 | Rodriguez, Robert R | 5748 Newberry Point Dr. Flowery Branch, GA 30542 | 329,977.39 | 50,000.00 |
| 10725-02217 | 1/12/2007 | Sanchez Ira, Randy | 5713 N White Sands Rd Reno, NV 89511 | 694,063.90 | 25,000.00 |
| 10725-00250 | 9/26/2006 | Shirley J Sutton Trust | C/O Shirley J Sutton Trustee 1477 Bear Creek Dr Bishop, CA 93514-1947 | 75,000.00 | 25,000.00 |
| 10725-02428 | 1/12/2007 | Tiki Investment Enterprises Lp | 2578 Highmore Ave Henderson, NV 89052 | 2,400,256.00 | 250,000.00 |
| 10725-02481 | 6/4/2007 | Tobias Von Euw Revocable | Trust Dated 11/23/04 C/O Tobias Von Euw Trustee Sun City Aliante 7431 Lintwhite St North Las Vegas, NV 89084-2500 | 1,468,967.93 | 50,000.00 |
| 10725-01258 | 11/10/2006 | Topp, Gary | Po Box 3008 Grass Valley, CA 95945 | 4,394.44 | 311.11 |
| 10725-02416 | 1/22/2007 | Topp, Gerry | Po Box 3008 Grass Valley, CA 95945 | 521,406.20 | 50,000.00 |

**EXHIBIT A**

2399301.1

**Placer Vineyards II**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In The Placer Vineyards II Loan |
|---|---|---|---|---|---|
| 10725-01365 | 11/13/2006 | Vrbancic, Richard G | 103 Willow Brook Dr Ne<br>Warren, OH 44483-4630 | 270,000.00 | 40,000.00 |
| 10725-02180 | 1/12/2007 | Wisch, Craig | 210 Andrew Ave<br>Naugatuck, CT 06770 | 317,369.28 | 75,000.00 |
| 10725-02299 | 1/13/2007 | Zawacki A California Llc | Po Box 5156<br>Bear Valley, CA 95223-5156 | 3,000,000.00 | 100,000.00 |

**EXHIBIT A**

2399301.1