**Placer Vineyards I**
**Single Loan Claims**

| Claim | Date Claim Was Filed | Name | Address | Total Claim Amount | Amount of Claim That Relates to an Investment In the Placer Vineyards I |
|---|---|---|---|---|---|
| 10725-01303 | 11/13/2006 | Alvina Agatha Sedlak Living Trust Dtd 6/23/04 | Alvina Agatha Sedlak Trustee<br>7840 E Camelback Rd Unit 203<br>Scottsdale, AZ  85251-2250 | 54,166.72 | 54,166.72 |
| 10725-00133 | 8/11/2006 | Anderson Ira, Larry | 13250 Mahogany Dr<br>Reno, NV  89511 | 300,000.00 | 300,000.00 |
| 10725-01803 | 12/18/2006 | Barroso, Pedro | 3231 Cambridgeshire St<br>Las Vegas, NV  89146-6223 | 50,000.00 | 50,000.00 |
| 10725-01855 | 1/4/2007 | Broadwalk Investments Limited Partnership | C/O James & Donna Bonfiglio General Partners<br>8635 W Sahara Ave. PMB 220<br>Las Vegas, NV  89117-5858 | 100,000.00 | 100,000.00 |
| 10725-00298 | 9/29/2006 | Buckwald, Neil | 5000 North Valadez St<br>Las Vegas, NV  89149 | 50,806.00 | 50,806.00 |
| 10725-00127 | 8/11/2006 | Carrier Family Trust Dated 8/9/91 | C/O Don F Carrier & Sara L Carrier Trustees<br>3175 Greensburg Cir.<br>Reno, NV  89509-6889 | 50,000.00 | 50,000.00 |
| 10725-00207 | 8/15/2006 | Carrier Family Trust Dated 8/9/91 | Don F & Sara L Carrier Ttees<br>3175 Greensburg Cir.<br>Reno, NV  89509 | 50,000.00 | 50,000.00 |
| 10725-01095 | 11/7/2006 | Carson, Douglas | Hc 34  Box 34153<br>Ely, NV  89301 | 100,000.00 | 100,000.00 |
| 10725-00985 | 11/3/2006 | Chai Miller LLC | c/o Avi Barashi<br>P.O. Box 36703<br>Las Vegas, NV 89133 | 357,291.66 | 357,291.66 |
| 10725-00477 | 10/6/2006 | Edward G Loughlin & Thelma E Guevara | 2636 Golden Sands Dr<br>Las Vegas, NV  89128-6805 | 104,214.94 | 104,214.94 |

# EXHIBIT A

2400185.1