## Placer Vineyards I
## Single Loan Claims

| Claim | Date Claim Was Filed | Name | Address | Total Claim Amount | Amount of Claim That Relates to an Investment In the Placer Vineyards I |
|---|---|---|---|---|---|
| 10725-02287 | 1/12/2007 | Eugene H & Norma M Stokes Trust Dtd 5/16/84, | Norma M Kerner Ttee<br>2012 Mesquite Ct<br>Carlsbad, CA 92009-6883 | 101,493.04 | 50,746.52 |
| 10725-01734 | 12/11/2006 | Ferraro, Stanley & Florence | 2300 Airland St<br>Las Vegas, NV 89134-5317 | 60,000.00 | 60,000.00 |
| 10725-00426 | 10/4/2006 | Gary Hogan Ira H01Bd | 9900 Wilbur May Pkwy Apt 1604<br>Reno, NV 89521-4016 | 50,000.00 | 50,000.00 |
| 10725-00584 | 10/13/2006 | Gene Smith & Emily Smith Patricia Gunn | 419 Shipley Dr<br>Yerington, NV 89447-2632 | 53,715.25 | 53,715.25 |
| 10725-00387 | 10/2/2006 | Gish Family Trust Dtd 6/25/89 | George J & Deanna K Gish Ttees<br>2104 Red Dawn Sky St<br>Las Vegas, NV 89134-5538 | 54,500.00 | 54,500.00 |
| 10725-00333 | 9/28/2006 | Hanslik, Waldemar | c/o Hanslik, Katharina Ttee<br>2113 Red Dawn Sky St<br>Las Vegas, NV 89134-5540 | 70,000.00 | 70,000.00 |
| 10725-00910 | 10/31/2006 | Joyce E Smith Trust Dated 11/3/99 | C/O Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV 89135-1548 | 53,645.83 | 53,645.83 |
| 10725-00338 | 9/28/2006 | Kassel 1988 Trust | C/O William J Kassel Trustee<br>4533 Pony Express St North<br>North Las Vegas, NV 89031-0114 | 50,000.00 | 50,000.00 |
| 10725-00337 | 9/28/2006 | Kassel, William | 4533 Pony Express St<br>North Las Vegas, NV 89031 | 50,000.00 | 50,000.00 |
| 10725-01662 | 12/9/2006 | Kehl, Krystina L | Janet L Chub, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV 89501 | 500,000.00 | 500,000.00 |
| 10725-01192 | 11/10/2006 | Land Exchange Accommodators | 2775 S Rainbow Blvd Ste 150<br>Las Vegas, NV 89146-5192 | 204,537.67 | 204,537.67 |

# EXHIBIT A

2400185.1