## Placer Vineyards I
## Single Loan Claims

| Claim | Date Claim Was Filed | Name | Address | Total Claim Amount | Amount of Claim That Relates to an Investment In the Placer Vineyards I |
|---|---|---|---|---|---|
| 10725-01774 | 12/13/2006 | Larson, Gary & Dolores | 544 Rolling Hills Dr<br>Mesquite, NV  89027 | 153,785.00 | 153,785.00 |
| 10725-01350 | 11/13/2006 | Loughlin, R | 12286 Clipper Creek Rd<br>Nevada City, CA  95959 | 100,000.00 | 100,000.00 |
| 10725-00729 | 11/8/2006 | Louise G Sherk Md Employee Benefit Plan Trust | C/O Robert Di Bias & Louise Sherk Ttees<br>3830 Ocean Birch Dr<br>Corona Del Mar, CA  92625-1244 | 50,753.42 | 50,753.42 |
| 10725-01613 | 12/8/2006 | Mcconnell Family Trust Dtd 12/3/81 | James M & Maudrene F Mcconnell Ttees<br>970 Fairway Blvd<br>Incline Village, NV  89451 | 146,166.73 | 146,166.73 |
| 10725-00451 | 10/5/2006 | Mcmichael Living Trust Dtd 12/16/88 | J Richard & Karen L Mcmichael Ttees<br>13840 18Th Ave Sw<br>Burien, WA  98166-1049 | 52,416.00 | 52,416.00 |
| 10725-02243 | 1/12/2007 | Mcquerry Family Trust | William Mcquerry<br>318 Singing Brook Cir<br>Santa Rosa, CA  95409-6483 | 96,078.28 | 96,078.28 |
| 10725-00750 | 10/25/2006 | Moore, James | 2009 Willow Tree Ct<br>Thousand Oaks, CA  91362 | 50,000.00 | 50,000.00 |
| 10725-01630 | 12/7/2006 | Orban H. Reich Trust Dtd 12/27/00 | Alan Kent Reich, Trustee<br>Po Box 1844<br>Reno, NV  89505 | 50,000.00 | 50,000.00 |
| 10725-02253 | 1/12/2007 | Peele Bypass Trust Dtd 2/10/87 | Jennefer Peele Ttee<br>2581 Rampart Ter<br>Reno, NV  89519 | 101,493.04 | 50,746.52 |
| 10725-02398 | 1/16/2007 | Perez, Edwin L | 301 N Lima St<br>Burbank, CA  91505-3512 | 50,000.00 | 50,000.00 |
| 10725-00632 | 10/19/2006 | Polachecks Jewelers Employee  Psp  Dtd 2/20/73 | Steven Polacheck<br>4719 Commons Way Ste E<br>Calabasas, CA  91302 | 110,000.00 | 110,000.00 |

# EXHIBIT A

2400185.1