# Placer Vineyards I
## Single Loan Claims

| Claim | Date Claim Was Filed | Name | Address | Total Claim Amount | Amount of Claim That Relates to an Investment In the Placer Vineyards I |
|---|---|---|---|---|---|
| 10725-00709 | 11/7/2006 | Rains Properties Lp | Donna M Osborn Esq  Marquis & Aurbach<br>10001 Park Run Dr<br>Las Vegas, NV  89145 | 350,000.00 | 350,000.00 |
| 10725-01913 | 1/10/2007 | Riordan, Cecil E & Barbara | 2370 Overlook Ct<br>Reno, NV  89509 | 57,069.30 | 57,069.30 |
| 10725-00538 | 10/10/2006 | Ruegg Living Trust Dtd 11/28/94 | Frank Charles & Margaret S Ruegg Ttees<br>107 Navigator LN<br>Friday Harbor, WA  98250-6017 | 75,000.00 | 75,000.00 |
| 10725-00809 | 10/30/2006 | Russell Jr, Frank | 3314 Paces Ferry Rd Se<br>Atlanta, GA  30339 | 109,687.51 | 109,687.51 |
| 10725-00388 | 10/2/2006 | Sass Ira, Karen E | 7882 Morgan Pointe Circle<br>Reno, NV 89523 | 50,000.00 | 50,000.00 |
| 10725-00324 | 9/28/2006 | Sb Wright Family Trust Dtd 12/28/94 | Melvin B & Susan D Wright Ttees<br>3983 S Mccarran Blvd<br>Reno, NV  89502-7510 | 746.52 | 746.52 |
| 10725-01302 | 11/13/2006 | Sedlak, Alvina | 7840 E Camelback Rd #203<br>Scottsdale, AZ  85251 | 54,166.72 | 54,166.72 |
| 10725-01130 | 11/9/2006 | Shelley Wike Cranley Trustee | Shelley W Cranley<br>174 Mont Blanc Way<br>Las Vegas, NV  89124-9122 | 100,000.00 | 100,000.00 |
| 10725-00586 | 10/13/2006 | Smith, Gene & Emily | 419 Shipley Dr<br>Yerington, NV  89447-2632 | 26,857.60 | 26,857.60 |
| 10725-01322 | 11/13/2006 | Turner Development Llc | Chris Turner<br>461 N Carlisle Pl<br>Orange, CA  92869 | 100,000.00 | 100,000.00 |
| 10725-01600 | 12/8/2006 | Wyatt, Kenneth H & Phyllis P  Family Trust | Kenneth & Phyllis Wyatt Ttees<br>Po Box 370400<br>Las Vegas, NV  89137-0400 | 54,253.44 | 54,253.44 |

# EXHIBIT A

2400185.1