## Placer Vineyards I
## Multiple Loans

| Claim | Date Claim Was Filed | Name | Address | Total Claim Amount | Amount of Claim That Relates to an Investment In the Placer Vineyards I |
|---|---|---|---|---|---|
| 10725-02445 | 4/10/2007 | Acosta, Ruth | 2546 General Armistead Ave<br>Norristown, PA  19403 | 56,467.05 | Unknown |
| 10725-00209 | 8/28/2006 | Acs Properties | Peter Merrifield<br>4417 48Th Ave S<br>St. Petersburg, FL  33701 | 406,019.44 | 202,986.11 |
| 10725-01619 | 12/8/2006 | Addes, Kenneth | 100 W Broadway  Apt 7V<br>Long Beach, NY  11561 | 394,523.01 | 100,000.00 |
| 10725-02366 | 1/16/2007 | Al-Awar Living Trust Dtd 4/05/01 | Adib M & Ellen A Al-Awar Ttees<br>1330 Burro Ct<br>Gardnerville, NV  89410 | 3,615,913.62 | 300,000.00 |
| 10725-01408 | 12/4/2006 | Alexander Ind & As Trustees, Stanley & Florence | P.O. Box 95144<br>Longwood, FL  32779 | 400,000.00 | 25,000.00 |
| 10725-01904 | 1/9/2007 | Alves  Family Trust Dtd 10/27/89 | Arnold R & Agnes J Alves Ttees<br>9904 Villa Granito LN<br>Granite Bay, CA  95746-6481 | 303,616.62 | 100,000.00 |
| 10725-00089 | 8/6/2006 | Augustine Tuffanelli Family Trust | Augustine Tuffanelli Ttee<br>C/O Thomas R Brooksbank<br>201 W. Liberty Street<br>Suite 1, Box 3479<br>Reno, NV 89501 | 250,000.00 | 50,000.00 |
| 10725-00315 | 10/4/2006 | Barroso, Pedro | 3231 Cambridgeshire St<br>Las Vegas, NV  89146 | 168,017.76 | 50,000.00 |
| 10725-00316 | 10/4/2006 | Barroso, Pedro | 3231 Cambridgeshire St<br>Las Vegas, NV  89146 | 168,017.76 | 50,000.00 |
| 10725-01360 | 11/13/2006 | Berry, William Chad | 5725 Daybreak Dr  Apt D<br>Mira Loma, CA  91752-5687 | 200,000.00 | 50,000.00 |

# EXHIBIT A

2400188.1