## Placer Vineyards I
## Multiple Loans

| Claim | Date Claim Was Filed | Name | Address | Total Claim Amount | Amount of Claim That Relates to an Investment In the Placer Vineyards I |
|---|---|---|---|---|---|
| 10725-01411 | 12/4/2006 | Bosworth 1988 Trust | P.O. Box 7804<br>Incline Village, NV  89452 | 25,000.00 | 85,000.00 |
| 10725-01445 | 11/14/2006 | Brehmer, Hannah | 188 Beacon Hill Dr<br>Ashland, OR  97520 | 298,569.00 | 100,000.00 |
| 10725-01401 | 11/13/2006 | Cardwell Family Trust | C/O Michael J Dawson Esq<br>515 South Third St<br>Las Vegas, NV  89101 | 3,226,795.82 | 625,000.00 |
| 10725-00227 | 9/25/2006 | Charles & Sandra Masters Family Trust Dtd 10/9/92 | C/O Sandra O Masters Trustee<br>18124 Wedge Pkwy #550<br>Reno, NV  89511-8134 | 425,000.00 | 300,000.00 |
| 10725-01437 | 11/14/2006 | Clawiter Associates Llc | 1620 Colchester St<br>Danville, CA  94506 | 225,000.00 | 50,000.00 |
| 10725-02038 | 1/11/2007 | Collins Family Trust Dated 1/29/93 | C/O Shirley M Collins Trustee<br>1975 Snowberry Ct<br>Carlsbad, CA  92009-8408 | 1,760,380.48 | 75,000.00 |
| 10725-00092 | 8/9/2006 | Corison, James | 1427 Kearney Street<br>St. Helena, CA  94574 | 1,023,000.00 | 100,000.00 |
| 10725-01728 | 12/11/2006 | Craig Family Trust Dtd 8/10/00 | Howard L & Frankye D Craig Ttees<br>1735 Caughliln Creek Rd<br>Reno, NV  89519 | 200,000.00 | 100,000.00 |
| 10725-02045 | 1/11/2007 | Dar Living Trust Dtd 2/12/03 | Darlene Hammond Ttee<br>308 La Rue Ct<br>Las Vegas, NV  89145 | 329,377.00 | 50,000.00 |
| 10725-02006 | 1/10/2007 | David A Gean Revocable Trust Dtd 4/3/92 | C/O Marsha Kendall Trustee<br>6615 E Pacific Coast Hwy #260<br>Long Beach, CA  90803-4228 | 511,785.96 | 150,000.00 |

# EXHIBIT A

2400188.1