Placer Vineyards I
Multiple Loans

| Claim | Date Claim Was Filed | Name | Address | Total Claim Amount | Amount of Claim That Relates to an Investment In the Placer Vineyards I |
|---|---|---|---|---|---|
| 10725-02063 | 1/11/2007 | Dery, James D & Ann R | Husband & Wife<br>10 Longmeadow Ln<br>Beachwood, OH  44122 | 2,793,347.72 | 75,000.00 |
| 10725-00473 | 10/6/2006 | Donald E & Jaylyle Redmon Family Trst Dtd 10/31/95 | Donald E & Jaylyle Redmon Ttees<br>51 Sanlo LN<br>Mountain Home, AR  72653-6333 | 161,662.50 | 50,520.83 |
| 10726-00067 | 1/12/2007 | Doucet,  D. Joseph | Trustee Of Doucet Trust<br>6124 Greenbrook Drive<br>Reno, NV  89511-8528 | 502,335.71 | Unknown |
| 10725-02233 | 1/12/2007 | Eddie Mayo & Jocelyne Helzer Jt Ten | 115 South Deer Run Rd<br>Carson City, NV  89701 | 511,906.46 | 50,000.00 |
| 10725-02282 | 1/12/2007 | Elan Reddell Revocable Trust Dtd 8/4/03 | Elan Reddell Trustee<br>6770 Hawaii Kai Dr #1006<br>Honolulu, HI  96825 | 659,407.30 | 100,000.00 |
| 10725-00900 | 11/1/2006 | Erickson, Eric T And Dolores Y | 1455 Superior Ave  #342<br>Newport Beach, CA  92663-6125 | 390,000.00 | 100,000.00 |
| 10725-02382 | 1/16/2007 | Essaff Family Trust Dtd 6/18/02 | Robert & Cindy H Essaff Ttees<br>2860 Heybourne Rd<br>Minden, NV  89423 | 3,198,368.02 | 200,000.00 |
| 10725-00500 | 10/9/2006 | Everett H Johnston Family Trust Dtd 1/24/90 | C/O Everett H Johnston Trustee<br>Po Box 3605<br>Incline Village, NV  89450-3605 | 668,305.12 | 100,000.00 |
| 10725-02467 | 6/1/2007 | Foxcroft Living Trust Dtd 1/10/02 | Fred J & Roberta Foxcroft Ttees<br>Po Box 362<br>Carnelian Bay, CA  96140-0362 | 553,778.99 | 100,000.00 |
| 10725-02404 | 1/17/2007 | Freedus Jt Ten, Eric B & Linda P | 5008 Nighthawk Way<br>Oceanside, CA  92056 | 608,838.00 | 50,000.00 |

# EXHIBIT A

2400188.1