# EXHIBIT C

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF Nevada | PROOF OF CLAIM |
|---|---|---|

Name of Debtor
USA COMMERCIAL MORTGAGE CO

Case Number
06-10725-LBR

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

Name of Creditor (The person or other entity to whom the debtor owes money or property) JAMES O DERY & ANN R DERY, HUSBAND & WIFE

Name and address where notices should be sent
JAMES DERY
19601 VAN AKEN Blvd
SHAKER HTS, OH 44122
Telephone number 216/283-2505

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars
☐ Check box if you have never received any notices from the bankruptcy court in this case
☐ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor

Check here if this claim ☐ replaces ☐ amends a previously filed claim dated _____

**1 Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ✓ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ✓ Other SEE EXHIBIT A

- ☐ Retiree benefits as defined in 11 U S C § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS # ____
  Unpaid compensation for services performed
  from ____ (date) to ____ (date)

**2. Date debt was incurred** MARCH 2001

**3. If court judgment, date obtained·**

**4 Classification of Claim.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed See reverse side for important explanations

Unsecured Nonpriority Claim $4,396,673.86
✓ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**Unsecured Priority Claim**
☐ Check this box if you have an unsecured claim all or part of which is entitled to priority
Amount entitled to priority $____

Specify the priority of the claim
☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business. whichever is earlier - 11 U S C § 507(a)(4)
☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**Secured Claim**
✓ Check this box if your claim is secured by collateral (including a right of setoff)
Brief Description of Collateral
✓ Real Estate  ☐ Motor Vehicle  ☐ Other
Value of Collateral $ UNKNOWN
Amount of arrearage and other charges at time case filed included in secured claim, if any $22,925.39

☐ Up to $2 225* of deposits toward purchase, lease, or rental of property or services for personal family, or household use - 11 U S C § 507(a)(7)
☐ Taxes or penalties owed to governmental units - 11 U S C § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U.S.C § 507(a)(___)
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Total Amount of Claim at Time Case Filed**
$1,396,673.86 (unsecured) $1,396,673.86 (secured) (priority) $4,396,673.86 (Total)
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. Credits·** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

**7 Supporting Documents:** Attach copies of supporting documents, such as promissory notes, purchase orders, invoices itemized statements of running accounts contracts, court judgments, mortgages, security agreements and evidence of perfection of lien DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain. If the documents are voluminous, attach a summary

**8. Date-Stamped Copy.** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

FILED JAN 11 2007

Date 1/10/07  Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) [signature]

USA CMC

Penalty for presenting fraudulent claim. Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C §

1072502063

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA | PROOF OF CLAIM |
|---|---|

| Name of Debtor | Case Number |
|---|---|
| USA COMMERCIAL MTG CO | 06 10725 (LBR) |

NOTE  See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case  A 'request" for payment of an administrative expense may be filed pursuant to 11 U S C  § 503

**Name of Creditor and Address**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮ 11321241000459
DONALD E REDMON & JAYLYLE REDMON FAMILY
TRUST DATED 10/31/95
C/O DONALD E REDMON & JAYLYLE REDMON TRUSTEES
51 SANLO LN
MOUNTAIN HOME AR  72653-6333

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court

DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS

If you have already filed a proof of claim with the Bankruptcy Court or BMC  you do not need to file again

**THIS SPACE IS FOR COURT USE ONLY**

Creditor Telephone Number (870) 508  4161

Last four digits of account or other number by which creditor identifies debtor

Check here ☐ replaces
if this claim or ☐ amends
a previously filed claim dated _____

**1 BASIS FOR CLAIM**
- ☐ Goods sold
- ☐ Services performed
- ☑ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other (describe briefly) _____
- ☐ Retiree benefits as defined in 11 U S C  § 1114(a)
- ☐ Wages  salaries and compensation (fill out below)
  - Last four digits of your SS # _____
  - Unpaid compensation for services performed from _____ to _____
  - (date)  (date)
- ☐ Unremitted principal
- ☐ Other claims against servicer (not for loan balances)

**2 DATE DEBT WAS INCURRED** | **3 IF COURT JUDGMENT, DATE OBTAINED**

**4 CLASSIFICATION OF CLAIM**    Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM  $** _____
- ☐ Check this box if  a) there is no collateral or lien securing your claim  or b) your claim exceeds the value of the property securing it  or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**
- ☐ Check this box if you have an unsecured claim  all or part of which is entitled to priority
  - Amount entitled to priority  $ _____
  - Specify the priority of the claim
- ☐ Domestic support obligations under 11 U S C  § 507(a)(1)(A) or (a)(1)(B)
- ☐ Wages  salaries  or commissions (up to $10 000)* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business  whichever is earlier - 11 U S C  § 507(a)(4)
- ☐ Contributions to an employee benefit plan  11 U S C  § 507(a)(5)

**SECURED CLAIM**
- ☑ Check this box if your claim is secured by collateral (including a right of setoff)
  - Brief description of collateral
  - ☑ Real Estate  ☐ Motor Vehicle  ☐ Other _____
  - Value of Collateral  $ _____
  - Amount of arrearage and other charges at time case filed included in secured claim, if any  $ 160,000
- ☐ Up to $2 225* of deposits toward purchase  lease  or rental of property or services for personal  family  or household use -11 U S C  § 507(a)(7)
- ☐ Taxes or penalties owed to governmental units - 11 U S C  § 507(a)(8)
- ☐ Other  Specify applicable paragraph of 11 U S C  § 507(a) ( ____ )
  - * Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5 TOTAL AMOUNT OF CLAIM AT TIME CASE FILED**  $ _____ (unsecured)  $ 161,662.50 (secured)  $ _____ (priority)  $ 161,662.50 (Total)

☑ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

**6 CREDITS**  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7 SUPPORTING DOCUMENTS**  *Attach copies of supporting documents,* such as promissory notes  purchase orders  invoices  itemized statements of running accounts  contracts  court judgments  mortgages  security agreements and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available  explain  If the documents are voluminous, attach a summary

**8 DATE-STAMPED COPY**  To receive an acknowledgment of the filing of your claim  enclose a stamped  self-addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

BY MAIL TO
BMC Group
Attn  USACM Claims Docketing Center
P O Box 911
El Segundo, CA 90245-0911

BY HAND OR OVERNIGHT DELIVERY TO
BMC Group
Attn  USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo  CA 90245

**THIS SPACE FOR COURT USE ONLY**

| DATE | SIGN and print the name and title  if any  of the creditor or other person authorized to file this claim (attach copy of power of attorney  if any) | USA CMC |
|---|---|---|
| 10/3/06 | *Donald E. Redmon* Trustee   *Jaylyle Redmon* Trustee | ▮▮▮▮▮▮▮ 1072500473 |

Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years  or both  18 U S C  §§ 152 AND 3571

Donald E Redmon, Trustee    Jaylyle Redmon, Trustee

## PROOF OF CLAIM

**Name of Debtor**
USA COMMERCIAL MORTGAGE Co

**Case Number**
06-10725-LBR

NOTE. See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

**Name of Creditor and Address**

D JOSEPH DOUCET TRUSTEE of DOUCET TRUST
3301 SKYLINE BLVD
RENO, NEVADA 89509-6604

Creditor Telephone Number (775) 829-7477

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the court.

DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS.

If you have already filed a proof of claim with the Bankruptcy Court or BMC you do not need to file again

THIS SPACE IS FOR COURT USE ONLY

Last four digits of account or other number by which creditor identifies debtor

Check here if this claim ☐ replaces or ☐ amends a previously filed claim dated

**1 BASIS FOR CLAIM**
☐ Goods sold
☐ Services performed
☒ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other (describe briefly)
SEE EXIBIT A ATTACHED

☐ Retiree benefits as defined in 11 U S C § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of your SS #
Unpaid compensation for services performed from

☐ Unremitted principal
☐ Other claims against servicer (not for loan balances)

to
(date)    (date)

**2 DATE DEBT WAS INCURRED** 3-2001

**3 IF COURT JUDGMENT, DATE OBTAINED**

**4 CLASSIFICATION OF CLAIM** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM** $ 502,335.71
☐ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim all or part of which is entitled to priority
Amount entitled to priority    $
Specify the priority of the claim:
☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries or commissions (up to $10 000) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier  11 U S C § 507(a)(4)
☐ Contributions to an employee benefit plan  11 U S C § 507(a)(5)

**SECURED CLAIM**
☒ Check this box if your claim is secured by collateral (including a right of setoff)
Brief description of collateral
☒ Real Estate  ☐ Motor Vehicle  ☐ Other
Value of Collateral  $ UNKNOWN
Amount of arrearage and other charges at time case filed included in secured claim if any  $ 13 239 94

☐ Up to $2 225* of deposits toward purchase lease or rental of property or services for personal family or household use  11 U S C § 507(a)(7)
☐ Taxes or penalties owed to governmental units  11 U S C § 507(a)(8)
☐ Other  Specify applicable paragraph of 11 U S C § 507(a) ( ___ )
* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5 TOTAL AMOUNT OF CLAIM AT TIME CASE FILED** $ 502,335 71 (unsecured)  $ 502,335 71 (secured)  $ 502,335 71 (priority)  $ 502,335 71 (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

**6 CREDITS** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7 SUPPORTING DOCUMENTS** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts court judgments mortgages security agreements and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available explain. If the documents are voluminous attach a summary

**8 DATE-STAMPED COPY** To receive an acknowledgment of the filing of your claim enclose a stamped self-addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm, prevailing Pacific time, on November 13 2006 for each person or entity (including individuals partnerships, corporations joint ventures, trusts and governmental units)

**BY MAIL TO**
BMC Group
Attn USACM Claims Docketing Center
P O Box 911
El Segundo CA 90245-0911

**BY HAND OR OVERNIGHT DELIVERY TO**
BMC Group
Attn USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo CA 90245

THIS SPACE FOR COURT USE ONLY

FILED JAN 1 2 2007

**DATE**
1-9-07

**SIGN** and print the name and title if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney if any)
W. Joseph Doucet, Trustee

USA CAPITAL
1072600067

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U S C §§ 152 AND 3571

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT _____ DISTRICT OF Nevada | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor  USA Commercial Mortgage Company | Case Number  06-10725-LBR | |

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U S C § 503

| | |
|---|---|
| Name of Creditor (The person or other entity to whom the debtor owes money or property). Eddie Mayo and Jocelyne Helzer as Joint Tenants with Right of Survivorship | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars. |
| Name and address where notices should be sent Eddie Mayo 115 South Deer Run Road Carson City, NV 89701      ⊞ Telephone number 775-882-4982 | ☐ Check box if you have never received any notices from the bankruptcy court in this case ☐ Check box if the address differs from the address on the envelope sent to you by the court. |
| | THIS SPACE IS FOR COURT USE ONLY |
| Last four digits of account or other number by which creditor identifies debtor | Check here if this claim ☐ replaces ☐ amends   a previously filed claim dated _____ |

**1   Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☑ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☑ Other  See Exhibit A _____

- ☐ Retiree benefits as defined in 11 U S C. § 1114(a)
- ☐ Wages, salaries and compensation (fill out below)
  Last four digits of your SS # _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)                    (date)

**2   Date debt was incurred**  November 2002

**3.   If court judgment, date obtained:**

**4   Classification of Claim**  Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed. See reverse side for important explanations.

**Unsecured Nonpriority Claim** $ 255,953 23
☑ Check this box if  a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**Unsecured Priority Claim**
☐ Check this box if you have an unsecured claim all or part of which is entitled to priority
Amount entitled to priority   $_____

Specify the priority of the claim
☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages, salaries, or commissions (up to $10,000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U S C § 507(a)(4)
☐ Contributions to an employee benefit plan - 11 U S C § 507(a)(5)

**Secured Claim**
☑ Check this box if your claim is secured by collateral (including a right of setoff)

Brief Description of Collateral
☑ Real Estate   ☐ Motor Vehicle   ☐ Other_____
Value of Collateral   $ unknown

Amount of arrearage and other charges at time case filed included in secured claim if any  $ 4,343 27

☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal family or household use - 11 U S C § 507(a)(7)
☐ Taxes or penalties owed to governmental units - 11 U S C § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U.S C § 507(a)(___)
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5   Total Amount of Claim at Time Case Filed**

| $ 255,953 23 | 255,953.23 | _____ | 255,953 23 |
|---|---|---|---|
| (unsecured) | (secured) | (priority) | (Total) |

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges.

**6   Credits**   The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7   Supporting Documents.**  Attach copies of supporting documents, such as promissory notes, purchase orders invoices itemized statements of running accounts contracts court judgments mortgages, security agreements and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary

**8   Date-Stamped Copy**  To receive an acknowledgment of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

FILED JAN 1 2 2007

| Date 01/09/07 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any)  *Eddie Mayo*   *Jocelyne Helzer* | USA CMC |
|---|---|---|

1072502233

Penalty for presenting fraudulent claim  Fine of up to  $500 000 or imprisonment for up to 5 years  or both  18 U

# PROOF OF CLAIM

| Name of Debtor | Case Number |
|---|---|
| **USA Commercial Mortgage Company** | **06-10725-LBR** |

NOTE  See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case  A "request" for payment of an administrative expense may be filed pursuant to 11 U S C  § 503

**Name of Creditor and Address**

11321242038196

~~REDDELL, ELAN~~ *ELAN REDDELL TRUSTEE*
6770 HAWAII KAI DR #1006      *ELAN REDDELL*
HONOLULU HI  96825      *REVOCABLE TRUST DTD*
                                         *8/4/03*

Creditor Telephone Number *808  395-1538*

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court

IF YOU ARE ONLY OWED MONEY BY A BORROWER WHOSE LOAN IS BEING SERVICED BY THE DEBTORS YOU DO *NOT* HAVE TO FILE A PROOF OF CLAIM  THIS INCLUDES MONEY FROM THAT BORROWER HELD IN THE COLLECTION ACCOUNT

DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS

If you have already filed a proof of claim with the Bankruptcy Court or BMC  you do not need to file again

**THIS SPACE IS FOR COURT USE ONLY**

Last four digits of account or other number by which creditor identifies debtor

*6033*

Check here if this claim  ☐ replaces  ☐ amends  a previously filed claim dated _____

**1  BASIS FOR CLAIM**
☐ Goods sold
☐ Services performed
☒ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☒ Other (describe briefly) *See Exhibit A*

☐ Retiree benefits as defined in 11 U S C  § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of your SS # _____
Unpaid compensation for services performed from _____ to _____
(date) (date)

☐ Unremitted principal
☐ Other claims against servicer (not for loan balances)

**2  DATE DEBT WAS INCURRED** *12/15/2004*   **3  IF COURT JUDGMENT, DATE OBTAINED**

**4  CLASSIFICATION OF CLAIM**    Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM** $ *329,703.65*
☒ Check this box if  a) there is no collateral or lien securing your claim  or b) your claim exceeds the value of the property securing it  or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim  all or part of which is entitled to priority
Amount entitled to priority $ _____
Specify the priority of the claim
☐ Domestic support obligations under 11 U S C  § 507(a)(1)(A) or (a)(1)(B)
☐ Wages  salaries  or commissions (up to $10 000)*  earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business  whichever is earlier - 11 U S C  § 507(a)(4)
☐ Contributions to an employee benefit plan - 11 U S C  § 507(a)(5)

**SECURED CLAIM**
☒ Check this box if your claim is secured by collateral (including a right of setoff)
Brief description of collateral
☒ Real Estate  ☐ Motor Vehicle  ☐ Other _____
Value of Collateral  $ *Unknown*
Amount of arrearage and other charges **at time case filed** included in secured claim, if any  $ *4923.09*

☐ Up to $2,225* of deposits toward purchase  lease  or rental of property or services for personal  family  or household use -11 U S C  § 507(a)(7)
☐ Taxes or penalties owed to governmental units - 11 U S C  § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U S C  § 507(a) ( ____ )
* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5  TOTAL AMOUNT OF CLAIM AT TIME CASE FILED**
$ *329,703.65* (unsecured)    $ *329,703.65* (secured)    $ _____ (priority)    $ *329,703.65* (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

**6  CREDITS**  The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7  SUPPORTING DOCUMENTS**  *Attach copies of supporting documents,* such as promissory notes, purchase orders  invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available, explain  If the documents are voluminous, attach a summary

**8  DATE-STAMPED COPY**  To receive an acknowledgment of the filing of your claim, enclose a stamped  self-addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

BY MAIL TO
BMC Group
Attn  USACM Claims Docketing Center
P O  Box 911
El Segundo, CA 90245-0911

BY HAND OR OVERNIGHT DELIVERY TO
BMC Group
Attn  USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

**THIS SPACE FOR COURT USE ONLY**

FILED JAN 1 2 2007

DATE *1/10/2006*

SIGN  and print the name and title  if any  of the creditor or other person authorized to file this claim (attach copy of power of attorney  if any)
*ELAN REDDELL TRUSTEE—ELAN REDDELL REVOCABLE TRUST DTD 8/4/2003  Elan Reddell*

USA CMC
1072502282

Penalty for presenting fraudulent claim is a fine of up to $500 000  or imprisonment for up to 5 years  or both  18 U S C  §§ 152 AND 3571

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA | PROOF OF CLAIM | |
|---|---|---|

**Name of Debtor**
~~USA Capital Mortgage~~
USA Commercial Mortgage Company

**Case Number:**
06-10725(LBR)

NOTE. See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case A "request" for payment of an administrative expense may be filed pursuant to 11 U S C § 503

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

**Name of Creditor and Address:**
ERIC T. AND DOLORES Y. ERICKSON
1455 SUPERIOR AVE. # 342
Newport Beach, CA. 92663-6125

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court.

**DO NOT FILE THIS PROOF OF CLAIM FOR A SECURED INTEREST IN A BORROWER THAT IS NOT ONE OF THE DEBTORS**
If you have already filed a proof of claim with the Bankruptcy Court or BMC, you do not need to file again

Creditor Telephone Number (949) 645-4785

**THIS SPACE IS FOR COURT USE ONLY**

Last four digits of account or other number by which creditor identifies debtor:
1056

Check here ☐ replaces / ☐ amends   a previously filed claim dated _____
if this claim   or

**1 BASIS FOR CLAIM**
☐ Goods sold
☐ Services performed
☐ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other (describe briefly) _____

☐ Retiree benefits as defined in 11 U S C § 1114(a)
☐ Wages, salaries, and compensation (fill out below)
Last four digits of your SS # _____
Unpaid compensation for services performed from _____ to _____
(date)    (date)

☐ Unremitted principal
☐ Other claims against servicer (not for loan balances)

**2. DATE DEBT WAS INCURRED:**

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. CLASSIFICATION OF CLAIM.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM   $** _____
☐ Check this box if a) there is no collateral or lien securing your claim or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority
Amount entitled to priority   $ _____
Specify the priority of the claim:
☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages salaries or commissions (up to $10 000)* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business whichever is earlier - 11 U S C § 507(a)(4)
☐ Contributions to an employee benefit plan - 11 U S C § 507(a)(5)

**SECURED CLAIM**
☒ Check this box if your claim is secured by collateral (including a right of setoff)
Brief description of collateral
☐ Real Estate   ☐ Motor Vehicle   ☐ Other _____
Value of Collateral:   $ _____
Amount of arrearage and other charges **at time case filed** included in secured claim if any   $ _____

☐ Up to $2,225* of deposits toward purchase lease or rental of property or services for personal, family or household use - 11 U S C § 507(a)(7)
☐ Taxes or penalties owed to governmental units - 11 U S C § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U S.C § 507(a) (____).
* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5 TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:**
$ _____ (unsecured)   $ 390,000.00 (secured)   $ _____ (priority)   $ _____ (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges

**6. CREDITS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7 SUPPORTING DOCUMENTS.** *Attach copies of supporting documents.* such as promissory notes purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS If the documents are not available, explain If the documents are voluminous, attach a summary

**8 DATE-STAMPED COPY:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations joint ventures trusts and governmental units)

**BY MAIL TO:**
BMC Group
Attn USACM Claims Docketing Center
P O Box 911
El Segundo CA 90245-0911

**BY HAND OR OVERNIGHT DELIVERY TO**
BMC Group
Attn USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

**THIS SPACE FOR COURT USE ONLY**

FILED NOV 01 2006

USA CMC

1072500900

**DATE**
10/28/06

**SIGN** and print the name and title if any of the creditor or other person authorized to file this claim (attach copy of power of attorney if any)
Dolores Y Erickson

Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years, or both. 18 U S.C §§ 152 AND 3571

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT _____ DISTRICT OF Nevada _____ | | PROOF OF CLAIM |
|---|---|---|

| Name of Debtor <br> USA COMMERCIAL MORTGAGE COMPANY | Case Number <br> 06-10725-LBR | |
|---|---|---|

NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 USC § 503

| Name of Creditor (The person or other entity to whom the debtor owes money or property) ROBERT ESSAFF & CINDY H. ESSAFF TRUSTEES OF THE ESSAFF FAMILY TRUST DATED 6/18/02 <br> Name and address where notices should be sent <br> ROBERT & CINDY H. ESSAFF <br> 2860 HEYBOURNE RD <br> MINDEN, NV 89423 <br> Telephone number 775-267-5579 | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim Attach copy of statement giving particulars <br><br> ☐ Check box if you have never received any notices from the bankruptcy court in this case <br><br> ☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|---|

| Last four digits of account or other number by which creditor identifies debtor | Check here ☐ replaces <br> if this claim ☐ amends a previously filed claim dated _____ |
|---|---|

| 1   Basis for Claim <br> ☐ Goods sold <br> ☐ Services performed <br> ☑ Money loaned <br> ☐ Personal injury/wrongful death <br> ☐ Taxes <br> ☑ Other  SEE EXHIBIT A | ☐ Retiree benefits as defined in 11 USC § 1114(a) <br> ☐ Wages salaries and compensation (fill out below) <br> Last four digits of your SS # _____ <br> Unpaid compensation for services performed <br> from _____ to _____ <br> (date)            (date) |
|---|---|

| 2.   Date debt was incurred  12/15/03 | 3.   If court judgment, date obtained |
|---|---|

4   Classification of Claim. Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed

See reverse side for important explanations

Unsecured Nonpriority Claim $1,599,184.01

☑ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority

Unsecured Priority Claim

☐ Check this box if you have an unsecured claim all or part of which is entitled to priority

Amount entitled to priority $_____

Specify the priority of the claim

☐ Domestic support obligations under 11 USC § 507(a)(1)(A) or (a)(1)(B)

☐ Wages, salaries, or commissions (up to $10 000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor s business whichever is earlier   11 USC § 507(a)(4)

☐ Contributions to an employee benefit plan - 11 USC § 507(a)(5)

**Secured Claim**

☑ Check this box if your claim is secured by collateral (including a right of setoff)

Brief Description of Collateral

☑ Real Estate ☐ Motor Vehicle ☐ Other _____

Value of Collateral $ UNKNOWN

Amount of arrearage and other charges at time case filed included in secured claim if any $ 25,280.39

☐ Up to $2 225* of deposits toward purchase, lease or rental of property or services for personal family or household use - 11 USC § 507(a)(7)

☐ Taxes or penalties owed to governmental units - 11 USC § 507(a)(8)

☐ Other - Specify applicable paragraph of 11 USC § 507(a)(___)

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

| 5   Total Amount of Claim at Time Case Filed | $1,599,184.01 | 1,599,184.01 | | 1,599,184.01 |
|---|---|---|---|---|
| | (unsecured) | (secured) | (priority) | (Total) |

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim Attach itemized statement of all interest or additional charges.

6.   **Credits**   The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

7   **Supporting Documents**  Attach copies of supporting documents, such as promissory notes, purchase orders invoices itemized statements of running accounts contracts court judgments, mortgages, security agreements and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available, explain  If the documents are voluminous, attach a summary

8.   **Date-Stamped Copy**   To receive an acknowledgment of the filing of your claim enclose a stamped, self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

FILED JAN 16 2007

| Date <br> 1/11/07 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) <br> _____, ROBERT ESSAFF, TRUSTEE <br> _____ CINDY H ESSAFF, TRUSTEE |
|---|---|

USA CMC

1072502382

Penalty for presenting fraudulent claim  Fine of up to  $500 000 or imprisonment for up to 5 years  or both  18 USC §§ 152 and 3571

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA | PROOF OF CLAIM | YOUR CLAIM IS SCHEDULED AS |
|---|---|---|

| Name of Debtor **USA Commercial Mortgage Company** | Case Number **06-10725-LBR** |
|---|---|

Schedule/Claim ID    s31333

Amount/Classification

$3 399 78 Unsecured

**668 305 12 SECURED**

NOTE  See Reverse for List of Debtors and Case Numbers
This form should not be used to make a claim for an administrative expense arising after the commencement of the case  A "request" for payment of an administrative expense may be filed pursuant to 11 U S C  § 503

**Name of Creditor and Address**

|||||||||||| 11321240000552

EVERETT H JOHNSTON FAMILY
TRUST DATED 1/24/90
C/O EVERETT H JOHNSTON TRUSTEE
PO BOX 3605
INCLINE VILLAGE, NV  89450 3605

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case

☐ Check box if this address differs from the address on the envelope sent to you by the court

The amounts reflected above constitute your claim as scheduled by the Debtor or pursuant to a filed claim  If you agree with the amounts set forth herein  and have no other claim against the Debtor  you do not need to file this proof of claim EXCEPT as stated below

**If the amounts shown above are listed as Contingent, Unliquidated or Disputed, a proof of claim must be filed**

If you have already filed a proof of claim with the Bankruptcy Court or BMC  you do not need to file again

**THIS SPACE IS FOR COURT USE ONLY**

Creditor Telephone Number (      ) **925-200-2977**

Last four digits of account or other number by which creditor identifies debtor

Check here if this claim ☐ replaces  or  ☐ amends  a previously filed claim dated _____

**1  BASIS FOR CLAIM**
☐ Goods sold
☑ Services performed
☑ Money loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other (describe briefly) _____

☐ Retiree benefits as defined in 11 U S C  § 1114(a)
☐ Wages  salaries  and compensation (fill out below)
  Last four digits of your SS # _____
  Unpaid compensation for services performed from _____ (date) to _____ (date)

☐ Unremitted principal
☐ Other claims against servicer (not for loan balances)

**2  DATE DEBT WAS INCURRED**

**3  IF COURT JUDGMENT, DATE OBTAINED**

**4  CLASSIFICATION OF CLAIM**   Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

**UNSECURED NONPRIORITY CLAIM**  $ _____
☐ Check this box if  a) there is no collateral or lien securing your claim  or b) your claim exceeds the value of the property securing it  or if c) none or only part of your claim is entitled to priority

**UNSECURED PRIORITY CLAIM**
☐ Check this box if you have an unsecured claim  all or part of which is entitled to priority
  Amount entitled to priority  $ _____
  Specify the priority of the claim
☐ Domestic support obligations under 11 U S C  § 507(a)(1)(A) or (a)(1)(B)
☐ Wages  salaries  or commissions (up to $10 000)* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business  whichever is earlier  11 U S C  § 507(a)(4)
☐ Contributions to an employee benefit plan  11 U S C  § 507(a)(5)

**SECURED CLAIM**
☑ Check this box if your claim is secured by collateral (including a right of setoff)
  Brief description of collateral
  ☑ Real Estate  ☐ Motor Vehicle  ☐ Other _____
  Value of Collateral  $ _____
  Amount of arrearage and other charges at time case filed included in secured claim  if any  $ _____

☐ Up to $2 225* of deposits toward purchase  lease  or rental of property or services for personal  family  or household use  11 U S C  § 507(a)(7)
☐ Taxes or penalties owed to governmental units  11 U S C  § 507(a)(8)
☐ Other  Specify applicable paragraph of 11 U S C  § 507(a) (____)
* Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5  TOTAL AMOUNT OF CLAIM AT TIME CASE FILED**  $ _____ (unsecured)  $ **668305 12** (secured)  $ _____ ( priority)  $ **668 305 12** (Total)

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

**6  CREDITS** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim
**7  SUPPORTING DOCUMENTS** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts  contracts  court judgments, mortgages, security agreements  and evidence of perfection of lien   DO NOT SEND ORIGINAL DOCUMENTS   If the documents are not available  explain  If the documents are voluminous, attach a summary
**8  DATE-STAMPED COPY**   To receive an acknowledgment of the filing of your claim, enclose a stamped, self addressed envelope and copy of this proof of claim

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is actually received on or before 5 00 pm, prevailing Pacific time, on November 13, 2006 for each person or entity (including individuals, partnerships, corporations, joint ventures, trusts and governmental units)

BY MAIL TO
BMC Group
Attn  USACM Claims Docketing Center
P O Box 911
El Segundo, CA 90245 0911

BY HAND OR OVERNIGHT DELIVERY TO
BMC Group
Attn  USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

THIS SPACE FOR COURT USE ONLY

**FILED OCT 0 9 2006**

| DATE  **10  6  06** | SIGN  and print the name and title  if any  of the creditor or other person authorized to file this claim (attach copy of power of attorney  if any)  **EVERETT JOHNSTON** | USA CMC  1072500500 |
|---|---|---|

Penalty for presenting fraudulent claim is a fine of up to $500 000 or imprisonment for up to 5 years  or both  18 U S C  §§ 152 AND 3571

# PROOF OF CLAIM

**YOUR CLAIM IS SCHEDULED AS:**

Schedule/Claim ID    s31478

Amount/Classification
$10,033.44 Unsecured

| | |
|---|---|
| Name of Debtor:<br>**USA Commercial Mortgage Company** | Case Number:<br>**06-10725-LBR** |

NOTE: See Reverse for List of Debtors and Case Numbers.
This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

**Name of Creditor and Address:**

[barcode]                    12924490000857

FOXCROFT LIVING
TRUST DATED 1/10/02
C/O FRED J FOXCROFT & ROBERTA FOXCROFT
TRUSTEES
PO BOX 362
CARNELIAN BAY, CA  96140-0362

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check box if you have never received any notices from the bankruptcy court or BMC Group in this case.

☐ Check box if this address differs from the address on the envelope sent to you by the court.

The amounts reflected above constitute your claim as scheduled by the Debtor or pursuant to a filed claim. If you agree with the amounts set forth herein, and have no other claim against the Debtor, you do not need to file this proof of claim EXCEPT as stated below.

**If the amounts shown above are listed as Contingent, Unliquidated or Disputed, a proof of claim must be filed.**

If you have already filed a proof of claim with the Bankruptcy Court or BMC, you do not need to file again.

**THIS SPACE IS FOR COURT USE ONLY**

Creditor Telephone Number ( ) *530-583-2836*

Last four digits of account or other number by which creditor identifies debtor: *ACCT. ID 3398 CLIENT ID 4015*

Check here if this claim ☐ replaces ☒ or amends a previously filed claim dated: *9/29/06*

**1. BASIS FOR CLAIM**
- ☐ Goods sold
- ☐ Services performed
- ☒ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☐ Other (describe briefly) _____
- ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
- ☐ Wages, salaries, and compensation (fill out below)
  Last four digits of your SS #: _____
  Unpaid compensation for services performed from: _____ to _____
  (date)           (date)
- ☐ Unremitted principal
- ☐ Other claims against servicer (not for loan balances)

**2. DATE DEBT WAS INCURRED:** *4/13/06*

**3. IF COURT JUDGMENT, DATE OBTAINED:**

**4. CLASSIFICATION OF CLAIM.** Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed.
See reverse side for important explanations.

**UNSECURED NONPRIORITY CLAIM  $ _____**
- ☐ Check this box if: a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or if c) none or only part of your claim is entitled to priority.

**UNSECURED PRIORITY CLAIM**
- ☐ Check this box if you have an unsecured claim, all or part of which is entitled to priority.
  Amount entitled to priority  $ _____
  Specify the priority of the claim:
- ☐ Domestic support obligations under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B)
- ☐ Wages, salaries, or commissions (up to $10,000)*, earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(4).
- ☐ Contributions to an employee benefit plan - 11 U.S.C. § 507(a)(5).

**SECURED CLAIM**
- ☒ Check this box if your claim is secured by collateral (including a right of setoff).
  Brief description of collateral:
  ☒ Real Estate   ☐ Motor Vehicle   ☐ Other
  Value of Collateral: $ *506,677.07*
  Amount of arrearage and other charges at time case filed included in secured claim, if any:  $ _____

- ☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use -11 U.S.C. § 507(a)(7).
- ☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
- ☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a) ( ____ ).
  * Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**5. TOTAL AMOUNT OF CLAIM AT TIME CASE FILED:**

| $ _____ | $ *559,778.99* | $ _____ | $ *553,778.99* |
|---|---|---|---|
| (unsecured) | (secured) | (priority) | (Total) |

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**6. CREDITS:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**7. SUPPORTING DOCUMENTS:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.

**8. DATE-STAMPED COPY:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED).

BY MAIL TO:
BMC Group
Attn: USACM Claims Docketing Center
P. O. Box 911
El Segundo, CA 90245-0911

BY HAND OR OVERNIGHT DELIVERY TO:
BMC Group
Attn: USACM Claims Docketing Center
1330 East Franklin Avenue
El Segundo, CA 90245

**THIS SPACE FOR COURT USE ONLY**

DATE *5/30/07*

SIGN and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): [signature]  *TRUSTEE*

Penalty for presenting fraudulent claim is a fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 AND 3571

FORM B10 (Official Form 10) (10/05)

| UNITED STATES BANKRUPTCY COURT | DISTRICT OF Nevada | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor   USA Commercial Mortgage Company | Case Number   06-10725-LBR | |

| NOTE This form should not be used to make a claim for an administrative expense arising after the commencement of the case A request for payment of an administrative expense may be filed pursuant to 11 U S C § 503 |
|---|

| Name of Creditor (The person or other entity to whom the debtor owes money or property) Eric B Freedus And Linda P Freedus, husband and wife, as joint tenants with the right of survivorship | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim  Attach copy of statement giving particulars | |
| Name and address where notices should be sent Eric B Freedus 5008 Nighthawk Way Oceanside CA 92056 Telephone number 760-726-9919 | ☐ Check box if you have never received any notices from the bankruptcy court in this case ☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |

| Last four digits of account or other number by which creditor identifies debtor | Check here if this claim   ☐ replaces   ☐ amends   a previously filed claim dated _____ |
|---|---|

**1   Basis for Claim**
- ☐ Goods sold
- ☐ Services performed
- ☑ Money loaned
- ☐ Personal injury/wrongful death
- ☐ Taxes
- ☑ Other   See Exhibit A

- ☐ Retiree benefits as defined in 11 U S C § 1114(a)
- ☐ Wages salaries and compensation (fill out below)
  Last four digits of your SS # _____
  Unpaid compensation for services performed
  from _____ to _____
  (date)              (date)

**2   Date debt was incurred**   June 2005

**3   If court judgment, date obtained**

**4   Classification of Claim**  Check the appropriate box or boxes that best describe your claim and state the amount of the claim at the time case filed
See reverse side for important explanations

Unsecured Nonpriority Claim  $ 304,419

☐ Check this box if a) there is no collateral or lien securing your claim  or b) your claim exceeds the value of the property securing it  or if c) none or only part of your claim is entitled to priority

**Secured Claim**
☑ Check this box if your claim is secured by collateral (including a right of setoff)

Brief Description of Collateral
☑ Real Estate  ☐ Motor Vehicle  ☐ Other_____
Value of Collateral  $ unknown

Amount of arrearage and other charges at time case filed included in secured claim  if any  $ 4,419

**Unsecured Priority Claim**
☐ Check this box if you have an unsecured claim  all or part of which is entitled to priority

Amount entitled to priority  $_____

Specify the priority of the claim
☐ Domestic support obligations under 11 U S C § 507(a)(1)(A) or (a)(1)(B)
☐ Wages salaries or commissions (up to $10 000),* earned within 180 days before filing of the bankruptcy petition or cessation of the debtor s business whichever is earlier  11 U S C § 507(a)(4)
☐ Contributions to an employee benefit plan  11 U S C § 507(a)(5)

☐ Up to $2 225* of deposits toward purchase lease or rental of property or services for personal family or household use  11 U S C § 507(a)(7)
☐ Taxes or penalties owed to governmental units  11 U S C § 507(a)(8)
☐ Other - Specify applicable paragraph of 11 U S C § 507(a)(___)

*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment

**5   Total Amount of Claim at Time Case Filed**

| $ 304,419 | 304,419 | | 304,419 |
|---|---|---|---|
| (unsecured) | (secured) | (priority) | (Total) |

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim  Attach itemized statement of all interest or additional charges

**6   Credits**   The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim

**7   Supporting Documents**   Attach copies of supporting documents, such as promissory notes, purchase orders invoices itemized statements of running accounts contracts court judgments, mortgages, security agreements  and evidence of perfection of lien  DO NOT SEND ORIGINAL DOCUMENTS  If the documents are not available  explain  If the documents are voluminous, attach a summary

**8   Date-Stamped Copy**   To receive an acknowledgment of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim

THIS SPACE IS FOR COURT USE ONLY

FILED JAN 17 2007

| Date 1/13/07 | Sign and print the name and title  if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) Eric B Freedus   _(signature)_ | USA CMC |
|---|---|---|

Penalty for presenting fraudulent claim  Fine of up to  $500 000 or imprisonment for up to 5 years  or both  18 U S C §§ 152 and 3571

1072502404