**Placer Vineyards I**
**Multiple Loans**

| Claim | Date Claim Was Filed | Name | Address | Total Claim Amount | Amount of Claim That Relates to an Investment In the Placer Vineyards I |
|---|---|---|---|---|---|
| 10725-02143 | 1/11/2007 | Freedus, Michael | 2535 Lake Rd<br>Delanson, NY  12053 | 711,624.20 | 50,000.00 |
| 10725-01231 | 11/9/2006 | Fuller, David & Monica | 955 Mullen<br>Henderson, NV  89044 | 215,404.36 | 60,000.00 |
| 10725-02277 | 1/12/2007 | Gale Gladstone-Katz Revocable Trust | Jan Logan, Trustee<br>8405 Mill Station Road<br>Sebastopol, CA  95472 | 1,354,118.10 | 75,000.00 |
| 10725-01994 | 1/10/2007 | Gilbert Jr, Elmer Eugene | 81590 Chenel Rd<br>Folsom, LA  70437-5414 | 455,240.56 | 50,000.00 |
| 10725-01914 | 1/10/2007 | Gilbert Manuel Living Trust Dtd 1/3/92 | C/O Gilbert Manuel Ttee<br>4617 Constitution Ave Ne<br>Albuquerque, NM  87110 | 486,748.60 | 50,000.00 |
| 10725-01541 | 12/7/2006 | Graham Family Trust Dtd 10/26/78 | Robin B & Celia Allen Graham Ttees<br>1460 Twinridge Rd<br>Santa Barbara, CA  93111-1223 | 503,808.00 | 25,000.00 |
| 10725-02286 | 1/12/2007 | Handal, John A M | 3575 Siskiyou Ct<br>Hayward, CA  94542 | 1,422,945.46 | 50,000.00 |
| 10725-01915 | 1/10/2007 | Hausler Jr Living Trusr Dtd 1/3/92, Edwin L | C/O  Edwin L Hausler Ttee<br>4617 Constitution Ave Ne<br>Albuquerque, NM  87110 | 486,748.60 | 50,000.00 |
| 10725-02407 | 1/17/2007 | Hein, Dennis E & Meyer, Don D   Jtwros | Don D Meyer<br>3425 E Russell Rd Unit 247<br>Las Vegas, NV  89120 | 126,590.00 | 50,000.00 |
| 10725-02292 | 1/12/2007 | Helms Homes Llc | Terry Helms<br>809 Upland Blvd<br>Las Vegas, NV  89107-3719 | 12,697,934.44 | 200,000.00 |

# EXHIBIT A

2400188.1