## Placer Vineyards I
## Multiple Loans

| Claim | Date Claim Was Filed | Name | Address | Total Claim Amount | Amount of Claim That Relates to an Investment In the Placer Vineyards I |
|---|---|---|---|---|---|
| 10725-00588 | 10/13/2006 | Humphry 1999 Trust | C/O Jack & Alice Humphry Ttees<br>2000 Laguna St<br>Pahrump, NV  89048-5761 | 186,631.00 | 75,000.00 |
| 10725-02452 | 5/31/2007 | Humphry 1999 Trust | C/O Jack & Alice Humphry Trustees<br>2000 Laguna St<br>Pahrump, NV  89048-5761 | 186,631.00 | 75,000.00 |
| 10725-02256 | 1/12/2007 | James H Lidster Family Trust Datd 1/20/92 | James H & Phyllus M Lidster Ttees<br>2958 San Mateo Drive<br>Minden, NV  89423-7812 | 1,204,192.58 | Unknown |
| 10725-01212 | 11/10/2006 | Jay E Henman Retirement Plan | C/O Jay E Henman Trustee<br>1023 Ridgeview Ct<br>Carson City, NV  89705-8054 | 747,243.00 | 100,000.00 |
| 10725-00893 | 10/31/2006 | Joyce E Smith Trust Dated 11/3/99 | C/O Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV  89135-1548 | 853,678.82 | 53,645.83 |
| 10725-01715 | 12/11/2006 | Kehl Development Corporation | Janet L Chub, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV  89501 | 1,561,365.75 | 500,000.00 |
| 10725-01661 | 12/9/2006 | Kehl, Christina M | Janet L Chub, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV  89501 | 1,023,023.12 | 200,000.00 |
| 10725-01657 | 12/9/2006 | Kehl, Kevin | Janet L Chub, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV  89501 | 961,017.34 | 150,000.00 |
| 10725-01660 | 12/9/2006 | Kehl, Robert J & Ruth Ann | Janet L Chub, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV  89501 | 12,841,680.13 | 2,000,000.00 |

# EXHIBIT A

2400188.1

**Placer Vineyards I**
**Multiple Loans**

| Claim | Date Claim Was Filed | Name | Address | Total Claim Amount | Amount of Claim That Relates to an Investment In the Placer Vineyards I |
|---|---|---|---|---|---|
| 10725-02288 | 1/12/2007 | Kerner Revocable Trust Dtd 3/16/81 | Melvin W Kerner Ttee<br>2012 Mesquite Ct.<br>Carlsbad, CA  92009 | 101,493.04 | 50,000.00 |

# EXHIBIT A

2400188.1