Placer Vineyards I
Multiple Loans

| Claim | Date Claim Was Filed | Name | Address | Total Claim Amount | Amount of Claim That Relates to an Investment In the Placer Vineyards I |
|---|---|---|---|---|---|
| 10725-02054 | 1/11/2007 | Lindsey H Kesler Fam Revocable Tr Dtd 10/15/80 | Mildred Kesler Ttee<br>4847 Damon Cir<br>Salt Lake City, UT 84117 | 353,992.56 | 85,000.00 |
| 10725-02219 | 1/12/2007 | Louis H & Shirley M Turner Fam Trst Dtd 9/19/97 | Louis H & Shirley M Turner Ttees<br>9558 Mammoth Ct<br>Reno, NV 89521 | 304,359.74 | 50,000.00 |
| 10725-02016 | 1/12/2007 | Louis John Canepa Rev Tr Dtd 6/18/98 | C/O Laurel E Davis Lionel Sawyer & Collins<br>300 South Fourth St. Suite 1<br>Las Vegas, NV 89101 | Unknown | Unknown |
| 10725-02273 | 1/12/2007 | Louise Teeter Ira Rollover | 5301 Beethoven Street, Suite 160<br>Los Angeles, CA 90066 | 898,523.18 | 50,000.00 |
| 10725-02214 | 1/12/2007 | Lynda L Pinnell Living Trust Dtd 7/24/00 | Lynda L Pinnell Ttee<br>9915 Saddleback Dr<br>Lakeside, CA 92040 | 649,047.68 | 120,000.00 |
| 10725-01081 | 11/7/2006 | Macdonald Center | For The Arts & Humanities<br>1730 W Horzon Ridge Pkwy<br>Henderson, NV 89012-1001 | 1,525,000.00 | 500,000.00 |
| 10725-02178 | 1/12/2007 | Marshal Brecht Trust Dtd 2/5/86 | Marshall J & Janet L Brecht Trustees<br>640 Colonial CIR<br>Fullerton, CA 92835 | 3,418,022.00 | 100,000.00 |
| 10725-00565 | 10/12/2006 | Mary E Dunlop 1992 Trust Dtd 7/29/03 | Mary E Dunlop Trustee<br>10969 Las Casitas<br>Atascadero, CA 93422 | 101,429.17 | 50,000.00 |
| 10725-01898 | 1/9/2007 | Massry, Morris | C/O Segel Goldman Mazzotta & Siegel Pc<br>9 Washington Sq<br>Albany, NY 12205 | 1,802,040.00 | 101,527.78 |
| 10725-00604 | 10/16/2006 | Mcdowell, Chester R | 2715 E East Avenue Q-6<br>Palmdale, CA 93550-4147 | 527,702.18 | 125,000.00 |

# EXHIBIT A

2400188.1