## Placer Vineyards I
## Multiple Loans

| Claim | Date Claim Was Filed | Name | Address | Total Claim Amount | Amount of Claim That Relates to an Investment In the Placer Vineyards I |
|---|---|---|---|---|---|
| 10725-02186 | 1/12/2007 | Melvin J & Evelyn A Ives Qtip Trust | Evelyn A Ives Ttee<br>220 First St #3<br>Seal Beach, CA  90740 | 330,509.00 | 150,000.00 |
| 10725-02433 | 1/12/2007 | Michaelian Holdings Llc | 413 Canyon Greens Dr<br>Las Vegas, NV  89144-0829 | 1,267,075.50 | 50,000.00 |
| 10725-01312 | 11/13/2006 | Michelsen, Gary A | John F Murtha Esq<br>Po Box 2311<br>Reno, NV  89505 | 543,373.00 | 94,950.00 |
| 10725-01783 | 12/13/2006 | Miller Properties A Nv Limited Partnership | Po Box 495<br>Zephyr Cove, NV  89448 | 345,000.00 | 250,000.00 |
| 10725-01784 | 12/13/2006 | Miller, Penny & Brian J | Po Box 495<br>Zephyr Cove, NV  89448 | 115,000.00 | 50,000.00 |
| 10725-01208 | 11/10/2006 | Monighetti, Pete | 6515 Frankie Ln<br>Prunedale, CA  93907 | 1,509,963.55 | 150,000.00 |
| 10725-00221 | 9/25/2006 | Mullin, Elaine | 3115 Merrill Dr  #37<br>Torrance, CA  90503 | 220,000.00 | 50,000.00 |
| 10725-01018 | 10/26/2006 | Nakashima, Vicky | 1681 Fairburn Ave<br>Los Angeles, CA  90024 | 155,000.00 | 50,000.00 |
| 10725-01731 | 12/11/2006 | O`Neill, Charles & Lois C | 3515 Southampton Dr.<br>Reno, NV  89509 | 75,311.86 | 50,000.00 |
| 10725-02161 | 1/12/2007 | Ogren, William W & Betty R | 22102 Shannon Dell Dr<br>Audubon, PA  19403 | 202,926.38 | 50,000.00 |

# EXHIBIT A

2400188.1