## Placer Vineyards I
## Multiple Loans

| Claim | Date Claim Was Filed | Name | Address | Total Claim Amount | Amount of Claim That Relates to an Investment In the Placer Vineyards I |
|---|---|---|---|---|---|
| 10725-01582 | 12/8/2006 | Teeter, Norman | 5301 Beethoven Street, Suite 160<br>Los Angeles, CA 90066 | 136,246.00 | 25,000.00 |
| 10725-02275 | 1/12/2007 | Teeter, Norman | 5301 Beethoven Street, Suite 160<br>Los Angeles, CA 90066 | 599,327.28 | 100,000.00 |
| 10725-01969 | 1/10/2007 | Terry Markwell Profit Sharing Plan & Trust | Terry Markwell Ttee<br>12765 Silver Wolf Rd<br>Reno, NV 89511 | 807,706.42 | 50,000.00 |
| 10725-02291 | 1/12/2007 | Terry R Helms Living Trust Dtd 11/11/94 | Terry Helms<br>809 Upland Blvd<br>Las Vegas, NV 89107-3719 | 11,155,754.80 | 600,000.00 |
| 10725-00991 | 11/6/2006 | Tom, Sterling | 213 Royal Aberdeen Way<br>Las Vegas, NV 89144 | 150,000.00 | 25,000.00 |
| 10725-01043 | 11/6/2006 | Ulm Ira, Robert W | Pensco Trust Co Inc Fbo<br>414 Morning Glory Rd<br>St Marys, GA 31558 | Unknown | 50,000.00 |
| 10725-02089 | 1/11/2007 | Ulm, Robert W | 414 Morning Glory Rd<br>St Marys, GA 31558 | Contingent/ Unliquidated | Unknown |
| 10725-02403 | 1/17/2007 | Weible 1981 Trust Dtd 6/30/81 | Dean F & Ardis Weible Co Ttees<br>6314 Tara Ave<br>Las Vegas, NV 89146 | 555,676.78 | 50,000.00 |
| 10725-01663 | 12/9/2006 | Winter, Cynthia | Janet L Chub, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV 89501 | 866,666.67 | 100,000.00 |
| 10725-02040 | 1/11/2007 | Zappulla, Joseph G & Carol A | 3128 E. Blue Sage Court<br>Gilbert, AZ 85297 | 1,409,625.48 | 75,000.00 |
| 10725-02299 | 1/13/2007 | Zawacki A California Llc | Po Box 5156<br>Bear Valley, CA 95223-5156 | 3,000,000.00 | 100,000.00 |

# EXHIBIT A

2400188.1