## Placer Vineyards I
## Single Loan Claims

| Claim | Date Claim Was Filed | Name | Address | Total Claim Amount | Amount of Claim That Relates to an Investment In the Placer Vineyards I |
|---|---|---|---|---|---|
| 10725-01303 | 11/13/2006 | Alvina Agatha Sedlak Living Trust Dtd 6/23/04 | Alvina Agatha Sedlak Trustee<br>7840 E Camelback Rd Unit 203<br>Scottsdale, AZ  85251-2250 | 54,166.72 | 54,166.72 |
| 10725-00133 | 8/11/2006 | Anderson Ira, Larry | 13250 Mahogany Dr<br>Reno, NV  89511 | 300,000.00 | 300,000.00 |
| 10725-01803 | 12/18/2006 | Barroso, Pedro | 3231 Cambridgeshire St<br>Las Vegas, NV  89146-6223 | 50,000.00 | 50,000.00 |
| 10725-01855 | 1/4/2007 | Broadwalk Investments Limited Partnership | C/O James & Donna Bonfiglio General Partners<br>8635 W Sahara Ave. PMB 220<br>Las Vegas, NV  89117-5858 | 100,000.00 | 100,000.00 |
| 10725-00298 | 9/29/2006 | Buckwald, Neil | 5000 North Valadez St<br>Las Vegas, NV  89149 | 50,806.00 | 50,806.00 |
| 10725-00127 | 8/11/2006 | Carrier Family Trust Dated 8/9/91 | C/O Don F Carrier & Sara L Carrier Trustees<br>3175 Greensburg Cir.<br>Reno, NV  89509-6889 | 50,000.00 | 50,000.00 |
| 10725-00207 | 8/15/2006 | Carrier Family Trust Dated 8/9/91 | Don F & Sara L Carrier Ttees<br>3175 Greensburg Cir.<br>Reno, NV  89509 | 50,000.00 | 50,000.00 |
| 10725-01095 | 11/7/2006 | Carson, Douglas | Hc 34  Box 34153<br>Ely, NV  89301 | 100,000.00 | 100,000.00 |
| 10725-00985 | 11/3/2006 | Chai Miller LLC | c/o Avi Barashi<br>P.O. Box 36703<br>Las Vegas, NV 89133 | 357,291.66 | 357,291.66 |
| 10725-00477 | 10/6/2006 | Edward G Loughlin & Thelma E Guevara | 2636 Golden Sands Dr<br>Las Vegas, NV  89128-6805 | 104,214.94 | 104,214.94 |
| 10725-02287 | 1/12/2007 | Eugene H & Norma M Stokes Trust Dtd 5/16/84, | Norma M Kerner Ttee<br>2012 Mesquite Ct<br>Carlsbad, CA  92009-6883 | 101,493.04 | 50,746.52 |
| 10725-01734 | 12/11/2006 | Ferraro, Stanley & Florence | 2300 Airland St<br>Las Vegas, NV  89134-5317 | 60,000.00 | 60,000.00 |
| 10725-00426 | 10/4/2006 | Gary Hogan Ira H01Bd | 9900 Wilbur May Pkwy  Apt 1604<br>Reno, NV  89521-4016 | 50,000.00 | 50,000.00 |

# EXHIBIT A

2400185.1

Placer Vineyards I
Single Loan Claims

| Claim | Date Claim Was Filed | Name | Address | Total Claim Amount | Amount of Claim That Relates to an Investment In the Placer Vineyards I |
|---|---|---|---|---|---|
| 10725-00584 | 10/13/2006 | Gene Smith & Emily Smith Patricia Gunn | 419 Shipley Dr Yerington, NV 89447-2632 | 53,715.25 | 53,715.25 |
| 10725-00387 | 10/2/2006 | Gish Family Trust Dtd 6/25/89 | George J & Deanna K Gish Ttees 2104 Red Dawn Sky St Las Vegas, NV 89134-5538 | 54,500.00 | 54,500.00 |
| 10725-00333 | 9/28/2006 | Hanslik, Waldemar | c/o Hanslik, Katharina Ttee 2113 Red Dawn Sky St Las Vegas, NV 89134-5540 | 70,000.00 | 70,000.00 |
| 10725-00910 | 10/31/2006 | Joyce E Smith Trust Dated 11/3/99 | C/O Joyce E Smith Trustee 3080 Red Springs Dr Las Vegas, NV 89135-1548 | 53,645.83 | 53,645.83 |
| 10725-00338 | 9/28/2006 | Kassel 1988 Trust | C/O William J Kassel Trustee 4533 Pony Express St North North Las Vegas, NV 89031-0114 | 50,000.00 | 50,000.00 |
| 10725-00337 | 9/28/2006 | Kassel, William | 4533 Pony Express St North Las Vegas, NV 89031 | 50,000.00 | 50,000.00 |
| 10725-01662 | 12/9/2006 | Kehl, Krystina L | Janet L Chub, Atty. At Law Armstrong Teasdale LLP 50 W. Liberty, Suite 950 Reno, NV 89501 | 500,000.00 | 500,000.00 |
| 10725-01192 | 11/10/2006 | Land Exchange Accommodators | 2775 S Rainbow Blvd Ste 150 Las Vegas, NV 89146-5192 | 204,537.67 | 204,537.67 |
| 10725-01774 | 12/13/2006 | Larson, Gary & Dolores | 544 Rolling Hills Dr Mesquite, NV 89027 | 153,785.00 | 153,785.00 |
| 10725-01350 | 11/13/2006 | Loughlin, R | 12286 Clipper Creek Rd Nevada City, CA 95959 | 100,000.00 | 100,000.00 |
| 10725-00729 | 11/8/2006 | Louise G Sherk Md Employee Benefit Plan Trust | C/O Robert Di Bias & Louise Sherk Ttees 3830 Ocean Birch Dr Corona Del Mar, CA 92625-1244 | 50,753.42 | 50,753.42 |
| 10725-01613 | 12/8/2006 | Mcconnell Family Trust Dtd 12/3/81 | James M & Maudrene F Mcconnell Ttees 970 Fairway Blvd Incline Village, NV 89451 | 146,166.73 | 146,166.73 |

# EXHIBIT A

2400185.1

Placer Vineyards I
Single Loan Claims

| Claim | Date Claim Was Filed | Name | Address | Total Claim Amount | Amount of Claim That Relates to an Investment In the Placer Vineyards I |
|---|---|---|---|---|---|
| 10725-00451 | 10/5/2006 | Mcmichael Living Trust Dtd 12/16/88 | J Richard & Karen L Mcmichael Ttees 13840 18Th Ave Sw Burien, WA  98166-1049 | 52,416.00 | 52,416.00 |
| 10725-02243 | 1/12/2007 | Mcquerry Family Trust | William Mcquerry 318 Singing Brook Cir Santa Rosa, CA  95409-6483 | 96,078.28 | 96,078.28 |
| 10725-00750 | 10/25/2006 | Moore, James | 2009 Willow Tree Ct Thousand Oaks, CA  91362 | 50,000.00 | 50,000.00 |
| 10725-01630 | 12/7/2006 | Orban H. Reich Trust Dtd 12/27/00 | Alan Kent Reich, Trustee Po Box 1844 Reno, NV  89505 | 50,000.00 | 50,000.00 |
| 10725-02253 | 1/12/2007 | Peele Bypass Trust Dtd 2/10/87 | Jennefer Peele Ttee 2581 Rampart Ter Reno, NV  89519 | 101,493.04 | 50,746.52 |
| 10725-02398 | 1/16/2007 | Perez, Edwin L | 301 N Lima St Burbank, CA  91505-3512 | 50,000.00 | 50,000.00 |
| 10725-00632 | 10/19/2006 | Polachecks Jewelers Employee Psp Dtd 2/20/73 | Steven Polacheck 4719 Commons Way Ste E Calabasas, CA  91302 | 110,000.00 | 110,000.00 |
| 10725-00709 | 11/7/2006 | Rains Properties Lp | Donna M Osborn Esq  Marquis & Aurbach 10001 Park Run Dr Las Vegas, NV  89145 | 350,000.00 | 350,000.00 |
| 10725-01913 | 1/10/2007 | Riordan, Cecil E & Barbara | 2370 Overlook Ct Reno, NV  89509 | 57,069.30 | 57,069.30 |
| 10725-00538 | 10/10/2006 | Ruegg Living Trust Dtd 11/28/94 | Frank Charles & Margaret S Ruegg Ttees 107 Navigator LN Friday Harbor, WA  98250-6017 | 75,000.00 | 75,000.00 |
| 10725-00809 | 10/30/2006 | Russell Jr, Frank | 3314 Paces Ferry Rd Se Atlanta, GA  30339 | 109,687.51 | 109,687.51 |
| 10725-00388 | 10/2/2006 | Sass Ira, Karen E | 7882 Morgan Pointe Circle Reno, NV 89523 | 50,000.00 | 50,000.00 |

# EXHIBIT A

2400185.1

**Placer Vineyards I**
**Single Loan Claims**

| Claim | Date Claim Was Filed | Name | Address | Total Claim Amount | Amount of Claim That Relates to an Investment In the Placer Vineyards I |
|---|---|---|---|---|---|
| 10725-00324 | 9/28/2006 | Sb Wright Family Trust Dtd 12/28/94 | Melvin B & Susan D Wright Ttees<br>3983 S Mccarran Blvd<br>Reno, NV  89502-7510 | 746.52 | 746.52 |
| 10725-01302 | 11/13/2006 | Sedlak, Alvina | 7840 E Camelback Rd #203<br>Scottsdale, AZ  85251 | 54,166.72 | 54,166.72 |
| 10725-01130 | 11/9/2006 | Shelley Wike Cranley Trustee | Shelley W Cranley<br>174 Mont Blanc Way<br>Las Vegas, NV  89124-9122 | 100,000.00 | 100,000.00 |
| 10725-00586 | 10/13/2006 | Smith, Gene & Emily | 419 Shipley Dr<br>Yerington, NV  89447-2632 | 26,857.60 | 26,857.60 |
| 10725-01322 | 11/13/2006 | Turner Development Llc | Chris Turner<br>461 N Carlisle Pl<br>Orange, CA  92869 | 100,000.00 | 100,000.00 |
| 10725-01600 | 12/8/2006 | Wyatt, Kenneth H & Phyllis P  Family Trust | Kenneth & Phyllis Wyatt Ttees<br>Po Box 370400<br>Las Vegas, NV  89137-0400 | 54,253.44 | 54,253.44 |

# EXHIBIT A

2400185.1

**Placer Vineyards I**
**Multiple Loans**

| Claim | Date Claim Was Filed | Name | Address | Total Claim Amount | Amount of Claim That Relates to an Investment In the Placer Vineyards I |
|---|---|---|---|---|---|
| 10725-02445 | 4/10/2007 | Acosta, Ruth | 2546 General Armistead Ave<br>Norristown, PA  19403 | 56,467.05 | Unknown |
| 10725-00209 | 8/28/2006 | Acs Properties | Peter Merrifield<br>4417 48Th Ave S<br>St. Petersburg, FL  33701 | 406,019.44 | 202,986.11 |
| 10725-01619 | 12/8/2006 | Addes, Kenneth | 100 W Broadway  Apt 7V<br>Long Beach, NY  11561 | 394,523.01 | 100,000.00 |
| 10725-02366 | 1/16/2007 | Al-Awar Living Trust Dtd 4/05/01 | Adib M & Ellen A Al-Awar Ttees<br>1330 Burro Ct<br>Gardnerville, NV  89410 | 3,615,913.62 | 300,000.00 |
| 10725-01408 | 12/4/2006 | Alexander Ind & As Trustees, Stanley & Florence | P.O. Box 95144<br>Longwood, FL  32779 | 400,000.00 | 25,000.00 |
| 10725-01904 | 1/9/2007 | Alves  Family Trust Dtd 10/27/89 | Arnold R & Agnes J Alves Ttees<br>9904 Villa Granito LN<br>Granite Bay, CA  95746-6481 | 303,616.62 | 100,000.00 |
| 10725-00089 | 8/6/2006 | Augustine Tuffanelli Family Trust | Augustine Tuffanelli Ttee<br>C/O Thomas R Brooksbank<br>201 W. Liberty Street<br>Suite 1, Box 3479<br>Reno, NV 89501 | 250,000.00 | 50,000.00 |
| 10725-00315 | 10/4/2006 | Barroso, Pedro | 3231 Cambridgeshire St<br>Las Vegas, NV  89146 | 168,017.76 | 50,000.00 |
| 10725-00316 | 10/4/2006 | Barroso, Pedro | 3231 Cambridgeshire St<br>Las Vegas, NV  89146 | 168,017.76 | 50,000.00 |
| 10725-01360 | 11/13/2006 | Berry, William Chad | 5725 Daybreak Dr  Apt D<br>Mira Loma, CA  91752-5687 | 200,000.00 | 50,000.00 |
| 10725-01411 | 12/4/2006 | Bosworth 1988 Trust | P.O. Box 7804<br>Incline Village, NV  89452 | 25,000.00 | 85,000.00 |
| 10725-01445 | 11/14/2006 | Brehmer, Hannah | 188 Beacon Hill Dr<br>Ashland, OR  97520 | 298,569.00 | 100,000.00 |

# EXHIBIT A

2400188.1

Placer Vineyards I
Multiple Loans

| Claim | Date Claim Was Filed | Name | Address | Total Claim Amount | Amount of Claim That Relates to an Investment In the Placer Vineyards I |
|---|---|---|---|---|---|
| 10725-01401 | 11/13/2006 | Cardwell Family Trust | C/O Michael J Dawson Esq<br>515 South Third St<br>Las Vegas, NV 89101 | 3,226,795.82 | 625,000.00 |
| 10725-00227 | 9/25/2006 | Charles & Sandra Masters Family Trust Dtd 10/9/92 | C/O Sandra O Masters Trustee<br>18124 Wedge Pkwy #550<br>Reno, NV 89511-8134 | 425,000.00 | 300,000.00 |
| 10725-01437 | 11/14/2006 | Clawiter Associates Llc | 1620 Colchester St<br>Danville, CA 94506 | 225,000.00 | 50,000.00 |
| 10725-02038 | 1/11/2007 | Collins Family Trust Dated 1/29/93 | C/O Shirley M Collins Trustee<br>1975 Snowberry Ct<br>Carlsbad, CA 92009-8408 | 1,760,380.48 | 75,000.00 |
| 10725-00092 | 8/9/2006 | Corison, James | 1427 Kearney Street<br>St. Helena, CA 94574 | 1,023,000.00 | 100,000.00 |
| 10725-01728 | 12/11/2006 | Craig Family Trust Dtd 8/10/00 | Howard L & Frankye D Craig Ttees<br>1735 Caughliln Creek Rd<br>Reno, NV 89519 | 200,000.00 | 100,000.00 |
| 10725-02045 | 1/11/2007 | Dar Living Trust Dtd 2/12/03 | Darlene Hammond Ttee<br>308 La Rue Ct<br>Las Vegas, NV 89145 | 329,377.00 | 50,000.00 |
| 10725-02006 | 1/10/2007 | David A Gean Revocable Trust Dtd 4/3/92 | C/O Marsha Kendall Trustee<br>6615 E Pacific Coast Hwy #260<br>Long Beach, CA 90803-4228 | 511,785.96 | 150,000.00 |
| 10725-02063 | 1/11/2007 | Dery, James D & Ann R | Husband & Wife<br>10 Longmeadow Ln<br>Beachwood, OH 44122 | 2,793,347.72 | 75,000.00 |
| 10725-00473 | 10/6/2006 | Donald E & Jaylyle Redmon Family Trst Dtd 10/31/95 | Donald E & Jaylyle Redmon Ttees<br>51 Sanlo LN<br>Mountain Home, AR 72653-6333 | 161,662.50 | 50,520.83 |
| 10726-00067 | 1/12/2007 | Doucet, D. Joseph | Trustee Of Doucet Trust<br>6124 Greenbrook Drive<br>Reno, NV 89511-8528 | 502,335.71 | Unknown |

# EXHIBIT A

2400188.1

**Placer Vineyards I**
**Multiple Loans**

| Claim | Date Claim Was Filed | Name | Address | Total Claim Amount | Amount of Claim That Relates to an Investment In the Placer Vineyards I |
|---|---|---|---|---|---|
| 10725-02233 | 1/12/2007 | Eddie Mayo & Jocelyne Helzer Jt Ten | 115 South Deer Run Rd<br>Carson City, NV  89701 | 511,906.46 | 50,000.00 |
| 10725-02282 | 1/12/2007 | Elan Reddell Revocable Trust Dtd 8/4/03 | Elan Reddell Trustee<br>6770 Hawaii Kai Dr #1006<br>Honolulu, HI  96825 | 659,407.30 | 100,000.00 |
| 10725-00900 | 11/1/2006 | Erickson, Eric T And Dolores Y | 1455 Superior Ave  #342<br>Newport Beach, CA  92663-6125 | 390,000.00 | 100,000.00 |
| 10725-02382 | 1/16/2007 | Essaff Family Trust Dtd 6/18/02 | Robert & Cindy H Essaff Ttees<br>2860 Heybourne Rd<br>Minden, NV  89423 | 3,198,368.02 | 200,000.00 |
| 10725-00500 | 10/9/2006 | Everett H Johnston Family Trust Dtd 1/24/90 | C/O Everett H Johnston Trustee<br>Po Box 3605<br>Incline Village, NV  89450-3605 | 668,305.12 | 100,000.00 |
| 10725-02467 | 6/1/2007 | Foxcroft Living Trust Dtd 1/10/02 | Fred J & Roberta Foxcroft Ttees<br>Po Box 362<br>Carnelian Bay, CA  96140-0362 | 553,778.99 | 100,000.00 |
| 10725-02404 | 1/17/2007 | Freedus Jt Ten, Eric B & Linda P | 5008 Nighthawk Way<br>Oceanside, CA  92056 | 608,838.00 | 50,000.00 |
| 10725-02143 | 1/11/2007 | Freedus, Michael | 2535 Lake Rd<br>Delanson, NY  12053 | 711,624.20 | 50,000.00 |
| 10725-01231 | 11/9/2006 | Fuller, David & Monica | 955 Mullen<br>Henderson, NV  89044 | 215,404.36 | 60,000.00 |
| 10725-02277 | 1/12/2007 | Gale Gladstone-Katz Revocable Trust | Jan Logan, Trustee<br>8405 Mill Station Road<br>Sebastopol, CA  95472 | 1,354,118.10 | 75,000.00 |
| 10725-01994 | 1/10/2007 | Gilbert Jr, Elmer Eugene | 81590 Chenel Rd<br>Folsom, LA  70437-5414 | 455,240.56 | 50,000.00 |
| 10725-01914 | 1/10/2007 | Gilbert Manuel Living Trust Dtd 1/3/92 | C/O Gilbert Manuel Ttee<br>4617 Constitution Ave Ne<br>Albuquerque, NM  87110 | 486,748.60 | 50,000.00 |

# EXHIBIT A

2400188.1

Placer Vineyards I
Multiple Loans

| Claim | Date Claim Was Filed | Name | Address | Total Claim Amount | Amount of Claim That Relates to an Investment In the Placer Vineyards I |
|---|---|---|---|---|---|
| 10725-01541 | 12/7/2006 | Graham Family Trust Dtd 10/26/78 | Robin B & Celia Allen Graham Ttees<br>1460 Twinridge Rd<br>Santa Barbara, CA  93111-1223 | 503,808.00 | 25,000.00 |
| 10725-02286 | 1/12/2007 | Handal, John A M | 3575 Siskiyou Ct<br>Hayward, CA  94542 | 1,422,945.46 | 50,000.00 |
| 10725-01915 | 1/10/2007 | Hausler Jr Living Trusr Dtd 1/3/92, Edwin L | C/O  Edwin L Hausler Ttee<br>4617 Constitution Ave Ne<br>Albuquerque, NM  87110 | 486,748.60 | 50,000.00 |
| 10725-02407 | 1/17/2007 | Hein, Dennis E & Meyer, Don D   Jtwros | Don D Meyer<br>3425 E Russell Rd Unit 247<br>Las Vegas, NV  89120 | 126,590.00 | 50,000.00 |
| 10725-02292 | 1/12/2007 | Helms Homes Llc | Terry Helms<br>809 Upland Blvd<br>Las Vegas, NV  89107-3719 | 12,697,934.44 | 200,000.00 |
| 10725-00588 | 10/13/2006 | Humphry 1999 Trust | C/O Jack & Alice Humphry Ttees<br>2000 Laguna St<br>Pahrump, NV  89048-5761 | 186,631.00 | 75,000.00 |
| 10725-02452 | 5/31/2007 | Humphry 1999 Trust | C/O Jack & Alice Humphry Trustees<br>2000 Laguna St<br>Pahrump, NV  89048-5761 | 186,631.00 | 75,000.00 |
| 10725-02256 | 1/12/2007 | James H Lidster Family Trust Datd 1/20/92 | James H & Phyllus M Lidster Ttees<br>2958 San Mateo Drive<br>Minden, NV  89423-7812 | 1,204,192.58 | Unknown |
| 10725-01212 | 11/10/2006 | Jay E Henman Retirement Plan | C/O Jay E Henman Trustee<br>1023 Ridgeview Ct<br>Carson City, NV  89705-8054 | 747,243.00 | 100,000.00 |
| 10725-00893 | 10/31/2006 | Joyce E Smith Trust Dated 11/3/99 | C/O Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV  89135-1548 | 853,678.82 | 53,645.83 |

# EXHIBIT A

2400188.1

**Placer Vineyards I**
**Multiple Loans**

| Claim | Date Claim Was Filed | Name | Address | Total Claim Amount | Amount of Claim That Relates to an Investment In the Placer Vineyards I |
|---|---|---|---|---|---|
| 10725-01715 | 12/11/2006 | Kehl Development Corporation | Janet L Chub, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV  89501 | 1,561,365.75 | 500,000.00 |
| 10725-01661 | 12/9/2006 | Kehl, Christina M | Janet L Chub, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV  89501 | 1,023,023.12 | 200,000.00 |
| 10725-01657 | 12/9/2006 | Kehl, Kevin | Janet L Chub, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV  89501 | 961,017.34 | 150,000.00 |
| 10725-01660 | 12/9/2006 | Kehl, Robert J & Ruth Ann | Janet L Chub, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV  89501 | 12,841,680.13 | 2,000,000.00 |
| 10725-02288 | 1/12/2007 | Kerner Revocable Trust Dtd 3/16/81 | Melvin W Kerner Ttee<br>2012 Mesquite Ct.<br>Carlsbad, CA  92009 | 101,493.04 | 50,000.00 |
| 10725-02054 | 1/11/2007 | Lindsey H Kesler Fam Revocable Tr  Dtd 10/15/80 | Mildred Kesler Ttee<br>4847 Damon Cir<br>Salt Lake City, UT  84117 | 353,992.56 | 85,000.00 |
| 10725-02219 | 1/12/2007 | Louis H & Shirley M Turner Fam Trst Dtd 9/19/97 | Louis H & Shirley M Turner Ttees<br>9558 Mammoth Ct<br>Reno, NV  89521 | 304,359.74 | 50,000.00 |
| 10725-02016 | 1/12/2007 | Louis John Canepa Rev Tr Dtd 6/18/98 | C/O Laurel E Davis Lionel Sawyer & Collins<br>300 South Fourth St. Suite 1<br>Las Vegas, NV  89101 | Unknown | Unknown |
| 10725-02273 | 1/12/2007 | Louise Teeter Ira Rollover | 5301 Beethoven Street, Suite 160<br>Los Angeles, CA  90066 | 898,523.18 | 50,000.00 |

# EXHIBIT A

2400188.1

Placer Vineyards I
Multiple Loans

| Claim | Date Claim Was Filed | Name | Address | Total Claim Amount | Amount of Claim That Relates to an Investment In the Placer Vineyards I |
|---|---|---|---|---|---|
| 10725-02214 | 1/12/2007 | Lynda L Pinnell Living Trust Dtd 7/24/00 | Lynda L Pinnell Ttee<br>9915 Saddleback Dr<br>Lakeside, CA  92040 | 649,047.68 | 120,000.00 |
| 10725-01081 | 11/7/2006 | Macdonald Center | For The Arts & Humanities<br>1730 W Horzon Ridge Pkwy<br>Henderson, NV  89012-1001 | 1,525,000.00 | 500,000.00 |
| 10725-02178 | 1/12/2007 | Marshal Brecht Trust Dtd 2/5/86 | Marshall J & Janet L Brecht Trustees<br>640 Colonial CIR<br>Fullerton, CA  92835 | 3,418,022.00 | 100,000.00 |
| 10725-00565 | 10/12/2006 | Mary E Dunlop 1992 Trust Dtd 7/29/03 | Mary E Dunlop Trustee<br>10969 Las Casitas<br>Atascadero, CA  93422 | 101,429.17 | 50,000.00 |
| 10725-01898 | 1/9/2007 | Massry, Morris | C/O Segel Goldman Mazzotta & Siegel Pc<br>9 Washington Sq<br>Albany, NY  12205 | 1,802,040.00 | 101,527.78 |
| 10725-00604 | 10/16/2006 | Mcdowell, Chester R | 2715 E East Avenue Q-6<br>Palmdale, CA  93550-4147 | 527,702.18 | 125,000.00 |
| 10725-02186 | 1/12/2007 | Melvin J & Evelyn A Ives Qtip Trust | Evelyn A Ives Ttee<br>220 First St #3<br>Seal Beach, CA  90740 | 330,509.00 | 150,000.00 |
| 10725-02433 | 1/12/2007 | Michaelian Holdings Llc | 413 Canyon Greens Dr<br>Las Vegas, NV  89144-0829 | 1,267,075.50 | 50,000.00 |
| 10725-01312 | 11/13/2006 | Michelsen, Gary A | John F Murtha Esq<br>Po Box 2311<br>Reno, NV  89505 | 543,373.00 | 94,950.00 |
| 10725-01783 | 12/13/2006 | Miller Properties A Nv Limited Partnership | Po Box 495<br>Zephyr Cove, NV  89448 | 345,000.00 | 250,000.00 |
| 10725-01784 | 12/13/2006 | Miller, Penny & Brian J | Po Box 495<br>Zephyr Cove, NV  89448 | 115,000.00 | 50,000.00 |
| 10725-01208 | 11/10/2006 | Monighetti, Pete | 6515 Frankie Ln<br>Prunedale, CA  93907 | 1,509,963.55 | 150,000.00 |

# EXHIBIT A

2400188.1

**Placer Vineyards I**
**Multiple Loans**

| Claim | Date Claim Was Filed | Name | Address | Total Claim Amount | Amount of Claim That Relates to an Investment In the Placer Vineyards I |
|---|---|---|---|---|---|
| 10725-00221 | 9/25/2006 | Mullin, Elaine | 3115 Merrill Dr #37<br>Torrance, CA 90503 | 220,000.00 | 50,000.00 |
| 10725-01018 | 10/26/2006 | Nakashima, Vicky | 1681 Fairburn Ave<br>Los Angeles, CA 90024 | 155,000.00 | 50,000.00 |
| 10725-01731 | 12/11/2006 | O`Neill, Charles & Lois C | 3515 Southampton Dr.<br>Reno, NV 89509 | 75,311.86 | 50,000.00 |
| 10725-02161 | 1/12/2007 | Ogren, William W & Betty R | 22102 Shannon Dell Dr<br>Audubon, PA 19403 | 202,926.38 | 50,000.00 |
| 10725-02121 | 1/11/2007 | Olga O`Buch Trust Dtd 5/28/98 | Olga O`Buch Ttee<br>140 Gazelle Rd<br>Reno, NV 89511 | 507,403.52 | 50,000.00 |
| 10725-01865 | 1/10/2007 | Oosthuizen, Adrian Jr | 5860 Lausanne Dr<br>Reno, NV 89511 | 2,711,295.30 | 125,000.00 |
| 10725-00317 | 10/4/2006 | Pedro L & Carol A Barroso Trust Dtd 11/29/90 | Pedro Luis & CArol Ann Barroso Ttee<br>3231 Cambridgeshire St<br>Las Vegas, NV 89146-6223 | 168,017.76 | 50,000.00 |
| 10725-00318 | 10/4/2006 | Pedro L & Carol A Barroso Trust Dtd 11/29/90 | Pedro Luis & CArol Ann Barroso Ttee<br>3231 Cambridgeshire St<br>Las Vegas, NV 89146-6223 | 168,017.76 | 50,000.00 |
| 10725-00319 | 10/4/2006 | Pedro L & Carol A Barroso Trust Dtd 11/29/90 | Pedro Luis & Carol Ann Barroso Ttee<br>3231 Cambridgeshire St<br>Las Vegas, NV 89146-6223 | 168,017.76 | 50,000.00 |
| 10725-00844 | 11/13/2006 | Premiere Holdings Inc Defined Benefit | 10120 W. Flamingo, Suite 4-12,<br>Las Vegas, NV 89147 | 380,000.00 | 50,000.00 |
| 10725-01277 | 11/10/2006 | Premiere Holdings Inc Defined Benefit Pen Plan & T | 10120 W. Flamingo, Suite 4-12,<br>Las Vegas, NV 89147 | 380,000.00 | 50,000.00 |
| 10725-02176 | 1/12/2007 | R L Allgeier Family Trust Dtd 10/4/97 | Robert Allgeier<br>1767 Shamrock Cir<br>Minden, NV 89423 | 430,473.09 | 50,000.00 |
| 10725-01878 | 1/8/2007 | Raggi, Dennis | Po Box 10475<br>Zephyr Cove, NV 89448 | 10,451.54 | Unknown |

# EXHIBIT A

2400188.1

## Placer Vineyards I
## Multiple Loans

| Claim | Date Claim Was Filed | Name | Address | Total Claim Amount | Amount of Claim That Relates to an Investment In the Placer Vineyards I |
|---|---|---|---|---|---|
| 10725-02226 | 1/12/2007 | Raggi, Dennis | Po Box 10475<br>Zephyr Cove, NV  89448 | 4,884,068.70 | 100,000.00 |
| 10725-02294 | 1/12/2007 | Roach, Blair E & Barbara K | 4113 Knights Bridge St<br>Norman, OK  73072 | 200,000.00 | 100,000.00 |
| 10725-00245 | 9/26/2006 | Robert H & Lynn R Perlman Trust Dated 9/17/92 | C/O Robert H & Lynn R Perlman Ttees<br>2877 Paradise Rd Unit 3501<br>Las Vegas, NV  89109-5278 | 1,187,000.00 | 50,000.00 |
| 10725-02088 | 1/11/2007 | Robert W Ulm Living Trust Dtd 4/11/05 | Robert W Ulm Ttee<br>414 Morning Glory Rd<br>St Marys, GA  31558 | 1,376,330.00 | 50,000.00 |
| 10725-02090 | 1/11/2007 | Robert William Ulm Ira | Pensco Trust Company Custodian<br>414 Morning Glory Rd<br>St Marys, GA  31558 | 1,415,506.00 | 50,000.00 |
| 10725-02281 | 1/12/2007 | Roisentul Family Trust | Saul & Ilene Roisentul Trustees<br>74075 Kokopelli CIR<br>Palm Desert, CA  92211-2075 | 840,536.32 | 75,000.00 |
| 10725-01931 | 1/11/2007 | Ronnine, Crosbie B | Po Box  4991<br>Incline Village, NV  89450 | 37,500.00 | 12,500.00 |
| 10725-02217 | 1/12/2007 | Sanchez Ira, Randy | 5713 N White Sands Rd<br>Reno, NV  89511 | 694,063.90 | 50,000.00 |
| 10725-02218 | 1/12/2007 | Sanchez Living Trust Dtd 10/13/03 | Randy M & Sharon Sanchez Ttees<br>5713 N White Sands Rd<br>Reno, NV  89511 | 554,132.98 | 50,000.00 |
| 10725-00467 | 10/6/2006 | Sanchez, Barbara M | Po Box 90528<br>Santa Barbara, CA  93190 | Unknown | 50,000.00 |
| 10725-02149 | 1/12/2007 | Schnitzer Living Trust Dtd 10/24/91 | Arthur F & Linn S Schnitzer Ttees<br>20155 Ne 38Th Ct, #1604<br>Aventura, FL  33180 | 3,549,806.80 | 300,000.00 |
| 10725-02175 | 1/12/2007 | Simmons Hwjtwros, Alan R & Judith B | Po Box 13296<br>South Lake Tahoe, CA  96151-3296 | 1,186,288.22 | 50,000.00 |
| 10725-01581 | 12/8/2006 | Teeter Ira Rollover, Louise | 5301 Beethoven Street, Suite 160<br>Los Angeles, CA  90066 | 197,814.00 | 12,500.00 |

# EXHIBIT A

2400188.1

Placer Vineyards I
Multiple Loans

| Claim | Date Claim Was Filed | Name | Address | Total Claim Amount | Amount of Claim That Relates to an Investment In the Placer Vineyards I |
|---|---|---|---|---|---|
| 10725-01582 | 12/8/2006 | Teeter, Norman | 5301 Beethoven Street, Suite 160<br>Los Angeles, CA 90066 | 136,246.00 | 25,000.00 |
| 10725-02275 | 1/12/2007 | Teeter, Norman | 5301 Beethoven Street, Suite 160<br>Los Angeles, CA 90066 | 599,327.28 | 100,000.00 |
| 10725-01969 | 1/10/2007 | Terry Markwell Profit Sharing Plan & Trust | Terry Markwell Ttee<br>12765 Silver Wolf Rd<br>Reno, NV 89511 | 807,706.42 | 50,000.00 |
| 10725-02291 | 1/12/2007 | Terry R Helms Living Trust Dtd 11/11/94 | Terry Helms<br>809 Upland Blvd<br>Las Vegas, NV 89107-3719 | 11,155,754.80 | 600,000.00 |
| 10725-00991 | 11/6/2006 | Tom, Sterling | 213 Royal Aberdeen Way<br>Las Vegas, NV 89144 | 150,000.00 | 25,000.00 |
| 10725-01043 | 11/6/2006 | Ulm Ira, Robert W | Pensco Trust Co Inc Fbo<br>414 Morning Glory Rd<br>St Marys, GA 31558 | Unknown | 50,000.00 |
| 10725-02089 | 1/11/2007 | Ulm, Robert W | 414 Morning Glory Rd<br>St Marys, GA 31558 | Contingent/<br>Unliquidated | Unknown |
| 10725-02403 | 1/17/2007 | Weible 1981 Trust Dtd 6/30/81 | Dean F & Ardis Weible Co Ttees<br>6314 Tara Ave<br>Las Vegas, NV 89146 | 555,676.78 | 50,000.00 |
| 10725-01663 | 12/9/2006 | Winter, Cynthia | Janet L Chub, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV 89501 | 866,666.67 | 100,000.00 |
| 10725-02040 | 1/11/2007 | Zappulla, Joseph G & Carol A | 3128 E. Blue Sage Court<br>Gilbert, AZ 85297 | 1,409,625.48 | 75,000.00 |
| 10725-02299 | 1/13/2007 | Zawacki A California Llc | Po Box 5156<br>Bear Valley, CA 95223-5156 | 3,000,000.00 | 100,000.00 |

# EXHIBIT A

2400188.1