**USACM Trust**
**Margarita Annex**
**Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Margarita Annex Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Margarita Annex Loan |
|---|---|---|---|---|---|
| 10725-02100 | 1/11/2007 | Bruggemans, Paul | 385 W Tahquitz Canyon Way<br>Palm Springs, CA  92262-5647 | 200,000.00 | 200,000.00 |
| 10725-01024 | 11/6/2006 | Clendening, John P & Doreen S | 1250 Davidson Way<br>Reno, NV  89509-3141 | 65,671.67 | 65,671.67 |
| 10725-01454 | 11/16/2006 | Dupin, William & Penny | 545 Cole Cir<br>Incline Village, NV  89451 | 50,000.00 | 50,000.00 |
| 10725-00547 | 10/10/2006 | Edward & Leah Kline Family Trust Dtd 7/9/91 | C/O Edward & Leah Kline Trustees<br>9932 Arbuckle Dr<br>Las Vegas, NV  89134-7530 | 105,060.00 | 105,060.00 |
| 10725-00238 | 9/26/2006 | Harold Epstein Revocable Living Trust Dtd 2/14/91 | C/O Harold Epstein Trustee<br>40 W 3rd Ave Apt 703<br>San Mateo, CA  94402-7117 | 50,000.00 | 50,000.00 |
| 10725-01825 | 12/28/2006 | Kenneth H & Phyllis P Wyatt Family Trust | Kenneth & Phyllis Wyatt Ttees<br>Po Box 370400<br>Las Vegas, NV  89137-0400 | 135,208.35 | 135,208.35 |
| 10725-01033 | 11/6/2006 | Michael & Jo Ann Maloney Revoc Trust Dated 12/1/04 | Michael J & Jo Ann L Maloney Ttees<br>2198 Peyten Park St<br>Henderson, NV  89052-7053 | 50,000.00 | 50,000.00 |
| 10725-01618 | 12/8/2006 | Shaw, James W IRA | 14225 Prairie Flower Ct<br>Reno, NV  89511-6710 | 50,000.00 | 50,000.00 |
| 10725-01462 | 11/16/2006 | Strunk, Allen D | *Undeliverable Address*<br>2762 Darby Falls Dr<br>Las Vegas, NV  89134 | 50,000.00 | 50,000.00 |

# EXHIBIT A

2398261.1