USACM Trust
Margarita Annex
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Margarita Annex Loan |
|---|---|---|---|---|---|
| 10725-00138 | 8/15/2006 | Raichbart, Michael | Joshua D Brysk  Law Offices Of James G Schwartz<br>7901 Stoneridge Dr<br>Suite 401<br>Pleasanton, CA  94583 | 150,000.00 | 50,000.00 |
| 10725-02294 | 1/12/2007 | Roach, Blair E & Barbara K | 4113 Knights Bridge St<br>Norman, OK 73072 | 200,000.00 | 100,000.00 |
| 10725-02000 | 1/10/2007 | Robert L Ogren Trust Dtd 6/30/92 | Robert L Orgren Ttee<br>3768 Rick Stratton Dr<br>Las Vegas, NV  89120 | 1,827,483.14 | 100,000.00 |
| 10725-01931 | 1/11/2007 | Ronning, Crosbie B | Po Box  4991<br>Incline Village, NV  89450 | 37,500.00 | 12,500.00 |
| 10725-01419 | 12/4/2006 | S&P Davis Limited Partnership | 737 Bannerman Lane<br>Fort Mill, SC  29715 | 419,981.00 | 12,500.00 |
| 10725-02015 | 1/12/2007 | Wagnon, Mike | C/O Laurel E Davis  Lionel Sawyer & Collins<br>300 South Fourth Street, Suite 1<br>Las Vegas, NV  89101 | Unknown | Unknown |

# EXHIBIT A

2398262.1