# USACM Trust
# Margarita Annex
# Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Margarita Annex Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Margarita Annex Loan |
|---|---|---|---|---|---|
| 10725-02100 | 1/11/2007 | Bruggemans, Paul | 385 W Tahquitz Canyon Way<br>Palm Springs, CA 92262-5647 | 200,000.00 | 200,000.00 |
| 10725-01024 | 11/6/2006 | Clendening, John P & Doreen S | 1250 Davidson Way<br>Reno, NV 89509-3141 | 65,671.67 | 65,671.67 |
| 10725-01454 | 11/16/2006 | Dupin, William & Penny | 545 Cole Cir<br>Incline Village, NV 89451 | 50,000.00 | 50,000.00 |
| 10725-00547 | 10/10/2006 | Edward & Leah Kline Family Trust Dtd 7/9/91 | C/O Edward & Leah Kline Trustees<br>9932 Arbuckle Dr<br>Las Vegas, NV 89134-7530 | 105,060.00 | 105,060.00 |
| 10725-00238 | 9/26/2006 | Harold Epstein Revocable Living Trust Dtd 2/14/91 | C/O Harold Epstein Trustee<br>40 W 3rd Ave Apt 703<br>San Mateo, CA 94402-7117 | 50,000.00 | 50,000.00 |
| 10725-01825 | 12/28/2006 | Kenneth H & Phyllis P Wyatt Family Trust | Kenneth & Phyllis Wyatt Ttees<br>Po Box 370400<br>Las Vegas, NV 89137-0400 | 135,208.35 | 135,208.35 |
| 10725-01033 | 11/6/2006 | Michael & Jo Ann Maloney Revoc Trust Dated 12/1/04 | Michael J & Jo Ann L Maloney Ttees<br>2198 Peyten Park St<br>Henderson, NV 89052-7053 | 50,000.00 | 50,000.00 |
| 10725-01618 | 12/8/2006 | Shaw, James W IRA | 14225 Prairie Flower Ct<br>Reno, NV 89511-6710 | 50,000.00 | 50,000.00 |
| 10725-01462 | 11/16/2006 | Strunk, Allen D | *Undeliverable Address*<br>2762 Darby Falls Dr<br>Las Vegas, NV 89134 | 50,000.00 | 50,000.00 |

# EXHIBIT A

2398261.1

# USACM Trust
# Margarita Annex
# Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Margarita Annex Loan |
|---|---|---|---|---|---|
| 10725-01471 | 11/27/2006 | Alan G & Patty J Dondero 1992 Revocable Trust | Alan & Patty Dondero Ttees<br>1930 Village Center Circle, 3-273<br>Las Vegas, NV  89134 | 130,800.00 | 50,000.00 |
| 10725-02451 | 5/31/2007 | Alice Humphry & Valarie Jaeger | 2000 Laguna St<br>Pahrump, NV  89048-5761 | 84,726.00 | 60,000.00 |
| 10725-01654 | 12/11/2006 | Arnold, Ed IRA Through First Northern Bank | *Undeliverable Address*<br>C/O Robert C Lepome<br>10120 S Eastern #200<br>Henderson, NV  89052 | 25,000.00 | 12,500.00 |
| 10725-01401 | 11/13/2006 | Cardwell Family Trust | C/O Michael J Dawson Esq<br>515 South Third St<br>Las Vegas, NV  89101 | 3,226,795.82 | 100,000.00 |
| 10725-01951 | 1/11/2007 | CK Khury & Irene K Bass Family Trust Dtd 5/10/05 | 1930 Village Center Circle<br>#3-387<br>Las Vegas, NV 89134 | 400,000.00 | 250,000.00 |
| 10725-02173 | 1/12/2007 | Cook Jt Ten, Aldon G & Deedra | 259 Hammock Terrace<br>Venice, FL  34293-1012 | 285,580.12 | 50,000.00 |
| 10725-00092 | 8/9/2006 | Corison, James | 1427 Kearney Street<br>St. Helena, CA  94574 | 1,023,000.00 | 100,000.00 |
| 10725-02330 | 1/13/2007 | Davis, Todd | 360 W 55Th St  Apt 1G<br>New York, NY  10019 | 1,150,000.00 | 200,000.00 |
| 10725-02063 | 1/11/2007 | Dery, James D & Ann R Husband & Wife | 10 Longmeadow Ln<br>Beachwood, OH  44122 | 2,793,347.72 | 50,000.00 |
| 10725-01716-2 | 1/10/2007 | Donna M Cangelosi Family Trust | C/O Donna M Cangelosi Trustee<br>5860 Lausanne Dr<br>Reno, NV  89511-5034 | 1,537,121.72 | 100,000.00 |

# EXHIBIT A

2398262.1

# USACM Trust
# Margarita Annex
# Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Margarita Annex Loan |
|---|---|---|---|---|---|
| 10725-02154 | 1/12/2007 | Ellen V Dustman & Oliver Henry | 440 Calhoun St. Port Townsend, WA 98368 | 303,169.26 | 50,000.00 |
| 10725-01971 | 1/10/2007 | Goode, James Paul | 92-150 Makakilo Drive Kapolei, HI 96707 | 1,417,522.98 | 50,000.00 |
| 10725-02162 | 1/12/2007 | Goodwin, Michael John | 555 Yellow Pine Rd Reno, NV 89511-3714 | 1,011,076.40 | 50,000.00 |
| 10725-01541 | 12/7/2006 | Graham Family Trust Dtd 10/26/78 | Robin B & Celia Allen Graham Ttees 1460 Twinridge Rd Santa Barbara, CA 93111-1223 | 503,808.00 | 75,000.00 |
| 10725-00588 | 10/13/2006 | Humphry 1999 Trust | C/O Jack & Alice Humphry Ttees 2000 Laguna St Pahrump, NV 89048-5761 | 186,631.00 | 75,000.00 |
| 10725-02452 | 5/31/2007 | Humphry 1999 Trust | C/O Jack & Alice Humphry Trustees 2000 Laguna St Pahrump, NV 89048-5761 | 186,631.00 | 75,000.00 |
| 10725-02174 | 1/12/2007 | Lawrence H & Lorraine K Tengan Revocable Trust | Lawrence H & Lorraine K Tengan 504 Edgefield Ridge Pl Henderson, NV 89012-4543 | 506,524.90 | 58,760.32 |
| 10725-00853 | 11/13/2006 | Mallin Family Trust Dated 7/12/99 | C/O Joe Laxague, Esq. 3272 E Warm Springs Road Las Vegas, NV 89120 | 233,333.33 | 100,000.00 |
| 10725-02433 | 1/12/2007 | Michaelian Holdings LLC | 413 Canyon Greens Dr Las Vegas, NV 89144-0829 | 1,267,075.50 | 75,000.00 |
| 10725-02161 | 1/12/2007 | Ogren, William W & Betty R | 22102 Shannon Dell Dr Audubon, PA 19403 | 202,926.38 | 50,000.00 |

# EXHIBIT A

2398262.1

# USACM Trust
# Margarita Annex
# Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Margarita Annex Loan |
|---|---|---|---|---|---|
| 10725-00138 | 8/15/2006 | Raichbart, Michael | Joshua D Brysk  Law Offices Of James G Schwartz<br>7901 Stoneridge Dr<br>Suite 401<br>Pleasanton, CA  94583 | 150,000.00 | 50,000.00 |
| 10725-02294 | 1/12/2007 | Roach, Blair E & Barbara K | 4113 Knights Bridge St<br>Norman, OK 73072 | 200,000.00 | 100,000.00 |
| 10725-02000 | 1/10/2007 | Robert L Ogren Trust Dtd 6/30/92 | Robert L Orgren Ttee<br>3768 Rick Stratton Dr<br>Las Vegas, NV  89120 | 1,827,483.14 | 100,000.00 |
| 10725-01931 | 1/11/2007 | Ronning, Crosbie B | Po Box  4991<br>Incline Village, NV  89450 | 37,500.00 | 12,500.00 |
| 10725-01419 | 12/4/2006 | S&P Davis Limited Partnership | 737 Bannerman Lane<br>Fort Mill, SC  29715 | 419,981.00 | 12,500.00 |
| 10725-02015 | 1/12/2007 | Wagnon, Mike | C/O Laurel E Davis  Lionel Sawyer & Collins<br>300 South Fourth Street, Suite 1<br>Las Vegas, NV  89101 | Unknown | Unknown |

# EXHIBIT A

2398262.1