**USACM Trust**
**Fiesta Murrieta**
**Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Fiesta Development - Murrieta Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Fiesta Development - Murrieta Loan |
|---|---|---|---|---|---|
| 10725-01585 | 12/8/2006 | Beaulieu, Jack J Revocable Living Trust Dtd 9/1/9 | Jack J Beaulieu Trustee 2502 Palma Vista Ave Las Vegas, NV 89121 | 37,500.00 | 37,500.00 |
| 10725-00425 | 10/4/2006 | Copple, Lois | 3660 Grand Ave Des Moines, IA 50312 | 50,000.00 | 50,000.00 |
| 10725-00907 | 10/31/2006 | Joyce E Smith Trust Dated 11/3/99 | C/O Joyce E Smith Trustee 3080 Red Springs Dr Las Vegas, NV 89135-1548 | 101,981.98 | 101,981.98 |
| 10725-00753 | 11/9/2006 | Layne Family Trust | Bruce & Sherry Layne C/O Lawrence D Rouse Esq 523 S 8Th St Las Vegas, NV 89101 | 240,000.00 | 240,000.00 |
| 10725-01592 | 12/8/2006 | Mayo, Monroe | 8635 W Sahara Ave #532 Las Vegas, NV 89117 | 5,000.00 | 5,000.00 |
| 10725-00435 | 10/4/2006 | Reiner Roth, Robert J IRA | 4643 Cordoba Way Oceanside, CA 92056-5105 | 29,961.29 | 29,961.29 |
| 10725-01413-2 | 1/11/2007 | Wildwater Limited Partnership, The | C/O Eric Ronning P.O. Box 7804 Incline Village, NV 89452 | 88,605.00 | 88,605.00 |

**EXHIBIT A**

2404512.1