**USACM Trust**
**Fiesta Murrieta**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Fiesta Development - Murrieta Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Fiesta Development - Murrieta Loan |
|---|---|---|---|---|---|
| 10725-01623 | 12/8/2006 | Addes, Kenneth IRA | 100 W Broadway Apt 7V Long Beach, NY 11561 | 380,878.66 | 100,000.00 |
| 10725-00650 | 10/19/2006 | Alamo Family Trust Dtd 12/30/86 | C/O Antonio C Alamo Trustee 85 Ventana Canyon Dr Las Vegas, NV 89113 | 1,500,000.00 | 400,000.00 |
| 10725-01408 | 12/4/2006 | Alexander Ind & As Trustees, Stanley & Florence | P.O. Box 95144 Longwood, FL 32779 | 400,000.00 | 25,000.00 |
| 10725-02311 | 1/13/2007 | Benefit Of Kantor Nephrology Cons Ltd 401K PSP | Gary L Kantor Tte C/O Michael M Schmahl, Mcguire Woods LLP 77 W Wacker Dr, Suite 4100 Chicago, IL 60601 | Unknown | Unknown |
| 10725-02334 | 1/13/2007 | Davis Family Trust | C/O Joseph Davis & Marion Sharp Co-Trustees 3100 Ashby Ave Las Vegas, NV 89102-1908 | 1,500,000.00 | 50,000.00 |
| 10725-02333 | 1/13/2007 | Davis Investments | 20 Leroy Terrace New Haven, CT 06512 | 2,000,000.00 | 100,000.00 |
| 10725-02011 | 1/12/2007 | G&L Trust Dated 11/25/91 | C/O Laurel E Davis Lionel Sawyer & Collins 300 South Fourth St., Suite 1700 Las Vegas, NV 89101 | Unknown | Unknown |
| 10725-02359 | 1/16/2007 | Janice A Lucas IRA | 1310 Secret Lake Loop Lincoln, CA 95648-8412 | 152,121.34 | 50,000.00 |
| 10725-02124 | 1/11/2007 | Joy Investment Inc A Nevada Corporation | 5280 S Eastern Ave., Suite D-3 Las Vegas, NV 89119 and 8080 Harborview Road Blaine, WA 98230 | 1,818,940.00 | 200,000.00 |
| 10725-00893 | 10/31/2006 | Joyce E Smith Trust Dated 11/3/99 | C/O Joyce E Smith Trustee 3080 Red Springs Dr Las Vegas, NV 89135-1548 | 853,678.82 | 101,981.98 |

**EXHIBIT A**

2404521.1

**USACM Trust**
**Fiesta Murrieta**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Fiesta Development - Murrieta Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Fiesta Development - Murrieta Loan |
|---|---|---|---|---|---|
| 10725-02325 | 1/13/2007 | Kantor, Dr Gary L | C/O Michael M Schmahl Schmahl, Mcguirewoods LLP 77 W Wacker Dr. Ste 4100 Chicago, IL 60601 | Unliquidated | Unliquidated |

EXHIBIT A

2404521.1