**USACM Trust**
**Fiesta Murrieta**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Fiesta Development - Murrieta Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Fiesta Development - Murrieta Loan |
|---|---|---|---|---|---|
| 10725-02312 | 1/13/2007 | Kantor, Lynn M Fka Lynn Maguire | C/O Micahel M Schmahl Mcguirewoods LLP 77 W Wacker Dr. Ste 4100 Chicago, IL 60601 | Unliquidated | Unliquidated |
| 10725-01208 | 11/10/2006 | Monighetti, Pete | 6515 Frankie Ln Prunedale, CA 93907 | 1,509,963.55 | 100,000.00 |
| 10725-01865 | 1/10/2007 | Oosthuizen, Adrian Jr | 5860 Lausanne Dr Reno, NV 89511 | 2,711,295.30 | 100,000.00 |
| 10725-00807 | 10/30/2006 | Perrone, Catherine | 923 Croton Rd Celebration, FL 34747-4843 | 180,000.00 | 100,000.00 |
| 10725-02496 | 6/4/2007 | Richard N Krupp | 101 State Pl Ste I Escondido, CA 92029-1365 | 250,167.22 | 250,000.00 |
| 10725-00245 | 9/26/2006 | Robert H & Lynn R Perlman Trust Dated 9/17/92 | C/O Robert H & Lynn R Perlman Ttees 2877 Paradise Rd Unit 3501 Las Vegas, NV 89109-5278 | 1,187,000.00 | 50,000.00 |
| 10725-01931 | 1/11/2007 | Ronning, Crosbie B | Po Box 7804 Incline Village, NV 89452-7804 | 37,500.00 | 12,500.00 |
| 10725-01410 | 12/4/2006 | Ronning, Grable B | Po Box 7804 Incline Village, NV 89452-7804 | 112,159.00 | 37,500.00 |
| 10725-02303 | 1/13/2007 | Sharp Jt Ten, Chris & Terri | 29276 Whitegate Ln Highland, CA 92346 | 200,000.00 | 60,000.00 |
| 10725-02123 | 1/11/2007 | Universal Management Inc A Nevada Corp | 8080 Harborview Rd Blaine, WA 98230 | 1,438,118.00 | 200,000.00 |
| 10728-00076 | 10/19/2006 | Younge, Richard L IRA | 6131 SW Luradel St Portland, OR 97219-5737 | 150,000.00 | 100,000.00 |

EXHIBIT A

2404521.1