## USACM Trust
## Fiesta Murrieta
## Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Fiesta Development - Murrieta Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Fiesta Development - Murrieta Loan |
|---|---|---|---|---|---|
| 10725-01585 | 12/8/2006 | Beaulieu, Jack J Revocable Living Trust Dtd 9/1/9 | Jack J Beaulieu Trustee<br>2502 Palma Vista Ave<br>Las Vegas, NV 89121 | 37,500.00 | 37,500.00 |
| 10725-00425 | 10/4/2006 | Copple, Lois | 3660 Grand Ave<br>Des Moines, IA 50312 | 50,000.00 | 50,000.00 |
| 10725-00907 | 10/31/2006 | Joyce E Smith Trust Dated 11/3/99 | C/O Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV 89135-1548 | 101,981.98 | 101,981.98 |
| 10725-00753 | 11/9/2006 | Layne Family Trust | Bruce & Sherry Layne<br>C/O Lawrence D Rouse Esq<br>523 S 8Th St<br>Las Vegas, NV 89101 | 240,000.00 | 240,000.00 |
| 10725-01592 | 12/8/2006 | Mayo, Monroe | 8635 W Sahara Ave #532<br>Las Vegas, NV 89117 | 5,000.00 | 5,000.00 |
| 10725-00435 | 10/4/2006 | Reiner Roth, Robert J IRA | 4643 Cordoba Way<br>Oceanside, CA 92056-5105 | 29,961.29 | 29,961.29 |
| 10725-01413-2 | 1/11/2007 | Wildwater Limited Partnership, The | C/O Eric Ronning<br>P.O. Box 7804<br>Incline Village, NV 89452 | 88,605.00 | 88,605.00 |

# EXHIBIT A

2404512.1

## USACM Trust
## Fiesta Murrieta
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Fiesta Development - Murrieta Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Fiesta Development - Murrieta Loan |
|---|---|---|---|---|---|
| 10725-01623 | 12/8/2006 | Addes, Kenneth IRA | 100 W Broadway Apt 7V<br>Long Beach, NY 11561 | 380,878.66 | 100,000.00 |
| 10725-00650 | 10/19/2006 | Alamo Family Trust Dtd 12/30/86 | C/O Antonio C Alamo Trustee<br>85 Ventana Canyon Dr<br>Las Vegas, NV 89113 | 1,500,000.00 | 400,000.00 |
| 10725-01408 | 12/4/2006 | Alexander Ind & As Trustees, Stanley & Florence | P.O. Box 95144<br>Longwood, FL 32779 | 400,000.00 | 25,000.00 |
| 10725-02311 | 1/13/2007 | Benefit Of Kantor Nephrology Cons Ltd 401K PSP | Gary L Kantor Tte C/O Michael M Schmahl, Mcguire Woods LLP<br>77 W Wacker Dr, Suite 4100<br>Chicago, IL 60601 | Unknown | Unknown |
| 10725-02334 | 1/13/2007 | Davis Family Trust | C/O Joseph Davis & Marion Sharp Co-Trustees<br>3100 Ashby Ave<br>Las Vegas, NV 89102-1908 | 1,500,000.00 | 50,000.00 |
| 10725-02333 | 1/13/2007 | Davis Investments | 20 Leroy Terrace<br>New Haven, CT 06512 | 2,000,000.00 | 100,000.00 |
| 10725-02011 | 1/12/2007 | G&L Trust Dated 11/25/91 | C/O Laurel E Davis Lionel Sawyer & Collins<br>300 South Fourth St., Suite 1700<br>Las Vegas, NV 89101 | Unknown | Unknown |
| 10725-02359 | 1/16/2007 | Janice A Lucas IRA | 1310 Secret Lake Loop<br>Lincoln, CA 95648-8412 | 152,121.34 | 50,000.00 |
| 10725-02124 | 1/11/2007 | Joy Investment Inc A Nevada Corporation | 5280 S Eastern Ave., Suite D-3<br>Las Vegas, NV 89119<br>and<br>8080 Harborview Road<br>Blaine, WA 98230 | 1,818,940.00 | 200,000.00 |
| 10725-00893 | 10/31/2006 | Joyce E Smith Trust Dated 11/3/99 | C/O Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV 89135-1548 | 853,678.82 | 101,981.98 |

# EXHIBIT A

2404521.1

## USACM Trust
## Fiesta Murrieta
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Fiesta Development - Murrieta Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Fiesta Development - Murrieta Loan |
|---|---|---|---|---|---|
| 10725-02325 | 1/13/2007 | Kantor, Dr Gary L | C/O Michael M Schmahl Schmahl, Mcguirewoods LLP 77 W Wacker Dr. Ste 4100 Chicago, IL 60601 | Unliquidated | Unliquidated |

# EXHIBIT A

2404521.1

# USACM Trust
# Fiesta Murrieta
# Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Fiesta Development - Murrieta Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Fiesta Development - Murrieta Loan |
|---|---|---|---|---|---|
| 10725-02312 | 1/13/2007 | Kantor, Lynn M Fka Lynn Maguire | C/O Micahel M Schmahl Mcguirewoods LLP 77 W Wacker Dr. Ste 4100 Chicago, IL 60601 | Unliquidated | Unliquidated |
| 10725-01208 | 11/10/2006 | Monighetti, Pete | 6515 Frankie Ln Prunedale, CA 93907 | 1,509,963.55 | 100,000.00 |
| 10725-01865 | 1/10/2007 | Oosthuizen, Adrian Jr | 5860 Lausanne Dr Reno, NV 89511 | 2,711,295.30 | 100,000.00 |
| 10725-00807 | 10/30/2006 | Perrone, Catherine | 923 Croton Rd Celebration, FL 34747-4843 | 180,000.00 | 100,000.00 |
| 10725-02496 | 6/4/2007 | Richard N Krupp | 101 State Pl Ste I Escondido, CA 92029-1365 | 250,167.22 | 250,000.00 |
| 10725-00245 | 9/26/2006 | Robert H & Lynn R Perlman Trust Dated 9/17/92 | C/O Robert H & Lynn R Perlman Ttees 2877 Paradise Rd Unit 3501 Las Vegas, NV 89109-5278 | 1,187,000.00 | 50,000.00 |
| 10725-01931 | 1/11/2007 | Ronning, Crosbie B | Po Box 7804 Incline Village, NV 89452-7804 | 37,500.00 | 12,500.00 |
| 10725-01410 | 12/4/2006 | Ronning, Grable B | Po Box 7804 Incline Village, NV 89452-7804 | 112,159.00 | 37,500.00 |
| 10725-02303 | 1/13/2007 | Sharp Jt Ten, Chris & Terri | 29276 Whitegate Ln Highland, CA 92346 | 200,000.00 | 60,000.00 |
| 10725-02123 | 1/11/2007 | Universal Management Inc A Nevada Corp | 8080 Harborview Rd Blaine, WA 98230 | 1,438,118.00 | 200,000.00 |
| 10728-00076 | 10/19/2006 | Younge, Richard L IRA | 6131 SW Luradel St Portland, OR 97219-5737 | 150,000.00 | 100,000.00 |

# EXHIBIT A

2404521.1