**Entered on Docket
June 17, 2011**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
             jhinderaker@lrlaw.com
             mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | CHAPTER 11 |
| Debtor. | **Order Sustaining Third Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment In The Anchor B Loan** |
| | Hearing Date:  June 14, 2011
Hearing Time:  10:30 a.m. |

The Court having considered the "Third Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment in The Anchor B Loan ("Anchor B Loan") [DE 8324] (the "Objection"); the Court having heard the Objection on June 14, 2011; appropriate notice of the Objection having been given;  no response to the Objection having been filed; the Court noting on the record that the disallowance of the

1  Claims listed on Exhibit A does not affect the direct lenders' right to repayment by the
2  borrower or from the collateral securing the Anchor B Loan; and good cause appearing:
3  **IT IS ORDERED** that:
4      1.    The Objection [DE 8324] is sustained; and
5      2.    The claims listed on **Exhibit** A attached are disallowed in whole or in part to
6  the extent those claims are based upon an investment in the Anchor B Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**


By  /s/ John Hinderaker
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2403662.1

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____    This Court has waived the requirement set forth in LR 9021(b)(1).

<u>XXX</u>    No party appeared at the hearing or filed an objection to the motion.

_____    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

_____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐ approved the form of this order | ☐ disapprove d the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapprove d the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ <u>John Hinderaker.</u>
Attorneys for USACM Liquidating Trust

# # #

Anchor B, LLC
Multiple Loan Claims

| Claim | Date Claim Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Anchor B, LLC Loan |
|---|---|---|---|---|---|
| 10725-01684 | 12/11/2006 | Mcknight, James E | 233 Branch Ave<br>Freeport, NY 11520 | Unknown | Unknown |
| 10725-01208 | 11/10/2006 | Monighetti, Pete | 6515 Frankie LN<br>Prunedale, CA 93907 | 1,509,963.55 | 50,000.00 |
| 10725-02044 | 1/11/2007 | Naylon, Dominique | Po Box 2<br>Topaz, CA 96133 | 1,168,297.62 | 50,000.00 |
| 10725-01865 | 1/10/2007 | Oosthuizen, Adrian Jr | 5860 Lausanne Dr<br>Reno, NV 89511 | 2,711,295.30 | 150,000.00 |
| 10725-01846 | 1/4/2007 | Oppio, Catherine | Po Box 15<br>430 Gonowabie<br>Crystal Bay, NV 89402 | 252,021.41 | 165,450.00 |
| 10725-02283 | 1/12/2007 | Reno Aeronautical Corp Defined Benefit Plan | Janet L Chub, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV 89501 | 456,722.24 | 50,733.34 |
| 10725-01660 | 12/9/2006 | Robert J. And Ruth Ann Kehl | Janet L Chub, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV 89501 | 12,841,680.13 | 250,000.00 |
| 10725-00302 | 9/29/2006 | Ruby M Hill Family Trust Dtd 12/12/92 | C/O Ruby M Hill Trustee<br>7855 N Pershing Ave<br>Stockton, CA 95207-1749 | 4,005.00 | Unknown |
| 10725-00576 | 10/13/2006 | Tischler, Hillari | 3055 East Waterman Way<br>Gilbert, AZ 85297-7622 | 166,246.21 | 59,633.00 |

EXHIBIT A

23573348.1