**Entered on Docket
June 17, 2011**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
            jhinderaker@lrlaw.com
            mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>                              Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**Order Sustaining First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Anchor B Loan (Except as to Arthur I. Kriss)**<br><br>Hearing Date:  June 14, 2011<br>Hearing Time:  10:30 a.m. |

   The Court having considered the "First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment in The Anchor B Loan ("Anchor B Loan") [DE 8322] (the "Objection"); the Court having heard the Objection on June 14, 2011; appropriate notice of the Objection having been given;  a response to the objection

was filed by Arthur I. Kriss [DE 8397]; however, no other responses to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed on Exhibit A does not affect the direct lenders' right to repayment by the borrower or from the collateral securing the Anchor B Loan; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8322] is sustained; and

2. The claims listed on **Exhibit** A attached (except for the claim of Arthur I. Kriss) are disallowed in their entirely since and to the extent that those claims are based upon an investment in the Anchor B Loan.

3. The objection to the claim of Arthur I. Kriss is continued to July 26, 2011 at 1:30 p.m.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By  /s/ John Hinderaker
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____   This Court has waived the requirement set forth in LR 9021(b)(1).

__XXX__   No party appeared at the hearing or filed an objection to the motion.

_____   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

_____   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By: /s/ John Hinderaker.
Attorneys for USACM Liquidating Trust

# # #

Anchor B, LLC
Single Loan Claims

| Claim | Date Claim Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Anchor B, LLC Loan |
|---|---|---|---|---|---|
| 10725-01240 | 11/10/2006 | Fraser, William B & Garrett, Judy A | 1250 E Ave J #2 Lancaster, CA 93535 | 50,000.00 | 50,000.00 |
| 10725-00222 | 9/25/2006 | Gray Ira, Thomas C | 31672 Scenic Dr Laguna Beach, CA 92651-8205 | 50,000.00 | 50,000.00 |
| 10725-01875 | 1/8/2007 | Kriss, Arthur I | 2398 West 1050 North Hurricane, UT 84737 | 120,000.00 | 120,000.00 |
| 10725-01634 | 12/8/2006 | Marcia J Knox Living Trust Dtd 8/16/04 | C/O Marcia J Knox Trustee 1885 Vintners Pl Reno, NV 89519-8334 | 55,266.83 | 55,266.83 |
| 10725-01779 | 12/13/2006 | Rehberger Family Trust Dtd 6/17/92 | C/O Annemarie Rehberger Trustee Po Box 3651 Incline Village, NV 89450-3651 | 50,000.00 | 50,000.00 |
| 10725-00539 | 10/10/2006 | Sugar 1990 Living Revocable Trust Dtd 10/4/90 | William & Marilyn R Sugar Ttees 2790 19Th Ave Apt 4 San Francisco, CA 94132-1673 | 50,000.00 | 50,000.00 |

EXHIBIT A

23573471.1