**Entered on Docket
June 17, 2011**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | CHAPTER 11 |
| Debtor. | **Order Sustaining Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Marlton Square Loan** |
| | Hearing Date:  June 14, 2011
Hearing Time:  10:30 a.m. |

The Court having considered the "Second Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment in The Marlton Square Loan ("Marlton Square Loan") [DE 8342] (the "Objection"); the Court having heard the Objection on June 14, 2011; appropriate notice of the Objection having been given;  no response to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed on Exhibit A does not affect the direct lenders' right to repayment by the

borrower or from the collateral securing the Marlton Square Loan; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8342] is sustained; and

2. The claims listed on **Exhibit** A attached are disallowed in their entirely since those claims are based entirely upon an investment in the Marlton Square Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By   /s/ John Hinderaker
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____ This Court has waived the requirement set forth in LR 9021(b)(1).

<u>XXX</u> No party appeared at the hearing or filed an objection to the motion.

_____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐ approved the form of this order | ☐ disapprove d the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapprove d the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:  <u>/s/ John Hinderaker.</u>
Attorneys for USACM Liquidating Trust

# # #

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

2403675.1

**USACM Trust**
**Marlton Square**
**Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Marlton Square Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marlton Square Loan |
|---|---|---|---|---|---|
| 10725-00193 | 9/8/2006 | First Savings Bank | Trust Department<br>2605 E Flamingo Rd<br>Las Vegas, NV 89119 | 101,493.06 | 101,493.06 |
| 10725-00739 | 10/26/2006 | Fontana, Steffi | 16400 Saybrook Ln Spc 111<br>Huntington Beach, CA 92649-2268 | 54,437.00 | 54,437.00 |
| 10725-00014-2 | 12/6/2006 | Frieda Moon & Sharon C Van Ert JTWRS | 2504 Callita Ct<br>Las Vegas, NV 89102 | 51,076.38 | 51,076.38 |
| 10725-01965 | 1/10/2007 | Harouff Jt Ten, Dwight W & Mary Ann | 5680 Ruffian Rd<br>Las Vegas, NV 89149 | 253,732.40 | 126,866.20 |
| 10725-00214 | 9/29/2006 | Harvey, Roderick J Sr & Pauline W | Trustees Of Harvey Family Trust, Dtd 4/13/97<br>Donna M Osborn Esq Marquis & Aurbach<br>10001 Park Ru<br>Las Vegas, NV 89145 | 50,000.00 | 50,000.00 |
| 10725-00082 | 7/17/2006 | Hoglund, John & Patricia | 7574 E Green Lake Dr N   Seattle, WA 98103 | 51,597.18 | 51,597.18 |
| 10725-00278 | 9/27/2006 | Isenberg, Edwin | 952 Las Lomas Ave<br>Pacific Palisades, CA 90272-2430 | 50,000.00 | 50,000.00 |

2361253.1

# EXHIBIT A

**USACM Trust**
**Marlton Square**
**Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Marlton Square Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marlton Square Loan |
|---|---|---|---|---|---|
| 10725-00906 | 10/31/2006 | Joyce E Smith Trust Dated 11/3/99 | C/O Joyce E Smith Trustee 3080 Red Springs Dr Las Vegas, NV 89135-1548 | 134,114.58 | 134,114.58 |
| 10725-00815 | 10/30/2006 | JWB Investments Inc Pension Plan | 2333 Dolphin Ct Henderson, NV 89052-5320 | 108,506.96 | 108,506.96 |
| 10725-00591 | 10/16/2006 | Kopf, Klaus & Colette | 8096 Merlewood Ave Las Vegas, NV 89117-7647 | 53,767.00 | 53,767.00 |

2361253.1

EXHIBIT A