1 Name Woods Family Trust
  Robert D. Woods; TRUSTEE
2 Address: 2787 Milano Dr; Sparks, NV 89434
  Phone #: 775-359-7007
3 e-mail address: rswoods80@gmail.com

RECEIVED AND FILED
2011 JUN 17 AM 9:15
MARY A. SCHOTT, CLERK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

In re:                                  )  Bankruptcy No.: BK-S-06-10725-LBR
                                        )
                                        )  Chapter: 11
                                        )
              Debtor.                   )  Trustee:
USA Commercial Mortgage Company         )
USA Capital Realty Advisors LLC         )  **CHANGE OF ADDRESS OF:**
USA Capital Diversified Trust Deed Fund LLC )  ( ) DEBTOR
USA Capital First Trust Deed Fund LLC   )  (X) CREDITOR
USA Securities LLC                      )  ( ) OTHER

I request that notice be sent to the following address: (please print)

Name: Woods Family Trust

Address: 2787 Milano Dr

City: Sparks, State: NV, Zip Code: 89434

Please check one of the following:

☐ The change of address is applicable only in the above captioned case.

☒ The change of address is also applicable in the following related cases: (*please list the case numbers*) BK-S-06-10726-LBR, BK-S-06-10727-LBR, BK-S-06-10729, BK-S-09-32824 RCJ, BK-S-06-10728-LBR, BK-N-0713162 LBR

DATE: Jun 9, 2011                      SIGNATURE: Robert D Woods

**NOTE**: Please submit an original and one copy for the record.