# USACM Trust
# Harbor Georgetown Loan
# Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Harbor Georgetown, LLC Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Harbor Georgetown, LLC Loan |
|---|---|---|---|---|---|
| 10725-01442 | 11/14/2006 | Arnold Family Trust Dtd 12/27/95 | C/O Hans & Hendrika P Arnold Ttees<br>7844 Tiburon Ct<br>Sparks, NV 89436-7494 | 50,000.00 | 50,000.00 |
| 10725-01974 | 1/10/2007 | Audrey M Whightsil Revocable Living Trust | Andrey M Whightsil Trustee<br>12450 E 38th Place<br>Yuma, AZ 85367 | 131,502.38 | 65,751.19 |
| 10725-00707 | 10/24/2006 | Benjamin & Aleath Nicosia Family Trust Dtd 5/10/02 | C/O Benjamin & Aleath Nicosia Ttees<br>15775 W Verde Ln<br>Goodyear, AZ 85338-8124 | 100,000.00 | 100,000.00 |
| 10725-00951 | 11/2/2006 | D`Elia, Humberto | 72 Paradise Pkwy<br>Henderson, NV 89074-6200 | 50,000.00 | 50,000.00 |
| 10725-01041 | 11/6/2006 | Grush, Susan C | 24402 La Hermosa Ave<br>Laguna Niguel, CA 92677-2113 | 50,000.00 | 50,000.00 |
| 10725-00330 | 9/28/2006 | Heyboer, Judy | 1150 Hidden Oaks Dr<br>Menlo Park, CA 94025 | 75,000.00 | 75,000.00 |
| 10725-01776 | 12/13/2006 | Larson, Gary & Dolores | 544 Rolling Hills Dr<br>Mesquite, NV 89027 | 100,000.00 | 100,000.00 |
| 10725-01012 | 11/6/2006 | Preswick Corp | 1400 Colorado St Ste C<br>Boulder City, NV 89005 | 424,008.11 | 424,008.11 |
| 10725-00708 | 11/7/2006 | Rains Properties LP | Donna M Osborn Esq<br>Marquis & Aurbach<br>10001 Park Run Dr<br>Las Vegas, NV 89145 | 300,000.00 | 300,000.00 |
| 10725-00380 | 10/2/2006 | Underpass Trust | Ronald Montesant Ttee<br>5121 Big River Ave<br>Las Vegas, NV 89130 | 50,000.00 | 50,000.00 |

# EXHIBIT A

2405433.1

# USACM Trust
# Harbor Georgetown Loan
# Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Harbor Georgetown, LLC Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Harbor Georgetown, LLC Loan |
|---|---|---|---|---|---|
| 10725-01172 | 11/10/2006 | Valiente, Jacqueline Barbara Revocable Living Trust | C/O Jacqueline Barbara Valiente Ttee 8804 Rio Grande Falls Ave Las Vegas, NV 89178-7217 | 50,000.00 | 50,000.00 |

# EXHIBIT A

2405433.1