# USACM Trust
# Harbor Georgetown Loan
# Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Harbor Georgetown, LLC Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Harbor Georgetown, LLC Loan |
|---|---|---|---|---|---|
| 10725-02366 | 1/16/2007 | Al-Awar Living Trust Dtd 4/05/01 | Adib M & Ellen A Al-Awar Ttees<br>1330 Burro Ct<br>Gardnerville, NV  89410 | 3,615,913.62 | 50,000.00 |
| 10725-02431 | 1/11/2007 | Brines Revoc Fam Trust Dtd 11/5/94, Michael & Cindy | Michael R & Cindy G Brines Ttees<br>4935 El Sereno Ave<br>La Crescenta, CA  91214-3018 | 771,119.58 | 50,000.00 |
| 10725-00098 | 8/15/2006 | Carollo Jt Ten, Robert & Beverley | Beverly Carollo  C/O Morse & Mowbray<br>5607 Gateway Rd<br>Las Vegas, NV  89120<br>and<br>300 South First Street, Suite 1400<br>Las Vegas, NV 89101 | 100,000.00 | 50,000.00 |
| 10725-00092 | 8/9/2006 | Corison, James | 1427 Kearney Street  St. Helena, CA  94574 | 1,023,000.00 | 50,000.00 |
| 10725-02006 | 1/10/2007 | David A Gean Revocable Trust Dtd 4/3/92 | C/O Marsha Kendall Trustee<br>6615 E Pacific Coast Hwy #260<br>Long Beach, CA  90803-4228 | 511,785.96 | 100,000.00 |
| 10725-02334 | 1/13/2007 | Davis Family Trust | C/O Joseph Davis & Marion Sharp Co-Trustees<br>3100 Ashby Ave<br>Las Vegas, NV  89102-1908 | 1,500,000.00 | 50,000.00 |
| 10725-02330 | 1/13/2007 | Davis, Todd | 360 W 55Th St  Apt 1G<br>New York, NY  10019 | 1,150,000.00 | 100,000.00 |
| 10725-02356 | 1/16/2007 | Denise F Fager Revocable Trust Uad 2/28/03 | Denise F Fager Ttee<br>23741 Brisbane Bay<br>Dana Point, CA  92629 | 1,327,564.06 | 100,000.00 |

# EXHIBIT A

2405447.1

# USACM Trust
# Harbor Georgetown Loan
# Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Harbor Georgetown, LLC Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Harbor Georgetown, LLC Loan |
|---|---|---|---|---|---|
| 10725-02031 | 1/11/2007 | Freda Newman Trust Dtd 7/26/84 | Freda Newman Trustee C/O Daniel Newman 125 Elysian Dr Sedona, AZ. 86336 | 467,009.44 | 50,000.00 |
| 10725-02277 | 1/12/2007 | Gale Gladstone-Katz Revocable Trust | Jan Logan, Trustee 8405 Mill Station Road Sebastopol, CA 95472 | 1,354,118.10 | 75,000.00 |
| 10725-01541 | 12/7/2006 | Graham Family Trust Dtd 10/26/78 | Robin B & Celia Allen Graham Ttees 1460 Twinridge Rd Santa Barbara, CA 93111-1223 | 503,808.00 | 50,000.00 |

# EXHIBIT A

2405447.1