# USACM Trust
# Harbor Georgetown Loan
# Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Harbor Georgetown, LLC Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Harbor Georgetown, LLC Loan |
|---|---|---|---|---|---|
| 10725-02099 | 1/11/2007 | Janis Living Trust Dtd 2/3/99, Janice | C/O Janice Janis Ttee<br>406 Pearl St<br>Boulder, CO 80302-4931 | 405,912.48 | 50,000.00 |
| 10725-00853 | 11/13/2006 | Mallin Family Trust Dated 7/12/99 | C/O Joe Laxague, Esq.<br>3272 E Warm Springs Road<br>Las Vegas, NV 89120 | 233,333.33 | 50,000.00 |
| 10725-02202 | 1/10/2007 | Marguerite Falkenborg 2000 Trust Dtd 6/20/00 | C/O Marguerite Falkenborg Trustee 727 3rd Ave Chula Vista, CA 91910-5803 | 794,366.81 | 106,349.64 |
| 10725-02178 | 1/12/2007 | Marshal Brecht Trust Dtd 2/5/86 | Marshall J & Janet L Brecht Trustees<br>640 Colonial CIR<br>Fullerton, CA 92835 | 3,418,022.00 | 50,000.00 |
| 10725-02144 | 1/11/2007 | Michael S Freedus DDS PC Defined Benefit Pension P | 2535 Lake Rd<br>Delanson, NY 12053 | 502,741.84 | 75,000.00 |
| 10725-01208 | 11/10/2006 | Monighetti, Pete | 6515 Frankie Ln<br>Prunedale, CA 93907 | 1,509,963.55 | 50,000.00 |
| 10725-00854 | 11/13/2006 | Motto, George J | Joe Laxague Esq Cane Clark LLP<br>3272 E Warm Springs<br>Las Vegas, NV 89120 | 550,000.00 | 50,000.00 |
| 10725-02082 | 1/11/2007 | Oster, Paul | Po Box 2618<br>Mammoth Lakes, CA 93546 | 308,164.00 | 51,676.00 |
| 10725-01032 | 11/6/2006 | Perrone, Nicholas | 5112 San Anselmo St<br>Las Vegas, NV 89120 | 736,089.00 | 200,000.00 |

# EXHIBIT A

2405447.1

# USACM Trust
## Harbor Georgetown Loan
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Harbor Georgetown, LLC Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Harbor Georgetown, LLC Loan |
|---|---|---|---|---|---|
| 10725-02176 | 1/12/2007 | R L Allgeier Family Trust Dtd 10/4/97 | Robert Allgeier 1767 Shamrock CIR Minden, NV 89423 | 430,473.09 | 100,000.00 |

# EXHIBIT A

2405447.1