# USACM Trust
# Harbor Georgetown Loan
# Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Harbor Georgetown, LLC Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Harbor Georgetown, LLC Loan |
|---|---|---|---|---|---|
| 10725-01036 | 11/6/2006 | Sierra West Inc | Po Box 8346<br>Incline Village, NV  89452-8346 | 425,583.32 | 50,000.00 |
| 10725-02106 | 1/11/2007 | T-2 Enterprises LLC | Manager Warren W Tripp<br>250 Greg St<br>Sparks, NV  89431 | 811,713.52 | 50,000.00 |
| 10725-02191 | 1/12/2007 | TDS Revocable Family Trust Dtd 9/29/98 | T Dwight & Bonnie J Sper Ttees<br>1005 Cypress Ridge Ln<br>Las Vegas, NV  89144-1425 | 1,778,674.00 | 50,000.00 |
| 10725-01169 | 11/10/2006 | Tomlin, Donald S | Donald S & Dorothy R Tomlin Ttee<br>7145 Beverly Glen Ave<br>Las Vegas, NV  89110-4228 | 2,779,806.00 | 100,572.00 |
| 10725-02103 | 1/11/2007 | Tripp Enterprises Inc A Nevada Corp | Warren W Tripp<br>250 Greg St<br>Sparks, NV  89431 | 980,535.84 | 100,000.00 |
| 10725-02105 | 1/11/2007 | Tripp Enterprises Inc Restated Profit Sharing Plan | Warren W Tripp Ttee<br>250 Greg St<br>Sparks, NV  89431 | 875,670.12 | 100,000.00 |
| 10725-02104 | 1/11/2007 | Tripp, Warren W | 250 Greg St<br>Sparks, NV  89431 | 1,183,402.50 | 100,000.00 |
| 10725-02279 | 1/12/2007 | Winkler Family Trust Dtd 3/13/86 | Carmel & Rudolf  Winkler Trustee<br>10000 Rossbury PL<br>Los Angeles, CA  90064 | 1,210,635.98 | 50,000.00 |

# EXHIBIT A

2405447.1

# USACM Trust
# Harbor Georgetown Loan
# Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Harbor Georgetown, LLC Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Harbor Georgetown, LLC Loan |
|---|---|---|---|---|---|
| 10725-02280 | 1/12/2007 | Winkler Family Trust Dtd 3/13/86 | Carmel & Rudolf Winkler Trustee<br>10000 Rossbury PL<br>Los Angeles, CA 90064 | 260,430.44 | 50,000.00 |
| 10725-02278 | 1/12/2007 | Winkler Ira, Rudolf | 10000 Rossbury Pl<br>Los Angeles, CA 90064-4826 | 651,800.22 | 50,000.00 |
| 10725-01643 | 12/11/2006 | Winkler, Carmel Ttee Of Winkler Family Trust | 10000 Rossbury PL<br>Los Angeles, CA 90064 | 32,254.00 | 12,500.00 |

# EXHIBIT A

2405447.1