LEWIS
AND
ROCA
—— LLP ——
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com
Marvin Ruth NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br><br>Chapter 11<br><br>**DECLARATION OF GEOFFREY L. BERMAN IN SUPPORT OF OMNIBUS OBJECTIONS OF USACM TRUST TO PROOFS OF CLAIM BASED UPON INVESTMENT IN THE HARBOR GEORGETOWN LOAN**<br><br>Date of Hearing:  July 26, 2011<br>Time of Hearing:  1:30 p.m.<br>Estimated Time for Hearing:  10 minutes |

Geoffrey L. Berman declares under penalty of perjury:

1.     I am an adult person competent to testify in court.

2.     I make this declaration based upon my personal knowledge, and upon the records USA Commercial Mortgage Company.

3.     I am the Trustee of the USACM Liquidating Trust ("USACM Trust"), which is an entity created by the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization ("Plan"), in the jointly-administered bankruptcy cases, In re USA Commercial Mortgage Company, BK-S-06-10725-LBR, pending in the United States Bankruptcy Court for the District of Nevada.

283773.1

LEWIS
AND
ROCA
——LLP——
L A W Y E R S

4.      USACM circulated an Offer Sheet to prospective Direct Lenders soliciting funding for an acquisition and development loan to a borrower identified as "Harbor Georgetown, LLC."  A copy of the Offer Sheet is attached hereto as **Exhibit B** and incorporated by this reference**.**  The total loan amount proposed was $8,800,000.  The Offer Sheet described the investment as a "First Trust Deed Investment" and noted that the investment would be secured by a first deed of trust on approximately 6.51 acres of land with 83,000 square feet of retail and office space located at 2502-2568 Packard Road in Ann Arbor, Michigan.  The loan was intended to refinance existing debt and provide Borrower with some entitlement costs, and allow Borrower to carry the property until the redevelopment plans were approved.   The Offer Sheet indicated that the combined loan to value ratio was approximately 75% based on an analysis of build out profits from the planned redevelopment.[1]

5.      On August 16, 2004, Borrower made and delivered to various lenders, including the Direct Lenders identified in **Exhibit A**, a "Promissory Note Secured by Deed of Trust" (the "Note") and a Loan Agreement.  The Note and Loan Agreement provided for a loan of up to $8,800,000, with an initial disbursement of $7,400,000.  The Note was secured by a Mortgage that was recorded in the official records of Washtenaw County, Michigan on August 30, 2004, along with subsequent amendments thereto securing additional principal advances up to the $8.8 million cap.

6.      The Note was also supported  by an Unconditional Guaranty signed by Craig Schubiner.

7.      The USACM "Loan Summary" dated July 31, 2006 and filed in this case shows that Borrower was "Non-performing" on the Note as of July 31, 2006.

---

[1]  The Circular only states that an appraiser has been engaged.  There does not appear to be a contemporaneous appraisal that actually supports the loan.

2



1        I declare under penalty of perjury that the foregoing is true and correct.

2        Dated: June 17, 2011.

3

                             /s/Geoffrey L. Berman

4                                     Geoffrey L. Berman

Copy of the foregoing (without exhibits)
5   mailed by first class postage prepaid
U.S. Mail on June 17, 2011 to the
6   investors in the Harbor Georgetown loan
listed on Exhibit A.

7

8   s/ *Matt Burns* _____
Matt Burns
9   Lewis and Roca LLP

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

283773.1