# USACM Trust
# Harbor Georgetown Loan
# Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Harbor Georgetown, LLC Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Harbor Georgetown, LLC Loan |
|---|---|---|---|---|---|
| 10725-01442 | 11/14/2006 | Arnold Family Trust Dtd 12/27/95 | C/O Hans & Hendrika P Arnold Ttees<br>7844 Tiburon Ct<br>Sparks, NV 89436-7494 | 50,000.00 | 50,000.00 |
| 10725-01974 | 1/10/2007 | Audrey M Whightsil Revocable Living Trust | Andrey M Whightsil Trustee<br>12450 E 38th Place<br>Yuma, AZ 85367 | 131,502.38 | 65,751.19 |
| 10725-00707 | 10/24/2006 | Benjamin & Aleath Nicosia Family Trust Dtd 5/10/02 | C/O Benjamin & Aleath Nicosia Ttees<br>15775 W Verde Ln<br>Goodyear, AZ 85338-8124 | 100,000.00 | 100,000.00 |
| 10725-00951 | 11/2/2006 | D`Elia, Humberto | 72 Paradise Pkwy<br>Henderson, NV 89074-6200 | 50,000.00 | 50,000.00 |
| 10725-01041 | 11/6/2006 | Grush, Susan C | 24402 La Hermosa Ave<br>Laguna Niguel, CA 92677-2113 | 50,000.00 | 50,000.00 |
| 10725-00330 | 9/28/2006 | Heyboer, Judy | 1150 Hidden Oaks Dr<br>Menlo Park, CA 94025 | 75,000.00 | 75,000.00 |
| 10725-01776 | 12/13/2006 | Larson, Gary & Dolores | 544 Rolling Hills Dr<br>Mesquite, NV 89027 | 100,000.00 | 100,000.00 |
| 10725-01012 | 11/6/2006 | Preswick Corp | 1400 Colorado St Ste C<br>Boulder City, NV 89005 | 424,008.11 | 424,008.11 |
| 10725-00708 | 11/7/2006 | Rains Properties LP | Donna M Osborn Esq<br>Marquis & Aurbach<br>10001 Park Run Dr<br>Las Vegas, NV 89145 | 300,000.00 | 300,000.00 |
| 10725-00380 | 10/2/2006 | Underpass Trust | Ronald Montesant Ttee<br>5121 Big River Ave<br>Las Vegas, NV 89130 | 50,000.00 | 50,000.00 |

# EXHIBIT A

2405433.1

# USACM Trust
# Harbor Georgetown Loan
# Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Harbor Georgetown, LLC Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Harbor Georgetown, LLC Loan |
|---|---|---|---|---|---|
| 10725-01172 | 11/10/2006 | Valiente, Jacqueline Barbara Revocable Living Trust | C/O Jacqueline Barbara Valiente Ttee<br>8804 Rio Grande Falls Ave<br>Las Vegas, NV 89178-7217 | 50,000.00 | 50,000.00 |

# EXHIBIT A

2405433.1

## USACM Trust
## Harbor Georgetown Loan
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Harbor Georgetown, LLC Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Harbor Georgetown, LLC Loan |
|---|---|---|---|---|---|
| 10725-02366 | 1/16/2007 | Al-Awar Living Trust Dtd 4/05/01 | Adib M & Ellen A Al-Awar Ttees 1330 Burro Ct Gardnerville, NV 89410 | 3,615,913.62 | 50,000.00 |
| 10725-02431 | 1/11/2007 | Brines Revoc Fam Trust Dtd 11/5/94, Michael & Cindy | Michael R & Cindy G Brines Ttees 4935 El Sereno Ave La Crescenta, CA 91214-3018 | 771,119.58 | 50,000.00 |
| 10725-00098 | 8/15/2006 | Carollo Jt Ten, Robert & Beverley | Beverly Carollo C/O Morse & Mowbray 5607 Gateway Rd Las Vegas, NV 89120 and 300 South First Street, Suite 1400 Las Vegas, NV 89101 | 100,000.00 | 50,000.00 |
| 10725-00092 | 8/9/2006 | Corison, James | 1427 Kearney Street St. Helena, CA 94574 | 1,023,000.00 | 50,000.00 |
| 10725-02006 | 1/10/2007 | David A Gean Revocable Trust Dtd 4/3/92 | C/O Marsha Kendall Trustee 6615 E Pacific Coast Hwy #260 Long Beach, CA 90803-4228 | 511,785.96 | 100,000.00 |
| 10725-02334 | 1/13/2007 | Davis Family Trust | C/O Joseph Davis & Marion Sharp Co-Trustees 3100 Ashby Ave Las Vegas, NV 89102-1908 | 1,500,000.00 | 50,000.00 |
| 10725-02330 | 1/13/2007 | Davis, Todd | 360 W 55Th St Apt 1G New York, NY 10019 | 1,150,000.00 | 100,000.00 |
| 10725-02356 | 1/16/2007 | Denise F Fager Revocable Trust Uad 2/28/03 | Denise F Fager Ttee 23741 Brisbane Bay Dana Point, CA 92629 | 1,327,564.06 | 100,000.00 |

# EXHIBIT A

2405447.1

# USACM Trust
# Harbor Georgetown Loan
# Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Harbor Georgetown, LLC Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Harbor Georgetown, LLC Loan |
|---|---|---|---|---|---|
| 10725-02031 | 1/11/2007 | Freda Newman Trust Dtd 7/26/84 | Freda Newman Trustee C/O Daniel Newman 125 Elysian Dr Sedona, AZ. 86336 | 467,009.44 | 50,000.00 |
| 10725-02277 | 1/12/2007 | Gale Gladstone-Katz Revocable Trust | Jan Logan, Trustee 8405 Mill Station Road Sebastopol, CA 95472 | 1,354,118.10 | 75,000.00 |
| 10725-01541 | 12/7/2006 | Graham Family Trust Dtd 10/26/78 | Robin B & Celia Allen Graham Ttees 1460 Twinridge Rd Santa Barbara, CA 93111-1223 | 503,808.00 | 50,000.00 |
| 10725-02099 | 1/11/2007 | Janis Living Trust Dtd 2/3/99, Janice | C/O Janice Janis Ttee 406 Pearl St Boulder, CO 80302-4931 | 405,912.48 | 50,000.00 |
| 10725-00853 | 11/13/2006 | Mallin Family Trust Dated 7/12/99 | C/O Joe Laxague, Esq. 3272 E Warm Springs Road Las Vegas, NV 89120 | 233,333.33 | 50,000.00 |
| 10725-02202 | 1/10/2007 | Marguerite Falkenborg 2000 Trust Dtd 6/20/00 | C/O Marguerite Falkenborg Trustee 727 3rd Ave Chula Vista, CA 91910-5803 | 794,366.81 | 106,349.64 |
| 10725-02178 | 1/12/2007 | Marshal Brecht Trust Dtd 2/5/86 | Marshall J & Janet L Brecht Trustees 640 Colonial CIR Fullerton, CA 92835 | 3,418,022.00 | 50,000.00 |
| 10725-02144 | 1/11/2007 | Michael S Freedus DDS PC Defined Benefit Pension P | 2535 Lake Rd Delanson, NY 12053 | 502,741.84 | 75,000.00 |
| 10725-01208 | 11/10/2006 | Monighetti, Pete | 6515 Frankie Ln Prunedale, CA 93907 | 1,509,963.55 | 50,000.00 |

# EXHIBIT A

2405447.1

## USACM Trust
## Harbor Georgetown Loan
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Harbor Georgetown, LLC Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Harbor Georgetown, LLC Loan |
|---|---|---|---|---|---|
| 10725-00854 | 11/13/2006 | Motto, George J | Joe Laxague Esq Cane Clark LLP<br>3272 E Warm Springs<br>Las Vegas, NV 89120 | 550,000.00 | 50,000.00 |
| 10725-02082 | 1/11/2007 | Oster, Paul | Po Box 2618<br>Mammoth Lakes, CA 93546 | 308,164.00 | 51,676.00 |
| 10725-01032 | 11/6/2006 | Perrone, Nicholas | 5112 San Anselmo St<br>Las Vegas, NV 89120 | 736,089.00 | 200,000.00 |
| 10725-02176 | 1/12/2007 | R L Allgeier Family Trust Dtd 10/4/97 | Robert Allgeier<br>1767 Shamrock CIR<br>Minden, NV 89423 | 430,473.09 | 100,000.00 |
| 10725-01036 | 11/6/2006 | Sierra West Inc | Po Box 8346<br>Incline Village, NV 89452-8346 | 425,583.32 | 50,000.00 |
| 10725-02106 | 1/11/2007 | T-2 Enterprises LLC | Manager Warren W Tripp<br>250 Greg St<br>Sparks, NV 89431 | 811,713.52 | 50,000.00 |
| 10725-02191 | 1/12/2007 | TDS Revocable Family Trust Dtd 9/29/98 | T Dwight & Bonnie J Sper Ttees<br>1005 Cypress Ridge Ln<br>Las Vegas, NV 89144-1425 | 1,778,674.00 | 50,000.00 |
| 10725-01169 | 11/10/2006 | Tomlin, Donald S | Donald S & Dorothy R Tomlin Ttee<br>7145 Beverly Glen Ave<br>Las Vegas, NV 89110-4228 | 2,779,806.00 | 100,572.00 |
| 10725-02103 | 1/11/2007 | Tripp Enterprises Inc A Nevada Corp | Warren W Tripp<br>250 Greg St<br>Sparks, NV 89431 | 980,535.84 | 100,000.00 |

# EXHIBIT A

2405447.1

## USACM Trust
## Harbor Georgetown Loan
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Harbor Georgetown, LLC Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Harbor Georgetown, LLC Loan |
|---|---|---|---|---|---|
| 10725-02105 | 1/11/2007 | Tripp Enterprises Inc Restated Profit Sharing Plan | Warren W Tripp Ttee<br>250 Greg St<br>Sparks, NV  89431 | 875,670.12 | 100,000.00 |
| 10725-02104 | 1/11/2007 | Tripp, Warren W | 250 Greg St<br>Sparks, NV  89431 | 1,183,402.50 | 100,000.00 |
| 10725-02279 | 1/12/2007 | Winkler Family Trust Dtd 3/13/86 | Carmel & Rudolf Winkler Trustee<br>10000 Rossbury PL<br>Los Angeles, CA  90064 | 1,210,635.98 | 50,000.00 |
| 10725-02280 | 1/12/2007 | Winkler Family Trust Dtd 3/13/86 | Carmel & Rudolf Winkler Trustee<br>10000 Rossbury PL<br>Los Angeles, CA  90064 | 260,430.44 | 50,000.00 |
| 10725-02278 | 1/12/2007 | Winkler Ira, Rudolf | 10000 Rossbury Pl<br>Los Angeles, CA  90064-4826 | 651,800.22 | 50,000.00 |
| 10725-01643 | 12/11/2006 | Winkler, Carmel Ttee Of Winkler Family Trust | 10000 Rossbury PL<br>Los Angeles, CA  90064 | 32,254.00 | 12,500.00 |

# EXHIBIT A

2405447.1