# EXHIBIT A

Entered on Docket
June 17, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr.  (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**Order Sustaining Fifth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment In The Marlton Square Loan**<br><br>Hearing Date:  June 14, 2011<br>Hearing Time:  10:30 a.m. |

The Court having considered the "Fifth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment in The Marlton Square Loan ("Marlton Square Loan") [DE 8345] (the "Objection"); the Court having heard the Objection on June 14, 2011; appropriate notice of the Objection having been given;  no response to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed on Exhibit A does not affect the direct lenders' right to

repayment by the borrower or from the collateral securing the Marlton Square Loan; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8345] is sustained; and

2. The claims listed on **Exhibit** A attached are disallowed in whole or in part to the extent those claims are based upon an investment in the Marlton Square Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By /s/ John Hinderaker
Robert M. Charles, Jr.
John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____     This Court has waived the requirement set forth in LR 9021(b)(1).

XXX      No party appeared at the hearing or filed an objection to the motion.

_____     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

_____     I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐ approved the form of this order | ☐ disapprove d the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapp roved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:    /s/ John Hinderaker.
Attorneys for USACM Liquidating Trust

# # #

USACM Trust
Marlton Square
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marlton Square Loan |
|---|---|---|---|---|---|
| 10725-02301 | 1/13/2007 | Anderson Famly Trust Dtd 7/21/92 | Gary B & Barbara L Anderson Ttee Po Box 699 Carnelian Bay, CA 96104 | 1,000,000.00 | 125,000.00 |
| 10725-01399 | 11/13/2006 | Andrade, Albert Daniel | Po Box 2122 Oakdale, CA 95361-5122 | 100,912.00 | 51,040.00 |
| 10725-01398 | 11/13/2006 | Anthony & Alicia Pasqualotto 1997 Trust | Anthony & Alicia Pasqualotto Trust 5775 Duneville St Las Vegas, NV 89118-2726 | 296,359.65 | 150,000.00 |
| 10725-01962 | 1/10/2007 | Apigian Jt Ten, Larry & Leona | 13501 Muir Drive SE Monroe, WA 98272 | 356,300.72 | 75,000.00 |
| 10725-02025 | 1/11/2007 | Apigian, Larry & Leona | 13501 Muir Drive SE Monroe, WA 98272 | Unknown | Unknown |
| 10725-01243 | 11/9/2006 | Bauer, John IRA | 40808 N River Bend Rd Anthem, AZ 85086-2946 | 500,000.00 | 100,000.00 |
| 10725-02311 | 1/13/2007 | Benefit Of Kantor Nephrology Cons Ltd 401K PSP | Gary L Kantor TTE C/O Michael M Schmahlmcguirewood 77 W Wacker Dr, Suite 4100 Chicago, IL 60601 | Unliquidated | Unliquidated |
| 10725-01050 | 11/6/2006 | Brooks Living Trust Dtd 6/30/97 | C/O Howard D & Doreen C Brooks Ttees 1894 Us Highway 50 E Ste 4-344 Carson City, NV 89701-3202 | 300,000.00 | 50,000.00 |

EXHIBIT A

2361250.1

USACM Trust
Marlton Square
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marlton Square Loan |
|---|---|---|---|---|---|
| 10725-01401 | 11/13/2006 | Cardwell Family Trust | C/O Michael J Dawson Esq<br>515 South Third St<br>Las Vegas, NV 89101 | 3,226,795.82 | 100,000.00 |
| 10726-00010 | 5/30/2006 | Cronk, Arlene | C/O Michael Lehners, Esq.<br>429 Marsh Ave<br>Reno, NV 89509 | 272,206.96 | 25,000.00 |

EXHIBIT A

2361250.1