**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com
Marvin C. Ruth, NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**Notice Of Entry Of Order Sustaining First Omnibus Objection Of USACM Trust To Proofs of Claim Based Entirely Upon Investment In The Marlton Square Loan**<br><br>Date: June 14, 2011<br>Time: 10:30 a.m. |
|---|---|

**PLEASE TAKE NOTICE** that the Order Sustaining First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Marlton Square Loan was entered on June 17, 2011. A true and correct copy of which is attached hereto as Exhibit A.

Dated: June 20, 2011.

**LEWIS AND ROCA LLP**

By /s/ *Robert M. Charles Jr.* (#6593)
    Robert M. Charles, Jr., NV 6593
    John Hinderaker, AZ 18024 (pro hac vice)
    Marvin C. Ruth, NV 10979
*Attorneys for USACM Liquidating Trust*

2406168.1