# EXHIBIT A

Entered on Docket
June 17, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**LEWIS AND ROCA LLP**
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:  rcharles@lrlaw.com
        jhinderaker@lrlaw.com
        mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

Debtor.

Case No. BK-S-06-10725-LBR

CHAPTER 11

**Order Sustaining First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Marlton Square Loan**

Hearing Date:  June 14, 2011
Hearing Time:  10:30 a.m.

The Court having considered the "First Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment in The Marlton Square Loan ("Marlton Square Loan") [DE 8341] (the "Objection"); the Court having heard the Objection on June 14, 2011; appropriate notice of the Objection having been given; no response to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed on Exhibit A does not affect the direct lenders' right to repayment by the

1  borrower or from the collateral securing the Marlton Square Loan; and good cause
2  appearing:
3      **IT IS ORDERED** that:
4      1.    The Objection [DE 8341] is sustained; and
5      2.    The claims listed on **Exhibit** A attached are disallowed in their entirely
6  since those claims are based entirely upon an investment in the Marlton Square Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By   /s/ John Hinderaker
    Robert M. Charles, Jr.
    John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_\_  This Court has waived the requirement set forth in LR 9021(b)(1).

XXX  No party appeared at the hearing or filed an objection to the motion.

\_\_\_\_\_  I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

\_\_\_\_\_  I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ disapproved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By:  /s/ John Hinderaker.
Attorneys for USACM Liquidating Trust

# # #

2403668.1

USACM Trust
Marlton Square
Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Marlton Square Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marlton Square Loan |
|---|---|---|---|---|---|
| 10725-01278 | 11/10/2006 | Arends Family Trust | Joan Arends As Trustee<br>2310 Aqua Hill Rd<br>Fallbrook, CA 92026 | 100,000.00 | 100,000.00 |
| 10725-01629 | 12/8/2006 | Baker, Sigfried | 8057 Lands End<br>Las Vegas, NV 89117 | 50,000.00 | 50,000.00 |
| 10725-02320 | 1/13/2007 | Benjamin, Philip & Maureen | Po Box 376<br>Indian Springs, NV 89018-0376 | 55,381.90 | 55,381.90 |
| 10725-00191 | 9/8/2006 | Billy Shope Jr Family Lp | *Undeliverable Address*<br>2833 Maryland Hills Dr<br>Henderson, NV 89052 | 101,493.06 | 101,493.06 |
| 10725-00195 | 9/8/2006 | Brouwers Family Trust | 8040 Vista Twilight Dr<br>Las Vegas, NV 89123 | 50,746.53 | 50,746.53 |
| 10725-00325 | 9/28/2006 | Cale Family Trust Dtd 11/16/88 | C/O Keith J Cale Ttee<br>6070 Ingleston Dr Unit 1111<br>Sparks, NV 89436-7082 | 103,204.00 | 103,204.00 |
| 10725-02432 | 1/12/2007 | Chavez, Roland | 5 Falkner Dr<br>Ladera Ranch, CA 92694-0924 | 50,000.00 | 50,000.00 |
| 10725-01295 | 11/10/2006 | David & Sue Hays Revocable Family Trust | David & Sue Hays Ttee<br>361 E Delmar Dr<br>Henderson, NV 89015 | 100,000.00 | 100,000.00 |

EXHIBIT A

2361253.1

USACM Trust
Marlton Square
Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Marlton Square Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marlton Square Loan |
|---|---|---|---|---|---|
| 10725-01546 | 12/4/2006 | Dcgt FBO Claude M Penchina Roth IRA | 74 Rue De Sevres Paris 75007, France | 51,692.44 | 51,692.44 |
| 10725-01339 | 11/10/2006 | Fanelli, John J & Gina A | 27 Larch St Fitchburg, MA 01420-2009 | 102,500.00 | 102,500.00 |

2361253.1

EXHIBIT A