# EXHIBIT A

Entered on Docket
June 17, 2011

Hon. Linda B. Riegle
United States Bankruptcy Judge

___

LEWIS AND ROCA LLP
Robert M. Charles, Jr. (NV 6593)
John Hinderaker (AZ 018024)
Marvin Ruth (NV 10979)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone (702) 949-8320
Facsimile (702) 949-8321
Email:   rcharles@lrlaw.com
         jhinderaker@lrlaw.com
         mruth@lrlaw.com

*Attorneys for USACM Liquidating Trust*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | CHAPTER 11 |
| Debtor. | **Order Sustaining Amended Eighth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment In The Marlton Square Loan** |
| | Hearing Date:  June 14, 2011<br>Hearing Time:  10:30 a.m. |

The Court having considered the "Amended Eighth Omnibus Objection Of USACM Trust To Proofs Of Claim Based In Whole or In Part Upon Investment in The Marlton Square Loan ("Marlton Square Loan") [DE 8357] (the "Objection"); the Court having heard the Objection on June 14, 2011; appropriate notice of the Objection having been given;  no response to the Objection having been filed; the Court noting on the record that the disallowance of the Claims listed on Exhibit A does not affect the direct lenders'

1                                                                                     2403798.1

right to repayment by the borrower or from the collateral securing the Marlton Square Loan; and good cause appearing:

**IT IS ORDERED** that:

1. The Objection [DE 8357] is sustained; and

2. The claims listed on **Exhibit** A attached are disallowed in whole or in part to the extent those claims are based upon an investment in the Marlton Square Loan.

PREPARED AND RESPECTFULLY SUBMITTED BY:

**LEWIS AND ROCA LLP**

By    /s/ John Hinderaker
      Robert M. Charles, Jr.
      John Hinderaker (*pro hac vice*)
3993 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169-5996
Telephone: (702) 949-8320
Facsimile: (702) 949-8321

*Attorneys for USACM Liquidating Trust*

## LOCAL RULE 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____     This Court has waived the requirement set forth in LR 9021(b)(1).

__XXX__     No party appeared at the hearing or filed an objection to the motion.

_____     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Counsel appearing: _____

_____     I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order

| U.S. Trustee: _____ | |
|---|---|
| ☐ approved the form of this order | ☐ disapprove d the form of this order |
| ☒ waived the right to review the order and/or | ☐ failed to respond to the document |
| Other Party: _____ | |
| ☐ approved the form of this order | ☐ dis approved the form of this order |
| ☐ waived the right to review the order and/or | ☐ failed to respond to the document |

Submitted by:
LEWIS AND ROCA LLP

By: /s/ John Hinderaker.
Attorneys for USACM Liquidating Trust

# # #

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

USACM Trust
Marlton Square
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marlton Square Loan |
|---|---|---|---|---|---|
| 10725-01183 | 11/10/2006 | Karen Petersen Tyndall Trust Dtd 3/9/94 | C/O Karen Petersen Tyndall Ttee 1012 Greystoke Acres St Las Vegas, NV 89145-8659 | 1,115,915.59 | 152,239.44 |
| 10725-02177 | 1/12/2007 | Klay Living Trust Dtd 7/11/90 | Othmar & Christine Klay Ttees 5530 Lausanne Dr Reno, NV 89511 | 708,473.90 | 100,000.00 |
| 10725-00768-2 | 10/27/2006 | Nienke A Lels Hohmann | Revocable Trust Agreement Dated 3/8/00 c/o Nienke A Lels Hohmann Trustee 2275 Broadway Street San Francisco, CA 94115 | 131,474.82 | 50,000.00 |
| 10725-02057 | 1/11/2007 | Lindsey H Kesler Jr IRA | First Savings Bank Custodian 4847 Damon Cir Salt Lake City, UT 84117 | 517,569.18 | 100,000.00 |
| 10725-01081 | 11/7/2006 | Macdonald Center | For The Arts & Humanities 1730 W Horzon Ridge Pkwy Henderson, NV 89012-1001 | 1,525,000.00 | 525,000.00 |
| 10725-02308 | 1/13/2007 | Mantas, Leo G | 7440 S Blackhawk St #12208 Englewood, CO 80112-4355 | 329,116.00 | 150,000.00 |
| 10725-01898 | 1/9/2007 | Massry, Morris | C/O Segel Goldman Mazzotta & Siegel Pc 9 Washigton SQ Albany, NY 12205 | 1,802,040.00 | 101,527.78 |

EXHIBIT A

2361250.1

USACM Trust
Marlton Square
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Marlton Square Loan |
|---|---|---|---|---|---|
| 10725-00596 | 10/16/2006 | Mehlman, Marina IRA | 2027 Hathaway Ave<br>Westlake Village, CA 91362-5171 | 112,088.96 | 52,000.00 |
| 10725-02187 | 1/12/2007 | Melvin J & Evelyn A Ives Bypass Trust Dtd 1/6/93 | Evelyn A Ives Trustee<br>220 First St #3<br>Seal Beach, CA 90740 | 447,246.00 | 75,000.00 |
| 10725-02306 | 1/13/2007 | Menchetti, D G | Po Box 7100<br>Incline Village, NV 89452-7100 | 1,800,000.00 | 250,000.00 |

2361250.1

EXHIBIT A