**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com
Marvin C. Ruth, NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:

USA COMMERCIAL MORTGAGE COMPANY,

　　　　　　　　　　　　Debtor.

Case No. BK-S-06-10725-LBR

CHAPTER 11

**Notice Of Entry Of Order Sustaining Seventh Omnibus Objection Of USACM Trust To Proofs of Claim Based Entirely Upon Investment In The Marlton Square Loan**

Date: June 14, 2011
Time: 10:30 a.m.

　　　**PLEASE TAKE NOTICE** that the Order Sustaining Seventh Omnibus Objection Of USACM Trust To Proofs Of Claim Based Entirely Upon Investment In The Marlton Square Loan was entered on June 17, 2011. A true and correct copy of which is attached hereto as Exhibit A.

　　　Dated: June 20, 2011.

　　　　　　　　　　　　**LEWIS AND ROCA LLP**

　　　　　　　　　　　　By /s/ *Robert M. Charles Jr.* (#6593)
　　　　　　　　　　　　　　Robert M. Charles, Jr., NV 6593
　　　　　　　　　　　　　　John Hinderaker, AZ 18024 (pro hac vice)
　　　　　　　　　　　　　　Marvin C. Ruth, NV 10979
　　　　　　　　　　　　*Attorneys for USACM Liquidating Trust*

2406182.1