**LEWIS AND ROCA LLP**
**LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com
Marvin C. Ruth, NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**Certificate of Service** |
|---|---|

On June 20, 2011, I served the foregoing pleading, by the following means, to the persons as listed below:

1. Notice of Entry of Order Sustaining First Omnibus Objection of USACM Trust to Proofs of Claim Based Entirely Upon Investment In The Marlton Square Loan **[DE 8505]**;

2. Notice of Entry of Order Sustaining Second Omnibus Objection of USACM Trust to Proofs of Claim Based Entirely Upon Investment In The Marlton Square Loan **[DE 8504]**;

3. Notice of Entry of Order Sustaining Third Omnibus Objection of USACM Trust to Proofs of Claim Based Entirely Upon Investment In The Marlton Square Loan **[DE 8503]**; and

4. Notice of Entry of Order Sustaining Fourth Omnibus Objection of USACM Trust to Proofs of Claim Based Entirely Upon Investment In The Marlton Square Loan **[DE 8502]**.

(**Check all that apply**)

■    **a.**    **ECF System** (*You must attach the "Notice of Electronic Filing", or list all*

2407121.1

**LEWIS AND ROCA LLP**
LAWYERS

*persons and addresses and attach additional paper if necessary*)

Too voluminous to attach.

_____

☒ **b.** **United States mail, postage fully prepaid**
(*List persons and addresses. Attach additional paper if necessary*)

1. To all parties listed on Exhibit A attached to DE 8480;
2. To all parties listed on Exhibit A attached to DE 8481;
3. To all parties listed on Exhibit A attached to DE 8482; and
4. To all parties listed on Exhibit A attached to DE 8483.

☐ **c.** **Personal Service** (*List persons and addresses. Attach additional paper if necessary*)

I personally delivered the document(s) to the persons at these addresses:

_____

For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the documents(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents(s) in a conspicuous place in the office.

For a party, delivery was made by handing the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ **d.** **By direct e-mail (as opposed to through the ECF System)** (*List persons and e-mail addresses. Attach additional paper if necessary*)

I caused the document(s) to be sent to the persons at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **e.** **By fax transmission** (*List persons and fax numbers. Attach additional paper if necessary*)

2

2407121.1

LEWIS AND ROCA LLP
LAWYERS

1
2  Based upon the written agreement of the parties to accept service by fax
3  transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.
4

5  ☐   **f.**   **By messenger (*List persons and addresses. Attach additional paper if necessary*)**
6

7  I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to
8  a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service).
9

10  _____

11
12  I declare under penalty of perjury that the foregoing is true and correct.

    Signed this 21st day of June, 2011 at Phoenix, Arizona.
13

14
                                            /s/  Matt Burns
15                                          MATT BURNS
16                                          Lewis and Roca LLP

17

18

19

20

21

22

23

24

25

26

3

2407121.1