FRI-66004 0978-2 pdf984 06-10725
LENARD E. SCHWARTZER
2850 S. JONES BOULEVARD, SUITE 1
LAS VEGAS, NV 89146

RECEIVED
AND

JUN 20  12 52 PM '11

021170 21170 1 AT 0.362 68154 4 6 6772-1-21170

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

KWIATKOWSKI REVOCABLE TRUST DTD 12/17/04
C/O PAUL L KWIATKOWSKI AND
COLITA JO KWIATKOWSKI TTEES
~~15080 HAMILTON ST~~  8911 Q St., ~~Omaha~~ Apt. 308C
OMAHA NE ~~68154-8714~~
68127-4855

*Only this should be used for notices.*

## ATTENTION: ADDRESS CORRECTION REQUESTED

The United States Postal Service (USPS) National Change of Address database indicates that the address listed above is subject to a forwarding order to a new address. The USPS only provides forwarding service for a limited period of time. **We request that you update your address immediately with the bankruptcy court(s) listed on the notice, pursuant to each court's local procedure, to reflect any change.**

For faster and more convenient noticing, consider receiving your notices electronically through the free Electronic Bankruptcy Noticing (EBN) Program. For more information, go to ebn.uscourts.gov.

021170    66004021191037