LENARD E. SCHWARTZER
2850 S. JONES BOULEVARD, SUITE 1
LAS VEGAS, NV 89146

RECEIVED & FILED

'11 JUN 20 P1 :22

028226 28226 1 AB 0.365 84790 2 0 6742-1-28226

ERVEN J NELSON & FRANKIE J NELSON TRUST
C/O ERVEN J NELSON & FRANKIE J NELSON TT
2023 W ASPIRATION POINT
ST GEORGE UT 84790-4877

ERVEN AND FRANKIE NELSON

account number_____

WE MOVED

FROM:  2136 River of Fortune Dr.
St. George, UT  84790

TO:  4915 S. Bonita Bay Dr.
St. George, UT  84790

# FREE ELECTRONIC BANKRUPTCY NOTICING



**No Delays**

**What's in it for you? Faster receipt of notices.**

- Notices received the same day they're issued, 24/7
- Allows timely representation of your interests
- Virtually eliminates the risk of not receiving a notice or losing it once received

## Make the switch today. Visit ebn.uscourts.gov/fast

028226    61804028254028