MORRIS PETERSON
Rosa Solis-Rainey, No. 7921
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422

Attorneys for Deloitte & Touche LLP

E-FILED June 21, 2011

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re | ) Case Nos. BK-S-06-10725-LBR; |
|---|---|
| USA COMMERCIAL MORTGAGE COMPANY, | ) BK-S-06-10726-LBR;<br>) BK-S-06-10727-LBR;<br>) BK-S-06-10728-LBR;<br>) BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | ) Chapter 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | ) Jointly Administered Under Case<br>) No. BK-S-06-10725-LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | ) **EX-PARTE MOTION FOR**<br>) **REMOVAL OF ROSA SOLIS-**<br>) **RAINEY FROM ECF LIST** |
| USA SECURITIES, LLC, | ) |
| Debtors. | ) |

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

| | |
|---|---|
| USA LIQUIDATING TRUST, and USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MARY PETERSEN, individually and as TRUSTEE of the MARY PETERSEN FAMILY TRUST DTD 8/12/98; MICHAEL PETERSEN individually and as TRUSTEE of the MICHAEL D. PETERSEN FAMILY TRUST DTD 8/12/98; KATHRYN L. PETERSEN, individually and as TRUSTEE of the KATHRYN L. PETERSEN LIVING TRUST and TRUSTEE OF THE KLP TRUST DTD 7/15/99, <br><br> Defendants. | Adversary No. 08-01134-LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> KATHRYN L. PETERSEN, individually and as TRUSTEE of the KATHRYN L. PETERSEN LIVING TRUST and TRUSTEE of the KLP TRUST DTD 7/15/99, and SPECIALIZED DEVELOPMENT TAHOE, LLC, <br><br> Defendants. | Adversary No. 08-01133-LBR |

TO THE HONORABLE LINDA B. RIEGLE, UNITED STATES BANKRUPTCY JUDGE:

Morris Peterson files this Ex-Parte Motion for Removal of Rosa Solis-Rainey from ECF List and states:

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

2

1. On November 7, 2008, Rosa Solis-Rainey and the law firm of Morris Peterson appeared on behalf of interested party Deloitte and Touche, for the purpose of filing a stipulation to extend the deadline to submit an opposition to a settlement proposed by the parties. (Doc. # 6612).

2. Although Deloitte & Touche was not a party to this bankruptcy proceeding, it had an interest in the proposed settlement because of a pending action in the United States District Court for the District of Nevada (Case No. 08-00461).

3. That litigation has since concluded, and Deloitte & Touche LLP's no longer has an interest in these proceedings. Accordingly, Rosa Solis-Rainey and Morris Peterson ask that the Court enter an order removing Rosa Solis-Rainey (rsr@morrislawgroup.com) from all Debtors' Service Lists for all future notices.

MORRIS PETERSON


By: /s/ Rosa Solis-Rainey
Rosa Solis-Rainey, No. 7921
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101

Attorneys for Deloitte & Touche, LLP

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

3

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of MORRIS PETERSON, and that the following documents were served via electronic service:

**EX-PARTE MOTION FOR REMOVAL OF ROSA SOLIS-RAINEY FROM ECF LIST**

TO:

Eric D. Madden
Diamond McCarthy LLP
1201 Elm Street, 34th Floor
Dallas, TX 75270
Email:
emadden@diamondmccarthy.com

Allan B. Diamond
Diamond McCarthy, LLP
909 Fannin, Suite 1500
Houston, Texas 77010
Email:
adiamond@diamondmccarthy.com

William T. Reed
Lisa Tsai
Joshua Bruckerhoff
Reid Collins & Tsai LLP
4301 Westbank Dr., Bldg. B, Suite 230
Austin, Texas 78746
Email:
wreid@rctlegal.com
ltsai@rctlegal.com
jbrukerhoff@rctlegal.com

DATED this 21st day of June, 2011.

By: /s/ Brenda Valdez

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

4