**LEWIS AND ROCA LLP LAWYERS**

3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: JHindera@lrlaw.com
Marvin C. Ruth, NV State Bar No. 10979
Email: mruth@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br><br>CHAPTER 11<br><br>**Certificate of Service** |
|---|---|

On June 21, 2011, I served the foregoing pleading, by the following means, to the persons as listed below:

1. Notice of Entry of Order Sustaining Fifth Omnibus Objection of USACM Trust to Proofs of Claim Based In Whole Or In Part Upon Investment In The Marlton Square Loan **[DE 8501]**;

2. Notice of Entry of Order Sustaining Amended Sixth Omnibus Objection of USACM Trust to Proofs of Claim Based In Whole Or In Part Upon Investment In The Marlton Square Loan **[DE 8500]**;

3. Notice of Entry of Order Sustaining Seventh Omnibus Objection of USACM Trust to Proofs of Claim Based In Whole Or In Part Upon Investment In The Marlton Square Loan **[DE 8513]**;

4. Notice of Entry of Order Sustaining Amended Eighth Omnibus Objection of USACM Trust to Proofs of Claim Based In Whole Or In Part Upon Investment In The Marlton Square Loan **[DE 8512];**

5. Notice of Entry of Order Sustaining Ninth Omnibus Objection of USACM Trust to Proofs of Claim Based In Whole Or In Part Upon Investment In The Marlton Square Loan **[DE 8511];**

LEWIS AND ROCA LLP LAWYERS

6. Notice of Entry of Order Sustaining Tenth Omnibus Objection of USACM Trust to Proofs of Claim Based In Whole Or In Part Upon Investment In The Marlton Square Loan **[DE 8510];**

7. Notice of Entry of Order Sustaining Eleventh Omnibus Objection of USACM Trust to Proofs of Claim Based In Whole Or In Part Upon Investment In The Marlton Square Loan **[DE 8509];**

8. Notice of Entry of Order Sustaining First Omnibus Objection Of USACM Trust To Proofs of Claim Based Entirely Upon Investment In The Anchor B Loan (Except as to Arthur I. Kriss) **[DE 8506]**;

9. Notice of Entry of Order Sustaining Second Omnibus Objection Of USACM Trust To Proofs of Claim Based In Whole Or In Part Upon Investment In The Anchor B Loan **[DE 8508]**; and

10. Notice of Entry of Order Sustaining Third Omnibus Objection Of USACM Trust To Proofs of Claim Based In Whole Or In Part Upon Investment In The Anchor B Loan **[DE 8507].**

(*Check all that apply*)

■ a. **ECF System** (*You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary*)

Receipt is too voluminous to attach.
_____

■ b. **United States mail, postage fully prepaid**
(*List persons and addresses. Attach additional paper if necessary*)

1. To all parties listed on Exhibit A attached to DE 8484;
2. To all parties listed on Exhibit A attached to DE 8485;
3. To all parties listed on Exhibit A attached to DE 8486;
4. To all parties listed on Exhibit A attached to DE 8487;
5. To all parties listed on Exhibit A attached to DE 8488;
6. To all parties listed on Exhibit A attached to DE 8489;
7. To all parties listed on Exhibit A attached to DE 8490;
8. To all parties listed on Exhibit A attached to DE 8479;
9. To all parties listed on Exhibit A attached to DE 8477; and
10. To all parties listed on Exhibit A attached to DE 8478.

☐ c. **Personal Service** (*List persons and addresses. Attach additional paper if necessary*)

2

2407197.1

LEWIS AND
ROCA LLP
L A W Y E R S

1
2    I personally delivered the document(s) to the persons at these addresses:
3    _____
4
5    For a party represented by an attorney, delivery was made by handing the
     document(s) to the attorney or by leaving the documents(s) at the attorney's
6    office with a clerk or other person in charge, or if no one is in charge by
     leaving the documents(s) in a conspicuous place in the office.
7
8    For a party, delivery was made by handing the document(s) to the party or
     by leaving the document(s) at the person's dwelling house or usual place of
9    abode with someone of suitable age and discretion residing there.

10   ☐    d.    **By direct e-mail (as opposed to through the ECF System)** (*List persons
11                and e-mail addresses.  Attach additional paper if necessary*)

12   I caused the document(s) to be sent to the persons at the e-mail addresses
     listed below.  I did not receive, within a reasonable time after the
13   transmission, any electronic message or other indication that the
     transmission was unsuccessful.
14

15   ☐    e.    **By fax transmission** (*List persons and fax numbers.  Attach additional
16                paper if necessary*)

17   Based upon the written agreement of the parties to accept service by fax
     transmission or a court order, I faxed the document(s) to the persons at the
18   fax numbers listed below.  No error was reported by the fax machine that I
     used. A copy of the record of the fax transmission is attached.
19

20   ☐    f.    **By messenger** (*List persons and addresses. Attach additional paper if
21                necessary*)

22   I served the document(s) by placing them in an envelope or package
     addressed to the persons at the addresses listed below and providing them to
23   a messenger for service. (A declaration by the messenger must be attached
     to this Certificate of Service).
24
25   _____
26

3                                                              2407197.1

LEWIS AND ROCA LLP
LAWYERS

1
2  I declare under penalty of perjury that the foregoing is true and correct.
3  Signed this 21st day of June, 2011 at Phoenix, Arizona.
4
5              /s/ Matt Burns
   MATT BURNS
6  Lewis and Roca LLP
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

4

2407197.1