RECEIVED AND FILED

JUN 20  1 04 PM '11

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

1  Name of Attorney _____
   Bar # _____
2  Address _____
   _____
3  Phone # _____
   e-mail address _____

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * * * * *

In re:

**USA Capital**

Debtor.

Bankruptcy No.: 06-10725
Chapter: ____
Trustee: ____

**CHANGE OF ADDRESS OF:**
( ) DEBTOR
(✓) CREDITOR
( ) OTHER

This address change applies to (please check all that apply):

☐ Notices only        ☐ Payments from Trustee        ✓ Both Notices and payments

I request that notice be sent to the following address: (please print)

Name: Julia Farrah Revocable Trust
Address: 1410 Murchison Drive
City: Millbrae    State: CA    Zip Code: 94030

Please check one of the following:

✓ The change of address is applicable only in the above captioned case.

☐ The change of address is also applicable in the following related cases: (*please list the case numbers*) _____.

DATE: June 17, 2011

Joseph G. Farrah,
SIGNATURE
Successor Trustee

NV_4002(ChangeofAddress_DB012-09).wpd