**USACM Trust**
**Tapia Ranch**
**Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Tapia Ranch (Castiac Partners, LLC) Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Tapia Ranch (Castiac Partners, LLC) Loan |
|---|---|---|---|---|---|
| 10725-01860 | 1/4/2007 | Bonfiglio & Associates Ltd Pension Planship | 8635 West Sahara Ave Pmb 220 Las Vegas, NV 89117 | 75,000.00 | 75,000.00 |
| 10725-01989 | 1/10/2007 | Carlton, Daniel | 6124 Kami St North Las Vegas, NV 89081 | 50,000.00 | 50,000.00 |
| 10728-00049 | 9/25/2006 | Daniel O & Takeko Carlton Revoc Trust Dtd 4/30/97 | C/O Daniel & Takeko Carlton Ttee 6124 Kami St North Las Vegas, NV 89081 | 50,000.00 | 50,000.00 |
| 10725-01372 | 11/13/2006 | Eric Noel Cartagena Trust | C/O Eric N Cartagena Ttee 2066 Flag Avenue South St. Louis Park, MN 55426 | 50,000.00 | 50,000.00 |
| 10725-01114 | 11/9/2006 | Ernest W Libman Et Al Trust | Ernest W Libman Ttee 1709 Glenview Dr Las Vegas, NV 89134-6121 | 170,000.00 | 170,000.00 |
| 10725-01533 | 12/4/2006 | Fine, Lewis H & Arlene J IRA | C/O First Trust Of Onaga KS PO Box 598 Herber City, UT 84032 | 44,253.44 | 44,253.44 |
| 10725-01535 | 12/4/2006 | Fine, Lewis H & Arlene J IRA | C/O First Trust Of Onaga KS PO Box 598 Herber City, UT 84032 | 151,909.69 | 151,909.69 |
| 10725-00998 | 11/6/2006 | Georges 1987 Trust Dtd 12/23/87 | C/O Leonard J & Jean Georges Co-Ttees 701 Rancho Cir Las Vegas, NV 89107-4619 | 100,000.00 | 100,000.00 |
| 10725-01093 | 11/8/2006 | Hart Family Trust Dtd 8/30/99 | C/O Dolores M Hart Trustee PO Box 422 Genoa, NV 89411-0442 | 50,000.00 | 50,000.00 |
| 10725-01129 | 11/8/2006 | James L Schulte & Cynthia L Schulte | 162 Obed Point Crossville, TN 38571 | 50,000.00 | 50,000.00 |

# EXHIBIT A

2406855.1