USACM Trust
Tapia Ranch
Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Tapia Ranch (Castiac Partners, LLC) Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Tapia Ranch (Castiac Partners, LLC) Loan |
|---|---|---|---|---|---|
| 10725-01131 | 11/8/2006 | James L Schulte & Cynthia L Schulte | 162 Obed Point Crossville, TN 38571 | 50,000.00 | 50,000.00 |
| 10725-01876 | 1/8/2007 | Kriss, Arthur I | 2398 West 1050 N Hurricane, UT 84737 | 50,000.00 | 50,000.00 |
| 10725-01522 | 11/29/2006 | Lily Markham & Irene Anne Markham-Tafoya JT WROS | 7746 Foredawn Dr Las Vegas, NV 89123-0756 | 50,000.00 | 50,000.00 |
| 10725-01136 | 11/9/2006 | Patricia Lee Tiede | 5225 Pooks Hill Road 1520 North Bethesda, MD 20814 | 50,000.00 | 50,000.00 |
| 10725-00634 | 10/19/2006 | Polacheck Jeweler`S Employee Psp | Stephen Polacheck Trustee 4719 Commons Way Ste E Calabasas, CA 91302 | 110,000.00 | 110,000.00 |
| 10725-01750 | 12/26/2006 | Rocklin/Redding LLC | Stephen R Harris Esq Belding Harris & Petroni Ltd 417 W Plumb Ln Reno, NV 89509 | 800,000.00 | 800,000.00 |
| 10725-00966 | 11/2/2006 | Sparks Family Trust Dtd 2/26/93 | C/O Michael R & Muriel S Sparks Co-Ttes 1812 Cypress Greens Ave Henderson, NV 89012-6143 | 50,000.00 | 50,000.00 |
| 10725-00776 | 10/27/2006 | Young, Percy | 1814 W Olney Ave Phoenix, AZ 85041-8617 | 90,000.00 | 90,000.00 |
| 10725-00775 | 10/27/2006 | Young, Percy & Ruth | 1814 W Olney Ave Phoenix, AZ 85041-8617 | 90,000.00 | 90,000.00 |

# EXHIBIT A

2406855.1