USACM Trust
Tapia Ranch
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Tapia Ranch (Castiac Partners, LLC) Loan |
|---|---|---|---|---|---|
| 10725-00231 | 9/25/2006 | Donald P Clark Family Trust Dtd 10/25/94 | C/O Donald P Clark Trustee 305 W Moana Ln Reno, NV 89509-4924 | 709,011.56 | 85,000.00 |
| 10725-02067 | 1/11/2007 | Falkenborg Family LLC | 727 3Rd Ave Chula Vista, CA 91910-5803 | 206,262.89 | 104,539.03 |
| 10725-02203 | 1/10/2007 | Falkenborg Family LLC | 727 3Rd Ave Chula Vista, CA 91910-5803 | 206,262.89 | 104,539.03 |
| 10725-02181 | 1/12/2007 | Fertitta Enterprises Inc | Janet L Chubb, Atty. At Law Armstrong Teasdale LLP 50 W. Liberty, Suite 950 Reno, NV 89501 | 12,214,670.00 | 5,560,795.00 |
| 10725-01541 | 12/7/2006 | Graham Family Trust Dtd 10/26/78 | Robin B & Celia Allen Graham Ttees 1460 Twinridge Rd Santa Barbara, CA 93111-1223 | 503,808.00 | 50,000.00 |
| 10725-02003 | 1/10/2007 | Harrison Family Trust Dtd 7/27/99 | Thomas B & Marguerite F Harrison Ttees 930 Dorcey Dr Incline Village, NV 89451 | 730,819.70 | 80,000.00 |
| 10725-02049 | 1/11/2007 | Hart, Kay J | 455 Magnolia Ave Fairhope, AL 36532 | 606,211.16 | 50,000.00 |
| 10725-00063 | 7/17/2006 | Hedlund, Michael & Carol | Albright Stoddard Warnick & Albright 801 S Rancho Dr #D-4 Las Vegas, NV 89106 | 262,241.81 | 100,000.00 |
| 10725-01161 | 11/9/2006 | Hoffman Family Investments LP | 1405 Orchard Meadow Dr Apt. B Burlington, IA 52601-9050 | 64,118.31 | 50,000.00 |
| 10725-02059 | 1/11/2007 | Jack R Clark & Linda C Reid Jt Ten | 9900 Wilbur May Pkwy #4701 Reno, NV 89521-3089 | 1,782,032.06 | 50,000.00 |

# EXHIBIT A

2406858.1