# USACM Trust
# Tapia Ranch
# Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Tapia Ranch (Castiac Partners, LLC) Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Tapia Ranch (Castiac Partners, LLC) Loan |
|---|---|---|---|---|---|
| 10725-01860 | 1/4/2007 | Bonfiglio & Associates Ltd Pension Planship | 8635 West Sahara Ave Pmb 220<br>Las Vegas, NV 89117 | 75,000.00 | 75,000.00 |
| 10725-01989 | 1/10/2007 | Carlton, Daniel | 6124 Kami St<br>North Las Vegas, NV 89081 | 50,000.00 | 50,000.00 |
| 10728-00049 | 9/25/2006 | Daniel O & Takeko Carlton Revoc Trust Dtd 4/30/97 | C/O Daniel & Takeko Carlton Ttee<br>6124 Kami St<br>North Las Vegas, NV 89081 | 50,000.00 | 50,000.00 |
| 10725-01372 | 11/13/2006 | Eric Noel Cartagena Trust | C/O Eric N Cartagena Ttee<br>2066 Flag Avenue South<br>St. Louis Park, MN 55426 | 50,000.00 | 50,000.00 |
| 10725-01114 | 11/9/2006 | Ernest W Libman Et Al Trust | Ernest W Libman Ttee<br>1709 Glenview Dr<br>Las Vegas, NV 89134-6121 | 170,000.00 | 170,000.00 |
| 10725-01533 | 12/4/2006 | Fine, Lewis H & Arlene J IRA | C/O First Trust Of Onaga KS<br>PO Box 598<br>Herber City, UT 84032 | 44,253.44 | 44,253.44 |
| 10725-01535 | 12/4/2006 | Fine, Lewis H & Arlene J IRA | C/O First Trust Of Onaga KS<br>PO Box 598<br>Herber City, UT 84032 | 151,909.69 | 151,909.69 |
| 10725-00998 | 11/6/2006 | Georges 1987 Trust Dtd 12/23/87 | C/O Leonard J & Jean Georges Co-Ttees<br>701 Rancho Cir<br>Las Vegas, NV 89107-4619 | 100,000.00 | 100,000.00 |
| 10725-01093 | 11/8/2006 | Hart Family Trust Dtd 8/30/99 | C/O Dolores M Hart Trustee<br>PO Box 422<br>Genoa, NV 89411-0442 | 50,000.00 | 50,000.00 |

# EXHIBIT A

2406855.1

# USACM Trust
# Tapia Ranch
# Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Tapia Ranch (Castiac Partners, LLC) Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Tapia Ranch (Castiac Partners, LLC) Loan |
|---|---|---|---|---|---|
| 10725-01129 | 11/8/2006 | James L Schulte & Cynthia L Schulte | 162 Obed Point<br>Crossville, TN  38571 | 50,000.00 | 50,000.00 |
| 10725-01131 | 11/8/2006 | James L Schulte & Cynthia L Schulte | 162 Obed Point<br>Crossville, TN  38571 | 50,000.00 | 50,000.00 |
| 10725-01876 | 1/8/2007 | Kriss, Arthur I | 2398 West 1050 N<br>Hurricane, UT  84737 | 50,000.00 | 50,000.00 |
| 10725-01522 | 11/29/2006 | Lily Markham & Irene Anne Markham-Tafoya JT WROS | 7746 Foredawn Dr<br>Las Vegas, NV  89123-0756 | 50,000.00 | 50,000.00 |
| 10725-01136 | 11/9/2006 | Patricia Lee Tiede | 5225 Pooks Hill Road 1520 North<br>Bethesda, MD  20814 | 50,000.00 | 50,000.00 |
| 10725-00634 | 10/19/2006 | Polacheck Jeweler`S Employee Psp | Stephen Polacheck Trustee<br>4719 Commons Way Ste E<br>Calabasas, CA  91302 | 110,000.00 | 110,000.00 |
| 10725-01750 | 12/26/2006 | Rocklin/Redding LLC | Stephen R Harris Esq<br>Belding Harris & Petroni Ltd<br>417 W Plumb Ln<br>Reno, NV  89509 | 800,000.00 | 800,000.00 |
| 10725-00966 | 11/2/2006 | Sparks Family Trust Dtd 2/26/93 | C/O Michael R & Muriel S Sparks Co-Ttes<br>1812 Cypress Greens Ave<br>Henderson, NV  89012-6143 | 50,000.00 | 50,000.00 |
| 10725-00776 | 10/27/2006 | Young, Percy | 1814 W Olney Ave<br>Phoenix, AZ  85041-8617 | 90,000.00 | 90,000.00 |
| 10725-00775 | 10/27/2006 | Young, Percy & Ruth | 1814 W Olney Ave<br>Phoenix, AZ  85041-8617 | 90,000.00 | 90,000.00 |

# EXHIBIT A

2406855.1

**USACM Trust**
**Tapia Ranch**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Tapia Ranch (Castiac Partners, LLC) Loan |
|---|---|---|---|---|---|
| 10725-01682 | 12/11/2006 | 1996 Knobel Trust Dtd 9/5/96 | C/O Anna S Knobel Trustee<br>8919 Challis Hill Ln<br>Charlotte, NC 28226-2687 | 348,006.20 | 100,007.77 |
| 10725-01664 | 12/9/2006 | Anglin, Patrick J | Janet L Chubb, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV 89501 | 187,005.78 | 50,000.00 |
| 10725-01398 | 11/13/2006 | Anthony & Alicia Pasqualotto 1997 Trust | Anthony & Alicia Pasqualotto Trust<br>5775 Duneville St<br>Las Vegas, NV 89118-2726 | 296,359.65 | 50,000.00 |
| 10725-01401 | 11/13/2006 | Cardwell Family Trust | C/O Michael J Dawson Esq<br>515 South Third St<br>Las Vegas, NV 89101 | 3,226,795.82 | 34,000.00 |
| 10725-01601 | 12/8/2006 | Clark, Donald | 305 W Moana Ln<br>Reno, NV 89509 | 775,918.76 | 93,005.14 |
| 10725-02038 | 1/11/2007 | Collins Family Trust Dated 1/29/93 | C/O Shirley M Collins Trustee<br>1975 Snowberry Ct<br>Carlsbad, CA 92009-8408 | 1,760,380.48 | 100,000.00 |
| 10725-02334 | 1/13/2007 | Davis Family Trust | C/O Joseph Davis & Marion Sharp Co-Trustees<br>3100 Ashby Ave<br>Las Vegas, NV 89102-1908 | 1,500,000.00 | 100,000.00 |
| 10725-02063 | 1/11/2007 | Dery, James D & Ann R | Husband & Wife<br>10 Longmeadow Ln<br>Beachwood, OH 44122 | 2,793,347.72 | 50,000.00 |

# EXHIBIT A

2406858.1

## USACM Trust
## Tapia Ranch
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Tapia Ranch (Castiac Partners, LLC) Loan |
|---|---|---|---|---|---|
| 10725-02482 | 6/4/2007 | Don P Marshall Trust Dated 7/18/95 | C/O Don P Marshall Trustee<br>221 Chiquita Rd<br>Healdsburg, CA 95448-9055 | 145,788.99 | 50,000.00 |
| 10725-02393 | 1/16/2007 | Donald P Clark Family Trust | Donald P Clark Ttee<br>305 W Moana Ln Ste C<br>Reno, NV 89509 | 1,118,023.12 | 102,537.00 |
| 10725-00231 | 9/25/2006 | Donald P Clark Family Trust Dtd 10/25/94 | C/O Donald P Clark Trustee<br>305 W Moana Ln<br>Reno, NV 89509-4924 | 709,011.56 | 85,000.00 |
| 10725-02067 | 1/11/2007 | Falkenborg Family LLC | 727 3Rd Ave<br>Chula Vista, CA 91910-5803 | 206,262.89 | 104,539.03 |
| 10725-02203 | 1/10/2007 | Falkenborg Family LLC | 727 3Rd Ave<br>Chula Vista, CA 91910-5803 | 206,262.89 | 104,539.03 |
| 10725-02181 | 1/12/2007 | Fertitta Enterprises Inc | Janet L Chubb, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV 89501 | 12,214,670.00 | 5,560,795.00 |
| 10725-01541 | 12/7/2006 | Graham Family Trust Dtd 10/26/78 | Robin B & Celia Allen Graham Ttees<br>1460 Twinridge Rd<br>Santa Barbara, CA 93111-1223 | 503,808.00 | 50,000.00 |
| 10725-02003 | 1/10/2007 | Harrison Family Trust Dtd 7/27/99 | Thomas B & Marguerite F Harrison Ttees<br>930 Dorcey Dr<br>Incline Village, NV 89451 | 730,819.70 | 80,000.00 |
| 10725-02049 | 1/11/2007 | Hart, Kay J | 455 Magnolia Ave<br>Fairhope, AL 36532 | 606,211.16 | 50,000.00 |

# EXHIBIT A

2406858.1

## USACM Trust
## Tapia Ranch
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Tapia Ranch (Castiac Partners, LLC) Loan |
|---|---|---|---|---|---|
| 10725-00063 | 7/17/2006 | Hedlund, Michael & Carol | Albright Stoddard Warnick & Albright<br>801 S Rancho Dr #D-4<br>Las Vegas, NV 89106 | 262,241.81 | 100,000.00 |
| 10725-01161 | 11/9/2006 | Hoffman Family Investments LP | 1405 Orchard Meadow Dr Apt. B<br>Burlington, IA 52601-9050 | 64,118.31 | 50,000.00 |
| 10725-02059 | 1/11/2007 | Jack R Clark & Linda C Reid Jt Ten | 9900 Wilbur May Pkwy #4701<br>Reno, NV 89521-3089 | 1,782,032.06 | 50,000.00 |
| 10725-02256 | 1/12/2007 | James H Lidster Family Trust Datd 1/20/92 | James H & Phyllus M Lidster Ttees<br>2958 San Mateo Drive<br>Minden, NV 89423-7812 | 1,204,192.58 | Unknown |
| 10725-00233 | 9/26/2006 | Jeannine M Gahring Revocable Trust Dtd 6/27/97 | C/O Jeanniene M Gahring Ttee<br>17282 Candleberry<br>Irvine, CA 92612-2310 | 75,000.00 | 50,000.00 |
| 10725-02124 | 1/11/2007 | Joy Investment Inc A Nevada Corporation | 5280 S Eastern Ave., Suite D-3<br>Las Vegas, NV 89119<br>And<br>8080 Harborview Road<br>Blaine, WA 98230 | 1,818,940.00 | 100,000.00 |
| 10725-01868 | 1/5/2007 | Kefalas Trust Dtd 7/3/97 | C/O Kenneth & Debbie Kefalas Ttees<br>2742 Carina Way<br>Henderson, NV 89052-4055 | 510,000.00 | 250,000.00 |
| 10725-01661 | 12/9/2006 | Kehl, Christina M | Janet L Chubb, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV 89501 | 1,023,023.12 | 50,000.00 |

# EXHIBIT A

2406858.1

**USACM Trust**
**Tapia Ranch**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Tapia Ranch (Castiac Partners, LLC) Loan |
|---|---|---|---|---|---|
| 10725-01657 | 12/9/2006 | Kehl, Kevin | Janet L Chubb, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV 89501 | 961,017.34 | 200,000.00 |
| 10725-01660 | 12/9/2006 | Kehl, Robert J & Ruth Ann | Janet L Chubb, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV 89501 | 12,841,680.13 | 500,000.00 |
| 10725-00882 | 10/31/2006 | Kenneth L Schumann Living Trust Dtd 7/19/96 | C/O Kenneth L Schumann Ttee<br>10 Town Plz #99<br>Durango, CO 81301-5104 | 125,000.00 | 50,000.00 |
| 10725-02214 | 1/12/2007 | Lynda L Pinnell Living Trust Dtd 7/24/00 | Lynda L Pinnell Ttee<br>9915 Saddleback Dr<br>Lakeside, CA 92040 | 649,047.68 | 50,000.00 |
| 10725-02202 | 1/10/2007 | Marguerite Falkenborg 2000 Trust Dtd 6/20/00 | C/O Marguerite Falkenborg Trustee<br>727 3rd Ave<br>Chula Vista, CA 91910-5803 | 794,366.81 | 104,539.03 |
| 10725-02178 | 1/12/2007 | Marshal Brecht Trust Dtd 2/5/86 | Marshall J & Janet L Brecht Trustees<br>640 Colonial Cir<br>Fullerton, CA 92835 | 3,418,022.00 | 100,000.00 |
| 10725-01898 | 1/9/2007 | Massry, Morris | C/O Segel Goldman Mazzotta & Siegel PC<br>9 Washigton Sq<br>Albany, NY 12205 | 1,802,040.00 | 203,055.56 |
| 10725-02187 | 1/12/2007 | Melvin J & Evelyn A Ives Bypass Trust Dtd 1/6/93 | Evelyn A Ives Trustee<br>220 First St #3<br>Seal Beach, CA 90740 | 447,246.00 | 50,000.00 |

# EXHIBIT A

2406858.1

## USACM Trust
## Tapia Ranch
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Tapia Ranch (Castiac Partners, LLC) Loan |
|---|---|---|---|---|---|
| 10725-02186 | 1/12/2007 | Melvin J & Evelyn A Ives Qtip Trust | Evelyn A Ives Ttee  220 First St #3<br>Seal Beach, CA  90740 | 330,509.00 | 50,000.00 |
| 10725-00276 | 9/27/2006 | Michael Family Trust Dtd 12/4/03 | Alain Michael & Dawn Levy Ttees<br>P.O. Box 4363<br>Thousand Oaks, CA  91359-1363 | 180,000.00 | 80,000.00 |
| 10725-00854 | 11/13/2006 | Motto, George J | Joe Laxague Esq  Cane Clark LLP<br>3272 E Warm Springs<br>Las Vegas, NV  89120 | 550,000.00 | 50,000.00 |
| 10725-02150 | 1/12/2007 | Newman Family Trust Dtd 9/20/97 | Larry J & Elsie D Newman Ttees<br>1775 Autumn Valley Way<br>Reno, NV  89523 | 1,000,238.46 | 50,000.00 |
| 10725-02550 | 6/18/2007 | Osvaldo Zunino Living Trust Dated 12/18/98 | C/O Osvaldo Zunino Trustee<br>3575 Tioga Way<br>Las Vegas, NV  89109-3340 | 620,000.00 | 70,000.00 |
| 10725-02254 | 1/12/2007 | Peele Spousal Trust Dtd 2/10/87 | Jennefer C Peele Ttee<br>2581 Rampart Ter<br>Reno, NV  89519 | 507,424.02 | 50,000.00 |
| 10725-01032 | 11/6/2006 | Perrone, Nicholas | 5112 San Anselmo St<br>Las Vegas, NV  89120 | 736,089.00 | 300,000.00 |
| 10725-00245 | 9/26/2006 | Robert H & Lynn R Perlman Trust Dated 9/17/92 | C/O Robert H & Lynn R Perlman Ttees<br>2877 Paradise Rd Unit 3501<br>Las Vegas, NV  89109-5278 | 1,187,000.00 | 50,000.00 |
| 10725-01419 | 12/4/2006 | S&P Davis Limited Partnership | 737 Bannerman Lane<br>Fort Mill, SC  29715 | 419,981.00 | 25,000.00 |

# EXHIBIT A

2406858.1

**USACM Trust**
**Tapia Ranch**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Tapia Ranch (Castiac Partners, LLC) Loan |
|---|---|---|---|---|---|
| 10725-02218 | 1/12/2007 | Sanchez Living Trust Dtd 10/13/03 | Randy M & Sharon Sanchez Ttees 5713 N White Sands Rd Reno, NV 89511 | 554,132.98 | 50,000.00 |
| 10725-02149 | 1/12/2007 | Schnitzer Living Trust Dtd 10/24/91 | Arthur F & Linn S Schnitzer Ttees 20155 NE 38Th Ct, #1604 Aventura, FL 33180 | 3,549,806.80 | 100,000.00 |
| 10725-00884 | 10/31/2006 | Schumann, Kenneth | 10 Town Plz #99 Durango, CO 81301 | 125,000.00 | 50,000.00 |
| 10725-00250 | 9/26/2006 | Shirley J Sutton Trust | C/O Shirley J Sutton Trustee 1477 Bear Creek Dr Bishop, CA 93514-1947 | 75,000.00 | 50,000.00 |
| 10725-01036 | 11/6/2006 | Sierra West Inc | Po Box 8346 Incline Village, NV 89452-8346 | 425,583.32 | 100,000.00 |
| 10725-02481 | 6/4/2007 | Tobias Von Euw Revocable | Trust Dated 11/23/04 C/O Tobias Von Euw Trustee Sun City Aliante 7431 Lintwhite St North Las Vegas, NV 89084-2500 | 1,468,967.93 | 100,000.00 |
| 10725-01169 | 11/10/2006 | Tomlin, Donald S | Donald S & Dorothy R Tomlin Ttee 7145 Beverly Glen Ave Las Vegas, NV 89110-4228 | 2,779,806.00 | 100,051.00 |
| 10725-02040 | 1/11/2007 | Zappulla, Joseph G & Carol A | 3128 E. Blue Sage Court Gilbert, AZ 85297 | 1,409,625.48 | 125,000.00 |
| 10725-02299 | 1/13/2007 | Zawacki A California LLC | Po Box 5156 Bear Valley, CA 95223-5156 | 3,000,000.00 | 100,000.00 |

# EXHIBIT A

2406858.1