## USACM Trust
## Del Valle - Livingston Loan
## Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Del Valle - Livingston Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Del Valle - Livingston Loan |
|---|---|---|---|---|---|
| 10725-01290 | 11/10/2006 | Adams, Ellen B | 2876 Forest Grove Dr. Henderson, NV 89052-6816 | Unknown | Unknown |
| 10725-01587 | 12/8/2006 | Beaulieu, Jack J Revocable Living Trust Dtd 9/1/9 | Jack J Beaulieu Trustee 2502 Palma Vista Ave Las Vegas, NV 89121 | 20,000.00 | 20,000.00 |
| 10725-01540 | 12/4/2006 | Bennett, Diane | 1019 Crooked Creek Dr Los Altos, CA 94024 | 50,000.00 | 50,000.00 |
| 10725-01250 | 11/8/2006 | Bolding, William & Carolyn | 3961 Arizona Ave Las Vegas, NV 89104 | 50,466.67 | 50,466.67 |
| 10725-00804 | 10/30/2006 | Brennan, Gary | 3496 Pueblo Way Las Vegas, NV 89109-3337 | 250,000.00 | 250,000.00 |
| 10725-02179 | 1/12/2007 | Dubary, Suzanne | 9 Levan Hills Trail Henderson, NV 89052 | 103,039.59 | 103,039.59 |
| 10725-00017-2 | 12/6/2006 | Falvai, Brenda | 1545 Sandalwood Drive Brea, CA 92821-1841 | 50,933.34 | 50,933.34 |
| 10725-01340 | 11/10/2006 | Fanelli, John J & Gina A | 27 Larch St Fitchburg, MA 01420-2009 | 200,000.00 | 200,000.00 |
| 10725-01380 | 11/13/2006 | Fanelli, Mark | 244 Prospect St Leominster, MA 01453-3004 | 100,000.00 | 100,000.00 |
| 10725-00911 | 10/31/2006 | Joyce E Smith Trust Dated 11/3/99 | C/O Joyce E Smith Trustee 3080 Red Springs Dr Las Vegas, NV 89135-1548 | 50,865.81 | 50,865.81 |

# EXHIBIT A

2405720.1