## USACM Trust
## Del Valle - Livingston Loan
## Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Del Valle - Livingston Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Del Valle - Livingston Loan |
|---|---|---|---|---|---|
| 10725-00593 | 10/16/2006 | Kantor Family Trust Dated 5/6/82 | C/O Ronald A & Ruth E Kantor Ttees<br>1921 N Beverly Dr<br>Beverly Hills, CA  90210-1612 | 369.00 | 369.00 |
| 10725-01771 | 12/13/2006 | Larson, Gary & Dolores | 544 Rolling Hills Dr<br>Mesquite, NV  89027 | 51,463.00 | 51,463.00 |
| 10725-02358 | 1/16/2007 | Linda S Reed IRA | First Savings Bank Custodian For Linda Reed<br>968 Gresham Road<br>Cadiz, KY  42211 | 156,207.34 | 78,103.67 |
| 10725-00703 | 10/24/2006 | M L & Pauline Smith Family Living Trust | C/O M L & Pauline Smith Trustees<br>3108 N Minersville Hwy<br>Cedar City, UT  84720-5407 | 3,080.05 | 3,080.05 |
| 10725-00870 | 11/1/2006 | Marston, John M & Linda S | 12441 Road 44<br>Mancos, CO  81328 | 52,298.62 | 52,298.62 |
| 10725-01379 | 11/13/2006 | Payne, Shirley | Po Box 208<br>Grass Valley, CA  95945 | 100,000.00 | 100,000.00 |
| 10728-00130 | 11/17/2006 | RDJ Investments | Richard Anderson Manager<br>7417 Oak Grove<br>Las Vegas, NV  89117 | 200,000.00 | 200,000.00 |
| 10725-00472 | 10/6/2006 | Redmon, Donald | 51 Sanlo Ln<br>Mountain Home, AR  72635 | 50,824.65 | 50,824.65 |
| 10725-02564 | 6/25/2007 | Retirement Accounts Inc CFBO Judd Robbins IRA | C/O Bradley Paul Elley, Esq.<br>120 Country Club Dr, Ste 5<br>Incline Village, NV  89451 | 25,000.00 | 25,000.00 |
| 10728-00131 | 11/17/2006 | Richard N Anderson Seperate Property Trust | Richard N Anderson Ttee<br>7417 Oak Grove<br>Las Vegas, NV  89117 | 200,000.00 | 200,000.00 |

# EXHIBIT A

2405720.1