# USACM Trust
# Del Valle - Livingston Loan
# Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Del Valle - Livingston Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Del Valle - Livingston Loan |
|---|---|---|---|---|---|
| 10725-02374 | 1/16/2007 | Rothberg, Sheila | 21 Randolph Dr<br>Dix Hills, NY  11746 | 50,000.00 | 50,000.00 |
| 10725-00592 | 10/16/2006 | Sumpolec 1989 Trust Dated 4/13/89 | C/O John Sumpolec Jr Trustee<br>2405 Howard Dr<br>Las Vegas, NV  89104-4224 | 50,000.00 | 50,000.00 |
| 10725-01554 | 12/7/2006 | Talan, Carole | 1299 Kingsbury Grade<br>Gardnerville, NV  89460 | 56,077.38 | 56,077.38 |
| 10725-01174 | 11/10/2006 | Turok, Noemi N | 8808 Rainbow Ridge Dr<br>Las Vegas, NV  89117-5815 | 150,000.00 | 150,000.00 |
| 10725-00398 | 10/2/2006 | Walls Family Trust Dtd 12/10/97 | C/O Joseph P & Ellen Walls Ttees  2778 Bedford Way Carson City, NV  89703-4618 | 200,000.00 | 200,000.00 |
| 10725-00948 | 11/2/2006 | Younger, William & Lisa K | 1746 Lake St<br>Huntington Beach, CA  92648 | 54,876.00 | 54,876.00 |

# EXHIBIT A

2405720.1