# USA Commercial Mortgage Trust
## Del Valle - Livingston Loan
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Del Valle - Livingston Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Del Valle - Livingston Loan |
|---|---|---|---|---|---|
| 10725-02289 | 1/12/2007 | 2001 Michael T Mcgrath Revoc Tr Dtd 12/11/01 | Michael T Mcgrath Ttee<br>66 Schanda Dr<br>Newmarket, NH 03857-2151 | 537,321.46 | 75,000.00 |
| 10725-00209 | 8/28/2006 | ACS Properties | Peter Merrifield<br>4417 48Th Ave S<br>St Petersburg, FL 33701 | 406,019.44 | 101,433.33 |
| 10725-00810 | 11/13/2006 | Adams, Ellen B | 2876 Forest Grove Dr.<br>Henderson, NV 89052-6816 | Unknown | Unknown |
| 10725-01623 | 12/8/2006 | Addes Ira, Kenneth | 100 W Broadway Apt 7V<br>Long Beach, NY 11561 | 380,878.66 | 50,000.00 |
| 10725-02366 | 1/16/2007 | Al-Awar Living Trust Dtd 4/05/01 | Adib M & Ellen A Al-Awar Ttees<br>1330 Burro Ct<br>Gardnerville, NV 89410 | 3,615,913.62 | 200,000.00 |
| 10725-02130 | 1/11/2007 | Arbogast, Suzanne L | 1005 W Buffinglon St<br>Upland, CA 91784 | 459,589.58 | 75,000.00 |
| 10725-02228 | 1/12/2007 | Barzan Family Trust Dtd 5/23/90 | John C & Rosemarie A Barzan Ttees<br>1409 Morada Dr<br>Modesto, CA 95350-0655 | 253,643.04 | 75,000.00 |
| 10725-02227 | 1/12/2007 | Barzan, Richard D & Lelia J | 7231 Langworth Rd<br>Oakdale, CA 95361 | 1,325,629.78 | 50,000.00 |
| 10725-01360 | 11/13/2006 | Berry, William Chad | 5725 Daybreak Dr Apt D<br>Mira Loma, CA 91752-5687 | 200,000.00 | 50,000.00 |
| 10725-01401 | 11/13/2006 | Cardwell Family Trust | C/O Michael J Dawson Esq<br>515 South Third St<br>Las Vegas, NV 89101 | 3,226,795.82 | 300,000.00 |

# EXHIBIT A

2405721.1