# USACM Trust
## Del Valle - Livingston Loan
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Del Valle - Livingston Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Del Valle - Livingston Loan |
|---|---|---|---|---|---|
| 10725-01601 | 12/8/2006 | Clark, Donald | 305 W Moana Ln<br>Reno, NV 89509 | 775,918.76 | 109,041.10 |
| 10725-00865 | 10/31/2006 | Daraskevius, Joseph & Ardee | 4191 Comstock Dr.<br>Lake Havasu City, AZ 86406 | 275,000.00 | 50,000.00 |
| 10725-02063 | 1/11/2007 | Dery, James D & Ann R Husband & Wife | 10 Longmeadow Ln<br>Beachwood, OH 44122 | 2,793,347.72 | 75,000.00 |
| 10725-02393 | 1/16/2007 | Donald P Clark Family Trust | Donald P Clark Ttee<br>305 W Moana Ln Ste C<br>Reno, NV 89509 | 1,118,023.12 | 112,042.03 |
| 10725-00231 | 9/25/2006 | Donald P Clark Family Trust Dtd 10/25/94 | C/O Donald P Clark Trustee<br>305 W Moana Ln<br>Reno, NV 89509-4924 | 709,011.56 | 100,000.00 |
| 10725-02282 | 1/12/2007 | Elan Reddell Revocable Trust Dtd 8/4/03 | Elan Reddell Trustee<br>6770 Hawaii Kai Dr #1006<br>Honolulu, HI 96825 | 659,407.30 | 50,000.00 |
| 10725-02382 | 1/16/2007 | Essaff Family Trust Dtd 6/18/02 | Robert & Cindy H Essaff Ttees<br>2860 Heybourne Rd<br>Minden, NV 89423 | 3,198,368.02 | 200,000.00 |
| 10725-00801 | 10/30/2006 | Freedom Properties Inc | 18695 Oceanside Ln<br>Monument, CO 80132 | 450,000.00 | 100,000.00 |
| 10725-02404 | 1/17/2007 | Freedus Jt Ten, Eric B & Linda P | 5008 Nighthawk Way<br>Oceanside, CA 92056 | 608,838.00 | 50,000.00 |
| 10725-01862 | 1/8/2007 | George W Hubbard Roth Ira | 6340 N. Calle Tregua Serena<br>Tucson, AZ 85750 | 156,125.00 | 25,000.00 |

# EXHIBIT A

2405721.1