# USA Commercial Trust
## Del Valle - Livingston Loan
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Del Valle - Livingston Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Del Valle - Livingston Loan |
|---|---|---|---|---|---|
| 10725-01541 | 12/7/2006 | Graham Family Trust Dtd 10/26/78 | Robin B & Celia Allen Graham Ttees 1460 Twinridge Rd Santa Barbara, CA 93111-1223 | 503,808.00 | 25,000.00 |
| 10725-01936 | 1/9/2007 | Halseth Family Trust Totally Restated 4/21/00 | Daniel R & Sandra K Halseth Ttees 23 Molas Dr Durango, CO 81301 | Unknown | Unknown |
| 10725-02042 | 1/11/2007 | Herd Family Trust Dtd 4/23/99 | C/O Allen & Marilyn Herd Ttees 598 Alawa Pl Angels Camp, CA 95222-9768 | 606,089.02 | 50,000.00 |
| 10725-01911 | 1/10/2007 | Ingman, Marc M | 1923 La Mesa Dr Santa Monica, CA 90402-2322 | 507,500.00 | 100,000.00 |
| 10725-00893 | 10/31/2006 | Joyce E Smith Trust Dated 11/3/99 | C/O Joyce E Smith Trustee 3080 Red Springs Dr Las Vegas, NV 89135-1548 | 853,678.82 | 50,865.81 |
| 10725-01660 | 12/9/2006 | Kehl, Robert J & Ruth Ann | Janet L Chubb, Atty. At Law Armstrong Teasdale LLP 50 W. Liberty, Suite 950 Reno, NV 89501 | 12,841,680.13 | 600,000.00 |
| 10725-02326 | 1/13/2007 | L Earle Romak IRA | First Savings Bank Custodian L Earle Romak IRA Po Box 6185 Incline Village, NV 89450 | 2,000,000.00 | 50,000.00 |
| 10725-00687 | 10/20/2006 | Lora & Loyal Crownover Family Trust | C/O Loyal Crownover Trustee 2213 Plaza Del Puerto Las Vegas, NV 89102-4045 | 600,000.00 | 200,000.00 |
| 10725-01035 | 11/6/2006 | Loughlin Family Trust | C/O Richard J. & Roberta L. Loughlin Pmb 107 3212 Jefferson St. Napa, CA 94558-3436 | 1,116,400.00 | 300,000.00 |
| 10725-01549 | 12/6/2006 | Loughlin Family Trust | C/O Richard J. & Roberta L. Loughlin Pmb 107 3212 Jefferson St. Napa, CA 94558-3436 | 27,000.00 | - |

# EXHIBIT A

2405721.1