# USA Commercial Mortgage Trust
## Del Valle - Livingston Loan
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Del Valle - Livingston Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Del Valle - Livingston Loan |
|---|---|---|---|---|---|
| 10725-01878 | 1/8/2007 | Raggi, Dennis | Po Box 10475<br>Zephyr Cove, NV 89448 | 10,451.54 | Unknown |
| 10725-02226 | 1/12/2007 | Raggi, Dennis | Po Box 10475<br>Zephyr Cove, NV 89448 | 4,884,068.70 | 100,000.00 |
| 10725-01910 | 1/10/2007 | Rebecca A Rogers Trust Dtd 9/18/96 | Rebecca A Rogers Trustee<br>2309 Sierra Heights Dr<br>Las Vegas, NV 89134 | 548,885.18 | 50,000.00 |
| 10725-02496 | 6/4/2007 | Richard N Krupp | 101 State Pl Ste I<br>Escondido, CA 92029-1365 | 250,167.22 | 250,000.00 |
| 10725-01476 | 11/14/2006 | Robert R Lange Family Trust | Bernard Lange Trustee<br>7915 Helena Ave<br>Las Vegas, NV 89129 | 150,000.00 | 50,000.00 |
| 10725-02220 | 1/12/2007 | Rogers, James William | 78 Seal Rock Dr<br>San Francisco, CA 94121 | 613,040.12 | 100,000.00 |
| 10725-02281 | 1/12/2007 | Roisentul Family Trust | Saul & Ilene Roisentul Trustees<br>74075 Kokopelli Cir<br>Palm Desert, CA 92211-2075 | 840,536.32 | 50,000.00 |
| 10725-01214 | 11/10/2006 | Rulon, Phillip | 3310 W. Hidden Valley Dr.<br>Reno, NV 89502-9579 | 503,479.62 | 75,000.00 |
| 10725-01419 | 12/4/2006 | S&P Davis Limited Partnership | 737 Bannerman Lane<br>Fort Mill, SC 29715 | 419,981.00 | 12,500.00 |
| 10725-02218 | 1/12/2007 | Sanchez Living Trust Dtd 10/13/03 | Randy M & Sharon Sanchez Ttees<br>5713 N White Sands Rd<br>Reno, NV 89511 | 554,132.98 | 50,000.00 |
| 10725-00467 | 10/6/2006 | Sanchez, Barbara M | Po Box 90528<br>Santa Barbara, CA 93190 | Unknown | 80,000.00 |

# EXHIBIT A

2405721.1