# USA Commercial Mortgage
## Del Valle - Livingston Loan
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Del Valle - Livingston Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Del Valle - Livingston Loan |
|---|---|---|---|---|---|
| 10725-02106 | 1/11/2007 | T-2 Enterprises LLC | Manager Warren W Tripp 250 Greg St Sparks, NV 89431 | 811,713.52 | 100,000.00 |
| 10725-02107 | 1/11/2007 | T-3 Enterprises LLC | Manager Warren W Tripp 250 Greg St Sparks, NV 89431 | 608,440.76 | 100,000.00 |
| 10725-00623 | 10/17/2006 | Thibault, Gary A & Sandra C | 4525 Dawn Peak St Las Vegas, NV 89129-3235 | 105,074.00 | 1,463.00 |
| 10725-02133 | 1/11/2007 | Thompson, Wilma Jean | 12 Brewster Way Redlands, CA 92373 | 200,536.74 | 50,000.00 |
| 10725-00576 | 10/13/2006 | Tischler, Hillari | 3055 East Waterman Way Gilbert, AZ 85297-7622 | 166,246.21 | 53,783.32 |
| 10725-01169 | 11/10/2006 | Tomlin, Donald S | Donald S & Dorothy R Tomlin Ttee 7145 Beverly Glen Ave Las Vegas, NV 89110-4228 | 2,779,806.00 | 102,927.00 |
| 10725-02103 | 1/11/2007 | Tripp Enterprises Inc A Nevada Corp | Warren W Tripp 250 Greg St Sparks, NV 89431 | 980,535.84 | 100,000.00 |
| 10725-02105 | 1/11/2007 | Tripp Enterprises Inc Restated Profit Sharing Plan | Warren W Tripp Ttee 250 Greg St Sparks, NV 89431 | 875,670.12 | 100,000.00 |
| 10725-02104 | 1/11/2007 | Tripp, Warren W | 250 Greg St Sparks, NV 89431 | 1,183,402.50 | 100,000.00 |
| 10725-02163 | 1/12/2007 | Voglis, Marietta | 3333 Allen Prky. Unit 1102 Houston, TX 77019 | 724,292.85 | 50,000.00 |
| 10725-02040 | 1/11/2007 | Zappulla, Joseph G & Carol A | 3128 E. Blue Sage Court Gilbert, AZ 85297 | 1,409,625.48 | 50,000.00 |

# EXHIBIT A

2405721.1