# USACM Trust
# Del Valle - Livingston Loan
# Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Del Valle - Livingston Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Del Valle - Livingston Loan |
|---|---|---|---|---|---|
| 10725-01290 | 11/10/2006 | Adams, Ellen B | 2876 Forest Grove Dr. Henderson, NV 89052-6816 | Unknown | Unknown |
| 10725-01587 | 12/8/2006 | Beaulieu, Jack J Revocable Living Trust Dtd 9/1/9 | Jack J Beaulieu Trustee 2502 Palma Vista Ave Las Vegas, NV 89121 | 20,000.00 | 20,000.00 |
| 10725-01540 | 12/4/2006 | Bennett, Diane | 1019 Crooked Creek Dr Los Altos, CA 94024 | 50,000.00 | 50,000.00 |
| 10725-01250 | 11/8/2006 | Bolding, William & Carolyn | 3961 Arizona Ave Las Vegas, NV 89104 | 50,466.67 | 50,466.67 |
| 10725-00804 | 10/30/2006 | Brennan, Gary | 3496 Pueblo Way Las Vegas, NV 89109-3337 | 250,000.00 | 250,000.00 |
| 10725-02179 | 1/12/2007 | Dubary, Suzanne | 9 Levan Hills Trail Henderson, NV 89052 | 103,039.59 | 103,039.59 |
| 10725-00017-2 | 12/6/2006 | Falvai, Brenda | 1545 Sandalwood Drive Brea, CA 92821-1841 | 50,933.34 | 50,933.34 |
| 10725-01340 | 11/10/2006 | Fanelli, John J & Gina A | 27 Larch St Fitchburg, MA 01420-2009 | 200,000.00 | 200,000.00 |
| 10725-01380 | 11/13/2006 | Fanelli, Mark | 244 Prospect St Leominster, MA 01453-3004 | 100,000.00 | 100,000.00 |
| 10725-00911 | 10/31/2006 | Joyce E Smith Trust Dated 11/3/99 | C/O Joyce E Smith Trustee 3080 Red Springs Dr Las Vegas, NV 89135-1548 | 50,865.81 | 50,865.81 |

# EXHIBIT A

2405720.1

## USACM Trust
## Del Valle - Livingston Loan
## Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Del Valle - Livingston Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Del Valle - Livingston Loan |
|---|---|---|---|---|---|
| 10725-00593 | 10/16/2006 | Kantor Family Trust Dated 5/6/82 | C/O Ronald A & Ruth E Kantor Ttees<br>1921 N Beverly Dr<br>Beverly Hills, CA  90210-1612 | 369.00 | 369.00 |
| 10725-01771 | 12/13/2006 | Larson, Gary & Dolores | 544 Rolling Hills Dr<br>Mesquite, NV  89027 | 51,463.00 | 51,463.00 |
| 10725-02358 | 1/16/2007 | Linda S Reed IRA | First Savings Bank Custodian For Linda Reed<br>968 Gresham Road<br>Cadiz, KY  42211 | 156,207.34 | 78,103.67 |
| 10725-00703 | 10/24/2006 | M L & Pauline Smith Family Living Trust | C/O M L & Pauline Smith Trustees<br>3108 N Minersville Hwy<br>Cedar City, UT  84720-5407 | 3,080.05 | 3,080.05 |
| 10725-00870 | 11/1/2006 | Marston, John M & Linda S | 12441 Road 44<br>Mancos, CO  81328 | 52,298.62 | 52,298.62 |
| 10725-01379 | 11/13/2006 | Payne, Shirley | Po Box 208<br>Grass Valley, CA  95945 | 100,000.00 | 100,000.00 |
| 10728-00130 | 11/17/2006 | RDJ Investments | Richard Anderson Manager<br>7417 Oak Grove<br>Las Vegas, NV  89117 | 200,000.00 | 200,000.00 |
| 10725-00472 | 10/6/2006 | Redmon, Donald | 51 Sanlo Ln<br>Mountain Home, AR  72635 | 50,824.65 | 50,824.65 |
| 10725-02564 | 6/25/2007 | Retirement Accounts Inc CFBO Judd Robbins IRA | C/O Bradley Paul Elley, Esq.<br>120 Country Club Dr, Ste 5<br>Incline Village, NV  89451 | 25,000.00 | 25,000.00 |
| 10728-00131 | 11/17/2006 | Richard N Anderson Seperate Property Trust | Richard N Anderson Ttee<br>7417 Oak Grove<br>Las Vegas, NV  89117 | 200,000.00 | 200,000.00 |

# EXHIBIT A

2405720.1

# USACM Trust
# Del Valle - Livingston Loan
# Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Del Valle - Livingston Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Del Valle - Livingston Loan |
|---|---|---|---|---|---|
| 10725-02374 | 1/16/2007 | Rothberg, Sheila | 21 Randolph Dr<br>Dix Hills, NY  11746 | 50,000.00 | 50,000.00 |
| 10725-00592 | 10/16/2006 | Sumpolec 1989 Trust Dated 4/13/89 | C/O John Sumpolec Jr Trustee<br>2405 Howard Dr<br>Las Vegas, NV  89104-4224 | 50,000.00 | 50,000.00 |
| 10725-01554 | 12/7/2006 | Talan, Carole | 1299 Kingsbury Grade<br>Gardnerville, NV  89460 | 56,077.38 | 56,077.38 |
| 10725-01174 | 11/10/2006 | Turok, Noemi N | 8808 Rainbow Ridge Dr<br>Las Vegas, NV  89117-5815 | 150,000.00 | 150,000.00 |
| 10725-00398 | 10/2/2006 | Walls Family Trust Dtd 12/10/97 | C/O Joseph P & Ellen Walls Ttees  2778 Bedford Way Carson City, NV  89703-4618 | 200,000.00 | 200,000.00 |
| 10725-00948 | 11/2/2006 | Younger, William & Lisa K | 1746 Lake St<br>Huntington Beach, CA  92648 | 54,876.00 | 54,876.00 |

# EXHIBIT A

2405720.1

## USA Commercial Mortgage Trust
### Del Valle - Livingston Loan
### Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Del Valle - Livingston Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Del Valle - Livingston Loan |
|---|---|---|---|---|---|
| 10725-02289 | 1/12/2007 | 2001 Michael T Mcgrath Revoc Tr Dtd 12/11/01 | Michael T Mcgrath Ttee<br>66 Schanda Dr<br>Newmarket, NH 03857-2151 | 537,321.46 | 75,000.00 |
| 10725-00209 | 8/28/2006 | ACS Properties | Peter Merrifield<br>4417 48Th Ave S<br>St Petersburg, FL 33701 | 406,019.44 | 101,433.33 |
| 10725-00810 | 11/13/2006 | Adams, Ellen B | 2876 Forest Grove Dr.<br>Henderson, NV 89052-6816 | Unknown | Unknown |
| 10725-01623 | 12/8/2006 | Addes Ira, Kenneth | 100 W Broadway Apt 7V<br>Long Beach, NY 11561 | 380,878.66 | 50,000.00 |
| 10725-02366 | 1/16/2007 | Al-Awar Living Trust Dtd 4/05/01 | Adib M & Ellen A Al-Awar Ttees<br>1330 Burro Ct<br>Gardnerville, NV 89410 | 3,615,913.62 | 200,000.00 |
| 10725-02130 | 1/11/2007 | Arbogast, Suzanne L | 1005 W Buffinglon St<br>Upland, CA 91784 | 459,589.58 | 75,000.00 |
| 10725-02228 | 1/12/2007 | Barzan Family Trust Dtd 5/23/90 | John C & Rosemarie A Barzan Ttees<br>1409 Morada Dr<br>Modesto, CA 95350-0655 | 253,643.04 | 75,000.00 |
| 10725-02227 | 1/12/2007 | Barzan, Richard D & Lelia J | 7231 Langworth Rd<br>Oakdale, CA 95361 | 1,325,629.78 | 50,000.00 |
| 10725-01360 | 11/13/2006 | Berry, William Chad | 5725 Daybreak Dr Apt D<br>Mira Loma, CA 91752-5687 | 200,000.00 | 50,000.00 |
| 10725-01401 | 11/13/2006 | Cardwell Family Trust | C/O Michael J Dawson Esq<br>515 South Third St<br>Las Vegas, NV 89101 | 3,226,795.82 | 300,000.00 |

# EXHIBIT A

2405721.1

## USA Comm'l Trust
## Del Valle - Livingston Loan
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Del Valle - Livingston Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Del Valle - Livingston Loan |
|---|---|---|---|---|---|
| 10725-01601 | 12/8/2006 | Clark, Donald | 305 W Moana Ln<br>Reno, NV  89509 | 775,918.76 | 109,041.10 |
| 10725-00865 | 10/31/2006 | Daraskevius, Joseph & Ardee | 4191 Comstock Dr.<br>Lake Havasu City, AZ  86406 | 275,000.00 | 50,000.00 |
| 10725-02063 | 1/11/2007 | Dery, James D & Ann R Husband & Wife | 10 Longmeadow Ln<br>Beachwood, OH  44122 | 2,793,347.72 | 75,000.00 |
| 10725-02393 | 1/16/2007 | Donald P Clark Family Trust | Donald P Clark Ttee<br>305 W Moana Ln Ste C<br>Reno, NV  89509 | 1,118,023.12 | 112,042.03 |
| 10725-00231 | 9/25/2006 | Donald P Clark Family Trust Dtd 10/25/94 | C/O Donald P Clark Trustee<br>305 W Moana Ln<br>Reno, NV  89509-4924 | 709,011.56 | 100,000.00 |
| 10725-02282 | 1/12/2007 | Elan Reddell Revocable Trust Dtd 8/4/03 | Elan Reddell Trustee<br>6770 Hawaii Kai Dr #1006<br>Honolulu, HI  96825 | 659,407.30 | 50,000.00 |
| 10725-02382 | 1/16/2007 | Essaff Family Trust Dtd 6/18/02 | Robert & Cindy H Essaff Ttees<br>2860 Heybourne Rd<br>Minden, NV  89423 | 3,198,368.02 | 200,000.00 |
| 10725-00801 | 10/30/2006 | Freedom Properties Inc | 18695 Oceanside Ln<br>Monument, CO  80132 | 450,000.00 | 100,000.00 |
| 10725-02404 | 1/17/2007 | Freedus Jt Ten, Eric B & Linda P | 5008 Nighthawk Way<br>Oceanside, CA  92056 | 608,838.00 | 50,000.00 |
| 10725-01862 | 1/8/2007 | George W Hubbard Roth Ira | 6340 N. Calle Tregua Serena<br>Tucson, AZ  85750 | 156,125.00 | 25,000.00 |

# EXHIBIT A

2405721.1

# USA Commercial Trust
## Del Valle - Livingston Loan
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Del Valle - Livingston Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Del Valle - Livingston Loan |
|---|---|---|---|---|---|
| 10725-01541 | 12/7/2006 | Graham Family Trust Dtd 10/26/78 | Robin B & Celia Allen Graham Ttees<br>1460 Twinridge Rd<br>Santa Barbara, CA  93111-1223 | 503,808.00 | 25,000.00 |
| 10725-01936 | 1/9/2007 | Halseth Family Trust Totally Restated 4/21/00 | Daniel R & Sandra K Halseth Ttees<br>23 Molas Dr<br>Durango, CO  81301 | Unknown | Unknown |
| 10725-02042 | 1/11/2007 | Herd Family Trust Dtd 4/23/99 | C/O Allen & Marilyn Herd Ttees<br>598 Alawa Pl<br>Angels Camp, CA  95222-9768 | 606,089.02 | 50,000.00 |
| 10725-01911 | 1/10/2007 | Ingman, Marc M | 1923 La Mesa Dr<br>Santa Monica, CA  90402-2322 | 507,500.00 | 100,000.00 |
| 10725-00893 | 10/31/2006 | Joyce E Smith Trust Dated 11/3/99 | C/O Joyce E Smith Trustee<br>3080 Red Springs Dr<br>Las Vegas, NV  89135-1548 | 853,678.82 | 50,865.81 |
| 10725-01660 | 12/9/2006 | Kehl, Robert J & Ruth Ann | Janet L Chubb, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV  89501 | 12,841,680.13 | 600,000.00 |
| 10725-02326 | 1/13/2007 | L Earle Romak IRA | First Savings Bank Custodian  L Earle Romak IRA<br>Po Box 6185<br>Incline Village, NV  89450 | 2,000,000.00 | 50,000.00 |
| 10725-00687 | 10/20/2006 | Lora & Loyal Crownover Family Trust | C/O Loyal Crownover Trustee<br>2213 Plaza Del Puerto<br>Las Vegas, NV  89102-4045 | 600,000.00 | 200,000.00 |
| 10725-01035 | 11/6/2006 | Loughlin Family Trust | C/O Richard J. & Roberta L. Loughlin<br>Pmb 107 3212 Jefferson St.<br>Napa, CA 94558-3436 | 1,116,400.00 | 300,000.00 |
| 10725-01549 | 12/6/2006 | Loughlin Family Trust | C/O Richard J. & Roberta L. Loughlin<br>Pmb 107 3212 Jefferson St.<br>Napa, CA 94558-3436 | 27,000.00 | - |

# EXHIBIT A

2405721.1

# USA Commercial Mortgage
## Del Valle - Livingston Loan
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Del Valle - Livingston Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Del Valle - Livingston Loan |
|---|---|---|---|---|---|
| 10725-02219 | 1/12/2007 | Louis H & Shirley M Turner Fam Trst Dtd 9/19/97 | Louis H & Shirley M Turner Ttees 9558 Mammoth Ct Reno, NV 89521 | 304,359.74 | 50,000.00 |
| 10725-01967 | 1/10/2007 | Markwell Family Trust | Terry & Christiane Markwell Ttees 12765 Silver Wolf Rd Reno, NV 89511 | 710,494.52 | 50,000.00 |
| 10725-02037 | 1/11/2007 | Miller Trust Dated 8/13/87 | Gary I & Barbara Miller Ttees 2832 Tilden Ave Los Angeles, CA 90064 | 1,111,366.00 | 50,000.00 |
| 10725-01208 | 11/10/2006 | Monighetti, Pete | 6515 Frankie Ln Prunedale, CA 93907 | 1,509,963.55 | 50,000.00 |
| 10725-01959 | 1/10/2007 | Osherow Trust Dtd 9/11/89 | Aaron Osherow Trustee 8025 Maryland Avenue Apt 10-C Clayton, MO 63105 | 1,088,466.02 | 50,000.00 |
| 10725-02550 | 6/18/2007 | Osvaldo Zunino Living Trust Dated 12/18/98 | C/O Osvaldo Zunino Trustee 3575 Tioga Way Las Vegas, NV 89109-3340 | 620,000.00 | 100,000.00 |
| 10725-01032 | 11/6/2006 | Perrone, Nicholas | 5112 San Anselmo St Las Vegas, NV 89120 | 736,089.00 | 100,000.00 |
| 10725-01213 | 11/10/2006 | Peter Valve Company Inc | 2800 Wrondel Way Ste A Reno, NV 89502-4297 | 100,000.00 | 50,000.00 |
| 10725-01646 | 12/11/2006 | Phillips Family Trust Dtd 10/24/89 | Steve And Or Frances Phillips Trustees 2275 Schooner Circle Reno, NV 89519 | 37,500.00 | 12,500.00 |
| 10725-00844 | 11/13/2006 | Premiere Holdings Inc Defined Benefit | 10120 W. Flamingo, Suite 4-12 Las Vegas, NV 89147 | 380,000.00 | 50,000.00 |
| 10725-01277 | 11/10/2006 | Premiere Holdings Inc Defined Benefit Pen Plan & Trust | 10120 W. Flamingo, Suite 4-12 Las Vegas, NV 89147 | 380,000.00 | 50,000.00 |

# EXHIBIT A

2405721.1

# USA Commercial Trust
## Del Valle - Livingston Loan
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Del Valle - Livingston Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Del Valle - Livingston Loan |
|---|---|---|---|---|---|
| 10725-01878 | 1/8/2007 | Raggi, Dennis | Po Box 10475<br>Zephyr Cove, NV  89448 | 10,451.54 | Unknown |
| 10725-02226 | 1/12/2007 | Raggi, Dennis | Po Box 10475<br>Zephyr Cove, NV  89448 | 4,884,068.70 | 100,000.00 |
| 10725-01910 | 1/10/2007 | Rebecca A Rogers Trust Dtd 9/18/96 | Rebecca A Rogers Trustee<br>2309 Sierra Heights Dr<br>Las Vegas, NV  89134 | 548,885.18 | 50,000.00 |
| 10725-02496 | 6/4/2007 | Richard N Krupp | 101 State Pl Ste I<br>Escondido, CA  92029-1365 | 250,167.22 | 250,000.00 |
| 10725-01476 | 11/14/2006 | Robert R Lange Family Trust | Bernard Lange Trustee<br>7915 Helena Ave<br>Las Vegas, NV  89129 | 150,000.00 | 50,000.00 |
| 10725-02220 | 1/12/2007 | Rogers, James William | 78 Seal Rock Dr<br>San Francisco, CA  94121 | 613,040.12 | 100,000.00 |
| 10725-02281 | 1/12/2007 | Roisentul Family Trust | Saul & Ilene Roisentul Trustees<br>74075 Kokopelli Cir<br>Palm Desert, CA  92211-2075 | 840,536.32 | 50,000.00 |
| 10725-01214 | 11/10/2006 | Rulon, Phillip | 3310 W. Hidden Valley Dr.<br>Reno, NV 89502-9579 | 503,479.62 | 75,000.00 |
| 10725-01419 | 12/4/2006 | S&P Davis Limited Partnership | 737 Bannerman Lane<br>Fort Mill, SC  29715 | 419,981.00 | 12,500.00 |
| 10725-02218 | 1/12/2007 | Sanchez Living Trust Dtd 10/13/03 | Randy M & Sharon Sanchez Ttees<br>5713 N White Sands Rd<br>Reno, NV  89511 | 554,132.98 | 50,000.00 |
| 10725-00467 | 10/6/2006 | Sanchez, Barbara M | Po Box 90528<br>Santa Barbara, CA  93190 | Unknown | 80,000.00 |

# EXHIBIT A

2405721.1

# USACM Trust
## Del Valle - Livingston Loan
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Del Valle - Livingston Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Del Valle - Livingston Loan |
|---|---|---|---|---|---|
| 10725-02106 | 1/11/2007 | T-2 Enterprises LLC | Manager Warren W Tripp<br>250 Greg St<br>Sparks, NV 89431 | 811,713.52 | 100,000.00 |
| 10725-02107 | 1/11/2007 | T-3 Enterprises LLC | Manager Warren W Tripp<br>250 Greg St<br>Sparks, NV 89431 | 608,440.76 | 100,000.00 |
| 10725-00623 | 10/17/2006 | Thibault, Gary A & Sandra C | 4525 Dawn Peak St<br>Las Vegas, NV 89129-3235 | 105,074.00 | 1,463.00 |
| 10725-02133 | 1/11/2007 | Thompson, Wilma Jean | 12 Brewster Way<br>Redlands, CA 92373 | 200,536.74 | 50,000.00 |
| 10725-00576 | 10/13/2006 | Tischler, Hillari | 3055 East Waterman Way<br>Gilbert, AZ 85297-7622 | 166,246.21 | 53,783.32 |
| 10725-01169 | 11/10/2006 | Tomlin, Donald S | Donald S & Dorothy R Tomlin Ttee<br>7145 Beverly Glen Ave<br>Las Vegas, NV 89110-4228 | 2,779,806.00 | 102,927.00 |
| 10725-02103 | 1/11/2007 | Tripp Enterprises Inc A Nevada Corp | Warren W Tripp<br>250 Greg St<br>Sparks, NV 89431 | 980,535.84 | 100,000.00 |
| 10725-02105 | 1/11/2007 | Tripp Enterprises Inc Restated Profit Sharing Plan | Warren W Tripp Ttee<br>250 Greg St<br>Sparks, NV 89431 | 875,670.12 | 100,000.00 |
| 10725-02104 | 1/11/2007 | Tripp, Warren W | 250 Greg St<br>Sparks, NV 89431 | 1,183,402.50 | 100,000.00 |
| 10725-02163 | 1/12/2007 | Voglis, Marietta | 3333 Allen Prky. Unit 1102<br>Houston, TX 77019 | 724,292.85 | 50,000.00 |
| 10725-02040 | 1/11/2007 | Zappulla, Joseph G & Carol A | 3128 E. Blue Sage Court<br>Gilbert, AZ 85297 | 1,409,625.48 | 50,000.00 |

# EXHIBIT A

2405721.1