06-10725

To whom it may concern,

My husband & I invested money in USA Capital Diversified Trust Deed Fund, 106725 1br. We would like to put in a change of address.

Old: 2400 Tyrside St.
Henderson, NV 89044

New: 802 Baymist Ave.
Henderson, NV 89052

Dated June 20, 2011.

Thank you for changing our address.

Heidi & Michael LaBar

Heidi LaBar