USACM Trust
Mountain House
Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Mountain House Business Park Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Mountain House Business Park Loan |
|---|---|---|---|---|---|
| 10725-01768 | 12/13/2006 | Acres Corporation PSP | Annemarie Rehberger Trustee<br>PO Box 3651<br>Incline Village, NV 89450 | 50,000.00 | 50,000.00 |
| 10725-00803 | 10/30/2006 | Brennan, Gary | 3496 Pueblo Way<br>Las Vegas, NV 89109 | 234,000.00 | 234,000.00 |
| 10725-02075 | 1/11/2007 | Brock, Penny | 9942 Rio Bravo Dr<br>Reno, NV 89521-6154 | 50,000.00 | 50,000.00 |
| 10725-01861 | 1/8/2007 | Clayton, Shane W & Jennifer C | David A Colvin & Donna M Osborn<br>Marquis & Aurbach<br>10001 Park Run Dr<br>Las Vegas, NV 89145 | 50,000.00 | 50,000.00 |
| 10725-01382 | 11/13/2006 | Colhouer, Raymond | For The Benefit Of Gunner A Colhouer<br>4328 Threshold Ct<br>North Las Vegas, NV 89032-1143 | 50,000.00 | 50,000.00 |
| 10725-00125 | 8/14/2006 | Dunklee, John C IRA | 700 Flanders Rd<br>Reno, NV 89511 | 54,000.00 | 54,000.00 |
| 10725-01455 | 11/16/2006 | Dupin, William & Penny | 545 Cole Cir<br>Incline Village, NV 89451 | 50,000.00 | 50,000.00 |
| 10725-00151 | 8/14/2006 | Gassiot, Joan B IRA | **Undeliverable Address**<br>C/O American Pension Services<br>11027 S State St<br>Sandy, UT 84070 | 56,000.00 | 56,000.00 |
| 10725-00199-2 | 4/17/2007 | Gazella Teague Living Trust | Gazella Teague Ttee<br>C/O R. Scott Palmer Osb #764073<br>101 E. Broadway, Suite 200<br>Eugene, OR 97401 | 52,778.00 | 52,778.00 |
| 10725-01141 | 11/9/2006 | Godfrey Joint Tenants, William R & Cynthia | 7250 Birkland Ct<br>Las Vegas, NV 89117 | 100,000.00 | 100,000.00 |

# EXHIBIT A

2408963.1