USACM Trust
Mountain House
Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Mountain House Business Park Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Mountain House Business Park Loan |
|---|---|---|---|---|---|
| 10725-00595 | 10/16/2006 | James W & Karene K Jelf | 731 S. Houston St. Aransas Pass, TX 78336 | 50,000.00 | 50,000.00 |
| 10725-01336 | 11/13/2006 | Loftfield, James | 1532 Beech Grove Dr Las Vegas, NV 89119 | 60,000.00 | 60,000.00 |
| 10725-00885 | 11/1/2006 | Marston Family Trust Dated 8/13/93 | E Grace Marston Ttee 1184 Camano Court San Jose, CA 95122 | 51,825.95 | 51,825.95 |
| 10725-02241 | 1/12/2007 | Mcquerry Family Trust | William Mcquerry 318 Singing Brook Cir Santa Rosa, CA 95409-6483 | 102,166.66 | 102,166.66 |
| 10725-00463 | 10/6/2006 | Stimpson, Shawn A | 5799 Cathedral Peak Dr Sparks, NV 89436-1848 | 50,000.00 | 50,000.00 |
| 10725-01461 | 11/14/2006 | Wald Financial Group Inc | 249 Margo Way Pismo Beach, CA 93449-3252 | 50,516.67 | 50,516.67 |
| 10725-02409 | 1/17/2007 | Weeks, David & Janelle | 4400 Clyde Casper, WY 82609 | 53,347.72 | 53,347.72 |
| 10725-00206 | 8/15/2006 | Zalkind, Allen & Sandy | 684 Nahane Dr South Lake Tahoe, CA 96150 | 94,650.00 | 94,650.00 |

# EXHIBIT A

2408963.1