USACM Trust
Mountain House
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Mountain House Business Park Loan |
|---|---|---|---|---|---|
| 10725-01682 | 12/11/2006 | 1996 Knobel Trust Dtd 9/5/96 | C/O Anna S Knobel Trustee<br>8919 Challis Hill Ln<br>Charlotte, NC  28226-2687 | 348,006.20 | 100,012.72 |
| 10725-02289 | 12/11/2006 | 2001 Michael T Mcgrath Revoc Tr Dtd 12/11/01 | Michael T Mcgrath Ttee<br>66 Schanda Dr<br>Newmarket, NH  03857-2151 | 537,321.46 | 100,000.00 |
| 10725-01903 | 12/11/2006 | AIG Limited A Nevada Limited Partnership | 9904 Villa Granito LN<br>Granite Bay, CA  95746-6481 | 813,297.52 | 50,000.00 |
| 10725-02301 | 12/11/2006 | Anderson Fmly Trust Dtd 7/21/92 | Gary B & Barbara L Anderson Ttee<br>PO Box 699<br>Carnelian Bay, CA  96104 | 1,000,000.00 | 151,000.00 |
| 10725-01177 | 12/11/2006 | Arthur E & Thelma Kebble Family Trust Dtd 5/19/95 | C/O Arthur E & Thelma M Kebble Ttees<br>9512 Salem Hills Ct<br>Las Vegas, NV  89134-7883 | 327,563.97 | 50,090.77 |
| 10725-02431 | 12/11/2006 | Brines Revoc Fam Trust Dtd 11/5/94, Michael & Cind | Michael R & Cindy G Brines Ttees<br>4935 El Sereno Ave<br>La Crescenta, CA  91214-3018 | 771,119.58 | 50,000.00 |
| 10725-01050 | 12/11/2006 | Brooks Living Trust Dtd 6/30/97 | C/O Howard D & Doreen C Brooks Ttees<br>1894 US Highway 50 E Ste 4-344<br>Carson City, NV  89701-3202 | 300,000.00 | 50,000.00 |
| 10725-01407 | 12/11/2006 | Cardwell Charitable Trust | C/O Michael J Dawson Esq<br>515 South Third St<br>Las Vegas, NV  89101 | 1,549,493.61 | 236,000.00 |
| 10725-01401 | 12/11/2006 | Cardwell Family Trust | C/O Michael J Dawson Esq<br>515 South Third St<br>Las Vegas, NV  89101 | 3,226,795.82 | 200,000.00 |
| 10725-02146 | 12/11/2006 | Casebolt Revocable Trust Dtd 2/30/94 | Josephine Casebolt Ttee<br>201 Ada Ave Apt 46<br>Mountain View, CA  94043-4943 | 252,188.76 | 50,000.00 |

# EXHIBIT A

2409553.1