USACM Trust
Mountain House
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Mountain House Business Park Loan |
|---|---|---|---|---|---|
| 10725-02113 | 12/11/2006 | Charles B Dunn IV Trust Dtd 8/12/05 | C/O Charles B Dunn IV Trustee 17042 Norlene Way Grass Valley, CA 95949-7161 | 690,996.08 | 50,000.00 |
| 10725-02290 | 12/11/2006 | Clark, Rosanne L | 2350 High Terrance Dr Reno, NV 89509 | 305,494.48 | 50,000.00 |
| 10725-02038 | 12/11/2006 | Collins Family Trust Dated 1/29/93 | C/O Shirley M Collins Trustee 1975 Snowberry Ct Carlsbad, CA 92009-8408 | 1,760,380.48 | 50,000.00 |
| 10725-02030 | 12/11/2006 | Daniel D Newman Trust Dtd 11/1/92 | C/O Daniel D Newman Trustee 125 Elysian Dr Sedona, AZ 86336 | 1,428,037.34 | 35,000.00 |
| 10725-02267 | 12/11/2006 | Daniel Living Trust As Amended Dtd 1/9/98 | Mark A & Cathy A Daniel Ttees 20 Redonda Irvine, CA 92620-1954 | 1,119,987.66 | 100,000.00 |
| 10725-02063 | 12/11/2006 | Dery, James D & Ann R | Husband & Wife 10 Longmeadow Ln Beachwood, OH 44122 | 2,793,347.72 | 50,000.00 |
| 10725-02282 | 12/11/2006 | Elan Reddell Revocable Trust Dtd 8/4/03 | Elan Reddell Trustee 6770 Hawaii Kai Dr #1006 Honolulu, HI 96825 | 659,407.30 | 50,000.00 |
| 10725-00524 | 12/11/2006 | Fernandes, Jason D & Fiola | 4001 Oak Manor Ct Hayward, CA 94542-1445 | 151,359.38 | 58,071.84 |
| 10725-02143 | 12/11/2006 | Freedus, Michael | 2535 Lake Rd Delanson, NY 12053 | 711,624.20 | 100,000.00 |
| 10725-01972 | 12/11/2006 | Goode, James Paul IRA | C/O First Savings Bank Custodian 92-1500 Makakilo Dr Kapolei, HI 96707 | 346,669.50 | 100,000.00 |

# EXHIBIT A

2409553.1