# USACM Trust
# Mountain House
# Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Mountain House Business Park Loan |
|---|---|---|---|---|---|
| 10725-02162 | 12/11/2006 | Goodwin, Michael John | 555 Yellow Pine Rd<br>Reno, NV  89511-3714 | 1,011,076.40 | 50,000.00 |
| 10725-01863 | 12/11/2006 | Hubbard Trust Dated 7/29/1998 | C/O George W Hubbard And Carol N Hubbard Trustees<br>6340 N Calle Tregua Serena<br>Tucson, AZ  85750-0951 | 162,500.00 | 25,000.00 |
| 10725-02296 | 12/11/2006 | Jayem Family LP | 7 Paradise Valley Ct<br>Henderson, NV  89052-6706 | 265,865.00 | 18,750.00 |
| 10725-02298 | 12/11/2006 | Jayem Family LP Jacques Massa GP | 7 Paradise Valley Ct<br>Henderson, NV  89052-6706 | 936,807.81 | 75,000.00 |
| 10725-01242 | 12/11/2006 | Johnson Family Trust Dtd 2/17/98 | 20802 N Grayhawk Drive # 1035<br>Scottsdale, AZ 85255 | Unknown | Unknown |
| 10725-01575 | 12/11/2006 | Karr, Phyllis  Living Trust Dtd 8/8/05 | 825 Cooper Basin Rd<br>Prescott, AZ  86303 | 30,000.00 | 15,000.00 |
| 10725-01660 | 12/11/2006 | Kehl, Robert J & Ruth Ann | Janet L Chubb, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV  89501 | 12,841,680.13 | 520,000.00 |
| 10725-01297 | 12/11/2006 | Kiven, Norman | Andrew J Abrams Esq.<br>Sugar Friedberg & Felsenthal. LLP<br>30 N Lasalle St Ste 3000<br>Chicago, IL  60602 | 1,040,000.00 | Unknown |
| 10725-01478 | 12/11/2006 | Kiven, Norman | Andrew J Abrams Esq.<br>Sugar Friedberg & Felsenthal LLP<br>30 N Lasalle St,<br>Chicago,  IL   60602 | 96,496.00 | Unknown |
| 10725-02174 | 12/11/2006 | Lawrence H & Lorraine K Tengan Revocable Trust | Lawrence H & Lorraine K Tengan<br>504 Edgefield Ridge PL<br>Henderson, NV  89012-4543 | 506,524.90 | 56,830.62 |

# EXHIBIT A

2409553.1