USACM Trust
Mountain House
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Mountain House Business Park Loan |
|---|---|---|---|---|---|
| 10725-02273 | 12/11/2006 | Louise Teeter IRA Rollover | 5301 Beethoven Street, Suite 160<br>Los Angeles, CA 90066 | 898,523.18 | 50,000.00 |
| 10725-02178 | 12/11/2006 | Marshal Brecht Trust Dtd 2/5/86 | Marshall J & Janet L Brecht Trustees<br>640 Colonial Cir<br>Fullerton, CA 92835 | 3,418,022.00 | 200,000.00 |
| 10725-00604 | 12/11/2006 | Mcdowell, Chester R | 2715 E East Avenue Q-6<br>Palmdale, CA 93550-4147 | 527,702.18 | 100,000.00 |
| 10725-02037 | 12/11/2006 | Miller Trust Dated 8/13/87 | Gary I & Barbara Miller Ttees<br>2832 Tilden Ave<br>Los Angeles, CA 90064 | 1,111,366.00 | 50,000.00 |
| 10725-01208 | 12/11/2006 | Monighetti, Pete | 6515 Frankie Ln<br>Prunedale, CA 93907 | 1,509,963.55 | 50,000.00 |
| 10725-00221 | 12/11/2006 | Mullin, Elaine | 3115 Merrill Dr #37<br>Torrance, CA 90503 | 220,000.00 | 50,000.00 |
| 10725-01998 | 12/11/2006 | Murray Trust | C/O Aimee E Kearns Trustee<br>5886 N Bonita Vista St<br>Las Vegas, NV 89149-3911 | 729,435.88 | 160,000.00 |
| 10725-02044 | 12/11/2006 | Naylon, Dominique | Po Box 2<br>Topaz, CA 96133 | 1,168,297.62 | 100,000.00 |
| 10725-02026 | 12/11/2006 | Nevins Jt Ten, Richard & Michele | 1547 Bob Goalby LN<br>El Paso, TX 79935 | 2,798,759.62 | 140,000.00 |
| 10725-02487 | 12/11/2006 | Newby 1984 Family | Trust Dated 3/19/84<br>C/O C E Newby & Carole Newby Trustees<br>5209 Elm Grove Dr.<br>Las Vegas, NV 89130-3669 | 345,000.00 | 100,000.00 |

# EXHIBIT A

2409553.1