USACM Trust
Mountain House
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Mountain House Business Park Loan |
|---|---|---|---|---|---|
| 10725-01865 | 12/11/2006 | Oosthuizen, Adrian Jr | 5860 Lausanne Dr<br>Reno, NV 89511 | 2,711,295.30 | 100,000.00 |
| 10725-00494 | 12/11/2006 | RNR Living Trust Dtd 10/1/04 | C/O Robert & Renee Levy Trustees<br>2115 Bensley St<br>Henderson, NV 89044-0155 | 200,000.00 | 50,000.00 |
| 10725-02090 | 12/11/2006 | Robert William Ulm IRA | Pensco Trust Company Custodian<br>414 Morning Glory Rd<br>St Marys, GA 31558 | 1,415,506.00 | 75,000.00 |
| 10725-01214 | 12/11/2006 | Rulon, Phillip | 3310 W. Hidden Valley Drive<br>Reno, NV 89502-9579 | 503,479.62 | 100,000.00 |
| 10725-02149 | 12/11/2006 | Schnitzer Living Trust Dtd 10/24/91 | Arthur F & Linn S Schnitzer Ttees<br>20155 Ne 38Th Ct #1604<br>Aventura, FL 33180 | 3,549,806.80 | 100,000.00 |
| 10725-02135 | 12/11/2006 | Schoonover Family Trust Dated 2/23/04 | Edward L & Susan A Schoonover Co-Ttees<br>2841 S. Alderwood Circle<br>Mesa, AZ 85212-2930 | 269,449.00 | 50,000.00 |
| 10725-01581 | 12/11/2006 | Teeter Ira Rollover, Louise | 5301 Beethoven Street, Suite 160<br>Los Angeles, CA 90066 | 197,814.00 | 12,500.00 |
| 10725-00603 | 12/11/2006 | Teriano, Fred | Po Box 96331<br>Las Vegas, NV 89193-6331 | 165,000.00 | 40,000.00 |
| 10725-00001 | 12/11/2006 | Trujillo, Carlos A | 2818 Horseshoe Dr<br>Las Vegas, NV 89120-3338 | 240,000.00 | 120,000.00 |
| 10725-02089 | 12/11/2006 | Ulm, Robert W | 414 Morning Glory Rd<br>St Marys, GA 31558 | Contingent/ Unliquidated | Contingent/ Unliquidated |

# EXHIBIT A

2409553.1