**USACM Trust**
**Mountain House**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Mountain House Business Park Loan |
|---|---|---|---|---|---|
| 10725-01043 | 12/11/2006 | Ulm, Robert W IRA | Pensco Trust Co Inc Fbo 414 Morning Glory Rd St Marys, GA 31558 | Contingent/ Unliquidated | 75,000.00 |
| 10725-02123 | 12/11/2006 | Universal Management Inc A Nevada Corp | 8080 Harborview Rd Blaine, WA 98230 | 1,438,118.00 | 84,000.00 |
| 10725-00379 | 12/11/2006 | William & Waltruud Schneider Family Tr | 135 Clearview Drive Carson City, NV 89701-6698 | 250,000.00 | 200,000.00 |
| 10725-02278 | 12/11/2006 | Winkler, Rudolf IRA | 10000 Rossbury PL Los Angeles, CA 90064-4826 | 651,800.22 | 50,000.00 |
| 10725-01283 | 12/11/2006 | X Factor Inc | C/O Scott D Fleming Esq Hale Lane Peek Den. & How. 3930 Howard Hughes Pk Las Vegas, NV 89169 | Unknown | Unknown |
| 10728-00076 | 12/11/2006 | Younge, Richard L IRA | 6131 Sw Luradel St Portland, OR 97219-5737 | 150,000.00 | 50,000.00 |
| 10725-01952 | 12/11/2006 | Zerbo, Anthony J | 780 Saratoga Ave  Apt S-107 San Jose, CA 95129 | 1,757,710.50 | 100,000.00 |
| 10725-02028 | 12/11/2006 | Zerbo, Marshall R | 20775 Saint Joan Court Saratoga, CA 95070-3004 | 301,259.30 | 50,000.00 |

# EXHIBIT A