USACM Trust
Mountain House
Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Mountain House Business Park Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Mountain House Business Park Loan |
|---|---|---|---|---|---|
| 10725-01768 | 12/13/2006 | Acres Corporation PSP | Annemarie Rehberger Trustee<br>PO Box 3651<br>Incline Village, NV  89450 | 50,000.00 | 50,000.00 |
| 10725-00803 | 10/30/2006 | Brennan, Gary | 3496 Pueblo Way<br>Las Vegas, NV  89109 | 234,000.00 | 234,000.00 |
| 10725-02075 | 1/11/2007 | Brock, Penny | 9942 Rio Bravo Dr<br>Reno, NV  89521-6154 | 50,000.00 | 50,000.00 |
| 10725-01861 | 1/8/2007 | Clayton, Shane W & Jennifer C | David A Colvin & Donna M Osborn<br>Marquis & Aurbach<br>10001 Park Run Dr<br>Las Vegas, NV  89145 | 50,000.00 | 50,000.00 |
| 10725-01382 | 11/13/2006 | Colhouer, Raymond | For The Benefit Of Gunner A Colhouer<br>4328 Threshold Ct<br>North Las Vegas, NV  89032-1143 | 50,000.00 | 50,000.00 |
| 10725-00125 | 8/14/2006 | Dunklee, John C IRA | 700 Flanders Rd<br>Reno, NV  89511 | 54,000.00 | 54,000.00 |
| 10725-01455 | 11/16/2006 | Dupin, William & Penny | 545 Cole Cir<br>Incline Village, NV  89451 | 50,000.00 | 50,000.00 |
| 10725-00151 | 8/14/2006 | Gassiot, Joan B IRA | **Undeliverable Address**<br> C/O American Pension Services<br>11027 S State St<br>Sandy, UT 84070 | 56,000.00 | 56,000.00 |
| 10725-00199-2 | 4/17/2007 | Gazella Teague Living Trust | Gazella Teague Ttee<br>C/O R. Scott Palmer Osb #764073<br>101 E. Broadway, Suite 200<br>Eugene, OR  97401 | 52,778.00 | 52,778.00 |
| 10725-01141 | 11/9/2006 | Godfrey Joint Tenants, William R & Cynthia | 7250 Birkland Ct<br>Las Vegas, NV  89117 | 100,000.00 | 100,000.00 |

# EXHIBIT A

2408963.1

**USACM Trust**
**Mountain House**
**Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Mountain House Business Park Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Mountain House Business Park Loan |
|---|---|---|---|---|---|
| 10725-00595 | 10/16/2006 | James W & Karene K Jelf | 731 S. Houston St. Aransas Pass, TX 78336 | 50,000.00 | 50,000.00 |
| 10725-01336 | 11/13/2006 | Loftfield, James | 1532 Beech Grove Dr Las Vegas, NV 89119 | 60,000.00 | 60,000.00 |
| 10725-00885 | 11/1/2006 | Marston Family Trust Dated 8/13/93 | E Grace Marston Ttee 1184 Camano Court San Jose, CA 95122 | 51,825.95 | 51,825.95 |
| 10725-02241 | 1/12/2007 | Mcquerry Family Trust | William Mcquerry 318 Singing Brook Cir Santa Rosa, CA 95409-6483 | 102,166.66 | 102,166.66 |
| 10725-00463 | 10/6/2006 | Stimpson, Shawn A | 5799 Cathedral Peak Dr Sparks, NV 89436-1848 | 50,000.00 | 50,000.00 |
| 10725-01461 | 11/14/2006 | Wald Financial Group Inc | 249 Margo Way Pismo Beach, CA 93449-3252 | 50,516.67 | 50,516.67 |
| 10725-02409 | 1/17/2007 | Weeks, David & Janelle | 4400 Clyde Casper, WY 82609 | 53,347.72 | 53,347.72 |
| 10725-00206 | 8/15/2006 | Zalkind, Allen & Sandy | 684 Nahane Dr South Lake Tahoe, CA 96150 | 94,650.00 | 94,650.00 |

# EXHIBIT A

2408963.1

USACM Trust
Mountain House
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Mountain House Business Park Loan |
|---|---|---|---|---|---|
| 10725-01682 | 12/11/2006 | 1996 Knobel Trust Dtd 9/5/96 | C/O Anna S Knobel Trustee<br>8919 Challis Hill Ln<br>Charlotte, NC  28226-2687 | 348,006.20 | 100,012.72 |
| 10725-02289 | 12/11/2006 | 2001 Michael T Mcgrath Revoc Tr Dtd 12/11/01 | Michael T Mcgrath Ttee<br>66 Schanda Dr<br>Newmarket, NH  03857-2151 | 537,321.46 | 100,000.00 |
| 10725-01903 | 12/11/2006 | AIG Limited A Nevada Limited Partnership | 9904 Villa Granito LN<br>Granite Bay, CA  95746-6481 | 813,297.52 | 50,000.00 |
| 10725-02301 | 12/11/2006 | Anderson Fmly Trust Dtd 7/21/92 | Gary B & Barbara L Anderson Ttee<br>PO Box 699<br>Carnelian Bay, CA  96104 | 1,000,000.00 | 151,000.00 |
| 10725-01177 | 12/11/2006 | Arthur E & Thelma Kebble Family Trust Dtd 5/19/95 | C/O Arthur E & Thelma M Kebble Ttees<br>9512 Salem Hills Ct<br>Las Vegas, NV  89134-7883 | 327,563.97 | 50,090.77 |
| 10725-02431 | 12/11/2006 | Brines Revoc Fam Trust Dtd 11/5/94, Michael & Cind | Michael R & Cindy G Brines Ttees<br>4935 El Sereno Ave<br>La Crescenta, CA  91214-3018 | 771,119.58 | 50,000.00 |
| 10725-01050 | 12/11/2006 | Brooks Living Trust Dtd 6/30/97 | C/O Howard D & Doreen C Brooks Ttees<br>1894 US Highway 50 E Ste 4-344<br>Carson City, NV  89701-3202 | 300,000.00 | 50,000.00 |
| 10725-01407 | 12/11/2006 | Cardwell Charitable Trust | C/O Michael J Dawson Esq<br>515 South Third St<br>Las Vegas, NV  89101 | 1,549,493.61 | 236,000.00 |
| 10725-01401 | 12/11/2006 | Cardwell Family Trust | C/O Michael J Dawson Esq<br>515 South Third St<br>Las Vegas, NV  89101 | 3,226,795.82 | 200,000.00 |
| 10725-02146 | 12/11/2006 | Casebolt Revocable Trust Dtd 2/30/94 | Josephine Casebolt Ttee<br>201 Ada Ave Apt 46<br>Mountain View, CA  94043-4943 | 252,188.76 | 50,000.00 |

# EXHIBIT A

2409553.1

USACM Trust
Mountain House
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Mountain House Business Park Loan |
|---|---|---|---|---|---|
| 10725-02113 | 12/11/2006 | Charles B Dunn IV Trust Dtd 8/12/05 | C/O Charles B Dunn IV Trustee 17042 Norlene Way Grass Valley, CA 95949-7161 | 690,996.08 | 50,000.00 |
| 10725-02290 | 12/11/2006 | Clark, Rosanne L | 2350 High Terrance Dr Reno, NV 89509 | 305,494.48 | 50,000.00 |
| 10725-02038 | 12/11/2006 | Collins Family Trust Dated 1/29/93 | C/O Shirley M Collins Trustee 1975 Snowberry Ct Carlsbad, CA 92009-8408 | 1,760,380.48 | 50,000.00 |
| 10725-02030 | 12/11/2006 | Daniel D Newman Trust Dtd 11/1/92 | C/O Daniel D Newman Trustee 125 Elysian Dr Sedona, AZ 86336 | 1,428,037.34 | 35,000.00 |
| 10725-02267 | 12/11/2006 | Daniel Living Trust As Amended Dtd 1/9/98 | Mark A & Cathy A Daniel Ttees 20 Redonda Irvine, CA 92620-1954 | 1,119,987.66 | 100,000.00 |
| 10725-02063 | 12/11/2006 | Dery, James D & Ann R | Husband & Wife 10 Longmeadow Ln Beachwood, OH 44122 | 2,793,347.72 | 50,000.00 |
| 10725-02282 | 12/11/2006 | Elan Reddell Revocable Trust Dtd 8/4/03 | Elan Reddell Trustee 6770 Hawaii Kai Dr #1006 Honolulu, HI 96825 | 659,407.30 | 50,000.00 |
| 10725-00524 | 12/11/2006 | Fernandes, Jason D & Fiola | 4001 Oak Manor Ct Hayward, CA 94542-1445 | 151,359.38 | 58,071.84 |
| 10725-02143 | 12/11/2006 | Freedus, Michael | 2535 Lake Rd Delanson, NY 12053 | 711,624.20 | 100,000.00 |
| 10725-01972 | 12/11/2006 | Goode, James Paul IRA | C/O First Savings Bank Custodian 92-1500 Makakilo Dr Kapolei, HI 96707 | 346,669.50 | 100,000.00 |

# EXHIBIT A

2409553.1

USACM Trust
Mountain House
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Mountain House Business Park Loan |
|---|---|---|---|---|---|
| 10725-02162 | 12/11/2006 | Goodwin, Michael John | 555 Yellow Pine Rd<br>Reno, NV 89511-3714 | 1,011,076.40 | 50,000.00 |
| 10725-01863 | 12/11/2006 | Hubbard Trust Dated 7/29/1998 | C/O George W Hubbard And Carol N Hubbard Trustees<br>6340 N Calle Tregua Serena<br>Tucson, AZ 85750-0951 | 162,500.00 | 25,000.00 |
| 10725-02296 | 12/11/2006 | Jayem Family LP | 7 Paradise Valley Ct<br>Henderson, NV 89052-6706 | 265,865.00 | 18,750.00 |
| 10725-02298 | 12/11/2006 | Jayem Family LP Jacques Massa GP | 7 Paradise Valley Ct<br>Henderson, NV 89052-6706 | 936,807.81 | 75,000.00 |
| 10725-01242 | 12/11/2006 | Johnson Family Trust Dtd 2/17/98 | 20802 N Grayhawk Drive # 1035<br>Scottsdale, AZ 85255 | Unknown | Unknown |
| 10725-01575 | 12/11/2006 | Karr, Phyllis Living Trust Dtd 8/8/05 | 825 Cooper Basin Rd<br>Prescott, AZ 86303 | 30,000.00 | 15,000.00 |
| 10725-01660 | 12/11/2006 | Kehl, Robert J & Ruth Ann | Janet L Chubb, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV 89501 | 12,841,680.13 | 520,000.00 |
| 10725-01297 | 12/11/2006 | Kiven, Norman | Andrew J Abrams Esq.<br>Sugar Friedberg & Felsenthal. LLP<br>30 N Lasalle St Ste 3000<br>Chicago, IL 60602 | 1,040,000.00 | Unknown |
| 10725-01478 | 12/11/2006 | Kiven, Norman | Andrew J Abrams Esq.<br>Sugar Friedberg & Felsenthal LLP<br>30 N Lasalle St,<br>Chicago, IL 60602 | 96,496.00 | Unknown |
| 10725-02174 | 12/11/2006 | Lawrence H & Lorraine K Tengan Revocable Trust | Lawrence H & Lorraine K Tengan<br>504 Edgefield Ridge PL<br>Henderson, NV 89012-4543 | 506,524.90 | 56,830.62 |

# EXHIBIT A

2409553.1

USACM Trust
Mountain House
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Mountain House Business Park Loan |
|---|---|---|---|---|---|
| 10725-02273 | 12/11/2006 | Louise Teeter IRA Rollover | 5301 Beethoven Street, Suite 160<br>Los Angeles, CA 90066 | 898,523.18 | 50,000.00 |
| 10725-02178 | 12/11/2006 | Marshal Brecht Trust Dtd 2/5/86 | Marshall J & Janet L Brecht Trustees<br>640 Colonial Cir<br>Fullerton, CA 92835 | 3,418,022.00 | 200,000.00 |
| 10725-00604 | 12/11/2006 | Mcdowell, Chester R | 2715 E East Avenue Q-6<br>Palmdale, CA 93550-4147 | 527,702.18 | 100,000.00 |
| 10725-02037 | 12/11/2006 | Miller Trust Dated 8/13/87 | Gary I & Barbara Miller Ttees<br>2832 Tilden Ave<br>Los Angeles, CA 90064 | 1,111,366.00 | 50,000.00 |
| 10725-01208 | 12/11/2006 | Monighetti, Pete | 6515 Frankie Ln<br>Prunedale, CA 93907 | 1,509,963.55 | 50,000.00 |
| 10725-00221 | 12/11/2006 | Mullin, Elaine | 3115 Merrill Dr #37<br>Torrance, CA 90503 | 220,000.00 | 50,000.00 |
| 10725-01998 | 12/11/2006 | Murray Trust | C/O Aimee E Kearns Trustee<br>5886 N Bonita Vista St<br>Las Vegas, NV 89149-3911 | 729,435.88 | 160,000.00 |
| 10725-02044 | 12/11/2006 | Naylon, Dominique | Po Box 2<br>Topaz, CA 96133 | 1,168,297.62 | 100,000.00 |
| 10725-02026 | 12/11/2006 | Nevins Jt Ten, Richard & Michele | 1547 Bob Goalby LN<br>El Paso, TX 79935 | 2,798,759.62 | 140,000.00 |
| 10725-02487 | 12/11/2006 | Newby 1984 Family | Trust Dated 3/19/84<br>C/O C E Newby & Carole Newby Trustees<br>5209 Elm Grove Dr.<br>Las Vegas, NV 89130-3669 | 345,000.00 | 100,000.00 |

# EXHIBIT A

2409553.1

USACM Trust
Mountain House
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Mountain House Business Park Loan |
|---|---|---|---|---|---|
| 10725-01865 | 12/11/2006 | Oosthuizen, Adrian Jr | 5860 Lausanne Dr<br>Reno, NV 89511 | 2,711,295.30 | 100,000.00 |
| 10725-00494 | 12/11/2006 | RNR Living Trust Dtd 10/1/04 | C/O Robert & Renee Levy Trustees<br>2115 Bensley St<br>Henderson, NV 89044-0155 | 200,000.00 | 50,000.00 |
| 10725-02090 | 12/11/2006 | Robert William Ulm IRA | Pensco Trust Company Custodian<br>414 Morning Glory Rd<br>St Marys, GA 31558 | 1,415,506.00 | 75,000.00 |
| 10725-01214 | 12/11/2006 | Rulon, Phillip | 3310 W. Hidden Valley Drive<br>Reno, NV 89502-9579 | 503,479.62 | 100,000.00 |
| 10725-02149 | 12/11/2006 | Schnitzer Living Trust Dtd 10/24/91 | Arthur F & Linn S Schnitzer Ttees<br>20155 Ne 38Th Ct #1604<br>Aventura, FL 33180 | 3,549,806.80 | 100,000.00 |
| 10725-02135 | 12/11/2006 | Schoonover Family Trust Dated 2/23/04 | Edward L & Susan A Schoonover Co-Ttees<br>2841 S. Alderwood Circle<br>Mesa, AZ 85212-2930 | 269,449.00 | 50,000.00 |
| 10725-01581 | 12/11/2006 | Teeter Ira Rollover, Louise | 5301 Beethoven Street, Suite 160<br>Los Angeles, CA 90066 | 197,814.00 | 12,500.00 |
| 10725-00603 | 12/11/2006 | Teriano, Fred | Po Box 96331<br>Las Vegas, NV 89193-6331 | 165,000.00 | 40,000.00 |
| 10725-00001 | 12/11/2006 | Trujillo, Carlos A | 2818 Horseshoe Dr<br>Las Vegas, NV 89120-3338 | 240,000.00 | 120,000.00 |
| 10725-02089 | 12/11/2006 | Ulm, Robert W | 414 Morning Glory Rd<br>St Marys, GA 31558 | Contingent/<br>Unliquidated | Contingent/<br>Unliquidated |

# EXHIBIT A

2409553.1

USACM Trust
Mountain House
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Mountain House Business Park Loan |
|---|---|---|---|---|---|
| 10725-01043 | 12/11/2006 | Ulm, Robert W IRA | Pensco Trust Co Inc Fbo 414 Morning Glory Rd St Marys, GA 31558 | Contingent/ Unliquidated | 75,000.00 |
| 10725-02123 | 12/11/2006 | Universal Management Inc A Nevada Corp | 8080 Harborview Rd Blaine, WA 98230 | 1,438,118.00 | 84,000.00 |
| 10725-00379 | 12/11/2006 | William & Waltruud Schneider Family Tr | 135 Clearview Drive Carson City, NV 89701-6698 | 250,000.00 | 200,000.00 |
| 10725-02278 | 12/11/2006 | Winkler, Rudolf IRA | 10000 Rossbury PL Los Angeles, CA 90064-4826 | 651,800.22 | 50,000.00 |
| 10725-01283 | 12/11/2006 | X Factor Inc | C/O Scott D Fleming Esq Hale Lane Peek Den. & How. 3930 Howard Hughes Pk Las Vegas, NV 89169 | Unknown | Unknown |
| 10728-00076 | 12/11/2006 | Younge, Richard L IRA | 6131 Sw Luradel St Portland, OR 97219-5737 | 150,000.00 | 50,000.00 |
| 10725-01952 | 12/11/2006 | Zerbo, Anthony J | 780 Saratoga Ave Apt S-107 San Jose, CA 95129 | 1,757,710.50 | 100,000.00 |
| 10725-02028 | 12/11/2006 | Zerbo, Marshall R | 20775 Saint Joan Court Saratoga, CA 95070-3004 | 301,259.30 | 50,000.00 |

# EXHIBIT A

2409553.1