USACM Trust
Eagle Meadows
Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Eagle Meadows Development Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Eagle Meadows Development Loan |
|---|---|---|---|---|---|
| 10725-01766 | 12/13/2006 | Acres Corporation PSP | Annemarie Rehberger Trustee<br>PO Box 3651<br>Incline Village, NV 89450 | 50,000.00 | 50,000.00 |
| 10725-02413 | 1/18/2007 | Allen M & Dorothy H Nirenstein 1992 Rev Trust | Dtd 3/4/92 Allen & Dorothy Nirenstein Ttees<br>403 Woodland Rd<br>Kentfield, CA 94904-2635 | 204,305.56 | 102,152.78 |
| 10725-00453 | 10/5/2006 | Bakas-Halliday, Iona | Po Box 39147<br>Ft Lauderdale, FL 33339 | 50,000.00 | 50,000.00 |
| 10725-00979 | 11/3/2006 | Barashy, Nimrod | 2868 Redwood St<br>Las Vegas, NV 89146 | 101,041.67 | 101,041.67 |
| 10725-00704 | 10/24/2006 | Benjamin & Aleath Nicosia Family Trust Dtd 5/10/02 | Benjamin & Aleath Nicosia Ttees<br>15775 W Verde LN<br>Goodyear, AZ 85338-8124 | 50,000.00 | 50,000.00 |
| 10725-02065 | 1/11/2007 | Brant Trust Dated 12/22/92, Raymond F & Ann L | C/O Raymond F Brant Trustee<br>PO Box 728<br>Diablo, CA 94528 | 103,124.98 | 51,562.49 |
| 10725-01985 | 1/10/2007 | Carlton, Daniel | 6124 Kami St<br>North Las Vegas, NV 89081 | 75,000.00 | 75,000.00 |
| 10725-00461 | 10/5/2006 | Carson, Linda | Po Box 8927<br>Aspen, CO 81612 | 100,000.00 | 100,000.00 |
| 10725-00980 | 11/3/2006 | Chai 18 Trust | C/O Sam & Simha Barashy Ttees<br>P.O. Box 36703<br>Las Vegas, NV 89133 | 101,041.67 | 101,041.67 |
| 10725-01758 | 12/26/2006 | Charlotte Snopko Marital Trust Dtd 8/31/04 | Frank Snopko Ttee Stephen R Harris Esq<br>Belding Harris & Petroni Ltd<br>417 W Plumb Ln<br>Reno, NV 89509 | 175,000.00 | 175,000.00 |

# EXHIBIT A

2408963.1