USACM Trust
Eagle Meadows
Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Eagle Meadows Development Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Eagle Meadows Development Loan |
|---|---|---|---|---|---|
| 10725-01225 | 11/10/2006 | Chelew, Paul | 2855 Telegraph Ave Ste 601<br>Berkeley, CA 94705 | 120,000.00 | 120,000.00 |
| 10725-01025 | 11/6/2006 | Clendening Family Trust Dtd 10/8/2004 | John P & Doreen Clendening Ttees<br>1250 Davidson Way<br>Reno, NV 89509-3141 | 50,520.83 | 50,520.83 |
| 10728-00044 | 9/25/2006 | Daniel O & Takeko Carlton Revoc Trust Dtd 4/30/97 | C/O Daniel & Takeko Carlton Ttee<br>6124 Kami St<br>North Las Vegas, NV 89081 | 75,000.00 | 75,000.00 |
| 10725-02164 | 1/12/2007 | Daniel, Gregory Scott | 20 Redonda<br>Irvine, CA 92620 | 101,493.04 | 50,746.52 |
| 10725-00700 | 10/24/2006 | Ebaugh, Monica C | 412 Elk CIR<br>Basalt, CO 81621-8202 | 53,272.06 | 53,272.06 |
| 10725-00982 | 11/3/2006 | Emerald 18 Trust | C/O Avi Barashi Ttee<br>PO Box 36703<br>Las Vegas, NV 89133 | 101,041.67 | 101,041.67 |
| 10725-01164 | 11/9/2006 | Graham, Douglas S & Valerie L | Po Box 276<br>Cambria, CA 93428-0276 | 53,500.00 | 53,500.00 |
| 10725-00484 | 10/6/2006 | Harkins 2001 Revocable Trust Dtd 8/23/01 | Leslie & Linda Harkins Ttees<br>5360 Bellazza Court<br>Reno, NV 89519 | 50,000.00 | 50,000.00 |
| 10725-00613 | 10/16/2006 | Harkins 2001 Revocable Trust Dtd 8/23/01 | Leslie & Linda Harkins Ttees<br>5360 Bellazza Court<br>Reno, NV 89519 | 50,000.00 | 50,000.00 |
| 10725-00086 | 7/17/2006 | Hoglund, John A IRA | 740 North 78th Street<br>Seattle, WA 98103 | 104,166.39 | 104,166.39 |

# EXHIBIT A

2408963.1