USACM Trust
Eagle Meadows
Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Eagle Meadows Development Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Eagle Meadows Development Loan |
|---|---|---|---|---|---|
| 10725-00287 | 10/3/2006 | Horgan, Patrick J | Maupin Cox Legoy, Attn C Jaime Esq PO Box 30000 Reno, NV 89520 | 50,000.00 | 50,000.00 |
| 10728-00061 | 10/5/2006 | Iona Pete Bakas Halliday | Po Box 39147 Ft Lauderdale, FL 33339-9147 | 50,000.00 | 50,000.00 |
| 10725-00742 | 10/26/2006 | Marlin L & R Yvonne Wonders | 4262 E Catalina Ave. Mesa, AZ 85206 | 50,000.00 | 50,000.00 |
| 10725-00887 | 11/1/2006 | Marston Family Trust Dated 8/13/93 | E Grace Marston Ttee 1184 Camano Court San Jose, CA 95122 | 53,203.09 | 53,203.09 |
| 10725-01616 | 12/8/2006 | Mcconnell, James M IRA | 970 Fairway Blvd Incline Village, NV 89451 | 307,125.01 | 307,125.01 |
| 10725-02251 | 1/12/2007 | Mcquerry Family Trust | William L Mcquerry 318 Singing Brook CIR Santa Rosa, CA 95409 | 196,316.26 | 196,316.26 |
| 10725-01388 | 11/3/2006 | Patricia A Herrin & Terry W Royder | 9404 Mountainair Ave Las Vegas, NV 89134-6215 | 150,000.00 | 150,000.00 |
| 10725-01924 | 1/10/2007 | Sak Family Trust Dtd 12/17/04 | C/O Gregory V & Jana L Sak Ttee 2512 Skippers Cove Ave Henderson, NV 89052 | 101,826.15 | 101,826.15 |
| 10725-00978 | 11/3/2006 | Sapphire 18 Trust | C/O Nimrod Barashy Trustee 2868 Redwood St Las Vegas, NV 89146-5113 | 101,041.67 | 101,041.67 |
| 10725-01961 | 1/10/2007 | Secure Retirement Trust B | C/O Leona Apigian Trustee 13501 Muir Drive SE Monroe, WA 98272 | 101,493.04 | 50,746.52 |

# EXHIBIT A

2408963.1