USACM Trust
Eagle Meadows
Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Eagle Meadows Development Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Eagle Meadows Development Loan |
|---|---|---|---|---|---|
| 10725-00552 | 10/12/2006 | Tiano, Norman | Eagle Meadows Development Ltd<br>7070 Rock Dove St<br>Carlsbad, CA  92011-5025 | 50,000.00 | 50,000.00 |
| 10725-00553 | 10/12/2006 | Tiano, Norman | Meadow Creek Partners LLC<br>7070 Rock Dove St<br>Carlsbad, CA  92011 | 100,000.00 | 100,000.00 |
| 10725-01118 | 11/9/2006 | Wade, Marlee | 2314 Tall Timbers Ln<br>Marietta, GA  30066 | 50,000.00 | 50,000.00 |
| 10725-00399 | 10/2/2006 | Walls Family Trust Dtd 12/10/97 | C/O Joseph P & Ellen Walls Ttees<br>2778 Bedford Way<br>Carson City, NV  89703-4618 | 200,000.00 | 200,000.00 |
| 10725-01451 | 11/16/2006 | Wonders  Marlin L & R Yvonne | 4262 E Catalina Ave.<br>Mesa, AZ  85206 | 50,000.00 | 50,000.00 |

# EXHIBIT A

2408963.1