**USACM Trust**
**Eagle Meadows**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Eagle Meadows Development Loan |
|---|---|---|---|---|---|
| 10725-00153 | 8/14/2006 | APG Trust Dated 7/5/00 | C/O Alex G Gassiot Ttee<br>3710 Clover Way<br>Reno, NV  89509 | 250,260.00 | 50,000.00 |
| 10725-00204 | 8/17/2006 | APG Trust Dtd 7/5/00 | C/O Alex G Gassiot Ttee<br>3710 Clover Way<br>Reno, NV  89509 | 121,281.04 | 59,283.08 |
| 10725-01177 | 11/10/2006 | Arthur E & Thelma Kebble Family Trust Dtd 5/19/95 | C/O Arthur E & Thelma M Kebble Ttees<br>9512 Salem Hills Ct<br>Las Vegas, NV  89134-7883 | 327,563.97 | 53,213.93 |
| 10725-00089 | 8/6/2006 | Augustine Tuffanelli Family Trust | Augustine Tuffanelli Ttee<br>C/O Thomas R Brooksbank<br>210 West Liberty Street<br>Suite 1, Box 3479<br>Reno, NV 89501 | 250,000.00 | 50,000.00 |
| 10725-01626 | 12/8/2006 | Aylene Geringer & Mark Zipkin | 420 Weiby Avenue<br>Silverton, OR  97381 | 20,425.79 | 8,790.29 |
| 10725-01155 | 11/9/2006 | Brauer, Nancy IRA | 2222 Albion St<br>Denver, CO  80207-3708 | 90,998.45 | 50,000.00 |
| 10725-00861 | 11/13/2006 | Charlotte Snopko Marital Trust Dtd 8/31/04 | Frank Snopko Ttee<br>Stephen R Harris Esq Belding Harris & Petroni Ltd<br>417 W Plumb Lane<br>Reno, NV  89509 | 100,000.00 | Unknown |
| 10725-02261 | 1/12/2007 | Cibb Inc Pension Plan | Ronald A Johnson Ttee<br>50 Snider Way<br>Sparks, NV  89431 | 405,600.00 | 50,000.00 |
| 10725-02190 | 1/12/2007 | Colborn Revocable Living Trust Dtd 8/6/90 | Larry E & Loretta A Colborn Ttees<br>1127 Broken Wagon Trail<br>Dewey, AZ  86327 | 488,408.12 | 50,000.00 |
| 10725-00092 | 8/9/2006 | Corison, James | 1427 Kearney Street<br>St. Helena, CA  94574 | 1,023,000.00 | 50,000.00 |

# EXHIBIT A

2408977.1