USACM Trust
Eagle Meadows
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Eagle Meadows Development Loan |
|---|---|---|---|---|---|
| 10725-00212 | 8/24/2006 | Cowan, Melanie | 10794 Grande Palladium Way<br>Boynton Beach, FL 33436 | 100,000.00 | 50,000.00 |
| 10725-01728 | 12/11/2006 | Craig Family Trust Dtd 8/10/00 | Howard L & Frankye D Craig Ttees<br>1735 Caughliln Creek Rd<br>Reno, NV 89519 | 200,000.00 | 100,000.00 |
| 10725-02307 | 1/13/2007 | D G Menchetti Ltd Pension Plan | C/O D G Menchetti Trustee<br>PO Box 7100<br>Incline Village, NV 89452-7100 | 280,000.00 | 125,000.00 |
| 10725-02267 | 1/12/2007 | Daniel Living Trust As Amended Dtd 1/9/98 | Mark A & Cathy A Daniel Ttees<br>20 Redonda<br>Irvine, CA 92620-1954 | 1,119,987.66 | 100,000.00 |
| 10725-02063 | 1/11/2007 | Dery, James D & Ann R Husband & Wife | 10 Longmeadow Ln<br>Beachwood, OH 44122 | 2,793,347.72 | 50,000.00 |
| 10725-02382 | 1/16/2007 | Essaff Family Trust Dtd 6/18/02 | Robert & Cindy H Essaff Ttees<br>2860 Heybourne Rd<br>Minden, NV 89423 | 3,198,368.02 | 200,000.00 |
| 10725-00500 | 10/9/2006 | Everett H Johnston Family Trust Dtd 1/24/90 | C/O Everett H Johnston Trustee<br>PO Box 3605<br>Incline Village, NV 89450-3605 | 668,305.12 | 200,000.00 |
| 10728-00060 | 10/5/2006 | Evo E & Billie D Zepponi Family Trust Agt Dt 2/9/9 | C/O Evo & Billie Zepponi Ttee<br>14385 W Morning Star Trail<br>Surprise, AZ 85374-3816 | 3,691.66 | 486.11 |
| 10725-01884 | 1/8/2007 | Fallon, Thomas | Usaid Thailand<br>Apo AP 96546 | 216,214.60 | 54,152.69 |
| 10725-00525 | 10/10/2006 | Fernandes, Melissa | 4001 Oak Manor Ct<br>Hayward, CA 94542 | 116,143.68 | 58,071.84 |

# EXHIBIT A

2408977.1