# USACM Trust
# Eagle Meadows
# Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Eagle Meadows Development Loan |
|---|---|---|---|---|---|
| 10725-02277 | 1/12/2007 | Gale Gladstone-Katz Revocable Trust | Jan Logan, Trustee<br>8405 Mill Station Road<br>Sebastopol, CA  95472 | 1,354,118.10 | 80,000.00 |
| 10725-01862 | 1/8/2007 | George W Hubbard Roth IRA | 6340 N. Calle Tregua Serena<br>Tucson, AZ  85750 | 156,125.00 | 32,500.00 |
| 10725-01964 | 1/10/2007 | Gold Plated LLC | C/O Dwight W Harouff Manager<br>5680 Ruffian St<br>Las Vegas, NV  89149-1261 | 1,505,718.54 | 100,000.00 |
| 10725-01743 | 12/7/2006 | Goodness Living Trust Dtd 6/28/00 | C/O Rachelle A Goodness Ttee<br>3985 Lake Placid Dr<br>Reno, NV  89511-6780 | 100,000.00 | 50,000.00 |
| 10725-02155 | 1/12/2007 | Gunning, Toby | 7245 Brockway Ct<br>Reno, NV  89523 | 291,199.86 | 50,000.00 |
| 10725-02285 | 1/12/2007 | Handal, John A M  IRA | First Savings Bank Custodian For<br>3575 Siskiyou CT<br>Hayward, CA  94542 | 507,345.84 | 100,000.00 |
| 10725-01105 | 11/6/2006 | Hansen, Terry | Po Box 458<br>Sparks, NV  89432 | 105,000.00 | 55,000.00 |
| 10725-01963 | 1/10/2007 | Harouff Charitable Remainder Trust Dtd 9/5/96 | Dwight W & Mary Ann Harouff Ttees<br>5680 Ruffian Rd<br>Las Vegas, NV  89149 | 568,181.96 | 130,000.00 |
| 10725-00442 | 10/5/2006 | Heinbaugh, Judith | 503 Fairview Blvd.<br>Incline Village, NV  89451-8930 | 175,000.00 | 75,000.00 |
| 10725-02099 | 1/11/2007 | Janis  Living Trust Dtd 2/3/99, Janice | C/O Janice Janis Ttee<br>406 Pearl St<br>Boulder, CO  80302-4931 | 405,912.48 | 50,000.00 |

# EXHIBIT A

2408977.1