USACM Trust
Eagle Meadows
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Eagle Meadows Development Loan |
|---|---|---|---|---|---|
| 10725-00154 | 8/14/2006 | Joan B Gassiot Trust 1987 Dtd 8/7/87 | Joan B Gassiot<br>4050 Bitter Creek Ct<br>Reno, NV 89509-0609 | 152,000.00 | 50,000.00 |
| 10725-02327 | 1/13/2007 | John L Wade Trust Dtd 5/8/01 | C/O John L Wade Trustee<br>881 Lake Country Dr<br>Incline Village, NV 89451-9042 | 1,500,000.00 | 200,000.00 |
| 10725-02127 | 1/11/2007 | Johnson, Phyllis | C/O Ron Johnson<br>Po Box 27<br>Reno, NV 89504 | 202,800.00 | 50,000.00 |
| 10725-02262 | 1/12/2007 | Johnson, Phyllis | C/O Ron Johnson<br>PO Box 27<br>Reno, NV 89504 | 202,800.00 | 50,000.00 |
| 10725-02126 | 1/11/2007 | Johnson, Ronald A & Marilyn | 50 Snider Way<br>Sparks, NV 89431-6308 | 304,200.00 | 50,000.00 |
| 10725-01715 | 12/11/2006 | Kehl Development Corporation | Janet L Chubb, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV 89501 | 1,561,365.75 | 400,000.00 |
| 10725-01660 | 12/9/2006 | Kehl, Robert J & Ruth Ann | Janet L Chubb, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV 89501 | 12,841,680.13 | 1,000,000.00 |
| 10725-02177 | 1/12/2007 | Klay Living Trust Dtd 7/11/90 | Othmar & Christine Klay Ttees<br>5530 Lausanne Dr<br>Reno, NV 89511 | 708,473.90 | 50,000.00 |
| 10725-01967 | 1/10/2007 | Markwell Family Trust | Terry & Christiane Markwell Ttees<br>12765 Silver Wolf Rd<br>Reno, NV 89511 | 710,494.52 | 50,000.00 |
| 10725-01968 | 1/10/2007 | Markwell, Monique | 100 North Arlington Ave #9H<br>Reno, NV 89501 | 202,384.90 | 50,000.00 |

# EXHIBIT A

2408977.1