USACM Trust
Eagle Meadows
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Eagle Meadows Development Loan |
|---|---|---|---|---|---|
| 10725-01633 | 12/8/2006 | Philip Higerd Family Trust Dtd 5/30/03 | C/O Philip C Higerd Trustee<br>Po Box 2535<br>Mammoth Lakes, CA  93546-2535 | 250,000.00 | 200,000.00 |
| 10725-02097 | 1/11/2007 | RGF Revocable Trust | Robert G Fuller Ttee<br>5172 English Daisy Way<br>Las Vegas, NV  89142 | 487,047.24 | 50,000.00 |
| 10725-00245 | 9/26/2006 | Robert H & Lynn R Perlman Trust Dated 9/17/92 | C/O Robert H & Lynn R Perlman Ttees<br>2877 Paradise Rd Unit 3501<br>Las Vegas, NV  89109-5278 | 1,187,000.00 | 50,000.00 |
| 10725-02090 | 1/11/2007 | Robert William Ulm IRA | Pensco Trust Company Custodian<br>414 Morning Glory Rd<br>St Marys, GA  31558 | 1,415,506.00 | 50,000.00 |
| 10725-02149 | 1/12/2007 | Schnitzer Living Trust Dtd 10/24/91 | Arthur F & Linn S Schnitzer Ttees<br>20155 NE 38Th Ct, #1604<br>Aventura, FL  33180 | 3,549,806.80 | 100,000.00 |
| 10725-00528 | 10/10/2006 | Sonnenklar, Herbert & Norma R | 2501 Poinciana Dr<br>Weston, FL  33327-1415 | 170,789.00 | 75,000.00 |
| 10725-01893 | 1/8/2007 | Stevenson Pension Trust Dtd 1/7/94 | C/O Bert A Stevenson Trustee<br>10 Pine Ln<br>Lakeside, OR  97449-8664 | Unknown | Unknown |
| 10725-01894 | 1/8/2007 | Stevenson, Bert | 500 N Estrella Pkwy B2-405<br>Goodyear, AZ  85338 | 1,101,205.82 | 222,500.00 |
| 10725-01969 | 1/10/2007 | Terry Markwell Profit Sharing Plan & Trust | Terry Markwell Ttee<br>12765 Silver Wolf Rd<br>Reno NV  89511 | 807,706.42 | 75,000.00 |
| 10725-00623 | 10/17/2006 | Thibault, Gary A & Sandra C | 4525 Dawn Peak St<br>Las Vegas, NV  89129-3235 | 105,074.00 | 492.00 |

# EXHIBIT A

2408977.1