## USACM Trust
## Eagle Meadows
## Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Eagle Meadows Development Loan |
|---|---|---|---|---|---|
| 10725-01169 | 11/10/2006 | Tomlin, Donald S | Donald S & Dorothy R Tomlin Ttee<br>7145 Beverly Glen Ave<br>Las Vegas, NV  89110-4228 | 2,779,806.00 | 102,400.00 |
| 10725-02416 | 1/22/2007 | Topp, Gerry | Po Box 3008<br>Grass Valley, CA  95945 | 521,406.20 | 50,000.00 |
| 10725-00639 | 10/19/2006 | Ventura, Roy | American Embassy Jakarta  Unit 8135<br>Usaid FPO AP  96520 | 155,828.26 | 50,000.00 |
| 10725-00638 | 10/19/2006 | Ventura, Roy R & Nancy B | American Embassy Jakarta  Unit 8135<br>Usaid FPO AP  96520 | 155,828.26 | 50,000.00 |
| 10725-01885 | 1/8/2007 | Violet, Melody J | Po Box 2201<br>Vista, CA  92085 | Contingent/ Unliquidated | Contingent/ Unliquidated |
| 10725-00148 | 8/15/2006 | Welcher, Andrew | C/O William E Winfield Esq<br>Nordman Cormany Hair & Compton LLP<br>1000 Town Center Drive, 6th Floor<br>Oxnard, CA  93030 | Contingent/ Unliquidated | Contingent/ Unliquidated |
| 10725-00950 | 11/2/2006 | Woody Contracting Inc | 63210 Mckenzie LN<br>Summerville, OR  97876 | 330,750.00 | 100,000.00 |
| 10725-02309 | 1/13/2007 | World Links Group LLC | C/O Leo G Mantas<br>7440 S Blackhawk St. #12208<br>Englewood, CO  80112 | 396,000.00 | 50,000.00 |
| 10725-01283 | 11/10/2006 | X Factor Inc | 4012 South Rainbow Blvd.<br>Suite D92<br>Las Vegas, NV  89103-2010 | Unknown | Unknown |
| 10725-00961 | 11/1/2006 | Yerushalmi, Mazal | 8904 Greensboro Ln<br>Las Vegas, NV  89134-0502 | 314,598.00 | 150,000.00 |

# EXHIBIT A

2408977.1