**USACM Trust**
**Eagle Meadows**
**Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Eagle Meadows Development Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Eagle Meadows Development Loan |
|---|---|---|---|---|---|
| 10725-01766 | 12/13/2006 | Acres Corporation PSP | Annemarie Rehberger Trustee PO Box 3651 Incline Village, NV  89450 | 50,000.00 | 50,000.00 |
| 10725-02413 | 1/18/2007 | Allen M & Dorothy H Nirenstein 1992 Rev Trust | Dtd 3/4/92 Allen & Dorothy Nirenstein Ttees 403 Woodland Rd Kentfield, CA  94904-2635 | 204,305.56 | 102,152.78 |
| 10725-00453 | 10/5/2006 | Bakas-Halliday, Iona | Po Box 39147 Ft Lauderdale, FL  33339 | 50,000.00 | 50,000.00 |
| 10725-00979 | 11/3/2006 | Barashy, Nimrod | 2868 Redwood St Las Vegas, NV  89146 | 101,041.67 | 101,041.67 |
| 10725-00704 | 10/24/2006 | Benjamin & Aleath Nicosia Family Trust Dtd 5/10/02 | Benjamin & Aleath Nicosia Ttees 15775 W Verde LN Goodyear, AZ  85338-8124 | 50,000.00 | 50,000.00 |
| 10725-02065 | 1/11/2007 | Brant Trust Dated 12/22/92, Raymond F & Ann L | C/O Raymond F Brant Trustee PO Box 728 Diablo, CA  94528 | 103,124.98 | 51,562.49 |
| 10725-01985 | 1/10/2007 | Carlton, Daniel | 6124 Kami St North Las Vegas, NV  89081 | 75,000.00 | 75,000.00 |
| 10725-00461 | 10/5/2006 | Carson, Linda | Po Box 8927 Aspen, CO  81612 | 100,000.00 | 100,000.00 |
| 10725-00980 | 11/3/2006 | Chai 18 Trust | C/O Sam & Simha Barashy Ttees P.O. Box 36703 Las Vegas, NV 89133 | 101,041.67 | 101,041.67 |
| 10725-01758 | 12/26/2006 | Charlotte Snopko Marital Trust Dtd 8/31/04 | Frank Snopko Ttee Stephen R Harris Esq Belding Harris & Petroni Ltd 417 W Plumb Ln Reno, NV  89509 | 175,000.00 | 175,000.00 |

# EXHIBIT A

2408963.1

**USACM Trust**
**Eagle Meadows**
**Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Eagle Meadows Development Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Eagle Meadows Development Loan |
|---|---|---|---|---|---|
| 10725-01225 | 11/10/2006 | Chelew, Paul | 2855 Telegraph Ave  Ste 601<br>Berkeley, CA  94705 | 120,000.00 | 120,000.00 |
| 10725-01025 | 11/6/2006 | Clendening Family Trust Dtd 10/8/2004 | John P & Doreen Clendening Ttees<br>1250 Davidson Way<br>Reno, NV  89509-3141 | 50,520.83 | 50,520.83 |
| 10728-00044 | 9/25/2006 | Daniel O & Takeko Carlton Revoc Trust Dtd 4/30/97 | C/O Daniel & Takeko Carlton Ttee<br>6124 Kami St<br>North Las Vegas, NV  89081 | 75,000.00 | 75,000.00 |
| 10725-02164 | 1/12/2007 | Daniel, Gregory Scott | 20 Redonda<br>Irvine, CA  92620 | 101,493.04 | 50,746.52 |
| 10725-00700 | 10/24/2006 | Ebaugh, Monica C | 412 Elk CIR<br>Basalt, CO  81621-8202 | 53,272.06 | 53,272.06 |
| 10725-00982 | 11/3/2006 | Emerald 18 Trust | C/O Avi Barashi Ttee<br>PO Box 36703<br>Las Vegas, NV 89133 | 101,041.67 | 101,041.67 |
| 10725-01164 | 11/9/2006 | Graham, Douglas S & Valerie L | Po Box 276<br>Cambria, CA  93428-0276 | 53,500.00 | 53,500.00 |
| 10725-00484 | 10/6/2006 | Harkins 2001 Revocable Trust Dtd 8/23/01 | Leslie & Linda Harkins Ttees<br>5360 Bellazza Court<br>Reno, NV  89519 | 50,000.00 | 50,000.00 |
| 10725-00613 | 10/16/2006 | Harkins 2001 Revocable Trust Dtd 8/23/01 | Leslie & Linda Harkins Ttees<br>5360 Bellazza Court<br>Reno, NV  89519 | 50,000.00 | 50,000.00 |
| 10725-00086 | 7/17/2006 | Hoglund, John A IRA | 740 North 78th Street<br>Seattle, WA 98103 | 104,166.39 | 104,166.39 |

# EXHIBIT A

2408963.1

**USACM Trust**
**Eagle Meadows**
**Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Eagle Meadows Development Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Eagle Meadows Development Loan |
|---|---|---|---|---|---|
| 10725-00287 | 10/3/2006 | Horgan, Patrick J | Maupin Cox Legoy, Attn  C Jaime Esq<br>PO Box 30000<br>Reno, NV  89520 | 50,000.00 | 50,000.00 |
| 10728-00061 | 10/5/2006 | Iona Pete Bakas Halliday | Po Box 39147<br>Ft Lauderdale, FL  33339-9147 | 50,000.00 | 50,000.00 |
| 10725-00742 | 10/26/2006 | Marlin L & R Yvonne Wonders | 4262 E Catalina Ave.<br>Mesa, AZ  85206 | 50,000.00 | 50,000.00 |
| 10725-00887 | 11/1/2006 | Marston Family Trust Dated 8/13/93 | E Grace Marston Ttee<br>1184 Camano Court<br>San Jose, CA  95122 | 53,203.09 | 53,203.09 |
| 10725-01616 | 12/8/2006 | Mcconnell, James M IRA | 970 Fairway Blvd<br>Incline Village, NV  89451 | 307,125.01 | 307,125.01 |
| 10725-02251 | 1/12/2007 | Mcquerry Family Trust | William L Mcquerry<br>318 Singing Brook CIR<br>Santa Rosa, CA  95409 | 196,316.26 | 196,316.26 |
| 10725-01388 | 11/3/2006 | Patricia A Herrin & Terry W Royder | 9404 Mountainair Ave<br>Las Vegas, NV  89134-6215 | 150,000.00 | 150,000.00 |
| 10725-01924 | 1/10/2007 | Sak  Family Trust Dtd 12/17/04 | C/O Gregory V & Jana L Sak Ttee<br>2512 Skippers Cove Ave<br>Henderson, NV  89052 | 101,826.15 | 101,826.15 |
| 10725-00978 | 11/3/2006 | Sapphire 18 Trust | C/O Nimrod Barashy Trustee<br>2868 Redwood St<br>Las Vegas, NV  89146-5113 | 101,041.67 | 101,041.67 |
| 10725-01961 | 1/10/2007 | Secure Retirement Trust B | C/O Leona Apigian Trustee<br>13501 Muir Drive SE<br>Monroe, WA  98272 | 101,493.04 | 50,746.52 |

# EXHIBIT A

2408963.1

**USACM Trust**
**Eagle Meadows**
**Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount Relating to the Eagle Meadows Development Loan | Approximate Amount Subject to Objection Because it Relates to an Investment In the Eagle Meadows Development Loan |
|---|---|---|---|---|---|
| 10725-00552 | 10/12/2006 | Tiano, Norman | Eagle Meadows Development Ltd 7070 Rock Dove St Carlsbad, CA 92011-5025 | 50,000.00 | 50,000.00 |
| 10725-00553 | 10/12/2006 | Tiano, Norman | Meadow Creek Partners LLC 7070 Rock Dove St Carlsbad, CA 92011 | 100,000.00 | 100,000.00 |
| 10725-01118 | 11/9/2006 | Wade, Marlee | 2314 Tall Timbers Ln Marietta, GA 30066 | 50,000.00 | 50,000.00 |
| 10725-00399 | 10/2/2006 | Walls Family Trust Dtd 12/10/97 | C/O Joseph P & Ellen Walls Ttees 2778 Bedford Way Carson City, NV 89703-4618 | 200,000.00 | 200,000.00 |
| 10725-01451 | 11/16/2006 | Wonders  Marlin L & R Yvonne | 4262 E Catalina Ave. Mesa, AZ 85206 | 50,000.00 | 50,000.00 |

# EXHIBIT A

2408963.1

**USACM Trust**
**Eagle Meadows**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Eagle Meadows Development Loan |
|---|---|---|---|---|---|
| 10725-00153 | 8/14/2006 | APG Trust Dated 7/5/00 | C/O Alex G Gassiot Ttee 3710 Clover Way Reno, NV 89509 | 250,260.00 | 50,000.00 |
| 10725-00204 | 8/17/2006 | APG Trust Dtd 7/5/00 | C/O Alex G Gassiot Ttee 3710 Clover Way Reno, NV 89509 | 121,281.04 | 59,283.08 |
| 10725-01177 | 11/10/2006 | Arthur E & Thelma Kebble Family Trust Dtd 5/19/95 | C/O Arthur E & Thelma M Kebble Ttees 9512 Salem Hills Ct Las Vegas, NV 89134-7883 | 327,563.97 | 53,213.93 |
| 10725-00089 | 8/6/2006 | Augustine Tuffanelli Family Trust | Augustine Tuffanelli Ttee C/O Thomas R Brooksbank 210 West Liberty Street Suite 1, Box 3479 Reno, NV 89501 | 250,000.00 | 50,000.00 |
| 10725-01626 | 12/8/2006 | Aylene Geringer & Mark Zipkin | 420 Weiby Avenue Silverton, OR 97381 | 20,425.79 | 8,790.29 |
| 10725-01155 | 11/9/2006 | Brauer, Nancy IRA | 2222 Albion St Denver, CO 80207-3708 | 90,998.45 | 50,000.00 |
| 10725-00861 | 11/13/2006 | Charlotte Snopko Marital Trust Dtd 8/31/04 | Frank Snopko Ttee Stephen R Harris Esq Belding Harris & Petroni Ltd 417 W Plumb Lane Reno, NV 89509 | 100,000.00 | Unknown |
| 10725-02261 | 1/12/2007 | Cibb Inc Pension Plan | Ronald A Johnson Ttee 50 Snider Way Sparks, NV 89431 | 405,600.00 | 50,000.00 |
| 10725-02190 | 1/12/2007 | Colborn Revocable Living Trust Dtd 8/6/90 | Larry E & Loretta A Colborn Ttees 1127 Broken Wagon Trail Dewey, AZ 86327 | 488,408.12 | 50,000.00 |
| 10725-00092 | 8/9/2006 | Corison, James | 1427 Kearney Street St. Helena, CA 94574 | 1,023,000.00 | 50,000.00 |

# EXHIBIT A

**USACM Trust**
**Eagle Meadows**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Eagle Meadows Development Loan |
|---|---|---|---|---|---|
| 10725-00212 | 8/24/2006 | Cowan, Melanie | 10794 Grande Palladium Way<br>Boynton Beach, FL  33436 | 100,000.00 | 50,000.00 |
| 10725-01728 | 12/11/2006 | Craig Family Trust Dtd 8/10/00 | Howard L & Frankye D Craig Ttees<br>1735 Caughliln Creek Rd<br>Reno, NV  89519 | 200,000.00 | 100,000.00 |
| 10725-02307 | 1/13/2007 | D G Menchetti Ltd Pension Plan | C/O D G Menchetti Trustee<br>PO Box 7100<br>Incline Village, NV  89452-7100 | 280,000.00 | 125,000.00 |
| 10725-02267 | 1/12/2007 | Daniel Living Trust As Amended Dtd 1/9/98 | Mark A & Cathy A Daniel Ttees<br>20 Redonda<br>Irvine, CA  92620-1954 | 1,119,987.66 | 100,000.00 |
| 10725-02063 | 1/11/2007 | Dery, James D & Ann R Husband & Wife | 10 Longmeadow Ln<br>Beachwood, OH  44122 | 2,793,347.72 | 50,000.00 |
| 10725-02382 | 1/16/2007 | Essaff Family Trust Dtd 6/18/02 | Robert & Cindy H Essaff Ttees<br>2860 Heybourne Rd<br>Minden, NV  89423 | 3,198,368.02 | 200,000.00 |
| 10725-00500 | 10/9/2006 | Everett H Johnston Family Trust Dtd 1/24/90 | C/O Everett H Johnston Trustee<br>PO Box 3605<br>Incline Village, NV  89450-3605 | 668,305.12 | 200,000.00 |
| 10728-00060 | 10/5/2006 | Evo E & Billie D Zepponi Family Trust Agt Dt 2/9/9 | C/O Evo & Billie Zepponi Ttee<br>14385 W Morning Star Trail<br>Surprise, AZ  85374-3816 | 3,691.66 | 486.11 |
| 10725-01884 | 1/8/2007 | Fallon, Thomas | Usaid Thailand<br>Apo AP 96546 | 216,214.60 | 54,152.69 |
| 10725-00525 | 10/10/2006 | Fernandes, Melissa | 4001 Oak Manor Ct<br>Hayward, CA  94542 | 116,143.68 | 58,071.84 |

# EXHIBIT A

**USACM Trust**
**Eagle Meadows**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Eagle Meadows Development Loan |
|---|---|---|---|---|---|
| 10725-02277 | 1/12/2007 | Gale Gladstone-Katz Revocable Trust | Jan Logan, Trustee 8405 Mill Station Road Sebastopol, CA 95472 | 1,354,118.10 | 80,000.00 |
| 10725-01862 | 1/8/2007 | George W Hubbard Roth IRA | 6340 N. Calle Tregua Serena Tucson, AZ 85750 | 156,125.00 | 32,500.00 |
| 10725-01964 | 1/10/2007 | Gold Plated LLC | C/O Dwight W Harouff Manager 5680 Ruffian St Las Vegas, NV 89149-1261 | 1,505,718.54 | 100,000.00 |
| 10725-01743 | 12/7/2006 | Goodness Living Trust Dtd 6/28/00 | C/O Rachelle A Goodness Ttee 3985 Lake Placid Dr Reno, NV 89511-6780 | 100,000.00 | 50,000.00 |
| 10725-02155 | 1/12/2007 | Gunning, Toby | 7245 Brockway Ct Reno, NV 89523 | 291,199.86 | 50,000.00 |
| 10725-02285 | 1/12/2007 | Handal, John A M  IRA | First Savings Bank Custodian For 3575 Siskiyou CT Hayward, CA 94542 | 507,345.84 | 100,000.00 |
| 10725-01105 | 11/6/2006 | Hansen, Terry | Po Box 458 Sparks, NV 89432 | 105,000.00 | 55,000.00 |
| 10725-01963 | 1/10/2007 | Harouff Charitable Remainder Trust Dtd 9/5/96 | Dwight W & Mary Ann Harouff Ttees 5680 Ruffian Rd Las Vegas, NV 89149 | 568,181.96 | 130,000.00 |
| 10725-00442 | 10/5/2006 | Heinbaugh, Judith | 503 Fairview Blvd. Incline Village, NV 89451-8930 | 175,000.00 | 75,000.00 |
| 10725-02099 | 1/11/2007 | Janis  Living Trust Dtd 2/3/99, Janice | C/O Janice Janis Ttee 406 Pearl St Boulder, CO 80302-4931 | 405,912.48 | 50,000.00 |

# EXHIBIT A

**USACM Trust**
**Eagle Meadows**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Eagle Meadows Development Loan |
|---|---|---|---|---|---|
| 10725-00154 | 8/14/2006 | Joan B Gassiot Trust 1987 Dtd 8/7/87 | Joan B Gassiot 4050 Bitter Creek Ct Reno, NV  89509-0609 | 152,000.00 | 50,000.00 |
| 10725-02327 | 1/13/2007 | John L Wade Trust Dtd 5/8/01 | C/O John L Wade Trustee 881 Lake Country Dr Incline Village, NV  89451-9042 | 1,500,000.00 | 200,000.00 |
| 10725-02127 | 1/11/2007 | Johnson, Phyllis | C/O Ron Johnson Po Box 27 Reno, NV  89504 | 202,800.00 | 50,000.00 |
| 10725-02262 | 1/12/2007 | Johnson, Phyllis | C/O Ron Johnson PO Box 27 Reno, NV  89504 | 202,800.00 | 50,000.00 |
| 10725-02126 | 1/11/2007 | Johnson, Ronald A & Marilyn | 50 Snider Way Sparks, NV  89431-6308 | 304,200.00 | 50,000.00 |
| 10725-01715 | 12/11/2006 | Kehl Development Corporation | Janet L Chubb, Atty. At Law Armstrong Teasdale LLP 50 W. Liberty, Suite 950 Reno, NV  89501 | 1,561,365.75 | 400,000.00 |
| 10725-01660 | 12/9/2006 | Kehl, Robert J & Ruth Ann | Janet L Chubb, Atty. At Law Armstrong Teasdale LLP 50 W. Liberty, Suite 950 Reno, NV  89501 | 12,841,680.13 | 1,000,000.00 |
| 10725-02177 | 1/12/2007 | Klay Living Trust Dtd 7/11/90 | Othmar & Christine Klay Ttees 5530 Lausanne Dr Reno, NV  89511 | 708,473.90 | 50,000.00 |
| 10725-01967 | 1/10/2007 | Markwell Family Trust | Terry & Christiane Markwell Ttees 12765 Silver Wolf Rd Reno, NV  89511 | 710,494.52 | 50,000.00 |
| 10725-01968 | 1/10/2007 | Markwell, Monique | 100 North Arlington Ave  #9H Reno, NV  89501 | 202,384.90 | 50,000.00 |

# EXHIBIT A

2408977.1

**USACM Trust**
**Eagle Meadows**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Eagle Meadows Development Loan |
|---|---|---|---|---|---|
| 10725-02178 | 1/12/2007 | Marshal Brecht Trust Dtd 2/5/86 | Marshall J & Janet L Brecht Trustees 640 Colonial CIR Fullerton, CA  92835 | 3,418,022.00 | 100,000.00 |
| 10725-01898 | 1/9/2007 | Massry, Morris | C/O Segel Goldman Mazzotta & Siegel Pc 9 Washington Sq Albany, NY  12205 | 1,802,040.00 | 203,055.56 |
| 10725-01665 | 12/9/2006 | Mckee, Kevin & Pamela | Janet L Chubb, Atty. At Law Armstrong Teasdale LLP 50 W. Liberty, Suite 950 Reno, NV  89501 | 500,000.00 | 300,000.00 |
| 10725-00276 | 9/27/2006 | Michael Family Trust Dtd 12/4/03 | Alain Michael & Dawn Levy Ttees P.O. Box 4363 Thousand Oaks, CA  91359-1363 | 180,000.00 | 100,000.00 |
| 10725-02144 | 1/11/2007 | Michael S Freedus Dds Pc Defined Benefit Pension P | 2535 Lake Rd Delanson, NY  12053 | 502,741.84 | 50,000.00 |
| 10725-02037 | 1/11/2007 | Miller Trust Dated 8/13/87 | Gary I & Barbara Miller Ttees 2832 Tilden Ave Los Angeles, CA  90064 | 1,111,366.00 | 50,000.00 |
| 10725-01208 | 11/10/2006 | Monighetti, Pete | 6515 Frankie Ln Prunedale, CA  93907 | 1,509,963.55 | 100,000.00 |
| 10725-00854 | 11/13/2006 | Motto, George J | Joe Laxague Esq Cane Clark LLP 3272 E Warm Springs Las Vegas, NV  89120 | 550,000.00 | 50,000.00 |
| 10725-02487 | 6/4/2007 | Newby 1984 Family | Trust Dated 3/19/84  C/O C E Newby & Carole Newby Trustees 5209 Elm Grove Drive Las Vegas, NV  89130-3669 | 345,000.00 | 101,000.00 |
| 10725-01959 | 1/10/2007 | Osherow Trust Dtd 9/11/89 | Aaron Osherow Trustee 8025 Maryland Avenue Apt 10-C Clayton, MO  63105 | 1,088,466.02 | 75,000.00 |

# EXHIBIT A

2408977.1

**USACM Trust**
**Eagle Meadows**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Eagle Meadows Development Loan |
|---|---|---|---|---|---|
| 10725-01633 | 12/8/2006 | Philip Higerd Family Trust Dtd 5/30/03 | C/O Philip C Higerd Trustee Po Box 2535 Mammoth Lakes, CA 93546-2535 | 250,000.00 | 200,000.00 |
| 10725-02097 | 1/11/2007 | RGF Revocable Trust | Robert G Fuller Ttee 5172 English Daisy Way Las Vegas, NV 89142 | 487,047.24 | 50,000.00 |
| 10725-00245 | 9/26/2006 | Robert H & Lynn R Perlman Trust Dated 9/17/92 | C/O Robert H & Lynn R Perlman Ttees 2877 Paradise Rd Unit 3501 Las Vegas, NV 89109-5278 | 1,187,000.00 | 50,000.00 |
| 10725-02090 | 1/11/2007 | Robert William Ulm IRA | Pensco Trust Company Custodian 414 Morning Glory Rd St Marys, GA 31558 | 1,415,506.00 | 50,000.00 |
| 10725-02149 | 1/12/2007 | Schnitzer Living Trust Dtd 10/24/91 | Arthur F & Linn S Schnitzer Ttees 20155 NE 38Th Ct, #1604 Aventura, FL 33180 | 3,549,806.80 | 100,000.00 |
| 10725-00528 | 10/10/2006 | Sonnenklar, Herbert & Norma R | 2501 Poinciana Dr Weston, FL 33327-1415 | 170,789.00 | 75,000.00 |
| 10725-01893 | 1/8/2007 | Stevenson Pension Trust Dtd 1/7/94 | C/O Bert A Stevenson Trustee 10 Pine Ln Lakeside, OR 97449-8664 | Unknown | Unknown |
| 10725-01894 | 1/8/2007 | Stevenson, Bert | 500 N Estrella Pkwy B2-405 Goodyear, AZ 85338 | 1,101,205.82 | 222,500.00 |
| 10725-01969 | 1/10/2007 | Terry Markwell Profit Sharing Plan & Trust | Terry Markwell Ttee 12765 Silver Wolf Rd Reno NV 89511 | 807,706.42 | 75,000.00 |
| 10725-00623 | 10/17/2006 | Thibault, Gary A & Sandra C | 4525 Dawn Peak St Las Vegas, NV 89129-3235 | 105,074.00 | 492.00 |

# EXHIBIT A

**USACM Trust**
**Eagle Meadows**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Eagle Meadows Development Loan |
|---|---|---|---|---|---|
| 10725-01169 | 11/10/2006 | Tomlin, Donald S | Donald S & Dorothy R Tomlin Ttee<br>7145 Beverly Glen Ave<br>Las Vegas, NV  89110-4228 | 2,779,806.00 | 102,400.00 |
| 10725-02416 | 1/22/2007 | Topp, Gerry | Po Box 3008<br>Grass Valley, CA  95945 | 521,406.20 | 50,000.00 |
| 10725-00639 | 10/19/2006 | Ventura, Roy | American Embassy Jakarta  Unit 8135<br>Usaid FPO AP  96520 | 155,828.26 | 50,000.00 |
| 10725-00638 | 10/19/2006 | Ventura, Roy R & Nancy B | American Embassy Jakarta  Unit 8135<br>Usaid FPO AP  96520 | 155,828.26 | 50,000.00 |
| 10725-01885 | 1/8/2007 | Violet, Melody J | Po Box 2201<br>Vista, CA  92085 | Contingent/<br>Unliquidated | Contingent/<br>Unliquidated |
| 10725-00148 | 8/15/2006 | Welcher, Andrew | C/O William E Winfield Esq<br>Nordman Cormany Hair & Compton LLP<br>1000 Town Center Drive, 6th Floor<br>Oxnard, CA  93030 | Contingent/<br>Unliquidated | Contingent/<br>Unliquidated |
| 10725-00950 | 11/2/2006 | Woody Contracting Inc | 63210 Mckenzie LN<br>Summerville, OR  97876 | 330,750.00 | 100,000.00 |
| 10725-02309 | 1/13/2007 | World Links Group LLC | C/O Leo G Mantas<br>7440 S Blackhawk St. #12208<br>Englewood, CO  80112 | 396,000.00 | 50,000.00 |
| 10725-01283 | 11/10/2006 | X Factor Inc | 4012 South Rainbow Blvd.<br>Suite D92<br>Las Vegas, NV  89103-2010 | Unknown | Unknown |
| 10725-00961 | 11/1/2006 | Yerushalmi, Mazal | 8904 Greensboro Ln<br>Las Vegas, NV  89134-0502 | 314,598.00 | 150,000.00 |

# EXHIBIT A

2408977.1