# LEWIS AND ROCA LLP
### L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles NV State Bar No. 006593
Email: rcharles@lrlaw.com
John C. Hinderaker AZ State Bar No. 18024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| USA Commercial Mortgage Company, | Chapter 11 |
| Debtor. | **Declaration Of Geoffrey L. Berman In Support Of USACM Liquidating Trust's Motion To Further Extend Deadline To File Objection To Allowance Of Claims** |
| | Hearing Date:     July 26, 2011<br>Hearing Time:     1:30 p.m.<br>Estimated Time for Hearing:  10 minutes |

Geoffrey L. Berman declares under penalty of perjury:

1.     I am an adult person competent to testify in court.

2.     I make this declaration based upon my personal knowledge, and upon the records of USA Commercial Mortgage Company ("USCM").

3.     I am the Trustee of the USACM Liquidating Trust ("USACM Trust"), which is an entity created by the Debtors' Third Amended Joint Chapter 11 Plan of Reorganization ("Plan"), in the jointly-administered bankruptcy cases, In re USA Commercial Mortgage Company, BK-S-06-10725-LBR, pending in the United States Bankruptcy Court for the District of Nevada.

284139.1



4.      The USACM Trust seeks a short extension of the present deadline to object to claims from August 8, 2011 to October 7, 2011.

5.      Since the Court's February 9, 2011 Order, the Trust has filed objections to $85,122,200 in Direct Lender claim with respect to 13 different USACM loans.[1]  As of June 27, 2011, the unresolved unsecured claims total approximately $166,043,989.  The Trust is continuing to gather information about the remaining loans and is preparing to file omnibus objections to the remaining loans on a loan by loan basis, where appropriate, before August 8, 2011.  A brief extension may be necessary, however, to deal with unexpected issues that may arise.

6.      For example, objections may be delayed if an objection is rejected by the Court or if the Trust mistakenly omits any portion of an objection or the exhibits thereto when providing notice.  A brief extension of the deadline will allow the Trust to deal with these possibilities without prejudice to the estate's creditors.

7.      Additionally, as the Court has been advised through the objections that have been filed over the past few months, that the Trust has tried to obtain current information as to the status of the loans that have been the subject of the specific objections.  Those efforts have been hampered by the foreclosure of Compass Financial Partners, the subsequent bankruptcy proceeding for Asset Resolution Corp. and now the transfer of the servicing rights to FLC, Cross, among others.  The requested extension will provide the Trust with additional, though very limited opportunities to get more complete information on the loans with remaining claim objections, if necessary.

---

[1] There are currently no unresolved administrative or priority claims, and all secured claims

2

284139.1

LEWIS
AND
ROCA
—LLP—
L A W Y E R S

1    I declare under penalty of perjury that the foregoing is true and correct.

2    Dated: June 28, 2011.

3

4                                      /s/Geoffrey L. Berman
5                                    Geoffrey L. Berman

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

284139.1

LEWIS
AND
ROCA
——— LLP ———
L A W Y E R S

1  Proof of service

2  Copy of the foregoing posted on the
USACM Liquidating Trust website and
3  served on June 28, 2011 via email,
where an email address is listed, or by
4  first class mail, postage prepaid U.S.
Mail, addressed to:

5
All parties in interest listed on the Post
6  Effective Date Service List on file with
the Court
7

8

9    s/Renee L. Creswell_____

10  Renee L. Creswell
Lewis and Roca LLP

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

4

284139.1