**LEWIS AND ROCA LLP**
LAWYERS

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 0065934
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | Case No. BK-S-06-10725-LBR |
|---|---|
| USA Commercial Mortgage Company, | Chapter 11 |
| Debtor. | **NOTICE OF HEARING ON MOTION TO ALLOW DE MINIMUS CLAIMS (with Certificate of Service)** |
| | Date of Hearing: July 26, 2011<br>Time of Hearing: 1:30 p.m.<br>Estimate Time for Hearing: 10 minutes |

**NOTICE IS HEREBY GIVEN** that a MOTION TO ALLOW DE MINIMUS CLAIMS was filed on June 28, 2011, by USACM Liquidating Trust.

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the request sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

267242.5

**LEWIS AND ROCA LLP**
LAWYERS

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> • The court may *refuse to allow you to speak* at the scheduled hearing; and
>
> • The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, 300 Las Vegas Boulevard South, Third Floor, Bankruptcy Courtroom No. 1, Las Vegas, Nevada 89101 on **July 26, 2011, at the hour of 1:30 p.m.**

Dated: June 28, 2011.

**LEWIS AND ROCA LLP**

By: /s/ Robert M. Charles, Jr. (#6593)
Robert M. Charles, Jr., NV 6593
John Hinderaker, AZ 18024 (*pro hac vice*)
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320
*Counsel for USACM Liquidating Trust*

Copy of the foregoing served on June 28, 2011, via e-mail or first class postage prepaid U.S. mail to all parties listed on the Post Effective Date Service List on file with this Court:

s/Marilyn Schoenike
Lewis and Roca LLP

2

267242.5