MORRIS PETERSON
Rosa Solis-Rainey, No. 7921
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Facsimile: (702) 474-9422

Attorneys for Deloitte & Touche LLP

E-FILED June 29, 2011

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>USA CAPITAL REALTY ADVISORS, LLC,<br><br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>USA SECURITIES, LLC,<br><br>          Debtors. | Case Nos. BK-S-06-10725-LBR;<br>BK-S-06-10726-LBR;<br>BK-S-06-10727-LBR;<br>BK-S-06-10728-LBR;<br>BK-S-06-10729-LBR<br><br>Chapter 11<br><br>Jointly Administered Under Case No. BK-S-06-10725-LBR<br><br>**NOTICE OF ENTRY OF ORDER GRANTING EX-PARTE MOTION FOR REMOVAL OF ROSA SOLIS-RAINEY FROM ECF LIST** |

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

| | |
|---|---|
| USA LIQUIDATING TRUST, and USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MARY PETERSEN, individually and as TRUSTEE of the MARY PETERSEN FAMILY TRUST DTD 8/12/98; MICHAEL PETERSEN individually and as TRUSTEE of the MICHAEL D. PETERSEN FAMILY TRUST DTD 8/12/98; KATHRYN L. PETERSEN, individually and as TRUSTEE of the KATHRYN L. PETERSEN LIVING TRUST and TRUSTEE OF THE KLP TRUST DTD 7/15/99,<br><br>Defendants. | Adversary No. 08-01134-LBR |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>KATHRYN L. PETERSEN, individually and as TRUSTEE of the KATHRYN L. PETERSEN LIVING TRUST and TRUSTEE of the KLP TRUST DTD 7/15/99, and SPECIALIZED DEVELOPMENT TAHOE, LLC,<br><br>Defendants. | Adversary No. 08-01133-LBR |

PLEASE TAKE NOTICE that the Order Granting Ex-Parte Motion for Removal of Rosa Solis-Rainey From ECF List was entered on June 22, 2011.

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

2

A true copy of the order is attached hereto as Exhibit A.

MORRIS PETERSON

By: /s/ Rosa Solis-Rainey
Rosa Solis-Rainey, No. 7921
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, Nevada 89101

Attorneys for Deloitte & Touche, LLP

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

3

## CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of MORRIS PETERSON, and that the following documents were served via electronic service:

**NOTICE OF ENTRY OF ORDER GRANTING EX-PARTE MOTION FOR REMOVAL OF ROSA SOLIS-RAINEY FROM ECF LIST**

TO:

Eric D. Madden
Diamond McCarthy LLP
1201 Elm Street, 34th Floor
Dallas, TX 75270
Email:
emadden@diamondmccarthy.com

Allan B. Diamond
Diamond McCarthy, LLP
909 Fannin, Suite 1500
Houston, Texas 77010
Email:
adiamond@diamondmccarthy.com

William T. Reed
Lisa Tsai
Joshua Bruckerhoff
Reid Collins & Tsai LLP
4301 Westbank Dr., Bldg. B, Suite 230
Austin, Texas 78746
Email:
wreid@rctlegal.com
ltsai@rctlegal.com
jbrukerhoff@rctlegal.com

DATED this 29th day of June, 2011.

By: /s/ Brenda Valdez

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422