# EXHIBIT A

EXHIBIT A

**Entered on Docket**
**June 22, 2011**

*Mary A. Schott*
Mary A. Schott, Clerk
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | ) Case Nos. BK-S-06-10725-LBR; |
| | ) BK-S-06-10726-LBR; |
| USA COMMERCIAL MORTGAGE COMPANY, | ) BK-S-06-10727-LBR; |
| | ) BK-S-06-10728-LBR; |
| | ) BK-S-06-10729-LBR |
| USA CAPITAL REALTY ADVISORS, LLC, | ) Chapter 11 |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | ) Jointly Administered Under Case No. BK-S-06-10725-LBR |
| USA CAPITAL FIRST TRUST DEED FUND, LLC, | ) ORDER GRANTING EX-PARTE MOTION FOR REMOVAL OF ROSA SOLIS-RAINEY FROM ECF LIST |
| USA SECURITIES, LLC, | |
| Debtors. | |

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

| | | |
|---|---|---|
| USA LIQUIDATING TRUST, and USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | ) ) ) | Adversary No. 08-01134-LBR |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| MARY PETERSEN, individually and as TRUSTEE of the MARY PETERSEN FAMILY TRUST DTD 8/12/98; MICHAEL PETERSEN individually and as TRUSTEE of the MICHAEL D. PETERSEN FAMILY TRUST DTD 8/12/98; KATHRYN L. PETERSEN, individually and as TRUSTEE of the KATHRYN L. PETERSEN LIVING TRUST and TRUSTEE OF THE KLP TRUST DTD 7/15/99, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, | ) ) ) | Adversary No. 08-01133-LBR |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| KATHRYN L. PETERSEN, individually and as TRUSTEE of the KATHRYN L. PETERSEN LIVING TRUST and TRUSTEE of the KLP TRUST DTD 7/15/99, and SPECIALIZED DEVELOPMENT TAHOE, LLC, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

The Court having considered Interested Party Deloitte & Touche LLP's Ex-Parte Motion for Removal of Rosa Solis-Rainey from the ECF service list, and good cause appearing,

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422

1  IT IS ORDERED that Deloitte & Touche LLP's motion is GRANTED.

2  IT IS FURTHER ORDERED that Rosa Solis-Rainey

3  (rsr@morrislawgroup.com) be removed from the ECF service list.

4

5  # # #

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

MORRIS PETERSON
ATTORNEYS AT LAW
900 BANK OF AMERICA PLAZA
300 SOUTH FOURTH STREET
LAS VEGAS, NEVADA 89101
702/474-9400
FAX 702/474-9422