06-10725

RECEIVED & FILED

'11 JUN 27 P1 :04

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK



DEAR SIR,

DUE TO THE DEATH OF ENID FOX JULY 29TH 10 OUR NAME AND ADDRESS HAS BEEN CHANGED TO THE FOLLOWING:

CHARLES AND ENID FOX SURVIVORS TRUST DTD 07/29/10, CHARLES FOX TRUSTEE

180 LEMMING DR. RENO NV. 89523-9657 PLEASE MAKE A CHANGE OF ADDRESS AND PLEASE NOTIFY THE UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA OF MY CHANGE AS I HAVE TRIED IN THE PAST WITH NO SUCCESS.

MANY THANKS,

Charles Fox

CHARLES FOX

180 LEMMING DR.

RENO, NV. 89523-9657

FRI-66004 0978-2 pdf984 06-10725
LENARD E. SCHWARTZER
2850 S. JONES BOULEVARD, SUITE 1
LAS VEGAS, NV 89146

*old address*
↓

012251  12251 1 AT 0.362  89523  8 0  6772-1-12251

Charles & Enid Fox Living Trust dated 8/
c/o Charles Fox & Enid Fox Trustees
2163 Three Wood Ln
Reno, NV 89523-2083

**ATTENTION: ADDRESS CORRECTION REQUESTED**