June 10, 2011

Lenard E. Schwartzer
2850 S. Jones Blvd, Suite 1
Las Vegas, NV 89146

06-10725

RECEIVED
AND
JUN 29  12 40 PM '11

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Re:  Change of address

Dear Mr. Schwartzer:

PLEASE ! PLEASE ! PLEASE ! Change your records to reflect my correct address.

They say "third times a charm" and I hope so. I am positive I don't receive everything you send to me. I sincerely hope you have not sent any checks since I only receive some of your mailings. I have no idea if you even sent one or if I am to receive one.

PLEASE ! PLEASE ! PLEASE !

**OLD address:**
The Stanley M. Novara Family Trust dated
c/o Stanley M. Novara Trustee
1010 Industrial Road Space 60
Boulder City, NV 89005-1714

**NEW address:**
The Stanley M. Novara Family Trust dated
c/o Stanley M. Novara Trustee
2278 Goldsmith Ave.
Thousand Oaks, CA 91360-3128

Sincerely,

Stanley M. Novara