LEWIS
AND
ROCA
——— LLP ———
L A W Y E R S

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169-5996
Facsimile (702) 949-8321
Telephone (702) 949-8320

Robert M. Charles, Jr. NV State Bar No. 006593
Email: rcharles@lrlaw.com
John Hinderaker AZ State Bar No. 018024
Email: jhinderaker@lrlaw.com

Attorneys for USACM Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Chapter 11 |
| Debtor. | **Declaration Of Edward M. Burr In Support Of USACM Liquidating Trust's Motion To Allow De Minimus Claims** |
| | Date of Hearing:    July 26, 2011<br>Time of Hearing:    1:30 p.m.<br>Estimated time for Hearing:  10 minutes |

I, Edward M. Burr, hereby declare under penalty of perjury that:

1.      I am a principal with Sierra Consulting Group, LLC ("Sierra").  Sierra is one of the leading providers of restructuring advisory and litigation support services in the Southwest.  Sierra is a leading national consulting firm comprised of experienced CPAs and other financial professionals.

2.      I submit this declaration on behalf of the USACM Liquidating Trust's Objections to Proofs of Claim filed this date.

3.      This Court approved the Official Committee of Unsecured Creditors of USA Commercial Mortgage Company's ("Committee") appointment of Sierra as financial advisers on August 11, 2006.  From that date to the Effective Date of the Debtors' confirmed Plan of Reorganization, I have assisted the Committee in analyzing facts concerning these jointly administered bankruptcy cases.  As of the Effective Date of the confirmed Plan of Reorganization, Sierra has been retained by the USACM Liquidating

Trust to investigate and reconcile the claims against the USA Commercial Mortgage Company ("USACM") estate.

4.      I make the following declaration based upon my personal knowledge, and upon the records of the Debtors described in this declaration, including Debtors' original and amended schedules of liabilities and the proofs of claim described herein, as well as Debtors' accounting records.

5.      On March 12, 2007 Effective Date of the Plan, the USACM Liquidating Trust succeeded to USACM's rights with respect to books and records.

6.      Sierra has been working closely with both the Trustee for the USACM Liquidating Trust and Development Specialist Inc. ("DSI"), the Trustee's financial advisor, in evaluating all of the claims that were filed in the USACM estate.

7.      **Exhibit A**, attached, lists Proofs of Claim that appear to be based on a loan in which the total amount of claim associated with those loans is de minimus.  The list of loans affected by the Motion to Allow De Minimus Claims and the total amount of claims associated with those loans is:

| *Loan* | *$ Amount of Claims* |
|---|---|
| Fiesta Inland 1.3 | $6,923 |
| Lady Luck | 14,615 |
| Aware TM-Parris/$500,000,000 | 15,000 |
| Palm Coast Blue Water | 25,000 |
| PerUSA, LLC | 39,009 |
| Tanamera Resort Condominiums, LLC | 82,000 |
| Bundy Canyon $8.9 | 100,000 |
| Rio Bravo $4.5M | 100,000 |
| Rio Bravo 2nd $2.3M | 118,050 |
| Southern California Land 2nd | 330,367 |
| HFA-Clear Lake 2nd  (HFAH Clear L) | 450,000 |

2410698.1

Dated: June 30, 2011

/s/ Edward M. Burr
Edward M. Burr
Sierra Consulting Group, LLC

Copy of the foregoing mailed (without exhibit)
by first class Postage prepaid U.S. Mail on
June 30, 2011 or via e-mail if an e-mail address
Is available to the Post Effective Date Limited
Service List .

s/ Matt Burns
Matt Burns
Lewis and Roca LLP

3

2410698.1