**USACM Trust**
**De Minimus Claims**
**Single Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Total Claim Amount Relating to the Subject Loan | Loan name on Which Claim is Based |
|---|---|---|---|---|---|---|
| 10725-01101 | 11/8/2006 | Averett, George Michael & Claire H | 760 Little Sweden Rd<br>Heber City, UT 84032-3503 | 50,000.00 | 50,000.00 | Southern California Land 2nd |
| 10725-02410 | 1/18/2007 | Beckman, Gary | 6756 Quinella Dr<br>Las Vegas, NV 89103-4356 | 50,000.00 | 50,000.00 | Tanamera Resort Condominiums, LLC |
| 10725-01309 | 11/13/2006 | Fetterly, Lynn L IRA | Po Box 5986<br>Incline Village, NV 89450 | 39,009.00 | 39,009.00 | PerUSA |
| 10725-00135 | 8/11/2006 | Fraser Atwater Properties, LLC | Edward Fraser<br>14220 Sorrel Ln<br>Reno, NV 89511 | 25,000.00 | 25,000.00 | HFA Clear Lake, LLC 2nd |
| 10725-00300 | 9/29/2006 | Geller, Robert | 1849 Cherry Knolls St<br>Henderson, NV 89052 | 25,000.00 | 25,000.00 | Palm Coast Blue Water |
| 10725-01071 | 11/7/2006 | O'Sullivan, Patrick Edward & Soon Young | 7328 Gentle Valley St<br>Las Vegas, NV 89149-1616 | 25,000.00 | 25,000.00 | HFA Clear Lake, LLC 2nd |
| 10725-00147 | 8/15/2006 | Ohms, Sandra & Paul | Joshua D Brysk Law Offices Of James G Schwartz<br>7901 Stoneridge Dr, Suite 401<br>Pleasanton, CA 94583 | 30,250.00 | 30,250.00 | Rio Bravo 2nd $3.2 Loan |
| 10725-00313 | 10/4/2006 | Schorr, Marc | Po Box 15107<br>Las Vegas, NV 89114 | 100,000.00 | 100,000.00 | Bundy Canyon $8,900,000 |
| 10725-00396 | 10/2/2006 | Walls Family Trust Dtd 12/10/97 | C/O Joseph P & Ellen Walls Ttees<br>2778 Bedford Way<br>Carson City, NV 89703-4618 | 100,000.00 | 100,000.00 | Rio Bravo $4.5 |
| 10725-01374 | 11/13/2006 | Walther, Stephen G & Sonja | 7990 Castle Pines<br>Las Vegas, NV 89113 | 25,000.00 | 25,000.00 | Southern California Land 2nd |
| 10725-01010 | 10/27/2006 | Yonai Trustee, Gregory D | 1982 Country Cove Ct<br>Las Vegas, NV 89135-1552 | 37,800.00 | 37,800.00 | Rio Bravo 2nd $3.2 Loan |

**EXHIBIT A**

2411723.1

USACM Trust
De Minimus Claims
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Total Claim Amount Relating to the Subject Loan | Loan Name on Which Claim is Based |
|---|---|---|---|---|---|---|
| 10725-01227 | 11/9/2006 | Brauer, Nancy | 2222 Albion St Denver, CO 80207 | 75,000.00 | 25,000.00 | HFA Clear Lake, LLC 2nd |
| 10726-00010 | 5/30/2006 | Cronk, Arlene | C/O Michael Lehners, Esq. 429 Marsh Ave Reno, NV 89509 | 272,206.96 | 32,000.00 | Tanamera Resort Condominiums, LLC |
| 10725-01884 | 1/8/2007 | Fallon, Thomas | Usaid Thailand Apo Ap 96546 | 216,214.60 | 25,367.04 | Southern California Land 2nd |
| 10725-01156 | 11/9/2006 | Florence Bolatin Living Trust Dtd 10/28/93 | C/O Florence Bolatin Ttee #1 Jefferson Ferry Drive Apt 7171 South Setauket, NY 11720 | 110,712.00 | 6,923.08 | Fiesta-Inland Empire $1,300,000 |
| 10725-01156 | 11/9/2006 | Florence Bolatin Living Trust Dtd 10/28/93 | C/O Florence Bolatin Ttee #1 Jefferson Ferry Drive Apt 7171 South Setauket, NY 11720 | 110,712.00 | 14,615.38 | Lady Luck Hotel & Casino $8,775,000 |
| 10725-01156 | 11/9/2006 | Florence Bolatin Living Trust Dtd 10/28/93 | C/O Florence Bolatin Ttee #1 Jefferson Ferry Drive Apt 7171 South Setauket, NY 11720 | 110,712.00 | 15,000.00 | Aware TM-Parris/ $500,000,000 |
| 10725-00146 | 8/15/2006 | Maheshwari, Rabinder & Usha | Joshua D Brysk Law Offices Of James G Schwartz 7901 Stoneridge Dr Pleasanton, CA 94583 | 153,831.94 | 100,000.00 | HFA Clear Lake, LLC 2nd |
| 10725-00608 | 10/16/2006 | Murray, Lamoine | 4934 Larkspur Ln Ogden, UT 84403-4426 | 178,867.00 | Unknown | Tanamera Resort Condominiums, LLC |
| 10725-00443 | 10/5/2006 | Murray, Lamoine & Lois H | 4934 Larkspur Ln Ogden, UT 84403-4426 | 178,867.00 | Unknown | Tanamera Resort Condominiums, LLC |
| 10725-00844 | 11/13/2006 | Premiere Holdings Inc Defined Benefit | 10120 W. Flamingo, Suite 4-12 Las Vegas, NV 89147 | 380,000.00 | 50,000.00 | Southern California Land 2nd |
| 10725-01277 | 11/10/2006 | Premiere Holdings Inc Defined Benefit Pen Plan & Trust | 10120 W. Flamingo, Suite 4-12 Las Vegas, NV 89147 | 380,000.00 | 50,000.00 | Southern California Land 2nd |
| 10725-02088 | 1/11/2007 | Robert W Ulm Living Trust Dtd 4/11/05 | Robert W Ulm Ttee 414 Morning Glory Rd St Marys, GA 31558 | 1,376,330.00 | 25,000.00 | HFA Clear Lake, LLC 2nd |

EXHIBIT A

2411731.1

USACM Trust
De Minimus Claims
Multiple Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Total Claim Amount Relating to the Subject Loan | Loan Name on Which Claim is Based |
|---|---|---|---|---|---|---|
| 10725-00144 | 8/15/2006 | Roloff, Rodney L & Sharyn | Law Offices Of James G Schwartz 7901 Stoneridge Drive Suite 401 Pleasanton, CA 94583 | 171,250.00 | 50,000.00 | Rio Bravo 2nd $3.2 Loan |
| 10725-00275 | 9/27/2006 | Sailon, David & Joan | 2436 Cliffwood Dr Henderson, NV 89074 | Unknown | Unknown | HFA Clear Lake, LLC 2nd |
| 10725-02428 | 1/12/2007 | Tiki Investment Enterprises LP | 2578 Highmore Ave Henderson, NV 89052 | 2,400,256.00 | 250,000.00 | HFA Clear Lake, LLC 2nd |
| 10725-02485 | 6/4/2007 | Troy Allen Cox | 6483 Rosemount Ave Las Vegas, NV 89156-5962 | 81,363.74 | 80,000.00 | Southern California Land 2nd |
| 10725-02180 | 1/12/2007 | Wisch, Craig | 210 Andrew Ave Naugatuck, CT 06770 | 317,369.28 | 50,000.00 | Southern California Land 2nd |

EXHIBIT A

2411731.1