Thomas W. Davis, II, Esq.
NV Bar No. 2531
**Howard & Howard Attorneys PLLC**
3800 Howard Hughes Pkwy., Ste. 1400
Las Vegas, NV 89169
Telephone:  (702) 257-1483
Facsimile:  (702) 567-1568
E-Mail Addresses:  twd@h2law.com
Attorneys for Beadle McBride & Reeves, LLP

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>USA COMMERCIAL MORTGAGE COMPANY,<br>　　　　　　　　Debtor. | Case No.:  BK-S-06-10725 LBR<br>Case No.:  BK-S-06-10726 LBR<br>Case No.:  BK-S-06-10727 LBR<br>Case No.:  BK-S-06-10728 LBR<br>Case No.:  BK-S-06-10729 LBR |
| In re:<br>USA CAPITAL REALTY ADVISORS, LLC,<br>　　　　　　　　Debtor. | Chapter 11 |
| In re:<br>USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC,<br>　　　　　　　　Debtor. | Jointly Administered Under<br>Case No. BK-S-06-10725 LBR |
| In re:<br>USA CAPITAL FIRST TRUST DEED FUND, LLC,<br>　　　　　　　　Debtor. | |
| In re:<br>USA SECURITIES, LLC,<br>　　　　　　　　Debtor. | |
| USACM LIQUIDATING TRUST, USA CAPITAL DIVERSIFIED TRUST DEED FUND, LLC, and USA CAPITAL FIRST TRUST DEED FUND, LLC,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A. | Adversary No. 08-01135<br><br>**EX-PARTE MOTION FOR REMOVAL OF THOMAS W. DAVIS FROM ECF LIST** |

Howard & Howard Attorneys, PLLC
3800 Howard Hughes Pkwy., Suite 1400
Las Vegas, NV 89169
(702) 257-1483

1840507

1

**EX-PARTE MOTION FOR REMOVAL OF THOMAS W. DAVIS FROM ECF LIST**

TO THE HONORABLE LINDA B. RIEGLE, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Howard & Howard Attorneys, PLLC and files this Ex-Parte Motion for Removal of Thomas W. Davis from ECF List and states:

1.      Howard & Howard requests the Court enter an order removing Thomas W. Davis from all Debtors' Service Lists for all future notices on the grounds that Beadle McBride & Reeves, LLP's participation in this case has concluded by final judgment.

2.      Beadle McBride & Reeves, LLP approves of the relief requested in this motion.

WHEREFORE, Thomas W. Davis prays that his name be removed from the Court's ECF system for this adversary proceeding as well as the main bankruptcy case (jointly administered under Case No. BK-S-06-10725 LBR).

DATED this 6th day of July, 2011.

Howard & Howard Attorneys PLLC

Thomas W. Davis, II, Esq.
3800 Howard Hughes Pkwy., Ste. 1400
Las Vegas, NV 89169
Attorney for Beadle McBride & Reeves, LLP

Howard & Howard Attorneys, PLLC
3800 Howard Hughes Pkwy., Suite 1400
Las Vegas, NV 89169
(702) 257-1483

1840507

2

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing **EX-PARTE MOTION FOR REMOVAL OF THOMAS W. DAVIS FROM ECF LIST** was filed electronically with the United States Bankruptcy Court on the ___6th___ day of July, 2011 and served to all interested parties by filing through the Court's CM-ECF system.

Barbara J. Dunn
An employee of Howard & Howard

Howard & Howard Attorneys, PLLC
3800 Howard Hughes Pkwy., Suite 1400
Las Vegas, NV 89169
(702) 257-1483

1840507

3