McDONALD CARANO WILSON LLP
KAARAN THOMAS, ESQ. (SBN 7193)
RYAN J. WORKS, ESQ. (SBN 9224)
100 West Liberty Street, 10th Floor
Reno, Nevada  89505
Telephone:  775.788.2000
Facsimile:  775.788.2020
Email:  kthomas@mcdonaldcarano.com
Email:  rworks@mcdonaldcarano.com

*Attorneys for Bingham McCutchen LLP*

*Electronically filed on July 7, 2011*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>            Debtor. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br><br>Jointly Administered Under Case No. BK-S-06-10725-LBR<br><br>Chapter 11<br><br>Judge Linda B. Riegle<br><br>**EX PARTE MOTION FOR ORDER GRANTING REQUEST TO DISCONTINUE ECF NOTICE AS TO RYAN J. WORKS AND KATHY BARRETT ONLY** |

Ryan J. Works, Esq., of the law firm of McDonald Carano Wilson LLP (the "Firm"), as counsel for Bingham McCutchen LLP ("Bingham"), hereby submits this Ex Parte Motion for Order Granting Request to Discontinue ECF Notice as to Ryan J. Works and Kathy Barrett only (the "Motion").  This Motion is made and supported by the following Memorandum of Points and Authorities.

**MEMORANDUM OF POINTS AND AUTHORITIES**

Bingham is no longer involved in this matter so that ECF notice to Ryan J. Works and Kathy Barrett is longer required; therefore, the Firm hereby submits this Ex Parte Motion for

1  Order Granting Request to Discontinue ECF Notice as to Ryan J. Works and Kathy Barrett only.

DATED this 7th day of July, 2011.

McDONALD CARANO WILSON LLP

By:   /s/  Ryan J. Works
      RYAN J. WORKS, ESQ.
      100 West Liberty Street, 10th Floor
      Reno, Nevada  89505
      *Attorneys for Bingham McCutchen LLP*

226621