**Entered on Docket
July 07, 2011**

_____
**Mary A. Schott, Clerk
United States Bankruptcy Court**

McDONALD CARANO WILSON LLP
KAARAN THOMAS, ESQ. (SBN 7193)
RYAN J. WORKS, ESQ. (SBN 9224)
100 West Liberty Street, 10th Floor
Reno, Nevada 89505
Telephone: 775.788.2000
Facsimile: 775.788.2020
Email: kthomas@mcdonaldcarano.com
Email: rworks@mcdonaldcarano.com

*Attorneys for Bingham McCutchen LLP*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Jointly Administered Under Case No. BK-S-06-10725-LBR |
| Debtor. | Chapter 11 |
| | Judge Linda B. Riegle |
| | **ORDER GRANTING REQUEST TO DISCONTINUE ECF NOTICE AS TO RYAN J. WORKS AND KATHY BARRETT ONLY** |

THE COURT having considered the Ex Parte Motion filed by Ryan J. Works, Esq., counsel for Bingham McCutchen LLP ("Bingham"), for an order granting Request to Discontinue ECF Notice as to Ryan J. Works, Esq. and Kathy Barrett only (the "Motion")

[Docket No. 8588], now therefore, and good cause appearing,

IT IS HEREBY ORDERED that the Motion is GRANTED, Ryan J. Works, Esq. and Kathy Barrett only, whose names and electronic mail addresses appear in the Electronic Filing System, shall be removed and notice discontinued for purposes of this matter only.

Respectfully submitted:

McDONALD CARANO WILSON LLP

By: /s/ Ryan J. Works
RYAN J. WORKS, ESQ.
100 West Liberty Street, 10th Floor
Reno, Nevada 89505
*Attorneys for Bingham McCutchen LLP*

226625

# # #

2