McDONALD CARANO WILSON LLP
KAARAN THOMAS, ESQ. (SBN 7193)
RYAN J. WORKS, ESQ. (SBN 9224)
100 West Liberty Street, 10th Floor
Reno, Nevada 89505
Telephone: 775.788.2000
Facsimile: 775.788.2020
Email: kthomas@mcdonaldcarano.com
Email: rworks@mcdonaldcarano.com

*Attorneys for Bingham McCutchen LLP*

*Electronically filed on July 7, 2011*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>USA COMMERCIAL MORTGAGE COMPANY,<br><br>Debtor. | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR<br><br>Jointly Administered Under Case No. BK-S-06-10725-LBR<br><br>Chapter 11<br><br>Judge Linda B. Riegle<br><br>**NOTICE OF ENTRY OF ORDER GRANTING REQUEST TO DISCONTINUE ECF NOTICE AS TO RYAN J. WORKS AND KATHY BARRETT ONLY** |

PLEASE TAKE NOTICE that on July 7, 2011, Order [Docket No. 8589] was entered by the Court, and a copy is attached hereto.

DATED this 7th day of July, 2011.

McDONALD CARANO WILSON LLP

By:   /s/  Ryan J. Works
    RYAN J. WORKS, ESQ.
    100 West Liberty Street, 10th Floor
    Reno, Nevada 89505
    *Attorneys for Bingham McCutchen LLP*

228141



Case 06-10725-lbr    Doc 8589    Entered 07/07/11 15:33:25    Page 2 of 3

**Entered on Docket
July 07, 2011**

_____
**Mary A. Schott, Clerk
United States Bankruptcy Court**

McDONALD CARANO WILSON LLP
KAARAN THOMAS, ESQ. (SBN 7193)
RYAN J. WORKS, ESQ. (SBN 9224)
100 West Liberty Street, 10th Floor
Reno, Nevada  89505
Telephone:  775.788.2000
Facsimile:  775.788.2020
Email: kthomas@mcdonaldcarano.com
Email: rworks@mcdonaldcarano.com

*Attorneys for Bingham McCutchen LLP*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-S-06-10725-LBR<br>Case No. BK-S-06-10726-LBR |
| USA COMMERCIAL MORTGAGE COMPANY, | Jointly Administered Under Case No. BK-S-06-10725-LBR |
| Debtor. | Chapter 11 |
| | Judge Linda B. Riegle |
| | **ORDER GRANTING REQUEST TO DISCONTINUE ECF NOTICE AS TO RYAN J. WORKS AND KATHY BARRETT <u>ONLY</u>** |

THE COURT having considered the Ex Parte Motion filed by Ryan J. Works, Esq., counsel for Bingham McCutchen LLP ("Bingham"), for an order granting Request to Discontinue ECF Notice as to Ryan J. Works, Esq. and Kathy Barrett <u>only</u> (the "Motion")

[Docket No. 8588], now therefore, and good cause appearing,

IT IS HEREBY ORDERED that the Motion is GRANTED, Ryan J. Works, Esq. and Kathy Barrett <u>only</u>, whose names and electronic mail addresses appear in the Electronic Filing System, shall be removed and notice discontinued for purposes of this matter only.

Respectfully submitted:

McDONALD CARANO WILSON LLP

By:   /s/ Ryan J. Works
         RYAN J. WORKS, ESQ.
         100 West Liberty Street, 10th Floor
         Reno, Nevada  89505
         *Attorneys for Bingham McCutchen LLP*

226625

### #

2