## USACM Trust
## Palm Harbor One, LLC
## Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Palm Harbor One Loan |
|---|---|---|---|---|---|
| 10725-00611 | 10/16/2006 | Acosta, Celso | 9061 Black Elk Ave<br>Las Vegas, NV 89143-1180 | 52,906.93 | 52,906.93 |
| 10725-02371 | 1/16/2007 | Aquino, John P & Lisa | 2950 Cabrillo<br>San Francisco, CA 94121-3532 | 50,000.00 | 50,000.00 |
| 10725-00932 | 11/2/2006 | Bennett, Alan | 14225 S Whisperwood Dr<br>Reno, NV 89521 | 50,000.00 | 50,000.00 |
| 10725-00439 | 10/4/2006 | Brice, Charles | 785 Winchester Dr<br>Reno, NV 89506 | 50,000.00 | 50,000.00 |
| 10725-00389 | 10/2/2006 | Caroline Gerwin Family Trust Dtd 11/2/95 | C/O Caroline M Gerwin Trustee<br>3201 Plumas St #377<br>Reno, NV 89509-4788 | 330,000.00 | 330,000.00 |
| 10725-00986 | 11/3/2006 | Chai Miller LLC | P.O. Box 36703<br>Las Vegas, NV 89133 | 558,063.48 | 558,063.48 |
| 10725-00554 | 10/12/2006 | Cunningham, Charles D & Susan M | 1964 Oliver Springs St.<br>Henderson, NV 89052-8502 | 80,000.00 | 80,000.00 |
| 10725-01157 | 11/10/2006 | Everett, Dan & Sandra M | 921 Crystal Court<br>Foster City, CA 94404 | 50,000.00 | 50,000.00 |
| 10725-01347 | 11/13/2006 | Fanelli, John & Jodi | 47 Barrett Rd<br>Greenville, NH 03048-3305 | 150,000.00 | 150,000.00 |
| 10725-01341 | 11/10/2006 | Fanelli, John J & Gina A | 27 Larch St<br>Fitchburg, MA 01420-2009 | 500,000.00 | 500,000.00 |
| 10725-00229 | 9/25/2006 | Graham, William L & Wilta L | 3124 Queens Gate LN<br>Modesto, CA 95355-8684 | 50,000.00 | 50,000.00 |

# EXHIBIT A

2408955.1