# USACM Trust
# Palm Harbor One, LLC
# Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Palm Harbor One Loan |
|---|---|---|---|---|---|
| 10725-00841 | 10/31/2006 | Ingrid A Rutherford Family Trust Dtd 7/8/99 | Ingrid A Rutherford Ttee<br>PO Box 373<br>Keyser, WV 26726-0373 | 50,659.78 | 50,659.78 |
| 10725-00033 | 4/24/2006 | James, Donald E | 2038 Palm St SPC 438<br>Las Vegas, NV 89104 | 60,000.00 | 60,000.00 |
| 10725-02354 | 1/16/2007 | Johnston Trust Dtd 9/7/85 | Rodney L & Diane E Johnston Ttees<br>4326 Arcadian Dr<br>Castro Valley, CA 94546 | 102,082.96 | 51,041.48 |
| 10725-01310 | 11/13/2006 | Kiesel, Jeffrey | 809 Tally Ho Ln<br>Chester Springs, PA 19425 | 716.67 | 716.67 |
| 10725-01594 | 12/8/2006 | Mayo, Monroe | 8635 W Sahara Ave #532<br>Las Vegas, NV 89117 | 1,612.91 | 1,612.91 |
| 10725-00269 | 9/27/2006 | Michel F & Patricia A Aiello Trust Agt Dtd 10/4/94 | Michel F & Patrica A Aiello TTEES<br>312 Ski Way<br>Incline Village, NV 89451-9223 | 50,000.00 | 50,000.00 |
| 10725-00469 | 10/6/2006 | Murphy Family Trust | Dr James & Tracy Murphy TTEES<br>Christopher D Jaime Esq<br>Po Box 30000<br>Reno, NV 89520 | 75,717.00 | 75,717.00 |
| 10725-00101 | 8/15/2006 | Murphy Family Trust, Dr James & Tracy Murphy - Tru | Christopher D. Jaime, Esq.<br>Po Box 30000<br>Reno, NV 89520 | 75,717.00 | 75,717.00 |
| 10725-01368 | 11/13/2006 | P Morgan Trust | Paula A Morgan Ttee<br>1005 Windfair Village St<br>Las Vegas, NV 89145-8664 | 50,000.00 | 50,000.00 |
| 10725-01376 | 11/13/2006 | Payne, Shirley | Po Box 208<br>Grass Valley, CA 95945 | 50,000.00 | 50,000.00 |
| 10728-00093 | 10/3/2006 | Rosenthal, Arnold | 6059 Woodman Ave<br>Van Nuys, CA 91401-2925 | 500.00 | 500.00 |

# EXHIBIT A

2408955.1