## USACM Trust
## Palm Harbor One, LLC
## Single Loan Claims

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Palm Harbor One Loan |
|---|---|---|---|---|---|
| 10725-01249 | 11/10/2006 | Routsis, Thalia | Po Box 4311<br>Incline Village, NV 89450 | 50,000.00 | 50,000.00 |
| 10725-00626 | 10/17/2006 | Scott, Jacqueline | 306 Torrey Pines<br>Dayton, NV 89403 | 50,000.00 | 50,000.00 |
| 10725-00049 | 5/11/2006 | Simmtex Inc A Nevada Corp | Jed Barish<br>6160 Majestic Wind Avenue<br>Las Vegas, NV 89122 | 50,000.00 | 50,000.00 |
| 10725-01237 | 11/9/2006 | Soldo, Marie | 396 Via Sonador<br>Henderson, NV 89012-4893 | 100,000.00 | 100,000.00 |
| 10725-02132 | 1/11/2007 | Thompson, Gregory R | 1005 W Buffington St<br>Upland, CA 91784 | 101,413.70 | 50,706.85 |
| 10725-00724 | 10/26/2006 | Thurman, Lynnette S & John H | 1635 Greycrest Way<br>Reno, NV 89521-4052 | 54,499.99 | 54,499.99 |
| 10725-00656 | 10/23/2006 | Trager, Stephanie & Lawrence B | 4027 La Colina Rd<br>Santa Barbara, CA 93110-1426 | 100,955.00 | 100,955.00 |
| 10725-00738 | 10/26/2006 | Tysseling, Mark & Sharon Vey | 210 Oneida St<br>St Paul, Mn 55102 | 100,000.00 | 100,000.00 |
| 10725-01696 | 12/11/2006 | Virga, Julie A | 2567 Harkness St<br>Sacramento, CA 95818-2325 | 150,287.00 | 150,287.00 |
| 10725-01122 | 11/8/2006 | Wayne Dotson Co | Peter Bogart Ceo<br>1445 City Line Ave.<br>Wynnewood, PA 19096 | 56,000.00 | 56,000.00 |
| 10725-01003 | 10/27/2006 | Yonai Trustee, Gregory D | 1982 Country Cove Ct<br>Las Vegas, NV 89135-1552 | 81,750.00 | 81,750.00 |

# EXHIBIT A

2408955.1