**USACM Trust**
**Palm Harbor One, LLC**
**Multiple Loan Claims**

| Claim | Date Claim was Filed | Name | Address | Total Claim Amount | Approximate Amount Subject to Objection Because it Relates to an Investment In the Palm Harbor One Loan |
|---|---|---|---|---|---|
| 10725-02444 | 4/10/2007 | Acosta, Ruth | 2546 General Armistead Ave<br>Norristown, PA 19403 | 2,718.99 | Unknown |
| 10725-01623 | 12/8/2006 | Addes Ira, Kenneth | 100 W Broadway Apt 7V<br>Long Beach, NY 11561 | 380,878.66 | 50,000.00 |
| 10725-01903 | 1/9/2007 | AIG Limited A Nevada Limited Partnership | 9904 Villa Granito LN<br>Granite Bay, CA 95746-6481 | 813,297.52 | 50,000.00 |
| 10725-01664 | 12/9/2006 | Anglin, Patrick J | Janet L Chub, Atty. At Law<br>Armstrong Teasdale LLP<br>50 W. Liberty, Suite 950<br>Reno, NV 89501 | 187,005.78 | 100,000.00 |
| 10725-01177 | 11/10/2006 | Arthur E & Thelma Kebble Family Trust Dtd 5/19/95 | C/O Arthur E & Thelma M Kebble Ttees<br>9512 Salem Hills CT<br>Las Vegas, NV 89134-7883 | 327,563.97 | 51,106.76 |
| 10725-02261 | 1/12/2007 | Cibb Inc Pension Plan | Ronald A Johnson Ttee<br>50 Snider Way<br>Sparks, NV 89431 | 405,600.00 | 50,000.00 |
| 10725-01218 | 11/10/2006 | Cohen Living Trust Dtd 3/6/90 | c/o Nelson Cohen, Esq.<br>7670 W. Lake Mead Boulevard<br>Suite 225<br>Las Vegas, NV 89128 | 404,317.00 | 50,000.00 |
| 10725-02038 | 1/11/2007 | Collins Family Trust Dated 1/29/93 | C/O Shirley M Collins Trustee<br>1975 Snowberry Ct<br>Carlsbad, CA 92009-8408 | 1,760,380.48 | 50,000.00 |
| 10725-02035 | 1/11/2007 | Daniel, Deborah A | * Undeliverable Address *<br>249 S Vista Del Monte<br>Anaheim, CA 92807 | 404,753.90 | 50,000.00 |
| 10725-02333 | 1/13/2007 | Davis Investments | 20 Leroy Terrace<br>New Haven, CT 06512 | 2,000,000.00 | 280,026.93 |

# EXHIBIT A

2408948.1